US 20190072912A1

(19) **United States**

(12) **Patent Application Publication**     (10) **Pub. No.: US 2019/0072912 A1**

Pandya et al.     (43) **Pub. Date:     Mar. 7, 2019**

(54) **WEARABLE ELECTRONIC DEVICE WITH ELECTRODES FOR SENSING BIOLOGICAL PARAMETERS**

(71) Applicant: **Apple Inc.**, Cupertino, CA (US)

(72) Inventors: **Sameer Pandya**, Sunnyvale, CA (US); **Adam T. Clavelle**, San Francisco, CA (US); **Erik G. de Jong**, San Francisco, CA (US); **Michael B. Wittenberg**, San Francisco, CA (US); **Tobias J. Harrison-Noonan**, San Francisco, CA (US); **Martin Melcher**, Mountain View, CA (US); **Zhipeng Zhang**, Santa Clara, CA (US); **Steven C. Roach**, San Francisco, CA (US); **Steven P. Cardinali**, Campbell, CA (US)

(21) Appl. No.: **16/118,282**

(22) Filed:     **Aug. 30, 2018**

**Related U.S. Application Data**

(60) Provisional application No. 62/554,196, filed on Sep. 5, 2017, provisional application No. 62/644,886, filed on Mar. 19, 2018.

**Publication Classification**

(51) **Int. Cl.**
$$
\begin{array}{ll}
G04G\ 21/02 & (2006.01) \\
G04G\ 9/00 & (2006.01) \\
G04G\ 21/08 & (2006.01) \\
A61B\ 5/00 & (2006.01) \\
A61B\ 5/0408 & (2006.01) \\
A61B\ 5/044 & (2006.01) \\
A61B\ 5/024 & (2006.01)
\end{array}
$$

(52) **U.S. Cl.**
CPC ......... *G04G 21/025* (2013.01); *G04G 9/0005* (2013.01); *G04G 21/08* (2013.01); *A61B 5/02427* (2013.01); *A61B 5/04085* (2013.01); *A61B 5/044* (2013.01); *A61B 5/02438* (2013.01); *A61B 5/681* (2013.01)

(57)     **ABSTRACT**

An electronic device, such as a watch, has a housing to which a carrier is attached. The carrier has a first surface interior to the electronic device, and a second surface exterior to the electronic device. A set of electrodes is deposited on the exterior surface of the carrier. An additional electrode is operable to be contacted by a finger of a user of the electronic device while the first electrode is positioned against skin of the user. The additional electrode may be positioned on a user-rotatable crown of the electronic device, on a button of the electronic device, or on another surface of the housing of the electronic device. A processor of the electronic device is operable to determine a biological parameter of the user based on voltages at the electrodes. The biological parameter may be an electrocardiogram.

200



**Exhibit 11**

**-747-**

Case 8:20-cv-00048-JVS-JDE   Document 1-11   Filed 01/09/20   Page 2 of 73   Page ID #:748



*FIG. 1A*



*FIG. 1B*

Exhibit 11
-748-



*FIG. 2A*

Exhibit 11
-749-



*FIG. 2B*

Exhibit 11
-750-



**FIG. 2C**

Exhibit 11
-751-



*FIG. 3*

Exhibit 11
-752-



*FIG. 4A*

Exhibit 11
-753-



**FIG. 4B**

Exhibit 11
-754-



*FIG. 4C*

Exhibit 11
-755-



*FIG. 4D*

Exhibit 11
-756-



FIG. 5A

FIG. 5B

FIG. 5C

FIG. 5D

FIG. 5E

Exhibit 11
-757-



*FIG. 6*

Exhibit 11
-758-



*FIG. 7*

Exhibit 11
-759-



800

| DLC | ∼812 |
|---|---|
| $SiO_2$ | ∼810 |
| $Si_3N_4$ | ∼808 |
| $SiO_2$ | ∼806 |
| ITO | ∼804 |
| $Al_2O_3$ | ∼802 |
| CRYSTAL | ∼404 |

*FIG. 8*

Exhibit 11
-760-



*FIG. 9A*



*FIG. 9B*



*FIG. 9C*

Exhibit 11
-761-



*FIG. 10A*



*FIG. 10B*



*FIG. 10C*



*FIG. 10D*

Exhibit 11
-762-



*FIG. 11A*

Exhibit 11
-763-



*FIG. 11B*

Exhibit 11
-764-



**FIG. 12A**

Exhibit 11
-765-



**FIG. 12B**

Exhibit 11
-766-



**FIG. 13**

Exhibit 11
-767-



*FIG. 14*

Exhibit 11
-768-



*FIG. 15*

Exhibit 11
-769-



*FIG. 16A*

Exhibit 11
-770-



*FIG. 16B*

Exhibit 11
-771-



*FIG. 17A*

Exhibit 11
-772-





*FIG. 17B*

Exhibit 11
-773-



**FIG. 18A**

Exhibit 11
-774-



*FIG. 18B*

Exhibit 11
-775-



**FIG. 19**

Exhibit 11
-776-



*FIG. 20*

Exhibit 11
-777-



**FIG. 21**

Exhibit 11
-778-



*FIG. 22*

Exhibit 11
-779-



**FIG. 23**

Exhibit 11
-780-



*FIG. 24*

Exhibit 11
-781-



**FIG. 25**

Exhibit 11
-782-



*FIG. 26A*

Exhibit 11
-783-



*FIG. 26B*

Exhibit 11
-784-



*FIG. 27A*

Exhibit 11
-785-



*FIG. 27B*

Exhibit 11
-786-



FIG. 28A

Exhibit 11 -787-



**FIG. 28B**

Exhibit 11
-788-

US 2019/0072912 A1

Mar. 7, 2019

1

# WEARABLE ELECTRONIC DEVICE WITH ELECTRODES FOR SENSING BIOLOGICAL PARAMETERS

## CROSS-REFERENCE TO RELATED APPLICATIONS

[0001]   This application claims the benefit under 35 U.S.C. § 119(e) of U.S. Provisional Patent Application No. 62/554,196, filed on Sep. 5, 2017, and entitled "Wearable Device with Electrodes for Sensing Biological Parameters," and U.S. Provisional Patent Application No. 62/644,886, filed on Mar. 19, 2018, and entitled "Wearable Device with Electrodes for Sensing Biological Parameters," the contents of which are incorporated herein by reference as if fully disclosed herein.

## FIELD

[0002]   The described embodiments relate generally to an electronic watch or other wearable electronic device. More particularly, the described embodiments relate to techniques for providing, on a watch or other wearable electronic device, electrodes for sensing biological parameters. The electrodes may be variously provided on a surface of an optical component, crown, button, or housing member of the watch or other wearable electronic device.

## BACKGROUND

[0003]   A wearable electronic device may include a set of sensors for determining a set of biological parameters of a user that wears the wearable electronic device. Circuitry associated with the set of sensors may generate, for example, electrical signals or measurements corresponding to voltages at, forces applied to, or amounts of light incident on, the sensors. The various signals or measurements may be correlated to, or used to derive, various biological parameters of the user, such as a heart rate of the user.

## SUMMARY

[0004]   Embodiments of the systems, devices, methods, and apparatuses described in the present disclosure are directed to an electronic watch or other wearable electronic device having a set of electrodes that may be used to sense or determine biological parameters of a user that wears the wearable electronic device. The biological parameters may include, for example, an electrocardiogram (ECG) of the user.

[0005]   One embodiment takes the form of an electronic watch, comprising: a housing; a crown comprising: a crown body; and a shaft connected to the crown body and passing through the housing; a carrier connected to the housing; a transparent cover connected to the housing; a touch-sensitive display at least partially within the housing and viewable through the transparent cover; a first electrode on the carrier; a second electrode on the crown body; and a processor within the housing and operationally connected to the first electrode and the second electrode; wherein: the first electrode is configured to measure a first voltage; the second electrode is configured to measure a second voltage; the processor is configured to determine an electrocardiogram using the first voltage and the second voltage; and the touch-sensitive display is configured to display the electrocardiogram.

[0006]   Another embodiment takes the form of an electronic watch, comprising: a housing; a carrier attached to the housing; a first electrode on the carrier; a crown extending through the housing and configured to translate and rotate, comprising a second electrode; and a processor operable to determine a biological parameter of a user based on voltages measured at the first electrode and the second electrode; wherein: the voltages are measured while the user is in contact with the first electrode and the second electrode.

[0007]   Yet another embodiment takes the form of a method for determining and displaying an electrocardiogram by an electronic watch, comprising: measuring a first voltage at a first electrode on a crown of the electronic watch; measuring a second voltage at a second electrode on a carrier of the electronic watch; determining, by a processor of the electronic watch, the electrocardiogram using the first voltage and the second voltage; and displaying the electrocardiogram on a display of the electronic watch.

[0008]   In addition to the example aspects and embodiments described above, further aspects and embodiments will become apparent by reference to the drawings and by study of the following description.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0009]   The disclosure will be readily understood by the following detailed description in conjunction with the accompanying drawings, wherein like reference numerals designate like structural elements, and in which:

[0010]   FIG. 1A shows a functional block diagram of a wearable electronic device;

[0011]   FIG. 1B shows an example of an electronic device having a set of electrodes disposed thereon;

[0012]   FIGS. 2A-2C show an example of an electronic watch that incorporates a set of electrodes;

[0013]   FIG. 3 shows another example of an electronic watch that incorporates a set of electrodes;

[0014]   FIGS. 4A-4D show an additional example of an electronic watch that incorporates a set of electrodes on a carrier;

[0015]   FIGS. 5A-5E illustrate an example of coatings that may be deposited on the interior and exterior surfaces of the carrier shown in FIGS. 4A-4C;

[0016]   FIG. 6 shows a cross-section of the carrier shown in FIG. 5B;

[0017]   FIG. 7 shows a cross-section of the carrier shown in FIGS. 5C and 5D;

[0018]   FIG. 8 shows an example layer construction of an ITO-based electrode;

[0019]   FIGS. 9A-9C show alternative electrical connections between an electrode on an exterior surface of a carrier that forms part of a housing of an electronic device and an electrical contact interior to the electronic device;

[0020]   FIGS. 10A-10D show alternative carrier configurations, and alternative attachments or connections of carriers to other housing members of an electronic device;

[0021]   FIG. 11A is a cross-section of an example crown assembly;

[0022]   FIG. 11B is a cross-section of another example crown assembly;

[0023]   FIGS. 12A & 12B show another example of a crown assembly;

[0024]   FIGS. 13 & 14 show cross-sections of additional examples of crown assemblies;

**Exhibit 11**

**-789-**

[0025] FIGS. **15-22** show various examples of button assemblies;

[0026] FIG. **23** shows a schematic of an electronic device that may be used for acquiring an ECG or other biological parameter from a user of the electronic device;

[0027] FIG. **24** shows an example method of determining a biological parameter of a user wearing a watch or other wearable electronic device;

[0028] FIG. **25** shows a sample electrical block diagram of an electronic device such as a watch or other wearable electronic device;

[0029] FIG. **26**A illustrates a sample electronic watch displaying a list;

[0030] FIG. **26**B illustrates the sample electronic watch of FIG. **26**A, with an updated list in response to a crown input;

[0031] FIG. **27**A illustrates a sample electronic watch displaying a graphic;

[0032] FIG. **27**B illustrates the sample electronic watch of FIG. **27**A with the graphic updated in response to a crown input;

[0033] FIG. **28**A illustrates a sample electronic watch displaying a first graphic; and

[0034] FIG. **28**B illustrates the sample electronic watch of FIG. **28**A displaying a second graphic in response to a crown input.

[0035] The use of cross-hatching or shading in the accompanying figures is generally provided to clarify the boundaries between adjacent elements and also to facilitate legibility of the figures. Accordingly, neither the presence nor the absence of cross-hatching or shading conveys or indicates any preference or requirement for particular materials, material properties, element proportions, element dimensions, commonalities of similarly illustrated elements, or any other characteristic, attribute, or property for any element illustrated in the accompanying figures.

[0036] Additionally, it should be understood that the proportions and dimensions (either relative or absolute) of the various features and elements (and collections and groupings thereof) and the boundaries, separations, and positional relationships presented therebetween, are provided in the accompanying figures merely to facilitate an understanding of the various embodiments described herein and, accordingly, may not necessarily be presented or illustrated to scale, and are not intended to indicate any preference or requirement for an illustrated embodiment to the exclusion of embodiments described with reference thereto.

DETAILED DESCRIPTION

[0037] Reference will now be made in detail to representative embodiments illustrated in the accompanying drawings. It should be understood that the following description is not intended to limit the embodiments to one preferred embodiment. To the contrary, it is intended to cover alternatives, modifications, and equivalents as can be included within the spirit and scope of the described embodiments as defined by the appended claims.

[0038] The following disclosure relates to techniques for distributing a set of electrodes over a set of surfaces of a wearable electronic device, such as an electronic watch, and to techniques for electrically isolating the electrodes from other components of the device and/or mitigating effects of environmental factors when sensing voltages or signals indicative of one or more biological parameters of a user who is in contact with the electrodes, and to techniques for routing the voltages or signals within the device.

[0039] Embodiments further may take the form of an electronic watch, or other portable and/or wearable device, configured to detect an electrocardiogram ("ECG") of a person wearing or otherwise interacting with the electronic device. As one non-limiting example, a person may wear an electronic watch that has two external electrodes configured to be touched by the user. A first electrode may be placed on a rear surface of the watch and be in contact with skin on the wrist of the person. A second electrode may be defined by or on a crown of the watch and may be configured to be touched by a finger (or other body part) of the person.

[0040] FIG. **1**A shows a functional block diagram of a wearable electronic device **100**. In some examples, the device **100** may be an electronic watch or electronic health monitoring device. The wearable electronic device **100** may include one or more input devices **102**, one or more output devices **104**, and a processor **106**. Broadly, the input devices **102** may detect various types of input, and the output devices **104** may provide various types of output. The processor **106** may receive input signals from the input devices **102**, in response to inputs detected by the input devices. The processor **106** may interpret input signals received from one or more of the input devices **102** and transmit output signals to one or more of the output devices **104**. The output signals may cause the output devices **104** to provide one or more outputs. Detected input at one or more of the input devices **102** may be used to control one or more functions of the device **100**. In some cases, one or more of the output devices **104** may be configured to provide outputs that are dependent on, or manipulated in response to, the input detected by one or more of the input devices **102**. The outputs provided by one or more of the output devices **104** may also be responsive to, or initiated by, a program or application executed by the processor **106** and/or an associated companion device.

[0041] In various embodiments, the input devices **102** may include any suitable components for detecting inputs. Examples of input devices **102** include audio sensors (e.g., microphones), optical or visual sensors (e.g., cameras, visible light sensors, or invisible light sensors), proximity sensors, touch sensors, force sensors, mechanical devices (e.g., crowns, switches, buttons, or keys), vibration sensors, orientation sensors, motion sensors (e.g., accelerometers or velocity sensors), location sensors (e.g., global positioning system (GPS) devices), thermal sensors, communication devices (e.g., wired or wireless communication devices), resistive sensors, magnetic sensors, electroactive polymers (EAPs), strain gauges, electrodes, and so on, or some combination thereof. Each input device **102** may be configured to detect one or more particular types of input and provide a signal (e.g., an input signal) corresponding to the detected input. The signal may be provided, for example, to the processor **106**.

[0042] The output devices **104** may include any suitable components for providing outputs. Examples of output devices **104** include audio output devices (e.g., speakers), visual output devices (e.g., lights or displays), tactile output devices (e.g., haptic output devices), communication devices (e.g., wired or wireless communication devices), and so on, or some combination thereof. Each output device **104** may be configured to receive one or more signals (e.g.,

**Exhibit 11**

**-790-**

US 2019/0072912 A1

Mar. 7, 2019

3

an output signal provided by the processor **106**) and provide an output corresponding to the signal.

[0043]   The processor **106** may be operably coupled to the input devices **102** and the output devices **104**. The processor **106** may be adapted to exchange signals with the input devices **102** and the output devices **104**. For example, the processor **106** may receive an input signal from an input device **102** that corresponds to an input detected by the input device **102**. The processor **106** may interpret the received input signal to determine whether to provide and/or change one or more outputs in response to the input signal. The processor **106** may then send an output signal to one or more of the output devices **104**, to provide and/or change outputs as appropriate. Examples of suitable processors are discussed in more detail below with respect to FIG. **25**.

[0044]   In some examples, the input devices **102** may include a set of electrodes. The electrodes may be disposed on one or more exterior surfaces of the device **100**. The processor **106** may monitor for voltages or signals received on at least one of the electrodes. In some embodiments, one of the electrodes may be permanently or switchably coupled to a device ground. The electrodes may be used to provide an ECG function for the device **100**. For example, a 2-lead ECG function may be provided when a user of the device **100** contacts first and second electrodes that receive signals from the user. As another example, a 3-lead ECG function may be provided when a user of the device **100** contacts first and second electrodes that receive signals from the user, and a third electrode that grounds the user to the device **100**. In both the 2-lead and 3-lead ECG embodiments, the user may press the first electrode against a first part of their body and press the second electrode against a second part of their body. The third electrode may be pressed against the first or second body part, depending on where it is located on the device **100**.

[0045]   FIG. **1**B shows an example of an electronic device **110** (here, an electronic watch) having a set of electrodes **112**, **114** disposed thereon. The device **110** may be an example of the wearable electronic device described with reference to FIG. **1**A, or may be an example of an electronic device that is not wearable. In some embodiments, the set of electrodes **112**, **114** may be provided on one surface of the device **110**. In other embodiments (as shown), the set of electrodes **112**, **114** may include electrodes provided on different surfaces of the device **100**, such as a first electrode **112** provided on a first surface **116** of the device **110**, and a second electrode **114** provided on a second surface **118** of the device **110**. Providing electrodes on different surfaces of a device may make it easier for a user to place different body parts in contact with different electrodes. For example, a user may place one or more of the electrodes (e.g., the first electrode **112**) in contact with their wrist, and may touch another one or more of the electrodes (e.g., the second electrode **114**) with a finger of their opposite hand. Alternatively, the user may press the electrodes **112**, **114** against different parts of their body. A processor **120** of the device **110**, or a processor remote from the device **110**, may determine, from the voltages or signals (e.g., from stored digital samples or values representing the voltages or signals), the biological parameter(s) of the user. The biological parameter(s) may include, for example, an electrocardiogram (ECG) of the user, an indication of whether the user is experiencing atrial fibrillation, an indication of whether the user is experiencing premature atrial contraction or prema-

ture ventricular contraction, an indication of whether the user is experiencing a sinus arrhythmia, and so on.

[0046]   In some embodiments, one or two thin film electrodes may be PVD deposited on an exterior surface of a structure that forms part of a housing of an electronic device. The surface may be any transparent, semi-transparent, translucent, or opaque surface made out of an amorphous solid, glass, a crystal or crystalline material (such as sapphire or zirconia), plastic, or the like. In the case of a watch (i.e., a type of electronic device), an additional electrode may be positioned on a user-rotatable crown of a watch body, on a button of the watch body, or on another surface of a housing that defines the watch body.

[0047]   When an electrode is formed on a carrier that forms part of a housing of an electronic device, the electrode may be connected to an electrical contact within the electronic device by depositing the electrode material such that it wraps around an edge or perimeter of the carrier, and onto an interior surface of the carrier. The electrical contact may be on the interior surface of the carrier. In other embodiments, the electrode may be formed on the exterior surface of the carrier, and a thru-carrier via that is filled or coated with a conductive material may connect the electrode to an electrical contact within the electronic device. The carrier may be any appropriate structure that supports the electrodes, on which the electrodes are formed, or to which the electrodes are attached. In certain embodiments described herein, the carrier is an optically transparent material having a dome shape. It should be appreciated that the carrier may have different shapes (flat, stepped, parallelepiped, and so on) and may be made from different materials, including opaque materials.

[0048]   Generally, the term "attached" means that two elements, objects, structures, or objects are separate but affixed or retained to one another, whether removably, as with an electronic device attached to a user by a band, or fixedly, as with two elements that are affixed to one another with a mechanical fastener not meant to be decoupled (a screw, bolt, or the like), by an adhesive, by plating or depositing one material on another (as with an electrode deposited on the carrier), and so on. The term "connected" means that two elements may be attached to one another, or may be two parts of a unitary whole (as with a shaft and crown body formed from the same material as a single piece). Thus, while two elements that are attached to one another are necessarily connected to one another, the reverse is not necessarily true. For example, two elements may be formed as a single piece or part and thus connected to one another, although they are not attached to one another.

[0049]   When an electrode is provided on a crown of an electronic device, the crown may be conductive or have a conductive surface, and the conductive portion of the crown may be coupled to a conductive rotatable shaft that extends through an opening in a device housing. An end of the shaft interior to the housing, or a conductive shaft retainer interior to the housing, may be in mechanical and electrical contact with a spring-biased conductor that carries electrical signals between the shaft or shaft retainer and a circuit, thereby providing electrical communication between the crown and the circuit.

[0050]   A processor of an electronic device (e.g., the processor **120**) may be operable to determine a biological parameter of a user based on voltages at various electrodes (e.g., at the set of electrodes **112**, **114**). In some cases, the

**Exhibit 11**

**-791-**

US 2019/0072912 A1

Mar. 7, 2019

4

biological parameter may be an ECG of a user of the electronic device. For example, when a watch has a first electrode on an exterior surface of a carrier and a second electrode on a crown, the user's fastening of the watch to their wrist may place the first electrode in contact with skin on the user's wrist. To acquire an ECG, the user may touch a conductive portion of the crown with a finger on their opposite hand. For example, the carrier or housing of the watch may touch a wrist adjacent one hand, and the crown may be touched with a finger of the opposite hand. In some cases, the watch may have a third electrode, also on the exterior surface of the carrier, which grounds the user to the watch. The third electrode may be used to reject noise from ECG signals. The electrodes may be positioned on different surfaces, or different portions of surfaces, in various embodiments.

[0051]   The electrode(s) on the exterior surface of the carrier may be positioned at the periphery of the carrier, or otherwise positioned to enable an optical sensor subsystem to emit and receive light through the carrier. The light may be emitted into, and reflected from, a user's skin to determine other biological parameters of the user, such as a heart rate, blood pressure, pulse, blood oxygenation, glucose level, and so on.

[0052]   These and other embodiments are discussed with reference to FIGS. 1-25. However, those skilled in the art will readily appreciate that the detailed description given herein with respect to these figures is for explanatory purposes only and should not be construed as limiting.

[0053]   FIGS. 2A-2C show an example of an electronic watch 200 that incorporates a set of electrodes. The watch 200 may be an example of the wearable electronic device 100 or 110 described with reference to FIG. 1A or 1B. The watch 200 may include a watch body 202 and a watch band 204. The watch body 202 may include an input or selection device, such as a crown 210 or a button 212. FIG. 2A shows an isometric view of the watch body's front face. FIG. 2B shows an example cross-section of the crown 210. FIG. 2C shows an isometric view of the watch body's rear face. In FIGS. 2A & 2C, only a portion of the watch band 204 is shown (i.e., only the portions of the watch band 204 that attach to the watch body 202).

[0054]   The watch body 202 may include a housing 206. The housing 206 may include a front side housing member 206a that faces away from a user's skin when the watch 200 is worn by a user (see FIG. 2A), and a back side housing member 206b (or rear cover) that faces toward the user's skin (see FIG. 2C). Alternatively, the housing 206 may include a singular housing member, or more than two housing members. The one or more housing members may be metallic, plastic, ceramic, crystal, or other types of housing members (or may include combinations of such materials).

[0055]   As shown in FIG. 2A, a transparent cover 208 may be attached to a front side of the watch body 202 (i.e., facing away from a user's skin), over or within an opening in the housing 206, and may protect a display positioned at least partially within the housing 206. The display may be viewable by a user through the cover 208. In some embodiments, the display may depict an ECG waveform of a person who is wearing or otherwise using the watch 200. In some cases, the cover 208 may be part of a display stack, which display stack may include a touch sensing or force sensing capability. The display may be configured to depict a graphical

output of the watch 200, and a user may interact with the graphical output (e.g., using a finger or stylus that touches or hovers over the cover 208, or using the crown 210 or button 212). As one example, the user may select (or otherwise interact with) a graphic, icon, indicator, message, or the like (collectively, "graphic") presented on the display by touching or pressing on the display at the location of the graphic. In some embodiments, the user may receive confirmation of their selection by means of haptic output provided by the watch body 202 through the display or cover 208. The exterior surface of the cover 208 may therefore function as a means for receiving input (i.e., function as an input device) and a means for providing output (i.e., function as an output device). The cover 208 may be attached to the housing 206 or part of the housing 206 (e.g., connected to the housing). In some embodiments, the cover 208 may be considered part of the housing 206 because it forms part of an outer shell that defines an interior volume (or houses internal components) of the watch body 202. In some examples, the cover 208 may be or include a crystal, such as a sapphire crystal. Alternatively, the cover 208 may be formed of glass, plastic, or other materials.

[0056]   The watch body 202 may include at least one input device or selection device, such as a crown 210, scroll wheel, knob, dial, button 212, or the like, which input device may be operated by a user of the watch 200. In some embodiments, the crown 210, scroll wheel, knob, dial, button 212, or the like may be conductive, or have a conductive surface, and a signal route may be provided between the conductive portion of the crown 210, scroll wheel, knob, dial, button 212, or the like and a circuit (including a processor) within the watch body 202.

[0057]   The operation of determining and/or displaying a user's ECG may be initiated by rotating the crown 210, translating the crown, tilting the crown, touching the crown, and so on. Likewise the operation of determining the ECG may be initiated by interacting with a touch-sensitive cover 208 or display of the electronic watch. As discussed above, the display may be partially or fully within the housing of the electronic watch.

[0058]   Turning primarily to FIG. 2B, it is shown that the housing 206 may include an opening through which a shaft 224 extends. A crown 210 may be connected to the shaft 224, and may be accessible to a user exterior to the housing 206. The crown 210 may be manipulated by a user to rotate or translate the shaft, as indicated by arrows 218 and 220. Such manipulations are examples of crown inputs. The shaft may be mechanically, electrically, magnetically, and/or optically coupled to components within the housing 206. In some embodiments, the crown 210 may be part of a crown assembly, as described with reference to FIG. 11, 12A, 12B, 13, or 14.

[0059]   A user's manipulation of the crown 210 (and thus the shaft 224) may be used to manipulate or select various textual or graphical elements displayed by the watch 200, to adjust a volume of a speaker, to turn the watch 200 on or off, and so on. In some embodiments, the crown 210 may be manipulated (e.g., rotated or pressed) to select or activate a health monitoring function of the watch 200 (e.g., an ECG or other heart monitoring function). For example, a user may rotate the crown to select an ECG application, and may press the crown to activate the ECG application (e.g., initiate determination and display of a wearer's ECG). Alternatively, a user's touch or press of the crown (or touch or press of the

Exhibit 11
-792-

5

crown for a predetermined period of time) may activate the ECG application and cause a heart rhythm of the user to be displayed. As yet another example, the user may interact with the touch-sensitive display to select and/or activate the ECG application. By way of example, a user's activation of an ECG application is indicated by the watch's display of the ECG 222 in FIG. 2A. Alternatively, the user's selection of an ECG application may be indicated by another graphic or text displayed by the watch 200. Generally, the watch 200 (and specifically its display) may change from displaying some graphic or text to displaying the ECG 222 once the ECG (or its corresponding application, or function) is initiated, selected, or determined.

[0060]   As shown in FIG. 2B, the crown 210 may be connected to the shaft 224 (and may be unitary with the shaft), and the shaft 224 may extend through an opening in the housing 206. In some embodiments, the shaft 224 may be separated from the housing 206 by a bushing or other component, or retained to the housing 206 by a retention mechanism. The shaft 224 may rotate or translate with respect to the housing 206, as indicated by arrows 218 and 220, thereby providing one or more crown inputs to a processor of the electronic device 200. A first sensor 226 within the housing 206 may sense aspects of shaft movement such as direction of rotation, speed of rotation, rotational acceleration, or angular position of the shaft 224. In some embodiments, the first sensor 226 may be an optical sensor positioned adjacent the shaft 224, such that light 227 is emitted onto, and reflected from, the shaft 224. Light 227 may be reflected from the shaft by a pattern of surface features (such as scallops, grooves, indentation, projections, or the like) or by byproducts of machining the shaft, such as bumps, scratches, irregularities, and so on. The pattern and speed of light 227 reflected onto the optical sensor 226 maybe used to determine a direction and/or speed of rotation of the shaft 224. In other embodiments, different sensors may be used to detection direction and/or speed of rotation of the shaft 224, including mechanical sensors, electrical sensors, capacitive sensors, brush contacts, magnetic sensors, and so on.

[0061]   A second sensor 228 within the housing 206 may sense aspects of shaft movement such as translation or direction of translation. In some embodiments, the second sensor 228 may be a tactile switch, optical sensor, magnetic sensor, capacitive sensor or the like positioned at an end of the shaft 224.

[0062]   A third sensor 230 within the housing 206 may sense when a user is touching the crown 210, or may sense signals (e.g., a heart rhythm) received by the crown 210 when a user touches the crown 210. In some embodiments, the third sensor 230 may be electrically coupled to the crown 210 or shaft 224. In some cases, the sensors 226, 228, 230 may be provide signals or information to the processor 214, or may be partly or wholly integrated with the processor 214 or other components of the watch 200. In some embodiments, two or more of the sensors 226, 228, 230 may be combined into a multipurpose sensor. In some embodiments, one or more of the sensors 226, 228, 230 may not be provided. In some embodiments, the functions of one of the sensors 226, 228, 230 may be distributed among multiple sensors, or additional crown sensors may be provided.

[0063]   Any or all of the first sensor 226, second sensor 228, and third sensor 230 may be attached to or otherwise supported by one or more internal supports 232, as shown in FIG. 2B.

[0064]   Turning primarily to FIG. 2C, the housing 206 may include structures for attaching the watch band 204 to the watch body 202. In some cases, the structures may include elongate recesses or openings through which ends of the watch band 204 may be inserted and attached to the watch body 202. In other cases (not shown), the structures may include indents (e.g., dimples or depressions) in the housing 206, which indents may receive ends of spring pins that are attached to or threaded through ends of a watch band to attach the watch band to the watch body 202.

[0065]   The watch band 204 may be used to secure the watch 200 to a user, another device, a retaining mechanism, and so on.

[0066]   As previously mentioned, the watch 200 may include a set of electrodes. The set of electrodes may be configured, in some cases, as described with reference to FIG. 1A or 1B. The set of electrodes may be used by a processor 214 that is internal to the watch body 202, to sense biological parameters (e.g., an ECG) of a person who wears the watch 200 and presses the electrodes against their skin. In some embodiments, the set of electrodes may include a rear-facing electrode 216 on the back of the watch body 202 (e.g., on the back side housing member 206b). The set of electrodes may also include an electrode on the crown 210 and/or an electrode on the button 212.

[0067]   The rear-facing electrode 216 may be formed (e.g., printed, plated, or otherwise deposited) on the back side housing member 206b. If the back side housing member 206b is non-conductive, the rear-facing electrode 216 may be formed directly on the back side housing member 206b and connected to circuitry internal to the watch body 202 (e.g., the processor 214) by, for example, conductive vias formed through the back side housing member 206b. If the back side housing member 206b is conductive, the rear-facing electrode 216 may be separated from the back side housing member 206b by an insulator or insulating layer, and conductive vias formed through the back side housing member 206b may likewise be insulated from the back side housing member 206b. Alternatively, the back side housing member 206b may have an opening to which the rear-facing electrode 216 is mated. In some embodiments, the opening may define a ledge in the back side housing member 206b, and the rear-facing electrode 216 may rest on the ledge (and in some cases may be separated from the back side housing member 206b by an insulator (e.g., a seal) or an insulating layer).

[0068]   The electrode(s) on the crown 210 or button 212 may be conductive surfaces of the crown 210 or button 212. In some cases, the crown 210 or button 212 may be conductive over its entire exterior surface. In other cases, the crown 210 or button 212 may have conductive portions (e.g., cores or inserts). When the front side housing member 206a is conductive, the crown 210 or button 212 (or the conductive components thereof) may be insulated from the front side housing member 206a by an insulator (e.g., a set of seals, non-conductive coatings, and so on).

[0069]   In some embodiments, one of the crown 210 or button 212 may have an electrode thereon, and a user wearing the watch 200 on one of their wrists may touch the electrode on the crown 210 or button 212 with a finger of

Exhibit 11
-793-

US 2019/0072912 A1

Mar. 7, 2019

6

their opposite hand. The processor **214** may then use the electrodes to acquire an ECG for the user. In other embodiments, both the crown **210** and the button **212** may have an electrode thereon, and a user wearing the watch **200** on one of their wrists may touch the electrodes on the crown **210** and button **212** with a finger of their opposite hand. In still other embodiments, the entirety of the back side housing member **206***b* (or even the entirety of the housing **206**) may be an electrode. In these latter embodiments, electrical isolation may be provided between the housing **206** and the crown **210** and/or between the housing **206** and the button **212**.

[0070]   In some examples, the watch **200** may lack the display, the crown **210**, or the button **212**. For example, the watch **200** may include an audio input or output interface, a touch input interface, a haptic (force) input or output interface, or other input or output interface that does not require the display, crown **210**, or button **212**. The watch **200** may also include the afore-mentioned input or output interfaces in addition to the display, crown **210**, or button **212**. When the watch **200** lacks the display, the front face of the watch **200** may be covered by the cover **208**, or by a metallic or other type of housing member (e.g., the opening for the cover **208** may not exist, and the front side housing member **206***a* may extend over the area defined by the cover **208**). In these embodiments, the electrode(s) on the crown **210** or button **212** may be replaced by (or supplemented with) an electrode on the front face of the watch body **202**. A user may touch the front-facing electrode with a finger, similarly to how they would touch an electrode on the crown **210** and/or button **212**. Alternatively, a user could place the front-facing electrode in contact with, for example, an opposite wrist, part of their leg, or their torso or forehead.

[0071]   In some embodiments, the watch **200** may lack the rear-facing electrode **216**, and each of the crown **210** and the button **212** may have a conductive surface that serves as an electrode. In these embodiments, the watch **200** may need to be removed from a user's wrist to enable the user to press different parts of their body against the crown and button electrodes. In some embodiments, the crown **210** or the button **212** may be moved to an opposite side of the watch body **202**, thereby increasing the separation between the crown **210** and the button **212** and making it easier for a user to press different parts of their body against the crown and button electrodes.

[0072]   Other electronic devices that may incorporate a set of electrodes include other wearable electronic devices, other timekeeping devices, other health monitoring or fitness devices, other portable computing devices, mobile phones (including smart phones), tablet computing devices, digital media players, or the like.

[0073]   Because the voltages or signals provided at, propagated from, or monitored at the various electrodes of a set electrodes may be low voltage or have low amplitudes, the materials, positions, electrical connections to, and electrical routing paths for the set of electrodes can have a significant impact on a processor's ability to discern useful signals representing an ECG or other biological parameter of a person wearing the watch **200** or a similar device (e.g., one of the other watches or electronic devices described herein). The materials, positions, electrical connections to, and electrical routing paths for the set of electrodes can determine how well the electrodes receive voltages/signals from the person's skin (e.g., a signal-to-noise ratio (SNR) of a device-

to-user interface through which the voltages/signals pass); how well voltages/signals are transferred between the electrodes and internal components of the watch **200** (e.g., a voltage/signal propagation SNR); and how well the electrodes operate in the face of environmental factors, such as temperature, humidity, moisture, electromagnetic radiation, dust, and so on. Techniques described in the present disclosure may improve the usability of a set of electrodes under some or all of these conditions.

[0074]   FIG. **3** shows another example of an electronic watch **300** that incorporates a set of electrodes. The watch **300** may be an example of the wearable electronic device **100** or **110** described with reference to FIG. **1** or **1**B, and may include many of the components of the watch **200** described with reference to FIGS. **2A-2C**. The watch **300** may include a watch body **202** and a watch band **204**. FIG. **3** shows an isometric view of the watch body's rear face. Only a portion of the watch band **204** is shown (i.e., only the portions of the watch band **204** that attach to the watch body **202**).

[0075]   The watch **300** in FIG. **3** differs from the watch **200** of prior figures in that it has a different set of internal components, a different back side housing member **302**, and a different set of elements that are provided or exposed on the back side housing member **302**. For example, the watch **300** may include a sensor subsystem that includes both electrical and optical components. The electrical components may include one or more electrodes **304**, **306** formed on the back side housing member **302**. In some cases, each of the electrodes **304**, **306** may have a circular shape and may be PVD deposited on the back side housing member **302**. Alternatively, only one, or more than two electrodes may be formed on the back side housing member **302**, or the electrodes **304**, **306** may be positioned over (or inset into) openings in the back side housing member **302**.

[0076]   The optical components of the sensor system may include a set of one or more windows **308**, **310**, **312**, **314** in the back side housing member **302**. Each of the windows **308**, **310**, **312**, **314** may pass at least one wavelength of light. In some cases, each of the windows **308**, **310**, **312**, **314** may have a semicircular shape. The windows may alternatively have other shapes. The windows may be formed of crystal, glass, plastic or another material that passes at least one wavelength of light emitted or received by the sensor subsystem.

[0077]   In some embodiments, the back side housing member **302** may be or include a transparent cover (e.g., a cover including a crystal, such as a sapphire crystal, or glass, or plastic, or the like), and may be substantially flat or planar (as shown) or may be curved or otherwise non-planar. A mask (e.g., an ink mask and/or dark mask) may be applied to the transparent cover to define the windows **308**, **310**, **312**, **314**. The electrodes **304**, **306** may be formed on top of the mask or over openings in the mask.

[0078]   In some embodiments, the back side housing member **302** may be an opaque substrate, such as a metal or plastic substrate, and one or more transparent windows **308**, **310**, **312**, **314** may be fitted to openings in the substrate. The transparent windows may be fitted to the openings internally to (or externally from) the watch body **202**. The electrodes **304**, **306** may be fitted to additional openings that enable the electrodes **304**, **306** to protrude outward from the external surface of the back side housing member **302**, or the electrodes **304**, **306** may be formed on the surface of the

Exhibit 11
-794-

7

back side housing member **302** and the electrically connected to components internal to the watch body **202** by conductive vias or other elements formed through the surface of the back side housing member **302**.

[0079] By way of example, FIG. **3** shows the electrodes **304**, **306** aligned along a first axis that divides the back side housing member **302** into two halves, and shows the windows **308**, **310**, **312**, **314** aligned along a second axis, perpendicular to the first axis, that divides the back side housing member **302** into a different two halves. In this manner, the electrodes **304**, **306** and windows **308**, **310**, **312**, **314** may form four circular areas on the exterior surface of the back side housing member **302**, with the circular areas that contain the windows **308**, **310**, **312**, **314** appearing bifurcated.

[0080] In use, each pair of windows **308**/**310**, **312**/**314** forming a circular area may include a first window under which one or more light emitters are positioned, and a second window under which one or more light receivers are positioned, with an optional set of one or more light blocking walls positioned between the one or more light emitters and the one or more light receivers (or around the light emitter(s), or around the light receiver(s)).

[0081] FIGS. **4A**-**4D** show an additional example of an electronic watch **400** that incorporates a set of electrodes. The watch **400** may be an example of the wearable electronic device **100** or **110** described with reference to FIG. **1A** or **1B**, and may include many of the components of the watch **200** described with reference to FIGS. **2A**-**2C**. The watch **400** may include a watch body **202** and a watch band **204**. FIG. **4A** shows an isometric view of the watch body's rear face. Only a portion of the watch band **204** is shown (i.e., only the portions of the watch band **204** that attach to the watch body **202**).

[0082] Similarly to the watch **300** described with reference to FIG. **3**, the watch **400** may include a sensor subsystem that includes both electrical and optical components. However, the electrical and optical components of the watch **400** may be arranged differently than the electrical and optical components of the watch **300**.

[0083] Referring primarily to FIG. **4A**, a light-transmissive element such as a carrier **404** (e.g., a rear-facing or skin-facing carrier) may be coupled to or otherwise attached to a back side housing member **402** of the watch **400**, and in some cases may be considered to form a part of the housing **206** of the watch body **202**. The carrier **404** may have a first surface **406** that is interior to the watch body **202** (see FIG. **4C**) and a second surface **408** that is exterior to the watch body **202** (see FIG. **4A**). The carrier **404** may be dome-shaped or otherwise non-planar, as shown in FIGS. **4A**-**4C**, such that the second surface **408** protrudes or extends away from a back member **402** of the watch **400**. This is best illustrated in FIGS. **4B** and **4C**.

[0084] By way of example, the carrier **404** is shown as having a round perimeter and fitted to a round opening in the back side housing member **402**. In other examples, the carrier **404** may have a perimeter that is square, oval, or some other shape. Similarly, the opening in the back side housing member **402** may be square, oval, or some other shape. The perimeter of the carrier **204** and the perimeter of the opening need not have the same size or shape (e.g., the perimeter of the opening in the back side housing member **402** may be smaller or differently shaped than the perimeter of the carrier **404**). In some examples, the carrier **404** may

be a sapphire crystal. Alternatively, the carrier **404** may be formed from (or replaced by) a light-transmissive element formed of glass, plastic, or another material. The carrier **404** may be transparent to all wavelengths of light or just some wavelengths (and even one wavelength) of light.

[0085] The exterior surface **408** of the carrier **404** may have a set of electrodes (e.g., first and second (or rear-facing) electrodes **412**, **414**) thereon, although in some embodiments a single electrode or more than two electrodes may be used. In some embodiments, the electrodes **412**, **414** may be PVD deposited on the carrier **404**. Example constructions of the electrodes **412**, **414** and masks **422** are described with reference to FIGS. **5A**-**5E**, **6**-**8**, **9A**-**9C**, & **10A**-**10D**. In some embodiments, the electrodes **412**, **414** may be opaque. In other examples, the electrodes **412**, **414** may be formed of a transparent material, as described with reference to FIG. **6**, and the optical sensor subsystem **416** may transmit/receive light through the electrodes **412**, **414**. The optical sensor subsystem **416** may be, for example, an optical heart rate sensor.

[0086] In some cases, the first and second electrodes **412**, **414** may be arc-shaped (e.g., semi-circle-shaped), and may be positioned around a central opening **418** and concentric ring of openings **420** formed in the masks **422**. The first and second electrodes **412**, **414** may extend to the edge of the carrier **404**, and in some cases may wrap around the perimeter of the carrier **404** to the interior surface **406** of the carrier **404**, or be connected to conductive vias formed in the carrier **404**, or otherwise be electrically connected to elements within the watch body **202** that receive a signal sensed by one or both of the first and second electrodes **412**, **414**. In some cases, the first and second electrodes **412**, **414** may be electrically insulated from the back side housing member **402** (e.g., by a non-conductive gasket or adhesive), or the back side housing member **402** may be non-conductive. In some cases, the first and second electrodes **412**, **414** may be formed of, or include, stainless steel (SUS) or diamond like carbon (DLC).

[0087] The electrodes **412**, **414** may be positioned (e.g., at the periphery of the carrier **404** or in other locations) so as not to interfere with optical communication between an optical sensor subsystem **416** interior to the watch body **202** (see FIG. **4C**) and a medium (e.g., skin) exterior to the watch body **202**. The optical communication may occur through the carrier **404**, and in some cases may occur through a number of openings **418**, **420** formed in one or more masks **422** applied to the carrier **404**. The optical sensing subsystem is discussed in more detail, below.

[0088] FIG. 4B shows an elevation of the watch body **202** shown in FIG. **4A**. The exterior of the watch body **202** is defined primarily by the housing **206**, the transparent cover **208**, and the carrier **404**. The carrier **404** supports the rear-facing electrodes **412**, **414** (e.g., as described with reference to FIGS. **4A**, **4C**, **5C**, **5D**, **5E**, **6-8**, **9A-9C**, & **10A-10D**). The element **430** may represent the crown **210** or button **212**. For ease of explanation, it is noted that the positions of the electrodes **412**, **414** on the carrier **404** have been rotated **90** degrees with respect to their positions in FIGS. **4A** & **4C**.

[0089] The watch body **202** may be abutted to a user's wrist **432** or other body part, and may be adhered to the user by the watch band **204** or another element. When abutted to a user's wrist **432**, the electrodes **412**, **414** on the carrier **404** may contact the user's skin. The user may touch a conduc-

**Exhibit 11**
**-795-**

tive portion of the element **430** with a finger **434**. The user may touch the element **430** in various ways, depending on where the element **430** is conductive, and depending on the user's preference. In some cases, the user may touch the element **430** while also touching their wrist **432**. However, high skin-to-skin impedance tends to reduce the likelihood that signals will travel from the electrodes **412**, **414**, through their wrist **432** to their finger **434**, and subsequently to the element **430** (or vice versa). In some cases, the user may touch the element **430** while also touching the housing **206**, which may be okay if the housing **206** is not conductive.

[0090]   FIG. **4C** shows an exploded view of components that may be attached to the interior surface **406** of the carrier **404** shown in FIGS. **4A** & **4B**. When the watch body **202** shown in FIGS. **4A** & **4B** is assembled, the components shown in FIG. **4C** may reside within the housing **206**. By way of example, FIG. **4C** shows the components in relation to the back side housing member **402** (i.e., in relation to a skin-facing housing member).

[0091]   In some cases, the interior components shown in FIG. **4C** may be attached to (and in some cases directly on) the interior surface **406** of the carrier **404**. The interior surface **406** may sometimes be referred to as a first surface of the carrier **404**. The components attached to the carrier **404** may include a lens **436**, a light filter **438**, one or more adhesives **440**, **442**, the optical sensor subsystem **416**, circuitry or a processing subsystem **444**, a magnet **446**, or a magnetic shield **448**.

[0092]   The lens **436** may abut, be attached to (and optionally, directly on), or be formed on the first or interior surface **406** of the carrier **404**. By way of example, the lens **436** is aligned with the center of the carrier **404**. In some cases, the interior or exterior surface **406**, **408** of the carrier **404** may have a mask **422** thereon (e.g., an ink mask or dark mask, and in some cases a plurality of masks). The mask **422** may define an opening **418** (e.g., a first opening or central opening) that allows light of at least one wavelength to pass through the carrier **404**, and the lens **436** may be aligned with the opening **418**. In some cases, the lens **436** may be or include a Fresnel lens, a spherical lens, a diffuser film, or the like.

[0093]   In some cases, the light filter **438** may include one or more segments **450**, and each segment **450** may be attached to (e.g., laminated to) the interior surface **406** of the carrier **404** and positioned on the interior surface (e.g., adjacent or around the lens **436**) to prevent a set of one or more light receivers of the optical sensor subsystem **416** from receiving a portion of the light that is emitted by a set of one or more light emitters of the optical sensor subsystem **416**. The set of light emitters and set of light receivers are not shown in FIG. **4C**, and may be attached to an underside of the optical sensor subsystem **416**. When the carrier **404** includes the mask **422**, the mask **422** may further define a second opening **420a**, or a set of openings **420** including the second opening **420a**. The second opening **420a** or set of openings **420** may be positioned adjacent or around the first opening **418**. In these embodiments, the segments **450** of the light filter **438** (or a light filter ring or other light filter configuration) may be aligned with (e.g., may cover) each of the openings in the set of openings **420**.

[0094]   As an example, FIG. **4C** shows a mask **422** that defines a set of eight radial openings **420** around a central opening **418**. Each segment **450** of the light filter **438** may block (e.g., absorb) a portion of light emitted by a set of light

emitters that is attached to the optical sensor subsystem **416**, which portion of light reflects from a surface too close to (or within) the carrier **404** (e.g., the exterior surface **408** of the carrier **404**, imperfections within the carrier **404**, or a medium too close to the carrier **404**), such that the reflected light is not useful in a sensing operation for which the optical sensor subsystem **416** is designed. For example, when the optical sensor subsystem **416** is configured to determine a biological parameter of a user, light reflected from the carrier **404**, or from the outer layer of skin of the user, may not have any relation to the biological parameter determined and may not be useful. Accordingly, the filter may be configured to filter out light frequencies associated with light reflected from the carrier and/or a skin surface, allowing light reflected from deeper skin layers, blood vessels, and the like to be received by the receiver(s). In some examples, the light filter **438** or segments **450** thereof may include at least one of a light control film, a light polarizer, an anti-reflective film, a reflective film, or a light absorber. Accordingly and as one non-limiting example, the optical sensor subsystem **416** may act as an optical heart rate detector.

[0095]   In some embodiments, the mask **422** may represent multiple masks, and different masks may allow different wavelengths of light to pass through the carrier **404**, as described for example with reference to FIGS. **5A**–**5E** & **6**.

[0096]   The optical sensor subsystem **416** may include a substrate **452** on which the set of one or more light emitters (e.g., LEDs) and the set of one or more light receivers (e.g., photodetectors, such as photodiodes) are attached. The light emitter(s) and light receiver(s) may be attached or positioned on the substrate **452** to emit and receive light through the carrier **404**. The sensor subsystem **416** may be attached to the carrier **404** by one or more adhesives **440/442**, such as pressure sensitive adhesives (PSAs) or heat-activated films (HAFs). In some cases, the set of light emitters may be centrally attached on the substrate **452**, and a first wall may be attached to (e.g., formed on or bonded to) an underside of the substrate **452** surrounding the set of light emitters. The first wall may be attached to the interior surface **406** of the carrier **404** using a first adhesive **440**. The set of light receivers may be attached on the substrate **452** around the set of light emitters, between the first wall and a second wall attached to (e.g., formed on or bonded to) the underside of the substrate **452**. The second wall may be attached to the interior surface **406** of the carrier **404** using a second ring of adhesive **442**.

[0097]   The substrate **452** of the optical sensor subsystem **416** may include various contacts, pads, traces, or other conductive structures **454** that enable the processing subsystem **444** to be electrically coupled to the set of light emitters and set of light receivers of the optical sensor subsystem **416**. The processing subsystem **444** may include a substrate **456** (e.g., a printed circuit board (PCB)) that is attached to the optical sensor subsystem **416**, and thereby to the carrier **404**, via the conductive structures **454** and/or additional adhesive between the substrates **452**, **456** of the optical sensor subsystem **416** and the processing subsystem **444**. The substrates **452**, **456** may also or alternatively be connected using mechanical fasteners (e.g., screws). The processing subsystem **444** may activate the light emitters and light receivers to perform a sensor function (e.g., to determine a heart rate). In some cases, the processing subsystem **444** may be attached to another structure within the watch body, and may be electrically connected to the

**Exhibit 11
-796-**

9

conductive structures **454** of the optical sensor subsystem **416** by a flex circuit or other conductors.

[0098]   In some embodiments, the substrate **456** of the processing subsystem **444** may have a hole **458** therein, and the magnet **446** may be aligned with the hole **458** and abutted to (or attached to) the substrate **452**. In some cases, the magnet **446** may be adhesively bonded to the substrate **452** of the optical sensor subsystem **416**. The magnet **446** may inductively couple to a battery charger used for charging a battery included within the watch body, which battery may power components of the watch including the components of the optical sensor subsystem **416** and the processing subsystem **444**.

[0099]   The magnetic shield **448** may abut (or be attached to) the magnet **446**. In some cases, the magnetic shield **448** may be adhesively bonded to the magnet **446**. The magnetic shield **448** may direct magnetic flux associated with the magnet **446** toward and out the carrier **404** to improve inductive battery charging performance for a battery included within the watch body **202**.

[0100]   Direct or indirect connection of the components shown in FIG. 4C to the interior surface **406** of the carrier **404** can reduce the height of the components when stacked.

[0101]   FIG. 4D shows the sensor subsystem **416** attached to the carrier **404** shown in FIGS. **4A-4C**. FIG. **4B** also shows a flex circuit **460**, surrounding the sensor subsystem **416**, which may provide electrical connections between the electrodes **412**, **414** and the sensor subsystem **416** while also providing a ground that operates as an electrical noise mitigation barrier (or E-shield) between the sensor subsystem **416** and the electrodes **412**, **414**. The electrodes **412**, **414** may be connected to the electrical contacts **462**, **464**, which electrical contacts **462**, **464** are on the interior surface of the carrier **404** and connected to both traces in the flex circuit **460** and the electrodes **412**, **414**. Traces in the flex circuit **460** may be connected to the electrical contacts **462**, **464** via a conductive epoxy, and may connect the electrical contacts **462**, **464** to the sensor subsystem **416**. A processor may be part of the sensor subsystem **416**, and the processor may be connected to another processor or other circuitry via a flex circuit **466**.

[0102]   FIGS. **5A-5E** illustrate an example of coatings that may be deposited on the interior and exterior surfaces of the carrier **404** shown in FIGS. **4A-4C**. As shown in FIG. **5A**, a first mask **500** (e.g., a first ink mask) that is opaque to infrared (IR) and visible light may be deposited (e.g., PVD deposited) on the interior surface **406** of the carrier **404**. In some examples, the first mask **500** may include an inner ring **500***a* and an outer ring **500***b* that define a central first opening **418** and a concentric second opening **506** (i.e., a second opening **506** that is concentric with the first opening **418**). The central first opening **418** may be positioned over light emitters of the optical sensor subsystem **416** described with reference to FIG. **4C** (and over the optional lens **436**), and the concentric second opening **506** may be positioned above light receivers of the sensor subsystem **416**. The inner ring **500***a* of the first mask may prevent the light receivers from receiving light that is unlikely to have passed through a user's skin after passing through the central first opening **418**. The outer ring **500***b* of the first mask **500** may in some cases be provided for cosmetic reasons, and in some cases may not be provided.

[0103]   FIG. **5B** shows a second mask **508** (e.g., a second ink mask) that is opaque to visible light but transparent to IR light. The second mask **508** may be deposited (e.g., PVD deposited) on the interior surface **406** of the carrier **404**. The second mask **508** may be deposited on the carrier **404** over the concentric second opening **506** in the first mask **500**, and may overlap the inner and outer rings **500***a*, **500***b* of the first mask, as shown in FIG. **6**. The second mask **508** may define a plurality of visible light openings **420** above respective light receivers of the optical sensor subsystem **416**, while allowing IR light to pass through the entirety of the concentric second opening **506**. This may increase the amount of IR light received by the light receivers. The second mask **508** may also define an optional opening above a condensation detector **512**. In some cases, the second mask **508** may look visually similar to the first mask **500** (e.g., both masks may be dark masks, such that it may be impossible or difficult for a user to visually distinguish the first and second masks **500**, **508**).

[0104]   FIGS. **5C** and **5D** show an example of PVD deposited first and second electrodes **514***a*, **514***b* on the interior and exterior surfaces **406**, **408** of the carrier **404**. The first and second electrodes **412**, **414** may be arc-shaped and positioned at the periphery of the carrier **404**. The first and second electrodes **412**, **414** may be sized based on factors such as: providing a sufficient area to provide good electrical contact between the electrodes **412**, **414** and skin (which may improve electrical sensor efficiency); providing electrodes **412**, **414** of a size that do not substantially interfere with an antenna or other electrical structures of a device (which may improve wireless communication efficiency); or providing electrodes **412**, **414** positioned to allow optical communication through the carrier **404** (which may improve optical communication efficiency). The first and second electrodes **412**, **414** may be separated from one another by a pair of gaps **518***a*, **518***b*.

[0105]   The first and second electrodes **412**, **414** may be deposited on both the interior and exterior surfaces **406**, **408** of the carrier **404** and may wrap around the edge (or perimeter) of the carrier **404**. The material used to form the first and second electrodes **412**, **414** may be patterned to form electrical contacts **520***a*, **520***b* (e.g., tabs) on the interior surface **406** of the carrier **404**. The first and second electrodes **412**, **414** may overlap the first mask **500** (or outer ring **500***b* of the first mask) on the interior surface **406** of the carrier **404**, such that the first mask **500** is positioned between the first and second electrodes **412**, **414** and the interior surface **406** of the carrier **404**. Thus, the material used to form the electrodes **412**, **414** may need to have properties that enable the material to adhere to a carrier surface (e.g., a sapphire surface) and a mask (e.g., an ink mask). The material or materials used to form the electrodes **412**, **414** may also have properties, singularly or in combination, such as: a low impedance and good conductivity (e.g., a low DC resistance); a low electrode-to-skin impedance; a high hardness to reduce scratching of the electrodes **412**, **414**; a higher elastic modulus than the carrier **404** (e.g., to mitigate the likelihood that a crack in an electrode **412**, **414** propagates through the carrier **404**); compatibility with a HAF or other adhesive; and good biocompatibility (e.g., not likely to cause an adverse reaction to a user of a device). In some embodiments, the electrodes **412**, **414** may include aluminum titanium nitride (AlTiN) or chromium silicon carbonitride (CrSiCN). AlTiN and CrSiCN hold up well to abrasion and corrosion and tend not to place undue stresses on a sapphire carrier.

Exhibit 11
-797-

[0106]   FIG. 5E shows an example deposition of adhesive on the interior surface 406 of the carrier 404. The adhesive may be deposited in inner and outer rings 440, 442, as described with reference to FIG. 4C. The inner ring 440 of adhesive may be positioned on the inner ring 500a of the first mask. The outer ring 442 of adhesive may be positioned on the second mask 508, outward from the plurality of openings 420 in the second mask 508. In some cases, the adhesive may include a PSA or HAF.

[0107]   FIG. 6 shows a cross-section of the carrier 404 shown in FIG. 5B, and illustrates an overlap between the first and second masks 500, 508. The second mask 508 may overlap the first mask (e.g., outer ring 500b) on the interior surface 406 of the carrier 404 such that the first mask 500 is positioned between the second mask 508 and the interior surface 406 of the carrier 404.

[0108]   FIG. 7 shows a cross-section of the carrier 404 shown in FIG. 5C or 5D, and illustrates an overlap between the first electrode 412 (or second electrode) and the first mask 500 (e.g., outer ring 500b of the first mask). The first electrode 412 may overlap the first mask 500 (or outer ring 500b of the first mask) on the interior surface 406 of the carrier 404, such that the first mask 500 is positioned between the first electrode 412 and the interior surface 406 of the carrier 404.

[0109]   In some embodiments, the electrodes 412, 414 shown in FIGS. 5C, 5D, and 7 may be formed using indium titanium oxide (ITO) or another transparent material. In these embodiments, the electrodes 412, 414 may be transparent to light emitted by a sensor subsystem positioned below the carrier 404, and thus the electrodes 412, 414 may extend over a greater portion (or all) of the exterior surface 408 of the carrier 404. FIG. 8 shows an example layer construction of an ITO-based electrode. As shown, the stack 800 may include a layer 802 of aluminum oxide ($Al_2O_3$) on the carrier, a layer 804 of ITO on the layer 802 of aluminum oxide, a first layer 806 of silicon dioxide ($SiO_2$) on the layer 804 of aluminum oxide, a layer 808 of silicon nitride ($Si_3N_4$) on the first layer 806 of silicon dioxide, a second layer 810 of silicon dioxide on the layer 808 of silicon nitride, and a layer 812 of diamond like carbon, or another hard coating, on the second layer 810 of silicon dioxide. Alternatively, the layer 808 of silicon nitride and second layer 810 of silicon dioxide may not be deposited, or only the layer 804 of ITO may be deposited, or just the layer 804 of ITO layer and first layer 806 of silicon dioxide may be deposited. Other variations in the number or types of layers may also be used to form the stack 800. Each of the layers may be transparent to IR or visible light.

[0110]   FIGS. 9A-9C show alternative electrical connections between an electrode (e.g., an electrode on an exterior surface of a carrier that forms part of a housing of an electronic device) and an electrical contact interior to the electronic device. In some examples, the carriers shown in cross-section in FIGS. 9A-9C may have circular perimeters. In other examples, the carriers may have perimeters that are oval-shaped, square-shaped, rectangular-shaped, and so on. The techniques described with reference to FIGS. 9A-9C can be applied to carriers having various perimeter shapes, to carriers having different compositions, and so on. In some embodiments, the features shown in FIGS. 9-9C may be replicated to electrically connect more than one electrode on an exterior surface of an electronic device to components interior to the electronic device.

[0111]   In FIG. 9A, the electrode 900 may be a thin film electrode that is PVD deposited on a surface 902 of a carrier 904. The surface 902 on which the electrode 900 is deposited may be a surface of the carrier 904 that is exterior to an electronic device (i.e., the electrode 900 may be deposited on an exterior surface 902 of the carrier 904). As shown, a conductive material used to form the electrode 900 may be deposited on the carrier 904 such that the material wraps around an edge 906 or perimeter of the carrier 904 to form an electrical contact 908 on a surface 910 of the carrier 904 that is interior to the electronic device (i.e., on an interior surface 910 of the carrier 904). In some cases, the electrical contact 908 may be a tab that traces a much smaller arc about the periphery of the carrier 904 than the electrode 900 (as shown, for example, in FIGS. 5C, 5D, and 5E). In other cases, the electrical contact 908 may be arc-shaped and trace an arc that is similar in size to an arc traced by the electrode 900 on the exterior surface 902 of the carrier 904.

[0112]   In some cases, the conductive material(s) used to form the electrode 900 and electrical contact 908 may be deposited on the exterior surface 902, edge 906, and interior surface 910 of the carrier 904 in a single operation (or single set of operations in which the material(s) are deposited on the exterior surface 902, edge 906, and interior surface 910 of the carrier 904). In other cases, the material(s) used to form the electrode 900 may be deposited on the edge 906 or interior surface 910 of the carrier 904 in operations that are performed separately from one or more operations in which the electrode 900 is deposited on the exterior surface 902 of the carrier 904. In these latter examples, the material(s) may be deposited such that the materials overlap. In some cases, a set of one or more materials used to form the electrode 900 may differ from a set of one or more materials deposited on the edge 906 or interior surface 910 of the carrier 904.

[0113]   In some embodiments, the conductive material(s) deposited on the exterior surface 902, edge 906, and interior surface 910 of the carrier 904 may include a layer of SUS or a layer of DLC. In other embodiments, only the electrode 900 or edge 906 of the carrier 904 may be coated with a layer of stainless steel or DLC. In some examples, the conductive material(s) may include a PVD deposited layer of AlTiN or CrSiCN.

[0114]   In some embodiments, one or more masks (e.g., one or more ink masks) may be applied to the interior surface of the carrier (e.g., as described with reference to FIGS. 5A-5E, 6, & 7). In these embodiments, one or more of the conductive materials used to form the electrode 900 and electrical contact 908 may be applied over the mask(s). The conductive material(s), and the manner in which the conductive material(s) are deposited on the carrier 904, may therefore be selected to ensure adhesion of the conductive material(s) to the carrier 904 and to the ink or other material used to form the mask(s).

[0115]   As shown in FIG. 9A, a peripheral band of the interior surface 910 of the carrier 904 may be attached to a recessed ledge 912 in another housing member 914 of the electronic device (e.g., with the carrier 904 overlapping the housing member 914). In such an embodiment, the carrier 904 may be attached to the housing member 914 using an adhesive 916, such as a heat-activated film (HAF). The adhesive 916, or conductive material(s), and the manner in which the carrier 904 is attached to the housing member 914, may therefore be selected to ensure adhesion of the carrier 904 to the housing member 914.

Exhibit 11
-798-

[0116]   The electrical contact **908** may have a great enough width (e.g., a great enough width along a radius of the carrier **904**) that the electrical contact **908** extends past the recessed ledge **912** in the housing member **914** when the carrier **904** is attached to the housing member **914**, making the electrical contact **908** accessible interior to the electronic device. In some cases, a flex circuit, other flexible conductor, or other conductive element may be soldered or otherwise electrically connected to the electrical contact **908**, to enable a signal to be received from or applied to the electrode **900**.

[0117]   In FIG. 9B, the electrode **918** may be a thin film electrode that is PVD deposited on a surface **920** of a carrier **922**. The surface **920** on which the electrode **918** is deposited may be a surface of the carrier **922** that is exterior to an electronic device (i.e., the electrode **918** may be deposited on an exterior surface **920** of the carrier **922**). Prior to or after depositing the electrode **918** on the carrier **922**, a thru-carrier via **924** may be drilled or otherwise cut into the carrier **922**. The thru-carrier via **924** may extend from the exterior surface **920** of the carrier **922** (or electrode **918**) to the interior surface **926** of the carrier **922**. The via **924** may be coated or filled with a conductive material **928** such as stainless steel (SUS), and the conductive material **928** may be covered by, overlap, or otherwise electrically connect to the electrode **918**. In some cases, the conductive material **928** in the via **924** may be molded or glued in the via **924**. The conductive material **928** may provide an electrical contact **930** on a surface **926** of the carrier **922** that is interior to an electronic device (i.e., on an interior surface of the carrier). In some cases, the conductive material **928** in the via **924** may overlap a portion of the interior surface **926** of the carrier **922**, or may be connected to another conductive element deposited on the interior surface **926** of the carrier **922**.

[0118]   The conductive material(s) used to form the electrode **918** and deposited in the via **924** may be the same or different. In some embodiments, the conductive material(s) used to form the electrode **918** may include a layer of stainless steel (SUS) or a layer of diamond like carbon (DLC). In some examples, the conductive material(s) may include a PVD deposited layer of Aluminum Titanium Nitride (AlTiN) or Chromium Silicon Carbon Nitride (CrSiCN).

[0119]   As shown in FIG. 9B, a peripheral band of the interior surface **926** of the carrier **922** may be attached to a recessed ledge **932** in another housing member **934** of the electronic device (e.g., with the carrier **922** overlapping the housing member **934**). In such an embodiment, the carrier **922** may be attached to the housing member **934** using an adhesive **936**, such as a HAF. The adhesive **936**, and the manner in which the carrier **922** is attached to the housing member **934**, may therefore be selected to ensure adhesion of the carrier **922** to the housing member **934**.

[0120]   When the carrier **922** is attached to the housing member **934**, the via **924** may be positioned such that it overlaps the recessed ledge **932** or is interior to the recessed ledge **932**, making the electrical contact **930** accessible interior to the electronic device. In some cases, a flex circuit, other flexible conductor, or other conductive element may be soldered or otherwise electrically connected to the electrical contact **930**, to enable a signal to be received from or applied to the electrode **918**.

[0121]   In FIG. 9C, the electrode **938** may be a metallic arc-shaped element positioned between a carrier **940** and another housing member **942** of an electronic device. In some embodiments, the electrode **938** may be a singular metallic ring-shaped electrode (e.g., one electrode). In these embodiments, a peripheral band of a surface of the carrier **940** that is interior to the electronic device (e.g., an interior surface **944** of the carrier **940**) may be attached to a recessed ledge **946** in the electrode **938** (e.g., with the carrier **940** overlapping the electrode **938**), and the electrode **938** may be attached to a recessed ledge **950** in the housing member **942** (e.g., with the electrode **938** overlapping the housing member **942**). In other embodiments, the electrode **938** may be arc-shaped and may be one of two or more arc-shaped electrodes between the carrier **940** and the housing member **942**. In these embodiments, a peripheral band of the interior surface of the carrier **940** may be attached to recessed ledges **946** in multiple arc-shaped electrodes **938** (e.g., with the carrier **940** overlapping the electrodes **938**), and each of the arc-shaped electrodes **938** may be attached to the recessed ledge **950** in the housing member **942** (e.g., with the electrodes **938** overlapping the housing member **942**). In some cases, the multiple arc-shaped electrodes **938** may be electrically isolated from each other by flexible seals or gaskets, or by rigid separators (e.g., rigid extensions of the housing member **942**, which rigid extensions may include extensions of the recessed ledge **950** to which the electrodes **938** are attached. In some cases, the electrode **938** may be attached to the housing member **942** before the carrier **940** is attached to the electrode **938**.

[0122]   The electrode **938** may be formed of a conductive material including a layer of stainless steel (SUS) or DLC. In some examples, the conductive material may include a PVD deposited layer of Aluminum Titanium Nitride (AlTiN) or Chromium Silicon Carbon Nitride (CrSiCN). A surface **954** of the electrode **938** interior to the electronic device may provide an electrical contact for connecting components interior to the electronic device to the electrode **938**.

[0123]   In some cases, an edge **956** or perimeter of the carrier **940** may be abutted directly to the electrode **938**, and an edge **958** of the electrode **938** may be abutted directly to the housing member **942**. In other cases, an adhesive, seal, gasket, or filler may fill a gap between the carrier **940** and the electrode **938** or a gap between the electrode **938** and the housing member **942**.

[0124]   As shown in FIG. 9C, a peripheral band of the interior surface **944** of the carrier **940** may be attached to a recessed ledge **946** in the electrode **938**, and a peripheral band of an interior surface **954** of the electrode **938** may be attached to the housing member **942**. In such an embodiment, the carrier **940** may be attached to the electrode **938** or the electrode **938** may be attached to the housing member **942** using an adhesive **948** or **952**, such as a HAF. The adhesive **948** or **952**, and manner in which the respective elements are attached, may therefore be selected to ensure adhesion of the carrier **940** to the electrode **938** (or adhesion of the electrode **938** to the housing member **942**).

[0125]   When the electrode **938** is attached to the housing member **942**, the electrode **938** may be positioned such that it overlaps the recessed ledge **950** or is interior to the recessed ledge **950**, making the electrode **938** accessible interior to the electronic device. In some cases, a flex circuit, other flexible conductor, or other conductive element may be

Exhibit 11

-799-

US 2019/0072912 A1

12

Mar. 7, 2019

soldered or otherwise electrically connected to the electrode **938**, to enable a signal to be received from or applied to the electrode **938**.

[0126] FIGS. **10A**-**10**D show alternative carrier profiles, and alternative attachments (e.g., structural attachments) of carriers to other housing members of an electronic device. In some examples, the carriers may have circular perimeters. In other examples, the carriers may have perimeters that are oval-shaped, square-shaped, rectangular-shaped, and so on. The techniques described with reference to FIGS. **10A**-**10**D can be applied to carriers having various perimeter shapes, to carriers having different compositions, and so on. Each of FIGS. **10A**-**10**D shows an exterior surface (e.g., a back surface) of an electronic device, such as an electronic watch, and a cross-section of the exterior surface of the electronic device.

[0127] In FIG. **10A**, a carrier **1000** is attached to another housing member **1002** of an electronic device. The carrier **1000** includes an exterior surface **1004** that forms a part of the exterior surface of the electronic device, and an interior surface **1006** that faces components interior to the electronic device.

[0128] A peripheral band of the interior surface **1006** of the carrier **1000** may be attached to a recessed ledge **1064** in the housing member **1002** (e.g., with the carrier **1000** overlapping the housing member **1002**). In such an embodiment, the carrier **1000** may be attached to the housing member **1002** using an adhesive, such as a HAF. The adhesive, and the manner in which the carrier **1000** is attached to the housing member **1002**, may be selected to ensure adhesion of the carrier **1000** to the housing member **1002**.

[0129] The carrier **1000** may be variously configured, but in FIG. **10A**, an inner portion **1008** of the interior surface **1006** of the carrier **1000**, such as a portion of the carrier interior to a number of thru-carrier vias **1010**, is flat. An outer portion **1012** of the interior surface **1006**, such as a portion outside the number of thru-carrier vias **1010**, is concave or inwardly-sloped (downwardly-sloped in the figure) with respect to the inner portion **1008** of the interior surface **1006**. In contrast, the exterior surface **1004** of the carrier **1000** may be convex. Thus, the thickness of the carrier **1000** may vary to some degree from its center axis to its perimeter.

[0130] In some embodiments, one or more arc-shaped electrodes **1014** (e.g., two electrodes) may be positioned around the exterior surface **1004** of the carrier **1000**, inward from the perimeter of the carrier **1000**. In other embodiments, the electrodes **1014** may have other shapes or may extend to or around the perimeter. The electrodes **1014** may be PVD deposited thin film electrodes. In some cases, the electrodes **1014** may be connected to interior components of the electronic device by the thru-carrier vias **1010**, which in some cases may be drilled or formed through the flat inner portion **1008** of the interior surface **1006** of the carrier **1000**. In other cases, the electrodes **1014** may be connected to interior components of the electronic device by conductive material that wraps around the edge or perimeter of the carrier **1000**, or in any of the ways shown in FIGS. **9A**-**9**C.

[0131] In some cases, components such as a sensor subsystem may be attached to the inner, flat portion of the interior surface **1006** of the carrier **1000**.

[0132] In FIG. **10**B, a carrier **1016** is attached to another housing member **1018** of an electronic device. The carrier

**1016** includes an exterior surface **1020** that forms a part of the exterior surface of the electronic device, and an interior surface **1022** that faces components interior to the electronic device.

[0133] A peripheral band of the interior surface **1022** of the carrier **1016** may be attached to a recessed ledge **1024** in the housing member **1018** (e.g., with the carrier **1016** overlapping the housing member **1018**). In such an embodiment, the carrier **1016** may be attached to the housing member **1018** using an adhesive, such as a HAF. The adhesive, and the manner in which the carrier **1016** is attached to the housing member **1018**, may be selected to ensure adhesion of the carrier **1016** to the housing member **1018**.

[0134] The carrier **1016** may be variously configured, but in FIG. **10**B, the carrier **1016** has a uniform thickness. The interior surface **1022** of the carrier **1016** may be concave, and the exterior surface **1020** of the carrier **1016** may be convex. To provide a flat surface for connecting components (e.g., a sensor subsystem) to the carrier **1016**, a secondary carrier **1026** having a convex exterior surface **1028** and a flat interior surface **1066** may be attached to an inner portion of the interior surface **1022** of the carrier **1016**. The secondary (or interior) carrier **1026** may be attached to the primary (or exterior) carrier **1016** using a transparent adhesive. In some cases, the secondary carrier **1026** may be attached to the primary carrier **1016** interior to a number of thru-carrier vias **1030**.

[0135] In some embodiments, one or more arc-shaped electrodes **1032** (e.g., two electrodes) may be positioned around the exterior surface of the carrier **1016**, inward from the perimeter of the carrier **1016**. In other embodiments, the electrodes **1032** may have other shapes or may extend to or around the perimeter. The electrodes **1032** may be PVD deposited thin film electrodes. In some cases, the electrodes **1032** may be connected to interior components of the electronic device by the thru-carrier vias **1030**. In other cases, the electrodes **1032** may be connected to interior components of the electronic device by conductive material that wraps around the edge or perimeter of the carrier **1016**, or in any of the ways shown in FIGS. **9A**-**9**C.

[0136] FIGS. **10**C & **10**D each show a carrier attached to another housing member of an electronic device. The carrier includes an exterior surface that forms a part of the exterior surface of the electronic device, and an interior surface that faces components interior to the electronic device. In each of FIGS. **10**C & **10**D, the carrier has a flat interior surface and a convex exterior surface. The carriers shown in FIGS. **10**C & **10**D may be easier to manufacture than the carriers shown in FIGS. **10A** & **10**B.

[0137] In FIG. **10**C, a carrier **1034** is attached to another housing member **1036** of an electronic device. The carrier **1034** includes an exterior surface **1038** that forms a part of the exterior surface of the electronic device, and an interior surface **1040** that faces components interior to the electronic device.

[0138] A peripheral band of the interior surface **1040** of the carrier **1034** may be attached to a recessed ledge **1042** in the housing member **1036** (e.g., with the carrier **1034** overlapping the housing member **1036**). In such an embodiment, the carrier **1034** may be attached to the housing member **1036** using an adhesive, such as a HAF. The adhesive, and the manner in which the carrier **1034** is attached to the housing

Exhibit 11 -800-

member **1036**, may be selected to ensure adhesion of the carrier **1034** to the housing member **1036**.

[0139]  In some embodiments, one or more arc-shaped electrodes **1044** (e.g., two electrodes) may be positioned around the perimeter of the exterior surface **1038** of the carrier **1034**. In other embodiments, the electrodes **1044** may have other shapes or other positions on the exterior surface **1038** of the carrier **1034**. The electrodes **1044** may be PVD deposited thin film electrodes. In some cases, the electrodes **1044** may be connected to interior components of the electronic device by conductive material that wraps around the edge or perimeter of the carrier **1034**, or in any of the ways shown in FIGS. 9A-9C.

[0140]  In some cases, components such as a sensor subsystem may be attached to the interior surface **1040** of the carrier **1034**.

[0141]  In FIG. 10D, a carrier **1060** is attached to another housing member **1046** of an electronic device (e.g., an electronic watch), similarly to how the carrier **1034** is attached to another housing member **1036** in FIG. 10C. For example, a peripheral band of the interior surface **1048** of the carrier **1060** may be attached to a recessed ledge **1050** in the housing member **1046** (e.g., with the carrier **1060** overlapping the housing member **1046**). The carrier **1060** may be attached to the housing member **1046** using an adhesive, such as a HAF. The adhesive, and the manner in which the carrier **1060** is attached to the housing member **1046**, may be selected to ensure adhesion of the carrier **1060** to the housing member **1046**.

[0142]  The housing member **1046** to which the carrier **1060** is attached may be attached to yet another housing member (e.g., a second housing member **1052**). A peripheral band of the interior surface **1054** of the first housing member **1046** may be attached to a recessed ledge **1056** in the second housing member **1052** (e.g., with the first housing member **1046** overlapping the second housing member **1052**). The first housing member **1046** may be attached to the second housing member **1052** using an adhesive, such as a HAF. The adhesive, and the manner in which the first housing member **1046** is attached to the second housing member **1052**, may be selected to ensure adhesion of the first housing member **1046** to the second housing member **1052**. In some cases, the first housing member **1046** may electrically insulate the electrodes **1058** on the carrier **1060** from the second housing member **1052**, or may provide a transition between incompatible materials, or may provide a support for the carrier **1060**, or may facilitate assembly of the housing of the electronic device.

[0143]  In some embodiments, one or more arc-shaped electrodes **1058** (e.g., two electrodes) may be positioned around the perimeter of the exterior surface of the carrier **1060**. In other embodiments, the electrodes **1058** may have other shapes or other positions on the exterior surface **1062** of the carrier **1060**. The electrodes **1058** may be PVD deposited thin film electrodes. In some cases, the electrodes **1058** may be connected to interior components of the electronic device by conductive material that wraps around the edge or perimeter of the carrier **1060**, or in any of the ways shown in FIGS. 9A-9C.

[0144]  In some cases, components such as a sensor subsystem may be attached to the interior surface **1048** of the carrier **1060**.

[0145]  Turning now to the implementation of an electrode on a crown, FIG. **11A** shows an example elevation of a crown assembly **1100**. The crown assembly **1100** may be an example of a crown assembly included in any of the electronic devices described with reference to FIG. 1A, 1B, 2A-2C, 3, 4A, or 4B. The crown assembly **1100** may include a crown **210**.

[0146]  The crown **210** may be mechanically and electrically connected to a shaft **1102** that extends through an opening in a housing. By way of example, the housing is shown to be the housing **206** of the watch body **202** described with reference to FIGS. 2A-2C, 3, 4A, & 4B. The crown **210** may be integrally formed from a single piece of material that includes the shaft **1102** (that is, they may be connected to one another), or the shaft **1102** may be semi-permanently attached to a crown body **1104** using a fastening means such as solder, threads, or an adhesive. The crown **210** (or at least the crown body **1104**) may be external to the housing **206**, and may be rotated and/or translated by a user of the electronic device incorporating the crown assembly **1100**. Further, although the crown body **1104** and shaft **1102** are shown as integrally formed in FIGS. 11A and 11B, it should be appreciated that they may be separate pieces that are joined together.

[0147]  The crown assembly **1100** may further include a shaft retainer **1106** receiving an end of the shaft **1102**. The shaft retainer **1106** may be mechanically and/or electrically connected to the shaft **1102** (e.g., using solder, threads, or an adhesive), interior to the housing **206**. The shaft retainer **1106** may retain the crown **210** in position in relation to the housing **206**.

[0148]  One or more insulators **1108** (e.g., electrical insulators) may electrically insulate the crown **210** and/or shaft **1102** from the housing **206**. The term "insulator" encompasses both a single insulator and multiple insulators taken as a set. The insulator **1108** is generally shown in FIG. 11 as an annular seal having an L-shaped profile, functioning as a collar for the shaft. The shaft **1102** and crown body **1104** may translate, moving toward and away from the housing **206** while the insulator **1108** and shaft retainer **1106** move with the shaft **1102**. In some embodiments, the insulator **1108** may be stationary relative to the housing **206** while the shaft **1102**, crown body **1104** and shaft retainer **1106** move.

[0149]  The insulator **1108** or seal electrically insulates the shaft **1102** from the housing **206**, and may also electrically insulate the housing **206** from the shaft retainer **1104**. In some embodiments, the insulator **1108** may alternatively include more than one element and/or be positioned elsewhere within the crown assembly **1100**. For example, the insulator **1108** may include an element, layer, or coating **1108***a* applied to a surface of the housing **206** that faces an underside of the crown **210**, or to other elements that face the underside of the crown **210**.

[0150]  A tactile switch **1110** may be axially aligned with the shaft **1102** and positioned at an end of the shaft **1102** opposite the crown body **1104**. By way of example, the tactile switch **1110** may be attached on a substrate **1112**. The tactile switch **1110** may be actuated (e.g., switched between two or more states) as the shaft **1102** translates along an axis of the shaft **1102** to provide a crown input. A spring-biased conductor **1114** may be mechanically and electrically connected to at least one of the shaft **1102** or the shaft retainer **1106**, and in FIG. 11 is shown to be connected to the shaft retainer **1106**. The spring-biased conductor **1114** may be biased to electrically contact the shaft **1102** and/or shaft retainer **1106** during all phases of rotation and translation of

**Exhibit 11
-801-**

the crown **210**, and may electrically connect the shaft **1102** and/or shaft retainer **1106** to a circuit **1116** (e.g., a processor). When the crown is translated by a user, the spring-biased conductor **1114** may deform to maintain electrical contact with the shaft **1102** and/or shaft retainer **1106**.

[0151]  The crown assembly **1100** may further include an optical encoder **1118**. The optical encoder **1118** may be used to detect rotation and/or translation of the shaft **1102** or shaft retainer **1106**. In some embodiments, the circuit **1116** and optical encoder **1118** may be attached to the same substrate as the tactile switch **1110**.

[0152]  In some embodiments, the entirety of the crown **210** or crown body **1104** may be conductive and function as an electrode. The conductive crown body **1104** may be electrically connected to the circuit **1116** via the shaft **1102**, shaft retainer **1106**, and spring-biased conductor **1114**. In other embodiments, only a portion of the crown **210** or crown body **1104** may be conductive and function as an electrode, and the conductive portion of the crown body **1104** may be electrically connected to the circuit **1116** via the shaft **1102**, shaft retainer **1106**, and spring-biased conductor **1114**.

[0153]  Because the signals received by or propagated from the crown **210** may be low voltage or low amplitude signals, the materials, positions, electrical connections to, and electrical routing paths for an electrode formed on or by the crown **210** can have a significant impact on the ability of the circuit **1116** to discern useful signals representing an ECG or other biological parameter of a person wearing an electronic device including the crown assembly **1100**. The materials, positions, electrical connections to, and electrical routing paths for the crown assembly **1100** can also determine how well the crown assembly **1100** receives voltages/signals from a person's skin (e.g., a SNR of a device-to-user interface through which the voltages/signals pass); how well voltages/signals are transferred between the crown **210** and internal components of an electronic device (e.g., a voltage/signal propagation SNR); and how well the crown assembly **1100** operates in the face of environmental factors, such as temperature, humidity, moisture, electromagnetic radiation, dust, and so on. In some cases, the insulator **1108** may be positioned to prevent moisture from electrically shorting the crown **210** to the housing **206**, or the housing **206** may be grounded to provide electrical shielding for some or all of the signals propagated through the crown assembly **1100**, or the interfaces between the shaft **1102** and the shaft retainer **1106**, or between the shaft retainer **1106** and the spring-biased conductor **1114**, may be configured to increase SNR and reduce signal attenuation.

[0154]  In some embodiments, the crown **210** may include a coating, layer, or the like **1120** ("coating **1120**") that electrically isolates the crown **210**. The coating may thus function as, have similar properties to, and/or be made from the same or similar materials as, the insulator **1108**. Generally, the coating **1120** prevents electrical connection between the crown **210** and the housing **206**, for example when water is present in the space between the crown and housing.

[0155]  In the absence of the coating **1120**, water, sweat, or another conductor may electrically bridge or short the crown **210** to the housing **206**, presuming both the crown and housing are made from (or incorporate) an electrical conductor such as metal. In the event the crown **210** or some portion thereof serves as an electrode for measuring an electrocardiogram, shorting the crown **210** to the housing

**206** (and thus to the skin of a wearer) may render the crown inoperable or the electrocardiogram unreliable.

[0156]  The coating **1120** serves as a barrier against shorting the crown **210** to the housing **206** or other electrically conductive material or body, thereby ensuring the electrical functionality of the crown **210**. In some embodiments the coating **1120** coats only those surfaces of the crown that oppose or face the housing; in other embodiments and as shown in FIG. **11A**, the coating **1108** may extend across one or more sides of the crown **210**. Further, the coating **210** may extend onto a top or outer surface of the crown **210** (e.g., the surface of the crown that does not oppose or face the housing **206**), although typically at least a portion of the outer surface is not covered by the coating in order to define an area of the crown that can electrically couple to a wearer's finger.

[0157]  The coating **1120** also may extend at least partly down a shaft of the crown **210**, as discussed in more detail with respect to FIG. **11B**.

[0158]  In some embodiments, a second coating **1122** may be applied to the housing **206** instead of, or in addition to, the coating **1120** on the crown **210**. This housing coating **1122** serves the same function as the crown coating **1120**, namely electrically insulating the housing **206** from the crown **210** when water or other electrical conductors are in the gap between the housing and crown. The housing coating **1122** may extend across the insulator **1108** (or a non-insulating collar), in some embodiments. Likewise, the housing coating **1122** may extend between the housing **206** and insulator **1108** in some embodiments, or may be an extension of the insulator.

[0159]  In some embodiments, the coatings **1120**, **1122** may improve wear or provide a cosmetic function (e.g., provide an accent or visually conceal a surface of the shaft, crown, and/or housing) for the crown assembly **1100**. Alternatively, the housing **206**, or that portion of the housing **206** that faces the crown **210**, may be formed from a material that operates as an electrical insulator (e.g., plastic, ceramic, or the like). In some embodiments, one or more of the insulators **1108** (including element, layer, or coating **1108**a or **1120**) may by overmolded liquid crystal polymer (LCP) elements or coatings, which can provide very good separation resistance (high separation resistance) between moving or other parts. LCP layers may also be used in place of polyimide layers in flex circuits and other elements, and may not require the use of temperature- or moisture-sensitive adhesives. LCP elements, layers, and coatings absorb less moisture than polyimides in high temperature and high humidity environments, which can be useful in maintaining high separation resistance between components when sensing low voltage signals (e.g., biometric signals of a person) under varying conditions (e.g., under non-controlled conditions outside a doctor's office or hospital). LCP elements, layers, and coatings also maintain good separation resistance high temperatures. Other elements, layers, or coatings that may be used to provide electrical isolation include silicone or acrylic elements, layers, or coatings, or other elements having a high surface resistance. Other examples of insulators or insulator positions are described with reference to FIGS. **11B**, **12A**, **12B**, **13**, & **14**.

[0160]  FIG. **11B** shows another example crown **210** extending through a housing **206** of an electronic watch. As with other embodiments described herein, the crown **210** may be used to provide multiple types of input. For example, the crown may rotate about an axis of rotation (typically

**Exhibit 11**

**-802-**

US 2019/0072912 A1

Mar. 7, 2019

15

extending along a center length of the shaft **1102**, from an exterior of the housing **206** to an interior of the housing) to provide a first type of crown input, translate along the axis of rotation (e.g., move towards and/or away from the housing **206**) to provide a second type of crown input, and be touch-sensitive to provide a third type of crown input. The first and second types of input may control graphical output on the electronic watch's display, as described below in more detail with respect to FIGS. **26A-28B**. The third type of input may be a measurement of an electrical signal (such as voltage, capacitance, current, or the like), or facilitating measurements of a differential in an electrical signal, to provide an ECG of a user. That is and as discussed in greater detail herein, the third type of input may be the crown **210** functioning as one of two electrodes in an electrical circuit configured to measure a user's ECG. Typically, although not necessarily, the second electrode is positioned a back of the electronic watch. This second electrode and its functionality is discussed in more detail elsewhere in this document.

[0161]   The crown **210** may be formed from multiple elements attached together, as discussed in more detail below, or may be a single piece and connected to one another. The crown **210** generally includes a crown body **1104** coupled to (or formed with) a shaft **1102**. The shaft **1102** of the crown may extend through the housing **206** and is typically received in, or passes through, a collar **1124**. The collar **1124** may restrict tilting of the shaft **1102** and crown body **1104**. Further, the collar **1124** may permit translation of the shaft **1102** and crown body **1104** toward and away from the housing and rotation of the shaft and crown body **1104** about the axis of rotation. The collar **1124** may be the same as, or similar to, the shaft retainer **1106** and/or insulator **1108** of FIG. **11A**.

[0162]   One or more O-rings **1134** are fitted about the shaft **1102** and within the collar **1124**. The O-rings **1134** may be received within grooves, depressions, or the like within one or both of the shaft **1102** and collar **1124**. The O-rings form a watertight seal and likewise reduce or eliminate contaminants passing into an interior of the housing **206** through the gap **1136** between the crown **210** and housing **206**. The O-rings **1134** may also permit the shat to rotate and/or translate while restricting (or helping to restrict) how far the shaft **1102** translates.

[0163]   As with the embodiment shown in FIG. **11A**, the crown **210** may short to the housing **206** if water or another conductor is present in the gap **1136** between the crown and housing and the two are not electrically insulated from one another. Shorting the crown **210** to the housing **206** results in the electronic watch unreliably measuring and displaying an ECG of a user or not functioning at all.

[0164]   Accordingly and similar to the embodiment of FIG. **11A**, an underside of the crown **210** may be coated with an electrically insulating coating **1132**. The coating **1132** may prevent water or another contaminant from acting as a short or ground path between the crown **210** and housing **206**. As discussed with respect to FIG. **11A** and shown in that figure, such a coating may be applied to the housing **206** in addition to, or instead of, the crown **210**.

[0165]   The crown **210** shown in FIG. **11B** is not formed from a single piece of material but instead is formed from multiple elements. The crown body **1104** and shaft **1102** may be formed from or as a single piece of material, for example metal or another suitable conductor, and provide an electrical path between an object touching the crown body **1104**

and a sensor within the housing **206**, such as the third sensor **230** discussed above. An insulating split **1146** may separate the crown body from a trim **1148**; the trim **1148** may be annular, square, or any other suitable shape. The trim and split **1146** may provide various aesthetic looks as well as functional properties, such as different wear resistance, environmental resistance, and the like as compared to the crown body **1104**. Accordingly, the trim **1148** may be made from the same material or a different material as the crown body **1104** and the shaft **1102**.

[0166]   Insofar as the split **1146** is an electrical insulator, the coating **1132** need not extend across the split or onto any portion of the trim **1148** (although it can in some embodiments). Thus, the coating **1132** may stop at an edge of the crown body **1104** abutting the split **1146**. This may reduce manufacturing and assembly complexity of embodiments, as well as provide cost savings.

[0167]   In addition to, or instead of, providing a coating **1132** on the crown **210** or housing **206**, the collar **1124** may be coated. For example, an electrically insulating coating **1126** may be deposited on the collar **1124** and serve to electrically insulate the collar from the housing **206** and/or crown **210**. This may be useful when the collar is made from an electrically conductive material and the crown **210** may be shorted to the collar **1124**, in addition to or instead of to the housing **206**.

[0168]   As one non-limiting example, capillary action may retain water (or another liquid) in a portion of the gap between the collar **1124** and crown **210** while the part of the gap **1136** between the crown and housing **206** is sized to permit water to drain out. Thus, in such an embodiment the crown **210** may be at risk of electrically shorting to the collar **1124** but not the housing **206**. It should be appreciated that in some embodiments the housing **206** and/or crown **210** may be coated as well as the collar **1124**. It should likewise be appreciated that any or all of the electrically insulating coatings described herein may attenuate noise with respect to a signal conducted from the crown body **1104** through the shaft **1102** to a sensor, thereby providing more accurate and/or faster readings of a biological parameter such as an ECG.

[0169]   Although the coating **1126** (and coating **1132**) has been discussed as an electrical insulator, it should be appreciated that the coating(s) may provide other properties in addition to, or instead of, electrical insulation. For example, the coating **1126** may reduce friction between the collar **1124** and shaft **1102** as the shaft **1102** rotates and/or translates. The coating **1126** may reduce wear on either or both of the collar **1124** and shaft **1102** as another example.

[0170]   Further, in some embodiments the gap **1136** between the crown **210** and housing **206** may be large enough that the collar **1124** may be visible. In order to obscure the first collar coating and/or the collar, a second collar coating **1128** may be applied over the first, insulating collar coating **1126**. The second collar coating **1128** may be darker or otherwise visually conceal the first collar coating **1128** and collar **1124** from the naked eye.

[0171]   As yet another option, the second coating **1128** may also provide environmental resistance and/or resist wear, tear, and/or friction between the collar **1124** and shaft **1102**, as described above. Thus, the first collar coating **1126** may be an electrical insulator while the second collar coating **1128** may be chosen for its other material properties and/or resistances. Similarly, the first collar coating may be

Exhibit 11
-803-

US 2019/0072912 A1

Mar. 7, 2019

16

chosen for its material properties and/or resistances (including functioning as an electrical insulator) and the second collar coating may be used to obscure the first collar coating.

[0172]  Any or all of the coatings described herein may be deposited in a number of ways, including electrophoretic deposition or other manners that are suitable and known in the art. Likewise, any or all of the coatings may incorporate materials such as titanium dioxide, Teflon, or the like to provide or enhance properties such as resistance to wear, lowering of friction between adjacent elements, and the like. In some embodiments the first collar coating **1126** (or any other coating) may be approximately 10-30 microns thick or even 5-50 microns. The second collar coating **1128** (or any other coating) may be thinner on the order of 3-5 microns or even 2-10 microns.

[0173]  More detailed examples of the crown assembly **1100** described with reference to FIG. **11**A are shown in FIGS. **12**A, **12**B, **13**, & **14**.

[0174]  Turning now to FIGS. **12**A & **12**B, there is shown an example of a crown assembly **1200**, as may be included in any of the electronic devices described with reference to FIGS. **1**A, **1**B, **2**A-**2**C, **3**, **4**A, or **4**B. FIG. **12**A shows an exploded view of the crown assembly **1200**, and FIG. **12**B shows an assembled cross-section of the crown assembly **1200**, as viewed from the front or rear face of an electronic device such as the watch body **202** described with reference to FIGS. **2**A-**2**C, **3**, **4**A, & **4**B.

[0175]  The crown assembly **1200** is an example of the crown assembly **1100** shown in FIG. **11**, and includes components corresponding to the crown **210**, shaft retainer **1106**, insulator **1108**, tactile switch **1110**, substrate **1112**, spring-biased conductor **1114**, circuit **1116**, and optical encoder **1118**.

[0176]  The crown assembly **1200** may include a conductive rotatable shaft **1202** configured to extend through an opening in a housing **1242** (see FIG. **12**B), such as the housing described with reference to FIGS. **2**A, **2**C, **3**, **4**A, **4**B, or **11**. A user-rotatable crown **1204** may be mechanically attached to the shaft **1202** exterior to the housing **1242**. The crown **1204** may be rotated by a user of an electronic watch, to in turn rotate the shaft **1202**. In some cases, the crown **1204** may also be pulled or pushed by the user to translate the shaft **1202** along its axis. The crown **1204** may be electrically connected to a circuit within the housing **1242**, but electrically isolated from the housing **1242**.

[0177]  The crown **1204** may be electrically connected to the shaft **1202**. In some cases, at least part of the crown **1204** and at least part of the shaft **1202** may be molded, machined, or otherwise formed together (e.g., from a same material, such as a conductive ceramic or stainless steel).

[0178]  In some embodiments, the crown **1204** may be formed of a conductive ceramic or stainless steel (or have a conductive ceramic or stainless steel core). The core may be coated in a PVD deposited layer of SUS or DLC, or an electro-deposited (ED) layer of AlTiN or CrSiCN, and may function as an electrode. In some embodiments, the crown **1204** may have a conductive crown body **1244** surrounded by a ring **1246** of non-conductive material (or other insulator). See, FIG. **12**B. The non-conductive ring **1246** may help prevent shorting of the crown **1204** to the housing **1242**. The ring **1246** of non-conductive material may in some cases be surrounded by another ring **1248** of conductive material. In the configuration shown, the ring **1248** may optionally contact and electrically short to a grounded housing **1242**

when the crown is pressed, thereby helping to electrically shield the conductive crown body **1244** of the crown **1204** from some sources of interference. In some embodiments, the crown **1204** may have a conductive surface covered by a thin non-conductive coating. The non-conductive coating may provide a dielectric for capacitive coupling between the conductive surface and skin of a user of the crown **1204** (or an electronic watch or other device that includes the crown assembly **1200**). In the same or different embodiments, the crown **1204** may have a non-conductive coating on a surface of the crown **1204** facing the housing **1242**.

[0179]  A shaft retainer **1206** may be mechanically connected to the shaft **1202**, interior to the housing **1242** (e.g., interior to a watch body housing), after the shaft is inserted through the opening in the housing **1242** with the crown **1204** positioned exterior to the housing **1242**. In some cases, the shaft retainer **1206** may include a nut, and the shaft **1202** may have a threaded male portion that engages a threaded female portion of the nut. In some cases, the shaft retainer **1206** may be conductive, or have a conductive coating thereon, and mechanical connection of the shaft retainer **1206** to the shaft **1202** may form an electrical connection between the shaft retainer **1206** and the shaft **1202**. In an alternative embodiment (not shown), the shaft retainer **1206** may be integrally formed with the shaft **1202**, and the shaft **1202** may be inserted through the opening in the housing **1242** from inside the housing **1242** and then attached to the crown **1204** (e.g., the crown **1204** may screw onto the shaft **1202**).

[0180]  In some embodiments, a collar **1208** may be aligned with the opening in the housing **1242**, and a collar retainer **1210** may be coupled to the collar **1208** to retain the collar **1208** to the housing **1242** from a side of the housing **1242** opposite a side of the housing **1242** in which the collar **1208** is inserted. In some embodiments, the collar retainer **1210** may be coupled to the collar **1208** via threads on a male portion of the collar **1208** and corresponding threads on a female portion of the collar retainer **1210**. Optionally, a gasket **1212** (e.g., an I-ring) made of a synthetic rubber and fluoropolymer elastomer (e.g., Viton), silicone, or another compressible material may be placed over the collar **1208** prior to insertion of the collar **1208** through the opening, and attachment of the collar retainer **1210** to the collar **1208** may compress the gasket **1212**. The compressed gasket **1212** may provide stability to the collar **1208** and collar retainer **1210**, or provide a moisture barrier between the collar **1208** and the housing **1242**. The collar **1208** and collar retainer **1210** may be attached to one another, and thereby to the housing **1242**, prior to insertion of the shaft **1202** through the collar **1208**. Another gasket **1214** (e.g., a Y-ring) made of Viton, silicone, or another compressible material may be placed over the collar **1208**, before or after insertion of the collar **1208** through the opening, but before the shaft **1202** is inserted through the collar **1208**. The second gasket **1214** may provide a moisture barrier between the crown **1204** and the housing **1242** or the crown **1204** and the collar **1208**.

[0181]  Also prior to inserting the shaft **1202** through the collar **1208**, and in some cases prior to inserting the collar **1208** into the opening in the housing **1242**, an insulator **1216** may be inserted into or deposited on the interior of the collar **1208**, or placed around or deposited on the shaft **1202**. The insulator **1216** may also be inserted, placed, or deposited as the shaft **1202** is inserted into the collar **1208**. In some cases, the insulator **1216** may include a non-conductive sleeve or

**Exhibit 11**
**-804-**

bushing (e.g., a plastic sleeve) inserted (e.g., press-fit) into the collar **1208** (e.g., into a portion of the collar **1208** positioned interior to the housing **1242**). The insulator **1216** may also or alternatively include a non-conductive sleeve overmolded on the collar (e.g., molded within the opening in the collar **1208** and over a surface of the collar **1208** facing the crown **1204**). In some cases, the insulator **1216** may be an overmolded liquid crystal polymer (LCP) insulator **1216**. The insulator **1216** may also or alternatively include a non-conductive coating on the collar **1208** (e.g., on an inner surface of the collar **1208**), or a non-conductive coating on the shaft **1202**, or a set of one or more non-conductive gaskets surrounding the shaft **1202**. When the shaft **1202** is inserted into the collar **1208**, the insulator **1216** may be positioned between the shaft **1202** and the collar **1208** and help to insulate a conductive portion of the shaft **1202** (or the entire shaft **1202**) from the collar **1208**.

[0182]   Another insulator **1218** may be positioned between the shaft retainer **1206** and the collar retainer **1210**. For example, a non-conductive (e.g., plastic) washer, plate, or shim may be attached to the interior of the collar retainer **1210**, between the shaft retainer **1206** and the collar retainer **1210**. In some cases, the non-conductive washer may be carried by a plate **1220**, such as a plate formed of stainless steel (e.g., the insulator **1218** may be an overmolded LCP insulator **1218**). In these cases, the non-conductive washer may be attached to the interior of the collar retainer **1210** by welding (e.g., laser welding) the plate **1220** to the collar retainer **1210**. The non-conductive washer or other element may provide a bearing surface for the shaft retainer **1206**.

[0183]   As shown in FIGS. **12**A & **12**B, one or more O-rings **1222, 1224** or other gaskets may be placed over the shaft **1202** before the shaft **1202** is inserted into the collar **1208**. The O-rings **1222, 1224** may be formed of a synthetic rubber, fluoropolymer elastomer, silicone, or another compressible material. The O-rings **1222, 1224** may maintain the shaft **1202** in a position that is centered within the collar **1208**. In some cases, the O-rings **1222, 1224** may provide a seal between the shaft **1202** and the collar **1208**. The O-rings **1222, 1224** may also function as an insulator between the shaft **1202** and the collar **1208**. In some embodiments, the O-rings **1222, 1224** may be fitted to recesses in the shaft **1202**. Additionally, a low-friction ring **1308** or filler may be placed around the top of the collar **1208**, between the crown **1204** and the collar **1208**. Alternatively, the low-friction ring **1250** or filler may be attached to the crown **1204**, between the crown **1204** and the collar **1208**. In some embodiments, the shaft **1202** may be smooth (not shown) and rotate within a thicker or closer fitting insulator **1216** without use of the O-rings **1222, 1224**.

[0184]   In some embodiments, a bracket **1226** may be attached (e.g., laser welded) to the collar retainer **1210** or another element within the housing **1242**. The bracket **1226** may support a spring-biased conductor **1228** and maintain the spring-biased conductor **1228** in mechanical and electrical contact with the shaft retainer **1206** (or in some cases with an end of the shaft **1202**, such as when the shaft extends through the shaft retainer (not shown)). As shown, the spring-biased conductor **1228** may include a shear plate that is spring-biased about an axis **1238**, which axis **1238** is perpendicular to and radially outward from a second axis **1240** of the shaft **1202**. By way of example, the shear plate is shown to be circular, although the shear plate could also have other shapes. In some embodiments, the surface of the shear plate that abuts the shaft retainer **1206** or shaft end may be hardened (e.g., with a PVD deposited coating of cobalt chromium (CoCr or hard chromium)) to mitigate the likelihood of the shaft retainer **1206** or shaft end wearing through the shear plate after multiple rotations or translations of the shaft **1202**. The shear plate (and in some cases the entirety of the spring-biased conductor **1228**) may be plated with gold or another material to improve electrical conductivity (e.g., prior to coating the shear plate with a hardener). In some cases, the spring-biased conductor **1228** may be formed (e.g., stamped or bent) from a piece of metal (e.g., stainless steel). In other cases, the spring-biased conductor **1228** may be formed in other ways. The length and thickness of the shear plate, perpendicular to the axis of the shaft **1202**, can be optimized to provide a balance between a high enough spring constant to ensure good electrical contact between the shear plate and the shaft retainer **1206** or shaft end (even during rotation of the shaft **1202**), on one hand, and a low enough spring constant to mitigate the likelihood that the shaft retainer **1206** or shaft end will wear through the shear plate (or through a coating thereon). A flat or relatively flat shear plate can reduce the dimension of the crown assembly **1200** along the axis **1240** of the shaft **1202**.

[0185]   In some embodiments, a majority or entirety of the shaft **1202**, shaft retainer **1206**, or crown **1204** may be coated with a non-conductive coating, but for an external conductive surface of the crown **1204** and a portion of the shaft **1202** or shaft retainer **1206** that contacts the spring-biased conductor **1228**.

[0186]   When the shaft **1202** is translatable, translation of the shaft **1202** into the housing **1242** (e.g., into the housing of a watch body) may cause the spring-biased conductor **1228** (or the shear plate thereof) to deform. However, the spring bias of the spring-biased conductor **1228** may cause the spring-biased conductor **1228** (or the shear plate thereof) to maintain electrical contact with the shaft retainer or shaft end, regardless of whether the shaft **1202** is in a first position or a second position with reference to translation of the shaft **1202**. The spring-biased conductor **1228** may be electrically connected to a circuit, such as a circuit formed on or in a substrate **1230** such as a flex circuit or printed circuit board (PCB). In some cases, the spring-biased conductor **1228** may be surface-attached to the circuit substrate **1230** (such as soldered or otherwise mechanically connected, for example by using a surface-mount technology process), which circuit substrate **1230** may be supported by the rigid support member (or sub-housing frame member) **1226**. A conductive grease may be deposited between the shaft retainer **1206** or shaft **1202** and the shear plate or other member of the spring-biased conductor **1228**. The circuit may be in electrical communication with the crown **1204** via the spring-biased conductor **1228**, the shaft retainer **1206**, and the shaft **1202** (or when an end of the shaft **1202** protrudes through the shaft retainer **1206**, the circuit may be in electrical communication with the crown **1204** via the spring-biased conductor **1228** and the shaft **1202**).

[0187]   A tactile (tac) switch **1252**, such as a dome switch, may be electrically connected to the circuit and mechanically connected to the circuit substrate **1230**. In some cases, the tac switch **1252** may be surface-attached to the circuit substrate **1230** (such as soldered or otherwise mechanically connected). The shear plate of the spring-biased conductor **1228** may be positioned between the shaft retainer **1206** and the tac switch **1252**. The tac switch **1252** may be actuated or

**Exhibit 11**
**-805-**

18

change state in response to translation of the shaft **1202**. Thus, when a user presses on the crown **1204**, the shaft **1202** may translate into the housing **1242** (e.g., into the housing of a watch body) and actuate the tac switch **1252**, placing the tac switch **1252** in one of a number of states. When the user releases pressure on the crown **1204** or pulls the crown **1204** outward from the housing **1242**, the tac switch **1252** may retain the state in which it was placed when pressed, or advance to another state, or toggle between two states, depending on the type or configuration of the tac switch **1252**.

[0188]   The circuit to which the tac switch **1252** and spring-biased conductor **1228** are electrically connected may be part of, or electrically connected to, one or more circuits that carry portions of an optical encoder **1232** and other circuit elements, such as an interface **1234** to the electrodes described with reference to FIGS. **5**C, **5**D, **5**E, **6-8**, **9**A-**9**C, & **10**A-**10**D, or a processor that receives and processes signals received from or provided to the crown **1204** or other electrodes. By way of example, FIG. **12**A shows a circuit **1236** (e.g., a flex circuit or PCB) to which a set of one or more light emitters and light detectors of an optical encoder **1232** is connected. The light emitter(s) may illuminate an encoder pattern or other rotating portion of the optical encoder **1232**, which encoder pattern or other rotating portion of the optical encoder **1232** may be carried on (e.g., formed on, printed on, etc.) the shaft retainer **1206**. The light detector(s) may receive reflections of the light emitted by the light emitter(s), and a processor may determine a direction of rotation, speed of rotation, angular position, translation, or other state(s) of the crown **1204** and shaft **1202**.

[0189]   The spring-biased conductor **1228** may be connected to a processor. The processor may be attached or coupled to one or more of the circuits shown in FIG. **12**A. The processor may determine whether a user is touching the crown **1204**, or determine a biological parameter of the user based on a signal received from or provided to the user via the crown **1204**, or determine other parameters based on signals received from or provided to the crown **1204**. In some cases, the processor may operate the crown and electrodes described in FIGS. **5**C, **5**D, **5**E, **6-8**, **9**A-**9**C, **10**A-**10**D, **11**, **12**A, & **12**B as an electrocardiogram and provide an ECG to a user of a watch including the crown and electrodes.

[0190]   In an alternate embodiment of the crown assembly **1200** shown in FIGS. **12**A & **12**B, the spring-biased conductor **1228** may include a conductive brush that is biased to contact a side of the shaft **1202** or a side of the shaft retainer **1206**. The conductive brush may maintain electrical contact with the shaft **1202** and shaft retainer **1206** through rotation or translation of the shaft **1202**, and may be electrically connected to a circuit such as the circuit that supports the tac switch **1352**.

[0191]   FIG. **13** shows a cross-section of a crown assembly **1300** as viewed from an edge of a watch body (e.g., an edge to which a watch band might be attached). The crown assembly **1300** shown in FIG. **13** differs from the crown assembly **1200** shown in FIGS. **12**A & **12**B in that the crown **1302** has a somewhat different configuration. For example, the crown **1302** has a conductive crown body **1304** surrounded by a non-conductive ring **1306**. The non-conductive ring **1306** may be attached to the conductive crown body **1304** by an adhesive **1308**. Alternatively, the ring **1306** may

be conductive, and may be insulated from the conductive crown body **1304** by the adhesive **1308** (e.g., when the adhesive **1308** is non-conductive) or electrically connected to the conductive crown body **1304** (e.g., when the adhesive **1308** is conductive).

[0192]   As shown in FIG. **13**, the crown assembly **1300** may be positioned adjacent a transparent cover **1310** (e.g., a carrier) under which a display may be attached, such that the display is at least partially or fully within the housing. In some cases, the display may be a touch-sensitive display. In some embodiments, the display may also be a force-sensitive display. FIG. **13** shows one example of a force sensor **1312** for a force-sensitive display, in which a compressible gasket **1314** is bounded by first and second capacitive plates **1316**, **1318** and positioned between the carrier **1310** and the housing **1242**.

[0193]   FIG. **14** shows a cross-section of a crown assembly **1400**, as may be included in any of the electronic devices described with reference to FIG. **1**A, **1**B, **2**A-**2**C, **3**, **4**A, or **4**B. Similarly to the crown assemblies **1200** and **1300** shown in FIGS. **12**A, **12**B, & **13**, the crown assembly **1400** is an example of the crown assembly **1100** shown in FIG. **11**.

[0194]   The crown assembly **1400** is similar to the crown assembly **1200** in that its crown **1402** has a conductive crown body **1404** surrounded by an inner ring **1406** of non-conductive material and an outer ring **1408** of conductive material. The conductive crown body **1404** may be formed of a conductive ceramic or stainless steel, and may be coated in a PVD deposited layer of SUS or DLC, or an ED layer of AlTiN or CrSiCN, and may function as an electrode. The non-conductive inner ring **1406** may help prevent shorting of the crown **1402** to the housing **1242**, and may be formed of a plastic or elastomer, for example. The conductive outer ring **1408** may be formed of the same or different material(s) as the conductive crown body **1404**.

[0195]   The non-conductive inner ring **1406** may extend from an outer surface of the crown **1402** to under a portion of the conductive crown body **1404**. In this manner, the non-conductive inner ring **1406** may prevent the conductive crown body **1404** from contacting the collar **1208** when the crown **1402** is translated toward the housing **1242**.

[0196]   The conductive outer ring **1408** may extend from an outer surface of the crown **1402** to under a portion of the non-conductive inner ring **1406**. In this manner, if the housing **1242** is grounded and the conductive outer ring **1408** contacts the housing **1242**, the conductive outer ring **1408** may be grounded to the housing **1242**.

[0197]   In contrast to the crown assemblies **1200** and **1300**, the crown assembly **1400** has an insulator **1410** (e.g., a non-conductive element, layer, or coating) applied to at least one surface of the collar **1208** (e.g., to at least a portion of the surface or surfaces that face an underside of the conductive crown body **1404**). The insulator **1410** may further prevent the conductive crown body **1402** from contacting the collar **1208** when the crown **1402** is translated toward the housing **1242** and may provide increased separation resistance between the collar **1208** and the crown **210**. In some embodiments, the insulator **1410** may include a layer of plastic that is overmolded (e.g., LCP overmolded) on at least a portion (or all) of the collar **1208** that faces the crown **210** (or a plastic element that is placed over or adhered to at least a portion (or all) of the collar **1208**, or a coating that is applied to at least a portion of the collar **1208**). In some embodiments, the plastic may extend to adjacent surfaces of

Exhibit 11
-806-

US 2019/0072912 A1

19

Mar. 7, 2019

the housing 206, or into the central opening in the collar 1208. In some embodiments, the insulator 1410 may include an insulator (e.g., an electro-deposited (ED) acrylic-based polymer coating). Alternatively or additionally, an insulator (e.g., an element, layer, or coating) may be applied to the underside of the conductive crown body 1404, or to surfaces of the shaft 1202 that face the collar 1208 and/or housing 206. Alternatively, the collar 1208 may be formed from plastic or another material that is non-conductive or otherwise electrically isolates the conductive crown body 1404 of the crown 1402, or the shaft 1202, from other conductive components of the crown assembly 1500.

[0198]   In any of the crown assemblies 1200, 1300, 1400 described in the present disclosure, the crown 1202, 1302, or 1402 may alternately be a monolithic structure and not include additional conductive or non-conductive rings, or may include a single non-conductive (e.g., plastic) ring surrounding a conductive central portion.

[0199]   Turning now to the implementation of an electrode on a button, FIG. 15 shows an example cross-section of a button assembly 1500. The button assembly 1500 may be an example of a button assembly included in any of the electronic devices described with reference to FIG. 1A, 1B, 2A-2C, 3, 4A, or 4B.

[0200]   The button assembly 1500 may include a conductive button cap 1502. The conductive button cap 1502 may be retained within an opening in a housing by a button cap retention assembly 1504. The button cap retention assembly 1504, or parts thereof, may be conductive. By way of example, the housing is shown to be the housing 206 of the watch body 202 described with reference to FIGS. 2A-2C, 3, 4A, & 4B. The button cap retention assembly 1504 may be attached to the housing 206 and extend through the opening in the housing 206. In some embodiments, the button cap retention assembly 1504 may include a first component 1506 that is inserted through the opening from one side of the housing 206, and a second component 1508 that fastens to the first component 1506 on the other side of the housing 206 (e.g., by threads, screws, solder, or an adhesive).

[0201]   A set of one or more insulators 1510 (e.g., electrical insulators) may electrically insulate the button cap retention assembly 1504 from the housing 206. The insulator 1510 may also electrically insulate the conductive button cap 1502 from the housing 206. Although the insulator 1510 is generally shown in FIG. 15 as a singular annular seal around the perimeter of the button assembly 1500, the insulator 1510 may alternatively include more than one element or be positioned elsewhere within the button assembly 1500, as described with reference to FIGS. 16A, 16B, 17A, 17B, 18A, & 18C.

[0202]   The conductive button cap 1502 may translate toward and away from the housing 206, and may be in electrical contact with the button cap retention assembly 1504 during all phases of translation. When the conductive button cap 1502 is pressed by a user and translates toward the housing 206, a tactile switch 1512 may be actuated (e.g., switched between two or more states). A shaft 1514 may extend from an interior surface of, or be formed integrally with, the conductive button cap 1502 and a depressible surface of the tactile switch 1512. The tactile switch 1512 and shaft 1514, or other elements not shown in FIG. 15 (e.g., springs), may bias the conductive button cap 1502 in an outwardly translated position.

[0203]   The conductive button cap 1502 may function as an electrode, and an electrical signal may be routed between the conductive button cap 1502 and a circuit 1516, at least in part, via the button cap retention assembly 1504. In some embodiments, the button cap retention assembly 1504, tactile switch 1512, and circuit 1516 may be attached to a common substrate 1518.

[0204]   Because the signals received by or propagated from the conductive button cap 1502 may be low voltage or low amplitude signals, the materials, positions, electrical connections to, and electrical routing paths for an electrode formed on or by the conductive button cap 1502 can have a significant impact on the ability of the circuit 1516 to discern useful signals representing an ECG or other biological parameter of a person wearing an electronic device including the button assembly 1500. The materials, positions, electrical connections to, and electrical routing paths for the button assembly 1500 can also determine how well the button assembly 1500 receives voltages/signals from a person's skin (e.g., a SNR of a device-to-user interface through which the voltages/signals pass); how well voltages/signals are transferred between the conductive button cap 1502 and internal components of an electronic device (e.g., a voltage/ signal propagation SNR); and how well the button assembly 1500 operates in the face of environmental factors, such as temperature, humidity, moisture, electromagnetic radiation, dust, and so on. In some cases, the insulator 1510 may be positioned to prevent moisture from electrically shorting the conductive button cap 1502 to the housing 206, or the housing 206 may be grounded to provide electrical shielding for some or all of the signals propagated through the button assembly 1500.

[0205]   More detailed examples of the button assembly 1500 described with reference to FIG. 15 are shown in FIGS. 16A, 16B, 17A, 17B, 18A, & 18B.

[0206]   Turning now to FIGS. 16A & 16B, there is shown an example of a button assembly 1600 that may be included in any of the electronic devices described with reference to FIG. 1A, 1B, 2A-2C, 3, 4A, or 4B. FIG. 16A shows an exploded view of the button assembly 1600, and FIG. 16B shows an assembled cross-section of the button assembly 1600, as viewed from the front or rear face of an electronic device such as the watch body 202 described with reference to FIGS. 2A-2C, 3, 4A, and 4B.

[0207]   The button assembly 1600 is an example of the button assembly 1500 shown in FIG. 15, and includes components corresponding to the conductive button cap 1502, button cap retention assembly 1504, insulator 1510, and tactile switch 1512.

[0208]   The button assembly 1600 may be at least partially within an opening 1602 in a housing 1604 (e.g., an opening in the housing described with reference to FIG. 2A, 2C, 3, 4A, or 4B), and attached to the housing or an internal structure. In some cases, and as shown, the housing 1604 may include a cavity 1606 (FIG. 16B) defined by a sidewall 1608 and a ledge 1610. The ledge 1610 may surround the opening 1602, and the sidewall 1608 may surround the ledge 1610.

[0209]   The button assembly 1600 may include a conductive button cap 1612. The conductive button cap 1612 may be retained by a button cap retention assembly 1614, and may be translatable toward and away from the housing 1604. The button cap retention assembly 1614 may extend through the opening 1602 and be attached to the housing 1604. In

Exhibit 11

-807-

20

some examples, the button cap retention assembly **1614** may include a bracket **1616** that overlaps the ledge **1610** interior to the housing **1604**, and a retainer **1618** that overlaps the ledge **1610** exterior to the housing **1604**. The retainer **1618** may be mechanically attached to the bracket **1616** by a set of screws **1620** or other mechanical fastener. The screws **1620** may be inserted into through-holes in the bracket **1616** and screwed into threaded holes in the retainer **1618**, clamping the ledge **1610** between the bracket **1616** and the retainer **1618**.

[0210]  The conductive button cap **1612** may have an exterior surface **1622**, a sidewall or set of sidewalls **1624** parallel to the sidewall **1608** of the cavity **1606**, and an inward facing lip or set of lips **1626** (FIG. 16B) that extends between the retainer **1618** and the ledge **1610** and toward a center axis of the conductive button cap **1612**. A set of one or more coil springs **1628** or other spring-biased members may be positioned between an outer surface of the retainer **1618** and an underside of the conductive button cap **1612**, and may bias the conductive button cap **1612** in an outward state of translation.

[0211]  The button cap retention assembly **1614**, and in particular the retainer **1618**, may have a through-hole **1629** defined therein, with an axis of the through-hole **1629** extending perpendicular to the opening **1602** in the housing **1604**. A shaft **1630** may be positioned within the through-hole **1629**, and may translate toward and away from the housing **1604**. The shaft **1630** may be mechanically connected to the conductive button cap **1612**, or may be biased to contact the conductive button cap **1612**. By way of example, the shaft **1630** may be non-conductive. In a state of rest, the shaft **1630** and conductive button cap **1612** may be biased in an outward state of translation (i.e., away from the opening **1602**) by the coil springs **1628** and/or a spring-biased tactile switch **1632**. When a user presses the conductive button cap **1612** toward the housing **1604**, the press may overcome the bias provided by the coil springs **1628** and/or tactile switch **1632**, and pressure on the conductive button cap **1612** may be transferred to the shaft **1630**, which translates toward the housing **1604** and presses on the tactile switch **1632** to change the state of the tactile switch **1632** (e.g., from ON to OFF or vice versa, from one functional state to another, etc.). The tactile switch **1632** may be aligned with an axis of the shaft **1630** and attached to the bracket **1616** using an adhesive **1634** (e.g., a conductive PSA).

[0212]  In some embodiments, a gasket **1636** (e.g., an O-ring) may be positioned between the shaft **1630** and the through-hole. The shaft **1630** may have a circumferential groove **1638** in which a portion of the gasket **1636** is seated so that the gasket **1636** moves in a predictable way in response to movement of the shaft **1630**. In some examples, the gasket **1636** may be non-conductive.

[0213]  The button assembly **1600** may further include a set of electrical insulators (i.e., one or more electrical insulators), which set of electrical insulators may electrically insulate the button cap retention assembly **1614** from the housing **1604**, and electrically insulate the conductive button cap **1612** from the housing **1604**. For example, the button assembly **1600** may include a first electrical insulator, such as a sleeve **1640** (or set of shims), positioned between the conductive button cap **1612** and the sidewall **1608** (or set of sidewalls) of the cavity **1606** in the housing **1604**. In some cases, the sleeve **1640** may include a closed-shape sidewall

and an inward facing lip **1642** (FIG. 16B). In other cases, the sleeve **1640** may not include the inward facing lip **1642** or have a sidewall that does not define a closed shape. In other cases, the first electrical insulator may be a planar perimeter gasket (e.g., an insulator including the lip **1642** but not the sidewall). A second electrical insulator may include an adhesive **1644** (e.g., an adhesive ring) applied to a surface of the retainer **1618** facing the housing **1604**, or to the outer surface of the ledge **1610** within the cavity **1606**. In some cases, the adhesive **1644** may include a PSA. A gasket or seal **1646**, external to the housing **1604**, may be bonded to the adhesive **1644**. The adhesive **1644** and seal **1646** may be compressed when the screws **1620** are tightened to clamp the housing **1604** between the bracket **1616** and retainer **1618** of the button cap retention assembly **1614**. A third electrical insulator may include a spacer **1648**, internal to the housing **1604**, positioned between the bracket **1616** and the housing **1604**. The third electrical insulator, in conjunction with the first and/or second electrical insulator, may electrically insulate the conductive button cap retention assembly **1614** (e.g., the bracket **1616** and the retainer **1618**) from the housing **1604**. The first electrical insulator may electrically insulate the conductive button cap **1612** from the housing **1604**. In some embodiments, additional or different electrical insulators may electrically insulate the conductive button cap **1612** or button cap retention assembly **1614** from the housing **1604**.

[0214]  In use, a signal may be applied to, or received from, the button cap retention assembly **1614** (e.g., to/from the bracket **1616**) via a circuit (e.g., a flex circuit or other circuit element **1650**) that is electrically connected to the bracket **1616** (e.g., via a conductive adhesive **1652**). A signal may travel through the conductive button cap **1612**, coil springs **1628**, retainer **1618**, screws **1620**, and bracket **1616** via a first electrical path, or through the conductive button cap **1612**, retainer **1618**, screws **1620**, and bracket **1616** via a second electrical path. Although the second electrical path may be broken when the conductive button cap **1612** is pressed by a user, the conductive button cap **1612** may remain in electrical contact with the button cap retention assembly **1614** during all states of translation (e.g., via the first electrical path).

[0215]  With reference to FIGS. 17A & 17B, there is shown another example of a button assembly **1700** that may be included in any of the electronic devices described with reference to FIG. 1A, 1B, 2A-2C, 3, 4A, or 4B. FIG. 17A shows an exploded view of the button assembly **1700**, and FIG. 17B shows an assembled cross-section of the button assembly **1700**, as viewed from the front or rear face of an electronic device such as the watch body **202** described with reference to FIGS. 2A-2C, 3, 4A, & 4B.

[0216]  The button assembly **1700** is an example of the button assembly **1500** shown in FIG. 15, and includes components corresponding to the conductive button cap **1502**, button cap retention assembly **1504**, insulator **1510**, and tactile switch **1512**.

[0217]  The button assembly **1700** may be at least partially within an opening **1702** in a housing **1704** (e.g., an opening in the housing described with reference to FIG. 2A, 2C, 3, 4A, or 4B), and may be attached to any the housing or an internal structure. In some cases, and as shown, the housing **1704** may include a cavity **1706** (FIG. 17B) defined by at least one sidewall (e.g., a single sidewall **1708** or set of

**Exhibit 11**
**-808-**

sidewalls) and a ledge **1710**. The ledge **1710** may define the opening **1702**, and the sidewall **1708** may surround the ledge **1710**.

[0218]    The button assembly **1700** may include a conductive button cap **1712** (or button cap having a conductive portion). The conductive button cap **1712** may be retained by a button cap retention assembly **1714** (or button retainer), and may be translatable toward and away from the housing **1704**. The button cap retention assembly **1714** may extend through the opening **1702** and be connected or otherwise attached to the housing **1704**. In some examples, the button cap retention assembly **1714** may include a bracket **1716** that overlaps the ledge **1710** interior to the housing **1704**, and a retainer **1718** that overlaps the ledge **1710** exterior to the housing **1704**. The retainer **1718** may be mechanically attached to the bracket **1716** by a set of screws **1720** or other mechanical fastener. The screws **1720** may be inserted into through-holes in the bracket **1716** and screwed into threaded holes in the retainer **1718**, clamping the ledge **1710** between the bracket **1716** and the retainer **1718**.

[0219]    The conductive button cap **1712** may have an exterior surface **1722**, a sidewall or set of sidewalls **1724** parallel to the sidewall **1708** of the cavity **1706**, and an inward facing lip or set of lips **1726** (FIG. **19**) that extends between the retainer **1718** and the ledge **1710** and toward a center axis of the conductive button cap **1712**. A set of one or more coil springs **1728** or other spring-biased members may be positioned between an outer surface of the retainer **1718** and an underside of the conductive button cap **1712**, and may bias the conductive button cap **1712** in an outward state of translation.

[0220]    The button cap retention assembly **1714**, and in particular the retainer **1718**, may have a through-hole **1729** defined therein, with an axis of the through-hole **1729** extending perpendicular to the opening **1702** in the housing **1704**. A shaft **1730** may be positioned within the through-hole **1729**, and may translate toward and away from the housing **1704**. The shaft **1730** may be mechanically connected to the conductive button cap **1712**, or may be biased to contact the conductive button cap **1712**. In some cases, the shaft **1730** may be mechanically and electrically connected to the conductive button cap **1712**. In a state of rest, the shaft **1730** and conductive button cap **1712** may be biased in an outward state of translation (i.e., away from the opening **1702**) by the coil springs **1728** and/or a spring-biased tactile switch **1732**. In some cases, a shim **1734**, such as a non-conductive shim, may be attached to an end of the shaft **1730** facing the tactile switch **1732**. When a user presses the conductive button cap **1712** toward the housing **1704**, the press may overcome the bias provided by the coil springs **1728** and/or tactile switch **1732**, and pressure on the conductive button cap **1712** may be transferred to the shaft **1730**, which translates toward the housing **1704** and presses on the tactile switch **1732** to change the state of the tactile switch **1732** (e.g., from ON to OFF or vice versa, from one functional state to another, etc.). The tactile switch **1732** may be aligned with an axis of the shaft **1730** and attached to the bracket **1716** using an adhesive **1736** (e.g., a conductive PSA).

[0221]    In some embodiments, a gasket **1738** (e.g., an O-ring) may be positioned between the shaft **1730** and the through-hole. The shaft **1730** may have a circumferential groove **1740** (FIG. **17**B) in which a portion of the gasket **1738** is seated so that the gasket **1738** moves in a predictable

way in response to movement of the shaft **1730**. In some examples, the gasket **1738** may be conductive.

[0222]    The button assembly **1700** may further include a set of electrical insulators (i.e., one or more electrical insulators), which set of electrical insulators may electrically insulate the button cap retention assembly **1714** from the housing **1704**, and electrically insulate the conductive button cap **1712** from the housing **1704**. For example, the button assembly **1700** may include a first electrical insulator, such as a sleeve **1742** (or set of shims), positioned between the conductive button cap **1712** and the sidewall **1708** (or set of sidewalls) of the cavity **1706** in the housing **1704**. In some cases, the sleeve **1742** may include a closed-shape sidewall and an inward facing lip **1744** (FIG. **18**B). In other cases, the sleeve **1742** may not include the inward facing lip **1744** or have a sidewall that does not define a closed shape. In other cases, the first electrical insulator may be a planar perimeter gasket (e.g., an insulator including the lip **1744** but not the sidewall). A second electrical insulator may include an adhesive **1746** (e.g., an adhesive ring) applied to a surface of the retainer **1718** facing the housing **1704**, or to the outer surface of the ledge **1710** within the cavity **1706**. In some cases, the adhesive **1746** may include a PSA. A gasket or seal **1748**, external to the housing **1704**, may be bonded to the adhesive **1746**. The adhesive **1746** and seal **1748** may be compressed when the screws **1720** are tightened to clamp the housing **1704** between the bracket **1716** and retainer **1718** of the button cap retention assembly **1714**. A third electrical insulator may include a spacer **1750**, internal to the housing **1704**, positioned between the bracket **1716** and the housing **1704**. The third electrical insulator, in conjunction with the first and/or second electrical insulator, may electrically insulate the conductive button cap retention assembly **1714** (e.g., the bracket **1716** and the retainer **1718**) from the housing **1704**. The first electrical insulator may electrically insulate the conductive button cap **1712** from the housing **1704**. In some embodiments, additional or different electrical insulators may electrically insulate the conductive button cap **1712** or button cap retention assembly **1714** from the housing **1704**.

[0223]    In use, a signal may be applied to, or received from, the button cap retention assembly **1714** (e.g., to/from the bracket **1716**) via a circuit (e.g., a flex circuit or other circuit element) that is electrically connected to the bracket **1716** (e.g., as described with reference to FIG. **17**A). A signal may travel through the conductive button cap **1712**, shaft **1730**, conductive gasket **1738**, retainer **1718**, screws **1720**, and bracket **1716** via a first electrical path. The signal may also travel through the conductive button cap **1712**, coil springs **1728**, retainer **1718**, screws **1720**, and bracket **1716** via a second electrical path, or through the conductive button cap **1712**, retainer **1718**, screws **1720**, and bracket **1716** via a third electrical path. Although the third electrical path may be broken when the conductive button cap **1712** is pressed by a user, the conductive button cap **1712** may remain in electrical contact with the button cap retention assembly **1714** during all states of translation (e.g., via the first and second electrical paths).

[0224]    FIGS. **18**A & **18**B show another example of a button assembly **2000** that may be included in any of the electronic devices described with reference to FIG. **1**A, **1**B, **2**A-**2**C, **3**, **4**A, or **4**B. FIG. **18**A shows an exploded view of the button assembly **1800**, and FIG. **18**B shows an assembled cross-section of the button assembly **1800**, as

Exhibit 11
-809-

US 2019/0072912 A1

Mar. 7, 2019

22

viewed from the front or rear face of an electronic device such as the watch body **202** described with reference to FIGS. **2A-2C**, **3**, **4A**, & **4B**.

[0225] The button assembly **1800** is an example of the button assembly **1500** shown in FIG. **15**, and includes components corresponding to the conductive button cap **1502**, button cap retention assembly **1504**, insulator **1510**, and tactile switch **1512**.

[0226] The button assembly **1800** may be at least partially within an opening **1802** in a housing **1804** (e.g., an opening in the housing described with reference to FIG. **2A**, **2C**, **3**, **4A**, or **4B**), and may be attached to the housing or an internal structure such as a support. In some cases, and as shown, the housing **1804** may include a cavity **1806** (FIG. **18**B) defined by at least one sidewall (e.g., a single sidewall **1808** or set of sidewalls) and a ledge **1810**. The ledge **1810** may define the opening **1802**, and the sidewall **1808** may surround the ledge **1810**.

[0227] The button assembly **1800** may include a conductive button cap **1812** (or button cap having a conductive portion). The conductive button cap **1812** may be retained by a button cap retention assembly **1814** (or button retainer), and may be translatable toward and away from the housing **1804**. The button cap retention assembly **1814** may extend through the opening **1802** and be connected or otherwise attached to the housing **1804**. In some examples, the button cap retention assembly **1814** may include a bracket **1816** that overlaps the ledge **1810** interior to the housing **1804**, and a retainer **1818** that overlaps the ledge **1810** exterior to the housing **1804**. The retainer **1818** may be mechanically attached to the bracket **1816** by a set of screws **1820** or other mechanical fastener. The screws **1820** may be inserted into through-holes in the bracket **1816** and screwed into threaded holes in the retainer **1818**, clamping the ledge **1810** between the bracket **1816** and the retainer **1818**.

[0228] The conductive button cap **1812** may have an exterior surface **1822**, a sidewall or set of sidewalls **1824** parallel to the sidewall **1808** of the cavity **1806**, and an inward facing lip or set of lips **1826** (FIG. **18**B) that extends between the retainer **1818** and the ledge **1810** and toward a center axis of the conductive button cap **1812**. A set of one or more coil springs **1828** or other spring-biased members may be positioned between an outer surface of the retainer **1818** and an underside of the conductive button cap **1812**, and may bias the conductive button cap **1812** in an outward state of translation.

[0229] The button cap retention assembly **1814**, and in particular the retainer **1818**, may have a through-hole **1829** defined therein, with an axis of the through-hole extending **1829** perpendicular to the opening **1802** in the housing **1804**. A shaft **1830** may be positioned within the through-hole **1829**, and may translate toward and away from the housing **1804**. The shaft **1830** may be mechanically connected to the conductive button cap **1812**, or may be biased to contact the conductive button cap **1812**. In some cases, the shaft **1830** may be mechanically and electrically connected to the conductive button cap **1812**. In a state of rest, the shaft **1830** and conductive button cap **1812** may be biased in an outward state of translation (i.e., away from the opening **1802**) by the coil springs **1828** and/or a spring-biased tactile switch **1832**. In some cases, a spring-biased conductor (e.g., a conductive shear plate **1834**) may extend between the tactile switch **1832** and an end of the shaft **1830** facing the tactile switch **1832**. When a user presses the conductive button cap **1812**

toward the housing **1804**, the press may overcome the bias provided by the coil springs **1828** and/or tactile switch **1832**, and pressure on the conductive button cap **1812** may be transferred to the shaft **1830**, which translates toward the housing **1804** and presses on the tactile switch **1832** to change the state of the tactile switch **1832** (e.g., from ON to OFF or vice versa, from one functional state to another, etc.). The tactile switch **1832** may be aligned with an axis of the shaft **1830** and attached to the bracket **1816** using an adhesive **1836** (e.g., a conductive PSA).

[0230] In some embodiments, a gasket **1838** (e.g., an O-ring) may be positioned between the shaft **1830** and the through-hole. The shaft **1830** may have a circumferential groove **1840** in which a portion of the gasket **1838** is seated so that the gasket **1838** moves in a predictable way in response to movement of the shaft **1830**. In some examples, the gasket **1838** may be non-conductive.

[0231] The button assembly **1800** may further include a set of electrical insulators (i.e., one or more electrical insulators), which set of electrical insulators may electrically insulate the button cap retention assembly **1814** from the housing **1804**, and electrically insulate the conductive button cap **1812** from the housing **1804**. For example, the button assembly **1800** may include a first electrical insulator, such as a sleeve **1842** (or set of shims), positioned between the conductive button cap **1812** and the sidewall **1808** (or set of sidewalls) of the cavity **1806** in the housing **1804**. In some cases, the sleeve **1842** may include a closed-shape sidewall and an inward facing lip **1844** (FIG. **18**B). In other cases, the sleeve **1842** may not include the inward facing lip **1844** or have a sidewall that does not define a closed shape. In other cases, the first electrical insulator may be a planar perimeter gasket (e.g., an insulator including the lip **1844** but not the sidewall). A second electrical insulator may include an adhesive **1846** (e.g., an adhesive ring) applied to a surface of the retainer **1818** facing the housing **1804**, or to the outer surface of the ledge **1810** within the cavity **1806**. In some cases, the adhesive **1846** may include a PSA. A gasket or seal **1848**, external to the housing **1804**, may be bonded to the adhesive **1846**. The adhesive **1846** and seal **1848** may be compressed when the screws **1820** are tightened to clamp the housing **1804** between the bracket **1816** and retainer **1818** of the button cap retention assembly **1814**. A third electrical insulator may include a spacer **1850**, internal to the housing **1804**, positioned between the bracket **1816** and the housing **1804**. The third electrical insulator, in conjunction with the first and/or second electrical insulator, may electrically insulate the conductive button cap retention assembly **1814** (e.g., the bracket **1816** and the retainer **1818**) from the housing **1804**. The first electrical insulator may electrically insulate the conductive button cap **1812** from the housing **1804**. In some embodiments, additional or different electrical insulators may electrically insulate the conductive button cap **1812** or button cap retention assembly **1814** from the housing **1804**.

[0232] The shear plate **1834** may be formed from a conductive sheet that is stamped, molded, or otherwise shaped to form an open (shown) or closed (not shown) shape conductive perimeter **1852** and an elevated tab **1854** (e.g., a tab having an end positioned in a different plane than the conductive perimeter **1852**). The conductive perimeter **1852** may be positioned between the bracket **1816** and spacer **1850**, such that the conductive perimeter **1852** and shear

Exhibit 11
-810-

plate **1834** are electrically insulated from the housing **1804**. The shear plate **1834** deforms in response to translation of the shaft **1830**.

[0233]   In use, a signal may be applied to, or received from, the button cap retention assembly **1814** (e.g., to/from the bracket **1816**) via a circuit (e.g., a flex circuit or other circuit element) that is electrically connected to the bracket **1816** (e.g., as described with reference to FIG. **16**). A signal may travel through the conductive button cap **1812**, shaft **1830**, shear plate **1834**, and bracket **1816** via a first electrical path. The signal may also travel through the conductive button cap **1812**, coil springs **1828**, retainer **1818**, screws **1820**, and bracket **1816** via a second electrical path, or through the conductive button cap **1812**, retainer **1818**, screws **1820**, and bracket **1816** via a third electrical path. Although the third electrical path may be broken when the conductive button cap **1812** is pressed by a user, the conductive button cap **1812** may remain in electrical contact with the button cap retention assembly **1814** during all states of translation (e.g., via the first and second electrical paths).

[0234]   FIG. **19** shows an example elevation of a button assembly **1900**. The button assembly **1900** may be an example of a button assembly included in any of the electronic devices described with reference to FIG. **1A**, **1B**, **2A**-**2C**, **3**, **4A**, or **4B**.

[0235]   The button assembly **1900** may include a conductive button cap **1902**. The conductive button cap **1902** may be retained within an opening in a housing by a button cap retention assembly **1904** (e.g., a button retainer). The button cap retention assembly **1904**, or parts thereof, may be conductive. By way of example, the housing is shown to be the housing **206** of the watch body **202** described with reference to FIGS. **2A**-**2C**, **3**, **4A**, & **4B**. The button cap retention assembly **1904** may be attached to the housing **206** and extend through the opening in the housing **206**. In some embodiments, the button cap retention assembly **1904** may include a first component **1906** that is inserted through the opening from one side of the housing **206**, and a second component **1908** that fastens to the first component **1906** on the other side of the housing **206** (e.g., by threads, screws, solder, or an adhesive).

[0236]   A set of one or more insulators **1910** (e.g., electrical insulators) may electrically insulate the conductive button cap **1902** from the button cap retention assembly **1904**. The insulator **1910** may also electrically insulate the conductive button cap **1902** from the housing **206**. Although the insulator **1910** is generally shown in FIG. **19** to include a non-conductive liner **1910**$a$ on an underside of the conductive button cap **1902**, a non-conductive sleeve **1910**$b$ positioned between the conductive button cap **1902** and the housing **206**, and a non-conductive sleeve **1910**$c$ positioned between the button cap retention assembly **1904** and a shaft **1914**, the insulator **1910** may alternatively include more or fewer elements, which elements may be positioned in different locations within the button assembly **1900**, as described with reference to FIGS. **20**, **21**, & **22**.

[0237]   The conductive button cap **1902** may translate toward and away from the housing **206**, and may be insulated from the button cap retention assembly **1904** during all phases of translation. When the conductive button cap **1902** is pressed by a user and translates toward the housing **206**, a tactile switch **1912** may be actuated (e.g., switched between two or more states). The shaft **1914** may extend between an interior surface of the conductive button cap

**1902** and a depressible surface of the tactile switch **1912**. The tactile switch **1912** and shaft **1914**, or other elements not shown in FIG. **19** (e.g., springs), may bias the conductive button cap **1902** in an outwardly translated position.

[0238]   The conductive button cap **1902** may function as an electrode, and an electrical signal may be routed between the conductive button cap **1902** and a circuit **1916**, at least in part, via the shaft **1914**. In some embodiments, the button cap retention assembly **1904**, tactile switch **1912**, and circuit **1916** may be attached to a common substrate **1918**.

[0239]   Because the signals received by or propagated from the conductive button cap **1902** may be low voltage or low amplitude signals, the materials, positions, electrical connections to, and electrical routing paths for an electrode formed on or by the conductive button cap **1902** can have a significant impact on the ability of the circuit **1916** to discern useful signals representing an ECG or other biological parameter of a person wearing an electronic device including the button assembly **1900**. The materials, positions, electrical connections to, and electrical routing paths for the button assembly **1900** can also determine how well the button assembly **1900** receives voltages/signals from a person's skin (e.g., a SNR of a device-to-user interface through which the voltages/signals pass); how well voltages/signals are transferred between the conductive button cap **1902** and internal components of an electronic device (e.g., a voltage/signal propagation SNR); and how well the button assembly **1900** operates in the face of environmental factors, such as temperature, humidity, moisture, electromagnetic radiation, dust, and so on. In some cases, the insulator **1910** may be positioned to prevent moisture from electrically shorting the conductive button cap **1902** to the housing **206**, or the housing **206** may be grounded to provide electrical shielding for some or all of the signals propagated through the button assembly **1900**.

[0240]   More detailed examples of the button assembly **1900** described with reference to FIG. **19** are shown in FIGS. **20**, **21**, & **22**.

[0241]   Referring now to FIG. **20**, there is shown an assembled cross-section of another example of a button assembly **2000** that may be included in any of the electronic devices described with reference to FIG. **1A**, **1B**, **2A**-**2C**, **3**, **4A**, or **4B**. The button assembly **2000** may be at least partially within an opening **2002** in a housing **2004** (e.g., an opening in the housing described with reference to FIG. **2A**, **2C**, **3**, **4A**, or **4B**), and may be attached to the housing or an internal structure such as a support. In some cases, and as shown, the housing **2004** may include a cavity **2006** defined by at least one sidewall (e.g., a single sidewall **2008** or set of sidewalls) and a ledge **2010**. The ledge **2010** may define the opening **2002**, and the sidewall **2008** may surround the ledge **2010**.

[0242]   The button assembly **2000** may include a conductive button cap **2012** (or button cap having a conductive portion). The conductive button cap **2012** may be retained by a button cap retention assembly **2014** (or button retainer), and may be translatable toward and away from the housing **2004**. The button cap retention assembly **2014** may extend through the opening **2002** and be connected or otherwise attached to the housing **2004**. In some examples, the button cap retention assembly **2014** may include a bracket **2016** that overlaps the ledge **2010** interior to the housing **2004**, and a retainer **2018** that overlaps the ledge **2010** exterior to the housing **2004**. The retainer **2018** may be mechanically

Exhibit 11
-811-

attached to the bracket **2016** by a set of screws **2020** or other mechanical fastener. The screws **2020** may be inserted into through-holes in the bracket **2016** and screwed into threaded holes in the retainer **2018**, clamping the ledge **2010** between the bracket **2016** and the retainer **2018**.

[0243]   The conductive button cap **2012** may have an exterior surface **2022**, a sidewall or set of sidewalls **2024** parallel to the sidewall **2008** of the cavity **2006**, and an inward facing lip or set of lips **2026** that extends between the retainer **2018** and the ledge **2010** and toward a center axis of the conductive button cap **2012**. A set of one or more coil springs **2028** or other spring-biased members may be positioned between an outer surface of the retainer **2018** and an underside of the conductive button cap **2012**, and may bias the conductive button cap **2012** in an outward state of translation.

[0244]   The button cap retention assembly **2014**, and in particular the retainer **2018**, may have a through-hole defined therein, with an axis of the through-hole extending perpendicular to the opening **2002** in the housing **2004**. A shaft **2030** may be positioned within the through-hole, and may translate toward and away from the housing **2004**. The shaft **2030** may be mechanically and electrically connected to the conductive button cap **2012**, or may be biased to contact the conductive button cap **2012**. In a state of rest, the shaft **2030** and conductive button cap **2012** may be biased in an outward state of translation (i.e., away from the opening **2002**) by the coil springs **2028** and/or a spring-biased tactile switch **2032**. In some cases, a shim **2034**, such as a non-conductive shim, may be attached to an end of the shaft **2030** facing the tactile switch **2032**. When a user presses the conductive button cap **2012** toward the housing **2004**, the press may overcome the bias provided by the coil springs **2028** and/or tactile switch **2032**, and pressure on the conductive button cap **2012** may be transferred to the shaft **2030**, which translates toward the housing **2004** and presses on the tactile switch **2032** to change the state of the tactile switch **2032** (e.g., from ON to OFF or vice versa, from one functional state to another, etc.). The tactile switch **2032** may be aligned with an axis of the shaft **2030** and attached to the bracket **2016** using an adhesive **2036** (e.g., a non-conductive PSA).

[0245]   In some embodiments, a gasket **2038** (e.g., an O-ring) may be positioned between the shaft **2030** and the through-hole. In some cases, the gasket **2038** may be positioned between a first non-conductive liner **2044** and a second non-conductive liner **2046**. In some examples, the gasket **2038** may be non-conductive.

[0246]   The button assembly **2000** may further include a set of electrical insulators (i.e., one or more electrical insulators), which set of electrical insulators may electrically insulate the conductive button cap **2012** from the button cap retention assembly **2014** and housing **2004**. For example, the button assembly **2000** may include a first electrical insulator, such as a sleeve **2042** (or set of shims), positioned between the conductive button cap **2012** and the sidewall **2008** (or set of sidewalls) of the cavity **2006** in the housing **2004**. In some cases, the sleeve **2042** may include a closed-shape sidewall. In other cases, the sleeve **2042** may also include an inward facing lip, or may not have a sidewall that defines a closed shape. A second electrical insulator may include a non-conductive liner **2044** between an interior surface of the conductive button cap **2012** and the button cap retention assembly **2014**. In some cases, the non-conductive liner

**2044** may be press-fit or adhesively bonded to the interior surface of the conductive button cap **2012**. Alternatively, the non-conductive liner **2044** may be press-fit or adhesively bonded to an exterior surface of the retainer **2018**. In some embodiments, the non-conductive liner **2044** may extend into the through-hole, between the shaft **2030** and the button cap retention assembly **2014** (e.g., between the shaft **2030** and the retainer **2018**). A third electrical insulator may include a second non-conductive liner **2046**, positioned in the through-hole between the shaft **2030** and the retainer **2018**, below the gasket **2038**. The second electrical insulator, in some cases in conjunction with the third electrical insulator, may electrically insulate the conductive button cap **2012** from the button cap retention assembly **2014** (e.g., from the retainer **2018**). The first electrical insulator may electrically insulate the conductive button cap **2012** from the housing **2004**. In some embodiments, additional or different electrical insulators may electrically insulate the conductive button cap **2012** from the button cap retention assembly **2014** or housing **2004**.

[0247]   A conductive flexure **2048** may be coupled to, but insulated from, the bracket **2016**, and positioned (e.g., angled) to contact the end of the shaft **2030** that faces the tactile switch **2032**. The conductive flexure **2048** may be spring-biased to contact the end of the shaft **2030**, and may be spring-biased to remain in contact with the end of the shaft **2030** during all states of translation of the shaft **2030**.

[0248]   In use, a signal may be applied to, or received from, the conductive button cap **2012** via a circuit (e.g., a flex circuit or other circuit element) that is electrically connected to the conductive flexure **2048**. A signal may travel through the conductive button cap **2012**, shaft **2030**, and conductive flexure **2048**.

[0249]   FIG. **21** shows an assembled cross-section of another example of a button assembly **2100** that may be included in any of the electronic devices described with reference to FIG. 1A, 1B, 2A-2C, **3**, **4**A, or **4**B. The button assembly **2100** may be at least partially within an opening **2102** in a housing **2104** (e.g., an opening in the housing described with reference to FIG. 2A, 2C, **3**, **4**A, or **4**B), and may be attached to the housing or an internal structure such as a support. In some cases, and as shown, the housing **2104** may include a cavity **2106** defined by at least one sidewall (e.g., a single sidewall **2108** or set of sidewalls) and a ledge **2110**. The ledge **2110** may define the opening **2102**, and the sidewall **2108** may surround the ledge **2110**.

[0250]   The button assembly **2100** may include a conductive button cap **2112** (or button cap having a conduction portion). The conductive button cap **2112** may be retained by a button cap retention assembly **2114** (or button retainer), and may be translatable toward and away from the housing **2104**. The button cap retention assembly **2114** may extend through the opening **2102** and be connected or otherwise attached to the housing **2104**. In some examples, the button cap retention assembly **2114** may include a bracket **2116** that overlaps the ledge **2110** interior to the housing **2104**, and a retainer **2118** that overlaps the ledge **2110** exterior to the housing **2104**. The retainer **2118** may be mechanically attached to the bracket **2116** by a set of screws **2120** or other mechanical fastener. The screws **2120** may be inserted into through-holes in the bracket **2116** and screwed into threaded holes in the retainer **2118**, clamping the ledge **2110** between the bracket **2116** and the retainer **2118**.

Exhibit 11

-812-

[0251]  The conductive button cap **2112** may have an exterior surface **2122**, a sidewall or set of sidewalls **2124** parallel to the sidewall **2108** of the cavity **2106**, and an inward facing lip or set of lips **2126** that extends between the retainer **2118** and the ledge **2110** and toward a center axis of the conductive button cap **2112**.

[0252]  The button cap retention assembly **2114**, and in particular the retainer **2118**, may have a through-hole defined therein, with an axis of the through-hole extending perpendicular to the opening **2102** in the housing **2104**. A shaft **2128** may be positioned within the through-hole, and may translate toward and away from the housing **2104**. The shaft **2128** may be mechanically and electrically connected to the conductive button cap **2112**, or may be biased to contact the conductive button cap **2112**. In a state of rest, the shaft **2128** and conductive button cap **2112** may be biased in an outward state of translation (i.e., away from the opening **2102**) by a conductive flexure **2130** or other spring-biased member positioned between the bracket **2116** and an end of the shaft **2128** that faces the bracket **2116**.

[0253]  The button cap retention assembly **2114**, and in particular the retainer **2118**, may also have a second through-hole formed therein, with an axis of the second through-hole extending perpendicular to the opening **2102** in the housing **2104**. A piston **2132** may be positioned within the through-hole, and may translate toward and away from the housing **2104**. In some cases, a shim **2134**, such as a non-conductive shim, may be attached to an end of the piston **2132** facing a spring-biased tactile switch **2136**. When a user presses the conductive button cap **2112** toward the housing **2104**, the press may overcome the bias provided by the conductive flexure **2130** and/or tactile switch **2136**, and pressure on the conductive button cap **2112** may be transferred to the piston **2132**, which translates toward the housing **2104** and presses on the tactile switch **2136** to change the state of the tactile switch **2136** (e.g., from ON to OFF or vice versa, from one functional state to another, etc.). The tactile switch **2136** may be aligned with an axis of the piston **2132** and attached to the bracket **2116** using an adhesive **2138** (e.g., a non-conductive PSA).

[0254]  In some embodiments, a first gasket **2140** (e.g., an O-ring) may be positioned between the shaft **2128** and the first through-hole, and a second gasket **2142** (e.g., an O-ring) may be positioned between the piston **2132** and the second through-hole. In some cases, the first gasket **2140** may be positioned between a first non-conductive liner **2150** and a second non-conductive liner **2152**. In some cases, the piston **2132** may have a circumferential groove **2146** in which a portion of the second gasket **2142** is seated so that the second gasket **2142** moves in a predictable way in response to movement of the piston **2132**. In some examples, the first and second gaskets **2140**, **2142** may be non-conductive.

[0255]  The button assembly **2100** may further include a set of electrical insulators (i.e., one or more electrical insulators), which set of electrical insulators may electrically insulate the conductive button cap **2112** from the button cap retention assembly **2114** and housing **2104**. For example, the button assembly **2100** may include a first electrical insulator, such as a sleeve **2148** (or set of shims), positioned between the conductive button cap **2112** and the sidewall **2108** (or set of sidewalls) of the cavity **2106** in the housing **2104**. In some cases, the sleeve **2148** may include a closed-shape sidewall. In other cases, the sleeve **2148** may also include an inward facing lip, or may not have a sidewall that defines a closed

shape. A second electrical insulator may include a non-conductive liner **2150** between an interior surface of the conductive button cap **2112** and the button cap retention assembly **2114**. In some cases, the non-conductive liner **2150** may be press-fit or adhesively bonded to the interior surface of the conductive button cap **2112**. Alternatively, the non-conductive liner **2150** may be press-fit or adhesively bonded to an exterior surface of the retainer **2118**. In some embodiments, the non-conductive liner **2150** may extend into the through-hole, between the shaft **2128** and the button cap retention assembly **2114** (e.g., between the shaft **2128** and the retainer **2118**). A third electrical insulator may include a second non-conductive liner **2152**, positioned in the through-hole between the shaft **2128** and the retainer **2118**, below the gasket **2140**. The second electrical insulator, in some cases in conjunction with the third electrical insulator, may electrically insulate the conductive button cap **2112** from the button cap retention assembly **2114** (e.g., from the retainer **2118**). The first electrical insulator may electrically insulate the conductive button cap **2112** from the housing **2104**. In some embodiments, additional or different electrical insulators may electrically insulate the conductive button cap **2112** from the button cap retention assembly **2114** or housing **2104**.

[0256]  In use, a signal may be applied to, or received from, the conductive button cap **2112** via a circuit (e.g., a flex circuit or other circuit element) that is electrically connected to the conductive flexure **2130**. A signal may travel through the conductive button cap **2112**, shaft **2128**, and conductive flexure **2130**.

[0257]  FIG. **22** shows an assembled cross-section of another example of a button assembly **2200** that may be included in any of the electronic devices described with reference to FIG. 1A, 1B, 2A-2C, **3**, **4A**, or **4B**. The button assembly **2200** may be at least partially within an opening **2202** in a housing **2204** (e.g., an opening in the housing described with reference to FIG. 2A, 2C, 3, **4A**, or 4B), and may be attached to the housing or an internal structure such as a support. In some cases, and as shown, the housing **2204** may include a cavity **2206** defined by at least one sidewall (e.g., a single sidewall **2208** or set of sidewalls) and a ledge **2210**. The ledge **2210** may define the opening **2202**, and the sidewall **2208** may surround the ledge **2210**.

[0258]  The button assembly **2200** may include a conductive button cap **2212** (or button cap having a conductive portion). The conductive button cap **2212** may be retained by a button cap retention assembly **2214** (or button retainer), and may be translatable toward and away from the housing **2204**. The button cap retention assembly **2214** may extend through the opening **2202** and be connected or otherwise attached to the housing **2204**. In some examples, the button cap retention assembly **2214** may include a bracket **2216** that overlaps the ledge **2210** interior to the housing **2204**, and a retainer **2218** that overlaps the ledge **2210** exterior to the housing **2204**. The retainer **2218** may be mechanically attached to the bracket **2216** by a set of screws **2220** or other mechanical fastener. The screws **2220** may be inserted into through-holes in the bracket **2216** and screwed into threaded holes in the retainer **2218**, clamping the ledge **2210** between the bracket **2216** and the retainer **2218**.

[0259]  The conductive button cap **2212** may have an exterior surface **2222**, a sidewall or set of sidewalls **2224** parallel to the sidewall **2208** of the cavity **2206**, and an inward facing lip or set of lips **2226** that extends between the

**Exhibit 11**

**-813-**

retainer **2218** and the ledge **2210** and toward a center axis of the conductive button cap **2212**.

[0260]   The button cap retention assembly **2214**, and in particular the retainer **2218**, may have a through-hole defined therein, with an axis of the through-hole extending perpendicular to the opening **2202** in the housing **2204**. A shaft **2228** may be positioned within the through-hole, and may translate toward and away from the housing **2204**. The shaft **2228** may be mechanically and electrically connected to the conductive button cap **2212**, or may be biased to contact the conductive button cap **2212**. In a state of rest, the shaft **2228** and conductive button cap **2212** may be biased in an outward state of translation (i.e., away from the opening **2202**) by a conductive spring (e.g., a coil spring **2230**) or other spring-biased member positioned between the bracket **2216** and an end of the shaft **2228** that faces the bracket **2216**.

[0261]   The button cap retention assembly **2214**, and in particular the retainer **2218**, may also have a second through-hole formed therein, with an axis of the second through-hole extending perpendicular to the opening **2202** in the housing **2204**. A piston **2232** may be positioned within the through-hole, and may translate toward and away from the housing **2204**. When a user presses the conductive button cap **2212** toward the housing **2204**, the press may overcome the bias provided by the coil spring **2230** and/or tactile switch **2234**, and pressure on the conductive button cap **2212** may be transferred to the piston **2232**, which translates toward the housing **2204** and presses on the tactile switch **2234** to change the state of the tactile switch **2234** (e.g., from ON to OFF or vice versa, from one functional state to another, etc.). The tactile switch **2234** may be aligned with an axis of the piston **2232** and attached to the bracket **2216** using an adhesive **2236** (e.g., a non-conductive PSA).

[0262]   In some embodiments, a first gasket **2238** (e.g., an O-ring) may be positioned between the shaft **2228** and the first through-hole, and a second gasket **2240** (e.g., an O-ring) may be positioned between the piston **2232** and the second through-hole. In some cases, the first gasket **2238** may be positioned between a first non-conductive liner **2248** and a second non-conductive liner **2250**. In some cases, the piston **2232** may have a circumferential groove **2244** in which a portion of the second gasket **2240** is seated so that the second gasket **2240** moves in a predictable way in response to movement of the piston **2232**. In some examples, the first and second gaskets **2238**, **2240** may be non-conductive.

[0263]   The button assembly **2200** may further include a set of electrical insulators (i.e., one or more electrical insulators), which set of electrical insulators may electrically insulate the conductive button cap **2212** from the button cap retention assembly **2214** and housing **2204**. For example, the button assembly **2200** may include a first electrical insulator, such as a sleeve **2246** (or set of shims), positioned between the conductive button cap **2212** and the sidewall **2208** (or set of sidewalls) of the cavity **2206** in the housing **2204**. In some cases, the sleeve **2246** may include a closed-shape sidewall. In other cases, the sleeve **2246** may also include an inward facing lip, or may not have a sidewall that defines a closed shape. A second electrical insulator may include a non-conductive liner **2248** between an interior surface of the conductive button cap **2212** and the button cap retention assembly **2214**. In some cases, the non-conductive liner **2248** may be press-fit or adhesively bonded to the interior surface of the conductive button cap **2212**. Alternatively, the

non-conductive liner **2248** may be press-fit or adhesively bonded to an exterior surface of the retainer **2218**. In some embodiments, the non-conductive liner **2248** may extend into the through-hole, between the shaft **2228** and the button cap retention assembly **2214** (e.g., between the shaft **2228** and the retainer **2218**). A third electrical insulator may include a second non-conductive liner **2250**, positioned in the through-hole between the shaft **2228** and the retainer **2218**, below the gasket **2238**. The second electrical insulator, in some cases in conjunction with the third electrical insulator, may electrically insulate the conductive button cap **2212** from the button cap retention assembly **2214** (e.g., from the retainer **2218**). The first electrical insulator may electrically insulate the conductive button cap **2212** from the housing **2204**. In some embodiments, additional or different electrical insulators may electrically insulate the conductive button cap **2212** from the button cap retention assembly **2214** or housing **2204**.

[0264]   In use, a signal may be applied to, or received from, the conductive button cap **2212** via a circuit (e.g., a flex circuit or other circuit element) that is electrically connected to the coil spring **2230**. A signal may travel through the conductive button cap **2212**, shaft **2228**, and coil spring **2230**.

[0265]   FIG. 23 shows a schematic **2300** of an electronic device, such as an electronic watch, that may be used for acquiring an ECG or other biological parameter from a user of the electronic device. In some cases, the electronic device may include a watch body. As shown, the electronic device may include a first electrode **2302** on a carrier **2304**, an optional second electrode **2306** on the carrier **2304**, and a third electrode **2308** on the surface of a user-rotatable crown **2310** (or alternatively, on the surface of a button). The third electrode **2308** may be operable to be contacted by a finger of a user while the first electrode **2302** (and optional second electrode **2306**) are positioned against a user's skin (e.g., against the wrist of the user). A processor **2312**, which in some cases may be provided in an integrated circuit (IC), an application-specific integrated circuit (ASIC), a field programmable gate array (FPGA), a system in package (SIP), a system on a chip (SOC), etc., may be operable to acquire an ECG from the user, or determine another biological parameter of, the user. The ECG or other biological parameter may be determined based on voltages at the first, optional second, and third electrodes **2302**, **2306**, **2308** while the user is in contact with the first, optional second, and third electrodes **2302**, **2306**, **2308**.

[0266]   In some cases, voltages may be sensed at just the first and third electrodes **2302**, **2308**. In other cases, the second electrode **2306** may be grounded to the electronic device, thereby the user to the electronic device, and the voltage at the second electrode **2306** (i.e., the ground voltage) may be used to remove noise generated by the electronic device or other environmental sources from the signals measured at the first and third electrodes **2302**, **2308**. This may result in more accurate readings (or processing) of the first and third voltages.

[0267]   As shown, a signal or voltages at the first electrode **2302** may be amplified by a first amplifier **2314**, and a signal or voltages at the third electrode **2308** may be amplified by a second amplifier **2316**.

[0268]   FIG. 24 shows an example method **2400** of determining a biological parameter of a user wearing an elec-

**Exhibit 11**

**-814-**

tronic watch or other wearable electronic device, such as a watch or wearable electronic device described herein.

[0269]   At block **2402**, a ground voltage is optionally applied to a user via a first electrode on the electronic device. The first electrode may be on an exterior surface of a carrier that forms part of a housing of the electronic device. The operation(s) at **2402** may be performed, for example, by the processor described with reference to FIG. **24**, using one of the electrodes described with reference to FIGS. **1**B, **2**A-**2**C, **3**, **4**A-**4**C, **5**D, **5**E, **6-8**, **9**A-**9**C, **10**A-**10**D, & **23**.

[0270]   At block **2404**, a first voltage or signal is sensed at a second electrode on the electronic device. The second electrode may also be on the exterior surface of the carrier. The operation(s) at **2404** may be performed, for example, by the processor described with reference to FIG. **24**, using one of the electrodes described with reference to FIGS. **1**B, **2**A-**2**C, **3**, **4**A-**4**C, **5**D, **5**E, **6-8**, **9**A-**9**C, **10**A-**10**D, **11**, **12**A, **12**B, **13**, **14**, **15**, **16**A, **16**B, **17**A, **17**B, **18**A, **18**B, **19**, **20**, **21**, **22**, & **23**.

[0271]   At block **2406**, a second voltage or signal is sensed at a third electrode on the electronic device. The third electrode may be on a user-rotatable crown of the electronic device, or on a button of the electronic device, or on another surface of the housing of the electronic device. In some embodiments, the ground voltage is applied and the first voltage or signal is sensed on a wrist of one arm of the user, and the second voltage or signal is sensed on a fingertip of the user (with the fingertip belonging to a finger on a hand on the other arm of the user). The operation(s) at **2406** may be performed, for example, by the processor described with reference to FIG. **24**, using one of the electrodes described with reference to FIGS. **1**B, **2**A-**2**C, **3**, **4**A-**4**C, **5**D, **5**E, **6-8**, **9**A-**9**C, **10**A-**10**D, **11**, **12**A, **12**B, **13**, **14**, **15**, **16**A, **16**B, **17**A, **17**B, **18**A, **18**B, **19**, **20**, **21**, **22**, & **23**.

[0272]   At block **2408**, the biological parameter of the user may be determined from the optional ground voltage, the first voltage or signal, and the second voltage or signal. The ground voltage may provide a reference for the first and second voltages or signals, or may otherwise be used to reject noise from the first and second voltages or signals. When the first and second voltages are obtained from different parts of the user's body, the biological parameter may be an electrocardiogram for the user. The operation(s) at **2408** may be performed, for example, by the processor described with reference to FIG. **25**.

[0273]   FIG. **25** shows a sample electrical block diagram of an electronic device **2500**, which electronic device may in some cases take the form of any of the electronic watches or other wearable electronic devices described with reference to FIGS. **1-23**, or other portable or wearable electronic devices. The electronic device **2500** can include a display **2505** (e.g., a light-emitting display), a processor **2510**, a power source **2515**, a memory **2520** or storage device, a sensor **2525**, and an input/output (I/O) mechanism **2530** (e.g., an input/output device, input/output port, or haptic input/output interface). The processor **2510** can control some or all of the operations of the electronic device **2500**. The processor **2510** can communicate, either directly or indirectly, with some or all of the components of the electronic device **2500**. For example, a system bus or other communication mechanism **2535** can provide communication between the processor **2510**, the power source **2515**, the memory **2520**, the sensor **2525**, and the input/output mechanism **2530**.

[0274]   The processor **2510** can be implemented as any electronic device capable of processing, receiving, or transmitting data or instructions. For example, the processor **2510** can be a microprocessor, a central processing unit (CPU), an application-specific integrated circuit (ASIC), a digital signal processor (DSP), or combinations of such devices. As described herein, the term "processor" is meant to encompass a single processor or processing unit, multiple processors, multiple processing units, or other suitably configured computing element or elements.

[0275]   It should be noted that the components of the electronic device **2500** can be controlled by multiple processors. For example, select components of the electronic device **2500** (e.g., a sensor **2525**) may be controlled by a first processor and other components of the electronic device **2500** (e.g., the display **2505**) may be controlled by a second processor, where the first and second processors may or may not be in communication with each other. In some cases, the processor **2510** may determine a biological parameter of a user of the electronic device, such as an ECG for the user.

[0276]   The power source **2515** can be implemented with any device capable of providing energy to the electronic device **2500**. For example, the power source **2515** may be one or more batteries or rechargeable batteries. Additionally or alternatively, the power source **2515** can be a power connector or power cord that connects the electronic device **2500** to another power source, such as a wall outlet.

[0277]   The memory **2520** can store electronic data that can be used by the electronic device **2500**. For example, the memory **2520** can store electrical data or content such as, for example, audio and video files, documents and applications, device settings and user preferences, timing signals, control signals, and data structures or databases. The memory **2520** can be configured as any type of memory. By way of example only, the memory **2520** can be implemented as random access memory, read-only memory, Flash memory, removable memory, other types of storage elements, or combinations of such devices.

[0278]   The electronic device **2500** may also include one or more sensors **2525** positioned almost anywhere on the electronic device **2500**. The sensor(s) **2525** can be configured to sense one or more type of parameters, such as but not limited to, pressure, light, touch, heat, movement, relative motion, biometric data (e.g., biological parameters), and so on. For example, the sensor(s) **2525** may include a heat sensor, a position sensor, a light or optical sensor, an accelerometer, a pressure transducer, a gyroscope, a magnetometer, a health monitoring sensor, and so on. Additionally, the one or more sensors **2525** can utilize any suitable sensing technology, including, but not limited to, capacitive, ultrasonic, resistive, optical, ultrasound, piezoelectric, and thermal sensing technology. In some examples, the sensors **2525** may include one or more of the electrodes described herein (e.g., one or more electrodes on an exterior surface of a carrier that forms part of a housing for the electronic device **2500** and/or an electrode on a crown, button, or other housing member of the electronic device).

[0279]   The I/O mechanism **2530** can transmit and/or receive data from a user or another electronic device. An I/O device can include a display, a touch sensing input surface, one or more buttons (e.g., a graphical user interface "home" button), one or more cameras, one or more microphones or speakers, one or more ports such as a microphone port, and/or a keyboard. Additionally or alternatively, an I/O

Exhibit 11
-815-

28

device or port can transmit electronic signals via a communications network, such as a wireless and/or wired network connection. Examples of wireless and wired network connections include, but are not limited to, cellular, Wi-Fi, Bluetooth, IR, and Ethernet connections.

[0280] As discussed above, graphics displayed on the electronic devices herein may be manipulated through inputs provided to the crown. FIGS. 26A-28B generally depict examples of changing a graphical output displayed on an electronic device through inputs provided by force and/or rotational inputs to a crown assembly of the device. This manipulation (e.g., selection, acknowledgement, motion, dismissal, magnification, and so on) of a graphic may result in changes in operation of the electronic device and/or graphical output displayed by the electronic device. Although specific examples are provided and discussed, many operations may be performed by rotating and/or applying force to a crown such as the examples described above. Accordingly, the following discussion is by way of example and not limitation.

[0281] FIG. 26A depicts an example electronic device 2600 (shown here as an electronic watch) having a crown 2602. The crown 2602 may be similar to the examples described above, and may receive force inputs along a first lateral direction, a second lateral direction, or an axial direction of the crown. The crown 2602 may also receive rotational inputs. A display 2606 provides a graphical output (e.g., shows information and/or other graphics). In some embodiments, the display 2606 may be configured as a touch-sensitive display capable of receiving touch and/or force input. In the current example, the display 2606 depicts a list of various items 2661, 2662, 2663, all of which are example graphics.

[0282] FIG. 26B illustrates how the graphical output shown on the display 2606 changes in a first manner as the crown 2602 rotates, partially or completely (as indicated by the arrow 2660). Rotating the crown 2602 causes the list to scroll or otherwise move on the screen, such that the first item 2661 is no longer displayed, the second and third items 2662, 2663 each move upwards on the display, and a fourth item 2664 is now shown at the bottom of the display. This is one example of a scrolling operation that can be executed by rotating the crown 2602. Such scrolling operations may provide a simple and efficient way to depict multiple items relatively quickly and in sequential order. A speed of the scrolling operation may be controlled by the amount of rotational force applied to the crown 2602 and/or the speed at which the crown 2602 is rotated. Faster or more forceful rotation may yield faster scrolling, while slower or less forceful rotation yields slower scrolling. The crown 2602 may receive an axial force (e.g., a force inward toward the display 2606 or watch body) to select an item from the list, in certain embodiments.

[0283] FIGS. 27A and 27B illustrate an example zoom operation. The display 2706 depicts a picture 2766 at a first magnification, shown in FIG. 27A; the picture 2766 is yet another example of a graphic. A user may apply a translating force (e.g., a force along the z-axis) or a lateral force (e.g., a force along the x-axis) to the crown 2702 of the electronic device 2700 (illustrated by arrow 2765), and in response the display may change a graphic in a second manner, such as zooming into the picture 2766 so that a portion 2767 of the picture is shown at an increased magnification. This is shown in FIG. 27B. The direction of zoom (in vs. out) and

speed of zoom, or location of zoom, may be controlled through force applied to the crown 2702, and particularly through the direction of applied force and/or magnitude of applied force. Applying force to the crown 2702 in a first direction may zoom in, while applying force to the crown 2702 in an opposite direction may zoom out. Alternately, rotating or applying force to the crown 2702 in a first direction may change the portion of the picture subject to the zoom effect. In some embodiments, applying an axial or translating force (e.g., a force along the z-axis) to the crown 2702 may toggle between different zoom modes or inputs (e.g., direction of zoom vs. portion of picture subject to zoom), or otherwise change the displayed graphic in a second manner. In yet other embodiments, applying force to the crown 2702 along another direction, such as along the y-axis, may return the picture 2766 to the default magnification shown in FIG. 27A.

[0284] FIGS. 28A and 28B illustrate possible use of the crown 2802 to change an operational state of the electronic device 2800 or otherwise toggle between inputs. Turning first to FIG. 28A, the display 2806 depicts a question 2868, namely, "Would you like directions?" As shown in FIG. 28B, a lateral force may be applied to the crown 2802 (illustrated by arrow 2870) to answer the question. Applying force to the crown 2802 provides an input interpreted by the electronic device 2800 as "yes," and so "YES" is displayed as a graphic 2869 on the display 2806. Applying force to the crown 2802 in an opposite direction may provide a "no" input. Both the question 2868 and graphic 2869 are examples of graphics.

[0285] In the embodiment shown in FIGS. 28A and 28B, the force applied to the crown 2802 is used to directly provide the input, rather than select from options in a list (as discussed above with respect to FIGS. 26A and 26B).

[0286] As mentioned previously, force or rotational input to a crown of an electronic device may control many functions beyond those listed here. The crown may receive distinct force or rotational inputs to adjust a volume of an electronic device, a brightness of a display, or other operational parameters of the device. A force or rotational input applied to the crown may rotate to turn a display on or off, or turn the device on or off. A force or rotational input to the crown may launch or terminate an application on the electronic device. Further, combinations of inputs to the crown may likewise initiate or control any of the foregoing functions, as well.

[0287] In some cases, the graphical output of a display may be responsive to inputs applied to a touch-sensitive display (e.g., displays 2606, 2706, 2806, and the like) in addition to inputs applied to a crown. The touch-sensitive display may include or be associated with one or more touch and/or force sensors that extend along an output region of a display and which may use any suitable sensing elements and/or sensing techniques to detect touch and/or force inputs applied to the touch-sensitive display. The same or similar graphical output manipulations that are produced in response to inputs applied to the crown may also be produced in response to inputs applied to the touch-sensitive display. For example, a swipe gesture applied to the touch-sensitive display may cause the graphical output to move in a direction corresponding to the swipe gesture. As another example, a tap gesture applied to the touch-sensitive display may cause an item to be selected or activated. In this way, a user may have multiple different ways to interact with and

**Exhibit 11**

**-816-**

control an electronic watch, and in particular the graphical output of an electronic watch. Further, while the crown may provide overlapping functionality with the touch-sensitive display, using the crown allows for the graphical output of the display to be visible (without being blocked by the finger that is providing the touch input).

[0288]   As another example, and of the inputs described in FIGS. **26**A-**28**B may be used to select, initiate, or display an ECG, or otherwise begin the operation of determining an ECG or launching an ECG application.

[0289]   As described above, one aspect of the present technology is the gathering and use of data available from various sources, including the gathering and use of biological parameters of a user, to monitor or improve the user's health or fitness. The present disclosure contemplates that in some instances, this gathered data may include personal information data that uniquely identifies a specific person, or can be used to contact, locate, or identify a specific person. Such personal information data can include demographic data, location-based data, telephone numbers, email addresses, twitter IDs, home addresses, data or records relating to a user's health or level of fitness (e.g., vital sign measurements, medication information, exercise information), date of birth, or any other identifying or personal information.

[0290]   The present disclosure recognizes that the use of such personal information data, in the present technology, can be used to the benefit of users. For example, the personal information data can be used to aid a user in monitoring or improving their health or fitness (e.g., biological parameters or health and fitness data may be used to provide insights into a user's general wellness, or may be used as positive feedback to individuals using technology to pursue wellness goals).

[0291]   The present disclosure contemplates that the entities responsible for the collection, analysis, disclosure, transfer, storage, or other use of such personal information data will comply with well-established privacy policies and/or privacy practices. In particular, such entities should implement and consistently use privacy policies and practices that are generally recognized as meeting or exceeding industry or governmental requirements for maintaining personal information data private and secure. Such policies should be easily accessible by users, and should be updated as the collection and/or use of data changes. Personal information from users should be collected for legitimate and reasonable uses of the entity and not shared or sold outside of those legitimate uses. Further, such collection/sharing should occur after receiving the informed consent of the users. Additionally, such entities should consider taking any needed steps for safeguarding and securing access to such personal information data and ensuring that others with access to the personal information data adhere to their privacy policies and procedures. Further, such entities can subject themselves to evaluation by third parties to certify their adherence to widely accepted privacy policies and practices. In addition, policies and practices should be adapted for the particular types of personal information data being collected and/or accessed and adapted to applicable laws and standards, including jurisdiction-specific considerations. For instance, in the US, collection of or access to certain health data may be governed by federal and/or state laws, such as the Health Insurance Portability and Accountability Act (HIPAA); whereas health data in other countries

may be subject to other regulations and policies and should be handled accordingly. Hence different privacy practices should be maintained for different personal data types in each country.

[0292]   Despite the foregoing, the present disclosure also contemplates embodiments in which users selectively block the use of, or access to, personal information data. That is, the present disclosure contemplates that hardware and/or software elements can be provided to prevent or block access to such personal information data. For example, in the case of biological parameters or conditions identified therefrom, the present technology can be configured to allow users to select to "opt in" or "opt out" of participation in the collection of personal information data during registration for services or anytime thereafter. In another example, users can select not to provide health or fitness-associated data to the providers of applications or services, or can prevent the transmission of such data from the device on which it is collected or outside a collection of devices that are personal to a user from which the data is obtained. In yet another example, a user can select to limit the length of time health or fitness data, or biological parameters from which such data is derived, is maintained. In addition to providing "opt in" and "opt out" options, the present disclosure contemplates providing notifications relating to the access or use of personal information. For instance, a user may be notified upon downloading an app that their personal information data will be accessed and then reminded again just before personal information data is accessed by the app.

[0293]   Moreover, it is the intent of the present disclosure that personal information data should be managed and handled in a way to minimize risks of unintentional or unauthorized access or use. Risk can be minimized by limiting the collection of data and deleting data once it is no longer needed. In addition, and when applicable, including in certain health related applications, data de-identification can be used to protect a user's privacy. De-identification may be facilitated, when appropriate, by removing specific identifiers (e.g., date of birth, etc.), controlling the amount or specificity of data stored (e.g., collecting location data at a city level rather than at an address level), controlling how data is stored (e.g., aggregating data across users), and/or other methods.

[0294]   Therefore, although the present disclosure broadly covers use of personal information data to implement one or more various disclosed embodiments, the present disclosure also contemplates that the various embodiments can also be implemented without the need for accessing at least some personal information data. That is, the various embodiments of the present technology are not rendered inoperable due to the lack of a portion of such personal information data. For example, biological parameters can be ascertained or stored without associating the biological parameters with information identifying a particular user from which they are obtained, or with a bare minimum amount of personal information, such as non-personal information already available to service providers or publicly available information.

[0295]   The foregoing description, for purposes of explanation, uses specific nomenclature to provide a thorough understanding of the described embodiments. However, it will be apparent to one skilled in the art that the specific details are not required in order to practice the described embodiments. Thus, the foregoing descriptions of the specific embodiments described herein are presented for pur-

Exhibit 11
-817-

US 2019/0072912 A1

Mar. 7, 2019

30

poses of illustration and description. They are not targeted to be exhaustive or to limit the embodiments to the precise forms disclosed. It will be apparent to one of ordinary skill in the art that many modifications and variations are possible in view of the above teachings.

What is claimed is:

**1**. An electronic watch, comprising:
a housing;
a crown comprising:
   a crown body; and
   a shaft connected to the crown body and passing through the housing;
a carrier connected to the housing;
a transparent cover connected to the housing;
a touch-sensitive display at least partially within the housing and viewable through the transparent cover;
a first electrode on the carrier;
a second electrode on the crown body; and
a processor within the housing and operationally connected to the first electrode and the second electrode; wherein:
the first electrode is configured to measure a first voltage;
the second electrode is configured to measure a second voltage;
the processor is configured to determine an electrocardiogram using the first voltage and the second voltage; and
the touch-sensitive display is configured to display the electrocardiogram.

**2**. The electronic watch of claim **1**, wherein:
the touch-sensitive display is further configured to display a graphic other than the electrocardiogram; and
the touch-sensitive display is further configured to change from displaying the graphic to displaying the electrocardiogram.

**3**. The electronic watch of claim **2**, wherein the touch-sensitive display is further configured to change from displaying the graphic to displaying the electrocardiogram in response to a crown input.

**4**. The electronic watch of claim **1**, wherein:
the crown is configured to rotate about an axis of rotation and translate along the axis of rotation; and
the axis of rotation extends along a center of the shaft.

**5**. The electronic watch of claim **1**, wherein the crown further comprises:
an electrically insulating split around the crown body; and
a trim around the electrically insulating split; wherein:
   the electrically insulating split is configured to electrically insulate the trim from the crown body; and
   the crown body comprises the second electrode.

**6**. The electronic watch of claim **1**, wherein the shaft and crown body are integrally formed with one another.

**7**. The electronic watch of claim **1**, further comprising an insulating coating on at least one of the crown body, the shaft, or the housing.

**8**. An electronic watch, comprising:
a housing;
a carrier attached to the housing;
a first electrode on the carrier;
a crown extending through the housing and configured to translate and rotate, comprising a second electrode; and
a processor operable to determine a biological parameter of a user based on voltages measured at the first electrode and the second electrode; wherein:

the voltages are measured while the user is in contact with the first electrode and the second electrode.

**9**. The electronic watch of claim **8**, further comprising:
a collar receiving the crown;
a first collar coating on the collar and configured to reduce friction between the collar and the crown; and
a second collar coating on the first collar coating and configured to obscure the first collar coating.

**10**. The electronic watch of claim **8**, wherein:
the carrier is attached to a rear of the housing;
the crown comprises:
   a shaft extending through an opening in the housing; and
   a crown body integrally formed with the shaft, exterior to the housing, and configured to be rotated by the user;
the first electrode extends from an interior of the housing, around an edge of the carrier, and to an exterior of the carrier;
the second electrode is a surface of the crown body; and
the crown body and the shaft are in electrical communication with the processor.

**11**. The electronic watch of claim **8**, further comprising:
a transparent cover attached to the housing; and
a display viewable through the transparent cover; wherein
   rotating the crown changes a graphic on the display in a first manner;
   translating the crown changes the graphic in a second manner; and
   the biological parameter is an electrocardiogram.

**12**. The electronic watch of claim **8**, wherein one of rotating or translating the crown initiates determining the biological parameter.

**13**. The electronic watch of claim **8**, further comprising a touch-sensitive display at least partially within the housing; and wherein:
touching the touch-sensitive display initiates determining the biological parameter.

**14**. The electronic watch of claim **13**, wherein:
the biological parameter is a first biological parameter;
the carrier is optically transparent; and
the electronic watch further comprises an optical sensor subsystem configured to sense a second biological parameter through the carrier.

**15**. The electronic watch of claim **13**, wherein:
the first biological parameter is an electrocardiogram; and
the second biological parameter is a heart rate.

**16**. The electronic watch of claim **8**, further comprising a touch-sensitive display; wherein:
the biological parameter is an electrocardiogram; and
the electrocardiogram is shown on the touch-sensitive display.

**17**. A method for determining and displaying an electrocardiogram by an electronic watch, comprising:
measuring a first voltage at a first electrode on a crown of the electronic watch;
measuring a second voltage at a second electrode on a carrier of the electronic watch;
determining, by a processor of the electronic watch, the electrocardiogram using the first voltage and the second voltage; and
displaying the electrocardiogram on a display of the electronic watch.

**Exhibit 11**

**-818-**

**18**. The method of claim **17**, further comprising:

sensing a touch on the crown of the electronic watch;
   wherein:

initiating measuring the first voltage and measuring the
   second voltage occurs in response to sensing the touch.

**19**. The method of claim **17**, further comprising:

sensing a touch on the display of the electronic watch;
   wherein:

initiating measuring the first voltage and measuring the
   second voltage occurs in response to sensing the touch.

**20**. The method of claim **17**, further comprising:

measuring a third voltage at a third electrode on the carrier
   of the electronic watch; and

the operation of determining, by the processor of the
   electronic watch, the electrocardiogram using the first
   voltage and the second voltage comprises determining,
   by the processor of the electronic watch, the electro-
   cardiogram using the first voltage, the second voltage;
   and the third voltage.

* * * * *

Exhibit 11
-819-