US 20190090806A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2019/0090806 A1**

Clavelle et al. (43) **Pub. Date:** **Mar. 28, 2019**

(54) **OPTICAL SENSOR SUBSYSTEM ADJACENT A COVER OF AN ELECTRONIC DEVICE HOUSING**

(71) Applicant: **Apple Inc.**, Cupertino, CA (US)

(72) Inventors: **Adam T. Clavelle**, San Francisco, CA (US); **Tobias J. Harrison-Noonan**, San Francisco, CA (US); **Erik G. de Jong**, San Francisco, CA (US); **Ueyn L. Block**, Menlo Park, CA (US)

(21) Appl. No.: **16/118,254**

(22) Filed: **Aug. 30, 2018**

**Related U.S. Application Data**

(60) Provisional application No. 62/563,529, filed on Sep. 26, 2017.

**Publication Classification**

(51) **Int. Cl.**

| | |
|---|---|
| *A61B 5/00* | (2006.01) |
| *G04G 21/02* | (2006.01) |
| *G04G 9/00* | (2006.01) |
| *A61B 5/024* | (2006.01) |

(52) **U.S. Cl.**

CPC ........... *A61B 5/681* (2013.01); *G04G 21/025* (2013.01); *G04G 9/0088* (2013.01); *A61B 2562/0238* (2013.01); *A61B 5/02438* (2013.01); *A61B 5/743* (2013.01); *A61B 5/7475* (2013.01); *A61B 5/02427* (2013.01)

(57) **ABSTRACT**

A watch having a cover is described. An optical sensor subsystem is attached adjacent to or directly on an interior surface of the cover. In some cases, the optical sensor subsystem includes a substrate to which a light emitter and a light receiver are attached. The light receiver is configured to receive light emitted by the light emitter and reflected from the skin of a person that wears the watch. In some cases, the light emitter and light receiver are separated by a light-blocking wall that abuts the interior surface of the cover. In some cases, a light filter is attached adjacent or directly on the interior surface of the cover, between the cover and the light receiver.



**Exhibit 12**

**-820-**

Case 8:20-cv-00048-JVS-JDE   Document 1-12   Filed 01/09/20   Page 2 of 30   Page ID #:821



*FIG. 1*

Exhibit 12
-821-



*FIG. 2*

Exhibit 12
-822-



**FIG. 3**

Exhibit 12
-823-



**FIG. 4**

Exhibit 12
-824-



*FIG. 5*



*FIG. 6*



*FIG. 7*

Exhibit 12
-825-



*FIG. 8*



*FIG. 9*

Exhibit 12
-826-



**FIG. 10**



**FIG. 11**

Exhibit 12
-827-



1200

| EMIT LIGHT TOWARD SKIN | ⌐1202 |

| RECEIVE FIRST PORTION OF THE LIGHT REFLECTED FROM THE SKIN | ⌐1204 |

| BLOCK SECOND PORTION OF THE LIGHT RECEIVED AT A LIGHT BLOCKING WALL POSITIONED BETWEEN A LIGHT EMITTER AND A LIGHT RECEIVER | ⌐1206 |

| BLOCK THIRD PORTION OF THE LIGHT RECEIVED AT A LIGHT FILTER | ⌐1208 |

*FIG. 12*

Exhibit 12
-828-



**FIG. 13A**

Exhibit 12
-829-



*FIG. 13B*

Exhibit 12
-830-



*FIG. 14A*

Exhibit 12
-831-



**FIG. 14B**

Exhibit 12
-832-



**FIG. 15A**

Exhibit 12
-833-



**FIG. 15B**

Exhibit 12
-834-



**FIG. 16**

Exhibit 12
-835-

US 2019/0090806 A1                                                                              Mar. 28, 2019

1

## OPTICAL SENSOR SUBSYSTEM ADJACENT A COVER OF AN ELECTRONIC DEVICE HOUSING

### CROSS-REFERENCE TO RELATED APPLICATION

[0001]   This application claims the benefit under 35 U.S.C. § 119(e) of U.S. Provisional Patent Application No. 62/563, 529, filed on Sep. 26, 2017, and entitled "Optical Sensor Subsystem Adjacent a Crystal Surface of an Electronic Device Housing," the contents of which are incorporated herein by reference as if fully disclosed herein.

### FIELD

[0002]   The described embodiments relate generally to a watch or other electronic device (e.g., another type of wearable electronic device). More particularly, the described embodiments relate to techniques for mounting an optical sensor subsystem adjacent a cover of a watch or other electronic device housing.

### BACKGROUND

[0003]   A watch or other electronic device may include a set of sensors for determining a set of biological parameters of a user that wears the device. The set of sensors may include an optical sensor, which optical sensor may include a light emitter and a light receiver. The light emitter may emit light toward the user (e.g., toward the skin of the user). A portion of the light may be absorbed by the user, and another portion of the light may be reflected from the user (e.g., reflected from an interior or exterior layer of the user's skin). The reflected portion of the light may be received by the light receiver. Circuitry associated with the light receiver may generate electrical signals (or values) corresponding to an amount, frequency, and/or intensity of the reflected light, or may generate electrical signals (or values) corresponding to changes in the amount or intensity of the reflected light over time. The amount, intensity, or changes in the reflected light may be correlated to, or used to derive, various biological parameters of the user, such as a heart rate of the user.

[0004]   The optical sensor may be protected from contaminants (e.g., dust or moisture) by a transparent or translucent surface that forms part of the housing for the device. The manner in which the components of the device are manufactured or assembled can affect the degree to which the optical sensor is protected from contaminants, the performance of the optical sensor, the amount of power required to operate the optical sensor, the size or thickness of the device, and so on.

### SUMMARY

[0005]   Embodiments of the systems, devices, methods, and apparatus described in the present disclosure are directed to a watch or other electronic device (e.g., another type of wearable electronic device) that may be used to determine a set of biological parameters of a user that wears the device. The biological parameters may include, for example, a heart rate of a user that wears the device.

[0006]   In a first aspect, the present disclosure describes a watch, comprising: a housing; a cover attached to the housing; a substrate; a set of light emitters adjacent a central portion of the cover and configured to emit light through the cover; a set of light receivers substantially surrounding the set of light emitters and positioned to receive a reflected portion of the light through the cover; and a set of light-blocking walls attaching the substrate to the cover; a lens attached to the cover and positioned between the set of light emitters and the cover; a light filter attached to the surface of the cover and positioned between at least one of the light receivers and the cover; a magnet attached to the substrate; and a processor configured to determine a biological parameter using the reflected portion of the light.

[0007]   In another aspect, the present disclosure describes an electronic device, comprising: a housing; a cover attached to the housing and defining: a first surface interior to the electronic device; and a second surface exterior to the electronic device; an optical sensor subsystem attached to the first surface of the cover and comprising: a substrate; a light emitter attached to the substrate; a light receiver attached to the substrate and configured to receive light emitted by the light emitter and reflected from a medium adjacent the second surface of the cover; and a processor operationally connected to the light receiver and configured to determine a heart rate from the light received by the light receiver.

[0008]   In still another aspect of the disclosure, a wearable electronic device is described. The wearable electronic device includes a housing, first and second electrodes, a lens, and a light filter. The housing includes a cover having a first surface interior to the electronic device and a second surface exterior to the electronic device. The first and second electrodes are on the second surface of the cover. An ink mask is also on the cover. The ink mask defines a first aperture and a second aperture between the first electrode and the second electrode. The lens is on the first surface of the cover and aligned with the first aperture, and the light filter is on the first surface of the cover and aligned with the second aperture.

[0009]   In addition to the aspects and embodiments described above, further aspects and embodiments will become apparent by reference to the drawings and by study of the following description.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0010]   The disclosure will be readily understood by the following detailed description in conjunction with the accompanying drawings, wherein like reference numerals designate like structural elements, and in which:

[0011]   FIG. 1 shows an example of a watch that may incorporate an optical sensor subsystem adjacent a cover;

[0012]   FIG. 2 shows an exploded view of components that may be attached to a cover attached to a backside housing member of a watch body;

[0013]   FIG. 3 shows the exterior surfaces (e.g., the skin-facing surfaces) of the backside housing member and cover shown in FIG. 2;

[0014]   FIG. 4 shows another view of the exterior surfaces of the backside housing member and cover shown in FIG. 2, with a central portion of the dark mask removed to show components of the optical sensor subsystem adjacent the cover;

[0015]   FIG. 5 shows a sample cross-section of an optical sensor subsystem adjacent a cover of a watch housing;

[0016]   FIG. 6 shows an enlarged view of a portion of the apparatus shown in FIG. 5;

[0017]   FIG. 7 shows an example of a light filter;

**Exhibit 12**

**-836-**

2

[0018]   FIG. **8** shows an example cover, optical sensor subsystem, and housing member of an electronic device;

[0019]   FIG. **9** shows an example portion of a watch body adjacent skin of a user;

[0020]   FIG. **10** shows another example portion of a watch body adjacent skin of a user;

[0021]   FIG. **11** shows still another example portion of a watch body adjacent skin of a user;

[0022]   FIG. **12** shows an example method of determining a biological parameter of a user wearing a watch or other wearable electronic device;

[0023]   FIGS. **13A-15**B generally depict examples of manipulating graphics displayed on an electronic device through inputs provided by force and/or rotational inputs to a crown of the device; and

[0024]   FIG. **16** shows a sample electrical block diagram of an electronic device such as a watch or other suitable electronic device.

[0025]   The use of cross-hatching or shading in the accompanying figures is generally provided to clarify the boundaries between adjacent elements and also to facilitate legibility of the figures. Accordingly, neither the presence nor the absence of cross-hatching or shading conveys or indicates any preference or requirement for particular materials, material properties, element proportions, element dimensions, commonalities of similarly illustrated elements, or any other characteristic, attribute, or property for any element illustrated in the accompanying figures.

[0026]   Additionally, it should be understood that the proportions and dimensions (either relative or absolute) of the various features and elements (and collections and groupings thereof) and the boundaries, separations, and positional relationships presented therebetween, are provided in the accompanying figures merely to facilitate an understanding of the various embodiments described herein and, accordingly, may not necessarily be presented or illustrated to scale, and are not intended to indicate any preference or requirement for an illustrated embodiment to the exclusion of embodiments described with reference thereto.

DETAILED DESCRIPTION

[0027]   Reference will now be made in detail to representative embodiments illustrated in the accompanying drawings. It should be understood that the following description is not intended to limit the embodiments to one preferred embodiment. To the contrary, it is intended to cover alternatives, modifications, and equivalents as can be included within the spirit and scope of the described embodiments as defined by the appended claims.

[0028]   The following disclosure relates to techniques for mounting an optical sensor subsystem adjacent (e.g., directly on or abutting) a cover of a watch body or other electronic device housing. The optical sensor subsystem may function as, for example, an optical heart rate detector. An optical sensor or sensors of the optical sensor subsystem may be used to emit and receive light through the cover, and to measure, for example, properties of light reflected from a user of a device or other surface. Such measurements may be used by a processor of the electronic device to determine a biological parameter of a person, such as a person wearing or holding the electronic device. Sample properties that can be measured include amounts, intensities, or patterns of light. As one non-limiting example, the optical sensor subsystem may measure an amount of light reflected from the skin of the user; as the heart beats, blood is pumped into the skin. When blood pumps, the skin distends slightly and so more light is reflected from the skin than when the heart expands. Thus, as the optical sensor subsystem shines light onto the user's skin and receives reflected light, the amount of reflected light increases when the heart contracts and decreases when the heart increases. Thus, changes in a detected amount of reflected light may be directly correlated to, or otherwise used to determine, a heart rate (e.g., pulse). Further, insofar as the amplitude of reflected light is proportional to blood pressure of the pulse, such data may be used to determine blood pressure.

[0029]   Measurements provided by the optical sensor subsystem may be converted to electrical signals or values (e.g., digital or analog values), for example. A processor may determine, from the measurements, signals, or values, a set of biological parameters of the user for which the measurements were obtained. The biological parameter(s) may include, for example, a heart rate, blood pressure, blood oxygenation, glucose level, and so on. Generally, the processor is operationally connected to the optical sensor, or at least to the light receiver.

[0030]   In some embodiments, an optical sensor subsystem (such as an optical heart rate detector) may be attached directly on an interior surface of a cover, with a light-blocking wall abutting the cover between a light emitter and a light receiver of the optical sensor subsystem. The light-blocking wall may block a portion of light, emitted by the light emitter, which would otherwise impinge on the light receiver before passing through the cover. In some examples, the optical sensor subsystem may be at least partly attached to the cover via the light-blocking wall. In some embodiments, one or more discrete optical sensor subsystems may be attached to the surface of the cover. In some embodiments, the light-blocking wall may form a closed wall or boundary around the light emitter (or around a set of multiple light emitters) and block light emitted by the light emitter(s) from impinging on the light receiver(s) before passing through the cover. In other embodiments, the light-blocking wall may form a closed wall or boundary around the light receiver (or around a set of multiple light receivers) and block light emitted by the light emitter(s) from impinging on the light receiver(s) before passing through the cover.

[0031]   The term "attached," as used herein, refers to two elements, structures, objects, parts or the like that are physically affixed to one another. The term "coupled," as used herein, refers to two elements, structures, objects, parts or the like that are physically attached to one another, operate with one another, communicate with one another, are in electrical connection with one another, or otherwise interact with one another. Accordingly, while two elements attached to one another are coupled to one another, the reverse is not required.

[0032]   In the same or alternative embodiments, a light filter may be attached to the interior surface of the cover. The light filter may include one or more of a light control film, a light polarizer, an anti-reflective film, a reflective film, or a light absorber. The light filter may absorb, block, reflect, or otherwise limit the light receiver's receipt of a portion of light, emitted by the light emitter, which is reflected toward the light receiver at a high angle, which is typically greater than 45 degrees as measured with respect to a line perpendicular to the interior surface of the cover (and plane of the

**Exhibit 12**

**-837-**

3

light filter). High angle light typically includes light that reflects from a surface other than an intended sample surface (e.g., from skin adjacent the exterior surface of the cover). The portion of light that is absorbed, blocked, or reflected by the light filter may include, for example, light emitted by the light emitter that reflects from the exterior surface of the cover or imperfections within the cover. In some embodiments, the light filter may be attached to the optical sensor subsystem, instead of to the interior surface of the cover, and may abut the cover or be positioned near but not on the cover when the optical sensor subsystem is attached to or otherwise positioned adjacent the interior surface of the cover. (In some embodiments the light filter may be considered part of the optical sensor subsystem.) The light passing through the filter may be received and properties of the light may be used by a processor to determine the biological parameter. Sample properties include light intensity, frequency, amplitude, an amount of received light, and so on.

[0033] Also in the same or alternative embodiments, a dark mask or ink mask (which ink mask may be a dark mask) may be applied to the interior or exterior surface of the cover. In some examples, the mask(s) may define apertures to limit what light emitted by the light emitter can propagate either out or in through the cover. In some examples, part or all of the mask(s) may allow certain wavelengths of light to pass, such as infrared wavelengths, while absorbing, blocking, or reflecting other wavelengths of light, such as visible wavelengths. In some examples, a mask may appear dark or opaque, but allow particular wavelengths of light to pass. In some examples, part or all of the mask(s) may absorb, block, or reflect all wavelengths of light. In some examples, part or all of the mask may prevent a user of the device from viewing components interior to the device.

[0034] Still further in the same or alternative embodiments, circuitry, a processing subsystem (such as a processor and/or associated substrate), a magnet (e.g., for inductive charging of the device), or other components may be attached to the optical sensor subsystem, and thereby to the interior surface of the cover. This processing subsystem may use properties of the light passing through the mask and/or filter to determine the biological parameter. For example, amounts, intensities, amplitudes, and/or wavelengths of light passing through the mask and/or filter, and received by the light receiver, may be used to determine a user's heart rate. Changes in such properties may correspond to, or otherwise indicate, changes in quantities blood flowing through a user's veins or arteries, and thus a user's heart rate.

[0035] The techniques and embodiments described herein can in some cases improve the degree to which the components of an optical sensor subsystem (e.g., a light emitter and a light receiver) are protected from contaminants. The techniques can also or alternatively improve the performance of the optical sensor, for example by enabling the optical sensor to be positioned closer to the cover, by enabling the optical sensor to be better aligned with the cover, or by limiting the impingement of unwanted light on the light receiver. Techniques and embodiments described herein also may reduce the amount of power required to effectively operate the optical sensor and thus optically determine a wearer's heart rate, for example by enabling the light emitter to be positioned closer to the light receiver while limiting the impingement of unwanted light on the light receiver. The techniques and/or embodiments can also or alternatively decrease the size or thickness of the device,

for example by enabling a reduction in layer count or component count in the optical sensor subsystem, by enabling the optical sensor to be positioned closer to (such as directly on) the interior surface of the cover, or by enabling the optical sensor subsystem and in some cases other components to be attached to the interior surface of the cover.

[0036] These and other embodiments are discussed below with reference to FIGS. 1-16. However, those skilled in the art will readily appreciate that the detailed description given herein with respect to these figures is for explanatory purposes only and should not be construed as limiting.

[0037] Turning now to FIG. 1, an example of an electronic watch 100 that incorporates an optical sensor subsystem (which may function as an optical heart rate detector) adjacent a cover is shown. The watch may include a watch body 102 and a watch band 104. Other devices that may incorporate an optical sensor subsystem adjacent a cover include other wearable electronic devices, other timekeeping devices, other health monitoring or fitness devices, other portable computing devices, mobile phones (including smart phones), tablet computing devices, digital media devices, personal digital assistants, or the like.

[0038] The watch body 102 may include a housing 106. The housing 106 may include a front side housing member that faces away from a user's skin when the watch 100 is worn by a user, and a backside housing member that faces toward the user's skin when worn. Alternatively, the housing 106 may include a singular housing member, or more than two housing members. The one or more housing members may be metallic, plastic, ceramic, crystal, or other types of housing members (or combinations of such materials).

[0039] A cover 108 may be attached to a front side of the watch body 102 (i.e., facing away from a user's skin) and may protect a display at least partially within the housing 106. The display may be viewable by a user through the cover 108. In some cases, the cover 108 may be part of a display stack, which display stack may include a touch sensing or force sensing capability. The display may be configured to depict a graphical output of the watch 100, and a user may interact with the graphical output (e.g., using a finger or stylus). As one example, the user may select (or otherwise interact with) a graphic, icon, or the like presented on the display by touching or pressing on the display at the location of the graphic. The cover 108 may form a part of or be attached to the housing 106. In some examples, the cover 108 may be crystal, such as a sapphire crystal. The cover 108 may alternatively be formed of glass, plastic, or other materials. The cover 108 may be transparent or translucent to some or all wavelengths of electromagnetic radiation or light, which terms are used synonymously in this description.

[0040] The watch body 102 may include at least one input device or selection device, such as a crown, scroll wheel, knob, dial, button, or the like, which input device may be operated by a user of the watch 100. For example, the housing 106 may include an aperture through which a shaft of a crown 110 extends. The crown 110 may also include a crown body attached to the shaft, and may be accessible by a user exterior to the housing 106. The crown 110 may be manipulated by a user to rotate or translate the shaft (e.g., to provide an input to the watch 100). The shaft may be mechanically, electrically, magnetically, and/or optically coupled to components within the housing 106, for example.

Exhibit 12

-838-

US 2019/0090806 A1

Mar. 28, 2019

4

A user input through the crown **110** may be used, in turn, to manipulate or select various graphics displayed on the display, to adjust a volume of a speaker, to turn the watch **100** on or off, and so on. As another example, a user may use the crown **110** to initiate optical detection of a biological parameter such as a heart rate or blood pressure. In response to an input on or through the crown **110**, a display of the electronic watch **100** may show a graphic representing the user's heart rate, blood pressure, or other biological parameter.

[0041]   The housing **106** may also include an aperture through which a button **112** protrudes. The button **112** may likewise be used to provide input to the electronic device **100**.

[0042]   The housing **106** may include structures for attaching the watch band **104** to the watch body **102**. In some cases, the structures may include elongate recesses or apertures through which ends of the watch band **104** may be inserted and attached to the watch body **102**. In other cases (not shown), the structures may include indents (e.g., dimples or depressions) in the housing **106**, which indents may receive ends of spring pins that are attached to or threaded through ends of a watch band to attach the watch band to the watch body.

[0043]   The watch band **104** may be used to secure the watch **100** to a user, another device, a retaining mechanism, and so on.

[0044]   In some examples, the watch **100** may lack the cover **108**, the display, the crown **110**, or the button **112**. For example, the watch **100** may include an audio input or output interface, a touch input interface, a haptic (force) input or output interface, or other input or output interface that does not require the display, crown **110**, or button **112**. The watch **100** may also include the afore-mentioned input or output interfaces in addition to the display, crown **110**, or button **112**. When the watch **100** lacks the display, the front side of the watch **100** may be covered by a housing member that is opaque.

[0045]   FIG. **2** shows an exploded view of components that may be attached to a cover **204** attached to, and positioned within, a backside housing member of a watch body. In some examples, the components may be part of the watch body **102** shown in FIG. **1**, and may be attached to, and positioned within, the housing **106** shown in FIG. **1**. By way of example, FIG. **2** shows the components in relation to a backside housing member **202** (i.e., a skin-facing housing member) of a watch body such as the watch body **102**. Also by way of example, the backside housing member **202** includes apertures **240** through which ends of a watch band may be inserted and attached to a watch body including the backside housing member **202**.

[0046]   A second cover **204** (e.g., a skin-facing cover) may be attached to the backside housing member **202** and form a part of (or be attached to) the housing of a watch body (e.g., a part of the watch body **102**). The cover **204** may have a first surface that is interior to the watch body and a second surface that is exterior to the watch body. By way of example, the cover **204** has a round perimeter **206** and is fitted to a round aperture in the backside housing member **202**. In other examples, the cover **204** may have a perimeter that is square, oval, or some other shape. Similarly, the aperture in the backside housing member **202** may be square, oval, or some other shape. The perimeter **206** of the cover **204** and the perimeter of the aperture need not have

the same shape (e.g., the perimeter of the aperture in the backside housing member **202** may be smaller and differently shaped than the perimeter **206** of the cover **204**). In some examples, the cover **204** may be a crystal, such as a sapphire crystal. The cover **204** may alternatively be formed of glass, plastic, or other materials. The cover **204** may be transparent or translucent to some or all wavelengths of electromagnetic radiation or light.

[0047]   The exterior surface of the cover **204** may have a set of electrodes **242** thereon. The electrodes **242** may be positioned at the periphery of the cover **204** to enable optical communication in the region between the electrodes **242**.

[0048]   In some cases, the interior components shown in FIG. **2** may be attached to (and in some cases attached directly on) the first or interior surface of the cover **204**. The components may include a lens **208**, a light filter **210**, one or more adhesives **212**, **214**, an optical sensor subsystem **216** (which includes one or more light emitters and one or more light receivers as discussed below with respect to FIG. **4**), circuitry or a processing subsystem **218**, a magnet **220**, or a magnetic shield **222**.

[0049]   The lens **208** may abut, be attached to, or formed on the first or interior surface of the cover **204**. By way of example, the lens **208** is aligned with the center of the cover **204**. In some cases, the inner or exterior surface of the cover **204** may have a dark mask **224** (e.g., an ink mask) thereon. The dark mask **224** may define an aperture **226** (e.g., a first aperture or central aperture) that allows light of at least one wavelength to pass through the cover **204**, and the lens **208** may be aligned with the aperture **226**. In some cases, the lens **208** may be or include a Fresnel lens, a spherical lens, a diffuser film, or the like.

[0050]   In some cases, the light filter **210** may include one or more segments **228**, and each segment **228** may be attached to (e.g., laminated to) the interior surface of the cover **204** and positioned on the interior surface (e.g., adjacent or around the lens **208**) to prevent a set of one or more light receivers on the optical sensor subsystem **216** from receiving a portion of the light that is emitted by a set of one or more light emitters on the optical sensor subsystem **216**. The set of light emitters and set of light receivers are not shown in FIG. **2**, and may be attached to an underside of the optical sensor subsystem **216**. When the cover **204** includes the dark mask **224**, the dark mask **224** may further define a second aperture **230**a, or a set of apertures **230** including the second aperture **230**a. The second aperture **230**a or set of apertures **230** may be positioned adjacent or around the first aperture **226**. In these embodiments, the segments **228** of the light filter **210** (or a light filter ring or other light filter configuration) may be aligned with (e.g., may cover) each of the apertures in the set of apertures **230**.

[0051]   As an example, FIG. **2** shows a dark mask **224** that defines a set of eight radial apertures **230** around a central aperture **226**. Each segment **228** of the light filter **210** may block (e.g., absorb) a portion of light emitted by a set of light emitters that is part of the optical sensor subsystem **216**, which portion of light reflects from a surface too close to (or within) the cover **204** (e.g., the exterior surface of the cover **204**, imperfections within the cover **204**, or a medium too close to the cover **204**), such that the reflected light is not useful in a sensing operation for which the optical sensor subsystem **216** is designed. For example, when the optical sensor subsystem **216** and/or associated processor is configured to determine a biological parameter of a user, light

**Exhibit 12**
**-839-**

5

reflected from the cover **204**, or from the outer layer of skin of the user, may not have any relation to the biological parameter being determined and may not be useful. In some examples, the light filter **210** or segments **228** thereof may include at least one of a light control film, a light polarizer, an anti-reflective film, a reflective film, or a light absorber.

[0052] The optical sensor subsystem **216** may include a substrate **232** on which the set of one or more light emitters (e.g., LEDs) and the set of one or more light receivers (e.g., photodetectors, such as photodiodes) are attached. The light emitter(s) and light receiver(s) may be attached to or positioned on the substrate **232** to emit and receive light through the cover **204** and are part of the optical sensor subsystem **216**. Generally, the optical sensor subsystem **216** includes light emitter(s) and light receiver(s) as discussed below with respect to FIG. **4**, and may include the substrate **232**. In some embodiments the optical sensor subsystem **216** may be defined to include one or more filters and/or masks, as discussed elsewhere herein. The optical sensor subsystem **216** may be attached to the cover **204** by one or more adhesives **212**/**214**, such as pressure sensitive adhesives (PSAs) or heat-activated films (HAFs). In some cases, the set of light emitters may be centrally attached to the substrate **232**, and a first wall may be attached to (e.g., formed on or bonded to) an underside of the substrate **232** surrounding the set of light emitters. The first wall may be attached to the interior surface of the cover **204** using a first ring of adhesive **212**. The set of light receivers may be attached to the substrate **232** around the set of light emitters, between the first wall and a second wall attached to (e.g., formed on or bonded to) the underside of the substrate **232**. The second wall may be attached to the interior surface of the cover **204** using a second ring of adhesive **214**.

[0053] The substrate **232** of the optical sensor subsystem **216** may include various contacts, pads, traces, or other conductive structures **234** that enable the processing subsystem **218** to be electrically coupled to the set of light emitters and set of light receivers of the optical sensor subsystem **216**. In some embodiments, the processing subsystem **218** includes a processor as described herein, which may be mounted to a substrate **236**. The processing subsystem **218** may include substrate **236** (e.g., a printed circuit board (PCB)) that is attached to the optical sensor subsystem **216** and/or the processor, and thereby to the cover **204**, via the conductive structures **234** and/or additional adhesive between the substrates **232**, **236** of the optical sensor subsystem **216** and the processing subsystem **218**. The substrates **232**, **236** may also or alternatively be connected using mechanical fasteners (e.g., screws). The processing subsystem **218**, and in particular its processor, may activate the light emitters and light receivers to perform a sensor function and may use data from the light receivers (and/or emitters) to determine a biological function such as a heart rate and/or blood pressure. As an example, light may be emitted from the light emitter, pass through the cover **204**, be reflected from the user's skin and/or skin subsurface (potentially including veins, arteries, and/or capillaries), pass back through the cover **204** and a light filter (and, optionally, a mask defined in or on the cover) to be received by the light receiver. The processing subsystem **218** may use properties of the received light, such as an amount and/or amplitude of received light, to determine a user's heart rate, blood pressure, and so on. In some cases, the processing subsystem **218** may be attached to another structure within

the watch body, and may be electrically connected to the conductive structures **234** of the optical sensor subsystem **216** by a flex circuit or other conductors.

[0054] In some embodiments, the substrate **236** of the processing subsystem **218** may have a hole **238** therein, and the magnet **220** may be aligned with the hole **238** and abut (or attached to) a surface of the substrate **232** opposite the cover **204**. In some cases, the magnet **220** may be adhesively bonded to the substrate **232** of the optical sensor subsystem **216**. The magnet **220** may inductively couple to a battery charger used for charging a battery included within the watch body, which battery may power components of the watch including the components of the optical sensor subsystem **216** and the processing subsystem **218**.

[0055] The magnetic shield **222** may abut (or be attached to) the magnet **220**. In some cases, the magnetic shield **222** may be adhesively bonded to the magnet **220**. The magnetic shield may direct magnetic flux associated with the magnet **220** toward and out the cover **204** to improve inductive battery charging performance for a battery included within the watch body.

[0056] Direct or indirect mounting of the components shown in FIG. **2** to the interior surface of the cover **204** can reduce the height of the components when stacked.

[0057] FIG. **3** shows the exterior surfaces (e.g., the skin-facing surfaces) of the backside housing member **202** and cover **204** (e.g., a crystal, glass, or plastic cover) shown in FIG. **2**.

[0058] The exterior surface of the cover **204** may have a first electrode **300** and a second electrode **302** formed thereon. In some cases, the first and second electrodes **300**, **302** may be semi-circle-shaped, and may be positioned around the central aperture **226** and set of apertures **230** formed in the dark mask **224**. The first and second electrodes **300**, **302** may extend to the edge of the cover **204**, and in some cases may wrap around the perimeter of the cover **204** to the interior surface of the cover **204**, or be connected to conductive vias formed in the cover **204**, or otherwise electrically connect to elements within a watch body that apply a signal to, or receive a signal sensed by, one or both of the first and second electrodes **300**, **302**. In some cases, the first and second electrodes **300**, **302** may be electrically insulated from the backside housing member **202** (e.g., by a non-conductive gasket or adhesive), or the backside housing member **202** may be non-conductive. In some cases, the first and second electrodes **300**, **302** may include a metallic material. The first and second electrodes **300**, **302** may be configured to provide and/or measure data used by the processing subsystem **218** (and in particular a processor thereof) to determine a second biological parameter, such as an electrocardiogram.

[0059] FIG. **4** shows another view of the exterior surfaces of the backside housing member **202** and cover **204** (e.g., a crystal, glass, or plastic cover) shown in FIG. **2**. However, in contrast to the view shown in FIG. **3**, a central portion of the dark mask **224**, in addition to the lens **208**, has been removed to show components of the optical sensor subsystem **216** adjacent the cover **204**.

[0060] As shown in FIG. **4** the optical sensor subsystem **216** may include one or more light emitters **400**, **402** (e.g., LEDs), one or more light receivers **404** (e.g., photodetectors), a set of one or more walls **406**, **408**, and a substrate **410**. The light emitter(s) **400**, **402**, light receiver(s) **404**, and set of one or more walls **406**, **408** may be attached to the

Exhibit 12

-840-

substrate **410**, and the substrate **410** (with light emitter(s) **400**, **402**, light receiver(s) **404**, and walls **406**, **408** thereon) may be attached to the interior surface of the cover **204** by the set of one or more walls **406**, **408**. By way of example, the set of one or more walls may include a closed form inner wall **406** having a circular shape, and a closed form outer wall **408** having an octagonal shape. In other examples, one or both of the walls **406**, **408** may have one or more openings therein, or may be replaced by a plurality of discrete walls, or have a shape other than the shape shown. In some cases, the set of one or more walls **406**, **408** may only include the inner wall **406**, or may include more than two walls. The inner wall **406**, and in some cases the outer wall **408**, may be light-blocking walls. Light-blocking walls can help to limit the light received by the light receiver(s) **404** to light that is reflected from a medium (e.g., skin) adjacent the exterior surface of the cover **204**.

[0061]   By way of example, the set of one or more light emitters **400**, **402** may include a first set of one or more light emitters **400** configured to emit light having a first wavelength (e.g., a set of visible light emitters, such as a set of four green light emitters) and a second set of one or more light emitters **402** configured to emit light having a second wavelength that differs from the first wavelength (e.g., a set of two infrared (IR) light emitters). Alternatively, the set of light emitters may include light emitters configured to emit the same wavelength of light, or one or more light emitters that are tunable to emit different wavelengths of light. The light emitters **400**, **402** may be attached to the substrate **410**, and the optical sensor subsystem **216** may be attached to the cover **204**, such that the set of one or more light emitters **400**, **402** is positioned below the interior surface of the cover **204**. In some cases light emitters that emit different wavelengths may be activated at different times or for different purposes. For example, IR light emitters may be operated at a lower power and may be used for background heart rate detection, blood pressure detection, and/or watch "off-wrist" detection.

[0062]   Also by way of example, the set of one or more light receivers **404** includes eight rectangular photodetectors. In other examples, the optical sensor subsystem **216** may include more or fewer light receivers **404**, and/or light receivers having different shapes. In some cases, the light receivers **404** may be defined along the perimeter of a ring of photosensitive material.

[0063]   The light emitters **400**, **402** may be operated individually, or may be grouped and operated within two or more channels of operation. Similarly, the light receivers **404** may be operated individually, or may be grouped and operated within two or more channels of operation.

[0064]   In some cases, the one or more light emitters **400**, **402** and one or more light receivers **404** of the optical sensor subsystem **216** may be positioned interior from a perimeter **412** defined by the first and second electrodes **300**, **302** (i.e., between the electrodes **300**, **302**). In some cases, the mounting of the light emitter(s) **400**, **402** (i.e., the set of light emitters) and light receiver(s) **404** (i.e., the set of light receivers) to the substrate **410**, and the attachment of the substrate **410** to the interior surface of the cover **204**, may position the light emitter(s) **400**, **402** adjacent a central portion of the cover **204** and position the light receiver(s) **404** radially further from the central portion of the cover **204** than the light emitter(s) **400**, **402** (i.e., the light receiver(s) **404** may be positioned adjacent a portion of the cover **204** that is radial outward from the central portion). The central

portion may have a circular boundary defined by a radius, r. In other cases, the central portion may have a boundary of another shape. In some cases, the inner wall **406** may define the boundary of the central portion of the cover **204**. When the light receiver(s) **404** include multiple light receivers, or when the light receiver(s) include one or more elongate arced or rectangular segments, the light receiver(s) **404** may substantially surround the light emitter(s) **400**, **402**. For example, discrete light receivers may be positioned at four or more locations around the light emitter(s) **400**, **402**, or one or more elongate arced or rectangular segments may occupy at least half of a circumference or perimeter surrounding the light emitter(s) **400**, **402**.

[0065]   FIG. **5** shows a cross-section of an optical sensor subsystem **500** adjacent a cover **502** (e.g., a crystal, glass, or plastic cover) of a watch body housing (or other electronic device housing). In some examples, the cross-section may be a cross-section of the optical sensor subsystem **216** and cover **204** shown in FIGS. **2**-**4**. The optical sensor subsystem **500** includes a substrate **504** on which a set of light emitters **506** (e.g., LEDs) and a set of light receivers **508** (e.g., photodetectors, such as photodiodes) are attached. The light emitters **506** may be attached to or positioned on the substrate **504** to project light through the cover **502**, and the light receivers **508** may be attached to or positioned on the substrate **504** to receive light emitted by the light emitters **506** and reflected from a medium (e.g., a user's wrist) adjacent the exterior surface **510** of the cover **502**. In some examples, and as shown, the light emitters **506** and light receivers **508** may be attached to a surface **512** of the substrate **504** facing an interior surface **514** of the cover **502**. Alternatively, the light emitters **506** or light receivers **508** may be attached to a surface of the substrate **504** facing away from the cover **502**, and the light emitters **506** or light receivers **508** may emit or receive light through apertures in the substrate **504**.

[0066]   The optical sensor subsystem **500** may be attached (e.g., bonded) to the cover **502** by an adhesive **600**, **602** such as a PSA or HAF, as shown in FIG. **6**, which shows an enlarged view of a portion of the apparatus shown in FIG. **5**. In some cases, the set of light emitters **506** may be centrally attached to the substrate **504**, and a first wall **516** (e.g., a circular-shaped wall) may be attached to (e.g., be attached to or formed on) the substrate **504** surrounding the set of light emitters **506** (e.g., the first wall **516** may be positioned between the set of light emitters **506** and the set of light receivers). The first wall **516** may be positioned around the set of light emitters **506** and attached (e.g., bonded) to the interior surface **514** of the cover **502** using an adhesive (e.g., a first ring of adhesive **600**; see FIG. **6**). The set of light receivers **508** may be attached to the substrate **504** around the light emitters **506**, between the first wall **516** and a second wall **518** (e.g., an octagonal-shaped wall) that is positioned around the set of light receivers **508** and attached to (e.g., be attached to or formed on) the substrate **504**. The second wall **518** may also be attached (e.g., bonded) to the interior surface **514** of the cover **502** using an adhesive **602** (e.g., a second ring of adhesive). In some cases, the interior surface **514** of the cover **502**, or at least the portion of the interior surface **514** over which the optical sensor subsystem **500** is attached, may be flat. In an alternative embodiment, the set of light receivers **508** could be attached to the substrate **504** within the first wall **516**, and the set of light

Exhibit 12 -841-

emitters **506** could be attached to the substrate **504** between the first and second walls **516**, **518**.

[0067]   In some embodiments, the walls **516** and **518** may be made of high-temperature plastic. In some cases, the walls **516** and **518** may be injection molded as separate components and placed on (and bonded to) the substrate **504** before the optical sensor subsystem **500** is attached to the cover **502** via the walls **516**, **518**. In some examples, the walls **516**, **518** may be bonded to the substrate **504** using a thermoset adhesive. In some embodiments, one or both of the walls **516** and **518** (and in particular, the outer wall **518**) may be formed by layers of the substrate **504** (e.g., by additional FR4 layers of a printed circuit board). In some cases, one or both of the walls **516**, **518** may be light-blocking walls. The outer wall **518** may be less light-blocking than the inner wall **516** (or non-light blocking), in some examples, because the outer wall **518** may not need to form an optical barrier between the light emitters **506** and the light receivers **508**. When the walls **516** and **518** are made of different materials or are otherwise subject to small differences in height, an HAF or other flowable adhesive may be used to attach the walls **516**, **518** to the interior surface **514** of the cover, because a flowable adhesive may better account for non-planar wall heights.

[0068]   An optional lens **520** (e.g., a Fresnel lens, a spherical lens, a diffuser film, or the like) may be attached to the interior surface **514** of the cover **502**, between the light emitters **506** and cover **502**. An optional light filter **522** (e.g., a light control film, a light polarizer, an anti-reflective film, a reflective film, or a light absorber) may be attached to the interior surface **514** of the cover **502**, between the light receivers **508** and cover **502**. By mounting the optical sensor subsystem **500** directly on the cover **502** and sealing the light emitters **506** and light receivers **508** within cavities formed by the substrate **504**, walls **516** and **518**, and interior surface **514** of the cover **502**, lower cost and/or lower height light emitters **506** and light receivers **508** (i.e., emitters and receivers without encapsulants applied directly thereto) can be used, potentially reducing the cost and height of the apparatus shown in FIG. **5**. Also, by mounting the lens **520** and light filter **522** to the interior surface **514** of the cover **502**, the lens **520** and light filter **522** may be attached to the cover **502** in one set of operations, and the walls **516**, **518** of the optical sensor subsystem **500** may be aligned with the cover **502**, the lens **520**, and the light filter **522** and attached to the cover **502** in a separate operation, with the lens **520** and light filter **522** extending into cavities defined by the optical sensor subsystem **500** to reduce the height of the apparatus (e.g., compared to allocating a separate layer to optics components including the lens **520** and light filter **522**).

[0069]   In some embodiments, a processing subsystem **524** may be electrically or mechanically coupled to the underside of the optical sensor subsystem **500**. The processing subsystem may be electrically coupled to the light emitters **506** and light receivers **508** of the optical sensor subsystem **500**. The processing subsystem **524** may include a substrate **526** (e.g., a PCB) that is attached to the optical sensor subsystem **500**, and thereby to the cover **502**, via conductive or non-conductive structures **532**, including metallic bonds, adhesive, or mechanical fasteners (e.g., screws). The processing subsystem **524** may activate the light emitters and light receivers to perform a sensor function (e.g., to optically determine a heart rate and/or blood pressure).

[0070]   In some embodiments, the substrate **526** of the processing subsystem **524** may have a hole therein, and a magnet **528** may be aligned with the hole and abutted to (or attached to) the substrate **526**. In some cases, the magnet **528** may be adhesively bonded to the substrate **504** of the optical sensor subsystem **500**. The magnet **220** may be adhesively bonded to the substrate **504** using, for example, a PSA and/or liquid adhesive **534**. In some cases, the magnet **220** may be bonded to the substrate **504** below the wall **516**, to reduce the likelihood that the magnet **220** will cause the substrate **504** to bend (which may interfere with operation of the optical sensor components). The magnet **528** may be inductively couple to a battery charger used for charging a battery included within the watch body, which battery may power components of the watch including the components of the optical sensor subsystem **500** and the processing subsystem **524**.

[0071]   A magnetic shield **530** may abut (or be attached to) the magnet **528**. In some cases, the magnetic shield **530** may be adhesively bonded to the magnet **528** using an adhesive **536**. The magnetic shield **530** may direct magnetic flux associated with the magnet **528** toward the optical sensor subsystem **500** and out the cover **502**, to improve inductive battery charging performance for a battery included within the watch body.

[0072]   Referring in more detail to FIG. **6**, a dark mask **604** may be applied to the interior surface **514** of the cover **502**, between the lens **520** and the light filter **522**. In some cases, the dark mask **604** may partially overlap the light filter **522** or light receiver **508**. In some cases, an inner ring of the dark mask **604** may have a width (e.g., along a radius of the cover **502**) that is greater than a width of the first wall **516**, with the first wall **516** being positioned below the dark mask **604**. In some cases, the width of the inner ring of the dark mask **604** may be approximately 0.8-1.0 millimeter (mm). The width of the inner ring of the dark mask **604** may be selected, prior to manufacture, to limit which rays of light emitted by the light emitter **506** are received by the light receiver **508** (e.g., only those rays that reflect from a medium (e.g., a user's skin) at a desired distance from the exterior surface **510** of the cover **502**) and enter the cover **502** at a low angle with respect to perpendicular to the interior surface **514** of the cover **502**. In some cases, the inner ring of the dark mask **604** may be considered part of the first wall **516** (e.g., a cap of the first wall **516**). Alternatively, the first wall **516** may be considered to be a separate component positioned under the dark mask **604**. In further examples, the first wall **516** may have a same width as the inner ring of the dark mask **604**, or the inner ring of the dark mask **604** may not be positioned above the first wall **516** (or may not be applied to the cover **502** at all).

[0073]   After the dark mask **604** is applied to the cover **502**, or when the dark mask **604** is not applied to the cover **502**, an adhesive **606** may be applied to the cover **502** for attaching the light filter **522** to the cover **502**, or the light filter **522** may have an adhesive applied to one side thereof for attachment of the light filter **522** to the cover **502**, or an adhesive may be applied to surfaces of the cover **502** and the light filter **522**, or the light filter **522** may be formed directly on the cover **502** (but in some cases, partially over the dark mask **604**).

[0074]   FIG. **7** shows an example of a light filter **700**, such as an example of any of the light filters shown in FIGS. **2**-**6**. As shown, the light filter **700** may include first portions **702**

**Exhibit 12**
**-842-**

8

that are translucent to one or more wavelengths of light, and second portions **704** that are opaque to the one or more wavelengths of light. The translucent portions **702** and opaque portions **702** may be interleaved. In some examples, the opaque portions **704** may be oriented perpendicular to first and second opposing surfaces **706, 708** of the cover. In other examples, the opaque portions **704** may be oriented at an angle between 0 and 90 degrees with respect to the first and second opposing surfaces **706, 708** (and to the interior surface of a cover). In some cases, the translucent portions **702** may be wider than the opaque portions **704**. In some examples, the opaque portions **704** may be oriented in lines that are tangent to a radius of a cover, or in concentric arcs with respect to an axis perpendicular to the interior surface of a cover. In some examples, the opaque portions **704** may absorb, block, not reflect, or reflect particular (or all) wavelengths of light.

[0075]   FIG. **8** shows an example cover **800** (e.g., a crystal, glass, or plastic cover), optical sensor subsystem **802**, and housing member **804** of an electronic device. As shown, the interior surface **806** of the cover **800** may be attached to a shelf **808** of a carrier member **810** using an adhesive **812**. A gasket **814** may be fitted around a perimeter of the carrier member **810** (e.g., in a recess around the perimeter of the carrier member **810**). The carrier member **810** with attached cover **800** and gasket **814** may then be inserted into an aperture within the housing member **804**. In other embodiments, a cover with attached optical sensor subsystem may be attached to a housing member of an electronic device in other ways, including before the optical sensor subsystem is attached to the cover, or using various types of adhesives, gaskets, and the like.

[0076]   FIG. **9** shows an example portion of a watch body adjacent skin **900** of a user (e.g., while a watch including the watch body is worn by the user). The portion of the watch body includes a portion of an optical sensor subsystem **902** adjacent a cover **904** (e.g., a crystal, glass, or plastic cover), as described for example with reference to FIGS. **2-6** and **8**. The watch body may be oriented such that an exterior surface **906** of the cover **904** is adjacent skin **900** of the user's wrist.

[0077]   A control system, included in the optical sensor subsystem **902** or otherwise connected to the optical sensor subsystem **902** and housed within the watch body, may simultaneously or sequentially activate a light emitter (or set of light emitters **908**) and a light receiver **910** (or set of light receivers) to cause the light emitter(s) **908** to emit light and the light receiver **910** to receive light. The emitted light may pass through the interior surface **912** of the cover **904** and travel partially or wholly through the cover **904**.

[0078]   In some cases, a first portion of the light **932** emitted by a light emitter **908** may pass through the interior and exterior surfaces **912, 906** of the cover **904** and be reflected by a layer of the skin **900**. As examples, FIG. **9** shows the first portion of light **932** as including a first ray of light **914** that reflects from a second layer **916** of the skin **900** and a second ray of light **918** that reflects from a fourth layer **920** of the skin **900**. More than one ray of light may reflect from each of these (and other) layers of the skin **900**. In some examples, the light emitter **908** may be configured to emit light that penetrates 0-2 millimeter (mm) of the skin **900**. The light emitter **908** may be configured to emit light having a particular wavelength (e.g., frequency), intensity, or other preconfigured or programmable parameter. The rays

of light **914, 918** of the first portion of light **932** may be reflected toward the light receiver **910** and pass through the cover **904** at a low enough angle with respect to perpendicular to the interior surface **912** of the cover **904** (and plane of a light filter **922**) that the rays of light **914, 918** pass through the light filter **922** and are received by the light receiver **910**.

[0079]   A second portion of the light **934** emitted by a light emitter **908** may travel toward the cover **904** at a high angle (typically substantially greater than 45 degrees, as measured with respect to a line perpendicular to the interior surface **912** of the cover **904**, such that the light may not penetrate the cover **904**. To prevent the second portion of light **934** from reflecting off the interior surface **912** of the cover **904** and toward the light receiver **910**, a light-blocking wall **924** may be positioned between the light emitter **908** and light receiver **910**, abutting the interior surface **912** of the cover **904**. The light-blocking wall **924** may prevent the light receiver **910** from receiving the second portion of light **934**. In some cases, the second portion of light **934**, including a ray of light **926**, may be absorbed by the light-blocking wall **924**. Because the second portion of light **934** is not reflected from the cover **904** or the skin **900**, the second portion of light **934** may be referred to herein as non-reflected light.

[0080]   A third portion of the light **936** emitted by a light emitter **908** may reflect from the exterior surface **906** of the cover **904**, or from imperfections within the cover **904**, or in some cases a layer of the skin **900** (e.g., an outer layer of the skin **900**). By way of example, FIG. **9** shows the third portion of light **936** as including a ray of light **928** that reflects from the exterior surface **906** of the cover **904**. Because the ray of light **928** is reflected from a location closer to the light receiver **910** and light filter **922**, and because the ray of light **928** is reflected toward the light receiver **910** at a high angle (typically greater than 45 degrees, as measured with respect to a line perpendicular to the interior surface **912** of the cover **904** (and plane of the light filter **922**)), the ray of light **928** is blocked from reaching the light receiver **910** by the light filter **922**. In some cases, the ray of light **928** may be absorbed by the light filter **922**.

[0081]   A lens **930** may redirect the first and third portions of light **932, 936** as the portions of light travel from a light emitter **908** toward the skin **900** of the user. In some cases (e.g., when the lens **930** includes a Fresnel lens), the lens **930** may collimate the first and third portions of light **932, 936** (or redirect the first and third portions of light **932, 936** to move rays of the light closer to a collimated form).

[0082]   FIG. **10** shows another example portion of a watch body adjacent skin **1000** of a user (e.g., while a watch including the watch body is worn by the user). The portion of the watch body includes a portion of an optical sensor subsystem **1002** adjacent a cover **1004** (e.g., a crystal, glass, or plastic cover), as described for example with reference to FIGS. **2-6** and **8**. The watch body may be oriented such that an exterior surface **1006** of the cover **1004** is adjacent skin **1000** of the user's wrist.

[0083]   A control system, included in the optical sensor subsystem **1002** or otherwise connected to the optical sensor subsystem **1002** and housed within the watch body, may simultaneously or sequentially activate a light emitter **1008** and a light receiver **1010** to cause the light emitter **1008** to emit light and the light receiver **1010** to receive light. The

**Exhibit 12**
**-843-**

emitted light may pass through the interior surface of the cover **1004** and travel partially or wholly through the cover **1004**.

[0084]  Similarly to the example described with reference to FIG. **9**, a first portion of the light **1026** emitted by the light emitter **1008**, including a ray of light **1012**, may pass through the interior and exterior surfaces of the cover **1004** and be reflected by a layer of the skin **1000**. The first portion of light **1026** may be reflected toward the light receiver **1010** and pass through the cover **1004** at a low enough angle with respect to perpendicular to the interior surface of the cover **1004** (and plane of a light filter **1014**) that the light passes through the light filter **1014** and is received by the light receiver **1010**.

[0085]  A second portion of the light **1028** emitted by the light emitter **1008**, including a ray of light **1016**, may travel toward the cover **1004** at a high angle (typically substantially greater than 45 degrees, as measured with respect to a line perpendicular to the interior surface of the cover **1004**), such that the light may not penetrate the cover **1004**. To prevent the second portion of light **1028** from reflecting off the interior surface of the cover **1004** and toward the light receiver **1010**, a light-blocking wall **1018** may be positioned between the light emitter **1008** and light receiver **1010**, abutting the interior surface of the cover **1004**. The light-blocking wall **1018** may prevent the light receiver **1010** from receiving the second portion of light **1028**. In some cases, the second portion of light **1028** may be absorbed by the light-blocking wall **1018**. Because the second portion of light **1028** is not reflected from the cover **1004** or the skin **1000**, the second portion of light **1028** may be referred to herein as non-reflected light.

[0086]  A third portion of the light **1030** emitted by the light emitter **1008**, including a ray of light **1020**, may reflect from the exterior surface of the cover **1004**, or from imperfections within the cover **1004**, or in some cases a layer of the skin **1000** (e.g., an outer layer of the skin **1000**). Because the third portion of light **1030** is reflected from a location closer to the light receiver **1010** and light filter **1014**, and because the third portion of light **1030** is reflected toward the light receiver **1010** at a high angle (typically greater than 45 degrees, as measured with respect to a line perpendicular to the interior surface of the cover **1004** (and plane of the light filter **1014**)), the third portion of light **1030** is blocked from reaching the light receiver **1010** by the light filter **1014**. In some cases, the third portion of light **1030** may be absorbed by the light filter **1014**.

[0087]  A lens **1022** may redirect the first and third portions of light **1026**, **1030** as the portions of light travel from the light emitter **1008** toward the skin **1000** of the user. In some cases (e.g., when the lens **1022** includes a Fresnel lens), the lens **1022** may collimate the first and third portions of light **1026**, **1030** (or redirect the first and third portions of light **1026**, **1030** to move rays of the light closer to a collimated form). In contrast to other optical sensor subsystem embodiments shown in the present disclosure, the embodiment shown in FIG. **10** shows the lens **1022** attached and/or positioned between walls **1018**, **1024** of the optical sensor subsystem **1002** (instead of to the interior surface of the cover **1004**). In this configuration, the lens **1022** may be separated from the interior surface of the cover **1004**, as shown, or abutted to the interior surface of the cover **1004** (not shown).

[0088]  FIG. **11** shows another example portion of a watch body adjacent skin **1100** of a user (e.g., while a watch including the watch body is worn by the user). The portion of the watch body includes a portion of an optical sensor subsystem **1102** adjacent a split cover **1104** (i.e., a cover formed of two or more separate pieces, or a cover having an elongate slit therein). The watch body may be oriented such that an exterior surface of the split cover **1104** is adjacent skin **1100** of the user's wrist.

[0089]  A control system **1106**, included in the optical sensor subsystem **1102** or otherwise connected to the optical sensor subsystem **1102** and housed within the watch body, may simultaneously or sequentially activate a light emitter **1108** and a light receiver **1110** to cause the light emitter **1108** to emit light and the light receiver **1110** to receive light. The emitted light may pass through the interior surface of the split cover **1104** and travel partially or wholly through the split cover **1104**.

[0090]  Similarly to the examples described with reference to FIGS. **9** and **10**, portions **1120**, **1122** of the light emitted by the light emitter **1108** may pass through the interior and/or exterior surfaces of the split cover **1104**, and reflections thereof may or may not be received at the light receiver **1110**.

[0091]  In contrast to other embodiments shown in the present disclosure, the optical sensor subsystem **1102** includes a substrate **1112** on which components such as the light emitter **1108** and light receiver **1110** are attached, and the substrate **1112** is attached to a housing member **1114** of the watch body instead of being attached to the interior surface of the split cover **1104**. The split cover **1104** may also be attached to the housing member **1114**.

[0092]  Also in contrast to other embodiments shown in the present disclosure, the optical sensor subsystem **1102** is positioned adjacent a split cover **1104**. The split cover **1104** enables a light-blocking wall **1116** to extend through the split in the split cover **1104**, which wall **1116** may block more unwanted portions of light (e.g., portions of light that are not reflected by the skin **1100** of the user) from being received at the light receiver **1110**. However, the light-blocking wall **1116** may need to be wider than other light-blocking walls described herein, to provide a surface **1118** that may be sealed to the interior surface of the split cover **1104**. The greater width of the light-blocking wall **1116** may increase the distance that light emitted by the light emitter **1108** travels to reach the light receiver **1110**, and may in some cases necessitate operating the light emitter **1108** at a higher transmit power (e.g., higher intensity). The seal between the surface **1118** and the interior surface of the split cover **1104** may be provided, for example, by an adhesive or gasket.

[0093]  Still further in contrast to other embodiments shown in the present disclosure, there may be no lens above the light emitter **1108** and/or no light filter above the light receiver **1110**, because the height and width of the light-blocking wall **1116** may be sufficient to limit what portions of light emitted by the light emitter **1108** are reflected toward the light receiver **1110**.

[0094]  FIG. **12** shows an example method **1200** of operation of an optical heart rate detector. The method **1200** may provide data that is used by a processing subsystem of an electronic device to determine a biological parameter of a

**Exhibit 12**

**-844-**

user wearing a watch or other wearable electronic device, such as a watch or wearable electronic device described herein.

[0095] At block **1202**, the method includes emitting light from a light emitter within the watch, toward the skin of the user. At least a portion of the light may travel through a cover that forms part of a housing of the watch. The operation(s) at **1202** may be performed, for example, by the light emitter described with reference to FIGS. **2**, **4**, **5**, **6**, **9**, **10**, and **11**.

[0096] At block **1204**, a first portion of the light, reflected from the skin of the user, may be received by a light receiver within the watch. The operation(s) at **1204** may be performed, for example, by the light receiver described with reference to FIGS. **2**, **4**, **5**, **6**, **9**, **10**, and **11**.

[0097] At block **1206**, a second portion of the light may be blocked by a light-blocking wall positioned between the light emitter and the light receiver. The second portion of light may include light that does not travel through the cover or light that reflects from a surface of the cover before passing into the cover. The operation(s) at **1206** may be performed, for example, by the light-blocking wall described with reference to FIGS. **2**, **4**, **5**, **6**, **9**, **10**, and **11**.

[0098] At block **1208**, a third portion of the light may be received at a light filter that is attached to (directly or otherwise) the cover. The third portion of light may be prevented from being received at the light receiver by the light filter. The third portion of light may include light that is reflected toward the light receiver before passing into (or sufficiently into) the skin of the user. The operation(s) at **1208** may be performed, for example, by the light filter described with reference to FIGS. **2-7** and **9-11**.

[0099] The processing subsystem (and particularly, its processor) of the electronic device may use one or more properties of the light received by the light filter to determine a biological parameter, as discussed above. For example, the amount of light and/or amplitude of light received by the emitter(s) may be used by the processing subsystem to determine a wearer's blood pressure and heart rate.

[0100] As discussed above, graphics displayed on the electronic devices herein may be manipulated through inputs provided to a crown. FIGS. **13A-13B** generally depict examples of changing a graphical output displayed on an electronic device through inputs provided by force and/or rotational inputs to a crown assembly of the device. This manipulation (e.g., selection, acknowledgement, motion, dismissal, magnification, and so on) of a graphic may result in changes in operation of the electronic device and/or graphical output displayed by the electronic device. Although specific examples are provided and discussed, many operations may be performed by rotating and/or applying force to a crown such as the examples described above. Accordingly, the following discussion is by way of example and not limitation.

[0101] FIG. **13A** depicts an example electronic device **1300** (shown here as an electronic watch) having a crown **1302**. The crown **1302** may be similar to the examples described above, and may receive force inputs along a first lateral direction, a second lateral direction, or an axial direction of the crown. The crown **1302** may also receive rotational inputs. A display **1306** provides a graphical output (e.g., shows information and/or other graphics). In some embodiments, the display **1306** may be configured as a touch-sensitive display capable of receiving touch and/or force input. In the current example, the display **1306** depicts a list of various items **1361**, **1362**, **1363**, all of which are example indicia.

[0102] FIG. **13B** illustrates how the graphical output shown on the display **1306** changes as the crown **1302** rotates, partially or completely (as indicated by the arrow **13**). Rotating the crown **1302** causes the list to scroll or otherwise move on the screen, such that the first item **1361** is no longer displayed, the second and third items **1362**, **1363** each move upwards on the display, and a fourth item **1364** is now shown at the bottom of the display. This is one example of a scrolling operation that can be executed by rotating the crown **1302**. Such scrolling operations may provide a simple and efficient way to depict multiple items relatively quickly and in sequential order. In some examples, the items may be used to trigger various aspects of the optical sensor subsystems described herein, or to select various outputs of the optical sensor subsystems for further review. A speed of the scrolling operation may be controlled by the amount of rotational force applied to the crown **1302** and/or the speed at which the crown **1302** is rotated. Faster or more forceful rotation may yield faster scrolling, while slower or less forceful rotation yields slower scrolling. The crown **1302** may receive an axial force (e.g., a force inward toward the display **1306** or watch body) to select an item from the list, in certain embodiments.

[0103] FIGS. **14A** and **14B** illustrate an example zoom operation. The display **1406** depicts a picture **1466** at a first magnification, shown in FIG. **14A**; the picture **1466** is yet another example of an indicium. A user may apply a lateral force (e.g., a force along the x-axis) to the crown **1402** of the electronic device **1400** (illustrated by arrow **1465**), and in response the display may zoom into the picture **1466**, such that a portion **1467** of the picture is shown at an increased magnification. This is shown in FIG. **14B**. The direction of zoom (in vs. out) and speed of zoom, or location of zoom, may be controlled through force applied to the crown **1402**, and particularly through the direction of applied force and/or magnitude of applied force. Applying force to the crown **1402** in a first direction may zoom in, while applying force to the crown **1402** in an opposite direction may zoom out. Alternately, rotating or applying force to the crown **1402** in a first direction may change the portion of the picture subject to the zoom effect. In some embodiments, applying an axial force (e.g., a force along the z-axis) to the crown **1402** may toggle between different zoom modes or inputs (e.g., direction of zoom vs. portion of picture subject to zoom). In yet other embodiments, applying force to the crown **1402** along another direction, such as along the y-axis, may return the picture **1466** to the default magnification shown in FIG. **14A**.

[0104] FIGS. **15A** and **15B** illustrate possible use of the crown **1502** to change an operational state of the electronic device **1500** or otherwise toggle between inputs. Turning first to FIG. **15A**, the display **1506** depicts a question **1568**, namely, "Activate optical sensor subsystem?" As shown in FIG. **15B**, a lateral force may be applied to the crown **1502** (illustrated by arrow **1570**) to answer the question. Applying force to the crown **1502** provides an input interpreted by the electronic device **1500** as "yes," and so "YES" is displayed as a graphic **1569** on the display **1506**. Applying force to the crown **1502** in an opposite direction may provide a "no" input. Both the question **1568** and graphic **1569** are examples of indicia. As one non-limiting example, a graphic

**Exhibit 12**

**-845-**

11

or indicium of a heart rate, blood pressure, or the like may be shown on the display **1506** in response to the user selecting "YES," for example by rotating, translating, or touching the crown **1502**.

[0105] In the embodiment shown in FIGS. **15**A and **15**B, the force applied to the crown **1502** is used to directly provide the input, rather than select from options in a list (as discussed above with respect to FIGS. **13**A and **13**B).

[0106] As mentioned previously, force or rotational input to a crown of an electronic device may control many functions beyond those listed here. The crown may receive distinct force or rotational inputs to adjust a volume of an electronic device, a brightness of a display, or other operational parameters of the device. A force or rotational input applied to the crown may rotate to turn a display on or off, or turn the device on or off. A force or rotational input to the crown may launch or terminate an application on the electronic device. Further, combinations of inputs to the crown may likewise initiate or control any of the foregoing functions, as well.

[0107] In some cases, the graphical output of a display may be responsive to inputs applied to a touch-sensitive display (e.g., displays **1306**, **1406**, **1506**, and the like) in addition to inputs applied to a crown. The touch-sensitive display may include or be associated with one or more touch and/or force sensors that extend along an output region of a display and which may use any suitable sensing elements and/or sensing techniques to detect touch and/or force inputs applied to the touch-sensitive display. The same or similar graphical output manipulations that are produced in response to inputs applied to the crown may also be produced in response to inputs applied to the touch-sensitive display. For example, a swipe gesture applied to the touch-sensitive display may cause the graphical output to move in a direction corresponding to the swipe gesture. As another example, a tap gesture applied to the touch-sensitive display may cause an item to be selected or activated. In this way, a user may have multiple different ways to interact with and control an electronic watch, and in particular the graphical output of an electronic watch. Further, while the crown may provide overlapping functionality with the touch-sensitive display, using the crown allows for the graphical output of the display to be visible (without being blocked by the finger that is providing the touch input).

[0108] FIG. **16** shows a sample electrical block diagram of an electronic device **1600**, which electronic device may in some cases take the form of any of the watches or other wearable electronic devices described with reference to FIGS. **1**-**6**, **8**-**11**, and **13**A-**15**B, or other portable or wearable electronic devices. The electronic device **1600** can include a display **1605** (e.g., a light-emitting display), a processor **1610**, a power source **1615**, a memory **1620** or storage device, a sensor **1625**, and an input/output (I/O) mechanism **1630** (e.g., an input/output device, input/output port, or haptic input/output interface). The processor **1610** can control some or all of the operations of the electronic device **1600**. The processor **1610** can communicate, either directly or indirectly, with some or all of the components of the electronic device **1600**. For example, a system bus or other communication mechanism **1635** can provide communication between the processor **1610**, the power source **1615**, the memory **1620**, the sensor **1625**, and the input/output mechanism **1630**.

[0109] The processor **1610** can be implemented as any electronic device capable of processing, receiving, or transmitting data or instructions. For example, the processor **1610** can be a microprocessor, a central processing unit (CPU), an application-specific integrated circuit (ASIC), a digital signal processor (DSP), or combinations of such devices. As described herein, the term "processor" is meant to encompass a single processor or processing unit, multiple processors, multiple processing units, or other suitably configured computing element or elements.

[0110] It should be noted that the components of the electronic device **1600** can be controlled by multiple processors. For example, select components of the electronic device **1600** (e.g., a sensor **1625**) may be controlled by a first processor and other components of the electronic device **1600** (e.g., the display **1605**) may be controlled by a second processor, where the first and second processors may or may not be in communication with each other.

[0111] The power source **1615** can be implemented with any device capable of providing energy to the electronic device **1600**. For example, the power source **1615** may be one or more batteries or rechargeable batteries. Additionally or alternatively, the power source **1615** can be a power connector or power cord that connects the electronic device **1600** to another power source, such as a wall outlet.

[0112] The memory **1620** can store electronic data that can be used by the electronic device **1600**. For example, the memory **1620** can store electrical data or content such as, for example, audio and video files, documents and applications, device settings and user preferences, timing signals, control signals, and data structures or databases. The memory **1620** can be configured as any type of memory. By way of example only, the memory **1620** can be implemented as random access memory, read-only memory, Flash memory, removable memory, other types of storage elements, or combinations of such devices.

[0113] The electronic device **1600** may also include one or more sensors **1625** positioned almost anywhere on the electronic device **1600**. The sensor(s) **1625** can be configured to sense one or more types of parameters, such as but not limited to, pressure, light, touch, heat, movement, relative motion, biometric data (e.g., biological parameters), and so on. For example, the sensor(s) **1625** may include a heat sensor, a position sensor, a light or optical sensor, an accelerometer, a pressure transducer, a gyroscope, a magnetometer, a health monitoring sensor, and so on. Additionally, the one or more sensors **1625** can utilize any suitable sensing technology, including, but not limited to, capacitive, ultrasonic, resistive, optical, ultrasound, piezoelectric, and thermal sensing technology.

[0114] The **110** mechanism **1630** can transmit and/or receive data from a user or another electronic device. An **110** device can include a display, a touch sensing input surface, one or more buttons (e.g., a graphical user interface "home" button), one or more cameras, one or more microphones or speakers, one or more ports such as a microphone port, and/or a keyboard. Additionally or alternatively, an **110** device or port can transmit electronic signals via a communications network, such as a wireless and/or wired network connection. Examples of wireless and wired network connections include, but are not limited to, cellular, Wi-Fi, Bluetooth, IR, and Ethernet connections.

[0115] As described above, one aspect of the present technology is the gathering and use of data available from

**Exhibit 12**

various sources, including the gathering and use of biological parameters of a user (or data indicative of, or, facilitating determining, a biological parameter), to monitor or improve the user's health or fitness. The present disclosure contemplates that in some instances, this gathered data may include personal information data that uniquely identifies a specific person, or can be used to contact, locate, or identify a specific person. Such personal information data can include demographic data, location-based data, telephone numbers, email addresses, twitter ID's, home addresses, data or records relating to a user's health or level of fitness (e.g., vital sign measurements, medication information, exercise information), date of birth, or any other identifying or personal information.

[0116]   The present disclosure recognizes that the use of such personal information data, in the present technology, can be used to the benefit of users. For example, the personal information data can be used to aid a user in monitoring or improving their health or fitness (e.g., biological parameters or health and fitness data may be used to provide insights into a user's general wellness, or may be used as positive feedback to individuals using technology to pursue wellness goals).

[0117]   The present disclosure contemplates that the entities responsible for the collection, analysis, disclosure, transfer, storage, or other use of such personal information data will comply with well-established privacy policies and/or privacy practices. In particular, such entities should implement and consistently use privacy policies and practices that are generally recognized as meeting or exceeding industry or governmental requirements for maintaining personal information data private and secure. Such policies should be easily accessible by users, and should be updated as the collection and/or use of data changes. Personal information from users should be collected for legitimate and reasonable uses of the entity and not shared or sold outside of those legitimate uses. Further, such collection/sharing should occur after receiving the informed consent of the users. Additionally, such entities should consider taking any needed steps for safeguarding and securing access to such personal information data and ensuring that others with access to the personal information data adhere to their privacy policies and procedures. Further, such entities can subject themselves to evaluation by third parties to certify their adherence to widely accepted privacy policies and practices. In addition, policies and practices should be adapted for the particular types of personal information data being collected and/or accessed and adapted to applicable laws and standards, including jurisdiction-specific considerations. For instance, in the US, collection of or access to certain health data may be governed by federal and/or state laws, such as the Health Insurance Portability and Accountability Act (HIPAA); whereas health data in other countries may be subject to other regulations and policies and should be handled accordingly. Hence different privacy practices should be maintained for different personal data types in each country.

[0118]   Despite the foregoing, the present disclosure also contemplates embodiments in which users selectively block the use of, or access to, personal information data. That is, the present disclosure contemplates that hardware and/or software elements can be provided to prevent or block access to such personal information data. For example, in the case of biological parameters or conditions identified

therefrom, the present technology can be configured to allow users to select to "opt in" or "opt out" of participation in the collection of personal information data during registration for services or anytime thereafter. In another example, users can select not to provide health or fitness-associated data to the providers of applications or services, or can prevent the transmission of such data from the device on which it is collected or outside a collection of devices that are personal to a user from which the data is obtained. In yet another example, a user can select to limit the length of time health or fitness data, or biological parameters from which such data is derived, is maintained. In addition to providing "opt in" and "opt out" options, the present disclosure contemplates providing notifications relating to the access or use of personal information. For instance, a user may be notified upon downloading an app that their personal information data will be accessed and then reminded again just before personal information data is accessed by the app.

[0119]   Moreover, it is the intent of the present disclosure that personal information data should be managed and handled in a way to minimize risks of unintentional or unauthorized access or use. Risk can be minimized by limiting the collection of data and deleting data once it is no longer needed. In addition, and when applicable, including in certain health related applications, data de-identification can be used to protect a user's privacy. De-identification may be facilitated, when appropriate, by removing specific identifiers (e.g., date of birth, etc.), controlling the amount or specificity of data stored (e.g., collecting location data at a city level rather than at an address level), controlling how data is stored (e.g., aggregating data across users), and/or other methods.

[0120]   Therefore, although the present disclosure broadly covers use of personal information data to implement one or more various disclosed embodiments, the present disclosure also contemplates that the various embodiments can also be implemented without the need for accessing at least some personal information data. That is, the various embodiments of the present technology are not rendered inoperable due to the lack of a portion of such personal information data. For example, biological parameters can be ascertained or stored without associating the biological parameters with information identifying a particular user from which they are obtained, or with a bare minimum amount of personal information, such as non-personal information already available to service providers or publicly available information.

[0121]   The foregoing description, for purposes of explanation, uses specific nomenclature to provide a thorough understanding of the described embodiments. However, it will be apparent to one skilled in the art that the specific details are not required in order to practice the described embodiments. Thus, the foregoing descriptions of the specific embodiments described herein are presented for purposes of illustration and description. They are not targeted to be exhaustive or to limit the embodiments to the precise forms disclosed. It will be apparent to one of ordinary skill in the art that many modifications and variations are possible in view of the above teachings.

What is claimed is:

1. An electronic watch, comprising:

a housing;

a cover attached to the housing;

a substrate;

Exhibit 12
-847-

US 2019/0090806 A1                                                    Mar. 28, 2019

13

a set of light emitters adjacent a central portion of the cover and configured to emit light through the cover;

a set of light receivers substantially surrounding the set of light emitters and positioned to receive a reflected portion of the light through the cover; and

a set of light-blocking walls attaching the substrate to the cover;

a lens attached to the cover and positioned between the set of light emitters and the cover;

a light filter attached to the surface of the cover and positioned between at least one of the light receivers and the cover;

a magnet attached to the substrate; and

a processor configured to determine a biological parameter using the reflected portion of the light.

**2**. The electronic watch of claim **1**, further comprising:

adhesive attaching the set of light-blocking walls to the surface of the cover;

an ink mask on the cover and defining:

  a central aperture; and

  a set of apertures around the central aperture;

a first electrode on the cover and exterior to the watch body;

a second electrode on the cover and exterior to the watch body; wherein:

  the biological parameter is a heart rate;

  the central aperture and the set of apertures are positioned between the first electrode and the second electrode;

  the set of light emitters comprises:

    a first set of light emitters configured to emit light having a first wavelength; and

    a second set of light emitters configured to emit light having a second wavelength;

  the set of light emitters and set of light receivers are attached to the substrate and attached to the surface of the cover by the set of light-blocking walls;

  the lens is aligned with the central aperture;

  the light filter comprises a light control film covering each of the set of apertures;

  one of the set of light-blocking walls is positioned around the set of light emitters, and between the set of light emitters and the set of light receivers; and

  the one of the set of light-blocking walls prevents at least one of the set of light receivers from receiving a non-reflected portion of the light.

**3**. The electronic watch of claim **2**, wherein a second of the set of light-blocking walls is positioned around the set of light receivers.

**4**. The electronic watch of claim **1**, further comprising a printed circuit board attached to the substrate and defining a hole; wherein the magnet is positioned in the hole.

**5**. The electronic watch of claim **1**, further comprising a magnetic shield attached to the magnet and configured to direct magnetic flux associated with the magnet through the cover.

**6**. The electronic watch of claim **1**, further comprising:

a display at least partially within the housing; and

a crown extending through the housing and configured to provide an input; wherein:

  the biological parameter is a heart rate; and

  the display is configured to display a graphic of the heart rate in response to the input.

**7**. The electronic watch of claim **1**, further comprising an adhesive attaching at least one of the set of light-blocking walls to the surface of the cover.

**8**. The electronic watch of claim **1**, further comprising:

a crown extending through the housing; and

a display at least partially positioned in the housing; wherein:

  the crown is configured to rotate and translate;

  the display shows a graphic; and

  the display is configured to change the graphic in response to at least one of the crown rotating or translating.

**9**. The electronic watch of claim **1**, further comprising:

a crown extending through the housing and configured to provide an input; wherein

  the set of light emitter is configured to emit the light through the cover in response to the input.

**10**. An electronic device, comprising:

a housing;

a cover attached to the housing and defining:

  a first surface interior to the electronic device; and

  a second surface exterior to the electronic device;

an optical sensor subsystem attached to the first surface of the cover and comprising:

  a substrate;

  a light emitter attached to the substrate;

  a light receiver attached to the substrate and configured to receive light emitted by the light emitter and reflected from a medium adjacent the second surface of the cover; and

a processor operationally connected to the light receiver and configured to determine a heart rate from the light received by the light receiver.

**11**. The electronic device of claim **10**, further comprising a crown configured to rotate and translate; wherein the processor is configured to determine the heart rate in response to at least one of the crown rotating or translating.

**12**. The electronic device of claim **10**, wherein:

the optical sensor subsystem further comprises a set of walls; and

the electronic device further comprises an adhesive that bonds the set of walls to the first surface of the cover.

**13**. The electronic device of claim **10**, wherein:

the light receiver is one of a set of light receivers; and

the set of light receivers is attached to the substrate around the light emitter.

**14**. The electronic device of claim **13**, further comprising:

a first light-blocking wall positioned around the light emitter; and

a second light-blocking wall positioned around the set of light receivers; wherein

  the first light-blocking wall and the second light-blocking wall are attached to the substrate and the cover.

**15**. The electronic device of claim **10**, wherein the optical sensor subsystem comprises:

a set of light emitters including the light emitter; and

a set of light receivers including the light receiver; wherein

  the light emitter is configured to emit light having a first wavelength;

  a second light emitter of the set of light emitters is configured to emit light having a second wavelength that differs from the first wavelength; and

  the set of light receivers is attached to the substrate around the set of light emitters.

**Exhibit 12**

**-848-**

US 2019/0090806 A1                                                      Mar. 28, 2019

14

16. A wearable electronic device, comprising:

a housing including a cover, the cover comprising:

a first surface interior to the wearable electronic device; and

a second surface exterior to the wearable electronic device;

a first electrode and a second electrode on the second surface of the cover;

an ink mask on the cover, the ink mask defining a first aperture and a second aperture that are each located between the first electrode and the second electrode;

a lens on the first surface of the cover and aligned with the first aperture; and

a light filter on the first surface of the cover and aligned with the second aperture.

17. The wearable electronic device of claim 16, further comprising:

a light emitter attached to, and positioned within, the housing and aligned with the first aperture;

a light receiver attached to, and positioned within, the housing and aligned with the second aperture; and

a light-blocking wall abutting the first surface of the cover and positioned between the light emitter and the light receiver, the light-blocking wall positioned under the ink mask.

18. The wearable electronic device of claim 17, further comprising:

a set of apertures including the second aperture; and

a set of light receivers including the light receiver, the set of light receivers aligned with the set of apertures;

wherein the light filter is positioned to cover each of the set of apertures.

19. The wearable electronic device of claim 18, wherein the set of apertures is positioned around the first aperture.

20. The wearable electronic device of claim 16, wherein the light filter comprises at least one of: a light control film, a light polarizer, an anti-reflective film, a reflective film, or a light absorber.

* * * * *

**Exhibit 12**
**-849-**