| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Joseph R. Re (Bar No. 134479) |
| joseph.re@knobbe.com |
| Stephen C. Jensen (Bar No. 149894) |
| stephen.jensen@knobbe.com |
| Perry D. Oldham (Bar No. 216016) |
| KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 2040 Main Street, Fourteenth Floor Irvine, CA  92614 |
| Telephone:  (949)-760-0404 |
| ATTORNEY(S) FOR: Plaintiffs Masimo Corp.; Cercacor Laboratories |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MASIMO CORPORATION, CERCACOR LABORATORIES, INC., | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:20-cv-00048 |
| v. | |
| APPLE INC., | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiffs Masimo Corporation and Cercacor Laboratories Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Masimo Corporation | Plaintiff (Masimo has no parent company and there are no publicly held corporations that own 10% or more of its stock.) |
| Cercacor Laboratories, Inc. | Plaintiff (Cercacor has no parent company and there are no publicly held corporations that own 10% or more of its stock.) |

| 1/9/2020 | /s/ Perry D. Oldham |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs Masimo Corporation and Cercacor Laboratories Inc.