AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>8:20-cv-00048 | DATE FILED<br>1/9/2020 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>MASIMO CORPORATION, a Delaware corporation | | DEFENDANT<br>APPLE INC., a California corporation |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 10,258,265 | 4/16/2019 | Masimo Corporation |
| 2 | 10,258,266 | 4/16/2019 | Masimo Corporation |
| 3 | 10,292,628 | 5/21/2019 | Masimo Corporation |
| 4 | 10,299,708 | 5/21/2019 | Masimo Corporation |
| 5 | 10,376,190 | 8/13/2019 | Masimo Corporation |

Continued on next page.

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK (Continued)**

| | **Docket No.** 8:20-cv-00048 | **Date Filed** 1/9/2020 | **U.S. District Court For the Southern District of California** |
|---|---|---|---|
| | **PATENT NO.** | **DATE OF PATENT** | **HOLDER OF PATENT** |
| 6 | 10,376,191 | 8/13/2019 | Masimo Corporation |
| 7 | 10,470,695 | 11/12/2019 | Masimo Corporation |
| 8 | 6,771,994 | 8/3/2004 | Masimo Corporation |
| 9 | 8,457,703 | 6/4/2013 | Masimo Corporation |
| 10 | 10,433,776 | 10/8/2019 | Masimo Corporation |
| 11 | 10,078,052 | 9/18/2018 | Apple Inc. |
| 12 | 10,247,670 | 4/2/2019 | Apple Inc. |
| 13 | 9,952,095 | 4/24/2018 | Apple Inc. |
| 14 | 10,219,754 | 3/5/2019 | Apple Inc. |
| 15 | 10,524,671 | 1/7/2020 | Apple Inc. |