JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  (415) 393-8200
Facsimile:   (415) 393-8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  (650) 849-5300
Facsimile:   (650) 849-5333

*Attorneys for Defendant* APPLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-DOC-DFM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:  January 13, 2020<br>Current response date:  February 3, 2020<br>New response date: March 4, 2020<br><br>Judge:  Hon. David O. Carter |

1   Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Plaintiffs") and
2   Defendant Apple Inc. ("Apple"), by and through their respective counsel, hereby
3   stipulate and agree to extending the time in which Apple must file a response to
4   Plaintiffs' Complaint as follows:
5       WHEREAS, Plaintiffs filed the above-captioned case on January 9, 2020;
6       WHEREAS, Plaintiffs' Complaint and summons were served on Apple on
7   January 13, 2020;
8       WHEREAS, Apple is required to serve its answer and/or respond to the
9   Complaint by February 3, 2020;
10      WHEREAS, Plaintiffs agree to extend Apple's deadline to respond to the
11  Complaint by 30 days to March 4, 2020;
12      WHEREAS, Civil Local Rule 8-3 provides that stipulations to extend the time to
13  respond to an initial compliant by not more than thirty (30) days from the date when
14  Apple's response initially would have been due do not need to be approved by the
15  Court;
16      WHEREAS, there have been no prior stipulations to extend the responsive
17  pleading deadline;
18      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and
19  between Plaintiffs and Apple that the deadline for Apple Inc. to respond to Plaintiffs'
20  Complaint shall be extended to March 4, 2020.

**IT IS SO STIPULATED.**

                                        Respectfully submitted,

                                        GIBSON, DUNN & CRUTCHER LLP

Dated:  January 31, 2020         By:    /s/ *H. Mark Lyon*
                                                    H. Mark Lyon

*Attorneys for Defendant*
APPLE INC.


                                        Respectfully submitted,

                                        KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  January 31, 2020         By:    /s/ *Joseph R. Re*
                                                    Joseph R. Re

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404
Facsimile: (949)-760-9502

*Attorneys for Plaintiff*
MASIMO CORPORATION

## ATTESTATION REGARDING SIGNATURES

I, H. Mark Lyon, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 31, 2020             By:  /s/ *H. Mark Lyon*
                                         H. Mark Lyon

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

Executed on January 31, 2020

                                            /s/ *H. Mark Lyon*
                                              H. Mark Lyon

                                         Attorneys for Defendant APPLE INC.