JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-DOC-DFM<br><br>**APPLE INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1**<br><br>Hon. David O. Carter |

Gibson, Dunn & Crutcher LLP

APPLE INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1
CASE NO. 8:20-cv-00048-DOC-DFM

Pursuant to Federal Rule of Civil Procedure 7.1(a), Apple Inc. discloses that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Pursuant to Local Rule 7.1-1, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 4, 2020

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joshua H. Lerner*
Joshua H. Lerner

Gibson, Dunn & Crutcher LLP

1
APPLE INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1
CASE NO. 8:20-cv-00048-DOC-DFM