1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>    Defendant. | CASE NO. 8:20-cv-00048-DOC-DFM<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>**Hearing**<br><br>Date:         Date: April 6, 2020<br>Time:        8:30 AM<br>Courtroom:  9D<br>Judge:       Hon. David O. Carter |

This matter is before the Court pursuant to Defendant Apple Inc.'s Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6).

Having considered the documents filed in support of and in opposition to the motion, including documents judicially noticed pursuant to the Court's Order granting Apple's Request for Judicial Notice, the argument of counsel, the pleadings on file in this action, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Defendant Apple Inc.'s Motion to Dismiss is GRANTED and the above-captioned case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable David O. Carter
United States District Judge