## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| v.                    PLAINTIFF(S) | |
|  | **ORDER RE TRANSFER PURSUANT**<br>**TO GENERAL ORDER 19-03**<br>**(RELATED CASES)** |
| DEFENDANT(S). | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar pursuant to General Order 19-03.

_____
Date

_____
United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____

_____
Date

_____
United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____ and the present case:

☐ A.   Arise from the same or closely related transactions, happenings or events; or

☐ B.   Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

cc:   ☐ *Previous Judge*      ☐ *Statistics Clerk*

CV-34 (03/19)                    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (Related Cases)