JOSHUA H. LERNER, SBN 220755
　jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

H. MARK LYON, SBN 162061
　mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, et al., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>APPLE INC., <br><br>　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br>**NOTICE OF LODGING [AMENDED PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** <br><br>**Hearing:** <br><br>Date:　　　　Date: April 6, 2020 <br>Time:　　　　1:30 PM <br>Courtroom:　10C <br>Judge:　　　Hon. James V. Selna |

Gibson, Dunn &
Crutcher LLP

NOTICE OF LODGING　　　　　　　　　　　　　　　　　CASE NO. 8:20-CV-00048-JVS (JDEx)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 5-4.4, Defendant Apple Inc. ("Apple") hereby gives notice that the attached [Amended Proposed] Order Granting Apple Inc.'s Motion to Dismiss Plaintiffs' Complaint is being lodged herewith. The [Amended Proposed] Order has been submitted to update the hearing time, location and case assignment per the Court's March 4, 2020 Order Re Transfer Pursuant To General Order 19-03 (Related Cases) (Dkt. 17).

Dated: March 11, 2020

JOSHUA H. LERNER
H. MARK LYON
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joshua H. Lerner*
Joshua H. Lerner

Attorneys for Defendant APPLE INC.