1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **[AMENDED PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** <br><br> **Hearing** <br><br> Date:          Date: April 6, 2020 <br> Time:          1:30 PM <br> Courtroom:  10C <br> Judge:        Hon. James V. Selna |

1   This matter is before the Court pursuant to Defendant Apple Inc.'s Motion to

2   Dismiss under Federal Rule of Civil Procedure 12(b)(6).

3   Having considered the documents filed in support of and in opposition to the

4   motion, including documents judicially noticed pursuant to the Court's Order granting

5   Apple's Request for Judicial Notice, the argument of counsel, the pleadings on file in

6   this action, and all other matters properly before the Court, being fully advised on the

7   proceedings, and for good cause appearing:

8   IT IS HEREBY ORDERED that Defendant Apple Inc.'s Motion to Dismiss is

9   GRANTED and the above-captioned case is dismissed with prejudice.

10

11   **IT IS SO ORDERED.**

12

13   Dated: _____                    _____
                                                     The Honorable James V. Selna
14                                                   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28