Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone:  (949)-760-0404
Facsimile:  (949)-760-9502

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**PLAINTIFFS' OPPOSITION TO APPLE INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date:    April 6, 2020<br>Time:   1:30 p.m.<br>Ctrm:   10C<br>Judge:  Hon. James V. Selna |

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. respectfully oppose the Motion to Dismiss of Defendant Apple, Inc. (the "Motion"). *See* D.I. 16.

While the Motion lacks merit, Plaintiffs recognize the Court's guidance that motions to dismiss are disfavored and should be avoided if challenges could be addressed "by amendment." D.I. 19 at 6. Thus, Plaintiffs hereby notify the Court that Plaintiffs will file an Amended Complaint by March 25, 2020. *See* Fed. R. Civ. P. 15(a)(1)(B) (permitting amendment as a matter of right within "21 days after service of a motion under Rule 12(b), (e), or (f)"). Plaintiffs' Amended Complaint will render the Motion moot. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (reversing order granting motion to dismiss because plaintiff's filing of an amended complaint under Rule 15(a)(1) rendered the motion moot).

Accordingly, if Defendant does not withdraw the Motion after Plaintiffs file the Amended Complaint, the Court should deny the Motion as moot.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 16, 2020

By: */s/ Stephen W. Larson*
Joseph R. Re
Stephen C. Jensen
Perry D. Oldham
Stephen W. Larson

Attorneys for Plaintiffs,
Masimo Corporation and
Cercacor Laboratories, Inc.