Brian M. Buroker
Gibson Dunn & Crutcher
1050 Connecticut Avenue, N.W.
Washington, DC 20036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Masimo Corporation; and Cercacor Laboratories, Inc.,

Plaintiff(s),

v.

Apple Inc.

Defendant(s).

CASE NUMBER

8:20-cv-00048-JVS (JDEx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Buroker, Brian M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 955-8541           (202) 530-4200
*Telephone Number*        *Fax Number*

BBuroker@gibsondunn.com
*E-Mail Address*

of

Gibson Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Apple Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Kaounis, Agelique
*Designee's Name (Last Name, First Name & Middle Initial)*

209833              (310) 552-8546        (310) 552-7026
*Designee's Cal. Bar No.*   *Telephone Number*     *Fax Number*

AKaounis@gibsondunn.com
*E-Mail Address*

of

Gibson Dunn & Crutcher LLP
2029 Century Park East
Suite 4000
Los Angeles, CA 90067-3026

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge