Brian M. Buroker
Gibson Dunn & Crutcher
1050 Connecticut Avenue, N.W.
Washington, DC 20036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation; and Cercacor Laboratories, Inc., <br> Plaintiff(s) <br> v. <br> Apple Inc. <br> Defendant(s). | CASE NUMBER <br> 8:20-cv-00048-JVS (JDEx) <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Buroker, Brian M.  of  Gibson Dunn & Crutcher LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*  1050 Connecticut Avenue, N.W.
(202) 955-8541    (202) 530-4200  Washington, DC 20036
*Telephone Number*   *Fax Number*
BBuroker@gibsondunn.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Apple Inc.

*Name(s) of Party(ies) Represent*  ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: ____

**and designating as Local Counsel**

Kaounis, Agelique   of  Gibson Dunn & Crutcher LLP
*Designee's Name (Last Name, First Name & Middle Initial)*  2029 Century Park East
209833    (310) 552-8546    (310) 552-7026  Suite 4000
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*  Los Angeles, CA 90067-3026
AKaounis@gibsondunn.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: ____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because ____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated: 3/19/2020    /s/ James V. Selna
           **U.S. District Judge James V Selna**