JOSHUA H. LERNER, SBN 220755
 jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

H. MARK LYON, SBN 162061
 mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
 bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8541
Facsimile: 202.467.0539

ANGELIQUE KAOUNIS, SBN 209833
 akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Telephone: 310.552.8546
Facsimile: 310.552.7026

*Attorneys for Defendant* APPLE INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**JOINT STIPULATION EXTENDING TIME FOR RULE 26(a) INITIAL DISCLOSURES AND JOINT RULE 26(f) REPORT**<br><br>Hon. James V. Selna |

Gibson, Dunn & Crutcher LLP

**JOINT STIPULATION EXTENDING TIME FOR INITIAL DISCLOSURES AND JOINT RULE 26(F) REPORT**
Case No. 8:20-cv-00048-JVS (JDEx)

Pursuant to Local Rule 7-1, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Plaintiffs") and Defendant Apple Inc. ("Defendant") (collectively, the "parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for the parties to serve their Initial Disclosures under Fed. R. Civ. P. 26(a) and file the Joint Report under Fed. R. Civ. P. 26(f) as follows:

WHEREAS, Plaintiffs filed the above-captioned case on January 9, 2020;

WHEREAS, the above-captioned case was initially assigned to the Honorable David O. Carter that same day;

WHEREAS, Plaintiffs' Complaint and summons were served on Defendant on January 13, 2020;

WHEREAS, the above-captioned matter was reassigned to the Honorable James V. Selna on March 4, 2020;

WHEREAS, counsel for all parties met and conferred regarding discovery issues by telephone on March 10, 2020;

WHEREAS, the Court has not yet scheduled a Scheduling Conference in this case;

WHEREAS, without waiving any rights to object to discovery, the parties previously contemplated exchanging their Initial Disclosures and filing a Joint Rule 26(f) Report by March 24, 2020;

WHEREAS, the Court's Rule 16(b) scheduling order is currently due to be issued by March 31, 2020, which is sixty days after counsel for Defendant appeared in this case;

WHEREAS, the parties' counsel have implemented a variety of new procedures to curb the spread of a novel coronavirus (COVID-19), including work from home policies and maintaining minimal in-office staff support;

WHEREAS, COVID-19 has caused unexpected obligations for the parties and their counsel;

Gibson, Dunn & Crutcher LLP

2
JOINT STIPULATION EXTENDING TIME FOR INITIAL DISCLOSURES AND JOINT RULE 26(F) REPORT
Case No. 8:20-CV-00048-JVS (JDEx)

WHEREAS, due to the COVID-19 emergency, the parties will require additional time to prepare their Initial Disclosures and Joint Rule 26(f) Report;

WHEREAS, neither Plaintiffs nor Defendant has sought or obtained any prior extension of time to serve their Initial Disclosures or file the Joint Rule 26(f) Report, and this extension will not impact any case deadlines because the Court has not yet scheduled any such deadlines.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The parties' Initial Disclosures will be served on April 14, 2020.
2. The parties' Joint Rule 26(f) Report will be filed on April 14, 2020.

Dated: March 23, 2020

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
ANGELIQUE KAOUNIS
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joshua H. Lerner*
    Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

3
JOINT STIPULATION EXTENDING TIME FOR INITIAL DISCLOSURES AND JOINT RULE 26(F) REPORT
Case No. 8:20-CV-00048-JVS (JDEX)

JOSEPH R. RE
STEPHEN C. JENSEN
PERRY D. OLDHAM
STEPHEN W. LARSON
KNOBBE, MARTENS, OLSON & BEAR LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone:  (949) 760-0404
Facsimile:   (949) 760-9502


By: */s/ Joseph R. Re*
    Joseph R. Re

*Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.*

### ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.


By: */s/ Joshua H. Lerner*
    Joshua H. Lerner

*Attorney for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

4

**JOINT STIPULATION EXTENDING TIME FOR INITIAL DISCLOSURES AND JOINT RULE 26(F) REPORT**
Case No. 8:20-CV-00048-JVS (JDEx)