1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR RULE 26(a) INITIAL DISCLOSURES AND JOINT RULE 26(f) REPORT**<br><br>Hon. James V. Selna |

This matter is before the Court pursuant to the parties' stipulation to extend the time to serve their Initial Disclosures and file the Joint Rule 26(f) Report. Based on the stipulation of the parties and good cause appearing due to the public health emergency throughout the State in response to the spread of COVID-19, IT IS HEREBY ORDERED that:

1. The parties' Initial Disclosures will be due on April 14, 2020.
2. The parties' Joint Rule 26(f) Report will be due on April 14, 2020.

**IT IS SO ORDERED.**

Dated: _____

                                                The Honorable James V. Selna
                                                United States District Judge

Gibson, Dunn & Crutcher LLP

2
**PROPOSED ORDER EXTENDING TIME FOR INITIAL DISCLOSURES AND JOINT RULE 26(F) REPORT**
Case No. 8:20-CV-00048-JVS (JDEx)