**U.S. Patent No. 10,299,708**

| U.S. Patent No. 10,299,708 Claim 1 | Description of Accused Products |
|---|---|
| 1. A noninvasive optical physiological sensing system comprising: | The Apple Watch Series 4 and later devices are noninvasive optical physiological sensing systems.<br><br>The Apple Watch Series 4 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and at least four detectors (for example, photodiode sensors) spaced apart from each other as shown in the image below found on the Apple website at https://support.apple.com/en-us/HT204666:<br><br>The emitters and detectors are used to monitor physiological parameters, such as pulse rate.  *See* https://support.apple.com/en-us/HT204666. |

| **U.S. Patent No. 10,299,708 Claim 1** | **Description of Accused Products** |
|---|---|
| a platform including a planar surface; | The Apple Watch Series 4 and later devices include a platform including a planar surface.  Fig. 4C of Apple's U.S. Patent Application Publication 2019/0072912 (the '912 publication) is illustrative of the Apple Watch Series 4 and later devices.  The Apple Watch Series 4 and later devices have, for example, an outer ring 442 surrounding photodiode sensors arranged on substrate 452:<br><br>FIG. 4C |

| U.S. Patent No. 10,299,708 Claim 1 | Description of Accused Products |
|---|---|
| a housing including a raised edge portion extending from and enclosing at least a portion of the planar surface; | The Apple Watch Series 4 and later devices include a housing with a raised edge portion extending from and enclosing at least a portion of the planar surface. Fig. 4C of Apple's U.S. Patent Application Publication 2019/0072912 (the '912 publication) is illustrative of the Apple Watch Series 4 and later devices. The Apple Watch Series 4 and later devices have, for example, an outer ring surrounding photodiode sensors arranged on substrate:<br><br>FIG. 4C |

| U.S. Patent No. 10,299,708 Claim 1 | Description of Accused Products |
|---|---|
| at least four detectors arranged on the planar surface of the platform and within the housing, wherein the at least four detectors are arranged in a grid pattern such that a first detector and a second detector are arranged across from each other on opposite sides of a central point along a first axis, and a third detector and a fourth detector are arranged across from each other on opposite sides of the central point along a second axis which is perpendicular to the first axis; and | The Apple Watch Series 4 and later devices include at least four detectors arranged on the planar surface of the platform and within the housing, wherein the at least four detectors are arranged in a grid pattern such that a first detector and a second detector are arranged across from each other on opposite sides of a central point along a first axis, and a third detector and a fourth detector are arranged across from each other on opposite sides of the central point along a second axis which is perpendicular to the first axis. The Apple Watch Series 4 and later devices include eight photodiode sensors as shown in the image below found on the Apple website at https://support.apple.com/en-us/HT204666:<br><br> |

| U.S. Patent No. 10,299,708 Claim 1 | Description of Accused Products |
|---|---|
| the housing including a protruding light permeable cover. | The Apple Watch Series 4 and later devices include a housing with a protruding light permeable cover.<br><br>Figs. 4A and 4C of Apple's '912 publication is illustrative of the Apple Watch Series 4 and later devices. The Apple Watch Series 4 and later devices have, for example, a protruding light permeable cover:<br><br>*FIG. 4A*  *FIG. 4C* |

32464205