# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 20-48 JVS (JDEx) |
| Date | March 26, 2020 |
| Title | Masimo Corporation et al v. Apple Inc. |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | None |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] ORDER VACATING MOTION TO DISMISS**

On March 25, 2020, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Plaintiffs") filed a First Amended Complaint. FAC, Dkt. No. 28. The Court therefore **VACATES** the hearing on Defendant Apple Inc.'s Motion to Dismiss (Dkt. No. 16) set for April 6, 2020 as **MOOT**.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |