JOSHUA H. LERNER, SBN 220755
 jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

H. MARK LYON, SBN 162061
 mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
 bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8541
Facsimile: 202.467.0539

ANGELIQUE KAOUNIS, SBN 209833
 akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Telephone: 310.552.8546
Facsimile: 310.552.7026

*Attorneys for Defendant* APPLE INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, CERCACOR LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **JOINT STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS** <br><br> First Amended Complaint served:   March 25, 2020 <br> Current response date:   April 8, 2020 <br> New response date:   April 20, 2020 <br><br> Hon. James V. Selna |

Gibson, Dunn & Crutcher LLP

**JOINT STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS**
Case No. 8:20-CV-00048-JVS (JDEx)

Pursuant to Local Rule 7-1, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Plaintiffs") and Defendant Apple Inc. ("Defendant") (collectively, the "parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for Defendant to respond to the First Amended Complaint (the "FAC") and to a briefing schedule for Defendant's anticipated Motion to Dismiss follows:

WHEREAS, Plaintiffs filed the above-captioned case on January 9, 2020;

WHEREAS, on March 4, 2020, Defendant filed a Motion to Dismiss Plaintiff's Initial Complaint;

WHEREAS, on March 25, 2020, Plaintiff filed the FAC;

WHEREAS, Plaintiffs served the FAC on Defendant on March 25, 2020;

WHEREAS, Defendant anticipates filing a partial Motion to Dismiss the FAC;

WHEREAS, the parties' counsel have implemented a variety of new procedures to curb the spread of COVID-19, including work from home policies and maintaining minimal in-office staff support;

WHEREAS, COVID-19 has caused unexpected obligations for the parties and their counsel;

WHEREAS, due to the COVID-19 emergency, Defendant will require additional time to prepare its Motion to Dismiss the FAC;

WHEREAS, Defendant has not sought or obtained any prior extension of time to respond to the FAC, and this extension will not impact any case deadlines; and

WHEREAS, in the interest of judicial economy and to conserve resources, Defendant requested and Plaintiffs agreed that in the event Defendant files a partial Motion to Dismiss the FAC, the Court should toll the time for Defendant to answer any portion of the FAC on which it has not moved to dismiss until such time as the Court rules on the Motion.

Gibson, Dunn & Crutcher LLP

2

**JOINT STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS**
Case No. 8:20-CV-00048-JVS (JDEx)

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Defendant's response to the FAC will be due on April 20, 2020.

2. In the event Defendant files a Motion to Dismiss the FAC, Plaintiffs' Opposition to such Motion will be due on May 14, 2020.

3. In the event Defendant files a Motion to Dismiss the FAC, Defendant's Reply in support of such Motion will be due on May 21, 2020.

4. In the event Defendant files a partial Motion to Dismiss the FAC, Defendant's time to answer the remainder of the FAC will be tolled until such time as the Court resolves the partial Motion to Dismiss, pursuant to the deadline set by the Federal Rules, the Court, or otherwise agreed to by the parties.

Dated: April 2, 2020             Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
ANGELIQUE KAOUNIS
GIBSON, DUNN & CRUTCHER LLP


By: */s/ Angelique Kaounis*
       Angelique Kaounis

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

3

**JOINT STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS**
Case No. 8:20-CV-00048-JVS (JDEx)

```
JOSEPH R. RE
STEPHEN C. JENSEN
PERRY D. OLDHAM
STEPHEN W. LARSON
KNOBBE, MARTENS, OLSON & BEAR LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone:  (949) 760-0404
Facsimile:   (949) 760-9502
```

By: */s/ Joseph R. Re*
    Joseph R. Re

*Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.*

## ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

By: */s/ Angelique Kaounis*
    Angelique Kaounis

*Attorney for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

4

**JOINT STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS**
Case No. 8:20-cv-00048-JVS (JDEx)