# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, CERCACOR LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS** <br><br> First Amended Complaint served: March 25, 2020 <br> Current response date: April 8, 2020 <br> New response date: April 20, 2020 <br><br> Hon. James V. Selna |

1

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS**
Case No. 8:20-CV-00048-JVS (JDEx)

Gibson, Dunn & Crutcher LLP

This matter is before the Court pursuant to the parties' stipulation to extend the time to respond to the First Amended Complaint and setting a briefing schedule for Defendant's anticipated Motion to Dismiss the First Amended Complaint. Based on the stipulation of the parties and good cause appearing due to the public health emergency throughout the country in response to the spread of COVID-19, IT IS HEREBY ORDERED that:

1. Defendant's response to the First Amended Complaint will be due on April 20, 2020.

2. In the event Defendant files a Motion to Dismiss the First Amended Complaint, Plaintiffs' Opposition to such Motion will be due on May 14, 2020.

3. In the event Defendant files a Motion to Dismiss the First Amended Complaint, Defendant's Reply in support of such Motion will be due on May 21, 2020.

4. In the event Defendant files a partial Motion to Dismiss the First Amended Complaint, Defendant's time to answer the remainder of the First Amended Complaint will be tolled until such time as the Court resolves the partial Motion to Dismiss, pursuant to the deadline set by the Federal Rules, the Court, or otherwise agreed to by the parties.

**IT IS SO ORDERED.**

Dated: _____

The Honorable James V. Selna
United States District Judge

2
**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS**
Case No. 8:20-CV-00048-JVS (JDEx)

Gibson, Dunn & Crutcher LLP