Name, Address and Telephone Number of Attorney(s):
Stephen W. Larson (Bar No. 240844)
KNOBBE, MARTENS, OLSON &BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Masimo Corporation and Cercacor Laboratories, Inc., | CASE NUMBER |
|---|---|
| v. Plaintiff(s) | 8:20-cv-00048-JVS-JDE |
| Apple, Inc., Defendant(s). | **REQUEST: ADR PROCEDURE SELECTION** |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☑ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: April 16, 2020   /s/ Stephen W. Larson

Attorney for Plaintiff  Masimo Corporation

Dated: April 16, 2020   /s/ Stephen W. Larson

Attorney for Plaintiff  Cercacor Laboratories, Inc.

Dated: April 16, 2020   /s/ Ilissa Samplin

Attorney for Defendant  Apple, Inc.

Dated: _____

Attorney for Defendant  _____

NOTE: If additional signatures are required, attach an additional page to this request.