# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS THE THIRTEENTH CAUSE OF ACTION FOR TRADE SECRET MISAPPROPRIATION IN PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**Hearing**<br><br>Date:        Date: June 8, 2020<br>Time:       1:30 PM<br>Courtroom: 10C<br>Judge:      Hon. James V. Selna |

1  The Court has considered Defendant Apple Inc.'s Request for Judicial Notice in Support of its Motion to Dismiss the Thirteenth Cause of Action for Trade Secret Misappropriation in Plaintiffs' First Amended Complaint (the "Request"). Having considered the Request and arguments in support thereof and any opposition thereto, the Court hereby GRANTS Apple's Request.

The Court hereby takes judicial notice of Exhibits A through D attached to the Declaration of Ilissa Samplin accompanying Apple's Request.

IT IS SO ORDERED.

DATED: _____    _____
                                         Hon. James V. Selna
                                         United States District Judge