| | |
|---|---|
| 1 | JOSHUA H. LERNER, SBN 220755 |
| | jlerner@gibsondunn.com |
| 2 | GIBSON, DUNN & CRUTCHER LLP |
| | 555 Mission Street Suite 3000 |
| 3 | San Francisco, CA 94105 |
| | Tel.: 415.393.8200 / Fax: 415.393.8306 |
| 4 | |
| | H. MARK LYON, SBN 162061 |
| 5 | mlyon@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| 6 | 1881 Page Mill Road |
| | Palo Alto, CA 94304-1211 |
| 7 | Tel.: 650.849.5300 / Fax: 650.849.5333 |
| 8 | BRIAN M. BUROKER, *pro hac vice* |
| | bburoker@gibsondunn.com |
| 9 | GIBSON, DUNN & CRUTCHER LLP |
| | 1050 Connecticut Avenue, N.W. |
| 10 | Washington, DC 20036 |
| | Tel.: 202.955.8541 / Fax: 202.467.0539 |
| 11 | |

ILISSA SAMPLIN, SBN 314018
 isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
 akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, CERCACOR LABORATORIES, INC., | CASE NO. 8:20-cv-00048-JVS (JDEx) |
| Plaintiffs, | **DECLARATION OF ILISSA SAMPLIN IN SUPPORT OF DEFENDANT APPLE INC.'S REQUEST FOR JUDICIAL NOTICE** |
| v. | **Hearing:** |
| APPLE INC., | Date:  June 8, 2020 |
| Defendant. | Time:  1:30 p.m. |
| | Place: 10C |
| | Judge: Hon. James V. Selna |

## DECLARATION OF ILISSA SAMPLIN

I, Ilissa Samplin, declare and state as follows:

1. I am an attorney duly licensed to practice law before this Court and all courts of the State of California. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action. I make this declaration in support of Apple's Request for Judicial Notice in Support of Apple's Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' First Amended Complaint (the "Request"). I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of a letter dated January 24, 2014, sent from Stephen C. Jensen, attorney at Knobbe Martens Olson & Bear LLP, to Timothy D. Cook, Apple's Chief Executive Officer, regarding Apple's offer of employment to Cercacor's Chief Technology Officer, Marcelo Lamego.

3. Attached hereto as **Exhibit B** is a true and correct copy of United States Patent Application Publication No. 2016/0061726, published by the U.S. Patent & Trademark Office ("USPTO") on March 3, 2016, listing Trevor J. Ness, Chin San Han, David I. Nazzaro, Marcelo M. Lamego, Naoto Matsuyuki, and Wolf Oetting as inventors, which is publicly available through USPTO's Patent Application Full-Text and Image Database (AppFT).

4. Attached hereto as **Exhibit C** is a true and correct copy of Masimo Corporation's Form 10-K for the fiscal year ended January 3, 2015, filed with the U.S. Securities and Exchange Commission ("SEC"), which is made publicly available through the EDGAR system on the SEC's website, SEC.gov.

5. Attached hereto as **Exhibit D** is a true and correct copy of Masimo Corporation's First Amended Complaint filed on June 17, 2019, in the United States

District Court for the Central District of California, in the related matter of *Masimo Corp. v. True Wearables, Inc.*, No. 8:18-cv-2001, Docket No. 42.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of April, 2020, in Los Angeles, California.

By: _____
Ilissa Samplin