1  JOSHUA H. LERNER, SBN 220755
     jlerner@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street Suite 3000
3  San Francisco, CA 94105
   Tel.: 415.393.8200 / Fax: 415.393.8306
4
5  H. MARK LYON, SBN 162061
     mlyon@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  1881 Page Mill Road
   Palo Alto, CA 94304-1211
7  Tel.: 650.849.5300 / Fax: 650.849.5333

8  BRIAN M. BUROKER, *pro hac vice*
     bburoker@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
10 Washington, DC 20036
   Tel.: 202.955.8541 / Fax: 202.467.0539
11
12 ILISSA SAMPLIN, SBN 314018           ANGELIQUE KAOUNIS, SBN 209833
     isamplin@gibsondunn.com               akaounis@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP         GIBSON, DUNN & CRUTCHER LLP
13 333 South Grand Avenue              2029 Century Park East Suite 4000
   Los Angeles, CA 90071-3197          Los Angeles, CA 90067
14 Tel.: 213.229.7000 / Fax: 213.229.7520   Tel.: 310.552.8546 / Fax: 310.552.7026

15 *Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**MOTION INDEX FOR DEFENDANT APPLE INC.'S MOTION TO DISMISS THE THIRTEENTH CAUSE OF ACTION FOR TRADE SECRET MISAPPROPRIATION IN PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**Hearing**<br><br>Date:     Date: June 8, 2020<br>Time:     1:30 p.m.<br>Courtroom: 10C<br>Judge:    Hon. James V. Selna |

Pursuant to the Court's Order for Jury Trial Setting Dates entered in the above-captioned case on April 17, 2020 (Docket No. 36), Defendant Apple Inc. hereby submits this Motion Index for the pleadings associated with its Motion to Dismiss the Thirteenth Cause of Action for Trade Secret Misappropriation in Plaintiffs' First Amended Complaint filed in the above-captioned case on April 20, 2020 (Docket Nos. 38 and 39).

| Name of Pleading | Docket Number |
| --- | --- |
| Defendant Apple Inc.'s Notice Of Motion And Motion To Dismiss The Thirteenth Cause Of Action For Trade Secret Misappropriation In Plaintiffs First Amended Complaint | 38 |
| Memorandum Of Points And Authorities In Support Of Defendant Apple Inc.'s Motion To Dismiss The Thirteenth Cause Of Action For Trade Secret Misappropriation In Plaintiffs' First Amended Complaint | 38-1 |
| Request For Judicial Notice In Support Of Defendant Apple Inc.'s Motion To Dismiss The Thirteenth Cause Of Action For Trade Secret Misappropriation In Plaintiffs' First Amended Complaint | 38-2 |
| Proposed Order Granting Defendant Apple Inc.'s Request For Judicial Notice In Support Of Apple Inc.'s Motion To Dismiss The Thirteenth Cause Of Action For Trade Secret Misappropriation In Plaintiffs' First Amended Complaint | 38-3 |
| Declaration Of Ilissa Samplin In Support Of Defendant Apple Inc.'s Request For Judicial Notice | 38-4 |
| Exhibit A to the Declaration Of Ilissa Samplin In Support Of Defendant Apple Inc.'s Request For Judicial Notice | 38-5 |
| Exhibit B to the Declaration Of Ilissa Samplin In Support Of Defendant Apple Inc.'s Request For Judicial Notice | 38-6 |

| Name of Pleading | Docket Number |
|---|---|
| Exhibit C to the Declaration Of Ilissa Samplin In Support Of Defendant Apple Inc.'s Request For Judicial Notice | 38-7 |
| Exhibit D to the Declaration Of Ilissa Samplin In Support Of Defendant Apple Inc.'s Request For Judicial Notice | 38-8 |
| Proposed Order Granting Apple Inc.'s Motion To Dismiss The Thirteenth Cause Of Action For Trade Secret Misappropriation In Plaintiffs' First Amended Complaint | 38-9 |
| Notice of Attachment to Motion To Dismiss The Thirteenth Cause Of Action For Trade Secret Misappropriation In Plaintiffs' First Amended Complaint [attaching the challenged First Amended Complaint] | 39 |

Dated: April 22, 2020

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joshua H. Lerner*
 Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*