Name and address:

> Brian A. Rosenthal
> Gibson Dunn & Crutcher LLP
> 200 Park Avenue
> New York, NY 10166

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Masimo Corporation, Cercacor Laboratories, Inc.,<br>Plaintiff(s),<br>v.<br>Apple Inc.,<br>Defendant(s), | CASE NUMBER<br>8:20-cv-00048-JVS (JDEx)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**<br>*PRO HAC VICE* |
|---|---|

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Rosenthal, Brian A.
*Applicant's Name (Last Name, First Name & Middle Initial)*     check here if federal government attorney ☐

Gibson Dunn & Crutcher LLP
*Firm/Agency Name*

200 Park Avenue            1 (212) 351-2339          1 (212) 817-9539
                           *Telephone Number*         *Fax Number*
*Street Address*

New York, NY 10166-0193                   BARosenthal@gibsondunn.com
*City, State, Zip Code*                   *E-mail Address*

**I have been retained to represent the following parties:**

Apple Inc.                          ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____
_____                     ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Appellate Division, NY Supreme Court | 4/17/2001 | Yes |
| District of Columbia Court of Appeals | 7/8/2002 | Yes |
| U.S. District Court for District of Columbia | 10/5/2009 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

None

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court.  Submission of this Application will constitute your registration (or re-registration) to use that system.  If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.
(2)  I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3)  I am not currently suspended from and have never been disbarred from practice in any court.
(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated April 24, 2020

Brian A. Rosenthal
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Kaounis, Angelique
*Designee's Name (Last Name, First Name & Middle Initial)*

Gibson Dunn & Crutcher LLP
*Firm/Agency Name*

2029 Century Park East Suite 400

*Street Address*

Los Angeles, CA 90067
*City, State, Zip Code*

1 (310) 552-8546
*Telephone Number*

1 (310) 552-7026
*Fax Number*

AKaounis@gibsondunn.com
*Email Address*

209833
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 4/24/20

Angelique Kaounis
*Designee's Name (please type or print)*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

| SECTION I (continued) Name of Court | Date of Admission | Active Member in Good Standing? |
|---|---|---|
| U.S. Court of Appeals for the Federal Circuit | March 3, 2011 | Yes |
| U.S. Court of Federal Claims | May 20, 2011 | Yes |
| U.S. District Court for Southern District of New York | February 12, 2019 | Yes |
| U.S. District Court for Eastern District of New York | February 12, 2019 | Yes |
| U.S. District Court for Eastern District of Texas | February 14, 2019 | Yes |

# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Brian Ashley Rosenthal

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **17th day of April, 2001**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **15th day of April, 2020**.

*Robert D Mayberger*

Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Brian A Rosenthal*

was duly qualified and admitted on July 8, 2002 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 17, 2020.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.