Name and address:
Brian A. Rosenthal
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation, Cercacor Laboratories, Inc., <br><br> v.     Plaintiff(s) <br><br> Apple Inc., <br><br> Defendant(s). | **CASE NUMBER** <br> 8:20-cv-00048-JVS (JDEx) <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Rosenthal, Brian A.         of    Gibson Dunn & Crutcher LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*         200 Park Avenue
1 (212) 351-2339    1 (212) 817-9539                                  New York, NY 10166
*Telephone Number*    *Fax Number*
BARosenthal@gibsondunn.com
*E-Mail Address*                                                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Apple Inc.,

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ Other: _____

**and designating as Local Counsel**
Kaouins, Angelique         of    Gibson Dunn & Crutcher LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    2029 Century Park East Suite 4000
209833    1 (310) 552-8546    1 (310) 552-7026                     Los Angeles, CA 90067
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
AKaounis@gibsondunn.com
*E-Mail Address*                                                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____                               _____
                                                            U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1