Name and address:
Brian A. Rosenthal
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation, Cercacor Laboratories, Inc., <br><br> v. <br>  Plaintiff(s) <br><br> Apple Inc., <br><br> Defendant(s). | **CASE NUMBER** <br> 8:20 cv 00048 JVS (JDEx) <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Rosenthal, Brian A.   of   Gibson Dunn & Crutcher LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*        200 Park Avenue
1 (212) 351-2339      1 (212) 817-9539         New York, NY 10166
*Telephone Number*    *Fax Number*
BARosenthal@gibsondunn.com
*E-Mail Address*              *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Apple Inc.,

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: _____

and designating as Local Counsel

Kaouins, Angelique   of   Gibson Dunn & Crutcher LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    2029 Century Park East Suite 4000
209833    1 (310) 552-8546   1 (310) 552-7026    Los Angeles, CA 90067
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
AKaounis@gibsondunn.com
*E-Mail Address*              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated   4/27/20

*U.S. District Judge* James V Selna