**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, CERCACOR LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION FOR PROTECTIVE ORDER BARRING TRADE SECRET-RELATED DISCOVERY ABSENT TRADE SECRET IDENTIFICATION** <br><br> Hr'g Date/Time: May 21, 2020, at 10 a.m. <br> Courtroom: 6A <br> Judge: Hon. John D. Early <br> Discovery Cutoff: July 5, 2021 <br> Pretrial Conference: March 21, 2022 <br> Trial: April 5, 2022 |

      This matter is before the Court pursuant to Defendant Apple Inc.'s ("Apple") Motion for Protective Order Barring Trade Secret-Related Discovery Absent Trade Secret Identification under Federal Rule of Civil Procedure 37 and Local Rule 37-2.

      Having considered the documents filed in support of and in opposition to the motion, including the parties' Joint Stipulation and the parties' declarations and exhibits, the argument of counsel, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

      IT IS HEREBY ORDERED as follows:

1. Apple's Motion for Protective Order is GRANTED;
2. Apple does not need to respond to Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.'s (collectively, "Plaintiffs") Requests for Production Nos. 5–25 until fourteen (14) days after Plaintiffs provide a trade secret disclosure in compliance with California Code of Civil Procedure Section 2019.210 ("Section 2019.210"); and
3. Plaintiffs shall serve on Apple no later than seven (7) days of the date of this Order a Section 2019.210-compliant disclosure of their alleged trade secrets.

**IT IS SO ORDERED.**

Dated: _____    _____
                                                                                         The Honorable John D. Early
                                                                                         United States Magistrate Judge