| | |
|---|---|
| **From:** | Adam.Powell |
| **To:** | Samplin, Ilissa |
| **Cc:** | Perry.Oldham; Stephen.Larson; Steve.Jensen; Joe.Re; Lerner, Joshua H.; Lyon, H. Mark; Buroker, Brian M.; Kaounis, Angelique |
| **Subject:** | RE: Masimo v. Apple - Section 2019.210 compliance |
| **Date:** | Monday, April 27, 2020 12:31:00 PM |

Ilissa,

Your rhetoric is not helpful.  Friday was only the second day into a ten-day response period, presuming your letter complied with Local Rule 37-1.  However, your letter does not satisfy the requirements of Local Rule 37-1, which provides the letter must "specify the terms of the discovery order to be sought" and "provide any legal authority the moving party believes is dispositive of the dispute."  Your letter stated Apple intended to "raise Plaintiffs' continued failure to comply with Section 2019.210 promptly with Judge Early" but did not state any requested relief or authority for such requested relief.  Such information is necessary for us to prepare for the conference of counsel (and for Apple to comply with LR 37-1).

We also have now asked you three times whether Apple intends to move forward with the joint stipulation in its present form.  You refused to answer that question each time, despite knowing that we were expending resources on our portion of the joint stipulation.  Please answer that simple "yes" or "no" question in advance of our call today.  That information is also necessary for us to prepare for the conference of counsel.  In the event Apple does not file a motion for protective order addressing this issue but continues to refuse to provide patent discovery, Plaintiffs will file a motion to compel.

We also note that the parties have now disagreed over what happened during several teleconferences, including the Rule 26 conference and the April 6, 2020, conference concerning Apple's pending motion for protective order.  To avoid similar disputes, we request that the parties record such teleconferences moving forward.  Please confirm Apple agrees.  We will, of course, indicate the conference is being recorded during each call that we record.

Finally, 3pm this afternoon will not work for us anymore.  Please let us know if 4pm works for you.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245  Direct
**Knobbe** Martens

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Sunday, April 26, 2020 9:23 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>

Exhibit 13
-52-

**Cc:** Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Section 2019.210 compliance

Adam,

It seems we are speaking past each other, which could have been avoided if your team would have gotten on the phone sooner.  In any event, we will speak to you at 3 pm tomorrow.  We can use the following dial-in:

Dial-in:  866-747-5969
Passcode:  2132297354#

Please be prepared to discuss on the call the date by which Plaintiffs will serve a Section 2019.210 compliant trade secret disclosure.  We told you that we would agree to treat the disclosure as AEO until a Protective Order is in place—therefore, there's absolutely no reason for Plaintiffs to keep dragging out their obligation to provide the trade secret disclosure Judge Selna ordered.  We need a date certain from Plaintiffs, and expect to receive that from you during tomorrow's call.

Regards,
Ilissa
**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Saturday, April 25, 2020 4:38 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>
**Subject:** Re: Masimo v. Apple - Section 2019.210 compliance

[External Email]
Ilissa,

Our response **more quickly** than required by the Local Rules is certainly reasonable.  Regardless, your letter did not say you wanted to talk about the current joint stipulation.  We asked you twice

Exhibit 13
-53-

whether Apple intends to move forward with the current joint stipulation.  You refused to answer both times even though you know we are expending resources working on our portion of the joint stipulation.  From your email, it now sounds like Apple does not plan to move forward with the joint stipulation in its present form.  If that is correct, please inform us immediately so that we can stop wasting resources on our response this weekend.  We are happy to discuss the timing of Apple's anticipated revisions and our portion or a new motion on Monday afternoon after 3pm.

Best regards,
Adam

> On Apr 24, 2020, at 8:49 PM, Samplin, Ilissa <ISamplin@gibsondunn.com> wrote:
>
> Adam,
>
> The status of the Motion for Protective Order is part of what we want to discuss on a call.  We would have gotten on the phone with you yesterday or today to discuss.  You didn't take us up on the offer.
>
> We disagree with your assertion below – plaintiffs are clearly dragging this out because their failure to comply with Section 2019.210 has been an ongoing issue over which the parties have exchanged countless letters and briefing already.  To say you need to spend days considering our short letter before getting on the phone with us to hash out these issues seems disingenuous, and appears to be another attempt to push off for another week the issue of plaintiffs' noncompliance with Section 2019.210.
>
> We, like you, want to get to the bottom of the parties' dispute here so that we can promptly get it before the Court.  A call is most efficient in this regard, and I trust that by Monday morning your team will have had sufficient time to prepare for that call.  Please propose a time.
>
> Thanks,
> Ilissa
>
> **Ilissa Samplin**
>
> # GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue, Los Angeles, CA 90071-3197
> Tel +1 213.229.7354 • Fax +1 213.229.6354
> ISamplin@gibsondunn.com • www.gibsondunn.com
>
> ---
>
> **From:** Adam.Powell <Adam.Powell@knobbe.com>
> **Sent:** Friday, April 24, 2020 6:18 PM

Exhibit 13
-54-

**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>
**Cc:** Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Section 2019.210 compliance

[External Email]
Ilissa,

We disagree with your assertion that we dragged anything out by not responding to a L.R. 37-1 letter in less than two days.  We are reviewing your letter and will respond in due course.  However, your letter appears to address the same issues as Apple's existing Motion for Protective Order.  If Apple intends to withdraw that motion in favor of filing a different Motion for Protective Order, please inform us immediately so that we can stop working on our portion of the Joint Stipulation.  If Apple intends to move forward with the existing Motion for Protective Order, we do not see why Apple is demanding a meet and confer on a second duplicative motion.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 Direct
**Knobbe Martens**

---

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Friday, April 24, 2020 11:41 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>
**Cc:** Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Section 2019.210 compliance

Adam,

I have not heard back from you on our request for a meet and confer.  There's no reason to drag this out.  You raised the issue, and therefore should be able to hop on the phone to discuss it.  Please let us know if there is a time you can speak this afternoon or Monday morning.

**Exhibit 13**
**-55-**

Thanks,
Ilissa

**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

---

**From:** Samplin, Ilissa
**Sent:** Wednesday, April 22, 2020 5:21 PM
**To:** 'Adam.Powell' <Adam.Powell@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>
**Cc:** Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Section 2019.210 compliance

Adam,

Please see the attached correspondence.

Regards,
Ilissa

**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Tuesday, April 21, 2020 6:09 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>
**Cc:** Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>;

Exhibit 13
-56-

Kaounis, Angelique <AKaounis@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Section 2019.210 compliance

[External Email]
Ilissa,

We will provide a Section 2019.210 disclosure in due course, but will need a Protective Order in place before doing so.  We are reviewing Apple's edits that it provided late Thursday evening and will respond to Angelique as soon as we can.

Judge Selna's order also made clear that he was staying "trade secret discovery only," not discovery of other claims that might also "relate" to trade secret claims.  Since Apple acknowledged Plaintiffs' RFPs 1-25 all relate to the patent case, please confirm Apple will withdraw its Motion for Protective Order and substantively respond to those requests.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245  Direct
**Knobbe Martens**

---

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Monday, April 20, 2020 5:27 PM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>
**Subject:** Masimo v. Apple - Section 2019.210 compliance

Counsel:

Please confirm, by close of business tomorrow, the date on which we can expect to receive a Section 2019.210-compliant trade secret disclosure, per Judge Selna's April 17 Order.

Regards,
Ilissa

**Ilissa Samplin**

Exhibit 13
-57-

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

Exhibit 13
-58-

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

**Exhibit 13**
**-59-**