| | |
|---|---|
| **From:** | Adam.Powell |
| **To:** | Samplin, Ilissa; Lerner, Joshua H. |
| **Cc:** | Lyon, H. Mark; Buroker, Brian M.; Kaounis, Angelique; Joe.Re; Steve.Jensen; Perry.Oldham; Stephen.Larson |
| **Subject:** | Masimo v. Apple - Motion for Protective Order |
| **Date:** | Tuesday, April 28, 2020 2:01:00 PM |

Josh and Ilissa,

Thank you for meeting with us yesterday to discuss Apple's motion for protective order. During the meeting, Apple confirmed it will move forward with the current joint stipulation as-is without modification. We understand Plaintiffs will provide their portion of the joint stipulation by 5pm on April 29 and Apple will file the motion by April 30. Apple also confirmed it will not be filing a second motion for protective order as contemplated in Apple's letter of April 22, 2020. Please confirm our understanding is correct by close of business today.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 Direct
**Knobbe Martens**

Exhibit 14
-60-