# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **SACV 13-0007-CJC (JPRx)**                Date: **August 29, 2013**

Title: <u>**Polara Eng'g, Inc. v. Campbell Co.**</u>
=================================================================
**DOCKET ENTRY:**
=================================================================
PRESENT:

**HON. <u>JEAN P. ROSENBLUTH</u>, MAGISTRATE JUDGE**

<u>Joe Roper</u>                                                <u>     n/a     </u>
Deputy Clerk                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:
    None present                                                 None present

**PROCEEDINGS: (IN CHAMBERS)**

    On August 27, 2013, Defendant filed a motion to compel admissions. Defendant's Notice of Motion contains nearly four pages of argument on the merits of the motion, complete with case and other citations; it even has a "Discussion" section.  A notice of motion shall contain "a concise statement of the relief or Court action the movant seeks."  <u>See</u> Local R. 7-4; <u>see also</u> Local R. 37-2.2 (directing that a discovery motion in the form of a joint stipulation be filed with a notice of motion). Argument and points and authorities are reserved for the other moving papers besides the notice of motion.  <u>See</u> Local R. 7-5.  The Joint Stipulation itself is 137 pages long, not counting the attachments.  Further, it contains an introductory statement from both parties.  There was no reason for Defendant to include further argument in the notice of motion.  Accordingly, the Notice of Motion is STRICKEN and the Court will not consider it.

cc: Judge Carney