# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 8:20-cv-0048-JVS (JDEx) | Date | May 14, 2020 |
|---|---|---|---|
| Title | Masimo Corporation, et al. v. Apple Inc. | | |

**Present: The Honorable**  John D. Early, United States Magistrate Judge

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| n/a | n/a |

**Proceedings:**  Order Vacating Hearing on Motion for Protective Order (Dkt. 43)

The Court, having reviewed Defendant's Motion for Protective Order (Dkt. 43, "Motion") and all supporting and opposing papers, finds the Motion may appropriately be decided without oral argument. As a result, the hearing set for May 21, 2020 is VACATED.

IT IS SO ORDERED.

:

Initials of Clerk:  mba