JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel.: 202.955.8541 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF DEFENDANT APPLE INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS THE THIRTEENTH CAUSE OF ACTION FOR TRADE SECRET MISAPPROPRIATION IN PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**Hearing:**<br>Date:   June 8, 2020<br>Time:  1:30 p.m.<br>Place:  10C<br>Judge: Hon. James V. Selna |

DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF MOTION TO DISMISS THE THIRTEENTH CAUSCE OF ACTION FOR TRADE SECRET MISAPPROPRIATION IN THE FAC
CASE NO. 8:20-CV-00048-JVS (JDEx)

Gibson, Dunn & Crutcher LLP

# DECLARATION OF JOSHUA H. LERNER

I, Joshua H. Lerner, declare and state as follows:

1. I am an attorney duly licensed to practice law before this Court and all courts of the State of California. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn") and counsel of record for Apple Inc. ("Apple") in the above-captioned action. I make this declaration in support of Apple's Reply in support of its Motion to Dismiss the Thirteenth Cause of Action for Trade Secret Misappropriation in Plaintiffs' First Amended Complaint (the "Motion"). I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a highlighted true and correct copy of United States Patent Application Publication No. 2016/0061726, published by the U.S. Patent & Trademark Office ("USPTO") on March 3, 2016, listing Trevor J. Ness, Chin San Han, David I. Nazzaro, Marcelo M. Lamego, Naoto Matsuyuki, and Wolf Oetting as inventors. This copy is identical to that which is publicly available through USPTO's Patent Application Full-Text and Image Database (AppFT), and which was attached as Exhibit B to the Declaration of Ilissa Samplin in support of Apple's Request for Judicial Notice in Support of Apple's Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' First Amended Complaint, except that certain text has been highlighted.

3. Attached hereto as **Exhibit B** is a highlighted true and correct copy of United States Patent No. 9,952,095, issued by the USPTO on April 24, 2018, listing Steven P. Hotelling and Marcelo M. Lamego as inventors. This copy is identical to that which was attached as Exhibit 29 to the First Amended Complaint filed in the above-

//
//
//

1

DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF MOTION TO DISMISS THE THIRTEENTH CASUSE OF ACTION FOR TRADE SECRET MISAPPROPRIATION IN THE FAC
CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn & Crutcher LLP

1  captioned action on March 25, 2020 (ECF No. 28-29), except that certain text has been
2  highlighted.
3      I declare under penalty of perjury under the laws of the United States of America
4  that the foregoing is true and correct.
5      Executed this 21st day of May, 2020, in Los Angeles, California.

By: /s/ *Joshua H. Lerner*
    Joshua H. Lerner

Gibson, Dunn & Crutcher LLP

2

DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF MOTION TO DISMISS THE THIRTEENTH CASUSE OF ACTION FOR TRADE SECRET MISAPPROPRIATION IN THE FAC
CASE NO. 8:20-CV-00048-JVS (JDEX)