JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel.: 202.955.8541 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>APPLE INC.,<br>a California corporation,<br><br>            Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**UPDATED MOTION INDEX FOR DEFENDANT APPLE INC.'S MOTION TO DISMISS THE THIRTEENTH CAUSE OF ACTION FOR TRADE SECRET MISAPPROPRIATION IN PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**Hearing**<br><br>Date:       Date:  June 8, 2020<br>Time:       1:30 p.m.<br>Courtroom:  10C<br>Judge:      Hon. James V. Selna |

Gibson, Dunn &
Crutcher LLP

UPDATED MOT. INDEX FOR APPLE'S MOT. TO DISMISS THE THIRTEENTH CAUSE OF ACTION IN THE FAC
CASE NO. 8:20-CV-00048-JVS (JDEX)

Pursuant to the Court's Order for Jury Trial Setting Dates entered in the above-captioned case on April 17, 2020 (Docket No. 36), Defendant Apple Inc. ("Apple") hereby submits this Updated Motion Index for the pleadings associated with its Motion to Dismiss the Thirteenth Cause of Action for Trade Secret Misappropriation in Plaintiffs' First Amended Complaint filed in the above-captioned case on April 20, 2020 (Docket Nos. 38 and 39).  Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. filed their Opposition on May 14, 2020 (Docket No. 48).  Apple filed its Reply on May 21, 2020 (Docket No. 49).

| Name of Pleading | Docket Number |
|---|---|
| Defendant Apple Inc.'s Notice Of Motion And Motion To Dismiss The Thirteenth Cause Of Action For Trade Secret Misappropriation In Plaintiffs First Amended Complaint | 38 |
| Memorandum Of Points And Authorities In Support Of Defendant Apple Inc.'s Motion To Dismiss The Thirteenth Cause Of Action For Trade Secret Misappropriation In Plaintiffs' First Amended Complaint | 38-1 |
| Request For Judicial Notice In Support Of Defendant Apple Inc.'s Motion To Dismiss The Thirteenth Cause Of Action For Trade Secret Misappropriation In Plaintiffs' First Amended Complaint | 38-2 |
| Proposed Order Granting Defendant Apple Inc.'s Request For Judicial Notice In Support Of Apple Inc.'s Motion To Dismiss The Thirteenth Cause Of Action For Trade Secret Misappropriation In Plaintiffs' First Amended Complaint | 38-3 |
| Declaration Of Ilissa Samplin In Support Of Defendant Apple Inc.'s Request For Judicial Notice | 38-4 |

Gibson, Dunn & Crutcher LLP

1

UPDATED MOT. INDEX FOR APPLE'S MOT. TO DISMISS THE THIRTEENTH CAUSE OF ACTION IN THE FAC
CASE NO. 8:20-CV-00048-JVS (JDEX)

| | |
|---|---|
| Exhibit A to the Declaration Of Ilissa Samplin In Support Of Defendant Apple Inc.'s Request For Judicial Notice | 38-5 |
| Exhibit B to the Declaration Of Ilissa Samplin In Support Of Defendant Apple Inc.'s Request For Judicial Notice | 38-6 |
| Exhibit C to the Declaration Of Ilissa Samplin In Support Of Defendant Apple Inc.'s Request For Judicial Notice | 38-7 |
| Exhibit D to the Declaration Of Ilissa Samplin In Support Of Defendant Apple Inc.'s Request For Judicial Notice | 38-8 |
| Proposed Order Granting Apple Inc.'s Motion To Dismiss The Thirteenth Cause Of Action For Trade Secret Misappropriation In Plaintiffs' First Amended Complaint | 38-9 |
| Notice of Attachment to Motion To Dismiss The Thirteenth Cause Of Action For Trade Secret Misappropriation In Plaintiffs' First Amended Complaint [attaching the challenged First Amended Complaint] | 39 |
| Memorandum in Opposition to Notice of Motion and Motion to Dismiss The Thirteenth Cause Of Action For Trade Secret Misappropriation In Plaintiffs First Amended Complaint | 48 |
| Reply in Support of Notice of Motion and Motion to Dismiss The Thirteenth Cause Of Action For Trade Secret Misappropriation In Plaintiffs First Amended Complaint | 49 |
| Declaration of Joshua H. Lerner in Support of Apple's Reply in Support of Motion To Dismiss Thirteenth Cause Of Action For Trade Secret Misappropriation In Plaintiffs' First Amended Complaint | 49-1 |
| Exhibit A to the Declaration of Joshua H. Lerner in Support of Apple's Reply in Support of Motion To Dismiss Thirteenth Cause | 49-2 |

2

UPDATED MOT. INDEX FOR APPLE'S MOT. TO DISMISS THE THIRTEENTH CAUSE OF ACTION IN THE FAC
CASE NO. 8:20-CV-00048-JVS (JDEx)

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| Of Action For Trade Secret Misappropriation In Plaintiffs' First Amended Complaint | |
| Exhibit B to the Declaration of Joshua H. Lerner in Support of Apple's Reply in Support of Motion To Dismiss Thirteenth Cause Of Action For Trade Secret Misappropriation In Plaintiffs' First Amended Complaint | 49-3 |

Dated: May 22, 2020         Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
GIBSON, DUNN & CRUTCHER LLP


By: */s/ Joshua H. Lerner*
      Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*

3

UPDATED MOT. INDEX FOR APPLE'S MOT. TO DISMISS THE THIRTEENTH CAUSE OF ACTION IN THE FAC
CASE NO. 8:20-CV-00048-JVS (JDEx)

Gibson, Dunn &
Crutcher LLP