UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|  |  |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, | CASE NO. 8:20-cv-00048-JVS (JDEx) |
| Plaintiffs, | ORDER RE: ESI STIPULATION |
| v. | |
| APPLE INC., a California corporation, | |
| Defendant. | |

Defendant Apple Inc. and Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. have placed their written Stipulation re ESI (Dkt. 51) on the record.

Dated: June 01, 2020

JOHN D. EARLY
United States Magistrate Judge