JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel.: 202.955.8541 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF ILISSA SAMPLIN IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR AN ORDER REQUIRING APPLE TO COMPLY WITH THE SCHEDULING ORDER**<br><br>Hon. James V. Selna<br>No Hearing Noticed<br><br>Discovery Cut-Off:   7/5/2021<br>Pre-Trial Conference: 3/21/2022<br>Trial:                        4/5/2022 |

Gibson, Dunn & Crutcher LLP

Declaration of Ilissa Samplin in Support of Apple's Opposition to Plaintiffs' *Ex Parte* Application for an Order Requiring Apple to Comply with the Scheduling Order
Case No. 8:20-cv-00048-JVS (JDEx)

I, Ilissa Samplin, declare and state as follows:

1. I am an attorney duly licensed to practice law before this Court and all courts of the State of California. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn") and counsel of record for Apple Inc. ("Apple") in the above-captioned action.

2. I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3. I make this declaration in support of Apple's Opposition to Plaintiffs' *Ex Parte* Application for an Order Requiring Apple to Comply with the Scheduling Order (the "Opposition").

4. Attached hereto as **Exhibit A** is a true and correct copy of a letter sent from Mr. Kachner (counsel of record for Plaintiffs) to me on June 2, 2020.

5. Attached hereto as **Exhibit B** is a true and correct copy of a letter sent from Mr. Kachner to me on May 22, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of June, 2020, in Los Angeles, California.

By: /s/ *Ilissa Samplin*
    Ilissa Samplin

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF ILISSA SAMPLIN IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER REQUIRING APPLE TO COMPLY WITH THE SCHEDULING ORDER
CASE NO. 8:20-CV-00048-JVS (JDEX)