# Exhibit C

Exhibit C
Page 86

# Knobbe Martens

KNOBBE, MARTENS, OLSON & BEAR, LLP

2040 Main St., 14th Fl., Irvine, CA 92614
T (949) 760-0404

Perry D. Oldham
Perry.Oldham@knobbe.com

March 4, 2020

H. Mark Lyon
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211

Re:     Masimo Corp. and Cercacor Laboratories, Inc. v. Apple Inc.

Dear Mark:

Masimo and Cercacor understand from the February 25, 2020, conference of counsel that Apple disputes whether it had reason to know that Marcelo Lamego and Michael O'Reilly had a duty not to disclose Masimo or Cercacor information to Apple.  Based on this position, Masimo and Cercacor are very concerned that Apple will continue to publish Masimo's and Cercacor's confidential information, particularly in patent applications.  Accordingly, Masimo and Cercacor request that Apple immediately request non-publication for any pending applications concerning physiological monitoring that may contain information from former Masimo or Cercacor employees.  At least the following individuals have left Masimo or Cercacor and subsequently worked for Apple:

| | | | |
|---|---|---|---|
| Cornelius Rath | Yinghui Lu | Shruti Koneru | Haritha Haridas |
| Marcelo Lamego | Joseph Jagenow | Swapnil Harsule | Rich Young |
| Ehsan Masoumi | Vincent Wayne | John Aguilar | Johannes Bruinsma |
| Michael O'Reilly | Will Regan | Boris Oreshkin | Felipe Tonello |
| Ottavia Golfetto | Inje Lee | Pekka Talke | |

Masimo and Cercacor also request that Apple notify them before publishing any such applications so that they can evaluate whether such publication would disclose any of their trade secrets.

Please confirm that Apple will honor the above requests.  Thank you for your attention to this matter.

Best regards,

Perry D. Oldham

32323380