# Exhibit N

| | |
|---|---|
| **From:** | Mark.Kachner |
| **To:** | Samplin, Ilissa; Perry.Oldham; Adam.Powell; Joe.Re; Steve.Jensen; Masimo.Apple |
| **Cc:** | Lerner, Joshua H.; Lyon, H. Mark; Buroker, Brian M.; Kaounis, Angelique; Rosenthal, Brian A.; Morgan, Tracy A. |
| **Subject:** | RE: Masimo v. Apple - Plaintiffs" Responses to Apple"s First Set of Interrogatories |
| **Date:** | Friday, June 12, 2020 11:39:03 AM |

[External Email]

Ilissa,

Apple has been the cause of any delay in this case, not Plaintiffs. Apple has continued to refuse any discovery, including as to patent issues for which discovery is not stayed. Apple has not yet produced a single document, and refuses to produce confidential documents until the Court enters a protective order, notwithstanding Plaintiffs' repeated offers to maintain those documents as attorneys-eyes-only pending entry of an order. Apple also delayed submission of such an order by insisting on many changes to Judge Early's Model Order and delaying its responses to Plaintiffs' repeated attempts to compromise. In contrast, Plaintiffs have already started producing documents. Moreover, Plaintiffs simply asked for reciprocal treatment of confidential information – that both parties produce confidential information and treat such information as attorneys' eyes only pending entry of a protective order. Apple repeatedly rejected any reciprocal approach.

Nothing supports Apple's demand that Plaintiffs provide a date certain by which they will serve any 2019.210 statement. As we have repeatedly explained, Judge Selna's order did not require a 2019.210 statement at all, much less by a date certain. During prior conferences of counsel, Apple admitted that nothing requires Plaintiffs to serve a 2019.210 statement by a date certain. Moreover, Apple already filed a motion with Judge Early seeking such relief, despite admitting it was not required by Judge Selna. That motion has also not been granted. Even though it is not required, Plaintiffs explained they are willing to negotiate an appropriate reciprocal timeline. However, Apple flatly refused to "negotiate a reciprocal timeline."

Apple's ongoing refusal to meet its discovery obligations is prejudicing Plaintiffs' ability to prepare their case. Based on Apple's positions discussed herein, we are concerned that Apple may not comply with its Court-ordered obligation to provide core technical documents on June 15, introducing further delay. We expect Apple to comply with its obligations and reserve all our rights in the event that Apple fails to comply with the June 15 deadline.

Regards, Mark

**Mark Kachner**
Partner
310-407-3472 **Direct**

**Knobbe Martens**
INTELLECTUAL PROPERTY LAW

**five decades. one focus.**

**From:** Samplin, Ilissa [mailto:ISamplin@gibsondunn.com]

**Sent:** Wednesday, June 10, 2020 1:52 PM
**To:** Mark.Kachner <Mark.Kachner@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Morgan, Tracy A. <TMorgan2@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Plaintiffs' Responses to Apple's First Set of Interrogatories

Mark,

Plaintiffs are continuing to delay the progress of this case. Your suggestion that trade secret discovery should be reciprocal ties back to your mischaracterization (or misunderstanding) of how Section 2019.210 works. *Plaintiffs* asserted a trade secret claim in this case. They may not commence discovery of trade secret-related information until they define their trade secrets with reasonable particularity. We have been asking Plaintiffs to do so for months, but we still don't even have an attempt at a Section 2019.210-compliant disclosure from Plaintiffs. We are not going to negotiate a reciprocal timeline here.

Please give us a time certain soon after the entry of the protective order when you will provide the 2019.210 statement. We've told you repeatedly that a "reasonable time period" is not a sufficient response, particularly with respect to the 2019.210 statement we have been requesting since the outset of the case. We have no idea how Plaintiffs or your law firm defines a "reasonable time period." Indeed, Judge Selna ruled back on April 17, 2020 that Plaintiffs must provide a 2019.210 statement, and Plaintiffs' sole justification for not yet doing so is that they are awaiting entry of a protective order (even though Apple agreed to treat the disclosure as AEO in the interim). Therefore, you should be in a position to commit to a time certain soon after entry of that protective order. If you cannot provide a time certain, let us know immediately.

Regards,
Ilissa


**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

---

**From:** Mark.Kachner <Mark.Kachner@knobbe.com>
**Sent:** Tuesday, June 9, 2020 12:48 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen

<Steve.Jensen@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Morgan, Tracy A. <TMorgan2@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Plaintiffs' Responses to Apple's First Set of Interrogatories

[External Email]
Ilissa,

Plaintiffs expect to provide a 2019.210 statement and other confidential information within a reasonable time period after entry of a protective order.  Obviously, document production will happen over a period of time consistent with the parties' prior discussions.  Will Apple promptly provide the extensive discovery it is withholding upon entry of a protective order and service of Plaintiffs' 2019.210 statement?  We are willing to consider a specific reciprocal timeline.

Regards, Mark

**Mark Kachner**
Partner
310-407-3472 Direct
**Knobbe Martens**

---

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Saturday, June 6, 2020 1:42 PM
**To:** Mark.Kachner <Mark.Kachner@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Morgan, Tracy A. <TMorgan2@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Plaintiffs' Responses to Apple's First Set of Interrogatories

Mark,

Please see the attached letter regarding our meet and confer about Plaintiffs' responses to Apple's First Set of Interrogatories.

As discussed during the meet and confer, please provide a timeline for how long after entry of a Protective Order Plaintiffs will provide the trade secret-related information they have been withholding—including amended interrogatory responses, a Section 2019.210 statement, and documents.  Plaintiffs were unable to provide a specific timeline during our meet and confer call, but agreed to discuss internally and revert to Apple with the information requested.  We have requested this information on multiple occasions now, and for months.  Please provide it by close of business on Tuesday, June 9.

Thank you,
Ilissa

**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

---

**From:** Mark.Kachner <Mark.Kachner@knobbe.com>
**Sent:** Tuesday, June 2, 2020 1:05 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Plaintiffs' Responses to Apple's First Set of Interrogatories

[External Email]
Plaintiffs' Responses to Apple's First Set of Interrogatories.

---

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Tuesday, June 2, 2020 1:01 PM
**To:** Mark.Kachner <Mark.Kachner@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Plaintiffs' Responses to Apple's First Set of Interrogatories

Mark-
Which of my two 5/26 letters are you referring to?  Or are you referring to both?  This will help me determine who else from my team will be joining, so I can get back to you on time.  Thanks.

**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354

ISamplin@gibsondunn.com • www.gibsondunn.com

---

**From:** Mark.Kachner <Mark.Kachner@knobbe.com>
**Sent:** Tuesday, June 2, 2020 12:59 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Plaintiffs' Responses to Apple's First Set of Interrogatories

[External Email]
I have a noon meeting tomorrow that I expect will spill over past 1p. I think I'm safe starting at 1:15, otherwise we can start at 3.

**Mark Kachner**
Partner
310-407-3472 Direct
**Knobbe Martens**

---

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Tuesday, June 2, 2020 12:55 PM
**To:** Mark.Kachner <Mark.Kachner@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Plaintiffs' Responses to Apple's First Set of Interrogatories

I have a 2 pm meet and confer in another matter. Can you start at 1 pm instead?

**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

---

**From:** Mark.Kachner <Mark.Kachner@knobbe.com>
**Sent:** Tuesday, June 2, 2020 12:50 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>

**Cc:** Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Plaintiffs' Responses to Apple's First Set of Interrogatories

[External Email]
Ilissa,

We are available to meet and confer on your 5/26 letter tomorrow at 1:30 pm PDT. Please let me know if that works with your schedule.

Regards, Mark

**Mark Kachner**
Partner
310-407-3472 Direct
**Knobbe Martens**

---

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Monday, June 1, 2020 9:11 AM
**To:** Mark.Kachner <Mark.Kachner@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Plaintiffs' Responses to Apple's First Set of Interrogatories

Mark,

Please provide your availability for this meet and confer. You have had our request for almost a week now.

Would sometime today or tomorrow work?

Thanks,
Ilissa

**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

**From:** Mark.Kachner <Mark.Kachner@knobbe.com>
**Sent:** Friday, May 29, 2020 10:52 AM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Plaintiffs' Responses to Apple's First Set of Interrogatories

[External Email]
Ilissa,

We are evaluating the issues raised in your 5/26 letter on Plaintiffs' interrogatory responses. We are not available for your requested meet and confer at the times you requested. We are looking into our availability next week.

Regards, Mark

**Mark Kachner**
Partner
310-407-3472 Direct
**Knobbe Martens**

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Tuesday, May 26, 2020 9:49 PM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Plaintiffs' Responses to Apple's First Set of Interrogatories

Counsel:

Please see the attached correspondence.

Regards,
Ilissa

**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

Exhibit N
Page 243

333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Thursday, May 14, 2020 8:01 PM
**To:** Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>
**Subject:** Masimo v. Apple - Plaintiffs' Responses to Apple's First Set of Interrogatories

[External Email]
Counsel,

Please find attached Plaintiffs' Responses to Apple's First Set of Interrogatories.

Best regards,

Perry

**Perry Oldham**
Partner
949-721-2961
**Knobbe Martens**

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without

express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

Exhibit N
Page 245

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.