# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR REVIEW OF AND OBJECTIONS TO MAGISTRATE JUDGE EARLY'S JUNE 15, 2020 ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER BARRING TRADE SECRET-RELATED DISCOVERY ABSENT TRADE SECRET IDENTIFICATION**<br><br>**Hearing**<br><br>Date:　　　　Date: July 20, 2020<br>Time:　　　　1:30 PM<br>Courtroom:　10C<br>Judge:　　　Hon. James V. Selna |

This matter is before the Court pursuant to Defendant Apple Inc.'s Motion for Review of and Objections to Magistrate Judge Early's June 15, 2020 Order Denying Defendant's Motion for Protective Order Barring Trade Secret-Related Discovery Absent Trade Secret Identification ("Motion for Review") pursuant to Federal Rule of Civil Procedure 72(a) and 28 U.S.C. § 636(b)(1)(A).

Having considered the documents filed in support of and in opposition to the motion, the argument of counsel, the pleadings on file in this action, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Defendant Apple Inc.'s Motion for Review is GRANTED.  Magistrate Judge Early's June 15, 2020 Order is REVERSED, Defendant's Motion for Protective Order Barring Trade Secret-Related Discovery Absent Trade Secret Identification (Dkt. No. 43) is GRANTED, and Plaintiffs are ordered to provide to Apple a Section 2019.210-compliant identification of Plaintiffs' alleged secrets within ___ days of this Order, and, in any event, before taking discovery relating to Plaintiffs' alleged trade secrets (even if the discovery also relates to Plaintiffs' other claims).

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable James V. Selna
United States District Judge

[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR REVIEW OF AND OBJECTIONS TO MAGISTRATE JUDGE EARLY'S JUNE 15, 2020 ORDER
CASE NO. 8:20-CV-00048-JVS (JDEX)