Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404 Facsimile: (949)-760-9502

Adam B. Powell (SBN 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

**DENIED**
BY ORDER OF THE COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR AN ORDER REQUIRING APPLE TO COMPLY WITH THE SCHEDULING ORDER**<br><br>Discovery Cut-Off:    7/5/2021<br>Pre-Trial Conference: 3/21/2022<br>Trial:                4/5/2022 |

Having considered Plaintiffs' *Ex Parte* Application for an Order Requiring Apple to Comply with the Scheduling Order, all the papers filed in support thereof, any papers in opposition thereto, and any oral argument of counsel, and finding good cause, the Court hereby GRANTS Plaintiffs' application as follows:

1. Apple must produce core technical documents sufficient to show the operation of the Accused Products, including confidential documents, within two (2) days of this Order; and

2. Plaintiffs deadline to serve Infringement Contentions is extended until forty-two (42) days after Apple serves its core technical documents.

**IT IS SO ORDERED.**

DATED: 6/23/20

**DENIED**
BY ORDER OF THE COURT
_____
The Honorable James V. Selna
United States District Judge

Denied without prejudice. The parties shall meet and confer and submit a joint proposed protective order to the Magistrate Judge no later than June 27, 2020. Absent complete agreement, the parties shall submit to the Magistrate Judge by the same date a single Protective Order with alternate provisions for the Magistrate Judge to resolve all disputes. JVS    June 23, 2020

Cc: Magistrate John D. Early

3299

4247

-1-