Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404; Facsimile: (949)-760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER**<br><br>Hearing Date:    July 23, 2020<br>Hearing Time:    10 am<br>Courtroom:       6A<br><br>Discovery Cutoff:    July 5, 2021<br>Pretrial Conference: March 21, 2022<br>Trial:               April 5, 2022<br><br>Hon. John D. Early |

PLEASE TAKE NOTICE that on July 23, 2020, at 10:00 AM, or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable John D. Early, Courtroom 6A of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California, 92701, Plaintiffs MASIMO CORPORATION and CERCACOR LABORATIES, INC. will and hereby do move the Court for a protective order.

Pursuant to Local Rule 37-1, the parties met and conferred by phone at least on April 28, 2020, June 3, 2020, and June 9, 2020, but were unable to resolve their differences.

This motion is based upon this Notice of Motion, the Joint Stipulation Accompanying the Motion, the Declaration of Adam B. Powell, including the exhibits attached thereto, the Declaration of Stephen C. Jensen, the Declaration of Joe Kiani, all documents filed concurrently herewith, any subsequently filed supplemental memorandums and declarations, the pleadings and papers filed in this action, and any other arguments, evidence, and other matters submitted to the Court, at the hearing or otherwise. A proposed order is being lodged for the Court's consideration.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 26, 2020     By: */s/ Adam B. Powell*
                           Joseph R. Re
                           Stephen C. Jensen
                           Perry D. Oldham
                           Stephen W. Larson
                           Adam B. Powell

                           Attorneys for Plaintiffs
                           Masimo Corporation and
                           Cercacor Laboratories

-1-