Brian Andrea
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation, Cercacor Laboratories, Inc., <br><br> Plaintiff(s) <br> v. <br><br> Apple Inc., <br><br> Defendant(s). | CASE NUMBER <br><br> 8:20-cv-00048-JVS-JDE <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Andrea, Brian K.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 887-3624            (202) 530-4220
*Telephone Number*        *Fax Number*

BAndrea@gibsondunn.com
*E-Mail Address*

of  Gibson, Dunn & Crutcher LLP
    1050 Connecticut Avenue, N.W.
    Washington, DC 20036-5306

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Apple Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Kaounis, Angelique
*Designee's Name (Last Name, First Name & Middle Initial)*

209833            (310) 552-8546        (310) 552-7026
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

AKaounis@gibsondunn.com
*E-Mail Address*

of  Gibson, Dunn & Crutcher LLP
    2029 Century Park East, Suite 4000
    Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

_____
**U.S. District Judge/U.S. Magistrate Judge**