# EXHIBIT 12

1 | JOSHUA H. LERNER, SBN 220755
      jlerner@gibsondunn.com
2 | GIBSON, DUNN & CRUTCHER LLP
3 | 555 Mission Street Suite 3000
    San Francisco, CA 94105
    Tel.: 415.393.8200 / Fax: 415.393.8306
4 |

5 | H. MARK LYON, SBN 162061
      mlyon@gibsondunn.com
6 | GIBSON, DUNN & CRUTCHER LLP
    1881 Page Mill Road
7 | Palo Alto, CA 94304-1211
    Tel.: 650.849.5300 / Fax: 650.849.5333

8 | BRIAN M. BUROKER, *pro hac vice*        ILISSA SAMPLIN, SBN 314018
      bburoker@gibsondunn.com                  isamplin@gibsondunn.com
9 | GIBSON, DUNN & CRUTCHER LLP            GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.           333 South Grand Avenue
10 | Washington, DC 20036                    Los Angeles, CA 90071-3197
     Tel.: 202.955.8541 / Fax: 202.467.0539  Tel.: 213.229.7000 / Fax: 213.229.7520
11 |

12 | BRIAN A. ROSENTHAL, *pro hac vice*      ANGELIQUE KAOUNIS, SBN 209833
      brosenthal@gibsondunn.com                akaounis@gibsondunn.com
13 | GIBSON, DUNN & CRUTCHER LLP            GIBSON, DUNN & CRUTCHER LLP
     200 Park Avenue                         2029 Century Park East Suite 4000
14 | New York, NY 10166-0193                 Los Angeles, CA 90067
     Tel.: 212.351.2339 / Fax: 212.817.9539  Tel.: 310.552.8546 / Fax: 310.552.7026

15 | *Attorneys for Defendant Apple Inc.*

16 | **UNITED STATES DISTRICT COURT**
17 | **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
     **SOUTHERN DIVISION**
18 |

19 | MASIMO CORPORATION,                     CASE NO. 8:20-cv-00048-JVS (JDEx)
     a Delaware corporation; and
20 | CERCACOR LABORATORIES, INC.,            **JOINT STIPULATION EXTENDING**
     a Delaware corporation,                 **DEFENDANT APPLE INC.'S**
21 |                                          **DEADLINE TO ANSWER**
                         Plaintiffs,          **PLAINTIFFS' FIRST AMENDED**
22 |                                          **COMPLAINT**
            v.
23 |                                          Hon. James V. Selna
     APPLE INC.,
24 | a California corporation,                First Amended
                                              Complaint served:   March 25, 2020
25 |                    Defendant.            Current
                                              response date:      July 9, 2020
26 |                                          New response date:  TBD
27 |

28 |

Gibson, Dunn &
Crutcher LLP

**Exhibit 12**
**-118-**

1    Pursuant to Local Rule 7-1, Plaintiffs Masimo Corporation and Cercacor

2 Laboratories, Inc. ("Plaintiffs") and Defendant Apple Inc. ("Defendant") (collectively,

3 the "parties"), by and through their respective counsel, hereby stipulate and agree to

4 extend the deadline for Defendant to respond to Plaintiffs' First Amended Complaint

5 (the "FAC") as follows:

6    WHEREAS, on March 25, 2020, Plaintiffs filed the FAC (Dkt. No 28);

7    WHEREAS, on April 2, 2020, the Court granted the parties' joint stipulation

8 extending Defendant's time to respond to the FAC, tolling Defendant's time to answer

9 until such time as the Court resolved any Motion to Dismiss, pursuant to the deadline

10 set by the Federal Rules, the Court, or otherwise agreed to by the parties;

11    WHEREAS, on April 20, 2020, Defendant filed a Motion to Dismiss the

12 Thirteenth Cause of Action for Trade Secret Misappropriation in the FAC (Dkt. No. 38);

13    WHEREAS, on June 25, 2020, the Court granted Defendant's Motion to Dismiss,

14 ordering that Plaintiffs shall have 30 days to amend if Plaintiffs so desire; and

15    WHEREAS, the parties conferred and agreed that in the interest of judicial

16 economy and to conserve resources, it would be most efficient for Defendant to file an

17 answer after all challenges to Plaintiffs' pleadings have been resolved.

18    IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

19    1.    If Plaintiffs do not file a Second Amended Complaint ("SAC") on or before

20 the deadline ordered by the Court (the "Deadline to Amend"), Defendant shall file an

21 answer to the FAC no later than 14 calendar days after the Deadline to Amend; and

22    2.    If Plaintiffs file a SAC on or before the Deadline to Amend, then the parties

23 will meet and confer on a schedule for Defendant's response to the SAC, including any

24 motion to dismiss, and shall file with the Court within 7 calendar days of the filing of

25 the SAC a joint stipulation proposing such schedule for the Court's review and approval.

26 //

27 //

28

1

JOINT STIPULATION EXTENDING APPLE'S DEADLINE TO ANSWER
PLAINTIFFS' FIRST AMENDED COMPLAINT
CASE NO. 8:20-CV-00048-JVS (JDEx)

Gibson, Dunn & Crutcher LLP

**Exhibit 12**
**-119-**

Dated: June 26, 2020

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
GIBSON, DUNN & CRUTCHER LLP


By: /s/ *DRAFT*
    Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*


JOSEPH R. RE
STEPHEN C. JENSEN
PERRY D. OLDHAM
STEPHEN W. LARSON
ADAM B. POWELL
KNOBBE, MARTENS, OLSON & BEAR LLP


By: /s/ *DRAFT*
    Joseph R. Re

*Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.*


**ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.


By: /s/ *DRAFT*
    Joshua H. Lerner

*Attorney for Defendant Apple Inc.*

2

Gibson, Dunn & Crutcher LLP

**Exhibit 12**
**-120-**