Brian Andrea
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Masimo Corporation, Cercacor Laboratories, Inc., Plaintiff(s) v. Apple Inc., Defendant(s). | CASE NUMBER 8:20-cv-00048-JVS-JDE ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
|---|---|

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Andrea, Brian K.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(202) 887-3624    (202) 530-4220
*Telephone Number*    *Fax Number*
BAndrea@gibsondunn.com
*E-Mail Address*

of Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Apple Inc.

*Name(s) of Party(ies) Represent*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Kaounis, Angelique
*Designee's Name (Last Name, First Name & Middle Initial)*
209833    (310) 552-8546    (310) 552-7026
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
AKaounis@gibsondunn.com
*E-Mail Address*

of Gibson, Dunn & Crutcher LLP
2029 Century Park East, Suite 4000
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded   ☐ not be refunded.

Dated: 6/29/2020

*U.S. District Judge James V Selna*