| | |
|---|---|
| JOSHUA H. LERNER, SBN 220755<br>  jlerner@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street Suite 3000<br>San Francisco, CA 94105<br>Tel.: 415.393.8200 / Fax: 415.393.8306 | |
| H. MARK LYON, SBN 162061<br>  mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Tel.: 650.849.5300 / Fax: 650.849.5333 | |
| BRIAN M. BUROKER, *pro hac vice*<br>  bburoker@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Tel.: 202.955.8541 / Fax: 202.467.0539 | ILISSA SAMPLIN, SBN 314018<br>  isamplin@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel.: 213.229.7000 / Fax: 213.229.7520 |
| BRIAN A. ROSENTHAL, *pro hac vice*<br>  brosenthal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel.: 212.351.2339 / Fax: 212.817.9539 | ANGELIQUE KAOUNIS, SBN 209833<br>  akaounis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2029 Century Park East Suite 4000<br>Los Angeles, CA 90067<br>Tel.: 310.552.8546 / Fax: 310.552.7026 |

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>APPLE INC.,<br>a California corporation,<br><br>          Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**JOINT STIPULATION EXTENDING DEFENDANT APPLE INC.'S DEADLINE TO ANSWER PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Hon. James V. Selna<br><br>First Amended<br>Complaint served:      March 25, 2020<br>Current<br>response date:           July 9, 2020<br>New response date:   TBD |

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION EXTENDING APPLE'S DEADLINE TO ANSWER
PLAINTIFFS' FIRST AMENDED COMPLAINT
CASE NO. 8:20-CV-00048-JVS (JDEX)

Pursuant to Local Rule 7-1, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Plaintiffs") and Defendant Apple Inc. ("Defendant") (collectively, the "parties"), by and through their respective counsel, hereby stipulate and agree to extend the deadline for Defendant to respond to Plaintiffs' First Amended Complaint (the "FAC") as follows:

WHEREAS, on March 25, 2020, Plaintiffs filed the FAC (Dkt. No 28);

WHEREAS, on April 2, 2020, the Court granted the parties' joint stipulation, which provided "In the event Defendant files a partial Motion to Dismiss the [FAC], Defendant's time to answer the remainder of the [FAC] will be tolled until such time as the Court resolves the partial Motion to Dismiss, pursuant to the deadline set by the Federal Rules, the Court, or otherwise agreed to by the parties";

WHEREAS, on April 20, 2020, Defendant filed a partial Motion to Dismiss only the Thirteenth Cause of Action for Trade Secret Misappropriation in the FAC (Dkt. No. 38); and

WHEREAS, on June 25, 2020, the Court granted Defendant's partial Motion to Dismiss with 30 days leave to amend.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. If Plaintiffs do not file a Second Amended Complaint ("SAC") on or before the deadline ordered by the Court (the "Deadline to Amend"), Defendant shall file an answer to the FAC no later than 14 calendar days after the Deadline to Amend;

2. If Plaintiffs file a SAC on or before the Deadline to Amend, the briefing schedule on any Motion to Dismiss the SAC will be as follows: (a) Defendant's opening brief will be due twenty-one (21) days after Plaintiffs' SAC is filed, (b) Plaintiffs' opposition brief will be due twenty-one (21) days after Defendant's opening brief is filed, (c) Defendant's reply brief will be due fourteen (14) days after Plaintiffs' opposition is filed, and (d) the hearing on any such Motion to Dismiss will be noticed for a regular Motion Day at least fourteen (14) days after Defendant's reply brief is due;

Gibson, Dunn & Crutcher LLP

1

JOINT STIPULATION EXTENDING APPLE'S DEADLINE TO ANSWER
PLAINTIFFS' FIRST AMENDED COMPLAINT
CASE NO. 8:20-CV-00048-JVS (JDEx)

3. In the event Defendant files a partial Motion to Dismiss the SAC, Defendant's time to answer the remainder of the SAC will be tolled until such time as the Court resolves the partial Motion to Dismiss the SAC, pursuant to the deadline set by the Federal Rules, the Court, or otherwise agreed to by the parties; and

4. Defendant agrees that it will not use the fact that it has not yet Answered as a basis for refusing to provide or delaying providing discovery.

Dated: July 2, 2020

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
GIBSON, DUNN & CRUTCHER LLP


By: */s/ Joshua H. Lerner*
       Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*


JOSEPH R. RE
STEPHEN C. JENSEN
PERRY D. OLDHAM
STEPHEN W. LARSON
ADAM B. POWELL
KNOBBE, MARTENS, OLSON & BEAR LLP


By: */s/ Adam B. Powell*
       Adam B. Powell

*Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.*

2
JOINT STIPULATION EXTENDING APPLE'S DEADLINE TO ANSWER
PLAINTIFFS' FIRST AMENDED COMPLAINT
CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn & Crutcher LLP

**ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

By: /s/ Joshua H. Lerner
Joshua H. Lerner

*Attorney for Defendant Apple Inc.*

3
JOINT STIPULATION EXTENDING APPLE'S DEADLINE TO ANSWER
PLAINTIFFS' FIRST AMENDED COMPLAINT
CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn & Crutcher LLP