1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **ORDER EXTENDING DEFENDANT APPLE INC.'S DEADLINE TO ANSWER PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> Hon. James V. Selna <br><br> First Amended Complaint served: March 25, 2020 <br> Current response date: July 9, 2020 <br> New response date: TBD |

This matter is before the Court pursuant to the parties' stipulation to extend Defendant Apple Inc.'s deadline to respond to the First Amended Complaint (the "FAC"). Based on the stipulation of the parties, the Court's Order granting Defendant's partial Motion to Dismiss with 30 days leave to amend (Dkt. 60), and good cause appearing, IT IS HEREBY ORDERED that:

1. If Plaintiffs do not file a Second Amended Complaint on or before the deadline ordered by the Court (the "Deadline to Amend"), Defendant shall file an answer to the FAC no later than 14 calendar days after the Deadline to Amend.

2. If Plaintiffs file a Second Amended Complaint on or before the Deadline to Amend, the briefing schedule on any Motion to Dismiss the Second Amended Complaint will be as follows:

    a. Defendant's opening brief will be due 21 days after Plaintiffs' Second Amended Complaint is filed;

    b. Plaintiffs' opposition brief will be due 21 days after Defendant's opening brief is filed;

    c. Defendant's reply brief will be due 14 days after Plaintiffs' opposition is filed; and

    d. The hearing on any such Motion to Dismiss will be noticed for a regular Motion Day at least 14 days after Defendant's reply brief is due.

3. If Defendant files a partial Motion to Dismiss the Second Amended Complaint, Defendant's time to answer the remainder of the Second Amended Complaint will be tolled until such time as the Court resolves the partial Motion to Dismiss, pursuant to the deadline set by the Federal Rules, the Court, or otherwise agreed to by the parties.

**IT IS SO ORDERED.**

Dated:   7/6/20

The Honorable James V. Selna
United States District Judge