JOSHUA H. LERNER, SBN 220755
 jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
 mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
 bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
 bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel.: 202.955.8541 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
 brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
 isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
 akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF ILISSA SAMPLIN IN SUPPORT OF APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR REVIEW OF AND OBJECTIONS TO MAGISTRATE JUDGE EARLY'S JUNE 15, 2020 ORDER**<br><br>**Hearing**<br><br>Date:        July 20, 2020<br>Time:        1:30 p.m.<br>Courtroom:   10C<br>Judge:       Hon. James V. Selna |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ILISSA SAMPLIN IN SUPPORT OF APPLE INC'S REPLY IN SUPPORT OF ITS MOTION FOR REVIEW OF AND OBJECTIONS TO MAGISTRATE JUDGE EARLY'S JUNE 15, 2020 ORDER
CASE NO. 8:20-CV-00048-JVS (JDEx)

I, Ilissa Samplin, declare and state as follows:

1. I am an attorney duly licensed to practice law before this Court and all courts of the State of California. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn") and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2. I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3. I make this declaration in support of Apple's Reply in Support of Its Motion for Review and Objections to Magistrate Judge Early's June 15, 2020 Order (the "Reply").

4. On April 6, 2020, the parties' counsel met and conferred by telephone regarding the issue of a Section 2019.210 disclosure. Later that day, Apple sent Plaintiffs a summary of the meet and confer, noting Plaintiffs' "confirm[ation] that at least some of the patent causes of action are 'factually dependent on the same misappropriation allegations,'" and Plaintiffs' affirmative response that the accused Apple Watch Series 4 and later devices "incorporated 'some secrets.'" On April 7, 2020, Mr. Powell (counsel for Plaintiffs) responded to Apple's summary without disputing any portion of that summary. A true and correct copy of this email exchange is attached hereto as **Exhibit A**.

5. In accordance with Local Rule 37-2.2, on April 8, 2020, Apple sent by email to Plaintiffs its portion of the Joint Stipulation Regarding Apple's Motion for Protective Order Barring Trade Secret-Related Discovery Absent Trade Secret Identification. Apple did not subsequently edit that submission before it was filed on April 30, 2020 (Dkt. No. 43).

6. Attached hereto as **Exhibit B** is a true and correct copy of a letter sent from Mr. Kachner (counsel for Plaintiffs) to me on May 22, 2020, highlighted to indicate the relevant portion of the text.

1

DECLARATION OF ILISSA SAMPLIN IN SUPPORT OF APPLE INC'S REPLY IN SUPPORT OF ITS MOTION FOR REVIEW OF AND OBJECTIONS TO MAGISTRATE JUDGE EARLY'S JUNE 15, 2020 ORDER
CASE NO. 8:20-CV-00048-JVS (JDEX)

1  Executed this 6th day of July, 2020, in Los Angeles, California.

3  By: /s/ *Ilissa Samplin*
4  Ilissa Samplin

Gibson, Dunn & Crutcher LLP

2

DECLARATION OF ILISSA SAMPLIN IN SUPPORT OF APPLE INC'S REPLY IN SUPPORT OF ITS MOTION FOR REVIEW OF AND OBJECTIONS TO MAGISTRATE JUDGE EARLY'S JUNE 15, 2020 ORDER
CASE NO. 8:20-CV-00048-JVS (JDEX)