JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.:  415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.:  650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL RECONSIDERATION OF PROTECTIVE ORDER (DKT. NO. 67)**<br><br>**Hearing**<br><br>Date:         August 6, 2020<br>Time:         10:00 a.m.<br>Courtroom: 6A<br>Judge:        Hon. John D. Early |

**TO THE COURT AND TO PLAINTIFFS AND TO THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that, on August 6, 2020, at 10:00 a.m., or as soon thereafter as may be heard, in Courtroom 6A of the United States District Court for the Central District of California at Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth Street, Santa Ana, California, 92701, Defendant Apple Inc. ("Apple") will and hereby does move the Court for partial reconsideration of the Protective Order entered on June 30, 2020.  *See* Dkt. No. 67 (the "Protective Order" or "Order").  Specifically, Apple moves for reconsideration with respect to two provisions of the Protective Order:  (1) Section 9.3 regarding Disclosure of "Highly Confidential – Attorneys' Eyes Only" Information or Items, to permit the disclosure of Plaintiffs' Section 2019.210 statement to a limited number of Apple's in-house counsel, and (2) Section 10 regarding the "Prosecution Bar," to include an acquisition bar.

With respect to Section 9.3, Apple sought access to Plaintiffs' Section 2019.210 disclosure for three of its in-house counsel who are integrally involved in the defense of this action.  In denying Apple's request, the Court appears to have failed to consider the negative impact on this litigation that will result if none of Apple's in-house counsel are able to access a particularized description of the alleged trade secrets at issue.  Apple requests that the Court reconsider its decision on Section 9.3 of the Protective Order, and authorize three Apple in-house counsel access to Plaintiffs' Section 2019.210 disclosure.

With respect to Section 10, Apple requested an acquisition bar to prevent Plaintiffs' counsel who actually review Apple's sensitive, technical material from participating in patent acquisitions relating to that material's subject matter until two years after the case ends.  In denying Apple's requested provision without explanation, the Court appears to have failed to consider material facts demonstrating the high risks of inadvertent disclosure and competitive misuse created by a Protective Order without an acquisition bar.  Apple requests that the Court reconsider its decision on Section 10

of the Protective Order, and order an acquisition bar for all of the same reasons that the parties and the Court agreed that a prosecution bar was necessary and warranted.

This Motion is made pursuant to Local Rule 7-18, Federal Rule of Civil Procedure 54(b), and the Court's inherent power to reconsider its interlocutory orders prior to entry of judgment. This Motion is based on this Motion and Notice of Motion, the accompanying Memorandum of Points and Authorities, all documents and declarations submitted in connection with the parties' Joint Stipulation concerning the Motion for a Protective Order (Dkt. No. 61), all other papers and pleadings on file in this action, and such further evidence and argument as may be presented at or before the hearing on this matter.

Dated: July 8, 2020

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joshua H. Lerner*
Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*