JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel.: 202.955.8541 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF DEFENDANT APPLE INC.'S *EX PARTE* APPLICATION FOR AN ORDER STAYING MAGISTRATE JUDGE EARLY'S JUNE 15, 2020 ORDER UNTIL THE HEARING ON JULY 20, 2020**<br><br>Hon. James V. Selna<br>No Hearing Noticed |

# DECLARATION OF JOSHUA H. LERNER

I, Joshua H. Lerner, declare and state as follows:

1. I am an attorney duly licensed to practice law before this Court and all courts of the State of California. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), counsel of record for Apple Inc. ("Apple") in the above-captioned action. I make this declaration in support of Apple's *Ex Parte* Application for an Order Staying Magistrate Judge Early's June 15, 2020 Order until the Hearing on July 20, 2020 (the "*Ex Parte* Application"). I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

2. Pursuant to Local rule 7-19.1, on July 10, 2020, at 2:06 PM PST, my colleague Ilissa Samplin had a telephone conversation with Adam Powell (counsel of record for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.), advising him of the date and contents of Apple's anticipated *Ex Parte* Application, and asking whether Plaintiffs will oppose. Mr. Powell returned Ms. Samplin's telephone call by email dated 4:12 PM PST, advising Ms. Samplin that Plaintiffs intend to oppose Apple's *Ex Parte* Application.

3. On July 8, 2020, Adam Powell sent an email to Apple's counsel, demanding that Apple produce its confidential core technical documents. On July 9, 2020, Ms. Samplin responded by email on behalf of Apple, stating that Apple was "happy to discuss a production timeline" with Plaintiffs regarding Apple's confidential documents, but requesting that Plaintiffs first provide a Section 2019.210 disclosure as they promised, now that a protective order has been entered. Plaintiffs responded by email that same day, reiterating their demand for Apple's confidential technical documents and stating that "Plaintiffs' Section 2019.210 statement is a different issue with no due date," and that they "will provide that statement in due course." A true and correct copy of this email exchange is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: July 10, 2020

By: */s/ Joshua H. Lerner*

Joshua H. Lerner