**DENIED**
BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **[PROPOSED] ORDER GRANTING APPLE INC.'S *EX PARTE* APPLICATION FOR AN ORDER STAYING MAGISTRATE JUDGE EARLY'S JUNE 15, 2020 ORDER UNTIL THE HEARING ON JULY 20, 2020** <br><br> Hon. James V. Selna <br> No Hearing Noticed |

1    This matter is before the Court pursuant to Defendant Apple Inc.'s *Ex Parte*
2    Application for an Order Staying Magistrate Judge Early's June 15, 2020 Order until
3    the Hearing on July 20, 2020 ("*Ex Parte* Application"), under Local Rule 7-19.

4    Having considered the documents filed in support of and in opposition to the *Ex*
5    *Parte* Application, the argument of counsel, the pleadings on file in this action, and all
6    other matters properly before the Court, being fully advised on the proceedings, and
7    for good cause appearing:

8    IT IS HEREBY ORDERED that Defendant Apple Inc.'s *Ex Parte* Application is
9    GRANTED.  Enforcement of Magistrate Judge Early's June 15, 2020 Order Denying
10   Apple's Motion for a Protective Order Barring Trade Secret-Related Discovery Absent
11   a Trade Secret Identification (Dkt. No. 54) is STAYED pending the hearing before the
12   Court on Apple's Motion for Review of and Objections to Magistrate Judge Early's
13   Order (Dkt. No. 57), which is scheduled for July 20, 2020.

15   **IT IS SO ORDERED.**                          **DENIED**
16                                                  BY ORDER OF THE COURT
17   Dated:  7/13/20
                                                    The Honorable James V. Selna
18                                                  United States District Judge