UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 20-00048JVS(JDEx)                Date   July 13, 2020

Title   Masimo Corporation, et al v Apple, Inc

Present: The
Honorable            **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Not Present                                      Not Present

**Proceedings:**   **TELEPHONIC STATUS CONFERENCE**

Cause is called for hearing telephonically.  Court and Counsel confer.

The Court orders that by September 21, 2020 the parties shall submit a joint proposal for an initial reduction of infringement contentions and prior art references and a final proposal as to what we ought to do following the Markman hearing and final third stage.

|  | : | 15 |
|---|---|---|
| Initials of Preparer | lmb | |