Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone:  (949)-760-0404; Facsimile:  (949)-760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) **DECLARATION OF ADAM B.**<br>) **POWELL IN SUPPORT OF**<br>) **PLAINTIFFS' OPPOSITION TO**<br>) **APPLE INC.'S MOTION FOR**<br>) **PARTIAL RECONSIDERATION**<br>) **OF PROTECTIVE ORDER**<br>) **(DKT. NO. 67)**<br>)<br>) Hearing Date:  August 6, 2020<br>) Hearing Time:  10:00 a.m.<br>) Courtroom:  6A<br>) Judge:  John D. Early<br>)<br>) |

I, Adam B. Powell, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Plaintiffs") in this action.  I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.  I submit this declaration in support of Plaintiffs' Opposition to Apple Inc.'s Motion Partial Reconsideration of Protective Order Docket No. 67.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a document obtained from the public docket in *Waymo LLC v. Uber Techs., Inc.,* No. 17-cv-00939 WHA, Dkt. 63 (N.D. Cal. Mar. 17, 2017).

3. Attached hereto as **Exhibit 2** is a true and correct copy of a document obtained from the public docket in *Bladeroom Grp. Ltd., v. Facebook, Inc.*, No. 15-cv-01370 EJD, Dkt. 54 (N.D. Cal. Aug. 3, 2015).

4. Attached hereto as **Exhibit 3** is a true and correct copy of a document obtained from the public docket in *American GNC Corp. v. LG Electronics, Inc.*, No. 3:17-cv-01090-BASBLM, Dkt. 51 (S.D. Cal Oct. 23, 2017).

5. Attached hereto as **Exhibit 4** is a true and correct copy of a document obtained from the public docket in *Garnet Digital, LLC v. Apple, Inc.*, No. 6:11-cv-00647-LED, Dkt. 374 (E.D. Tex. Sept. 20, 2012).

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the public docket in *Data Engine Technologies LLC v. Google Inc.*, No. 1-14-cv-01115 (D. Del. April 8, 2015).

7. Attached hereto as **Exhibit 6** is a true and correct copy of a document obtained from the public docket in *Karamelion LLC v. ADT LLC*, No. 2-18-cv-00330-JRG, Dkt. 36 (E.D. Tex. Jan. 24, 2019).

8.      Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the public docket in *PLL Techs. Inc. v. Altera Corp.*, No. 1:14-cv-00942 (D. Del. Apr. 8, 2015).

9.      Attached hereto as **Exhibit 8** is a true and correct copy of a document obtained from the public docket in *Uniloc USA, Inc. v. Apple, Inc.*, No. 18-cv-00572, Dkt. 81 (N.D. Cal. May 24, 2018).

10.      Attached hereto as **Exhibit 9** is a true and correct copy of a document obtained from the public docket in *Catch A Wave Techs., Inc. v. Sirius XM Radio, Inc.*, No. 3:12-cv-05791, Dkt. 42 (N.D. Cal. July 24, 2013).

11.      Attached hereto as **Exhibit 10** is a true and correct copy of a document obtained from the public docket in *Realtime Adaptive Streaming LLC v. Google LLC*, No. 2:18-CV-03629, Dkt. 48 (C.D. Cal. July 18, 2019).

12.      Attached hereto as **Exhibit 11** is a true and correct copy of a document obtained from the public docket in *Telebuyer, LLC v. Amazon.com, Inc.*, No. 2:13-cv-1677, Dkt. 92 (W.D. Wash. Jan. 30, 2014).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 16, 2020 at Encinitas, California.


 */s/ Adam B. Powell*
Adam B. Powell

33124388