# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **GARNET DIGITAL, LLC,** § § § | |
| Plaintiff, § § | |
| vs. § | **CASE NO. 6:11-CV-647** |
| § | |
| **APPLE, INC., et al.,** § § | |
| Defendants. § § | |

**ORDER**

Before the Court is the Joint Motion for Entry of Protective Order (Docket No. 347). The Court rules as follows on the two disputes:

- The Court adopts Defendants' proposal regarding the definition of "technical field."

- The Court adopts Plaintiff's proposal regarding the necessity of a prosecution and acquisition bar. Defendants have not demonstrated that there is an unacceptable risk of inadvertent disclosure of Defendants' confidential material by Plaintiff's counsel necessitating such a bar. *In re Deutsche Bank Trust Co. Americas*, 605 F.3d 1373, 1378 (Fed. Cir. 2010). Additionally, the proposed protective order already restricts access of discovery material labeled "CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" to those individuals who are not involved in competitive decision-making, further limiting the risk of inadvertent disclosure of sensitive information. *See* pg. 12, 14 of the Agreed Protective Order. Therefore, the Court adopts Plaintiff's proposal that no prosecution or acquisition bar is required.

**Exhibit 4**

**-67-**

Case 8:20-cv-00048-JVS-JDE   Document 81-4   Filed 07/16/20   Page 3 of 3   Page ID #:5726
Case 6:11-cv-00647-LED   Document 374   Filed 09/20/12   Page 2 of 2 PageID #: 3201

2

The Court **ORDERS** the parties to submit their agreed Protective Order in compliance with this order within ten days.

      **So ORDERED and SIGNED this 20th day of September, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**