# EXHIBIT 5

7/14/2020                                    CM/ECF LIVE - U.S. District Court:ded

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:14-cv-01115-LPS

| | |
|---|---|
| Data Engine Technologies LLC v. Google LLC | Date Filed: 09/02/2014 |
| Assigned to: Judge Leonard P. Stark | Jury Demand: Plaintiff |
| Case in other court: 17-01135 | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Data Engine Technologies LLC**              represented by    **Brian E. Farnan**
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
Fax: (302) 777-0301
Email: bfarnan@farnanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Farnan**
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
302-777-0338
Fax: 302-421-5870
Email: mfarnan@farnanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alisa A. Lipski**
Email: alipski@azalaw.com
*TERMINATED: 03/02/2020*
*PRO HAC VICE*

**Amir H. Alavi**
Email: aalavi@azalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Foster**
Email: bfoster@azalaw.com
*TERMINATED: 03/04/2019*
*PRO HAC VICE*

**Exhibit 5**
**-69-**

CM/ECF LIVE - U.S. District Court:ded

**Brian E. Simmons**
Email: bsimmons@azalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Demetrios Anaipakos**
Email: danaipakos@azalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Iftikhar Ahmed**
UNDELIVERABLE EMAIL 3/21/2016
Email: iftiahmed@azalaw.com
*TERMINATED: 03/04/2019*
*PRO HAC VICE*

**Jamie Aycock**
Email: jamieaycock@azalaw.com
*TERMINATED: 06/12/2017*
*PRO HAC VICE*

**Justin Y. Chen**
Email: jchen@azalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth Young**
Email: kyoung@azalaw.com
*TERMINATED: 02/12/2016*
*PRO HAC VICE*

**Kyung Kim**
Email: dkim@azalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Louis Liao**
Email: lliao@azalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Masood Anjom**
Email: manjom@azalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael McBride**
Email: mmcbride@azalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Monica Uddin**
Email: muddin@azalaw.com
*PRO HAC VICE*

Exhibit 5
-70-

*ATTORNEY TO BE NOTICED*

**Nathan Campbell**
Email: ncampbell@azalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott W. Clark**
Email: sclark@azalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy C. Shelby**
Email: tshelby@azalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Google Inc.**                        represented by    **Frederick L. Cottrell , III**
*TERMINATED: 09/05/2019*                                 Richards, Layton & Finger, PA
                                                         One Rodney Square
                                                         920 N. King Street
                                                         Wilmington, DE 19801
                                                         (302) 658-6541
                                                         Email: cottrell@rlf.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jason James Rawnsley**
                                                         Richards, Layton & Finger, PA
                                                         One Rodney Square
                                                         920 N. King Street
                                                         Wilmington, DE 19801
                                                         302-651-7550
                                                         Email: rawnsley@rlf.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Ashley D. Kaplan**
                                                         Email: ashley.kaplan@mto.com
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Darcy L. Jones**
                                                         Email: djones@kasowitz.com
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Eric P. Tuttle**
                                                         Email: eric.tuttle@mto.com
                                                         *PRO HAC VICE*

**Exhibit 5**
**-71-**

*ATTORNEY TO BE NOTICED*

**Gregory P. Stone**
Email: gregory.stone@mto.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hannah Dubina**
Email: hannah.dubina@mto.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Heather S. Kim**
Email: hkim@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Heather E. Takahashi**
Email: heather.takahashi@mto.com
*TERMINATED: 07/19/2019*
*PRO HAC VICE*

**Jeffrey J. Toney**
Email: jtoney@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John W. Downing**
Email: jdowning@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan K. Waldrop**
Email: jwaldrop@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marcus A. Barber**
Email: mbarber@kasowitz.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter A. Detre**
Email: peter.detre@mto.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert P. Watkins , III**
Email: rwatkins@kasowitz.com
*TERMINATED: 11/30/2015*
*PRO HAC VICE*

**Rodney R. Miller**
UNDELIVERABLE EMAIL 7/6/2020

**Exhibit 5**
**-72-**

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary M. Briers**
Email: zachary.briers@mto.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Google LLC**                    represented by    **Dorronda R. Bordley**
Richards, Layton & Finger, PA
One Rodney Square
Suite 600
920 N. King Street
Wilmington, DE 19801
(302) 651-7713
Email: bordley@rlf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick L. Cottrell , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason James Rawnsley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley D. Kaplan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Darcy L. Jones**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric P. Tuttle**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory P. Stone**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hannah Dubina**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Exhibit 5**
**-73-**

**Heather S. Kim**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Heather E. Takahashi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey J. Toney**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John W. Downing**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan K. Waldrop**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marcus A. Barber**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter A. Detre**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rodney R. Miller**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary M. Briers**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/02/2014 | 1 | PLAINTIFF'S ORIGINAL COMPLAINT filed with Jury Demand against Google Inc. - Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 0311-1580187.) - filed by Data Engine Technologies LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Civil Cover Sheet)(aah) (Entered: 09/03/2014) |

**Exhibit 5**
**-74-**

| | | Interrogatories to Defendant Google Inc. and (ii) Plaintiff Data Engine Technologies LLC's First Request for Production to Google Inc. filed by Data Engine Technologies LLC.(Farnan, Michael) (Entered: 03/20/2015) |
|---|---|---|
| 03/20/2015 | 29 | Letter to The Honorable Leonard P. Stark from Frederick L. Cottrell, III regarding request for discovery conference. (Cottrell, Frederick) (Entered: 03/20/2015) |
| 03/30/2015 | 30 | ORAL ORDER: After having been advised by Plaintiff(s) and Defendant(s) of their inability to resolve a discovery matter, IT IS HEREBY ORDERED that a teleconference is scheduled for April 10, 2015 at 2:00 p.m. Counsel for the party seeking relief shall initiate the teleconference call to 302-573-4573. IT IS FURTHER ORDERED that not later than April 1, 2015, any party seeking relief shall file with the Court a letter, not to exceed three (3) pages, outlining the issues in dispute and its position on those issues. Not later than April 2, 2015, any party opposing the application for relief may file a letter, not to exceed three (3) pages, outlining that party's reasons for its opposition. Each party shall submit to the Court two (2) courtesy copies of its discovery letter and any attachments. Should the Court find further briefing necessary upon conclusion of the telephone conference, the Court will order it. Alternatively, the Court may choose to resolve the dispute prior to the telephone conference and will, in that event, cancel the conference. ORDERED by Judge Leonard P. Stark on 3/30/15. (ntl) (Entered: 03/30/2015) |
| 04/01/2015 | 31 | Letter to The Honorable Leonard P. Stark from Frederick L. Cottrell, III regarding dispute re: proposed protective order. (Attachments: # 1 Exhibit 1)(Cottrell, Frederick) (Entered: 04/01/2015) |
| 04/02/2015 | 32 | Letter to The Honorable Leonard P. Stark from Brian E. Farnan regarding Response to Defendant's Discovery Dispute Letter regarding a Proposed Protective Order - re 31 Letter. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Farnan, Michael) (Entered: 04/02/2015) |
| 04/08/2015 | 33 | ORAL ORDER: Having reviewed the materials submitted in connection with disputes regarding a protective order (see D.I. 31, 32), IT IS HEREBY ORDERED that: (1) Defendant's proposed acquisition bar is REJECTED, as the Court is not persuaded that the risks identified by Defendant from the absence of such a bar outweigh the undue prejudice to Plaintiff and Plaintiff's counsel that would result from adoption of such a bar; (2) the scope of the prosecution bar proposed by Plaintiff is ADOPTED, as this was the scope originally proposed by Defendant and it is a scope that reasonably reflects the risk presented, particularly given Plaintiff's representation that "[t]he patents in this case are about spreadsheets [and the] products accused are spreadsheet products" (D.I. 32 at 2), however the prosecution bar WILL APPLY to confidential information, as proposed by Defendant, as individuals who access Google's confidential information should not be allowed to prosecute patents in the same technical fields; (3) Defendant's proposed provision preventing Protected Information from being taken outside the U.S. is ADOPTED, as Defendant's sourcecode is entitled to stringent protection, that sourcecode may be referenced in other Protected Information, and the burden on Plaintiff (e.g., having to "purge" a laptop before unrelated foreign travel or taking a different laptop on such travel) is not so strenuous as to outweigh Defendant's interests; (4) the parties shall, no later than April 13, submit a proposed protective order consistent with these rulings; (5) Google shall produce its core technical documents no later than April 22; and (6) the teleconference scheduled for April 10 is CANCELLED. ORDERED by Judge Leonard P. Stark on 4/8/15. (ntl) (Entered: 04/08/2015) |
| 04/09/2015 | 34 | NOTICE OF SERVICE of (i) Plaintiff Data Engine Technologies LLC's Responses to Google, Inc.'s First Set of Interrogatories and (ii) Plaintiff Data Engine Technologies |

Exhibit 5
-75-