# EXHIBIT 7

Query   Reports   Utilities   Help   Log Out

CLOSED,CASREF,MEDIATION-CJB,PATENT

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:14-cv-00942-LPS-CJB

PLL Technologies Inc. v. Altera Corporation  
Assigned to: Judge Leonard P. Stark  
Referred to: Judge Christopher J. Burke  
Related Cases: 1:16-cv-00069-LPS-CJB  
                1:14-cv-00943-LPS  
                1:14-cv-00944-LPS-CJB  
                1:14-cv-00945-LPS  
Cause: 35:271 Patent Infringement

Date Filed: 07/17/2014  
Date Terminated: 05/15/2015  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**PLL Technologies Inc.**                                  represented by **Brian E. Farnan**  
Farnan LLP  
919 North Market Street  
12th Floor  
Wilmington, DE 19801  
(302) 777-0300  
Fax: (302) 777-0301  
Email: bfarnan@farnanlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Edward C. Flynn**  
Email: eflynn@eckertseamans.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Vasillios E. Sanios**  
UNDELIVERABLE EMAIL 5/24/18  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Michael J. Farnan**  
Farnan LLP  
919 North Market Street  
12th Floor  
Wilmington, DE 19801  
302-777-0338  
Fax: 302-421-5870  
Email: mfarnan@farnanlaw.com  
*ATTORNEY TO BE NOTICED*

V.

| | | |
|---|---|---|
| **Defendant** | | |
| Altera Corporation | represented by | **Jack B. Blumenfeld**<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>Email: jbbefiling@mnat.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Karen Jacobs**<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302)658-9200<br>Email: kjacobs@mnat.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael J. Flynn**<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>302-351-9661<br>Fax: 302-498-6217<br>Email: mflynn@mnat.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/17/2014 | 1 | COMPLAINT FOR PATENT INFRINGEMENT filed with Jury Demand against Altera Corporation - Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 311-1555202.) - filed by PLL Technologies Inc.. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(dmp, ) (Entered: 07/18/2014) |
| 07/17/2014 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (dmp, ) (Entered: 07/18/2014) |
| 07/17/2014 | 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) US 6,356,122 B2;. (dmp, ) (Entered: 07/18/2014) |
| 07/18/2014 | | Summons Issued with Magistrate Consent Notice attached as to Altera Corporation on 7/18/2014. Requesting party or attorney should pick up issued summons at the Help Desk, Room 4209, or call 302-573-6170 and ask the Clerk to mail the summons to them. (dmp, ) (Entered: 07/18/2014) |
| 07/23/2014 | | Case Assigned to Judge Leonard P. Stark. Please include the initials of the Judge (LPS) after the case number on all documents filed. Associated Cases: 1:14-cv-00942-LPS, 1:14-cv-00943-LPS, 1:14-cv-00944-LPS, 1:14-cv-00945-LPS (rjb) (Entered: 07/23/2014) |
| 07/28/2014 | 4 | ORAL REFERRAL ORDER: This case will be governed by Judge Stark's Revised Procedures for Managing Patent Cases (see www.ded.uscourts.gov). In accordance with the Revised Procedures, IT IS HEREBY ORDERED that: 1. any and all matters relating to |

| | | |
|---|---|---|
| 03/26/2015 | 32 | Letter to The Honorable Leonard P. Stark from Michael J. Farnan regarding Request for Discovery Teleconference. (Farnan, Michael) (Entered: 03/26/2015) |
| 03/30/2015 | 33 | ORAL ORDER: After having been advised by Plaintiff(s) and Defendant(s) of their inability to resolve a discovery matter, IT IS HEREBY ORDERED that a teleconference is scheduled for April 10, 2015 at 3:30 p.m. Counsel for the party seeking relief shall initiate the teleconference call to 302-573-4571. IT IS FURTHER ORDERED that not later than April 1, 2015, any party seeking relief shall file with the Court a letter, not to exceed three (3) pages, outlining the issues in dispute and its position on those issues. Not later than April 2, 2015, any party opposing the application for relief may file a letter, not to exceed three (3) pages, outlining that party's reasons for its opposition. Each party shall submit to the Court two (2) courtesy copies of its discovery letter and any attachments. Should the Court find further briefing necessary upon conclusion of the telephone conference, the Court will order it. Alternatively, the Court may choose to resolve the dispute prior to the telephone conference and will, in that event, cancel the conference. ORDERED by Judge Leonard P. Stark on 3/30/15. Associated Cases: 1:14-cv-00942-LPS-CJB, 1:14-cv-00943-LPS-CJB, 1:14-cv-00945-LPS-CJB (ntl) (Entered: 03/30/2015) |
| 04/01/2015 | 34 | Letter to The Honorable Leonard P. Stark from Karen Jacobs regarding Defendants respectfully submit this letter concerning inclusion of a patent acquisition bar in the Protective Order. (Attachments: # 1 Exhibit A through D, # 2 Exhibit E through H)(Jacobs, Karen) (Entered: 04/01/2015) |
| 04/02/2015 | 35 | Letter to The Honorable Leonard P. Stark from Brian E. Farnan regarding Opposition to Defendants' Proposed Acquisition Bar - re (37 in 1:14-cv-00945-LPS-CJB) Letter,. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Farnan, Michael) (Entered: 04/02/2015) |
| 04/08/2015 | 36 | ORAL ORDER: Having reviewed the materials submitted in connection with disputes regarding a protective order (see C.A. No. 14-942 D.I. 34, 35), IT IS HEREBY ORDERED that Defendants' proposed acquisition bar is REJECTED, as the Court is not persuaded that the risks identified by Defendants from the absence of such a bar outweigh the undue prejudice to Plaintiff and Plaintiff's counsel that would result from adoption of such a bar. Although somewhat narrowly tailored, Defendants' proposed bar is unnecessary in light of Plaintiff's agreement in the protective order not to "use" Defendants' protected information for "any other purpose" besides this litigation. The parties SHALL SUBMIT a proposed protective order consistent with this ruling no later than April 13. The teleconference scheduled for April 10 is CANCELLED. ORDERED by Judge Leonard P. Stark on 4/8/15. Associated Cases: 1:14-cv-00942-LPS-CJB, 1:14-cv-00943-LPS-CJB, 1:14-cv-00945-LPS-CJB (ntl) (Entered: 04/08/2015) |
| 04/10/2015 | 37 | STIPULATION to Stay by PLL Technologies Inc.. (Farnan, Brian) (Entered: 04/10/2015) |
| 04/10/2015 | | SO ORDERED D.I. 37 Stipulation that all deadlines in this case shall be stayed until May 11, 2015. Ordered by Judge Christopher J. Burke on 4/10/2015. (dlk) (Entered: 04/10/2015) |
| 05/15/2015 | 38 | STIPULATION of Dismissal by PLL Technologies Inc.. (Farnan, Michael) (Entered: 05/15/2015) |
| 05/15/2015 | | CASE CLOSED (ntl) (Entered: 05/15/2015) |
| 05/15/2015 | 39 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 6,356,122. (ntl) (Entered: 05/15/2015) |