1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED *EX PARTE* APPLICATION FOR AN ORDER REQUIRING APPLE TO COMPLY WITH THE SCHEDULING ORDER**<br><br>Discovery Cut-Off:       7/5/2021<br>Pre-Trial Conference:  3/21/2022<br>Trial:                            4/5/2022 |

Having considered Plaintiffs' Renewed *Ex Parte* Application for an Order Requiring Apple to Comply with the Scheduling Order, all the papers filed in support thereof, any papers in opposition thereto, and any oral argument of counsel, and finding good cause, the Court hereby GRANTS Plaintiffs' application as follows:

1. Apple must produce core technical documents sufficient to show the operation of the Accused Products, including source code, within five (5) days of this Order;

2. The Court rejects Apple's attempt to condition document productions on an "ethical wall"';

3. Plaintiffs deadline for "Infringement Contentions (Patent L.R. 3-1 and 3-2)" is extended until forty-two (42) days after Apple completes its production of core technical documents; and

4. Should Plaintiffs dispute the sufficiency of Apple's core technical document production, the parties shall present the dispute to [Option 1: the Magistrate Judge pursuant to Local Rule 37-1 **or** Option 2: this Court on an *ex parte* basis], and Plaintiffs' deadline to present infringement contentions will be tolled until forty-two (42) days after the matter is resolved.

**IT IS SO ORDERED.**

DATED: _____  _____

The Honorable James V. Selna
United States District Judge

-1-