# EXHIBIT 3

| From: | Samplin, Ilissa |
|---|---|
| To: | Adam.Powell |
| Cc: | *** Apple-Masimo; Morgan, Tracy A.; Joe.Re; Steve.Jensen; Perry.Oldham; Stephen.Larson; Masimo.Apple |
| Subject: | RE: Masimo v. Apple - Apple Production (APLPROD002) |
| Date: | Tuesday, July 21, 2020 5:12:17 PM |

Adam,

There is no "ongoing contempt" by Apple as you complain of below. And frankly, we are confused about what you are even asking of us in your email below. You have Apple's production of core technical documents and are free to review them. We've made our position on the need for a temporary ethical wall clear. We understand that you disagree with our position. If you choose not to enact the temporary ethical wall we've requested prior to review, and instead use the same team to review and draft Plaintiffs' Section 2019.210 disclosure, you of course do so with full knowledge of Apple's position on this issue. I'm not sure what more you need from us on the topic at this point.

Regards,
Ilissa
**Ilissa Samplin**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Friday, July 17, 2020 2:10 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Morgan, Tracy A. <TMorgan2@gibsondunn.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo v. Apple - Apple Production (APLPROD002)

[External Email]
Ilissa,

We write in response to Apple's purported document production last night. Along with the production, Apple stated "[t]hese documents should be treated as subject to the ethical wall referenced in my colleague Ilissa Samplin's July 15, 2020 email."

Apple cannot unilaterally impose restrictions on its document production. As we explained in our email yesterday, there is no wall in this case and nothing would support imposing Apple's proposed wall. The parties briefed over twenty protective order disputes to Judge Early, and no such wall

**Exhibit 3**
**Page 15**

exists.  Apple has asked the Court at least four times to condition production of technical documents on Section 2019.210 and the Court rejected every single one of Apple's requests.  Apple's attempt to impose a unilateral wall is baseless and demonstrates Apple's continued contempt of the Court's numerous orders on this subject.  Apple's ongoing contempt is prejudicial to Plaintiffs.

Because we do not agree to Apple's unilateral attempt to impose a wall, we have not downloaded Apple's purported document production and do not consider the documents produced.  Please immediately confirm Apple withdraws its unilateral attempt to impose a wall.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**
**Knobbe Martens**

---

**From:** Morgan, Tracy A. <TMorgan2@gibsondunn.com>
**Sent:** Thursday, July 16, 2020 6:51 PM
**To:** Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Masimo v. Apple - Apple Production (APLPROD002)

Counsel,

Documents bearing production numbers APL-MAS_00000842 - APL-MAS_00001192 are available for download.  The credentials to access the SFTP site are below.  The SFTP password and production .RAR file password will be sent separately.  Please note these files will only remain available on the SFTP site for seven days.  These documents should be treated as subject to the ethical wall referenced in my colleague Ilissa Samplin's July 15, 2020 email.

Production Volume: APLPROD002
Bates Range: APL-MAS_00000842 - APL-MAS_00001192
Password: Sent separately

| Host | sftp.gibsondunn.com |
|---|---|
| Connection type | SFTP/SSH (we recommend using the software FileZilla to connect) |
| Port | 22 |
| Username | 03290-00135_Apple_Productions |
| Password to SFTP | Sent separately |

**Exhibit 3**
**Page 16**

Sincerely,

**Tracy A. Morgan, CP**
Certified Paralegal

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
3161 Michelson Drive, Irvine, CA 92612-4412
Tel +1 949.451.4186 • Fax +1 949.475.4686
TMorgan2@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

**Exhibit 3
Page 17**