# EXHIBIT 4

| | |
|---|---|
| From: | Andrea, Brian |
| To: | Perry.Oldham; Rosenthal, Brian A. |
| Cc: | Masimo.Apple; *** Apple-Masimo |
| Subject: | RE: Masimo v Apple - source code inspection |
| Date: | Tuesday, July 21, 2020 7:44:37 AM |

Hi Perry,

Plaintiffs just served their discovery requests (RFPs 78-79) requesting source code this past Friday (hours after you sent the email below).  While we are still reviewing those requests and will provide our objections and responses in due course, on first review their scope (and the scope of code you list in your email) appears to be exceedingly overbroad.  The only patents currently in the case that even arguably implicate source code are the '703 and '776 patents, as the remainder of the claims do not require inspection of source code in order to analyze potential infringement.

Apple plans to make its source code available for review after Plaintiffs finalize the patents they will be asserting in this case and provide their infringement contentions.  Apple needs to understand the scope of Plaintiffs' infringement allegations to understand what code is at issue; it would be premature and inefficient to go through the process of collecting and preparing source code before we even have a complete set of patents or know what claims are being asserted.

Best,
Brian


**Brian Andrea**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Friday, July 17, 2020 11:29 AM
**To:** Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Masimo v Apple - source code inspection

[External Email]
Brian,

Please let us know when we will be able to inspect Apple's source code.  Please also confirm that Xcode (including the software identified at https://developer.apple.com/xcode/features/) will be installed and available for use.  We

Exhibit 4
Page 18

would expect the materials made available for inspection to include, but not be limited to, the operation of LEDs and photodiodes, calculation of heart rates under various conditions and "heart rate contexts," communications between the Apple Watch and Apple iPhone, operation of the touch screen, display of physiological parameter indicia on a screen, and the calculation and tracking of any of these parameters: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, carbon monoxide.

Best regards,

Perry

**Perry Oldham**
Partner
949-721-2961
**Knobbe Martens**

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

Exhibit 4
Page 19