# EXHIBIT 5

| | |
|---|---|
| **From:** | Rosenthal, Brian A. |
| **To:** | Joe.Re |
| **Cc:** | Masimo.Apple; *** Apple-Masimo |
| **Subject:** | RE: Masimo v Apple - patent substitution |
| **Date:** | Wednesday, July 15, 2020 5:51:32 PM |

That is indeed very helpful. Thanks.

**Brian A. Rosenthal**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2339 • Mobile +1 703.989.7879
BRosenthal@gibsondunn.com • www.gibsondunn.com

---

**From:** Joe.Re <Joe.Re@knobbe.com>
**Sent:** Wednesday, July 15, 2020 8:50 PM
**To:** Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Re: Masimo v Apple - patent substitution

[External Email]
Brian,

We may be reducing the number of families in this case by one.  If we ultimately decide to do so, we will likely remove U.S. Patent Number 10,470,695.  If that impacts Apple's document collection, we are happy to have Apple focus on the other families in this case.  The patents that we are currently anticipating adding are from other families already in the case.
Thanks,
Joe

---

**From:** "Rosenthal, Brian A." <BRosenthal@gibsondunn.com>
**Date:** Tuesday, July 14, 2020 at 4:41 PM
**To:** Joseph Re <Joe.Re@knobbe.com>
**Cc:** "Masimo.Apple" <Masimo.Apple@knobbe.com>, *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Re: Masimo v Apple - patent substitution

Joe,

Are you contemplating removing an entire family, or just patents within a family?  It impacts the scope of our document collection.

Exhibit 5
Page 20

**Brian A. Rosenthal**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2339 • Mobile +1 703.989.7879
BRosenthal@gibsondunn.com • www.gibsondunn.com

Sent from my mobile device...please excuse typos

On Jul 14, 2020, at 7:31 PM, Joe.Re <Joe.Re@knobbe.com> wrote:

[External Email]
Brian,

We will let you know when a final decision has been made.

Joe

On Jul 14, 2020, at 11:24 AM, Rosenthal, Brian A. <BRosenthal@gibsondunn.com> wrote:

Counsel,

Following up on the below request.  Please let us know today which patents you will be dropping.

**Brian A. Rosenthal**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2339 • Mobile +1 703.989.7879
BRosenthal@gibsondunn.com • www.gibsondunn.com

**From:** Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Sent:** Friday, July 10, 2020 10:18 PM

Exhibit 5
Page 21

**To:** Joe.Re <Joe.Re@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Masimo v Apple - patent substitution

Joe,

At today's hearing, you stated that indicated Plaintiffs intend to file a Second Amended Complaint ("SAC") later this month, and would "substitute out" some patents with that amendment. Please identify by Monday July 13, 2020, which of the currently asserted patents Plaintiffs intend to remove from the SAC, so that Apple can avoid searching for information related to patents that will no longer be in the case.

Thanks.

**Brian A. Rosenthal**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2339 • Mobile +1 703.989.7879
BRosenthal@gibsondunn.com • www.gibsondunn.com

Sent from my mobile device...please excuse typos

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is

Exhibit 5
Page 22

strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

**Exhibit 5
Page 23**