# EXHIBIT 6

| | |
|---|---|
| From: | Karina.Villanueva |
| To: | *** Apple-Masimo; Lerner, Joshua H.; Lyon, H. Mark; Buroker, Brian M.; Samplin, Ilissa; Kaounis, Angelique; BAndrea@gibsondunn.com; BRosenthal@gibsondunn.com |
| Cc: | Masimo.Apple |
| Subject: | Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Document Production |
| Date: | Tuesday, July 21, 2020 7:35:39 PM |

Counsel,

Documents bearing production numbers MASA00074890 - MASA00081208 are available for download at https://knobbe.sharefile.com/d-s8d26b207b0743ed8. The password to the zip file is the same as the prior productions. Please note, some of the documents are designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.

Best,

**Karina Villanueva**
Litigation Paralegal
Karina.Villanueva@knobbe.com

949-721-2928  Direct

**Knobbe Martens**

2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com

Exhibit 6
Page 24