JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel.: 202.955.8541 / Fax: 202.467.0539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' RENEWED *EX PARTE* APPLICATION FOR AN ORDER REQUIRING APPLE TO COMPLY WITH THE SCHEDULING ORDER**<br><br>Hon. James V. Selna<br>No Hearing Noticed<br><br>Discovery Cut-Off:      7/5/2021<br>Pre-Trial Conference:  3/21/2022<br>Trial:                            4/5/2022 |

Declaration of Joshua H. Lerner in Support of Apple's
Opposition to Plaintiffs' Renewed *Ex Parte* Application
Case No. 8:20-cv-00048-JVS (JDEx)

Gibson, Dunn &
Crutcher LLP

# DECLARATION OF JOSHUA H. LERNER

I, Joshua H. Lerner, declare and state as follows:

1. I am an attorney duly licensed to practice law before this Court and all courts of the State of California. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), counsel of record for Apple Inc. ("Apple") in the above-captioned action.

2. I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3. I make this declaration in support of Apple's Opposition to Plaintiffs' Renewed *Ex Parte* Application for an Order Requiring Apple to Comply with the Scheduling Order (the "Opposition").

4. Attached hereto as **Exhibit A** is a true and correct copy of an email sent from Tracy A. Morgan (litigation paralegal at Gibson Dunn) to Plaintiffs' counsel on Thursday, July 16, 2020, at 9:50:37 PM Pacific Time, providing production information on Apple's supplemental production of core technical documents.

5. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' Third Set of Requests for Production of Documents to Defendant Apple Inc. (Nos. 61-147), served on Apple by Plaintiffs on Friday, July 17, 2020.

6. Following Plaintiffs' notice to Apple on July 22, 2020, that they intended to file an *ex parte* application, I contacted Adam Powell (counsel of record for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.) and requested a telephonic meet & confer concerning the dispute Plaintiffs intended to raise in their pending *ex parte* application. The parties held a telephonic meeting at approximately 1:45 PM Pacific Time on July 22, 2020, which Mr. Powell attended on behalf of Plaintiffs, and my colleagues Brian Buroker and Vlad Semendyai attended with me on Behalf of Apple. During this call, Mr. Powell stated that Plaintiffs intended to move to seek an order requiring Apple to expand its production of core documents (by among

1

DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF APPLE'S
OPPOSITION TO PLAINTIFFS' RENEWED *EX PARTE* APPLICATION
CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn & Crutcher LLP

other things including source code), requiring Apple to remove its temporary ethical wall request, and granting Plaintiffs a six-week extension to their infringement contentions from the date that Apple completes its core technical production. When Mr. Buroker asked by whose judgment were Plaintiffs proposing to judge the completion of Apple's production, Mr. Powell replied that it would be based on the judgment of Plaintiffs or the Court. Mr. Powell also confirmed on this call that Plaintiffs' counsel have not yet reviewed any of the documents that Apple produced on July 16, 2020. When Mr. Buroker asked Mr. Powell to explain Plaintiffs' basis for their position that Apple's production of core technical documents was incomplete without source code (given that Plaintiffs have not even looked at Apple's production), Mr. Powell replied that Plaintiffs' basis was that Apple allegedly admitted the code was relevant, and that 350 pages was not sufficient to satisfy Apple's obligation to produce core technical documents. When Mr. Buroker asked what source code Plaintiffs were specifically seeking to be part of the core technical production, given that Plaintiffs' recent source code request asked for code well beyond the issues in the case, Mr. Powell replied that Plaintiffs sought all of the source code described in his colleague Perry Oldham's July 17, 2020 email to Apple's counsel. When Mr. Buroker and I both asked Mr. Powell where in Mr. Oldham's email was there an indication of Plaintiffs' compliance with the requirements of the Protective Order for viewing source code, Mr. Powell stated both times that he could not answer. When Mr. Buroker asked Mr. Powell if Plaintiffs were planning to also request a reciprocal extension for Apple's invalidity contentions, Mr. Powell answered that Plaintiffs were not, and Apple was free to move for such an extension on its own.

//
//
//
//

2

DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF APPLE'S
OPPOSITION TO PLAINTIFFS' RENEWED *EX PARTE* APPLICATION
CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn & Crutcher LLP

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: July 23, 2020

By: */s/ Joshua H. Lerner*

Joshua H. Lerner

DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF APPLE'S
OPPOSITION TO PLAINTIFFS' RENEWED *EX PARTE* APPLICATION
CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn & Crutcher LLP