# Exhibit A

| | |
|---|---|
| **From:** | Morgan, Tracy A. |
| **To:** | Joseph R. Re - Knobbe Martens (joe.re@knobbe.com); Steve Jensen - Knobbe Martens (steve.jensen@knobbe.com); Perry Oldham - Knobbe Martens (perry.oldham@knobbe.com); Adam Powell - Knobbe Martens (adam.powell@knobbe.com); Stephen W. Larson - Knobbe Martens (stephen.larson@knobbe.com); Masimo.Apple@knobbe.com |
| **Cc:** | \*\*\* Apple-Masimo |
| **Subject:** | Masimo v. Apple - Apple Production (APLPROD002) |
| **Date:** | Thursday, July 16, 2020 9:50:37 PM |
| **Attachments:** | Gibson Dunn SFTP Site Essential Features.pdf |

Counsel,

Documents bearing production numbers APL-MAS_00000842 - APL-MAS_00001192 are available for download. The credentials to access the SFTP site are below. The SFTP password and production .RAR file password will be sent separately. Please note these files will only remain available on the SFTP site for seven days. These documents should be treated as subject to the ethical wall referenced in my colleague Ilissa Samplin's July 15, 2020 email.

Production Volume: APLPROD002
Bates Range: APL-MAS_00000842 - APL-MAS_00001192
Password: Sent separately

| | |
|---|---|
| **Host** | sftp.gibsondunn.com |
| **Connection type** | SFTP/SSH (we recommend using the software FileZilla to connect) |
| **Port** | 22 |
| **Username** | 03290-00135_Apple_Productions |
| **Password to SFTP** | Sent separately |

Sincerely,

**Tracy A. Morgan, CP**
Certified Paralegal

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
3161 Michelson Drive, Irvine, CA 92612-4412
Tel +1 949.451.4186 • Fax +1 949.475.4686
TMorgan2@gibsondunn.com • www.gibsondunn.com