IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE PLAINTIFFS' SECOND AMENDED COMPLAINT UNDER SEAL** |

1 | Having considered Plaintiffs' Application for Leave to File Plaintiffs' Second Amended Complaint Under Seal, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the unredacted portions of the Second Amended Complaint.

DATED: _____         _____

The Honorable James V. Selna
United States District Judge

33190411

-1-