**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**ORDER GRANTING PLAINTIFFS' RENEWED *EX PARTE* APPLICATION FOR AN ORDER REQUIRING APPLE TO COMPLY WITH THE SCHEDULING ORDER**<br><br>Discovery Cut-Off:      7/5/2021<br>Pre-Trial Conference:   3/21/2022<br>Trial:                          4/5/2022 |

Having considered Plaintiffs' Renewed *Ex Parte* Application for an Order Requiring Apple to Comply with the Scheduling Order, all the papers filed in support thereof, all papers in opposition thereto, nd finding good cause, the Court hereby GRANTS Plaintiffs' application as follows:

1. Apple must produce core technical documents sufficient to show the operation of the Accused Products, including source code, within five (5) days of this Order;

2. The Court rejects Apple's attempt to condition document productions on an "ethical wall";

3. Plaintiffs deadline for "Infringement Contentions (Patent L.R. 3-1 and 3-2)" is extended until forty-two (42) days after Apple completes its production of core technical documents; and

4. Should Plaintiffs dispute the sufficiency of Apple's core technical document production, the parties shall present the dispute to this Court on an *ex parte* basis, and Plaintiffs' deadline to present infringement contentions will be tolled until forty-two (42) days after the matter is resolved.

-2-

This issue has been litigated multiple times, and Apple has not prevailed. Now is the time for Apple to act: The Court expects prompt and full compliance. Any further recalcitrance on Apple's part will likely draw an application for contempt or sanctions under 28 U.S.C. § 1927 or an invitation from the Court to seek such relief.

**IT IS SO ORDERED.**

DATED: July 29, 2020

_____
The Honorable James V. Selna
United States District Judge