1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>           Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>           Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S *EX PARTE* APPLICATION FOR AN ORDER SCHEDULING A CASE MANAGEMENT CONFERENCE**<br><br>Hon. James V. Selna<br>No Hearing Noticed |

This matter is before the Court pursuant to Defendant Apple Inc.'s *Ex Parte* Application for an Order Scheduling a Case Management Conference ("*Ex Parte* Application"), under Local Rule 7-19.

Having considered the documents filed in support of and in opposition to the Ex Parte Application, the argument of counsel, the pleadings on file in this action, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Defendant Apple Inc.'s *Ex Parte* Application is GRANTED. The Court hereby schedules a case management conference to occur on _____ to discuss the schedule for this case.

**IT IS SO ORDERED.**

Dated:_____          _____
                                    The Honorable James V. Selna
                                    United States District Judge