NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER RE APPLE'S *EX PARTE* APPLICATION FOR AN ORDER SCHEDULING A CASE MANAGEMENT CONFERENCE**<br><br>Hon. James V. Selna<br>No Hearing Noticed |

This matter is before the Court pursuant to Defendant Apple Inc.'s *Ex Parte* Application for an Order Scheduling a Case Management Conference ("*Ex Parte* Application"), under Local Rule 7-19. The Application is denied.

With respect to patents newly asserted in the Second Amendment Complaint, and only those patents, the date for Apple to file its invalidity contentions is extended for 45 days. Should Apply later apply to augment or amend its invalidity contentions, the Court will take into account the unusual sequence of disclosures which has resulted from Apple's failure to make timely production.

**IT IS SO ORDERED.**

Dated:_8/6/2020_____            _____
                                                            The Honorable James V. Selna
                                                            United States District Judge