JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DEFENDANT APPLE INC.'S APPLICATION TO SEAL DEFENDANT'S OPPOSITION TO PLAINTIFFS' APPLICATION TO FILE PLAINTIFFS' SECOND AMENDED COMPLAINT UNDER SEAL** <br><br> Hon. James V. Selna <br> No Hearing Noticed <br><br> Discovery Cut-Off:     7/5/2021 <br> Pre-Trial Conference: 3/21/2022 <br> Trial:                         4/5/2022 |

1    Pursuant to Local Rule 79-5.2.2(a) and Plaintiffs' submission of their Second

2  Amended Complaint ("SAC") under seal, Defendant Apple Inc. ("Apple") requests

3  that the Court seal portions of Defendant's Opposition to Plaintiffs' Application to File

4  Plaintiffs' Second Amended Complaint Under Seal (the "Opposition") until the Court

5  decides Plaintiffs' Application to File Plaintiffs' Second Amended Complaint Under

6  Seal (the "Application").

7    As outlined in its Opposition, Apple believes that there are no grounds to seal

8  paragraphs 41, 43, 45, 47, and 49 of Plaintiffs' Application, and therefore no grounds

9  to seal any portion of Apple's Opposition.  To succeed on an application to seal,

10  Plaintiffs must show "compelling reasons sufficient to outweigh the public's interest in

11  disclosure." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir.

12  2006).  Plaintiffs have not met this burden.  Nonetheless, Apple respectfully submits

13  its Opposition under seal until such time as the Court decides whether Plaintiffs' SAC

14  merits sealing.

15

16  Dated:  August 10, 2020           Respectfully submitted,

17                                    JOSHUA H. LERNER
                                      H. MARK LYON
18                                    BRIAN M. BUROKER
                                      BRIAN A. ROSENTHAL
19                                    ILISSA SAMPLIN
                                      ANGELIQUE KAOUNIS
20                                    BRIAN K. ANDREA
                                      GIBSON, DUNN & CRUTCHER LLP
21

22

23                                    By: */s/ Joshua H. Lerner*
                                          Joshua H. Lerner
24

25                                    *Attorneys for Defendant Apple Inc.*

26

27

28

APPLICATION TO SEAL DEFENDANT'S OPPOSITION
TO PLAINTIFF'S APPLICATION TO FILE SECOND AMENDED
COMPLAINT UNDER SEAL                                CASE NO. 8:20-cv-00048-JVS (JDEx)

1