JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **APPLE'S APPLICATION TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLE'S MOTION TO DISMISS UNDER SEAL** <br><br> Hon. James V. Selna <br> No Hearing Noticed <br><br> Discovery Cut-Off:    7/5/2021 <br> Pre-Trial Conference: 3/21/2022 <br> Trial:                4/5/2022 |

Pursuant to Local Rule 79-5.2.2(a) and Plaintiffs' submission of their Second Amended Complaint ("SAC") under seal, Defendant Apple Inc. ("Apple") requests that the Court seal portions of Apple's Memorandum of Points and Authorities In Support of Apple's Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Second Amended Complaint ("Memorandum") until the Court decides Plaintiffs' Application to File Plaintiffs' Second Amended Complaint Under Seal ("Application").

As outlined in Apple's Opposition to Plaintiffs' Application to File Plaintiffs' Second Amended Complaint (Dkt. No. 97), Apple believes that there are no grounds to seal paragraphs 41, 43, 45, 47, and 49 of Plaintiffs' SAC, and therefore no grounds to seal the portions of Apple's Memorandum quoting portions of those paragraphs. Apple does not object, however, to the Court sealing the lines of paragraphs 42, 44, 46, 48, and 50 of the SAC identifying bates numbers and file names. Therefore, depending on the Court's ruling on Plaintiffs' Application, there may be grounds to seal the portions of Apple's Memorandum quoting portions of those paragraphs. Apple respectfully submits its Memorandum under seal until such time as the Court decides whether Plaintiffs' SAC merits sealing.

Dated: August 14, 2020                Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP


By: */s/ Joshua H. Lerner*
        Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*