Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404 Facsimile: (949) 760-9502

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: September 14, 2020<br>Time: 1:30 p.m.<br>Ctrm: 10C<br>Judge: Hon. James V. Selna |

1  PLEASE TAKE NOTICE that on September 14, 2020, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable James V. Selna, Courtroom 10C of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, CA 92701, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Plaintiffs") will and hereby do move for a preliminary injunction.

This motion is based upon this Notice of Motion, the Memorandum of Points and Authorities, the Declarations of Adam B. Powell, Joe Kiani, Mohamed Diab, and Jereon Poeze, including the exhibits attached thereto, all filed concurrently herewith, any subsequently filed briefs and declarations, the pleadings and papers filed in this action, and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 17, 2020       By: */s/ Adam B. Powell*
  Joseph R. Re
  Stephen C. Jensen
  Perry D. Oldham
  Stephen W. Larson

  Attorneys for Plaintiffs,
  Masimo Corporation and
  Cercacor Laboratories, Inc.

32548158