# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Honorable James V. Selna |

Having considered Plaintiffs' Motion for Preliminary Injunction, all the papers filed in support, in opposition and in reply thereof, and any oral argument by counsel on the motion, the Court hereby **GRANTS** Plaintiffs' Motion for Preliminary Injunction. It is therefore **ORDERED** that:

1. Apple shall take all necessary steps to prevent publication of any Apple patent, patent application, document, or other presentation of information that:
    a. Concerns measurement or tracking of health-related or physiological information; and
    b. Names as an inventor or author one or more of Plaintiffs' former employees;

    *Until,*

2. Apple provides Plaintiffs with a copy of the patent, patent application, document, or other presentation of information on a confidential basis and either:
    a. Plaintiffs do not seek injunctive relief within 60 days of receiving the information from Apple; or
    b. Plaintiffs seek injunctive relief and the Court denies such relief.

Dated:  _____

Honorable James V. Selna

32548611

-1-