Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404 Facsimile: (949) 760-9502

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: September 14, 2020<br>Time: 1:30 p.m.<br>Ctrm: 10C<br>Judge: Hon. James V. Selna |

I, Adam B. Powell, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Plaintiffs") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a printout from Cercacor's website <https://www.cercacor.com/pages/history>.

3. Attached hereto as **Exhibit 2 [filed under seal]** is a true and correct copy of an email chain between personnel at Apple and Plaintiffs between March and April 2013.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a printout of what appears to be Dr. Michael O'Reilly's profile on www.LinkedIn.com.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a printout of what appears to be Marcelo Lamego's profile on www.LinkedIn.com.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a letter from Plaintiffs' counsel to Apple dated January 24, 2014.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a letter from Perry Oldham (who is also counsel of record for Plaintiffs) to Mark Lyon (who is counsel of record for Apple), dated March 4, 2020.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a letter from Mr. Lyon to Mr. Oldham, dated March 6, 2020.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a letter from Mr. Oldham to Mr. Lyon, dated April 17, 2020.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a letter from Joshua Lerner (who is counsel of record for Apple) to Mr. Oldham, dated April 22, 2020.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an email from Mark Kachner (who is also counsel of record for Plaintiffs) to Mr. Lyon, dated August 6, 2020.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a letter from Mr. Lyon to Mr. Kachner, dated August 13, 2020.

13. Attached hereto as **Exhibit 12** are true and correct copies of nondisclosure agreements between Mr. Lamego and Plaintiffs, dated June 2000, January 2003, January 2005, and May 2009.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the file history for United States Patent No. 10,219,754.

15. Attached hereto as **Exhibit 14** is a true and correct copy of United States Patent No. 10,219,754.

16. Attached hereto as **Exhibit 15 [filed under seal]** are true and correct copies of excerpts from Masimo laboratory notebooks from 2003-2005.

17. Attached hereto as **Exhibit 16 [filed under seal]** is a true and correct copy of excerpts from Jereon Poeze's Cercacor laboratory notebook from 2008. This laboratory notebook is referenced in the Declaration of Jereon Poeze, filed concurrently herewith.

18. Attached hereto as **Exhibit 17 [filed under seal]** is a true and correct copy of an email from Mr. Lamego to Joe Kiani (who is the CEO of both Masimo and Cercacor) dated July 21, 2006.

19. Attached hereto as **Exhibit 18** is a true and correct copy of United States Patent No. 9,952,095.

20. Attached hereto as **Exhibit 19** is a true and correct copy of United States Patent No. 9,723,997.

21. Attached hereto as **Exhibit 20** is a true and correct copy of U.S. Provisional Patent Application No. 62/056,299

22. Attached hereto as **Exhibit 21** is a true and correct copy of U.S. Provisional Patent Application No. 62/057,089.

23. Attached hereto as **Exhibit 22** is a true and correct copy of U.S. Provisional Patent Application No. 62/047,818.

24. Attached hereto as **Exhibit 23** is a true and correct copy of the file history for United States Patent No. 9,952,095.

25. Attached hereto as **Exhibit 24** is a true and correct copy of the file history for United States Patent No. 9,723,997.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

Executed on August 17, 2020, at Encinitas, California.

      */s/ Adam B. Powell*
      Adam B. Powell

32548559