IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation<br><br>        Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) Hon. James V. Selna<br>) Magistrate Judge John D. Early<br>)<br>) **[PROPOSED] ORDER**<br>) **GRANTING LEAVE TO FILE**<br>) **UNDER SEAL PORTIONS OF**<br>) **PLAINTIFFS' MOTION FOR**<br>) **PRELIMINARY INJUNCTION**<br>)<br>)<br>)<br>)<br>) |

1        Having considered Plaintiffs' Application for Leave to File Under Seal

2    portions of Plaintiffs' Motion for Preliminary Injunction, including (1) portions

3    of Plaintiffs' Memorandum in Support of Plaintiffs' Motion for a Preliminary

4    Injunction ("Memorandum"), (2) the Declaration of Mohamed Diab in Support

5    of Plaintiffs' Motion For Preliminary Injunction ("Diab Declaration"), (3) the

6    Declaration of Jeroen Poeze in Support of Plaintiffs' Motion For Preliminary

7    Injunction ("Poeze Declaration"), (4) portions of the Declaration of Joe Kiani in

8    Support of Plaintiffs' Motion For Preliminary Injunction ("Kiani Declaration")

9    and (5) Exhibits 2 and 15-17 to the Declaration of Adam Powell in Support of

10   Plaintiffs' Motion For Preliminary Injunction ("Powell Preliminary Injunction

11   Declaration"), and finding good cause therefor, the Application is GRANTED.

12       **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and

13   Cercacor Laboratories, Inc. may file under seal (1) the unredacted portions of

14   Plaintiffs' Memorandum and Kiani Declaration, and (2) the entirety of the Diab

15   Declaration, Poeze Declaration, and Exhibits 2 and 15-17 to the Powell

16   Preliminary Injunction Declaration.

17

18   DATED: _____          _____

19                                     The Honorable James V. Selna
                                       United States District Judge

20   33283466

21

22

23

24

25

26

27

28

-1-