Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404 Facsimile: (949) 760-9502

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF JOE KIANI IN SUPPORT OF PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: September 14, 2020<br>Time: 1:30 p.m.<br>Ctrm: 10C<br>Judge: Hon. James V. Selna |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, Joe Kiani, hereby declare:

1. I am the Chief Executive Officer for both Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Plaintiffs"). I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2. Masimo is a global medical technology company that develops and manufactures innovative noninvasive patient monitoring technologies using system theory, including adaptive signal processing. I have been the CEO of Masimo since 1989 when I founded the company.

3. In 1998, Masimo spun certain technologies into a new company named Masimo Laboratories, Inc. The name of that company later changed to Cercacor Laboratories. I have been the CEO of Masimo Laboratories and Cercacor since the company was founded in 1998. Masimo and Cercacor collaborate on technology developments and cross-license technologies to each other.

4. Noninvasively measuring physiological parameters such as pulse rate and arterial oxygen saturation involves measuring the body's absorption of light at various wavelengths. Reliably measuring these parameters required a new and deep understanding of signal processing, light propagation through body tissue, light behavior outside of the tissue, sensor coupling and positioning, confounders of the signal, such as noise, as well as many other nuances in the system. We invented and pioneered these ideas, some we patented and some we kept as trade secrets. It also requires an understanding of hardware considerations and configurations, including those that improve the performance of the light-based measurements. Plaintiffs developed and continually worked for decades to improve industry-leading technology to non-

1  invasively measure physiological parameters from optical signals. Although Masimo and Cercacor own patents on various technologies, Masimo and Cercacor also confidentially maintain many technologies as trade secrets.

5. In 2013, based on requests from Apple, I (along with others) met with Apple, subject to a confidentiality agreement, to discuss Apple's desire to integrate Plaintiffs' technology into Apple's products. I believed our discussions with Apple were productive, but Apple cut off the discussions.

6. Following our meetings with Apple in 2013, Apple hired Masimo's Chief Medical Officer—Dr. Michael O'Reilly.  ███████████ ███████████████████████████████████████████ ███████████████████████████████ Apple then hired Cercacor's Chief Technical Officer—Marcelo Lamego, and has since hired multiple employees from Plaintiffs.

7. Marcelo Lamego was one of several key engineers for Masimo and Cercacor. For several years, Mr. Lamego shared an office with Mohamed Diab, who co-founded Masimo along with me. Mr. Lamego was put in this office with Mr. Diab, so he could learn everything possible from Mr. Diab. I ultimately had planned that Mr. Lamego would succeed Mr. Diab. Lamego was assigned to work on some of Masimo's and Cercacor's most complex technical issues involving noninvasive physiological monitoring with Mr. Diab's supervision, teaching and guidance. Mr. Lamego rose through the ranks at Masimo and Cercacor, and I ultimately selected him to become Cercacor's Chief Technical Officer. Mr. Lamego had complete and unfettered access to Masimo's and Cercacor's confidential technology. And, he had been taught by the brightest engineers at Masimo, including those responsible for delivering breakthrough non-invasive monitors used by hospitals today. Mr. Lamego's

experience prior to Masimo, although involving signal processing, was not directed at noninvasive medical monitoring, much less pulse oximetry.

8. Masimo and Cercacor require their employees to sign confidentiality agreements that obligate the employees to preserve the secrecy of confidential information.



10. Masimo is the leading pulse oximetry technology in United States hospitals, and we estimate our technology is used to monitor more than 200 million patients worldwide annually. For some non-invasive parameters besides pulse oximetry, Plaintiffs are the only providers of such technology worldwide.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

Executed on August 17, 2020 at Irvine, California.

/s/ Joe Kiani

33267203

-3-