**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL PLAINTIFFS' REPLY IN SUPPORT OF THEIR APPLICATION TO FILE PLAINTIFFS' SECOND AMENDED COMPLAINT UNDER SEAL** |

1  Having considered Plaintiffs' Application to File Under Seal Plaintiffs'
2  Reply in Support of Their Application to File the Second Amended Complaint
3  Under Seal, and finding good cause therefor, the Application is GRANTED.

4  **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
5  Cercacor Laboratories, Inc. may file under seal the unredacted portions of
6  Plaintiffs' Reply in Support of Their Application to File the Second Amended
7  Complaint Under Seal.

9  DATED: 8/17/20

_____

The Honorable James V. Selna
United States District Judge

33335289

-1-