# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Having considered Plaintiffs' Application for Leave to File Under Seal portions of Plaintiffs' Motion for Preliminary Injunction, including (1) portions of Plaintiffs' Memorandum in Support of Plaintiffs' Motion for a Preliminary Injunction ("Memorandum"), (2) the Declaration of Mohamed Diab in Support of Plaintiffs' Motion For Preliminary Injunction ("Diab Declaration"), (3) the Declaration of Jeroen Poeze in Support of Plaintiffs' Motion For Preliminary Injunction ("Poeze Declaration"), (4) portions of the Declaration of Joe Kiani in Support of Plaintiffs' Motion For Preliminary Injunction ("Kiani Declaration") and (5) Exhibits 2 and 15-17 to the Declaration of Adam Powell in Support of Plaintiffs' Motion For Preliminary Injunction ("Powell Preliminary Injunction Declaration"), and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal (1) the unredacted portions of Plaintiffs' Memorandum and Kiani Declaration, and (2) the entirety of the Diab Declaration, Poeze Declaration, and Exhibits 2 and 15-17 to the Powell Preliminary Injunction Declaration.

DATED: 8/18/20

_____
The Honorable James V. Selna
United States District Judge

33283466

-1-