Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404 Facsimile: (949) 760-9502

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**SUPPLEMENTAL DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' APPLICATION TO FILE PLAINTIFFS' SECOND AMENDED COMPLAINT UNDER SEAL** |

I, Adam B. Powell, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Ceracor") (collectively, "Plaintiffs") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.

2. I submit this Supplemental Declaration in support of Plaintiffs' Application to File Plaintiffs' Section Amended Complaint Under Seal (the "Application").

3. On August 7, 2020, the parties met and conferred regarding Apple's anticipated opposition to the Application. In attendance were myself, Steve Larson (who is also counsel of record for Plaintiffs), Joshua Lerner (who is counsel of record for Apple), and Vladimir Semendyai (who works at Mr. Lerner's law firm). During the conference, Apple asked Plaintiffs to agree that Apple's outside counsel could show paragraphs 41, 43, 45, 47, and 49 of the Second Amended Complaint ("SAC") to three in-house counsel at Apple. Apple identified the three in-house counsel as the same people it had identified in its Motion for Reconsideration of the Protective Order: Ryan Moran, Natalie Pous, and David Melaugh. *See* Dkt. 84 at 11. Apple offered not to oppose Plaintiffs' Application if Plaintiffs agreed Apple's in-house counsel could have access to paragraphs 41, 43, 45, 47, and 49 of the SAC.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on August 17, 2020, at Encinitas, California.

                       */s/ Adam B. Powell*
                       Adam B. Powell

33190033

-1-