Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404 Facsimile: (949) 760-9502

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation<br><br>    Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) Hon. James V. Selna<br>) Magistrate Judge John D. Early<br>)<br>) **PLAINTIFFS' APPLICATION TO**<br>) **FILE UNDER SEAL PLAINTIFFS'**<br>) ***EX PARTE*** **APPLICATION TO**<br>) **ENFORCE THE COURT'S**<br>) **ORDER AND SUPPORTING**<br>) **DOCUMENTS**<br>)<br>)<br>)<br>)<br>) |

1    Pursuant to Local Rule 79-5.2.2, Plaintiffs hereby apply for leave to seal

2    (1) the unredacted *Ex Parte* Application to Enforce the Court's Order ("*Ex*

3    *Parte* Application"), (2) the unredacted Declaration of Perry Oldham in Support

4    of Plaintiffs' Application to Enforce the Court's Order ("Oldham Declaration"),

5    and (3) Exhibits 5 and 11 to the Oldham Declaration.

6         Exhibit 5 to the Oldham Declaration consists of documents Apple

7    produced in discovery bearing bates numbers APL-MAS_00000842-1192.

8    These documents appear to contain some technical information about some of

9    Apple's products and were designated by Apple as HIGHLY CONFIDENTIAL

10   – ATTORNEYS EYES ONLY under the Protective Order.  Powell Decl. ¶ 4.

11   Exhibit 11 is copy of an email sent from Brian Andrea (counsel of record for

12   Apple) to Perry Oldham (counsel of record for Plaintiffs) at 6:53am on August

13   20, 2020.  *Id.*  This email discusses some of the details of Apple's source code.

14   *Id.*  The Oldham Declaration discusses Mr. Oldham's review of Apple's source

15   code.  *Id.*  The unredacted *Ex Parte* Application references and quotes from the

16   Oldham Declaration, and Exhibits 5 and 11.  *Id.*

17        Accordingly, Masimo respectfully requests an order permitting the

18   concurrently-lodged documents to be filed under seal.

19

20                          Respectfully submitted,

21                          KNOBBE, MARTENS, OLSON & BEAR, LLP

22
     Dated:  August 20, 2020      By: */s/ Adam B. Powell*
23                                   Joseph R. Re
                                     Stephen C. Jensen
24                                   Perry D. Oldham
                                     Stephen W. Larson
25                                   Adam B. Powell

26                                   Attorneys for Plaintiffs,
                                     Masimo Corporation and
27   33364423

28

                              -1-