1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION TO ENFORCE THE COURT'S ORDER**<br><br>Discovery Cut-Off: 7/5/2021<br>Pre-Trial Conference: 3/21/2022<br>Trial: 4/5/2022 |

Having considered Plaintiffs' *Ex Parte* Application to Enforce the Court's Order (the "Application"), all the papers filed in support thereof, any papers in opposition thereto, and any oral argument of counsel, and finding good cause, the Court hereby GRANTS Plaintiffs' application as follows:

1. Apple has not satisfied its obligation to produce core technical documents sufficient to show the operation of the Accused Products;

2. Apple must produce core technical documents sufficient to show the operation of the Accused Products, including source code, within five (5) days of this Order;

3. For the remainder of this action, Apple may not rely on any core technical documents that it fails to produce within the time set forth in Paragraph 2 of this Order; and

4. Apple shall pay Plaintiffs their reasonable attorneys' fees incurred in attempting to obtain compliance with the Court's prior order (Dkt. 92) and in pursuing the Application, which Plaintiffs shall submit by declaration within seven (7) days of this Order.

**IT IS SO ORDERED.**

DATED: _____          _____

                                                   The Honorable James V. Selna
                                                   United States District Judge

33270761

-1-