# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S *EX PARTE* APPLICATION FOR A MODIFIED BRIEFING AND EXPERT OBJECTION SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Before:　　　Hon. James V. Selna |

This matter is before the Court pursuant to Defendant Apple Inc.'s *Ex Parte* Application. Having considered the documents filed in support of and in opposition to the Application, the pleadings on file in this action, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Apple's *Ex Parte* Application is GRANTED as follows:

1. Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 108) will be heard October 5, 2020, at 1:30 PM;

2. Apple's opposition to Plaintiffs' Motion for Preliminary Injunction shall be due by September 7, 2020;

3. Plaintiffs' reply in further support of their Motion for Preliminary Injunction shall be due by September 21, 2020;

4. Plaintiffs shall provide any objections to Apple's proposed expert Dr. Majid Sarrafzadeh by August 24, 2020;

5. If Plaintiffs object to Dr. Sarrafzadeh, Apple may propose a replacement expert under Section 9.2(c) of the Protective Order and Plaintiffs will provide objections to the replacement expert, if any, within three calendar days of receiving the disclosure of the replacement expert;

6. Apple shall provide any objections to Plaintiffs' proposed expert Dr. Vijay Madisetti by August 24, 2020; and

7. If Apple objects to Dr. Madisetti, Plaintiffs may propose a replacement expert under Section 9.2(c) of the Protective Order and Apple will provide objections to the replacement expert, if any, within three calendar days of receiving the disclosure of the replacement expert.

**IT IS SO ORDERED.**

Dated: _____

The Honorable James V. Selna
United States District Judge