# Exhibit E

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Joshua H. Lerner
Direct: +1 415.393.8254
Fax: +1 415.374.8499
JLerner@gibsondunn.com

03290-00135

April 22, 2020

Perry D. Oldham
Knobbe, Martens, Olson & Bear LLP
2040 Main St., 14th Fl.
Irvine, CA 92614
Perry.Oldham@knobbe.com

Re:   Masimo Corp. and Cercacor Laboratories, Inc. v. Apple Inc.

Dear Mr. Oldham:

Despite Apple's requests, Plaintiffs have not described any of their confidential information yet, let alone provided examples of disclosures of the alleged confidential information in prior applications. Nonetheless, Plaintiffs are seeking yet again to gain access to Apple's confidential information. The Court has now ordered Plaintiffs to comply with Section 2019.210, and Plaintiffs must do so before they may commence any trade secret related discovery.

Your letters also suggest that Plaintiffs' prior employees cannot work within their chosen fields without disclosing Plaintiffs' secrets. That is contrary to California law and Plaintiffs' position is anti-competitive.

Very truly yours,

*[signature]*

JHL/akm

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

Exhibit E
Page 19