# Exhibit G

| | |
|---|---|
| **From:** | Mark.Kachner |
| **To:** | Lyon, H. Mark |
| **Cc:** | *** Apple-Masimo; Masimo.Apple |
| **Subject:** | Masimo and Cercacor v. Apple - Apple"s patent publications |
| **Date:** | Thursday, August 6, 2020 10:20:59 PM |
| **Attachments:** | 2020-04-17 pdo letter to Lyon.pdf |

[External Email]

Mark,

With the now-entered protective order, will Apple finally answer Plaintiffs' questions (See 2020/04/17 letter from Perry Oldham) regarding whether Apple may allow additional patent applications to publish that list former Masimo or Cercacor employees as inventors, and whether such unpublished applications currently exist? We will treat Apple's answer as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order.

Thanks, Mark

**Mark Kachner**
Partner
Mark.Kachner@knobbe.com

310-407-3472 Direct

Knobbe Martens
INTELLECTUAL PROPERTY LAW

five decades. one focus.
1925 Century Park East, Suite 600
Los Angeles, CA 90067
www.knobbe.com/mark-kachner

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.