# Exhibit H

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel 650.849.5300
www.gibsondunn.com

H. Mark Lyon
Direct: +1 650.849.5307
Fax: +1 650.849.5007
MLyon@gibsondunn.com

August 13, 2020

**Via E-Mail**

Mark D. Kachner
Knobbe, Martens, Olson & Bear LLP
1925 Century Park East
Suite 600
Los Angeles, CA 90067
Mark.Kachner@knobbe.com

Re:  *Masimo Corp., et al. v. Apple Inc.,* Case No. 8:20-cv-48 (C.D. Cal.)

Dear Mark,

I write in response to your August 6, 2020 email in the above-titled action.

We responded to Plaintiffs' April 17 letter on April 22, 2020. We remain unaware of any valid basis for your request. Again, Plaintiffs still (eight months after filing this case) have not identified a single page or line number of an Apple patent filing that allegedly contains Plaintiffs' confidential information. Instead, Plaintiffs appear to be demanding disclosure of information from Plaintiffs' former employees based on an assumption that Plaintiffs' prior employees will inevitably disclose Plaintiffs' confidential information (or that Plaintiffs' former employees have some obligation to disclose what they are working on years after their employment with Plaintiffs ended), which is improper. If you believe there is any basis for your assertion that Plaintiffs' confidential information is allegedly contained in any of Apple's patent filings, please identify by line and page number any subject matter contained in any Apple patent filing that you allege contains Plaintiffs' trade secrets.

Sincerely,

H. Mark Lyon

CC: all counsel of record (by email)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

Exhibit H
Page 122