# Exhibit I

Exhibit I
Page 121

| | |
|---|---|
| **From:** | Samplin, Ilissa |
| **To:** | Adam.Powell; Stephen.Larson; Masimo.Apple |
| **Cc:** | Lyon, H. Mark; Lerner, Joshua H.; Rosenthal, Brian A.; Buroker, Brian M.; *** Apple-Masimo |
| **Subject:** | Masimo Corp. et al. v. Apple Inc. - Notice of potential ex parte |
| **Date:** | Tuesday, August 18, 2020 3:13:13 PM |
| **Attachments:** | Masimo Corp. et al. v. Apple Inc. Case No. 820-cv-00048-JVS-JDE - Disclosure of Dr. Majid Sarrafzadeh .msg |

Steve and Adam,

I just tried you both and left voicemails.  We would like to negotiate a schedule for Apple's opposition to Plaintiffs' motion for preliminary injunction—specifically, we request 3 weeks to oppose (which, I note, is the general default Adam and I previously agreed to for motion practice in this case).  Please let us know by COB today whether Plaintiffs will agree to this request, otherwise we will move for the extension *ex parte*.  I am available to discuss this afternoon by phone if necessary or helpful.

Also, we request that Plaintiffs expedite their consideration of the attached, and let us know of any objections by tomorrow, given the relevance to our opposition.  Please confirm.

Thank you,
Ilissa

**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

Exhibit I
Page 122