# Exhibit J

| | |
|---|---|
| **From:** | Lerner, Joshua H. |
| **To:** | Adam.Powell |
| **Cc:** | Samplin, Ilissa; Stephen.Larson; Masimo.Apple; Lyon, H. Mark; Rosenthal, Brian A.; Buroker, Brian M.; *** Apple-Masimo |
| **Subject:** | Re: Masimo Corp. et al. v. Apple Inc. - Notice of potential ex parte |
| **Date:** | Thursday, August 20, 2020 7:04:08 PM |

Adam,  I'm sorry that we won't be able to reach a resolution here—we do not agree on these points.  Thanks, Josh

**Joshua H. Lerner**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street Suite 3000, San Francisco, CA 94105-0921
Tel +1 415.393.8254 • Fax +1 415.374.8499
JLerner@gibsondunn.com • www.gibsondunn.com

On Aug 20, 2020, at 3:42 PM, Adam.Powell <Adam.Powell@knobbe.com> wrote:

 [External Email]

Ilissa,

Our requested relief means what it says and applies to more than patent filings.  Apple cannot circumvent Plaintiffs' relief by publishing the same material in some medium other than a patent filing.  We also do not agree to Apple's proposal that the relief applies only to "Apple employees."  Apple must take the necessary steps to prevent publication by others (e.g., its agents, lawyers, or the USPTO).

Please see our attached redlines.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**
**Knobbe Martens**

---

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>

**Sent:** Thursday, August 20, 2020 1:09 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** Lyon, H. Mark <MLyon@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. - Notice of potential ex parte

Adam,

We see that you edited the interim language to add back "documents, or other presentations of information."  Given that the allegation is that there was a disclosure in a patent filing, we are assuming that this means documents or other presentations of information relating to patent filings.

Please see clean and redline versions attached.

Thanks,
Ilissa


**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Wednesday, August 19, 2020 7:00 PM
**To:** Lerner, Joshua H. <JLerner@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** Lyon, H. Mark <MLyon@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. - Notice of potential ex parte

[External Email]
Josh,

Attached are our edits to the Stipulation and Proposed Order.  Please note, Plaintiffs intend to designate Dr. Vijay Madisetti as an expert and will provide the required disclosure this evening or tomorrow morning.  We modified the draft to state that

Apple will also provide its position with respect to Dr. Madisetti no later than August 21.

We are still in the process of reviewing your disclosure with respect to Dr. Sarrafzadeh. However, as a courtesy, we want to let you know as soon as we could that we will likely object to Dr. Sarrafzadeh.  We will provide our final position no later than August 21.

If Apple agrees to our changes, please return a final PDF version of the full filing for our approval.


Best regards,
Adam


**Adam Powell**
Partner
858-707-4245 **Direct**
**Knobbe Martens**

---

**From:** Lerner, Joshua H. <JLerner@gibsondunn.com>
**Sent:** Wednesday, August 19, 2020 3:21 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** Lyon, H. Mark <MLyon@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. - Notice of potential ex parte

Adam,  Attached is a draft proposed order and stipulation.  Please note that we put in a date certain for a response regarding the expert.  Please let us know today if these work so that we can avoid unnecessary motion practice.  Thank you, Josh

**Joshua H. Lerner**


# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street Suite 3000, San Francisco, CA 94105-0921
Tel +1 415.393.8254 • Fax +1 415.374.8499
JLerner@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Tuesday, August 18, 2020 8:49 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>

**Cc:** Lyon, H. Mark <MLyon@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. - Notice of potential ex parte

[External Email]
Ilissa,

We can agree to an extension if the extension does not prejudice the relief we requested.  Thus, we will agree to an extension if Apple agrees to the relief requested on an interim basis until the Court rules on the motion.  The extension would also need to be reciprocal as previously discussed, such that Apple would receive 3 weeks to oppose and Plaintiffs would receive 2 weeks to reply.  Please let us know if this works for Apple.

We are reviewing Apple's email regarding Dr. Sarrafzadeh and will get back to you on when we will provide our position on Apple designating him pursuant to the Protective Order.  We note that Dr. Sarrafzadeh signed the Protective Order on August 11, but Apple is just now disclosing him to us.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**
**Knobbe Martens**

---

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Tuesday, August 18, 2020 3:13 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** Lyon, H. Mark <MLyon@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Masimo Corp. et al. v. Apple Inc. - Notice of potential ex parte

Steve and Adam,

I just tried you both and left voicemails.  We would like to negotiate a schedule for Apple's opposition to Plaintiffs' motion for preliminary injunction—specifically, we request 3 weeks to oppose (which, I note, is the general default Adam and I previously agreed to for motion practice in this case).  Please let us know by COB today whether Plaintiffs will agree to this request, otherwise we will move for the extension *ex parte*.  I

am available to discuss this afternoon by phone if necessary or helpful.

Also, we request that Plaintiffs expedite their consideration of the attached, and let us know of any objections by tomorrow, given the relevance to our opposition.  Please confirm.

Thank you,
Ilissa

**Ilissa Samplin**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

<2020-08-20 Proposed Order (Plaintiffs edits).DOCX>
<2020-08-20 Stipulation (Plaintiffs edits).DOCX>