**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL PLAINTIFFS' *EX PARTE* APPLICATION TO ENFORCE THE COURT'S ORDER AND SUPPORTING DOCUMENTS** |

1  Having considered Plaintiffs' Application to File Under Seal (1) the
2  unredacted *Ex Parte* Application to Enforce the Court's Order ("*Ex Parte*
3  Application"), (2) the unredacted Declaration of Perry Oldham in Support of
4  Plaintiffs' Application to Enforce the Court's Order ("Oldham Declaration"),
5  and (3) Exhibits 5 and 11 to the Oldham Declaration, and finding good cause
6  therefor, the Application is GRANTED.

7  **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
8  Cercacor Laboratories, Inc. may file under seal the unredacted portions of the
9  *Ex Parte* Application, Oldham Declaration, and Exhibits 5 and 11 to the
10 Oldham Declaration.

12 DATED: 8/21/20                              _____
                                               The Honorable James V. Selna
                                               United States District Judge

14 33364480

-1-