Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404 Facsimile: (949) 760-9502

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' QUALIFIED OPPOSITION TO DEFENDANT APPLE INC.'S NOTICE AND EX PARTE APPLICATION FOR A MODIFIED BRIEFING SCHEDULE AND EXPERT OBJECTION SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (DKT. NO. 124)** |

I, Adam B. Powell, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Plaintiffs") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.

2. I submit this Declaration in support of Plaintiffs' Qualified Opposition to Defendant Apple Inc.'s Notice and *Ex Parte* Application for a Modified Briefing Schedule and Expert Objections Schedule for Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 124).

3. Attached hereto as **Exhibit 1** is a true and correct copy of a letter from Perry Oldham (who is counsel of record for Plaintiffs) to Mark Lyon (who is counsel of record for Apple), dated April 17, 2020.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an email sent from Josh Lerner (who is counsel of record for Apple) to myself at 4:10pm on August 21, 2020.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on August 21, 2020, at Encinitas, California.

                        */s/ Adam B. Powell*
                         Adam B. Powell

33190033

-1-