**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

1  JOSHUA H. LERNER, SBN 220755
    jlerner@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street Suite 3000
3  San Francisco, CA 94105
   Tel.:  415.393.8200 / Fax: 415.393.8306

4
5  H. MARK LYON, SBN 162061
    mlyon@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
7  Palo Alto, CA 94304-1211
   Tel.:  650.849.5300 / Fax: 650.849.5333

8  BRIAN M. BUROKER, *pro hac vice*
    bburoker@gibsondunn.com
9  BRIAN K. ANDREA, *pro hac vice*          ILISSA SAMPLIN, SBN 314018
    bandrea@gibsondunn.com                   isamplin@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP              GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.            333 South Grand Avenue
11 Washington, D.C. 20036                   Los Angeles, CA 90071-3197
   Tel.: 202.955.8500 / Fax: 202.467.0539  Tel.: 213.229.7000 / Fax: 213.229.7520

12
13 BRIAN A. ROSENTHAL, *pro hac vice*      ANGELIQUE KAOUNIS, SBN 209833
    brosenthal@gibsondunn.com                akaounis@gibsondunn.com
14 GIBSON, DUNN & CRUTCHER LLP             GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue                          2029 Century Park East Suite 4000
15 New York, NY 10166-0193                  Los Angeles, CA 90067
   Tel.: 212.351.2339 / Fax: 212.817.9539  Tel.: 310.552.8546 / Fax: 310.552.7026

16 *Attorneys for Defendant Apple Inc.*

17           **UNITED STATES DISTRICT COURT**

18 **FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

19 MASIMO CORPORATION,                    CASE NO. 8:20-cv-00048-JVS (JDEx)
   a Delaware corporation; and
20 CERCACOR LABORATORIES, INC.,          **DECLARATION OF BRIAN
   a Delaware corporation,                **ROSENTHAL IN SUPPORT OF
21                                         **APPLE'S OPPOSITION TO
                Plaintiffs,                **PLAINTIFFS' *EX PARTE*
22                                         **APPLICATION TO ENFORCE THE
         v.                                **COURT'S ORDER**
23
   APPLE INC.,
24 a California corporation,
25              Defendant.
26                                         Before:  Hon. James V. Selna
27
28

Gibson, Dunn &
Crutcher LLP

I, Brian Rosenthal, declare and state as follows:

1.     I am an attorney permitted to practice law before this Court *pro hac vice* and am licensed to practice law in New York and the District of Columbia.  I am a partner with the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn") and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2.     I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3.     I make this Declaration in support of Apple's Opposition to Plaintiffs' *Ex Parte* Application to Enforce the Court's Order ("Application").

4.     Apple and Plaintiffs held an hour-long meet and confer regarding Plaintiffs' Application on the evening of August 20, 2020.  During that meet and confer, Plaintiffs went through a list of topics that they alleged were not included in Apple's technical document and source code productions and inquired whether Apple was willing to provide those materials.  I explained during the meet and confer that Apple either (1) had already produced documents or source code directed to each topic, but nevertheless were investigating whether any additional documents may exist that were related to such topics (and would produce additional documents if they did exist), or (2) were already investigating whether any documents exist that are related to each topic and, if so, Apple would produce those documents.  I further explained that Apple was willing to provide documents related to all of the topics Plaintiffs listed and went through during the meet and confer, and that the only documents Apple was unwilling to provide are documents related to an unreleased and unannounced future Apple Watch product.  At the end of the meet and confer, the only dispute between the parties was whether Apple would provide documents relating to that unreleased Apple Watch.

5.     Plaintiffs filed their Complaint on January 9, 2020.  The Complaint alleged, *inter alia*, that Apple's Accused Products infringe the following patents: U.S. Patent No. 10,258,265 ("'265 patent"); U.S. Patent No. 10,258,266 ("'266 patent"); U.S. Patent No.

1   10,292,628 ("'628 patent"); U.S. Patent No. 10,299,708 ("'708 patent"); U.S. Patent No.

2   10,376,190 ("'190 patent"); U.S. Patent No. 10,376,191 ("'191 patent"); U.S. Patent No.

3   10,470,695 ("'695 patent"); U.S. Patent No. 6,771,994 ("'994 patent"); U.S. Patent No.

4   8,457,703 ("'703 patent"); and U.S. Patent No. 10,433,776 ("'776 patent").  Plaintiffs'

5   Complaint was filed with the Court at Docket 1.

6       6.      Plaintiffs filed a First Amended Complaint on March 25, 2020.  The First

7   Amended Complaint added infringement allegations for two new patents: U.S. Patent

8   No. 10,588,553 ("'553 patent"); and U.S. Patent No. 10,588,554 ("'554 patent").

9   Plaintiffs' First Amended Complaint was filed with the Court at Docket 28.

10      7.      On June 15, 2020, Apple served non-confidential core technical documents

11  in accordance with the Court's deadline for production of such documents.  Due to a

12  dispute between the parties regarding Plaintiffs' failure to provide a proper trade secret

13  disclosure, that production included only publicly available core technical documents

14  related to the Accused Products, based on the allegedly infringing features identified in

15  the First Amended Complaint.

16      8.      On July 16, 2020, three days after the Court denied Apple's request to stay

17  its production of confidential technical documents until Plaintiffs proffered a proper

18  trade secret disclosure, Apple produced confidential core technical documents related to

19  the Accused Products, which included, *inter alia*, the following documents:

20          a.  Documents sufficient to describe the structure of sensor module

21              Plaintiffs accuse of infringing all of the patents other than the '703 and

22              '776 patents.  These include numerous CAD drawings of the entire

23              structure of the module showing how all of the accused components

24              within the sensor module are arranged and connected, including

25              dimensions and materials.

26          b.  The Engineering Requirements Specification for Apple's sensing

27              hardware—this document describes the operation of the sensor module

28

and the operation of the algorithms used by the sensor module to measure heart rate.  They include ASIC and connectivity diagrams, chipset layout, pictures of the arrangement of components in the sensor module on the Watch, operation of the LEDs, operation of the photodiodes, including descriptions of the duty cycle and timing used by the LEDs.

c. Engineering documents from Apple's "Radar" database describing the operation of the LED drive current, frequency, and brightness.  This included all such Radar documents related to the features identified in the First Amended Complaint alleged to infringe the '703 and '776 Patents, including the SRS, AGC and OPC features.  Notably, these documents include an entire section that explains how the algorithms for those features operate.  Indeed, many of the documents include annotated block diagrams showing the operation of the algorithms.

9.     On August 3, 2020, pursuant to the Court's Order regarding core technical documents, Apple produced source code for the entire firmware for the optical components of the Accused Products.  This source code included hundreds of files, among which was all code related to the SRS, AGC and OPC features of the Apple Watch Series 3, 4 and 5 products that Apple understood to be relevant to Plaintiffs' allegations of infringement of the '703 and '776 Patents.  Attached hereto as Exhibit A is a true and correct copy of email correspondence regarding the initiation of source code review.

10.     Thus, as of August 3, 2020, based on the accused functionalities of the Accused Products set forth in Plaintiffs' First Amended Complaint, Apple believed in good faith that it had produced documents more than sufficient to show the operation, structure and function of all features that were accused of infringement.  Apple thus believed in good faith (and believes today) that its production of core technical

DECL. OF BRIAN ROSENTHAL IN SUPPORT OF
APPLE'S OPPOSITION

CASE NO. 8:20-CV-00048-JVS (JDEX)

documents was completed as of August 3, 2020, based on the scope of the patent case set forth in the First Amended Complaint.

11.     In the meantime, Plaintiffs filed a motion to file its Second Amended Complaint under seal, including a version of its Second Amended Complaint, on July 24, 2020.  The Second Amended Complaint dropped infringement allegations for five patents: the '266 patent, the '708 patent, the '190 patent, the '191 patent, and the '695 patent.  The Second Amended Complaint also added infringement allegations for five new patents: U.S. Patent No. 10,624,564 ("'564 patent"); U.S. Patent No. 10,631,765 ("'765 patent"); U.S. Patent No. 10,702,194 ("'194 patent"); U.S. Patent No. 10,702,195 ("'195 patent"); and U.S. Patent No. 10,709,366 ("'366 patent").  Plaintiffs' Second Amended Complaint was first filed with the Court at Docket 89-1.

12.     Plaintiffs also served preliminary infringement contentions on July 27, 2020, a true and correct copy of which is attached hereto as Exhibit B.  Those infringement contentions covered the five new patents along with the remaining patents from the First Amended Complaint.  With respect to the '703 and '776 Patents, the preliminary infringement contentions identified several features that Apple did not previously understand to be accused of infringement, including calculations of heart rate in different conditions or contexts, such as resting, active, walking, pulse rate variability, and others.  The preliminary infringement contentions also identified dozens of new claims in existing patents that had never been identified before, accusing new features of the Apple Watch Series 4 and 5 of infringing the remaining patents.

13.     The newly-asserted patents and claims in the Second Amended Complaint and Infringement Contentions include a number of limitations that were not included in the patents asserted in Plaintiffs' Complaint and First Amended Complaint.  For example, the newly asserted patents contained limitations related to a) the connection of multiple photodiodes in parallel with each other, b) separate signal streams from each group of parallel-connected photodiodes; c) preprocessing electronics applied to those

DECL. OF BRIAN ROSENTHAL IN SUPPORT OF APPLE'S OPPOSITION

separate signal streams; d) programmable gain amplifiers; e) touch screen displays configured to change orientation based on user input; f) a strap on the measurement device; g) modulation of duty cycle including pulse width time slots and off time slots; and h) a plurality of optical paths from the emitters.

14.     On August 3, 2020, after approximately 3.5 hours of reviewing the source code Apple made available, Plaintiffs emailed Apple at 5:51 pm PDT stating, "It appears that the source code inspection computer does not contain a complete set of code." Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' email.

15.     Apple responded on the same day to explain that the source code production "include[s] all of the modules related to the accused features."  Apple further expressed: "If you believe relevant functionality is missing, please let us know."  Attached hereto as Exhibit D is a true and correct copy of Apple's email.

16.     Between August 3 and August 8, Plaintiffs sent three additional emails regarding the scope of Apple's source code production.  In these emails, Plaintiffs stated that the produced source code appeared to contain only certain physiological parameter calculations derived from the use of optical emitters, namely pulse rate calculation. Plaintiffs requested source code relating to other parameters, such as oxygen saturation, that use optical signals.  The Accused Apple Watch Series 3, 4, and 5 do not calculate oxygen saturation, and there is no allegation in the First Amended Complaint, Second Amended Complaint or preliminary infringement contentions that relates in any way to oxygen saturation calculation.  Plaintiffs also alleged that Apple's production of core technical documents was deficient.  True and correct copies of Plaintiffs' emails dated August 3, 5, and 8, 2020 are attached hereto as Exhibits E-G, respectively.

17.     Apple promptly responded to each email from Plaintiffs, explaining that pulse rate is the only physiological parameter calculated by the Accused Products using optical signals, as required by the Asserted Claims, and that the "source code computer includes the complete pulse rate measurement modules that include the accused

features."   Apple further explained that pulse rate measurements are "the only physiological parameter calculated by the Apple Watch that we understand to be relevant to Plaintiffs' allegations in this case."   Nonetheless, Apple repeatedly requested that Plaintiffs identify any additional physiological parameters that they believe to be missing from the source code production so that Apple could investigate Plaintiffs request.  For example, Apple requested in its August 6 email: "If you are aware of other parameters the Watch calculates that you intend to accuse of infringement, please let us know and we will investigate."  Apple also indicated that it was willing to investigate any alleged deficiencies in its document production if Plaintiffs could specify to which specific features from the Asserted Claims the alleged deficiencies relate.  True and correct copies of Apple's emails dated August 4, 6, and 10, 2020 are attached hereto as Exhibits H-J, respectively.

18.   On August 11, Plaintiffs identified what it contended to be a "non-exhaustive list of production deficiencies" in Apple's core technical document production.  Plaintiffs' list included the following topics, many of which were requested by Plaintiffs for the first time on August 11 (ten days ago today):

a. Documentation sufficient to show all physiological parameter information derived from optical signals that may appear on a display or be stored by Apple iPhones or Apple Watch Series 4 and later;

b. Documentation sufficient to show the physiological parameters derived from optical signals;

c. Documentation sufficient to show the information related to those physiological parameters that is communicated between the Apple Watch and the Apple iPhone;

d. Documentation sufficient to show how the barrier and frame contact the substrate and the convex surface (see, e.g., the part identified as 816-01781);

e.  Documentation sufficient to show the attachment of the convex surface to any other component;

f.  Documentation sufficient to show the formation of an airtight and/or waterproof seal in association with the convex surface;

g.  Documentation sufficient to show the dimensions of the various aspects of the convex surface;

h.  Documentation sufficient to show the shape of the convex surface having an impact on a signal-to-noise ratio;

i.  Documentation sufficient to show any windows or apertures associated with the convex surface;

j.  Documentation sufficient to show the opacity of the various areas of the convex surface;

k.  Documentation sufficient to show any coating or conductive material are placed on the convex surface;

l.  Documentation sufficient to show the conductivity of the convex surface having an impact on a signal-to-noise ratio;

m. Documentation sufficient to show connections of photodiodes in parallel in Apple Watch Series 4 and later;

n.  Documentation sufficient to show amplification of signals from the photodiodes; and

o.  Documentation sufficient to show preprocessing circuitry related to the signals from the photodiodes.

A true and correct copy of Plaintiffs' email from August 11 that identifies many of these topics for the first time is attached hereto as Exhibit K.

19.  Apple addressed each topic listed in Plaintiffs' August 11 email in a responsive email on August 12, a true and correct copy of which is attached hereto as Exhibit L.  Apple explained that its production of core technical documents already

addressed many of the topics raised by Plaintiffs. For each of the features already addressed by Apple's production of core technical documents, Apple further explained that, even though its production already included documents sufficient to show many of these topics Plaintiffs listed, it would investigate to determine whether additional documents relating to those topics exist and, if so, it would produce them. Apple further stated that it would investigate each of the other topics identified in Plaintiffs' email and, to the extent any documents relating to those topics exist, it would produce them.

20. During the meet and confer between the Parties on the evening of August 20, 2020 regarding Plaintiffs' Application, counsel for Plaintiffs went through the topics in Plaintiffs' August 11 email and inquired whether Apple would produce documents related to each topic. Without exception, I agreed that Apple would produce documents related to each topic, to the extent such documents exist and had not already been produced. As noted above, I made clear that the <u>only</u> documents Apple would not agree to produce were documents related to the Unreleased Watch, which I noted was not an Accused Product. Counsel for Plaintiffs stated that the Unreleased Watch was indeed accused of infringing all patents-in-suit, which we do not understand since the details of that future product are not known.

21. Each topic raised by Plaintiffs on the August 20, 2020 meet and confer, and Apple's response, is addressed separately below.

a. *Documentation sufficient to show all physiological parameter information derived from optical signals that may appear on a display or be stored by Apple iPhones or Apple Watch Series 4 and later*, *Documentation sufficient to show the physiological parameters derived from optical signals*, and *Documentation sufficient to show the information related to those physiological parameters that is communicated between the Apple Watch and the Apple iPhone*. Notably, Plaintiffs never identified these topics as purported

deficiencies in Apple's production until Plaintiffs' email on August 11, 2020.  Apple confirmed for Plaintiffs in its August 12 email (attached hereto as Exhibit L) that Apple had already produced documents addressing these topics.  For example, Apple produced the source code for the optical components of the Accused Products.  Additionally, for example, Apple produced the Engineering Requirements Specification for Apple's Sensing Hardware, as well as numerous documents that explain the calculation of pulse rate by the Apple Watch and how it is displayed on the Watch of the iPhone.  During the meet and confer, I reiterated that, if additional core technical documents exist related to this topic, Apple will provide them.

b. *Documentation sufficient to show how the barrier and frame contact the substrate and the convex surface (see, e.g., the part identified as 816-01781).*  Apple explained to Plaintiffs in its August 12 email (attached hereto as Exhibit L) that Apple would investigate whether any documents relating to this topic exist.  Notably, Plaintiffs never identified this topic as a purported deficiency in Apple's production until Plaintiffs' email on August 11, 2020.  As explained below, Apple has promptly endeavored to determine whether any documents relating to this topic exist, and it has informed Plaintiffs of its efforts.  I have a video conference scheduled for Monday August 24 to follow up with the relevant Apple engineer to determine if there are any further documents beyond what has been produced that relate to this topic.

c. *Documentation sufficient to show the attachment of the convex surface to any other component.*  Apple explained for Plaintiffs in its August 12 email (attached hereto as Exhibit L) that Apple would investigate whether any documents relating to this topic exist. Notably, Plaintiffs

never identified this topic as a purported deficiency in Apple's production until Plaintiffs' email on August 11, 2020. As explained below, Apple has promptly endeavored to determine whether any documents relating to this topic exist, and it has informed Plaintiffs of its efforts. I have a video conference scheduled for Monday August 24 to follow up with the relevant Apple engineer to determine if there are any further documents beyond what has been produced that relate to this topic.

d. *Documentation sufficient to show the formation of an airtight and/or waterproof seal in association with the convex surface.* Apple explained for Plaintiffs in its August 12 email (attached hereto as Exhibit L) that Apple would investigate whether any documents relating to this topic exist. Notably, Plaintiffs never identified this topic as a purported deficiency in Apple's production until Plaintiffs' email on August 11, 2020. Apple confirmed for Plaintiffs in the meet and confer call held on August 20, 2020 that Apple does not have any documentation relating to this topic ███████████████████████████████████
███████████████████████████. On that call, for the first time, counsel for Plaintiff stated that it would like documents sufficient to describe any airtight or watertight sealing in the entire Watch (whether or not associated with the convex surface), and I agreed to investigate and produce anything that we could find.

e. *Documentation sufficient to show the dimensions of the various aspects of the convex surface.* Apple explained for Plaintiffs in its August 12 email (attached hereto as Exhibit L) that Apple would investigate whether any documents relating to this topic exist. Notably, Plaintiffs never identified this topic as a purported deficiency in Apple's

production until Plaintiffs' email on August 11, 2020. I also explained to Plaintiffs that I believed Apple had already produced CAD drawings that include dimensions for the convex surface, and I confirmed that such dimensions were indeed produced in several documents.

f.  *Documentation sufficient to show the shape of the convex surface having an impact on a signal-to-noise ratio*. Apple explained for Plaintiffs in its August 12 email (attached hereto as Exhibit L) that Apple would investigate whether any documents relating to this topic exist. Notably, Plaintiffs never identified this topic as a purported deficiency in Apple's production until Plaintiffs' email on August 11, 2020. On the August 20, 2020 meet and confer I explained that we had investigated and understand that no such documents exist.

g.  *Documentation sufficient to show any windows or apertures associated with the convex surface*. Notably, Plaintiffs never identified this topic as a purported deficiency in Apple's production until Plaintiffs' email on August 11, 2020. Apple confirmed for Plaintiffs in its August 12 email (attached hereto as Exhibit L) that Apple had already produced documents addressing this topic. For example, Apple produced the detailed CAD drawings of the Apple Watch showing the specific layout and dimensions of the Watch's alleged convex surface, including what Plaintiffs have alleged to be the claimed "windows" in several documents.

h.  *Documentation sufficient to show the opacity of the various areas of the convex surface*. Apple explained for Plaintiffs in its August 12 email (attached hereto as Exhibit L) that Apple would investigate whether any documents relating to this topic exist. Notably, Plaintiffs never identified this topic as a purported deficiency in Apple's production

DECL. OF BRIAN ROSENTHAL IN SUPPORT OF
APPLE'S OPPOSITION

CASE NO. 8:20-CV-00048-JVS (JDEx)

until Plaintiffs' email on August 11, 2020.  As explained below, Apple has promptly endeavored to determine whether any documents relating to this topic exist, and it has informed Plaintiffs of its efforts.  Apple produced today the Engineering Requirements Specification that provides the opacity of the convex surface.

i.  *Documentation sufficient to show any coating or conductive material are placed on the convex surface*.  Apple explained for Plaintiffs in its August 12 email (attached hereto as Exhibit L) that Apple would investigate whether any documents relating to this topic exist.  Notably, Plaintiffs never identified this topic as a purported deficiency in Apple's production until Plaintiffs' email on August 11, 2020.  Moreover, Plaintiffs' Complaint, First Amended Complaint, Second Amended Complaint, and Infringement Contentions do not appear to include any allegations relating to a coating or conductive material being placed on a convex surface.  I explained on the meet and confer that based on our interviews, ███████████████████████████████, and that we were continuing to investigate whether there any documents sufficient to show other coatings placed on the convex surface.  Apple has promptly endeavored to determine whether any documents relating to this topic exist, and it has informed Plaintiffs of its efforts.  I have a video conference scheduled for Monday August 24 to follow up with the relevant Apple engineer to determine if there are any further documents beyond what has been produced that relate to this topic.

j.  *Documentation sufficient to show the conductivity of the convex surface having an impact on a signal-to-noise ratio*.  Apple explained for Plaintiffs in its August 12 email (attached hereto as Exhibit L) that Apple would investigate whether any documents relating to this topic

exist.   Notably, Plaintiffs never identified this topic as a purported deficiency in Apple's production until Plaintiffs' email on August 11, 2020.   Apple confirmed for Plaintiffs in an email on August 20, 2020 that Apple does not have any documentation relating to this topic ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮   Attached hereto as Exhibit M is a true and correct copy of Apple's email from August 20.

   k.   *Documentation sufficient to show connections of photodiodes in parallel in Apple Watch Series 4 and later*, *Documentation sufficient to show amplification of signals from the photodiodes*, and *Documentation sufficient to show preprocessing circuitry related to the signals from the photodiodes*.   Notably, Plaintiffs never identified these topics as purported deficiencies in Apple's production until Plaintiffs' email on August 11, 2020, and this topic relates only to the five new patents identified for the first time on July 24, 2020.   Apple confirmed for Plaintiffs in its August 12 email (attached hereto as Exhibit L) that Apple had already produced documents addressing this topic.   For example, Apple produced the Engineering Requirements Specification for Apple's Sensing Hardware, including ASIC and connectivity diagrams, chipset layout, pictures of the arrangement of components in the sensor module of the Apple Watch, operation of the LEDs, operation of the photodiodes, and descriptions of the duty cycle and timing used by the LEDs.   During the meet and confer, I reiterated that, if additional core technical documents exist related to this topic, Apple will provide them.   As set forth below, Apple produced today an additional Engineering Requirements Specification document that further

1    illustrates the connections among photodiodes and subsequent

2    processing circuitry.

3    22.    In the less than four weeks since Apple received Plaintiffs' Second

4    Amended Complaint and Infringement Contentions, Apple has endeavored to quickly

5    investigate Plaintiffs' many new infringement allegations and gather any additional core

6    technical documents related to the new allegations in those documents, to the extent they

7    exist.  That investigation has involved, for example, identifying the relevant engineers

8    with knowledge about the various accused features and seeking calls with the engineers.

9    In scheduling these calls, Apple has been required to work around the engineers' existing

10   schedules and vacations.  Moreover, because many of the relevant engineers and other

11   personnel with knowledge of documents do not have immediate access to certain

12   documents, Apple has had to schedule many follow up calls with additional personnel

13   to help search for and identify relevant documents that may exist.  This process has taken

14   several weeks and, throughout that time, Apple has kept Plaintiffs fully informed of its

15   investigation.  For example, Apple explained these efforts to Plaintiffs in an August 20,

16   2020 email, and Apple further discussed these efforts during the parties' meet and confer

17   on August 20.  Attached hereto as Exhibit M is a true and correct copy of Apple's email

18   from August 20, 2020.

19   23.    Despite the very accelerated timeline and scheduling difficulties

20   occasioned by the time of year and world events, Apple has managed to nearly complete

21   its efforts to collect the additional core technical documents for the many new

22   infringement allegations made for the first time four weeks ago.  As promised in the

23   parties' meet and confer, and consistent with Apple's repeated statements that it is

24   investigating the topics raised by the new patents asserted in the Second Amended

25   Complaint and will produce any documents regarding these topics to the extent they

26   exist, Apple collected and produced earlier today 306 additional documents that it has

27   collected pursuant to its investigation.  These documents include:

28

DECL. OF BRIAN ROSENTHAL IN SUPPORT OF
APPLE'S OPPOSITION

    a.  Bills of materials for all of the Accused Products that provide, among other things, a listing of all the parts that are used in the Accused Products;

    b.  Carnelian ASIC Engineering Requirements Specification that illustrates, among other things, block diagrams showing the components in the channels that receive signals resulting from the outputs of the photodiode sensors and circuit diagrams showing control circuitry for the LEDs;

    c.  IR Transparent Window Mask Ink Optical Properties Engineering Requirements Specification that illustrates, among other things, the property specifications for the IP Transparent Window Mask Ink, including transmittance and specular reflectance; and

    d.  Opaque Window Mask Ink Optical Properties Engineering Requirements Specification that illustrates, among other things, the property specifications of Opaque Window Mask Ink, including transmittance and specular reflectance.

24. Apple is in the process of collecting and making available source code for the pulse rate features of the Accused Products that were identified as accused for the first time less than four weeks ago. I expect to identify the relevant modules in calls with Apple engineers next week and produce the code shortly thereafter. Apple also continues to assess whether any other documents and source code exists relevant to the topics raised by Plaintiffs for the first time last week, and consistent with Apple's repeated statements to Plaintiffs, Apple will produce any other relevant technical documents to the extent they exist.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21 day of August, 2020, in Shelter Island, NY.

By:   /s/ *Brian Rosenthal*
      Brian Rosenthal

# Exhibit A

| | |
|---|---|
| **From:** | Andrea, Brian |
| **To:** | Perry.Oldham; Rosenthal, Brian A. |
| **Cc:** | Masimo.Apple; *** Apple-Masimo; Rice-Isaacs, Wendy |
| **Subject:** | RE: Masimo v. Apple - Source code inspection |
| **Date:** | Friday, July 31, 2020 3:23:13 PM |
| **Attachments:** | Visitor Form.pdf |
| | ATT00001.htm |

Perry,

Thanks for providing this information.  Given your request to review Monday morning and the pandemic-related closures to all of our offices in California, we hoped you would agree to review the code in our Palo Alto office.  We have now made arrangements for a source code computer to be shipped to our Orange County office and arranged for someone to be in the office to meet you on Monday.  Unfortunately, the computer will not arrive at that office until Monday morning, so you will not be able to commence your review until 1pm PT on Monday (August 3).

 The Orange County office is located at:  3161 Michelson Drive, Irvine, CA 92612-4412.

 As stated in my earlier email, due to pandemic-related restrictions with regard to our offices, prior to entering the office (and for any subsequent days of desired review), we must receive at least one business day prior to each day's review an identification of who will be attending the review (including cell phone number and email address for contact tracing purposes) and answers from all guests regarding the following:

- Please verify you do not have any of the following symptoms that aren't related to an existing medical condition: fever over 100.4, intense shivering or chills, cough, shortness of breath or difficulty breathing, unusual fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting, or diarrhea.

- Please advise if you have had overnight interstate or international travel in the last 14 days.

- Please advise if you have had close contact with someone with symptoms of COVID-19 or a known COVID-19 infection.

- You will be given the attached form upon your arrival.  Please note:  you must contact us if you develop COVID-19 symptoms within 14 days of your visit.

Everyone will be required to wear a mask and maintain social distancing throughout the building and within the office.

 The hours of availability will be from 8:30 am to 4:30 pm.  Upon arrival to the 12th floor, you should contact Dora Moran at 714-721-9419.  She will take your temperature, provide you with a copy of the completed form noted above, help you secure your items as noted below, and escort you to the Source Code Review Room.  Please note that you will not be permitted to walk around the offices, but you will be shown the location of and be able to access the restrooms near the Source Code Review Room.  Additionally, we ask that you please bring your own food and drinks, to the extent you desire any during the course of the review.

 Pursuant to the Protective Order, including, but not limited to, paragraphs 11 (c) and (e) (which will be enforced), before you may enter the Source Code Review Room, your mobile devices, laptop, and any recordable devices must be left in a separate room.  You will have access to a separate room that includes a landline for your use.  When you have ended your inspection, we will escort you out of our offices.  To the extent you are still performing your review at the end of the day, we will likely provide you with a 10-minute warning by knocking on the door and talking through a closed door.

 Please confirm that you agree to abide by these procedures.

 Thanks,

 Brian

**Brian Andrea**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Friday, July 31, 2020 1:37 AM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Re: Masimo v. Apple - Source code inspection

[External Email]

Hi Brian,

Paragraph 11(c) of the protective order entered by Judge Selna requires production of the source code at an office in the Central District of California.  Please provide an address that complies with the Court's order.

I will be attending the review.  My cellphone number is (949) 422-4221.  My email address is perry.oldham@knobbe.com.

I verify that I will not travel overnight for at least 14 days before the August 3 inspection, and I do not presently have any of the listed symptoms.  I also have not had contact with anyone with symptoms of COVID-19 or a known COVID-19 infection.  I will let you know if any of my responses change before the inspection.

The protective order does not provide for the confiscation of my personal belongings.  I will keep any cellular telephone, laptop, or recordable devices outside the Source Code Review Room in accordance with Judge Selna's order.

Best regards,

Perry

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Thursday, July 30, 2020 5:51 PM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Source code inspection

Hi Perry,

We plan to make Apple's source code production available for your review on Monday, August 3, at Gibson Dunn's Palo Alto office located at 1881 Page Mill Road, Palo Alto, CA 94304.  While the office is currently closed due to the pandemic (as are all of our California offices), we have made special arrangements for you to perform the inspection starting Monday as you requested.  I can also confirm that the Source Code Computer will contain Xcode.

Due to pandemic-related restrictions with regard to our offices, prior to entering the office next week (and for any subsequent days of desired review), we must receive at least one business day prior to each day's review an identification of who will be attending the review (including cell phone number and email address for contact tracing purposes) and answers from all guests regarding the following:

- Please verify you do not have any of the following symptoms that aren't related to an existing medical condition: fever over 100.4, intense shivering or chills, cough,

shortness of breath or difficulty breathing, unusual fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting, or diarrhea.

- Please advise if you have had overnight interstate or international travel in the last 14 days.

- Please advise if you have had close contact with someone with symptoms of COVID-19 or a known COVID-19 infection.

- You will be given the attached form upon your arrival.  Please note:  you must contact us if you develop COVID-19 symptoms within 14 days of your visit.

Everyone will be required to wear a mask and maintain social distancing throughout the building and within the office.

The hours of availability will be from 8:30 am to 4:30 pm.  Upon arrival, you should contact the Palo Alto office Copy Center at 650-849-5311 to request entrance, and someone will admit you into the office, provide you with a copy of the completed form noted above, secure your items as noted below, and escort you to the Source Code Review Room.  Please note that you will not be permitted to walk around the offices, but you will be shown the location of and be able to access the restrooms near the Source Code Review Room.  Additionally, we ask that you please bring your own food and drinks, to the extent you desire any during the course of the review.

Pursuant to the Protective Order, including, but not limited to, paragraphs 11 (c) and (e) (which will be enforced), before you may enter the Source Code Review Room, your mobile devices, laptop, and any recordable devices will be removed and secured during the course of your review.  You will have access to a separate conference room that includes a landline for your use.  When you have ended your inspection, we will return your removed devices and escort you out of our offices.  To the extent you are still performing your review at the end of the day, we will likely provide you with a 10-minute warning by knocking on the door and talking through a closed door.

Please confirm that you agree to abide by these procedures.

Thank you.

**Brian Andrea**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Thursday, July 30, 2020 3:17 PM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Source code inspection

Perry,

We are working on the logistics, and hope to be able to confirm them for you later today or tomorrow.

Thanks,

Brian

**Brian Andrea**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Wednesday, July 29, 2020 1:56 PM
**To:** Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-

[Masimo@gibsondunn.com](mailto:Masimo@gibsondunn.com)>
**Subject:** Masimo v. Apple - Source code inspection

[External Email]

Brian,

Pursuant to ¶ 11(g) of the Protective Order and Judge Selna's order this morning, I will commence reviewing Apple's source code beginning at 9:00 a.m. on Monday, August 3, 2020.

Please provide the address for the source code inspection.

Best regards,

Perry

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at [https://www.gibsondunn.com/](https://www.gibsondunn.com/) for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

# Exhibit B

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone:  (949) 760-0404 Facsimile:  (949) 760-9502

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) **PLAINTIFFS' INFRINGEMENT CONTENTIONS**<br>)<br>) Hon. James V. Selna<br>) Magistrate Judge John D. Early<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Court's April 17, 2020, Minute Order Regarding Scheduling Dates (Dkt. 37) and the Northern District of California Patent Local Rules ("PLR"), Plaintiffs MASIMO CORPORATION ("Masimo") and CERCACOR LABORATIES, INC. ("Cercacor") provide to Defendant APPLE, INC. ("Apple") the following Disclosure of Asserted Claims and Infringement Contentions.

Plaintiffs' disclosures are based on information currently available to Plaintiffs.  Apple has not yet complied with its obligation to produce core technical documents pursuant to the Scheduling Order.  Furthermore, neither the Court nor Apple has addressed claim construction.  Thus, Plaintiffs' contentions are based upon Plaintiffs' investigation to date of public information.  Plaintiffs have not completed their investigations of the facts relating to this case and have not yet completed discovery, which is ongoing.  Accordingly, Plaintiffs reserve all of their rights, including the right to modify, amend, or otherwise supplement these disclosures for any reason, including as new documents and information are revealed through discovery and/or to the extent Apple alters, supplants, or otherwise clarifies documents and information currently available to Plaintiffs.

# I. <u>DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS</u>

## A. <u>Disclosure Pursuant To PLR 3-1(a)</u>

Based on presently available information, Plaintiffs contend that Apple infringes at least the following patents (the "Asserted Patents") and claims (the "Asserted Claims"):

| U.S. Patent No. | Asserted Claims | Applicable Statutory Subsection(s) |
|---|---|---|
| 10,258,265 | 1-3, 6-11, 13, 16-17, 19-25 | 35 U.S.C. § 271(a)-(c) |
| 10,292,628 | 1-6, 20-25, 29-30 | 35 U.S.C. § 271(a)-(c) |

-1-

| 10,588,553 | 1-29 | 35 U.S.C. § 271(a)-(c) |
| 10,588,554 | 1-7, 20-28 | 35 U.S.C. § 271(a)-(c) |
| 10,624,564 | 1-12, 14-30 | 35 U.S.C. § 271(a)-(c) |
| 10,631,765 | 1-8, 10-13, 15-29 | 35 U.S.C. § 271(a)-(c) |
| 10,702,194 | 1-30 | 35 U.S.C. § 271(a)-(c) |
| 10,702,195 | 1-17 | 35 U.S.C. § 271(a)-(c) |
| 10,709,366 | 1-27 | 35 U.S.C. § 271(a)-(c) |
| 6,771,994 | 15 | 35 U.S.C. § 271(a)-(c) |
| 8,457,703 | 1-7, 9-12, 14-18, 20-22, 24 | 35 U.S.C. § 271(a)-(c) |
| 10,433,776 | 1-7, 9-12, 14-18, 20-22, 24 | 35 U.S.C. § 271(a)-(c) |

**B.**     **Disclosure Pursuant To PLR 3-1(b)**

Based on presently available information, Plaintiffs contend the following instrumentalities and/or processes (the "Accused Product" or the "Accused Process") infringe the Asserted Claims:

| U.S. Patent No. | Claim(s) | Accused Product/Process |
|---|---|---|
| 10,258,265 | 1-3, 6-11, 13, 16-17, 19-25 | Apple Watch Series 4 and later |
| | 25 | Apple Watch Series 4 and later in combination with Apple iPhone devices |
| 10,292,628 | 1-6, 20-25, 29-30 | Apple Watch Series 4 and later |
| | 29-30 | Apple Watch Series 4 and later in combination with Apple iPhone devices |

-2-

| U.S. Patent No. | Claim(s) | Accused Product/Process |
|---|---|---|
| 10,588,553 | 1-29 | Apple Watch Series 4 and later |
| | 7-9, 19, 25-28 | Apple Watch Series 4 and later in combination with Apple iPhone devices |
| 10,588,554 | 1-7, 20-28 | Apple Watch Series 4 and later in combination with Apple iPhone devices |
| 10,624,564 | 1-30 | Apple Watch Series 4 and later alone and in combination with Apple iPhone devices |
| 10,631,765 | 1-8, 10-29 | Apple Watch Series 4 and later in combination with Apple iPhone devices |
| 10,702,194 | 1-30 | Apple Watch Series 4 and later in combination with Apple iPhone devices |
| 10,702,195 | 1-16 | Apple Watch Series 4 and later |
| | 10-17 | Apple Watch Series 4 and later in combination with Apple iPhone devices |
| 10,709,366 | 1-25 | Apple Watch Series 4 and later |
| | 26-27 | Apple Watch Series 4 and later in combination with Apple iPhone devices |
| 6,771,994 | 15 | Apple Watch Series 4 and later |

-3-

| U.S. Patent No. | Claim(s) | Accused Product/Process |
|---|---|---|
| 8,457,703 | 1-7, 9-12, 14-18, 20-22, 24 | Apple Watch Series 3 and later |
| 10,433,776 | 1-7, 9-12, 14-18, 20-22, 24 | Apple Watch Series 3 and later |

## C.  Disclosure Pursuant To PLR 3-1(c)

Based on presently available information, for each of the Asserted Patents, Plaintiffs have attached a corresponding claim chart identifying where and how each limitation of each Asserted Claim is found within each Accused Product or Process.  *See* Exhibit 1 and supporting appendices.

## D.  Disclosure Pursuant To PLR 3-1(d)

Based on presently available information, in addition to directly infringing the Asserted Patents by manufacturing and selling the Accused Products in the United States, Defendants have also actively induced infringement of the Asserted Patents by others.  For example, Apple actively induced infringement of the Asserted Patents by marketing and selling the Accused Products, and providing instructions for the use of the Accused Products, knowing and intending such system to be used by customers and end users in a manner that infringes the Asserted Patents.  To that end, Apple provides a User Guide with the Accused Products that instructs and teaches customers and end users to use the Accused Products in a manner that infringes the Asserted Patents.  Likewise, Apple has published online directions, demonstrations, videos, and other guides that instruct and teach end users to use the Accused Products in a manner that infringes the Asserted Patents.  In view of Apple's knowledge of the Asserted Patents, Apple knew or should have known that such activities would cause direct infringement of the Asserted Patents by Apple's customers and the end users of the Accused Products.

**E.**     **Disclosure Pursuant To PLR 3-1(e)**

Based on presently available information, Plaintiffs contend the Accused Products and Processes literally infringe each of the Asserted Claims.  To the extent any claim limitations are not literally infringed, Plaintiffs contend the limitations are infringed under the doctrine of equivalents because the identified features of the Accused Products perform substantially the same function in substantially the same way to achieve substantially the same result.

**F.**     **Disclosure Pursuant To PLR 3-1(f)**

Plaintiffs contend the Asserted Claims of the Asserted Patents are entitled to the following priority dates based on their earliest filing dates:

| U.S. Patent No. | Asserted Claims | Priority Filing Date |
| --- | --- | --- |
| 10,258,265 | 1-3, 6-11, 13, 16-17, 19-25 | At least as early as July 3, 2008 |
| 10,292,628 | 1-6, 20-25, 29-30 | At least as early as July 3, 2008 |
| 10,588,553 | 1-29 | At least as early as July 3, 2008 |
| 10,588,554 | 1-7, 20-28 | At least as early as July 3, 2008 |
| 10,624,564 | 1-30 | At least as early as July 3, 2008 |
| 10,631,765 | 1-8, 10-29 | At least as early as July 3, 2008 |
| 10,702,194 | 1-30 | At least as early as July 3, 2008 |
| 10,702,195 | 1-17 | At least as early as July 3, 2008 |
| 10,709,366 | 1-27 | At least as early as July 3, 2008 |
| 6,771,994 | 15 | At least as early as June 18, 1999 |
| 8,457,703 | 1-7, 9-12, 14-18, 20-22, 24 | At least as early as July 2, 2001 |
| 10,433,776 | 1-7, 9-12, 14-18, 20-22, 24 | At least as early as July 2, 2001 |

**G.      Disclosure Pursuant To PLR 3-1(g)**

In accordance with 35 U.S.C. § 287, Plaintiffs provide notice to the public associating at least the following patented articles with the following Asserted Patents:

- The '265 Patent: Pronto-7.
- The '628 Patent: Pronto-7.
- The '703 Patent: All Masimo Monitors and OEM Boards.
- The '776 Patent: All Masimo Monitors and OEM Boards.

**H.      Disclosure Pursuant To PLR 3-1(h)**

Based on presently available information, Plaintiffs contend Apple's infringement began at least as early as September 22, 2017, when Apple began selling the Apple Watch Series 3 in the United States, and continues to this day.

**I.      Disclosure Pursuant To PLR 3-1(i)**

Based on the positions held by Marcelo Lamego, Michael O'Reilly, and other former employees of Plaintiffs' who later worked for Apple, Apple had knowledge of the Asserted Patents.  In light of this knowledge, Apple knew or should have known that its development, manufacturing, marketing and sale of the Accused Products would infringe the Asserted Patents.  Because Apple has continued its acts of infringement after becoming aware of the Asserted Patents and its infringement thereof, Apple has acted in reckless disregard for Plaintiffs' patent rights.  Accordingly, Apple's infringement of the Asserted Patents has been, and continues to be, willful, deliberate, and intentional.

**II.   DOCUMENT PRODUCTION ACCOMPANYING DISLCOSURE**

Based on presently available information, pursuant to PLR 3-2(a)-(j), Plaintiffs are producing, or have already produced, at least the following documents:

-6-

| Document Category | Production Numbers |
|---|---|
| (a) Documents (e.g., contracts, purchase orders, invoices, advertisements, marketing materials, offer letters, beta site testing agreements, and third party or joint development agreements) sufficient to evidence each discussion with, disclosure to, or other manner of providing to a third party, or sale of or offer to sell, or any public use of, the claimed invention prior to the date of application for the patent in suit. | N/A |
| (b) All documents evidencing the conception, reduction to practice, design, and development of each claimed invention, which were created on or before the date of application for the patent in suit or the priority date identified pursuant to Patent L.R. 3-1(f), whichever is earlier | N/A |
| (c) A copy of the file history for each patent in suit | MASA00003373-723; MASA00004101-429; MASA00005428-663; MASA00006140-9555; MASA00081278-5586.[1] |

---

[1] The file history for U.S. Patent No. 6,771,994 is not available electronically on PAIR.  Plaintiffs ordered the file history from the Patent Office weeks ago, but Plaintiffs understand it has been delayed due to COVID-19.  Plaintiffs will produce the file history when they receive it.

Exhibit B
Page 33

| Document Category | Production Numbers |
|---|---|
| (d) All documents evidencing ownership of the patent rights by the party asserting patent infringement | MASA00009575-621; MASA00009672-721; MASA00009872-875; MASA00009881-930; MASA00009931-10165; MASA00085587-601. |
| (e) If a party identifies instrumentalities pursuant to Patent L.R. 3-1(g), documents sufficient to show the operation of any aspects or elements of such instrumentalities the patent claimant relies upon as embodying any asserted claims. | Plaintiffs will make appropriate source code and products available for inspection. |
| (f) All agreements, including licenses, transferring an interest in any patent-in-suit. | MASA00081226-72 |
| (g) All agreements that the party asserting infringement contends are comparable to a license that would result from a hypothetical reasonable royalty negotiation | N/A |
| (h) All agreements that otherwise may be used to support the party asserting infringement's damages case | Plaintiffs may rely on Purchasing & Licensing Agreements with third parties.[2] |

---

[2] Masimo's Purchasing & Licensing Agreements ("PLAs") with third parties are subject to confidentiality provisions that prevent Masimo from disclosing such PLAs in litigation without the consent of the corresponding third party. Masimo has not yet received consent to produce any of its PLAs in this action. To the extent Masimo intends to rely on any of its PLAs in this action, Masimo will endeavor to obtain the consent of the third party and produce the corresponding PLA as soon as reasonably possible.

| Document Category | Production Numbers |
|---|---|
| (i) If a party identifies instrumentalities pursuant to Patent L.R. 3-1(g), documents sufficient to show marking of such embodying accused instrumentalities and if it wants to preserve the right to recover lost profits based on such products, sales, revenues, costs and profits of such embodying accused instrumentalities | Pursuant to 35 U.S.C. § 287(a), Masimo virtually marks its products and identifies the following website that associates the products with the asserted patents: http://www.masimo.com/ company/masimo/patents/. *See also* MASA00074890-95; MASA0081273-77 |
| (j) All documents comprising or reflecting a F/RAND commitment or agreement with respect to the asserted patent(s) | N/A |

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  July 27, 2020          By: */s/ Perry D. Oldham*

Joseph R. Re
Stephen C. Jensen
Perry D. Oldham
Stephen W. Larson
Adam B. Powell

Attorneys for Plaintiffs,
Masimo Corporation and
Cercacor Laboratories

-9-

**<u>PROOF OF SERVICE</u>**

I am a citizen of the United States of America and I am employed in Irvine, California.  I am over the age of 18 and not a party to the within action.

On July 27, 2020, I served the within **PLAINTIFFS' INFRINGEMENT CONTENTIONS** on the parties or their counsel shown at the email addresses shown below:

Apple-Masimo@gibsondunn.com

Joshua H. Lerner
JLerner@gibsondunn.com

H. Mark Lyon,
MLyon@gibsondunn.com

Brian M. Buroker
BBuroker@gibsondunn.com

Brian K. Andrea
BAndrea@gibsondunn.com

Brian A. Rosenthal
BRosenthal@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on July 27, 2020, at Irvine, California.

Karina Villanueva

33221572

# EXHIBIT 1

| U.S. Patent No. 10,258,265 | Analysis |
|---|---|
| 1. A noninvasive optical physiological measurement device adapted to be worn by a wearer, the noninvasive optical physiological measurement device providing an indication of a physiological parameter of the wearer comprising: | The Apple Watch Series 4 and later devices are noninvasive optical physiological measurement devices adapted to be worn by a wearer and they provide an indication of a physiological parameter of the wearer.<br><br>See Appendix A (Apple support page for heart rate). |
| a plurality of emitters of different wavelengths; | The Apple Watch Series 4 and later devices include a plurality of emitters of different wavelengths.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a housing having a surface and a circular wall protruding from the surface; | The Apple Watch Series 4 and later devices include a housing having a surface and a circular wall protruding from the surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| at least four detectors arranged on the surface and spaced apart from each other, the at least four detectors configured to output one or more signals responsive to light from the one or more light emitters attenuated by body tissue, the one or more signals indicative of a | The Apple Watch Series 4 and later devices include at least four detectors arranged on the surface and spaced apart from each other, the at least four detectors configured to output one or more signals responsive to light from the one or more light emitters attenuated by body tissue, the one or more signals indicative of a physiological parameter of the wearer.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |

| U.S. Patent No. 10,258,265 | Analysis |
|---|---|
| physiological parameter of the wearer; and | |
| a light permeable cover arranged above at least a portion of the housing, the light permeable cover comprising a protrusion arranged to cover the at least four detectors. | The Apple Watch Series 4 and later devices include a light permeable cover arranged above at least a portion of the housing, the light permeable cover comprising a protrusion arranged to cover the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 2. The noninvasive optical physiological measurement device of claim 1, wherein the light permeable cover is attached to the housing and forms an airtight or substantially airtight seal enclosing the at least four detectors. | The Apple Watch Series 4 and later devices include a light permeable cover attached to the housing that forms an airtight or substantially airtight seal enclosing the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix H (Apple support page for water resistance). |
| 3. The noninvasive optical physiological measurement device of claim 2, wherein the circular wall creates a gap between the surface and the light permeable cove. | The Apple Watch Series 4 and later devices include a circular wall that creates a gap between the surface and the light permeable cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| 6. The noninvasive optical physiological measurement device of claim 3, wherein the | The Apple Watch Series 4 and later devices include a continuous protrusion.<br><br>See Appendix A (Apple support page for heart rate); Appendix B |

| U.S. Patent No. 10,258,265 | Analysis |
|---|---|
| protrusion comprises a continuous protrusion. | (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 7. The noninvasive optical physiological measurement device of claim 6, wherein the continuous protrusion comprises a convex protrusion. | The Apple Watch Series 4 and later devices include a continuous protrusion that comprises a convex protrusion.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 8. The noninvasive optical physiological measurement device of claim 6, wherein the light permeable cover is comprised of a rigid material. | The Apple Watch Series 4 and later devices include a light permeable cover that is comprised of a rigid material.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 9. The noninvasive optical physiological measurement device of claim 8, wherein the light permeable cover is configured to be positioned between the at least four detectors and tissue of a user when the noninvasive optical physiological measurement device is worn by the user. | The Apple Watch Series 4 and later devices include a light permeable cover configured to be positioned between the at least four detectors and tissue of a user when the noninvasive optical physiological measurement device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 10. The noninvasive optical physiological measurement device of | The Apple Watch Series 4 and later devices include a light permeable cover configured to press against and at least partially deform tissue of the user when the noninvasive optical |

| U.S. Patent No. 10,258,265 | Analysis |
|---|---|
| claim 9, wherein the light permeable cover is configured to press against and at least partially deform tissue of the user when the noninvasive optical physiological measurement device is worn by the user. | physiological measurement device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 11. The noninvasive optical physiological measurement device of claim 10, wherein the light permeable cover is configured to act as a tissue shaper and conform tissue of the user to at least a portion of an external surface shape of the light permeable cover when the noninvasive optical physiological measurement device is worn by the user. | The Apple Watch Series 4 and later devices include a light permeable cover configured to act as a tissue shaper and conform tissue of the user to at least a portion of an external surface shape of the light permeable cover when the noninvasive optical physiological measurement device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 13. The noninvasive optical physiological measurement device of claim 11, wherein the at least four detectors are evenly spaced from one another. | The Apple Watch Series 4 and later devices include at least four detectors evenly spaced from one another.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 16. The noninvasive optical physiological measurement device of claim 13, wherein the light permeable cover is configured to increase a | The Apple Watch Series 4 and later devices include a light permeable cover configured to increase a signal strength per area of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing |

| U.S. Patent No. 10,258,265 | Analysis |
|---|---|
| signal strength per area of the at least four detectors. | watch); Appendix J (side-view image of watch from Apple website). |
| 17. The noninvasive optical physiological measurement device of claim 1, wherein the physiological parameter is pulse rate. | The Apple Watch Series 4 and later devices are configured to provide pulse rate.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 19. The noninvasive optical physiological measurement device of claim 1, wherein the noninvasive optical physiological measurement device is a disposable or a reusable device. | The Apple Watch Series 4 and later devices is a reusable device.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch). |
| 20. The noninvasive optical physiological measurement device of claim 1, wherein a first detector is arranged spaced apart from a second detector, and a third detector arranged spaced apart from a fourth detector. | The Apple Watch Series 4 and later devices include a first detector arranged spaced apart from a second detector, and a third detector arranged spaced apart from a fourth detector.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 21. The noninvasive optical physiological measurement device of claim 20, wherein the first detector is arranged across a central axis from the second detector and the third detector is arranged across the central axis from the fourth detector, | The Apple Watch Series 4 and later devices include a first detector arranged across a central axis from a second detector and a third detector is arranged across the central axis from a fourth detector.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |

| U.S. Patent No. 10,258,265 | Analysis |
|---|---|
| wherein the first, second, third and fourth detectors form a cross pattern about the central axis. | The Apple Watch Series 4 and later devices include first, second, third and fourth detectors that form a cross pattern about the central axis.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 22. The noninvasive optical physiological measurement device of claim 20, wherein the noninvasive optical physiological measurement device provides a variation in optical path length to the at least four detectors. | The Apple Watch Series 4 and later devices are configured to provide a variation in optical path length to the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 23. The noninvasive optical physiological measurement device of claim 1, wherein the noninvasive optical physiological measurement device is comprised as part of a mobile monitoring device. | The Apple Watch Series 4 and later devices are comprised as part of a mobile monitoring device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 24. The noninvasive optical physiological measurement device of claim 23, wherein the mobile monitoring device includes a touch-screen display. | The Apple Watch Series 4 and later devices include a touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 10,258,265 | Analysis |
|---|---|
| 25. A physiological monitoring system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological monitoring systems.<br><br>See Appendix A (Apple support page for heart rate). |
| the noninvasive optical physiological measurement device of claim 1; and | |
| a processor configured to receive the one or more signals and communicate physiological measurement information to a mobile phone. | The Apple Watch Series 4 and later devices include a processor configured to receive the one or more signals and communicate physiological measurement information to a mobile phone.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 10,292,628 | Analysis |
|---|---|
| 1. A noninvasive optical physiological sensor comprising: | The Apple Watch Series 4 and later devices are noninvasive optical physiological sensors.<br><br>See Appendix A (Apple support page for heart rate). |
| a plurality of emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include a plurality of emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a plurality of detectors configured to detect light that has been attenuated by tissue of the user, wherein the plurality of detectors comprise at least four detectors; | The Apple Watch Series 4 and later devices include a plurality of detectors configured to detect light that has been attenuated by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a housing configured to house at least the plurality of detectors; and | The Apple Watch Series 4 and later devices include a housing configured to house at least the plurality of detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, |

| U.S. Patent No. 10,292,628 | Analysis |
|---|---|
| | 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a light permeable cover configured to be located between tissue of the user and the plurality of detectors when the noninvasive optical physiological sensor is worn by the user, wherein the cover comprises an outwardly protruding convex surface configured to cause tissue of the user to conform to at least a portion of the outwardly protruding convex surface when the noninvasive optical physiological sensor is worn by the user and during operation of the noninvasive optical physiological sensor, and wherein the plurality of detectors are configured to receive light passed through the outwardly protruding convex surface after attenuation by tissue of the user. | The Apple Watch Series 4 and later devices include a light permeable cover configured to be located between tissue of the user and the plurality of detectors when the noninvasive optical physiological sensor is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a cover that comprises an outwardly protruding convex surface configured to cause tissue of the user to conform to at least a portion of the outwardly protruding convex surface when the noninvasive optical physiological sensor is worn by the user and during operation of the noninvasive optical physiological sensor.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a plurality of detectors configured to receive light passed through the outwardly protruding convex surface after attenuation by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing |

| U.S. Patent No. 10,292,628 | Analysis |
| --- | --- |
| | watch); Appendix J (side-view image of watch from Apple website). |
| 2. The noninvasive optical physiological sensor of claim 1, wherein the plurality of detectors are arranged on a two-dimensional surface of the housing. | The Apple Watch Series 4 and later devices include a plurality of detectors arranged on a two-dimensional surface of the housing.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 3. The noninvasive optical physiological sensor of claim 2, wherein a first detector and a second detector of the plurality of detectors are arranged across from each other on opposite sides of a central point along a first axis, and a third detector and a fourth detector of the plurality of detectors are arranged across from each other on opposite sides of the central point along a second axis which is perpendicular to the first axis. | The Apple Watch Series 4 and later devices include a first detector and a second detector arranged across from each other on opposite sides of a central point along a first axis, and a third detector and a fourth detector arranged across from each other on opposite sides of the central point along a second axis which is perpendicular to the first axis.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 4. The noninvasive optical physiological sensor of claim 3, wherein the cover is comprised of a rigid material. | The Apple Watch Series 4 and later devices include a cover that is comprised of a rigid material.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

| U.S. Patent No. 10,292,628 | Analysis |
|---|---|
| 5. The noninvasive optical physiological sensor of claim 4, wherein the at least four detectors are evenly spaced from one another. | The Apple Watch Series 4 and later devices include at least four detectors evenly spaced from one another.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 6. The noninvasive optical physiological sensor of claim 5, wherein the outwardly protruding convex surface is a single outwardly protruding convex surface. | The Apple Watch Series 4 and later devices include a single outwardly protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 20. A noninvasive optical physiological sensor comprising: | The Apple Watch Series 4 and later devices are noninvasive optical physiological sensors.<br><br>See Appendix A (Apple support page for heart rate). |
| a plurality of emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include a plurality of emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a plurality of detectors configured to detect light that has been attenuated by tissue of the user, wherein the plurality of detectors comprise at least four detectors; | The Apple Watch Series 4 and later devices include a plurality of detectors configured to detect light that has been attenuated by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |

| U.S. Patent No. 10,292,628 | Analysis |
|---|---|
| | The Apple Watch Series 4 and later devices include at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a housing configured to house at least the plurality of detectors; and | The Apple Watch Series 4 and later devices include a housing configured to house at least the plurality of detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a light permeable cover configured to be located between tissue of the user and the plurality of detectors when the noninvasive optical physiological sensor is worn by the user, wherein the cover comprises an outwardly protruding surface configured to cause tissue of the user to conform to at least a portion of the outwardly protruding surface when the noninvasive optical physiological sensor is worn by the user and during operation of the noninvasive optical | The Apple Watch Series 4 and later devices include a light permeable cover configured to be located between tissue of the user and the plurality of detectors when the noninvasive optical physiological sensor is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a cover that comprises an outwardly protruding surface configured to cause tissue of the user to conform to at least a portion of the outwardly protruding surface when the noninvasive optical physiological sensor is worn by the user and during operation of the noninvasive optical physiological sensor. |

| U.S. Patent No. 10,292,628 | Analysis |
|---|---|
| physiological sensor, and wherein the outwardly protruding surface is further configured to allow passage of light to the plurality of detectors after attenuation by tissue of the user. | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include an outwardly protruding surface configured to allow passage of light to the plurality of detectors after attenuation by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 21. The noninvasive optical physiological sensor of claim 20, wherein the plurality of detectors are arranged on a two-dimensional surface of the housing. | The Apple Watch Series 4 and later devices include a plurality of detectors arranged on a two-dimensional surface of the housing.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 22. The noninvasive optical physiological sensor of claim 21, wherein a first detector and a second detector of the plurality of detectors are arranged across from each other on opposite sides of a central point along a first axis, and a third detector and a fourth detector of the | The Apple Watch Series 4 and later devices include a first detector and a second detector arranged across from each other on opposite sides of a central point along a first axis, and a third detector and a fourth detector arranged across from each other on opposite sides of the central point along a second axis which is perpendicular to the first axis.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple |

| U.S. Patent No. 10,292,628 | Analysis |
|---|---|
| plurality of detectors are arranged across from each other on opposite sides of the central point along a second axis which is perpendicular to the first axis. | Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 23. The noninvasive optical physiological sensor of claim 22, wherein the cover is comprised of a rigid material. | The Apple Watch Series 4 and later devices include a cover that is comprised of a rigid material.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 24. The noninvasive optical physiological sensor of claim 23, wherein the at least four detectors are evenly spaced from one another. | The Apple Watch Series 4 and later devices include at least four detectors evenly spaced from one another.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 25. The noninvasive optical physiological sensor of claim 24, wherein the outwardly protruding surface comprises a single outwardly protruding surface configured to cover the plurality of detectors. | The Apple Watch Series 4 and later devices include a single outwardly protruding surface configured to cover the plurality of detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 29. A physiological monitoring device comprising: | The Apple Watch Series 4 and later devices are physiological monitoring devices.<br><br>See Appendix A (Apple support page for heart rate). |

| U.S. Patent No. 10,292,628 | Analysis |
|---|---|
| the invasive optical physiological sensor of claim 20; and | |
| a processor configured to receive one or more signals from the plurality of detectors and communicate physiological measurement information to a mobile phone. | The Apple Watch Series 4 and later devices include a processor configured to receive one or more signals from the plurality of detectors and communicate physiological measurement information to a mobile phone.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 30. The physiological monitoring device of claim 29 further comprising a touch-screen display. | The Apple Watch Series 4 and later devices include a touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| 1. A noninvasive optical physiological sensor comprising: | The Apple Watch Series 4 and later devices are noninvasive optical physiological sensors.<br><br>See Appendix A (Apple support page for heart rate). |
| a plurality of emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include a plurality of emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| at least four detectors, wherein at least one of the at least four detectors is configured to detect light that has been attenuated by tissue of the user, and wherein the at least four detectors are arranged on a substrate; | The Apple Watch Series 4 and later devices include at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least one of the at least four detectors that is configured to detect light that has been attenuated by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors arranged on a substrate.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| a wall configured to circumscribe at least the at least four detectors; and | The Apple Watch Series 4 and later devices include a wall configured to circumscribe at least the at least four detectors. <br><br> See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a cover configured to be located between tissue of the user and the at least four detectors when the noninvasive optical physiological sensor is worn by the user, wherein the cover comprises a single protruding convex surface operable to conform tissue of the user to at least a portion of the single protruding convex surface when the noninvasive optical physiological sensor is worn by the user, and wherein the wall operably connects to the substrate and the cover. | The Apple Watch Series 4 and later devices include a cover configured to be located between tissue of the user and the at least four detectors when the noninvasive optical physiological sensor is worn by the user. <br><br> See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch). <br><br> The Apple Watch Series 4 and later devices include a cover comprising a single protruding convex surface operable to conform tissue of the user to at least a portion of the single protruding convex surface when the noninvasive optical physiological sensor is worn by the user. <br><br> See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). <br><br> The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate and the cover. <br><br> See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, |

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| | 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 2. The noninvasive optical physiological sensor of claim 1, wherein the wall operably connects to the substrate on one side and operably connects to the cover on an opposite side. | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side and operably connects to the cover on an opposite side.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 3. The noninvasive optical physiological sensor of claim 1 wherein the at least four detectors are arranged evenly spaced from one another. | The Apple Watch Series 4 and later devices include at least four detectors arranged evenly spaced from one another.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 4. The noninvasive optical physiological sensor of claim 3 further comprising: | |
| an opaque layer blocking light other than at one or more openings that allow light to pass through to at least one of the at least four detectors. | The Apple Watch Series 4 and later devices include an opaque layer blocking light other than at one or more openings that allow light to pass through to at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| 5. The noninvasive optical physiological sensor of claim 1, wherein at least part of the cover is light permeable. | The Apple Watch Series 4 and later devices include a cover with at least part that is light permeable.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 6. The noninvasive optical physiological sensor of claim 5, wherein the cover is configured to allow light to reach at least one of the at least four detectors. | The Apple Watch Series 4 and later devices include a cover configured to allow light to reach at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 7. A physiological monitoring device comprising: | The Apple Watch Series 4 and later devices are physiological monitoring devices.<br><br>See Appendix A (Apple support page for heart rate). |
| the noninvasive optical physiological sensor of claim 1; | |
| a touch-screen display; | The Apple Watch Series 4 and later devices include a touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more processors configured to receive data or one or more signals | The Apple Watch Series 4 and later devices include one or more processors configured to receive data or one or more signals from at least one of the at least four detectors and cause |

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| from at least one of the at least four detectors and cause communication of physiological measurement information to at least one of: the touch-screen display or a mobile phone; and | communication of physiological measurement information to at least one of: the touch-screen display or a mobile phone.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a strap configured to facilitate attachment of at least part of the physiological monitoring device to an arm of a user of the physiological monitoring device. | The Apple Watch Series 4 and later devices include a strap configured to facilitate Appendix of at least part of the physiological monitoring device to an arm of a user of the physiological monitoring device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands). |
| 8. The physiological monitoring device of claim 7 further comprising: | |
| a magnet configured to be used as a connecting mechanism. | The Apple Watch Series 4 and later devices include a magnet configured to be used as a connecting mechanism.<br><br>See Appendix P (Apple support page for magnetic coupling). |
| 9. The noninvasive optical physiological sensor of claim 1, wherein the attenuated light is reflected by the tissue. | The Apple Watch Series 4 and later devices are configured so that the attenuated light is reflected by the tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| 10. An optical physiological measurement sensor comprising: | The Apple Watch Series 4 and later devices are optical physiological measurement sensors.<br><br>See Appendix A (Apple support page for heart rate). |
| a plurality of emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include a plurality of emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a substrate including a planar surface; | The Apple Watch Series 4 and later devices include a substrate including a planar surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| at least four detectors operably arranged on the planar surface of the substrate in a pattern; | The Apple Watch Series 4 and later devices include at least four detectors operably arranged on the planar surface of the substrate in a pattern.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a cover comprising a single protruding convex surface; and | The Apple Watch Series 4 and later devices include a cover comprising a single protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a wall that surrounds the at least four detectors, wherein the wall operably | The Apple Watch Series 4 and later devices include a wall that surrounds the at least four detectors. |

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| connects to the substrate and the cover. | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4).<br><br>The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate and the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 11. The optical physiological measurement sensor of claim 10, wherein the cover is operable to conform tissue of the user to at least a portion of the single protruding convex surface when the optical physiological measurement sensor is worn by the user. | The Apple Watch Series 4 and later devices include a cover that is operable to conform tissue of the user to at least a portion of the single protruding convex surface when the optical physiological measurement sensor is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 12. The optical physiological measurement sensor of claim 10, wherein at least a portion of the cover is sufficiently rigid to be operable to conform tissue of the user to at least a | The Apple Watch Series 4 and later devices include a cover that is sufficiently rigid to be operable to conform tissue of the user to at least a portion of a shape of the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing |

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| portion of a shape of the cover. | watch); Appendix J (side-view image of watch from Apple website). |
| 13. The optical physiological measurement sensor of claim 10, wherein the cover is configured to be positioned between the at least four detectors and tissue of a user when the optical physiological measurement sensor is worn by the user. | The Apple Watch Series 4 and later devices include a cover configured to be positioned between the at least four detectors and tissue of a user when the optical physiological measurement sensor is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 14. The optical physiological measurement sensor of claim 10, wherein the wall comprises an opaque surface. | The Apple Watch Series 4 and later devices include a wall that comprises an opaque surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| 15. The optical physiological measurement sensor of claim 10, wherein the wall operably connects to the substrate on one side and operably connects to the cover on the other side. | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side and operably connects to the cover on the other side.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 16. The optical physiological measurement sensor of claim 10, wherein at least | The Apple Watch Series 4 and later devices include a cover with at least a portion that is light permeable.<br><br>See Appendix A (Apple support page for heart rate); Appendix B |

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| a portion of the cover is light permeable. | (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 17. The optical physiological measurement sensor of claim 16, wherein the cover is configured to allow light to reach at least one of the at least four detectors. | The Apple Watch Series 4 and later devices include a cover configured to allow light to reach at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 18. The optical physiological measurement sensor of claim 10 further comprising: | |
| one or more openings that allow light to pass through to the at least four detectors. | The Apple Watch Series 4 and later devices include one or more openings that allow light to pass through to the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 19. The optical physiological measurement sensor of claim 18 further comprising: | |
| one or more processors configured to: | The Apple Watch Series 4 and later devices include one or more processors. |

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| | See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| receive one or more signals from at least one of the at least four detectors, the one or more signals indicative of a physiological parameter of the user of the optical physiological measurement sensor; and | The Apple Watch Series 4 and later devices  receive one or more signals from at least one of the at least four detectors, the one or more signals indicative of a physiological parameter of the user of the optical physiological measurement sensor.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| cause output of information indicative of measurements of the physiological parameter to at least one of: a touch-screen display or a mobile phone. | The Apple Watch Series 4 and later devices are configured to cause output of information indicative of measurements of the physiological parameter to at least one of: a touch-screen display or a mobile phone.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 20. A noninvasive optical physiological measurement device comprising: | The Apple Watch Series 4 and later devices are noninvasive optical physiological measurement devices.<br><br>See Appendix A (Apple support page for heart rate). |
| a plurality of emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include a plurality of emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| at least four detectors, wherein at least one of the at least four detectors is configured to detect light that has been attenuated by tissue of the user; | The Apple Watch Series 4 and later devices include at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least one of the at least four detectors that is configured to detect light that has been attenuated by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a cover configured to be located between tissue of the user and the at least four detectors when the noninvasive optical physiological measurement device is worn by the user, wherein the cover comprises a protruding surface operable to conform tissue of the user to at least a portion of the protruding surface when the noninvasive optical physiological measurement device is worn by the user, and wherein at least one of the at least four detectors is configured to receive light passed through the protruding surface after | The Apple Watch Series 4 and later devices include a cover configured to be located between tissue of the user and the at least four detectors when the noninvasive optical physiological measurement device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch).<br><br>The Apple Watch Series 4 and later devices include a cover that comprises a protruding surface operable to conform tissue of the user to at least a portion of the protruding surface when the noninvasive optical physiological measurement device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| attenuation by tissue of the user; | The Apple Watch Series 4 and later devices include at least one of the at least four detectors that is configured to receive light passed through the protruding surface after attenuation by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a wall surrounding the at least four detectors; and | The Apple Watch Series 4 and later devices include a wall surrounding the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a substrate on which at least the at least four detectors are positioned, | The Apple Watch Series 4 and later devices include a substrate on which at least the at least four detectors are positioned.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| wherein the wall operably connects to the substrate and the cover, thereby positioning the at least four detectors within one or more spaces formed by at least the substrate, the wall, and the cover. | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate and the cover, thereby positioning the at least four detectors within one or more spaces formed by at least the substrate, the wall, and the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| 21. The noninvasive optical physiological measurement device of claim 20, wherein the cover is further configured to allow passage of light to at least one of the at least four detectors after attenuation by tissue of the user via at least one or more light permeable portions of the cover. | The Apple Watch Series 4 and later devices include a cover configured to allow passage of light to at least one of the at least four detectors after attenuation by tissue of the user via at least one or more light permeable portions of the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 22. The noninvasive optical physiological measurement device of claim 21, wherein at least a portion of the cover is comprised of a sufficiently rigid material so as to cause the tissue of the user to conform to at least the portion of the protruding surface. | The Apple Watch Series 4 and later devices include a cover that is comprised of a sufficiently rigid material so as to cause the tissue of the user to conform to at least the portion of the protruding surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 23. The noninvasive optical physiological measurement device of claim 22, wherein the at least four detectors are evenly spaced from one another. | The Apple Watch Series 4 and later devices include at least four detectors evenly spaced from one another.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 24. The noninvasive optical physiological measurement device of claim 23 further comprising: | |
| one or more openings that allow light to pass through | The Apple Watch Series 4 and later devices include one or more openings that allow light to pass through to the at least four |

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| to the at least four detectors. | detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 25. The noninvasive optical physiological measurement device of claim 24 further comprising: | |
| a magnet configured to be used as a connecting mechanism. | The Apple Watch Series 4 and later devices include a magnet configured to be used as a connecting mechanism.<br><br>See Appendix P (Apple support page for magnetic coupling). |
| 26. The noninvasive optical physiological measurement device of claim 25 further comprising: | |
| one or more processors configured to: | The Apple Watch Series 4 and later devices include one or more processors.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| receive data or one or more signals from at least one of the at least four detectors, the data or one or more signals indicative of a physiological parameter of the user of the noninvasive optical | The Apple Watch Series 4 and later devices  receive data or one or more signals from at least one of the at least four detectors, the data or one or more signals indicative of a physiological parameter of the user of the noninvasive optical physiological measurement device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); |

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| physiological measurement device; and | Appendix N (Apple support page for using Health app on iPhone). |
| cause output of information indicative of measurements of the physiological parameter to at least one of: a touch-screen display or a mobile phone. | The Apple Watch Series 4 and later devices are configured to cause output of information indicative of measurements of the physiological parameter to at least one of: a touch-screen display or a mobile phone.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 27. The noninvasive optical physiological measurement device of claim 26, further comprising a touch-screen display. | The Apple Watch Series 4 and later devices include a touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 28. The noninvasive optical physiological measurement device of claim 27, wherein the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide. | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 29. The noninvasive optical physiological measurement device of claim 20, wherein the | The Apple Watch Series 4 and later devices are configured so that the attenuated light is reflected by the tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B |

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| attenuated light is reflected by the tissue. | (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| 1. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| a physiological sensor device comprising: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a plurality of emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include a plurality of emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| at least four detectors, wherein each of the at least four detectors has a corresponding window that allows light to pass through to the detector; | The Apple Watch Series 4 and later devices include at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors with a corresponding window that allows light to pass through to the detector.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

| U.S. Patent No. 10,588,554 | Analysis |
| --- | --- |
| | showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a wall that surrounds at least the at least four detectors; and | The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors. See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a cover that operably connects to the wall and that is configured to be located between tissue of the user and the at least four detectors when the physiological sensor device is worn by the user, wherein: | The Apple Watch Series 4 and later devices include a cover that operably connects to the wall and that is configured to be located between tissue of the user and the at least four detectors when the physiological sensor device is worn by the user. See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| the cover comprises a single protruding convex surface, and | The Apple Watch Series 4 and later devices include a single protruding convex surface. See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| at least a portion of the cover is sufficiently rigid to cause tissue of the user to conform to at least a | The Apple Watch Series 4 and later devices include a cover that is sufficiently rigid to cause tissue of the user to conform to at least a portion of a shape of the single protruding convex surface when the physiological sensor device is worn by the |

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| portion of a shape of the single protruding convex surface when the physiological sensor device is worn by the user; and | user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a handheld computing device in wireless communication with the physiological sensor device, wherein the handheld computing device comprises: | The Apple iPhone devices are in wireless communication with the physiological sensor device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple iPhone devices are handheld computing devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user; | The Apple iPhone devices include one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| a touch-screen display configured to provide a user interface, | The Apple Watch Series 4 and later devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| wherein: | |
| the user interface is configured to display indicia responsive to measurements of the physiological parameter, and | The Apple Watch Series 4 and later devices include a user interface configured to display indicia responsive to measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| an orientation of the user interface is configurable responsive to a user input; and | The Apple Watch Series 4 and later devices have an orientation of the user interface that is configurable responsive to a user input.<br><br>See Appendix O (Apple support page for changing orientation). |
| a storage device configured to at least temporarily store at least the measurements of the physiological parameter. | The Apple Watch Series 4 and later devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 2. The physiological measurement system of claim 1, wherein the at least four detectors | The Apple Watch Series 4 and later devices include at least eight detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of |

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| comprise at least eight detectors. | Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 3. The physiological measurement system of claim 2, wherein at least part of the single protruding convex surface is light permeable to provide at least one optical path to at least one of the at least four detectors. | The Apple Watch Series 4 and later devices include a single protruding convex surface that is light permeable to provide at least one optical path to at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 4. The physiological measurement system of claim 3, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors, wherein the at least partially opaque layer comprises the windows that allow light to pass through to the corresponding detectors. | The Apple Watch Series 4 and later devices include an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices include an at least partially opaque layer that comprises the windows that allow light to pass through to the corresponding detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
|  | showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 5. The physiological measurement system of claim 4, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| a substrate having a first surface, wherein the at least four detectors are arranged on the first surface. | The Apple Watch Series 4 and later devices include a substrate having a first surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors arranged on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 6. The physiological measurement system of claim 5, wherein: |  |
| the wall surrounds at least the at least four detectors on the first surface, | The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the substrate on one side of the wall, and | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side of the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B |

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| | (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the cover on an opposing side of the wall. | The Apple Watch Series 4 and later devices include a wall that operably connects to the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 7. The physiological measurement system of claim 6, wherein the wall creates one or more gaps between the first surface of the substrate and a surface of the cover that is interior to the physiological sensor device, and wherein the at least four detectors are positioned on the first surface of the substrate within the one or more gaps. | The Apple Watch Series 4 and later devices include a wall that creates one or more gaps between the first surface of the substrate and a surface of the cover that is interior to the physiological sensor device.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4).<br><br>The Apple Watch Series 4 and later devices include at least four detectors positioned on the first surface of the substrate within the one or more gaps.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| 20. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| a physiological sensor device comprising: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a plurality of emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include a plurality of emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| at least four detectors, wherein each of the at least four detectors has a corresponding window that allows light to pass through to the detector; | The Apple Watch Series 4 and later devices include at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors with a corresponding window that allows light to pass through to the detector.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
|  | showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a wall that surrounds at least the at least four detectors; and | The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a cover comprising a single protruding convex surface, wherein the single protruding convex surface is configured to be located between tissue of the user and the at least four detectors when the physiological sensor device is worn by the user, wherein at least a portion of the single protruding convex surface is sufficiently rigid to cause tissue of the user to conform to at least a portion of a shape of the single protruding convex surface when the physiological sensor device is worn by the user, and wherein the cover operably connects to the wall; and | The Apple Watch Series 4 and later devices include a cover comprising a single protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a single protruding convex surface that is configured to be located between tissue of the user and the at least four detectors when the physiological sensor device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a single protruding convex surface that is sufficiently rigid to cause tissue of the user to conform to at least a portion of a shape of the single protruding convex surface when the physiological sensor device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B |

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| | (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a cover operably connected to the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a handheld computing device in wireless communication with the physiological sensor device. | The Apple iPhone devices are in wireless communication with the physiological sensor device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 21. The physiological measurement system of claim 20, wherein the handheld computing device comprises: | The Apple iPhone devices are handheld computing devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more processors configured to wirelessly receive one or more signals from the physiological sensor | The Apple iPhone devices include one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user. |

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| device, the one or more signals responsive to at least a physiological parameter of the user; | See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a touch-screen display configured to provide a user interface, wherein: | The Apple iPhone devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| the user interface is configured to display indicia responsive to measurements of the physiological parameter, and | The Apple iPhone devices include a user interface configured to display indicia responsive to measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| an orientation of the user interface is configurable responsive to a user input; and | The Apple iPhone devices have an orientation of the user interface that is configurable responsive to a user input.<br><br>See Appendix O (Apple support page for changing orientation). |
| a storage device configured to at least temporarily store at least the measurements of the physiological parameter. | The Apple iPhone devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| 22. The physiological measurement system of claim 21, wherein the at least four detectors comprise at least eight detectors. | The Apple Watch Series 4 and later devices include at least eight detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 23. The physiological measurement system of claim 22, wherein at least part of the single protruding convex surface is light permeable to allow light to reach at least one of the at least four detectors. | The Apple Watch Series 4 and later devices include a single protruding convex surface that is light permeable to allow light to reach at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 24. The physiological measurement system of claim 23, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors, wherein the at least partially opaque layer comprises the windows that allow light to pass through to the corresponding detectors. | The Apple Watch Series 4 and later devices include an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices include an at least partially opaque layer that comprises the windows that allow light to pass through to the corresponding detectors. |

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 25. The physiological measurement system of claim 24, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| a substrate having a first surface, wherein the at least four detectors are arranged on the first surface, and wherein the wall surrounds at least the at least four detectors on the first surface, | The Apple Watch Series 4 and later devices include a substrate having a first surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors arranged on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| wherein: | |

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| the wall operably connects to the substrate on one side of the wall, and | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side of the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the cover on an opposing side of the wall. | The Apple Watch Series 4 and later devices include a wall that operably connects to the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 26. The physiological measurement system of claim 25, wherein a surface of the handheld computing device positions the touch-screen display. | The Apple iPhone devices include a surface that positions the touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 27. The physiological measurement system of claim 26, wherein the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, carbon monoxide, or a state or trend of wellness of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); |

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| carbon monoxide, or a state or trend of wellness of the user. | Appendix N (Apple support page for using Health app on iPhone). |
| 28. The physiological measurement system of claim 27, wherein the single protruding convex surface protrudes a height greater than 2 millimeters and less than 3 millimeters. | The Apple Watch Series 4 and later devices include a single protruding convex surface that protrudes a height greater than 2 millimeters and less than 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| | |
| 1. A user-worn physiological measurement device comprising: | The Apple Watch Series 4 and later devices are user-worn physiological measurement devices.<br><br>See Appendix A (Apple support page for heart rate). |
| one or more emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include one or more emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| at least four detectors arranged on a substrate; | The Apple Watch Series 4 and later devices include at least four detectors arranged on a substrate.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a cover comprising a protruding convex surface, wherein the protruding convex surface extends over all of the at least four detectors arranged on the substrate, wherein at least a portion of the protruding convex surface is rigid; | The Apple Watch Series 4 and later devices include a cover comprising a protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a protruding convex surface that extends over all of the at least four detectors arranged on the substrate.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing |

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| | watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a protruding convex surface that is rigid.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| one or more processors configured to: | The Apple Watch Series 4 and later devices include one or more processors.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| receive one or more signals from at least one of the at least four detectors, the one or more signals responsive to at least a physiological parameter of the user; and | The Apple Watch Series 4 and later devices  receive one or more signals from at least one of the at least four detectors, the one or more signals responsive to at least a physiological parameter of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| process the one or more signals to determine measurements of the physiological parameter; | The Apple Watch Series 4 and later devices  process the one or more signals to determine measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| a network interface configured to communicate with a mobile phone; | The Apple Watch Series 4 and later devices include a network interface configured to communicate with a mobile phone.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a touch-screen display configured to provide a user interface, wherein: | The Apple Watch Series 4 and later devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| the user interface is configured to display indicia responsive to the measurements of the physiological parameter, and | The Apple Watch Series 4 and later devices include a user interface configured to display indicia responsive to the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| an orientation of the user interface is configurable responsive to a user input; | The Apple Watch Series 4 and later devices have an orientation of the user interface that is configurable responsive to a user input.<br><br>See Appendix O (Apple support page for changing orientation). |
| a wall that surrounds at least the at least four detectors, wherein the wall operably connects to the substrate and the cover; | The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple |

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| | Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4).<br><br>The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate and the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a storage device configured to at least temporarily store at least the measurements of the physiological parameter; and | The Apple Watch Series 4 and later devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a strap configured to position the physiological measurement device on the user. | The Apple Watch Series 4 and later devices include a strap configured to position the physiological measurement device on the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands). |
| 2. The user-worn physiological measurement device of claim 1, wherein the protruding convex surface is configured to be located | The Apple Watch Series 4 and later devices include a protruding convex surface configured to be located between tissue of the user and the at least four detectors when the physiological measurement device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B |

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| between tissue of the user and the at least four detectors when the physiological measurement device is worn by the user. | (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 3. The user-worn physiological measurement device of claim 2, wherein at least part of the protruding convex surface is light permeable to allow light to reach at least one of the at least four detectors. | The Apple Watch Series 4 and later devices include a protruding convex surface that is light permeable to allow light to reach at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 4. The user-worn physiological measurement device of claim 2, wherein the at least four detectors are arranged on a first surface of the substrate. | The Apple Watch Series 4 and later devices include at least four detectors arranged on a first surface of the substrate.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 5. The user-worn physiological measurement device of claim 4, wherein: | |
| the wall operably connects to the substrate on one side of the wall, | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side of the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| the wall operably connects to the cover on an opposing side of the wall, and | The Apple Watch Series 4 and later devices include a wall that operably connects to the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| the wall surrounds at least the at least four detectors on the first surface. | The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| 6. The user-worn physiological measurement device of claim 5, further comprising a single unit wearable by the user, the single unit encompassing the one or more emitters, the at least four detectors, the wall, the cover, the one or more processors, the network interface, and the storage device. | The Apple Watch Series 4 and later devices are single units wearable by the user, the single units encompassing the one or more emitters, the at least four detectors, the wall, the cover, the one or more processors, the network interface, and the storage device.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 7. The user-worn physiological measurement device of claim 6, wherein a surface | The Apple iPhone devices include a surface that positions the touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I |

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| of the single unit positions the touch-screen display, and wherein the strap is attached to the single unit. | (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple Watch Series 4 and later devices include a strap attached to the single unit.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands). |
| 8. The user-worn physiological measurement device of claim 7, wherein the network interface is configured to communicate at least the measurements of the physiological parameter to the mobile phone. | The Apple Watch Series 4 and later devices include a network interface configured to communicate at least the measurements of the physiological parameter to the mobile phone.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 9. The user-worn physiological measurement device of claim 7, wherein the network interface is further configured to wirelessly communicate with the mobile phone or with a computer network. | The Apple Watch Series 4 and later devices include a network interface that is further configured to wirelessly communicate with the mobile phone or with a computer network.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 10. The user-worn physiological measurement device of claim 7, wherein the | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or |

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide. | carbon monoxide.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 11. The user-worn physiological measurement device of claim 10 further comprising: | |
| a magnet configured to be used as a connecting mechanism. | The Apple Watch Series 4 and later devices include a magnet configured to be used as a connecting mechanism.<br><br>See Appendix P (Apple support page for magnetic coupling). |
| 12. The user-worn physiological measurement device of claim 10, wherein the one or more processors are further configured to modulate a duty cycle of one or more of the one or more emitters, and wherein the modulation includes pulse width time slots and off time slots. | The Apple Watch Series 4 and later devices include one or more processors configured to modulate a duty cycle of one or more emitters.<br><br>See Appendix A (Apple support page for heart rate).<br><br>The Apple Watch Series 4 and later devices use modulation that includes pulse width time slots and off time slots.<br><br>See Appendix A (Apple support page for heart rate). |
| 14. The user-worn physiological measurement device of claim 10, wherein the physiological parameter comprises a state or trend of wellness of the user. | The Apple Watch Series 4 and later devices are configured to provide a state or trend of wellness of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| 15. The user-worn physiological measurement device of claim 10, wherein a portion of the physiological measurement device comprises one of at least two sizes, the two sizes intended to be appropriate for larger users and smaller users. | The Apple Watch Series 4 and later devices are one of at least two sizes, the two sizes intended to be appropriate for larger users and smaller users. <br><br> See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands). |
| 16. The user-worn physiological measurement device of claim 10, wherein the protruding convex surface protrudes a height between 1 millimeter and 3 millimeters. | The Apple Watch Series 4 and later devices include a protruding convex surface that protrudes a height between 1 millimeter and 3 millimeters. <br><br> See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 17. The user-worn physiological measurement device of claim 16, wherein the protruding convex surface protrudes a height greater than 2 millimeters and less than 3 millimeters. | The Apple Watch Series 4 and later devices include a protruding convex surface that protrudes a height greater than 2 millimeters and less than 3 millimeters. <br><br> See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 18. The user-worn physiological measurement device of claim 10, wherein each of the at least four detectors has a corresponding window that allows light to | The Apple Watch Series 4 and later devices include at least four detectors with a corresponding window that allows light to pass through to the detector. <br><br> See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple |

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| pass through to the detector. | Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 19. The user-worn physiological measurement device of claim 18 further comprising: | |
| an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors, wherein the at least partially opaque layer comprises the windows that allow light to pass through to the corresponding detectors. | The Apple Watch Series 4 and later devices include an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).

The Apple Watch Series 4 and later devices include an at least partially opaque layer that comprises the windows that allow light to pass through to the corresponding detectors.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 20. The user-worn physiological measurement device of claim 10, wherein the at least four detectors are arranged such that a first detector and a second detector of the at least four detectors are arranged across from each | The Apple Watch Series 4 and later devices include at least four detectors arranged such that a first detector and a second detector are arranged across from each other on opposite sides of a central point along a first axis, and a third detector and a fourth detector are arranged across from each other on opposite sides of the central point along a second axis which is different from the first axis.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of |

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| other on opposite sides of a central point along a first axis, and a third detector and a fourth detector of the at least four detectors are arranged across from each other on opposite sides of the central point along a second axis which is different from the first axis. | Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 21. The user-worn physiological measurement device of claim 20, wherein the first axis is perpendicular to the second axis. | The Apple Watch Series 4 and later devices detector arrangement includes a first axis that is perpendicular to the second axis.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 22. The user-worn physiological measurement device of claim 20, wherein the first, second, third and fourth detectors form a cross pattern about the central point. | The Apple Watch Series 4 and later devices include first, second, third and fourth detectors that form a cross pattern about the central point.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 23. The user-worn physiological measurement device of claim 10, wherein the wall creates one or more gaps between the first surface of the substrate and a surface of the cover that is interior to the physiological | The Apple Watch Series 4 and later devices include a wall that creates one or more gaps between the first surface of the substrate and a surface of the cover that is interior to the physiological measurement device.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, |

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| measurement device, and wherein the at least four detectors are positioned on the first surface of the substrate within the one or more gaps. | 408 described in US20190090806A1, including Fig. 4).<br><br>The Apple Watch Series 4 and later devices include at least four detectors positioned on the first surface of the substrate within the one or more gaps.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| 24. The user-worn physiological measurement device of claim 10, wherein the at least four detectors comprise at least eight detectors. | The Apple Watch Series 4 and later devices include at least eight detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 25. The user-worn physiological measurement device of claim 10, wherein at least one of the detectors is configured to detect light that has been attenuated by tissue of the user. | The Apple Watch Series 4 and later devices include at least one of the detectors that is configured to detect light that has been attenuated by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 26. The user-worn physiological measurement device of claim 25, wherein the attenuated light is reflected by the tissue. | The Apple Watch Series 4 and later devices are configured so that the attenuated light is reflected by the tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix |

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| | I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 27. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| the user-worn physiological measurement device according to claim 1; and | |
| the mobile phone in communication with the physiological measurement device. | The Apple iPhone devices are in communication with the physiological measurement device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 28. The physiological measurement system of claim 27, wherein the network interface of the physiological measurement device is configured to wirelessly communicate, and wherein the mobile phone wirelessly communicates with the network interface. | The Apple Watch Series 4 and later devices include a network interface configured to wirelessly communicate.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple iPhone devices  wirelessly communicate with the network interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| 29. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| the user-worn physiological measurement device according to claim 24; and | |
| the mobile phone in communication with the physiological measurement device. | The Apple iPhone devices are in communication with the physiological measurement device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 30. The physiological measurement system of claim 29, wherein the network interface of the physiological measurement device is configured to wirelessly communicate, and wherein the mobile phone wirelessly communicates with the network interface. | The Apple Watch Series 4 and later devices include a network interface configured to wirelessly communicate.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple iPhone devices  wirelessly communicate with the network interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| 1. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| a physiological sensor device comprising: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include one or more emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| at least four detectors, wherein each of the at least four detectors has a corresponding window that allows light to pass through to the detector; | The Apple Watch Series 4 and later devices include at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors with a corresponding window that allows light to pass through to the detector.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| | showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a wall that surrounds at least the at least four detectors; and | The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a cover comprising a protruding convex surface, wherein the protruding convex surface is above all of the at least four detectors, wherein at least a portion of the protruding convex surface is rigid, and wherein the cover operably connects to the wall; and | The Apple Watch Series 4 and later devices include a cover comprising a protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a protruding convex surface that is above all of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a protruding convex surface that is rigid.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
|  | The Apple Watch Series 4 and later devices include a cover operably connected to the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a handheld computing device in wireless communication with the physiological sensor device, wherein the handheld computing device comprises: | The Apple iPhone devices are in wireless communication with the physiological sensor device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple iPhone devices are handheld computing devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user; | The Apple iPhone devices include one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page |

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| | for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a touch-screen display configured to provide a user interface, wherein: | The Apple iPhone devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| the user interface is configured to display indicia responsive to measurements of the physiological parameter, and | The iPhone devices include a user interface configured to display indicia responsive to measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| an orientation of the user interface is configurable responsive to a user input; and | The iPhone devices have an orientation of the user interface that is configurable responsive to a user input.<br><br>See Appendix O (Apple support page for changing orientation). |
| a storage device configured to at least temporarily store at least the measurements of the physiological parameter. | The iPhone devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 2. The physiological measurement system of claim 1, wherein the protruding convex surface is configured to be located | The Apple Watch Series 4 and later devices include a protruding convex surface configured to be located between tissue of the user and the at least four detectors when the physiological measurement device is worn by the user. |

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| between tissue of the user and the at least four detectors when the physiological measurement device is worn by the user. | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 3. The physiological measurement system of claim 2, wherein the at least four detectors comprise at least eight detectors. | The Apple Watch Series 4 and later devices include at least eight detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 4. The physiological measurement system of claim 3, wherein at least part of the protruding convex surface is light permeable to allow light to reach at least one of the at least four detectors. | The Apple Watch Series 4 and later devices include a protruding convex surface that is light permeable to allow light to reach at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 5. The physiological measurement system of claim 4, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors, wherein the at least partially opaque layer comprises the windows that allow light to pass | The Apple Watch Series 4 and later devices include an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| through to the corresponding detectors. | showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices include an at least partially opaque layer that comprises the windows that allow light to pass through to the corresponding detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 6. The physiological measurement system of claim 2, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| a substrate having a first surface, wherein the at least four detectors are arranged on the first surface. | The Apple Watch Series 4 and later devices include a substrate having a first surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors arranged on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 7. The physiological measurement system of claim 6, wherein: | |
| the wall surrounds at least the at least four detectors on the first surface, | The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors on the first surface. |

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the substrate on one side of the wall, and | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side of the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the cover on an opposing side of the wall. | The Apple Watch Series 4 and later devices include a wall that operably connects to the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 8. The physiological measurement system of claim 7, wherein the wall creates one or more gaps between the first surface of the substrate and a surface of the cover that is interior to the physiological sensor device, and wherein the at least four detectors are positioned on the first | The Apple Watch Series 4 and later devices include a wall that creates one or more gaps between the first surface of the substrate and a surface of the cover that is interior to the physiological sensor device.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| surface of the substrate within the one or more gaps. | The Apple Watch Series 4 and later devices include at least four detectors positioned on the first surface of the substrate within the one or more gaps.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| 10. The physiological measurement system of claim 7, wherein a surface of the handheld computing device positions the touch-screen display. | The Apple iPhone devices include a surface that positions the touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 11. The physiological measurement system of claim 10, wherein the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide. | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 12. The physiological measurement system of claim 11, wherein the protruding convex surface protrudes a height between 1 millimeter and 3 millimeters. | The Apple Watch Series 4 and later devices include a protruding convex surface that protrudes a height between 1 millimeter and 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing |

Exhibit B
Page 105

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| | watch); Appendix J (side-view image of watch from Apple website). |
| 13. The physiological measurement system of claim 11, wherein at least one of the detectors is configured to detect light that has been attenuated by tissue of the user. | The Apple Watch Series 4 and later devices include at least one of the detectors that is configured to detect light that has been attenuated by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 15. The physiological measurement system of claim 13, wherein a portion of the physiological sensor device comprises one of at least two sizes, the two sizes intended to be appropriate for larger users and smaller users. | A portion of the Apple Watch Series 4 and later devices are one of at least two sizes, the two sizes intended to be appropriate for larger users and smaller users.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands). |
| 16. The physiological measurement system of claim 13, wherein the at least four detectors are arranged such that a first detector and a second detector of the least four detectors are arranged across from each other on opposite sides of a central point along a first axis, and a third detector and a fourth detector of the least four detectors are arranged across from each other on opposite sides of the central point along a second axis which is | The Apple Watch Series 4 and later devices include at least four detectors arranged such that a first detector and a second detector are arranged across from each other on opposite sides of a central point along a first axis, and a third detector and a fourth detector are arranged across from each other on opposite sides of the central point along a second axis which is different from the first axis.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| different from the first axis. | |
| 17. The physiological measurement system of claim 16, wherein the first axis is perpendicular to the second axis, and wherein the first, second, third and fourth detectors form a cross pattern about the central point. | The Apple Watch Series 4 and later devices detector arrangement includes a first axis that is perpendicular to the second axis.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include first, second, third and fourth detectors that form a cross pattern about the central point.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 18. The physiological measurement system of claim 17, wherein the protruding convex surface protrudes a height greater than 2 millimeters and less than 3 millimeters. | The Apple Watch Series 4 and later devices include a protruding convex surface that protrudes a height greater than 2 millimeters and less than 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 19. The physiological measurement system of claim 18, wherein the attenuated light is reflected by the tissue. | The Apple Watch Series 4 and later devices are configured so that the attenuated light is reflected by the tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, |

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| | 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 20. The physiological measurement system of claim 13, wherein the physiological parameter comprises a state or trend of wellness of the user. | The Apple Watch Series 4 and later devices are configured to provide a state or trend of wellness of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 21. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| a physiological sensor device comprising: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include one or more emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| at least four detectors, wherein each of the at least four detectors has a corresponding window that allows light to pass through to the detector; | The Apple Watch Series 4 and later devices include at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| | showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors with a corresponding window that allows light to pass through to the detector.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a wall that surrounds at least the at least four detectors; and | The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a cover comprising a protruding convex surface, wherein the protruding convex surface is positioned such that the protruding convex surface is located between tissue of the user and all of the at least four detectors when the physiological sensor device is worn by the user, wherein at least a portion of the protruding convex surface is rigid, and wherein the cover operably connects to the wall; and | The Apple Watch Series 4 and later devices include a cover comprising a protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a protruding convex surface that is positioned such that the protruding convex surface is located between tissue of the user and all of the at least four detectors when the physiological sensor device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple |

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| | Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a protruding convex surface that is rigid.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a cover operably connected to the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a handheld computing device in wireless communication with the physiological sensor device. | The Apple iPhone devices are in wireless communication with the physiological sensor device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 22. The physiological measurement system of claim 21, wherein the handheld computing device comprises: | The Apple iPhone devices are handheld computing devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page |

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| | for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user; | The Apple iPhone devices include one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a touch-screen display configured to provide a user interface, wherein: | The Apple iPhone devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| the user interface is configured to display indicia responsive to measurements of the physiological parameter, and | The iPhone devices include a user interface configured to display indicia responsive to measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| an orientation of the user interface is configurable responsive to a user input; and | The iPhone devices have an orientation of the user interface that is configurable responsive to a user input.<br><br>See Appendix O (Apple support page for changing orientation). |
| a storage device configured to at least temporarily store at least | The iPhone devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter. |

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| the measurements of the physiological parameter. | See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 23. The physiological measurement system of claim 22, wherein the at least four detectors comprise at least eight detectors. | The Apple Watch Series 4 and later devices include at least eight detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 24. The physiological measurement system of claim 23, wherein at least part of the protruding convex surface is light permeable to allow light to reach at least one of the at least four detectors. | The Apple Watch Series 4 and later devices include a protruding convex surface that is light permeable to allow light to reach at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 25. The physiological measurement system of claim 23, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors, wherein the at least partially opaque layer comprises the windows that allow light to pass | The Apple Watch Series 4 and later devices include an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| through to the corresponding detectors. | showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices include an at least partially opaque layer that comprises the windows that allow light to pass through to the corresponding detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 26. The physiological measurement system of claim 25, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| a substrate having a first surface, wherein the at least four detectors are arranged on the first surface, and wherein the wall surrounds at least the at least four detectors on the first surface, | The Apple Watch Series 4 and later devices include a substrate having a first surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors arranged on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple |

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| | Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| wherein: | |
| the wall operably connects to the substrate on one side of the wall, and | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side of the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the cover on an opposing side of the wall. | The Apple Watch Series 4 and later devices include a wall that operably connects to the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 27. The physiological measurement system of claim 26, wherein a surface of the handheld computing device positions the touch-screen display. | The Apple iPhone devices include a surface that positions the touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 28. The physiological measurement system of claim 27, wherein the physiological parameter comprises at least one of: | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, carbon monoxide, or a state or trend of wellness of the user. |

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, carbon monoxide, or a state or trend of wellness of the user. | See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 29. The physiological measurement system of claim 28, wherein the protruding convex surface protrudes a height greater than 2 millimeters and less than 3 millimeters. | The Apple Watch Series 4 and later devices include a protruding convex surface that protrudes a height greater than 2 millimeters and less than 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| 1. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| a physiological sensor device comprising: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include one or more emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a first set of photodiodes, wherein: | The Apple Watch Series 4 and later devices include a first set of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| the first set of photodiodes comprises at least four photodiodes, | The Apple Watch Series 4 and later devices include the first set of photodiodes comprises at least four photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| the photodiodes of the first set of photodiodes are connected to one another in parallel to provide a first signal stream, and | The Apple Watch Series 4 and later devices include photodiodes of the first set of photodiodes connected to one another in parallel to provide a first signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| each of the photodiodes of the first set of photodiodes has a corresponding window that allows light to pass through to the photodiode; | The Apple Watch Series 4 and later devices are configured so that each of the photodiodes of the first set of photodiodes has a corresponding window that allows light to pass through to the photodiode.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a second set of photodiodes, wherein: | The Apple Watch Series 4 and later devices include a second set of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| the second set of photodiodes comprises at least four photodiodes, | The Apple Watch Series 4 and later devices include a second set of photodiodes that comprises four photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| the photodiodes of the second set of photodiodes are connected to one another in parallel to provide a second signal stream, and | The Apple Watch Series 4 and later devices include photodiodes of the second set of photodiodes connected to one another in parallel to provide a second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| each of the photodiodes of the second set of photodiodes has a corresponding window that allows light to pass through to the photodiode; | The Apple Watch Series 4 and later devices are configured so that each of the photodiodes of the second set of photodiodes has a corresponding window that allows light to pass through to the photodiode.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a wall that surrounds at least the first and second sets of photodiodes; and | The Apple Watch Series 4 and later devices include a wall that surrounds at least the first and second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a cover comprising a protruding convex surface, wherein the protruding convex surface is above all of the photodiodes of the first and second sets of photodiodes, wherein at least a portion of the protruding convex surface | The Apple Watch Series 4 and later devices include a cover comprising a protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| is rigid, and wherein the cover is above the wall; and | The Apple Watch Series 4 and later devices include a protruding convex surface that is above all of the photodiodes of the first and second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a protruding convex surface that is rigid.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a cover above the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a handheld computing device in wireless communication with the physiological sensor device, wherein the handheld computing device comprises: | The Apple iPhone devices are in wireless communication with the physiological sensor device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| | (Apple support page for using Health app on iPhone).<br><br>The Apple iPhone devices are handheld computing devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user; | The Apple iPhone devices include one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a touch-screen display configured to provide a user interface, wherein: | The iPhone devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| the user interface is configured to display indicia responsive to measurements of the physiological parameter, and | The iPhone devices include a user interface configured to display indicia responsive to measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| | Appendix N (Apple support page for using Health app on iPhone). |
| an orientation of the user interface is configurable responsive to a user input; and | The iPhone devices have an orientation of the user interface that is configurable responsive to a user input.<br><br>See Appendix O (Apple support page for changing orientation). |
| a storage device configured to at least temporarily store at least the measurements of the physiological parameter. | The Apple Watch Series 4 and later devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 2. The physiological measurement system of claim 1, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| preprocessing electronics configured to preprocess at least one of the first signal stream or the second signal stream. | The Apple Watch Series 4 and later devices use preprocessing electronics configured to preprocess at least one of the first signal stream or the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 3. The physiological measurement system of claim 2, wherein the preprocessing comprises adapting the at least one of the first signal stream or the second signal stream. | The Apple Watch Series 4 and later devices use preprocessing that comprises adapting the at least one of the first signal stream or the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 4. The physiological measurement system of claim 3, wherein the preprocessing further | The Apple Watch Series 4 and later devices use preprocessing that further comprises amplifying the at least one of the first signal stream or the second signal stream. |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| comprises amplifying the at least one of the first signal stream or the second signal stream. | The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 5. The physiological measurement system of claim 4, wherein the preprocessing further comprises converting the at least one of the first signal stream or the second signal stream from analog to digital. | The Apple Watch Series 4 and later devices use preprocessing that further comprises converting the at least one of the first signal stream or the second signal stream from analog to digital.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 6. The physiological measurement system of claim 2, wherein the preprocessing electronics comprise at least: | The Apple Watch Series 4 and later devices use preprocessing electronics.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a first amplifier configured to receive the first signal stream from the first set of photodiodes at an input of the first amplifier and at least amplify the first signal stream, and | The Apple Watch Series 4 and later devices use a first amplifier configured to receive the first signal stream from the first set of photodiodes at an input of the first amplifier and at least amplify the first signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a second amplifier configured to receive the second signal stream from the second set of photodiodes at an input of the second amplifier and at least amplify the second signal stream. | The Apple Watch Series 4 and later devices use a second amplifier configured to receive the second signal stream from the second set of photodiodes at an input of the second amplifier and at least amplify the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 7. The physiological measurement system of claim 6, wherein the protruding convex surface is configured to be located | The Apple Watch Series 4 and later devices include a protruding convex surface that is configured to be located between tissue of the user and the photodiodes of the first and second sets of photodiodes when the physiological measurement device is worn by the user. |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| between tissue of the user and the photodiodes of the first and second sets of photodiodes when the physiological measurement device is worn by the user, and wherein at least part of the protruding convex surface is light permeable to allow light to reach at least one of the photodiodes of the first or second sets of photodiodes. | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a protruding convex surface that is light permeable to allow light to reach at least one of the photodiodes of the first or second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 8. The physiological measurement system of claim 7, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| an at least partially opaque layer blocking one or more optical paths to at least one of the photodiodes of the first set of photodiodes or the second set of photodiodes, wherein the at least partially opaque layer comprises the windows that allow light to pass through to the corresponding photodiodes. | The Apple Watch Series 4 and later devices include an at least partially opaque layer blocking one or more optical paths to at least one of the photodiodes of the first set of photodiodes or the second set of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices include windows that allow light to pass through to the corresponding photodiodes. |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 9. The physiological measurement system of claim 8, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| a substrate having a first surface, wherein the photodiodes of the first set of photodiodes and the photodiodes of the second set of photodiodes are arranged on the first surface. | The Apple Watch Series 4 and later devices include a substrate having a first surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include photodiodes of the first set of photodiodes and photodiodes of the second set of photodiodes arranged on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 10. The physiological measurement system of claim 9, wherein: | |
| the wall surrounds at least the first set of photodiodes and the second set of photodiodes on the first surface, | The Apple Watch Series 4 and later devices include a wall that surrounds at least the first set of photodiodes and the second set of photodiodes on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| | showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the substrate on one side of the wall, and | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side of the wall.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the cover on an opposing side of the wall. | The Apple Watch Series 4 and later devices include a wall that operably connects to the cover.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 11. The physiological measurement system of claim 10, wherein a surface of the handheld computing device positions the touch-screen display. | The Apple iPhone devices include a surface that positions the touch-screen display.

See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 12. The physiological measurement system of claim 11, wherein the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide.

See Appendix A (Apple support page for heart rate); Appendix I |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide. | (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 13. The physiological measurement system of claim 12, wherein the protruding convex surface protrudes a height between 1 millimeter and 3 millimeters. | The Apple Watch Series 4 and later devices include a protruding convex surface that protrudes a height between 1 millimeter and 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 14. The physiological measurement system of claim 12, wherein at least one of the photodiodes is configured to receive light that has been attenuated by tissue of the user. | The Apple Watch Series 4 and later devices include at least one photodiode configured to receive light that has been attenuated by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 15. The physiological measurement system of claim 14, wherein a portion of the physiological sensor device comprises one of at least two sizes, the two sizes intended to be appropriate for larger users and smaller users. | A portion of the Apple Watch Series 4 and later devices are one of at least two sizes, the two sizes intended to be appropriate for larger users and smaller users.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands). |
| 16. The physiological measurement system of claim 14, wherein at least the photodiodes of the first set of photodiodes are | The Apple Watch Series 4 and later devices include photodiodes of the first set of photodiodes arranged such that a first photodiode and a second photodiode of the first set of photodiodes are arranged across from each other on opposite sides of a central point along a first axis, and a third photodiode |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| arranged such that a first photodiode and a second photodiode of the first set of photodiodes are arranged across from each other on opposite sides of a central point along a first axis, and a third photodiode and a fourth photodiode of the first set of photodiodes are arranged across from each other on opposite sides of the central point along a second axis which is different from the first axis. | and a fourth photodiode of the first set of photodiodes are arranged across from each other on opposite sides of the central point along a second axis which is different from the first axis.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix F (image with photodiodes arranged across from each other). |
| 17. The physiological measurement system of claim 14, wherein the protruding convex surface protrudes a height greater than 2 millimeters and less than 3 millimeters. | The Apple Watch Series 4 and later devices include a protruding convex surface that protrudes a height greater than 2 millimeters and less than 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 18. The physiological measurement system of claim 17, wherein the attenuated light is reflected by the tissue. | The Apple Watch Series 4 and later devices are configured so that the attenuated light is reflected by the tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| 19. The physiological measurement system of claim 1, wherein the handheld computing device comprises a mobile phone. | The Apple iPhone devices are mobile phones.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 20. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| a physiological sensor device comprising: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include one or more emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a first set of photodiodes, the first set of photodiodes comprising at least four photodiodes, the photodiodes of the first set of photodiodes connected to one another in parallel to provide a first signal stream; wherein each of the photodiodes of the | The Apple Watch Series 4 and later devices include a first set of photodiodes, the first set of photodiodes comprising at least four photodiodes, the photodiodes of the first set of photodiodes connected to one another in parallel to provide a first signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

Exhibit B
Page 128

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| first set of photodiodes has a corresponding window that allows light to pass through to the photodiode; | showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| | The Apple Watch Series 4 and later devices are configured so that each of the photodiodes of the first set of photodiodes has a corresponding window that allows light to pass through to the photodiode. |
| | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a second set of photodiodes, the second set of photodiodes comprising at least four photodiodes, the photodiodes of the second set of photodiodes connected to one another in parallel to provide a second signal stream, wherein each of the photodiodes of the second set of photodiodes has a corresponding window that allows light to pass through to the photodiode; and | The Apple Watch Series 4 and later devices include a second set of photodiodes, the second set of photodiodes comprising at least four photodiodes, the photodiodes of the second set of photodiodes connected to one another in parallel to provide a second signal stream. |
| | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| | The Apple Watch Series 4 and later devices are configured so that each of the photodiodes of the second set of photodiodes has a corresponding window that allows light to pass through to the photodiode. |
| | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a protruding convex surface, wherein the | The Apple Watch Series 4 and later devices include a protruding convex surface. |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| protruding convex surface is positioned such that the protruding convex surface is located between tissue of the user and the photodiodes of the first and second sets of photodiodes when the physiological sensor device is worn by the user; and | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a protruding convex surface that is positioned such that the protruding convex surface is located between tissue of the user and the photodiodes of the first and second sets of photodiodes when the physiological sensor device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a handheld computing device in wireless communication with the physiological sensor device. | The Apple iPhone devices are in wireless communication with the physiological sensor device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 21. The physiological measurement system of claim 20, wherein the handheld computing device comprises a mobile phone. | The Apple iPhone devices are mobile phones.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 22. The physiological measurement system of | |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| claim 20 further comprising: | |
| preprocessing electronics comprising at least: | The Apple Watch Series 4 and later devices use preprocessing electronics.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a first amplifier configured to receive the first signal stream at an input of the first amplifier and at least amplify the first signal stream, and | The Apple Watch Series 4 and later devices use a first amplifier configured to receive the first signal stream at an input of the first amplifier and at least amplify the first signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a second amplifier configured to receive the second signal stream at an input of the second amplifier and at least amplify the second signal stream. | The Apple Watch Series 4 and later devices use a second amplifier configured to receive the second signal stream at an input of the second amplifier and at least amplify the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 23. The physiological measurement system of claim 22, wherein the preprocessing electronics are further configured to convert at least one of the first signal stream or the second signal stream from analog to digital. | The Apple Watch Series 4 and later devices use preprocessing electronics further configured to convert at least one of the first signal stream or the second signal stream from analog to digital.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 24. The physiological measurement system of claim 23, wherein the handheld computing device comprises: | The Apple iPhone devices are handheld computing devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user; | The Apple iPhone devices include one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a touch-screen display configured to provide a user interface, wherein the user interface is configured to display indicia responsive to measurements of the physiological parameter; and | The Apple iPhone devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple Watch Series 4 and later devices include a user interface configured to display indicia responsive to measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a storage device configured to at least temporarily store at least the measurements of the physiological parameter. | The Apple iPhone devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| 25. The physiological measurement system of claim 24, wherein at least part of the protruding convex surface is light permeable to allow light to reach at least one of the photodiodes of the first or second sets of photodiodes, and wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices include a protruding convex surface is light permeable to allow light to reach at least one of the photodiodes of the first or second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| an at least partially opaque layer blocking one or more optical paths to at least one of the photodiodes of the first set of photodiodes and at least one of the photodiodes of the second set of photodiodes, wherein the at least partially opaque layer comprises the windows that allow light to pass through to the corresponding photodiodes. | The Apple Watch Series 4 and later devices include an at least partially opaque layer blocking one or more optical paths to at least one of the photodiodes of the first set of photodiodes and at least one of the photodiodes of the second set of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices include windows that allow light to pass through to the corresponding photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| 26. The physiological measurement system of claim 25, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| a wall that surrounds at least the first and second sets of photodiodes; and | The Apple Watch Series 4 and later devices include a wall that surrounds at least the first and second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a substrate having a first surface, wherein the photodiodes of the first set of photodiodes and the photodiodes of the second set of photodiodes are arranged on the first surface, wherein the wall surrounds at least the first set of photodiodes and the second set of photodiodes on the first surface; and | The Apple Watch Series 4 and later devices include a substrate having a first surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include photodiodes of the first set of photodiodes and photodiodes of the second set of photodiodes arranged on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include a wall that surrounds at least the first set of photodiodes and the second set of photodiodes on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| | showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a cover comprising the protruding convex surface, wherein: | The Apple Watch Series 4 and later devices include a cover comprising the protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| the wall operably connects to the substrate on one side of the wall, and | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side of the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the cover on an opposing side of the wall. | The Apple Watch Series 4 and later devices include a wall that operably connects to the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 27. The physiological measurement system of claim 26, wherein a surface of the handheld computing device positions the touch-screen display. | The Apple iPhone devices include a surface that positions the touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| | for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 28. The physiological measurement system of claim 27, wherein the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, carbon monoxide, or a state or trend of wellness of the user. | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, carbon monoxide, or a state or trend of wellness of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 29. The physiological measurement system of claim 28, wherein the protruding convex surface protrudes a height greater than 2 millimeters and less than 3 millimeters. | The Apple Watch Series 4 and later devices include a protruding convex surface that protrudes a height greater than 2 millimeters and less than 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 30. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| a physiological sensor device comprising: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| one or more emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include one or more emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a substrate having a first surface; | The Apple Watch Series 4 and later devices include a substrate having a first surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a first set of photodiodes arranged on the first surface, wherein: | The Apple Watch Series 4 and later devices include a first set of photodiodes arranged on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| the first set of photodiodes comprises at least four photodiodes, | The Apple Watch Series 4 and later devices include the first set of photodiodes comprises at least four photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the photodiodes of the first set of photodiodes are connected to one another in parallel to provide a first signal stream, and | The Apple Watch Series 4 and later devices include photodiodes of the first set of photodiodes connected to one another in parallel to provide a first signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| | showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| each of the photodiodes of the first set of photodiodes has a corresponding window that allows light to pass through to the photodiode; | The Apple Watch Series 4 and later devices are configured so that each of the photodiodes of the first set of photodiodes has a corresponding window that allows light to pass through to the photodiode.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a second set of photodiodes arranged on the first surface, wherein: | The Apple Watch Series 4 and later devices include a second set of photodiodes arranged on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| the second set of photodiodes comprises at least four photodiodes, | The Apple Watch Series 4 and later devices include a second set of photodiodes that comprises four photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the photodiodes of the second set of photodiodes are connected to one another in parallel to provide a second signal stream, and | The Apple Watch Series 4 and later devices include photodiodes of the second set of photodiodes connected to one another in parallel to provide a second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| | showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| each of the photodiodes of the second set of photodiodes has a corresponding window that allows light to pass through to the photodiode; | The Apple Watch Series 4 and later devices are configured so that each of the photodiodes of the second set of photodiodes has a corresponding window that allows light to pass through to the photodiode.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a cover comprising a protruding convex surface, wherein: | The Apple Watch Series 4 and later devices include a cover comprising a protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| the protruding convex surface is above all of the photodiodes of the first and second sets of photodiodes, | The Apple Watch Series 4 and later devices include a protruding convex surface that is above all of the photodiodes of the first and second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| at least a portion of the protruding convex surface is rigid, | The Apple Watch Series 4 and later devices include a protruding convex surface that is rigid.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| | Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| the cover is above the wall, and | The Apple Watch Series 4 and later devices include a cover above the wall.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| the protruding convex surface is configured to be located between tissue of the user and the photodiodes of the first and second sets of photodiodes when the physiological measurement device is worn by the user; | The Apple Watch Series 4 and later devices include a protruding convex surface that is configured to be located between tissue of the user and the photodiodes of the first and second sets of photodiodes when the physiological measurement device is worn by the user.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a wall that surrounds at least the first and second sets of photodiodes on the first surface, wherein: | The Apple Watch Series 4 and later devices include a wall that surrounds at least the first and second sets of photodiodes on the first surface.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| the wall operably connects to the substrate on one side of the wall, and | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side of the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the cover on an opposing side of the wall; and | The Apple Watch Series 4 and later devices include a wall that operably connects to the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| preprocessing electronics configured to preprocess at least one of the first signal stream or the second signal stream, wherein the preprocessing electronics comprise at least: | The Apple Watch Series 4 and later devices use preprocessing electronics configured to preprocess at least one of the first signal stream or the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation.<br><br>The Apple Watch Series 4 and later devices use preprocessing electronics.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a first amplifier configured to receive the first signal stream from the first set of photodiodes at an input of the first amplifier and at | The Apple Watch Series 4 and later devices use a first amplifier configured to receive the first signal stream from the first set of photodiodes at an input of the first amplifier and at least amplify the first signal stream. |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| least amplify the first signal stream, and | The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a second amplifier configured to receive the second signal stream from the second set of photodiodes at an input of the second amplifier and at least amplify the second signal stream; and | The Apple Watch Series 4 and later devices use a second amplifier configured to receive the second signal stream from the second set of photodiodes at an input of the second amplifier and at least amplify the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a handheld computing device in wireless communication with the physiological sensor device, wherein the handheld computing device comprises: | The Apple iPhone devices are in wireless communication with the physiological sensor device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple iPhone devices are handheld computing devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user, wherein the physiological parameter comprises at | The Apple iPhone devices include one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide; | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a touch-screen display configured to provide a user interface, wherein the user interface is configured to display indicia responsive to measurements of the physiological parameter; and | The Apple iPhone devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple Watch Series 4 and later devices include a user interface configured to display indicia responsive to measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a storage device configured to at least temporarily store at least the measurements of the physiological parameter. | The Apple Watch Series 4 and later devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); |

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| | Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| 1. A user-worn physiological measurement device that defines a plurality of optical paths, the physiological measurement device comprising: | The Apple Watch Series 4 and later devices are user-worn physiological measurement devices that define a plurality of optical paths.<br><br>See Appendix A (Apple support page for heart rate). |
| one or more emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include one or more emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a first set of photodiodes positioned on a first surface and surrounded by a wall that is operably connected to the first surface, wherein: | The Apple Watch Series 4 and later devices include a first set of photodiodes positioned on a first surface and surrounded by a wall that is operably connected to the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| the first set of photodiodes comprises at least four photodiodes, and | The Apple Watch Series 4 and later devices include the first set of photodiodes comprises at least four photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the photodiodes of the first set of photodiodes are connected to one another | The Apple Watch Series 4 and later devices include photodiodes of the first set of photodiodes connected to one another in parallel to provide a first signal stream. |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| in parallel to provide a first signal stream; | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| a second set of photodiodes positioned on the first surface and surrounded by the wall, wherein: | The Apple Watch Series 4 and later devices include a second set of photodiodes positioned on the first surface and surrounded by the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| the second set of photodiodes comprises at least four photodiodes, and | The Apple Watch Series 4 and later devices include a second set of photodiodes that comprises four photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the photodiodes of the second set of photodiodes are connected to one another in parallel to provide a second signal stream; and | The Apple Watch Series 4 and later devices include photodiodes of the second set of photodiodes connected to one another in parallel to provide a second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| a cover located above the wall and comprising a | The Apple Watch Series 4 and later devices include a cover located above the wall and comprising a single protruding |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| single protruding convex surface configured to be located between tissue of the user and the first and second sets of photodiodes when the physiological measurement device is worn by the user, | convex surface configured to be located between tissue of the user and the first and second sets of photodiodes when the physiological measurement device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| wherein the physiological measurement device provides a plurality of optical paths, wherein each of the optical paths: | The Apple Watch Series 4 and later devices provide a plurality of optical paths.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices include optical paths.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| exits an emitter of the one or more emitters, | The Apple Watch Series 4 and later devices include an optical path that exits an emitter of the one or more emitters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| | page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| passes through tissue of the user, | The Apple Watch Series 4 and later devices include optical paths that pass through tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| passes through the single protruding convex surface, and | The Apple Watch Series 4 and later devices include optical paths that pass through the single protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| arrives at a corresponding photodiode of the at least one of the first or second sets of photodiodes, the corresponding photodiode configured to receive light emitted by the emitter after traversal by the light of a corresponding optical path of the plurality of optical paths and after attenuation of the light by tissue of the user. | The Apple Watch Series 4 and later devices provide an optical path that arrives at a corresponding photodiode of the at least one of the first or second sets of photodiodes, the corresponding photodiode configured to receive light emitted by the emitter after traversal by the light of a corresponding optical path of the plurality of optical paths and after attenuation of the light by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 2. The user-worn physiological | |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| measurement device of claim 1 further comprising: | |
| preprocessing electronics configured to preprocess at least one of the first signal stream or the second signal stream. | The Apple Watch Series 4 and later devices use preprocessing electronics configured to preprocess at least one of the first signal stream or the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 3. The user-worn physiological measurement device of claim 2, wherein the preprocessing comprises adapting the at least one of the first signal stream or the second signal stream. | The Apple Watch Series 4 and later devices use preprocessing that comprises adapting the at least one of the first signal stream or the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 4. The user-worn physiological measurement device of claim 3, wherein the preprocessing further comprises amplifying the at least one of the first signal stream or the second signal stream. | The Apple Watch Series 4 and later devices use preprocessing that further comprises amplifying the at least one of the first signal stream or the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 5. The user-worn physiological measurement device of claim 4, wherein the preprocessing further comprises converting the at least one of the first signal stream or the second signal stream from analog to digital. | The Apple Watch Series 4 and later devices use preprocessing that further comprises converting the at least one of the first signal stream or the second signal stream from analog to digital.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 6. The user-worn physiological measurement device of | The Apple Watch Series 4 and later devices use preprocessing electronics. |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| claim 2, wherein the preprocessing electronics comprise at least: | The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a first common amplifier configured to receive the first signal stream from the first set of photodiodes at an input of the first common amplifier and at least amplify the first signal stream, and | The Apple Watch Series 4 and later devices use a first common amplifier configured to receive the first signal stream from the first set of photodiodes at an input of the first common amplifier and at least amplify the first signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a second common amplifier configured to receive the second signal stream from the second set of photodiodes at an input of the second common amplifier and at least amplify the second signal stream. | The Apple Watch Series 4 and later devices use a second common amplifier configured to receive the second signal stream from the second set of photodiodes at an input of the second common amplifier and at least amplify the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 7. The user-worn physiological measurement device of claim 6, wherein at least the photodiodes of the first set of photodiodes are arranged such that a first photodiode and a second photodiode are arranged across from each other on opposite sides of a central point along a first axis, and a third photodiode and a fourth photodiode are arranged across from each other on opposite sides of the central point along a second axis which is | The Apple Watch Series 4 and later devices include photodiodes of the first set of photodiodes that are arranged such that a first photodiode and a second photodiode are arranged across from each other on opposite sides of a central point along a first axis, and a third photodiode and a fourth photodiode are arranged across from each other on opposite sides of the central point along a second axis which is different from the first axis.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix F (image with photodiodes arranged across from each other). |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| different from the first axis. | |
| 8. The user-worn physiological measurement device of claim 6 further comprising: | |
| a plurality of windows, wherein each of the photodiodes of the first set of photodiodes and the second set of photodiodes has a corresponding window of the plurality of windows that allows light to pass through to the photodiode, | The Apple Watch Series 4 and later devices include a plurality of windows.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices are configured so that each of the photodiodes of the first set of photodiodes and the second set of photodiodes has a corresponding window of the plurality of windows that allows light to pass through to the photodiode.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| wherein each of the optical paths further: | The Apple Watch Series 4 and later devices include optical paths.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| passes through a corresponding window of the plurality of windows. | The Apple Watch Series 4 and later devices include optical paths that passes through a corresponding window of the plurality of windows.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 9. The user-worn physiological measurement device of claim 8, wherein the single protruding convex surface protrudes a height between 1 millimeter and 3 millimeters. | The Apple Watch Series 4 and later devices include a single protruding convex surface that protrudes a height between 1 millimeter and 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 10. The user-worn physiological measurement device of claim 9 further comprising: | |
| one or more processors configured to: | The Apple Watch Series 4 and later devices include one or more processors.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| receive a signal stream responsive to at least one of the first signal stream or the second signal stream, wherein the signal stream is responsive to at least a | The Apple Watch Series 4 and later devices  receive a signal stream responsive to at least one of the first signal stream or the second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| physiological parameter of the user; and | Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple Watch Series 4 and later devices use a signal stream that is responsive to at least a physiological parameter of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| process the signal stream to determine measurements of the physiological parameter; | The Apple Watch Series 4 and later devices  process the signal stream to determine measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a network interface configured to communicate with a handheld computing device; | The Apple Watch Series 4 and later devices include a network interface configured to communicate with a handheld computing device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a touch-screen display configured to provide a user interface, wherein: | The Apple Watch Series 4 and later devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| | for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| the user interface is configured to display indicia responsive to the measurements of the physiological parameter, and | The Apple Watch Series 4 and later devices include a user interface configured to display indicia responsive to the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| an orientation of the user interface is configurable responsive to a user input; and | The Apple Watch Series 4 and later devices have an orientation of the user interface that is configurable responsive to a user input.<br><br>See Appendix O (Apple support page for changing orientation). |
| a storage device configured to at least temporarily store at least the measurements of the physiological parameter. | The Apple Watch Series 4 and later devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 11. The user-worn physiological measurement device of claim 10, wherein the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide. | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| 12. The user-worn physiological measurement device of claim 11, wherein the attenuated light is reflected by the tissue. | The Apple Watch Series 4 and later devices are configured so that the attenuated light is reflected by the tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 13. The user-worn physiological measurement device of claim 12 further comprising: | |
| a strap configured to position the physiological measurement device on the user, wherein the physiological measurement device comprises a single unit wearable by the user, the single unit encompassing at least: the one or more emitters, the first and second sets of photodiodes, the wall, the cover, the plurality of windows, the one or more processors, the network interface, and the storage device. | The Apple Watch Series 4 and later devices include a strap configured to position the physiological measurement device on the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands).<br><br>The Apple Watch Series 4 and later devices are single units wearable by the user, the single units encompassing at least: the one or more emitters, the first and second sets of photodiodes, the wall, the cover, the plurality of windows, the one or more processors, the network interface, and the storage device.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| | I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 14. The user-worn physiological measurement device of claim 13, wherein the network interface is configured to communicate at least the measurements of the physiological parameter to the handheld computing device. | The Apple Watch Series 4 and later devices have a network interface configured to communicate at least the measurements of the physiological parameter to the handheld computing device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 15. The user-worn physiological measurement device of claim 14, wherein the single protruding convex surface protrudes a height greater than 2 millimeters and less than 3 millimeters. | The Apple Watch Series 4 and later devices include a single protruding convex surface that protrudes a height greater than 2 millimeters and less than 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 16. A user-worn physiological measurement device that defines a plurality of optical paths, the physiological measurement device comprising: | The Apple Watch Series 4 and later devices are user-worn physiological measurement devices that define a plurality of optical paths.<br><br>See Appendix A (Apple support page for heart rate). |
| one or more emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include one or more emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| | Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a first set of photodiodes positioned on a first surface and surrounded by a wall that is operably connected to the first surface, wherein: | The Apple Watch Series 4 and later devices include a first set of photodiodes positioned on a first surface and surrounded by a wall that is operably connected to the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| the first set of photodiodes comprises at least four photodiodes, and | The Apple Watch Series 4 and later devices include the first set of photodiodes comprises at least four photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the photodiodes of the first set of photodiodes are connected to one another in parallel to provide a first signal stream; | The Apple Watch Series 4 and later devices include photodiodes of the first set of photodiodes connected to one another in parallel to provide a first signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| a second set of photodiodes positioned on the first surface and surrounded by the wall, wherein: | The Apple Watch Series 4 and later devices include a second set of photodiodes positioned on the first surface and surrounded by the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| | Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| the second set of photodiodes comprises at least four photodiodes, and | The Apple Watch Series 4 and later devices include a second set of photodiodes that comprises four photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the photodiodes of the second set of photodiodes are connected to one another in parallel to provide a second signal stream; | The Apple Watch Series 4 and later devices include photodiodes of the second set of photodiodes connected to one another in parallel to provide a second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| a cover located above the wall and comprising a single protruding convex surface configured to be located between tissue of the user and the first and second sets of photodiodes when the physiological measurement device is worn by the user; | The Apple Watch Series 4 and later devices include a cover located above the wall and comprising a single protruding convex surface configured to be located between tissue of the user and the first and second sets of photodiodes when the physiological measurement device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a plurality of windows, wherein each of the | The Apple Watch Series 4 and later devices include a plurality of windows. |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| photodiodes of the first set of photodiodes and the second set of photodiodes has a corresponding window of the plurality of windows that allows light to pass through to the photodiode; | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices are configured so that each of the photodiodes of the first set of photodiodes and the second set of photodiodes has a corresponding window of the plurality of windows that allows light to pass through to the photodiode.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| preprocessing electronics configured to preprocess at least one of the first signal stream or the second signal stream, wherein the preprocessing electronics comprise at least: | The Apple Watch Series 4 and later devices use preprocessing electronics configured to preprocess at least one of the first signal stream or the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation.<br><br>The Apple Watch Series 4 and later devices use preprocessing electronics.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a first common amplifier configured to receive the first signal stream from the first set of photodiodes at an input of the first common amplifier and at | The Apple Watch Series 4 and later devices use a first common amplifier configured to receive the first signal stream from the first set of photodiodes at an input of the first common amplifier and at least amplify the first signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| least amplify the first signal stream, and | |
| a second common amplifier configured to receive the second signal stream from the second set of photodiodes at an input of the second common amplifier and at least amplify the second signal stream; | The Apple Watch Series 4 and later devices use a second common amplifier configured to receive the second signal stream from the second set of photodiodes at an input of the second common amplifier and at least amplify the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| one or more processors configured to: | The Apple Watch Series 4 and later devices include one or more processors.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| receive a signal stream responsive to at least one of the first signal stream or the second signal stream after preprocessing of the at least one of the first signal stream and the second signal stream, wherein the signal stream is responsive to at least a physiological parameter of the user, and wherein the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide; and | The Apple Watch Series 4 and later devices  receive a signal stream responsive to at least one of the first signal stream or the second signal stream after preprocessing of the at least one of the first signal stream and the second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple Watch Series 4 and later devices use a signal stream that is responsive to at least a physiological parameter of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| process the signal stream to determine measurements of the physiological parameter; | The Apple Watch Series 4 and later devices  process the signal stream to determine measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a network interface configured to communicate at least the measurements of the physiological parameter to a handheld computing device; | The Apple Watch Series 4 and later devices include a network interface configured to communicate at least the measurements of the physiological parameter to a handheld computing device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a touch-screen display configured to provide a user interface, wherein the user interface is configured to display indicia responsive to the | The Apple Watch Series 4 and later devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| measurements of the physiological parameter; | (Apple support page for using Health app on iPhone).<br><br>The Apple Watch Series 4 and later devices include a user interface configured to display indicia responsive to the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a storage device configured to at least temporarily store at least the measurements of the physiological parameter; and | The Apple Watch Series 4 and later devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a strap configured to position the physiological measurement device on the user, wherein the physiological measurement device comprises a single unit wearable by the user, the single unit encompassing at least: the one or more emitters, the first and second sets of photodiodes, the wall, the cover, the plurality of windows, the one or more processors, the network interface, and the storage device, | The Apple Watch Series 4 and later devices include a strap configured to position the physiological measurement device on the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands).<br><br>The Apple Watch Series 4 and later devices are single units wearable by the user, the single units encompassing at least: the one or more emitters, the first and second sets of photodiodes, the wall, the cover, the plurality of windows, the one or more processors, the network interface, and the storage device.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| | Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| wherein the physiological measurement device provides a plurality of optical paths, wherein each of the optical paths: | The Apple Watch Series 4 and later devices  provide a plurality of optical paths.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices include optical paths.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| exits an emitter of the one or more emitters, | The Apple Watch Series 4 and later devices include an optical path that exits an emitter of the one or more emitters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| passes through tissue of the user, | The Apple Watch Series 4 and later devices include optical paths that pass through tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| | Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| passes through the single protruding convex surface and the corresponding window of the plurality of windows, and | The Apple Watch Series 4 and later devices include optical paths that pass through the single protruding convex surface and the corresponding window of the plurality of windows.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| arrives at a corresponding photodiode of the at least one of the first or second sets of photodiodes, the corresponding photodiode configured to receive light emitted by the emitter after traversal by the light of a corresponding optical path of the plurality of optical paths and after attenuation of the light by tissue of the user, and | The Apple Watch Series 4 and later devices provide an optical path that  arrives at a corresponding photodiode of the at least one of the first or second sets of photodiodes, the corresponding photodiode configured to receive light emitted by the emitter after traversal by the light of a corresponding optical path of the plurality of optical paths and after attenuation of the light by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| wherein the attenuated light is reflected by the tissue. | The Apple Watch Series 4 and later devices are configured so that the attenuated light is reflected by the tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix |

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| | I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 17. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| a user-worn physiological measurement device according to claim 16; and | |
| a handheld computing device in communication with the user-worn physiological measurement device. | The Apple iPhone devices are in communication with the user-worn physiological measurement device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| 1. A noninvasive physiological parameter measurement device adapted to be worn by a wearer, the noninvasive physiological parameter measurement device comprising: | The Apple Watch Series 4 and later devices are noninvasive physiological parameter measurement devices adapted to be worn by a wearer.<br><br>See Appendix A (Apple support page for heart rate). |
| one or more light emitters; | The Apple Watch Series 4 and later devices include one or more light emitters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a substrate having a surface; | The Apple Watch Series 4 and later devices include a substrate having a surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a first set of photodiodes arranged on the surface and spaced apart from each other, wherein: | The Apple Watch Series 4 and later devices include a first set of photodiodes arranged on the surface and spaced apart from each other.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the first set of photodiodes comprises at least four photodiodes, and the photodiodes of the first set of photodiodes are connected to one another in parallel to provide a first | The Apple Watch Series 4 and later devices include the first set of photodiodes comprises at least four photodiodes, and the photodiodes of the first set of photodiodes are connected to one another in parallel to provide a first signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue. |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue; | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| a second set of photodiodes arranged on the surface and spaced apart from each other, wherein: | The Apple Watch Series 4 and later devices include a second set of photodiodes arranged on the surface and spaced apart from each other.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the second set of photodiodes comprises at least four photodiodes, the photodiodes of the second set of photodiodes are connected to one another in parallel to provide a second signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue, and | The Apple Watch Series 4 and later devices include a second set of photodiodes that comprise at least four photodiodes, the photodiodes of the second set of photodiodes are connected to one another in parallel to provide a second signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| at least one of the first signal stream or the second signal stream includes information usable to determine a physiological parameter of a wearer of the noninvasive physiological | The Apple Watch Series 4 and later devices are configured to provide at least one of a first signal stream or a second signal stream that includes information usable to determine a physiological parameter of a wearer of the noninvasive physiological parameter measurement device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| parameter measurement device; | for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a wall extending from the surface and configured to surround at least the first and second sets of photodiodes; and | The Apple Watch Series 4 and later devices include a wall extending from the surface and configured to surround at least the first and second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a cover arranged to cover at least a portion of the surface of the substrate, wherein the cover comprises a protrusion that extends over all of the photodiodes of the first and second sets of photodiodes arranged on the surface, and wherein the cover is further configured to cover the wall. | The Apple Watch Series 4 and later devices include a cover arranged to cover at least a portion of the surface of the substrate.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website)<br><br>The Apple Watch Series 4 and later devices include a protrusion that extends over all of the photodiodes of the first and second sets of photodiodes arranged on the surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website)<br><br>The Apple Watch Series 4 and later devices include a cover that is configured to cover the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| | (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 2. The noninvasive physiological parameter measurement device of claim 1 further comprising preprocessing electronics including at least: | The Apple Watch Series 4 and later devices use preprocessing electronics.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| first preprocessing electronics configured to preprocess the first signal stream; and | The Apple Watch Series 4 and later devices use first preprocessing electronics configured to preprocess the first signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| second preprocessing electronics configured to preprocess the second signal stream. | The Apple Watch Series 4 and later devices use second preprocessing electronics configured to preprocess the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 3. The noninvasive physiological parameter measurement device of claim 2, wherein: | |
| the first preprocessing electronics comprise at least a first amplifier configured to receive the first signal stream and at least amplify the first signal stream, and the second preprocessing electronics comprise at | The Apple Watch Series 4 and later devices use at least a first amplifier configured to receive the first signal stream and at least amplify the first signal stream, and at least a second amplifier configured to receive the second signal stream and at least amplify the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| least a second amplifier configured to receive the second signal stream and at least amplify the second signal stream. | |
| 4. The noninvasive physiological parameter measurement device of claim 3, wherein the preprocessing further comprises converting at least one of the first signal stream or the second signal stream from analog to digital. | The Apple Watch Series 4 and later devices use preprocessing that comprises converting at least one of the first signal stream or the second signal stream from analog to digital.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 5. The noninvasive physiological parameter measurement device of claim 3, wherein the protrusion comprises a convex protrusion, and wherein at least a portion the cover is comprised of a sufficiently rigid material to cause tissue of the wearer to conform to at least a portion of a shape of the cover. | The Apple Watch Series 4 and later devices include a convex protrusion.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website)<br><br>The Apple Watch Series 4 and later devices include a cover that is comprised of a sufficiently rigid material to cause tissue of the wearer to conform to at least a portion of a shape of the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 6. The noninvasive physiological parameter measurement device of | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| claim 5, wherein the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide. | methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 7. The noninvasive physiological parameter measurement device of claim 6, wherein at least part of the cover is light permeable. | The Apple Watch Series 4 and later devices include a cover with at least part that is light permeable.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 8. The noninvasive physiological parameter measurement device of claim 6 further comprising: | |
| one or more openings that allow light to pass through to the photodiodes of the first and second sets of photodiodes. | The Apple Watch Series 4 and later devices include one or more openings that allow light to pass through to the photodiodes of the first and second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 9. The noninvasive physiological parameter measurement device of claim 8, wherein the wall operably connects to the | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side and operably connects to the cover on an opposite side.<br><br>See Appendix A (Apple support page for heart rate); Appendix B |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| substrate on one side and operably connects to the cover on an opposite side. | (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 10. The noninvasive physiological parameter measurement device of claim 9 further comprising: | |
| a touch-screen display; | The Apple Watch Series 4 and later devices include a touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a strap configured to facilitate attachment of at least part of the noninvasive physiological parameter measurement device to an arm of the wearer; and | The Apple Watch Series 4 and later devices include a strap configured to facilitate Appendix of at least part of the noninvasive physiological parameter measurement device to an arm of the wearer.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands). |
| one or more processors configured to: | The Apple Watch Series 4 and later devices include one or more processors.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| receive information responsive to at least one of the first signal stream or the second signal stream; | The Apple Watch Series 4 and later devices include a processor configured to receive information responsive to at least one of the first signal stream or the second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| process the information to determine physiological parameter measurement information; and | The Apple Watch Series 4 and later devices include a processor configured to process the information to determine physiological parameter measurement information.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| cause communication of the physiological parameter measurement information to a user interface displayed on the touch-screen display. | The Apple Watch Series 4 and later devices include a processor configured to cause communication of the physiological parameter measurement information to a user interface displayed on the touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 11. The noninvasive physiological parameter measurement device of claim 10, wherein the attenuated light is reflected by the tissue. | The Apple Watch Series 4 and later devices are configured so that the attenuated light is reflected by the tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
|  | I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 12. The noninvasive physiological parameter measurement device of claim 11, wherein the one or more processors are further configured to: | The Apple Watch Series 4 and later devices include one or more processors.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| cause transmission of the physiological parameter measurement information to at least one of: a mobile phone, or a computer network. | The Apple Watch Series 4 and later devices include a processor configured to cause transmission of the physiological parameter measurement information to at least one of: a mobile phone, or a computer network.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 13. The noninvasive physiological parameter measurement device of claim 12 further comprising: |  |
| a magnet configured to be used as a connecting mechanism. | The Apple Watch Series 4 and later devices include a magnet configured to be used as a connecting mechanism.<br><br>See Appendix P (Apple support page for magnetic coupling). |
| 14. A noninvasive physiological parameter measurement device comprising: | The Apple Watch Series 4 and later devices are noninvasive physiological parameter measurement devices.<br><br>See Appendix A (Apple support page for heart rate). |
| one or more light emitters; | The Apple Watch Series 4 and later devices include one or more light emitters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| | (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a first set of photodiodes, the first set of photodiodes comprising at least four photodiodes, the photodiodes of the first set of photodiodes connected to one another in parallel to provide a first signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue; | The Apple Watch Series 4 and later devices include a first set of photodiodes, the first set of photodiodes comprising at least four photodiodes, the photodiodes of the first set of photodiodes connected to one another in parallel to provide a first signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| a second set of photodiodes, the second set of photodiodes comprising at least four photodiodes, the photodiodes of the second set of photodiodes connected to one another in parallel to provide a second signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue; | The Apple Watch Series 4 and later devices include a second set of photodiodes, the second set of photodiodes comprising at least four photodiodes, the photodiodes of the second set of photodiodes connected to one another in parallel to provide a second signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| a wall configured to surround at least the first and second sets of photodiodes; | The Apple Watch Series 4 and later devices include a wall configured to surround at least the first and second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| | showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a protrusion that extends over the wall and the photodiodes of the first and second sets of photodiodes; and | The Apple Watch Series 4 and later devices include a protrusion that extends over the wall and the photodiodes of the first and second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| one or more processors configured to: | The Apple Watch Series 4 and later devices include one or more processors.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| receive information responsive to at least one of the first signal stream or the second signal stream; and | The Apple Watch Series 4 and later devices include a processor configured to receive information responsive to at least one of the first signal stream or the second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| process the information to determine physiological parameter measurement information. | The Apple Watch Series 4 and later devices include a processor configured to process the information to determine physiological parameter measurement information.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| 15. The noninvasive physiological parameter measurement device of claim 14, wherein the first and second sets of photodiodes are arranged on a substrate, and wherein the protrusion extends over at least a part of the substrate. | The Apple Watch Series 4 and later devices include first and second sets of photodiodes arranged on a substrate.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another).<br><br>The Apple Watch Series 4 and later devices include a protrusion that extends over at least a part of the substrate.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website) |
| 16. The noninvasive physiological parameter measurement device of claim 15 further comprising preprocessing electronics including at least: | The Apple Watch Series 4 and later devices use preprocessing electronics.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| first preprocessing electronics configured to preprocess the first signal stream; and | The Apple Watch Series 4 and later devices use first preprocessing electronics configured to preprocess the first signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| second preprocessing electronics configured to preprocess the second signal stream, wherein the information responsive to the at least one of the first | The Apple Watch Series 4 and later devices use second preprocessing electronics configured to preprocess the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| signal stream or the second signal stream is received by the one or more processors after preprocessing of the at least one of the first signal stream or the second signal stream. | The Apple Watch Series 4 and later devices include one or more processors that receive the information responsive to the at least one of the first signal stream or the second signal stream after preprocessing of the at least one of the first signal stream or the second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 17. The noninvasive physiological parameter measurement device of claim 16, wherein: | |
| the first preprocessing electronics comprise at least a first amplifier configured to receive the first signal stream and at least amplify the first signal stream, and the second preprocessing electronics comprise at least a second amplifier configured to receive the second signal stream and at least amplify the second signal stream. | The Apple Watch Series 4 and later devices use at least a first amplifier configured to receive the first signal stream and at least amplify the first signal stream, and at least a second amplifier configured to receive the second signal stream and at least amplify the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 18. The noninvasive physiological parameter measurement device of claim 17, wherein the preprocessing further comprises converting at least one of the first signal stream or the second | The Apple Watch Series 4 and later devices use preprocessing that comprises converting at least one of the first signal stream or the second signal stream from analog to digital.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| signal stream from analog to digital. | |
| 19. The noninvasive physiological parameter measurement device of claim 17, wherein the protrusion comprises a convex protrusion, and wherein at least a portion the convex protrusion is comprised of a sufficiently rigid material to cause tissue of a wearer of the noninvasive physiological parameter measurement device to conform to at least a portion of a shape of the convex protrusion when the noninvasive physiological parameter measurement device is worn by the wearer. | The Apple Watch Series 4 and later devices include a convex protrusion.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website)<br><br>The Apple Watch Series 4 and later devices include a convex protrusion with at least a portion that is comprised of a sufficiently rigid material to cause tissue of a wearer of the noninvasive physiological parameter measurement device to conform to at least a portion of a shape of the convex protrusion when the noninvasive physiological parameter measurement device is worn by the wearer.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website) |
| 20. The noninvasive physiological parameter measurement device of claim 19, wherein the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| carboxyhemoglobin, or carbon monoxide. | |
| 21. The noninvasive physiological parameter measurement device of claim 20, wherein at least part of the protrusion is light permeable. | The Apple Watch Series 4 and later devices include a protrusion with at least part being light permeable.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 22. The noninvasive physiological parameter measurement device of claim 20 further comprising: | |
| one or more openings that allow light to pass through to the photodiodes of the first and second sets of photodiodes. | The Apple Watch Series 4 and later devices include one or more openings that allow light to pass through to the photodiodes of the first and second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 23. The noninvasive physiological parameter measurement device of claim 22 further comprising: | |
| a strap configured to facilitate attachment of at least part of the noninvasive physiological parameter measurement | The Apple Watch Series 4 and later devices include a strap configured to facilitate Appendix of at least part of the noninvasive physiological parameter measurement device to an arm of the wearer. |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| device to an arm of the wearer; and | See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands). |
| a touch-screen display, wherein the one or more processors are further configured to cause communication of the physiological parameter measurement information to a user interface displayed on the touch-screen display. | The Apple Watch Series 4 and later devices include a touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple Watch Series 4 and later devices include one or more processors configured to cause communication of the physiological parameter measurement information to a user interface displayed on the touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 24. The noninvasive physiological parameter measurement device of claim 23, wherein the attenuated light is reflected by the tissue. | The Apple Watch Series 4 and later devices are configured so that the attenuated light is reflected by the tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 25. The noninvasive physiological parameter | The Apple Watch Series 4 and later devices include one or more processors. |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| measurement device of claim 24, wherein the one or more processors are further configured to: | See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| cause transmission of the physiological parameter measurement information to at least one of: a mobile phone, or a computer network. | The Apple Watch Series 4 and later devices include a processor configured to cause transmission of the physiological parameter measurement information to at least one of: a mobile phone, or a computer network.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 26. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| a noninvasive physiological parameter measurement device according to claim 25; and | |
| a mobile phone configured to wirelessly communicate with the noninvasive physiological parameter measurement device. | The Apple Watch iPhone devices are mobile phones configured to wirelessly communicate with the noninvasive physiological parameter measurement device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 27. A noninvasive physiological parameter measurement device adapted to be worn by a | The Apple Watch Series 4 and later devices are noninvasive physiological parameter measurement devices adapted to be worn by a wearer. |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| wearer, the noninvasive physiological parameter measurement device comprising: | See Appendix A (Apple support page for heart rate). |
| one or more light emitters; | The Apple Watch Series 4 and later devices include one or more light emitters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a substrate having a surface; | The Apple Watch Series 4 and later devices include a substrate having a surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a first set of photodiodes arranged on the surface and spaced apart from each other, wherein: | The Apple Watch Series 4 and later devices include a first set of photodiodes arranged on the surface and spaced apart from each other.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the first set of photodiodes comprises at least four photodiodes, and the photodiodes of the first set of photodiodes are connected to one another in parallel to provide a first signal stream responsive to light from at least one of the one or more light | The Apple Watch Series 4 and later devices include the first set of photodiodes comprises at least four photodiodes, and the photodiodes of the first set of photodiodes are connected to one another in parallel to provide a first signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| emitters attenuated by body tissue; | showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| a second set of photodiodes arranged on the surface and spaced apart from each other, wherein: | The Apple Watch Series 4 and later devices include a second set of photodiodes arranged on the surface and spaced apart from each other.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the second set of photodiodes comprises at least four photodiodes, the photodiodes of the second set of photodiodes are connected to one another in parallel to provide a second signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue, | The Apple Watch Series 4 and later devices include a second set of photodiodes that comprise at least four photodiodes, the photodiodes of the second set of photodiodes are connected to one another in parallel to provide a second signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| at least one of the first signal stream or the second signal stream includes information usable to determine a physiological parameter of a wearer of the noninvasive physiological parameter measurement device, and the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, | The Apple Watch Series 4 and later devices are configured to provide at least one of a first signal stream or a second signal stream that includes information usable to determine a physiological parameter of a wearer of the noninvasive physiological parameter measurement device, and the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide; | for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| first preprocessing electronics configured to preprocess the first signal stream, the first preprocessing electronics comprising at least a first amplifier configured to receive the first signal stream and at least amplify the first signal stream; | The Apple Watch Series 4 and later devices use first preprocessing electronics configured to preprocess the first signal stream, the first preprocessing electronics comprising at least a first amplifier configured to receive the first signal stream and at least amplify the first signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| second preprocessing electronics configured to preprocess the second signal stream, the second preprocessing electronics comprising at least a second amplifier configured to receive the second signal stream and at least amplify the second signal stream; | The Apple Watch Series 4 and later devices use second preprocessing electronics configured to preprocess the second signal stream, the second preprocessing electronics comprising at least a second amplifier configured to receive the second signal stream and at least amplify the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a wall extending from the surface and configured to surround at least the first and second sets of photodiodes; | The Apple Watch Series 4 and later devices include a wall extending from the surface and configured to surround at least the first and second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a cover arranged to cover at least a portion of the | The Apple Watch Series 4 and later devices include a cover arranged to cover at least a portion of the surface of the substrate. |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| surface of the substrate, wherein: | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| the cover comprises a protrusion that extends over all of the photodiodes of the first and second sets of photodiodes arranged on the surface, the protrusion comprises a convex protrusion, at least a portion the cover is comprised of a sufficiently rigid material to cause tissue of the wearer to conform to at least a portion of a shape of the cover, the cover is further configured to cover the wall operably connects to the substrate on one side and operably connects to the cover on an opposite side; | The Apple Watch Series 4 and later devices include a cover that comprises a protrusion that extends over all of the photodiodes of the first and second sets of photodiodes arranged on the surface, the protrusion comprises a convex protrusion, at least a portion the cover is comprised of a sufficiently rigid material to cause tissue of the wearer to conform to at least a portion of a shape of the cover, the cover is further configured to cover the wall, and the wall operably connects to the substrate on one side and operably connects to the cover on an opposite side.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| one or more openings that allow light to pass through to the photodiodes of the first and second sets of photodiodes; | The Apple Watch Series 4 and later devices include one or more openings that allow light to pass through to the photodiodes of the first and second sets of photodiodes.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
|  | page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a touch-screen display; | The Apple Watch Series 4 and later devices include a touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a strap configured to facilitate attachment of at least part of the noninvasive physiological parameter measurement device to an arm of the wearer; and | The Apple Watch Series 4 and later devices include a strap configured to facilitate Appendix of at least part of the noninvasive physiological parameter measurement device to an arm of the wearer.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands). |
| one or more processors configured to: | The Apple Watch Series 4 and later devices include one or more processors.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| receive information responsive to at least one of the first signal stream or the second signal stream; | The Apple Watch Series 4 and later devices include a processor configured to receive information responsive to at least one of the first signal stream or the second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| process the information to determine physiological | The Apple Watch Series 4 and later devices include a processor configured to process the information to determine |

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| parameter measurement information; | physiological parameter measurement information.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| cause communication of the physiological parameter measurement information to a user interface displayed on the touch-screen display; and | The Apple Watch Series 4 and later devices include a processor configured to cause communication of the physiological parameter measurement information to a user interface displayed on the touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| cause transmission of the physiological parameter measurement information to at least one of: a mobile phone, or a computer network. | The Apple Watch Series 4 and later devices include a processor configured to cause transmission of the physiological parameter measurement information to at least one of: a mobile phone, or a computer network.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

| U.S. Patent No. 6,771,994 | Analysis |
|---|---|
| 15. A sensor which generates at least first and second intensity signals from a light-sensitive detector which detects light of at least first and second wavelengths transmitted through body tissue carrying pulsing blood; the sensor comprising: | The Apple Watch Series 4 and later devices are sensors that generate at least first and second intensity signals from a light-sensitive detector which detects light of at least first and second wavelengths transmitted through body tissue carrying pulsing blood.<br><br>The Apple Watch Series 4 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and at least four detectors (for example, photodiode sensors) as found on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The emitters and detectors are used to monitor physiological parameters, such as pulse rate.  *See* https://support.apple.com/en-us/HT204666. |

| U.S. Patent No. 6,771,994 | Analysis |
|---|---|
| at least one light emission device; | The Apple Watch Series 4 and later devices include at least one light emission device.  The Apple Watch Series 4 and later devices include green and infrared LEDs as found on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 4 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>https://support.apple.com/en-us/HT204666. |

| U.S. Patent No. 6,771,994 | Analysis |
|---|---|
| a light sensitive detector; and | The Apple Watch Series 4 and later devices include a light sensitive detector.  The Apple Watch Series 4 and later devices include eight photodiode sensors as found on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 4 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>https://support.apple.com/en-us/HT204666. |
| a plurality of louvers positioned over the light sensitive detector to accept light from the at least one light emission device originating from a general direction of the at least one light emission device and then transmitting through body tissue carrying pulsing | The Apple Watch Series 4 and later devices include a plurality of louvers positioned over the light sensitive detector to accept light from the at least one light emission device originating from a general direction of the at least one light emission device and then transmitting through body tissue carrying pulsing blood, wherein the louvers accept the light when the sensor is properly applied to tissue of a patient.  Fig. 7 of Apple's U.S. Patent Application Publication 2019/0090806 (the '806 publication) is illustrative of the Apple Watch Series 4 and later devices. The Apple Watch Series 4 and later devices have, for example, a plurality of louvers positioned over the light sensitive detector to accept |

| U.S. Patent No. 6,771,994 | Analysis |
|---|---|
| blood, wherein the louvers accept the light when the sensor is properly applied to tissue of a patient. | light from the at least one light emission device originating from a general direction of the at least one light emission device and then transmitting through body tissue carrying pulsing blood: <br><br>  <br><br> *FIG. 7* |
| a light block forming an enclosing wall between the light emission source and the plurality of detectors, the light block defining the circular portion of the tissue measurement site, the light emission source arranged proximate a first side of the enclosing wall and the plurality of detectors arranged proximate a second side of the enclosing wall, the first side being different than the second side, | The Apple Watch Series 4 and later devices include a light block forming an enclosing wall between the light emission source and the plurality of detectors, the light block defining the circular portion of the tissue measurement site, the light emission source arranged proximate a first side of the enclosing wall and the plurality of detectors arranged proximate a second side of the enclosing wall, the first side being different than the second side.  Fig. 4C of Apple's U.S. Patent Application Publication 2019/0072912 (the '912 publication) is illustrative of the Apple Watch Series 4 and later devices.  The Apple Watch Series 4 and later devices have, for example, a wall with LEDs arranged in the interior of the enclosing wall and photodiode sensors arranged on the exterior of the enclosing wall: <br><br>  <br><br> *FIG. 4C* |

| U.S. Patent No. 6,771,994 | Analysis |
|---|---|
| wherein the enclosing wall prevents at least a portion of light emitted from the light emission source from being detected by the plurality of detectors without attenuation by the tissue, and wherein the plurality of detectors are arranged in an array having a spatial configuration corresponding to the circular portion of the tissue measurement site. | The Apple Watch Series 4 and later devices have an enclosing wall that prevents at least a portion of light emitted from the light emission source from being detected by the plurality of detectors without attenuation by the tissue, and wherein the plurality of detectors are arranged in an array having a spatial configuration corresponding to the circular portion of the tissue measurement site.  Fig. 4C of Apple's U.S. Patent Application Publication 2019/0072912 (the '912 publication) is illustrative of the Apple Watch Series 4 and later devices.  The Apple Watch Series 4 and later devices have, for example, a wall with LEDs arranged in the interior of the enclosing wall and photodiode sensors arranged on the exterior of the circular enclosing wall:  *FIG. 4C* |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| 1. A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising: | The Apple Watch Series 3 and later devices perform a method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor.<br><br>The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The emitters and detectors are used to monitor physiological parameters, such as pulse rate. *See* https://support.apple.com/en-us/HT204666. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| driving one or more light sources configured to emit light into tissue of a monitored patient; | The Apple Watch Series 3 and later devices include processing that drives one or more light sources configured to emit light into tissue of a monitored patient. |
| | The Apple Watch Series 3 and later devices include green and infrared LEDs as shown on the Apple website at https://support.apple.com/en-us/HT204666: |
| |  |
| | The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer: |
| | The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue; | The Apple Watch Series 3 and later devices include one or more detectors configured to detect said light after attenuation by said tissue.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |
| continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient; | The Apple Watch Series 3 and later devices  continuously operate a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient.<br><br>The Apple Watches Series 3 and later devices transmit recorded data to the Health App on iOS devices.  The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| comparing processing characteristics to a predetermined threshold; and | The Apple Watch Series 3 and later devices include processors that compare processing characteristics to a predetermined threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level, wherein said continuously operating at said lower power consumption level comprises reducing activation of an attached sensor, said sensor positioning said light sources and said detectors proximate said tissue. | The Apple Watch Series 3 and later devices include processors that transition to continuously operating said patient monitor at a higher power consumption level when said processing characteristics pass said threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate.<br><br>The Apple Watch Series 3 and later devices  reduce activation of an attached sensor, said sensor positioning said light sources and said detectors proximate said tissue. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 2. The method of claim 1, wherein said reducing activation comprises reducing a duty cycle of said sensor. | The Apple Watch Series 3 and later devices include said reducing activation comprises reducing a duty cycle of said sensor.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 3. The method of claim 1, wherein during said operating at said higher power consumption level, monitoring when said processing characteristics recedes from said threshold; and when receded, transitioning to continuously operating said patient monitor at said lower power consumption level. | The Apple Watch Series 3 and later devices include processors that monitor when said processing characteristics recedes from said threshold during said operating at said higher power consumption level; and when receded, transitioning to continuously operating said patient monitor at said lower power consumption level.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 4. The method of claim 1, wherein said processing characteristics comprise | The Apple Watch Series 3 and later devices use signal characteristics from one or more light sensitive detectors. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| signal characteristics from one or more light sensitive detectors. | The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 5. The method of claim 4, wherein said signal characteristics comprise signal strength. | The Apple Watch Series 3 and later devices use signal characteristics comprising signal strength.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 6. The method of claim 4, wherein said signal characteristics comprise a presence of noise. | The Apple Watch Series 3 and later devices process signal characteristics that comprise a presence of noise.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 7. The method of claim 4, wherein said signal characteristics comprise a presence of motion induced noise. | The Apple Watch Series 3 and later devices process signal characteristics that comprise a presence of motion induced noise. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
|  | The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 9. A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising: | The Apple Watch Series 3 and later devices perform a method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor.<br><br>The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The emitters and detectors are used to monitor physiological parameters, such as pulse rate.  *See* https://support.apple.com/en-us/HT204666. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| driving one or more light sources configured to emit light into tissue of a monitored patient; | The Apple Watch Series 3 and later devices include processing that drives one or more light sources configured to emit light into tissue of a monitored patient.<br><br>The Apple Watch Series 3 and later devices include green and infrared LEDs as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
|  | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue; | The Apple Watch Series 3 and later devices include one or more detectors configured to detect said light after attenuation by said tissue.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |
| continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient; | The Apple Watch Series 3 and later devices  continuously operate a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient.<br><br>The Apple Watches Series 3 and later devices transmit recorded data to the Health App on iOS devices.  The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| comparing processing characteristics to a predetermined threshold; and | The Apple Watch Series 3 and later devices include processors that compare processing characteristics to a predetermined threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level, wherein said continuously operating at said lower power consumption level comprises reducing an amount of processing by a signal processor. | The Apple Watch Series 3 and later devices include processors that transition to continuously operating said patient monitor at a higher power consumption level when said processing characteristics pass said threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate.<br><br>The Apple Watch Series 3 and later devices include processors that reducing an amount of processing by a signal processor.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| 10. The method of claim 9, wherein said reducing comprises processing less data. | The Apple Watch Series 3 and later devices include processors that reduce processing by processing less data.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 11. The method of claim 10, wherein said processing less data comprises reducing an overlap in data blocks being processed. | The Apple Watch Series 3 and later devices include processors that reduce an overlap in data blocks being processed.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 12. A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising: | The Apple Watch Series 3 and later devices perform a method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor.<br><br>The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666: |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | <br><br>The emitters and detectors are used to monitor physiological parameters, such as pulse rate.  *See* https://support.apple.com/en-us/HT204666. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| driving one or more light sources configured to emit light into tissue of a monitored patient; | The Apple Watch Series 3 and later devices include processing that drives one or more light sources configured to emit light into tissue of a monitored patient.<br><br>The Apple Watch Series 3 and later devices include green and infrared LEDs as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate. <br><br> The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV). <br><br> https://support.apple.com/en-us/HT204666. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue; | The Apple Watch Series 3 and later devices include one or more detectors configured to detect said light after attenuation by said tissue.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
|  | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |
| continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient; | The Apple Watch Series 3 and later devices  continuously operate a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient.<br><br>The Apple Watches Series 3 and later devices transmit recorded data to the Health App on iOS devices.  The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| comparing processing characteristics to a predetermined threshold; and | The Apple Watch Series 3 and later devices include processors that compare processing characteristics to a predetermined threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level, wherein said processing characteristics include an override condition. | The Apple Watch Series 3 and later devices include processors that transition to continuously operating said patient monitor at a higher power consumption level when said processing characteristics pass said threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate.<br><br>The Apple Watch Series 3 and later devices use an override condition. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 14. The method of claim 12, wherein said override condition comprises one or more monitored parameters exhibiting predefined behavior. | The Apple Watch Series 3 and later devices use an override condition that comprises one or more monitored parameters exhibiting predefined behavior.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 15. A patient monitor configured to manage power consumption during continuous patient monitoring, the monitor comprising: | The Apple Watch Series 3 and later devices are patient monitors configured to manage power consumption during continuous patient monitoring.<br><br>The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666: |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
|  | <br><br>The emitters and detectors are used to monitor physiological parameters, such as pulse rate.  *See* https://support.apple.com/en-us/HT204666. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and | The Apple Watch Series 3 and later devices include an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |
| one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level, wherein processors reduce | The Apple Watch Series 3 and later devices include one or more processors that continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| activation of an attached sensor. | The Apple Watch Series 3 and later devices include processors that reduce activation of an attached sensor.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 16. The monitor of claim 15, wherein said processors reduce a duty cycle of said sensor. | The Apple Watch Series 3 and later devices include processors that reduce a duty cycle of said sensor.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 17. The monitor of claim 15, wherein during said operating at said higher power consumption level, said processors monitors when said processing characteristics recedes from said threshold; and when receded, said processors transition to continuously operating at said lower power consumption level. | The Apple Watch Series 3 and later devices include processors that monitor when said processing characteristics recedes from said threshold during said operating at said higher power consumption level; and when receded, said processors transition to continuously operating at said lower power consumption level.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| 18. The monitor of claim 15, wherein said processing characteristics comprise signal characteristics from one or more light sensitive detectors. | The Apple Watch Series 3 and later devices use signal characteristics from one or more light sensitive detectors.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 20. A patient monitor configured to manage power consumption during continuous patient monitoring, the monitor comprising: | The Apple Watch Series 3 and later devices are patient monitors configured to manage power consumption during continuous patient monitoring.<br><br>The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br> |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | The emitters and detectors are used to monitor physiological parameters, such as pulse rate. *See* https://support.apple.com/en-us/HT204666. |
| an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and | The Apple Watch Series 3 and later devices include an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |
| one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power | The Apple Watch Series 3 and later devices include one or more processors that continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| consumption level, wherein said processors reduce an amount of processing by a signal processor. | The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].

*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate.

The Apple Watch Series 3 and later devices include processors that reduce an amount of processing by a signal processor.

The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].

*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 21. The monitor of claim 20, wherein said processors reduce an overlap in data blocks being processed. | The Apple Watch Series 3 and later devices include processors that reduce an overlap in data blocks being processed.

The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].

*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 22. A patient monitor configured to manage power consumption during continuous patient monitoring, the monitor comprising: | The Apple Watch Series 3 and later devices are patient monitors configured to manage power consumption during continuous patient monitoring.

The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The emitters and detectors are used to monitor physiological parameters, such as pulse rate.  *See* https://support.apple.com/en-us/HT204666. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and | The Apple Watch Series 3 and later devices include an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |
| one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level, wherein said processing | The Apple Watch Series 3 and later devices include one or more processors that continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| characteristics include an override condition. | The Apple Watch Series 3 and later devices use an override condition.

The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].

*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 24. The monitor of claim 22, wherein said override condition comprises one or more monitored parameters exhibiting predefined behavior. | The Apple Watch Series 3 and later devices use an override condition that comprises one or more monitored parameters exhibiting predefined behavior.

The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].

*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| 1. A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising: | The Apple Watch Series 3 and later devices perform a method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor. The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666:  The emitters and detectors are used to monitor physiological parameters, such as pulse rate.  *See* https://support.apple.com/en-us/HT204666. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| driving one or more light sources configured to emit light into tissue of a monitored patient; | The Apple Watch Series 3 and later devices include processing that drives one or more light sources configured to emit light into tissue of a monitored patient. |

The Apple Watch Series 3 and later devices include green and infrared LEDs as shown on the Apple website at https://support.apple.com/en-us/HT204666:



The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:

The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption —

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue; | The Apple Watch Series 3 and later devices include one or more detectors configured to detect said light after attenuation by said tissue.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |
| continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient; | The Apple Watch Series 3 and later devices  continuously operate a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient.<br><br>The Apple Watches Series 3 and later devices transmit recorded data to the Health App on iOS devices.  The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| comparing processing characteristics to a predetermined threshold; and | The Apple Watch Series 3 and later devices include processors that compare processing characteristics to a predetermined threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level, wherein said continuously operating at said lower power consumption level comprises reducing activation of an attached sensor, said sensor positioning said light sources and said detectors proximate said tissue. | The Apple Watch Series 3 and later devices include processors that transition to continuously operating said patient monitor at a higher power consumption level when said processing characteristics pass said threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate.<br><br>The Apple Watch Series 3 and later devices  reduce activation of an attached sensor, said sensor positioning said light sources and said detectors proximate said tissue. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061]. *See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 2. The method of claim 1, wherein said reducing activation comprises reducing a duty cycle of said sensor. | The Apple Watch Series 3 and later devices include said reducing activation comprises reducing a duty cycle of said sensor. The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061]. *See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 3. The method of claim 1, wherein during said operating at said higher power consumption level, monitoring when said processing characteristics recedes from said threshold; and when receded, transitioning to continuously operating said patient monitor at said lower power consumption level. | The Apple Watch Series 3 and later devices include processors that monitor when said processing characteristics recedes from said threshold during said operating at said higher power consumption level; and when receded, transitioning to continuously operating said patient monitor at said lower power consumption level. The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061]. *See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 4. The method of claim 1, wherein said processing characteristics comprise | The Apple Watch Series 3 and later devices use signal characteristics from one or more light sensitive detectors. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| signal characteristics from one or more light sensitive detectors. | The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].

*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 5. The method of claim 4, wherein said signal characteristics comprise signal strength. | The Apple Watch Series 3 and later devices use signal characteristics comprising signal strength.

The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].

*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 6. The method of claim 4, wherein said signal characteristics comprise a presence of noise. | The Apple Watch Series 3 and later devices process signal characteristics that comprise a presence of noise.

The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].

*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 7. The method of claim 4, wherein said signal characteristics comprise a presence of motion induced noise. | The Apple Watch Series 3 and later devices process signal characteristics that comprise a presence of motion induced noise. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
|  | The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061]. *See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 9. A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising: | The Apple Watch Series 3 and later devices perform a method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor. The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666:  The emitters and detectors are used to monitor physiological parameters, such as pulse rate. *See* https://support.apple.com/en-us/HT204666. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| driving one or more light sources configured to emit light into tissue of a monitored patient; | The Apple Watch Series 3 and later devices include processing that drives one or more light sources configured to emit light into tissue of a monitored patient.<br><br>The Apple Watch Series 3 and later devices include green and infrared LEDs as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate. <br><br> The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV). <br><br> https://support.apple.com/en-us/HT204666. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue; | The Apple Watch Series 3 and later devices include one or more detectors configured to detect said light after attenuation by said tissue.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate. <br><br> The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV). <br><br> https://support.apple.com/en-us/HT204666. |
| continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient; | The Apple Watch Series 3 and later devices  continuously operate a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient. <br><br> The Apple Watches Series 3 and later devices transmit recorded data to the Health App on iOS devices.  The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061]. <br><br> *See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| comparing processing characteristics to a predetermined threshold; and | The Apple Watch Series 3 and later devices include processors that compare processing characteristics to a predetermined threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level, wherein said continuously operating at said lower power consumption level comprises reducing an amount of processing by a signal processor. | The Apple Watch Series 3 and later devices include processors that transition to continuously operating said patient monitor at a higher power consumption level when said processing characteristics pass said threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate.<br><br>The Apple Watch Series 3 and later devices include processors that reducing an amount of processing by a signal processor.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| 10. The method of claim 9, wherein said reducing comprises processing less data. | The Apple Watch Series 3 and later devices include processors that reduce processing by processing less data.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 11. The method of claim 10, wherein said processing less data comprises reducing an overlap in data blocks being processed. | The Apple Watch Series 3 and later devices include processors that reduce an overlap in data blocks being processed.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 12. A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising: | The Apple Watch Series 3 and later devices perform a method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor.<br><br>The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666: |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | <br><br>The emitters and detectors are used to monitor physiological parameters, such as pulse rate.  *See* https://support.apple.com/en-us/HT204666. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| driving one or more light sources configured to emit light into tissue of a monitored patient; | The Apple Watch Series 3 and later devices include processing that drives one or more light sources configured to emit light into tissue of a monitored patient.<br><br>The Apple Watch Series 3 and later devices include green and infrared LEDs as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue; | The Apple Watch Series 3 and later devices include one or more detectors configured to detect said light after attenuation by said tissue.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
|  | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |
| continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient; | The Apple Watch Series 3 and later devices  continuously operate a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient.<br><br>The Apple Watches Series 3 and later devices transmit recorded data to the Health App on iOS devices.  The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| comparing processing characteristics to a predetermined threshold; and | The Apple Watch Series 3 and later devices include processors that compare processing characteristics to a predetermined threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level, wherein said processing characteristics include an override condition. | The Apple Watch Series 3 and later devices include processors that transition to continuously operating said patient monitor at a higher power consumption level when said processing characteristics pass said threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate.<br><br>The Apple Watch Series 3 and later devices use an override condition.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| 14. The method of claim 12, wherein said override condition comprises one or more monitored parameters exhibiting predefined behavior. | The Apple Watch Series 3 and later devices use an override condition that comprises one or more monitored parameters exhibiting predefined behavior.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 15. A patient monitor configured to manage power consumption during continuous patient monitoring, the monitor comprising: | The Apple Watch Series 3 and later devices are patient monitors configured to manage power consumption during continuous patient monitoring.<br><br>The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br> |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | The emitters and detectors are used to monitor physiological parameters, such as pulse rate. *See* https://support.apple.com/en-us/HT204666. |
| an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and | The Apple Watch Series 3 and later devices include an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor. |
| | The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666: |
| |  |
| | The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer: |
| | The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |
| one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power | The Apple Watch Series 3 and later devices include one or more processors that continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| consumption level, wherein processors reduce activation of an attached sensor. | The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate.<br><br>The Apple Watch Series 3 and later devices include processors that reduce activation of an attached sensor.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 16. The monitor of claim 15, wherein said processors reduce a duty cycle of said sensor. | The Apple Watch Series 3 and later devices include processors that reduce a duty cycle of said sensor.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| 17. The monitor of claim 15, wherein during said operating at said higher power consumption level, said processors monitors when said processing characteristics recedes from said threshold; and when receded, said processors transition to continuously operating at said lower power consumption level. | The Apple Watch Series 3 and later devices include processors that monitor when said processing characteristics recedes from said threshold during said operating at said higher power consumption level; and when receded, said processors transition to continuously operating at said lower power consumption level.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 18. The monitor of claim 15, wherein said processing characteristics comprise signal characteristics from one or more light sensitive detectors. | The Apple Watch Series 3 and later devices use signal characteristics from one or more light sensitive detectors.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 20. A patient monitor configured to manage power consumption during continuous patient monitoring, the monitor comprising: | The Apple Watch Series 3 and later devices are patient monitors configured to manage power consumption during continuous patient monitoring.<br><br>The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666: |

| U.S. Patent No. 10,433,776 | Analysis |
| --- | --- |
| | <br><br>The emitters and detectors are used to monitor physiological parameters, such as pulse rate. *See* https://support.apple.com/en-us/HT204666. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and | The Apple Watch Series 3 and later devices include an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate. |
| | The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV). |
| | https://support.apple.com/en-us/HT204666. |
| one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level, wherein said processors reduce an amount of | The Apple Watch Series 3 and later devices include one or more processors that continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level. The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061]. *See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| processing by a signal processor. | The Apple Watch Series 3 and later devices include processors that reduce an amount of processing by a signal processor.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 21. The monitor of claim 20, wherein said processors reduce an overlap in data blocks being processed. | The Apple Watch Series 3 and later devices include processors that reduce an overlap in data blocks being processed.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 22. A patient monitor configured to manage power consumption during continuous patient monitoring, the monitor comprising: | The Apple Watch Series 3 and later devices are patient monitors configured to manage power consumption during continuous patient monitoring.<br><br>The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666: |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | <br><br>The emitters and detectors are used to monitor physiological parameters, such as pulse rate. *See* https://support.apple.com/en-us/HT204666. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and | The Apple Watch Series 3 and later devices include an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |
| one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level, wherein said processing | The Apple Watch Series 3 and later devices include one or more processors that continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| characteristics include an override condition. | The Apple Watch Series 3 and later devices use an override condition.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 24. The monitor of claim 22, wherein said override condition comprises one or more monitored parameters exhibiting predefined behavior. | The Apple Watch Series 3 and later devices use an override condition that comprises one or more monitored parameters exhibiting predefined behavior.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

# APPENDIX A

https://support.apple.com/en-us/HT204666

# Your heart rate. What it means, and where on Apple Watch you'll find it.

Learn how Apple Watch measures your heart rate, and get tips for a more accurate reading.

 ## How to check your heart rate

You can check your heart rate any time using the Heart Rate app. Open the app, then wait for Apple Watch to measure your heart rate. You can also view your resting, walking, breathe, workout, and recovery rates throughout the day. To easily open the app, add the Heart Rate complication to your watch face or add the Heart Rate app to the Dock.

You can also turn on heart rate notifications, so you know if your heart rate remains above or below a chosen beats per minute (BPM), or to occasionally check for an irregular heart rhythm.

Heart rate notifications and resting and walking rates are available only on Apple Watch Series 1 or later. Irregular rhythm notifications are available only with watchOS 5.1.2 or later. To enable irregular rhythm notifications, the notifications must be available in your country or region and you must be in the country or region where you purchased your device. Learn where irregular rhythm notifications are available.



## When Apple Watch measures your heart rate

When you use the Workout app, Apple Watch measures your heart rate continuously during the workout and for 3 minutes after the workout ends to determine a workout recovery rate. If you don't see your heart rate, check your settings.

This information, as well as other data it collects, helps Apple Watch estimate how many calories you've burned. In addition, Apple Watch measures your heart rate throughout the day when you're still, and periodically when you're walking (Apple Watch Series 1 or later). Since Apple Watch takes these background readings based on your activity, the time between these measurements will vary. Apple Watch also calculates a daily resting rate and walking average by correlating background heart rate readings with accelerometer data when sufficient background readings are available. You can control which third-party apps have access to your health data from the Health app in Sources.

Some anomalies may appear in the displayed data, resulting in occasional heart rate measurements that are abnormally high or low.



## How Apple Watch measures your heart rate

The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.

The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).



Apple Watch Series 4 or later also has built-in electrodes in the Digital Crown and the back of Apple Watch, which can measure the electrical signals across your heart when used with the Heart Rate app or the ECG app. When you place your finger on the Digital Crown, it creates a closed circuit between your heart and both arms, capturing the electrical impulses across your chest.

To use the electrical heart sensor to measure your heart rate, open the Heart Rate app and place your finger on the Digital Crown. You will get a faster reading with higher fidelity — getting a measurement every second instead of every 5 seconds. You'll see "ECG" in Heart Rate Context when looking at recorded data for Heart Rate in the Health app. You can also use the electrical heart sensor to take an ECG with the ECG app.

The ECG app is currently available only in certain countries and regions. Learn where the ECG app is available.

## For best results

Start with a good fit. Even under ideal conditions, Apple Watch may not be able to get a reliable heart rate reading every time for everybody. And for a small percentage of users, various factors may make it impossible to get any heart rate reading at all. But there are things you can do to help Apple Watch get the most consistent and best heart rate readings possible. Learn what else affects your reading.

Published Date: March 24, 2020

Helpful?   Yes   No

## Start a discussion in Apple Support Communities

Ask other users about this article

Submit my question

See all questions on this article

Support   Your heart rate. What it means, and where on Apple Watch you'll find it.

Copyright © 2020 Apple Inc. All rights reserved.   Privacy Policy   Terms of Use   Sales and Refunds   Site Map   United States

# APPENDIX B

https://support.apple.com/library/content/dam/edam/applecare/images/en_US/applewatch/watch-series4-measure-ecg-sensors.png



# APPENDIX C

https://www.systemplus.fr/reverse-costing-reports/apple-watch-4s-ppg-and-ecg-
health-sensors/

https://www.systemplus.fr/wp-content/uploads/2019/06/SP19436-Overview-of-
PPG-LEDs-and-sensors-2.jpg



# APPENDIX D

Figure 4 of US Patent Application Publication 2019/0090806 illustrates the implementation of walls 406, 408 in the Apple Watch Series 4 and later devices, as demonstrated by the image of the watch interior shown in Appendix C.



*FIG. 4*

*See also* US Patent Application Publication 2019/0090806 paragraphs 59-60.

[0059]   FIG. **4** shows another view of the exterior surfaces of the backside housing member **202** and cover **204** (e.g., a crystal, glass, or plastic cover) shown in FIG. **2**. However, in contrast to the view shown in FIG. **3**, a central portion of the dark mask **224**, in addition to the lens **208**, has been removed to show components of the optical sensor subsystem **216** adjacent the cover **204**.

[0060]   As shown in FIG. **4** the optical sensor subsystem **216** may include one or more light emitters **400, 402** (e.g., LEDs), one or more light receivers **404** (e.g., photodetectors), a set of one or more walls **406, 408**, and a substrate **410**. The light emitter(s) **400, 402**, light receiver(s) **404**, and set of one or more walls **406, 408** may be attached to the substrate **410**, and the substrate **410** (with light emitter(s) **400, 402**, light receiver(s) **404**, and walls **406, 408** thereon) may be attached to the interior surface of the cover **204** by the set of one or more walls **406, 408**. By way of example, the set of one or more walls may include a closed form inner wall **406** having a circular shape, and a closed form outer wall **408** having an octagonal shape. In other examples, one or both of the walls **406, 408** may have one or more openings therein, or may be replaced by a plurality of discrete walls, or have a shape other than the shape shown. In some cases, the set of one or more walls **406, 408** may only include the inner wall **406**, or may include more than two walls. The inner wall **406**, and in some cases the outer wall **408**, may be light-blocking walls. Light-blocking walls can help to limit the light received by the light receiver(s) **404** to light that is reflected from a medium (e.g., skin) adjacent the exterior surface of the cover **204**.

# APPENDIX E



Each of the two examples above shows first and second photodiodes arranged across from each other on opposite sides of a central point along a first axis, and third and fourth photodiodes arranged across from each other on opposite sides of a central point along a second axis.

The photodiodes in the first example are connected to one another in parallel to provide a first signal stream, and the photodiodes in the second example are connected to one another in parallel to provide a second signal stream.



# APPENDIX F



The above shows two examples of first and second photodiodes arranged across from each other on opposite sides of a central point along a first axis, and third and fourth photodiodes arranged across from each other on opposite sides of a central point along a second axis.



# APPENDIX G

Figure 2 of US Patent Application Publication 2019/0090806 illustrates the implementation of apertures 230 in the Apple Watch Series 4 and later devices as demonstrated by the image of the watch exterior shown in Appendix B.



*FIG. 2*

*See also* US Patent Application Publication 2019/0090806 paragraph 51.

[0051]   As an example, FIG. **2** shows a dark mask **224** that defines a set of eight radial apertures **230** around a central aperture **226**. Each segment **228** of the light filter **210** may block (e.g., absorb) a portion of light emitted by a set of light emitters that is part of the optical sensor subsystem **216**, which portion of light reflects from a surface too close to (or within) the cover **204** (e.g., the exterior surface of the cover **204**, imperfections within the cover **204**, or a medium too close to the cover **204**), such that the reflected light is not useful in a sensing operation for which the optical sensor subsystem **216** is designed. For example, when the optical sensor subsystem **216** and/or associated processor is configured to determine a biological parameter of a user, light reflected from the cover **204**, or from the outer layer of skin of the user, may not have any relation to the biological parameter being determined and may not be useful. In some examples, the light filter **210** or segments **228** thereof may include at least one of a light control film, a light polarizer, an anti-reflective film, a reflective film, or a light absorber.

# APPENDIX H

https://support.apple.com/en-us/HT205000

# About Apple Watch water resistance

Learn about water resistance on your Apple Watch and what to do if your device gets wet.

## Is my Apple Watch waterproof?

Your Apple Watch is water resistant, but not waterproof.* For example, you may wear and use your Apple Watch during exercise (exposure to sweat is OK), in the rain, and while washing your hands.

## Can I go swimming or take a shower with my Apple Watch?

Apple Watch Series 1 and Apple Watch (1st generation) are splash and water resistant, but submerging Apple Watch Series 1 and Apple Watch (1st generation) isn't recommended.

Apple Watch Series 2 and newer may be used for shallow water activities like swimming in a pool or ocean. However, Apple Watch Series 2 and newer shouldn't be used for scuba diving, water skiing, or other activities involving high velocity water or submersion below shallow depth.

Showering with Apple Watch Series 2 and newer is ok, but we recommend not exposing Apple Watch to soaps, shampoos, conditioners, lotions, and perfumes as they can negatively affect water seals and acoustic membranes. Apple Watch should be cleaned with fresh water and dried with a lint free-cloth if it comes in contact with anything other than fresh water.

Water resistance isn't a permanent condition and may diminish over time. Apple Watch can't be rechecked or resealed for water resistance. The following may affect the water resistance of your Apple Watch and should be avoided:

- Dropping Apple Watch or subjecting it to other impacts.
- Exposing Apple Watch to soap or soapy water (for example, while showering or bathing).
- Exposing Apple Watch to perfume, solvents, detergent, acids or acidic foods, insect repellent, lotions, sunscreen, oil, or hair dye.
- Exposing Apple Watch to high-velocity water (for example, while water skiing).
- Wearing Apple Watch in the sauna or steam room.

Not all bands are appropriate for water use. For example, the stainless steel and leather bands aren't water resistant and shouldn't be exposed to liquids.

## What should I do if my Apple Watch gets wet?

If water splashes on to your Apple Watch, wipe it off with a nonabrasive, lint-free cloth. Don't use heat, compressed air, or sprays. Clean and dry your Apple Watch, the band, and your skin after workouts or heavy sweating. After swimming, gently rinse Apple Watch Series 2 and newer with warm tap water. Dry Apple Watch and the band thoroughly if they're exposed to fresh water. Learn more about cleaning your Apple Watch.

If your Apple Watch got wet and now its speaker sounds muffled, follow the steps below. Don't insert anything into the openings—for example, the microphone or speaker ports—and don't shake the watch to remove water. Allowing your Apple Watch to charge overnight might speed up evaporation.

On Apple Watch Series 3 and newer, measurements from the barometric altimeter may be less accurate if water gets into the air vent (for example, during swimming). Normal altimeter performance returns after the water has evaporated.

### Apple Watch Series 2 and newer

When you start a swimming workout, your Apple Watch automatically locks the screen with Water Lock to avoid accidental taps. When you're done, turn the Digital Crown to unlock the screen and clear any water from your Apple Watch. You hear sounds and may feel some water on your wrist.

To manually clear water from Apple Watch, swipe up on the bottom of the watch face to open Control Center, tap Water Lock, then turn the Digital Crown to unlock the screen and clear water from the speaker.

### Apple Watch Series 1 or earlier

Check to see if water is in the microphone or speaker by placing the device, speaker side down, on a nonabrasive, lint-free cloth to see if any water drips out. Water in the port may degrade speaker or microphone performance until it completely evaporates.

* Apple Watch Series 1 and Apple Watch (1st generation) have a water resistance rating of IPX7 under IEC standard 60529. Apple Watch Series 2 and newer have a water resistance rating of 50 meters under ISO standard 22810:2010. Classic Buckle, Leather Loop, Modern Buckle, Milanese, and Link Bracelet Bands aren't water resistant.

Published Date: October 18, 2019

## Start a discussion in Apple Support Communities

Ask other users about this article

Submit my question

See all questions on this article  ›

Support    About Apple Watch water resistance

Copyright © 2020 Apple Inc. All rights reserved.     Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Site Map          🇺🇸 United States

# APPENDIX I

https://support.apple.com/en-us/HT204665#bestfit

You are invited to take part in a short survey to help us improve your Apple Support online experience. Please select Yes if you would like to participate.

Yes    No

## Wearing your Apple Watch

To make sure that you have the best experience, here's some information about potential skin sensitivities and getting a good fit when you wear your Apple Watch.

### What's in your Apple Watch

- Apple Watch Series 5 (GPS + Cellular) (Stainless Steel) and Apple Watch Series 5 (GPS + Cellular) (Hermès): stainless steel case, sapphire crystal, ceramic back, electrical heart sensor, and second-generation optical heart sensor
- Apple Watch Series 5 Edition: Titanium or ceramic case, sapphire crystal, ceramic back, electrical heart sensor, and second-generation optical heart sensor
- Apple Watch Series 5 (GPS + Cellular) (Aluminum), Apple Watch Series 5 (GPS + Cellular) (Nike), and Apple Watch Series 5 (GPS): aluminum case, Ion-X glass, ceramic back, and second-generation optical heart sensor
- Apple Watch Series 4 (GPS + Cellular) (Stainless Steel) and Apple Watch Series 4 (GPS + Cellular) (Hermès): stainless steel case, sapphire crystal, ceramic back, electrical heart sensor, and second-generation optical heart sensor
- Apple Watch Series 4 (GPS + Cellular) (Aluminum), Apple Watch Series 4 (GPS + Cellular) (Nike+), and Apple Watch Series 4 (GPS): aluminum case, Ion-X glass, ceramic back, and second-generation optical heart sensor
- Apple Watch Series 3 (GPS + Cellular) (Stainless Steel), Apple Watch Series 2 (Stainless Steel), and Apple Watch (1st generation) (Stainless Steel): 316L stainless steel case, sapphire crystal, ceramic back, and optical heart sensor
- Apple Watch Series 3 Edition and Apple Watch Series 2 Edition: Ceramic case, sapphire crystal, ceramic back, and optical heart sensor
- Apple Watch Series 3 (GPS + Cellular) (Aluminum) and Apple Watch Series 2 (Aluminum): 7000 series aluminum case, Ion-X glass, ceramic back, and optical heart sensor
- Apple Watch Series 3 (GPS), Apple Watch Series 1 (Aluminum), and Apple Watch Sport (1st generation): 7000 series aluminum case, Ion-X glass, composite back, and optical heart sensor
- Apple Watch Edition (1st generation): 18-karat gold case, sapphire crystal, ceramic back, and optical heart sensor

### What's in the bands

- Sport Band: Fluoroelastomer with stainless steel, ceramic, or 18-karat gold
- Apple Watch Nike+ Band: Fluoroelastomer with stainless steel or nylon
- Hermès Bands: Leather with stainless steel
- Milanese Loop: Stainless steel
- Link Bracelet: Stainless steel
- Leather Loop: Leather with stainless steel
- Modern Buckle: Leather with stainless steel or 18-karat gold
- Classic Buckle: Leather with stainless steel or 18-karat gold
- Woven Nylon: Nylon with stainless steel
- Sport Loop: Woven nylon

### For people who are sensitive to certain materials

A great deal of care and research goes into choosing materials for all our devices. In addition to ensuring that all materials adhere to existing regulations, we developed our own specification for Apple Watch that goes beyond those requirements.* In fact, every material that touches your skin has gone through extensive evaluation in accordance with our specification. This includes:

- Thousands of material composition tests
- More than a thousand prototypes worn for trial studies
- Thousands of toxicological assessments
- Consultations with board-certified dermatologists

A small number of people will experience reactions to certain materials. This can be due to allergies, environmental factors, extended exposure to irritants like soap or sweat, and other causes. If you know you have allergies or other sensitivities, be aware that Apple Watch and some of its bands contain the following materials:



NICKEL



ACRYLATES

**Nickel.** Apple Watch models with a stainless steel or an aluminum case, the stainless steel band release buttons of Apple Watch Series 4 and Apple Watch Series 5, the stainless steel portions of some Apple Watch bands, the metallic portions of the Hermès bands, and the magnets in the watch and bands, each contain some nickel. However, they all fall below the strict nickel restrictions set by European REACH regulation. Therefore, while nickel exposure is unlikely to be a problem, you should be aware of the possibility in case you're susceptible to nickel-related reactions.

**Acrylates.** The Apple Watch case, the Woven Nylon, the Milanese Loop, the Modern Buckle, and the Leather Loop contain trace amounts of acrylates and methacrylates from adhesives. Acrylates and methacrylates are found in many consumer products that come in contact with the skin, such as adhesive bandages. Some people may be sensitive to them, or may develop sensitivities over time. Apple Watch and its bands are designed so that parts containing acrylates and methacrylates are not in direct contact with your skin.

Another potential cause of discomfort is wearing your Apple Watch too tightly or loosely. An overly tight band can cause skin irritation. A band that's too loose can cause rubbing. If you experience redness, swelling, itchiness, or any other irritation, you may want to consult your physician before you put your Apple Watch back on.

## A better fit means better readings

For best results, the back of your Apple Watch needs skin contact for features like Wrist Detect, the Taptic Engine, and the electrical and optical heart sensors. Wearing your Apple Watch with the right fit—not too tight, not too loose, and with room for your skin to breathe—keeps you comfortable and let the sensors do their jobs. You may want to tighten your Apple Watch band for workouts, then loosen it when you're done. In addition, the sensors will work only if you wear your Apple Watch on the top of your wrist.

Too loose



Just right

If your Apple Watch doesn't stay in place, or the sensors aren't reading your heart rate, tighten the band a bit.

Your Apple Watch should be snug but comfortable.

Keeping your Apple Watch and bands—as well as your skin—clean and dry maximizes comfort and prevents long-term damage to the watch. This is especially important after workouts or exposure to liquids such as sweat, soap, sunscreen, and lotions that can cause skin irritations.

* Learn more about Apple's restrictions on wearables.

Published Date: January 13, 2020

Helpful?   [Yes]   [No]

## Start a discussion in Apple Support Communities

Ask other users about this article

[ Submit my question ]

See all questions on this article ›

Copyright © 2020 Apple Inc. All rights reserved.    Privacy Policy    Terms of Use    Sales and Refunds    Site Map          🇺🇸 United States

# APPENDIX J

https://www.apple.com/watch/

Apple Watch Series 5   Apple Watch Studio   Apple Watch Nike   Apple Watch Hermès   Apple Watch Edition   Apple Watch Series 3   Compare   Bands   AirPods   Accessories   watchOS

Evaluate COVID-19 symptoms and understand next steps ›

# The #1 smartwatch
# in the world. Times two.

The most advanced Apple Watch yet, featuring the Always-On Retina display, the ECG app, international emergency calling, fall detection, and a built-in compass.

**Starting at $399**

Buy

Learn more ›

All the core fitness, heart-monitoring, and connectivity features that make Apple Watch the ultimate device for a healthy life. At an incredible price.

**Starting at $199**

Buy

Learn more ›

# Two great choices. No wrong answers.

Compare Apple Watch Series 5 and Series 3 ›

## Get up to $140 toward a new Apple Watch.[1]

With Apple Trade In, just give us your eligible Apple Watch and get credit for a new one. It's good for you and the planet.

Find your trade-in value ›

watchOS 7

## Take on the day.
## Bring on the night.

See the preview ›

Apple Watch Studio

## Any case. Any band.
## Any style you want.

Create your style

Buy

Learn more ›

Buy

Learn more ›

Add them together. Multiply their power.

Learn more ›

# Apple Watch essentials

## Give your watch a lovely complement.

Shop the latest bands ›

Exhibit B
Page 288

# Make them yours.

Personalize your AirPods with
free engraving. Only at Apple.

Learn more ›   Buy ›

**Fast, free,
no-contact delivery**

And free returns. See checkout for
delivery dates.

Learn more ›

**Find a card that fits
your needs**

Get 3% Daily Cash with
Apple Card or get up to 18 months
special financing.

Learn more ›

# Get more out of Apple Watch

60 million songs. 3 months on us.

Try it free² ↗   Learn more ›

Get 3% Daily Cash back on purchases from
Apple when you use Apple Card.

Learn more ›

# How to view your **Activity Trends**

▶

View all How-To films ›

Three rings. One goal.

See how to close your Activity rings
on Apple Watch ›

# Introducing the Apple Research app.

The future of health research is you.

Learn more ›

1. Trade-in values vary. Apple Watch Series 5 promotional pricing is after trade-in of Apple Watch Series 4 in good condition. Additional trade-in values require purchase of a new Apple Watch, subject to availability and limits. Must be at least 18. Apple or its trade-in partners reserve the right to refuse or limit any Trade In transaction for any reason. In-store trade-in requires presentation of a valid, government-issued photo ID (local law may require saving this information). Sales tax may be assessed on full value of new Apple Watch. Additional terms from Apple or Apple's trade-in partners may apply. Offer is available for a limited time only.

2. $9.99/month after free trial. No commitment. Plan automatically renews after trial until cancelled.

Case and band combinations can be made within collections (Apple Watch, Apple Watch Nike, and Apple Watch Hermès) only.

Apple Watch Series 5 and Apple Watch Series 3 require an iPhone 6s or later with iOS 13 or later.

Wireless service plan required for cellular service. Cellular capability depends on your plan and carrier. Apple Watch and iPhone service provider must be the same. Not all service providers support enterprise accounts; check with your employer and service provider. Roaming is not available outside your carrier network coverage area. Contact your service provider for more details. Check apple.com/watch/cellular for participating wireless carriers and eligibility.

Features are subject to change. Some features, applications, and services may not be available in all regions or all languages. View complete list.

The COVID-19 site and app were developed in partnership with CDC. They are not meant as an endorsement of any Apple products.

Watch

Exhibit B
Page 290

Shop and Learn

Mac
iPad
iPhone
Watch
TV
Music
AirPods
HomePod
iPod touch
Accessories
Gift Cards

Services

Apple Music
Apple News+
Apple TV+
Apple Arcade
Apple Books
Apple Card
iCloud

**Account**

Manage Your Apple ID
Apple Store Account
iCloud.com

Apple Store

Find a Store
Shop Online
Genius Bar
Today at Apple
Apple Camp
Apple Store App
Refurbished and Clearance
Financing
Apple Trade In
Order Status
Shopping Help

For Business

Apple and Business
Shop for Business

**For Education**

Apple and Education
Shop for K-12
Shop for College

**For Healthcare**

Apple in Healthcare
Health on Apple Watch
Health Records on iPhone

**For Government**

Shop for Government
Shop for Veterans and Military

Apple Values

Accessibility
Education
Environment
Privacy
Supplier Responsibility

**About Apple**

Newsroom
Apple Leadership
Job Opportunities
Investors
Events
Contact Apple

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2020 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Legal  |  Site Map                United States

Exhibit B
Page 291

# APPENDIX K

https://support.apple.com/en_US/specs/applewatch

https://support.apple.com/kb/SP778?locale=en_US

https://support.apple.com/kb/SP808?viewlocale=en_US&locale=en_US

# Apple Watch Series 4 – Technical Specifications

Languages  English   ∨

  

**Finishes**
**GPS + Cellular**

- **Stainless Steel**
    - Silver
    - Space Black (DLC)
    - Gold (PVD)
- **Aluminum**
    - Silver
    - Space Gray
    - Gold

GPS

- **Aluminum**
    - Silver
    - Space Gray
    - Gold

Apple Watch Nike+ available in silver and space gray aluminum.
Apple Watch Hermès available in polished stainless steel.

**Features**

- GPS, GLONASS, Galileo, and QZSS
- Barometric altimeter
- Water resistant
  *50 meters¹*
- Electrical heart sensor
- Optical heart sensor
- Improved accelerometer
  *up to 32 g-forces*
- Improved gyroscope
- Ambient light sensor
- Speaker
  *50 percent louder*
- Microphone
- Apple Pay
- GymKit
- Capacity 16GB
- Ceramic and sapphire crystal back

**Display**

- **44mm**
  368 by 448 pixels
  977 sq mm display area
- **40mm**
  324 by 394 pixels
  759 sq mm display area
- **LTPO OLED Retina display with Force Touch**
  1000 nits brightness

**Chip**

- **S4 with 64-bit dual-core processor**
  *Up to 2x faster processor*

- W3
  *Apple wireless chip*

**Connectivity**

- LTE and UMTS[2]
  GPS + Cellular models
- Wi–Fi
  802.11b/g/n 2.4GHz
- Bluetooth 5.0

**Power**

- Built-in rechargeable lithium–ion battery
  *Up to 18 hours[3]*
- Magnetic charging cable
- USB power adapter

**Case Size**

**Stainless Steel – 40mm**

- Height: 40mm
- Width: 34mm
- Depth: 10.7mm
- Case Weight: 39.8g

**Stainless Steel – 44mm**

- Height: 44mm
- Width: 38mm
- Depth: 10.7mm
- Case Weight: 47.9g

**Aluminum – 40mm**

- Height: 40mm
- Width: 34mm
- Depth: 10.7mm
- Case Weight: 30.1g

**Aluminum – 44mm**

- Height: 44mm
- Width: 38mm
- Depth: 10.7mm
- Case Weight: 36.7g

1. Apple Watch Series 3 and Series 4 have a water resistance rating of 50 meters under ISO standard 22810:2010. This means that they may be used for shallow–water activities like swimming in a pool or ocean. However, they should not be used for scuba diving, waterskiing, or other activities involving high–velocity water or submersion below shallow depth.
2. Wireless service plan required for cellular service. Apple Watch and iPhone service provider must be the same. Not available with all service providers. Not all service providers support enterprise accounts or prepaid plans; check with your employer and service provider. Some legacy plans may not be compatible. Roaming is not available. Contact your service provider for more details.
3. Apple Watch All–Day Battery Life testing was conducted by Apple in August 2018 using preproduction Apple Watch Series 4 (GPS) and Apple Watch Series 4 (GPS + Cellular), each paired with an iPhone; all devices were tested with prerelease software. Battery life varies by use, cellular coverage, configuration, and many other factors; actual results will vary. See www.apple.com/batteries and www.apple.com/watch/battery.html for more information.

Apple Watch Series 4 (GPS + Cellular) requires an iPhone 6 or later with iOS 12 or later. Apple Watch Series 4 (GPS) requires an iPhone 5s or later with iOS 12 or later.
Features are subject to change. Some features, applications, and services may not be available in all regions or all languages. Click here to see complete list.

Published Date: Mar 2, 2020

Support

Copyright © 2020 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Site Map

# APPENDIX L

https://www.apple.com/watch/compare/

# Which Apple Watch is right for you?

Compare all models ›

Get help choosing. Contact us ›

**GPS + Cellular**
Starting at $499

**GPS**
Starting at $399

The most advanced Apple Watch yet. Available in 44mm and 40mm case sizes.

**GPS + Cellular**
Starting at $299

**GPS**
Starting at $199

The core fitness, health, and connectivity features of Apple Watch. Available in 42mm and 38mm case sizes.

Exhibit B
Page 296

# Here's a quick look at the differences.

## Display

### Always-On Retina display

The Apple Watch Series 5 display never sleeps, so you can always see the time and information that's most important to you. The viewing area stretches deep into the rounded corners and is over 30 percent larger than the Apple Watch Series 3 display.

368 by 448 pixels

44mm case    **40mm case**

### Retina display

Just raise your wrist and the display instantly comes to life.

312 by 390 pixels

42mm case    **38mm case**

## Materials and Finishes

**Aluminum**

---

**Aluminum**

**Stainless Steel**

**Ceramic**

**Titanium**

The Apple Watch Series 5 case is 11 percent thinner than the Apple Watch Series 3 case and is available in a range of materials.

Strong yet incredibly light, the Apple Watch Series 3 case is made of aerospace-grade aluminum that is 100 percent recycled.

Aluminum          Stainless Steel

○ ○ ○          ○ ○ ○

Silver

Titanium          Ceramic

○ ○          ○

Aluminum

 ○

Silver

# Heart Health

---

**High and low heart rate notifications**

**Irregular heart rhythm notification**

**High and low heart rate notifications**

**Irregular heart rhythm notification**

**ECG app**

Apple Watch Series 5 can alert you if it detects unusually high or low heart rates or an irregular rhythm. It can measure your current heart rate. And using the electrical heart sensor, the ECG app is capable of generating an ECG similar to a single-lead electrocardiogram.[1]

Just like Series 5, Apple Watch Series 3 can also alert you if it detects unusually high or low heart rates or an irregular rhythm, as well as measure your current heart rate.

ECG        Heart Rate

# Safety and Emergency

**Emergency SOS**

**Fall detection**

**International emergency calling**

With Emergency SOS, you can quickly call for help and alert your emergency contacts.[2] Apple Watch Series 5 can also detect if you've taken a hard fall, then automatically call emergency services for you. And it can complete an emergency call while you're traveling abroad.[3]

**Emergency SOS**

You can quickly call for help and alert your emergency contacts if you need to.[2]

Fall detection    **Emergency SOS**

## Series 5                          Buy

Technology

**Electrical heart sensor**

**Optical heart sensor**

**Dual-core S5 chip**

**Digital Crown with haptic feedback**

**Cellular connectivity on GPS + Cellular models**

**GPS**

**Compass**

Apple Watch Series 5 has both an optical heart sensor for measuring your heart rate and heart rhythm and an electrical heart sensor that enables the ECG app. The Digital Crown provides haptic feedback when you turn it. The S5 chip is up to two times faster than the one in Apple Watch Series 3. And the speaker is 50 percent louder.

## Series 3                          Buy

**Optical heart sensor**

**Dual-core S3 chip**

**Digital Crown**

**Cellular connectivity on GPS + Cellular models**

**GPS**

Apple Watch Series 3 includes an optical heart sensor for measuring your heart rate and heart rhythm, GPS to pinpoint your location, and cellular connectivity on GPS + Cellular models.

# Tech Specs

Exhibit B

Page 300

## Finishes +

## Features +

## Display +

## Chip +

## Connectivity +

## Power +

# There's an Apple Watch for everyone.

Learn more ›          Learn more ›          Learn more ›          Learn more ›          Learn more ›

1. The ECG app is available with the latest versions of iOS and watchOS on Apple Watch Series 4 or later. See apple.com/watch for compatibility details. The ECG app is not intended for use by people under 22 years old.

2. Apple Watch Series 5 (GPS + Cellular) and Apple Watch Series 3 (GPS + Cellular) can use a cellular connection for Emergency SOS. To use Emergency SOS on an Apple Watch without cellular, your iPhone needs to be nearby. If your iPhone isn't nearby, your Apple Watch needs to be connected to a known Wi-Fi network and you must set up Wi-Fi Calling.

3. The international emergency calling feature requires an Apple Watch Series 5 (GPS + Cellular) model. For a list of supported countries and regions, see apple.com/watchos/feature-availability.

4. Apple Watch Series 5 and Apple Watch Series 3 have a water resistance rating of 50 meters under ISO standard 22810:2010. This means that they may be used for shallow-water activities like swimming in a pool or ocean. However, they should not be used for scuba diving, waterskiing, or other activities involving high-velocity water or submersion below shallow depth.

5. Wireless service plan required for cellular service. Apple Watch and iPhone service provider must be the same. Not available with all service providers. Not all service providers support enterprise accounts or prepaid plans; check with your employer and service provider. Some legacy plans may not be compatible. Roaming is not available. Contact your service provider for more details. Check apple.com/watch/cellular for participating wireless carriers and eligibility.

6. Apple Watch All-Day Battery Life testing was conducted by Apple in August 2019 using preproduction Apple Watch Series 5 (GPS) and Apple Watch Series 5 (GPS + Cellular), each paired with an iPhone; all devices were tested with prerelease software. Battery life varies by use, cellular coverage, configuration, and many other factors; actual results will vary. See apple.com/batteries and apple.com/watch/battery.html for more information.

7. Apple Watch All-Day Battery Life testing was conducted by Apple in August 2018 using shipping Apple Watch Series 3 (GPS) and Apple Watch Series 3 (GPS + Cellular), each paired with an iPhone; all devices were tested with prerelease software. Battery life varies by use, cellular coverage, configuration, and many other factors; actual results will vary. See apple.com/batteries and apple.com/watch/battery.html for more information.

8. Compared with Apple Watch Series 3.

9. Apple Watch Series 1 has a water resistance rating of IPX7 under IEC standard 60529. Apple Watch Series 1 is splash and water resistant, but submerging it is not recommended.

Apple Watch Series 5 and Apple Watch Series 3 require an iPhone 6s or later with iOS 13 or later.

Features are subject to change. Some features, applications, and services may not be available in all regions or all languages. View complete list.

---

Watch        Compare

| Shop and Learn | Services | Apple Store | For Business | Apple Values |
|---|---|---|---|---|
| Mac | Apple Music | Find a Store | Apple and Business | Accessibility |
| iPad | Apple News+ | Shop Online | Shop for Business | Education |
| iPhone | Apple TV+ | Genius Bar | | Environment |
| Watch | Apple Arcade | Today at Apple | For Education | Inclusion and Diversity |
| TV | Apple Books | Apple Camp | Apple and Education | Privacy |
| Music | Apple Card | Apple Store App | Shop for K-12 | Supplier Responsibility |
| AirPods | iCloud | Refurbished and Clearance | Shop for College | |
| HomePod | | Financing | | About Apple |
| iPod touch | Account | Apple Trade In | For Healthcare | Newsroom |
| Accessories | Manage Your Apple ID | Order Status | Apple in Healthcare | Apple Leadership |
| Gift Cards | Apple Store Account | Shopping Help | Health on Apple Watch | Job Opportunities |
| | iCloud.com | | Health Records on iPhone | Investors |
| | | | | Events |
| | | | For Government | Contact Apple |
| | | | Shop for Government | |
| | | | Shop for Veterans and Military | |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2020 Apple Inc. All rights reserved.    Privacy Policy    Terms of Use    Sales and Refunds    Legal    Site Map                United States

# APPENDIX M

https://support.apple.com/guide/watch/set-up-and-pair-apple-watch-with-iphone-apdde4d6f98e/watchos

Apple Watch User Guide

Communities        Contact Support

Select version:

watchOS 6 ⌄

Table of Contents ⊕

# Set up and pair Apple Watch with iPhone

To use your Apple Watch Series 1 or later with watchOS 6.2, you need to pair your Apple Watch with an iPhone 6s or later with iOS 13 or later. Setup assistants on your iPhone and Apple Watch work together to help you pair and set up your Apple Watch.

⚠️ **WARNING:** To avoid injury, read **Important safety information for Apple Watch** before using your Apple Watch.

## Turn on, pair, and set up your Apple Watch

1. Put your Apple Watch on your wrist. Adjust the band so your Apple Watch fits closely but comfortably on your wrist.

   For information about resizing or changing the band on your Apple Watch, see **Remove, change, and fasten Apple Watch bands**.

2. To turn on your Apple Watch, press and hold the side button until you see the Apple logo.

3. Bring your iPhone near your Apple Watch, wait for the Apple Watch pairing screen to appear on your iPhone, then tap Continue.

   Or open the Apple Watch app on your iPhone, then tap Pair New Watch.



4. When prompted, position your iPhone so that your Apple Watch appears in the viewfinder in the Apple Watch app. This pairs the two devices.

5. Tap Set Up Apple Watch. Follow the instructions on your iPhone and Apple Watch to finish setup.

💡 **Tip:** If you have difficulty seeing your Apple Watch or iPhone, VoiceOver or Zoom can help—even during setup. See **Set up Apple Watch using VoiceOver** or **Use Zoom on Apple Watch**.

While it's pairing with your iPhone, your Apple Watch provides tips on how to interact with it. Tap Display, Digital Crown, and Side Button to learn more.

You can activate cellular service on your **Apple Watch with cellular** during setup. If you don't wish to, you can activate it later in the Apple Watch app on your iPhone. See **Use Apple Watch with a cellular network**.

Exhibit B
Page 304

Your iPhone and Apple Watch must use the same cellular carrier. Cellular service not available in all regions.



## Trouble pairing?

- *If you see a watch face when you're trying to pair:* Your Apple Watch is already paired to an iPhone. You need to first erase all Apple Watch content and reset settings.

- *If the camera doesn't start the pairing process:* Tap Pair Apple Watch Manually at the bottom of the iPhone screen, and follow the onscreen instructions.

## Unpair Apple Watch

1. Open the Apple Watch app on your iPhone.

2. Tap My Watch, then tap your Apple Watch at the top of the screen.

3. Tap ⓘ next to the Apple Watch you want to unpair, then tap Unpair Apple Watch.

## Pair more than one Apple Watch

You can pair another Apple Watch in the same way you paired your first one. Bring your iPhone near your Apple Watch, wait for the Apple Watch pairing screen to appear on your iPhone, then tap Pair. Or follow these steps:

1. Open the Apple Watch app on your iPhone.

2. Tap My Watch, then tap your Apple Watch at the top of the screen.

3. Tap Pair New Watch, then follow the onscreen instructions.

See the Apple Support article Use more than one Apple Watch with your iPhone.

# Quickly switch to a different Apple Watch

Your iPhone detects the paired Apple Watch you're wearing and automatically connects to it. Just put on a different Apple Watch and raise your wrist.

You can also choose an Apple Watch manually:

1. Open the Apple Watch app on your iPhone.

2. Tap My Watch, then tap your Apple Watch at the top of the screen.

3. Turn off Auto Switch.

To see if your Apple Watch is connected to your iPhone, touch and hold the bottom of the watch screen, swipe up to open Control Center, then look for the Connected status icon 📱.



The active Apple Watch.

# Pair Apple Watch to a new iPhone

If your Apple Watch is paired to your old iPhone and you now want to pair it with your new iPhone, follow these steps:

1. Use iCloud Backup to back up the iPhone currently paired to your Apple Watch (see the iPhone User Guide for more information).

2. Set up your new iPhone. On the Apps & Data screen, choose to restore from an iCloud backup, then select the latest backup.

3. Continue iPhone setup and, when prompted, choose to use your Apple Watch with your new iPhone.

When iPhone setup completes, your Apple Watch prompts you to pair it to the new iPhone. Tap OK on your Apple Watch, then enter its passcode.

For more information, see the Apple Support article Switch your Apple Watch to a new iPhone.

# Transfer an existing cellular plan to a new Apple Watch

You can transfer your existing cellular plan from your Apple Watch with cellular to another Apple Watch with cellular by following these steps:

1. While wearing your Apple Watch, open the Apple Watch app on your iPhone.

2. Tap My Watch, tap Cellular, then tap ⓘ next to your cellular plan.

3. Tap Remove [*name of carrier*] Plan, then confirm your choice.

   You may need to contact your carrier to remove this Apple Watch from your cellular plan.

4. Remove your old watch, put on your other Apple Watch with cellular, tap My Watch, then tap Cellular.

   Follow the instructions to activate your watch for cellular.

For more information about setup and pairing, see the Apple Support article **Set up your Apple Watch**.

If you need to charge your Apple Watch before setup, see **Charge Apple Watch**.

Helpful? 
Yes
No

‹ Previous
Your Apple Watch

Next ›
The Apple Watch app

Support    Apple Watch User Guide    Set up and pair Apple Watch with iPhone

Copyright © 2020 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Site Map    🇺🇸 United States

# APPENDIX N

https://support.apple.com/en-us/HT203037

# Use the Health app on your iPhone or iPod touch

The Health app gathers health data from your iPhone, Apple Watch, and apps that you already use, so you can view all your progress in one convenient place.

 Health automatically counts your steps, walking, and running distances. And, if you have an Apple Watch, it automatically tracks your Activity data. You can also enter information into a Health category or get data from any of your favorite apps or devices that are compatible with Health.

## Set up your Health Profile

1. Open the Health app and tap the Summary tab.
2. Tap your profile picture 🙂 in the upper-right corner.
3. Tap Health Profile, then tap Edit.
4. Add your information, like height, weight, and age.
5. Tap Done.
6. You can also set up your Medical ID or register to be an organ donor from your profile.

Your Apple Watch uses your personal information to calculate how many calories you burn and more. You can choose to share this information with other apps and it's kept up to date across all your devices.





## Choose your favorite categories to track

1. Open the Health app and tap the Summary tab.
2. Tap Edit in the upper-right corner.
3. To add or remove a category from your favorites, tap it. Categories with a blue star ⭐ appear in your favorites.
4. When you're finished, tap Done.

Your favorites show how you're doing in each health category that day, like Mindful Minutes or Steps. To see more information about a category, tap it.

## Add information about your health

1. Open the Health app and tap the Browse tab.
2. Tap a category, like Activity.
3. Tap a subcategory, like Steps.
4. Tap Add Data in the upper-right corner.
5. Enter the date, time, and data for that activity.
6. When you're finished, tap Add.



## Choose which apps share information with Health

1. Open the Health app and tap the Summary tab.

2. Tap your profile picture in the upper-right corner.

3. Under Privacy, tap Apps. You can see apps that you already own that are compatible with Health. If you don't see an app, it might not be compatible.

4. Tap an app and turn on the health categories that you want that app to track.

If you're using multiple apps to track different things, the Health app can keep it all in one place. Manage the data that's added to Health app.

Apple Watch apps can also read and write Health data. You can manage them directly on your Apple Watch: Go to Settings > Health > Apps.



## Know how your health changes over time

1. Open the Health app and tap the Summary tab.

2. Scroll down to Highlights. Highlights show your Health over time, so you can see how you're doing overall.

3. Tap a highlight to see more about that category or tap Show All Highlights at the bottom of the list.



## Add more data about your health

- Track your sleep with Bedtime in the Clock app.
- Set up a Medical ID in the Health app to access important medical information.
- With iOS 11.3, you can see your health records from multiple institutions right on your iPhone. Add your health records and see the supported institutions.
- Manage the data that's added to Health app.

Information about products not manufactured by Apple, or independent websites not controlled or tested by Apple, is provided without recommendation or endorsement. Apple assumes no responsibility with regard to the selection, performance, or use of third-party websites or products. Apple makes no representations regarding third-party website accuracy or reliability. Contact the vendor for additional information.

Published Date: October 18, 2019

---

Helpful?   [ Yes ]   [ No ]

---

## Start a discussion in Apple Support Communities

Ask other users about this article

Submit my question

See all questions on this article ›

---

## Contact Apple Support



Need more help? Save time by starting your support request online and we'll connect you to an expert.

Get started ›

Support   Use the Health app on your iPhone or iPod touch

Copyright © 2020 Apple Inc. All rights reserved.   Privacy Policy   Terms of Use   Sales and Refunds   Site Map   🇺🇸 United States

# APPENDIX O

https://support.apple.com/guide/watch/change-language-orientation-apple-watch-apd0bf18f46b/watchos

Apple Watch User Guide

Communities    Contact Support

Select version:



watchOS 6

Table of Contents ⊕

# Change language and orientation on Apple Watch

## Choose language or region

1. Open the Apple Watch app on your iPhone.

2. Tap My Watch, go to General > Language & Region, tap Custom, then tap Watch Language.



Tap to change the language.

## Switch wrists or Digital Crown orientation

If you want to move your Apple Watch to your other wrist or prefer the Digital Crown on the other side, adjust your orientation settings so that raising your wrist wakes your Apple Watch, and turning the Digital Crown moves things in the direction you expect.

1. Open the Settings app ⚙ on your Apple Watch.

2. Go to General > Orientation.

You can also open the Apple Watch app on your iPhone, tap My Watch, then go to General > Watch Orientation.



Helpful?    Yes    No

Previous
Lock or unlock Apple Watch

Next
Remove, change, and fasten Apple Watch bands

Support    Apple Watch User Guide    Change language and orientation on Apple Watch

Copyright © 2020 Apple Inc. All rights reserved.    Privacy Policy    Terms of Use    Sales and Refunds    Site Map    🇺🇸 United States



Exhibit B
Page 313

# APPENDIX P

https://www.apple.com/shop/watch/bands



# Give your watch a lovely complement.

Shop the latest band styles and colors.

⌄ Filter:          Case Size          Model          Band Type          Band Color

## Sport Band

Custom high-performance fluoroelastomer with a pin-and-tuck closure.



New

Linen Blue Sport Band

$49.00



Exhibit B
Page 315



New

Seafoam Sport Band

$49.00

New

Vitamin C Sport Band

$49.00

New

Coastal Gray Sport Band

$49.00

New

Pride Edition Sport Band

$49.00

Cactus Sport Band

$49.00

Grapefruit Sport Band

$49.00

| Surf Blue Sport Band | Beryl Sport Band | Khaki Sport Band |
|---|---|---|
| $49.00 | $49.00 | $49.00 |



| Pine Green Sport Band | Alaskan Blue Sport Band | Clementine Sport Band |
|---|---|---|
| $49.00 | $49.00 | $49.00 |



| Lemon Cream Sport Band | Stone Sport Band | Pink Sand Sport Band |
|---|---|---|
| $49.00 | $49.00 | $49.00 |



White Sport Band

$49.00

Black Sport Band

$49.00

(PRODUCT)RED Sport Band

$49.00



## Sport Loop

Soft, breathable nylon weave with an easily adjustable hook-and-loop fastener.



Sunshine Sport Loop

$49.00



Vitamin C Sport Loop

$49.00

Surf Blue Sport Loop

$49.00

Neon Lime Sport Loop

$49.00

Neon Pink Sport Loop

$49.00

(PRODUCT)RED Sport Loop

$49.00

Pomegranate Sport Loop

$49.00

Khaki Sport Loop

$49.00

Alaskan Blue Sport Loop

$49.00

Midnight Blue Sport Loop

$49.00



Camel Sport Loop

$49.00

Anchor Gray Sport Loop

$49.00

## Nike Sport Band

Lightweight fluoroelastomer with compression-molded perforations for breathability.





New

Pride Edition Nike Sport Band

$49.00

Black/Lime Blast Nike Sport Band

$49.00

Midnight Turquoise/Aurora Green Nike Sport Band

$49.00

Royal Pulse/Black Nike Sport Band

$49.00

Desert Sand/Black Nike Sport Band

$49.00

Black/Pink Blast Nike Sport Band

$49.00

Pure Platinum/Black Nike Sport Band

$49.00



Anthracite/Black Nike Sport Band

$49.00



## Nike Sport Loop

Quick-fastening, flexible nylon weave with reflective thread, in colors exclusive to Nike.



World Indigo/Lime Blast Nike Sport Loop

$49.00



Hyper Crimson/Neptune Green
Nike Sport Loop

$49.00

Pink Blast/True Berry Nike Sport
Loop

$49.00

Desert Sand/Volt Nike Sport Loop

$49.00





Royal Pulse/Lava Glow Nike Sport
Loop

$49.00

Summit White Nike Sport Loop

$49.00

Black Nike Sport Loop

$49.00

# Leather

Distinctive leather designs with
magnetic or stainless steel
closures.



Raspberry Modern Buckle

$149.00
38mm and 40mm only

Deep Sea Blue Modern Buckle

$149.00
38mm and 40mm only

Saddle Brown Modern Buckle

$149.00
38mm and 40mm only

Black Modern Buckle

$149.00
38mm and 40mm only

Peacock Leather Loop

Meyer Lemon Leather Loop

Saddle Brown Leather Loop

$99.00

$99.00

$99.00

42mm and 44mm only

42mm and 44mm only

42mm and 44mm only



Black Leather Loop

$99.00

42mm and 44mm only



# Hermès Leather

Handcrafted calfskin leather in a variety of styles and colors.





Apple Watch Hermès Orange Swift
Leather Single Tour

$339.00







Apple Watch Hermès Brique/Béton
Swift Leather Double Tour

$489.00
38mm and 40mm only

Apple Watch Hermès Encre/Béton
Swift Leather Double Tour

$489.00
38mm and 40mm only

Apple Watch Hermès Étain/Béton
Swift Leather Double Tour

$489.00
38mm and 40mm only







Exhibit B
Page 326

Apple Watch Hermès Encre/Béton Swift Leather Single Tour

$339.00

42mm and 44mm only



Apple Watch Hermès Étain/Béton Swift Leather Single Tour

$339.00

42mm and 44mm only



Apple Watch Hermès Noir Swift Leather Double Tour

$489.00

38mm and 40mm only



Apple Watch Hermès Noir Swift Leather Single Tour

$339.00

Apple Watch Hermès Fauve Barénia Leather Double Tour

$489.00

38mm and 40mm only

Apple Watch Hermès Fauve Barénia Leather Single Tour

$339.00





Apple Watch Hermès Ébène Barénia Leather Single Tour Deployment Buckle

$539.00

42mm and 44mm only

Apple Watch Hermès Fauve Barénia Leather Single Tour Deployment Buckle

$539.00

42mm and 44mm only

## Stainless Steel




Crafted from stainless steel alloy with custom magnetic or butterfly closures.



Milanese Loop

$99.00

Gold Milanese Loop

$99.00

Space Black Milanese Loop

$99.00

Link Bracelet

$349.00



Space Black Link Bracelet

Link Bracelet Kit

Space Black Link Bracelet Kit

$449.00

$49.00

42mm and 44mm only

$49.00

42mm and 44mm only

Shop ›



Exhibit B
Page 329

# A look on the bright side.

Shop Seasonal Colors ›



Apple Watch Series 5 requires an iPhone 6s or later with iOS 13 or later. Wireless service plan required for cellular service. Apple Watch and iPhone service provider must be the same. Not all service providers support enterprise accounts; check with your employer and service provider. Roaming is not available outside your carrier network coverage area. Contact your service provider for more details. Check apple.com/watch/cellular for participating wireless carriers and eligibility.

Leather and stainless steel bands are not water resistant. Some bands contain magnets and may cause interference with Compass on Apple Watch.

Some bands are sold separately.

†† We approximate your location from your internet IP address by matching it to a geographic region or from the location entered during your previous visit to Apple.

Apple Watch    Buy Apple Watch Series 5 Bands

| Shop and Learn | Apple Store | For Education | For Healthcare | Account |
|---|---|---|---|---|
| Mac | Find a Store | Apple and Education | Apple in Healthcare | Manage Your Apple ID |
| iPad | Shop Online | Shop for College | Health on Apple Watch | Apple Store Account |
| iPhone | Genius Bar | | Health Records on iPhone | iCloud.com |
| Apple Watch | Today at Apple | **For Business** | | |
| TV | Youth Programs | Apple and Business | **Apple Values** | **About Apple** |
| Music | Apple Store App | Shop for Business | Accessibility | Newsroom |
| iTunes | Refurbished and Clearance | | Education | Apple Leadership |
| HomePod | Financing | **Government** | Environment | Job Opportunities |
| iPod touch | Apple Trade In | Shop for Government | Inclusion and Diversity | Investors |
| Apple Card | Order Status | Shop for Veterans & Military | Privacy | Events |
| Accessories | Shopping Help | | Supplier Responsibility | Contact Apple |
| Gift Cards | | | | |

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2020 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Legal  |  Site Map        🇺🇸 United States

# Exhibit C

Exhibit C
Page 331

| From: | Perry.Oldham |
|---|---|
| To: | Andrea, Brian; Rosenthal, Brian A. |
| Cc: | Masimo.Apple; *** Apple-Masimo; Rice-Isaacs, Wendy |
| Subject: | Re: Masimo v. Apple - Source code inspection |
| Date: | Monday, August 3, 2020 5:51:47 PM |

[External Email]

Hi Brian,

Thank you for making the arrangements for the source code review.  I was successful with starting the review this afternoon.

It appears that the source code inspection computer does not contain a complete set of code. Can you please let us know what exactly is on the computer? I plan on continuing the review tomorrow morning at 8:30, so a prompt response would be greatly appreciated.

Best regards,

Perry

---

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Friday, July 31, 2020 3:35 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Rice-Isaacs, Wendy <WRice-Isaacs@gibsondunn.com>
**Subject:** Re: Masimo v. Apple - Source code inspection

Hi Brian,

Thank you for sending the computer to your Orange County office.

I will begin the review at 1:00 pm, and I plan to continue the review daily thereafter beginning at 8:30 am.

My responses to the questions below have not changed, and I will inform you if they do.

Best regards,

Perry

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>

Exhibit C
Page 332

**Sent:** Friday, July 31, 2020 3:23 PM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Rice-Isaacs, Wendy <WRice-Isaacs@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Source code inspection

Perry,

Thanks for providing this information.  Given your request to review Monday morning and the pandemic-related closures to all of our offices in California, we hoped you would agree to review the code in our Palo Alto office.  We have now made arrangements for a source code computer to be shipped to our Orange County office and arranged for someone to be in the office to meet you on Monday.  Unfortunately, the computer will not arrive at that office until Monday morning, so you will not be able to commence your review until 1pm PT on Monday (August 3).

The Orange County office is located at:  3161 Michelson Drive, Irvine, CA 92612-4412.

As stated in my earlier email, due to pandemic-related restrictions with regard to our offices, prior to entering the office (and for any subsequent days of desired review), we must receive at least one business day prior to each day's review an identification of who will be attending the review (including cell phone number and email address for contact tracing purposes) and answers from all guests regarding the following:

- Please verify you do not have any of the following symptoms that aren't related to an existing medical condition: fever over 100.4, intense shivering or chills, cough, shortness of breath or difficulty breathing, unusual fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting, or diarrhea.

- Please advise if you have had overnight interstate or international travel in the last 14 days.

- Please advise if you have had close contact with someone with symptoms of COVID-19 or a known COVID-19 infection.

- You will be given the attached form upon your arrival.  Please note:  you must contact us if you develop COVID-19 symptoms within 14 days of your visit.

Everyone will be required to wear a mask and maintain social distancing throughout the building and within the office.

The hours of availability will be from 8:30 am to 4:30 pm.  Upon arrival to the 12th floor, you should contact Dora Moran at 714-721-9419.  She will take your temperature, provide you with a copy of the completed form noted above, help you secure your items as noted below, and escort you to the Source Code Review Room.  Please note that you will not be permitted to walk around the offices, but you will be shown the location of and be able to access the restrooms near the Source Code Review Room.  Additionally, we ask that you please bring your own food and drinks, to the extent you desire any during the course of the review.

Pursuant to the Protective Order, including, but not limited to, paragraphs 11 (c) and (e) (which will be enforced), before you may enter the Source Code Review Room, your mobile devices, laptop, and any recordable devices must be left in a separate room.  You will have access to a separate room that includes a landline for your use.  When you have ended your

Exhibit C
Page 333

inspection, we will escort you out of our offices.  To the extent you are still performing your review at the end of the day, we will likely provide you with a 10-minute warning by knocking on the door and talking through a closed door.
 Please confirm that you agree to abide by these procedures.
 Thanks,
Brian


**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Perry Oldham <Perry.Oldham@knobbe.com>
**Sent:** Friday, July 31, 2020 1:37 AM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Re: Masimo v. Apple - Source code inspection

[External Email]
Hi Brian,

Paragraph 11(c) of the protective order entered by Judge Selna requires production of the source code at an office in the Central District of California.  Please provide an address that complies with the Court's order.

I will be attending the review.  My cellphone number is (949) 422-4221.  My email address is perry.oldham@knobbe.com.

I verify that I will not travel overnight for at least 14 days before the August 3 inspection, and I do not presently have any of the listed symptoms.  I also have not had contact with anyone with symptoms of COVID-19 or a known COVID-19 infection.  I will let you know if any of my responses change before the inspection.

The protective order does not provide for the confiscation of my personal belongings.  I will keep any cellular telephone, laptop, or recordable devices outside the Source Code Review Room in accordance with Judge Selna's order.

Best regards,

Perry

---

Exhibit C
Page 334

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Thursday, July 30, 2020 5:51 PM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Source code inspection

Hi Perry,

We plan to make Apple's source code production available for your review on Monday, August 3, at Gibson Dunn's Palo Alto office located at 1881 Page Mill Road, Palo Alto, CA 94304.  While the office is currently closed due to the pandemic (as are all of our California offices), we have made special arrangements for you to perform the inspection starting Monday as you requested.  I can also confirm that the Source Code Computer will contain Xcode.

Due to pandemic-related restrictions with regard to our offices, prior to entering the office next week (and for any subsequent days of desired review), we must receive at least one business day prior to each day's review an identification of who will be attending the review (including cell phone number and email address for contact tracing purposes) and answers from all guests regarding the following:

- Please verify you do not have any of the following symptoms that aren't related to an existing medical condition: fever over 100.4, intense shivering or chills, cough, shortness of breath or difficulty breathing, unusual fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting, or diarrhea.

- Please advise if you have had overnight interstate or international travel in the last 14 days.

- Please advise if you have had close contact with someone with symptoms of COVID-19 or a known COVID-19 infection.

- You will be given the attached form upon your arrival.  Please note:  you must contact us if you develop COVID-19 symptoms within 14 days of your visit.

Everyone will be required to wear a mask and maintain social distancing throughout the building and within the office.

The hours of availability will be from 8:30 am to 4:30 pm.  Upon arrival, you should contact the Palo Alto office Copy Center at 650-849-5311 to request entrance, and someone will admit you into the office, provide you with a copy of the completed form noted above, secure your items as noted below, and escort you to the Source Code Review Room.  Please note that you will not be permitted to walk around the offices, but you will be shown the location of and be able to access the restrooms near the Source Code Review Room.  Additionally, we ask that you please bring your own food and drinks, to the extent you desire any during the course of the review.

Exhibit C
Page 335

Pursuant to the Protective Order, including, but not limited to, paragraphs 11 (c) and (e) (which will be enforced), before you may enter the Source Code Review Room, your mobile devices, laptop, and any recordable devices will be removed and secured during the course of your review.  You will have access to a separate conference room that includes a landline for your use.  When you have ended your inspection, we will return your removed devices and escort you out of our offices.  To the extent you are still performing your review at the end of the day, we will likely provide you with a 10-minute warning by knocking on the door and talking through a closed door.

Please confirm that you agree to abide by these procedures.

Thank you.

**Brian Andrea**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Thursday, July 30, 2020 3:17 PM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Source code inspection

Perry,

We are working on the logistics, and hope to be able to confirm them for you later today or tomorrow.

Thanks,
Brian

**Brian Andrea**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Wednesday, July 29, 2020 1:56 PM

Exhibit C
Page 336

**To:** Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Masimo v. Apple - Source code inspection

[External Email]
Brian,

Pursuant to ¶ 11(g) of the Protective Order and Judge Selna's order this morning, I will commence reviewing Apple's source code beginning at 9:00 a.m. on Monday, August 3, 2020.

Please provide the address for the source code inspection.

Best regards,

Perry

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not

Exhibit C
Page 337

the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Exhibit C
Page 338

# Exhibit D

| From: | Andrea, Brian |
|---|---|
| To: | Perry.Oldham; Rosenthal, Brian A. |
| Cc: | Masimo.Apple; *** Apple-Masimo; Rice-Isaacs, Wendy |
| Subject: | RE: Masimo v. Apple - Source code inspection |
| Date: | Monday, August 3, 2020 7:42:58 PM |

Hi Perry,

We aren't sure what you mean by "a complete set of code."  The computer does not have the code for the entire Apple Watch, if that's what you mean.  It does include all of the modules related to the accused features.  If you believe relevant functionality is missing, please let us know.

Thanks,
Brian

**Brian Andrea**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Monday, August 3, 2020 8:51 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Rice-Isaacs, Wendy <WRice-Isaacs@gibsondunn.com>
**Subject:** Re: Masimo v. Apple - Source code inspection

[External Email]
Hi Brian,

Thank you for making the arrangements for the source code review.  I was successful with starting the review this afternoon.

It appears that the source code inspection computer does not contain a complete set of code. Can you please let us know what exactly is on the computer? I plan on continuing the review tomorrow morning at 8:30, so a prompt response would be greatly appreciated.

Best regards,

Perry

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Friday, July 31, 2020 3:35 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Rice-Isaacs, Wendy <WRice-Isaacs@gibsondunn.com>
**Subject:** Re: Masimo v. Apple - Source code inspection

Hi Brian,

Thank you for sending the computer to your Orange County office.

I will begin the review at 1:00 pm, and I plan to continue the review daily thereafter beginning at 8:30 am.

My responses to the questions below have not changed, and I will inform you if they do.

Best regards,

Perry

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Friday, July 31, 2020 3:23 PM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Rice-Isaacs, Wendy <WRice-Isaacs@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Source code inspection

Perry,
Thanks for providing this information.  Given your request to review Monday morning and the pandemic-related closures to all of our offices in California, we hoped you would agree to review the code in our Palo Alto office.  We have now made arrangements for a source code computer to be shipped to our Orange County office and arranged for someone to be in the office to meet you on Monday.  Unfortunately, the computer will not arrive at that office until Monday morning, so you will not be able to commence your review until 1pm PT on Monday (August 3).
 The Orange County office is located at:  3161 Michelson Drive, Irvine, CA 92612-4412.
 As stated in my earlier email, due to pandemic-related restrictions with regard to our offices, prior to entering the office (and for any subsequent days of desired review), we must receive at least one business day prior to each day's review an identification of who will be attending the review (including cell phone number and email address for contact tracing purposes) and answers from all guests regarding the following:

- Please verify you do not have any of the following symptoms that aren't related to an

existing medical condition: fever over 100.4, intense shivering or chills, cough, shortness of breath or difficulty breathing, unusual fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting, or diarrhea.

- Please advise if you have had overnight interstate or international travel in the last 14 days.

- Please advise if you have had close contact with someone with symptoms of COVID-19 or a known COVID-19 infection.

- You will be given the attached form upon your arrival.  Please note:  you must contact us if you develop COVID-19 symptoms within 14 days of your visit.

Everyone will be required to wear a mask and maintain social distancing throughout the building and within the office.

 The hours of availability will be from 8:30 am to 4:30 pm.  Upon arrival to the 12th floor, you should contact Dora Moran at 714-721-9419.  She will take your temperature, provide you with a copy of the completed form noted above, help you secure your items as noted below, and escort you to the Source Code Review Room.  Please note that you will not be permitted to walk around the offices, but you will be shown the location of and be able to access the restrooms near the Source Code Review Room.  Additionally, we ask that you please bring your own food and drinks, to the extent you desire any during the course of the review.

 Pursuant to the Protective Order, including, but not limited to, paragraphs 11 (c) and (e) (which will be enforced), before you may enter the Source Code Review Room, your mobile devices, laptop, and any recordable devices must be left in a separate room.  You will have access to a separate room that includes a landline for your use.  When you have ended your inspection, we will escort you out of our offices.  To the extent you are still performing your review at the end of the day, we will likely provide you with a 10-minute warning by knocking on the door and talking through a closed door.

 Please confirm that you agree to abide by these procedures.

 Thanks,

Brian

**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Friday, July 31, 2020 1:37 AM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>

**Subject:** Re: Masimo v. Apple - Source code inspection

[External Email]
Hi Brian,

Paragraph 11(c) of the protective order entered by Judge Selna requires production of the source code at an office in the Central District of California.  Please provide an address that complies with the Court's order.

I will be attending the review.  My cellphone number is (949) 422-4221.  My email address is perry.oldham@knobbe.com.

I verify that I will not travel overnight for at least 14 days before the August 3 inspection, and I do not presently have any of the listed symptoms.  I also have not had contact with anyone with symptoms of COVID-19 or a known COVID-19 infection.  I will let you know if any of my responses change before the inspection.

The protective order does not provide for the confiscation of my personal belongings.  I will keep any cellular telephone, laptop, or recordable devices outside the Source Code Review Room in accordance with Judge Selna's order.

Best regards,

Perry

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Thursday, July 30, 2020 5:51 PM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Source code inspection

Hi Perry,

We plan to make Apple's source code production available for your review on Monday, August 3, at Gibson Dunn's Palo Alto office located at 1881 Page Mill Road, Palo Alto, CA 94304.  While the office is currently closed due to the pandemic (as are all of our California offices), we have made special arrangements for you to perform the inspection starting Monday as you requested.  I can also confirm that the Source Code Computer will contain Xcode.

Due to pandemic-related restrictions with regard to our offices, prior to entering the office next week (and for any subsequent days of desired review), we must receive at least one business day prior to each day's review an identification of who will be attending the review (including cell phone number and email address for contact tracing purposes) and answers from all guests regarding the following:

- Please verify you do not have any of the following symptoms that aren't related to an existing medical condition: fever over 100.4, intense shivering or chills, cough, shortness of breath or difficulty breathing, unusual fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting, or diarrhea.

- Please advise if you have had overnight interstate or international travel in the last 14 days.

- Please advise if you have had close contact with someone with symptoms of COVID-19 or a known COVID-19 infection.
- You will be given the attached form upon your arrival.  Please note:  you must contact us if you develop COVID-19 symptoms within 14 days of your visit.

Everyone will be required to wear a mask and maintain social distancing throughout the building and within the office.

The hours of availability will be from 8:30 am to 4:30 pm.  Upon arrival, you should contact the Palo Alto office Copy Center at 650-849-5311 to request entrance, and someone will admit you into the office, provide you with a copy of the completed form noted above, secure your items as noted below, and escort you to the Source Code Review Room.  Please note that you will not be permitted to walk around the offices, but you will be shown the location of and be able to access the restrooms near the Source Code Review Room.  Additionally, we ask that you please bring your own food and drinks, to the extent you desire any during the course of the review.

Pursuant to the Protective Order, including, but not limited to, paragraphs 11 (c) and (e) (which will be enforced), before you may enter the Source Code Review Room, your mobile devices, laptop, and any recordable devices will be removed and secured during the course of your review.  You will have access to a separate conference room that includes a landline for your use.  When you have ended your inspection, we will return your removed devices and escort you out of our offices.  To the extent you are still performing your review at the end of the day, we will likely provide you with a 10-minute warning by knocking on the door and talking through a closed door.

Please confirm that you agree to abide by these procedures.

Thank you.

**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Thursday, July 30, 2020 3:17 PM

Exhibit D
Page 344

**To:** Perry.Oldham <Perry.Oldham@knobbe.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Source code inspection

Perry,

We are working on the logistics, and hope to be able to confirm them for you later today or tomorrow.

Thanks,
Brian


**Brian Andrea**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Wednesday, July 29, 2020 1:56 PM
**To:** Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Masimo v. Apple - Source code inspection

[External Email]
Brian,

Pursuant to ¶ 11(g) of the Protective Order and Judge Selna's order this morning, I will commence reviewing Apple's source code beginning at 9:00 a.m. on Monday, August 3, 2020.

Please provide the address for the source code inspection.

Best regards,

Perry

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original

message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

# Exhibit E

| | |
|---|---|
| **From:** | Perry.Oldham |
| **To:** | Andrea, Brian; Rosenthal, Brian A. |
| **Cc:** | Masimo.Apple; *** Apple-Masimo; Rice-Isaacs, Wendy |
| **Subject:** | Re: Masimo v. Apple - Source code inspection |
| **Date:** | Monday, August 3, 2020 9:47:25 PM |

[External Email]
Thanks Brian.

The current production of source code is disjointed so that we cannot trace the signals through code, due to missing procedures.

It's also not reasonable to ask that we identify exactly what is missing, because it is Apple's code and only Apple knows what it has withheld from that code, including code that calculates physiological parameters.

Could you please list the technology that Apple intended to be included on the computer so that we at least can get a better sense of whether those portions are complete?

In addition, it is not at all clear what lines were drawn in making the code available for inspection.  For example, Claim 1 of the '265 Patent (which was Exhibit 1 in the original complaint) recites a "noninvasive optical physiological measurement device providing an indication of a physiological parameter of the wearer," and using "a plurality of emitters of different wavelengths."  The source code you provided appears limited to only certain physiological parameter calculations derived from the use of optical emitters, and only certain instances of those calculations.

Please let us know which physiological parameters were intended to be included in the code made available for inspection, and which physiological parameters derived from optical signals were excluded.

Best regards,

Perry

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Monday, August 3, 2020 7:42 PM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Rice-Isaacs, Wendy <WRice-Isaacs@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Source code inspection

Hi Perry,

We aren't sure what you mean by "a complete set of code."  The computer does not have the code for the entire Apple Watch, if that's what you mean.  It does include all of the modules related to the accused features.  If you believe relevant functionality is missing, please let us know.

Thanks,
Brian

**Brian Andrea**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Monday, August 3, 2020 8:51 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Rice-Isaacs, Wendy <WRice-Isaacs@gibsondunn.com>
**Subject:** Re: Masimo v. Apple - Source code inspection

[External Email]
Hi Brian,

Thank you for making the arrangements for the source code review.  I was successful with starting the review this afternoon.

It appears that the source code inspection computer does not contain a complete set of code.  Can you please let us know what exactly is on the computer? I plan on continuing the review tomorrow morning at 8:30, so a prompt response would be greatly appreciated.

Best regards,

Perry

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Friday, July 31, 2020 3:35 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Rice-Isaacs, Wendy <WRice-Isaacs@gibsondunn.com>

**Subject:** Re: Masimo v. Apple - Source code inspection

Hi Brian,

Thank you for sending the computer to your Orange County office.

I will begin the review at 1:00 pm, and I plan to continue the review daily thereafter beginning at 8:30 am.

My responses to the questions below have not changed, and I will inform you if they do.

Best regards,

Perry

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Friday, July 31, 2020 3:23 PM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Rice-Isaacs, Wendy <WRice-Isaacs@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Source code inspection

Perry,
Thanks for providing this information.  Given your request to review Monday morning and the pandemic-related closures to all of our offices in California, we hoped you would agree to review the code in our Palo Alto office.  We have now made arrangements for a source code computer to be shipped to our Orange County office and arranged for someone to be in the office to meet you on Monday.  Unfortunately, the computer will not arrive at that office until Monday morning, so you will not be able to commence your review until 1pm PT on Monday (August 3).
 The Orange County office is located at:  3161 Michelson Drive, Irvine, CA 92612-4412.
 As stated in my earlier email, due to pandemic-related restrictions with regard to our offices, prior to entering the office (and for any subsequent days of desired review), we must receive at least one business day prior to each day's review an identification of who will be attending the review (including cell phone number and email address for contact tracing purposes) and answers from all guests regarding the following:

- Please verify you do not have any of the following symptoms that aren't related to an existing medical condition: fever over 100.4, intense shivering or chills, cough, shortness of breath or difficulty breathing, unusual fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting, or diarrhea.

- Please advise if you have had overnight interstate or international travel in the last 14 days.

- Please advise if you have had close contact with someone with symptoms of COVID-19 or a known COVID-19 infection.

- You will be given the attached form upon your arrival.  Please note:  you must contact us if you develop COVID-19 symptoms within 14 days of your visit.

Everyone will be required to wear a mask and maintain social distancing throughout the building and within the office.

The hours of availability will be from 8:30 am to 4:30 pm.  Upon arrival to the 12th floor, you should contact Dora Moran at 714-721-9419.  She will take your temperature, provide you with a copy of the completed form noted above, help you secure your items as noted below, and escort you to the Source Code Review Room.  Please note that you will not be permitted to walk around the offices, but you will be shown the location of and be able to access the restrooms near the Source Code Review Room.  Additionally, we ask that you please bring your own food and drinks, to the extent you desire any during the course of the review.

Pursuant to the Protective Order, including, but not limited to, paragraphs 11 (c) and (e) (which will be enforced), before you may enter the Source Code Review Room, your mobile devices, laptop, and any recordable devices must be left in a separate room.  You will have access to a separate room that includes a landline for your use.  When you have ended your inspection, we will escort you out of our offices.  To the extent you are still performing your review at the end of the day, we will likely provide you with a 10-minute warning by knocking on the door and talking through a closed door.

Please confirm that you agree to abide by these procedures.

Thanks,
Brian


**Brian Andrea**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Friday, July 31, 2020 1:37 AM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Re: Masimo v. Apple - Source code inspection

[External Email]
Hi Brian,

Paragraph 11(c) of the protective order entered by Judge Selna requires production of the source code at an office in the Central District of California.  Please provide an address that

complies with the Court's order.

I will be attending the review.  My cellphone number is (949) 422-4221.  My email address is perry.oldham@knobbe.com.

I verify that I will not travel overnight for at least 14 days before the August 3 inspection, and I do not presently have any of the listed symptoms.  I also have not had contact with anyone with symptoms of COVID-19 or a known COVID-19 infection.  I will let you know if any of my responses change before the inspection.

The protective order does not provide for the confiscation of my personal belongings.  I will keep any cellular telephone, laptop, or recordable devices outside the Source Code Review Room in accordance with Judge Selna's order.

Best regards,

Perry

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Thursday, July 30, 2020 5:51 PM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Source code inspection

Hi Perry,

We plan to make Apple's source code production available for your review on Monday, August 3, at Gibson Dunn's Palo Alto office located at 1881 Page Mill Road, Palo Alto, CA 94304.  While the office is currently closed due to the pandemic (as are all of our California offices), we have made special arrangements for you to perform the inspection starting Monday as you requested.  I can also confirm that the Source Code Computer will contain Xcode.

Due to pandemic-related restrictions with regard to our offices, prior to entering the office next week (and for any subsequent days of desired review), we must receive at least one business day prior to each day's review an identification of who will be attending the review (including cell phone number and email address for contact tracing purposes) and answers from all guests regarding the following:

- Please verify you do not have any of the following symptoms that aren't related to an existing medical condition: fever over 100.4, intense shivering or chills, cough, shortness of breath or difficulty breathing, unusual fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting, or diarrhea.

- Please advise if you have had overnight interstate or international travel in the last 14

days.

- Please advise if you have had close contact with someone with symptoms of COVID-19 or a known COVID-19 infection.
- You will be given the attached form upon your arrival.  Please note:  you must contact us if you develop COVID-19 symptoms within 14 days of your visit.

Everyone will be required to wear a mask and maintain social distancing throughout the building and within the office.

The hours of availability will be from 8:30 am to 4:30 pm.  Upon arrival, you should contact the Palo Alto office Copy Center at 650-849-5311 to request entrance, and someone will admit you into the office, provide you with a copy of the completed form noted above, secure your items as noted below, and escort you to the Source Code Review Room.  Please note that you will not be permitted to walk around the offices, but you will be shown the location of and be able to access the restrooms near the Source Code Review Room.  Additionally, we ask that you please bring your own food and drinks, to the extent you desire any during the course of the review.

Pursuant to the Protective Order, including, but not limited to, paragraphs 11 (c) and (e) (which will be enforced), before you may enter the Source Code Review Room, your mobile devices, laptop, and any recordable devices will be removed and secured during the course of your review.  You will have access to a separate conference room that includes a landline for your use.  When you have ended your inspection, we will return your removed devices and escort you out of our offices.  To the extent you are still performing your review at the end of the day, we will likely provide you with a 10-minute warning by knocking on the door and talking through a closed door.

Please confirm that you agree to abide by these procedures.

Thank you.

**Brian Andrea**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Thursday, July 30, 2020 3:17 PM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Source code inspection

Perry,

We are working on the logistics, and hope to be able to confirm them for you later today or tomorrow.

Thanks,
Brian

**Brian Andrea**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Wednesday, July 29, 2020 1:56 PM
**To:** Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Masimo v. Apple - Source code inspection

[External Email]
Brian,

Pursuant to ¶ 11(g) of the Protective Order and Judge Selna's order this morning, I will commence reviewing Apple's source code beginning at 9:00 a.m. on Monday, August 3, 2020.

Please provide the address for the source code inspection.

Best regards,

Perry

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm

and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

# Exhibit F
# Proposed to Be
# Filed Under Seal

# Exhibit G
# Proposed to Be
# Filed Under Seal

# Exhibit H

| | |
|---|---|
| **From:** | Andrea, Brian |
| **To:** | Perry.Oldham; Rosenthal, Brian A. |
| **Cc:** | Masimo.Apple; *** Apple-Masimo; Rice-Isaacs, Wendy |
| **Subject:** | RE: Masimo v. Apple - Source code inspection |
| **Date:** | Tuesday, August 4, 2020 7:41:42 AM |

Hi Perry,

We don't understand what you mean by "disjointed," "missing procedures" or "only certain instances of those calculations." The source code computer includes the complete pulse rate measurement modules that include the accused features. We have not excluded anything that has been accused of infringement, based on your allegations in the complaints and first preliminary infringement contentions. If there is some other physiological parameter you are accusing of infringement, we have not seen any such references in your allegations.

Best regards,
Brian

**Brian Andrea**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Tuesday, August 4, 2020 12:47 AM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Rice-Isaacs, Wendy <WRice-Isaacs@gibsondunn.com>
**Subject:** Re: Masimo v. Apple - Source code inspection

[External Email]
Thanks Brian.

The current production of source code is disjointed so that we cannot trace the signals through code, due to missing procedures.

It's also not reasonable to ask that we identify exactly what is missing, because it is Apple's code and only Apple knows what it has withheld from that code, including code that calculates physiological parameters.

Could you please list the technology that Apple intended to be included on the computer so that we at least can get a better sense of whether those portions are complete?

In addition, it is not at all clear what lines were drawn in making the code available for inspection.  For example, Claim 1 of the '265 Patent (which was Exhibit 1 in the original complaint) recites a "noninvasive optical physiological measurement device providing an indication of a physiological parameter of the wearer," and using "a plurality of emitters of different wavelengths."  The source code you provided appears limited to only certain physiological parameter calculations derived from the use of optical emitters, and only certain instances of those calculations.

Please let us know which physiological parameters were intended to be included in the code made available for inspection, and which physiological parameters derived from optical signals were excluded.

Best regards,

Perry

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Monday, August 3, 2020 7:42 PM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Rice-Isaacs, Wendy <WRice-Isaacs@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Source code inspection

Hi Perry,

We aren't sure what you mean by "a complete set of code."  The computer does not have the code for the entire Apple Watch, if that's what you mean.  It does include all of the modules related to the accused features.  If you believe relevant functionality is missing, please let us know.

Thanks,
Brian

**Brian Andrea**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>

**Sent:** Monday, August 3, 2020 8:51 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Rice-Isaacs, Wendy <WRice-Isaacs@gibsondunn.com>
**Subject:** Re: Masimo v. Apple - Source code inspection

[External Email]
Hi Brian,

Thank you for making the arrangements for the source code review.  I was successful with starting the review this afternoon.

It appears that the source code inspection computer does not contain a complete set of code. Can you please let us know what exactly is on the computer? I plan on continuing the review tomorrow morning at 8:30, so a prompt response would be greatly appreciated.

Best regards,

Perry

---

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Friday, July 31, 2020 3:35 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Rice-Isaacs, Wendy <WRice-Isaacs@gibsondunn.com>
**Subject:** Re: Masimo v. Apple - Source code inspection

Hi Brian,

Thank you for sending the computer to your Orange County office.

I will begin the review at 1:00 pm, and I plan to continue the review daily thereafter beginning at 8:30 am.

My responses to the questions below have not changed, and I will inform you if they do.

Best regards,

Perry

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Friday, July 31, 2020 3:23 PM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Rice-Isaacs, Wendy <WRice-Isaacs@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Source code inspection

Perry,

Thanks for providing this information.  Given your request to review Monday morning and the pandemic-related closures to all of our offices in California, we hoped you would agree to review the code in our Palo Alto office.  We have now made arrangements for a source code computer to be shipped to our Orange County office and arranged for someone to be in the office to meet you on Monday.  Unfortunately, the computer will not arrive at that office until Monday morning, so you will not be able to commence your review until 1pm PT on Monday (August 3).

 The Orange County office is located at:  3161 Michelson Drive, Irvine, CA 92612-4412.

 As stated in my earlier email, due to pandemic-related restrictions with regard to our offices, prior to entering the office (and for any subsequent days of desired review), we must receive at least one business day prior to each day's review an identification of who will be attending the review (including cell phone number and email address for contact tracing purposes) and answers from all guests regarding the following:

- Please verify you do not have any of the following symptoms that aren't related to an existing medical condition: fever over 100.4, intense shivering or chills, cough, shortness of breath or difficulty breathing, unusual fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting, or diarrhea.

- Please advise if you have had overnight interstate or international travel in the last 14 days.

- Please advise if you have had close contact with someone with symptoms of COVID-19 or a known COVID-19 infection.

- You will be given the attached form upon your arrival.  Please note:  you must contact us if you develop COVID-19 symptoms within 14 days of your visit.

Everyone will be required to wear a mask and maintain social distancing throughout the building and within the office.

 The hours of availability will be from 8:30 am to 4:30 pm.  Upon arrival to the 12th floor, you should contact Dora Moran at 714-721-9419.  She will take your temperature, provide you with a copy of the completed form noted above, help you secure your items as noted below, and escort you to the Source Code Review Room.  Please note that you will not be permitted to walk around the offices, but you will be shown the location of and be able to access the restrooms near the Source Code Review Room.  Additionally, we ask that you please bring your own food and drinks, to the extent you desire any during the course of the review.

 Pursuant to the Protective Order, including, but not limited to, paragraphs 11 (c) and (e) (which will be enforced), before you may enter the Source Code Review Room, your mobile

devices, laptop, and any recordable devices must be left in a separate room.  You will have access to a separate room that includes a landline for your use.  When you have ended your inspection, we will escort you out of our offices.  To the extent you are still performing your review at the end of the day, we will likely provide you with a 10-minute warning by knocking on the door and talking through a closed door.
 Please confirm that you agree to abide by these procedures.
 Thanks,
Brian


**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Friday, July 31, 2020 1:37 AM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Re: Masimo v. Apple - Source code inspection

[External Email]
Hi Brian,

Paragraph 11(c) of the protective order entered by Judge Selna requires production of the source code at an office in the Central District of California.  Please provide an address that complies with the Court's order.

I will be attending the review.  My cellphone number is (949) 422-4221.  My email address is perry.oldham@knobbe.com.

I verify that I will not travel overnight for at least 14 days before the August 3 inspection, and I do not presently have any of the listed symptoms.  I also have not had contact with anyone with symptoms of COVID-19 or a known COVID-19 infection.  I will let you know if any of my responses change before the inspection.

The protective order does not provide for the confiscation of my personal belongings.  I will keep any cellular telephone, laptop, or recordable devices outside the Source Code Review Room in accordance with Judge Selna's order.

Best regards,

Perry

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Thursday, July 30, 2020 5:51 PM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>; Rosenthal, Brian A.
<BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-
Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Source code inspection

Hi Perry,

We plan to make Apple's source code production available for your review on Monday,
August 3, at Gibson Dunn's Palo Alto office located at 1881 Page Mill Road, Palo Alto, CA
94304.  While the office is currently closed due to the pandemic (as are all of our California
offices), we have made special arrangements for you to perform the inspection starting
Monday as you requested.  I can also confirm that the Source Code Computer will contain
Xcode.

Due to pandemic-related restrictions with regard to our offices, prior to entering the office
next week (and for any subsequent days of desired review), we must receive at least one
business day prior to each day's review an identification of who will be attending the review
(including cell phone number and email address for contact tracing purposes) and answers
from all guests regarding the following:

- Please verify you do not have any of the following symptoms that aren't related to an
  existing medical condition: fever over 100.4, intense shivering or chills, cough,
  shortness of breath or difficulty breathing, unusual fatigue, muscle or body aches,
  headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or
  vomiting, or diarrhea.

- Please advise if you have had overnight interstate or international travel in the last 14
  days.

- Please advise if you have had close contact with someone with symptoms of COVID-19
  or a known COVID-19 infection.
- You will be given the attached form upon your arrival.  Please note:  you must contact
  us if you develop COVID-19 symptoms within 14 days of your visit.

Everyone will be required to wear a mask and maintain social distancing throughout the
building and within the office.

The hours of availability will be from 8:30 am to 4:30 pm.  Upon arrival, you should contact
the Palo Alto office Copy Center at 650-849-5311 to request entrance, and someone will admit
you into the office, provide you with a copy of the completed form noted above, secure your
items as noted below, and escort you to the Source Code Review Room.  Please note that you
will not be permitted to walk around the offices, but you will be shown the location of and be
able to access the restrooms near the Source Code Review Room.  Additionally, we ask that
you please bring your own food and drinks, to the extent you desire any during the course of
the review.

Pursuant to the Protective Order, including, but not limited to, paragraphs 11 (c) and (e) (which will be enforced), before you may enter the Source Code Review Room, your mobile devices, laptop, and any recordable devices will be removed and secured during the course of your review.  You will have access to a separate conference room that includes a landline for your use.  When you have ended your inspection, we will return your removed devices and escort you out of our offices.  To the extent you are still performing your review at the end of the day, we will likely provide you with a 10-minute warning by knocking on the door and talking through a closed door.

Please confirm that you agree to abide by these procedures.

Thank you.

**Brian Andrea**

### GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Thursday, July 30, 2020 3:17 PM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Source code inspection

Perry,

We are working on the logistics, and hope to be able to confirm them for you later today or tomorrow.

Thanks,
Brian

**Brian Andrea**

### GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>

**Sent:** Wednesday, July 29, 2020 1:56 PM
**To:** Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Masimo v. Apple - Source code inspection

[External Email]
Brian,

Pursuant to ¶ 11(g) of the Protective Order and Judge Selna's order this morning, I will commence reviewing Apple's source code beginning at 9:00 a.m. on Monday, August 3, 2020.

Please provide the address for the source code inspection.

Best regards,

Perry

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and

privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

# Exhibit I
# Proposed to Be
# Filed Under Seal

Exhibit I
Page 392

# Exhibit J
# Proposed to Be
# Filed Under Seal

# Exhibit K
# Proposed to Be
# Filed Under Seal

# Exhibit L
# Proposed to Be
# Filed Under Seal

Exhibit L
Page 439

# Exhibit M
# Proposed to Be
# Filed Under Seal