# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL APPLE'S OPPOSITION TO PLAINTIFFS'** *EX PARTE* **APPLICATION TO ENFORCE THE COURT'S ORDER AND SUPPORTING DOCUMENTS**<br><br>Hon. James V. Selna<br>No Hearing Noticed |

1

ORDER GRANTING LEAVE TO FILE UNDER SEAL APPLE'S OPPOSITION TO
PLAINTIFFS' *EX PARTE* APPLICATION TO ENFORCE THE COURT'S ORDER
CASE NO. 8:20-CV-00048-JVS (JDEX)

1    This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File Under Seal Apple's Opposition to Plaintiffs' *Ex Parte* Application to Enforce the Court's Order and Supporting Documents Order (the "Application") under Local Rule 79-5.2.2. Having considered the Application, the unredacted Apple's Opposition to Plaintiffs' Ex Parte Application to Enforce the Court's Order (the "Opposition"), the unredacted Declaration of Brian Rosenthal in Support of Apple's Opposition to Plaintiffs' Ex Parte Application to Enforce the Court's Order ("Rosenthal Declaration"), and unredacted Exhibits F, G, and I–M to the Rosenthal Declaration, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Defendant Apple Inc.'s Application to File Under Seal Apple's Opposition to Plaintiffs' *Ex Parte* Application to Enforce the Court's Order and Supporting Documents Order is GRANTED. Defendant Apple Inc. may file under seal the unredacted portions of the the Opposition, the Rosenthal Declaration, and Exhibits F, G, and I–M to the Rosenthal Declaration.

**IT IS SO ORDERED.**

Dated:  8/24/20

_____
The Honorable James V. Selna
United States District Judge

2

ORDER GRANTING LEAVE TO FILE UNDER SEAL APPLE'S OPPOSITION TO
PLAINTIFFS' *EX PARTE* APPLICATION TO ENFORCE THE COURT'S ORDER
CASE NO. 8:20-CV-00048-JVS (JDEX)