Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404 Facsimile: (949) 760-9502

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation<br><br>    Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**PLAINTIFFS' APPLICATION TO FILE UNDER SEAL PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION TO ENFORCE THE COURT'S ORDER AND SUPPORTING DOCUMENTS** |

Pursuant to Local Rule 79-5.2.2, Plaintiffs hereby apply for leave to seal (1) the unredacted Reply in Support of Plaintiffs' *Ex Parte* Application to Enforce the Court's Order (the "Reply") and (2) the unredacted Supplemental Declaration of Perry Oldham in Support of Plaintiffs' *Ex Parte* Application to Enforce the Court's Order (the "Supplemental Oldham Declaration").

The Supplemental Oldham Declaration discusses Mr. Oldham's review of Apple's technical documents including information disclosed in those technical documents. *Id* ¶ 4. These documents were marked HIGHLY CONFIDENTIAL- ATTORNEYS EYES ONLY pursuant to the protective order. *Id.* The unredacted Reply references and quotes from the Supplemental Oldham Declaration. The Reply also references and quotes other documents Plaintiffs previously filed with the *Ex Parte* Application and asked this Court to seal. This Court granted Plaintiffs' prior application to seal those documents. Dkt. 126.

Accordingly, Masimo respectfully requests an order permitting the concurrently-lodged documents to be filed under seal.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 24, 2020         By: */s/ Adam B. Powell*
    Joseph R. Re
    Stephen C. Jensen
    Perry D. Oldham
    Stephen W. Larson
    Adam B. Powell

    Attorneys for Plaintiffs,
    Masimo Corporation and

33370229

-1-