# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION TO ENFORCE THE COURT'S ORDER AND SUPPORTING DOCUMENTS** |

*1*   Having considered Plaintiffs' Application to File Under Seal (1) the
*2* unredacted Reply in Support of Plaintiffs' *Ex Parte* Application to Enforce the
*3* Court's Order ("Reply") and (2) the unredacted Supplemental Declaration of
*4* Perry Oldham in Support of Plaintiffs' *Ex Parte* Application to Enforce the
*5* Court's Order (the "Supplemental Oldham Declaration"), and finding good
*6* cause therefor, the Application is GRANTED.

*7*   **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
*8* Cercacor Laboratories, Inc. may file under seal the unredacted portions of the
*9* Reply and the Supplemental Oldham Declaration.

*11* DATED: _____          _____

*12*                                             The Honorable James V. Selna
                                                United States District Judge

-1-