Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404  Facsimile: (949) 760-9502

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000  Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**SUPPLEMENTAL DECLARATION OF PERRY D. OLDHAM IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION TO ENFORCE THE COURT'S ORDER**<br><br>Discovery Cut-Off:  7/5/2021<br>Pre-Trial Conference: 3/21/2022<br>Trial:  4/5/2022 |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1   I, Perry D. Oldham, hereby declare:

2   1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and Counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. in this action. I have personal knowledge of the matters set forth in this Declaration and, if called upon as a witness, would testify competently thereto.

3   2. I submit this Declaration in support of Plaintiffs' *Ex Parte* Application to Enforce the Court's Order.

4   3. On Friday, August 21, 2020, the day after Plaintiffs filed their *Ex Parte* Application to Enforce the Court's Order, Apple produced approximately 28,000 pages of documents bates numbered APL-MAS_00001193-APL-MAS_00029095. I have generally reviewed the documents within this production. Based on my review, it appears this production contains ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5   4. Based on my review of the documents, the production also contains 324 redactions throughout the production.

6   5. I have also reviewed Apple's July 16, 2020 production of technical documents. Based on my review of both productions, Apple appears to have failed to produce documents sufficient to demonstrate the operation of the Accused Products. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

-1-





I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 20, 2020, at Irvine, California.

                                        */s/ Perry D. Oldham*
                                        Perry D. Oldham

33270522