**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION TO ENFORCE THE COURT'S ORDER AND SUPPORTING DOCUMENTS** |

Having considered Plaintiffs' Application to File Under Seal (1) the unredacted Reply in Support of Plaintiffs' *Ex Parte* Application to Enforce the Court's Order ("Reply") and (2) the unredacted Supplemental Declaration of Perry Oldham in Support of Plaintiffs' *Ex Parte* Application to Enforce the Court's Order (the "Supplemental Oldham Declaration"), and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the unredacted portions of the Reply and the Supplemental Oldham Declaration.

DATED: 8/24/20

_____
The Honorable James V. Selna
United States District Judge

-1-