JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S REQUEST FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' *EX PARTE* APPLICATION TO ENFORCE THE COURT'S ORDER**<br><br>Hon. James V. Selna<br>No Hearing Noticed<br><br>Discovery Cut-Off:      7/5/2021<br>Pre-Trial Conference:  3/21/2022<br>Trial:                          4/5/2022 |

Gibson, Dunn & Crutcher LLP

APPLE'S REQUEST FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' *EX PARTE*
APPLICATION TO ENFORCE THE COURT'S ORDER     CASE NO. 8:20-CV-00048-JVS (JDEx)

Apple Inc. ("Apple") respectfully requests leave to file the attached five page sur-reply to the reply that Plaintiffs filed in support of their *Ex Parte* Application ("Application"). Plaintiffs' Reply is objectionable on several grounds. This Court's procedures for *Ex Parte* applications do not provide for a reply, and Plaintiffs did not seek leave to file one. Pursuant to this Court's procedures, Apple filed its opposition to the *Ex Parte* Application within 24 hours after service. Plaintiffs, however, have taken three days to file their Reply. Apart from the prejudice to Apple from a Reply not even contemplated by this Court's procedures, Plaintiffs' Reply drastically expands the relief Plaintiffs seek. Because Apple has not had an opportunity to respond to Plaintiffs' newly requested relief, Apple respectfully requests leave to file the sur-reply attached hereto as **Exhibit A**. *See Burke v. City of Santa Monica*, No. CV0902259MMMPLAX, 2010 WL 11549357, at *2 (C.D. Cal. Nov. 2, 2010) ("If the court elects to consider new material included in a reply, however, it must afford the opposing party an opportunity to respond.") (citing *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996)).

Dated: August 24, 2020                    Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP


By: */s/ Joshua H. Lerner*
         Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

APPLE'S REQUEST FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' *EX PARTE* APPLICATION TO ENFORCE THE COURT'S ORDER     1     CASE NO. 8:20-cv-00048-JVS (JDEx)