| | |
|---|---|
| 1 | JOSHUA H. LERNER, SBN 220755 |
| | jlerner@gibsondunn.com |
| 2 | GIBSON, DUNN & CRUTCHER LLP |
| | 555 Mission Street Suite 3000 |
| 3 | San Francisco, CA 94105 |
| | Tel.: 415.393.8200 / Fax: 415.393.8306 |

JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S REQUEST FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' *EX PARTE* APPLICATION TO ENFORCE THE COURT'S ORDER**<br><br>Hon. James V. Selna<br>No Hearing Noticed<br><br>Discovery Cut-Off:    7/5/2021<br>Pre-Trial Conference: 3/21/2022<br>Trial:                          4/5/2022 |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING APPLE'S REQUEST FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' *EX PARTE* APPLICATION TO ENFORCE THE COURT'S ORDER
CASE NO. 8:20-CV-00048-JVS (JDEX)

On August 24, 2020, Defendant Apple Inc. ("Apple") requested leave to file a sur-reply in response to newly requested relief in Plaintiffs' Reply in support of their *Ex Parte* Application ("Application").

Good cause having been shown, Apple's Request for Leave is hereby GRANTED. Accordingly, Exhibit A to Apple's Request for Leave shall be docketed as a separate entry and deemed filed as of this date.

**IT IS SO ORDERED.**

Dated: _____

                                              The Honorable James V. Selna
                                              United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S REQUEST FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' *EX PARTE* APPLICATION TO ENFORCE THE COURT'S ORDER
CASE NO. 8:20-CV-00048-JVS (JDEx)

1