1  JOSHUA H. LERNER, SBN 220755
     jlerner@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street Suite 3000
3  San Francisco, CA 94105
   Tel.: 415.393.8200 / Fax: 415.393.8306
4
5  H. MARK LYON, SBN 162061
     mlyon@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  1881 Page Mill Road
   Palo Alto, CA 94304-1211
7  Tel.: 650.849.5300 / Fax: 650.849.5333

8  BRIAN M. BUROKER, *pro hac vice*
     bburoker@gibsondunn.com
9  BRIAN K. ANDREA, *pro hac vice*           ILISSA SAMPLIN, SBN 314018
     bandrea@gibsondunn.com                    isamplin@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP              GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.            333 South Grand Avenue
11 Washington, DC 20036                     Los Angeles, CA 90071-3197
   Tel.: 202.955.8500 / Fax: 202.467.0539   Tel.: 213.229.7000 / Fax: 213.229.7520
12
   BRIAN A. ROSENTHAL, *pro hac vice*       ANGELIQUE KAOUNIS, SBN 209833
13   brosenthal@gibsondunn.com                akaounis@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP              GIBSON, DUNN & CRUTCHER LLP
14 200 Park Avenue                          2029 Century Park East Suite 4000
   New York, NY 10166-0193                  Los Angeles, CA 90067
15 Tel.: 212.351.2339 / Fax: 212.817.9539   Tel.: 310.552.8546 / Fax: 310.552.7026

16 *Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Hearing**<br><br>Date:      September 14, 2020<br>Time:      1:30 p.m.<br>Courtroom: 10C<br>Judge:     Hon. James V. Selna |

Gibson, Dunn & Crutcher LLP

DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 8:20-CV-00048-JVS (JDEx)

# DECLARATION OF JOSHUA H. LERNER

I, Joshua H. Lerner, declare and state as follows:

1. I am an attorney duly licensed to practice law before this Court and all courts of the State of California. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn") and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2. I make this declaration in support of Apple's Opposition to Plaintiffs' Motion for Preliminary Injunction (the "Opposition").

3. I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attorneys working under my supervision utilized the USPTO Patent Examination Data System (https://ped.uspto.gov/peds/#/search) to retrieve Apple's patent application data. From that data, I concluded that Apple has filed at least 300 nonpublication requests in the past 6 years.

5. Attached hereto as **Exhibit A** is a true and correct copy of U.S. Patent No. 6,229,856 ("the '856 Patent") which was issued on May 8, 2001.

6. Attached hereto as **Exhibit B** is a true and correct copy of U.S. Patent Application Pub. No. 2005/0010092 ("the '092 Application") which was published on January 13, 2005.

7. Attached hereto as **Exhibit C** is a true and correct copy of U.S. Patent No. 9,861,305 ("the '305 Patent") which was issued on January 9, 2018.

8. Attached hereto as **Exhibit D** is a true and correct copy of U.S. Patent No. 8,471,713 (the "'713" Patent) which was issued June 25, 2013

9. Attached hereto as **Exhibit E** is a true and correct copy of Neely, *Apple Watch Outsold All of the Swiss Watch Industry by Sales Volume in 2019*, Apple Insider (February 5, 2020), available at https://appleinsider.com/articles/20/02/05/apple-watch-outsold-all-of-the-swiss-watch-industry-by-sales-volume-in-

1
DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn & Crutcher LLP

2019#:~:text=Apple's%20wildly%20popular%20Apple%20Watch,from%2022.5%20 million%20in%202018.

10. Attached hereto as **Exhibit F** is a true and correct copy of letter dated March 27, 2020 from Perry Oldham, counsel for Plaintiffs, to Mark Lyon, counsel for Apple.

11. Attached hereto as **Exhibit G** is a true and correct copy of letter dated April 2, 2020 from Joshua Lerner, counsel for Apple, to Perry Oldham, counsel for Plaintiffs.

12. Attached hereto as **Exhibit H** is a true and correct copy of *Why We Need Our Patent System: Masimo, Orange County's Shining Example*, KnobbeMedical.com (Nov. 26, 2014), available at http://knobbemedical.com/medicaldeviceblog/article/need-patent-system-masimo-orange-countys-shining-example/.

13. Attached hereto as **Exhibit I** is a true and correct copy of the Substitute Statement in Lieu of an Oath or Declaration filed by Cercacor Laboratories, Inc. on August 11, 2014, for Patent Application No. 14/153,895.

14. Attached hereto as **Exhibit J** is a true and correct copy of the Application Data Sheet filed by Cercacor Laboratories, Inc. on January 13, 2014, for Patent Application No. 14/153,393. On page 3 of the Application Data Sheet, Cercacor checked the box next to "Request Not to Publish."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: August 24, 2020

By: */s/ Joshua H. Lerner*
      Joshua H. Lerner

2

DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn & Crutcher LLP