# EXHIBIT E

(HTTPS://APPLEINSIDER.COM)

# Apple Watch outsold all of the Swiss watch industry by sales volume in 2019



*By Amber Neely (https://appleinsider.com/editor/Amber+Neely)*
*6 months ago*



Apple's wildly popular Apple Watch had a record-breaking year in 2019, with analysts now saying it outsold an entire industry historically known for making watches.

"We estimate Apple Watch (https://appleinsider.com/inside/apple-watch) shipped 30.7 million units worldwide in 2019, growing a healthy 36 percent from 22.5 million in 2018. A blend of attractive design, user-friendly tech and sticky apps makes the Apple Watch wildly popular in North America, Western Europe and Asia," said Strategy Analytics, (https://www.strategyanalytics.com/access-services/devices/wearables/reports/report-detail/apple-watch-outsells-entire-swiss-watch-industry-in-2019) Senior Analyst Steven Waltzer.

Neil Mawston, Strategy Analytics' Executive Director added that "we estimate the entire Swiss watch industry together shipped 21.1 million units worldwide in 2019, falling 13 percent from 24.2 million in 2018." According to Mawston, Analog wristwatches are popular among older consumers, and younger buyers are tipping toward smartwatches like the Apple Watch.

It isn't clear how precise Strategy Analytics' data is. Apple hasn't divulged Apple Watch sales figures for over a year, and the category is embedded in a larger business. For the purposes of this calculation, though, the accuracy may not matter, as the margin separating the Swiss watch industry and the Apple Watch is not small.

In 2019, Apple said that more than 75 percent of Apple Watch buyers were new to Apple Watch. In another first, wearables now have overtaken Mac revenue and is the size of a Fortune 150 company.

The Apple Watch had a particularly strong year in 2019, as did other Apple wearables. Apple's wearables category hit $10 billion this quarter, (https://appleinsider.com/articles/20/01/28/apples-wearables-segment-hits-new-record-in-q1-size-of-fortune-150-company) up from $7.3 billion a year ago, with both Apple Watch and AirPods setting new all-time revenue records for the company. The segment also includes Beats headphones as well as HomePod.

FEATURED VIDEOS                                                                                   Powered by [primis]





(HTTPS://APPLEINSIDER.COM)

*AppleInsider has affiliate partnerships and may earn commission on products purchased through affiliate links. These partnerships do not influence our editorial content.*

37 Comments (https://forums.appleinsider.com/discussion/214537)

**LATEST NEWS**

Exhibit E
Page 106

8/23/2020 — Apple Watch outsold all of the Swiss watch industry by sales volume in 2019 | Appleinsider



**WeChat users sue White House to fight executive order banning the app** (https://appleinsider.com/articles/20/08/23/wechat-users-sue-white-house-to-fight-executive-order-banning-the-app)

1 hour ago

(https://appleinsider.com/articles/20/02/05/apple-watch-outsold-all-of-the-swiss-watch-industry-by-sales-volume-in-2019)



**Epic calls Apple's 'Fortnite' & developer tool block 'overbroad retaliation'** (https://appleinsider.com/articles/20/08/23/epic-declares-apples-fortnite-and-developer-tools-block-as-unlawful)

4 hours ago

(https://appleinsider.com/articles/20/02/05/apple-watch-outsold-all-of-the-swiss-watch-industry-by-sales-volume-in-2019)



**Review: Clayton & Crume leather MacBook Pro sleeve offers handcrafted protection on the go** (https://appleinsider.com/articles/20/08/23/review-clayton-crume-leather-macbook-pro-sleeve-offers-handcrafted-protection-on-the-go)

6 hours ago

(https://appleinsider.com/articles/20/02/05/apple-watch-outsold-all-of-the-swiss-watch-industry-by-sales-volume-in-2019)



**Apple versus Epic Games 'Fortnite' App Store saga — the story so far** (https://appleinsider.com/articles/20/08/23/apple-versus-epic-games-fortnite-app-store-saga----the-story-so-far)

8 hours ago

(https://appleinsider.com/articles/20/02/05/apple-watch-outsold-all-of-the-swiss-watch-industry-by-sales-volume-in-2019)



(https://appleinsider.com/articles/20/02/05/apple-watch-outsold-all-of-the-swiss-watch-industry-by-sales-volume-in-2019)

**Apple Maps trials updated maps for UK and Ireland** (https://appleinsider.com/articles/20/08/23/apple-maps-trials-updated-maps-for-uk-and-ireland)

9 hours ago

(https://appleinsider.com/articles/20/02/05/apple-watch-outsold-all-of-the-swiss-watch-industry-by-sales-volume-in-2019)

**Apple didn't force in-app purchases on Wordpress** (https://appleinsider.com/articles/20/08/22/apple-apologizes-for-wordpress-ios-app-snafu)

23 hours ago

(https://appleinsider.com/articles/20/02/05/apple-watch-outsold-all-of-the-swiss-watch-industry-by-sales-volume-in-2019)

**Bill Gates suggests tech companies like Apple 'deserve' tough questioning** (https://appleinsider.com/articles/20/08/22/bill-gates-suggests-tech-companies-like-apple-deserve-tough-questioning)

1 day ago

(https://appleinsider.com/articles/20/02/05/apple-watch-outsold-all-of-the-swiss-watch-industry-by-sales-volume-in-2019)

**TikTok legal challenge against U.S. executive order may arrive Monday** (https://appleinsider.com/articles/20/08/22/tiktok-legal-challenge-against-us-executive-order-may-arrive-monday)

1 day ago

**RELATED ARTICLES**



(https://appleinsider.com/articles/20/08/21/apple-watch-rumors-apple-vs-epic-apple-at-2-

**Apple Watch rumors, Apple vs. Epic, Apple at $2 trillion, and more on the AppleInsider podcast** (https://appleinsider.com/articles/20/08/21/apple-watch-rumors-apple-vs-epic-apple-at-2-trillion-and-more-on-the-appleinsider-podcast)

trillion-and-more-on-the-appleinsider-podcast)   (HTTPS://APPLEINSIDER.COM)



**Apple Watch dominating global smartwatch market in 2020 (https://appleinsider.com/articles/20/08/20/apple-watch-dominating-global-smartwatch-market-in-2020)**

(https://appleinsider.com/articles/20/08/20/apple-watch-dominating-global-smartwatch-market-in-2020)



**Affordable Apple Watch, Apple game controller coming says prolific leaker (https://appleinsider.com/articles/20/08/20/affordable-apple-watch-apple-game-controller-coming-says-jon-prosser)**

(https://appleinsider.com/articles/20/08/20/affordable-apple-watch-apple-game-controller-coming-says-jon-prosser)



**Apple Watch may get thinner in the future with curved sensor components (https://appleinsider.com/articles/20/08/20/apple-watch-may-get-thinner-in-the-future-with-curved-sensor-components)**

(https://appleinsider.com/articles/20/08/20/apple-watch-may-get-thinner-in-the-future-with-curved-sensor-components)

**How to use the Apple Watch's Walkie-Talkie function (https://appleinsider.com/articles/20/08/16/how-to-use-the-apple-watchs-walkie-talkie-function)**

(HTTPS://APPLEINSIDER.COM)



(https://appleinsider.com/articles/20/08/16/how-to-use-the-apple-watchs-walkie-talkie-function)

**LATEST VIDEOS**



Is the $500 nano-texture finish worth it on the 27-inch iMac? (https://appleinsider.com/articles/20/08/21/is-the-500-nano-texture-finish-worth-it-on-the-27-inch-imac)

(https://appleinsider.com/articles/20/08/21/is-the-500-nano-texture-finish-worth-it-on-the-27-inch-imac)



Putting the 27-inch i9 iMac thermal performance to the test (https://appleinsider.com/articles/20/08/19/video-putting-the-27-inch-i9-imac-thermal-performance-to-the-test)

(https://appleinsider.com/articles/20/08/19/video-putting-the-27-inch-i9-imac-thermal-performance-to-the-test)



All the new features and changes in iOS 14 beta 5 (https://appleinsider.com/articles/20/08/18/all-the-new-features-and-changes-in-ios-14-beta-5)

(https://appleinsider.com/articles/20/08/18/all-the-new-features-and-changes-in-ios-14-

beta-5)



(HTTPS://APPLEINSIDER.COM)


(https://appleinsider.com/articles/20/08/10/compared-apples-airpods-pro-vs-samsung-galaxy-buds-plus)

**Compared: Apple's AirPods Pro vs Samsung Galaxy Buds Plus (https://appleinsider.com/articles/20/08/10/compared-apples-airpods-pro-vs-samsung-galaxy-buds-plus)**

(https://appleinsider.com/articles/20/08/07/how-to-upgrade-the-ram-on-the-27-inch-imac-2020)

**How to upgrade the RAM on the 27-Inch iMac (2020) (https://appleinsider.com/articles/20/08/07/how-to-upgrade-the-ram-on-the-27-inch-imac-2020)**

**LATEST REVIEWS**

(https://appleinsider.com/articles/20/08/23/review-clayton-crume-leather-macbook-pro-

| | |
|---|---|
| (https://appleinsider.com/articles/20/08/23/review-clayton-crume-leather-macbook-pro-sleeve-offers-handcrafted-protection-on-the-go) | Review: Clayton & Crume leather MacBook Pro sleeve offers handcrafted protection on the go (https://appleinsider.com/articles/20/08/23/review-clayton-crume-leather-macbook-pro-sleeve-offers-handcrafted-protection-on-the-go) |
| (https://appleinsider.com/articles/20/08/22/review-belkin-soundform-true-wireless-earbuds-are-a-solid-budget-option) | Review: Belkin Soundform True Wireless Earbuds are a solid budget option (https://appleinsider.com/articles/20/08/22/review-belkin-soundform-true-wireless-earbuds-are-a-solid-budget-option) |
| (https://appleinsider.com/articles/20/08/19/review-the-rock-space-ac1200-compromises-on-security-for-cheap-whole-home-wi-fi) | Review: The Rock Space AC1200 compromises on security for cheap whole-home Wi-Fi (https://appleinsider.com/articles/20/08/19/review-the-rock-space-ac1200-compromises-on-security-for-cheap-whole-home-wi-fi) |
| (https://appleinsider.com/articles/20/08/17/review-apples-potentially-final-27-inch-imac-is-going-out-with-a-bang) | Review: Apple's final Intel 27-inch iMac is going out with a bang (https://appleinsider.com/articles/20/08/17/review-apples-potentially-final-27-inch-imac-is-going-out-with-a-bang) |
| (https://appleinsider.com/articles/20/08/16/review-august-smart-keypad-adds-more-convenience-to-your-homekit-lock) | Review: August Smart Keypad adds more convenience to your HomeKit lock (https://appleinsider.com/articles/20/08/16/review-august-smart-keypad-adds-more-convenience-to-your-homekit-lock) |

LOAD MORE (/news/page/2)

Exhibit E
Page 112

(HTTPS://APPLEINSIDER.COM)

(https://www.facebook.com/AppleInsiderdotcom)

(https://twitter.com/appleinsider)

(https://www.instagram.com/appleinsider_official/)

FORUMS (HTTPS://FORUMS.APPLEINSIDER.COM)

PODCAST (HTTPS://APPLEINSIDER.COM/PODCAST)

PRICE GUIDES (HTTPS://PRICES.APPLEINSIDER.COM)

DEALS (HTTPS://DEALS.APPLEINSIDER.COM)       VIDEOS (HTTPS://APPLEINSIDER.COM/VIDEOS)

REVIEWS (HTTPS://APPLEINSIDER.COM/REVIEWS)   NEWS (HTTPS://APPLEINSIDER.COM/)

Copyright © 2020, Quiller Media, Inc.
Contact Us (https://appleinsider.com/contact) | Privacy Policy (https://appleinsider.com/privacy) | Terms of Use (https://appleinsider.com/terms-of-use) | Advertise on AI (https://appleinsider.com/advertising)