JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING DOCUMENTS**<br><br>Hon. James V. Selna<br>No Hearing Noticed |

1

ORDER GRANTING LEAVE TO FILE UNDER SEAL APPLE'S OPPOSITION TO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 8:20-cv-00048-JVS (JDEx)

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File Under Seal Apple's Opposition to Plaintiffs' Motion for Preliminary Injunction (the "Application") under Local Rule 79-5.2.2. Having considered the Application, the Declaration of Joshua H. Lerner submitted in support thereof, the unredacted Apple's Opposition to Plaintiffs' Motion for Preliminary Injunction (the "Opposition"), the unredacted Appendix, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Defendant Apple Inc.'s Application to File Under Seal Apple's Opposition to Plaintiffs' Motion for Preliminary Injunction and Supporting Documents is GRANTED. Defendant Apple Inc. may file under seal the unredacted portions of the the Opposition and the Appendix.

**IT IS SO ORDERED.**

Dated: 8/25/20

_____
The Honorable James V. Selna
United States District Judge