1
2
3
4
5
6
7
8
9
10

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation<br><br>　　　　Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO SEAL DOCUMENTS FILED IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Having considered Plaintiffs' Application To Seal Documents Filed In Support Of Apple's Opposition To Plaintiffs' Motion For Preliminary Injunction and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** the clerk shall seal the following docket entries:

(1) Defendant Apple Inc's Application to File Under Seal Apple's Opposition to Plaintiffs' Motion For Preliminary Injunction And Supporting Documents (Dkt. 138);

(2) Apple's Opposition To Plaintiffs' Motion For Preliminary Injunction (Dkt. 140); and

(3) The Declaration Of Majid Sarrafzadeh In Support Of Apple's Opposition To Plaintiffs' Motion For Preliminary Injunction (Dkt. 142).

Plaintiffs shall file redacted copies of the above documents within 48 hours.

DATED: _____       _____

The Honorable James V. Selna
United States District Judge

-1-