JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

**DENIED**
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **[PROPOSED] ORDER GRANTING APPLE'S REQUEST FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' *EX PARTE* APPLICATION TO ENFORCE THE COURT'S ORDER** <br><br> Hon. James V. Selna <br> No Hearing Noticed <br><br> Discovery Cut-Off: 7/5/2021 <br> Pre-Trial Conference: 3/21/2022 <br> Trial: 4/5/2022 |

[PROPOSED] ORDER GRANTING APPLE'S REQUEST FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' *EX PARTE* APPLICATION TO ENFORCE THE COURT'S ORDER
CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn & Crutcher LLP

1  On August 24, 2020, Defendant Apple Inc. ("Apple") requested leave to file a sur-reply in response to newly requested relief in Plaintiffs' Reply in support of their *Ex Parte* Application ("Application").

Good cause having been shown, Apple's Request for Leave is hereby GRANTED. Accordingly, Exhibit A to Apple's Request for Leave shall be docketed as a separate entry and deemed filed as of this date.

**IT IS SO ORDERED.**

**DENIED**
BY ORDER OF THE COURT

Dated: _____

_____
The Honorable James V. Selna
United States District Judge

The Court declines to entertain extended of pleadings on virtually every dispute. Focus and conciseness will prevail over volume.  JVS August 25, 2020

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING APPLE'S REQUEST FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' *EX PARTE* APPLICATION TO ENFORCE THE COURT'S ORDER
CASE NO. 8:20-CV-00048-JVS (JDEx)

1