| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | NOTE: CHANGES MADE BY THE COURT |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>            Plaintiffs,<br><br>      v.<br><br>APPLE INC., a California corporation<br><br>            Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) Hon. James V. Selna<br>) Magistrate Judge John D. Early<br>)<br>) **ORDER GRANTING PLAINTIFFS' APPLICATION TO SEAL DOCUMENTS FILED IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br>)<br>)<br>) |
|---|---|

Having considered Plaintiffs' Application To Seal Documents Filed In Support Of Apple's Opposition To Plaintiffs' Motion For Preliminary Injunction and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** the clerk shall seal the following docket entries:

(1) Defendant Apple Inc's Application to File Under Seal Apple's Opposition to Plaintiffs' Motion For Preliminary Injunction And Supporting Documents (Dkt. 138);

(2) Apple's Opposition To Plaintiffs' Motion For Preliminary Injunction (Dkt. 140); and

(3) The Declaration Of Majid Sarrafzadeh In Support Of Apple's Opposition To Plaintiffs' Motion For Preliminary Injunction (Dkt. 142).

**Plaintiffs shall file public redacted copies of the above documents within 48 hours.**

DATED : August 27, 2020

_____
The Honorable James V. Selna
United States District Judge

-1-