1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S *EX PARTE* APPLICATION FOR AN ORDER COMPELLING PLAINTIFFS TO IMMEDIATELY PROVIDE DATES OF CONCEPTION AND PRIORITY**<br><br>Magistrate Judge John D. Early<br>No Hearing Noticed |

This matter is before the Court pursuant to Defendant Apple Inc.'s *Ex Parte* Application. Having considered the documents filed in support of and in opposition to the Application, the pleadings on file in this action, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Apple's *Ex Parte* Application is GRANTED as follows:

1. Plaintiffs shall provide the dates of priority and conceptions upon which they intend to rely for each Asserted Claim by August 31, 2020.
2. Any subsequent amendment asserting earlier dates than those identified by August 31, 2020, will require a showing of good cause.

**IT IS SO ORDERED.**

Dated: _____

The Honorable John D. Early
United States Magistrate Judge