1  JOSHUA H. LERNER, SBN 220755
     jlerner@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street Suite 3000
3  San Francisco, CA 94105
   Tel.: 415.393.8200 / Fax: 415.393.8306
4
5  H. MARK LYON, SBN 162061
     mlyon@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  1881 Page Mill Road
   Palo Alto, CA 94304-1211
7  Tel.: 650.849.5300 / Fax: 650.849.5333

8  BRIAN M. BUROKER, *pro hac vice*
     bburoker@gibsondunn.com
9  BRIAN K. ANDREA, *pro hac vice*         ILISSA SAMPLIN, SBN 314018
     bandrea@gibsondunn.com                  isamplin@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP             GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.           333 South Grand Avenue
11 Washington, D.C. 20036                  Los Angeles, CA 90071-3197
   Tel.: 202.955.8500 / Fax: 202.467.0539  Tel.: 213.229.7000 / Fax: 213.229.7520
12
   BRIAN A. ROSENTHAL, *pro hac vice*      ANGELIQUE KAOUNIS, SBN 209833
13   brosenthal@gibsondunn.com               akaounis@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP             GIBSON, DUNN & CRUTCHER LLP
14 200 Park Avenue                         2029 Century Park East Suite 4000
   New York, NY 10166-0193                 Los Angeles, CA 90067
15 Tel.: 212.351.2339 / Fax: 212.817.9539  Tel.: 310.552.8546 / Fax: 310.552.7026

16 *Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DEFENDANT APPLE'S APPLICATION TO FILE UNDER SEAL EXHIBIT 8 TO THE ANDREA DECLARATION** <br><br> Magistrate Judge John D. Early <br> No Hearing Noticed |

1  Pursuant to Local Rule 79-5.2.2, Defendant Apple Inc. ("Apple") hereby applies for leave to seal unredacted Exhibit 8 to the Andrea Declaration.

Exhibit 8 to the Andrea Declaration is a copy of Plaintiffs' Supplemental Responses to Apple's First Set of Interrogatories 2, 4-13, 16, and 17, dated August 14, 2020. This document appears to contain some of Plaintiffs' technical information and was designated by Plaintiffs as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order. Andrea Application Decl. ¶ 11.

Accordingly, Apple respectfully requests an order granting it leave to file under seal the foregoing document.

Dated: August 27, 2020

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP


By: */s/ Brian K. Andrea*
    Brian K. Andrea

*Attorneys for Defendant Apple Inc.*