# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL EXHIBIT 8 TO THE ANDREA DECLARATION**<br><br>Magistrate Judge John D. Early<br>No Hearing Noticed |

Having considered Defendant Apple Inc.'s Application to File Under Seal Exhibit 8 to the Andrea Declaration, and finding good cause therefore, the Application is GRANTED.

**IT IS HEREBY ORDERED** that Defendant Apple Inc. may file under seal the unredacted Exhibit 8 to the Andrea Declaration.

Dated: _____

The Honorable John D. Early
United States Magistrate Judge