**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

1  JOSHUA H. LERNER, SBN 220755
    jlerner@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street Suite 3000
3  San Francisco, CA 94105
   Tel.: 415.393.8200 / Fax: 415.393.8306
4
5  H. MARK LYON, SBN 162061
    mlyon@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
   Palo Alto, CA 94304-1211
7  Tel.: 650.849.5300 / Fax: 650.849.5333

8  BRIAN M. BUROKER, *pro hac vice*
    bburoker@gibsondunn.com
9  BRIAN K. ANDREA, *pro hac vice*           ILISSA SAMPLIN, SBN 314018
    bandrea@gibsondunn.com                    isamplin@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP               GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.             333 South Grand Avenue
11 Washington, D.C. 20036                    Los Angeles, CA 90071-3197
   Tel.: 202.955.8500 / Fax: 202.467.0539   Tel.: 213.229.7000 / Fax: 213.229.7520
12
13 BRIAN A. ROSENTHAL, *pro hac vice*        ANGELIQUE KAOUNIS, SBN 209833
    brosenthal@gibsondunn.com                 akaounis@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP               GIBSON, DUNN & CRUTCHER LLP
14 200 Park Avenue                           2029 Century Park East Suite 4000
   New York, NY 10166-0193                   Los Angeles, CA 90067
15 Tel.: 212.351.2339 / Fax: 212.817.9539    Tel.: 310.552.8546 / Fax: 310.552.7026

16 *Attorneys for Defendant Apple Inc.*

17            **UNITED STATES DISTRICT COURT**

18 **FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

19 MASIMO CORPORATION,                  CASE NO. 8:20-cv-00048-JVS (JDEx)
   a Delaware corporation; and
20 CERCACOR LABORATORIES, INC.,         **DECLARATION OF BRIAN K.**
   a Delaware corporation,              **ANDREA IN SUPPORT OF APPLE'S**
21                                       ***EX PARTE* APPLICATION FOR AN**
                 Plaintiffs,            **ORDER COMPELLING**
22                                       **PLAINTIFFS TO IMMEDIATELY**
          v.                            **PROVIDE DATES OF CONCEPTION**
23                                       **AND PRIORITY**
   APPLE INC.,
24 a California corporation,            **OPPOSED**

25               Defendant.            ***EXPEDITED CONSIDERATION***
                                       ***REQUESTED***
26                                     Magistrate Judge John D. Early
                                       No Hearing Noticed
27

28

Gibson, Dunn &
Crutcher LLP

1.    I, Brian K. Andrea, declare and state as follows:

2.    I am an associate with the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn") and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action. I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3.    I make this Declaration pursuant to L.R. 79-5.2.2 in support of Apple's *Ex Parte* Application for an Order Compelling Plaintiffs to Immediately Provide Dates of Conception and Priority ("Application").

4.    A true and correct copy of Apple's First Set of Interrogatories, dated April 14, 2020, is attached hereto as Exhibit 1.

5.    A true and correct copy of Plaintiffs' Responses to Apple's First Set of Interrogatories, dated May 14, 2020, is attached hereto as Exhibit 2.

6.    A true and correct copy of Apple's letter to Plaintiffs, dated May 26, 2020, is attached hereto as Exhibit 3.

7.    On June 3, 2020, Apple conducted a meet and confer with Plaintiffs regarding Plaintiffs' Responses to Apple's Interrogatories. A true and correct copy of Apple's letter memorializing that meet and confer, dated June 6, 2020, is attached hereto as Exhibit 4.

8.    A true and correct copy of Plaintiffs' Supplemental Responses to Apple's First Set of Interrogatories (Nos. 1-2), dated June 19, 2020, is attached hereto as Exhibit 5.

9.    A true and correct copy of Plaintiffs' Infringement Contentions and Patent Local Rules Disclosures, dated July 27, 2020, is attached hereto as Exhibit 6.

10.    A true and correct copy of Apple's letter to Plaintiffs, dated August 6, 2020, is attached hereto as Exhibit 7.

11.    A true and correct copy of Plaintiffs' Supplemental Response to Apple's First Set of Interrogatories (Nos. 2, 4-13, 16, and 17), dated August 14, 2020, is attached hereto as Exhibit 8.

1       12.    A true and correct copy of Apple's letter to Plaintiffs, dated August 25,

2   2020, is attached hereto as Exhibit 9.

3       13.    On August 26, 2020, I contacted Adam Powell, who is counsel of record

4   for Plaintiffs, regarding Apple's August 25, 2020 letter and reiterated Apple's request

5   for Plaintiffs' commitment to provide the information sought in that letter by August 28,

6   2020.  I noted that if Plaintiffs could not provide that commitment, Apple would submit

7   an *ex parte* application for an order requiring that they provide this information before

8   Apple's invalidity contentions were due.

9       14.    Later that day, Adam Powell sent me an email stating that "Plaintiffs

10  intended to oppose Apple's application."  A true and correct copy of Plaintiffs' email,

11  dated August 26, 2020, is attached hereto as Exhibit 10.

12      I declare under penalty of perjury under the laws of the United States of America

13  that the foregoing is true and correct.  Executed this 27th day of August, 2020, in Oakton,

14  Virginia.

15

16                      By:   /s/ *Brian K. Andrea*

17                          Brian K. Andrea

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

Exhibit 1
Page 3

1   JOSHUA H. LERNER, SBN 220755
2     jlerner@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
3   555 Mission Street Suite 3000
    San Francisco, CA 94105
    Tel.: 415.393.8200 / Fax: 415.393.8306
4
5   H. MARK LYON, SBN 162061
      mlyon@gibsondunn.com
6   GIBSON, DUNN & CRUTCHER LLP
    1881 Page Mill Road
7   Palo Alto, CA 94304-1211
    Tel.: 650.849.5300 / Fax: 650.849.5333

8   BRIAN M. BUROKER, *pro hac vice*
      bburoker@gibsondunn.com
9   GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.
10  Washington, DC 20036
    Tel.: 202.955.8541 / Fax: 202.467.0539
11
12  ILISSA SAMPLIN, SBN 314018          ANGELIQUE KAOUNIS, SBN 209833
      isamplin@gibsondunn.com             akaounis@gibsondunn.com
13  GIBSON, DUNN & CRUTCHER LLP        GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue             2029 Century Park East Suite 4000
    Los Angeles, CA 90071-3197         Los Angeles, CA 90067
14  Tel.: 213.229.7000 / Fax: 213.229.7520   Tel.: 310.552.8546 / Fax: 310.552.7026

15  *Attorneys for Defendant Apple Inc.*

16              **UNITED STATES DISTRICT COURT**
17  **FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

18  MASIMO CORPORATION,
    a Delaware corporation; and
19  CERCACOR LABORATORIES, INC.,        CASE NO. 8:20-cv-00048-JVS (JDEx)
    a Delaware corporation,
20                                      **DEFENDANT APPLE INC.'S FIRST
                   Plaintiffs,          SET OF INTERROGATORIES TO
21                                      PLAINTIFFS MASIMO
          v.                            CORPORATION AND CERCACOR
22                                      LABORATORIES, INC.**
    APPLE INC.,
23  a California corporation,           Action Filed:   January 9, 2020

24                 Defendant.
25
26
27
28

Gibson, Dunn &
Crutcher LLP

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant Apple Inc.("Apple") hereby requests that Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Plaintiffs") answer the following interrogatories separately, fully, in writing, and under oath within thirty (30) days of service, in the manner required by Federal Rules of Civil Procedure and in accordance with the definitions and instructions below.

## I.   <u>DEFINITIONS</u>

Notwithstanding any definition set forth below, each word, term, or phrase used in these interrogatories is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Central District of California.  In these interrogatories, the following terms are to be given their ascribed definitions.

1.      The term **"Action"** refers to *Masimo Corporation et al. v. Apple Inc.*, Civil Action No. 8:20-cv-00048-JVS (JDEx), commenced on January 9, 2020.

2.      The term **"Complaint"** refers to the current operative complaint in the Action.

3.      The term **"Masimo"** refers to Masimo Corporation and its officers, directors, current and former employees, counsel, agents, consultants, representatives, and any other Persons acting on behalf of any of the foregoing, and Masimo Corporation's affiliates, parents, divisions, joint ventures, licensees, franchisees, assigns, predecessors and successors in interest, and any other legal entities, whether foreign or domestic, that are owned, partially owned, or controlled by Masimo Corporation.

4.      The term **"Cercacor"** refers to Cercacor Laboratories, Inc. and its officers, directors, current and former employees, counsel, agents, consultants, representatives, and any other Persons acting on behalf of any of the foregoing, and Cercacor Laboratories, Inc.'s affiliates, parents, divisions, joint ventures, licensees, franchisees, assigns, predecessors and successors in interest, and any other legal

entities, whether foreign or domestic, that are owned, partially owned, or controlled by Cercacor Laboratories, Inc.

5.      The terms **"You," "Your,"** or **"Plaintiffs,"** refer to Masimo and Cercacor, jointly or individually.

6.      The terms "**Defendant**" or "**Apple**" refer to Apple Inc.

7.      The term **"the '265 patent"** means U.S. Patent No. 10,258,265.

8.      The term **"the '266 patent"** refers to U.S. Patent No. 10,258,266.

9.      The term **"the '628 patent"** refers to U.S. Patent No. 10,292,628.

10.      The term **"the '708 patent"** refers to U.S. Patent No. 10,299,708.

11.      The term **"the '190 patent"** refers to U.S. Patent No. 10,376,190.

12.      The term **"the '191 patent"** refers to U.S. Patent No. 10,376,191.

13.      The term **"the '695 patent"** refers to U.S. Patent No. 10,470,695.

14.      The term **"the '994 patent"** refers to U.S. Patent No. 6,771,994.

15.      The term **"the '703 patent"** refers to U.S. Patent No. 8,457,703.

16.      The term **"the '776 patent"** refers to U.S. Patent No. 10,433,776.

17.      The term "**the '553 patent**" refers to U.S. Patent No. 10,588,553.

18.      The term "**the '554 patent**" refers to U.S. Patent No. 10,588,554.

19.      The terms **"Asserted Patents"** or **"Patents-in-Suit"** refer to the '265 patent, the '266 patent, the '628 patent, the '708 patent, the '190 patent, the '191 patent, the 695 patent, the '994 patent, the '703 patent, the '776 patent, the '553 patent, and the '554 patent, collectively, as well as any applications for and/or counterparts to these patents, and any other patents that You may accuse Apple of infringing in this Action, and their applications and/or counterparts.

20.      The term **"Related Patents and Applications"** refers to (i) all U.S. or foreign patents and patent applications related to the Asserted Patents or their applications by way of subject matter or claimed priority date, and (ii) any patent or patent application that claims priority to an Asserted Patent, or to which an Asserted Patent claims priority.

21.     The terms **"Asserted Claim"** or **"Asserted Claims"** means the claims of the Asserted Patents that Plaintiffs contend Apple has infringed and/or is infringing.

22.     The term **"Asserted Technologies"** refers to the alleged inventions claimed by the Asserted Claims.

23.     The term **"Apple Patents"** refers to U.S. Patent Nos. 10,078,052, 10,247,670, 9,952,095, 10,219,754, and 10,524,671, collectively, as well as any applications for and/or counterparts to these patents, and any other of Apple's patents for which Plaintiffs may bring claims of correction of inventorship in this Action, and their applications and/or counterparts.

24.     The term **"Apple Applications"** refers to U.S. Patent Application Nos. 14/740,196, 16/114,003, 14/621,268, 14/617,422, 15/667,832, 16/700,710, 14/618,664, and 15/960,507, and U.S. Provisional Patent Application Nos. 62/043,294, 62/047,818, 62/056,299, and 62/057,089, collectively, and any counterparts thereof, and any other of Apple's patent applications for which Plaintiffs may bring claims of ownership in this Action, and any counterparts thereof.

25.     The term "**Alleged Inventors**" refers to Messrs. Al-Ali, Diab, and Weber, as described in paragraphs 22, 227, 234, 241, 248, 255, 262, 270, 278, 286, and/or 294 of the Complaint, collectively, and any other individuals who Plaintiffs may contend in this Action should be named as inventors on the Apple Patents and Apple Applications.

26.     The terms "**Trade Secret**" or "**Trade Secrets**" means the information identified in paragraph 211 of the Complaint as alleged trade secrets and any other trade secret that Plaintiffs allege Apple misappropriated.  In referring to any information identified in paragraph 211 of the Complaint as a "Trade Secret," Apple in no way communicates its agreement that the information constitutes a trade secret, or that the allegations in paragraph 211 of the Complaint concerning the

3

purported "Trade Secrets" satisfy Plaintiffs' obligations under California Code of Civil Procedure Section 2019.210 to describe their alleged trade secrets with reasonable particularity.

27.     The term **"Accused Products"** refers to the Apple Watch Series 4 and later devices, alone or in combination with Apple iPhones, that Plaintiffs assert infringe any of the Asserted Patents, and any other products that Plaintiffs are permitted to accuse of infringing any of the Asserted Patents in this Action.   In referring to any product as an "Accused Product," Apple in no way communicates its agreement that the product infringes the Asserted Patents.

28.     The term **"Prior art"** refers to all inventions, patents, publications, products, disclosures, or events falling within any of the categories set forth in 35 U.S.C. §§ 102 and 103 with respect to the Asserted Patents.

29.     The term **"Licensee"** refers to any entity having a license, assignment, covenant not to sue, or other understanding, written, oral or implied, that the entity has any rights to the Asserted Patents or Related Patents, may practice one or more claims of the Asserted Patent and/or that Plaintiffs will not file suit or otherwise enforce against that entity one or more claims of the Asserted Patent or Related Patents and Applications.

30.     The terms **"Person"** or **"Persons"** shall mean any natural person, or any business, legal or governmental entity or association, including, without limitation, the owners, officers, directors, agents, trustees, parents, or subsidiaries, affiliates, assignees, predecessors, and successors of such entities or associations and/or natural persons.

31.     The term **"Communication"** shall mean every manner of disclosure, transfer, or exchange of information whether person-to-person, in a group, orally, in writing, by telephone, by electronic transmission, or otherwise.

32.     The terms **"Document"** or **"Documents"** is used in the most comprehensive and broadest sense permitted by the Federal Rules of Civil Procedure

4

Gibson, Dunn & Crutcher LLP

APPLE INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS MASIMO AND CERCACOR
CASE NO. 8:20-CV-00048-JVS (JDEx)                                    Exhibit 1
Page 8

26 and 34, and specifically includes electronically stored information and every "writing" and "recording," as those terms are defined in Rule 1001 of the Federal Rules of Evidence. A draft or non-identical copy is a separate Document within the meaning of this term.

33.     The terms **"Thing"** or **"Things"** are used in the most comprehensive and inclusive sense permitted by the Federal Rules of Civil Procedure and includes, but is not limited to, prototypes, models, specimens, or other devices, and commercially manufactured items.

34.     The term **"each"** shall mean each and every.

35.     The term **"any"** shall include the word "all," and vice versa.

36.     The terms **"and," "or,"** and **"and/or"** shall be construed in the conjunctive or the disjunctive, whichever makes the discovery request more inclusive so as to bring within the scope of the request all Documents that might otherwise be construed to be outside of its scope.

37.     The present tense includes the past and future tenses. The singular includes the plural, and the plural includes the singular. Words in the masculine, feminine or neutral form shall include all of the other genders.

38.     The use of the term "**the**" shall not be construed as limiting the scope of any interrogatory.

39.     References to **"employees," "officers," "directors,"** or **"agents"** shall include both current and former employees, officers, directors, and agents.

40.     A request for **"identification,"** to **"identify,"** or to "**describe**" requires the following:

(a)     When used with respect to a person other than a natural person, including, but not limited to, any corporation, partnership, association, foundation, trust, organization, or other entity or functional division thereof, to state: (1) its full name; (2) the address of its principal office or place of business; (3) all names under which it is doing business or ever has done business; (4) the nature of the venture

5

(e.g., sole proprietorship, partnership, corporation, etc.); and (5) the identities of its officers, directors, partners, or administrators.

(b)     When used with respect to a natural person, provide (1) the full name; (2) any other names that person uses presently or has used in the past; (3) present or last known business and residence addresses; (4) present or last known telephone number; (5) present or last known employer and address thereof; and (6) present or last known job, position, or title of that person.

(c)     When used with respect to a Document or tangible thing, to state: (1) the type of Document or tangible thing (e.g., letter, memorandum, computer disk drive, etc.); (2) the date it was created; (3) its author and signatories; (4) its addresses and all other persons receiving copies; (5) the nature and substance of the Document in sufficient particularity to enable it to be identified; and (6) its location and its custodian (or, if it is no longer within your possession, custody, or control, state what disposition was made of it; state the date of such disposition; identify every person who participated in or approved the disposition; and identify the person or persons having knowledge of its contents).

(d)     When used with respect to a Communication, provide the date of the Communication, identify the person who initiated the Communication, identify each person who received such Communication, identify the form of the Communication, identify any Document which embodies the Communication, and provide a general description of the content of the Communication.

(e)     When used with respect to an act, event, instance, occasion, meeting, conversation, allegation, or contention, means to state all facts concerning the subject matter in detail, including the date and place thereof, to identify the individual participants, to summarize separately for each individual participant what she or he said or did, and to identify each Document or Communication used or prepared in connection therewith or making any reference thereto.

Gibson, Dunn & Crutcher LLP

Exhibit 1
Page 10

## II.  __INSTRUCTIONS__

1.      Each interrogatory is to be answered fully based on information in Your possession, custody, or control, or in the possession, custody, or control of Your representatives, agents, or attorneys.

2.      If you object to any interrogatory or any portion of an interrogatory on the ground that the answer would reveal the substance of any privileged information, provide all information required by Federal Rule of Civil Procedure 26(b)(5).  If Your objection is on the ground that the answer would reveal the substance of a privileged Document or Communication, include an identification of:

(a)      the nature of the privilege or protection claimed;

(b)      the person who made the Document or Communication, whether oral or in writing;

(c)      if the Communication was oral, all persons present while the Communication was made;

(d)      if the Document or Communication was written, the author, addressees, and any other recipients;

(e)      the date and place of the Communication or the creation of the Document; and

(f)      the general subject matter of the Document or Communication.

3.      If, for any reason other than a claim of privilege, You refuse to respond to any interrogatory herein, please state the grounds upon which such refusal is based with sufficient particularity to permit a determination of the propriety of such refusal.

4.      If You respond to any interrogatory by reference to any Document or Communication, You are requested to produce that Document or Communication, and specify which Documents and/or Communications are produced in response to each interrogatory.

5.      If the responding party elects to specify and produce business records

7

Gibson, Dunn &
Crutcher LLP

in answer to any interrogatory, the specification shall be in sufficient detail to permit the interrogating party to locate and identify, as readily as the responding party can, the business records from which the answer may be ascertained.

6.      Unless otherwise stated, each interrogatory is directed towards each Plaintiff in this Action, and each Plaintiff in this action must separately verify the interrogatories to which it responds pursuant to Federal Rule of Civil Procedure 33(b).

7.      If, in responding to these interrogatories, You encounter any ambiguities when construing an interrogatory, instruction, or definition, in Your response set forth the matter deemed ambiguous and the construction used in answering.

8.      These interrogatories are continuing in nature.  If You receive or otherwise become aware of information responsive to any interrogatory after You have served your responses to these interrogatories, You must promptly supplement your responses to these interrogatories to provide such information, as required by Federal Rule of Civil Procedure 26(e).

9.      Each of the foregoing Definitions and Instructions is hereby incorporated by reference into, and shall be deemed a part of, each interrogatory.

## III.   <u>INTERROGATORIES</u>

### <u>INTERROGATORY NO. 1</u>

Identify by name and title at least five people at Masimo and at least five people at Cercacor having the most knowledge about or responsibility for Masimo's products and Cercacor's products, respectively, that Plaintiffs allege compete with the Accused Products, including the products' manner of operation, marketing, development, sales and offers to sell, use by Your customers, financial information related to them, Your patent and patent applications related to them, and Your licensing efforts of those patents and applications.

Gibson, Dunn &
Crutcher LLP

## INTERROGATORY NO. 2

Separately for each Asserted Claim of each Asserted Patent that Plaintiffs contend Apple has infringed or is infringing, describe in detail all facts relevant to the alleged priority date for that claim, including without limitation: the alleged priority date, the alleged date of the conception and first reduction to practice, the nature of any problem(s) with existing technology that the inventors were considering or attempting to solve in connection with the conception, the nature of the alleged reduction to practice and the identity of any alleged actual reduction to practice, any alleged diligence between the asserted conception and reduction to practice dates, the identity of each Person who contributed to such conception, diligence, and/or reduction to practice, the nature of each such Person's participation, involvement, and/or contribution, and the identity of all Documents (by Bates numbers) relating to such conception, diligence, and/or reduction to practice.

## INTERROGATORY NO. 3

For each Asserted Claim of each Asserted Patent, provide a detailed, element-by-element, limitation-by-limitation, description of all facts you contend should be considered in determining whether that Asserted Claim is non-obvious under 35 U.S.C. § 103, including without limitation, identifying each secondary consideration or other objective evidence of non-obviousness that you contend is relevant, such as for example, any alleged commercial success and nexus to the claimed subject matter, any alleged long-felt need in the art for the claimed subject matter, any alleged failure of others to solve the problems addressed by the claimed subject matter, any alleged skepticism or disbelief by any person relating to the claimed subject matter, any alleged positive recognition in the industry for the claimed subject matter, any alleged copying of the claimed subject matter, and any alleged unexpected results produced by the claimed subject matter.

**INTERROGATORY NO. 4**

For each of the Apple Patents, identify in detail all facts relating to Plaintiffs' contention that any subject matter of such Apple Patent was invented by each of the Alleged Inventors, including, without limitation, for each Apple Patent and each Alleged Inventor, identifying by column and line number all subject matter of such Apple Patent that Plaintiffs assert was invented by such Alleged Inventor, describing the circumstances under which the Alleged Inventor and/or others conceived of such subject matter and/or reduced such subject matter to practice, identifying when such conception and reduction to practice took place, describing each Person's contribution to the conception and/or reduction to practice of the subject matter, identifying corroborating evidence of conception and/or reduction to practice, and identifying and describing in detail all evidence to support any contention that the inventors named on that Apple Patent did not solely conceive and/or reduce to practice any of the claims of that Apple Patent.

**INTERROGATORY NO. 5**

For each of the Apple Patents and for each of the Apple Applications, identify in detail all facts relating to Plaintiffs' contention that any subject matter of such Apple Patent and/or Apple Application was developed by Marcelo Lamego while working for Plaintiffs and/or was otherwise developed at Masimo, Cercacor, or Plaintiffs, including, without limitation, for each Apple Patent and/or Apple Application, identifying by patent column and line number or application page and paragraph number all subject matter of such Apple Patent or such Apple Application that Plaintiffs assert was developed by Marcelo Lamego, describing the circumstances under which Marcelo Lamego and/or others conceived of such subject matter, identifying when such conception and reduction to practice took place, identifying any other employee of Masimo, Cercacor, or Plaintiffs that contributed to the conception of such subject matter and/or reduction to practice of such subject matter, describing each such Person's contribution to the conception and/or

10

Gibson, Dunn & Crutcher LLP

reduction to practice of the subject matter, identifying corroborating evidence of conception and/or reduction to practice, identifying which entity—Masimo, Cercacor, or Plaintiffs—You contend is entitled to joint and/or exclusive ownership of such Apple Patent or Apple Application, and stating in detail any other factual and legal bases for Your contention that You are entitled to joint and/or exclusive ownership of the Apple Patents and/or Apple Applications.

**INTERROGATORY NO. 6:**

For each alleged Trade Secret You contend Apple misappropriated, describe in detail how You allegedly developed such Trade Secret, including, without limitation, the circumstances under which You conceived of such Trade Secret, the identity of each Person involved in the conception, design, development, and/or use of such Trade Secret, and the nature and level of involvement of each such Person.

**INTERROGATORY NO. 7:**

For each alleged Trade Secret that You contend was misappropriated by Apple, describe all actions You have taken to safeguard the alleged Trade Secret's secrecy.

**INTERROGATORY NO. 8:**

For each alleged Trade Secret that You contend was misappropriated by Apple, state precisely when, if ever, the alleged Trade Secret was disclosed, accessed, or otherwise provided to Apple.

**INTERROGATORY NO. 9:**

For each date identified in response to Interrogatory No. 8, describe the circumstances of the disclosure, including the recipients and the means of disclosure.

**INTERROGATORY NO. 10:**

For each alleged Trade Secret that You contend was misappropriated by Apple, state precisely how You contend that Apple acquired, has used, is using, plans to use, has disclosed, is disclosing, and/or plans to disclose, the alleged Trade Secret.  To the extent Your response for any alleged Trade Secret(s) is that Apple

has used, is using, or plans to use the alleged Trade Secret in an Apple product (e.g., the Accused Products), identify and describe how each such product in fact incorporates or uses the Trade Secret(s).

**INTERROGATORY NO. 11:**

For each alleged Trade Secret that You contend was misappropriated by Apple, identify all individuals, whether Your employees or independent contractors or consultants, who at any time had access to the Trade Secret, including the period of time over which the individuals had such access.

**INTERROGATORY NO. 12:**

Identify all third parties to whom Your alleged Trade Secrets have ever been disclosed, including the circumstances under which each alleged Trade Secret was disclosed to them.

**INTERROGATORY NO. 13:**

For each alleged Trade Secret that You contend was misappropriated by Apple, identify and describe in detail how You were harmed by the alleged misappropriation.

**INTERROGATORY NO. 14:**

Identify and describe in detail any assessments and/or valuations of the Asserted Patents and/or any Related Patents and Applications, performed by You or for You, in Your possession, or of which You have knowledge, including, without limitation, any assessments and/or valuations performed in connection with any acquisition of, licensing of, or transfer of any rights in the Asserted Patents and/or any Related Patents and Applications, any consideration paid for or pricing associated with the acquisition of, licensing of, or transfer of any rights in the Asserted Patents and/or any Related Patents and Applications, or any assessments and/or valuations performed or discussed concerning any products involving the Asserted Technologies, whether such products are Yours or those of third parties, including, without limitation, identifying and describing in detail all Documents and

12

Communications relating to such assessments and/or valuations and identifying the three (3) Persons most knowledgeable about any such assessments and/or valuations.

**INTERROGATORY NO. 15:**

State whether any assessment, investigation, or prior art search concerning the validity, invalidity, enforceability, or unenforceability of the Asserted Patents, their foreign counterparts, and/or any Related Patents and Applications has been performed by You or for You, is in Your possession, or of which You have knowledge, and identify and describe in detail all Documents and Communications, including without limitation, Prior Art, ever known or identified by or to You, the named inventors of any of the Asserted Patents, or any Person substantively involved in the prosecution of any of the Asserted Patents, their foreign counterparts, and/or any Related Patents and Applications (including any attorney or patent agent having such involvement), as being relevant to or evidence of the validity, invalidity, enforceability, or unenforceability of any of the Asserted Patents, their foreign counterparts, any Related Patents and Applications, or any other patent listing one or more named inventors on the cover as an inventor, including English language translations thereof, including any invalidity contentions served on You in any other actions or proceedings involving the any of the Asserted Patents, their foreign counterparts, and/or any Related Patents and Applications before any tribunal or agency, including, without limitation, in *Masimo et al. v. True Wearables, Inc. et al.*, Civil Action No. 8:18-CV-02001 (C.D. Cal.), commenced November 8, 2018.

**INTERROGATORY NO. 16:**

State all facts and identify and describe in detail all Documents supporting any contention by You that the Asserted Technologies are the basis for, contribute to, or drive consumer demand for any product which Plaintiffs allege competes with the Accused Products.

**INTERROGATORY NO. 17:**

State in detail all factual and legal bases for Your contention that You are entitled to any relief in this case, including but not limited to, monetary damages and injunctive relief, including, without limitation, identifying and describing in detail all Documents and Communications relating to such contention and identifying all individuals having information about such contention.

Dated: April 14, 2020                    Respectfully submitted,

                                         JOSHUA H. LERNER
                                         H. MARK LYON
                                         BRIAN M. BUROKER
                                         ILISSA SAMPLIN
                                         ANGELIQUE KAOUNIS
                                         GIBSON, DUNN & CRUTCHER LLP


                                         By: */s/Joshua H. Lerner*
                                              Joshua H. Lerner

                                         *Attorneys for Defendant Apple Inc.*

APPLE INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS MASIMO AND CERCACOR
CASE NO. 8:20-CV-00048-JVS (JDEx)

Exhibit 1
Page 18

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I, Ilissa Samplin, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 14th day of April, 2020, I served a true and correct copy of the foregoing **DEFENDANT APPLE INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.** by electronic mail on the following counsel of record:

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404
Facsimile: (949)-760-9502

*Attorneys for Plaintiffs Masimo Corporation and
Cercacor Laboratories, Inc.*

By: */s/ Ilissa Samplin*
Ilissa Samplin

Gibson, Dunn &
Crutcher LLP

# Exhibit 2

Exhibit 2
Page 20

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone:  (949)-760-0404
Facsimile:  (949)-760-9502

Attorneys for Plaintiffs,
**Masimo Corporation and Cercacor Laboratories, Inc.**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) **PLAINTIFFS MASIMO**<br>) **CORPORATION AND**<br>) **CERCACOR LABORATORIES,**<br>) **INC.'S RESPONSES TO APPLE'S**<br>) **FIRST SET OF**<br>) **INTERROGATORIES (NOS. 1-17)**<br>)<br>) Hon. James V. Selna<br>)<br>)<br>)<br>) |

Exhibit 2
Page 21

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiffs MASIMO CORPORATION ("Masimo") and CERCACOR LABORATORIES, INC. ("Cercacor") (collectively, "Plaintiffs") hereby respond to Defendant APPLE INC. ("Apple") First Set of Interrogatories.

## GENERAL STATEMENT AND OBJECTIONS

Plaintiffs assert each of the following General Objections to each of Apple's instructions, definitions, and interrogatories.  In addition to these General Objections, Plaintiffs state specific objections to individual interrogatories, including objections that are not generally applicable to all interrogatories.  By setting forth specific objections, Plaintiffs are not limiting or restricting these General Objections.

1.      Plaintiffs object generally to Apple's definitions and instructions to the extent that they fail to comply with, or impose obligations in excess of, Rule 33 of the Federal Rules of Civil Procedure and the applicable Local Rules of this Court.  Plaintiffs will respond to the interrogatories in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

2.      Plaintiffs object to these interrogatories to the extent they seek information that is neither relevant to any claim or defense in this case nor proportional to the needs of the case.  To the extent Plaintiffs respond to any request, Plaintiffs do not concede that the information sought by these requests is relevant or proportional.

3.      Plaintiffs object to these interrogatories to the extent they seek information not in the possession, custody, or control of Plaintiffs.  Plaintiffs' responses are limited to information that is within their possession, custody, or control.

4.      Plaintiffs object to these interrogatories to the extent they seek information protected from disclosure by the attorney-client privilege, attorney work product doctrine, and/or any other applicable privilege, rule, or immunity.

-1-

Exhibit 2
Page 22

Any specific objections to specific interrogatories stated on the grounds of attorney-client privilege and/or work product in no way limits the generality of this objection.  Nothing in Plaintiffs' responses is intended to be or should be considered a waiver of any attorney-client privilege, work product protection, the right of privacy, or any other applicable privilege or doctrine.  To the extent any interrogatory may be construed as calling for information protected by any such privilege or doctrine, a continuing objection to each and every such interrogatory is hereby stated.

5.     Plaintiffs object to these interrogatories to the extent they seek third-party proprietary information, trade secrets and/or other confidential information and/or protected information that Plaintiffs are obligated to avoid disclosing.

6.     Plaintiffs object to these interrogatories to the extent they are overly broad and unduly burdensome, the burden of responding outweighs their likely benefit, they are unlimited in time, or would require an unreasonably detailed and unreasonably extensive search of all of Plaintiffs' information and files.  Plaintiffs will make a reasonable investigation as required by the Federal Rules of Civil Procedure.

7.     Plaintiffs object to these interrogatories to the extent they seek disclosure of Plaintiffs' proprietary information, trade secrets and/or other confidential information and/or protected information prior to entry of a protective order, particularly in view of Defendants' refusal to produce any documents until "entry of an acceptable protective order and ESI stipulation in this action."

8.     Plaintiffs object to these interrogatories to the extent they seek information that would be relevant only to Plaintiffs' trade secret claims while Apple is simultaneously arguing to the Court that Plaintiff's trade secret claims should not be part of this case and should be dismissed.

-2-

Exhibit 2
Page 23

9.     In light of the Court's Order, dated April 17, 2020, in which "[t]he Court stays the trade secret discovery only pending compliance with 2019.210[,]" Plaintiffs object to these interrogatories to the extent they seek information that would be relevant only to Plaintiffs' trade secret claims prior to Plaintiffs providing their 2019.210 statement.  Maintaining such interrogatories is a violation of the Court's April 17, 2020, order.

10.     Plaintiffs object to Apple's definitions, instructions, and for interrogatories to the extent that they are vague, ambiguous, or unintelligible. Words and terms used in the following responses are used in accordance with their normal meanings and connotations.

11.     Plaintiffs particularly object to Apple's definitions of the terms "Masimo" and "Cercacor" as overly broad and unduly burdensome.  As used herein, the term "Masimo" means Masimo Corporation only, and the term "Cercacor" means Cercacor Laboratories, Inc., only.  As stated above, the term "Plaintiffs" means Masimo and Cercacor, collectively and/or individually.

12.     Plaintiffs also particularly object to Apple's definitions of the terms "Related Patents and Applications" and "Asserted Technologies," and Apple's instructions regarding "identification," "identify," and "describe" as overly broad and unduly burdensome, and rendering the interrogatories vague, ambiguous, or unintelligible.  As with other words and terms used in the following responses, any usage of these terms in accordance with their normal meanings and connotations

13.     Only the express and overt meaning of these responses is intended. No response should be construed to contain implied statements, representations, or admissions of any kind.  The fact that Plaintiffs respond or object to an interrogatory should not be understood as an admission that Plaintiffs accept or admit the existence of any "fact" set forth in or assumed by the interrogatory.

14.     Plaintiffs' responses are made without, in any way, waiving or

-3-

Exhibit 2
Page 24

intending to waive, but, on the contrary, intending to preserve and preserving:

    a.    The right to raise all objections as to competence, authenticity, relevance, materiality, privilege and admissibility with regard to the information and documents identified and/or produced in response to these Interrogatories, which may arise in any subsequent proceeding in, or the trial of, this or any other action;

    b.    The right to object to the use of the information and/or documents for any purpose, including without limitation their use in any subsequent proceeding in, or the trial of, this or any other action;

    c.    The right to assert or raise, in this action or in any other context, attorney-client privilege, work product protection, the protections afforded by Rule 26(b)(4)(B), the right of privacy, or any other applicable privilege or protective doctrine; and

    d.    The right to object on any ground at any time to interrogatories or other discovery relating to information and/or information or the subject matter thereof.

    15.    Plaintiffs are providing information that has been identified by means of a reasonable investigation and that is the subject of legitimate discovery.  The following responses are based upon information presently available to and located by Plaintiffs after a reasonable search.  However, discovery is ongoing in this case, and Plaintiffs have not yet completed their investigation of the facts relating to this case.  Nor have Plaintiffs completed discovery or preparation for trial.  Plaintiffs give these responses without prejudice to Plaintiffs' right to supplement their responses, should additional information be discovered, and to rely upon any additional discovered evidence.  Moreover, certain of these interrogatories are premature in that they seek contentions or other information that Plaintiffs cannot or are not obligated provide at this stage of the case, or seek information that is partially or wholly

-4-

Exhibit 2
Page 25

within the possession of Apple or third parties and that has not yet been produced to Plaintiffs.  Finally, certain of these interrogatories are subject to specific objections and are therefore not the subject of legitimate discovery.

16.   Without waiving the specific objections set forth below, and subject to the limitations and General Objections set forth above, Plaintiffs provide the following responses:

## RESPONSES TO INTERROGATORIES

### INTERROGATORY NO. 1:

Identify by name and title at least five people at Masimo and at least five people at Cercacor having the most knowledge about or responsibility for Masimo's products and Cercacor's products, respectively, that Plaintiffs allege compete with the Accused Products, including the products' manner of operation, marketing, development, sales and offers to sell, use by Your customers, financial information related to them, Your patent and patent applications related to them, and Your licensing efforts of those patents and applications.

### RESPONSE TO INTERROGATORY NO. 1:

Plaintiffs incorporate their General Statement and Objections.  Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity.  Plaintiffs further object to this interrogatory to the extent it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case.  Plaintiffs further object to this interrogatory as vague, ambiguous, or unintelligible, particularly to the extent it purports to ask Plaintiffs to identify at least five persons "having the most knowledge about or responsibility for" a variety of topics.  Plaintiffs object that it would not be possible to identify five people most knowledgeable about any topic.  Plaintiffs further object to this interrogatory as compound and contend

-5-

Exhibit 2
Page 26

that it should be counted as multiple interrogatories because it attempts to combine multiple requests for information into a single interrogatory.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs cannot identify who might have the "most" knowledge of or responsibility for such a wide variety of topics including products' "manner of operation, marketing, development, sales and offers to sell," use by customers, "financial information," as well as related "patent and patent applications" and "licensing efforts of those patents and applications." Apple offers no suggestion for how it would purport to weigh and compare the amount of knowledge one person has about one or more of the cited topics to the knowledge another person has about a different combination of one or more of the cited topics. Apple does not explain how to compare the amount of knowledge a person has about one topic to the amount of knowledge another person has about a different topic, or whether a person having more knowledge about one area should be considered more or less knowledgeable than a person having less knowledge about a larger number of topics.

To the extent Plaintiffs are able to understand the interrogatory, Plaintiffs identify the following individuals who may have knowledge about one or more of the cited topics and who may be contacted through Plaintiffs' counsel:

- Ammar Al-Ali
- Mohamed Diab
- Walter Weber
- Bilal Muhsin
- Kevin Pauley
- Gerry Hammarth
- Joe Kiani

To the extent Plaintiffs are able to understand the interrogatory, Plaintiffs

-6-

Exhibit 2
Page 27

identify the following additional individuals who may have knowledge about one or more of the cited topics:

- Marcelo Lamego
- Michael O'Reilly

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory. Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.

**INTERROGATORY NO. 2:**

Separately for each Asserted Claim of each Asserted Patent that Plaintiffs contend Apple has infringed or is infringing, describe in detail all facts relevant to the alleged priority date for that claim, including without limitation: the alleged priority date, the alleged date of the conception and first reduction to practice, the nature of any problem(s) with existing technology that the inventors were considering or attempting to solve in connection with the conception, the nature of the alleged reduction to practice and the identity of any alleged actual reduction to practice, any alleged diligence between the asserted conception and reduction to practice dates, the identity of each Person who contributed to such conception, diligence, and/or reduction to practice, the nature of each such Person's participation, involvement, and/or contribution, and the identity of all Documents (by Bates numbers) relating to such conception, diligence, and/or reduction to practice.

**RESPONSE TO INTERROGATORY NO. 2:**

Plaintiffs incorporate their General Statement and Objections. Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable

-7-

Exhibit 2
Page 28

privilege or immunity.  Plaintiffs further object to this interrogatory to the extent it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case.   Plaintiffs further object to this interrogatory as compound and contend that it should be counted as multiple interrogatories because it combines multiple requests for information into a single interrogatory.  Plaintiffs object to this interrogatory on the grounds that it is a contention interrogatory propounded at an early stage of the proceedings when Plaintiffs have not yet had an opportunity to conduct meaningful discovery.  *See McCormick-Morgan, Inc. v. Teledyne Indus., Inc.*, 134 F.R.D. 275, 287 (N.D. Cal. 1991) (contention interrogatories in complex patent action properly answered at the close of substantive discovery); *see also In re Convergent Techs. Securities Litigation*, 108 F.R.D. 328 (N.D. Cal. 1985). Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs.  Plaintiffs further object to this request as premature to the extent that it calls for expert opinions in advance of the deadlines set forth in the Court's scheduling order.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Each asserted patent is entitled to a presumption of validity.  Apple has not challenged the validity of any asserted patent, much less identified any supporting evidence of invalidity.  Apple would bear the burden of proof to rebut the presumption of validity through clear and convincing evidence. Plaintiffs have no obligation to affirmatively buttress the presumption of validity, particularly in the absence of any assertion of invalidity.  *See Friskit, Inc. v. Real Networks, Inc.*, No. C 03-5085 WWS (MEJ), 2006 WL 1305218, at *1-2 (N.D. Cal. May 11, 2006) (denying defendant's request that plaintiff provide in response to defendant's interrogatory an element-by-element claim chart, because "the burden is on [defendant] to show invalidity").

Exhibit 2
Page 29

1    Under the current schedule, Apple is due to disclose any invalidity
2    contentions no later than September 7, 2020.  If Apple asserts that any claims
3    are invalid under theories that raise issues of inventorship, conception,
4    diligence, reduction practice, and/or the priority date to which claims may be
5    entitled, Plaintiffs anticipate supplementing this response.

6    Discovery in this matter has only recently begun, the Court has not
7    entered a Protective Order, Apple has not yet filed an Answer or provided any
8    discovery, and Plaintiffs are continuing to investigate the subject matter of this
9    interrogatory.  Plaintiffs reserve the right to amend and/or supplement this
10   interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil
11   Procedure as they identify additional information.  In particular, Plaintiffs
12   expect they may provide additional information in accordance with the expert
13   discovery deadlines set forth in the Court's scheduling order.

14   **INTERROGATORY NO. 3:**

15   For each Asserted Claim of each Asserted Patent, provide a detailed,
16   element-by-element, limitation-by-limitation, description of all facts you
17   contend should be considered in determining whether that Asserted Claim is
18   non-obvious under 35 U.S.C. § 103, including without limitation, identifying
19   each secondary consideration or other objective evidence of non-obviousness
20   that you contend is relevant, such as for example, any alleged commercial
21   success and nexus to the claimed subject matter, any alleged long-felt need in
22   the art for the claimed subject matter, any alleged failure of others to solve the
23   problems addressed by the claimed subject matter, any alleged skepticism or
24   disbelief by any person relating to the claimed subject matter, any alleged
25   positive recognition in the industry for the claimed subject matter, any alleged
26   copying of the claimed subject matter, and any alleged unexpected results
27   produced by the claimed subject matter.

28

-9-

Exhibit 2
Page 30

**RESPONSE TO INTERROGATORY NO. 3:**

Plaintiffs incorporate their General Statement and Objections.  Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity.  Plaintiffs further object to this interrogatory to the extent it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case.  Plaintiffs further object to this interrogatory as compound and contend that it should be counted as multiple interrogatories because it combines multiple requests for information into a single interrogatory.  Plaintiffs object to this interrogatory on the grounds that it is a contention interrogatory propounded at an early stage of the proceedings when Plaintiffs have not yet had an opportunity to conduct meaningful discovery.  *See McCormick-Morgan, Inc. v. Teledyne Indus., Inc.*, 134 F.R.D. 275, 287 (N.D. Cal. 1991) (contention interrogatories in complex patent action properly answered at the close of substantive discovery); *see also In re Convergent Techs. Securities Litigation*, 108 F.R.D. 328 (N.D. Cal. 1985).  Plaintiffs also object to the extent responsive information is in the exclusive possession, custody, or control of Apple.  Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs.  Plaintiffs further object to this request as premature to the extent that it calls for expert opinions in advance of the deadlines set forth in the Court's scheduling order.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Each asserted patent is entitled to a presumption of validity, including a presumption of non-obviousness under 35 U.S.C. § 103.  Apple has not challenged the validity of any asserted patent, much less identified any supporting evidence of invalidity.  Apple would bear the burden of proof to

-10-

Exhibit 2
Page 31

rebut the presumption of validity through clear and convincing evidence. Plaintiffs have no obligation to affirmatively buttress the presumption of validity, particularly in the absence of any assertion of invalidity. *See Friskit, Inc. v. Real Networks, Inc.*, No. C 03-5085 WWS (MEJ), 2006 WL 1305218, at *1-2 (N.D. Cal. May 11, 2006) (denying defendant's request that plaintiff provide in response to defendant's interrogatory an element-by-element claim chart, because "the burden is on [defendant] to show invalidity").

Under the current schedule, Apple is due to disclose any invalidity contentions no later than September 7, 2020. If, in its invalidity contentions, Apple asserts that any claims are invalid as obvious under 35 U.S.C. § 103, and provides a supporting disclosure, Plaintiffs anticipate supplementing this response.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory. Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information. In particular, Plaintiffs expect they may provide additional information in accordance with the expert discovery deadlines set forth in the Court's scheduling order.

**INTERROGATORY NO. 4:**

For each of the Apple Patents, identify in detail all facts relating to Plaintiffs' contention that any subject matter of such Apple Patent was invented by each of the Alleged Inventors, including, without limitation, for each Apple Patent and each Alleged Inventor, identifying by column and line number all subject matter of such Apple Patent that Plaintiffs assert was invented by such Alleged Inventor, describing the circumstances under which the Alleged Inventor and/or others conceived of such subject matter and/or reduced such

-11-

Exhibit 2
Page 32

1  subject matter to practice, identifying when such conception and reduction to

2  practice took place, describing each Person's contribution to the conception

3  and/or reduction to practice of the subject matter, identifying corroborating

4  evidence of conception and/or reduction to practice, and identifying and

5  describing in detail all evidence to support any contention that the inventors

6  named on that Apple Patent did not solely conceive and/or reduce to practice

7  any of the claims of that Apple Patent.

8  **RESPONSE TO INTERROGATORY NO. 4:**

9         Plaintiffs incorporate their General Statement and Objections.  Plaintiffs

10  object to this interrogatory to the extent it seeks information protected by the

11  attorney-client privilege, work product doctrine, or any other applicable

12  privilege or immunity.  Plaintiffs further object to this interrogatory to the extent

13  it seeks information that is not relevant to any party's claims or defenses nor

14  proportional to the needs of the case.  Plaintiffs also object to this interrogatory

15  as vague and ambiguous, particularly based on the phrase "and/or others."

16  Plaintiffs further object to this interrogatory as compound and contend that it

17  should be counted as multiple interrogatories because it combines multiple

18  requests for information into a single interrogatory.  Defendants must identify

19  which of the many interrogatories it desires Plaintiffs to answer in this single

20  interrogatory.   Plaintiffs further note that inventorship is determined with

21  respect to the subject matter claimed in a patent, not the subject matter disclosed

22  in a patent specification.  Many improper subparts of this interrogatory seek

23  information that is irrelevant and where the burden of compiling it would be

24  disproportionate to the needs of the case.  Plaintiffs further object that this

25  interrogatory seeks highly confidential information belonging to Plaintiffs.

26  Plaintiffs intend to supplement this interrogatory after a protective order has

27  been entered in this case.

28         Subject to and without waiving the foregoing objections, Plaintiffs

-12-

Exhibit 2
Page 33

1 respond as follows:

2       U.S. Patent No. 10,078,052 (the "'052 Patent")

3         The '052 Patent claims subject matter that Lamego obtained from

4 discussions with, or jointly conceived with, Masimo employees.  For example,

5 Claim 1 of the '052 Patent recites an electronic device comprising a housing

6 defining an aperture; an optical sensing system comprising a light emitter for

7 emitting light through the aperture, the light emitter positioned adjacent the

8 aperture; and a light detector for obtaining a first portion of the light after the

9 first portion of the light reflects from an object; and a reflector disposed about

10 the aperture and adapted to reflect a second portion of the light back into the

11 object after the second portion of the light reflects from the object.  Lamego

12 obtained this subject matter from discussions with, or jointly conceived it with,

13 Diab, while employed by Plaintiffs and while Lamego was under an obligation

14 to assign any such invention to Masimo and/or Cercacor.  Accordingly, Diab is

15 a joint inventor of any patentable subject matter claimed in the '052 Patent

16       U.S. Patent No. 10,247,670 (the "'670 Patent")

17         The '670 Patent claims subject matter that Lamego obtained from

18 discussions with, or jointly conceived with, Masimo employees.  For example,

19 Claim 1 of the '670 Patent recites an electronic device comprising a housing

20 with a surface; a reflective layer that is formed on the surface, wherein the

21 reflective layer has first and second openings; a light emitter that emits light

22 through the first opening; and a light detector that receives the light emitted by

23 the light emitter through the second opening.  Lamego obtained this subject

24 matter from discussions with, or jointly conceived it with, Diab, while employed

25 by Plaintiffs and while Lamego was under an obligation to assign such

26 invention to Masimo and/or Cercacor.  Accordingly, Diab is a joint inventor of

27 any patentable subject matter claimed in the '670 Patent.

28

Exhibit 2
Page 34

U.S. Patent No. 9,952,095 (the "'095 Patent")

The '095 Patent claims subject matter that Lamego obtained from discussions with, or jointly conceived with, Masimo employees.  For example, Claim 1 of the '095 Patent recites an electronic device comprising a housing comprising a surface adapted to be positioned proximate a measurement site of a subject; a biometric sensor positioned at least partially within the surface and comprising: a plurality of light sources for emitting light toward the measurement site at a selected modulation frequency; and an optical sensor for obtaining light exiting the measurement site; and an input amplifier coupled to the output of the biometric sensor and disposed within the housing; a high pass filter coupled to an output of the input amplifier and disposed within the housing, the high pass filter having a cutoff frequency above that of a periodic biometric property of the measurement site; an output amplifier coupled to an output of the high pass filter and disposed within the housing; and an analog to digital converter coupled to an output of the output amplifier and disposed within the housing.  Lamego obtained this subject matter from discussions with, or jointly conceived it with, Diab, while employed by Plaintiffs and while Lamego was under an obligation to assign such invention to Masimo and/or Cercacor.  Accordingly, Diab is a joint inventor of any patentable subject matter claimed in the '095 Patent.

U.S. Patent No. 10,219,754 (the "'754 Patent")

The '754 Patent claims subject matter that Lamego obtained from discussions with, or jointly conceived with, Masimo employees.  For example, Claim 1 of the '754 Patent recites a method for estimating physiological parameters when modulated light from a first light source and a second light source is emitted toward a body part of a user, the method comprising determining a first multiplier value by: turning on the first light source; generating a first initial signal in response to capturing a first light sample

-14-

Exhibit 2
Page 35

corresponding to the first light source; demodulating the first initial signal to produce first initial demodulated signals; filtering and decimating the first initial demodulated signals; and determining the first multiplier value based on the filtered and decimated first initial demodulated signals; determining a second multiplier value by: turning on the second light source; generating a second initial signal in response to capturing a second light sample corresponding to the second light source; demodulating the second initial signal to produce second initial demodulated signals; filtering and decimating the second initial demodulated signals; and determining the second multiplier value based on the filtered and decimated second initial demodulated signals; capturing multiple light samples while the first light source and the second light source are turned on to emit modulated light toward the body part of the user and converting the multiple light samples into a captured signal; demodulating the captured signal to produce multiple demodulated signals; performing a first decimation stage by: low pass filtering each demodulated signal; and decimating each demodulated signal; performing a second decimation stage after the first decimation stage by: low pass filtering each demodulated signal; and decimating each demodulated signal; demultiplexing each demodulated signal after the second decimation stage to produce a first signal associated with the first light source and a second signal associated with the second light source; multiplying the first signal by the first multiplier value using a first multiplier circuit to obtain a first conditioned signal; multiplying the second signal by the second multiplier value using a second multiplier circuit to obtain a second conditioned signal; and analyzing the first conditioned signal and the second conditioned signal to estimate the physiological parameter of the user.  Lamego obtained this subject matter from discussions with, or jointly conceived it with, Al-Ali, Diab, and Weber, while employed by Plaintiffs and while Lamego was under an obligation to assign such invention to Masimo and/or Cercacor.  Accordingly,

-15-

Exhibit 2
Page 36

1  Al-Ali, Diab, and Weber are joint inventors of any patentable subject matter
2  claimed in the '754 Patent.

3          U.S. Patent No. 10,524,671 (the "'671 Patent")

4          The '671 Patent claims subject matter that Lamego obtained from
5  discussions with, or jointly conceived with, Masimo employees.  For example,
6  Claim 1 of the '671 Patent recites a wearable device, comprising a first light
7  source; a second light source, the second light source operating at a different
8  wavelength than the first light source; at least one light receiver; and a
9  processing unit communically coupled to the first light source, the second light
10  source, and the at least one light receiver; wherein the processing unit is
11  configured to: use the first light source and the second light source to emit light
12  into a body part of a user; and dependent on the light emitted by the first light
13  source and received by the at least one light receiver, compute a pulse rate of the
14  user using the light emitted by the second light source and received by the at
15  least one light receiver.  Lamego obtained this subject matter from discussions
16  with, or jointly conceived it with, Diab and Kiani, while employed by Plaintiffs
17  and while Lamego was under an obligation to assign such invention to Masimo
18  and/or Cercacor.  Accordingly, Diab and Kiani are joint inventors of any
19  patentable subject matter claimed in the '671 Patent.

20          Plaintiffs expect Apple will produce documents and other information
21  that further confirms the named inventors obtained the claimed subject matter
22  from discussions with, or jointly conceived it with, Diab and Kiani.

23          Discovery in this matter has only recently begun, the Court has not
24  entered a Protective Order, Apple has not yet filed an Answer or provided any
25  discovery, and Plaintiffs are continuing to investigate the subject matter of this
26  interrogatory.  Plaintiffs reserve the right to amend and/or supplement this
27  interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil
28  Procedure as they identify additional information.  In particular, Plaintiffs

-16-

Exhibit 2
Page 37

1  expect they may provide additional information in accordance with the expert

2  discovery deadlines set forth in the Court's scheduling order.

3  **INTERROGATORY NO. 5:**

4       For each of the Apple Patents and for each of the Apple Applications,

5  identify in detail all facts relating to Plaintiffs' contention that any subject

6  matter of such Apple Patent and/or Apple Application was developed by

7  Marcelo Lamego while working for Plaintiffs and/or was otherwise developed

8  at Masimo, Cercacor, or Plaintiffs, including, without limitation, for each Apple

9  Patent and/or Apple Application, identifying by patent column and line number

10 or application page and paragraph number all subject matter of such Apple

11 Patent or such Apple Application that Plaintiffs assert was developed by

12 Marcelo Lamego, describing the circumstances under which Marcelo Lamego

13 and/or others conceived of such subject matter, identifying when such

14 conception and reduction to practice took place, identifying any other employee

15 of Masimo, Cercacor, or Plaintiffs that contributed to the conception of such

16 subject matter and/or reduction to practice of such subject matter, describing

17 each such Person's contribution to the conception and/or reduction to practice of

18 the subject matter, identifying corroborating evidence of conception and/or

19 reduction to practice, identifying which entity—Masimo, Cercacor, or

20 Plaintiffs—You contend is entitled to joint and/or exclusive ownership of such

21 Apple Patent or Apple Application, and stating in detail any other factual and

22 legal bases for Your contention that You are entitled to joint and/or exclusive

23 ownership of the Apple Patents and/or Apple Applications.

24 **RESPONSE TO INTERROGATORY NO. 5:**

25      Plaintiffs incorporate their General Statement and Objections.  Plaintiffs

26 object to this interrogatory to the extent it seeks information protected by the

27 attorney-client privilege, work product doctrine, or any other applicable

28 privilege or immunity.  Plaintiffs further object to this interrogatory to the extent

-17-

Exhibit 2
Page 38

1   it seeks information that is not relevant to any party's claims or defenses nor

2   proportional to the needs of the case.  Plaintiffs further object to this

3   interrogatory as compound and contend that it should be counted as multiple

4   interrogatories because it combines multiple requests for information into a

5   single interrogatory.  Plaintiffs further note that inventorship is determined with

6   respect to the subject matter claimed in a patent, not the subject matter disclosed

7   in a patent specification.  Many improper subparts of this interrogatory seek

8   information that is irrelevant and where the burden of compiling it would be

9   disproportionate to the needs of the case.  Plaintiffs further object that this

10  interrogatory seeks highly confidential information belonging to Plaintiffs.

11  Plaintiffs intend to supplement this interrogatory after a protective order has

12  been entered in this case.

13      Subject to and without waiving the foregoing objections, Plaintiffs

14  respond as follows:

15      Plaintiffs incorporate their response to Interrogatory No. 4, including any

16  supplements, in full by reference.  Plaintiffs further respond that any inventive

17  contribution that Lamego could have made to the alleged invention of the subject

18  matter claimed in U.S. Patent Application No. 15/960,507 (the "'507 Application)

19  was made while Lamego was employed by Plaintiffs and while Lamego was

20  under an obligation to assign such invention to Masimo and/or Cercacor.  For

21  example, Claim 21 of the '507 Application recites a biometric sensor within a

22  housing of a wearable electronic device, the biometric sensor comprising: an

23  emitter for transmitting modulated light toward a measurement site of a subject

24  through a first aperture in the housing; an optical sensor for receiving modulated

25  light through a second aperture in the housing, the modulated light at least

26  partially exiting the measurement site; a high pass filter to receive an output of

27  the optical sensor, the high pass filter having a cutoff frequency above a

28  frequency of a periodic optical property of the measurement site; and an analog

-18-

Exhibit 2
Page 39

to digital converter to receive an output of the high pass filter.  Lamego obtained this subject matter from discussions with, or jointly conceived it with, Al-Ali, Diab, and Weber, while they were employees of Masimo, or while Lamego was an employee of Cercacor.

In written assignments, Lamego, as well as Al-Ali, Diab, and Weber, agreed to assign and assigned to Masimo all patentable subject matter (as well as all works of authorship, developments, or improvements) conceived during their employment at Masimo, including ownership of all patents and patent applications claiming such subject matter.  Those assignments vested in Masimo all legal and equitable title to all patents and patent applications reciting inventions made during their employment, such that Masimo is at least a joint owner of the '052, '670, '095, '750 and '671 Patents, and the '507 Application.

In at least one written assignment, Lamego agreed to assign and assigned to Cercacor all patentable subject matter (as well as all works of authorship, developments, or improvements) conceived during his employment at Cercacor, including ownership of all patents and patent applications claiming such subject matter.  An exemplary agreement conveying such rights was attached as Exhibit A to Apple's Motion to Dismiss (Doc. No. 16-3).  Accordingly, to the extent the evidence establishes that Lamego obtained patentable subject matter claimed in the '052, '670, '095, '750 and '671 Patents, and the '507 Application from, or jointly conceived such subject matter with, Masimo employees while Lamego was an employee of Cercacor, Cercacor would be a joint owner of the '052, '670, '095, '750 and '671 Patents, and the '507 Application.

Plaintiffs expect Apple will produce documents and other information that further confirms the named inventors obtained the claimed subject matter from discussions with, Lamego, who in turn obtained the contribution from Al-Ali, Diab and Weber.

Discovery in this matter has only recently begun, the Court has not

-19-

Exhibit 2
Page 40

entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory.   Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.   In particular, Plaintiffs expect they may provide additional information in accordance with the expert discovery deadlines set forth in the Court's scheduling order.

**INTERROGATORY NO. 6:**

For each alleged Trade Secret You contend Apple misappropriated, describe in detail how You allegedly developed such Trade Secret, including, without limitation, the circumstances under which You conceived of such Trade Secret, the identity of each Person involved in the conception, design, development, and/or use of such Trade Secret, and the nature and level of involvement of each such Person.

**RESPONSE TO INTERROGATORY NO. 6:**

Plaintiffs incorporate their General Statement and Objections.  Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity.  Plaintiffs further object to this interrogatory to the extent it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case.   Plaintiffs further object to this interrogatory as compound and contend that it should be counted as multiple interrogatories because it combines multiple requests for information into a single interrogatory.  Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs.  Plaintiffs further object to this interrogatory because it prematurely seeks information that would be relevant only to Plaintiffs' trade secret claims because the Court has stayed such discovery until Plaintiffs provide their 2019.210 statement.   Thus, Plaintiffs

-20-

Exhibit 2
Page 41

intend to supplement this interrogatory after a protective order has been entered in this case.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs have been developing extensive technology since before Lamego started working for Plaintiffs.  Marcelo Lamego was placed in an office with Diab for much of Lamego's tenure at Masimo.  Diab was tasked with teaching Lamego everything he could regarding Masimo technology, so Lamego could become an expert in every aspect of Masimo's technology. Lamego had unfettered access to Masimo's personnel, Masimo's information, and Masimo's documents, including technical documents and computer code. He attended brainstorming sessions at the highest levels and design reviews.  He was comprehensively exposed to Masimo's technology, as well as its business and marketing strategies and plans that were currently being executed and plans that were executed well into the future.

Eventually, once Lamego had been taught extensively by Diab and others, when Masimo Labs was spun off from Masimo, Lamego was made the Chief Technical Officer. Lamego was responsible for all design, development, and marketing, and was responsible for maintaining procedures to protect all confidential and proprietary information.  Lamego was exposed to trade secrets from all levels of the Plaintiffs' organizations, and was at Cercacor, the executive officer responsible to safeguarding all that information.

Michael O'Reilly joined Masimo on February 4, 2008 as its Executive Vice President of Medical Affairs and Chief Medical Officer.  He remained in that position until July 19, 2013, when he left Masimo.  O'Reilly was also involved in all executive staff meetings and many other meetings regarding Masimo products, strategy, and marketing.  He was also responsible for Masimo's data analysis and collection relationships with hospitals, as well as

-21-

Exhibit 2
Page 42

many interactions with regulatory agencies, and was taught Masimo's strategies for interacting with institutions with clinical data and regulatory agencies. He was also responsible for providing clinical input to the engineering teams at Masimo for development of medical products, and therefore interacted with the technical development teams on a regular basis. He was, in those roles, privy to Masimo's strategies, product plans, marketing plans, future technologies of interest, regulatory body strategies and contacts, hospital relationship strategies and contacts, the identities of key technologies and target technologies, products and markets at Masimo.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory. Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.

**INTERROGATORY NO. 7:**

For each alleged Trade Secret that You contend was misappropriated by Apple, describe all actions You have taken to safeguard the alleged Trade Secret's secrecy.

**RESPONSE TO INTERROGATORY NO. 7:**

Plaintiffs incorporate their General Statement and Objections. Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity. Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs. Plaintiffs further object to this interrogatory because it prematurely seeks information that would be relevant only to Plaintiffs' trade secret claims because the Court has stayed such discovery until Plaintiffs provide their 2019.210 statement. Thus, Plaintiffs

-22-

Exhibit 2
Page 43

intend to supplement this interrogatory and after a protective order has been entered in this case.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs made reasonable efforts under the circumstances to keep their confidential information from becoming generally known.   For example, Plaintiffs' efforts included marking documents confidential, instructing individuals with access to the information to treat it as confidential, restricting access to the information, and requiring individuals and companies to enter into confidentiality agreements with Plaintiffs in order to receive Plaintiffs' Confidential Information.

Plaintiffs have policies regarding labeling confidential information and documents as "CONFIDENTIAL AND PROPRIETARY." They also restrict these documents and information from disclosure to third parties and employees on a need-to-know basis. Plaintiffs also have policies in place regarding the use of computers and related equipment that govern how their computer systems may be used. Those policies also govern the protection of Plaintiffs' confidential information. Plaintiffs have document management systems that restrict access to confidential documents to only those employees with proper security credentials and a need for access. Plaintiffs also require employees to sign agreements precluding the employees from disclosing or making use of any confidential information except as authorized by Plaintiffs and as necessary for the performance of the employees' duties. Plaintiffs also require third parties, including customers, to execute confidential non-disclosure agreements. Plaintiffs implemented such policies and procedures to maintain the confidentiality of sensitive information.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any

-23-

Exhibit 2
Page 44

discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory. Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information. In particular, Plaintiffs expect they may provide additional information in accordance with the expert discovery deadlines set forth in the Court's scheduling order.

**INTERROGATORY NO. 8:**

For each alleged Trade Secret that You contend was misappropriated by Apple, state precisely when, if ever, the alleged Trade Secret was disclosed, accessed, or otherwise provided to Apple.

**RESPONSE TO INTERROGATORY NO. 8:**

Plaintiffs incorporate their General Statement and Objections. Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity. Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs. Plaintiffs further object to this interrogatory because it prematurely seeks information that would be relevant only to Plaintiffs' trade secret claims because the Court has stayed such discovery until Plaintiffs provide their 2019.210 statement. Thus, Plaintiffs intend to supplement this interrogatory after a protective order has been entered in this case.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Lamego joined Apple in 2014 and shared some of Plaintiffs' trade secrets with Apple. For example, Lamego disclosed or otherwise provided Plaintiffs' trade secrets to Apple in connection with preparing and filing some patent applications that later published after January 10, 2017. Plaintiffs expect Apple will produce documents and other information that establishes when and how

-24-

Exhibit 2
Page 45

1  Lamego disclosed or otherwise provided Plaintiffs' trade secrets to Apple while
2  he was an Apple employee.

3      The Apple patents and patents applications that contained Plaintiffs' trade
4  secrets, which published after January 10, 2017, indicate Lamego disclosed or
5  otherwise provided trade secrets in those applications at least to others involved
6  in preparing, reviewing, and filing those patents and applications.  It also
7  appears that Apple used Masimo and/or Cercacor's trade secrets in the Apple
8  Watch Series 4 and later devices.

9      Discovery in this matter has only recently begun, the Court has not
10 entered a Protective Order, Apple has not yet filed an Answer or provided any
11 discovery, and Plaintiffs are continuing to investigate the subject matter of this
12 interrogatory.  Plaintiffs reserve the right to amend and/or supplement this
13 interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil
14 Procedure as they identify additional information.  In particular, as discovery
15 continues, Plaintiffs expect to supplement this response to identify documents
16 that contain or otherwise reflect the trade secrets to which Lamego had access to
17 while employed by Plaintiffs.  Plaintiffs also expect they may provide additional
18 information in accordance with the expert discovery deadlines set forth in the
19 Court's scheduling order.

20 **INTERROGATORY NO. 9:**

21     For each date identified in response to Interrogatory No. 8, describe the
22 circumstances of the disclosure, including the recipients and the means of
23 disclosure.

24 **RESPONSE TO INTERROGATORY NO. 9:**

25     Plaintiffs incorporate their General Statement and Objections.  Plaintiffs
26 object to this interrogatory to the extent it seeks information protected by the
27 attorney-client privilege, work product doctrine, or any other applicable
28 privilege or immunity.  Plaintiffs further object that this interrogatory seeks

-25-

Exhibit 2
Page 46

1    highly confidential information belonging to Plaintiffs.  Plaintiffs further object

2    to this interrogatory because it prematurely seeks information that would be

3    relevant only to Plaintiffs' trade secret claims because the Court has stayed such

4    discovery until Plaintiffs provide their 2019.210 statement.  Plaintiffs further

5    object that this interrogatory seeks highly confidential information belonging to

6    Plaintiffs.  Plaintiffs intend to supplement this interrogatory after a protective

7    order has been entered in this case.

8         Subject to and without waiving the foregoing objections, Plaintiffs

9    respond as follows:

10        Plaintiffs incorporate their response to Interrogatory No. 8, including any

11   supplements, in full by reference.

12        Discovery in this matter has only recently begun, the Court has not

13   entered a Protective Order, Apple has not yet filed an Answer or provided any

14   discovery, and Plaintiffs are continuing to investigate the subject matter of this

15   interrogatory.  Plaintiffs reserve the right to amend and/or supplement this

16   interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil

17   Procedure as they identify additional information.  In particular, Plaintiffs

18   expect they may provide additional information in accordance with the expert

19   discovery deadlines set forth in the Court's scheduling order.

20   **<u>INTERROGATORY NO. 10:</u>**

21        For each alleged Trade Secret that You contend was misappropriated by

22   Apple, state precisely how You contend that Apple acquired, has used, is using,

23   plans to use, has disclosed, is disclosing, and/or plans to disclose, the alleged

24   Trade Secret. To the extent Your response for any alleged Trade Secret(s) is that

25   Apple has used, is using, or plans to use the alleged Trade Secret in an Apple

26   product (e.g., the Accused Products), identify and describe how each such

27   product in fact incorporates or uses the Trade Secret(s).

28

-26-

Exhibit 2
Page 47

**RESPONSE TO INTERROGATORY NO. 10:**

Plaintiffs incorporate their General Statement and Objections.  Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity.  Plaintiffs further object to this interrogatory to the extent it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case.  Plaintiffs further object to this interrogatory as compound and contend that it should be counted as multiple interrogatories because it combines multiple requests for information into a single interrogatory.  Plaintiffs further object to this interrogatory because it prematurely seeks information that would be relevant only to Plaintiffs' trade secret claims because the Court has stayed such discovery until Plaintiffs provide their 2019.210 statement.  Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs.  Plaintiffs intend to supplement this interrogatory after a protective order has been entered in this case.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs incorporate their response to Interrogatory No. 8, including any supplements, in full by reference.

Documents and information regarding Apple's "plans to use" and "plans to disclose" Plaintiffs' trade secrets are likely in the exclusive possession, custody or control of Apple.  Plaintiffs expect Apple will produce documents and other information regarding Apple's past, present, and planned future misappropriation of Plaintiffs' trade secrets.  However, Apple has refused to even identify additional patent applications that may have been filed but not yet published, which could disclose additional Masimo trade secrets.

-27-

Exhibit 2
Page 48

1  Discovery in this matter has only recently begun, the Court has not

2  entered a Protective Order, Apple has not yet filed an Answer or provided any

3  discovery, and Plaintiffs are continuing to investigate the subject matter of this

4  interrogatory.   Plaintiffs reserve the right to amend and/or supplement this

5  interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil

6  Procedure as they identify additional information.   In particular, Plaintiffs

7  expect they may provide additional information in accordance with the expert

8  discovery deadlines set forth in the Court's scheduling order.

9  **INTERROGATORY NO. 11:**

10  For each alleged Trade Secret that You contend was misappropriated by

11  Apple, identify all individuals, whether Your employees or independent

12  contractors or consultants, who at any time had access to the Trade Secret,

13  including the period of time over which the individuals had such access.

14  **RESPONSE TO INTERROGATORY NO. 11:**

15  Plaintiffs incorporate their General Statement and Objections.  Plaintiffs

16  object to this interrogatory to the extent it seeks information protected by the

17  attorney-client privilege, work product doctrine, or any other applicable

18  privilege or immunity.  Plaintiffs further object to this interrogatory to the extent

19  it seeks information that is not relevant to any party's claims or defenses nor

20  proportional to the needs of the case.   Plaintiffs further object to this

21  interrogatory because it prematurely seeks information that would be relevant

22  only to Plaintiffs' trade secret claims because the Court has stayed such

23  discovery until Plaintiffs provide their 2019.210 statement.  Plaintiffs further

24  object that this interrogatory seeks highly confidential information belonging to

25  Plaintiffs.  Plaintiffs intend to supplement this interrogatory after a protective

26  order has been entered in this case.

27  Subject to and without waiving the foregoing objections, Plaintiffs

28  respond as follows:

-28-

Exhibit 2
Page 49

Plaintiffs incorporate their response to Interrogatory Nos. 7-10, including any supplements, in full by reference.  At least the following individuals had access to some aspects of Plaintiffs' trade secrets: Joe Kiani, Mohammed Diab, Ammar Al-Ali, Walter Weber, Bilal Muhsin, Kevin Pauley, Marcelo Lamego, Michael O'Reilly, and some prior employees of Plaintiffs who are or were employed by Apple after leaving Plaintiffs.  All such individuals were and have a duty to maintain the information as secret.

Plaintiffs further respond that Plaintiffs' trade secrets need only have been the subject of efforts that are reasonable under the circumstances to maintain their secrecy.  Plaintiffs' policies and practices were more than sufficient to establish that Plaintiffs' trade secrets were the subject of efforts that were reasonable under the circumstances to maintain their secrecy.  Compiling information regarding every example of how Plaintiffs' policies were implemented is neither relevant nor proportional to the needs of this case. Plaintiffs expect Apple will produce documents and other information that establishes the individuals employed by Apple to whom Lamego disclosed or otherwise provided Plaintiffs' trade secrets while he was an Apple employee. The Apple patents and patent applications that contained Plaintiffs' trade secrets, which published after January 10, 2017, indicate Lamego disclosed or otherwise provided trade secrets in those applications to at least the other named inventors of those patents and applications.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory.  Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.  In particular, Plaintiffs expect they may provide additional information in accordance with the expert

-29-

Exhibit 2
Page 50

1   discovery deadlines set forth in the Court's scheduling order.

2   **INTERROGATORY NO. 12:**

3       Identify all third parties to whom Your alleged Trade Secrets have ever

4   been disclosed, including the circumstances under which each alleged Trade

5   Secret was disclosed to them.

6   **RESPONSE TO INTERROGATORY NO. 12:**

7       Plaintiffs incorporate their General Statement and Objections.  Plaintiffs

8   object to this interrogatory to the extent it seeks information protected by the

9   attorney-client privilege, work product doctrine, or any other applicable

10   privilege or immunity.  Plaintiffs further object to this interrogatory to the extent

11   it seeks information that is not relevant to any party's claims or defenses nor

12   proportional to the needs of the case.  Plaintiffs further object to this

13   interrogatory because it prematurely seeks information that would be relevant

14   only to Plaintiffs' trade secret claims because the Court has stayed such

15   discovery until Plaintiffs provide their 2019.210 statement.  Plaintiffs further

16   object that this interrogatory seeks highly confidential information belonging to

17   Plaintiffs.  Plaintiffs intend to supplement this interrogatory after a protective

18   order has been entered in this case.

19       Subject to and without waiving the foregoing objections, Plaintiffs

20   respond as follows:

21       Plaintiffs incorporate their response to Interrogatory Nos. 7-11, including

22   any supplements, in full by reference.  Other than as a result of the wrongdoing

23   of Apple and Lamego, Plaintiffs are not currently aware of any third parties that

24   have had access to Plaintiffs' asserted trade secrets, or who could identify what

25   has been disclosed, is a Masimo trade secret.  To the extent Plaintiffs disclosed

26   any of the alleged trade secrets to others, Plaintiffs standard practice and

27   procedure was to disclose the information only if the third party had a duty to

28   maintain the information as secret, for example, as a result of a non-disclosure

-30-

Exhibit 2
Page 51

1  or other confidentiality agreement.

2      Discovery in this matter has only recently begun, the Court has not

3  entered a Protective Order, Apple has not yet filed an Answer or provided any

4  discovery, and Plaintiffs are continuing to investigate the subject matter of this

5  interrogatory.   Plaintiffs reserve the right to amend and/or supplement this

6  interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil

7  Procedure as they identify additional information.   In particular, Plaintiffs

8  expect they may provide additional information in accordance with the expert

9  discovery deadlines set forth in the Court's scheduling order.

10 **INTERROGATORY NO. 13:**

11      For each alleged Trade Secret that You contend was misappropriated by

12 Apple, identify and describe in detail how You were harmed by the alleged

13 misappropriation.

14 **RESPONSE TO INTERROGATORY NO. 13:**

15      Plaintiffs incorporate their General Statement and Objections.  Plaintiffs

16 object to this interrogatory to the extent it seeks information protected by the

17 attorney-client privilege, work product doctrine, or any other applicable

18 privilege or immunity.  Plaintiffs object to this interrogatory on the grounds that

19 it is a contention interrogatory propounded at an early stage of the proceedings

20 when Plaintiffs have not yet had an opportunity to conduct meaningful

21 discovery. *See McCormick-Morgan, Inc. v. Teledyne Indus., Inc.*, 134 F.R.D.

22 275, 287 (N.D. Cal. 1991) (contention interrogatories in complex patent action

23 properly answered at the close of substantive discovery); *see also In re

24 Convergent Techs. Securities Litigation*, 108 F.R.D. 328 (N.D. Cal. 1985).

25 Plaintiffs further object to this request as premature to the extent that it calls for

26 expert opinions in advance of the deadlines set forth in the Court's scheduling

27 order.  Plaintiffs further object to this interrogatory because it prematurely seeks

28 information that would be relevant only to Plaintiffs' trade secret claims because

-31-

Exhibit 2
Page 52

the Court has stayed such discovery until Plaintiffs provide their 2019.210 statement.   Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs.  Plaintiffs intend to supplement this interrogatory after a protective order has been entered in this case.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs' trade secrets derive actual and potential independent economic value from not being generally known and giving Plaintiffs an actual and potential business advantage over others who do not know the information and who could obtain economic value from its disclosure or use.  Apple's misappropriation has deprived Plaintiffs of that actual and potential value.  By wrongfully obtaining access to and using Plaintiffs' trade secrets, Apple deprived Plaintiffs of the business advantage Plaintiffs have over others, as well as misappropriated to Apple a business advantage over others that should exclusively belong to Plaintiffs.

Apple has improperly and unjustly benefitted from its misappropriation through head start, avoided development costs, increased sales, increased convoyed sales, increased revenue, increased brand and product recognition, and avoided licensing fees.

The harm Plaintiffs have suffered from Apple's trade secret misappropriation includes: Apple's disclosure of Plaintiffs' trade secrets in some of Apple's patents and patent applications, which published after January 10, 2017; Apple's use of Plaintiffs' trade secrets to file those patents and patent applications; Apple's use of Plaintiffs' trade secrets to obtain those patents and patent applications and cast a cloud on Plaintiffs' ongoing ability to continue to exploit their trade secrets; Plaintiffs' having to compete against products that were developed using and which incorporate Plaintiffs' trade secrets; Plaintiffs' having to compete against products that were developed as a result of the head

-32-

Exhibit 2
Page 53

1  start Plaintiffs' trade secrets provided; Plaintiffs' lost sales, lost convoyed sales,
2  and other lost revenue; Plaintiffs' lost licensing revenue; Plaintiffs' lost research
3  and collaboration opportunities; and Plaintiffs' lost investment value and lost
4  business value.

5       Discovery in this matter has only recently begun, the Court has not
6  entered a Protective Order, Apple has not yet filed an Answer or provided any
7  discovery, and Plaintiffs are continuing to investigate the subject matter of this
8  interrogatory.   Plaintiffs reserve the right to amend and/or supplement this
9  interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil
10  Procedure as they identify additional information.   In particular, Plaintiffs
11  expect they may provide additional information in accordance with the expert
12  discovery deadlines set forth in the Court's scheduling order.

13  **INTERROGATORY NO. 14:**

14       Identify and describe in detail any assessments and/or valuations of the
15  Asserted Patents and/or any Related Patents and Applications, performed by
16  You or for You, in Your possession, or of which You have knowledge,
17  including, without limitation, any assessments and/or valuations performed in
18  connection with any acquisition of, licensing of, or transfer of any rights in the
19  Asserted Patents and/or any Related Patents and Applications, any consideration
20  paid for or pricing associated with the acquisition of, licensing of, or transfer of
21  any rights in the Asserted Patents and/or any Related Patents and Applications,
22  or any assessments and/or valuations performed or discussed concerning any
23  products involving the Asserted Technologies, whether such products are Yours
24  or those of third parties, including, without limitation, identifying and
25  describing in detail all Documents and Communications relating to such
26  assessments and/or valuations and identifying the three (3) Persons most
27  knowledgeable about any such assessments and/or valuations.

28

-33-

Exhibit 2
Page 54

**RESPONSE TO INTERROGATORY NO. 14:**

Plaintiffs incorporate their General Statement and Objections.  Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity.  Plaintiffs further object to this interrogatory to the extent it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case.   Plaintiffs further object to this interrogatory as compound and contend that it should be counted as multiple interrogatories because it combines multiple requests for information into a single interrogatory.  Plaintiffs further object that this interrogatory is vague and ambiguous because it is unclear what Apple means by the phrases "consideration paid for or pricing associated with the acquisition of, licensing of, or transfer of any rights" in certain patents, and "assessments and/or valuations performed or discussed concerning any products involving" certain technologies.   Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs are not presently aware of any non-privileged assessments or valuations of the patents Plaintiffs are asserting against Apple in this litigation.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory.  Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.

**INTERROGATORY NO. 15:**

State whether any assessment, investigation, or prior art search

-34-

Exhibit 2
Page 55

1  concerning the validity, invalidity, enforceability, or unenforceability of the

2  Asserted Patents, their foreign counterparts, and/or any Related Patents and

3  Applications has been performed by You or for You, is in Your possession, or

4  of which You have knowledge, and identify and describe in detail all

5  Documents and Communications, including without limitation, Prior Art, ever

6  known or identified by or to You, the named inventors of any of the Asserted

7  Patents, or any Person substantively involved in the prosecution of any of the

8  Asserted Patents, their foreign counterparts, and/or any Related Patents and

9  Applications (including any attorney or patent agent having such involvement),

10  as being relevant to or evidence of the validity, invalidity, enforceability, or

11  unenforceability of any of the Asserted Patents, their foreign counterparts, any

12  Related Patents and Applications, or any other patent listing one or more named

13  inventors on the cover as an inventor, including English language translations

14  thereof, including any invalidity contentions served on You in any other actions

15  or proceedings involving the any of the Asserted Patents, their foreign

16  counterparts, and/or any Related Patents and Applications before any tribunal or

17  agency, including, without limitation, in *Masimo et al. v. True Wearables, Inc.*

18  *et al.*, Civil Action No. 8:18-CV-02001 (C.D. Cal.), commenced November 8,

19  2018.

20  **RESPONSE TO INTERROGATORY NO. 15:**

21       Plaintiffs incorporate their General Statement and Objections.  Plaintiffs

22  object to this interrogatory to the extent it seeks information protected by the

23  attorney-client privilege, work product doctrine, or any other applicable

24  privilege or immunity.  Plaintiffs further object to this interrogatory to the extent

25  it seeks information that is not relevant to any party's claims or defenses nor

26  proportional to the needs of the case.   Plaintiffs further object to this

27  interrogatory as compound and contend that it should be counted as multiple

28  interrogatories because it combines multiple requests for information into a

-35-

Exhibit 2
Page 56

single interrogatory.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Each individual associated with the filing and prosecution of the patents Plaintiffs are asserting against Apple in this litigation disclosed to the Patent Office all information known to that individual to be material to patentability. That information is set forth in the prosecution file history of each patent and is believed to be set forth on the face of each patent.  Pursuant to Fed. R. Civ. P. 33(d), Plaintiffs will produce any additional references alleged to be prior art to the patents Plaintiffs are asserting against Apple in this litigation, and any invalidity contentions regarding the patents Plaintiffs are asserting against Apple in this litigation, that were produced in prior litigation.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory.   Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.

**INTERROGATORY NO. 16:**

State all facts and identify and describe in detail all Documents supporting any contention by You that the Asserted Technologies are the basis for, contribute to, or drive consumer demand for any product which Plaintiffs allege competes with the Accused Products.

**RESPONSE TO INTERROGATORY NO. 16:**

Plaintiffs incorporate their General Statement and Objections.  Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity.  Plaintiffs further object to this interrogatory to the extent

-36-

Exhibit 2
Page 57

it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case.  Plaintiffs object to this interrogatory on the grounds that it is a contention interrogatory propounded at an early stage of the proceedings when Plaintiffs have not yet had an opportunity to conduct meaningful discovery.  *See McCormick-Morgan, Inc. v. Teledyne Indus., Inc.*, 134 F.R.D. 275, 287 (N.D. Cal. 1991) (contention interrogatories in complex patent action properly answered at the close of substantive discovery); *see also In re Convergent Techs. Securities Litigation*, 108 F.R.D. 328 (N.D. Cal. 1985).  Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs.  Plaintiffs further object to this interrogatory as premature to the extent it calls for expert opinions in advance of the deadlines set forth in the Court's scheduling order.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Masimo's monitoring products practice U.S. Patent Nos. 8,457,703 and 10,433,776.

Plaintiffs' investigation into this issue continues.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory.  Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.  In particular, Plaintiffs expect they may provide additional information in accordance with the expert discovery deadlines set forth in the Court's scheduling order.

**INTERROGATORY NO. 17:**

State in detail all factual and legal bases for Your contention that You are entitled to any relief in this case, including but not limited to, monetary damages

1  and injunctive relief, including, without limitation, identifying and describing in

2  detail all Documents and Communications relating to such contention and

3  identifying all individuals having information about such contention.

4  **RESPONSE TO INTERROGATORY NO. 17:**

5       Plaintiffs incorporate their General Statement and Objections.  Plaintiffs

6  object to this interrogatory to the extent it seeks information protected by the

7  attorney-client privilege, work product doctrine, or any other applicable

8  privilege or immunity.  Plaintiffs further object to this interrogatory to the extent

9  it seeks information that is not relevant to any party's claims or defenses nor

10  proportional to the needs of the case.   Plaintiffs further object to this

11  interrogatory as compound and contend that it should be counted as multiple

12  interrogatories because it combines multiple requests for information into a

13  single interrogatory.  Plaintiffs object to this interrogatory on the grounds that it

14  is a contention interrogatory propounded at an early stage of the proceedings

15  when Plaintiffs have not yet had an opportunity to conduct meaningful

16  discovery.  *See McCormick-Morgan, Inc. v. Teledyne Indus., Inc.*, 134 F.R.D.

17  275, 287 (N.D. Cal. 1991) (contention interrogatories in complex patent action

18  properly answered at the close of substantive discovery); *see also In re*

19  *Convergent Techs. Securities Litigation*, 108 F.R.D. 328 (N.D. Cal. 1985).

20  Plaintiffs further object that this interrogatory seeks highly confidential

21  information belonging to Plaintiffs.  Plaintiffs further object to this interrogatory

22  as premature to the extent it calls for expert opinions in advance of the deadlines

23  set forth in the Court's scheduling order.

24       Subject to and without waiving the foregoing objections, Plaintiffs

25  respond as follows:

26       Plaintiffs seek restitution, disgorgement, lost profits, price erosion, and/or

27  reasonable royalties, compensatory damages, punitive damages, and/or

28  exemplary damages.  Plaintiffs also seek their reasonable attorneys' fees, costs,

-38-

Exhibit 2
Page 59

and interest.   Plaintiffs are also seeking equitable relief in the form of an injunction against further misappropriation and infringement.

Plaintiffs are entitled to compensatory damages for their actual loss from Apple's trade secret misappropriation.   Plaintiffs suffered lost profits, loss of investment value of the trade secrets, and loss of business value.

Plaintiffs are also entitled to compensatory damages based on Apple's unjust enrichment.   Apple generated profits due to the use of Plaintiffs' trade secrets.   Apple filed some patent applications and obtained patents, which published after January 10, 2017, due to the use and disclosure of some of Plaintiffs' trade secrets.   Apple also unjustly benefited from the saved cost of development and a head start period based on Apple's misappropriation of Plaintiffs' trade secrets.

Masimo lost sales and would have sold additional products but for Apple's trade secret misappropriation and sales of infringing products.   *See generally Rite-Hite Corp. v. Kelley Co., Inc.*, 56 F.3d 1538 (Fed. Cir. 1995) (*en banc*).   Masimo also made sales at lower prices than Masimo would have but for Apple's trade secret misappropriation and sales of infringing products.   The pulse oximetry sensors, cables, and other accessories that Masimo would have sold over the life of the Masimo monitor products that it would have sold are convoyed sales in that they function together to achieve the desired result, and are considered components of a single assembly or parts of a complete machine, and Masimo would have made sales of these components over the life Masimo's monitor products.   *See generally Juicy Whip, Inc. v. Orange Bang, Inc. 382 F.3d 1367* (Fed. Cir. 2004).

Plaintiffs are not aware of any acceptable and available non-infringing alternatives.   To the extent any acceptable and available non-infringing alternatives existed, Masimo would still be entitled to lost profits based on Masimo's share of the market.   *See State Industries, Inc. v. Mor-Flo Industries,*

-39-

Exhibit 2
Page 60

*Inc.*, 883 F.2d 1573 (Fed. Cir. 1989).   Masimo had the manufacturing and marketing capability to make additional sales because Masimo could easily have met the market demand.   Plaintiffs' claim for lost profits set forth above is based generally on 35 U.S.C. § 284; *Rite-Hite Corp.*; *Panduit Corp. v. Stahlin Bros. Fibre Works, Inc.*, 575 F.2d 1152 (6th Cir. 1978) and its progeny.

In the alternative, Plaintiffs would be entitled to damages in an amount not less than a reasonable royalty for Apple's use and disclosure of Plaintiffs' trade secrets and for Apple's sales of infringing products.   *See* 35 U.S.C. § 284. Plaintiffs have not yet determined what a reasonable royalty rate would have been.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory.   Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.   In particular, Plaintiffs expect they may provide additional information in accordance with the expert discovery deadlines set forth in the Court's scheduling order.


KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: May 14, 2020          By: */s/*  Perry D. Oldham
                                   Joseph R. Re
                                   Stephen C. Jensen
                                   Perry D. Oldham
                                   Stephen W. Larson

                                   Attorneys for Plaintiffs,
                                   Masimo Corporation and
                                   Cercacor Laboratories, Inc.

-40-

Exhibit 2
Page 61

## **PROOF OF SERVICE**

I am a citizen of the United States of America and I am employed in Irvine, California.  I am over the age of 18 and not a party to the within action.

On May 14, 2020, I served the within **PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S RESPONSES TO APPLE'S FIRST SET OF INTERROGATORIES (NOS. 1-17)** on the parties or their counsel shown at the email addresses shown below:

GIBSON, DUNN & CRUTCHER LLP

Joshua H. Lerner
JLerner@gibsondunn.com

H. Mark Lyon,
MLyon@gibsondunn.com

Brian M. Buroker
BBuroker@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on May 14, 2020, at Irvine, California.

     /s/   Perry D. Oldham
Perry D. Oldham

32648803

-41-

Exhibit 2
Page 62

# Exhibit 3

Exhibit 3
Page 63

May 26, 2020


VIA E-MAIL

Perry Oldham
Knobbe, Martens, Olen & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Perry.Oldham@Knobbe.com

Re:     *Masimo v. Apple* – Plaintiffs' Responses to Apple's First Set of Interrogatories

Dear Perry:

I write pursuant to Local Rule 37-1 regarding several deficiencies in Plaintiffs' Responses to Apple's First Set of Interrogatories (the "Interrogatories"). Please note that Apple's review of Plaintiffs' Responses to the Interrogatories is ongoing, and the issues discussed below are not exhaustive. Apple reserves the right to raise additional issues with respect to Plaintiffs' Responses to the Interrogatories in the future.

***Interrogatory No. 1:*** Interrogatory No. 1 requests that Plaintiffs "[i]dentify by name and title at least five people at Masimo and at least five people at Cercacor having the most knowledge about or responsibility for Masimo's products and Cercacor's products." In response, Plaintiffs objected to the Interrogatory as "vague, ambiguous, or unintelligible, particularly to the extent it purports to ask Plaintiffs to identify at least five persons 'having the most knowledge about or responsibility for' a variety of topics." Plaintiffs' professed confusion about how they could identify who might have the "most" knowledge of or responsibility for a topic is at the very least disingenuous given that Plaintiffs' Interrogatory No. 1 to Apple requests that Apple likewise identify individuals "who are most knowledgeable" about a range of topics. Surely Plaintiffs believe it is possible to answer Apple's Interrogatory No. 1, or else their mirror-image Interrogatory to Apple was not propounded in good faith. Plaintiffs identified seven individuals who "may have knowledge about one or more of the cited topics," but did not include those individuals' titles or identify whether they worked for Masimo or Cercacor. Please confirm that Plaintiffs will amend their response to Interrogatory No. 1 to include the requested information and to identify for each individual the responsive products for which the individual has knowledge or responsibility.

Exhibit 3
Page 64

***Interrogatory No. 2:***  Interrogatory No. 2 requests that Plaintiffs "[s]eparately for each Asserted Claim of each Asserted Patent that Plaintiffs contend Apple has infringed or is infringing, describe in detail all facts relevant to the alleged priority date for that claim." Plaintiffs presently refuse to answer this Interrogatory on the grounds that "[e]ach asserted patent is entitled to a presumption of validity" and Apple is not due to disclose any invalidity contentions until September 7, 2020.  Plaintiffs' refusal to answer is improper.  Inventorship, conception, diligence, reduction to practice, and priority date is all information Plaintiffs should provide regardless of Apple's invalidity theories.  Apple is entitled to know the earliest priority date Plaintiffs are asserting.  Apple needs to know this information to prepare its invalidity contentions.  Please confirm that Plaintiffs will amend their response to Interrogatory No. 2 to include the requested information.

***Interrogatory No. 5:***  Interrogatory No. 5 requests that Plaintiffs, "[f]or each of the Apple Patents and for each of the Apple Applications, identify in detail all facts relating to Plaintiffs' contention that any subject matter of such Apple Patent and/or Apple Application was developed by Marcelo Lamego while working for Plaintiffs and/or was otherwise developed at Masimo, Cercacor, or Plaintiffs."  In response, Plaintiffs provide a laundry list of claim elements that appear in one of the Apple Patents, and assert, in conclusory fashion, that Marcelo Lamego must have gotten the information from Masimo or Cercacor.  The response is based on speculation and insinuation and short on facts.  Please confirm that Plaintiffs will amend their response to Interrogatory No. 5 to identify what facts they have to support Plaintiffs' contentions and the specific elements Lamego allegedly obtained from Plaintiffs.

***Interrogatory Nos. 6-13:***  Plaintiffs responded to all of Apple's Interrogatories concerning Plaintiffs' alleged Trade Secrets by stating that the Interrogatories are "premature" because they "seek[] information that would be relevant only to Plaintiffs' trade secret claims because the Court has stayed such discovery until Plaintiffs provide their 2019.210 statement." Plaintiffs also asserted that "[m]aintaining such interrogatories is a violation of the Court's April 17, 2020, order."  At this point, Plaintiffs' objections are made in bad faith.  At the very least, they are nonsensical.  As I previously explained in my May 11 letter to you, Section 2019.210 pertains only to the commencement of discovery by the party alleging misappropriation.  *See* Cal. Civ. Code Proc. § 2019.210 ("before commencing discovery relating to the trade secret, *the party alleging misappropriation* shall identify the trade secret with reasonable particularity") (emphasis added).  Accordingly, while Plaintiffs' trade secret discovery to Apple has been stayed, Apple's discovery regarding Plaintiffs' trade secret allegations has not.  Plaintiffs' refusal to provide detailed information about its alleged trade secrets in response to Apple's Interrogatories only perpetuates the problem and the need for a stay of Plaintiffs' trade secret discovery to Apple.  Indeed, the information Plaintiffs provided in their responses to Interrogatories Nos. 6-13 is so high level as to be meaningless:

Exhibit 3
Page 65

It does not enable Apple to even begin to evaluate its defenses against the trade secret claim.
Please confirm that Plaintiffs will amend their responses to Interrogatory Nos. 6 through 13
to provide the requested information with respect to each of Plaintiffs' alleged trade secrets.
Consistent with Apple's agreement to limit the scope of RFP No. 69, Apple agrees to limit
Interrogatory No. 6 so as not to request that Plaintiffs identify "the nature and level of
involvement of each such Person."

With respect to the foregoing Interrogatories, we are at an impasse.  The same issue arose
with respect to Apple's trade secret-related RFPs, and Plaintiffs refused to budge for the
same reasons Plaintiffs set forth in response to Apple's trade secret-related Interrogatories.
Please let us know immediately if you disagree and instead intend to provide information
responsive to each of these Interrogatories in short order.  If Plaintiffs are maintaining their
position that there is a stay in place preventing Apple's discovery of this trade secret-related
information from Plaintiffs, as Plaintiffs did with respect to Apple's trade secret-related
RFPs, there is no reason to drag this out (other than intentional delay on Plaintiffs' part).

***Interrogatory No. 14:***  Interrogatory No. 14 requests that Plaintiffs "[i]dentify and describe
in detail any assessments and/or valuations of the Asserted Patents and/or any Related
Patents and Applications."  In response, Plaintiffs stated that they "are not presently aware of
any non-privileged assessments or valuations of the patents Plaintiffs are asserting against
Apple in this litigation."  Please confirm that Plaintiffs will amend their response to
Interrogatory No. 14 to identify whether they are withholding any identification of valuations
(as distinct from assessments) of the Asserted Patents on the grounds of privilege, and, if so,
to state their purported basis for asserting privilege over such valuations.

***Interrogatory No. 16:***  Interrogatory No. 16 requests that Plaintiffs "[s]tate all facts and
identify and describe in detail all Documents supporting any contention by You that the
Asserted Technologies are the basis for, contribute to, or drive consumer demand for any
product which Plaintiffs allege competes with the Accused Products."  Plaintiffs stated only
that "Masimo's monitoring products practice U.S. Patent Nos. 8,457,703 and 10,433,776."
Even though it is early in the case, this response is plainly insufficient given the number of
monitoring products Plaintiffs make.  Please confirm that Plaintiffs will amend their response
to Interrogatory No. 16 to identify which of Plaintiffs' monitoring products practice which
patents and explain whether and how the patented features drive demand, if at all, for those
products.

***Interrogatory No. 17:***  Interrogatory No. 17 requests that Plaintiffs "[s]tate in detail all
factual and legal bases for Your contention that You are entitled to any relief in this case,
including but not limited to, monetary damages and injunctive relief."  Plaintiffs' response
identifies the legal bases for Plaintiffs' contentions, but provides few facts.  Please confirm

Exhibit 3
Page 66

that Plaintiffs will amend their response to Interrogatory No. 17 to identify the products for which they allegedly lost sales and the products for which they allegedly had to reduce their pricing, to support Plaintiffs' price erosion theory.  In addition, please confirm that Plaintiffs will amend their response to Interrogatory No. 17 to provide the factual basis for each of the alleged categories of trade secret damages.  Finally, Plaintiffs stated that, "[t]o the extent any acceptable and available non-infringing alternatives existed, Masimo would still be entitled to lost profits based on Masimo's share of the market."  Please confirm that Plaintiffs will amend their response to Interrogatory No. 17 to identify what they consider "the market" to be.

*     *     *

Apple is available to meet and confer about these issues this week.  Please confirm as soon as possible whether Plaintiffs are available for a telephonic meet and confer on Thursday, May 28 between 10 am and 1 pm or 2:30 and 4:30 pm, or on Friday, May 29 between 1 and 4:30 pm.  If not, please provide alternative options.

Sincerely,

Ilissa Samplin

cc:  all counsel of record (via e-mail)

Exhibit 3
Page 67

# Exhibit 4

Exhibit 4
Page 68

June 6, 2020

VIA E-MAIL

Mark Kachner
Knobbe, Martens, Olson & Bear, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Mark.Kachner@knobbe.com

Re:   *Masimo Corp. and Cercacor Laboratories, Inc. v. Apple Inc.*, Case No. 8:20-cv-00048-JVS (JDEx) (C.D. Cal.)

Dear Mark:

I write as a follow-up to the parties' meet and confer call on June 3, 2020 about Apple's May 26, 2020 letter regarding Plaintiffs' Responses to Apple's First Set of Interrogatories (1-17). During the meet and confer, Apple raised certain issues Plaintiffs agreed to consider and revisit.  This letter confirms our discussions.

**Apple's Interrogatory No. 1:**  First, Apple questioned Plaintiffs' objection that the Interrogatory is "vague, ambiguous, or unintelligible."  Plaintiffs confirmed that they were not withholding information based on that objection.  Second, Apple explained that Plaintiffs' response did not sufficiently provide the information sought by the Interrogatory because it did not identify titles for the individuals that were identified and it was not clear which individuals were being identified as knowledgeable about Masimo's products versus Cercacor's products.  Plaintiffs responded that they would amend their response and provide titles and an identification of the subject area about which each identified individual is knowledgeable.  Apple will further assess Plaintiffs' response once the amended response is provided.

**Apple's Interrogatory No. 2:**  Apple indicated that this Interrogatory seeks information necessary for Apple to assess Plaintiffs' inventorship and priority claims, and that Plaintiffs' refusal to provide the information prejudices Apple's ability to prepare its invalidity contentions and otherwise prepare its defenses in this case.  Plaintiffs responded that they are willing to provide the earliest priority date for each claim of the Asserted Patents in Plaintiffs' First Amended Complaint and will report back to Apple as to whether they are willing to provide the remainder of the information sought by the Interrogatory.  Plaintiffs

Exhibit 4
Page 69

also confirmed that they would amend their response to this Interrogatory shortly after serving their Infringement Contentions so that Apple has sufficient time to consider Plaintiffs' response before preparing its invalidity contentions.

**Apple's Interrogatory No. 5:**  Plaintiffs agreed to supplement their response to this Interrogatory after entry of a Protective Order.  Apple will further assess Plaintiffs' response once the amended response is provided.

**Apple's Interrogatory Nos. 6-13:**  Plaintiffs confirmed that they will provide the information sought by these Interrogatories after entry of a Protective Order, and that they are not withholding information responsive to these Interrogatories based on their bilateral interpretation of the stay imposed by Judge Selna (Dkt. 37).  Likewise, Plaintiffs confirmed that the absence of a Protective Order is the only reason they have yet to respond to these Interrogatories in full.  Apple again asked Plaintiffs to provide a timeline for how long after entry of a Protective Order Plaintiffs will provide the trade secret-related information they have been withholding—including amended responses to these Interrogatories, a Section 2019.210 statement, and documents.  Plaintiffs were unable to provide a specific timeline during the call, but agreed to discuss internally and revert to Apple with the information requested.  Please provide this information as soon as possible.

Plaintiffs further confirmed that when they amend their responses to these Interrogatories, they will do so with specificity for each purported trade secret they allege has been misappropriated.  Apple will further assess the sufficiency of Plaintiffs' responses at that time.

With respect to **Apple's Interrogatory No. 11** in particular, Apple asked for clarification about the "[a]t least the following individuals had access" language.  Plaintiffs responded that this language was used for two reasons:  (1) because Plaintiffs may learn about additional responsive individuals during the discovery process, and (2) because Plaintiffs are withholding certain responsive information pending entry of a Protective Order.  With respect to (2), Apple explained that the identities of the individuals sought by this Interrogatory is not confidential information that would be impacted by a Protective Order.  Plaintiffs agreed to look into this further, and to amend to provide any additional information they are currently aware of but are withholding—or otherwise provide authority for continuing to withhold known, responsive information pending entry of a Protective Order.  We look forward to receiving Plaintiffs' response.

With respect to **Apple's Interrogatory No. 12**, Apple inquired about the following language in Plaintiffs' response:  "Plaintiffs expect they may provide additional information in accordance with the expert discovery deadlines set forth in the Court's scheduling order."  Apple requested that Plaintiffs explain how expert discovery could possibly provide the

Exhibit 4
Page 70

information sought by Interrogatory No. 12, namely the identities of "all third parties to whom Your alleged Trade Secrets have ever been disclosed." Plaintiffs did not have a response to Apple's question during the meet and confer, and agreed to reconsider their response accordingly. We look forward to Plaintiffs' response.

**Apple's Interrogatory No. 14:** Apple asked Plaintiffs to confirm that they were not withholding any assessments or evaluations on the grounds of privilege. Plaintiffs stated that they were not aware of any such information being withheld and that if there were, they would be logged on the privilege log. I can confirm that this is acceptable to Apple.

Apple further asked whether Plaintiffs were refusing to provide information regarding any valuations or assessments of patents/applications related to the Asserted Patents. Plaintiffs confirmed that they were not willing to provide such information, as it is their position that such information is not relevant. Apple disagrees with Plaintiffs' position; indeed, valuations or assessments of related patents/applications are highly relevant to the value of the Asserted Patents. Please let us know if you are willing to reconsider your position on this Interrogatory, or if the parties are at an impasse.

**Apple's Interrogatory No. 16:** Apple indicated that Plaintiffs' response to this Interrogatory was insufficient because it does not indicate what products allegedly practice the '703 and '776 Patents or explain how the patented features allegedly drive demand for those products. Apple explained that such information was relevant to Plaintiffs' damages theories; indeed, Plaintiffs' refusal to provide such information prejudices Apple's ability to prepare its damages case. Plaintiffs agreed to supplement their response to specifically identify the products and agreed to provide the remainder of the information sought by the Interrogatory after entry of a Protective Order. Apple will further assess Plaintiffs' response once the amended response is provided.

**Apple's Interrogatory No. 17:** Plaintiffs agreed to supplement their response to this Interrogatory after entry of a Protective Order. Apple will further assess Plaintiffs' amended response on receipt.

*      *      *

We look forward to receiving Plaintiffs' amended Interrogatory responses, as discussed above, as well as Plaintiffs' responses on the various points to which your team agreed to conduct follow-up—including, in particular, Plaintiffs' timeline for serving amended Interrogatory responses after entry of a Protective Order. Apple continues to reserve all rights, including without limitation its right to challenge additional aspects of Plaintiffs' Interrogatory responses that are not enumerated in this letter.

Exhibit 4
Page 71

Sincerely,

Ilissa Samplin

cc: all counsel of record (via e-mail)

Exhibit 4
Page 72

# Exhibit 5

Exhibit 5
Page 73

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone:  (949)-760-0404 Facsimile:  (949)-760-9502

Adam B. Powell (SBN 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) Hon. James V. Selna<br>) Magistrate Judge John D. Early<br>)<br>) **PLAINTIFFS MASIMO**<br>) **CORPORATION AND CERCACOR**<br>) **LABORATORIES, INC.'S FIRST**<br>) **SUPPLEMENTAL RESPONSES TO**<br>) **APPLE'S FIRST SET OF**<br>) **INTERROGATORIES (NOS. 1-2)**<br>)<br>)<br>)<br>)<br>) |

Exhibit 5
Page 74

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiffs MASIMO CORPORATION ("Masimo") and CERCACOR LABORATORIES, INC. ("Cercacor") (collectively "Plaintiffs") hereby supplements their responses Defendant APPLE INC. ("Apple") First Set of Interrogatories (Nos. 1-2).

## GENERAL STATEMENT AND OBJECTIONS

Plaintiffs assert each of the following General Objections to each of Apple's instructions, definitions, and interrogatories.  In addition to these General Objections, Plaintiffs state specific objections to individual interrogatories, including objections that are not generally applicable to all interrogatories.  By setting forth specific objections, Plaintiffs are not limiting or restricting these General Objections.

1. Plaintiffs object generally to Apple's definitions and instructions to the extent that they fail to comply with, or impose obligations in excess of, Rule 33 of the Federal Rules of Civil Procedure and the applicable Local Rules of this Court.  Plaintiffs will respond to the interrogatories in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

2. Plaintiffs object to these interrogatories to the extent they seek information that is neither relevant to any claim or defense in this case nor proportional to the needs of the case.  To the extent Plaintiffs respond to any request, Plaintiffs do not concede that the information sought by these requests is relevant or proportional.

3. Plaintiffs object to these interrogatories to the extent they seek information not in the possession, custody, or control of Plaintiffs.  Plaintiffs' responses are limited to information that is within their possession, custody, or control.

4. Plaintiffs object to these interrogatories to the extent they seek information protected from disclosure by the attorney-client privilege, attorney

-1-

Exhibit 5
Page 75

work product doctrine, and/or any other applicable privilege, rule, or immunity. Any specific objections to specific interrogatories stated on the grounds of attorney-client privilege and/or work product in no way limits the generality of this objection.  Nothing in Plaintiffs' responses is intended to be or should be considered a waiver of any attorney-client privilege, work product protection, the right of privacy, or any other applicable privilege or doctrine.  To the extent any interrogatory may be construed as calling for information protected by any such privilege or doctrine, a continuing objection to each and every such interrogatory is hereby stated.

5.    Plaintiffs object to these interrogatories to the extent they seek third-party proprietary information, trade secrets and/or other confidential information and/or protected information that Plaintiffs are obligated to avoid disclosing.

6.    Plaintiffs object to these interrogatories to the extent they are overly broad and unduly burdensome, the burden of responding outweighs their likely benefit, they are unlimited in time, or would require an unreasonably detailed and unreasonably extensive search of all of Plaintiffs' information and files.  Plaintiffs will make a reasonable investigation as required by the Federal Rules of Civil Procedure.

7.    Plaintiffs object to these interrogatories to the extent they seek disclosure of Plaintiffs' proprietary information, trade secrets and/or other confidential information and/or protected information prior to entry of a protective order, particularly in view of Defendants' refusal to produce any documents until "entry of an acceptable protective order and ESI stipulation in this action."

8.    Plaintiffs object to these interrogatories to the extent they seek information that would be relevant only to Plaintiffs' trade secret claims while Apple is simultaneously arguing to the Court that Plaintiff's trade secret claims

-2-

Exhibit 5
Page 76

should not be part of this case and should be dismissed.

9.      In light of the Court's Order, dated April 17, 2020, in which "[t]he Court stays the trade secret discovery only pending compliance with 2019.210[,]" Plaintiffs object to these interrogatories to the extent they seek information that would be relevant only to Plaintiffs' trade secret claims prior to Plaintiffs providing their 2019.210 statement.  Maintaining such interrogatories is a violation of the Court's April 17, 2020, order.

10.      Plaintiffs object to Apple's definitions, instructions, and for interrogatories to the extent that they are vague, ambiguous, or unintelligible. Words and terms used in the following responses are used in accordance with their normal meanings and connotations.

11.      Plaintiffs particularly object to Apple's definitions of the terms "Masimo" and "Cercacor" as overly broad and unduly burdensome.  As used herein, the term "Masimo" means Masimo Corporation only, and the term "Cercacor" means Cercacor Laboratories, Inc., only.  As stated above, the term "Plaintiffs" means Masimo and Cercacor, collectively and/or individually.

12.      Plaintiffs also particularly object to Apple's definitions of the terms "Related Patents and Applications" and "Asserted Technologies," and Apple's instructions regarding "identification," "identify," and "describe" as overly broad and unduly burdensome, and rendering the interrogatories vague, ambiguous, or unintelligible.  As with other words and terms used in the following responses, any usage of these terms in accordance with their normal meanings and connotations

13.      Only the express and overt meaning of these responses is intended. No response should be construed to contain implied statements, representations, or admissions of any kind.  The fact that Plaintiffs respond or object to an interrogatory should not be understood as an admission that Plaintiffs accept or admit the existence of any "fact" set forth in or assumed by the interrogatory.

-3-

Exhibit 5
Page 77

14.    Plaintiffs' responses are made without, in any way, waiving or intending to waive, but, on the contrary, intending to preserve and preserving:

a.    The right to raise all objections as to competence, authenticity, relevance, materiality, privilege and admissibility with regard to the information and documents identified and/or produced in response to these Interrogatories, which may arise in any subsequent proceeding in, or the trial of, this or any other action;

b.    The right to object to the use of the information and/or documents for any purpose, including without limitation their use in any subsequent proceeding in, or the trial of, this or any other action;

c.    The right to assert or raise, in this action or in any other context, attorney-client privilege, work product protection, the protections afforded by Rule 26(b)(4)(B), the right of privacy, or any other applicable privilege or protective doctrine; and

d.    The right to object on any ground at any time to interrogatories or other discovery relating to information and/or information or the subject matter thereof.

15.    Plaintiffs are providing information that has been identified by means of a reasonable investigation and that is the subject of legitimate discovery.   The following responses are based upon information presently available to and located by Plaintiffs after a reasonable search.   However, discovery is ongoing in this case, and Plaintiffs have not yet completed their investigation of the facts relating to this case.   Nor have Plaintiffs completed discovery or preparation for trial.   Plaintiffs give these responses without prejudice to Plaintiffs' right to supplement their responses, should additional information be discovered, and to rely upon any additional discovered evidence. Moreover, certain of these interrogatories are premature in that they seek contentions or other information that Plaintiffs cannot or are not obligated

-4-

Exhibit 5
Page 78

provide at this stage of the case, or seek information that is partially or wholly within the possession of Apple or third parties and that has not yet been produced to Plaintiffs.  Finally, certain of these interrogatories are subject to specific objections and are therefore not the subject of legitimate discovery.

16.    Without waiving the specific objections set forth below, and subject to the limitations and General Objections set forth above, Plaintiffs provide the following responses:

## RESPONSES TO INTERROGATORIES

### INTERROGATORY NO. 1:

Identify by name and title at least five people at Masimo and at least five people at Cercacor having the most knowledge about or responsibility for Masimo's products and Cercacor's products, respectively, that Plaintiffs allege compete with the Accused Products, including the products' manner of operation, marketing, development, sales and offers to sell, use by Your customers, financial information related to them, Your patent and patent applications related to them, and Your licensing efforts of those patents and applications.

### RESPONSE TO INTERROGATORY NO. 1 (MAY 14, 2020):

Plaintiffs incorporate their General Statement and Objections.  Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity.  Plaintiffs further object to this interrogatory to the extent it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case.  Plaintiffs further object to this interrogatory as vague, ambiguous, or unintelligible, particularly to the extent it purports to ask Plaintiffs to identify at least five persons "having the most knowledge about or responsibility for" a variety of topics.  Plaintiffs object that it would not be possible to identify five people most knowledgeable about any

-5-

Exhibit 5
Page 79

topic.  Plaintiffs further object to this interrogatory as compound and contend that it should be counted as multiple interrogatories because it attempts to combine multiple requests for information into a single interrogatory.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs cannot identify who might have the "most" knowledge of or responsibility for such a wide variety of topics including products' "manner of operation, marketing, development, sales and offers to sell," use by customers, "financial information," as well as related "patent and patent applications" and "licensing efforts of those patents and applications."  Apple offers no suggestion for how it would purport to weigh and compare the amount of knowledge one person has about one or more of the cited topics to the knowledge another person has about a different combination of one or more of the cited topics. Apple does not explain how to compare the amount of knowledge a person has about one topic to the amount of knowledge another person has about a different topic, or whether a person having more knowledge about one area should be considered more or less knowledgeable than a person having less knowledge about a larger number of topics.

To the extent Plaintiffs are able to understand the interrogatory, Plaintiffs identify the following individuals who may have knowledge about one or more of the cited topics and who may be contacted through Plaintiffs' counsel:

- Ammar Al-Ali
- Mohamed Diab
- Walter Weber
- Bilal Muhsin
- Kevin Pauley
- Gerry Hammarth
- Joe Kiani

-6-

Exhibit 5
Page 80

To the extent Plaintiffs are able to understand the interrogatory, Plaintiffs identify the following additional individuals who may have knowledge about one or more of the cited topics:

- Marcelo Lamego
- Michael O'Reilly

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory.   Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1 (JUNE 19, 2020):**

Plaintiffs incorporate their original objections and response above as if set forth in full herein.  Subject to and without waiving the foregoing general and specific objections, Plaintiffs further respond as follows:

To the extent Plaintiffs are able to understand the interrogatory, Plaintiffs identify the following individuals who may have knowledge about one or more of the cited topics and who may be contacted through Plaintiffs' counsel:

- Ammar Al-Ali, Masimo Chief Engineer, knowledgeable about Masimo's products
- Mohamed Diab, Masimo Fellow Scientist, knowledgeable about Masimo's products
- Walter Weber, Masimo Vice President, Algorithm Development, knowledgeable about Masimo's products
- Bilal Muhsin, Masimo Chief Operating Officer, knowledgeable about Masimo's products
- Kevin Pauley, Cercacor Chief Technology Officer and Algorithm

-7-

Exhibit 5
Page 81

Engineer, knowledgeable about Cercacor's products

- Gerry Hammarth, Cercacor Chief Financial Officer, knowledgeable about Cercacor's products

- Joe Kiani, Masimo Chief Executive Officer and Cercacor Chief Executive Officer, knowledgeable about Masimo's products and Cercacor's products

To the extent Plaintiffs are able to understand the interrogatory, Plaintiffs identify the following additional individuals who may have knowledge about one or more of the cited topics:

- Marcelo Lamego, knowledgeable about Masimo's products and Cercacor's products

- Michael O'Reilly, knowledgeable about Masimo's products and Cercacor's products

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory. Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.

**INTERROGATORY NO. 2:**

Separately for each Asserted Claim of each Asserted Patent that Plaintiffs contend Apple has infringed or is infringing, describe in detail all facts relevant to the alleged priority date for that claim, including without limitation: the alleged priority date, the alleged date of the conception and first reduction to practice, the nature of any problem(s) with existing technology that the inventors were considering or attempting to solve in connection with the conception, the nature of the alleged reduction to practice and the identity of any alleged actual reduction to practice, any alleged diligence between the asserted

conception and reduction to practice dates, the identity of each Person who contributed to such conception, diligence, and/or reduction to practice, the nature of each such Person's participation, involvement, and/or contribution, and the identity of all Documents (by Bates numbers) relating to such conception, diligence, and/or reduction to practice.

**RESPONSE TO INTERROGATORY NO. 2 (MAY 14, 2020):**

Plaintiffs incorporate their General Statement and Objections. Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity. Plaintiffs further object to this interrogatory to the extent it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case. Plaintiffs further object to this interrogatory as compound and contend that it should be counted as multiple interrogatories because it combines multiple requests for information into a single interrogatory. Plaintiffs object to this interrogatory on the grounds that it is a contention interrogatory propounded at an early stage of the proceedings when Plaintiffs have not yet had an opportunity to conduct meaningful discovery. *See McCormick-Morgan, Inc. v. Teledyne Indus., Inc.*, 134 F.R.D. 275, 287 (N.D. Cal. 1991) (contention interrogatories in complex patent action properly answered at the close of substantive discovery); *see also In re Convergent Techs. Securities Litigation*, 108 F.R.D. 328 (N.D. Cal. 1985). Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs. Plaintiffs further object to this request as premature to the extent that it calls for expert opinions in advance of the deadlines set forth in the Court's scheduling order.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Each asserted patent is entitled to a presumption of validity. Apple has

-9-

Exhibit 5
Page 83

not challenged the validity of any asserted patent, much less identified any supporting evidence of invalidity.  Apple would bear the burden of proof to rebut the presumption of validity through clear and convincing evidence. Plaintiffs have no obligation to affirmatively buttress the presumption of validity, particularly in the absence of any assertion of invalidity.  *See Friskit, Inc. v. Real Networks, Inc.*, No. C 03-5085 WWS (MEJ), 2006 WL 1305218, at *1-2 (N.D. Cal. May 11, 2006) (denying defendant's request that plaintiff provide in response to defendant's interrogatory an element-by-element claim chart, because "the burden is on [defendant] to show invalidity").

Under the current schedule, Apple is due to disclose any invalidity contentions no later than September 7, 2020.  If Apple asserts that any claims are invalid under theories that raise issues of inventorship, conception, diligence, reduction practice, and/or the priority date to which claims may be entitled, Plaintiffs anticipate supplementing this response.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory.  Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.  In particular, Plaintiffs expect they may provide additional information in accordance with the expert discovery deadlines set forth in the Court's scheduling order.

## FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2 (JUNE 19, 2020):

Plaintiffs incorporate their original objections and response above as if set forth in full herein.  Subject to and without waiving the foregoing general and specific objections, Plaintiffs further respond as follows:

Each asserted patent is entitled to a presumption of validity.  Apple has

-10-

Exhibit 5
Page 84

not challenged the validity of any asserted patent, much less identified any supporting evidence of invalidity.  Apple would bear the burden of proof to rebut the presumption of validity through clear and convincing evidence. Plaintiffs have no obligation to affirmatively buttress the presumption of validity, particularly in the absence of any assertion of invalidity.  *See Friskit, Inc. v. Real Networks, Inc.*, No. C 03-5085 WWS (MEJ), 2006 WL 1305218, at *1-2 (N.D. Cal. May 11, 2006) (denying defendant's request that plaintiff provide in response to defendant's interrogatory an element-by-element claim chart, because "the burden is on [defendant] to show invalidity").

Under the current schedule, Apple is due to disclose any invalidity contentions no later than September 7, 2020.  If Apple asserts that any claims are invalid under theories that raise issues of inventorship, conception, diligence, reduction practice, and/or the priority date to which claims may be entitled, Plaintiffs anticipate supplementing this response.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory.  Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.  In particular, Plaintiffs expect they may provide additional information in accordance with the expert discovery deadlines set forth in the Court's scheduling order.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

-11-

Exhibit 5
Page 85

The earliest priority filing date for each Asserted Patent is shown below:

| U.S. Patent No: | Earliest Priority Filing Date: |
|---|---|
| 10,258,265 | July 3, 2008 |
| 10,258,266 | July 3, 2008 |
| 10,292,628 | July 3, 2008 |
| 10,299,708 | July 3, 2008 |
| 10,376,190 | July 3, 2008 |
| 10,376,191 | July 3, 2008 |
| 10,470,695 | July 2, 2015 |
| 6,771,994 | June 18, 1999 |
| 8,457,703 | July 2, 2001 |
| 10,433,776 | July 2, 2001 |
| 10,588,553 | July 3, 2008 |
| 10,588,554 | July 3, 2008 |

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: _June 19, 2020_          By: _/s/_ Perry D. Oldham
                                     Joseph R. Re
                                     Stephen C. Jensen
                                     Perry D. Oldham
                                     Stephen W. Larson
                                     Adam B. Powell

                                     Attorneys for Plaintiffs,
                                     Masimo Corporation and
                                     Cercacor Laboratories

-12-

Exhibit 5
Page 86

**<u>PROOF OF SERVICE</u>**

I am a citizen of the United States of America and I am employed in Irvine, California.  I am over the age of 18 and not a party to the within action.

On June 19, 2020, I served the within **PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S SUPPLEMENTAL RESPONSES TO APPLE'S FIRST SET OF INTERROGATORIES (NOS. 1-2)** on the parties or their counsel shown at the email addresses shown below:

GIBSON, DUNN & CRUTCHER LLP

Joshua H. Lerner
JLerner@gibsondunn.com

H. Mark Lyon,
MLyon@gibsondunn.com

Brian M. Buroker
BBuroker@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on June 19, 2020, at Los Angeles, California.

/s/ Mark Kachner
Mark Kachner

32926826

-13-

Exhibit 5
Page 87

# Exhibit 6

Exhibit 6
Page 88

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone:  (949) 760-0404 Facsimile:  (949) 760-9502

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>)<br>) **PLAINTIFFS' INFRINGEMENT CONTENTIONS**<br>)<br>) Hon. James V. Selna<br>) Magistrate Judge John D. Early<br>)<br>)<br>)<br>)<br>)<br>) |

Exhibit 6
Page 89

Pursuant to the Court's April 17, 2020, Minute Order Regarding Scheduling Dates (Dkt. 37) and the Northern District of California Patent Local Rules ("PLR"), Plaintiffs MASIMO CORPORATION ("Masimo") and CERCACOR LABORATIES, INC. ("Cercacor") provide to Defendant APPLE, INC. ("Apple") the following Disclosure of Asserted Claims and Infringement Contentions.

Plaintiffs' disclosures are based on information currently available to Plaintiffs.  Apple has not yet complied with its obligation to produce core technical documents pursuant to the Scheduling Order.  Furthermore, neither the Court nor Apple has addressed claim construction.  Thus, Plaintiffs' contentions are based upon Plaintiffs' investigation to date of public information.  Plaintiffs have not completed their investigations of the facts relating to this case and have not yet completed discovery, which is ongoing.  Accordingly, Plaintiffs reserve all of their rights, including the right to modify, amend, or otherwise supplement these disclosures for any reason, including as new documents and information are revealed through discovery and/or to the extent Apple alters, supplants, or otherwise clarifies documents and information currently available to Plaintiffs.

# I. DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS

## A. Disclosure Pursuant To PLR 3-1(a)

Based on presently available information, Plaintiffs contend that Apple infringes at least the following patents (the "Asserted Patents") and claims (the "Asserted Claims"):

| U.S. Patent No. | Asserted Claims | Applicable Statutory Subsection(s) |
|---|---|---|
| 10,258,265 | 1-3, 6-11, 13, 16-17, 19-25 | 35 U.S.C. § 271(a)-(c) |
| 10,292,628 | 1-6, 20-25, 29-30 | 35 U.S.C. § 271(a)-(c) |

-1-

Exhibit 6
Page 90

| | | |
|---|---|---|
| 10,588,553 | 1-29 | 35 U.S.C. § 271(a)-(c) |
| 10,588,554 | 1-7, 20-28 | 35 U.S.C. § 271(a)-(c) |
| 10,624,564 | 1-12, 14-30 | 35 U.S.C. § 271(a)-(c) |
| 10,631,765 | 1-8, 10-13, 15-29 | 35 U.S.C. § 271(a)-(c) |
| 10,702,194 | 1-30 | 35 U.S.C. § 271(a)-(c) |
| 10,702,195 | 1-17 | 35 U.S.C. § 271(a)-(c) |
| 10,709,366 | 1-27 | 35 U.S.C. § 271(a)-(c) |
| 6,771,994 | 15 | 35 U.S.C. § 271(a)-(c) |
| 8,457,703 | 1-7, 9-12, 14-18, 20-22, 24 | 35 U.S.C. § 271(a)-(c) |
| 10,433,776 | 1-7, 9-12, 14-18, 20-22, 24 | 35 U.S.C. § 271(a)-(c) |

**B.**   **Disclosure Pursuant To PLR 3-1(b)**

Based on presently available information, Plaintiffs contend the following instrumentalities and/or processes (the "Accused Product" or the "Accused Process") infringe the Asserted Claims:

| U.S. Patent No. | Claim(s) | Accused Product/Process |
|---|---|---|
| 10,258,265 | 1-3, 6-11, 13, 16-17, 19-25 | Apple Watch Series 4 and later |
| | 25 | Apple Watch Series 4 and later in combination with Apple iPhone devices |
| 10,292,628 | 1-6, 20-25, 29-30 | Apple Watch Series 4 and later |
| | 29-30 | Apple Watch Series 4 and later in combination with Apple iPhone devices |

| U.S. Patent No. | Claim(s) | Accused Product/Process |
|---|---|---|
| 10,588,553 | 1-29 | Apple Watch Series 4 and later |
|  | 7-9, 19, 25-28 | Apple Watch Series 4 and later in combination with Apple iPhone devices |
| 10,588,554 | 1-7, 20-28 | Apple Watch Series 4 and later in combination with Apple iPhone devices |
| 10,624,564 | 1-30 | Apple Watch Series 4 and later alone and in combination with Apple iPhone devices |
| 10,631,765 | 1-8, 10-29 | Apple Watch Series 4 and later in combination with Apple iPhone devices |
| 10,702,194 | 1-30 | Apple Watch Series 4 and later in combination with Apple iPhone devices |
| 10,702,195 | 1-16 | Apple Watch Series 4 and later |
|  | 10-17 | Apple Watch Series 4 and later in combination with Apple iPhone devices |
| 10,709,366 | 1-25 | Apple Watch Series 4 and later |
|  | 26-27 | Apple Watch Series 4 and later in combination with Apple iPhone devices |
| 6,771,994 | 15 | Apple Watch Series 4 and later |

-3-

Exhibit 6
Page 92

| U.S. Patent No. | Claim(s) | Accused Product/Process |
|---|---|---|
| 8,457,703 | 1-7, 9-12, 14-18, 20-22, 24 | Apple Watch Series 3 and later |
| 10,433,776 | 1-7, 9-12, 14-18, 20-22, 24 | Apple Watch Series 3 and later |

**C.      Disclosure Pursuant To PLR 3-1(c)**

Based on presently available information, for each of the Asserted Patents, Plaintiffs have attached a corresponding claim chart identifying where and how each limitation of each Asserted Claim is found within each Accused Product or Process.  *See* Exhibit 1 and supporting appendices.

**D.      Disclosure Pursuant To PLR 3-1(d)**

Based on presently available information, in addition to directly infringing the Asserted Patents by manufacturing and selling the Accused Products in the United States, Defendants have also actively induced infringement of the Asserted Patents by others.  For example, Apple actively induced infringement of the Asserted Patents by marketing and selling the Accused Products, and providing instructions for the use of the Accused Products, knowing and intending such system to be used by customers and end users in a manner that infringes the Asserted Patents.  To that end, Apple provides a User Guide with the Accused Products that instructs and teaches customers and end users to use the Accused Products in a manner that infringes the Asserted Patents.  Likewise, Apple has published online directions, demonstrations, videos, and other guides that instruct and teach end users to use the Accused Products in a manner that infringes the Asserted Patents.  In view of Apple's knowledge of the Asserted Patents, Apple knew or should have known that such activities would cause direct infringement of the Asserted Patents by Apple's customers and the end users of the Accused Products.

-4-

Exhibit 6
Page 93

**E.**     **Disclosure Pursuant To PLR 3-1(e)**

Based on presently available information, Plaintiffs contend the Accused Products and Processes literally infringe each of the Asserted Claims.  To the extent any claim limitations are not literally infringed, Plaintiffs contend the limitations are infringed under the doctrine of equivalents because the identified features of the Accused Products perform substantially the same function in substantially the same way to achieve substantially the same result.

**F.**     **Disclosure Pursuant To PLR 3-1(f)**

Plaintiffs contend the Asserted Claims of the Asserted Patents are entitled to the following priority dates based on their earliest filing dates:

| U.S. Patent No. | Asserted Claims | Priority Filing Date |
| --- | --- | --- |
| 10,258,265 | 1-3, 6-11, 13, 16-17, 19-25 | At least as early as July 3, 2008 |
| 10,292,628 | 1-6, 20-25, 29-30 | At least as early as July 3, 2008 |
| 10,588,553 | 1-29 | At least as early as July 3, 2008 |
| 10,588,554 | 1-7, 20-28 | At least as early as July 3, 2008 |
| 10,624,564 | 1-30 | At least as early as July 3, 2008 |
| 10,631,765 | 1-8, 10-29 | At least as early as July 3, 2008 |
| 10,702,194 | 1-30 | At least as early as July 3, 2008 |
| 10,702,195 | 1-17 | At least as early as July 3, 2008 |
| 10,709,366 | 1-27 | At least as early as July 3, 2008 |
| 6,771,994 | 15 | At least as early as June 18, 1999 |
| 8,457,703 | 1-7, 9-12, 14-18, 20-22, 24 | At least as early as July 2, 2001 |
| 10,433,776 | 1-7, 9-12, 14-18, 20-22, 24 | At least as early as July 2, 2001 |

**G.     Disclosure Pursuant To PLR 3-1(g)**

In accordance with 35 U.S.C. § 287, Plaintiffs provide notice to the public associating at least the following patented articles with the following Asserted Patents:

- The '265 Patent: Pronto-7.
- The '628 Patent: Pronto-7.
- The '703 Patent: All Masimo Monitors and OEM Boards.
- The '776 Patent: All Masimo Monitors and OEM Boards.

**H.     Disclosure Pursuant To PLR 3-1(h)**

Based on presently available information, Plaintiffs contend Apple's infringement began at least as early as September 22, 2017, when Apple began selling the Apple Watch Series 3 in the United States, and continues to this day.

**I.     Disclosure Pursuant To PLR 3-1(i)**

Based on the positions held by Marcelo Lamego, Michael O'Reilly, and other former employees of Plaintiffs' who later worked for Apple, Apple had knowledge of the Asserted Patents.  In light of this knowledge, Apple knew or should have known that its development, manufacturing, marketing and sale of the Accused Products would infringe the Asserted Patents.  Because Apple has continued its acts of infringement after becoming aware of the Asserted Patents and its infringement thereof, Apple has acted in reckless disregard for Plaintiffs' patent rights.  Accordingly, Apple's infringement of the Asserted Patents has been, and continues to be, willful, deliberate, and intentional.

**II.  DOCUMENT PRODUCTION ACCOMPANYING DISLCOSURE**

Based on presently available information, pursuant to PLR 3-2(a)-(j), Plaintiffs are producing, or have already produced, at least the following documents:

-6-

Exhibit 6
Page 95

| Document Category | Production Numbers |
|---|---|
| (a) Documents (e.g., contracts, purchase orders, invoices, advertisements, marketing materials, offer letters, beta site testing agreements, and third party or joint development agreements) sufficient to evidence each discussion with, disclosure to, or other manner of providing to a third party, or sale of or offer to sell, or any public use of, the claimed invention prior to the date of application for the patent in suit. | N/A |
| (b) All documents evidencing the conception, reduction to practice, design, and development of each claimed invention, which were created on or before the date of application for the patent in suit or the priority date identified pursuant to Patent L.R. 3-1(f), whichever is earlier | N/A |
| (c) A copy of the file history for each patent in suit | MASA00003373-723; MASA00004101-429; MASA00005428-663; MASA00006140-9555; MASA00081278-5586.[1] |

_____

[1] The file history for U.S. Patent No. 6,771,994 is not available electronically on PAIR.  Plaintiffs ordered the file history from the Patent Office weeks ago, but Plaintiffs understand it has been delayed due to COVID-19.  Plaintiffs will produce the file history when they receive it.

Exhibit 6
Page 96

| Document Category | Production Numbers |
|---|---|
| (d) All documents evidencing ownership of the patent rights by the party asserting patent infringement | MASA00009575-621; MASA00009672-721; MASA00009872-875; MASA00009881-930; MASA00009931-10165; MASA00085587-601. |
| (e) If a party identifies instrumentalities pursuant to Patent L.R. 3-1(g), documents sufficient to show the operation of any aspects or elements of such instrumentalities the patent claimant relies upon as embodying any asserted claims. | Plaintiffs will make appropriate source code and products available for inspection. |
| (f) All agreements, including licenses, transferring an interest in any patent-in-suit. | MASA00081226-72 |
| (g) All agreements that the party asserting infringement contends are comparable to a license that would result from a hypothetical reasonable royalty negotiation | N/A |
| (h) All agreements that otherwise may be used to support the party asserting infringement's damages case | Plaintiffs may rely on Purchasing & Licensing Agreements with third parties.[2] |

---

[2] Masimo's Purchasing & Licensing Agreements ("PLAs") with third parties are subject to confidentiality provisions that prevent Masimo from disclosing such PLAs in litigation without the consent of the corresponding third party.  Masimo has not yet received consent to produce any of its PLAs in this action.  To the extent Masimo intends to rely on any of its PLAs in this action, Masimo will endeavor to obtain the consent of the third party and produce the corresponding PLA as soon as reasonably possible.

-8-

Exhibit 6
Page 97

| Document Category | Production Numbers |
|---|---|
| (i) If a party identifies instrumentalities pursuant to Patent L.R. 3-1(g), documents sufficient to show marking of such embodying accused instrumentalities and if it wants to preserve the right to recover lost profits based on such products, sales, revenues, costs and profits of such embodying accused instrumentalities | Pursuant to 35 U.S.C. § 287(a), Masimo virtually marks its products and identifies the following website that associates the products with the asserted patents: http://www.masimo.com/company/masimo/patents/. *See also* MASA00074890-95; MASA0081273-77 |
| (j) All documents comprising or reflecting a F/RAND commitment or agreement with respect to the asserted patent(s) | N/A |

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  July 27, 2020          By: */s/ Perry D. Oldham*

Joseph R. Re
Stephen C. Jensen
Perry D. Oldham
Stephen W. Larson
Adam B. Powell

Attorneys for Plaintiffs,
Masimo Corporation and
Cercacor Laboratories

-9-

Exhibit 6
Page 98

1

## **PROOF OF SERVICE**

2

    I am a citizen of the United States of America and I am employed in

3

Irvine, California.  I am over the age of 18 and not a party to the within action.

4

    On July 27, 2020, I served the within **PLAINTIFFS' INFRINGEMENT**

5

**CONTENTIONS** on the parties or their counsel shown at the email addresses

6

shown below:

7

Apple-Masimo@gibsondunn.com

8

Joshua H. Lerner
JLerner@gibsondunn.com

9

10

H. Mark Lyon,
MLyon@gibsondunn.com

11

12

Brian M. Buroker
BBuroker@gibsondunn.com

13

14

Brian K. Andrea
BAndrea@gibsondunn.com

Brian A. Rosenthal
BRosenthal@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

15

    I certify and declare under penalty of perjury under the laws of the State

16

of California that I am employed in the office of a member of the bar of this

17

Court at whose direction the service was made, and that the forgoing is true and

18

correct.

19

    Executed on July 27, 2020, at Irvine, California.

20

21

22

Karina Villanueva

23

33221572

24

25

26

27

28

-10-

Exhibit 6
Page 99

# EXHIBIT 1

Exhibit 6
Page 100

| U.S. Patent No. 10,258,265 | Analysis |
|---|---|
| 1. A noninvasive optical physiological measurement device adapted to be worn by a wearer, the noninvasive optical physiological measurement device providing an indication of a physiological parameter of the wearer comprising: | The Apple Watch Series 4 and later devices are noninvasive optical physiological measurement devices adapted to be worn by a wearer and they provide an indication of a physiological parameter of the wearer.<br><br>See Appendix A (Apple support page for heart rate). |
| a plurality of emitters of different wavelengths; | The Apple Watch Series 4 and later devices include a plurality of emitters of different wavelengths.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a housing having a surface and a circular wall protruding from the surface; | The Apple Watch Series 4 and later devices include a housing having a surface and a circular wall protruding from the surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| at least four detectors arranged on the surface and spaced apart from each other, the at least four detectors configured to output one or more signals responsive to light from the one or more light emitters attenuated by body tissue, the one or more signals indicative of a | The Apple Watch Series 4 and later devices include at least four detectors arranged on the surface and spaced apart from each other, the at least four detectors configured to output one or more signals responsive to light from the one or more light emitters attenuated by body tissue, the one or more signals indicative of a physiological parameter of the wearer.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |

Exhibit 6
Page 101

| U.S. Patent No. 10,258,265 | Analysis |
|---|---|
| physiological parameter of the wearer; and | |
| a light permeable cover arranged above at least a portion of the housing, the light permeable cover comprising a protrusion arranged to cover the at least four detectors. | The Apple Watch Series 4 and later devices include a light permeable cover arranged above at least a portion of the housing, the light permeable cover comprising a protrusion arranged to cover the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 2. The noninvasive optical physiological measurement device of claim 1, wherein the light permeable cover is attached to the housing and forms an airtight or substantially airtight seal enclosing the at least four detectors. | The Apple Watch Series 4 and later devices include a light permeable cover attached to the housing that forms an airtight or substantially airtight seal enclosing the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix H (Apple support page for water resistance). |
| 3. The noninvasive optical physiological measurement device of claim 2, wherein the circular wall creates a gap between the surface and the light permeable cove. | The Apple Watch Series 4 and later devices include a circular wall that creates a gap between the surface and the light permeable cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| 6. The noninvasive optical physiological measurement device of claim 3, wherein the | The Apple Watch Series 4 and later devices include a continuous protrusion.<br><br>See Appendix A (Apple support page for heart rate); Appendix B |

Exhibit 6
Page 102

| U.S. Patent No. 10,258,265 | Analysis |
|---|---|
| protrusion comprises a continuous protrusion. | (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 7. The noninvasive optical physiological measurement device of claim 6, wherein the continuous protrusion comprises a convex protrusion. | The Apple Watch Series 4 and later devices include a continuous protrusion that comprises a convex protrusion.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 8. The noninvasive optical physiological measurement device of claim 6, wherein the light permeable cover is comprised of a rigid material. | The Apple Watch Series 4 and later devices include a light permeable cover that is comprised of a rigid material.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 9. The noninvasive optical physiological measurement device of claim 8, wherein the light permeable cover is configured to be positioned between the at least four detectors and tissue of a user when the noninvasive optical physiological measurement device is worn by the user. | The Apple Watch Series 4 and later devices include a light permeable cover configured to be positioned between the at least four detectors and tissue of a user when the noninvasive optical physiological measurement device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 10. The noninvasive optical physiological measurement device of | The Apple Watch Series 4 and later devices include a light permeable cover configured to press against and at least partially deform tissue of the user when the noninvasive optical |

Exhibit 6
Page 103

| U.S. Patent No. 10,258,265 | Analysis |
|---|---|
| claim 9, wherein the light permeable cover is configured to press against and at least partially deform tissue of the user when the noninvasive optical physiological measurement device is worn by the user. | physiological measurement device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 11. The noninvasive optical physiological measurement device of claim 10, wherein the light permeable cover is configured to act as a tissue shaper and conform tissue of the user to at least a portion of an external surface shape of the light permeable cover when the noninvasive optical physiological measurement device is worn by the user. | The Apple Watch Series 4 and later devices include a light permeable cover configured to act as a tissue shaper and conform tissue of the user to at least a portion of an external surface shape of the light permeable cover when the noninvasive optical physiological measurement device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 13. The noninvasive optical physiological measurement device of claim 11, wherein the at least four detectors are evenly spaced from one another. | The Apple Watch Series 4 and later devices include at least four detectors evenly spaced from one another.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 16. The noninvasive optical physiological measurement device of claim 13, wherein the light permeable cover is configured to increase a | The Apple Watch Series 4 and later devices include a light permeable cover configured to increase a signal strength per area of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing |

Exhibit 6
Page 104

| U.S. Patent No. 10,258,265 | Analysis |
|---|---|
| signal strength per area of the at least four detectors. | watch); Appendix J (side-view image of watch from Apple website). |
| 17. The noninvasive optical physiological measurement device of claim 1, wherein the physiological parameter is pulse rate. | The Apple Watch Series 4 and later devices are configured to provide pulse rate.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 19. The noninvasive optical physiological measurement device of claim 1, wherein the noninvasive optical physiological measurement device is a disposable or a reusable device. | The Apple Watch Series 4 and later devices is a reusable device.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch). |
| 20. The noninvasive optical physiological measurement device of claim 1, wherein a first detector is arranged spaced apart from a second detector, and a third detector arranged spaced apart from a fourth detector. | The Apple Watch Series 4 and later devices include a first detector arranged spaced apart from a second detector, and a third detector arranged spaced apart from a fourth detector.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 21. The noninvasive optical physiological measurement device of claim 20, wherein the first detector is arranged across a central axis from the second detector and the third detector is arranged across the central axis from the fourth detector, | The Apple Watch Series 4 and later devices include a first detector arranged across a central axis from a second detector and a third detector is arranged across the central axis from a fourth detector.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |

Exhibit 6
Page 105

| U.S. Patent No. 10,258,265 | Analysis |
|---|---|
| wherein the first, second, third and fourth detectors form a cross pattern about the central axis. | The Apple Watch Series 4 and later devices include first, second, third and fourth detectors that form a cross pattern about the central axis.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 22. The noninvasive optical physiological measurement device of claim 20, wherein the noninvasive optical physiological measurement device provides a variation in optical path length to the at least four detectors. | The Apple Watch Series 4 and later devices are configured to provide a variation in optical path length to the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 23. The noninvasive optical physiological measurement device of claim 1, wherein the noninvasive optical physiological measurement device is comprised as part of a mobile monitoring device. | The Apple Watch Series 4 and later devices are comprised as part of a mobile monitoring device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 24. The noninvasive optical physiological measurement device of claim 23, wherein the mobile monitoring device includes a touch-screen display. | The Apple Watch Series 4 and later devices include a touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 106

| U.S. Patent No. 10,258,265 | Analysis |
|---|---|
| 25. A physiological monitoring system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological monitoring systems.<br><br>See Appendix A (Apple support page for heart rate). |
| the noninvasive optical physiological measurement device of claim 1; and | |
| a processor configured to receive the one or more signals and communicate physiological measurement information to a mobile phone. | The Apple Watch Series 4 and later devices include a processor configured to receive the one or more signals and communicate physiological measurement information to a mobile phone.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 107

| U.S. Patent No. 10,292,628 | Analysis |
|---|---|
| 1. A noninvasive optical physiological sensor comprising: | The Apple Watch Series 4 and later devices are noninvasive optical physiological sensors.<br><br>See Appendix A (Apple support page for heart rate). |
| a plurality of emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include a plurality of emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a plurality of detectors configured to detect light that has been attenuated by tissue of the user, wherein the plurality of detectors comprise at least four detectors; | The Apple Watch Series 4 and later devices include a plurality of detectors configured to detect light that has been attenuated by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a housing configured to house at least the plurality of detectors; and | The Apple Watch Series 4 and later devices include a housing configured to house at least the plurality of detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, |

Exhibit 6
Page 108

| U.S. Patent No. 10,292,628 | Analysis |
|---|---|
| | 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a light permeable cover configured to be located between tissue of the user and the plurality of detectors when the noninvasive optical physiological sensor is worn by the user, wherein the cover comprises an outwardly protruding convex surface configured to cause tissue of the user to conform to at least a portion of the outwardly protruding convex surface when the noninvasive optical physiological sensor is worn by the user and during operation of the noninvasive optical physiological sensor, and wherein the plurality of detectors are configured to receive light passed through the outwardly protruding convex surface after attenuation by tissue of the user. | The Apple Watch Series 4 and later devices include a light permeable cover configured to be located between tissue of the user and the plurality of detectors when the noninvasive optical physiological sensor is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a cover that comprises an outwardly protruding convex surface configured to cause tissue of the user to conform to at least a portion of the outwardly protruding convex surface when the noninvasive optical physiological sensor is worn by the user and during operation of the noninvasive optical physiological sensor.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a plurality of detectors configured to receive light passed through the outwardly protruding convex surface after attenuation by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing |

Exhibit 6
Page 109

| U.S. Patent No. 10,292,628 | Analysis |
|---|---|
| | watch); Appendix J (side-view image of watch from Apple website). |
| 2. The noninvasive optical physiological sensor of claim 1, wherein the plurality of detectors are arranged on a two-dimensional surface of the housing. | The Apple Watch Series 4 and later devices include a plurality of detectors arranged on a two-dimensional surface of the housing.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 3. The noninvasive optical physiological sensor of claim 2, wherein a first detector and a second detector of the plurality of detectors are arranged across from each other on opposite sides of a central point along a first axis, and a third detector and a fourth detector of the plurality of detectors are arranged across from each other on opposite sides of the central point along a second axis which is perpendicular to the first axis. | The Apple Watch Series 4 and later devices include a first detector and a second detector arranged across from each other on opposite sides of a central point along a first axis, and a third detector and a fourth detector arranged across from each other on opposite sides of the central point along a second axis which is perpendicular to the first axis.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 4. The noninvasive optical physiological sensor of claim 3, wherein the cover is comprised of a rigid material. | The Apple Watch Series 4 and later devices include a cover that is comprised of a rigid material.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

Exhibit 6
Page 110

| U.S. Patent No. 10,292,628 | Analysis |
|---|---|
| 5. The noninvasive optical physiological sensor of claim 4, wherein the at least four detectors are evenly spaced from one another. | The Apple Watch Series 4 and later devices include at least four detectors evenly spaced from one another.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 6. The noninvasive optical physiological sensor of claim 5, wherein the outwardly protruding convex surface is a single outwardly protruding convex surface. | The Apple Watch Series 4 and later devices include a single outwardly protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 20. A noninvasive optical physiological sensor comprising: | The Apple Watch Series 4 and later devices are noninvasive optical physiological sensors.<br><br>See Appendix A (Apple support page for heart rate). |
| a plurality of emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include a plurality of emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a plurality of detectors configured to detect light that has been attenuated by tissue of the user, wherein the plurality of detectors comprise at least four detectors; | The Apple Watch Series 4 and later devices include a plurality of detectors configured to detect light that has been attenuated by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |

Exhibit 6
Page 111

| U.S. Patent No. 10,292,628 | Analysis |
|---|---|
| | The Apple Watch Series 4 and later devices include at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a housing configured to house at least the plurality of detectors; and | The Apple Watch Series 4 and later devices include a housing configured to house at least the plurality of detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a light permeable cover configured to be located between tissue of the user and the plurality of detectors when the noninvasive optical physiological sensor is worn by the user, wherein the cover comprises an outwardly protruding surface configured to cause tissue of the user to conform to at least a portion of the outwardly protruding surface when the noninvasive optical physiological sensor is worn by the user and during operation of the noninvasive optical | The Apple Watch Series 4 and later devices include a light permeable cover configured to be located between tissue of the user and the plurality of detectors when the noninvasive optical physiological sensor is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a cover that comprises an outwardly protruding surface configured to cause tissue of the user to conform to at least a portion of the outwardly protruding surface when the noninvasive optical physiological sensor is worn by the user and during operation of the noninvasive optical physiological sensor. |

Exhibit 6<br>Page 112

| U.S. Patent No. 10,292,628 | Analysis |
|---|---|
| physiological sensor, and wherein the outwardly protruding surface is further configured to allow passage of light to the plurality of detectors after attenuation by tissue of the user. | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).

The Apple Watch Series 4 and later devices include an outwardly protruding surface configured to allow passage of light to the plurality of detectors after attenuation by tissue of the user.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 21. The noninvasive optical physiological sensor of claim 20, wherein the plurality of detectors are arranged on a two-dimensional surface of the housing. | The Apple Watch Series 4 and later devices include a plurality of detectors arranged on a two-dimensional surface of the housing.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 22. The noninvasive optical physiological sensor of claim 21, wherein a first detector and a second detector of the plurality of detectors are arranged across from each other on opposite sides of a central point along a first axis, and a third detector and a fourth detector of the | The Apple Watch Series 4 and later devices include a first detector and a second detector arranged across from each other on opposite sides of a central point along a first axis, and a third detector and a fourth detector arranged across from each other on opposite sides of the central point along a second axis which is perpendicular to the first axis.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple |

Exhibit 6
Page 113

| U.S. Patent No. 10,292,628 | Analysis |
|---|---|
| plurality of detectors are arranged across from each other on opposite sides of the central point along a second axis which is perpendicular to the first axis. | Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 23. The noninvasive optical physiological sensor of claim 22, wherein the cover is comprised of a rigid material. | The Apple Watch Series 4 and later devices include a cover that is comprised of a rigid material.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 24. The noninvasive optical physiological sensor of claim 23, wherein the at least four detectors are evenly spaced from one another. | The Apple Watch Series 4 and later devices include at least four detectors evenly spaced from one another.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 25. The noninvasive optical physiological sensor of claim 24, wherein the outwardly protruding surface comprises a single outwardly protruding surface configured to cover the plurality of detectors. | The Apple Watch Series 4 and later devices include a single outwardly protruding surface configured to cover the plurality of detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 29. A physiological monitoring device comprising: | The Apple Watch Series 4 and later devices are physiological monitoring devices.<br><br>See Appendix A (Apple support page for heart rate). |

Exhibit 6
Page 114

| U.S. Patent No. 10,292,628 | Analysis |
|---|---|
| the invasive optical physiological sensor of claim 20; and | |
| a processor configured to receive one or more signals from the plurality of detectors and communicate physiological measurement information to a mobile phone. | The Apple Watch Series 4 and later devices include a processor configured to receive one or more signals from the plurality of detectors and communicate physiological measurement information to a mobile phone.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 30. The physiological monitoring device of claim 29 further comprising a touch-screen display. | The Apple Watch Series 4 and later devices include a touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 115

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| 1. A noninvasive optical physiological sensor comprising: | The Apple Watch Series 4 and later devices are noninvasive optical physiological sensors.<br><br>See Appendix A (Apple support page for heart rate). |
| a plurality of emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include a plurality of emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| at least four detectors, wherein at least one of the at least four detectors is configured to detect light that has been attenuated by tissue of the user, and wherein the at least four detectors are arranged on a substrate; | The Apple Watch Series 4 and later devices include at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least one of the at least four detectors that is configured to detect light that has been attenuated by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors arranged on a substrate.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |

Exhibit 6
Page 116

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| a wall configured to circumscribe at least the at least four detectors; and | The Apple Watch Series 4 and later devices include a wall configured to circumscribe at least the at least four detectors.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a cover configured to be located between tissue of the user and the at least four detectors when the noninvasive optical physiological sensor is worn by the user, wherein the cover comprises a single protruding convex surface operable to conform tissue of the user to at least a portion of the single protruding convex surface when the noninvasive optical physiological sensor is worn by the user, and wherein the wall operably connects to the substrate and the cover. | The Apple Watch Series 4 and later devices include a cover configured to be located between tissue of the user and the at least four detectors when the noninvasive optical physiological sensor is worn by the user.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch).

The Apple Watch Series 4 and later devices include a cover comprising a single protruding convex surface operable to conform tissue of the user to at least a portion of the single protruding convex surface when the noninvasive optical physiological sensor is worn by the user.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).

The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate and the cover.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, |

Exhibit 6
Page 117

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| | 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 2. The noninvasive optical physiological sensor of claim 1, wherein the wall operably connects to the substrate on one side and operably connects to the cover on an opposite side. | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side and operably connects to the cover on an opposite side.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 3. The noninvasive optical physiological sensor of claim 1 wherein the at least four detectors are arranged evenly spaced from one another. | The Apple Watch Series 4 and later devices include at least four detectors arranged evenly spaced from one another.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 4. The noninvasive optical physiological sensor of claim 3 further comprising: | |
| an opaque layer blocking light other than at one or more openings that allow light to pass through to at least one of the at least four detectors. | The Apple Watch Series 4 and later devices include an opaque layer blocking light other than at one or more openings that allow light to pass through to at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |

Exhibit 6
Page 118

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| 5. The noninvasive optical physiological sensor of claim 1, wherein at least part of the cover is light permeable. | The Apple Watch Series 4 and later devices include a cover with at least part that is light permeable.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 6. The noninvasive optical physiological sensor of claim 5, wherein the cover is configured to allow light to reach at least one of the at least four detectors. | The Apple Watch Series 4 and later devices include a cover configured to allow light to reach at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 7. A physiological monitoring device comprising: | The Apple Watch Series 4 and later devices are physiological monitoring devices.<br><br>See Appendix A (Apple support page for heart rate). |
| the noninvasive optical physiological sensor of claim 1; | |
| a touch-screen display; | The Apple Watch Series 4 and later devices include a touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more processors configured to receive data or one or more signals | The Apple Watch Series 4 and later devices include one or more processors configured to receive data or one or more signals from at least one of the at least four detectors and cause |

Exhibit 6
Page 119

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| from at least one of the at least four detectors and cause communication of physiological measurement information to at least one of: the touch-screen display or a mobile phone; and | communication of physiological measurement information to at least one of: the touch-screen display or a mobile phone.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a strap configured to facilitate attachment of at least part of the physiological monitoring device to an arm of a user of the physiological monitoring device. | The Apple Watch Series 4 and later devices include a strap configured to facilitate Appendix of at least part of the physiological monitoring device to an arm of a user of the physiological monitoring device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands). |
| 8. The physiological monitoring device of claim 7 further comprising: | |
| a magnet configured to be used as a connecting mechanism. | The Apple Watch Series 4 and later devices include a magnet configured to be used as a connecting mechanism.<br><br>See Appendix P (Apple support page for magnetic coupling). |
| 9. The noninvasive optical physiological sensor of claim 1, wherein the attenuated light is reflected by the tissue. | The Apple Watch Series 4 and later devices are configured so that the attenuated light is reflected by the tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

Exhibit 6<br>Page 120

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| 10. An optical physiological measurement sensor comprising: | The Apple Watch Series 4 and later devices are optical physiological measurement sensors.<br><br>See Appendix A (Apple support page for heart rate). |
| a plurality of emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include a plurality of emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a substrate including a planar surface; | The Apple Watch Series 4 and later devices include a substrate including a planar surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| at least four detectors operably arranged on the planar surface of the substrate in a pattern; | The Apple Watch Series 4 and later devices include at least four detectors operably arranged on the planar surface of the substrate in a pattern.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a cover comprising a single protruding convex surface; and | The Apple Watch Series 4 and later devices include a cover comprising a single protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a wall that surrounds the at least four detectors, wherein the wall operably | The Apple Watch Series 4 and later devices include a wall that surrounds the at least four detectors. |

Exhibit 6<br>Page 121

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| connects to the substrate and the cover. | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4).

The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate and the cover.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 11. The optical physiological measurement sensor of claim 10, wherein the cover is operable to conform tissue of the user to at least a portion of the single protruding convex surface when the optical physiological measurement sensor is worn by the user. | The Apple Watch Series 4 and later devices include a cover that is operable to conform tissue of the user to at least a portion of the single protruding convex surface when the optical physiological measurement sensor is worn by the user.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 12. The optical physiological measurement sensor of claim 10, wherein at least a portion of the cover is sufficiently rigid to be operable to conform tissue of the user to at least a | The Apple Watch Series 4 and later devices include a cover that is sufficiently rigid to be operable to conform tissue of the user to at least a portion of a shape of the cover.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing |

Exhibit 6
Page 122

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| portion of a shape of the cover. | watch); Appendix J (side-view image of watch from Apple website). |
| 13. The optical physiological measurement sensor of claim 10, wherein the cover is configured to be positioned between the at least four detectors and tissue of a user when the optical physiological measurement sensor is worn by the user. | The Apple Watch Series 4 and later devices include a cover configured to be positioned between the at least four detectors and tissue of a user when the optical physiological measurement sensor is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 14. The optical physiological measurement sensor of claim 10, wherein the wall comprises an opaque surface. | The Apple Watch Series 4 and later devices include a wall that comprises an opaque surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| 15. The optical physiological measurement sensor of claim 10, wherein the wall operably connects to the substrate on one side and operably connects to the cover on the other side. | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side and operably connects to the cover on the other side.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 16. The optical physiological measurement sensor of claim 10, wherein at least | The Apple Watch Series 4 and later devices include a cover with at least a portion that is light permeable.<br><br>See Appendix A (Apple support page for heart rate); Appendix B |

Exhibit 6
Page 123

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| a portion of the cover is light permeable. | (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 17. The optical physiological measurement sensor of claim 16, wherein the cover is configured to allow light to reach at least one of the at least four detectors. | The Apple Watch Series 4 and later devices include a cover configured to allow light to reach at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 18. The optical physiological measurement sensor of claim 10 further comprising: | |
| one or more openings that allow light to pass through to the at least four detectors. | The Apple Watch Series 4 and later devices include one or more openings that allow light to pass through to the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 19. The optical physiological measurement sensor of claim 18 further comprising: | |
| one or more processors configured to: | The Apple Watch Series 4 and later devices include one or more processors. |

Exhibit 6
Page 124

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| | See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| receive one or more signals from at least one of the at least four detectors, the one or more signals indicative of a physiological parameter of the user of the optical physiological measurement sensor; and | The Apple Watch Series 4 and later devices  receive one or more signals from at least one of the at least four detectors, the one or more signals indicative of a physiological parameter of the user of the optical physiological measurement sensor.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| cause output of information indicative of measurements of the physiological parameter to at least one of: a touch-screen display or a mobile phone. | The Apple Watch Series 4 and later devices are configured to cause output of information indicative of measurements of the physiological parameter to at least one of: a touch-screen display or a mobile phone.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 20. A noninvasive optical physiological measurement device comprising: | The Apple Watch Series 4 and later devices are noninvasive optical physiological measurement devices.<br><br>See Appendix A (Apple support page for heart rate). |
| a plurality of emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include a plurality of emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |

Exhibit 6
Page 125

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| at least four detectors, wherein at least one of the at least four detectors is configured to detect light that has been attenuated by tissue of the user; | The Apple Watch Series 4 and later devices include at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least one of the at least four detectors that is configured to detect light that has been attenuated by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a cover configured to be located between tissue of the user and the at least four detectors when the noninvasive optical physiological measurement device is worn by the user, wherein the cover comprises a protruding surface operable to conform tissue of the user to at least a portion of the protruding surface when the noninvasive optical physiological measurement device is worn by the user, and wherein at least one of the at least four detectors is configured to receive light passed through the protruding surface after | The Apple Watch Series 4 and later devices include a cover configured to be located between tissue of the user and the at least four detectors when the noninvasive optical physiological measurement device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch).<br><br>The Apple Watch Series 4 and later devices include a cover that comprises a protruding surface operable to conform tissue of the user to at least a portion of the protruding surface when the noninvasive optical physiological measurement device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

Exhibit 6
Page 126

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| attenuation by tissue of the user; | The Apple Watch Series 4 and later devices include at least one of the at least four detectors that is configured to receive light passed through the protruding surface after attenuation by tissue of the user.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a wall surrounding the at least four detectors; and | The Apple Watch Series 4 and later devices include a wall surrounding the at least four detectors.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a substrate on which at least the at least four detectors are positioned, | The Apple Watch Series 4 and later devices include a substrate on which at least the at least four detectors are positioned.

See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| wherein the wall operably connects to the substrate and the cover, thereby positioning the at least four detectors within one or more spaces formed by at least the substrate, the wall, and the cover. | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate and the cover, thereby positioning the at least four detectors within one or more spaces formed by at least the substrate, the wall, and the cover.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

Exhibit 6
Page 127

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| 21. The noninvasive optical physiological measurement device of claim 20, wherein the cover is further configured to allow passage of light to at least one of the at least four detectors after attenuation by tissue of the user via at least one or more light permeable portions of the cover. | The Apple Watch Series 4 and later devices include a cover configured to allow passage of light to at least one of the at least four detectors after attenuation by tissue of the user via at least one or more light permeable portions of the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 22. The noninvasive optical physiological measurement device of claim 21, wherein at least a portion of the cover is comprised of a sufficiently rigid material so as to cause the tissue of the user to conform to at least the portion of the protruding surface. | The Apple Watch Series 4 and later devices include a cover that is comprised of a sufficiently rigid material so as to cause the tissue of the user to conform to at least the portion of the protruding surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 23. The noninvasive optical physiological measurement device of claim 22, wherein the at least four detectors are evenly spaced from one another. | The Apple Watch Series 4 and later devices include at least four detectors evenly spaced from one another.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 24. The noninvasive optical physiological measurement device of claim 23 further comprising: | |
| one or more openings that allow light to pass through | The Apple Watch Series 4 and later devices include one or more openings that allow light to pass through to the at least four |

Exhibit 6
Page 128

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| to the at least four detectors. | detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 25. The noninvasive optical physiological measurement device of claim 24 further comprising: | |
| a magnet configured to be used as a connecting mechanism. | The Apple Watch Series 4 and later devices include a magnet configured to be used as a connecting mechanism.<br><br>See Appendix P (Apple support page for magnetic coupling). |
| 26. The noninvasive optical physiological measurement device of claim 25 further comprising: | |
| one or more processors configured to: | The Apple Watch Series 4 and later devices include one or more processors.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| receive data or one or more signals from at least one of the at least four detectors, the data or one or more signals indicative of a physiological parameter of the user of the noninvasive optical | The Apple Watch Series 4 and later devices  receive data or one or more signals from at least one of the at least four detectors, the data or one or more signals indicative of a physiological parameter of the user of the noninvasive optical physiological measurement device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); |

Exhibit 6
Page 129

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| physiological measurement device; and | Appendix N (Apple support page for using Health app on iPhone). |
| cause output of information indicative of measurements of the physiological parameter to at least one of: a touch-screen display or a mobile phone. | The Apple Watch Series 4 and later devices are configured to cause output of information indicative of measurements of the physiological parameter to at least one of: a touch-screen display or a mobile phone.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 27. The noninvasive optical physiological measurement device of claim 26, further comprising a touch-screen display. | The Apple Watch Series 4 and later devices include a touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 28. The noninvasive optical physiological measurement device of claim 27, wherein the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide. | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 29. The noninvasive optical physiological measurement device of claim 20, wherein the | The Apple Watch Series 4 and later devices are configured so that the attenuated light is reflected by the tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B |

Exhibit 6
Page 130

| U.S. Patent No. 10,588,553 | Analysis |
|---|---|
| attenuated light is reflected by the tissue. | (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

Exhibit 6
Page 131

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| 1. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| a physiological sensor device comprising: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a plurality of emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include a plurality of emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| at least four detectors, wherein each of the at least four detectors has a corresponding window that allows light to pass through to the detector; | The Apple Watch Series 4 and later devices include at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors with a corresponding window that allows light to pass through to the detector.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

Exhibit 6
Page 132

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| | showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a wall that surrounds at least the at least four detectors; and | The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a cover that operably connects to the wall and that is configured to be located between tissue of the user and the at least four detectors when the physiological sensor device is worn by the user, wherein: | The Apple Watch Series 4 and later devices include a cover that operably connects to the wall and that is configured to be located between tissue of the user and the at least four detectors when the physiological sensor device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| the cover comprises a single protruding convex surface, and | The Apple Watch Series 4 and later devices include a single protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| at least a portion of the cover is sufficiently rigid to cause tissue of the user to conform to at least a | The Apple Watch Series 4 and later devices include a cover that is sufficiently rigid to cause tissue of the user to conform to at least a portion of a shape of the single protruding convex surface when the physiological sensor device is worn by the |

Exhibit 6
Page 133

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| portion of a shape of the single protruding convex surface when the physiological sensor device is worn by the user; and | user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a handheld computing device in wireless communication with the physiological sensor device, wherein the handheld computing device comprises: | The Apple iPhone devices are in wireless communication with the physiological sensor device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple iPhone devices are handheld computing devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user; | The Apple iPhone devices include one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 134

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| a touch-screen display configured to provide a user interface, | The Apple Watch Series 4 and later devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| wherein: | |
| the user interface is configured to display indicia responsive to measurements of the physiological parameter, and | The Apple Watch Series 4 and later devices include a user interface configured to display indicia responsive to measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| an orientation of the user interface is configurable responsive to a user input; and | The Apple Watch Series 4 and later devices have an orientation of the user interface that is configurable responsive to a user input.<br><br>See Appendix O (Apple support page for changing orientation). |
| a storage device configured to at least temporarily store at least the measurements of the physiological parameter. | The Apple Watch Series 4 and later devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 2. The physiological measurement system of claim 1, wherein the at least four detectors | The Apple Watch Series 4 and later devices include at least eight detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of |

Exhibit 6
Page 135

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| comprise at least eight detectors. | Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 3. The physiological measurement system of claim 2, wherein at least part of the single protruding convex surface is light permeable to provide at least one optical path to at least one of the at least four detectors. | The Apple Watch Series 4 and later devices include a single protruding convex surface that is light permeable to provide at least one optical path to at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 4. The physiological measurement system of claim 3, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors, wherein the at least partially opaque layer comprises the windows that allow light to pass through to the corresponding detectors. | The Apple Watch Series 4 and later devices include an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices include an at least partially opaque layer that comprises the windows that allow light to pass through to the corresponding detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

Exhibit 6
Page 136

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| | showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 5. The physiological measurement system of claim 4, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| a substrate having a first surface, wherein the at least four detectors are arranged on the first surface. | The Apple Watch Series 4 and later devices include a substrate having a first surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors arranged on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 6. The physiological measurement system of claim 5, wherein: | |
| the wall surrounds at least the at least four detectors on the first surface, | The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the substrate on one side of the wall, and | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side of the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B |

Exhibit 6
Page 137

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
|  | (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the cover on an opposing side of the wall. | The Apple Watch Series 4 and later devices include a wall that operably connects to the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 7. The physiological measurement system of claim 6, wherein the wall creates one or more gaps between the first surface of the substrate and a surface of the cover that is interior to the physiological sensor device, and wherein the at least four detectors are positioned on the first surface of the substrate within the one or more gaps. | The Apple Watch Series 4 and later devices include a wall that creates one or more gaps between the first surface of the substrate and a surface of the cover that is interior to the physiological sensor device.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4).<br><br>The Apple Watch Series 4 and later devices include at least four detectors positioned on the first surface of the substrate within the one or more gaps.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |

Exhibit 6
Page 138

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| 20. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| a physiological sensor device comprising: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a plurality of emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include a plurality of emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| at least four detectors, wherein each of the at least four detectors has a corresponding window that allows light to pass through to the detector; | The Apple Watch Series 4 and later devices include at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors with a corresponding window that allows light to pass through to the detector.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

Exhibit 6
Page 139

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
|  | showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a wall that surrounds at least the at least four detectors; and | The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a cover comprising a single protruding convex surface, wherein the single protruding convex surface is configured to be located between tissue of the user and the at least four detectors when the physiological sensor device is worn by the user, wherein at least a portion of the single protruding convex surface is sufficiently rigid to cause tissue of the user to conform to at least a portion of a shape of the single protruding convex surface when the physiological sensor device is worn by the user, and wherein the cover operably connects to the wall; and | The Apple Watch Series 4 and later devices include a cover comprising a single protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a single protruding convex surface that is configured to be located between tissue of the user and the at least four detectors when the physiological sensor device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a single protruding convex surface that is sufficiently rigid to cause tissue of the user to conform to at least a portion of a shape of the single protruding convex surface when the physiological sensor device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B |

Exhibit 6
Page 140

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| | (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a cover operably connected to the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a handheld computing device in wireless communication with the physiological sensor device. | The Apple iPhone devices are in wireless communication with the physiological sensor device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 21. The physiological measurement system of claim 20, wherein the handheld computing device comprises: | The Apple iPhone devices are handheld computing devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more processors configured to wirelessly receive one or more signals from the physiological sensor | The Apple iPhone devices include one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user. |

Exhibit 6
Page 141

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| device, the one or more signals responsive to at least a physiological parameter of the user; | See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a touch-screen display configured to provide a user interface, wherein: | The Apple iPhone devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| the user interface is configured to display indicia responsive to measurements of the physiological parameter, and | The Apple iPhone devices include a user interface configured to display indicia responsive to measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| an orientation of the user interface is configurable responsive to a user input; and | The Apple iPhone devices have an orientation of the user interface that is configurable responsive to a user input.<br><br>See Appendix O (Apple support page for changing orientation). |
| a storage device configured to at least temporarily store at least the measurements of the physiological parameter. | The Apple iPhone devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 142

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| 22. The physiological measurement system of claim 21, wherein the at least four detectors comprise at least eight detectors. | The Apple Watch Series 4 and later devices include at least eight detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 23. The physiological measurement system of claim 22, wherein at least part of the single protruding convex surface is light permeable to allow light to reach at least one of the at least four detectors. | The Apple Watch Series 4 and later devices include a single protruding convex surface that is light permeable to allow light to reach at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 24. The physiological measurement system of claim 23, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors, wherein the at least partially opaque layer comprises the windows that allow light to pass through to the corresponding detectors. | The Apple Watch Series 4 and later devices include an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices include an at least partially opaque layer that comprises the windows that allow light to pass through to the corresponding detectors. |

Exhibit 6
Page 143

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
|  | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 25. The physiological measurement system of claim 24, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| a substrate having a first surface, wherein the at least four detectors are arranged on the first surface, and wherein the wall surrounds at least the at least four detectors on the first surface, | The Apple Watch Series 4 and later devices include a substrate having a first surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors arranged on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| wherein: |  |

Exhibit 6<br>Page 144

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| the wall operably connects to the substrate on one side of the wall, and | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side of the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the cover on an opposing side of the wall. | The Apple Watch Series 4 and later devices include a wall that operably connects to the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 26. The physiological measurement system of claim 25, wherein a surface of the handheld computing device positions the touch-screen display. | The Apple iPhone devices include a surface that positions the touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 27. The physiological measurement system of claim 26, wherein the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, carbon monoxide, or a state or trend of wellness of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); |

Exhibit 6<br>Page 145

| U.S. Patent No. 10,588,554 | Analysis |
|---|---|
| carbon monoxide, or a state or trend of wellness of the user. | Appendix N (Apple support page for using Health app on iPhone). |
| 28. The physiological measurement system of claim 27, wherein the single protruding convex surface protrudes a height greater than 2 millimeters and less than 3 millimeters. | The Apple Watch Series 4 and later devices include a single protruding convex surface that protrudes a height greater than 2 millimeters and less than 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

Exhibit 6
Page 146

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| | |
| 1. A user-worn physiological measurement device comprising: | The Apple Watch Series 4 and later devices are user-worn physiological measurement devices.<br><br>See Appendix A (Apple support page for heart rate). |
| one or more emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include one or more emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| at least four detectors arranged on a substrate; | The Apple Watch Series 4 and later devices include at least four detectors arranged on a substrate.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a cover comprising a protruding convex surface, wherein the protruding convex surface extends over all of the at least four detectors arranged on the substrate, wherein at least a portion of the protruding convex surface is rigid; | The Apple Watch Series 4 and later devices include a cover comprising a protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a protruding convex surface that extends over all of the at least four detectors arranged on the substrate.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing |

Exhibit 6
Page 147

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| | watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a protruding convex surface that is rigid.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| one or more processors configured to: | The Apple Watch Series 4 and later devices include one or more processors.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| receive one or more signals from at least one of the at least four detectors, the one or more signals responsive to at least a physiological parameter of the user; and | The Apple Watch Series 4 and later devices receive one or more signals from at least one of the at least four detectors, the one or more signals responsive to at least a physiological parameter of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| process the one or more signals to determine measurements of the physiological parameter; | The Apple Watch Series 4 and later devices process the one or more signals to determine measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 148

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| a network interface configured to communicate with a mobile phone; | The Apple Watch Series 4 and later devices include a network interface configured to communicate with a mobile phone.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a touch-screen display configured to provide a user interface, wherein: | The Apple Watch Series 4 and later devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| the user interface is configured to display indicia responsive to the measurements of the physiological parameter, and | The Apple Watch Series 4 and later devices include a user interface configured to display indicia responsive to the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| an orientation of the user interface is configurable responsive to a user input; | The Apple Watch Series 4 and later devices have an orientation of the user interface that is configurable responsive to a user input.<br><br>See Appendix O (Apple support page for changing orientation). |
| a wall that surrounds at least the at least four detectors, wherein the wall operably connects to the substrate and the cover; | The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple |

Exhibit 6
Page 149

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| | Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4).<br><br>The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate and the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a storage device configured to at least temporarily store at least the measurements of the physiological parameter; and | The Apple Watch Series 4 and later devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a strap configured to position the physiological measurement device on the user. | The Apple Watch Series 4 and later devices include a strap configured to position the physiological measurement device on the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands). |
| 2. The user-worn physiological measurement device of claim 1, wherein the protruding convex surface is configured to be located | The Apple Watch Series 4 and later devices include a protruding convex surface configured to be located between tissue of the user and the at least four detectors when the physiological measurement device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B |

Exhibit 6
Page 150

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| between tissue of the user and the at least four detectors when the physiological measurement device is worn by the user. | (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 3. The user-worn physiological measurement device of claim 2, wherein at least part of the protruding convex surface is light permeable to allow light to reach at least one of the at least four detectors. | The Apple Watch Series 4 and later devices include a protruding convex surface that is light permeable to allow light to reach at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 4. The user-worn physiological measurement device of claim 2, wherein the at least four detectors are arranged on a first surface of the substrate. | The Apple Watch Series 4 and later devices include at least four detectors arranged on a first surface of the substrate.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 5. The user-worn physiological measurement device of claim 4, wherein: | |
| the wall operably connects to the substrate on one side of the wall, | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side of the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |

Exhibit 6
Page 151

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| the wall operably connects to the cover on an opposing side of the wall, and | The Apple Watch Series 4 and later devices include a wall that operably connects to the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| the wall surrounds at least the at least four detectors on the first surface. | The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| 6. The user-worn physiological measurement device of claim 5, further comprising a single unit wearable by the user, the single unit encompassing the one or more emitters, the at least four detectors, the wall, the cover, the one or more processors, the network interface, and the storage device. | The Apple Watch Series 4 and later devices are single units wearable by the user, the single units encompassing the one or more emitters, the at least four detectors, the wall, the cover, the one or more processors, the network interface, and the storage device.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 7. The user-worn physiological measurement device of claim 6, wherein a surface | The Apple iPhone devices include a surface that positions the touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I |

Exhibit 6
Page 152

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| of the single unit positions the touch-screen display, and wherein the strap is attached to the single unit. | (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple Watch Series 4 and later devices include a strap attached to the single unit.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands). |
| 8. The user-worn physiological measurement device of claim 7, wherein the network interface is configured to communicate at least the measurements of the physiological parameter to the mobile phone. | The Apple Watch Series 4 and later devices include a network interface configured to communicate at least the measurements of the physiological parameter to the mobile phone.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 9. The user-worn physiological measurement device of claim 7, wherein the network interface is further configured to wirelessly communicate with the mobile phone or with a computer network. | The Apple Watch Series 4 and later devices include a network interface that is further configured to wirelessly communicate with the mobile phone or with a computer network.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 10. The user-worn physiological measurement device of claim 7, wherein the | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or |

Exhibit 6
Page 153

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide. | carbon monoxide.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 11. The user-worn physiological measurement device of claim 10 further comprising: | |
| a magnet configured to be used as a connecting mechanism. | The Apple Watch Series 4 and later devices include a magnet configured to be used as a connecting mechanism.<br><br>See Appendix P (Apple support page for magnetic coupling). |
| 12. The user-worn physiological measurement device of claim 10, wherein the one or more processors are further configured to modulate a duty cycle of one or more of the one or more emitters, and wherein the modulation includes pulse width time slots and off time slots. | The Apple Watch Series 4 and later devices include one or more processors configured to modulate a duty cycle of one or more emitters.<br><br>See Appendix A (Apple support page for heart rate).<br><br>The Apple Watch Series 4 and later devices use modulation that includes pulse width time slots and off time slots.<br><br>See Appendix A (Apple support page for heart rate). |
| 14. The user-worn physiological measurement device of claim 10, wherein the physiological parameter comprises a state or trend of wellness of the user. | The Apple Watch Series 4 and later devices are configured to provide a state or trend of wellness of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 154

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| 15. The user-worn physiological measurement device of claim 10, wherein a portion of the physiological measurement device comprises one of at least two sizes, the two sizes intended to be appropriate for larger users and smaller users. | The Apple Watch Series 4 and later devices are one of at least two sizes, the two sizes intended to be appropriate for larger users and smaller users.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands). |
| 16. The user-worn physiological measurement device of claim 10, wherein the protruding convex surface protrudes a height between 1 millimeter and 3 millimeters. | The Apple Watch Series 4 and later devices include a protruding convex surface that protrudes a height between 1 millimeter and 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 17. The user-worn physiological measurement device of claim 16, wherein the protruding convex surface protrudes a height greater than 2 millimeters and less than 3 millimeters. | The Apple Watch Series 4 and later devices include a protruding convex surface that protrudes a height greater than 2 millimeters and less than 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 18. The user-worn physiological measurement device of claim 10, wherein each of the at least four detectors has a corresponding window that allows light to | The Apple Watch Series 4 and later devices include at least four detectors with a corresponding window that allows light to pass through to the detector.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple |

Exhibit 6
Page 155

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| pass through to the detector. | Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 19. The user-worn physiological measurement device of claim 18 further comprising: | |
| an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors, wherein the at least partially opaque layer comprises the windows that allow light to pass through to the corresponding detectors. | The Apple Watch Series 4 and later devices include an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices include an at least partially opaque layer that comprises the windows that allow light to pass through to the corresponding detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 20. The user-worn physiological measurement device of claim 10, wherein the at least four detectors are arranged such that a first detector and a second detector of the at least four detectors are arranged across from each | The Apple Watch Series 4 and later devices include at least four detectors arranged such that a first detector and a second detector are arranged across from each other on opposite sides of a central point along a first axis, and a third detector and a fourth detector are arranged across from each other on opposite sides of the central point along a second axis which is different from the first axis.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of |

Exhibit 6
Page 156

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| other on opposite sides of a central point along a first axis, and a third detector and a fourth detector of the at least four detectors are arranged across from each other on opposite sides of the central point along a second axis which is different from the first axis. | Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 21. The user-worn physiological measurement device of claim 20, wherein the first axis is perpendicular to the second axis. | The Apple Watch Series 4 and later devices detector arrangement includes a first axis that is perpendicular to the second axis.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 22. The user-worn physiological measurement device of claim 20, wherein the first, second, third and fourth detectors form a cross pattern about the central point. | The Apple Watch Series 4 and later devices include first, second, third and fourth detectors that form a cross pattern about the central point.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 23. The user-worn physiological measurement device of claim 10, wherein the wall creates one or more gaps between the first surface of the substrate and a surface of the cover that is interior to the physiological | The Apple Watch Series 4 and later devices include a wall that creates one or more gaps between the first surface of the substrate and a surface of the cover that is interior to the physiological measurement device.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, |

Exhibit 6
Page 157

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| measurement device, and wherein the at least four detectors are positioned on the first surface of the substrate within the one or more gaps. | 408 described in US20190090806A1, including Fig. 4).<br><br>The Apple Watch Series 4 and later devices include at least four detectors positioned on the first surface of the substrate within the one or more gaps.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| 24. The user-worn physiological measurement device of claim 10, wherein the at least four detectors comprise at least eight detectors. | The Apple Watch Series 4 and later devices include at least eight detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 25. The user-worn physiological measurement device of claim 10, wherein at least one of the detectors is configured to detect light that has been attenuated by tissue of the user. | The Apple Watch Series 4 and later devices include at least one of the detectors that is configured to detect light that has been attenuated by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 26. The user-worn physiological measurement device of claim 25, wherein the attenuated light is reflected by the tissue. | The Apple Watch Series 4 and later devices are configured so that the attenuated light is reflected by the tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix |

Exhibit 6
Page 158

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| | I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 27. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| the user-worn physiological measurement device according to claim 1; and | |
| the mobile phone in communication with the physiological measurement device. | The Apple iPhone devices are in communication with the physiological measurement device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 28. The physiological measurement system of claim 27, wherein the network interface of the physiological measurement device is configured to wirelessly communicate, and wherein the mobile phone wirelessly communicates with the network interface. | The Apple Watch Series 4 and later devices include a network interface configured to wirelessly communicate.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple iPhone devices  wirelessly communicate with the network interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 159

| U.S. Patent No. 10,624,564 | Analysis |
|---|---|
| 29. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| the user-worn physiological measurement device according to claim 24; and | |
| the mobile phone in communication with the physiological measurement device. | The Apple iPhone devices are in communication with the physiological measurement device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 30. The physiological measurement system of claim 29, wherein the network interface of the physiological measurement device is configured to wirelessly communicate, and wherein the mobile phone wirelessly communicates with the network interface. | The Apple Watch Series 4 and later devices include a network interface configured to wirelessly communicate.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple iPhone devices  wirelessly communicate with the network interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 160

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| 1. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| a physiological sensor device comprising: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include one or more emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| at least four detectors, wherein each of the at least four detectors has a corresponding window that allows light to pass through to the detector; | The Apple Watch Series 4 and later devices include at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors with a corresponding window that allows light to pass through to the detector.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

Exhibit 6<br>Page 161

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
|  | showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a wall that surrounds at least the at least four detectors; and | The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a cover comprising a protruding convex surface, wherein the protruding convex surface is above all of the at least four detectors, wherein at least a portion of the protruding convex surface is rigid, and wherein the cover operably connects to the wall; and | The Apple Watch Series 4 and later devices include a cover comprising a protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a protruding convex surface that is above all of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a protruding convex surface that is rigid.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

Exhibit 6
Page 162

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| | The Apple Watch Series 4 and later devices include a cover operably connected to the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a handheld computing device in wireless communication with the physiological sensor device, wherein the handheld computing device comprises: | The Apple iPhone devices are in wireless communication with the physiological sensor device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple iPhone devices are handheld computing devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user; | The Apple iPhone devices include one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page |

Exhibit 6
Page 163

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| | for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a touch-screen display configured to provide a user interface, wherein: | The Apple iPhone devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| the user interface is configured to display indicia responsive to measurements of the physiological parameter, and | The iPhone devices include a user interface configured to display indicia responsive to measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| an orientation of the user interface is configurable responsive to a user input; and | The iPhone devices have an orientation of the user interface that is configurable responsive to a user input.<br><br>See Appendix O (Apple support page for changing orientation). |
| a storage device configured to at least temporarily store at least the measurements of the physiological parameter. | The iPhone devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 2. The physiological measurement system of claim 1, wherein the protruding convex surface is configured to be located | The Apple Watch Series 4 and later devices include a protruding convex surface configured to be located between tissue of the user and the at least four detectors when the physiological measurement device is worn by the user. |

Exhibit 6
Page 164

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| between tissue of the user and the at least four detectors when the physiological measurement device is worn by the user. | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 3. The physiological measurement system of claim 2, wherein the at least four detectors comprise at least eight detectors. | The Apple Watch Series 4 and later devices include at least eight detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 4. The physiological measurement system of claim 3, wherein at least part of the protruding convex surface is light permeable to allow light to reach at least one of the at least four detectors. | The Apple Watch Series 4 and later devices include a protruding convex surface that is light permeable to allow light to reach at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 5. The physiological measurement system of claim 4, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors, wherein the at least partially opaque layer comprises the windows that allow light to pass | The Apple Watch Series 4 and later devices include an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

Exhibit 6<br>Page 165

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| through to the corresponding detectors. | showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices include an at least partially opaque layer that comprises the windows that allow light to pass through to the corresponding detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 6. The physiological measurement system of claim 2, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| a substrate having a first surface, wherein the at least four detectors are arranged on the first surface. | The Apple Watch Series 4 and later devices include a substrate having a first surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors arranged on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 7. The physiological measurement system of claim 6, wherein: | |
| the wall surrounds at least the at least four detectors on the first surface, | The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors on the first surface. |

Exhibit 6
Page 166

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the substrate on one side of the wall, and | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side of the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the cover on an opposing side of the wall. | The Apple Watch Series 4 and later devices include a wall that operably connects to the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 8. The physiological measurement system of claim 7, wherein the wall creates one or more gaps between the first surface of the substrate and a surface of the cover that is interior to the physiological sensor device, and wherein the at least four detectors are positioned on the first | The Apple Watch Series 4 and later devices include a wall that creates one or more gaps between the first surface of the substrate and a surface of the cover that is interior to the physiological sensor device.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |

Exhibit 6
Page 167

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| surface of the substrate within the one or more gaps. | The Apple Watch Series 4 and later devices include at least four detectors positioned on the first surface of the substrate within the one or more gaps.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| 10. The physiological measurement system of claim 7, wherein a surface of the handheld computing device positions the touch-screen display. | The Apple iPhone devices include a surface that positions the touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 11. The physiological measurement system of claim 10, wherein the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide. | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 12. The physiological measurement system of claim 11, wherein the protruding convex surface protrudes a height between 1 millimeter and 3 millimeters. | The Apple Watch Series 4 and later devices include a protruding convex surface that protrudes a height between 1 millimeter and 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing |

Exhibit 6
Page 168

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| | watch); Appendix J (side-view image of watch from Apple website). |
| 13. The physiological measurement system of claim 11, wherein at least one of the detectors is configured to detect light that has been attenuated by tissue of the user. | The Apple Watch Series 4 and later devices include at least one of the detectors that is configured to detect light that has been attenuated by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 15. The physiological measurement system of claim 13, wherein a portion of the physiological sensor device comprises one of at least two sizes, the two sizes intended to be appropriate for larger users and smaller users. | A portion of the Apple Watch Series 4 and later devices are one of at least two sizes, the two sizes intended to be appropriate for larger users and smaller users.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands). |
| 16. The physiological measurement system of claim 13, wherein the at least four detectors are arranged such that a first detector and a second detector of the least four detectors are arranged across from each other on opposite sides of a central point along a first axis, and a third detector and a fourth detector of the least four detectors are arranged across from each other on opposite sides of the central point along a second axis which is | The Apple Watch Series 4 and later devices include at least four detectors arranged such that a first detector and a second detector are arranged across from each other on opposite sides of a central point along a first axis, and a third detector and a fourth detector are arranged across from each other on opposite sides of the central point along a second axis which is different from the first axis.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |

Exhibit 6
Page 169

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| different from the first axis. | |
| 17. The physiological measurement system of claim 16, wherein the first axis is perpendicular to the second axis, and wherein the first, second, third and fourth detectors form a cross pattern about the central point. | The Apple Watch Series 4 and later devices detector arrangement includes a first axis that is perpendicular to the second axis.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include first, second, third and fourth detectors that form a cross pattern about the central point.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 18. The physiological measurement system of claim 17, wherein the protruding convex surface protrudes a height greater than 2 millimeters and less than 3 millimeters. | The Apple Watch Series 4 and later devices include a protruding convex surface that protrudes a height greater than 2 millimeters and less than 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 19. The physiological measurement system of claim 18, wherein the attenuated light is reflected by the tissue. | The Apple Watch Series 4 and later devices are configured so that the attenuated light is reflected by the tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, |

Exhibit 6
Page 170

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| | 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 20. The physiological measurement system of claim 13, wherein the physiological parameter comprises a state or trend of wellness of the user. | The Apple Watch Series 4 and later devices are configured to provide a state or trend of wellness of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 21. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| a physiological sensor device comprising: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include one or more emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| at least four detectors, wherein each of the at least four detectors has a corresponding window that allows light to pass through to the detector; | The Apple Watch Series 4 and later devices include at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

Exhibit 6
Page 171

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| | showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors with a corresponding window that allows light to pass through to the detector.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a wall that surrounds at least the at least four detectors; and | The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a cover comprising a protruding convex surface, wherein the protruding convex surface is positioned such that the protruding convex surface is located between tissue of the user and all of the at least four detectors when the physiological sensor device is worn by the user, wherein at least a portion of the protruding convex surface is rigid, and wherein the cover operably connects to the wall; and | The Apple Watch Series 4 and later devices include a cover comprising a protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a protruding convex surface that is positioned such that the protruding convex surface is located between tissue of the user and all of the at least four detectors when the physiological sensor device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple |

Exhibit 6
Page 172

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| | Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a protruding convex surface that is rigid.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a cover operably connected to the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a handheld computing device in wireless communication with the physiological sensor device. | The Apple iPhone devices are in wireless communication with the physiological sensor device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 22. The physiological measurement system of claim 21, wherein the handheld computing device comprises: | The Apple iPhone devices are handheld computing devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page |

Exhibit 6
Page 173

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| | for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user; | The Apple iPhone devices include one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a touch-screen display configured to provide a user interface, wherein: | The Apple iPhone devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| the user interface is configured to display indicia responsive to measurements of the physiological parameter, and | The iPhone devices include a user interface configured to display indicia responsive to measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| an orientation of the user interface is configurable responsive to a user input; and | The iPhone devices have an orientation of the user interface that is configurable responsive to a user input.<br><br>See Appendix O (Apple support page for changing orientation). |
| a storage device configured to at least temporarily store at least | The iPhone devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter. |

Exhibit 6
Page 174

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| the measurements of the physiological parameter. | See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 23. The physiological measurement system of claim 22, wherein the at least four detectors comprise at least eight detectors. | The Apple Watch Series 4 and later devices include at least eight detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 24. The physiological measurement system of claim 23, wherein at least part of the protruding convex surface is light permeable to allow light to reach at least one of the at least four detectors. | The Apple Watch Series 4 and later devices include a protruding convex surface that is light permeable to allow light to reach at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 25. The physiological measurement system of claim 23, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors, wherein the at least partially opaque layer comprises the windows that allow light to pass | The Apple Watch Series 4 and later devices include an at least partially opaque layer blocking one or more optical paths to at least one of the at least four detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

Exhibit 6
Page 175

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| through to the corresponding detectors. | showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices include an at least partially opaque layer that comprises the windows that allow light to pass through to the corresponding detectors.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 26. The physiological measurement system of claim 25, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| a substrate having a first surface, wherein the at least four detectors are arranged on the first surface, and wherein the wall surrounds at least the at least four detectors on the first surface, | The Apple Watch Series 4 and later devices include a substrate having a first surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include at least four detectors arranged on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include a wall that surrounds at least the at least four detectors on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple |

Exhibit 6
Page 176

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
|  | Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| wherein: |  |
| the wall operably connects to the substrate on one side of the wall, and | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side of the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the cover on an opposing side of the wall. | The Apple Watch Series 4 and later devices include a wall that operably connects to the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 27. The physiological measurement system of claim 26, wherein a surface of the handheld computing device positions the touch-screen display. | The Apple iPhone devices include a surface that positions the touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 28. The physiological measurement system of claim 27, wherein the physiological parameter comprises at least one of: | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, carbon monoxide, or a state or trend of wellness of the user. |

Exhibit 6
Page 177

| U.S. Patent No. 10,631,765 | Analysis |
|---|---|
| pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, carbon monoxide, or a state or trend of wellness of the user. | See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 29. The physiological measurement system of claim 28, wherein the protruding convex surface protrudes a height greater than 2 millimeters and less than 3 millimeters. | The Apple Watch Series 4 and later devices include a protruding convex surface that protrudes a height greater than 2 millimeters and less than 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

Exhibit 6
Page 178

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| 1. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| a physiological sensor device comprising: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include one or more emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a first set of photodiodes, wherein: | The Apple Watch Series 4 and later devices include a first set of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| the first set of photodiodes comprises at least four photodiodes, | The Apple Watch Series 4 and later devices include the first set of photodiodes comprises at least four photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |

Exhibit 6
Page 179

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| the photodiodes of the first set of photodiodes are connected to one another in parallel to provide a first signal stream, and | The Apple Watch Series 4 and later devices include photodiodes of the first set of photodiodes connected to one another in parallel to provide a first signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| each of the photodiodes of the first set of photodiodes has a corresponding window that allows light to pass through to the photodiode; | The Apple Watch Series 4 and later devices are configured so that each of the photodiodes of the first set of photodiodes has a corresponding window that allows light to pass through to the photodiode.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a second set of photodiodes, wherein: | The Apple Watch Series 4 and later devices include a second set of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| the second set of photodiodes comprises at least four photodiodes, | The Apple Watch Series 4 and later devices include a second set of photodiodes that comprises four photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |

Exhibit 6
Page 180

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| the photodiodes of the second set of photodiodes are connected to one another in parallel to provide a second signal stream, and | The Apple Watch Series 4 and later devices include photodiodes of the second set of photodiodes connected to one another in parallel to provide a second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| each of the photodiodes of the second set of photodiodes has a corresponding window that allows light to pass through to the photodiode; | The Apple Watch Series 4 and later devices are configured so that each of the photodiodes of the second set of photodiodes has a corresponding window that allows light to pass through to the photodiode.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a wall that surrounds at least the first and second sets of photodiodes; and | The Apple Watch Series 4 and later devices include a wall that surrounds at least the first and second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a cover comprising a protruding convex surface, wherein the protruding convex surface is above all of the photodiodes of the first and second sets of photodiodes, wherein at least a portion of the protruding convex surface | The Apple Watch Series 4 and later devices include a cover comprising a protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

Exhibit 6
Page 181

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| is rigid, and wherein the cover is above the wall; and | The Apple Watch Series 4 and later devices include a protruding convex surface that is above all of the photodiodes of the first and second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a protruding convex surface that is rigid.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a cover above the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a handheld computing device in wireless communication with the physiological sensor device, wherein the handheld computing device comprises: | The Apple iPhone devices are in wireless communication with the physiological sensor device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N |

Exhibit 6
Page 182

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| | (Apple support page for using Health app on iPhone).<br><br>The Apple iPhone devices are handheld computing devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user; | The Apple iPhone devices include one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a touch-screen display configured to provide a user interface, wherein: | The iPhone devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| the user interface is configured to display indicia responsive to measurements of the physiological parameter, and | The iPhone devices include a user interface configured to display indicia responsive to measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); |

Exhibit 6
Page 183

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| | Appendix N (Apple support page for using Health app on iPhone). |
| an orientation of the user interface is configurable responsive to a user input; and | The iPhone devices have an orientation of the user interface that is configurable responsive to a user input.<br><br>See Appendix O (Apple support page for changing orientation). |
| a storage device configured to at least temporarily store at least the measurements of the physiological parameter. | The Apple Watch Series 4 and later devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 2. The physiological measurement system of claim 1, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| preprocessing electronics configured to preprocess at least one of the first signal stream or the second signal stream. | The Apple Watch Series 4 and later devices use preprocessing electronics configured to preprocess at least one of the first signal stream or the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 3. The physiological measurement system of claim 2, wherein the preprocessing comprises adapting the at least one of the first signal stream or the second signal stream. | The Apple Watch Series 4 and later devices use preprocessing that comprises adapting the at least one of the first signal stream or the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 4. The physiological measurement system of claim 3, wherein the preprocessing further | The Apple Watch Series 4 and later devices use preprocessing that further comprises amplifying the at least one of the first signal stream or the second signal stream. |

Exhibit 6
Page 184

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| comprises amplifying the at least one of the first signal stream or the second signal stream. | The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 5. The physiological measurement system of claim 4, wherein the preprocessing further comprises converting the at least one of the first signal stream or the second signal stream from analog to digital. | The Apple Watch Series 4 and later devices use preprocessing that further comprises converting the at least one of the first signal stream or the second signal stream from analog to digital.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 6. The physiological measurement system of claim 2, wherein the preprocessing electronics comprise at least: | The Apple Watch Series 4 and later devices use preprocessing electronics.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a first amplifier configured to receive the first signal stream from the first set of photodiodes at an input of the first amplifier and at least amplify the first signal stream, and | The Apple Watch Series 4 and later devices use a first amplifier configured to receive the first signal stream from the first set of photodiodes at an input of the first amplifier and at least amplify the first signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a second amplifier configured to receive the second signal stream from the second set of photodiodes at an input of the second amplifier and at least amplify the second signal stream. | The Apple Watch Series 4 and later devices use a second amplifier configured to receive the second signal stream from the second set of photodiodes at an input of the second amplifier and at least amplify the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 7. The physiological measurement system of claim 6, wherein the protruding convex surface is configured to be located | The Apple Watch Series 4 and later devices include a protruding convex surface that is configured to be located between tissue of the user and the photodiodes of the first and second sets of photodiodes when the physiological measurement device is worn by the user. |

Exhibit 6
Page 185

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| between tissue of the user and the photodiodes of the first and second sets of photodiodes when the physiological measurement device is worn by the user, and wherein at least part of the protruding convex surface is light permeable to allow light to reach at least one of the photodiodes of the first or second sets of photodiodes. | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a protruding convex surface that is light permeable to allow light to reach at least one of the photodiodes of the first or second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 8. The physiological measurement system of claim 7, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| an at least partially opaque layer blocking one or more optical paths to at least one of the photodiodes of the first set of photodiodes or the second set of photodiodes, wherein the at least partially opaque layer comprises the windows that allow light to pass through to the corresponding photodiodes. | The Apple Watch Series 4 and later devices include an at least partially opaque layer blocking one or more optical paths to at least one of the photodiodes of the first set of photodiodes or the second set of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices include windows that allow light to pass through to the corresponding photodiodes. |

Exhibit 6
Page 186

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
|  | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 9. The physiological measurement system of claim 8, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| a substrate having a first surface, wherein the photodiodes of the first set of photodiodes and the photodiodes of the second set of photodiodes are arranged on the first surface. | The Apple Watch Series 4 and later devices include a substrate having a first surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include photodiodes of the first set of photodiodes and photodiodes of the second set of photodiodes arranged on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 10. The physiological measurement system of claim 9, wherein: |  |
| the wall surrounds at least the first set of photodiodes and the second set of photodiodes on the first surface, | The Apple Watch Series 4 and later devices include a wall that surrounds at least the first set of photodiodes and the second set of photodiodes on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

Exhibit 6
Page 187

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| | showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the substrate on one side of the wall, and | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side of the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the cover on an opposing side of the wall. | The Apple Watch Series 4 and later devices include a wall that operably connects to the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 11. The physiological measurement system of claim 10, wherein a surface of the handheld computing device positions the touch-screen display. | The Apple iPhone devices include a surface that positions the touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 12. The physiological measurement system of claim 11, wherein the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide.<br><br>See Appendix A (Apple support page for heart rate); Appendix I |

Exhibit 6<br>Page 188

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide. | (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 13. The physiological measurement system of claim 12, wherein the protruding convex surface protrudes a height between 1 millimeter and 3 millimeters. | The Apple Watch Series 4 and later devices include a protruding convex surface that protrudes a height between 1 millimeter and 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 14. The physiological measurement system of claim 12, wherein at least one of the photodiodes is configured to receive light that has been attenuated by tissue of the user. | The Apple Watch Series 4 and later devices include at least one photodiode configured to receive light that has been attenuated by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 15. The physiological measurement system of claim 14, wherein a portion of the physiological sensor device comprises one of at least two sizes, the two sizes intended to be appropriate for larger users and smaller users. | A portion of the Apple Watch Series 4 and later devices are one of at least two sizes, the two sizes intended to be appropriate for larger users and smaller users.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands). |
| 16. The physiological measurement system of claim 14, wherein at least the photodiodes of the first set of photodiodes are | The Apple Watch Series 4 and later devices include photodiodes of the first set of photodiodes arranged such that a first photodiode and a second photodiode of the first set of photodiodes are arranged across from each other on opposite sides of a central point along a first axis, and a third photodiode |

Exhibit 6
Page 189

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| arranged such that a first photodiode and a second photodiode of the first set of photodiodes are arranged across from each other on opposite sides of a central point along a first axis, and a third photodiode and a fourth photodiode of the first set of photodiodes are arranged across from each other on opposite sides of the central point along a second axis which is different from the first axis. | and a fourth photodiode of the first set of photodiodes are arranged across from each other on opposite sides of the central point along a second axis which is different from the first axis.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix F (image with photodiodes arranged across from each other). |
| 17. The physiological measurement system of claim 14, wherein the protruding convex surface protrudes a height greater than 2 millimeters and less than 3 millimeters. | The Apple Watch Series 4 and later devices include a protruding convex surface that protrudes a height greater than 2 millimeters and less than 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 18. The physiological measurement system of claim 17, wherein the attenuated light is reflected by the tissue. | The Apple Watch Series 4 and later devices are configured so that the attenuated light is reflected by the tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

Exhibit 6
Page 190

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| 19. The physiological measurement system of claim 1, wherein the handheld computing device comprises a mobile phone. | The Apple iPhone devices are mobile phones.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 20. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| a physiological sensor device comprising: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include one or more emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a first set of photodiodes, the first set of photodiodes comprising at least four photodiodes, the photodiodes of the first set of photodiodes connected to one another in parallel to provide a first signal stream; wherein each of the photodiodes of the | The Apple Watch Series 4 and later devices include a first set of photodiodes, the first set of photodiodes comprising at least four photodiodes, the photodiodes of the first set of photodiodes connected to one another in parallel to provide a first signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

Exhibit 6<br>Page 191

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| first set of photodiodes has a corresponding window that allows light to pass through to the photodiode; | showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). <br><br> The Apple Watch Series 4 and later devices are configured so that each of the photodiodes of the first set of photodiodes has a corresponding window that allows light to pass through to the photodiode. <br><br> See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a second set of photodiodes, the second set of photodiodes comprising at least four photodiodes, the photodiodes of the second set of photodiodes connected to one another in parallel to provide a second signal stream, wherein each of the photodiodes of the second set of photodiodes has a corresponding window that allows light to pass through to the photodiode; and | The Apple Watch Series 4 and later devices include a second set of photodiodes, the second set of photodiodes comprising at least four photodiodes, the photodiodes of the second set of photodiodes connected to one another in parallel to provide a second signal stream. <br><br> See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). <br><br> The Apple Watch Series 4 and later devices are configured so that each of the photodiodes of the second set of photodiodes has a corresponding window that allows light to pass through to the photodiode. <br><br> See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a protruding convex surface, wherein the | The Apple Watch Series 4 and later devices include a protruding convex surface. |

Exhibit 6
Page 192

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| protruding convex surface is positioned such that the protruding convex surface is located between tissue of the user and the photodiodes of the first and second sets of photodiodes when the physiological sensor device is worn by the user; and | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices include a protruding convex surface that is positioned such that the protruding convex surface is located between tissue of the user and the photodiodes of the first and second sets of photodiodes when the physiological sensor device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a handheld computing device in wireless communication with the physiological sensor device. | The Apple iPhone devices are in wireless communication with the physiological sensor device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 21. The physiological measurement system of claim 20, wherein the handheld computing device comprises a mobile phone. | The Apple iPhone devices are mobile phones.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 22. The physiological measurement system of | |

Exhibit 6
Page 193

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| claim 20 further comprising: | |
| preprocessing electronics comprising at least: | The Apple Watch Series 4 and later devices use preprocessing electronics.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a first amplifier configured to receive the first signal stream at an input of the first amplifier and at least amplify the first signal stream, and | The Apple Watch Series 4 and later devices use a first amplifier configured to receive the first signal stream at an input of the first amplifier and at least amplify the first signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a second amplifier configured to receive the second signal stream at an input of the second amplifier and at least amplify the second signal stream. | The Apple Watch Series 4 and later devices use a second amplifier configured to receive the second signal stream at an input of the second amplifier and at least amplify the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 23. The physiological measurement system of claim 22, wherein the preprocessing electronics are further configured to convert at least one of the first signal stream or the second signal stream from analog to digital. | The Apple Watch Series 4 and later devices use preprocessing electronics further configured to convert at least one of the first signal stream or the second signal stream from analog to digital.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 24. The physiological measurement system of claim 23, wherein the handheld computing device comprises: | The Apple iPhone devices are handheld computing devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 194

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user; | The Apple iPhone devices include one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a touch-screen display configured to provide a user interface, wherein the user interface is configured to display indicia responsive to measurements of the physiological parameter; and | The Apple iPhone devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple Watch Series 4 and later devices include a user interface configured to display indicia responsive to measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a storage device configured to at least temporarily store at least the measurements of the physiological parameter. | The Apple iPhone devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 195

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| 25. The physiological measurement system of claim 24, wherein at least part of the protruding convex surface is light permeable to allow light to reach at least one of the photodiodes of the first or second sets of photodiodes, and wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices include a protruding convex surface is light permeable to allow light to reach at least one of the photodiodes of the first or second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website).<br><br>The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| an at least partially opaque layer blocking one or more optical paths to at least one of the photodiodes of the first set of photodiodes and at least one of the photodiodes of the second set of photodiodes, wherein the at least partially opaque layer comprises the windows that allow light to pass through to the corresponding photodiodes. | The Apple Watch Series 4 and later devices include an at least partially opaque layer blocking one or more optical paths to at least one of the photodiodes of the first set of photodiodes and at least one of the photodiodes of the second set of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices include windows that allow light to pass through to the corresponding photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |

Exhibit 6
Page 196

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| 26. The physiological measurement system of claim 25, wherein the physiological sensor device further comprises: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate). |
| a wall that surrounds at least the first and second sets of photodiodes; and | The Apple Watch Series 4 and later devices include a wall that surrounds at least the first and second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a substrate having a first surface, wherein the photodiodes of the first set of photodiodes and the photodiodes of the second set of photodiodes are arranged on the first surface, wherein the wall surrounds at least the first set of photodiodes and the second set of photodiodes on the first surface; and | The Apple Watch Series 4 and later devices include a substrate having a first surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include photodiodes of the first set of photodiodes and photodiodes of the second set of photodiodes arranged on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors).<br><br>The Apple Watch Series 4 and later devices include a wall that surrounds at least the first set of photodiodes and the second set of photodiodes on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

Exhibit 6
Page 197

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| | showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a cover comprising the protruding convex surface, wherein: | The Apple Watch Series 4 and later devices include a cover comprising the protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| the wall operably connects to the substrate on one side of the wall, and | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side of the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the cover on an opposing side of the wall. | The Apple Watch Series 4 and later devices include a wall that operably connects to the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 27. The physiological measurement system of claim 26, wherein a surface of the handheld computing device positions the touch-screen display. | The Apple iPhone devices include a surface that positions the touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page |

Exhibit 6<br>Page 198

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| | for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 28. The physiological measurement system of claim 27, wherein the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, carbon monoxide, or a state or trend of wellness of the user. | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, carbon monoxide, or a state or trend of wellness of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 29. The physiological measurement system of claim 28, wherein the protruding convex surface protrudes a height greater than 2 millimeters and less than 3 millimeters. | The Apple Watch Series 4 and later devices include a protruding convex surface that protrudes a height greater than 2 millimeters and less than 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 30. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| a physiological sensor device comprising: | The Apple Watch Series 4 and later devices are physiological sensor devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 199

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| one or more emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include one or more emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a substrate having a first surface; | The Apple Watch Series 4 and later devices include a substrate having a first surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a first set of photodiodes arranged on the first surface, wherein: | The Apple Watch Series 4 and later devices include a first set of photodiodes arranged on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| the first set of photodiodes comprises at least four photodiodes, | The Apple Watch Series 4 and later devices include the first set of photodiodes comprises at least four photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the photodiodes of the first set of photodiodes are connected to one another in parallel to provide a first signal stream, and | The Apple Watch Series 4 and later devices include photodiodes of the first set of photodiodes connected to one another in parallel to provide a first signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

Exhibit 6
Page 200

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| | showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| each of the photodiodes of the first set of photodiodes has a corresponding window that allows light to pass through to the photodiode; | The Apple Watch Series 4 and later devices are configured so that each of the photodiodes of the first set of photodiodes has a corresponding window that allows light to pass through to the photodiode.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a second set of photodiodes arranged on the first surface, wherein: | The Apple Watch Series 4 and later devices include a second set of photodiodes arranged on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| the second set of photodiodes comprises at least four photodiodes, | The Apple Watch Series 4 and later devices include a second set of photodiodes that comprises four photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the photodiodes of the second set of photodiodes are connected to one another in parallel to provide a second signal stream, and | The Apple Watch Series 4 and later devices include photodiodes of the second set of photodiodes connected to one another in parallel to provide a second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

Exhibit 6
Page 201

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| | showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| each of the photodiodes of the second set of photodiodes has a corresponding window that allows light to pass through to the photodiode; | The Apple Watch Series 4 and later devices are configured so that each of the photodiodes of the second set of photodiodes has a corresponding window that allows light to pass through to the photodiode.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| a cover comprising a protruding convex surface, wherein: | The Apple Watch Series 4 and later devices include a cover comprising a protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| the protruding convex surface is above all of the photodiodes of the first and second sets of photodiodes, | The Apple Watch Series 4 and later devices include a protruding convex surface that is above all of the photodiodes of the first and second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| at least a portion of the protruding convex surface is rigid, | The Apple Watch Series 4 and later devices include a protruding convex surface that is rigid.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple |

Exhibit 6
Page 202

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
|  | Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| the cover is above the wall, and | The Apple Watch Series 4 and later devices include a cover above the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| the protruding convex surface is configured to be located between tissue of the user and the photodiodes of the first and second sets of photodiodes when the physiological measurement device is worn by the user; | The Apple Watch Series 4 and later devices include a protruding convex surface that is configured to be located between tissue of the user and the photodiodes of the first and second sets of photodiodes when the physiological measurement device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a wall that surrounds at least the first and second sets of photodiodes on the first surface, wherein: | The Apple Watch Series 4 and later devices include a wall that surrounds at least the first and second sets of photodiodes on the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |

Exhibit 6
Page 203

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| the wall operably connects to the substrate on one side of the wall, and | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side of the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4). |
| the wall operably connects to the cover on an opposing side of the wall; and | The Apple Watch Series 4 and later devices include a wall that operably connects to the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| preprocessing electronics configured to preprocess at least one of the first signal stream or the second signal stream, wherein the preprocessing electronics comprise at least: | The Apple Watch Series 4 and later devices use preprocessing electronics configured to preprocess at least one of the first signal stream or the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation.<br><br>The Apple Watch Series 4 and later devices use preprocessing electronics.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a first amplifier configured to receive the first signal stream from the first set of photodiodes at an input of the first amplifier and at | The Apple Watch Series 4 and later devices use a first amplifier configured to receive the first signal stream from the first set of photodiodes at an input of the first amplifier and at least amplify the first signal stream. |

Exhibit 6
Page 204

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| least amplify the first signal stream, and | The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a second amplifier configured to receive the second signal stream from the second set of photodiodes at an input of the second amplifier and at least amplify the second signal stream; and | The Apple Watch Series 4 and later devices use a second amplifier configured to receive the second signal stream from the second set of photodiodes at an input of the second amplifier and at least amplify the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a handheld computing device in wireless communication with the physiological sensor device, wherein the handheld computing device comprises: | The Apple iPhone devices are in wireless communication with the physiological sensor device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple iPhone devices are handheld computing devices.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user, wherein the physiological parameter comprises at | The Apple iPhone devices include one or more processors configured to wirelessly receive one or more signals from the physiological sensor device, the one or more signals responsive to at least a physiological parameter of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 205

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide; | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a touch-screen display configured to provide a user interface, wherein the user interface is configured to display indicia responsive to measurements of the physiological parameter; and | The Apple iPhone devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple Watch Series 4 and later devices include a user interface configured to display indicia responsive to measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a storage device configured to at least temporarily store at least the measurements of the physiological parameter. | The Apple Watch Series 4 and later devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); |

Exhibit 6
Page 206

| U.S. Patent No. 10,702,194 | Analysis |
|---|---|
| | Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 207

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| 1. A user-worn physiological measurement device that defines a plurality of optical paths, the physiological measurement device comprising: | The Apple Watch Series 4 and later devices are user-worn physiological measurement devices that define a plurality of optical paths.<br><br>See Appendix A (Apple support page for heart rate). |
| one or more emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include one or more emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a first set of photodiodes positioned on a first surface and surrounded by a wall that is operably connected to the first surface, wherein: | The Apple Watch Series 4 and later devices include a first set of photodiodes positioned on a first surface and surrounded by a wall that is operably connected to the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| the first set of photodiodes comprises at least four photodiodes, and | The Apple Watch Series 4 and later devices include the first set of photodiodes comprises at least four photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the photodiodes of the first set of photodiodes are connected to one another | The Apple Watch Series 4 and later devices include photodiodes of the first set of photodiodes connected to one another in parallel to provide a first signal stream. |

Exhibit 6
Page 208

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| in parallel to provide a first signal stream; | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| a second set of photodiodes positioned on the first surface and surrounded by the wall, wherein: | The Apple Watch Series 4 and later devices include a second set of photodiodes positioned on the first surface and surrounded by the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| the second set of photodiodes comprises at least four photodiodes, and | The Apple Watch Series 4 and later devices include a second set of photodiodes that comprises four photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the photodiodes of the second set of photodiodes are connected to one another in parallel to provide a second signal stream; and | The Apple Watch Series 4 and later devices include photodiodes of the second set of photodiodes connected to one another in parallel to provide a second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| a cover located above the wall and comprising a | The Apple Watch Series 4 and later devices include a cover located above the wall and comprising a single protruding |

Exhibit 6
Page 209

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| single protruding convex surface configured to be located between tissue of the user and the first and second sets of photodiodes when the physiological measurement device is worn by the user, | convex surface configured to be located between tissue of the user and the first and second sets of photodiodes when the physiological measurement device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| wherein the physiological measurement device provides a plurality of optical paths, wherein each of the optical paths: | The Apple Watch Series 4 and later devices  provide a plurality of optical paths.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices include optical paths.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| exits an emitter of the one or more emitters, | The Apple Watch Series 4 and later devices include an optical path that exits an emitter of the one or more emitters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support |

Exhibit 6<br>Page 210

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
|  | page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| passes through tissue of the user, | The Apple Watch Series 4 and later devices include optical paths that pass through tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| passes through the single protruding convex surface, and | The Apple Watch Series 4 and later devices include optical paths that pass through the single protruding convex surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| arrives at a corresponding photodiode of the at least one of the first or second sets of photodiodes, the corresponding photodiode configured to receive light emitted by the emitter after traversal by the light of a corresponding optical path of the plurality of optical paths and after attenuation of the light by tissue of the user. | The Apple Watch Series 4 and later devices provide an optical path that  arrives at a corresponding photodiode of the at least one of the first or second sets of photodiodes, the corresponding photodiode configured to receive light emitted by the emitter after traversal by the light of a corresponding optical path of the plurality of optical paths and after attenuation of the light by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| 2. The user-worn physiological |  |

Exhibit 6<br>Page 211

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| measurement device of claim 1 further comprising: | |
| preprocessing electronics configured to preprocess at least one of the first signal stream or the second signal stream. | The Apple Watch Series 4 and later devices use preprocessing electronics configured to preprocess at least one of the first signal stream or the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 3. The user-worn physiological measurement device of claim 2, wherein the preprocessing comprises adapting the at least one of the first signal stream or the second signal stream. | The Apple Watch Series 4 and later devices use preprocessing that comprises adapting the at least one of the first signal stream or the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 4. The user-worn physiological measurement device of claim 3, wherein the preprocessing further comprises amplifying the at least one of the first signal stream or the second signal stream. | The Apple Watch Series 4 and later devices use preprocessing that further comprises amplifying the at least one of the first signal stream or the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 5. The user-worn physiological measurement device of claim 4, wherein the preprocessing further comprises converting the at least one of the first signal stream or the second signal stream from analog to digital. | The Apple Watch Series 4 and later devices use preprocessing that further comprises converting the at least one of the first signal stream or the second signal stream from analog to digital.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 6. The user-worn physiological measurement device of | The Apple Watch Series 4 and later devices use preprocessing electronics. |

Exhibit 6
Page 212

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| claim 2, wherein the preprocessing electronics comprise at least: | The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a first common amplifier configured to receive the first signal stream from the first set of photodiodes at an input of the first common amplifier and at least amplify the first signal stream, and | The Apple Watch Series 4 and later devices use a first common amplifier configured to receive the first signal stream from the first set of photodiodes at an input of the first common amplifier and at least amplify the first signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a second common amplifier configured to receive the second signal stream from the second set of photodiodes at an input of the second common amplifier and at least amplify the second signal stream. | The Apple Watch Series 4 and later devices use a second common amplifier configured to receive the second signal stream from the second set of photodiodes at an input of the second common amplifier and at least amplify the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 7. The user-worn physiological measurement device of claim 6, wherein at least the photodiodes of the first set of photodiodes are arranged such that a first photodiode and a second photodiode are arranged across from each other on opposite sides of a central point along a first axis, and a third photodiode and a fourth photodiode are arranged across from each other on opposite sides of the central point along a second axis which is | The Apple Watch Series 4 and later devices include photodiodes of the first set of photodiodes that are arranged such that a first photodiode and a second photodiode are arranged across from each other on opposite sides of a central point along a first axis, and a third photodiode and a fourth photodiode are arranged across from each other on opposite sides of the central point along a second axis which is different from the first axis.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix F (image with photodiodes arranged across from each other). |

Exhibit 6
Page 213

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| different from the first axis. | |
| 8. The user-worn physiological measurement device of claim 6 further comprising: | |
| a plurality of windows, wherein each of the photodiodes of the first set of photodiodes and the second set of photodiodes has a corresponding window of the plurality of windows that allows light to pass through to the photodiode, | The Apple Watch Series 4 and later devices include a plurality of windows.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices are configured so that each of the photodiodes of the first set of photodiodes and the second set of photodiodes has a corresponding window of the plurality of windows that allows light to pass through to the photodiode.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| wherein each of the optical paths further: | The Apple Watch Series 4 and later devices include optical paths.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |

Exhibit 6
Page 214

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| passes through a corresponding window of the plurality of windows. | The Apple Watch Series 4 and later devices include optical paths that passes through a corresponding window of the plurality of windows.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 9. The user-worn physiological measurement device of claim 8, wherein the single protruding convex surface protrudes a height between 1 millimeter and 3 millimeters. | The Apple Watch Series 4 and later devices include a single protruding convex surface that protrudes a height between 1 millimeter and 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 10. The user-worn physiological measurement device of claim 9 further comprising: | |
| one or more processors configured to: | The Apple Watch Series 4 and later devices include one or more processors.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| receive a signal stream responsive to at least one of the first signal stream or the second signal stream, wherein the signal stream is responsive to at least a | The Apple Watch Series 4 and later devices  receive a signal stream responsive to at least one of the first signal stream or the second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); |

Exhibit 6
Page 215

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| physiological parameter of the user; and | Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple Watch Series 4 and later devices use a signal stream that is responsive to at least a physiological parameter of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| process the signal stream to determine measurements of the physiological parameter; | The Apple Watch Series 4 and later devices  process the signal stream to determine measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a network interface configured to communicate with a handheld computing device; | The Apple Watch Series 4 and later devices include a network interface configured to communicate with a handheld computing device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a touch-screen display configured to provide a user interface, wherein: | The Apple Watch Series 4 and later devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page |

Exhibit 6<br>Page 216

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| | for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| the user interface is configured to display indicia responsive to the measurements of the physiological parameter, and | The Apple Watch Series 4 and later devices include a user interface configured to display indicia responsive to the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| an orientation of the user interface is configurable responsive to a user input; and | The Apple Watch Series 4 and later devices have an orientation of the user interface that is configurable responsive to a user input.<br><br>See Appendix O (Apple support page for changing orientation). |
| a storage device configured to at least temporarily store at least the measurements of the physiological parameter. | The Apple Watch Series 4 and later devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 11. The user-worn physiological measurement device of claim 10, wherein the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide. | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 217

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| 12. The user-worn physiological measurement device of claim 11, wherein the attenuated light is reflected by the tissue. | The Apple Watch Series 4 and later devices are configured so that the attenuated light is reflected by the tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 13. The user-worn physiological measurement device of claim 12 further comprising: | |
| a strap configured to position the physiological measurement device on the user, wherein the physiological measurement device comprises a single unit wearable by the user, the single unit encompassing at least: the one or more emitters, the first and second sets of photodiodes, the wall, the cover, the plurality of windows, the one or more processors, the network interface, and the storage device. | The Apple Watch Series 4 and later devices include a strap configured to position the physiological measurement device on the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands).<br><br>The Apple Watch Series 4 and later devices are single units wearable by the user, the single units encompassing at least: the one or more emitters, the first and second sets of photodiodes, the wall, the cover, the plurality of windows, the one or more processors, the network interface, and the storage device.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix |

Exhibit 6
Page 218

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| | I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 14. The user-worn physiological measurement device of claim 13, wherein the network interface is configured to communicate at least the measurements of the physiological parameter to the handheld computing device. | The Apple Watch Series 4 and later devices have a network interface configured to communicate at least the measurements of the physiological parameter to the handheld computing device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 15. The user-worn physiological measurement device of claim 14, wherein the single protruding convex surface protrudes a height greater than 2 millimeters and less than 3 millimeters. | The Apple Watch Series 4 and later devices include a single protruding convex surface that protrudes a height greater than 2 millimeters and less than 3 millimeters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 16. A user-worn physiological measurement device that defines a plurality of optical paths, the physiological measurement device comprising: | The Apple Watch Series 4 and later devices are user-worn physiological measurement devices that define a plurality of optical paths.<br><br>See Appendix A (Apple support page for heart rate). |
| one or more emitters configured to emit light into tissue of a user; | The Apple Watch Series 4 and later devices include one or more emitters configured to emit light into tissue of a user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple |

Exhibit 6
Page 219

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| | Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a first set of photodiodes positioned on a first surface and surrounded by a wall that is operably connected to the first surface, wherein: | The Apple Watch Series 4 and later devices include a first set of photodiodes positioned on a first surface and surrounded by a wall that is operably connected to the first surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| the first set of photodiodes comprises at least four photodiodes, and | The Apple Watch Series 4 and later devices include the first set of photodiodes comprises at least four photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the photodiodes of the first set of photodiodes are connected to one another in parallel to provide a first signal stream; | The Apple Watch Series 4 and later devices include photodiodes of the first set of photodiodes connected to one another in parallel to provide a first signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| a second set of photodiodes positioned on the first surface and surrounded by the wall, wherein: | The Apple Watch Series 4 and later devices include a second set of photodiodes positioned on the first surface and surrounded by the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple |

Exhibit 6<br>Page 220

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| | Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| the second set of photodiodes comprises at least four photodiodes, and | The Apple Watch Series 4 and later devices include a second set of photodiodes that comprises four photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the photodiodes of the second set of photodiodes are connected to one another in parallel to provide a second signal stream; | The Apple Watch Series 4 and later devices include photodiodes of the second set of photodiodes connected to one another in parallel to provide a second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| a cover located above the wall and comprising a single protruding convex surface configured to be located between tissue of the user and the first and second sets of photodiodes when the physiological measurement device is worn by the user; | The Apple Watch Series 4 and later devices include a cover located above the wall and comprising a single protruding convex surface configured to be located between tissue of the user and the first and second sets of photodiodes when the physiological measurement device is worn by the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a plurality of windows, wherein each of the | The Apple Watch Series 4 and later devices include a plurality of windows. |

Exhibit 6
Page 221

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| photodiodes of the first set of photodiodes and the second set of photodiodes has a corresponding window of the plurality of windows that allows light to pass through to the photodiode; | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices are configured so that each of the photodiodes of the first set of photodiodes and the second set of photodiodes has a corresponding window of the plurality of windows that allows light to pass through to the photodiode.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| preprocessing electronics configured to preprocess at least one of the first signal stream or the second signal stream, wherein the preprocessing electronics comprise at least: | The Apple Watch Series 4 and later devices use preprocessing electronics configured to preprocess at least one of the first signal stream or the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation.<br><br>The Apple Watch Series 4 and later devices use preprocessing electronics.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a first common amplifier configured to receive the first signal stream from the first set of photodiodes at an input of the first common amplifier and at | The Apple Watch Series 4 and later devices use a first common amplifier configured to receive the first signal stream from the first set of photodiodes at an input of the first common amplifier and at least amplify the first signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |

Exhibit 6
Page 222

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| least amplify the first signal stream, and | |
| a second common amplifier configured to receive the second signal stream from the second set of photodiodes at an input of the second common amplifier and at least amplify the second signal stream; | The Apple Watch Series 4 and later devices use a second common amplifier configured to receive the second signal stream from the second set of photodiodes at an input of the second common amplifier and at least amplify the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| one or more processors configured to: | The Apple Watch Series 4 and later devices include one or more processors.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| receive a signal stream responsive to at least one of the first signal stream or the second signal stream after preprocessing of the at least one of the first signal stream and the second signal stream, wherein the signal stream is responsive to at least a physiological parameter of the user, and wherein the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide; and | The Apple Watch Series 4 and later devices  receive a signal stream responsive to at least one of the first signal stream or the second signal stream after preprocessing of the at least one of the first signal stream and the second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).<br><br>The Apple Watch Series 4 and later devices use a signal stream that is responsive to at least a physiological parameter of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 223

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| process the signal stream to determine measurements of the physiological parameter; | The Apple Watch Series 4 and later devices  process the signal stream to determine measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a network interface configured to communicate at least the measurements of the physiological parameter to a handheld computing device; | The Apple Watch Series 4 and later devices include a network interface configured to communicate at least the measurements of the physiological parameter to a handheld computing device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a touch-screen display configured to provide a user interface, wherein the user interface is configured to display indicia responsive to the | The Apple Watch Series 4 and later devices include a touch-screen display configured to provide a user interface.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N |

Exhibit 6
Page 224

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| measurements of the physiological parameter; | (Apple support page for using Health app on iPhone).<br><br>The Apple Watch Series 4 and later devices include a user interface configured to display indicia responsive to the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a storage device configured to at least temporarily store at least the measurements of the physiological parameter; and | The Apple Watch Series 4 and later devices include a storage device configured to at least temporarily store at least the measurements of the physiological parameter.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a strap configured to position the physiological measurement device on the user, wherein the physiological measurement device comprises a single unit wearable by the user, the single unit encompassing at least: the one or more emitters, the first and second sets of photodiodes, the wall, the cover, the plurality of windows, the one or more processors, the network interface, and the storage device, | The Apple Watch Series 4 and later devices include a strap configured to position the physiological measurement device on the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands).<br><br>The Apple Watch Series 4 and later devices are single units wearable by the user, the single units encompassing at least: the one or more emitters, the first and second sets of photodiodes, the wall, the cover, the plurality of windows, the one or more processors, the network interface, and the storage device.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple |

Exhibit 6<br>Page 225

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| | Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| wherein the physiological measurement device provides a plurality of optical paths, wherein each of the optical paths: | The Apple Watch Series 4 and later devices  provide a plurality of optical paths.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2).<br><br>The Apple Watch Series 4 and later devices include optical paths.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| exits an emitter of the one or more emitters, | The Apple Watch Series 4 and later devices include an optical path that exits an emitter of the one or more emitters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| passes through tissue of the user, | The Apple Watch Series 4 and later devices include optical paths that pass through tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of |

Exhibit 6<br>Page 226

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| | Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| passes through the single protruding convex surface and the corresponding window of the plurality of windows, and | The Apple Watch Series 4 and later devices include optical paths that pass through the single protruding convex surface and the corresponding window of the plurality of windows.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| arrives at a corresponding photodiode of the at least one of the first or second sets of photodiodes, the corresponding photodiode configured to receive light emitted by the emitter after traversal by the light of a corresponding optical path of the plurality of optical paths and after attenuation of the light by tissue of the user, and | The Apple Watch Series 4 and later devices provide an optical path that arrives at a corresponding photodiode of the at least one of the first or second sets of photodiodes, the corresponding photodiode configured to receive light emitted by the emitter after traversal by the light of a corresponding optical path of the plurality of optical paths and after attenuation of the light by tissue of the user.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| wherein the attenuated light is reflected by the tissue. | The Apple Watch Series 4 and later devices are configured so that the attenuated light is reflected by the tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix |

Exhibit 6
Page 227

| U.S. Patent No. 10,702,195 | Analysis |
|---|---|
| | I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 17. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| a user-worn physiological measurement device according to claim 16; and | |
| a handheld computing device in communication with the user-worn physiological measurement device. | The Apple iPhone devices are in communication with the user-worn physiological measurement device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 228

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| 1. A noninvasive physiological parameter measurement device adapted to be worn by a wearer, the noninvasive physiological parameter measurement device comprising: | The Apple Watch Series 4 and later devices are noninvasive physiological parameter measurement devices adapted to be worn by a wearer.<br><br>See Appendix A (Apple support page for heart rate). |
| one or more light emitters; | The Apple Watch Series 4 and later devices include one or more light emitters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a substrate having a surface; | The Apple Watch Series 4 and later devices include a substrate having a surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a first set of photodiodes arranged on the surface and spaced apart from each other, wherein: | The Apple Watch Series 4 and later devices include a first set of photodiodes arranged on the surface and spaced apart from each other.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the first set of photodiodes comprises at least four photodiodes, and the photodiodes of the first set of photodiodes are connected to one another in parallel to provide a first | The Apple Watch Series 4 and later devices include the first set of photodiodes comprises at least four photodiodes, and the photodiodes of the first set of photodiodes are connected to one another in parallel to provide a first signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue. |

Exhibit 6<br>Page 229

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue; | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| a second set of photodiodes arranged on the surface and spaced apart from each other, wherein: | The Apple Watch Series 4 and later devices include a second set of photodiodes arranged on the surface and spaced apart from each other.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the second set of photodiodes comprises at least four photodiodes, the photodiodes of the second set of photodiodes are connected to one another in parallel to provide a second signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue, and | The Apple Watch Series 4 and later devices include a second set of photodiodes that comprise at least four photodiodes, the photodiodes of the second set of photodiodes are connected to one another in parallel to provide a second signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| at least one of the first signal stream or the second signal stream includes information usable to determine a physiological parameter of a wearer of the noninvasive physiological | The Apple Watch Series 4 and later devices are configured to provide at least one of a first signal stream or a second signal stream that includes information usable to determine a physiological parameter of a wearer of the noninvasive physiological parameter measurement device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page |

Exhibit 6
Page 230

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| parameter measurement device; | for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a wall extending from the surface and configured to surround at least the first and second sets of photodiodes; and | The Apple Watch Series 4 and later devices include a wall extending from the surface and configured to surround at least the first and second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a cover arranged to cover at least a portion of the surface of the substrate, wherein the cover comprises a protrusion that extends over all of the photodiodes of the first and second sets of photodiodes arranged on the surface, and wherein the cover is further configured to cover the wall. | The Apple Watch Series 4 and later devices include a cover arranged to cover at least a portion of the surface of the substrate.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website)<br><br>The Apple Watch Series 4 and later devices include a protrusion that extends over all of the photodiodes of the first and second sets of photodiodes arranged on the surface.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website)<br><br>The Apple Watch Series 4 and later devices include a cover that is configured to cover the wall.<br><br>See Appendix A (Apple support page for heart rate); Appendix B |

Exhibit 6
Page 231

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| | (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 2. The noninvasive physiological parameter measurement device of claim 1 further comprising preprocessing electronics including at least: | The Apple Watch Series 4 and later devices use preprocessing electronics.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| first preprocessing electronics configured to preprocess the first signal stream; and | The Apple Watch Series 4 and later devices use first preprocessing electronics configured to preprocess the first signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| second preprocessing electronics configured to preprocess the second signal stream. | The Apple Watch Series 4 and later devices use second preprocessing electronics configured to preprocess the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 3. The noninvasive physiological parameter measurement device of claim 2, wherein: | |
| the first preprocessing electronics comprise at least a first amplifier configured to receive the first signal stream and at least amplify the first signal stream, and the second preprocessing electronics comprise at | The Apple Watch Series 4 and later devices use at least a first amplifier configured to receive the first signal stream and at least amplify the first signal stream, and at least a second amplifier configured to receive the second signal stream and at least amplify the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |

Exhibit 6
Page 232

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| least a second amplifier configured to receive the second signal stream and at least amplify the second signal stream. | |
| 4. The noninvasive physiological parameter measurement device of claim 3, wherein the preprocessing further comprises converting at least one of the first signal stream or the second signal stream from analog to digital. | The Apple Watch Series 4 and later devices use preprocessing that comprises converting at least one of the first signal stream or the second signal stream from analog to digital.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 5. The noninvasive physiological parameter measurement device of claim 3, wherein the protrusion comprises a convex protrusion, and wherein at least a portion the cover is comprised of a sufficiently rigid material to cause tissue of the wearer to conform to at least a portion of a shape of the cover. | The Apple Watch Series 4 and later devices include a convex protrusion.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website)<br><br>The Apple Watch Series 4 and later devices include a cover that is comprised of a sufficiently rigid material to cause tissue of the wearer to conform to at least a portion of a shape of the cover.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 6. The noninvasive physiological parameter measurement device of | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, |

Exhibit 6
Page 233

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| claim 5, wherein the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide. | methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 7. The noninvasive physiological parameter measurement device of claim 6, wherein at least part of the cover is light permeable. | The Apple Watch Series 4 and later devices include a cover with at least part that is light permeable.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2). |
| 8. The noninvasive physiological parameter measurement device of claim 6 further comprising: | |
| one or more openings that allow light to pass through to the photodiodes of the first and second sets of photodiodes. | The Apple Watch Series 4 and later devices include one or more openings that allow light to pass through to the photodiodes of the first and second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 9. The noninvasive physiological parameter measurement device of claim 8, wherein the wall operably connects to the | The Apple Watch Series 4 and later devices include a wall that operably connects to the substrate on one side and operably connects to the cover on an opposite side.<br><br>See Appendix A (Apple support page for heart rate); Appendix B |

Exhibit 6
Page 234

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| substrate on one side and operably connects to the cover on an opposite side. | (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 10. The noninvasive physiological parameter measurement device of claim 9 further comprising: | |
| a touch-screen display; | The Apple Watch Series 4 and later devices include a touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a strap configured to facilitate attachment of at least part of the noninvasive physiological parameter measurement device to an arm of the wearer; and | The Apple Watch Series 4 and later devices include a strap configured to facilitate Appendix of at least part of the noninvasive physiological parameter measurement device to an arm of the wearer.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands). |
| one or more processors configured to: | The Apple Watch Series 4 and later devices include one or more processors.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |

Exhibit 6
Page 235

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| receive information responsive to at least one of the first signal stream or the second signal stream; | The Apple Watch Series 4 and later devices include a processor configured to receive information responsive to at least one of the first signal stream or the second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| process the information to determine physiological parameter measurement information; and | The Apple Watch Series 4 and later devices include a processor configured to process the information to determine physiological parameter measurement information.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| cause communication of the physiological parameter measurement information to a user interface displayed on the touch-screen display. | The Apple Watch Series 4 and later devices include a processor configured to cause communication of the physiological parameter measurement information to a user interface displayed on the touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 11. The noninvasive physiological parameter measurement device of claim 10, wherein the attenuated light is reflected by the tissue. | The Apple Watch Series 4 and later devices are configured so that the attenuated light is reflected by the tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix |

Exhibit 6<br>Page 236

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
|  | I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 12. The noninvasive physiological parameter measurement device of claim 11, wherein the one or more processors are further configured to: | The Apple Watch Series 4 and later devices include one or more processors.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| cause transmission of the physiological parameter measurement information to at least one of: a mobile phone, or a computer network. | The Apple Watch Series 4 and later devices include a processor configured to cause transmission of the physiological parameter measurement information to at least one of: a mobile phone, or a computer network.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 13. The noninvasive physiological parameter measurement device of claim 12 further comprising: |  |
| a magnet configured to be used as a connecting mechanism. | The Apple Watch Series 4 and later devices include a magnet configured to be used as a connecting mechanism.<br><br>See Appendix P (Apple support page for magnetic coupling). |
| 14. A noninvasive physiological parameter measurement device comprising: | The Apple Watch Series 4 and later devices are noninvasive physiological parameter measurement devices.<br><br>See Appendix A (Apple support page for heart rate). |
| one or more light emitters; | The Apple Watch Series 4 and later devices include one or more light emitters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B |

Exhibit 6
Page 237

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| | (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a first set of photodiodes, the first set of photodiodes comprising at least four photodiodes, the photodiodes of the first set of photodiodes connected to one another in parallel to provide a first signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue; | The Apple Watch Series 4 and later devices include a first set of photodiodes, the first set of photodiodes comprising at least four photodiodes, the photodiodes of the first set of photodiodes connected to one another in parallel to provide a first signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue. See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| a second set of photodiodes, the second set of photodiodes comprising at least four photodiodes, the photodiodes of the second set of photodiodes connected to one another in parallel to provide a second signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue; | The Apple Watch Series 4 and later devices include a second set of photodiodes, the second set of photodiodes comprising at least four photodiodes, the photodiodes of the second set of photodiodes connected to one another in parallel to provide a second signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue. See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| a wall configured to surround at least the first and second sets of photodiodes; | The Apple Watch Series 4 and later devices include a wall configured to surround at least the first and second sets of photodiodes. See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

Exhibit 6
Page 238

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| | showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a protrusion that extends over the wall and the photodiodes of the first and second sets of photodiodes; and | The Apple Watch Series 4 and later devices include a protrusion that extends over the wall and the photodiodes of the first and second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| one or more processors configured to: | The Apple Watch Series 4 and later devices include one or more processors.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| receive information responsive to at least one of the first signal stream or the second signal stream; and | The Apple Watch Series 4 and later devices include a processor configured to receive information responsive to at least one of the first signal stream or the second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| process the information to determine physiological parameter measurement information. | The Apple Watch Series 4 and later devices include a processor configured to process the information to determine physiological parameter measurement information.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 239

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| 15. The noninvasive physiological parameter measurement device of claim 14, wherein the first and second sets of photodiodes are arranged on a substrate, and wherein the protrusion extends over at least a part of the substrate. | The Apple Watch Series 4 and later devices include first and second sets of photodiodes arranged on a substrate.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another).<br><br>The Apple Watch Series 4 and later devices include a protrusion that extends over at least a part of the substrate.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website) |
| 16. The noninvasive physiological parameter measurement device of claim 15 further comprising preprocessing electronics including at least: | The Apple Watch Series 4 and later devices use preprocessing electronics.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| first preprocessing electronics configured to preprocess the first signal stream; and | The Apple Watch Series 4 and later devices use first preprocessing electronics configured to preprocess the first signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| second preprocessing electronics configured to preprocess the second signal stream, wherein the information responsive to the at least one of the first | The Apple Watch Series 4 and later devices use second preprocessing electronics configured to preprocess the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |

Exhibit 6
Page 240

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| signal stream or the second signal stream is received by the one or more processors after preprocessing of the at least one of the first signal stream or the second signal stream. | The Apple Watch Series 4 and later devices include one or more processors that receive the information responsive to the at least one of the first signal stream or the second signal stream after preprocessing of the at least one of the first signal stream or the second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 17. The noninvasive physiological parameter measurement device of claim 16, wherein: | |
| the first preprocessing electronics comprise at least a first amplifier configured to receive the first signal stream and at least amplify the first signal stream, and the second preprocessing electronics comprise at least a second amplifier configured to receive the second signal stream and at least amplify the second signal stream. | The Apple Watch Series 4 and later devices use at least a first amplifier configured to receive the first signal stream and at least amplify the first signal stream, and at least a second amplifier configured to receive the second signal stream and at least amplify the second signal stream.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| 18. The noninvasive physiological parameter measurement device of claim 17, wherein the preprocessing further comprises converting at least one of the first signal stream or the second | The Apple Watch Series 4 and later devices use preprocessing that comprises converting at least one of the first signal stream or the second signal stream from analog to digital.<br><br>The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |

Exhibit 6
Page 241

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| signal stream from analog to digital. | |
| 19. The noninvasive physiological parameter measurement device of claim 17, wherein the protrusion comprises a convex protrusion, and wherein at least a portion the convex protrusion is comprised of a sufficiently rigid material to cause tissue of a wearer of the noninvasive physiological parameter measurement device to conform to at least a portion of a shape of the convex protrusion when the noninvasive physiological parameter measurement device is worn by the wearer. | The Apple Watch Series 4 and later devices include a convex protrusion.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website)<br><br>The Apple Watch Series 4 and later devices include a convex protrusion with at least a portion that is comprised of a sufficiently rigid material to cause tissue of a wearer of the noninvasive physiological parameter measurement device to conform to at least a portion of a shape of the convex protrusion when the noninvasive physiological parameter measurement device is worn by the wearer.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website) |
| 20. The noninvasive physiological parameter measurement device of claim 19, wherein the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, | The Apple Watch Series 4 and later devices are configured to provide a physiological parameter that comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 242

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| carboxyhemoglobin, or carbon monoxide. | |
| 21. The noninvasive physiological parameter measurement device of claim 20, wherein at least part of the protrusion is light permeable. | The Apple Watch Series 4 and later devices include a protrusion with at least part being light permeable.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 22. The noninvasive physiological parameter measurement device of claim 20 further comprising: | |
| one or more openings that allow light to pass through to the photodiodes of the first and second sets of photodiodes. | The Apple Watch Series 4 and later devices include one or more openings that allow light to pass through to the photodiodes of the first and second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 23. The noninvasive physiological parameter measurement device of claim 22 further comprising: | |
| a strap configured to facilitate attachment of at least part of the noninvasive physiological parameter measurement | The Apple Watch Series 4 and later devices include a strap configured to facilitate Appendix of at least part of the noninvasive physiological parameter measurement device to an arm of the wearer. |

Exhibit 6<br>Page 243

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| device to an arm of the wearer; and | See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands). |
| a touch-screen display, wherein the one or more processors are further configured to cause communication of the physiological parameter measurement information to a user interface displayed on the touch-screen display. | The Apple Watch Series 4 and later devices include a touch-screen display.

See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone).

The Apple Watch Series 4 and later devices include one or more processors configured to cause communication of the physiological parameter measurement information to a user interface displayed on the touch-screen display.

See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 24. The noninvasive physiological parameter measurement device of claim 23, wherein the attenuated light is reflected by the tissue. | The Apple Watch Series 4 and later devices are configured so that the attenuated light is reflected by the tissue.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| 25. The noninvasive physiological parameter | The Apple Watch Series 4 and later devices include one or more processors. |

Exhibit 6
Page 244

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| measurement device of claim 24, wherein the one or more processors are further configured to: | See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| cause transmission of the physiological parameter measurement information to at least one of: a mobile phone, or a computer network. | The Apple Watch Series 4 and later devices include a processor configured to cause transmission of the physiological parameter measurement information to at least one of: a mobile phone, or a computer network.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 26. A physiological measurement system comprising: | The Apple Watch Series 4 and later devices and iPhone devices are physiological measurement systems.<br><br>See Appendix A (Apple support page for heart rate). |
| a noninvasive physiological parameter measurement device according to claim 25; and | |
| a mobile phone configured to wirelessly communicate with the noninvasive physiological parameter measurement device. | The Apple Watch iPhone devices are mobile phones configured to wirelessly communicate with the noninvasive physiological parameter measurement device.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| 27. A noninvasive physiological parameter measurement device adapted to be worn by a | The Apple Watch Series 4 and later devices are noninvasive physiological parameter measurement devices adapted to be worn by a wearer. |

Exhibit 6
Page 245

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| wearer, the noninvasive physiological parameter measurement device comprising: | See Appendix A (Apple support page for heart rate). |
| one or more light emitters; | The Apple Watch Series 4 and later devices include one or more light emitters.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a substrate having a surface; | The Apple Watch Series 4 and later devices include a substrate having a surface.<br><br>See Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors). |
| a first set of photodiodes arranged on the surface and spaced apart from each other, wherein: | The Apple Watch Series 4 and later devices include a first set of photodiodes arranged on the surface and spaced apart from each other.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the first set of photodiodes comprises at least four photodiodes, and the photodiodes of the first set of photodiodes are connected to one another in parallel to provide a first signal stream responsive to light from at least one of the one or more light | The Apple Watch Series 4 and later devices include the first set of photodiodes comprises at least four photodiodes, and the photodiodes of the first set of photodiodes are connected to one another in parallel to provide a first signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr |

Exhibit 6
Page 246

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| emitters attenuated by body tissue; | showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| a second set of photodiodes arranged on the surface and spaced apart from each other, wherein: | The Apple Watch Series 4 and later devices include a second set of photodiodes arranged on the surface and spaced apart from each other.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| the second set of photodiodes comprises at least four photodiodes, the photodiodes of the second set of photodiodes are connected to one another in parallel to provide a second signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue, | The Apple Watch Series 4 and later devices include a second set of photodiodes that comprise at least four photodiodes, the photodiodes of the second set of photodiodes are connected to one another in parallel to provide a second signal stream responsive to light from at least one of the one or more light emitters attenuated by body tissue.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix E (image showing photodiodes connected to one another). |
| at least one of the first signal stream or the second signal stream includes information usable to determine a physiological parameter of a wearer of the noninvasive physiological parameter measurement device, and the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, | The Apple Watch Series 4 and later devices are configured to provide at least one of a first signal stream or a second signal stream that includes information usable to determine a physiological parameter of a wearer of the noninvasive physiological parameter measurement device, and the physiological parameter comprises at least one of: pulse rate, glucose, oxygen, oxygen saturation, methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page |

Exhibit 6<br>Page 247

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| methemoglobin, total hemoglobin, carboxyhemoglobin, or carbon monoxide; | for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| first preprocessing electronics configured to preprocess the first signal stream, the first preprocessing electronics comprising at least a first amplifier configured to receive the first signal stream and at least amplify the first signal stream; | The Apple Watch Series 4 and later devices use first preprocessing electronics configured to preprocess the first signal stream, the first preprocessing electronics comprising at least a first amplifier configured to receive the first signal stream and at least amplify the first signal stream.

The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| second preprocessing electronics configured to preprocess the second signal stream, the second preprocessing electronics comprising at least a second amplifier configured to receive the second signal stream and at least amplify the second signal stream; | The Apple Watch Series 4 and later devices use second preprocessing electronics configured to preprocess the second signal stream, the second preprocessing electronics comprising at least a second amplifier configured to receive the second signal stream and at least amplify the second signal stream.

The Apple Watch Series 4 and later devices use custom circuitry for which Apple has not produced any documentation. |
| a wall extending from the surface and configured to surround at least the first and second sets of photodiodes; | The Apple Watch Series 4 and later devices include a wall extending from the surface and configured to surround at least the first and second sets of photodiodes.

See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (wall 408 described in US20190090806A1, including Fig. 4). |
| a cover arranged to cover at least a portion of the | The Apple Watch Series 4 and later devices include a cover arranged to cover at least a portion of the surface of the substrate. |

Exhibit 6
Page 248

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| surface of the substrate, wherein: | See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| the cover comprises a protrusion that extends over all of the photodiodes of the first and second sets of photodiodes arranged on the surface, the protrusion comprises a convex protrusion, at least a portion the cover is comprised of a sufficiently rigid material to cause tissue of the wearer to conform to at least a portion of a shape of the cover, the cover is further configured to cover the wall, and the wall operably connects to the substrate on one side and operably connects to the cover on an opposite side; | The Apple Watch Series 4 and later devices include a cover that comprises a protrusion that extends over all of the photodiodes of the first and second sets of photodiodes arranged on the surface, the protrusion comprises a convex protrusion, at least a portion the cover is comprised of a sufficiently rigid material to cause tissue of the wearer to conform to at least a portion of a shape of the cover, the cover is further configured to cover the wall, and the wall operably connects to the substrate on one side and operably connects to the cover on an opposite side.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix C (image from www.systemplus.fr showing overview of LEDs and sensors); Appendix D (walls 406, 408 described in US20190090806A1, including Fig. 4); Appendix I (Apple support page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| one or more openings that allow light to pass through to the photodiodes of the first and second sets of photodiodes; | The Apple Watch Series 4 and later devices include one or more openings that allow light to pass through to the photodiodes of the first and second sets of photodiodes.<br><br>See Appendix A (Apple support page for heart rate); Appendix B (image from Apple support page showing "Location of Photodiode sensors, Infrared LEDs, and Green LEDs on Apple Watch Series 4."); Appendix G (apertures 230 described in US20190090806A1, including Fig. 2); Appendix I (Apple support |

Exhibit 6
Page 249

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| | page for wearing watch); Appendix J (side-view image of watch from Apple website). |
| a touch-screen display; | The Apple Watch Series 4 and later devices include a touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| a strap configured to facilitate attachment of at least part of the noninvasive physiological parameter measurement device to an arm of the wearer; and | The Apple Watch Series 4 and later devices include a strap configured to facilitate Appendix of at least part of the noninvasive physiological parameter measurement device to an arm of the wearer.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix Q (Apple webpage for bands). |
| one or more processors configured to: | The Apple Watch Series 4 and later devices include one or more processors.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| receive information responsive to at least one of the first signal stream or the second signal stream; | The Apple Watch Series 4 and later devices include a processor configured to receive information responsive to at least one of the first signal stream or the second signal stream.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches). |
| process the information to determine physiological | The Apple Watch Series 4 and later devices include a processor configured to process the information to determine |

Exhibit 6
Page 250

| U.S. Patent No. 10,709,366 | Analysis |
|---|---|
| parameter measurement information; | physiological parameter measurement information.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| cause communication of the physiological parameter measurement information to a user interface displayed on the touch-screen display; and | The Apple Watch Series 4 and later devices include a processor configured to cause communication of the physiological parameter measurement information to a user interface displayed on the touch-screen display.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |
| cause transmission of the physiological parameter measurement information to at least one of: a mobile phone, or a computer network. | The Apple Watch Series 4 and later devices include a processor configured to cause transmission of the physiological parameter measurement information to at least one of: a mobile phone, or a computer network.<br><br>See Appendix A (Apple support page for heart rate); Appendix I (Apple support page for wearing watch); Appendix K (Apple webpage providing technical specs); Appendix L (Apple webpage comparing watches); Appendix M (Apple support page for setting up and pairing watch with phone); Appendix N (Apple support page for using Health app on iPhone). |

Exhibit 6
Page 251

| U.S. Patent No. 6,771,994 | Analysis |
|---|---|
| 15. A sensor which generates at least first and second intensity signals from a light-sensitive detector which detects light of at least first and second wavelengths transmitted through body tissue carrying pulsing blood; the sensor comprising: | The Apple Watch Series 4 and later devices are sensors that generate at least first and second intensity signals from a light-sensitive detector which detects light of at least first and second wavelengths transmitted through body tissue carrying pulsing blood.<br><br>The Apple Watch Series 4 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and at least four detectors (for example, photodiode sensors) as found on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The emitters and detectors are used to monitor physiological parameters, such as pulse rate.  *See* https://support.apple.com/en-us/HT204666. |

Exhibit 6
Page 252

| U.S. Patent No. 6,771,994 | Analysis |
|---|---|
| at least one light emission device; | The Apple Watch Series 4 and later devices include at least one light emission device.  The Apple Watch Series 4 and later devices include green and infrared LEDs as found on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 4 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>https://support.apple.com/en-us/HT204666. |

Exhibit 6
Page 253

| U.S. Patent No. 6,771,994 | Analysis |
|---|---|
| a light sensitive detector; and | The Apple Watch Series 4 and later devices include a light sensitive detector.  The Apple Watch Series 4 and later devices include eight photodiode sensors as found on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 4 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>https://support.apple.com/en-us/HT204666. |
| a plurality of louvers positioned over the light sensitive detector to accept light from the at least one light emission device originating from a general direction of the at least one light emission device and then transmitting through body tissue carrying pulsing | The Apple Watch Series 4 and later devices include a plurality of louvers positioned over the light sensitive detector to accept light from the at least one light emission device originating from a general direction of the at least one light emission device and then transmitting through body tissue carrying pulsing blood, wherein the louvers accept the light when the sensor is properly applied to tissue of a patient. Fig. 7 of Apple's U.S. Patent Application Publication 2019/0090806 (the '806 publication) is illustrative of the Apple Watch Series 4 and later devices. The Apple Watch Series 4 and later devices have, for example, a plurality of louvers positioned over the light sensitive detector to accept |

Exhibit 6
Page 254

| U.S. Patent No. 6,771,994 | Analysis |
|---|---|
| blood, wherein the louvers accept the light when the sensor is properly applied to tissue of a patient. | light from the at least one light emission device originating from a general direction of the at least one light emission device and then transmitting through body tissue carrying pulsing blood:<br><br><br>*FIG. 7* |
| a light block forming an enclosing wall between the light emission source and the plurality of detectors, the light block defining the circular portion of the tissue measurement site, the light emission source arranged proximate a first side of the enclosing wall and the plurality of detectors arranged proximate a second side of the enclosing wall, the first side being different than the second side, | The Apple Watch Series 4 and later devices include a light block forming an enclosing wall between the light emission source and the plurality of detectors, the light block defining the circular portion of the tissue measurement site, the light emission source arranged proximate a first side of the enclosing wall and the plurality of detectors arranged proximate a second side of the enclosing wall, the first side being different than the second side.  Fig. 4C of Apple's U.S. Patent Application Publication 2019/0072912 (the '912 publication) is illustrative of the Apple Watch Series 4 and later devices.  The Apple Watch Series 4 and later devices have, for example, a wall with LEDs arranged in the interior of the enclosing wall and photodiode sensors arranged on the exterior of the enclosing wall:<br><br><br>*FIG. 4C* |

Exhibit 6<br>Page 255

| U.S. Patent No. 6,771,994 | Analysis |
|---|---|
| wherein the enclosing wall prevents at least a portion of light emitted from the light emission source from being detected by the plurality of detectors without attenuation by the tissue, and wherein the plurality of detectors are arranged in an array having a spatial configuration corresponding to the circular portion of the tissue measurement site. | The Apple Watch Series 4 and later devices have an enclosing wall that prevents at least a portion of light emitted from the light emission source from being detected by the plurality of detectors without attenuation by the tissue, and wherein the plurality of detectors are arranged in an array having a spatial configuration corresponding to the circular portion of the tissue measurement site.  Fig. 4C of Apple's U.S. Patent Application Publication 2019/0072912 (the '912 publication) is illustrative of the Apple Watch Series 4 and later devices.  The Apple Watch Series 4 and later devices have, for example, a wall with LEDs arranged in the interior of the enclosing wall and photodiode sensors arranged on the exterior of the circular enclosing wall:<br><br><br>*FIG. 4C* |

Exhibit 6<br>Page 256

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| 1. A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising: | The Apple Watch Series 3 and later devices perform a method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor.<br><br>The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The emitters and detectors are used to monitor physiological parameters, such as pulse rate.  *See* https://support.apple.com/en-us/HT204666. |

Exhibit 6
Page 257

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| driving one or more light sources configured to emit light into tissue of a monitored patient; | The Apple Watch Series 3 and later devices include processing that drives one or more light sources configured to emit light into tissue of a monitored patient.<br><br>The Apple Watch Series 3 and later devices include green and infrared LEDs as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

Exhibit 6
Page 258

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |

Exhibit 6
Page 259

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue; | The Apple Watch Series 3 and later devices include one or more detectors configured to detect said light after attenuation by said tissue.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

Exhibit 6
Page 260

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |
| continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient; | The Apple Watch Series 3 and later devices  continuously operate a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient.<br><br>The Apple Watches Series 3 and later devices transmit recorded data to the Health App on iOS devices.  The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

Exhibit 6
Page 261

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| comparing processing characteristics to a predetermined threshold; and | The Apple Watch Series 3 and later devices include processors that compare processing characteristics to a predetermined threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level, wherein said continuously operating at said lower power consumption level comprises reducing activation of an attached sensor, said sensor positioning said light sources and said detectors proximate said tissue. | The Apple Watch Series 3 and later devices include processors that transition to continuously operating said patient monitor at a higher power consumption level when said processing characteristics pass said threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate.<br><br>The Apple Watch Series 3 and later devices  reduce activation of an attached sensor, said sensor positioning said light sources and said detectors proximate said tissue. |

Exhibit 6
Page 262

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 2. The method of claim 1, wherein said reducing activation comprises reducing a duty cycle of said sensor. | The Apple Watch Series 3 and later devices include said reducing activation comprises reducing a duty cycle of said sensor.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 3. The method of claim 1, wherein during said operating at said higher power consumption level, monitoring when said processing characteristics recedes from said threshold; and when receded, transitioning to continuously operating said patient monitor at said lower power consumption level. | The Apple Watch Series 3 and later devices include processors that monitor when said processing characteristics recedes from said threshold during said operating at said higher power consumption level; and when receded, transitioning to continuously operating said patient monitor at said lower power consumption level.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 4. The method of claim 1, wherein said processing characteristics comprise | The Apple Watch Series 3 and later devices use signal characteristics from one or more light sensitive detectors. |

Exhibit 6
Page 263

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| signal characteristics from one or more light sensitive detectors. | The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 5. The method of claim 4, wherein said signal characteristics comprise signal strength. | The Apple Watch Series 3 and later devices use signal characteristics comprising signal strength.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 6. The method of claim 4, wherein said signal characteristics comprise a presence of noise. | The Apple Watch Series 3 and later devices process signal characteristics that comprise a presence of noise.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 7. The method of claim 4, wherein said signal characteristics comprise a presence of motion induced noise. | The Apple Watch Series 3 and later devices process signal characteristics that comprise a presence of motion induced noise. |

Exhibit 6
Page 264

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 9. A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising: | The Apple Watch Series 3 and later devices perform a method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor.<br><br>The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The emitters and detectors are used to monitor physiological parameters, such as pulse rate.  *See* https://support.apple.com/en-us/HT204666. |

Exhibit 6
Page 265

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| driving one or more light sources configured to emit light into tissue of a monitored patient; | The Apple Watch Series 3 and later devices include processing that drives one or more light sources configured to emit light into tissue of a monitored patient.<br><br>The Apple Watch Series 3 and later devices include green and infrared LEDs as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

Exhibit 6
Page 266

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |

Exhibit 6
Page 267

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue; | The Apple Watch Series 3 and later devices include one or more detectors configured to detect said light after attenuation by said tissue.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

Exhibit 6
Page 268

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate. <br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV). <br><br>https://support.apple.com/en-us/HT204666. |
| continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient; | The Apple Watch Series 3 and later devices  continuously operate a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient. <br><br>The Apple Watches Series 3 and later devices transmit recorded data to the Health App on iOS devices.  The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061]. <br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |

Exhibit 6
Page 269

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| comparing processing characteristics to a predetermined threshold; and | The Apple Watch Series 3 and later devices include processors that compare processing characteristics to a predetermined threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level, wherein said continuously operating at said lower power consumption level comprises reducing an amount of processing by a signal processor. | The Apple Watch Series 3 and later devices include processors that transition to continuously operating said patient monitor at a higher power consumption level when said processing characteristics pass said threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate.<br><br>The Apple Watch Series 3 and later devices include processors that reducing an amount of processing by a signal processor.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |

Exhibit 6<br>Page 270

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| 10. The method of claim 9, wherein said reducing comprises processing less data. | The Apple Watch Series 3 and later devices include processors that reduce processing by processing less data.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 11. The method of claim 10, wherein said processing less data comprises reducing an overlap in data blocks being processed. | The Apple Watch Series 3 and later devices include processors that reduce an overlap in data blocks being processed.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 12. A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising: | The Apple Watch Series 3 and later devices perform a method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor.<br><br>The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666: |

Exhibit 6
Page 271

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
|  | <br><br>The emitters and detectors are used to monitor physiological parameters, such as pulse rate.  *See* https://support.apple.com/en-us/HT204666. |

Exhibit 6
Page 272

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| driving one or more light sources configured to emit light into tissue of a monitored patient; | The Apple Watch Series 3 and later devices include processing that drives one or more light sources configured to emit light into tissue of a monitored patient.<br><br>The Apple Watch Series 3 and later devices include green and infrared LEDs as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

Exhibit 6
Page 273

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
|  | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |

Exhibit 6
Page 274

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue; | The Apple Watch Series 3 and later devices include one or more detectors configured to detect said light after attenuation by said tissue.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

Exhibit 6
Page 275

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |
| continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient; | The Apple Watch Series 3 and later devices  continuously operate a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient.<br><br>The Apple Watches Series 3 and later devices transmit recorded data to the Health App on iOS devices.  The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

Exhibit 6
Page 276

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| comparing processing characteristics to a predetermined threshold; and | The Apple Watch Series 3 and later devices include processors that compare processing characteristics to a predetermined threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level, wherein said processing characteristics include an override condition. | The Apple Watch Series 3 and later devices include processors that transition to continuously operating said patient monitor at a higher power consumption level when said processing characteristics pass said threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate.<br><br>The Apple Watch Series 3 and later devices use an override condition. |

Exhibit 6
Page 277

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 14. The method of claim 12, wherein said override condition comprises one or more monitored parameters exhibiting predefined behavior. | The Apple Watch Series 3 and later devices use an override condition that comprises one or more monitored parameters exhibiting predefined behavior.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 15. A patient monitor configured to manage power consumption during continuous patient monitoring, the monitor comprising: | The Apple Watch Series 3 and later devices are patient monitors configured to manage power consumption during continuous patient monitoring.<br><br>The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666: |

Exhibit 6
Page 278

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| |  The emitters and detectors are used to monitor physiological parameters, such as pulse rate.  *See* https://support.apple.com/en-us/HT204666. |

Exhibit 6
Page 279

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and | The Apple Watch Series 3 and later devices include an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the |

Exhibit 6
Page 280

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |
| one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level, wherein processors reduce | The Apple Watch Series 3 and later devices include one or more processors that continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

Exhibit 6
Page 281

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| activation of an attached sensor. | The Apple Watch Series 3 and later devices include processors that reduce activation of an attached sensor.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 16. The monitor of claim 15, wherein said processors reduce a duty cycle of said sensor. | The Apple Watch Series 3 and later devices include processors that reduce a duty cycle of said sensor.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 17. The monitor of claim 15, wherein during said operating at said higher power consumption level, said processors monitors when said processing characteristics recedes from said threshold; and when receded, said processors transition to continuously operating at said lower power consumption level. | The Apple Watch Series 3 and later devices include processors that monitor when said processing characteristics recedes from said threshold during said operating at said higher power consumption level; and when receded, said processors transition to continuously operating at said lower power consumption level.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

Exhibit 6
Page 282

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| 18. The monitor of claim 15, wherein said processing characteristics comprise signal characteristics from one or more light sensitive detectors. | The Apple Watch Series 3 and later devices use signal characteristics from one or more light sensitive detectors.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 20. A patient monitor configured to manage power consumption during continuous patient monitoring, the monitor comprising: | The Apple Watch Series 3 and later devices are patient monitors configured to manage power consumption during continuous patient monitoring.<br><br>The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br> |

Exhibit 6
Page 283

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | The emitters and detectors are used to monitor physiological parameters, such as pulse rate.  *See* https://support.apple.com/en-us/HT204666. |
| an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and | The Apple Watch Series 3 and later devices include an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple |

Exhibit 6
Page 284

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.

The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).

https://support.apple.com/en-us/HT204666. |
| one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power | The Apple Watch Series 3 and later devices include one or more processors that continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level. |

Exhibit 6
Page 285

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| consumption level, wherein said processors reduce an amount of processing by a signal processor. | The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061]. *See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. The Apple Watch Series 3 and later devices include processors that reduce an amount of processing by a signal processor. The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061]. *See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 21. The monitor of claim 20, wherein said processors reduce an overlap in data blocks being processed. | The Apple Watch Series 3 and later devices include processors that reduce an overlap in data blocks being processed. The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061]. *See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 22. A patient monitor configured to manage power consumption during continuous patient monitoring, the monitor comprising: | The Apple Watch Series 3 and later devices are patient monitors configured to manage power consumption during continuous patient monitoring. The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and |

Exhibit 6
Page 286

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The emitters and detectors are used to monitor physiological parameters, such as pulse rate. *See* https://support.apple.com/en-us/HT204666. |

Exhibit 6
Page 287

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and | The Apple Watch Series 3 and later devices include an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the |

Exhibit 6
Page 288

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| | blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |
| one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level, wherein said processing | The Apple Watch Series 3 and later devices include one or more processors that continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

Exhibit 6<br>Page 289

| U.S. Patent No. 8,457,703 | Analysis |
|---|---|
| characteristics include an override condition. | The Apple Watch Series 3 and later devices use an override condition.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 24. The monitor of claim 22, wherein said override condition comprises one or more monitored parameters exhibiting predefined behavior. | The Apple Watch Series 3 and later devices use an override condition that comprises one or more monitored parameters exhibiting predefined behavior.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

Exhibit 6
Page 290

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| 1. A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising: | The Apple Watch Series 3 and later devices perform a method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor.<br><br>The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The emitters and detectors are used to monitor physiological parameters, such as pulse rate.  *See* https://support.apple.com/en-us/HT204666. |

Exhibit 6
Page 291

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| driving one or more light sources configured to emit light into tissue of a monitored patient; | The Apple Watch Series 3 and later devices include processing that drives one or more light sources configured to emit light into tissue of a monitored patient.<br><br>The Apple Watch Series 3 and later devices include green and infrared LEDs as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

Exhibit 6
Page 292

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |

Exhibit 6
Page 293

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue; | The Apple Watch Series 3 and later devices include one or more detectors configured to detect said light after attenuation by said tissue.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

Exhibit 6
Page 294

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
|  | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |
| continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient; | The Apple Watch Series 3 and later devices  continuously operate a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient.<br><br>The Apple Watches Series 3 and later devices transmit recorded data to the Health App on iOS devices.  The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

Exhibit 6
Page 295

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| comparing processing characteristics to a predetermined threshold; and | The Apple Watch Series 3 and later devices include processors that compare processing characteristics to a predetermined threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level, wherein said continuously operating at said lower power consumption level comprises reducing activation of an attached sensor, said sensor positioning said light sources and said detectors proximate said tissue. | The Apple Watch Series 3 and later devices include processors that transition to continuously operating said patient monitor at a higher power consumption level when said processing characteristics pass said threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate.<br><br>The Apple Watch Series 3 and later devices  reduce activation of an attached sensor, said sensor positioning said light sources and said detectors proximate said tissue. |

Exhibit 6
Page 296

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 2. The method of claim 1, wherein said reducing activation comprises reducing a duty cycle of said sensor. | The Apple Watch Series 3 and later devices include said reducing activation comprises reducing a duty cycle of said sensor.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 3. The method of claim 1, wherein during said operating at said higher power consumption level, monitoring when said processing characteristics recedes from said threshold; and when receded, transitioning to continuously operating said patient monitor at said lower power consumption level. | The Apple Watch Series 3 and later devices include processors that monitor when said processing characteristics recedes from said threshold during said operating at said higher power consumption level; and when receded, transitioning to continuously operating said patient monitor at said lower power consumption level.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 4. The method of claim 1, wherein said processing characteristics comprise | The Apple Watch Series 3 and later devices use signal characteristics from one or more light sensitive detectors. |

Exhibit 6
Page 297

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| signal characteristics from one or more light sensitive detectors. | The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 5. The method of claim 4, wherein said signal characteristics comprise signal strength. | The Apple Watch Series 3 and later devices use signal characteristics comprising signal strength.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 6. The method of claim 4, wherein said signal characteristics comprise a presence of noise. | The Apple Watch Series 3 and later devices process signal characteristics that comprise a presence of noise.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 7. The method of claim 4, wherein said signal characteristics comprise a presence of motion induced noise. | The Apple Watch Series 3 and later devices process signal characteristics that comprise a presence of motion induced noise. |

Exhibit 6
Page 298

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061]. <br><br> *See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 9. A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising: | The Apple Watch Series 3 and later devices perform a method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor. <br><br> The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666: <br><br>  <br><br> The emitters and detectors are used to monitor physiological parameters, such as pulse rate.  *See* https://support.apple.com/en-us/HT204666. |

Exhibit 6
Page 299

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| driving one or more light sources configured to emit light into tissue of a monitored patient; | The Apple Watch Series 3 and later devices include processing that drives one or more light sources configured to emit light into tissue of a monitored patient.<br><br>The Apple Watch Series 3 and later devices include green and infrared LEDs as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

Exhibit 6
Page 300

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |

Exhibit 6
Page 301

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue; | The Apple Watch Series 3 and later devices include one or more detectors configured to detect said light after attenuation by said tissue.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

Exhibit 6
Page 302

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate. |
| | The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV). |
| | https://support.apple.com/en-us/HT204666. |
| continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient; | The Apple Watch Series 3 and later devices  continuously operate a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient. |
| | The Apple Watches Series 3 and later devices transmit recorded data to the Health App on iOS devices.  The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061]. |
| | *See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

Exhibit 6
Page 303

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| comparing processing characteristics to a predetermined threshold; and | The Apple Watch Series 3 and later devices include processors that compare processing characteristics to a predetermined threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level, wherein said continuously operating at said lower power consumption level comprises reducing an amount of processing by a signal processor. | The Apple Watch Series 3 and later devices include processors that transition to continuously operating said patient monitor at a higher power consumption level when said processing characteristics pass said threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate.<br><br>The Apple Watch Series 3 and later devices include processors that reducing an amount of processing by a signal processor.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

Exhibit 6
Page 304

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| 10. The method of claim 9, wherein said reducing comprises processing less data. | The Apple Watch Series 3 and later devices include processors that reduce processing by processing less data.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 11. The method of claim 10, wherein said processing less data comprises reducing an overlap in data blocks being processed. | The Apple Watch Series 3 and later devices include processors that reduce an overlap in data blocks being processed.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 12. A method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor, the method comprising: | The Apple Watch Series 3 and later devices perform a method of managing power consumption during continuous patient monitoring by adjusting behavior of a patient monitor.<br><br>The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666: |

Exhibit 6
Page 305

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | <br><br>The emitters and detectors are used to monitor physiological parameters, such as pulse rate. *See* https://support.apple.com/en-us/HT204666. |

Exhibit 6<br>Page 306

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| driving one or more light sources configured to emit light into tissue of a monitored patient; | The Apple Watch Series 3 and later devices include processing that drives one or more light sources configured to emit light into tissue of a monitored patient.<br><br>The Apple Watch Series 3 and later devices include green and infrared LEDs as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

Exhibit 6
Page 307

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |

Exhibit 6
Page 308

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| receiving one or more signals from one or more detectors configured to detect said light after attenuation by said tissue; | The Apple Watch Series 3 and later devices include one or more detectors configured to detect said light after attenuation by said tissue.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — |

Exhibit 6
Page 309

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |
| continuously operating a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient; | The Apple Watch Series 3 and later devices  continuously operate a patient monitor at a lower power consumption level to determine measurement values for one or more physiological parameters of a patient.<br><br>The Apple Watches Series 3 and later devices transmit recorded data to the Health App on iOS devices.  The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

Exhibit 6
Page 310

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| comparing processing characteristics to a predetermined threshold; and | The Apple Watch Series 3 and later devices include processors that compare processing characteristics to a predetermined threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| when said processing characteristics pass said threshold, transitioning to continuously operating said patient monitor at a higher power consumption level, wherein said processing characteristics include an override condition. | The Apple Watch Series 3 and later devices include processors that transition to continuously operating said patient monitor at a higher power consumption level when said processing characteristics pass said threshold.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate.<br><br>The Apple Watch Series 3 and later devices use an override condition.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

Exhibit 6<br>Page 311

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| 14. The method of claim 12, wherein said override condition comprises one or more monitored parameters exhibiting predefined behavior. | The Apple Watch Series 3 and later devices use an override condition that comprises one or more monitored parameters exhibiting predefined behavior.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 15. A patient monitor configured to manage power consumption during continuous patient monitoring, the monitor comprising: | The Apple Watch Series 3 and later devices are patient monitors configured to manage power consumption during continuous patient monitoring.<br><br>The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br> |

Exhibit 6
Page 312

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | The emitters and detectors are used to monitor physiological parameters, such as pulse rate. *See* https://support.apple.com/en-us/HT204666. |
| an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and | The Apple Watch Series 3 and later devices include an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple |

Exhibit 6
Page 313

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |
| one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power | The Apple Watch Series 3 and later devices include one or more processors that continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level. |

Exhibit 6
Page 314

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| consumption level, wherein processors reduce activation of an attached sensor. | The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate.<br><br>The Apple Watch Series 3 and later devices include processors that reduce activation of an attached sensor.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 16. The monitor of claim 15, wherein said processors reduce a duty cycle of said sensor. | The Apple Watch Series 3 and later devices include processors that reduce a duty cycle of said sensor.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

Exhibit 6
Page 315

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| 17. The monitor of claim 15, wherein during said operating at said higher power consumption level, said processors monitors when said processing characteristics recedes from said threshold; and when receded, said processors transition to continuously operating at said lower power consumption level. | The Apple Watch Series 3 and later devices include processors that monitor when said processing characteristics recedes from said threshold during said operating at said higher power consumption level; and when receded, said processors transition to continuously operating at said lower power consumption level.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 18. The monitor of claim 15, wherein said processing characteristics comprise signal characteristics from one or more light sensitive detectors. | The Apple Watch Series 3 and later devices use signal characteristics from one or more light sensitive detectors.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/ hkquantitytypeidentifier/1615138-heartrate. |
| 20. A patient monitor configured to manage power consumption during continuous patient monitoring, the monitor comprising: | The Apple Watch Series 3 and later devices are patient monitors configured to manage power consumption during continuous patient monitoring.<br><br>The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666: |

Exhibit 6
Page 316

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | <br><br>The emitters and detectors are used to monitor physiological parameters, such as pulse rate.  *See* https://support.apple.com/en-us/HT204666. |

Exhibit 6
Page 317

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and | The Apple Watch Series 3 and later devices include an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the |

Exhibit 6
Page 318

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.<br><br>The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).<br><br>https://support.apple.com/en-us/HT204666. |
| one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level, wherein said processors reduce an amount of | The Apple Watch Series 3 and later devices include one or more processors that continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

Exhibit 6
Page 319

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| processing by a signal processor. | The Apple Watch Series 3 and later devices include processors that reduce an amount of processing by a signal processor.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 21. The monitor of claim 20, wherein said processors reduce an overlap in data blocks being processed. | The Apple Watch Series 3 and later devices include processors that reduce an overlap in data blocks being processed.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 22. A patient monitor configured to manage power consumption during continuous patient monitoring, the monitor comprising: | The Apple Watch Series 3 and later devices are patient monitors configured to manage power consumption during continuous patient monitoring.<br><br>The Apple Watch Series 3 and later devices include a plurality of emitters of different wavelengths (for example, green and infrared LEDs) and detectors (for example, photodiode sensors) spaced apart from each other as shown on the Apple website at https://support.apple.com/en-us/HT204666: |

Exhibit 6
Page 320

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | <br><br>The emitters and detectors are used to monitor physiological parameters, such as pulse rate.  *See* https://support.apple.com/en-us/HT204666. |

Exhibit 6
Page 321

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor; and | The Apple Watch Series 3 and later devices include an input configured to receive at least one signal responsive to light detected after attenuation by body tissue of a patient by a noninvasive sensor.<br><br>The Apple Watch Series 3 and later devices include photodiode sensors as shown on the Apple website at https://support.apple.com/en-us/HT204666:<br><br><br><br>The Apple Watches Series 3 and later devices are worn on the wrist such that the detectors are configured to detect light that has passed through tissue and is indicative of a physiological parameter of the wearer:<br><br>The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the |

Exhibit 6
Page 322

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| | blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate. |
| | The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV). |
| | https://support.apple.com/en-us/HT204666. |
| one or more processors continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level, wherein said processing | The Apple Watch Series 3 and later devices include one or more processors that continuously operating at a lower power consumption level to determine measurement values for one or more physiological parameters of said patient, said processors comparing processing characteristics to a predetermined threshold, and when said processing characteristics pass said threshold, said processors transitioning to continuously operating at a higher power consumption level. <br><br> The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061]. <br><br> *See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

Exhibit 6
Page 323

| U.S. Patent No. 10,433,776 | Analysis |
|---|---|
| characteristics include an override condition. | The Apple Watch Series 3 and later devices use an override condition.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |
| 24. The monitor of claim 22, wherein said override condition comprises one or more monitored parameters exhibiting predefined behavior. | The Apple Watch Series 3 and later devices use an override condition that comprises one or more monitored parameters exhibiting predefined behavior.<br><br>The pulse rate determination, the types of LEDs used to determine pulse rate, and the operation of the LEDs varies with pulse rate activity and heart rate context (e.g., background, sedentary, streaming, etc.), as described in International Application Publication WO 2018/226305 (the '305 publication), for example, at paragraphs [0055]-[0061].<br><br>*See also* https://developer.apple.com/documentation/healthkit/hkquantitytypeidentifier/1615138-heartrate. |

Exhibit 6
Page 324

# APPENDIX A

https://support.apple.com/en-us/HT204666

Exhibit 6
Page 325

# Your heart rate. What it means, and where on Apple Watch you'll find it.

Learn how Apple Watch measures your heart rate, and get tips for a more accurate reading.

 ## How to check your heart rate



You can check your heart rate any time using the Heart Rate app. Open the app, then wait for Apple Watch to measure your heart rate. You can also view your resting, walking, breathe, workout, and recovery rates throughout the day. To easily open the app, add the Heart Rate complication to your watch face or add the Heart Rate app to the Dock.

You can also turn on heart rate notifications, so you know if your heart rate remains above or below a chosen beats per minute (BPM), or to occasionally check for an irregular heart rhythm.

Heart rate notifications and resting and walking rates are available only on Apple Watch Series 1 or later. Irregular rhythm notifications are available only with watchOS 5.1.2 or later. To enable irregular rhythm notifications, the notifications must be available in your country or region and you must be in the country or region where you purchased your device. Learn where irregular rhythm notifications are available.

## When Apple Watch measures your heart rate

When you use the Workout app, Apple Watch measures your heart rate continuously during the workout and for 3 minutes after the workout ends to determine a workout recovery rate. If you don't see your heart rate, check your settings.

This information, as well as other data it collects, helps Apple Watch estimate how many calories you've burned. In addition, Apple Watch measures your heart rate throughout the day when you're still, and periodically when you're walking (Apple Watch Series 1 or later). Since Apple Watch takes these background readings based on your activity, the time between these measurements will vary. Apple Watch also calculates a daily resting rate and walking average by correlating background heart rate readings with accelerometer data when sufficient background readings are available. You can control which third-party apps have access to your health data from the Health app in Sources.



Some anomalies may appear in the displayed data, resulting in occasional heart rate measurements that are abnormally high or low.

## How Apple Watch measures your heart rate

The optical heart sensor in Apple Watch uses what is known as photoplethysmography. This technology, while difficult to pronounce, is based on a very simple fact: Blood is red because it reflects red light and absorbs green light. Apple Watch uses green LED lights paired with light-sensitive photodiodes to detect the amount of blood flowing through your wrist at any given moment. When your heart beats, the blood flow in your wrist — and the green light absorption — is greater. Between beats, it's less. By flashing its LED lights hundreds of times per second, Apple Watch can calculate the number of times the heart beats each minute — your heart rate. The optical heart sensor supports a range of 30–210 beats per minute. In addition, the optical heart sensor is designed to compensate for low signal levels by increasing both LED brightness and sampling rate.

The optical heart sensor can also use infrared light. This mode is what Apple Watch uses when it measures your heart rate in the background, and for heart rate notifications. Apple Watch uses green LED lights to measure your heart rate during workouts and Breathe sessions, and to calculate walking average and Heart Rate Variability (HRV).

Exhibit 6
Page 326



Apple Watch Series 4 or later also has built-in electrodes in the Digital Crown and the back of Apple Watch, which can measure the electrical signals across your heart when used with the Heart Rate app or the ECG app. When you place your finger on the Digital Crown, it creates a closed circuit between your heart and both arms, capturing the electrical impulses across your chest.

To use the electrical heart sensor to measure your heart rate, open the Heart Rate app and place your finger on the Digital Crown. You will get a faster reading with higher fidelity — getting a measurement every second instead of every 5 seconds. You'll see "ECG" in Heart Rate Context when looking at recorded data for Heart Rate in the Health app. You can also use the electrical heart sensor to take an ECG with the ECG app.

The ECG app is currently available only in certain countries and regions. Learn where the ECG app is available.

## For best results

Start with a good fit. Even under ideal conditions, Apple Watch may not be able to get a reliable heart rate reading every time for everybody. And for a small percentage of users, various factors may make it impossible to get any heart rate reading at all. But there are things you can do to help Apple Watch get the most consistent and best heart rate readings possible. Learn what else affects your reading.

Published Date: March 24, 2020

Helpful?    Yes    No

## Start a discussion in Apple Support Communities

Ask other users about this article

Submit my question

See all questions on this article ›

Support      Your heart rate. What it means, and where on Apple Watch you'll find it.

Copyright © 2020 Apple Inc. All rights reserved.      Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Site Map                                     United States

Exhibit 6
Page 327

# APPENDIX B

https://support.apple.com/library/content/dam/edam/applecare/images/en_US/
applewatch/watch-series4-measure-ecg-sensors.png

Exhibit 6
Page 328



Exhibit 6
Page 329

# APPENDIX C

https://www.systemplus.fr/reverse-costing-reports/apple-watch-4s-ppg-and-ecg-
health-sensors/

https://www.systemplus.fr/wp-content/uploads/2019/06/SP19436-Overview-of-
PPG-LEDs-and-sensors-2.jpg

Exhibit 6
Page 330



Exhibit 6
Page 331

# APPENDIX D

Exhibit 6
Page 332

Figure 4 of US Patent Application Publication 2019/0090806 illustrates the implementation of walls 406, 408 in the Apple Watch Series 4 and later devices, as demonstrated by the image of the watch interior shown in Appendix C.



*FIG. 4*

Exhibit 6
Page 333

*See also* US Patent Application Publication 2019/0090806 paragraphs 59-60.

[0059]   FIG. **4** shows another view of the exterior surfaces of the backside housing member **202** and cover **204** (e.g., a crystal, glass, or plastic cover) shown in FIG. **2**. However, in contrast to the view shown in FIG. **3**, a central portion of the dark mask **224**, in addition to the lens **208**, has been removed to show components of the optical sensor subsystem **216** adjacent the cover **204**.

[0060]   As shown in FIG. **4** the optical sensor subsystem **216** may include one or more light emitters **400, 402** (e.g., LEDs), one or more light receivers **404** (e.g., photodetectors), a set of one or more walls **406, 408**, and a substrate **410**. The light emitter(s) **400, 402**, light receiver(s) **404**, and set of one or more walls **406, 408** may be attached to the substrate **410**, and the substrate **410** (with light emitter(s) **400, 402**, light receiver(s) **404**, and walls **406, 408** thereon) may be attached to the interior surface of the cover **204** by the set of one or more walls **406, 408**. By way of example, the set of one or more walls may include a closed form inner wall **406** having a circular shape, and a closed form outer wall **408** having an octagonal shape. In other examples, one or both of the walls **406, 408** may have one or more openings therein, or may be replaced by a plurality of discrete walls, or have a shape other than the shape shown. In some cases, the set of one or more walls **406, 408** may only include the inner wall **406**, or may include more than two walls. The inner wall **406**, and in some cases the outer wall **408**, may be light-blocking walls. Light-blocking walls can help to limit the light received by the light receiver(s) **404** to light that is reflected from a medium (e.g., skin) adjacent the exterior surface of the cover **204**.

Exhibit 6
Page 334

# APPENDIX E

Exhibit 6
Page 335



Each of the two examples above shows first and second photodiodes arranged across from each other on opposite sides of a central point along a first axis, and third and fourth photodiodes arranged across from each other on opposite sides of a central point along a second axis.

The photodiodes in the first example are connected to one another in parallel to provide a first signal stream, and the photodiodes in the second example are connected to one another in parallel to provide a second signal stream.



Exhibit 6
Page 336

# APPENDIX F

Exhibit 6
Page 337



The above shows two examples of first and second photodiodes arranged across from each other on opposite sides of a central point along a first axis, and third and fourth photodiodes arranged across from each other on opposite sides of a central point along a second axis.



Exhibit 6
Page 338

# APPENDIX G

Exhibit 6
Page 339

Figure 2 of US Patent Application Publication 2019/0090806 illustrates the implementation of apertures 230 in the Apple Watch Series 4 and later devices as demonstrated by the image of the watch exterior shown in Appendix B.



*FIG. 2*

Exhibit 6
Page 340

*See also* US Patent Application Publication 2019/0090806 paragraph 51.

[0051]   As an example, FIG. **2** shows a dark mask **224** that defines a set of eight radial apertures **230** around a central aperture **226**. Each segment **228** of the light filter **210** may block (e.g., absorb) a portion of light emitted by a set of light emitters that is part of the optical sensor subsystem **216**, which portion of light reflects from a surface too close to (or within) the cover **204** (e.g., the exterior surface of the cover **204**, imperfections within the cover **204**, or a medium too close to the cover **204**), such that the reflected light is not useful in a sensing operation for which the optical sensor subsystem **216** is designed. For example, when the optical sensor subsystem **216** and/or associated processor is configured to determine a biological parameter of a user, light reflected from the cover **204**, or from the outer layer of skin of the user, may not have any relation to the biological parameter being determined and may not be useful. In some examples, the light filter **210** or segments **228** thereof may include at least one of a light control film, a light polarizer, an anti-reflective film, a reflective film, or a light absorber.

Exhibit 6
Page 341

# APPENDIX H

https://support.apple.com/en-us/HT205000

Exhibit 6
Page 342

# About Apple Watch water resistance

Learn about water resistance on your Apple Watch and what to do if your device gets wet.

## Is my Apple Watch waterproof?

Your Apple Watch is water resistant, but not waterproof.* For example, you may wear and use your Apple Watch during exercise (exposure to sweat is OK), in the rain, and while washing your hands.

## Can I go swimming or take a shower with my Apple Watch?

Apple Watch Series 1 and Apple Watch (1st generation) are splash and water resistant, but submerging Apple Watch Series 1 and Apple Watch (1st generation) isn't recommended.

Apple Watch Series 2 and newer may be used for shallow water activities like swimming in a pool or ocean. However, Apple Watch Series 2 and newer shouldn't be used for scuba diving, water skiing, or other activities involving high velocity water or submersion below shallow depth.

Showering with Apple Watch Series 2 and newer is ok, but we recommend not exposing Apple Watch to soaps, shampoos, conditioners, lotions, and perfumes as they can negatively affect water seals and acoustic membranes. Apple Watch should be cleaned with fresh water and dried with a lint free-cloth if it comes in contact with anything other than fresh water.

Water resistance isn't a permanent condition and may diminish over time. Apple Watch can't be rechecked or resealed for water resistance. The following may affect the water resistance of your Apple Watch and should be avoided:

- Dropping Apple Watch or subjecting it to other impacts.
- Exposing Apple Watch to soap or soapy water (for example, while showering or bathing).
- Exposing Apple Watch to perfume, solvents, detergent, acids or acidic foods, insect repellent, lotions, sunscreen, oil, or hair dye.
- Exposing Apple Watch to high-velocity water (for example, while water skiing).
- Wearing Apple Watch in the sauna or steam room.

Not all bands are appropriate for water use. For example, the stainless steel and leather bands aren't water resistant and shouldn't be exposed to liquids.

## What should I do if my Apple Watch gets wet?

If water splashes on to your Apple Watch, wipe it off with a nonabrasive, lint-free cloth. Don't use heat, compressed air, or sprays. Clean and dry your Apple Watch, the band, and your skin after workouts or heavy sweating. After swimming, gently rinse Apple Watch Series 2 and newer with warm tap water. Dry Apple Watch and the band thoroughly if they're exposed to fresh water. Learn more about cleaning your Apple Watch.

If your Apple Watch got wet and now its speaker sounds muffled, follow the steps below. Don't insert anything into the openings—for example, the microphone or speaker ports—and don't shake the watch to remove water. Allowing your Apple Watch to charge overnight might speed up evaporation.

On Apple Watch Series 3 and newer, measurements from the barometric altimeter may be less accurate if water gets into the air vent (for example, during swimming). Normal altimeter performance returns after the water has evaporated.

### Apple Watch Series 2 and newer

When you start a swimming workout, your Apple Watch automatically locks the screen with Water Lock to avoid accidental taps. When you're done, turn the Digital Crown to unlock the screen and clear any water from your Apple Watch. You hear sounds and may feel some water on your wrist.

To manually clear water from Apple Watch, swipe up on the bottom of the watch face to open Control Center, tap Water Lock, then turn the Digital Crown to unlock the screen and clear water from the speaker.

### Apple Watch Series 1 or earlier

Check to see if water is in the microphone or speaker by placing the device, speaker side down, on a nonabrasive, lint-free cloth to see if any water drips out. Water in the port may degrade speaker or microphone performance until it completely evaporates.

* Apple Watch Series 1 and Apple Watch (1st generation) have a water resistance rating of IPX7 under IEC standard 60529. Apple Watch Series 2 and newer have a water resistance rating of 50 meters under ISO standard 22810:2010. Classic Buckle, Leather Loop, Modern Buckle, Milanese, and Link Bracelet Bands aren't water resistant.

Published Date: October 18, 2019

Exhibit 6
Page 343

Helpful?   [ Yes ]   [ No ]

## Start a discussion in Apple Support Communities

| Ask other users about this article |

[ **Submit my question** ]

See all questions on this article ›

---

Support    About Apple Watch water resistance

Copyright © 2020 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Site Map          🇺🇸 United States

Exhibit 6
Page 344

# APPENDIX I

https://support.apple.com/en-us/HT204665#bestfit

Exhibit 6
Page 345

You are invited to take part in a short survey to help us improve your Apple Support online experience. Please select Yes if you would like to participate.

Yes   No

# Wearing your Apple Watch

To make sure that you have the best experience, here's some information about potential skin sensitivities and getting a good fit when you wear your Apple Watch.

## What's in your Apple Watch

- Apple Watch Series 5 (GPS + Cellular) (Stainless Steel) and Apple Watch Series 5 (GPS + Cellular) (Hermès): stainless steel case, sapphire crystal, ceramic back, electrical heart sensor, and second-generation optical heart sensor
- Apple Watch Series 5 Edition: Titanium or ceramic case, sapphire crystal, ceramic back, electrical heart sensor, and second-generation optical heart sensor
- Apple Watch Series 5 (GPS + Cellular) (Aluminum), Apple Watch Series 5 (GPS + Cellular) (Nike), and Apple Watch Series 5 (GPS): aluminum case, Ion-X glass, ceramic back, and second-generation optical heart sensor
- Apple Watch Series 4 (GPS + Cellular) (Stainless Steel) and Apple Watch Series 4 (GPS + Cellular) (Hermès): stainless steel case, sapphire crystal, ceramic back, electrical heart sensor, and second-generation optical heart sensor
- Apple Watch Series 4 (GPS + Cellular) (Aluminum), Apple Watch Series 4 (GPS + Cellular) (Nike+), and Apple Watch Series 4 (GPS): aluminum case, Ion-X glass, ceramic back, and second-generation optical heart sensor
- Apple Watch Series 3 (GPS + Cellular) (Stainless Steel), Apple Watch Series 2 (Stainless Steel), and Apple Watch (1st generation) (Stainless Steel): 316L stainless steel case, sapphire crystal, ceramic back, and optical heart sensor
- Apple Watch Series 3 Edition and Apple Watch Series 2 Edition: Ceramic case, sapphire crystal, ceramic back, and optical heart sensor
- Apple Watch Series 3 (GPS + Cellular) (Aluminum) and Apple Watch Series 2 (Aluminum): 7000 series aluminum case, Ion-X glass, ceramic back, and optical heart sensor
- Apple Watch Series 3 (GPS), Apple Watch Series 1 (Aluminum), and Apple Watch Sport (1st generation): 7000 series aluminum case, Ion-X glass, composite back, and optical heart sensor
- Apple Watch Edition (1st generation): 18-karat gold case, sapphire crystal, ceramic back, and optical heart sensor

## What's in the bands

- Sport Band: Fluoroelastomer with stainless steel, ceramic, or 18-karat gold
- Apple Watch Nike+ Band: Fluoroelastomer with stainless steel or nylon
- Hermès Bands: Leather with stainless steel
- Milanese Loop: Stainless steel
- Link Bracelet: Stainless steel
- Leather Loop: Leather with stainless steel
- Modern Buckle: Leather with stainless steel or 18-karat gold
- Classic Buckle: Leather with stainless steel or 18-karat gold
- Woven Nylon: Nylon with stainless steel
- Sport Loop: Woven nylon

## For people who are sensitive to certain materials

A great deal of care and research goes into choosing materials for all our devices. In addition to ensuring that all materials adhere to existing regulations, we developed our own specification for Apple Watch that goes beyond those requirements.* In fact, every material that touches your skin has gone through extensive evaluation in accordance with our specification. This includes:

- Thousands of material composition tests
- More than a thousand prototypes worn for trial studies
- Thousands of toxicological assessments
- Consultations with board-certified dermatologists

A small number of people will experience reactions to certain materials. This can be due to allergies, environmental factors, extended exposure to irritants like soap or sweat, and other causes. If you know you have allergies or other sensitivities, be aware that Apple Watch and some of its bands contain the following materials:

Exhibit 6
Page 346





Nickel. Apple Watch models with a stainless steel or an aluminum case, the stainless steel band release buttons of Apple Watch Series 4 and Apple Watch Series 5, the stainless steel portions of some Apple Watch bands, the metallic portions of the Hermès bands, and the magnets in the watch and bands, each contain some nickel. However, they all fall below the strict nickel restrictions set by European REACH regulation. Therefore, while nickel exposure is unlikely to be a problem, you should be aware of the possibility in case you're susceptible to nickel-related reactions.

Acrylates. The Apple Watch case, the Woven Nylon, the Milanese Loop, the Modern Buckle, and the Leather Loop contain trace amounts of acrylates and methacrylates from adhesives. Acrylates and methacrylates are found in many consumer products that come in contact with the skin, such as adhesive bandages. Some people may be sensitive to them, or may develop sensitivities over time. Apple Watch and its bands are designed so that parts containing acrylates and methacrylates are not in direct contact with your skin.

Another potential cause of discomfort is wearing your Apple Watch too tightly or loosely. An overly tight band can cause skin irritation. A band that's too loose can cause rubbing. If you experience redness, swelling, itchiness, or any other irritation, you may want to consult your physician before you put your Apple Watch back on.

## A better fit means better readings

For best results, the back of your Apple Watch needs skin contact for features like Wrist Detect, the Taptic Engine, and the electrical and optical heart sensors. Wearing your Apple Watch with the right fit—not too tight, not too loose, and with room for your skin to breathe—keeps you comfortable and let the sensors do their jobs. You may want to tighten your Apple Watch band for workouts, then loosen it when you're done. In addition, the sensors will work only if you wear your Apple Watch on the top of your wrist.

**Too loose**



If your Apple Watch doesn't stay in place, or the sensors aren't reading your heart rate, tighten the band a bit.

**Just right**

Your Apple Watch should be snug but comfortable.

Keeping your Apple Watch and bands—as well as your skin—clean and dry maximizes comfort and prevents long-term damage to the watch. This is especially important after workouts or exposure to liquids such as sweat, soap, sunscreen, and lotions that can cause skin irritations.

* Learn more about Apple's restrictions on wearables.

Published Date: January 13, 2020

Helpful?    Yes    No

## Start a discussion in Apple Support Communities

Ask other users about this article

Submit my question

See all questions on this article ›

Copyright © 2020 Apple Inc. All rights reserved.    Privacy Policy    Terms of Use    Sales and Refunds    Site Map    🇺🇸 United States

Exhibit 6
Page 347

# APPENDIX J

https://www.apple.com/watch/

Exhibit 6
Page 348

Apple Watch Series 5   Apple Watch Studio   Apple Watch Nike   Apple Watch Hermès   Apple Watch Edition   Apple Watch Series 3   Compare   Bands   AirPods   Accessories   watchOS

Evaluate COVID-19 symptoms and understand next steps ›

# The #1 smartwatch
# in the world. Times two.

The most advanced Apple Watch yet, featuring the Always-On Retina display, the ECG app, international emergency calling, fall detection, and a built-in compass.

**Starting at $399**

Buy

Learn more ›

All the core fitness, heart-monitoring, and connectivity features that make Apple Watch the ultimate device for a healthy life. At an incredible price.

**Starting at $199**

Buy

Learn more ›

# Two great choices. No wrong answers.

Compare Apple Watch Series 5 and Series 3 ›

Exhibit 6
Page 349

# Get up to $140 toward a new Apple Watch.[1]

With Apple Trade In, just give us your eligible Apple Watch and get credit for a new one. It's good for you and the planet.

Find your trade-in value ›

**watchOS 7**

# Take on the day.
# Bring on the night.

See the preview ›

**Apple Watch Studio**

# Any case. Any band.
# Any style you want.

**Create your style**

Exhibit 6
Page 350

Buy

Learn more ›

Buy

Learn more ›

Add them together. Multiply their power.

Learn more ›

# Apple Watch essentials

# Give your watch a lovely complement.

Shop the latest bands ›

Exhibit 6
Page 351

# Make them yours.

Personalize your AirPods with
free engraving. Only at Apple.

Learn more ›   Buy ›

**Fast, free,
no-contact delivery**

And free returns. See checkout for
delivery dates.

Learn more ›

**Find a card that fits
your needs**

Get 3% Daily Cash with
Apple Card or get up to 18 months
special financing.

Learn more ›

# Get more out of Apple Watch

60 million songs. 3 months on us.

Try it free² ↗   Learn more ›

Get 3% Daily Cash back on purchases from
Apple when you use Apple Card.

Learn more ›

Exhibit 6
Page 352

# How to view your Activity Trends

▶

View all How-To films ›

## Three rings. One goal.

See how to close your Activity rings on Apple Watch ›

## Introducing the Apple Research app.

The future of health research is you.

Learn more ›

1. Trade-in values vary. Apple Watch Series 5 promotional pricing is after trade-in of Apple Watch Series 4 in good condition. Additional trade-in values require purchase of a new Apple Watch, subject to availability and limits. Must be at least 18. Apple or its trade-in partners reserve the right to refuse or limit any Trade In transaction for any reason. In-store trade-in requires presentation of a valid, government-issued photo ID (local law may require saving this information). Sales tax may be assessed on full value of new Apple Watch. Additional terms from Apple or Apple's trade-in partners may apply. Offer is available for a limited time only.

2. $9.99/month after free trial. No commitment. Plan automatically renews after trial until cancelled.

Case and band combinations can be made within collections (Apple Watch, Apple Watch Nike, and Apple Watch Hermès) only.

Apple Watch Series 5 and Apple Watch Series 3 require an iPhone 6s or later with iOS 13 or later.

Wireless service plan required for cellular service. Cellular capability depends on your plan and carrier. Apple Watch and iPhone service provider must be the same. Not all service providers support enterprise accounts; check with your employer and service provider. Roaming is not available outside your carrier network coverage area. Contact your service provider for more details. Check apple.com/watch/cellular for participating wireless carriers and eligibility.

Features are subject to change. Some features, applications, and services may not be available in all regions or all languages. View complete list.

The COVID-19 site and app were developed in partnership with CDC. They are not meant as an endorsement of any Apple products.

Watch

Exhibit 6
Page 353

**Shop and Learn**

Mac
iPad
iPhone
Watch
TV
Music
AirPods
HomePod
iPod touch
Accessories
Gift Cards

**Services**

Apple Music
Apple News+
Apple TV+
Apple Arcade
Apple Books
Apple Card
iCloud

**Account**

Manage Your Apple ID
Apple Store Account
iCloud.com

**Apple Store**

Find a Store
Shop Online
Genius Bar
Today at Apple
Apple Camp
Apple Store App
Refurbished and Clearance
Financing
Order Status
Shopping Help

**For Business**

Apple and Business
Shop for Business

**For Education**

Apple and Education
Shop for K-12
Shop for College

**For Healthcare**

Apple in Healthcare
Health on Apple Watch
Health Records on iPhone

**For Government**

Shop for Government
Shop for Veterans and Military

**Apple Values**

Accessibility
Education
Environment
Inclusion and Diversity
Privacy
Supplier Responsibility

**About Apple**

Newsroom
Apple Leadership
Job Opportunities
Investors
Events
Contact Apple

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2020 Apple Inc. All rights reserved.   Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map        United States

Exhibit 6
Page 354

# APPENDIX K

https://support.apple.com/en_US/specs/applewatch

https://support.apple.com/kb/SP778?locale=en_US

https://support.apple.com/kb/SP808?viewlocale=en_US&locale=en_US

Exhibit 6
Page 355

## Apple Watch Series 4 – Technical Specifications

Languages English



Finishes
GPS + Cellular

- Stainless Steel
  - Silver
  - Space Black (DLC)
  - Gold (PVD)
- Aluminum
  - Silver
  - Space Gray
  - Gold

GPS

- Aluminum
  - Silver
  - Space Gray
  - Gold

Apple Watch Nike+ available in silver and space gray aluminum.
Apple Watch Hermès available in polished stainless steel.

Features

- GPS, GLONASS, Galileo, and QZSS
- Barometric altimeter
- Water resistant
  *50 meters[1]*
- Electrical heart sensor
- Optical heart sensor
- Improved accelerometer
  *up to 32 g-forces*
- Improved gyroscope
- Ambient light sensor
- Speaker
  *50 percent louder*
- Microphone
- Apple Pay
- GymKit
- Capacity 16GB
- Ceramic and sapphire crystal back

Display

- 44mm
  368 by 448 pixels
  977 sq mm display area
- 40mm
  324 by 394 pixels
  759 sq mm display area
- LTPO OLED Retina display with Force Touch
  1000 nits brightness

Chip

- S4 with 64-bit dual-core processor
  *Up to 2x faster processor*

Exhibit 6
Page 356

- W3
  *Apple wireless chip*

**Connectivity**

- LTE and UMTS[2]
  GPS + Cellular models
- Wi-Fi
  802.11b/g/n 2.4GHz
- Bluetooth 5.0

**Power**

- Built-in rechargeable lithium-ion battery
  *Up to 18 hours*[3]
- Magnetic charging cable
- USB power adapter

**Case Size**

**Stainless Steel – 40mm**

- Height: 40mm
- Width: 34mm
- Depth: 10.7mm
- Case Weight: 39.8g

**Stainless Steel – 44mm**

- Height: 44mm
- Width: 38mm
- Depth: 10.7mm
- Case Weight: 47.9g

**Aluminum – 40mm**

- Height: 40mm
- Width: 34mm
- Depth: 10.7mm
- Case Weight: 30.1g

**Aluminum – 44mm**

- Height: 44mm
- Width: 38mm
- Depth: 10.7mm
- Case Weight: 36.7g

1. Apple Watch Series 3 and Series 4 have a water resistance rating of 50 meters under ISO standard 22810:2010. This means that they may be used for shallow-water activities like swimming in a pool or ocean. However, they should not be used for scuba diving, waterskiing, or other activities involving high-velocity water or submersion below shallow depth.
2. Wireless service plan required for cellular service. Apple Watch and iPhone service provider must be the same. Not available with all service providers. Not all service providers support enterprise accounts or prepaid plans; check with your employer and service provider. Some legacy plans may not be compatible. Roaming is not available. Contact your service provider for more details.
3. Apple Watch All-Day Battery Life testing was conducted by Apple in August 2018 using preproduction Apple Watch Series 4 (GPS) and Apple Watch Series 4 (GPS + Cellular), each paired with an iPhone; all devices were tested with prerelease software. Battery life varies by use, cellular coverage, configuration, and many other factors; actual results will vary. See www.apple.com/batteries and www.apple.com/watch/battery.html for more information.

Apple Watch Series 4 (GPS + Cellular) requires an iPhone 6 or later with iOS 12 or later. Apple Watch Series 4 (GPS) requires an iPhone 5s or later with iOS 12 or later.

Features are subject to change. Some features, applications, and services may not be available in all regions or all languages. Click here to see complete list.

Published Date: Mar 2, 2020

Support

Copyright © 2020 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Site Map

Exhibit 6
Page 357

# APPENDIX L

<u>https://www.apple.com/watch/compare/</u>

Exhibit 6
Page 358

# Which Apple Watch is right for you?

**Compare all models ›**

Get help choosing. **Contact us ›**

**GPS + Cellular**
Starting at $499

**GPS**
Starting at $399

The most advanced Apple Watch yet. Available in 44mm and 40mm case sizes.

**GPS + Cellular**
Starting at $299

**GPS**
Starting at $199

The core fitness, health, and connectivity features of Apple Watch. Available in 42mm and 38mm case sizes.

Exhibit 6
Page 359

# Here's a quick look at the differences.

## Display

### Always-On Retina display

The Apple Watch Series 5 display never sleeps, so you can always see the time and information that's most important to you. The viewing area stretches deep into the rounded corners and is over 30 percent larger than the Apple Watch Series 3 display.

### Retina display

Just raise your wrist and the display instantly comes to life.

368 by 448 pixels

44mm case        **40mm case**

312 by 390 pixels

42mm case        **38mm case**

## Materials and Finishes

Exhibit 6
Page 360

**Aluminum**

---

**Aluminum**

**Stainless Steel**

**Ceramic**

**Titanium**

The Apple Watch Series 5 case is 11 percent thinner than the Apple Watch Series 3 case and is available in a range of materials.

Strong yet incredibly light, the Apple Watch Series 3 case is made of aerospace-grade aluminum that is 100 percent recycled.

Aluminum          Stainless Steel                    Aluminum

Silver                                                Silver

Titanium          Ceramic

# Heart Health

---

**High and low heart rate notifications**

**Irregular heart rhythm notification**

**High and low heart rate notifications**

**Irregular heart rhythm notification**

Exhibit 6
Page 361

## ECG app

Apple Watch Series 5 can alert you if it detects unusually high or low heart rates or an irregular rhythm. It can measure your current heart rate. And using the electrical heart sensor, the ECG app is capable of generating an ECG similar to a single-lead electrocardiogram.[1]

Just like Series 5, Apple Watch Series 3 can also alert you if it detects unusually high or low heart rates or an irregular rhythm, as well as measure your current heart rate.

ECG   Heart Rate

# Safety and Emergency

## Emergency SOS

## Fall detection

## International emergency calling

With Emergency SOS, you can quickly call for help and alert your emergency contacts.[2] Apple Watch Series 5 can also detect if you've taken a hard fall, then automatically call emergency services for you. And it can complete an emergency call while you're traveling abroad.[3]

## Emergency SOS

You can quickly call for help and alert your emergency contacts if you need to.[2]

Exhibit 6
Page 362

Fall detection    **Emergency SOS**

## Series 5

Buy

# Technology

---

**Electrical heart sensor**

**Optical heart sensor**

**Dual-core S5 chip**

**Digital Crown with haptic feedback**

**Cellular connectivity on GPS + Cellular models**

**GPS**

**Compass**

Apple Watch Series 5 has both an optical heart sensor for measuring your heart rate and heart rhythm and an electrical heart sensor that enables the ECG app. The Digital Crown provides haptic feedback when you turn it. The S5 chip is up to two times faster than the one in Apple Watch Series 3. And the speaker is 50 percent louder.

## Series 3

Buy

---

**Optical heart sensor**

**Dual-core S3 chip**

**Digital Crown**

**Cellular connectivity on GPS + Cellular models**

**GPS**

Apple Watch Series 3 includes an optical heart sensor for measuring your heart rate and heart rhythm, GPS to pinpoint your location, and cellular connectivity on GPS + Cellular models.

# Tech Specs

Exhibit 6
Page 363

Expand All

## Finishes     +

## Features     +

## Display     +

## Chip     +

## Connectivity     +

## Power     +

# There's an Apple Watch for everyone.

Learn more ›      Learn more ›      Learn more ›      Learn more ›      Learn more ›

1. The ECG app is available with the latest versions of iOS and watchOS on Apple Watch Series 4 or later. See apple.com/watch for compatibility details. The ECG app is not intended for use by people under 22 years old.

2. Apple Watch Series 5 (GPS + Cellular) and Apple Watch Series 3 (GPS + Cellular) can use a cellular connection for Emergency SOS. To use Emergency SOS on an Apple Watch without cellular, your iPhone needs to be nearby. If your iPhone isn't nearby, your Apple Watch needs to be connected to a known Wi-Fi network and you must set up Wi-Fi Calling.

3. The international emergency calling feature requires an Apple Watch Series 5 (GPS + Cellular) model. For a list of supported countries and regions, see apple.com/watchos/feature-availability.

Exhibit 6
Page 364

4. Apple Watch Series 5 and Apple Watch Series 3 have a water resistance rating of 50 meters under ISO standard 22810:2010. This means that they may be used for shallow-water activities like swimming in a pool or ocean. However, they should not be used for scuba diving, waterskiing, or other activities involving high-velocity water or submersion below shallow depth.

5. Wireless service plan required for cellular service. Apple Watch and iPhone service provider must be the same. Not available with all service providers. Not all service providers support enterprise accounts or prepaid plans; check with your employer and service provider. Some legacy plans may not be compatible. Roaming is not available. Contact your service provider for more details. Check apple.com/watch/cellular for participating wireless carriers and eligibility.

6. Apple Watch All-Day Battery Life testing was conducted by Apple in August 2019 using preproduction Apple Watch Series 5 (GPS) and Apple Watch Series 5 (GPS + Cellular), each paired with an iPhone; all devices were tested with prerelease software. Battery life varies by use, cellular coverage, configuration, and many other factors; actual results will vary. See apple.com/batteries and apple.com/watch/battery.html for more information.

7. Apple Watch All-Day Battery Life testing was conducted by Apple in August 2018 using shipping Apple Watch Series 3 (GPS) and Apple Watch Series 3 (GPS + Cellular), each paired with an iPhone; all devices were tested with prerelease software. Battery life varies by use, cellular coverage, configuration, and many other factors; actual results will vary. See apple.com/batteries and apple.com/watch/battery.html for more information.

8. Compared with Apple Watch Series 3.

9. Apple Watch Series 1 has a water resistance rating of IPX7 under IEC standard 60529. Apple Watch Series 1 is splash and water resistant, but submerging it is not recommended.

Apple Watch Series 5 and Apple Watch Series 3 require an iPhone 6s or later with iOS 13 or later.

Features are subject to change. Some features, applications, and services may not be available in all regions or all languages. View complete list.

---

Watch     Compare

**Shop and Learn**

Mac

iPad

iPhone

Watch

TV

Music

AirPods

HomePod

iPod touch

Accessories

Gift Cards

**Services**

Apple Music

Apple News+

Apple TV+

Apple Arcade

Apple Books

Apple Card

iCloud

**Account**

Manage Your Apple ID

Apple Store Account

iCloud.com

**Apple Store**

Find a Store

Shop Online

Genius Bar

Today at Apple

Apple Camp

Apple Store App

Refurbished and Clearance

Financing

Apple Trade In

Order Status

Shopping Help

**For Business**

Apple and Business

Shop for Business

**For Education**

Apple and Education

Shop for K-12

Shop for College

**For Healthcare**

Apple in Healthcare

Health on Apple Watch

Health Records on iPhone

**For Government**

Shop for Government

Shop for Veterans and Military

**Apple Values**

Accessibility

Education

Environment

Inclusion and Diversity

Privacy

Supplier Responsibility

**About Apple**

Newsroom

Apple Leadership

Job Opportunities

Investors

Events

Contact Apple

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2020 Apple Inc. All rights reserved.     Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Legal  |  Site Map                                    United States

Exhibit 6
Page 365

# APPENDIX M

[https://support.apple.com/guide/watch/set-up-and-pair-apple-watch-with-iphone-apdde4d6f98e/watchos](https://support.apple.com/guide/watch/set-up-and-pair-apple-watch-with-iphone-apdde4d6f98e/watchos)

Exhibit 6
Page 366

Apple Watch User Guide

Communities     Contact Support

Select version:

watchOS 6 ⌄

Table of Contents ⊕

# Set up and pair Apple Watch with iPhone

To use your Apple Watch Series 1 or later with watchOS 6.2, you need to pair your Apple Watch with an iPhone 6s or later with iOS 13 or later. Setup assistants on your iPhone and Apple Watch work together to help you pair and set up your Apple Watch.

⚠️ **WARNING:** To avoid injury, read **Important safety information for Apple Watch** before using your Apple Watch.

## Turn on, pair, and set up your Apple Watch

1. Put your Apple Watch on your wrist. Adjust the band so your Apple Watch fits closely but comfortably on your wrist.

   For information about resizing or changing the band on your Apple Watch, see **Remove, change, and fasten Apple Watch bands**.

2. To turn on your Apple Watch, press and hold the side button until you see the Apple logo.

3. Bring your iPhone near your Apple Watch, wait for the Apple Watch pairing screen to appear on your iPhone, then tap Continue.

   Or open the Apple Watch app on your iPhone, then tap Pair New Watch.



4. When prompted, position your iPhone so that your Apple Watch appears in the viewfinder in the Apple Watch app. This pairs the two devices.

5. Tap Set Up Apple Watch. Follow the instructions on your iPhone and Apple Watch to finish setup.

💡 **Tip:** If you have difficulty seeing your Apple Watch or iPhone, VoiceOver or Zoom can help—even during setup. See **Set up Apple Watch using VoiceOver** or **Use Zoom on Apple Watch**.

While it's pairing with your iPhone, your Apple Watch provides tips on how to interact with it. Tap Display, Digital Crown, and Side Button to learn more.

You can activate cellular service on your **Apple Watch with cellular** during setup. If you don't wish to, you can activate it later in the Apple Watch app on your iPhone. See **Use Apple Watch with a cellular network**.

Exhibit 6
Page 367

Your iPhone and Apple Watch must use the same cellular carrier. Cellular service not available in all regions.



## Trouble pairing?

- *If you see a watch face when you're trying to pair:* Your Apple Watch is already paired to an iPhone. You need to first erase all Apple Watch content and reset settings.

- *If the camera doesn't start the pairing process:* Tap Pair Apple Watch Manually at the bottom of the iPhone screen, and follow the onscreen instructions.

## Unpair Apple Watch

1. Open the Apple Watch app on your iPhone.

2. Tap My Watch, then tap your Apple Watch at the top of the screen.

3. Tap ⓘ next to the Apple Watch you want to unpair, then tap Unpair Apple Watch.

## Pair more than one Apple Watch

You can pair another Apple Watch in the same way you paired your first one. Bring your iPhone near your Apple Watch, wait for the Apple Watch pairing screen to appear on your iPhone, then tap Pair. Or follow these steps:

1. Open the Apple Watch app on your iPhone.

2. Tap My Watch, then tap your Apple Watch at the top of the screen.

3. Tap Pair New Watch, then follow the onscreen instructions.

See the Apple Support article Use more than one Apple Watch with your iPhone.

Exhibit 6
Page 368

# Quickly switch to a different Apple Watch

Your iPhone detects the paired Apple Watch you're wearing and automatically connects to it. Just put on a different Apple Watch and raise your wrist.

You can also choose an Apple Watch manually:

1. Open the Apple Watch app on your iPhone.

2. Tap My Watch, then tap your Apple Watch at the top of the screen.

3. Turn off Auto Switch.

To see if your Apple Watch is connected to your iPhone, touch and hold the bottom of the watch screen, swipe up to open Control Center, then look for the Connected status icon 📱.



The active Apple Watch.

# Pair Apple Watch to a new iPhone

If your Apple Watch is paired to your old iPhone and you now want to pair it with your new iPhone, follow these steps:

1. Use iCloud Backup to back up the iPhone currently paired to your Apple Watch (see the **iPhone User Guide** for more information).

2. Set up your new iPhone. On the Apps & Data screen, choose to restore from an iCloud backup, then select the latest backup.

3. Continue iPhone setup and, when prompted, choose to use your Apple Watch with your new iPhone.

When iPhone setup completes, your Apple Watch prompts you to pair it to the new iPhone. Tap OK on your Apple Watch, then enter its passcode.

For more information, see the Apple Support article **Switch your Apple Watch to a new iPhone**.

Exhibit 6
Page 369

# Transfer an existing cellular plan to a new Apple Watch

You can transfer your existing cellular plan from your Apple Watch with cellular to another Apple Watch with cellular by following these steps:

1. While wearing your Apple Watch, open the Apple Watch app on your iPhone.

2. Tap My Watch, tap Cellular, then tap ⓘ next to your cellular plan.

3. Tap Remove [*name of carrier*] Plan, then confirm your choice.

   You may need to contact your carrier to remove this Apple Watch from your cellular plan.

4. Remove your old watch, put on your other Apple Watch with cellular, tap My Watch, then tap Cellular.

   Follow the instructions to activate your watch for cellular.

For more information about setup and pairing, see the Apple Support article **Set up your Apple Watch**.

If you need to charge your Apple Watch before setup, see **Charge Apple Watch**.

Helpful?   Yes   No



‹ Previous
Your Apple Watch

Next ›
The Apple Watch app

Support | Apple Watch User Guide | Set up and pair Apple Watch with iPhone

Copyright © 2020 Apple Inc. All rights reserved.   Privacy Policy | Terms of Use | Sales and Refunds | Site Map     🇺🇸 United States

Exhibit 6
Page 370

# APPENDIX N

https://support.apple.com/en-us/HT203037

Exhibit 6
Page 371

# Use the Health app on your iPhone or iPod touch

The Health app gathers health data from your iPhone, Apple Watch, and apps that you already use, so you can view all your progress in one convenient place.

 Health automatically counts your steps, walking, and running distances. And, if you have an Apple Watch, it automatically tracks your Activity data. You can also enter information into a Health category or get data from any of your favorite apps or devices that are compatible with Health.

## Set up your Health Profile

1. Open the Health app and tap the Summary tab.
2. Tap your profile picture 👤 in the upper-right corner.
3. Tap Health Profile, then tap Edit.
4. Add your information, like height, weight, and age.
5. Tap Done.
6. You can also set up your Medical ID or register to be an organ donor from your profile.

Your Apple Watch uses your personal information to calculate how many calories you burn and more. You can choose to share this information with other apps and it's kept up to date across all your devices.



## Choose your favorite categories to track

1. Open the Health app and tap the Summary tab.
2. Tap Edit in the upper-right corner.
3. To add or remove a category from your favorites, tap it. Categories with a blue star ★ appear in your favorites.
4. When you're finished, tap Done.

Your favorites show how you're doing in each health category that day, like Mindful Minutes or Steps. To see more information about a category, tap it.



## Add information about your health

1. Open the Health app and tap the Browse tab.
2. Tap a category, like Activity.
3. Tap a subcategory, like Steps.
4. Tap Add Data in the upper-right corner.
5. Enter the date, time, and data for that activity.
6. When you're finished, tap Add.

Exhibit 6
Page 372





## Choose which apps share information with Health

1. Open the Health app and tap the Summary tab.

2. Tap your profile picture in the upper-right corner.

3. Under Privacy, tap Apps. You can see apps that you already own that are compatible with Health. If you don't see an app, it might not be compatible.

4. Tap an app and turn on the health categories that you want that app to track.

If you're using multiple apps to track different things, the Health app can keep it all in one place. Manage the data that's added to Health app.

Apple Watch apps can also read and write Health data. You can manage them directly on your Apple Watch: Go to Settings > Health > Apps.

## Know how your health changes over time

1. Open the Health app and tap the Summary tab.

2. Scroll down to Highlights. Highlights show your Health over time, so you can see how you're doing overall.

3. Tap a highlight to see more about that category or tap Show All Highlights at the bottom of the list.



Exhibit 6
Page 373

## Add more data about your health

- Track your sleep with Bedtime in the Clock app.
- Set up a Medical ID in the Health app to access important medical information.
- With iOS 11.3, you can see your health records from multiple institutions right on your iPhone. Add your health records and see the supported institutions.
- Manage the data that's added to Health app.

Information about products not manufactured by Apple, or independent websites not controlled or tested by Apple, is provided without recommendation or endorsement. Apple assumes no responsibility with regard to the selection, performance, or use of third-party websites or products. Apple makes no representations regarding third-party website accuracy or reliability. Contact the vendor for additional information.

Published Date: October 18, 2019

Helpful?   Yes   No

## Start a discussion in Apple Support Communities

Ask other users about this article

Submit my question

See all questions on this article ›



## Contact Apple Support

Need more help? Save time by starting your support request online and we'll connect you to an expert.

Get started ›

Support   Use the Health app on your iPhone or iPod touch

Copyright © 2020 Apple Inc. All rights reserved.   Privacy Policy   Terms of Use   Sales and Refunds   Site Map        United States

Exhibit 6
Page 374

# APPENDIX O

https://support.apple.com/guide/watch/change-language-orientation-apple-
watch-apd0bf18f46b/watchos

Exhibit 6
Page 375

Apple Watch User Guide

Communities   Contact Support

Select version:

watchOS 6 ⌄

Table of Contents ⊕

# Change language and orientation on Apple Watch

## Choose language or region

1. Open the Apple Watch app on your iPhone.

2. Tap My Watch, go to General > Language & Region, tap Custom, then tap Watch Language.



Tap to change the language.

## Switch wrists or Digital Crown orientation

If you want to move your Apple Watch to your other wrist or prefer the Digital Crown on the other side, adjust your orientation settings so that raising your wrist wakes your Apple Watch, and turning the Digital Crown moves things in the direction you expect.

1. Open the Settings app ⚙ on your Apple Watch.

2. Go to General > Orientation.

You can also open the Apple Watch app on your iPhone, tap My Watch, then go to General > Watch Orientation.



Helpful?   Yes   No

⟨ Previous
Lock or unlock Apple Watch

Next ⟩
Remove, change, and fasten Apple Watch bands

Support   Apple Watch User Guide   Change language and orientation on Apple Watch

Copyright © 2020 Apple Inc. All rights reserved.   Privacy Policy   Terms of Use   Sales and Refunds   Site Map     🇺🇸 United States

Exhibit 6
Page 376

# APPENDIX P

[https://www.apple.com/shop/watch/bands](https://www.apple.com/shop/watch/bands)

Exhibit 6
Page 377



# Give your watch a lovely complement.

Shop the latest band styles and colors.

⌄ Filter:          Case Size          Model          Band Type          Band Color



## Sport Band

Custom high-performance fluoroelastomer with a pin-and-tuck closure.



New

Linen Blue Sport Band

$49.00

Exhibit 6
Page 378



New

Seafoam Sport Band

$49.00

New

Vitamin C Sport Band

$49.00

New

Coastal Gray Sport Band

$49.00

New

Pride Edition Sport Band

$49.00

Cactus Sport Band

$49.00

Grapefruit Sport Band

$49.00

Exhibit 6
Page 379

Surf Blue Sport Band

Beryl Sport Band

Khaki Sport Band

$49.00

$49.00

$49.00

Pine Green Sport Band

Alaskan Blue Sport Band

Clementine Sport Band

$49.00

$49.00

$49.00

Lemon Cream Sport Band

Stone Sport Band

Pink Sand Sport Band

$49.00

$49.00

$49.00

Exhibit 6
Page 380



| White Sport Band | Black Sport Band | (PRODUCT)RED Sport Band |
|:---:|:---:|:---:|
| $49.00 | $49.00 | $49.00 |



## Sport Loop

Soft, breathable nylon weave with an easily adjustable hook-and-loop fastener.



Sunshine Sport Loop

$49.00

Exhibit 6
Page 381

Vitamin C Sport Loop

$49.00



Surf Blue Sport Loop

$49.00



Neon Lime Sport Loop

$49.00



Neon Pink Sport Loop

$49.00



(PRODUCT)RED Sport Loop

$49.00



Pomegranate Sport Loop

$49.00

Exhibit 6
Page 382

| Khaki Sport Loop | Alaskan Blue Sport Loop | Midnight Blue Sport Loop |
|---|---|---|
| $49.00 | $49.00 | $49.00 |

| Camel Sport Loop | Anchor Gray Sport Loop |
|---|---|
| $49.00 | $49.00 |

## Nike Sport Band

Lightweight fluoroelastomer with compression-molded perforations for breathability.





Exhibit 6
Page 383

New

Pride Edition Nike Sport Band

$49.00



Black/Lime Blast Nike Sport Band

$49.00



Midnight Turquoise/Aurora Green
Nike Sport Band

$49.00



Royal Pulse/Black Nike Sport Band

$49.00



Desert Sand/Black Nike Sport Band

$49.00

Black/Pink Blast Nike Sport Band

$49.00

Pure Platinum/Black
Nike Sport Band

$49.00

Exhibit 6
Page 384



Anthracite/Black Nike Sport Band

$49.00



## Nike Sport Loop

Quick-fastening, flexible nylon weave with reflective thread, in colors exclusive to Nike.



World Indigo/Lime Blast Nike Sport Loop

$49.00

Exhibit 6
Page 385



Hyper Crimson/Neptune Green
Nike Sport Loop

$49.00

Pink Blast/True Berry Nike Sport
Loop

$49.00

Desert Sand/Volt Nike Sport Loop

$49.00

Royal Pulse/Lava Glow Nike Sport
Loop

$49.00

Summit White Nike Sport Loop

$49.00

Black Nike Sport Loop

$49.00

## Leather

Distinctive leather designs with
magnetic or stainless steel
closures.



Exhibit 6
Page 386

Raspberry Modern Buckle

$149.00
38mm and 40mm only



Deep Sea Blue Modern Buckle

$149.00
38mm and 40mm only

Saddle Brown Modern Buckle

$149.00
38mm and 40mm only

Black Modern Buckle

$149.00
38mm and 40mm only



Exhibit 6
Page 387

| Peacock Leather Loop | Meyer Lemon Leather Loop | Saddle Brown Leather Loop |
|---|---|---|
| $99.00 | $99.00 | $99.00 |
| 42mm and 44mm only | 42mm and 44mm only | 42mm and 44mm only |



Black Leather Loop

$99.00

42mm and 44mm only



## Hermès Leather

Handcrafted calfskin leather in a variety of styles and colors.

Exhibit 6
Page 388





Apple Watch Hermès Orange Swift
Leather Single Tour

$339.00







Apple Watch Hermès Brique/Béton
Swift Leather Double Tour

$489.00
38mm and 40mm only

Apple Watch Hermès Encre/Béton
Swift Leather Double Tour

$489.00
38mm and 40mm only

Apple Watch Hermès Étain/Béton
Swift Leather Double Tour

$489.00
38mm and 40mm only





Exhibit 6
Page 389

Apple Watch Hermès Encre/Béton Swift Leather Single Tour

$339.00

42mm and 44mm only



Apple Watch Hermès Étain/Béton Swift Leather Single Tour

$339.00

42mm and 44mm only



Apple Watch Hermès Noir Swift Leather Double Tour

$489.00

38mm and 40mm only



Apple Watch Hermès Noir Swift Leather Single Tour

$339.00



Apple Watch Hermès Fauve Barénia Leather Double Tour

$489.00

38mm and 40mm only



Apple Watch Hermès Fauve Barénia Leather Single Tour

$339.00

Apple Watch Hermès Ébène Barénia Leather Single Tour Deployment Buckle

$539.00

42mm and 44mm only

Apple Watch Hermès Fauve Barénia Leather Single Tour Deployment Buckle

$539.00

42mm and 44mm only

## Stainless Steel





Exhibit 6
Page 390

Crafted from stainless steel alloy with custom magnetic or butterfly closures.



Milanese Loop

$99.00



Gold Milanese Loop

$99.00





Space Black Milanese Loop

$99.00



Link Bracelet

$349.00

Exhibit 6
Page 391



Space Black Link Bracelet

$449.00

Link Bracelet Kit

$49.00

42mm and 44mm only

Space Black Link Bracelet Kit

$49.00

42mm and 44mm only

Shop ›



Exhibit 6
Page 392

# A look on the bright side.

Shop Seasonal Colors ›



Apple Watch Series 5 requires an iPhone 6s or later with iOS 13 or later. Wireless service plan required for cellular service. Apple Watch and iPhone service provider must be the same. Not all service providers support enterprise accounts; check with your employer and service provider. Roaming is not available outside your carrier network coverage area. Contact your service provider for more details. Check apple.com/watch/cellular for participating wireless carriers and eligibility.

Leather and stainless steel bands are not water resistant. Some bands contain magnets and may cause interference with Compass on Apple Watch.

Some bands are sold separately.

†† We approximate your location from your internet IP address by matching it to a geographic region or from the location entered during your previous visit to Apple.

Apple Watch        Buy Apple Watch Series 5 Bands

| Shop and Learn | Apple Store | For Education | For Healthcare | Account |
|---|---|---|---|---|
| Mac | Find a Store | Apple and Education | Apple in Healthcare | Manage Your Apple ID |
| iPad | Shop Online | Shop for College | Health on Apple Watch | Apple Store Account |
| iPhone | Genius Bar | | Health Records on iPhone | iCloud.com |
| Apple Watch | Today at Apple | **For Business** | | |
| TV | Youth Programs | Apple and Business | **Apple Values** | **About Apple** |
| Music | Apple Store App | Shop for Business | Accessibility | Newsroom |
| iTunes | Refurbished and Clearance | | Education | Apple Leadership |
| HomePod | Financing | **Government** | Environment | Job Opportunities |
| iPod touch | Apple Trade In | Shop for Government | Inclusion and Diversity | Investors |
| Apple Card | Order Status | Shop for Veterans & Military | Privacy | Events |
| Accessories | Shopping Help | | Supplier Responsibility | Contact Apple |
| Gift Cards | | | | |

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2020 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map          🇺🇸 United States

Exhibit 6
Page 393

# **Exhibit 7**

Exhibit 7
Page 394

August 6, 2020


<u>VIA E-MAIL</u>

Mark Kachner
Knobbe, Martens, Olson & Bear, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Mark.Kachner@Knobbe.com

Re**:**   *Masimo Corp. and Cercacor Laboratories, Inc. v. Apple Inc.*, Case No. 8:20-cv-
        00048-JVS (JDEx) (C.D. Cal.)

Dear Mark:

I write regarding Plaintiffs' Responses to Apple's First Set of Interrogatories ("Interrogatories" and each an "Interrogatory").   Plaintiffs previously represented that, upon entry of a Protective Order in this action, they would provide complete responses to certain of Apple's Interrogatories.  The Court entered a Protective Order on June 30, 2020 (Dkt. 67), yet Plaintiffs have not served updated interrogatory responses.  Apple requests that Plaintiffs immediately supplement their responses to at least the interrogatories set forth below.  The need for complete responses is underscored by the fact that Plaintiffs recently indicated their intent to assert five new patents in this case.  As we explained previously, Apple requires the information sought by its Interrogatories in order to prepare its invalidity contentions and responses to certain discovery requests served by Plaintiffs.

**Apple's Interrogatory No. 2:**  The information sought by this Interrogatory is necessary for Apple to assess Plaintiffs' inventorship and priority claims.  As noted before in our June 6, 2020 Letter to Plaintiffs, Plaintiffs confirmed that they would amend their response to this Interrogatory shortly after serving their Infringement Contentions so that Apple has sufficient time to consider Plaintiffs' response before preparing its Invalidity Contentions.  Plaintiffs have failed to amend their response and provide all information sought by this Interrogatory.  Plaintiffs' incomplete response prejudices Apple's ability to prepare its invalidity contentions and, more generally, its defenses in this case.  Apple requests that Plaintiffs supplement their response to this Interrogatory by August 13, 2020.

Additionally, Plaintiffs' Infringement Contentions indicate that Plaintiffs will assert a priority date for each patent that is "at least as early as…" a certain date.  This disclosure is

Exhibit 7
Page 395

unacceptable and insufficient to put Apple on notice for "the priority date to which each asserted claim allegedly is entitled," as stated in Rule 3-1(f) of the Local Rules of Practice for Patent Cases before the United States District Court for the Northern District of California.  In order for Apple to adequately prepare, *inter alia,* its contentions and its discovery responses, Plaintiffs must provide Apple with the earliest priority dates they intend to rely upon in this case.  To the extent Plaintiffs will allege they intend to rely on an earlier date of conception, they must identify that date and all facts supporting Plaintiffs' alleged entitlement to rely upon that date (including identification of documents supporting that date).  Indeed, disclosure of the earliest date Plaintiffs intend to assert and identification of all facts and accompanying documentation is necessary for Apple to avoid a situation where, late in the case, Plaintiffs attempt to allege they are entitled to rely upon an earlier conception date, upending Apple's case preparation and strategy.

**Apple's Interrogatory No. 16:**  Plaintiffs' original response to Interrogatory No. 16 alleges that "Masimo's monitoring products practice U.S. Patent Nos. 8,457,703 and 10,433,776." *See* Plaintiffs' 5/14/20 Responses at 37.  However, Plaintiffs' Infringement Contentions indicate that, in addition to marking "All Masimo Monitors and OEM Boards" with the '703 and '776 patent numbers, they are also marking the "Pronto-7" product with the '265 and '628 patent numbers.  *See* Infringement Contentions § G.  In view of the apparent discrepancy between Plaintiffs' response to Interrogatory No. 16 and Plaintiffs' Infringement Contentions, please clarify whether it is Plaintiffs' position that the "Pronto-7" product practices one or more claims of the '265 and '628 patents.

Further, and as Apple explained previously, Plaintiffs' indication that "Masimo's monitoring products" and "All Masimo Monitors and OEM Boards" practice the '703 and '776 patents is unclear.  For example, it appears that Plaintiffs are referring to all monitors, boards, and sensors Plaintiffs have ever sold.  If that is not the case, please clarify and supplement both your response to this Interrogatory and your Infringement Contentions by August 13, 2020.

**Apple's Interrogatory No. 17:**  As we indicated in our prior correspondence and meet and confer, Plaintiffs have not yet provided sufficient information about the various damages theories Plaintiffs' response indicates they intend to pursue in this case.  Indeed, Plaintiffs have refused to provide any factual and legal bases for their contentions that they are entitled to any relief in this case, including but not limited to, monetary damages and injunctive relief.  Without this information, Apple cannot proceed with collecting the relevant financial information or preparing its position regarding damages.  In their Response to Interrogatory No. 17, Plaintiffs noted that "the Court has not entered a Protective Order."  Now that a protective order has been entered in this case, Apple requests that Plaintiffs supplement their response to Apple's Interrogatory No. 17 by August 13, 2020.

Exhibit 7
Page 396

Apple requests that Plaintiffs provide responses to the questions and issues discussed above, as well as supplemental responses to Apple's Interrogatories, by August 13, 2020.   Apple continues to reserves all rights, including without limitation its right to challenge additional aspects of Plaintiffs' Infringement Contentions and Responses to Apple's Interrogatories that are not enumerated in this letter.

Sincerely,

Brian K. Andrea

Exhibit 7
Page 397

# **Exhibit 8**
Redacted Version of Document Proposed to be Filed Under Seal

Exhibit 8
Page 398

# Exhibit 9

Exhibit 9
Page 450

August 25, 2020

<u>VIA E-MAIL</u>

Mark Kachner
Knobbe, Martens, Olson & Bear, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Mark.Kachner@Knobbe.com

Re**:**    *Masimo Corp. and Cercacor Laboratories, Inc. v. Apple Inc.*, Case No. 8:20-cv-
        00048-JVS (JDEx) (C.D. Cal.)

Dear Mark:

I write to request a meet and confer regarding continued deficiencies in Plaintiffs' Responses to Apple's First Set of Interrogatories ("Interrogatories").  For more than two months Apple has requested that Plaintiffs provide the information sought in its Interrogatories because such information is necessary for Apple to prepare its Invalidity Contentions, which are due September 7, 2020.  Because Plaintiffs have yet to provide Apple with the requisite information necessary for its upcoming Invalidity Contentions, Apple requests that Plaintiffs promptly provide their availability to meet and confer tomorrow, August 26, 2020.  If Apple is unable to secure agreement from you to provide the requested information by the end of this week, we intend to move for immediate relief from the Court tomorrow.

Plaintiffs' Supplemental Responses still fail to provide the information Apple noted in its August 6, 2020 letter.  As explained in our August 6, 2020 letter, the information sought by Interrogatory No. 2 is necessary for Apple to assess Plaintiffs' inventorship and priority claims before Apple prepares its Invalidity Contentions; failure to do so prejudices Apple's ability to prepare its contentions.

Plaintiffs previously confirmed they would amend their response to this Interrogatory after serving their Infringement Contentions so that Apple has sufficient time to consider Plaintiffs' response before preparing its Invalidity Contentions.  Plaintiffs have failed to do so.  Rather, Plaintiffs' recent supplement only lists the "earliest filing date" for each of the Asserted Patents, and provides none of the additional information sought by the Interrogatory, including the alleged date of conception and first reduction to practice, the nature of any problem(s) with existing technology that the inventors were considering or attempting to solve in connection

Exhibit 9
Page 451

Mark Kachner
August 25, 2020
Page 2

with the conception, the nature of the alleged reduction to practice and the identity of any alleged actual reduction to practice, any alleged diligence between the asserted conception and reduction to practice dates, the identity of each Person who contributed to such conception, diligence, and/or reduction to practice, the nature of each such Person's participation, involvement, and/or contribution, and the identity of all Documents (by Bates numbers) relating to such conception, diligence, and/or reduction to practice.

Relatedly, and as set forth in Apple's August 6, 2020 letter, Plaintiffs' Infringement Contentions are also deficient with respect to Plaintiffs' claimed priority date for each patent. As noted in our previous letter, Plaintiffs' Infringement Contentions state that Plaintiffs will assert a priority date for each patent that is "at least as early as…" a certain date.  This disclosure is unacceptable and insufficient to put Apple on notice for "the priority date to which each asserted claim allegedly is entitled," as stated in Rule 3-1(f) of the Local Rules of Practice for Patent Cases before the United States District Court for the Northern District of California. In order for Apple to adequately prepare, *inter alia,* its contentions and its discovery responses, Plaintiffs must provide Apple with the earliest priority dates they intend to rely upon in this case.

Apple understands Plaintiffs' continued failure to provide the information sought by Interrogatory No. 2 and required to be provided by the Local Rules in a timely manner to mean that Plaintiffs cannot rely on any dates of conception or reduction to practice earlier than the "earliest filing date" set forth in Plaintiffs' most recent response to Interrogatory No. 2 and that the only documents Plaintiffs will rely upon to prove their entitlement to the listed "earliest filing date" for each patent are the patent documents themselves.  Please let us know immediately if that is incorrect, as Apple will rely upon the dates Plaintiffs have provided in preparing its Invalidity Contentions.

Please let us know when you are available to discuss this matter.  Apple continues to reserve all rights, including without limitation its right to challenge additional aspects of Plaintiffs' Responses that are not enumerated in this letter.

Sincerely,

Brian K. Andrea

Exhibit 9
Page 452

# Exhibit 10

Exhibit 10
Page 453

| From: | Adam.Powell |
|---|---|
| To: | Andrea, Brian |
| Cc: | Samplin, Ilissa; Lerner, Joshua H.; *** Apple-Masimo; Lyon, H. Mark; Buroker, Brian M.; Kaounis, Angelique; Rosenthal, Brian A.; Masimo.Apple |
| Subject: | Masimo v. Apple - Apple"s Anticipated Ex Parte Application |
| Date: | Wednesday, August 26, 2020 6:39:33 PM |

[External Email]

Brian,

We are writing in response to Apple's anticipated ex parte application.  Plaintiffs intend to oppose Apple's application.  As you know, the Court addressed this issue in ruling on Apple's prior ex parte application to extend its deadline for invalidity contentions.  We also believe that an ex parte application is inappropriate for this issue.

Best regards,

Adam

**Adam Powell**
Partner

858-707-4245 **Direct**

**Knobbe Martens**

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Exhibit 10
Page 454