Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404 Facsimile: (949) 760-9502

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**NOTICE OF FILING PURSUANT TO THE COURT'S ORDER DATED AUGUST 27, 2020, DKT. NO. 152.** |

Pursuant to the Court's Order, Dkt. 152, Plaintiffs MASIMO CORPORATION ("Masimo") and CERCACOR LABORATIES, INC. ("Cercacor") hereby submit public redacted copies of the following documents:

(1) Defendant Apple Inc's Application to File Under Seal Apple's Opposition to Plaintiffs' Motion For Preliminary Injunction And Supporting Documents (Dkt. 138);

(2) Apple's Opposition To Plaintiffs' Motion For Preliminary Injunction (Dkt. 140); and

(3) The Declaration Of Majid Sarrafzadeh In Support Of Apple's Opposition To Plaintiffs' Motion For Preliminary Injunction (Dkt. 142).

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 31, 2020     By: */s/ Adam B. Powell*
Joseph R. Re
Stephen C. Jensen
Perry D. Oldham
Stephen W. Larson
Adam B. Powell

Attorneys for Plaintiffs,
Masimo Corporation and
Cercacor Laboratories

33419940

-1-