JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DECLARATION OF MAJID SARRAFZADEH IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br><br> Before:  Hon. James V. Selna |

## REDACTED PURSUANT TO THE ORDER
## OF THE COURT DATED 08/27/2020

Gibson, Dunn & Crutcher LLP

DECL. OF MAJID SARRAFZADEH IN SUPPORT OF
APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 8:20-CV-00048-JVS (JDEX)

Case 8:20-cv-00048-JVS-JDE   Document 142   Filed 08/24/20   Page 2 of 15   Page ID #:10092

I, Majid Sarrafzadeh, declare and state as follows:

1.     I, Majid Sarrafzadeh, have been retained by counsel for Apple Inc. ("Apple") to provide analyses and opinions in the litigation between Apple and Masimo Corporation ("Masimo").

2.     For this declaration, I have been asked to analyze and provide opinions regarding the disclosure of U.S. Patent No. 10,219,754, which I will refer to as the '754 Patent. Attached as Exhibit 1 is a true and correct copy of the '754 Patent.

3.     I am being compensated at my usual rate of $650 per hour for my work on this case. My compensation is not dependent upon my opinions or testimony, or the outcome of this case.

**A.     Background**

4.     I am a professor at the University of California at Los Angeles ("UCLA") and the director of the UCLA eHealth Research Laboratory ("ER Lab"). I earned Bachelor of Science, Master of Science, and Ph.D. degrees from the University of Illinois at Urbana-Champaign in Electrical and Computer Engineering in 1982, 1984, and 1987, respectively. I became an Assistant Professor at Northwestern University in 1987, earned tenure in 1993, and became a Full Professor in 1997. In 2000, I joined the Computer Science Department at UCLA as a Full Professor. In 2008, I co-founded and became a director of the UCLA Wireless Health Institute.

5.     I have experience as a circuit designer, system designer, and software and algorithm designer. This experience includes positions as a design engineer at IBM and Motorola and Central Data Corporation. I was the main architect of an Electronic Design Automation ("EDA") software tool for Monterey Design Systems, Inc. ("Monterey"). Monterey was acquired by Synopsys in 2004. I co-founded and managed the technical team at Hierarchical Design, Inc. ("Hier Design"), an EDA company that specialized in reconfigurable FPGA systems. Hier Design was acquired by Xilinx in 2004.

Gibson, Dunn & Crutcher LLP

DECL. OF MAJID SARRAFZADEH IN SUPPORT OF
APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
1                                CASE NO. 8:20-CV-00048-JVS (JDEx)

6.      I am a Fellow of the Institute of Electrical and Electronics Engineers, Inc. ("IEEE") for my contributions to "Theory and Practice of VLSI Design." I have served on the technical program committees of numerous conferences in the area of VLSI Design, CAD and Reconfigurable Computing, including ICCAD, Design Automation Conference ("DAC"), and International Symposium on Physical Design ("ISPD"). I have also served as a committee chair for a number of these conferences, including the General Chair of ICCAD 2005.

7.      I have published approximately 570 papers, and have received a number of best paper and distinguished paper awards. I am a co-author of the book "Synthesis Techniques and Optimizations for Reconfigurable Systems" (2003 by Springer), a co-author of the book "An Introduction to VLSI Physical Design" (1996 by McGraw Hill), and a co-editor of "Algorithmic Aspects of VLSI Layout" (1993 by World Scientific Publishing).

8.      A more detailed account of my work experience and qualifications, including a list of all publications authored in the previous 10 years, can be found in my Curriculum Vitae, which is attached as Exhibit 2 to this declaration.

9.      The opinions I am expressing are based upon generally:

- My experience with and knowledge of sensor based system, optical embedded systems, algorithms and signal processing;
- The '754 Patent;
- U.S. Patent No. 8,471,713 ("the '713 Patent"), which is attached as Exhibit 3 to this declaration; and
- U.S. Patent No. 9,861,305 ("the '305 Patent"), which is attached as Exhibit 4 to this declaration.

**B.      Opinions Concerning the '754 Patent**

10.     I have been asked to analyze and provide opinions regarding whether three publicly-available documents downloaded from the U.S. Patent Office's website

Gibson, Dunn & Crutcher LLP

DECL. OF MAJID SARRAFZADEH IN SUPPORT OF
APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
2                                           CASE NO. 8:20-CV-00048-JVS (JDEx)

disclose the same information. In particular, I have been asked to compare the disclosure of certain portions of the specification of the '754 Patent with the disclosures in the '713 Patent and/or the '305 Patent. It is my opinion that each of the portions of the specification of the '754 Patent identified below are also disclosed in the '713 Patent and/or '305 Patent. I have attached as Exhibit 5 to this declaration a chart wherein I have reproduced the text of the analyzed portions of the specification of the '754 Patent in the left-hand column, and the text of the corresponding disclosures in the '713 and/or '305 Patents in the right-hand column.

### The '754 Patent

11.     The '754 Patent is entitled "Modulation and demodulation techniques for a health monitoring system." In general, the '754 Patent relates to modulation and demodulation techniques for a health monitoring system that includes one or more optical sensors. '754 Patent at 1:16-19. Specifically, the '754 Patent describes modulation and demodulation techniques that reduce or eliminate undesired interferences and produce demodulated signals that can be analyzed to estimate a physiological parameter of a user," such as heart rate and respiration. '754 Patent at 2:66-32, 4:60-61.

12.     The '754 Patent claims priority to a provisional application filed on September 9, 2014.  The '754 Patent issued on March 5, 2019.

### The '713 Patent

13.     The '713 Patent is entitled "Interference detector for patient monitor." In general, the '713 Patent relates to an interference detector configured to reliably measure the levels of ambient and/or environment interference. '713 Patent at 24-26. Among other things, the '713 Patent describes a demodulation process that separates a digitized composite detector signal into signals related to each emitted wavelength (eight are disclosed in an embodiment) of a patient monitor sensor.  '713 Patent at 8:17-21.

Gibson, Dunn & Crutcher LLP

DECL. OF MAJID SARRAFZADEH IN SUPPORT OF
APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
3                CASE NO. 8:20-cv-00048-JVS (JDEx)

14.     The '713 Patent claims priority to a provisional application filed on July 24, 2009.  The '713 Patent issued on June 25, 2013.

**The '305 Patent**

15.     The '305 Patent is entitled "Method and apparatus for calibration to reduce coupling between signals in a measurement system." In general, the '305 Patent relates to a method for separating a combined multi-channel signal into a plurality of output signals in a way that reduces crosstalk and other contamination in the plurality of output signals. '305 Patent at 2:7-10. Among other things, the '305 Patent describes a method for configuring the multi-channel demodulator using data obtained from calibration measurements that can be made during an initialization period and at select intervals during operation. '305 Patent at 2:13-22.

16.     The '305 Patent claims priority to a provisional application filed on Oct. 12, 2006. The '305 Patent issued Jan. 9, 2018.

**Comparison of '754 Patent Portions to '713 Patent and '305 Patent**

Gibson, Dunn & Crutcher LLP

DECL. OF MAJID SARRAFZADEH IN SUPPORT OF
APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
4                                              CASE NO. 8:20-CV-00048-JVS (JDEx)

Gibson, Dunn &
Crutcher LLP

Case 8:20-cv-00048-JVS-JDE   Document 142   Filed 08/24/20   Page 7 of 15   Page ID #:10097

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

Case 8:20-cv-00048-JVS-JDE   Document 142   Filed 08/24/20   Page 8 of 15   Page ID #:10098



Gibson, Dunn & Crutcher LLP

DECL. OF MAJID SARRAFZADEH IN SUPPORT OF
APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

CASE NO. 8:20-CV-00048-JVS (JDEx)



Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 10 of 170   Page ID
#:11392
Case 8:20-cv-00048-JVS-JDE   Document 142   Filed 08/24/20   Page 10 of 15   Page ID
#:10100

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF MAJID SARRAFZADEH IN SUPPORT OF
APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 12 of 170   Page ID
#:11394
Case 8:20-cv-00048-JVS-JDE   Document 142   Filed 08/24/20   Page 12 of 15   Page ID
#:10102



Gibson, Dunn &
Crutcher LLP

DECL. OF MAJID SARRAFZADEH IN SUPPORT OF
APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
11                                    CASE NO. 8:20-CV-00048-JVS (JDEx)

Case 8:20-cv-00048-JVS-JDE   Document 142   Filed 08/24/20   Page 13 of 15   Page ID #:10103

Decl. of Majid Sarrafzadeh in Support of
Apple's Opposition To Plaintiffs' Motion For Preliminary Injunction

Case 8:20-cv-00048-JVS-JDE   Document 142   Filed 08/24/20   Page 14 of 15   Page ID #:10104

**Relationship of '713 and '305 Patent Disclosures**

42.    I have also been asked to consider whether

Patent to determine or estimate a physiological parameter. It is my opinion that the techniques of the '713 and '305 Patents could, and would, be used together in a patient monitoring system.

In my opinion these disclosures were intended to be read together, and anyone knowledgeable in the art would understand that

Gibson, Dunn &
Crutcher LLP

1       I declare under penalty of perjury under the laws of the State of California that the

2  foregoing is true and correct and that this declaration was executed on August 24, 2020

3  in Anaheim Hills, California.

Professor Majid Sarrafzadeh

Decl. of Majid Sarrafzadeh in Support of
Apple's Opposition To Plaintiffs' Motion For Preliminary Injunction
14      Case No. 8:20-cv-00048-JVS (JDEx)

Gibson, Dunn &
Crutcher LLP

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 16 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 142-1398Filed 08/24/20   Page 1 of 18   Page ID
#:10106

# Exhibit 1

to the Declaration of Majid Sarrafzadeh in
Support of Apple's Opposition to Plaintiff's
Motion for Preliminary Injunction

Exhibit 1
Page 15

US010219754B1

(12) **United States Patent**
Lamego

(10) Patent No.: **US 10,219,754 B1**
(45) **Date of Patent:** **Mar. 5, 2019**

(54) **MODULATION AND DEMODULATION TECHNIQUES FOR A HEALTH MONITORING SYSTEM**

(71) Applicant: **Apple Inc.**, Cupertino, CA (US)

(72) Inventor: **Marcelo M. Lamego**, Cupertino, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/621,268**

(22) Filed: **Feb. 12, 2015**

**Related U.S. Application Data**

(60) Provisional application No. 62/047,818, filed on Sep. 9, 2014.

(51) **Int. Cl.**
*A61B 5/00* (2006.01)

(52) **U.S. Cl.**
CPC .......... *A61B 5/7228* (2013.01); *A61B 5/0059* (2013.01); *A61B 5/681* (2013.01); *A61B 5/7203* (2013.01); *A61B 5/725* (2013.01); *A61B 5/7225* (2013.01); *A61B 5/7278* (2013.01)

(58) **Field of Classification Search**
CPC ............................ A61B 5/0059; A61B 5/0084
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,349,952 A * | 9/1994 | McCarthy ............ | A61B 5/0059 356/41 |
| 2012/0253155 A1* | 10/2012 | Diab .................. | A61B 5/14551 600/324 |

* cited by examiner

*Primary Examiner* — Hien Nguyen
(74) *Attorney, Agent, or Firm* — Brownstein Hyatt Farber Schreck, LLP

(57) **ABSTRACT**

An electronic device includes one or more light sources for emitting light toward a body part of a user and one or more optical sensors for capturing light samples while each light source is turned on and for capturing dark samples while the light source(s) are turned off. A signal produced by the one or more optical sensors is demodulated produce multiple demodulated signals. Each demodulated signal is received by one or more decimation stages to produce a signal associated with each light source. Each signal associated with the light source(s) is analyzed to estimate or determine a physiological parameter of the user.

**6 Claims, 9 Drawing Sheets**



TURN ON LIGHT SOURCE TO ILLUMINATE USER'S SKIN — 400

OPTICAL SENSOR SENSES AN AMOUNT OF LIGHT — 402

ANOTHER LIGHT SOURCE? — 404

TURN OFF LIGHT SOURCE — 406    YES

NO

DIGITIZED SIGNAL RECEIVED FROM OPTICAL SENSOR — 408

DEMODULATE DIGITIZED SIGNAL — 410

LOW PASS FILTER AND DECIMATION CIRCUIT RECEIVE AND PROCESS DEMODULATED SIGNALS — 412

ANALYZE SIGNALS TO DETERMINE PHYSIOLOGICAL PARAMETER — 414

Exhibit 1
Page 16

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 18 of 170   Page ID #:11400
Case 8:20-cv-00048-JVS-JDE   Document 142-1   Filed 08/24/20   Page 3 of 18   Page ID #:10108



*FIG. 1*

Exhibit 1
Page 17

**U.S. Patent**  Mar. 5, 2019  Sheet 2 of 9  US 10,219,754 B1



*FIG. 2*

Exhibit 1
Page 18

U.S. Patent

Mar. 5, 2019

Sheet 3 of 9

US 10,219,754 B1

Case 8:20-cv-00048-JVS-JDE   Document 142-1   Filed 08/24/20   Page 5 of 18   Page ID #:10110



**FIG. 3**

Exhibit 1
Page 19

**U.S. Patent**          Mar. 5, 2019          Sheet 4 of 9          **US 10,219,754 B1**



**FIG. 4**

Exhibit 1
Page 20

**U.S. Patent**          Mar. 5, 2019          Sheet 5 of 9          **US 10,219,754 B1**



**FIG. 5**



**FIG. 6**

Exhibit 1
Page 21

U.S. Patent

Mar. 5, 2019

Sheet 6 of 9

US 10,219,754 B1

Case 8:20-cv-00048-JVS-JDE   Document 142-1   Filed 08/24/20   Page 8 of 18   Page ID #:10113



*FIG. 7*

Exhibit 1
Page 22

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 24 of 170   Page ID
#:11406
Case 8:20-cv-00048-JVS-JDE   Document 142-1   Filed 08/24/20   Page 9 of 18   Page ID
#:10114

**U.S. Patent**      Mar. 5, 2019      Sheet 7 of 9      US 10,219,754 B1



*FIG. 8*

Exhibit 1
Page 23

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 25 of 170   Page ID #:11407
Case 8:20-cv-00048-JVS-JDE   Document 142-1   Filed 08/24/20   Page 10 of 18   Page ID #:10115



**FIG. 9**

Exhibit 1
Page 24

**U.S. Patent**          Mar. 5, 2019          Sheet 9 of 9          US 10,219,754 B1



*FIG. 10*

Exhibit 1
Page 25

US 10,219,754 B1

# MODULATION AND DEMODULATION TECHNIQUES FOR A HEALTH MONITORING SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATION

This application claims the benefit under 35 U.S.C. § 119(e) of U.S. Provisional Patent Application No. 62/047,818, filed Sep. 9, 2014, entitled "Modulation and Demodulation Techniques for a Health Monitoring System," the entirety of which is incorporated herein by reference.

## TECHNICAL FIELD

The present invention relates generally to health monitoring systems, and more particularly to modulation and demodulation techniques for a health monitoring system that includes one or more optical sensors.

## BACKGROUND

Health monitoring devices, such as fitness and wellness devices, are capable of measuring a variety of physiological parameters and waveforms non-invasively via optical sensing. Light is applied to a measurement site, such as a user's wrist, finger, and ear, and the light is absorbed and scattered throughout the skin. An optical sensor in the health monitoring device captures the light that is reflected from or transmitted through the skin. The optical sensor, however, is subject to interferences caused by fluorescent bulbs, sun light, the electricity grid or network, and motion artifacts that are caused by the relative motion between the optical sensor and the user's measurement site. Thus, the light collected by the light sensor contains a component from the measurement site and component from one or more interferences. To estimate the physiological parameter and waveform, the optical sensor coverts the collected light into electrical signals, and the signal that represents the interference component is typically subtracted from the signal representing the measurement site component. After subtraction, only the component from the measurement site should remain, which is the component that is used to estimate the physiological parameter. However, subtraction cannot be performed instantaneously. A time delay exists between sampling the light and subtracting the interference component. The time delay can result in the creation of aliases in the signal, and the aliases produce errors in the estimation of the physiological parameter.

## SUMMARY

In one aspect, an electronic device includes one or more light sources for emitting light toward a body part of a user and one or more optical sensors for capturing light samples while each light source is turned on and for capturing dark samples while the light source(s) are turned off. A signal produced by the one or more optical sensors is demodulated produce multiple demodulated signals. Each demodulated signal is received by one or more decimation stages to produce a signal associated with each light source. A demultiplexer and multiplier circuit operably can be connected to an output of the decimation stage. The demultiplexer separates the signals by each associated light source and the multiplier multiplies each signal by one or more respective weights. The weights adjust the signals for variations in temperature and operating parameters of various compo-

nents in the electronic device. Each signal associated with the light source(s) is analyzed to estimate or determine a physiological parameter of the user.

In another aspect, a method for processing the signal received from the light sensor can include capturing multiple light samples while each light source emits light toward the body part of the user and converting the multiple light samples into the signal. The light sources can be modulated (e.g., turned on and off) according to a particular modulation pattern. The signal produced by the optical sensor is then demodulated to produce multiple demodulated signals. Each demodulated signal is associated with a particular light source. Each demodulated signal is then processed by at least one decimation stage. In one embodiment, each decimation stage includes a low pass filter that receives a demodulated signal and a decimation circuit operably connected to an output of the low pass filter. A demultiplexer and multiplier circuit may then process the signals. Each signal associated with the light source(s) is analyzed to estimate or determine a physiological parameter of the user.

In yet another aspect, a method for operating an electronic device that includes multiple light sources, an optical sensor, and a processing device operably connected to the optical sensor can include turning on each light source one at a time and emitting light toward a body part of a user and capturing multiple light samples while each light source emits light toward the body part of the user and converting the multiple light samples into a signal. The signal is converted into a digital signal, and the digital signal is demodulated to produce multiple demodulated signals. Each demodulated signal is then processed by at least one decimation stage. In one embodiment, each decimation stage includes a low pass filter that receives a demodulated signal and a decimation circuit operably connected to an output of the low pass filter. Each signal associated with the light source(s) is analyzed to estimate or determine a physiological parameter of the user.

## BRIEF DESCRIPTION OF THE DRAWINGS

Embodiments of the invention are better understood with reference to the following drawings. The elements of the drawings are not necessarily to scale relative to each other. Identical reference numerals have been used, where possible, to designate identical features that are common to the figures.

FIG. 1 is a perspective front view of one example of an electronic device that provides health-related information;

FIG. 2 depicts a back view of the electronic device 100 shown in FIG. 1;

FIG. 3 is an illustrative block diagram of the electronic device 100 shown in FIGS. 1 and 2;

FIG. 4 is a flowchart of one example method of operating the health monitoring system 312 in FIG. 3;

FIGS. 5-6 depict example modulation patterns suitable for use in blocks 400 and 402 in FIG. 4;

FIG. 7 is a data flow diagram of a processing channel that performs blocks 408, 410, and 412 in FIG. 4;

FIG. 8 is a flowchart of one example method of determining a matrix used in block 718 of FIG. 7;

FIG. 9 is a flowchart of one example method of performing block 800 in FIG. 8; and

FIG. 10 is a flowchart of one example method of performing block 802 in FIG. 8.

## DETAILED DESCRIPTION

Embodiments described herein provide modulation and demodulation techniques that reduce or eliminate undesired

Exhibit 1
Page 26

US 10,219,754 B1

**3**

interferences and produce demodulated signals that can be analyzed to estimate a physiological parameter of a user. A time multiplexed modulation pattern is used to turn the light sources on and off and to cause the optical sensor to capture multiple light and dark samples. Demodulation operations are applied to the signal produced by the optical sensor to produce a signal associated with each light source. In general, the demodulation operation can be

$$\sin 2\pi \frac{kt}{N} \text{ or } \cos 2\pi \frac{kt}{N}.$$

The demodulated signals may then be processed by one or more decimation stages. Each decimation stage can include a low pass filter and a decimation circuit.

Any suitable type of electronic device can include a health monitoring system. Example electronic devices include, but are not limited to, a smart telephone, a headset, a pulse oximeter, a digital media player, a tablet computing device, and a wearable electronic device. A wearable electronic device can include any type of electronic device that can be worn on a limb of a user. The wearable electronic device can be affixed to a limb or body part of a user, such as a wrist, an arm, a finger, a leg, an ear, or a chest. In some embodiments, the wearable electronic device is worn on a limb of a user with a band that attaches to the body and includes a holder or case to detachably or removably hold the electronic device, such as an armband, an ankle bracelet, a leg band, and/or a wristband. In other embodiments, the wearable electronic device is permanently affixed or attached to a band, and the band attaches to the body of the user.

As one example, a wearable electronic device can be implemented as a wearable health assistant that provides health-related information (whether real-time or not) to the user, authorized third parties, and/or an associated monitoring device. The wearable health assistant may be configured to provide health-related information or data such as, but not limited to, heart rate data, blood pressure data, temperature data, blood oxygen saturation level data, diet/nutrition information, medical reminders, health-related tips or information, or other health-related data. The associated monitoring device may be, for example, a tablet computing device, phone, personal digital assistant, computer, and so on.

As another example, the electronic device can be configured in the form of a wearable communications device. The wearable communications device may include a processor coupled with or in communication with a memory, one or more sensors, one or more communication interfaces, output devices such as displays and speakers, one or more input devices, and a health monitoring system. The communication interface(s) can provide electronic communications between the communications device and any external communication network, device or platform, such as but not limited to wireless interfaces, Bluetooth interfaces, USB interfaces, Wi-Fi interfaces, TCP/IP interfaces, network communications interfaces, or any conventional communication interfaces. The wearable communications device may provide information regarding time, health, statuses or externally connected or communicating devices and/or software executing on such devices, messages, video, operating commands, and so forth (and may receive any of the foregoing from an external device), in addition to communications.

Referring now to FIG. 1, there is shown a perspective view of one example of an electronic device that provides health-related information. In the illustrated embodiment,

**4**

the electronic device **100** is implemented as a wearable communication device. Other embodiments can implement the electronic device differently. As described earlier, the electronic device can be a smart telephone, a gaming device, a digital music player, a device that provides time, a health assistant, and other types of electronic devices that provide health-related information.

The electronic device **100** includes an enclosure **102** at least partially surrounding a display **104** and one or more buttons **106** or input devices. The enclosure **102** can form an outer surface or partial outer surface and protective case for the internal components of the electronic device **100**, and may at least partially surround the display **104**. The enclosure **102** can be formed of one or more components operably connected together, such as a front piece and a back piece. Alternatively, the enclosure **102** can be formed of a single piece operably connected to the display **104**.

The display **104** can be implemented with any suitable technology, including, but not limited to, a multi-touch sensing touchscreen that uses liquid crystal display (LCD) technology, light emitting diode (LED) technology, organic light-emitting display (OLED) technology, organic electroluminescence (OEL) technology, or another type of display technology. A button **106** can take the form of a home button, which may be a mechanical button, a soft button (e.g., a button that does not physically move but still accepts inputs), an icon or image on a display or on an input region, and so on. Other buttons or mechanisms can be used as input/output devices, such as a speaker, a microphone, an on/off button, a mute button, or a sleep button. In some embodiments, the button or buttons **106** can be integrated as part of a cover glass of the electronic device.

The electronic device **100** can be permanently or removably attached to a band **108**. The band **108** can be made of any suitable material, including, but not limited to, leather, metal, rubber or silicon, fabric, and ceramic. In the illustrated embodiment, the band is a wristband that wraps around the user's wrist. The wristband can include an attachment mechanism (not shown), such as a bracelet clasp, Velcro, and magnetic connectors. In other embodiments, the band can be elastic or stretchy such that it fits over the hand of the user and does not include an attachment mechanism.

FIG. **2** depicts a back view of the electronic device **100** shown in FIG. **1**. As described earlier, the electronic device can include one or more sensors, and at least one of these sensors may provide health-related information. As one example, the wearable communication device can include an optical sensor, such as a photoplethysmography (PPG) sensor. A PPG sensor uses light to measure changes in the volume of a part of a user's body. As the light passes through the user's skin and into the underlying tissue, some light is reflected, some is scattered, and some light is absorbed, depending on what the light encounters. Blood can absorb light more than surrounding tissue, so less reflected light will be sensed by the PPG sensor when more blood is present. The user's blood volume increases and decreases with each heartbeat. A PPG sensor detects changes in blood volume based on the reflected light, and one or more physiological parameters of the user can be determined by analyzing the reflected light. Example physiological parameters include, but are not limited to, heart rate and respiration.

The electronic device **100** includes one or more apertures **200** in the enclosure **102**. Each aperture is associated with a light source **202**. In one embodiment, each light source is implemented as a light-emitting diode (LED). Four apertures **200** and four light sources **202** are used in the illustrated embodiment. Other embodiments can include any

Exhibit 1
Page 27

US 10,219,754 B1

<div style="column-count:2">

5

number of light sources **200**. For example, two light sources can be used in some embodiments.

The light sources **202** can operate at the same light wavelength range, or the light sources can operate at different light wavelength ranges. As one example, with two light sources one light source may transmit light in the visible wavelength range while the other light source can emit light in the infrared wavelength range. With four light sources, two light sources may transmit light in the visible wavelength range while the other two light sources can emit light in the infrared wavelength range. For example, in one embodiment, at least one light source can emit light in the wavelength range associated with the color green while another light source transmits light in the infrared wavelength range. When a physiological parameter of the user will be determined, the light sources emit light toward the user's skin and the optical sensor **204** senses an amount of reflected light. The optical sensor **204** may sense the reflected light through an aperture (not shown) that is formed in the electronic device. As will be described in more detail later, a modulation pattern can be used to turn the light sources on and off and sample or sense the reflected light.

FIG. **3** is an illustrative block diagram of the electronic device **100** shown in FIG. **1**. The electronic device **100** can include the display **104**, one or more processing devices **300**, memory **302**, one or more input/output (I/O) devices **304**, one or more sensors **306**, a power source **308**, a network communications interface **310**, and a health monitoring system **312**. The display **104** may provide an image or video output for the electronic device **100**. The display may also provide an input surface for one or more input devices, such as, for example, a touch sensing device and/or a fingerprint sensor. The display **104** may be substantially any size and may be positioned substantially anywhere on the electronic device **100**.

The processing device **300** can control some or all of the operations of the electronic device **100**. The processing device **300** can communicate, either directly or indirectly with substantially all of the components of the electronic device **100**. For example, a system bus or signal line **314** or other communication mechanisms can provide communication between the processing device(s) **300**, the memory **302**, the I/O device(s) **304**, the sensor(s) **306**, the power source **308**, the network communications interface **310**, and/or the health monitoring system **312**. The one or more processing devices **300** can be implemented as any electronic device capable of processing, receiving, or transmitting data or instructions. For example, the processing device(s) **300** can each be a microprocessor, a central processing unit (CPU), an application-specific integrated circuit (ASIC), a digital signal processor (DSP), or combinations of such devices. As described herein, the term "processing device" is meant to encompass a single processor or processing unit, multiple processors, multiple processing units, or other suitably configured computing element or elements.

The memory **302** can store electronic data that can be used by the electronic device **100**. For example, a memory can store electrical data or content such as, for example, audio and video files, documents and applications, device settings and user preferences, timing and control signals or data for the health monitoring system **312**, data structures or databases, and so on. The memory **302** can be configured as any type of memory. By way of example only, the memory can be implemented as random access memory, read-only memory, Flash memory, removable memory, or other types of storage elements, or combinations of such devices.

6

The one or more I/O devices **304** can transmit and/or receive data to and from a user or another electronic device. One example of an I/O device is button **106** in FIG. **1**. The I/O device(s) **304** can include a display, a touch sensing input surface such as a track pad, one or more buttons, one or more microphones or speakers, one or more ports such as a microphone port, and/or a keyboard.

The electronic device **100** may also include one or more sensors **306** positioned substantially anywhere on the electronic device **100**. The sensor or sensors **306** may be configured to sense substantially any type of characteristic, such as but not limited to, images, pressure, light, touch, heat, position, motion, and so on. For example, the sensor(s) **308** may be an image sensor, a heat sensor, a light or optical sensor, a pressure transducer, a magnet, a gyroscope, an accelerometer, and so on.

The power source **308** can be implemented with any device capable of providing energy to the electronic device **100**. For example, the power source **308** can be one or more batteries or rechargeable batteries, or a connection cable that connects the remote control device to another power source such as a wall outlet.

The network communication interface **310** can facilitate transmission of data to or from other electronic devices. For example, a network communication interface can transmit electronic signals via a wireless and/or wired network connection. Examples of wireless and wired network connections include, but are not limited to, cellular, Wi-Fi, Bluetooth, IR, and Ethernet.

The health monitoring system **312** can include the light sources **202**, one or more optical sensors **204**, and a processing device **316**. The processing device **316** may be any suitable type of processing device. In one embodiment, the processing device **316** is a digital signal processor. The processing device **316** may receive signals from the optical sensor(s) **204** and processes the signals to correlate the signal values with a physiological parameter of the user. As one example, the processing device can apply one or more demodulation operations to the signals received from the optical sensor. Additionally, the processing device may control the modulation (e.g., turning on and off) of the light sources **202** according to a given modulation pattern. In one embodiment, one or more modulation patterns may be stored in memory **302** and accessed by the processing device **316** to modulate the light sources **202**.

As discussed earlier, the light sources can emit light in the visible and/or infrared wavelength ranges. The optical sensor or sensors **204** is implemented as a photodetector that senses light and converts the light into an electrical signal that represents the amount of light sensed by the photodetector. In one embodiment, the photodetector can be a photodiode. Other embodiments can use a different type of photodetector, such as a phototube or photoresistor.

In another embodiment, the processing device **316** is not included in the health monitoring system **312** and the processing device **300** receives signals from the optical sensor(s) **204** and processes the signals to correlate the signal values with a physiological parameter of the user. Additionally or alternatively, the processing device **300** can control the operations of the light sources (e.g., turn on and off). One or more modulation patterns may be stored in memory **302** and accessed by the processing device **300** to modulate the light sources **202**.

It should be noted that FIGS. **1-3** are illustrative only. In other examples, an electronic device may include fewer or more components than those shown in FIG. **3**. Additionally or alternatively, the electronic device can be included in a

</div>

Exhibit 1
Page 28

US 10,219,754 B1

7

system and one or more components shown in FIG. **3** are separate from the electronic device but in communication with the electronic device. For example, an electronic device may be operatively connected to, or in communication with a separate display. As another example, one or more applications or data can be stored in a memory separate from the electronic device. As another example, a processing device in communication with the electronic device can control various functions in the electronic device and/or process data received from the electronic device. In some embodiments, the separate memory and/or processing device can be in a cloud-based system or in an associated monitoring device.

Referring now to FIG. **4**, there is shown a flowchart of one example method of operating the health monitoring system **312** in FIG. **3**. Initially, a light source is turned on to illuminate the user's skin and the optical sensor senses an amount of reflected or transmitted light (blocks **400, 402**). A determination can then be made at block **404** as to whether or not another light source is to be turned on. For example, in one embodiment, the light sources are turned on sequentially and the optical sensor senses the light multiple times while each light source is turned on.

If another light source is to be turned on, the process passes to block **406** where the light source that is currently turned on is turned off. The method then returns to block **400** and repeats until all of the light sources have been turned on and the optical sensor has obtained light samples.

When a determination is made at block **404** that all of the light sources have been turned on, the process continues at block **408** where the signal received from the optical sensor is digitized by inputting the signal into an analog-to-digital converter. The digitized signal is then demodulated at block **410**. Demodulating the signal produces multiple demodulated signals, with a demodulated signal associated with each light source. Each demodulated signal is then received and processed by a low pass filter and a decimation circuit (block **412**).

The signals may then be analyzed at block **414** to determine or estimate a physiological parameter of the user. As described earlier, in one embodiment the signals can be analyzed to determine a heart rate of the user. As one example, the processing device **316** can analyze the signals to estimate a physiological parameter of the user. In another example, the processing device **300** can analyze the signals to determine a physiological parameter of the user. And in yet another example, both processing devices **300, 316** can perform various steps in the analysis to estimate a physiological parameter of the user.

In other embodiments, the light source need not be turned off or on entirely. Instead, certain embodiments may modulate the brightness of the light source in place of or in addition to the turning of lights on and off. In some embodiments, certain light sources may be turned on and off while other light sources are alternately dimmed and brightened.

FIGS. **5-6** depict example modulation patterns suitable for use in blocks **400** and **402** in FIG. **4**. FIGS. **5** and **6** are described with reference to a health monitoring system that includes four light sources. As described earlier, other embodiments can include fewer or more light sources. The embodiments described hereinafter are described with reference to a thirty sample modulation cycle operating at 4096 hertz. This is provided by way of example and is not required. Other modulation cycle frequencies and/or sampling frequencies may be selected. For example, the modu-

8

lation cycle frequencies may range, as a non-limiting example, from one hundred hertz to several hundred kilohertz.

In many examples, the modulation cycle frequency and the sampling frequency may be interrelated. For example, certain embodiments may be limited by hardware or software to a particular maximum sampling frequency. In such an example, the modulation cycle frequency may be selected such that the transmitted signal can be adequately reconstructed. In some cases, the modulation cycle may be less than half the sampling rate. Stated another way, if a certain embodiment requires a particular bandwidth, the sampling frequency may be at least twice the selected maximum frequency of the selected bandwidth.

Other embodiments can obtain a different number of samples and/or operate at a different frequency. The frequency may be determined based on a number of factors, one of which is the harmonics of the electrical network or grid. For example, when an electrical network produces a signal at 60 Hz, the harmonics are multiples of 60 (e.g., 120 Hz, 180 Hz, 240 Hz, etc.). Also, some electrical networks produce a signal at 50 Hz, and the harmonics of multiples of 50 Hz (e.g., 100 Hz, 150 Hz, 200 Hz, etc.).

Additionally, some electrical networks can be less reliable at generating a signal with a specific frequency, and the frequency may vary by a certain amount or deviation (e.g., a frequency of 60 Hz may operate at 60+/−1% Hz). And the deviation increases with each harmonic. Thus, in one embodiment, the frequency of the modulation cycle is selected to be in a harmonic gap that exists between the various harmonics and harmonic deviations of at least one electrical network.

The illustrated modulation patterns are time-multiplexed modulation patterns that drive the light sources. The time periods when the light sources are turned on and off are multiplexed in time. In FIG. **5**, the first light source is turned on for the time period **500**. The other three light sources are turned off during the time period **500**. An optical sensor captures a light sample multiple times **502** during the time period **500**. In the illustrated embodiment, the optical sensor obtains five light samples **502**. The first light source is then turned off and the optical sensor captures the light at time **504**. A light sample obtained when all of the light sources are turned off is known as a dark sample.

The second light source is then turned on for the time period **506**. Again, the other three light sources are turned off during the time period **506**. The optical sensor captures multiple light samples **508** during the time period **506**. In the illustrated embodiment, the optical sensor obtains five samples **508**. The second light source is then turned off and the optical sensor captures a dark sample at time **510**.

Similarly, only the third light source is turned on for the time period **512**, and the optical sensor senses an amount of light multiple times **514** (e.g., five times) during the time period **512**. The third light source is then turned off and the optical sensor captures a dark sample at time **516**.

The fourth light source is then turned on for the time period **518**, and the optical sensor obtains multiple light samples **520** (e.g., five times) during the time period **518**. The fourth light source is then turned off and the optical sensor captures multiple dark samples **522**. In the illustrated embodiment, the optical sensor obtains seven dark samples **522**. Thus, the optical sensor captures thirty samples during one modulation cycle **524**. The modulation cycles can repeat a given number of times when estimating a physiological parameter. As described earlier, the modulation cycle can have a frequency of 4096 Hz in one embodiment.

Exhibit 1
Page 29

US 10,219,754 B1

9

The modulation pattern in FIG. 6 is similar to the modulation pattern in FIG. 5 except that the optical sensor does not capture dark samples in between the time periods when a light source is turned on. In other words, the optical sensor does not sense dark samples at times 504, 510, and 516. The light sensor obtains multiple dark samples 600 after the time period 518 has ended (after the fourth light source is turned off). In the illustrated embodiment, the light sensor captures ten dark samples 600. Like the FIG. 5 embodiment, the optical sensor obtains thirty samples during one modulation cycle 602.

The analog signal produced by the optical sensor includes information associated with all four light sources. Thus, in one embodiment, the analog signal is demodulated by a single optical sensor to produce four signals. In some cases, each signal is associated with a specific light source. In other examples, two optical sensors may be used to generate eight signals associated with the four light sources. In some cases, the two optical sensors may be physically separated so as to measure light associated with the four light sources from different points along the user's skin. In other embodiments, more than two optical sensors may be used.

FIG. 7 is a data flow diagram of an illustrative processing channel that performs blocks 408, 410, and 412 in FIG. 4. The analog signal received from the optical sensor on signal line 700 is converted to a digital signal by analog-to-digital converter 702 in the processing channel 704. The digital signal is then received by the mixer circuit 706. The mixer circuit 706 also receives one or more demodulation operations 708. In general, the demodulation operation can be sin

$$2\pi\frac{kt}{N} \text{ or cos } 2\pi\frac{kt}{N},$$

where k is defined by $1 \leq k \leq n/2$, N represents the number of samples obtained by the optical sensor, and t=0, 1, . . . , N−1. The number of demodulation operations input into the mixer circuit 704 may be based on the number of light sources. In one embodiment, each harmonic of the signal received from the optical sensor has two orthogonal components. Thus, in some cases, the number of harmonics may depend upon the number of channels multiplexed and de-multiplexed. As one example, when the health monitoring system includes two light sources, the demodulation operations can be sin $2\pi/N$ or cos $2\pi/N$ for the first harmonic frequency. Two signals will be produced after both demodulation operations have been applied to the digital signal by mixer circuit 706. When the health monitoring system has four light sources, the demodulation operation can be sin $2\pi/N$ or cos $2\pi/N$ for the first harmonic frequency, and sin $4\pi/N$ or cos $4\pi/N$ for the second harmonic frequency. Four signals will be produced after the four demodulation operations have been applied to the digital signal by mixer circuit 706.

The signal output by the mixer circuit 706 is received by a low pass filter 710 and a decimation circuit 712. The low pass filter 710 and the decimation circuit 712 form a first decimation stage. Embodiments can include any number of decimation stages K. The number of decimation stages K can be based on the frequency of the sampling cycle of the optical sensor and the frequency of the physiological parameter. For example, in the embodiments shown in FIGS. 5 and 6, thirty samples are obtained by the optical sensor. When the frequency of the physiological parameter is approximately ten hertz and the frequency of the thirty sample cycle

10

is 4096 hertz, six decimation stages are used with each stage reducing the frequency of the signal by two.

After the signal is processed by the low pass filter 714 and decimation circuit 716 in the last decimation stage K, each signal is received by a demultiplexer and multiplier circuit 718. The demultiplexer separates the signals by associated light source. Thus, the signal associated with the first light source is separated from the signals associated with the other light sources, and so on for each signal. The multiplier circuit then multiplies each signal by respective weights or values. As one example, the values can be stored in a matrix, and each signal is multiplied by the values in a respective row in the matrix.

The values in the matrix are a function of the dynamics and components of the health monitoring system. The operations of the components such as the optical sensor, the filters (e.g., high pass filters, low pass filters), the operational amplifiers, and the like, change over time due to temperature and other factors. The values in the matrix adjust the signals for these changes. One method for determining the values in the matrix is described in conjunction with FIG. 8.

The signals output on signal line 720 represent the signals received from the user's tissue, and these signals can be analyzed to determine or measure the physiological parameter. As one example, these signals can be analyzed to determine the heart rate for the user.

FIG. 8 is a flowchart of one example method of determining the values in a matrix used in block 718 of FIG. 7. Initially, the values in the matrix are determined at block 800. FIG. 9 is a flowchart of one example method of performing block 800. In block 900, a single light source is turned on for a given period of time. The signal produced by the optical sensor is then processed to obtain some of the matrix values. For example, when the health monitoring system includes four light sources, s signal value or amplitude associated with each light source will be output by the decimation circuit 716. Thus, four signal values will be output by the decimation circuit 716 based on the single light source emitting light toward the user's skin. These four signal values are included in one row in the matrix.

Returning to FIG. 9, a determination is then made at block 904 as to whether or not all of the light sources have been individually turned on. If not, the process passes to block 906 where the light source that is currently turned on is turned off. The method then returns to block 900 where another single light source is turned on and the signal produced by the optical sensor processed to obtain matrix values for another row in the matrix. The method in FIG. 9 repeats until all of the light sources have been turned on and all of the values determined for the matrix. For four light sources, the values in the matrix are as follows:

Returning to FIG. 8, after the matrix values are determined at block 800 the matrix values can be verified at block 802. FIG. 10 is a flowchart of one example method of performing block 802. Initially, all of the light sources except one are turned on for a given period of time (block 1000). The signal produced by the optical sensor is then processed based on the data flow diagram shown in FIG. 7. As described earlier, the demultiplexer and multiplier circuit 718 outputs signals that are associated with each light source in the health monitoring system. The signal value associated with the light source that is turned off should have a value that is substantially zero, while the signal values associated with the light sources that are turned on should be greater than zero.

Returning to FIG. 10, a determination is made at block 1004 as to whether or not the signal value associated with

Exhibit 1
Page 30

US 10,219,754 B1

11

the light source that is turned off equals zero. If not, the method passes to block **1006** where the matrix values in the matrix are recalculated. Thus, the method shown in FIG. **9** may be repeated and the method shown in FIG. **10** repeated until it is determined at block **1004** that the signal value associated with each light source equals zero when the respective light source is turned off and the other light sources are turned on.

If the signal value equals zero, the process continues at block **1008** where a determination is made as to whether or not all of the light sources have been turned off while the other light sources are turned on. If not, the method passes to block **1010** where the light sources that are currently turned on are turned off. The method then returns to block **1000** where all light sources except another single light source is turned on. The method in FIG. **10** repeats until all of the light sources have been turned off while the other light sources are turned on and the signal value output from the demultiplexer and multiplier circuit **718** associated with each light source equals zero when the respective light source is turned off and the other light sources are turned on.

Returning to FIG. **8**, if the matrix values are not verified at block **804**, the method returns to block **800** as described earlier. If the matrix values are verified at block **804**, the process continues at block **806** where the matrix is applied in the demultiplexer and multiplier circuit **718** in FIG. **7**. A determination may then be made at block **808** as to whether or not the matrix values are to be recalculated. As one example, the matrix values can be recalculated after a given period of time has passed. Additionally or alternatively, the matrix values may be recalculated each time a user activates the heath monitoring system. The process waits at block **808** if the matrix values are not recalculated. If the matrix values are to be recalculated, the method returns to block **800**.

Various embodiments have been described in detail with particular reference to certain features thereof, but it will be understood that variations and modifications can be effected within the spirit and scope of the disclosure. For example, as described earlier, a health monitoring system can include a different number of light sources (e.g., two or six). Additionally or alternatively, a health monitoring system can be included in, or connected to a different type of electronic device.

Even though specific embodiments have been described herein, it should be noted that the application is not limited to these embodiments. In particular, any features described with respect to one embodiment may also be used in other embodiments, where compatible. Likewise, the features of the different embodiments may be exchanged, where compatible.

What is claimed is:

**1**. A method for estimating physiological parameters when modulated light from a first light source and a second light source is emitted toward a body part of a user, the method comprising:

determining a first multiplier value by:
 turning on the first light source;
 generating a first initial signal in response to capturing a first light sample corresponding to the first light source;
 demodulating the first initial signal to produce first initial demodulated signals;
 filtering and decimating the first initial demodulated signals; and
 determining the first multiplier value based on the filtered and decimated first initial demodulated signals;

12

determining a second multiplier value by:
 turning on the second light source;
 generating a second initial signal in response to capturing a second light sample corresponding to the second light source;
 demodulating the second initial signal to produce second initial demodulated signals;
 filtering and decimating the second initial demodulated signals; and
 determining the second multiplier value based on the filtered and decimated second initial demodulated signals;

capturing multiple light samples while the first light source and the second light source are turned on to emit modulated light toward the body part of the user and converting the multiple light samples into a captured signal;

demodulating the captured signal to produce multiple demodulated signals;

performing a first decimation stage by:
 low pass filtering each demodulated signal; and
 decimating each demodulated signal;

performing a second decimation stage after the first decimation stage by:
 low pass filtering each demodulated signal; and
 decimating each demodulated signal;

demultiplexing each demodulated signal after the second decimation stage to produce a first signal associated with the first light source and a second signal associated with the second light source;

multiplying the first signal by the first multiplier value using a first multiplier circuit to obtain a first conditioned signal;

multiplying the second signal by the second multiplier value using a second multiplier circuit to obtain a second conditioned signal; and

analyzing the first conditioned signal and the second conditioned signal to estimate the physiological parameter of the user.

**2**. The method as in claim **1**, wherein the capturing multiple light samples comprises capturing multiple light samples while:

the first light source is turned on and the second light source is turned off;

the second light source is turned on and the first light source is turned off; and

the first light source and the second light source are turned off after being turned on.

**3**. The method as in claim **2**, wherein the capturing multiple light samples further comprises capturing one or more light samples after the first light source is turned off and before the second light source is turned on.

**4**. The method as in claim **1**, wherein the demodulating the captured signal to produce multiple demodulated signals comprises:

applying a first demodulation operation of a sine function to the captured signal; and

applying a second demodulation operation of a cosine function.

**5**. The method as in claim **2**, wherein the multiple light samples comprise at least five light samples captured when the first light source is turned on and the second light source is turned off.

**6**. The method as in claim **1**, wherein:

when the first light source is turned on, the first light source emits infrared light; and

Exhibit 1
Page 31

US 10,219,754 B1

**13**

when the second light source is turned on, the second light source emits visible light.

\* \* \* \* \*

**14**

Exhibit 1
Page 32

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 34 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 142-2   Filed 08/24/20   Page 1 of 65   Page ID
#:10124

# Exhibit 2

to the Declaration of Majid Sarrafzadeh in Support of Apple's Opposition to Plaintiff's Motion for Preliminary Injunction

Exhibit 2
Page 33

# MAJID SARRAFZADEH

Computer Science Department
UCLA
3532C Boelter Hall
Los Angeles, CA 90095
Phone: (310) 794-4303   Fax: (310) 794-5056
Email: majid@cs.ucla.edu
Home Page:  http://www.cs.ucla.edu/~majid/
Research Lab: http://er.cs.ucla.edu/

## EDUCATIONAL RECORD

University of Illinois at Urbana-Champaign
Department of Electrical and Computer Engineering
Bachelor of Science, 1982. Master of Science, 1984. Doctor of Philosophy, 1987.

## AREAS OF RESEARCH INTEREST

Embedded Medical Systems, Design and Analysis of Algorithms, Health Analytics.

## WORK EXPERIENCE

1   **Computer Science Department, UCLA**
Distinguished Professor and
Director of Embedded and Reconfigurable Computing (ER) Laboratory
Courtesy appt: Electrical Engineering Department
Center of SMART Health, Co-director
BRITE center on Minority Health Disparities, Co-directors
UCLA Wireless Health Institute, Co-founder

2   **Department of Electrical and Computer Engineering, Northwestern University**
Assistant Professor (January of 1987-1991) Associate Professor (1991-1997)
Tenure (1993) Full Professor (1997-2000)

3   **Central Data Corporation**
Test Engineer (1982)

4   **IBM T.J. Watson Research Lab, Yorktown Heights**
Visiting Scientist for Physical Design (Summer 1988)

5   **Leonardo Fibonacci Institute for the Foundations of Computer Science, Trento, Italy**
Co-Invited Lecturer/Researcher lectured with (1991)

6   **IBM and a number of CAD companies**
Research collaboration and consulting (1990-2000)

7   **Motorola**

1

Exhibit 2
Page 34

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 36 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document #:11411-2   Filed 08/24/20   Page 3 of 65   Page ID
#:9901200

Research collaboration and consulting (1999-2000)

8   **Monterey Design Systems,** (acquired by Synopsys in 2004)
Consulting and one of three original architects (1997-2000)

9   **Motorola**
Sabbatical as architect and designer of a reconfigurable digital camera chip: defining
their high-level design methodology (academic year 1997-1998)

## ENTREPRUNERSHIP

1.   **Monterey Design**
Technical co-Founder & Consultant (1998-2001)

2.   **Hierarchical Design, Inc** (acquired by Xilinx in 2004)
Founder & Consultant (2001-2004)

3.   **MediSens Wireless, Co-founder in 2007**
Nova/Medisens wins the public prize for innovation at Health Valley Event, 2018.

4.   **Bruin Biometrics, Co-founder in 2009**
2018 Best Innovation in Medical Technology Award
"This winner was a genuine game changer," Judges say

5.   **WANDA, Founded in 2010**
WANDA was acquired in April 2019.
( Oncoverse: a joint venture of WANDA and Dignity Health was acquired in
2017)

### AWARDS/SOCIETIES

1    Member of Tau Beta Pi (National Engineering Honor Society) and Eta Kappa Nu
(Electrical Engineering Honor Society)
2    Recipient of a 1987 NSF Engineering Initiation Award
3    Recipient of a 1988 Design Automation Library Award
4    Northwestern McCormick School of Engineering and Applied Sciences (MEAS)
1989/90Faculty Teaching Honor Roll (given to best teachers)
5    Recipient of a 1991 Design Automation Library Award
6    Election to Senior Member Grade in IEEE (1992)
7    A number of Best Paper Awards and Distinguished paper awards  (see detailed list of
publication) e.g.,  in DAC-93 for "The Buffer Distribution Problem" (joint work with
J.D. Cho)
8    Recipient of a 1994 ACM-SIGDA Scholarship Award ($12,000)
9    Recipient of a 1995 ACM-SIGDA Scholarship Award ($12,000)
10   **Fellow of IEEE** (1996) The citation reads: "For Contribution to Theory and Practice of
VLSI Design"
11   Okawa Foundation Award.

2

Exhibit 2
Page 35

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 37 of 170   Page ID
#:11419
Case 8:20-cv-00048-JVS-JDE   Document 114-2   Filed 08/24/20   Page 4 of 65   Page ID
#:10127

**EDITORIAL**

- Editorial Board, Smart Health Journal, published by Elsevier 8/2016-present
- Founding Associate Editor (AE), IEEE Journal of Biomedical and Health Informatics (J-BHI), 2014-present
- Guest editor, special issue CFP for the JBHI, "Emerging Wireless Body Area Networks (WBANs) for Ubiquitous Healthcare", 2015-present
- Associate Editor, Transactions on Information Technology in BioMedicine, 2012 – present.
- Editor of the Journal of Microprocessors and Microsystems (MICPRO)  by Elsevier Science, 2012 – present.
- Associate Editor, IEEE Transactions on Information Technology in Biomedicine (TITB), 2009 - 2011
- Guest editor, Special issue on Wireless Health, ACM Transactions on Embedded Computing, 2008-2009
- Guest editor, Special issue on Wireless Health, IEEE Transactions on Information Technology in Biomedicine (TITB), 2008-2009
- Associate Editor, IEEE Transactions on Computer-Aided Design of ICAS (TCAD) July 1993-2003
- Associate Editor, ACM Transactions on Design Automation of Electronic Systems (TODAES) 2000-2005
- Editorial board, Journal of Embedded Computing (JEC) by Cambridge International Science Publishing, 2003-present
- Associate Editor, IEEE Transactions on Computers, 2003-2008
- Associate Editor, IEEE Transactions on VLSI, 2003-2005
- Editorial Board of JOLPE - Journal of Low Power Electronics 2005-present
- Editorial Committee of the Journal Engineering Letters at at: http://www.engineeringletters.com 2005-present
- Editor, International Journal of Computer Applications in Technology (by UNESCO) 2000-present
- Advisory board, The CSI Journal on Computer Science and Engineering (CSIJCSE) 1999-present
- Editorial board, VLSI Design, 1995-2000
- Co-editor-in-chief, The International Journal of High-Speed Electronics, 1995-1999
- Editorial board, International Journals of Computer-Aided VLSI Design, 1989-1991

**TECHNICAL COMMITTEES**

1  Program committee of the First IEEE Great Lakes Symposium on VLSI, March 1991
2  Program committee of the Second Great Lakes Computer Science Conference, November 1991
3  Program committee of the IEEE International Conference on Computer-Aided Design (ICCAD-92)
4  Program committee of the IEEE International Symposium on Circuits and Systems (ISCAS-93)
5  Program committee of the IEEE International Conference on Computer-aided Design (ICCAD-93)

3

Exhibit 2
Page 36

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 38 of 170   Page ID
#:11428
Case 8:20-cv-00048-JVS-JDE   Document 114-22   Filed 08/24/20   Page 5 of 65   Page ID
#:10128

6   Program committee of the European Design Automation Conference (EDAC-94)

7   Program committee chair (layout and routing) of the IEEE International Conference on Computer-Aided Design (ICCAD-94)

8   Program committee chair (layout and routing) of the IEEE International Conference on Computer-Aided Design (ICCAD-95)

9   Program committee co-chair (CAD) of the IEEE International Symposium on Circuits and Systems (ISCAS-96)

10   Best-Paper-Award committee of the IEEE Transactions on Computer-Aided Design, 1996

11   Program committee of the 1997 Great Lakes Symposium on VLSI (GLSVLSI-97), University of Illinois, Urbana

12   Program committee of the 1997 European Design and Test Conference (ED & TC-97), Paris, France, March 1997

13   Program committee (CAD) of the IEEE International Symposium on Circuits and Systems (ISCAS-97)

14   Program committee chair of the 1997 International Symposium on Physical Design (ISPD-97)

15   Panelist for the 1997 NSF CAREER Awards (subject: Design Automation)

16   Best-paper-Award committee of the IEEE Transactions on Computer-Aided Design, 1997

17   Program committee of the 1998 Great Lakes Symposium on VLSI (GLSVLSI-98), Lafayette, LA

18   Program committee (CAD) of the IEEE International Symposium on Circuits and Systems (ISCAS-98)

19   Conference chair of the 1998 International Symposium on Physical Design (ISPD)

20   Best-Paper-Award committee of the IEEE Transactions on Computer-Aided Design, 1998

21   Program committee of the 1999 Great Lakes Symposium on VLSI (GLSVLSI-99), Ann Arbor, MI

22   Program committee of the 1999 Southwest Symposium on Mixed-Signal Design, April 11-13, Tucson, AZ

23   Program committee (CAD) of the IEEE International Symposium on Circuits and Systems (ISCAS-99)

24   Program committee of the Workshop on Reconfigurable Computing (WoRC'99) held in conjunction with PACT'99, October 12-16, Newport Beach, CA

25   Program committee (place and route) of the IEEE International Conference on Computer-Aided Design (ICCAD-99) Nov 7-11, San Jose, CA

26   Best-Paper-Award committee of the IEEE Transactions on Computer-Aided Design, 1999

27   General co-chair of the 2000 Great Lakes Symposium on VLSI (GLSVLSI-2000) Chicago, IL

28   Program committee of the International Symposium on Physical Design, April 2000, San Diego, CA

29   Chair of the steering committee of the International Symposium on Physical Design (ISPD) April 2000, San Diego, CA

30   Program committee of the 2000 Southwest Symposium on Mixed-Signal Design, February 28-29, San Diego, CA

31   Steering, special session chair and program committee of the Workshop on System Level Interconnect Prediction (SLIP-2000) San Diego, CA

32   Steering committee of the International Symposium on Quality of Electronic Design

4

Exhibit 2
Page 37

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 39 of 170   Page ID
#:11472
Case 8:20-cv-00048-JVS-JDE   Document 114-21   Filed 08/24/20   Page 6 of 65   Page ID
#:10129

(ISQED-2000) March 21-22 2000, San Jose, CA

33  Program committee chair (routing subcommittee) of the IEEE International Conference on Computer-Aided Design (ICCAD-2000) Nov 5-9, San Jose, CA

34  Best-Paper-Award committee, IEEE Transactions on Computer-Aided Design, 2000

35  Steering committee of the International Symposium on Quality of Electronic Design (ISQED 2001) March 2000, San Jose, CA

36  Chair of the steering committee of the International Symposium on Physical Design (ISPD) April 2001

37  Program committee of the International Conference on VLSI Design, January 3-7, 2001, Bangalore, India

38  Program committee of the Advanced Research in VLSI, March 14-16, 2001, Utah

39  Program committee of the Design Automation Conference (DAC) June 2001, Las Vegas

40  Best-Paper-Award committee of the IEEE Transactions on Computer-Aided Design, 2001

41  Steering committee of the International Symposium on Quality of Electronic Design (ISQED) March 2001, San Jose, CA

42  Chair of the routing committee of the International Conference on Computer-Aided Design (ICCAD) November 2001, San Jose, CA

43  Steering committee of the International Symposium on Quality of Electronic Design (ISQED) March 2002, San Jose, CA

44  Program committee of the Design Automation Conference (DAC) June 2002, New Orleans, LA

45  Chair of the steering committee of the International Symposium on Physical Design (ISPD) April 2002, CA

46  Tutorial chair of the International Conference on Computer-Aided Design (ICCAD) November 2002, San Jose, CA

47  Executive committee of the International Conference on Computer-Aided Design (ICCAD 2002)

48  Program committee of the Asia-Pacific Design Automation Conference (ASP-DAC 2003) Japan

49  Program committee of Field Programmable Gate Arrays (FPGA 2003)

50  Executive committee and the program vice-chair of the International Conference on Computer- Aided Design (ICCAD 2003)

51  Steering committee of the International Symposium on Quality of Electronic Design (ISQED 2003) March 2003, San Jose, CA

52  Program committee of DesignCon 2003, Santa Clara, CA

53  Program committee of the Asia and South Pacific Design Automation Conference (ASP-DAC 2003)

54  Technical program committee for the CODES-ISSS'03 Merged Conference, October 1-3, Newport Beach, CA

55  Advisory board of the International Program Committee (IPC) for CST 2003 (http://www.iasted.org/conferences/2003/cancun/cst.htm)

56  Program committee of the Asia-Pacific Design Automation Conference (ASP-DAC 2004) January 27-30, Minato-Mirai Yokohama

57  Executive committee and program chair of the International Conference on Computer-Aided Design (ICCAD 2004)

58  Steering committee of the International Symposium on Quality of Electronic Design (ISQED 2003), March  2004, San Jose, CA

59  Technical program committee for the CODES-ISSS'04 Merged Conference September 8-10, Stockholm, Sweden

5

Exhibit 2
Page 38

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 40 of 170   Page ID
#:11139
Case 8:20-cv-00048-JVS-JDE   Document 142-2   Filed 08/24/20   Page 7 of 65   Page ID
#:10136

60  Program committee of the International Symposium on Field-Programmable Gate
    Arrays (FPGA 2005) Monterey, CA
61  Distinguished ISQED member (in the recognition of outstanding performance and
    lasting contributions to ISQED since the inception)
62  Program committee member on the Third Workshop on Application Specific Processors
    (WASP 2004) September 8-10, Stockholm, Sweden
63  Program committee member of the Design, Automation and Test Conference (DATE
    2005) Munich, Germany
64  General chair of the International Conference on Computer-Aided Design (ICCAD
    2005).
65  Program Committee member of UbiCare'06, the 1st workshop on Ubiquitous and Pervasive
    Health Care
66  Program Committee member of Wireless Communications in Medical Applications
    (WCMA '07) Omaha, NE
67  Program Committee member of the Seventh IASTED International Conferences on
    Wireless and Optical Communications (WOC 2007) May 31 – June 1, 2007, Montreal,
    Quebec, Canada
68  Program Committee member of Joint Workshop on High Confidence Medical Devices,
    Software, and Systems (HCMDSS) and Medical Device Plug-and-Play (MD PnP)
    Interoperability, June 25 – 27, 2007, Boston, MA.
69  Program Committee member of WSNHC 2007, the 1st workshop on Wireless Sensor
    Networks for Health Care. June 6, 2007, Braunschweig, Germany.
70  Program committee, 2nd International Conference on Pervasive Computing,
    Technologies for Healthcare 2008, Tampere, Finland, January 30th - February 1st, 2008
71  Program committee of Third International Conference on Body Area Networks March
    13-17, 2008, Tempe, Arizona, USA
72  Program committee of ICDC 2008, The Second International Conference on the Digital
    Society February 10-15, 2008 - Sainte Luce, Martinique
73  General Chair, 1st International Workshop on TeleHealth, January 2008, Tampere,
    Finland
74  Program Committee, workshop on Software and Systems for Medical Devices and
    Services (SMDS 2007) in Dec 2007
75  Program Committee of Petra'08: International Conference on PErvasive Technologies
    Related to Assistive Environments, July 15-19, 2008, Athens, Greece.
76  TPC Chair, BodyNets 2009, Los Angeles, CA
77  Technical Program Committee for the 2010 International Conference on Body Sensor
    Networks (BSN 2010)
78  Technical Program Committee: eTELEMED 2010, The Second International
    Conference on eHealth, Telemedicine, and Social Medicine in St. Maarten - Netherlands
    Antilles, February 10-15, 2010
79  Technical Program Committee:  PErvasive Technologies Related to Assistive
    Environments - PETRA 2010 Samos, Greece, June 23-25, 2010.
80  Technical Program Committee: eTELEMED 2011, The third International Conference
    on eHealth, Telemedicine, and Social Medicine
81  Technical Program Committee-Chair, MobiHealth 2011-First ACM MobiHoc
    Workshop on Pervasive Wireless Healthcare Paris, France May 16-20, 2011
82  Co-Chair of IADIS Multi Conference on Computer Science and Information Systems
    (MCCIS 2011) Rome, Italy July 20-26, 2011
83  Program Chair of 2011 ACM SIGHIT International Health Informatics Symposium (IHI
    2011) Miami, Florida on November 9-11, 2011

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 41 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 142-2   Filed 08/24/20   Page 8 of 65   Page ID
#:11421
#:10631

84   Program Committee of CIMTEC 2012 4th International conference "Smart Materials, Structures and Systems" Montecatini Terme, Italy on June 10-15 2012

85   Technical Program Committee: eTELEMED 2012, The International Conference on eHealth, Telemedicine, and Social Medicine

86   Technical Program Committee: The 9th International Conference on Wearable and Implantable Body Sensor Networks (BSN) London, UK, May 10-12 2012

87   Steering Committee: MobiHoc 2012, the Thirteenth International Symposium on Mobile Ad Hoc Networking and Computing at Hilton Head Island, South Carolina, June 11-14 2012

88   Program Committee: IADIS International Conference, e-Health 2012 at Lisbon, Portugal, July 17-19 2012

89   Steering Committee: MobileHealth 2012: Second ACM MobiHoc Workshop on Pervasive Wireless Healthcare, South Carolina, USA, June 11 2012

90   Program Committee: GLOBAL HEALTH 2012, The First International Conference on Global Health Challenges, Venice, Italy, October 21-26 2012

91   **Founding Member** of Wireless Health conference.

92   Steering committee and Technical program committee of Wireless Health 2010 – 2012.

93   Program committee: PETRA 2013 The 6th International Conference on PErvasive Technologies Related to Assistive Environments, island of Rhodes, Greece 05/29/13-05/31/13

94   Program committee: 10th Body Sense Network Conference (BSN), Cambridge, USA, May 6-9 2013.

95   Program committee: IADIS INTERNATIONAL CONFERENCE E-HEALTH 2013, Prague, Czech Republic, 24 - 26 July 2013

96   Steering Committee of MobileHealth workshop, Banglore, India July 2013.

97   Technical Program Committee: IEEE HealthCom 2013 15th International Conference on E-Health Networking, Application & Services Lisbon, Portugal, October 9-12 2013

98   Technical Program Committee: SENSORDEVICES, August 25 - 31, 2013 - Barcelona, Spain

99   Technical Program Committee: ICHI 2013 - IEEE International Conference on Healthcare Informatics 2013, 09 Sep - 11 Sep, Philadelphia, PA, USA.

100  Technical Program Committee of Wireless Health 2013, Baltimore, MD   November 1-3, 2013.

101  Program Committee: AMBIENT 2013, The Third International Conference on Ambient Computing, Applications, Services and Technologies, Porto, Portugal, September 29 – October 3 2013

102  Program Committee: GLOBAL HEALTH 2013, The Second International Conference on Global Health Challenges, Lisbon, Portugal, November 17-22 2013

103  Program Committee: Brain/Health Informatics 2013 (BHI'13), October 29-31 2013, Maebashi, Japan

104  Technical Program Committee: The 2014 International Conference on Wearable and Implantable Body Sensor Networks (BSN 2014), Zurich, Switzerland, June 16-20 2014

105  Program Committee: International Conference on Healthcare Informatics 2014 (ICHI), Verona, Italy, September 15-17, 2014

106  Program Committee: International Advisory Board of Symposium "Progress in Wearable/Wireless and Implantable Body Sensor Networks for Healthcare Applications" CIMTEC 2016,  Perugia, Italy June 5-10, 2016

107  Steering Committee: IEEE CHASE 2016 (2016 the IEEE 1st International Conference on Connected Health: Applications, Systems and Engineering Technologies), Washington D.C, June 27-29 2016

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 42 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 114-2   Filed 08/24/20   Page 9 of 65   Page ID
#:11424

108    Technical Program Committee: IEEE CHASE 2016 (2016 the IEEE 1st International
       Conference on Connected Health: Applications, Systems and Engineering
       Technologies), Washington D.C, June 27-29 2016
109    Program Committee Member: The First Workshop on Data Mining for Internet of
       Things (DMIoT 2016), Barcelona, Spain, December 12 2016

## University Committees (UCLA) Since 2010

- Committee on Undergraduate Admissions and Relations with Schools (2017 – 2020)
- Recruiting Committee Chair, Computer Science, 2015-16.
- Field Chair for Architecture for 2010-2013, and served in the
- By-Law 55 committee 2010-2012, 2014.
- UCLA Mobile Steering Committee (2015)
- UCLA RISP Board (Research Informatics Strategic Plan), 2014

## STUDENTS

### A. Undergraduate Students

Many students have worked in my research group since 1987. They have been involved
in design, analysis and implementation of algorithms for Embedded Systems and
Wireless Health. They have been supported e.g., by REU grants from NSF (i.e., Research
Experience for Undergraduates by the National Science Foundation), Motorola and other
companies.

### B. Master Students

At Northwestern University and UCLA there have been more than 100 students who
have received their M.S. degree under my supervision. They are either working toward
their Ph.D. degree or are working in industry.

### C1. Ph.D. Students in Academia

| Ph.D. Alumni in Academia | | |
|---|---|---|
| 1. Jun Dong Cho | PhD 1993 | Chair, Dept. of Human ICT Convergence Professor, Dept. Electronic Engineering SungKyunKwan University, Korea |
| 2. Weiliang Lin | PhD 1995 | Professor (EE), National Chung Hsing University, Taiwan |
| 3. De-Sheng Chen | PhD 1995 | Professor (IECS), Feng Chia University, Taiwan |
| 4. Kia Bazargan | PhD 2000 | Associate Professor (ECE), University of Minnesota, USA |

8

Exhibit 2
Page 41

| 5. Ankur Srivastava | PhD 2002 | Associate Professor (ECE), University of Maryland, USA, Full Professor 5-2014 |
| 6. Ryan Kastner | PhD 2002 | Associate professor (CS), University of California, San Diego, USA |
| 7. Seda O Memik | PhD 2003 | Associate Professor (ECE), Northwestern University, USA |
| 8. Elaheh Bozorgzadeh | PhD 2003 | Associate Professor (CS), University of California, Irvine, USA |
| 9. Soheil Ghiassi | PhD 2004 | Associate professor (ECE), University of California, Davis, USA |
| 10. Roozbeh Jafari | PhD 2006 | Associate  Professor BME, CSE and ECE at Texas A&M, USA |
| 11. Philip Brisk | PhD 2006 | Associate Professor (CS) University of California, Riverside, USA |
| 12. Ani Nahapetian | PhD 2007 | Associate Professor, California State University, Northridge |
| 13. Tammara Massey | PhD 2009 | Johns Hopkins University / Applied Physics Laboratory |
| 14. Jamie MacBeth | PhD 2010 | Assistant Professor (CS), Fairfield University |
| 15. Diane Myung-kyung Suh | PhD 2012 | Assistant Professor, University of San Francisco, Dept of Analytics |
| 16. Navid Amini | PhD 2012 | Research Assistant Professor, UCLA ophthalmology |
| 17. Wenyao Xu | P  D 2013 | Assistant Professor (Computer Science & Engineering) University of New York at Buffalo |
| 18. Bobak Mortazavi | PhD 2014 | Assistant Professor- Texas A&M  CS |
| 19.  Sunghoon Lee | PhD 2014 | Assistant Professor- UMass Amherst  CS |
| 20. Ming-Chun (John) Huang | PhD 2014 | Assistant Professor- Case Western Reserve University, CS and EE |
| 21. Nabil Alshurafa | PhD 2015 | Assistant Professor – Northwestern University, Dept of Preventive Medicine and Computer Science |

**C2. Ph.D. Students in Industry**

9

Exhibit 2
Page 42

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 44 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 142-26   Filed 08/24/20   Page 11 of 65   Page ID
#:10134

| Ph.D. Alumni in Industry | | |
|---|---|---|
| 1. R. D. Lou | PhD 1990 | |
| 2. Charles Chiang | PhD 1991 | Synopsys |
| 3. Jaosn K. F. Liao | PhD 1991 | Mentor |
| 4. Gary K. H. Yeap | PhD 1993 | Synopsys |
| 5. Salil Raje | PhD 1996 | Xilinx |
| 6. Gustavo Tellez | PhD 1996 | IBM |
| 7. Amir Farrahi | PhD 1996 | Sun |
| 8. James Crenshaw | PhD 1998 | Motorola |
| 9. Maogang Wang | PhD 2000 | Blaze-DFM |
| 10. Xiaojian Yang | PhD 2002 | Xilinx |
| 11. B. K. Choi | PhD 2004 | Magma |
| 12. Taraneh Taghavi | PhD 2007 | Amazon |
| 13. Foad Dabiri | PhD 2009 | Google |
| 14. Hyduke Noshadi | PhD 2012 | Google |
| 15. Mahsan Rofouei | PhD 2012 | Google |
| 16. Jonathan Woodbridge | PhD 2012 | Sandia National Laboratories |

| 17. Diane Myung-kyung Suh | PhD 2012 | Sandia National Laboratories |
| 18. Alireza Vahdatpour | PhD 2010 | Microsoft |
| 19. Mars Lan | PhD 2013 | Google |
| 20. Maryam Moazeni | PhD 2013 | Microsoft |
| 21. Jason Liu | PhD 2014 | Northrop Grumman- Software Engineer |
| 22. Konstantinos Sideris | PhD 2016 | Facebook |
| 23. Lauren Samy | PhD 2016 | TBD |
| 24. Haik Kalantarian | PhD 2016 | Brain of Things |
| 25. Ebrahim Nemati | PhD 2017 | Samsung Research |
| 26. Anahita Hosseini | PhD 2019 | TBD |

**D. Current Ph. D. Students**
1. Babak Moatamed
2. Migyeong Gwak
3. Sajad Darabi
4. Mohammad Kachuee
5. Shayan Fazeli
6. Orpaz Goldstein
7. Kimmo Kärkkäinen
8. Tyler Davis
9. Ghazaal Ershadi
10. Aelia
11. Rosa

**E. POSTDOCS/Asst Reseacher (A few examples)**

| NAME | YEAR | CURRENT POSITION |
|---|---|---|
| Kevin Bouchard | 11/15-7/16 | Tenture position, Université du Québec à Chicoutimi-Département d'informatique et de mathématiques |

11

Exhibit 2
Page 44

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 46 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-28   Filed 08/24/20   Page 13 of 65   Page ID
#:10136

| Christine King (Asst Project Scientist V) | 10/15 | |
| Young Soo Suh (Asst Visiting Researcher) | 2/15-1/31/16 | |
| Ramin Ramezani (Asst Researcher III) | 11/14-11/22/15 | Technical Managing Director of CTSI |
| Mohammad Pourhomayoun | 9/13-10/1/16 | Assistant Professor, Cal State LA |
| Eun Jeong Park (Visiting Scholar) | 1/2013-3/2015 | Chair of Health IT at Yonsei University |
| Hassan Ghasemzadeh (Asst Researcher) | 9/2011-12/2013 | Assistant Professor, Washington State University |
| Atshushi Takahashi | | Professor, Tokyo Inst of Technology |
| Chunhong Chen | | Professor, Univ of Windsor |
| Ben Carrion Schafer | 2008-2009 | Professor, UT Dallas |

**F. Awards Received by my PhD Students**

| NAME | YEAR | AWARD |
| --- | --- | --- |
| **Haik Kalantarian** | 2016 | Edward K. Rice Outstanding Doctoral Students (given to one UCLA engineering student each year |
| **Anahita Hosseini** | 2016 | Best Poster Award at the 2016 Body Sensor Networks Conference, SF, CA. "HIPAA Compliant Wireless Sensing Smartwatch Application for the Self-Management of Pediatric Asthma" |
| **Haik Kalantarian** | 2016 | Northrop-Grumman Outstanding Student Research Award |
| **Nabil Alshurafa** | 2015 | Symantec Outstanding Graduate Student Award in Computer Science |
| **Nabil Alshurafa** | 2015 | Outstanding Doctor of Philosophy in Computer Science |
| **Sunghoon Lee** | 2014 | Northrup-Grumman Outstanding Research Student Award |
| **Jason Liu** | 2013 | Best Paper Runner up "On-bed Monitoring for Range of Motion Exercises with a Pressure Sensitive Bedsheet" |
| **Navid Amini** | 2013 | 2012-2013 Google Outstanding Graduate Student Award |
| **Mahsan Rofouei** | 2012 | Edward K. Rice Outstanding Doctoral *Students* (given to one UCLA engineering student each year) |
| **Mahsan Rofouei** | 2012 | UCLA Computer Science Outstanding Graduate Student Research Award (Sponsored by Google) |
| **Mahsan Rofouei** | 2012 | Runner up Best Paper Award at The 9th International Conference on Wearable and Implantable Body Sensor Networks (BSN) |
| **Bobak Mortazavi** | 2012 | Best Demo Award, 9th international conference on wearable and implantable body sensor networks. |
| **Navid Amini** | 2011 | Symantec Outstanding Graduate Student Research Award |

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 47 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 142-29   Filed 08/24/20   Page 14 of 65   Page ID
#:10137

| Navid Amini | 2011 | Outstanding Project Award – Bruin innovation & Technology Magazine (BIT) |
| Ming-Chun Huang | 2011 | Best Demo Award – Wireless Health Conference in San Diego, Oct. 2011 |
| Wenyao Xu | 2011 | Best Contributor Award in Bruin Innovation & Technology |
| Jonathan woodbridge | 2009-2012 | NLM's University-based Biomedical Informatics Research  Training Fellowship |
| Myung-kyung Suh | 2009-2012 | NIH/National Library of Medicine Medical Informatics Training Program Fellowship |
| Hyduke Noshadi | 2010 | Outstanding graduate student research award |
| Foad Dabiri | 2008 | Edward K. Rice Outstanding Doctoral Student Award (given to one PhD student at UCLA) |
| Hyduke Noshadi | 2008 | Best Paper Award Ubiquitous Personal Assistive System for Neuropathy, (HealthNet) |
| Hyduke Noshadi | 2007 | Outstanding masters student award |
| Ani Nahapetian | 2004 | Edward K. Rice Outstanding Masters Student Award (given to one MS student at UCLA) |

**TEACHING**

My teaching philosophy and method can be classified as an "Intuitive and rigorous lecturing along with active method of learning". I believe lecture should be intuitive to make it accessible to students and encourage them to learn more. I also believe lectures should be related to real world and everyday issues. My teaching methods enhance intuitive and rigorous lecturing with active learning. Meyers and Jones (1993) define active learning as learning environments that allow students to talk and listen, read, write, and reflect as they approach course content through problem-solving exercises, informal small groups, simulations, case studies, and other activities -- all of which require students to apply what they are learning. Many studies show that learning is enhanced when students become actively involved in the learning process. Instructional strategies that engage students in the learning process stimulate critical thinking and a greater awareness of other perspectives. Although there are times when lecturing is the most appropriate method for disseminating information, I believe that the use of a variety of instructional strategies can positively enhance student learning.

I take teaching very seriously. I devoted a major portion of my time working with my undergraduate and graduate students, as evident from the large number of publications produced with my students. In 2006 I completely redesigned CS 152 A/B: two major design courses in the departments.  I have updated these courses every year ever since. I have also included undergrad students in my research group. I teach two core undergraduate courses; Algorithms and Complexity (CS 180) and a series of graduate courses in the area of embedded systems and Wireless Health. My teaching evaluation

13

Exhibit 2
Page 46

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 48 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-2   Filed 08/24/20   Page 15 of 65   Page ID
#:10138

average since I have joined UCLA is 8.2 compared with departmental average of 7.56
(At Northwestern, my teaching evaluations have averaged (around) **3.7** (on scale of 1 to
4).

CS 152A lab involves of implementing digital logic designs and applying concepts
students learned in CS 51A. The specific objectives of the course is to instruct students
learning how to use discrete components, breadboards, oscilloscopes, voltmeters, data
sheets, and instruction manuals under digital laboratory environment. Students are expect
to be able to collaboratively design digital systems with their partners and implement
their designs with a schematic editor, VHDL, and FPGA.

CS152B covers advanced digital design techniques using Xilinx FPGA platforms.
Students develop structural and behavior RTL code, perform simulations, and synthesize
their designs onto FPGAs for evaluation. Four progressively challenging laboratory
assignments cover fundamental hardware concepts such as finite state machines, register
files, ALUs, and video standards. The course also emphasizes collaborative group work,
testbench development, and technical documentation. The course was significantly
revised again in 2013. The previous Xilinx XUPV2P boards were upgraded to Virtex5-
based development platforms, which support many more peripherals. This allows new
labs/projects to emphasize a greater range of embedded systems applications, rather than
focusing on a camera-based project.

**Sample CS152 B Final Projects:**

    1. An autonomous robot capable of navigating on a path set by a colored line using image
processing.

    2. An FPGA-based atari emulator with DVI output, an analog joystick, and buttons.

    3. An iRobot-based robot that is capable of reacting to external sound, and moves towards the
source.

    4. Accelerometer-based implementation of a Wii remote using a VmodCAM camera.

I also teach courses in Design and Analysis of Algorithm and graduate courses in
Wireless Health.

We were selected as a Wireless Health Research and Education (REU site) by NSF (with
funding of $380,000). A number of undergraduates from across the country have been
trained through our program at UCLA.

# PATENTS

1.    Methods for design optimization using logical and physical information (09,097,299)
    Filed June 1998, Granted March 2001.
2.    System and method for concurrent placement of gates and associated wiring (6,385,760)
    Filed June 1998, Granted May 2002.
3.    Placement method for integrated circuit design using topo-clustering (6,442,743) Filed
    June 12, 1998, Granted August 27, 2002.
4.    Method and system for progressive clock tree or mesh construction concurrently with

14

Exhibit 2
Page 47

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 49 of 170   Page ID
#:14431
Case 8:20-cv-00048-JVS-JDE   Document 14-21   Filed 08/24/20   Page 16 of 65   Page ID
#:1539

physical design (6,651,232) Filed November 1, 1998, Granted November 18, 2003.

5. Placement method for integrated circuit design using topo-clustering (6,851,099) Filed 2/23/2000, Granted 2/1/05.

6. Foot pressure alert and sensing system (US 7726206 B2), Priority date Nov 2006; Granted June 1, 2010.

7. SEM scanner sensing apparatus, system and methodology for early detection of ulcers, Australian patent No AU2011253253, Bates-Jensen, B., Boystak, J., Flesch, M., Kaiser, W., Lam, Y., Mehrnia, A., Sarrafzadeh, M., Wang, F. Filed and accepted 6/5/11.

8. Method  and Apparatus for Quantitative Assessment of Neuromotor Disorders (8,845,554) filed 8/26/09, Granted 9/30/14.

9. SEM Scanner Sensing Apparatus, System and Methodology for Early Detection of Ulcers, Application No 20140288397, Sarrafzadeh, M., Kaiser, W., Mehrnia, A., Bates-Jensen, B., Wang, F., Flesch, M., Boystak, J., Lam, Y. Sept 25, 2014.

10. Method of Assessing Human Fall Risk Using Mobile Systems (13/378,937) filed 12/16/11, Granted September 2014.

11. Distributed External and Internal Wireless Sensor Systems for Characterization of Surface and Subsurface Biomedical Structure and Condition, Granted Japanese Patent No. 5774590.

12. Apparatus and method for implementing a mobility aid device (8,974,232) filed 3/3/09, granted March 10, 2015.

13. Fabric-Based Pressure Sensor Arrays and Methods for Data Analysis, US Patent Application No. 13/475,654, Sarrafzadeh, M., Xu, W., Huang, M., Raut, N., Yadegar, B., October 26, 2015.

14. SEM Scanner Sensing Apparatus, System and Methodology for Early Detection of Ulcers, Patent No. 9,220,455 Filed 6/6/14, issued 12/29/15

15. Apparatus, Systems, and Methods for Tissue Oximetry and Perfusion Imaging, Application No: 2012207287, Patent Application in Australia, Accepted 30 November 2015

16. On-Bed Monitoring System for Range of Motion Exercises With A Pressure Sensitive bed Sheet, US Patent Application No.:  14/101,765, Sarrafzadeh, M., Xu, W., Huang, M., Liu, J., publication date June 12, 2014.

17. Context-Aware Prediction In Medical Systems, UCLA 2012-765-2-LA**,** U.S. Patent Application Serial No. 14/276,660, Ghasemzadeh, H., Suh, M.K., Lan, M., Sarrafzadeh, M., Alshurafa, N.,  issued on September 5, 2017 as Patent No. 9,754,08

18. Efficient Searching of Stationary Dataset, U.S. Patent No. 9,659,044, Sarrafzadeh, M., Woodbridge, J., issued May, 23, 2017.

19. APPARATUS, SYSTEM, AND METHOD FOR DETECTING ACTIVITIES AND ANOMALIES IN TIME SERIES DATA, August 2017,  Inventors:  Majid Sarrafzadeh et al.

20. DEVICES, SYSTEMS, AND METHODS FOR MONITORING, CLASSIFYING, AND ENCOURAGING ACTIVITY U.S. Patent Application No. 14/387225Filed:  September 22, 2014, Granted November 2017,  Inventors:  Majid Sarrafzadeh et al.

21. ENERGY AWARE SENSOR MANAGEMENT FOR WEARABLE MEDICAL SYSTEMS OPTIMIZATION, Inventors: Majid Sarrafzadeh, Miodrag Potkonjak, Foad Dabiri, Hyduke Noshadi, Saro Meguerdichian

22. Re:  U.S. Patent Application No. 14/273,413; filed May 8, 2014
Title: *NEAR-REALISTIC SPORTS MOTION ANALYSIS AND ACTIVITY MONITORING*
Inventors: Majid Sarrafzadeh et al.
UCLA Ref. UCLA 2012-106-2

23. U.S. Patent Application No. 14/002,665; filed August 30, 2013 US National Stage of

15

Exhibit 2
Page 48

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 50 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 142-2   Filed 08/24/20   Page 17 of 65   Page ID
#:10140

PCT App. No. PCT/US2012/027608 filed March 2, 2012
For: APPARATUS, SYSTEM, AND METHOD FOR AUTOMATIC
IDENTIFICATION OF SENSOR PLACEMENT
Inventors: Majid Sarrafzadeh et al.   Your Ref. UCLA 2010-450-2

24.   U.S. Patent Application No. 14/424,946

National Phase of PCT/US2013/057137

Title:  METHODS AND SYSTEMS FOR CALCULATING AND USING
STATISTICAL MODELS TO PREDICT MEDICAL EVENTS
Applicant:  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
UCLA Ref.: 2012-822-2

25. U.S. Patent Application No. 14/424,941

National Phase of PCT/US2013/056901

 Title:  TASK OPTIMIZATION IN REMOTE HEALTH MONITORING
SYSTEMS

 Applicant:  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA  UCLA
Ref.:  2012-808-2

The application issued on **September 3, 2019**, as U.S. Patent No. 10,402,540.

26. U.S. Patent Application No. 14/949,634

Based on U.S. Provisional Appln. No. 62/082,923

Title: *FAST BEHAVIOR AND ABNORMALITY DETECTION*

Applicant:  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

Dabiri, Noshadi, Sarrafzadeh

# PUBLICATIONS

16

Exhibit 2
Page 49

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 51 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-3   Filed 08/24/20   Page 18 of 65   Page ID
#:14233
#:10141

## I.   Books

1.   Sarrafzadeh, M., and Lee, D.T., "Algorithmic Aspects of VLSI Layout", Lecture Notes Series on Computing, World Scientific Publishing Company, Singapore, (1993)

2.   Sarrafzadeh, M., and Wong, C.K., "An Introduction to VLSI Physical Design", McGraw Hill Publishing, pp. 1-334 (1996)

3.   M. Sarrafzadeh, M. Wang, X. Yang, Modern Placement Techniques, Kluwer, 2002

4.   Kastner, R., Kaplan, A., Sarrafzadeh, M., "Synthesis Technique and Optimizations for Reconfigurable Systems", Springer, pp. 1-256 (2003)

## II.   Book Chapters

1.   Yang, X., E. Bozorgzadeh, M. Sarrafzadeh and M. Wang, ""Modern Standard-Cell Placement Techniques"", In: In Layout Optimization in VLSI Design, Kluwer Academic Publishers, (January 2002)

2.   Bozorgzadeh, E., R., Kastner, S.O. Memik, M. Sarrafzadeh,, "Strategically Programmable Systems", In: The Computer Engineering Handbook, CRC Press, (December 2001)

3.   Srivastava, A., Sobaje, J., Potkonjak, M., Sarrafzadeh, M., "Optimal Node Scheduling for Effective Energy Usage in Sensor Networks", In: System-Level Power Optimization for Wireless Multimedia Communication, Kluwer Academic Publishers, (2002)

4.   Bozorgzadeh, E., A. Kaplan, R. Kastner, S. Ogrenci Memik and M. Sarrafzadeh, "Optimization for Reconfigurable Systems Using Hierarchical Abstraction", In: Multi-level Optimization and VLSI CAD, Eds. J. Cong and J. R. Shinnerl (Eds.), Kluwer Academic Publishers, Boston, (2002)

5.   Dabiri, F., Jafari, R., Massey, T., Nahapetian, A., Sarrafzadeh, M., "Lightweight Embedded Systems", In: Computer Engineering Handbook, Oklobdzija, V. (Ed.), Taylor and Francis/CRS Press, 16:16 – 20

6.   Brisk, P., Sarrafzadeh, M., "Resource Sharing During Datapath Generation and Custom Instruction Set Synthesis", In: in Customizable Embedded Processors: Design Technologies and Applications, Elsevier, (Eds.) P. Ienne and R. Leupers, to appear (Eds.), (2006)

7.   Massey, T., Dabiri, F., Jafari, R., Noshadi, Brisk, P., Sarrafzadeh, M., "Handbook of Research on Distributed Medical Informatics and E-Health", Lazakidou, A., Siassiakos, K., (Eds.), 228-240 (2009)

## III.   Journal Papers

17

Exhibit 2
Page 50

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 52 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 142-34   Filed 08/24/20   Page 19 of 65   Page ID
#:10342

8.   M. Sarrafzadeh and F. P. Preparata, "Compact Channel Routing of Multiterminal Nets," Annals of Discrete Mathematics: Journal of Mathematics Studies, Vol. 25, April 1985, pp. 255-279.

9.   K. Mehlhorn, F. P. Preparata and M. Sarrafzadeh "Channel Routing in Knock-Knee Mode: Simplified Algorithms and Proofs," Algorithmica, Vol. 1, No.2, October 1986, pp. 213-221.

10.  S. W. Hornick and M. Sarrafzadeh, "On Problem Transformability in VLSI," Algorithmica, Vol. 2, No. 1, April 1987, pp. 97-111.

11.  M. Sarrafzadeh, "Channel Routing in the Knock-Knee Mode is NP-Complete," IEEE Transactions on Computer-Aided Design, Vol. CAD-6, No. 4, July 1987, pp. 503-506.

12.  G. Bilardi and M. Sarrafzadeh, "Optimal VLSI Circuit for Discrete Fourier Transform," Advances in Computing Research, Vol. 4, (F. P. Preparata ed.), JAI Press Inc., 1987, pp. 87-101.

13.  M. Sarrafzadeh, "Channel Routing with Provably Short Wires," IEEE Transactions on Circuits and Systems (Letters), Vol. CAS-34, No. 9, September 1987, pp. 1133-1135.

14.  F.P. Preparata and M. Sarrafzadeh, "A Bottom-up Layout Technique Based on Two Rectangle Routing," INTEGRATION: The VLSI Journal, Vol. 5, 1987, pp. 231-246.

15.  M. Sarrafzadeh and D. T. Lee, "A New Approach to Topological Via Minimization," IEEE Transactions on Computer-Aided Design, Vol. 8, No. 8, August 1989, pp. 890-900.

16.  M. Brady and M. Sarrafzadeh "Stretching a Knock-knee Layout for Multilayer Wiring," IEEE Transactions on Computers, Vol. 39, No. 1, January 1990, pp. 148

17.  C.C. Su and M. Sarrafzadeh, "Optimal Gate-matrix Layout of CMOS Functional Cells," INTEGRATION: The VLSI Journal, January 1990, pp. 3-23.

18.  J. M. Ho, M. Sarrafzadeh, G. Vijayan and C. K. Wong, "Pad Minimization for Planar Routing of Multiple Power Nets," IEEE Transactions on Computer-Aided Design, Vol. 9, No. 4, April 1990, pp. 419-426.

19.  K.F. Liao, D.T. Lee, and M. Sarrafzadeh, "Planar Subset of Multiterminal Nets," INTEGRATION: The VLSI Journal, No. 1, Vol. 10, Sep. 1990, pp. 19-37.

20.  M. Sarrafzadeh, "Area Minimization in a Three-sided Switchbox by Sliding the Modules," IEEE Transactions on Computers, Vol. 39, No. 11, November 1990, pp. 1395-1398.

21.  M. Sarrafzadeh and D. Zhou, "Global Routing of Short Nets in Two-Dimensional Arrays," The International Journal of Computer Aided VLSI Design, (Special issue: Placement and Routing), Vol. 2, No. 2, 1990, pp. 197-211.

22.  D. T. Lee, M. Sarrafzadeh and Y. F. Wu, "Minimum Cuts for Circular Arc Graphs,"

18

Exhibit 2
Page 51

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 53 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document #:14235   Filed 08/24/20   Page 20 of 65   Page ID
#:10193

SIAM Journal on Computing, Vol. 19, No. 6, December 1990, pp. 1041-1050.

23.  J. M. Ho, M. Sarrafzadeh, G. Vijayan and C. K. Wong, "Layer Assignment for MultiChip Modules," IEEE Transactions on Computer-Aided Design, Vol. 9, No. 12, December 1990, pp. 1272-1277.

24.  C. Chiang, M. Sarrafzadeh and C. K. Wong, "Global Routing Based on Steiner Min-Max Trees," IEEE Transactions on Computer-Aided Design, Vol. 9, No. 12, December 1990, pp. 1318-1325.

25.  M. Sarrafzadeh, A. Katsaggelos and S. P. Kumar, "Parallel Architectures for Iterative Image Restoration," A chapter in parallel algorithms and architectures for digital signal processing (M. Bayoumi, editor) Kluwer Academic Publishers, 1991, pp. 1-31.

26.  M. Sarrafzadeh, "Tree Placement in Cascode-Switch Macros," INTEGRATION: The VLSI Journal, Vol. 11, March 1991, pp. 127-139.

27.  C. Chiang and M. Sarrafzadeh, "Wirability of Knock-knee Layouts with 45-degree Wires," IEEE Transactions on Circuits & Systems, Vol. 38, No. 6, June 1991, pp. 613-624.

28.  M. Sarrafzadeh and D. T. Lee, "Topological Via Minimization Revisited," IEEE Transactions on Computers, Vol. 40, No. 11, November 1991, pp. 1307-1312.

29.  K. F. Liao and M. Sarrafzadeh, "Boundary Single-Layer Routing with Movable Terminals," IEEE Transactions on Computer-Aided Design, Vol. 10, No. 11, November 1991, pp. 1382-1391.

30.  C. Chiang, M. Sarrafzadeh and C. K. Wong, "An Optimal Algorithm for Rectilinear Steiner Trees for Channels with Obstacles," International Journal of Circuit Theory and Application, (John Wiley & Sons) Special issue: Fundamental methods in computer-aided circuit design, Vol. 19, No. 6, December 1991, pp. 551-563.

31.  M. Sarrafzadeh and C. K. Wong, "Bottleneck Steiner Trees in the Plane," IEEE Transactions on Computers, Vol. 41, No. 3, March 1992, pp. 370-374.

32.  R. D. Lou, M. Sarrafzadeh and D. T. Lee, "An Optimal Algorithm for the Maximum Two-chain Problem," SIAM Journal on Discrete Mathematics, Vol. 5, No. 2, May 1992, pp. 284-304.

33.  N. Sherwani, Bo Wo and M. Sarrafzadeh, "Algorithms for Minimum-Bend Single Row Routing Problem," IEEE Transactions on Circuits & Systems, (I: Fundamental Theory and Applications), Vol. 39, No. 5, May 1992, pp. 412-415.

34.  J. Cong, A. Kahng, G. Robins, M. Sarrafzadeh and C. K. Wong, "Provably Good Performance Driven Global Routing," IEEE Transactions on Computer-Aided Design, Vol. 11, No. 6, June 1992, pp. 739-752.

35.  M. Sarrafzadeh and R. D. Lou, "Maximum k-Coverings of Weighted Transitive Graphs with Applications," Algorithmica, Vol. 9, No. 1, pp. 84-100.

19

Exhibit 2
Page 52

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 54 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document #:14135   Filed 08/24/20   Page 21 of 65   Page ID
#:10144

36. A. Katsaggelos, S.P. Kumar and M. Sarrafzadeh, "VLSI Architectures for Iterative Image Restoration Algorithms," Journal of Circuits, Systems and Computers, Vol. 2, No. 3, September 1992, pp. 265-280.

37. R. D. Lou and M. Sarrafzadeh, 'Circular Permutation Graph Family with Application," Discrete Applied Mathematics, (special issue on: Discrete Algorithms and Complexity) Vol. 40, 1992, pp. 433-457.

38. R. D. Lou, K. F. Liao and M. Sarrafzadeh, "Planar Routing Around One Rectangle," Journal of Circuits, Systems and Computers, (World Scientific Publishing), Vol. 2, No. 1, 1992, pp. 27-38.

39. Y. M. Huang and M. Sarrafzadeh, "A Parallel Algorithm for Minimum Dual Cover with Application to CMOS Layouts," Journal of Circuits, Systems and Computers, (World Scientific Publishing) Vol. 1, No. 2, pp. 177-204.

40. M. Sarrafzadeh and C. K. Wong, "Hierarchical Steiner Tree Construction in Uniform Orientation," IEEE Transactions on Computer-Aided Design, Vol. 11, No. 8, September 1992, pp. 1095-1103.

41. R. D. Lou, M. Sarrafzadeh, C. S. Rim, S. Masuda and K. Nakajima, "General Circular Permutation Layout," Mathematical Systems Theory, Vol. 25, 1992, pp. 269-292.

42. Y. Sun and M. Sarrafzadeh, "Floorplanning by Graph Dualization: L-shaped Modules," Algorithmica, Vol. 10, No. 6, 1993, pp. 429-456.

43. J. M. Ho, A. Suzuki and M. Sarrafzadeh, "An Exact Algorithm for Single-Layer Wire Length Minimization," IEEE Transactions on Computer-Aided Design, Vol. 12, No. 1, January 1993, pp. 175-180.

44. C. Chiang, M. Sarrafzadeh and C. K. Wong, "An Algorithm for Exact Rectilinear Steiner Trees for Switchboxex with Obstacles," IEEE Transactions on Circuits & Systems, (I: Fundamental Theory and Applications), Vol. 39, No. 6, pp. 446-455.

45. K. H. Yeap and M. Sarrafzadeh, "Floorplanning by Graph Dualization: Two-concave Rectilinear Modules," SIAM Journal on Computing, Vol. 22, No. 3, June 1993, pp. 500-526.

46. Nancy Holmes, Naveed Sherwani and M. Sarrafzadeh, "Utilization of Vacant Terminals for Improved Over the Cell Routing," IEEE Transactions on Computer-Aided Design, Vol. 12, No. 6, June 1993, pp. 780-792.

47. D. T. Lee and M. Sarrafzadeh, "Maximum Independent Set of a Permutation Graph in K Tracks," International Journal of Computational Geometry and Application, Vol. 3, No. 3, September 1993, pp. 291-304.

48. K. H. Yeap and M. Sarrafzadeh, "Net-Regular Placement for High Performance Circuits," International Journal of High Speed Electronics, Vol. 4, No. 3, October 1993.

20

Exhibit 2
Page 53

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 55 of 170   Page ID
#:14437
Case 8:20-cv-00048-JVS-JDE   Document 142-3   Filed 08/24/20   Page 22 of 65   Page ID
#:10145

49.   R. D. Lou and M. Sarrafzadeh, "An Optimal Algorithm for the Maximum Three-Chain Problem," SIAM Journal on Computing, Vol. 22, No. 5, October 1993, pp. 976-993.

50.   K. H. Yeap and M. Sarrafzadeh, "A Unified Approach to Floorplan Sizing and Enumeration," IEEE Transactions on Computer-Aided Design, Vol. 12, No. 12, December 1993, pp. 1858-1867.

51.   J. D. Cho, M. Sarrafzadeh, M. Sriram and S. M. Kang, "High-Performance MCM Routing," IEEE Design and TEST, December 1993, pp. 27-37.

52.   M. Sarrafzadeh and D. T. Lee, "Restricted Track Assignment with Application," International Journal of Computational Geometry and Application, Vol. 4, No. 1, 1994, pp. 53-68.

53.   K. F. Liao, M. Sarrafzadeh and C. K. Wong, "Single-layer Global Routing," IEEE Transactions on Computer-Aided Design, Vol. 13, No. 1, pp. 38-47.

54.   J. D. Cho and M. Sarrafzadeh, "The Pin Redistribution Problem in Multi-Chip Modules," Mathematical Programming, Series B, Vol. 63, February 1994, pp. 297-330.

55.   C. Alpert, G. Robins, J. Cong, A. Kahng and M. Sarrafzadeh, "On the Minimum Density Interconnection Tree Problem," VLSI Journal, Vol. 2, No. 2, February 1994, pp. 157-169.

56.   J. D. Cho, S. Raje, K. F. Liao and M. Sarrafzadeh, "M 2R A New Multilayer Routing System for High-performance MCMs," IEEE Transactions on Circuits and Systems, Vol. 41, No. 4, April 1994, pp. 253-255.

57.   M. Sarrafzadeh, F. Wagner, D. Wagner and K. Weihe, "Wiring Knockknee Layouts: A Global Approach," IEEE Transactions on Computers, Vol. 43, No. 5, May 1994, pp. 581-589.

58.   A. Farrahi and M. Sarrafzadeh, "Complexity of the Lookup-Table Minimization Problem for FPGA Technology Mapping," IEEE Transactions on Computer-Aided Design, Vol. 13, No. 11, November 1994, pp. 1319-1332.

59.   C. Chiang, C. K. Wong, and M. Sarrafzadeh, "A Weighted Steiner Trees-Based Globar Router with Simultaneous Length and Density Minimization," IEEE Transactions on Computer-Aided Design, Vol. 13, No. 12, December 1994, pp. 1461-1469.

60.   K. H. Yeap and M. Sarrafzadeh, "Sliceable Floorplanning by Graph Dualization," SIAM Journal on Discrete Mathematics, Vol. 8, No. 2, 1995, pp. 258-280.

61.   M. Marek-Sadowska and M. Sarrafzadeh, "The Crossing Distribution Problem," IEEE Transactions on Computer-Aided Design, Vol. 14, No. 4, pp. 423-433.

62.   J. D. Cho and M. Sarrafzadeh, "A Buffer Redistribution Algorithm for High-Performance Clock Net Optimization," IEEE Transactions on VLSI, Vol. 3, No. 1, March 1995, pp. 84-98.

21

Exhibit 2
Page 54

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 56 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 14-38   Filed 08/24/20   Page 23 of 65   Page ID
#:3014-46

63. S. Maddila and M. Sarrafzadeh, "The Discrete Warehouse Problem," Theoretical Computer Science, April 1995, pp. 231-247.

64. S. Raje and M. Sarrafzadeh, "Scheduling with Multiple Voltages," INTEGRATION: The VLSI Journal, Vol. 23, 1997, pp. 37-59.

65. M. Sarrafzadeh, D. Knol and G. Tellez, "A Delay Budgeting Algorithm Ensuring Maximum Flexibility in Placement," IEEE Transaction on CAD, Vol. 16, No. 11, November 1997, pp. 1332-1341.

66. W.L. Lin, C. K. Wong and M. Sarrafzadeh, "Floating Steiner Trees," IEEE Transactions on Computers, Vol. 47, No. 2, February 1998, pp. 197-211.

67. G. Tellez and M. Sarrafzadeh, "On Distance Preserving Rectilinear Steiner Trees," VLSI Design, Vol. 7, No. 1, April 1998.

68. A. Farrahi, G. Tellez and M. Sarrafzadeh, "Exploiting Sleep Mode for Memory Partitions and Other Applications," VLSI Design, Vol. 7, No. 3, pp. 271-287.

69. G. Tellez and M. Sarrafzadeh, "Minimal Buffer Insertion in Clock Trees with Skew and Slew Rate Constraints," to appear in IEEE Transactions on Computer-Aided Design.

70. D.S. Chen, G. Yeap and M. Sarrafzadeh, "State Encoding of Finite State Machines for Low Power Design," to appear in VLSI Design.

71. W.L. Lin and M. Sarrafzadeh, "On the Power of Re-Synthesis," To appear in SIAM Journal on Computing.

72. S. Nicoloso and M. Sarrafzadeh, "Sum Coloring Problem on Interval Graphs," to appear in Algorithmica.

73. A. Farrahi, D.T. Lee and M. Sarrafzadeh, "Two-Way and Multi-Way Partitioning of a Set of Intervals for Clique-Width Maximization," to appear in Algorithmica.

74. J.D. Cho and M. Sarrafzadeh, "Mixed LP and Mincost Flow-based Four-bend Globar Routing in Two Dimensional Arrays," IEEE Transactions on CAD,  September 1998, pp. 793-802.

75. J.D. Cho, and S. Raje and M. Sarrafzadeh, "Fast Approximation Algorithms on Maxcut, k-coloring and k-color Ordering for VLSI Applications," IEEE Transactions on Computers, Vol. 47, No. 11, November 1998, pp. 1253-1266.

76. J.D. Cho and M. Sarrafzadeh, Invited chapter in, Wiley Encyclopedia of Electrical and Electronics Engineering, (in the area of VLSI Circuit Layout), 1999.

77. K. Bazargan, S. Kim, and M. Sarrafzadeh, "Nostradamus: Floorplanner of Uncertain Designs," IEEE Transactions on CAD, April 1999.

78. M. Enos, Scott Hauck and M. Sarrafzadeh, "Evaluation and Optimization of Replication Algorithms for Logic Replication," IEEE Transactions on CAD, Vol. 18, No. 9,

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 57 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 142-39   Filed 08/24/20   Page 24 of 65   Page ID
#:10147
#:14239

September 1999, pp. 1237-1248.

79.   M. Wang, P. Banerjee and M. Sarrafzadeh, "Placement with Incomplete Data," to appear in VLSI Design, Year 2000 special issue on Physical Design.

80.   K. Bazargan and M. Sarrafzadeh, "Fast Template Based Placement for Reconfigurable Computing Systems," special issue on Reconfigurable Computing of IEEE Design & Test, Jan-March 2000, pp. 68-83.

81.   K. Bazargan, R. Kastner and M. Sarrafzadeh, "3-D Floorplanning: Simulated Annealing and Greedy Placement Methods for Reconfigurable Computing System," RSP'99 special issue of Journal of Design Automation for Embedded Systems (DAfES), April 2000.

82.   A. Ranjan, K. Bazargan and M. Sarrafzadeh, "Fast Hierarchical Floorplanning with Congestion and Timing Control," IEEE International Conference on Computer Design (ICCD) September 2000, pp. 357-362.

83.   M. Wang and M. Sarrafzadeh, "Congestion Minimization during Placement," IEEE Transactions on Computer-Aided Design (TCAD) Vol. 19, No. 10, October 2000, pp. 1140-1148.

84.   K. Bazargan and M. Sarrafzadeh, "Fast Scheduling and Placement Methods for C to Hardware/Software Compilation," SPIE International Symposium on Information Technologies, Vol. 4212, November 2000.

85.   M. Breuer, F. Somenzi and M. Sarrafzadeh, "Fundamental CAD Algorithms," IEEE Transactions on CAD (special issue on Electronic Design Automation at the Turn of the Century) Vol. 19, No. 12, December 2000, pp. 1449-1475.

86.   M. F. Gorman and M. Sarrafzadeh, "An Application of Dynamic Programming to Crew Balancing at BNSF Railway," International Journal of Services Technology and Management, Vol. 1, No. 2/3, 2000, pp. 174-187.

87.   A. Nayak, M. Haldar, P. Banerjee, C. Chen and Majid Sarrafzadeh, "Power Optimization of Delay Constrained Circuits," VLSI Design (Low-power System Design).

88.   K. Bazargan, S. Ogrenci and M. Sarrafzadeh, "Integrating Scheduling and Physical Design into a Coherent Compilation Cycle for Reconfigurable Computing Architectures," Design Automation Conference (DAC), 2001, pp. 635-640.

89.   A. Ranjan, K. Bazargan, S. Ogrenci and M. Sarrafzadeh, "Fast Floorplanning for Effective Prediction and Construction," IEEE Transactions on Very Large Scale Integration (VLSI) Systems, Vol. 9, No. 2, April 2001, pp. 341-351.

90.   Farrahi, C. Chen, A. Srivatsava, G. Tellez and M. Sarrafzadeh, "Activity Driven Clock Design for Low Power Circuits," IEEE Transactions on CAD (TCAD), Vol. 20, No. 6, June 2001, pp. 705-714.

23

Exhibit 2
Page 56

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 58 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 142-40   Filed 08/24/20   Page 25 of 65   Page ID
#:11448

91.  A. Srivastava, R. Kastner and M. Sarrafzadeh, "On the Complexity of Gate Duplication," IEEE Transactions on CAD (TCAD), September 2001.

92.  C. Chen, A. Srivatsava and M. Sarrafzadeh, "On Gate-Level Power Optimization Using Dual Supply Voltages," IEEE Transactions on VLSI, Vol. 9, No. 5, Oct 2001, pp. 616-629.

93.  A. Srivastava, C. Chen and M. Sarrafzadeh, "Timing Driven Gate Duplication in the Technology Independent Stage," IEICE Transactions on Fundamentals of Electronics, Communications and Computer Sciences, Vol. E84-A, Nov. 2001, pp. 2673-2680.

94.  X. Yang, E. Bozorgzadeh, M. Sarrafzadem and M. Wang, "Modern Standard-cell Placement Techniques," in Optimization in VLSI Design: Floorplanning, Timing, and Layout (D.Z. Du and B. Lu, editors), January 2002.

95.  X. Yang, R. Kastner and M. Sarrafzadeh, "Congestion Estimation During Top-down Placement," IEEE Transactions on CAD (TCAD), Vol. 21, No. 1, January 2002, pp. 72-72-80.

96.  C. Chen, X. Yang and M. Sarrafzadeh, "Predicting Potential Performance for Digital Circuits," IEEE Transactions on CAD, Vol. 21, No. 3, March 2002, pp. 253-262.

97.  M. Sarrafzadeh, E. Bozorgzadeh, R. Kastner and S. Ogrenci, "SPS: A Strategically Programmable System," A chapter in the Computer Engineering Handbook, CRC Press, 2002.

98.  C. Chen and M. Sarrafzadeh, "Simultaneous Voltage Scaling and Gate Sizing for Low Power Design," IEEE Transactions on Circuits and Systems (Part II), Vol. 49, No. 6, June 2002, pp. 400-408.

99.  R. Kastner, E. Bozorgzadeh and M. Sarrafzadeh, "Pattern Routing: Use and Theory for Increasing Predictability and Avoiding Coupling," IEEE Transactions on CAD, Vol. 21, No. 7, July 2002, pp. 777-790.

100. S. Ghiasi, A. Srivastava, X. Yang and M. Sarrafzadeh, "Optimal Energy Aware Clustering in Sensor Networks," SENSORS Journal, Vol. 2, Issue 7, July 2002, pp. 258-269.

101. C. Chen, E. Bozorgzadeh, A. Srivatsava and M. Sarrafzadeh, "Budget Management and Its Applications," Algorithmica, Vol. 34, No. 3, July 2002, pp. 261-275.

102. R. Kastner, A. Kaplan, S. Ogrenci Memik and E. Bozorgzadeh, "Instruction Generation for Hybrid Reconfigurable Systems," ACM Transactions on Design Automation of Embedded Systems (TODAES) Vol. 7, No. 4, October 2002.

103. A. Srivastava, E. Kursun, and M. Sarrafzadeh, "Predictability in RT-Level Designs," special issue on Low Power IC Designs in the Journal of Circuits, Systems and Computers.

104. E. Bozorgzadeh, A. Kaplan, R. Kastner, and S. Ogrenci and M. Sarrafzadeh, "Multi-

24

Exhibit 2
Page 57

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 59 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 142-1   Filed 08/24/20   Page 26 of 65   Page ID
#:10149

Level Optimization in Reconfigurable Computing Systems," Multilevel Optimization and VLSI CAD, Kluwer Academic Publishers, Boston, 2002.

105. A. Srivastava E. Kursun and M. Sarrafzadeh, "Predictability in RT-Level Designs,"Proceedings of the Journal of Circuits, Systems and Computers, Special Issue on Low Power IC Design, (JCSC) August 2002, Vol. 11, No. 4, pp. 323-332.

106. S. Ghiasihafezi, A. Srivastava, X. Yang and M. Sarrafzadeh, "Optimal Energy Aware Clustering in Sensor Networks," SENSORS Journal, July 2002, Vol.2, Issue 7, pp. 258-269.

107. S. E. Kursun and M. Sarrafzadeh, "Predictability in RTL-Designs," To Appear in Journal of Circuits, Systems and Computers (JCSC) Special Issue on Low Power IC Designs.

108. A. Srivastava, J. Sobaje, M. Potkonjak and M. Sarrafzadeh, "Optimal Node Scheduling for Effective Energy Usage in Sensor Networks," A chapter in System-Level Power Optimization for Wireless Multimedia Communication, Kluwer Academic Publishers, 2002.

109. X. Yang, B.K. Choi and M. Sarrafzadeh, "Wirelength Estimation based on Rent Exponents of Partitioning and Placement," to appear in IEEE Transactions on CAD.

110. S. Ogrenci, A. Katsaggelos and M. Sarrafzadeh, "FPGA Analysis and Implementation of an Iterative Image Restoration," IEEE Transactions on Computers, Vol. 52, No. 3, March 2003, pp. 390-399.

111. X. Yang, B.K. Choi and M. Sarrafzadeh, "Routability-Driven Whitespace Allocation for Fixed-Die Standard-Cell Placement," IEEE Transactions on Computer-Aided Design (TCAD) Vol. 22, April 2003.

112. E. Bozorgzadeh, R. Kastner and M. Sarrafzadeh, "Creating and Exploiting Flexibility in Rectilinear Steiner Trees," IEEE Transactions on Computer Aided Design of Integrated Circuits and Systems (TCAD) Vol. 22, No. 5, May 2003.

113. X. Yang, M. Wang, R. Kastner, S. Ghiasi and M. Sarrafzadeh, "Congestion Reduction During Placement with Provably Good Approximation Bound," ACM Transactions on Design Automation of Electronic Systems (TODAES) Vol. 8, No. 3, July 2003, pp. 316-333.

114. S. Ghiasi, A. Nahapetian and M. Sarrafzadeh, "An Optimal Algorithm for Minimizing Runtime Reconfiguration Delay," To Appear in ACM Transactions on Embedded Computing Systems (TECS).

115. A. Srivastava, C. Chen and M. Sarrafzadeh, "Timing Driven Gate Duplication in Technology Independent Phase," in Special Section on VLSI Design and CAD Algorithms of the IEEE Transactions, January 2004.

116. E. Bozorgzadeh, S. Ogrenci Memik, X. Yang and M. Sarrafzadeh, "Routability-Driven Packing: Metrics and Algorithms for Cluster-based FPGAs," Journal of Circuits,

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 60 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 114-2   Filed 08/24/20   Page 27 of 65   Page ID
#:10150

Systems and Computers (JCSC) Vol. 13, No 1, February 2004, pp. 77-100.

117.  S. Ghiasi, A. Nahapetian and M. Sarrafzadeh, "An Optimal Algorithm for Minimizing Runtime Reconfiguration Delay," ACM Transactions on Embedded Computing Systems (TECS) Vol. 3, No 2, pp. 237-256, May 2004.

118.  E. Bozorgzadeh, S. Ghiasi, A. Takahashi and M. Sarrafzadeh, "Optimal Integer Delay Budget Assignment on Directed Acyclic Graphs," IEEE Transactions on Computer-Aided Design of Integrated Circuits and Systems (TCAD) Vol. 23, No 8, August 2004, pp. 1184-1199.

119.  S. Ghiasi, H. J. Moon, A. Nahapetian and M. Sarrafzadeh, "Collaborative and Reconfigurable Object Tracking," Kluwer Journal of Supercomputing, Vol. 30, No 3, December 2004, pp. 213-238.

120.  S. Ghiasi, K. Nguyen, E. Bozorgzadeh and M. Sarrafzadeh, "Efficient Timing Budget Management for Accuracy Improvement in a Collaborative Object Tracking System," to appear in the Journal on Applied Signal Processing (EURASIP)Volume 42, Issue 1, Jan 2006, Pages 43 - 55.

121.  S. Ghiasi, A. Nahapetian, H. J. Moon and M. Sarrafzadeh, "Reconfiguration in Network of Embedded Systems: Challenges and Adaptive Tracking Case Study," Journal of Embedded Computing (JEC), Vol. 1, No 1, 2005, pp. 147-166.

122.  S. Memik, E. Bozorgzadeh, R. Kastner and M. Sarrafzadeh, "A Scheduling Algorithm for Optimization and Planning in High-level Synthesis," ACM Transactions on Design Automation of Electronic Systems (TODAES), Vol. 10, No. 1, January 2005.

123.  S. Memik, A. Srivastava, B. K. Choi and M. Sarrafzadeh, "On Effective Slack Management in Post-Scheduling Phase," IEEE Transactions on Computer Aided-Design of Integrated Circuits and Systems, Vol. 24, No. 4, April 2005.

124.  A. Srivastava, R. Kastner, C. Chen and M. Sarrafzadeh, "Timing Driven Gate Duplication," Proceedings of the IEEE Transactions on Very Large Scale Integration Systems (TVLSI) January 2004, pp. 42-51.

125.  Soheil Ghiasi, Elaheh Bozorgzadeh, Po-kuan Huang, Majid Sarrafzadeh, "A Unified Theory of Timing Budget Management", to appear in IEEE Transactions on Computer-Aided Design (TCAD).

126.  Roozbeh Jafari, Foad Dabiri, Philip Brisk, Majid Sarrafzadeh, "Reconfigurable Fabric Vest for Fatal Hear Disease Prevention" to appear in Journal of Embedded Computing (JEC).

127.  Philip Brisk, Foad Dabiri, Roozbeh Jafari, and Majid Sarrafzadeh "Optimal Register Sharing for High-Level Synthesis of SSA-Form Programs" IEEE Transactions on CAD (TCAD), vol 25 no. 5, pp 772-779, May 2006.

128.  Adaptive Electrocardiogram Feature Extraction on Distributed Embedded Systems, Roozbeh Jafari, Hyduke Noshadi, Soheil Ghiasi, Majid Sarrafzadeh, IEEE Transactions

26

Exhibit 2
Page 59

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 61 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 114-43   Filed 08/24/20   Page 28 of 65   Page ID
#:10454
#:3401

on Parallel and Distributed Systems special issue on High Performance Computational
Biology (TPDS), vol. 17, no. 8, pp 1-11, August 2006.

129. Roozbeh Jafari, Foad Dabiri, Ani Nahapetian, Majid Sarrafzadeh, "An Efficient
Placement and Routing Technique for Fault-tolerant Distributed Embedded
Computing," to appear in ACM Transactions on Embedded Computing Systems
(TECS).

130. Foad Dabiri, Roozbeh Jafari, Ani Nahapetian, Majid Sarrafzadeh, "Lightweight
Embedded Systems," Computer Engineering Handbook, Edited by Vojin Oklobdzija,
Taylor and Francis/CRS Press.

131. Tia Gao,  Tammara Massey, Leo Selavo, David Crawford, Bor-rong Chen, Konrad
Lorincz, Victor Shnayder, Logan Hauenstein, Foad Dabiri, James Jeng, Arjun
Chanmugam, David White, Majid Sarrafzadeh, and Matt Welsh. "The Advanced Health
and Disaster Aid Network: A Light-weight Wireless Medical System for Triage."  IEEE
Transactions on  Biomedical Circuits and Systems (IEEE TBCAS), Vol. 1, No. 3, pp.
203-216, 2007.

132. Foad Dabiri, Ani Nahapetian, Miodrag Potkonjak, Majid Sarrafzadeh, "Soft Error-
Aware Power Optimization using Gate Sizing". ",IEEE  Transaction on Computer Aided
Design (TCAD), to Vol 27, No. 10, October 2008, pp. 1788 – 1797.

133. Foad Dabiri, Tammara Massey, Hyduke Noshadi, C.K. Lin, Robert Tan, Jacob Schmidt,
and Majid Sarrafzadeh, "A Telehealth Architecture for Networked Embedded Systems:
A Case Study in In-vivo Health Monitoring", IEEE Transactions on Information
Technology in Biomedicine.

134. Robert Tan, Timothy McClure, C. K. Lin, David Jea, Foad Dabiri, Tammara Massey,
Majid Sarrafzadeh, Mani Srivastava, C. D. Montemagno, Peter Schulam and
Jacob Schmidt,  "Development of a fully implantable wireless pressure monitoring
system", Biomedical Microdevices, Springer, October 2008.

135. Yu Hu, Adam Stoelting, Yi-Tao Wang, Yi Zou and Majid Sarrafzadeh," Smart
Cushion: A Case Study on Wireless Healthcare Application Development", IEEE
Potential, January 2010.

136. Suh, M., Chen, C., Woodbridge, J., Tu, M., Kim, J., Nahapetian, A., Evangelista, L.,
Sarrafzadeh, M., "A Remote Patient Monitoring System for Congestive Heart Failure",
Journal of Medical Systems(JOMS) 2011.

137. Suh, M., Sarrafzadeh, M., Nahapetian, A., Woodbridge, J., Rofouei, M., "Machine
Learning-Based Adaptive Wireless Interval Training Guidance System", Mobile
Networks and Applications.

138. Nosahdi, H., Dabiri, F., Amini, N., Ahmadian, S., Sarrafzadeh, M., "HERMES: Mobile
System for Instability Analysis and Balance Assessment", ACM Transactions on
Embedded Computing Systems (TECS), (2011)

139. Amini, N., Gerlan, M., xu, W., Vahdatpour, A., Sarrafzadeh, M., "Cluster Size

27

Exhibit 2
Page 60

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 62 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document #:14244   Filed 08/24/20   Page 29 of 65   Page ID
#:10152

Optimization in Sensor Networks with Decentralized Cluster-Based Protocols", Computer Communications, (2011)

140. Noshadi, H., Sarrafzadeh, M., "Transaction on Sensor Networks", Association For Computing Machinery (ACM), (2011)

141. Dabiri, F., Noshadi, H., Sarrafzadeh, M., "Behavioral Reconfigurable and Adaptive Data Reduction in Body Sensor Networks", International Journal of Autonomous and Adaptive Communications Systems (IJAACS), Vol 6, No.3, 2013.

142. Gad, P., Woodbridge, J., Lavrov, I., Zhong, H., Roy, R., Sarrafzadeh, M., Edgerton, R., "Forelimb EMG-based trigger to control an electronic spinal bridge to enable hindlimb stepping after a complete spinal cord lesion in rats", Journal of NeuroEngineering and Rehabilitation 2012, 9(38) (06/12/2012)

143. Xu, W., Zhang, M., Sawchuk, A., Sarrafzadeh, M., "Robust Human Activity Monitoring via Compressed Sensing", IEEE Transactions on Biomedical Engineering (TBME), (2012)

144. Yen, I., Leung, C., Lan, M., Sarrafzadeh, M., Kayekjian, K., Duru, K., "A pilot study using global positioning systems (GPS) devices and surveys to ascertain older adults' travel patterns", Journal of Applied Gerontology, (2013)

145. Noshadi, H., Dabiri, F., Ahmadian, S., Amini, N., Sarrafzadeh, M., "HERMES: Mobile System for Instability Analysis and BalanceAssessment", ACM Transactions on Embedded Computing Systems, Vol 12, No. 1s, Article 57, (March 2013)

146. Noshadi, H., Dabiri, F., Meguerdichian, S., Potkonjak, M., Sarrafzadeh, M., "Behavior-Oriented Data Resource Management in Medical Sensing Systems", ACM Transactions on Sensor Networks, Vol 9, No. 2, Article 12,  (February 2013)

147. Xu, W., Huang, M., Amini, N., Sarrafzadeh, M., "eCushion: A Textile Pressure Sensor Array Design and Calibration for Sitting Posture Analysis", IEEE Sensors Journal (2013)

148. Lee, S., Ghasemzadeh, H., Mortazavi, B., Sarrafzadeh, M., "Pervasive Assessment of Motor Function: A Lightweight Grip Strength Tracking System", IEEE Journal of Biomedical and Health Informatics, 17(6):1023 - 1030 (2013)

149. Lan, M., Ghasemzadeh, H., Sarrafzadeh, M., "SmartFall: An Automatic Fall Detection and Cause Identification System", IEEE Sensors Journal, (2013)

150. Samy, L., Huang, M., Liu, J., Xu, W., Sarrafzadeh, M., "Unobtrusive Sleep Stage Identification Using a Pressure-Sensitive Bed Sheet", IEEE Sensors Journal, (2013)

151. Liu, J., Xu, W., Huang, M., Alshurafa, N., Sarrafzadeh, M., Raut, N., Yadegar, B., "Sleep Posture Analysis using a Dense Pressure Sensitive Bedsheet", Pervasive and Mobile Computing, (2013)

152. Alshurafa, N., Xu, W., Liu, J., Huang, M., Mortazavi, B., Roberts, C., Sarrafzadeh, M.,

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 63 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 142-45   Filed 08/24/20   Page 30 of 65   Page ID
#:10153

"Designing a Robust Activity Recognition Framework for Health and Exergaming using Wearable Sensors", IEEE Journal of Biomedical and Health Informatics, (2013)

153. Huang, A., Xu, W., Li, Z., Xie, L., Sarrafzadeh, M., Li, X., Cong, J., "System Light-loading Technology for mHealth: Manifold-Learning based Medical Data Cleansing and Clinical Trials in WE-CARE Project", IEEE Journal of Biomedical and Health Informatics, (November 2013)

154. Mortazavi, B., Nyamathi, S., Lee, S., Wilkerson, T., Ghasemzadeh, H., Sarrafzadeh, M., "Near-Realistic Mobile Exergames with Wireless Wearable Sensors", Journal of Biomedical and Health Informatics, (2013)

155. Huang, M., Liu, J., xu, W., Alshurafa, N., Zhang, X., Sarrafzadeh, M., "Using Pressure Map Sequences for Recognition of On Bed Rehabilitation Exercises", IEEE Journal of Biomedical and Health Informatics, (2014)

156. Getachew, R., Lee, S., Yew, A., Kimball, J., Lu, D., Garst, J., Ghalehsari, N., Park, B., Razaghy, M., Espinal, M., Ostowari, A., Ghavamrezaii, A., Pourtaheri, S., Sarrafzadeh, M., Lu, D., Li, C., "Utilization of a novel digital measurement tool for quantitative assessment of upper extremity motor dexterity: a controlled pilot study", Journal of Neuroengineering and Rehabilitation, 11(121) (2014)

157. Alshurafa, N., Eastwood, J., Nyamathi, S., Liu, J., Xu, W., Ghasemzadeh, H., Pourhomayoun, M., Sarrafzadeh, M., "Improving Compliance in a Remote Health Monitoring System through Smartphone Battery Optimization", IEEE Journal of Biomedical and Health Informatics (J-BHI), (2014)

158. Liu, J., Huang, M., Xu, W., Zhang, X., Stevens, L., Alshurafa, N., Sarrafzadeh, M., "BreathSens: A Continuous On-Bed Respiratory Monitoring System with Torso Localization using an Unobtrusive Pressure Sensing Array", IEEE Journal of Biomedical and Health Informatics (J-BHI), (2014)

159. Mortazavi, B., Pourhomayoun, M., Ghasemzadeh, H., Jafari, R., Roberts, C., Sarrafzadeh, M., "Context-Aware Data Processing to Enhance Quality of Measurements in Wireless Health Systems: An Application to MET Calculation of Exergaming Actions", IEEE Internet of Things Journal, (2014)

160. Huang, A., Xu, W., Zhinan, L., Xie, L., Sarrafzadeh, M., Li, X., Cong, J., "System Light-Loading Technology for mHealth: Manifold-Learning-Based Medical Data Cleansing and Clinical Trials in WE-CARE Project", IEEE Journal of Biomedical and Health Informatics, 18(Number 5):1581 - 1589 (September 2014)

161. Lee, S., Mortazavi, B., Hoffman, H., Lu, D., Li, C., Paak, B., Garst, J., Razaghy, M., Espinal, M., Park, E., Lu, D., Sarrafzadeh, M., "A Prediction Model for Functional Outcomes in Spinal Cord Disorder Patients using Gaussian Process Regression", IEEE Journal of Biomedical and Health Informatics, (2014)

162. Kalantarian, H., Alshurafa, N., Le, T., Sarrafzadeh, M., "Monitoring Eating Habits using a Piezoelectric Sensor-Based Necklace", Elsevier Computers in Biology and Medicine, (2015)

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 64 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-46   Filed 08/24/20   Page 31 of 65   Page ID
#:14446
#:10154

163. Alshurafa, N., Kalantarian, H., Pourhomayoun, M., Liu, J., Shahbazi, B., Sarrafzadeh, M., "Recognition of Nutrition-Intake using Time-Frequency Decomposition in a Wearable Necklace using a Piezoelectric Sensor", IEEE Sensors Journal, (2015)

164. Huang, M., Liu, J., Xu, W., Gu, C., Li, C., Sarrafzadeh, M., "A Self-Calibrating Radar Sensor System for Measuring Vital Signs", IEEE Transactions on Biomedical Circuits and Systems, 2015, (2015)

165. Kalantarian, H., Sarrafzadeh, M., "Audio-Based Detection and Evaluation of Eating Behavior using the Smartwatch Platform", Elsevier Computers in Biology and Medicine journal, (2015)

166. Woodbridge, J., Mortazavi, B., Bui, A., Sarrafzadeh, M., "Improving Biomedical Signal Search Results in Big Data Case-Based Reasoning Environments", Pervasive and Mobile Computing, (2015)

167. Mortazavi, B., Nemati, E. VanderWall, K., Flores-Rodriguez, H., Jacinta Cai, J., Lucier, J., Naeim, A., Sarrafzadeh, M., "Can Smartwatches Replace Smartphones for Posture Tracking?", Sensors (ISSN 1424-8220), ( Oct 2015)

168. Evangelista, L., Moser, D., Lee, J., Moore, A., Ghasemzadeh, H., Sarrafzadeh, M., Mangione, C., "Examining Older Adults' Perceptions of Usability and Acceptability of Remote Monitoring Systems to Manage Chronic Heart Failure", Sage Journals-Gerontology and Geriatric Medicine, (2015)

169. Kalantarian, H., Alshurafa, N., Sarrafzadeh, M., "Detection of Gestures Associated with Medication Adherence using Smartwatch-based Inertial Sensors", IEEE Sensors Journal, Sensors-13275-2015.R1 (2015)

170. Ong, M., Romano, P., Edgington, S., Aronow, H., Auerbach, A., Black, J., De Marco, T., Escarce, J., Evangelista, L., Ganiats, T., Greenberg, B., Greenfield, S., Kaplan, S., Kimchi, A., Liu, H., Lombardo, D., Mangione, C., Sarrafzadeh, M., Tong, K., Fonarow, G., the BEAT-HF Research Group., "Remote patient monitoring after discharge of hospitalized heart failure patients: the Better Effectiveness After Transition - Heart Failure (BEAT-HF) randomized controlled trial", JAMA: Internal Medicine, (November 2015)

171. Mortazavi, B., Pourhomayoun, M., Lee, S., Nyamathi, S., Wu, B., Sarrafzadeh, M., "User-Optimized Activity Recognition for Exergaming" has been accepted for publication in Pervasive and Mobile Computing", Pervasive and Mobile Computing Elsevier, (December 2015)

172. Evangelista, L., Moser, D., Lee, J., Moore, A., Ghasemzadeh, H., Sarrafzadeh, M., Mangione, C., "Examining Older Adults' Perceptions of Usability and Acceptability of Remote Monitoring Systems to Manage Chronic Heart Failure", SAGE Gerontology & Geriatric Medicine, (October 2015)

173. Alshurafa, N., Sideris, C., Pourhomayoun, M., Kalantarian, H., Sarrafzadeh, M., Eastwood, J., "Remote Health Monitoring Outcome Success Prediction using Baseline

Case 8:20-cv-00048-JVS-JDE  Document 157-3  Filed 08/31/20  Page 65 of 170  Page ID
Case 8:20-cv-00048-JVS-JDE  Document 144-47  Filed 08/24/20  Page 32 of 65  Page ID
#:10458

and First Month Intervention Data", Journal of Biomedical and Health Informatics
(JBHI), (2016)

174. Kalantarian, H., Alshurafa, N., Sideris, C., Le, T., Mortazavi, B., Sarrafzadeh, M., "A
Comparison of Piezoelectric and Acoustic Techniques for Assessment of Eating Habits",
Elsevier Journal of Obesity Medicine, (2016)

175. Kalantarian, H., Sideris, K., Sarrafzadeh, M., "A Hierarchical Segmentation and
Classification Scheme for Processing Sensor Data", IEEE Journal of Biomedical and
Health Informatics (J-BHI), (2016)

176. Lee, S., Park, E., Huang, A., Mortazavi, B., Garst, J., Jahanforouz, N., Espinal, M.,
Sierro, T., Pollack, S., Afridi, M., Daneshvar, M., Ghias, S., Lu, D., Sarrafzadeh, M.,
"Objectively Quantifying Walking Ability in Degenerative Spinal Disorder Patients
using Sensor Equipped Smart Shoes", Medical Engineering & Physics, (2016)

177. Kalantarian, H., Motamed, B., Alshurafa, N., Sarrafzadeh, M., "A wearable sensor
system for medication adherence prediction", Artificial Intelligence in Medicine (AIIM),
(2016)

178. Kalantarian, H., Alshurafe, N., Sarrafzadeh, M., "A Survey of Electronic Methods for
Non-Invasive Detection of Eating Behavior", IEEE Pervasive Computing, PC-2015-07-
0058.R1, (2016)

179. **(Honor paper: a designation given by the journal based on reviews)** Sideris, C.,
Pourhomayoun, M., Kalantarian, H., Sarrafzadeh, M., "A Flexible Data-Driven
Comorbidity Feature Extraction Framework", Computers in Biology and Medicine,
CBM-D-15-01141R1, (2016)

180. Kalantarian, H., Mortazavi, B., Pourhomayoun, M., Alshurafa, N., Sarrafzadeh, M.,
"Probabilistic Segmentation of Time-Series Audio Signals using Support Vector
Machines", Microprocessors and Microsystems, Ref. No.: MICPRO-D-15-00377R1,
(2016)

181. Kalantarian, H., Sideris, C., Mortazavi, B., Alshurafa, N., Sarrafzadeh, M., "Dynamic
Computation Offloading for Low-Power Wearable Health Monitoring Systems", IEEE
Transactions on Biomedical Engineering (TBME), TBME-00140-2016.R1, (2016)

182. Kalantarian, H., Sarrafzadeh, M., "Pedometers Without Batteries: An Energy Harvesting
Shoe",  IEEE Sensors Journal. December 2016. Volume 16, Issue 23.

183. Lu, D., Edgerton, R., Modaber, M., AuYong, N., Morikawa, E., Zdunowski, S., Sarino,
M., Sarrafzadeh, M., Nuwer, M., Roy, R., Gerasimenko, Y., "Engaging Cervical Spinal
Cord Networks to Reenable Volitional Control of Hand Function in Tetraplegic
Patients", Sage Journals, Neurorehabilitation and Neural Repair, DOI:
10.1177/1545968316644344, (July 2016)

184. Park, E., Lee, S., Nam, HS., Garst, J., Huang, A., Campion, A., Arnell, M.,
Ghalehsariand, N., Park, S., Chang, H., Lu, D., Sarrafzadeh, M., "Unobtrusive and
Continuous Monitoring of Alcohol Impaired Gait Using Smart Shoes", Methods of

31

Exhibit 2
Page 64

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 66 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-8   Filed 08/24/20   Page 33 of 65   Page ID
#:10150
#:7158

Information in Medicine, Vol. 56, No.1, pp 1-82, Jan 2017.

185. Lee, S., Huang, A., Mortazavi, B., Li, C., Hoffman, H., Garst, J., Lu, D., Getachew, R., Espinal, M., Razaghy, M., Ghalehsari, N., Paak, B., Ghavam, A., Afridi, M., Ostowari, A., Ghasemzadeh, H., Lu, D., Sarrafzadeh, M., "Quantitative assessment of hand motor function in cervical spinal disorder patients using target tracking tests", Journal of Rehabilitation Research & Development (JRRD), 53(6) (November 2016)

186. Evangelista, L., Ghasemzadeh, H., Lee, J., Fallahzadeh, R., Sarrafzadeh, M., Moser, D., "Predicting Adherence to Use of Remote Health Monitoring Systems in a Cohort of Patients with Chronic Heart Failure", Technology and Health Care, 16-466-R, (2016)

187. Kalantarian, H., Alshurafa, N., Sarrafzadeh, M., "A Survey of Diet Monitoring Technology", IEEE Pervasive Computing, IEEE Pervasive Computing. January 2017. Volume 16, Issue 1.

188. Kalantarian, H., Sarrafzadeh, M., "Probabilistic Time-Series Segmentation", Pervasive and Mobile Computing, (March 2017) Equal

189. Kalantarian, H., Sideris, C., Sarrafzadeh, M., "A Hierarchical Classification and Segmentation Scheme for Processing Sensor Data", IEEE Journal of Biomedical and Health Informatics, 10.1109/JBHI.2016.2526679, 21(3):672 - 681 (May 2017).

190. A. Hosseini, C.M. Buonocore, S. Hashemzadeh, H. Hojaiji, H. Kalantraian, C. Sideris, A.A.T. Bui, C.E. King, M. Sarrafzadeh. Feasibility of a Secure Wireless Sensing Smartwatch Application for the Self-Management of Pediatric Asthma. Sensors, 2017 .

191. Chrsitine King and Majid Sarrafzadeh, "A SURVEY OF SMARTWATCHES IN REMOTE HEALTH MONITORING",
Journal of Healthcare Informatics Research.

Kachuee, Mohammad; Darabi, Sajad; Moatamed, Babak; Sarrafzadeh, Majid  "Dynamic Feature Acquisition Using Denoising Autoencoders IEEE Transactions on Neural Networks and Learning Systems; Volume 30, Issue 8, August 2019. Page(s): 2252 - 2262

192. Frank day et al, "Feasibility Study of an EHR-Integrated Mobile Shared Decision Making Application Journal" International Journal of Medical Informatics

193. Orpaz Goldstein et al "Target-Focused Feature Selection Using Uncertainty Measurements in Healthcare Data" in its current form for publication in ACM Transactions on Computing for Healthcare

**Sajad Darabi, Mohammad Kachuee, Shayan Fazeli, and Majid Sarrafzadeh,** TAPER: Time-Aware Patient EHR Representation

In Journal JHBI

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 67 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-9   Filed 08/24/20   Page 34 of 65   Page ID
#:14449
#:10157

## IV. Conference Papers

194. F. P. Preparata and M. Sarrafzadeh, "Channel Routing of Nets of Bounded Degree," Proceeding of the VLSI: Algorithms and Architectures (P. Bertolazzi and F. Luccio ed.), North-Holland, 1984, pp. 189-203. **(Invited Paper)**

195. G. Bilardi and M. Sarrafzadeh, "Optimal Discrete Fourier Transform in VLSI," Proceeding of the VLSI: Algorithms and Architectures (P. Bertolazzi and F. Luccio ed.), North-Holland, 1984, pp. 79-89.

196. M. Sarrafzadeh, "On the Complexity of the General Channel Routing Problem in the Knock-Knee Mode," Proceedings of the 20th Annual Conference on Information Sciences and Systems, Princeton, NJ, March 1986, pp. 161-164.

197. M. Sarrafzadeh, "Layout Stretching to Ensure Wirability," Proceeding of the 21st Annual Conference on Information Sciences and Systems, (with M. L. Brady), Johns Hopkins, March 25-28, 1987, pp. 588-593.

198. Y. M. Huang and M. Sarrafzadeh, "A Parallel Algorithm for Minimum Dual-Cover with Application to CMOS Layout," Proceedings of the 1988 International Conference on Parallel Processing.

199. M. Sarrafzadeh, "Multilayer Routing in Sea-of-Gates," Proceeding of the IFIP Workshop on Physical Design of Sea of Gates in VLSI, W. Germany, August 1988.

200. R. D. Lou and M. Sarrafzadeh, "General Circular Permutation Layout," Proceedings of the 1988 Allerton Conference, October 1988, pp. 1136-1137.

201. R.D. Lou, K. F. Liao and M. Sarrafzadeh, "Planar Routing Around a Rectangle," Proceeding of the 1988 International Computer Symposium, Taipei, Taiwan.

202. A. Katsaggelos, S. Kumar and M. Sarrafzadeh, "Parallel Processing Architectures for Iterative Image Restoration," Proceedings of the 1989 IEEE International Conference on ASSP, Glasgow, Scotland, pp. 2544-2547.

203. C. Chiang and M. Sarrafzadeh, "Using 45-degree Wires to Ensure Wirability," Proceeding of the 20th International Conference on Combinatorics, Graph Theory and Computing, Boca Raton, Florida, February 1989.

204. M. Sarrafzadeh and D. Zhou, "Theoretical Aspects of Global Routing," Proceeding of the 20th International Conference on Combinatorics, Graph Theory and Computing, Boca Raton, Florida.

205. G. Bilardi, S. Hornick and M. Sarrafzadeh, "Optimal VLSI Architecture for Multidimensional DFT," Proceedings of the 1989 ACM Symposium on Parallel Algorithms and Architectures, NM, June 18-21, 1989, pp. 265-272.

206. C. Chiang, M. Sarrafzadeh and C. K. Wong, "A Powerful Global Router: Based on Steiner Min-Max Trees," Proceedings of the International Symposium on Computer-

33

Exhibit 2
Page 66

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 68 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 14-50   Filed 08/24/20   Page 35 of 65   Page ID
#:1158

Aided-Design (ICCAD-89), Santa Clara, November 1989, pp. 2-5.

207.   R.D. Lou, D.T. Lee and M. Sarrafzadeh, "An Optimal Algorithm for the Maximum Two-chain Problem," Proceedings of the First ACM SIAM Conference on Discrete Algorithms, San Francisco, January 1990, pp. 149-158.

208.   R. D. Lou and M. Sarrafzadeh, "Circular Permutation Family of Graphs," Proceedings of the International Workshop on Discrete Algorithms and Complexity, Fukuoka, Japan, November 1989, pp. 107-114.

209.   Katsaggelos, S. Kumar and M. Sarrafzadeh, "Parallel Architecture for an Iterative Image Restoration Algorithms," Proceedings of the IEEE International Symposium on Circuits and System (ISCAS) May 1990, pp. 2605-2608. **(Invited Paper)**

210.   Y. Sun and M. Sarrafzadeh, "Floorplanning by Graph Dualization: L-shaped Modules," Proceedings of the IEEE International Symposium on Circuits and System (ISCAS) May 1990, pp. 2845-2848.

211.   R. D. Lou and M. Sarrafzadeh, "Maximum k-Coverings of Weighted Transitive Graphs with Applications," Proceedings of the IEEE International Symposium on Circuits and System (ISCAS) May 1990, pp. 332-335. **(Invited Paper)**

212.   M. Nag and M. Sarrafzadeh, "A Parallel Algorithm for Two-Layer Wiring," Proceedings of the 1990 International Conference on Parallel Processing.

213.   K. F. Liao and M. Sarrafzadeh, "Vertex-disjoint Trees in Planar Graphs," Proceeding of the 16th International Workshop on Graph-Theoretic Concepts in Computer Science (WG-90), with K.F. Liao, Berlin, West Germany, June 1990.

214.   J. M. Ho, A. Suzuki and M. Sarrafzadeh, "An Exact Algorithm for Single Layer Wire-Length Minimization," Proceedings of the IEEE International Conference on Computer-Aided Design (ICCAD-90), with J.M. Ho and A. Suzuki, Santa Clara, CA, November 1990, pp. 424-427.

215.   R.D. Lou and M. Sarrafzadeh, "An Efficient Algorithm for the Maximum k-chain Problem," Proceedings of the 1990 Allerton Conference, with R.D. Lou, pp. 315-323.

216.   N. Holmes, N. Sherwani and M. Sarrafzadeh, "New Algorithms for Over-the-Cell Channel Routing Using Vacant Terminals," Proceedings of the 1991 IEEE Design Automation Conference (DAC'91), with N. Holmes and N. Sherwani, pp. 126-131.

217.   J. D. Cho and M. Sarrafzadeh, "The Pin Redistribution Problem in Multi-Chip Modules," Proceedings of ASIC'91: Fourth Annual IEEE International ASIC Conference and Exhibit, with J. D. Cho, Rocehster, NY, September 23-27, 1991, pp. 9-2-1 to 9-2-4.

218.   K. F. Liao, C. K. Wong and M. Sarrafzadeh, "Single Layer Global Routing," Proceedings of ASIC'91: Fourth Annual IEEE International ASIC Conference and Exhibit, with K. F. Liao and C. K. Wong, Rocehster, NY, September 23-27, 1991, pp. 14-4-1 to 14-4-4.

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 69 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 114-51   Filed 08/24/20   Page 36 of 65   Page ID
#:10159
#:14452

219. J. Cong, A. Kahng, G. Robins and M. Sarrafzadeh, "Performance Driven Global Routing for Cell Based IC's," Proceedings of the IEEE International Conference on Computer Design (ICCD), October 14-16, 1991, pp. 170-173.

220. N. Holmes, N. Sherwani and M. Sarrafzadeh, "Algorithms for Three-Layer Over-the-Cell Channel Routing," Proceedings of the IEEE International Conference on Computer-Aided Design (ICCAD-91), with N. Holmes and N. Sherwani, Santa Clara, CA, November 1991, pp. 428-431. **(Distinguished Paper)**

221. M. Marek-Sadowska and M. Sarrafzadeh, "The Crossing Distribution Problem," Proceedings of the IEEE International Conference on Computer-Aided Design (ICCAD-91) with M. Marek-Sadowska, Santa Clara, CA, November 1991, pp. 528-531. **(Distinguished Paper)**

222. M. Sarrafzadeh and D. T. Lee, "Maximum Independent Set of a Permutation Graph in k Tracks," Proceedings of The Second Annual International Symposium on Algorithm, with D. T. Lee, Taipei, Taiwan, December 1991.

223. K.H. Yeap and M. Sarrafzadeh, "A Theorem on Slicability," Proceeding of the Second Great Lakes Computer Science Symposium, with K. H. Yeap, November 1991, Kalamazoo, MI.

224. K.H. Yeap and M. Sarrafzadeh, "Graph Dualization: 2-concave Modules are Necessary and Sufficient," Proceedings of the 1991 Allerton Conference, with K. H. Yeap.

225. J. Cong, A. Kahng, G. Robins, M. Sarrafzadeh and C. K. Wong, "Provably Good Performance Driven Global Routing," with J. Cong, A. Kahng, G. Robins, and C. K. Wong, Proceedings of the IEEE International Symposium on Circuits and System (ISCAS-92), pp. 739-752.

226. B. Wu, N. Sherwani and M. Sarrafzadeh, "On Minimum Bend Single Row Routing," Proceedings of the IEEE International Symposium on Circuits and System (ISCAS-92), with Bo Wu and N. Sherwani, pp. 29-32.

227. C. Chiang, M. Sarrafzadeh and C. K. Wong, "An Optimal Algorithm for Exact Rectilinear Steiner Trees For Switchbox with Obstacles," Proceedings of the IEEE International Symposium on Circuits and System (ISCAS-92), with C. Chiang and C. K. Wong, pp. 9- 12.

228. N. Holmes, N. Sherwani and M. Sarrafzadeh, "Over-the-Cell Channel Routing for High-Performance Circuits," Proceedings of the 1992 IEEE Design Automation Conference (DAC'92), with N. Holmes and N. Sherwani, pp. 600-603.

229. N. Holmes, N. Sherwani and M. Sarrafzadeh, "Over-the-Cell Routing for New Cell Models," Proceedings of the 1992 IEEE Design Automation Conference (DAC'92) with N. Holmes and N. Sherwani, pp. 604-607.

230. J.D. Cho, K. F. Liao and M. Sarrafzadeh, "Multilayer Routing Algorithm for High Performance MCMs," Proceedings of ASIC'92: Fifth Annual IEEE International ASIC

35

Exhibit 2
Page 68

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 70 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-2   Filed 08/24/20   Page 37 of 65   Page ID
#:10469

Conference and Exhibit, with J. D. Cho and P. Liao, Rochester, NY, September 1992, pp. 226-229.

231. D.S. Chen and M. Sarrafzadeh, "A Wire-length Minimization Algorithm for Single-layer Layouts," Proceeding of the International Conference on Computer-Aided Design (ICCAD-92) with D.S. Chen, pp. 390-393.

232. D.T. Lee and M. Sarrafzadeh, "Restricted Track Assignment with Application," Proceedings of the International Symposium on Algorithms and Computation, with D. T. Lee, Nagoya, Japan, December 1992.

233. F. Wagner, D. Wagner, K. Weihe and M. Sarrafzadeh, "Wiring Knock-knee Layouts: A Global Approach," Proceedings of the International Symposium on Algorithms and Computation, Nagoya, Japan, December 1992.

234. K. H. Yeap and M. Sarrafzadeh, "An Integrated Algorithm designed for Optimal Floorplan Sizing and Enumeration," Proceedings of the 1993 European Design Automation Conference, Paris, France, February 1993, pp. 29 – 33.

235. G. Robins, J. Cong, A. B. Kahng and M. Sarrafzadeh, "Minimum Density Interconnection Trees," Proceeding of the 1993 International Symposium on Circuits and Systems (ISCAS-93) pp 1865-1868.

236. S.Raje and M. Sarrafzadeh, "GEM: A Geometric Algorithm for Scheduling," Proceeding of the 1993 International Symposium on Circuits and Systems (ISCAS-93) May 1993.

237. M. Sriram, S. Kang, J.D. Cho, S. Raje and M. Sarrafzadeh, "Crosstalk-Minimum Layer Assignment," Proceedings of the Custom Integrated Circuits Conference, San Diego, CA, May 1993, pp. 29.7.1 - 29.7.4.

238. J.D. Cho and M. Sarrafzadeh, "A Buffer Redistribution Algorithm for High-Speed Clock Routing," Proceedings of the 1993 IEEE Design Automation Conference (DAC'93) pp. 537-543. **(Best paper award)**

239. M. Sriram, S. Kang, J.D. Cho, S. Raje and M. Sarrafzadeh, "A Multilayer Assignment Algorithm for Interference Minimization," Proceedings of the 4th ACM-SIGDA Physical Design Workshop, Lake Arrowhead, CA, April 19-21, 1993, pp. 63-67.

240. M. Sarrafzadeh, "Transforming an Arbitrary Floorplan into a Sliceable One," Proceedings of the International Conference on Computer-Aided Design (ICCAD-93) pp. 386-389.

241. A. Farrahi and M. Sarrafzadeh, "On the Lookup-table Minimization Problem for FPGA Technology Mapping," Proceedings of the Workshop on FPGAs, Berkeley, CA, February 13-15, 1994.

242. J.D. Cho and Y. Kajitani and M. Sarrafzadeh, "New Approximation Results on Graph Matching and Related Problems," Proceedings of the 20th International Workshop (WG-1994) Vol. 903, pp. 343-358.

36

Exhibit 2
Page 69

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 71 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-3   Filed 08/24/20   Page 38 of 65   Page ID
#:10161
#:14453

243. A. Farrahi and M. Sarrafzadeh, "FPGA Technology Mapping for Power Minimization," Proceedings of the Workshop on Field Programmable Logic and Applications (FPL'94) Prague, CZ, September 7-9, pp. 66-77.

244. J. D. Cho and Salil Raje and M. Sarrafzadeh, "New Approximation Results for Maxcut and Related Problems," Proceedings of the 2nd Annual European Symposium on Algorithms (ESA'94) Utrecht, Netherlands, September 1994, pp. 148-158.

245. G. Tellez and M. Sarrafzadeh, "Clock Period Constrained Minimal Buffer Insertion in Clock Trees," Proceedings of the International Conference on Computer-Aided Design, ICCAD-94; pp. 219-223.

246. W. Lin, C. K. Wong and M. Sarrafzadeh, "The Reproducing Placement Problem with Application," Proceedings of the International Conference on Computer-Aided Design, ICCAD-94; pp. 686-689.

247. W. Lin and M. Sarrafzadeh, "A Linear Arrangement Problem with Applications," Proceedings of the 1995 International Symposium on Circuits and Systems (ISCAS) April 1995, Seattle, WA, pp. 57-60.

248. D. S. Chen, G. Yeap and M. Sarrafzadeh, "State Encoding of Finite State Machines for Low Power Design," Proceedings of the 1995 International Symposium on Circuits and Systems (ISCAS) Seattle, WA, April 1995.

249. G. Tellez and M. Sarrafzadeh, "On Rectlinear Distance Preserving Steiner Trees," Proceedings of the 1995 International Symposium on Circuits and Systems (ISCAS) Seattle, WA , April 1995, pp. 163-166.

250. A. Farrahi and G. Tellez and M. Sarrafzadeh, "Memory Segmentation to Exploit Sleep Mode Operation," Proceedings of the 32nd Design Automation Conference (DAC) June 1995, pp. 36-41.

251. E. Frank and S. Raje and M. Sarrafzadeh, "Constrained Register Allocation in Bus Architectures," Proceeding of the 1995 Design Automation Conference (DAC).

252. A. Farrahi and M. Sarrafzadeh, "Interval Graph Partitioning for Clique-width Maximization," Proceedings of the 26th International Conference on Combinatorics, Graph Theory  and Computing, Boca Raton, FL, March 1995.

253. S. Raje and M. Sarrafzadeh, "Variable Voltage Scheduling," Proceedings of the 1995 International Symposium on Low Power Design,"  Dana Point Resort, Dana Point, CA April 23-26, 1995.

254. A. Farrahi and M. Sarrafzadeh, "System Partitioning to Maximize Sleep Time," Proceedings of the International Conference on Computer-Aided Design (ICCAD) San Jose, CA, November 1995, pp. 452-455.

255. A. Farrahi, G. Tellez and M. Sarrafzadeh, "Activity-Driven Clock Design for Low Power Circuits," Proceedings of the International Conference on Computer-Aided

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 72 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 142-54   Filed 08/24/20   Page 39 of 65   Page ID
#:10195

Design (ICCAD) San Jose, CA, November 1995, pp. 62-65.

256.   D. Knol, G. Tellez and M. Sarrafzadeh, "A Graph-Based Delay Budgeting Algorithm for Large Scale Timing-Driven Placement Problems," Proceedings of the 5th ACM SIGDA Physical Design Workshop, Reston, VA, April 15-17, 1996.

257.   D.S. Chen and M. Sarrafzadeh, "An Exact Algorithm for Low-Power Gate Resizing," Proceedings of the 1996 Design Automation Conference (DAC-96).

258.   D.S. Chen and M. Sarrafzadeh, "Cube-Embedding Based State Encoding," Proceedings of the Asia South Pacific DAC (ASP-DAC97) Tokyo, Japan, January 1997.

259.   J. Crenshaw and M. Sarrafzadeh, "An Accurate Behavioral Level Power Estimator," Proceedings of the ED & TC 1997, Paris, France, March 1997.

260.   D. Knol, G. Tellez and M. Sarrafzadeh, "A Solution to Large Scale Timing-Driven Placement Problems," Proceedings of the 1997 Design Automation Conference (DAC-97).

261.   A. Farrahi and M. Sarrafzadeh, "TDD: Fast Technology Mapping with Accurate Prediction," Proceedings of the ASIC'97: Annual IEEE International ASIC Conference and Exhibit.

262.   M. Enos, S. Hauck and M. Sarrafzadeh, "Logic Partitioning with Replication," Proceedings of the International Conference on Computer-Aided Design (ICCAD 97).

263.   M. Wang and M. Sarrafzadeh, "NRG: Global and Detailed Placement," Proceedings of the International Conference on Computer-Aided Design (ICCAD 97).

264.   P. Banerjee, S. Roy and M. Sarrafzadeh, "Partitioning Sequential Circuits for Low Power, Low Power Circuit Partitioning," Proceeding of the 11th International Conference on VLSI Design.

265.   J. Crenshaw and M. Sarrafzadeh, "Low-Power Driven Scheduling and Binding," Proceedings of the 1997 Great Lakes Symposium on VLSI, Lafayette, LA, February 19-21, 1998.

266.   K. Bazargan, S. Kim and M. Sarrafzadeh, "Nostradamus: Floorplanner of Uncertain Designs," Proceedings of the 1998 International Symposium on Physical Design (ISPD

267.   M. Wang, P. Banerjee and M. Sarrafzadeh, "Placement with Incomplete Data," Proceedings of the 1998 Design Automation Conference (DAC-98).

268.   P. Prabhakaran, J. Crenshaw, P. Banerjee and M. Sarrafzadeh, "Simultaneous Scheduling, Binding and Floorplanning for Interconnect Power Optimization," Proceedings of the 1999 VLSI Design Conference, Goa, India, January 1999.

269.   J. Crenshaw, P. Prabhakaran, P. Banerjee and M. Sarrafzadeh, "An Incremental Floorplanner," Proceeding of the 1998 Great Lakes Symposium on VLSI, March 4-6, Ann Arbor, MI.

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 73 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-5   Filed 08/24/20   Page 40 of 65   Page ID
#:14455
#:10163

270. S. Raje and M. Sarrafzadeh, "Scheduling with Multiple Voltages under Resource Constraints," *Proceedings of the 1999 International Symposium on Circuits and Systems (ISCAS)* pp. 350-353, May 30-June 2, 1999, Miami, FL.

271. M. Sarrafzadeh and T. Takahashi, "A Fast Algorithm for Routability Testing," *Proceedings of the 1999 International Symposium on Circuits and Systems (ISCAS)* May 30 - June 2 1999, Miami, FL.

272. M. Wang and M. Sarrafzadeh, "Congestion Minimization During Placement," *Proceedings of the 1999 International Symposium on Physical Design (ISPD 99)* Monterey, CA.

273. A. Ranjan, K. Bazargan and M. Sarrafzadeh, "Floorplannig 1000 times Faster," *Proceedings of the System Level Interconnect Prediction (SLIP 99)*.

274. M. Sarrafzadeh and M. Wang, "Can Fast Algorithms Be Used as Good Predictors?" *Proceedings of the System Level Interconnect Prediction (SLIP 99)*. **(Position Statement)**

275. K. Bazargan, R. Kastner and Majid Sarrafzadeh, "3-D Floorplanning: Simulated Annealing and Greedy Placement Methods for Reconfigurable Computing Systems," *Proceedings of the 10th IEEE International Workshop on Rapid System Prototyping*, Sheraton Sandkey, Clearwater, FL June 16-18, 1999.

276. K. Bazargan and M. Sarrafzadeh, "Fast Online Placement for Reconfigurable Computing Systems," *Proceedings of the IEEE FCCM: Symposium on Field Programmable Custom Computing Machines*, Napa Valley, CA, April 21-23, 1999.

277. C. Chen and M. Sarrafzadeh, "Slack Equalization Algorithm: Precise Slack Distribution for Low-Level Synthesis and Optimization," *Proceedings of the International Workshop on Logic Synthesis (IWLS)* Lake Tahoe, CA, June 1999, pp. 190-192.

278. ICCAD 1999 full day tutorial, "Modern Physical Design: Algorithm, Technology and Methodology."

279. C. Chen and M. Sarrafzadeh, "Power Reduction by Simultaneous Voltage Scaling and Gate Sizing," *Proceedings of the ASP-DAC 2000*, Yokohama, Japan, pp. 333-338.

280. C. Chen and M. Sarrafzadeh, "An Effective Algorithm for Gate-Level Power-Delay Tradeoff Using Two Voltages," *Proceedings of the ICCD*, October 1999, Austin, TX, pp. 222-2327.

281. M. Sarrafzadeh and M. Wang, "Interaction Among Cost Function During Placement," *Proceedings of the International Conference on VLSI and CAD*, Seoul, Korea, October 26-29, 1999. **(Invited Paper)**

282. R. Kastner, K. Bazargan and M. Sarrafzadeh, "Physical Design of Reconfigurable Computing Systems with Firm Macros," *Proceedings of the Workshop on Reconfigurable Computing (WoRC'99)*, October 1999.

39

Exhibit 2
Page 72

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 74 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-5   Filed 08/24/20   Page 41 of 65   Page ID
#:14456
#:10164

283. C. Chen and M. Sarrafzadeh, "Provably Good Algorithm for Low Power Consumption with Dual Supply Voltages," to appear in Proceedings of the International Conference on Computer-Aided Design, ICCAD, November 7-10, 1999, pp. 76-79.

284. S. Ogrenci, K. Bazargan and M. Sarrafzadeh, "Image Analysis and Partitioning for FPGA Implementation of Image Restoration," Proceedings of the IEEE Workshop on Signal Processing Systems, 2000, pp. 346-355.

285. M. Wang and M. Sarrafzadeh, "Modeling and Minimization of Routing Congestion," Proceedings of the Asia South Pacific Design Automation Conference (ASP-DAC 2000) China.

286. M. Wang, S. Lim, J. Cong and Majid Sarrafzadeh, "Multi-way Partitioning Using Bi-partition Heuristics," Proceedings of the Asia South Pacific Design Automation Conference (ASP-DAC 2000) China.

287. A. Farrahi, D. Hathaway, M. Wang and M. Sarrafzadeh, "Quality of EDA CAD Tools: Definitions, Metrics and Directions," Proceedings of ISQED 2000, March, San Jose, CA. **(Invited paper)**

288. S. Ogrenci, A. Katsaggelos and M. Sarrafzadeh, "FPGA Analysis and Implementation of Image Restoration," Poster presentation at the ACM International Symposium on Field Programmable Gate Arrays (FPGA 2000) Monterey, CA, February 10-11, 2000.

289. K. Bazarga, A.Ranjan and  M. Sarrafzadeh, "Fast and Accurate Estimation of Floorplans in Logic/High-level Synthesis," Proceedings of the 2000 Great Lakes Symposium on VLSI (GLSVLSI 2000) Chicago, IL, March 2-4, 2000, pp. 95-100.

290. M. Wang, X. Yang, K. Eguro and M. Sarrafzadeh, "Multi-Center Congestion Minimization During Placement," Proceedings of the International Symposium on Physical Design (ISPD) April 2000, pp. 147-152.

291. M. Wang, X. Yang, K. Eguro and M. Sarrafzadeh, "A Snap-On Placement Tool," Proceedings of the International Symposium on Physical Design (ISPD) April 2000, pp. 153-158.

292. J. Cong and M. Sarrafzadeh, "Incremental Physical Design," Proceedings of the International Symposium on Physical Design (ISPD 2000). **(Invited paper)**

293. K. Bazargan, R. Kastner, S. Ogrenci and M. Sarrafzadeh, "A C to Hardware/Software Compiler," Proceedings of the IEEE Symposium on Field Programmable Custom Computing Machines (IEEE: FCCM) Napa Valley CA, April 21-23, 2000.

294. A. Nayak, P. Banerjee, C. Chen and M. Sarrafzadeh, "Power Optimization Issues in Dual Voltage Design," ICDA 2000 (part of World Computer Congress 2000) Beijing, China, August 21-25, 2000, pp. 99-105.

295. A. Srivatsava, R. Kastner, M. Sarrafzadeh, "Gate Duplication for Performance Optimization," Proceedings of the International Workshop on Logic Synthesis (IWLS)

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 75 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 114-57   Filed 08/24/20   Page 42 of 65   Page ID
#:14257
#:10165

Los Angeles, CA, June 2000.

296.  A. Srivastava, R. Kastner and M. Sarrafzadeh, "Complexity Issues in Gate Duplication," Proceedings of the International Workshop on Logic Synthesis (IWLS) June 2000.

297.  A. Ranjan, K. Bazargan and M. Sarrafzadeh, "Fast Hierarchical Floorplanning with Congestion and Timing Control," Proceedings of the International Conference on Computer Design (ICCD), Austin, TX, September 17-20, 2000, pp. 357-362.

298.  A. Nayak, M. Haldar, P. Banerjee, C. Chen and M. Sarrafzadeh, "Power Optimization of Delay Constrained Circuits," Proceedings of the 2000 ASIC/SOC Conference, Washington D.C., pp. 305-309.

299.  R. Kastner, E. Bozorgzadeh and M. Sarrafzadeh, "Coupling Aware Routing," Proceedings of the IEEE International ASIC/SOC Conference, Washington, D.C., September 2000.

300.  A. Srivatsava, R. Kastner and M. Sarrafzadeh, "Timing Driven Gate Duplication: Complexity Issues and Alogrithms," Proceedings of the International Conference on Computer-Aided Design (ICCAD) San Jose, CA, November 2000, pp. 447-450.

301.  C. Chen, X. Yang and M. Sarrafzadeh, "Potential Slack: An Effective Metric of Combinational Circuit Peformance," Proceedings of the International Conference on Computer-Aided Design (ICCAD) San Jose, CA, November 2000, pp. 198-201.

302.  M. Wang, X. Yang, K. Eguro and M. Sarrafzadeh, "Dragon2000: Placement of Industrial Circuits," Proceedings of the International Conference on Computer-Aided Design (ICCAD) November 2000, pp. 260-263.

303.  R. Kastner, E. Bozorgzadeh and M. Sarrafzadeh, "Predictable Routing," Proceedings of the ACM/IEEE International Conference on Computer-Aided Design (ICCAD) November 2000.

304.  A. Kahng and M. Sarrafzadeh, "Modern Physical Design," Tutorial from the International Conference on Computer-Aided Design (ICCAD) 2000. **(Tutorial)**

305.  J. Cong, O. Coudert and M. Sarrafzadeh, "Incremental CAD," Embedded Tutorial from the International Conference on Computer-Aided Design (ICCAD) 2000. **(Tutorial)**

306.  K. Bazargan, S. Ogrenci and M. Sarrafzadeh, "A Fast Scheduling and Placement Method for C to Hardware/Software Compilation," Reconfigurable Techniques for Computing, Part of Photonics East Conference, Boston, MA, November 5-8.

307.  S. Ogrenci, K. Bazarga and M. Sarrafzadeh, "Image Analysis and Partitioning for FPGA Mapping," IEEE Workshop on Signal Processing Systems (SiPS) Lafayette, LA, 2000.

308.  A. Srivatsava, C. Chen and M. Sarrafzadeh, "Timing Driven Gate Duplication in Technology Independent Phase," Proceedings of the ACM/IEEE Asia South Pacific Design Automation Conference (ASP-DAC) Yokohama, Japan, Jan 31-Feb 2, 2001.

41

Exhibit 2
Page 74

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 76 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 14-58   Filed 08/24/20   Page 43 of 65   Page ID
#:10106

309.  E. Bozorgzadeh, S. Ogrenci and M. Sarrafzadeh, "R-Pack: Routability-Driven Packing for Cluster-Based FPGAs," Proceedings of the Asia South Pacific Design Automation Conference (ASP-DAC) Yokohama, Japan, Jan 31-Feb 2, 2001.

310.  A. Ranjan, A. Srivatsava, V. Karnam and M. Sarrafzadeh, "Layout Aware Retiming," Proceedings of the ACM/SIGDA Great Lakes Symposium on VLSI: GLSVLSI, March 2001.

311.  Tutorial with Xilinx et al on "Field Programmable Devices," DAC 2001. **(Tutorial)**

312.  X. Yang, E. Bozorgzadeh and M. Sarrafzadeh, "Wirelength Estimation Based on Rent Exponents of Partitioning and Placement," Proceedings of System-Level Interconnect Prediction (SLIP) Sonoma, CA, March 31-April 1, 2001.

313.  S. Ogrenci, E. Bozorgzadeh, R. Kastner and M. Sarrafzadeh, "Strategically Reconfigurable Gate Arrays," Proceedings of the Reconfigurable Architecture Workshop (RAW) April 2001.

314.  R. Kastner, E. Bozorgzadeh and M. Sarrafzadeh, "An Exact Alogrithm for Coupling-Free Routing," Proceedings of the ACM/IEEE International Symposium on Physical Design (ISPD) April 2001.

315.  S. Ogrenci Memik, E. Bozorgzadeh, R. Kastner and M. Sarrafzadeh, "SPS: Strategically Programmable Systems," Proceedings of the Reconfigurable Architecture Workshop (RAW) San Francisco, CA, April 2001.

316.  M. Sarrafzadeh, E. Bozorgzadeh, R. Kastner and A. Srivastava, "Design and Analysis of Physical Design Algorithms," Proceedings of the ACM/SIGDA International Symposium on Physical Design (ISPD) April 2001.

317.  X. Yang, R. Kastner and M. Sarrafzadeh, "Congestion Estimation During Top-down Placement," Proceedings of the International Symposium on Physical Design 2001 (ISPD) Sonoma County, CA, April 1-4, 2001, pp. 164-169.

318.  M. Sarrafzadeh and students, "Fundamental Graph Algorithms in Physical Design," Proceedings of the International Symposium on Physical Design 2001 (ISPD) Sonoma County, CA, April 1-4, 2001. **(Invited Paper)**

319.  A. Srivatsava, C. Chen and M. Sarrafzadeh, "Exact Algorithm for Modifying Buffer Trees Using Buffer Duplication in a Delay Optimization Perspective," Proceedings of the ACM/SIGDA International Workshop on Logic Synthesis (IWLS) June 2001, pp. 179-184.

320.  E. Bozorgzadeh, R. Kastner and M. Sarrafzadeh, "Creating and Exploiting Flexibility in Steiner Trees," Proceedings of the ACM/IEEE Design Automation Conference (DAC) Las Vegas, NV, June 2001, pp. 195-198.

321.  P. Schaumont, I. Verbawhede, K. Keutzer and M. Sarrafzadeh, "A Quick Safari Through the Reconfigurable Jungle," Las Vegas Convention Center, June 2001, pp. 172-177. **(Invited Paper)**

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 77 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-59   Filed 08/24/20   Page 44 of 65   Page ID
#:14259
#:10167

322. K. Bazargan, S. Ogrenci, and M. Sarrafzadeh, "Integrated Scheduling and Physical Design into a Coherent Compilation Cycle for Reconfigurable Computing Architectures," Proceedings of the IEEE/ACM Design Automation Conference (DAC) Las Vegas Convention Center, June 2001, pp. 635-640. **(Best Paper Award Nomination)**

323. A. Srivastava, R. Kastner and M. Sarrafzadeh, "On the Complexity of Gate Duplication," Proceedings of the IEEE Transactions on Computer-Aided Design (TCAD) September 2001, Vol. 20, pp. 1170-1176.

324. A.B. Kahng, R. Kastner, S. Mantik, M. Sarrafzadeh and X. Yang, "Studies of Timing Structural Properties for Early Evaluation of Circuit Design," (SASIMI) Japan, October 2001.

325. R. Kastner, S. Ogrenci-Memik, E. Bozorgzadeh and M. Sarrafzadeh, "Instruction Generation for Hybrid Reconfigurable Systems," Proceedings of the ACM/IEEE International Conference on Computer-Aided Design (ICCAD) San Jose, CA, November 2001.

326. X. Yang, R. Kastner and M. Sarrafzadeh, "Congestion Reduction During Placement Based on Integer Programming," Proceedings of the International Conference on Computer-Aided Design (ICCAD) San Jose, CA, November 2001, pp. 573-576.

327. S. Ogrenci-Memik, E. Bozorgzadeh, R. Kastner and M. Sarrafzadeh, "A Super-Scheduler for Embedded Reconfigurable Systems," Proceedings of the IEEE/ACM International Conference on Computer-Aided Design (ICCAD) San Jose, CA, November 2001.

328. C. Chen and M. Sarrafzadeh, "Power-Manageable Scheduling Technique for Control Dominated High-Level Synthesis," 2002.

329. C. Chen, A. Srivastava and M. Sarrafzadeh, "Budget Management and its Applications," Algorithmica, 2002, pp. 261-275.

330. S. Ogrenci-Memik, A. Srivatsava and M. Sarradzadeh, "Design under Uncertainties," Proceedings of the International Symposium on Circuits & Systems (ISCAS 2002); special session on Computational Graph Theory for Computer and Communication Systems, Phoenix, AZ.

331. E. Bozorgzadeh, S. Ogrenci-Memik, R. Kastner and M. Sarrafzadeh, "Pattern Selection in Programmable Systems," Poster Presentation at the International Symposium of Field Programmable Gate Arrays (FPGA) Monterey, CA, February 2002.

332. X. Yang, B.K. Choi and M. Sarrafzadeh, "Routability Driven White Space Allocation for Fixed-die Standard-cell Placement," ISPD 2002, San Diego, CA, April 2002, pp. 42-47.

333. S. Ogrenci-Memik, A. Srivatsava, E. Kursun and M. Sarrafzadeh, "Alogrithmic Aspects of Uncertainty Driven Scheduling," Proceedings of the IEEE International Symposium

43

Exhibit 2
Page 76

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 78 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-60   Filed 08/24/20   Page 45 of 65   Page ID
#:10,162

on Circuits and Systems (ISCAS) Scottsdale, AZ, May 2002.

334. A. Srivastava, J. Sobaje, M. Potkonjak and M. Sarrafzadeh, "Optimal Node Scheduling for Effective Energy Usage in Sensor Networks," Proceedings of the IEEE Workshop on Integrated Management of Power Aware Communications, Computing and Networking, May 2002.

335. R. Kastner, C. Hsieh, M. Potkonjak and M. Sarrafzadeh, "On the Sensitivity of Incremental Algorithms for Combinatorial Auctions," UCLA Computer Science Department Technical Report 020000, January 2002, Proceedings of the IEEE International Workshop on Advanced Issues of E-Commerce & Web-Based Information Systems (WECWIS) June 2002.

336. E. Bozorgzadeh, S. Ogrenci-Memik, R. Kastner and M. Sarrafzadeh, "Pattern Selection: Customized Block Allocation for Domain-Specific Programmable Systems," Proceedings of the International Conference on Engineering of Reconfigurable Systems and Algorithms (ERSA) June 2002.

337. E. Bozorgzadeh, S. Ogrenci-Memik, R. Kastner and M. Sarrafzadeh, "Customized Block Allocation for Domain-Specific Programmable Systems," Poster presentation at the 2002 International Conference on Engineering of Reconfigurable Systems and Algorithms (ERSA) Las Vegas, NV, June 24-27, 2002.

338. A. Srivatsava and M. Sarrafzadeh, "Predictability Driven Binding," Proceedings of the IEEE/ACM International Workshop on Logic & Synthesis (IWLS), New Orleans, LA, June 4-7, 2002.

339. E. Kursun, A. Srivastava, S. Ogrenci-Memik and M. Sarrafzadeh, "Early Evaluation Techniques for Low Power Binding," Proceedings of the ISLPED'02: ACM/IEEE International Symposium on Low Power Electronics and Design (ISLPED) Monterey, CA, August 2002.

340. C. Chen, C. Kang, and M. Sarrafzadeh, "Activity-Sensitive Clock Tree Construction for Low Power," Poster presentation at the ISLPED'02: ACM/IEEE International Symposium on Low Power Electronics and Design, Monterey, CA, August 2002.

341. Yang, B.K. Choi and M. Sarrafzadeh, "Standard-Cell Placement Tool for Designs with High Row Utilization," Proceedings of the International Conference on Computer Design (ICCD) Freiburg, Germany, September 16-18, 2002.

342. P. Brisk, A. Kaplan, R. Kastner, and M. Sarrafzadeh, "Instruction Generation and Regularity Extraction for Reconfigurable Processors," Proceedings of the International Conference on Compilers, Architecture and Synthesis for Embedded Systems (CASES) Grenoble, France, October 8-11, 2002.

343. S. Ghiassi, K. Nguyen, and M. Sarrafzadeh, "A General Framework for Tracking Objects in a Multi-Camera Environment," Proceedings of the Third International Workshop on Digital and Computational Video (DCV '02) Florida, November 2002, pp. 200-204.

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 79 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-1   Filed 08/24/20   Page 46 of 65   Page ID
#:10069

344. A. Srivastava and M. Sarrafzadeh, "Predictability: Definition Analysis and Optimization," Proceedings of the IEEE/ACM International Conference on Computer Aided Design (ICCAD) November 2002.

345. X. Yang, B.K. Choi and M. Sarrafzadeh, "Timing-Driven Placement using Design Hierarchy Guided Constraint Generation," Proceedings of the International Conference on Computer-Aided Design (ICCAD) November 2002.

346. R. Jafari, H. Fan and M. Sarrafzadeh, "A Programmable System with Quick Reconfiguration," Proceedings of DesignCon, San Jose, CA, January 2003.

347. S. Ghiasi and M. Sarrafzadeh, "Optimal Reconfiguration Sequence Management," Proceedings of the Asia South Pacific Design Automation Conference (ASPDAC) January 2003, pp. 359-365.

348. Kaplan, M. Sarrafzadeh and R. Kastner, "High-Level Data Communication Optimization for Reconfigurable Systems," Proceedings of the Workshop on Software Support for Reconfigurable Systems (SSRS), in conjunction with the International Symposium on High-Performance Computer Architecture (HPCA) February 2003.

349. S. Ghiasi, K. Nguyen, E. Bozorgzadeh and M. Sarrafzadeh, "On Computation and Resource Management in an FPGA-based Computing Environment," A poster at the International Symposium on Field-Programmable Gate Arrays (FPGA) February 2003, page 243.

350. S. Kumar, S. Ghiasi, M. Srivastava, "Dynamic Adaptation of Networked Reconfigurable Systems," Proceedings of the Workshop on Software Support for Reconfigurable Systems (SSRS) February 2003.

351. S. Ghiasi, H. J. Moon and M. Sarrafzadeh, "Collaborative and Reconfigurable Object Tracking," Proceedings of the International Conference on Engineering of Reconfigurable Systems and Algorithms (ERSA) Las Vegas, NV, June 2003, pp.13-20.

352. R. Jafari, He. Fan and M. Sarrafzadeh, "Micro-Sequencer Approach Speeds Reconfiguration," COTS Journal, June 2003.

353. Kaplan, P. Brisk, and R. Kastner, "Data Communication Estimation and Reduction for Reconfigurable Systems," Proceedings of the 40th Design Automation Conference (DAC) June 2003.

354. E. Bozorgzadeh, S. Ghiasi, A. Takahashi and M. Sarrafzadeh, "Optimal Integer Delay Budgeting on Directed Acyclic Graphs," Proceedings of the ACM/IEEE Design Automation Conference (DAC) June 2003, Anaheim, CA, pp. 920-925.

355. B.K. Choi. H. Xu, and M. Sarrafzadeh, "Flow-Based Cell Moving Algorithm for Desired Cell Distribution," Proceedings of the International Conference on Computer Aided Design (ICCAD) 2003.

356. S. Ghiasi, H. J. Moon and M. Sarrafzadeh, "Improving Performance and Quality through Hardware Reconfiguration: Potentials and Adaptive Object Tracking Case Study,"

45

Exhibit 2
Page 78

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 80 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-2   Filed 08/24/20   Page 47 of 65   Page ID
#:10570

Proceedings of the Workshop on Embedded Systems for Real-Time Multimedia
(ESTIMedia) Newport Beach, CA, October 2003, pp. 149-155.

357. Srivastava, S. Ogrenci-Memik, B.K. Choi and M. Sarrafzadeh, "Achieving Design
Closure Through Delay Relaxation Parameter," Proceedings of the IEEE/ACM
International Conference on Computer Aided Design (ICCAD) San Jose, CA, November
2003.

358. S. Ghiasi, E. Bozorgzadeh, K. Nguyen and M. Sarrafzadeh, "On Computation and
Resource Management in Networked Embedded Systems," Proceedings of the
International Conference on Parallel and Distributed Computing and Systems, Marina
Del Rey, CA, November 2003, pp. 445-451.

359. S. Ghiasi, K. Nguyen and M. Sarrafzadeh, "Profiling Accuracy Latency Characteristics
of Collaborative Object Tracking Applications," Proceedings of the International
Conference on Parallel and Distributed Computing and Systems, Marina Del Rey, CA,
November 2003, pp. 694-701.

360. P. Brisk, A. Kaplan and M. Sarrafzadeh, "Parallel Analysis of the Rijndael Block
Cipher," Proceedings of the International Conference on Parallel and Distributed
Computing and Systems (IASTED-PDCS) Marina Del Rey, CA, November 3-5, 2003.

361. A. Nahapetian, S. Ghiasi and M. Sarrafzadeh, "Task Scheduling on Heterogeneous
Resources with Heterogeneous Reconfiguration Costs," Proceedings of the Parallel and
Distributed Computing and Systems (PDCS): Special Session on Synthesis for
Programmable System, November 2003, pp. 916-921.

362. C. Chen, et al., "Reconfigurable Fabric: An Enabling Technology for Pervasive Medical
Monitoring," Proceedings of the Communication Networks and Distributed Systems
Modeling and Simulation Conference (CNDS) San Diego, CA, January 2004.

363. F.C. Chen, F. Dabiri, R. Jafari, E. Kursun, V. Raghunathan, T. Schoellhammer, D.
Sievers, D. Estrin, G. Reinman, M. Sarrafzadeh, M. Srivastava, B. Wu and Y. Yang,
"Reconfigurable Fabric: An Enabling Technology for Pervasive Medical Monitoring,"
Proceedings of the Communication Networks and Distributed Systems Modeling and
Simulation Conference (NDS) San Diego, CA, January 18-24 2004.

364. P. Brisk and M. Sarrafzadeh, "Framework and Design Methodology for a Compiler that
Compresses Code Using Echo Instructions," Proceedings of the 2nd Workshop on
Optimization for DSP and Embedded Systems (ODES-2) March 2004.

365. P. Brisk and M. Sarrafzadeh, "Framework and Design Methodology of a Compiler that
Compresses Code using Echo Instructions," ODES-2: Proceedings of the 2nd Workshop
on Optimizations for DSP and Embedded Systems, The Sheraton Hotel and Conference
Center, Palo Alto, CA, March 21, 2004.

366. S. Ghiasi, E. Kursun and M. Sarrafzadeh, "Transistor Level Budgeting for Power
Optimization," Proceedings of the International Symposium on Quality Electronic
Design (ISQED) 2004, San Jose, CA, pp. 116-121.

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 81 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 14-63   Filed 08/24/20   Page 48 of 65   Page ID
#:1070

367. T. Taghavai, S. Ghiasi, A. Ranjan, S. Rafie and M. Sarrafzadeh, "Innovate or Perish: FPGA Physical Design," International Symposium on Physical Design (ISPD) Phoenix, AZ, April 2004, pp. 148-155.

368. Chiang, B.K. Choi and M. Sarrafzadeh, "Routing Resources Consumption on M-arch and X-arch," Proceedings of the International Symposium on Circuits and Systems (ISCAS) Vancouver, Canada, May 23-26, 2004.

369. P. Brisk and M. Sarrafzadeh, "Framework and Design Methodology for a Compiler that Compresses Code Using Echo Instructions," Proceedings of the Southern California Workshop on Parallel and Distributed Processing and Architecture, May 2004.

370. P. Brisk, A. Kaplan and M. Sarrafzadeh, "Area Efficient Instruction Set Synthesis for Reconfigurable System-on-Chip Designs," Proceedings of the 41st Design Automation Conference (DAC) June 7-11, 2004, pp. 395-400.

371. E. Bozorgzadeh, S. Ghiassi, A. Takahashi and M. Sarrafzadeh, "Incremental Timing Budget Management in Programmable Systems," Proceedings of the International Conference on Embedded and Reconfigurable Systems and Architecture, July 2004.

372. P. Brisk, A. Nahapetian and M. Sarrafzadeh, "Instruction Selection for Compilers that Target Architectures with Echo Instructions," Proceedings of the 8th International Workshop on Software and Compilers for Embedded Systems (SCOPES) September 2004.

373. R. Jafari, F. Dabiri and M. Sarrafzadeh, "Reconfigurable Fabric Vest for Fatal Heart Disease Prevention," Proceedings of the 3rd International Workshop on Ubiquitous Computing for Pervasive Healthcare Applications in conjunction with UbiComp'04 (UbiHealth) Nottingham, UK, September 2004.

374. S. Ghiasi, E. Bozorgzadeh, S. Choudhury and M. Sarrafzadeh, "A Unified Theory for Timing Budget Management," Proceedings of the ACM/IEEE International Conference on Computer-Aided Design (ICCAD) November 2004, pp. 653-659.

375. T. Taghavi, X. Yang, BK Choi, M. Wang and M. Sarrafzadeh, "Dragon 2005: Large Scale Mixed-Sized Placement Tool," Proceedings of the International Symposium on Physical Design (ISPD) Placement Design Contest 2005.

376. R. Kastner, P. Brisk, A. Kaplan, F. Brewer and M. Sarrafzadeh, "Physically Aware Data Communication Optimization for Hardware Synthesis," Proceedings of the International Workshop on Logic and Synthesis (IWLS 2005).

377. R. Jafari, F. Dabiri, P. Brisk and M. Sarrafzadeh, "Adaptive and Fault Tolerant Medical Vest for Life-Critical Medical Monitoring," Proceedings of the 20th ACM Symposium on Applied Computing (SAC) Santa Fe, NM, March 13-17, 2005.

378. R. Jafari, F. Dabiri, B.K. Choi and M. Sarrafzadeh, "Efficient Placement and Routing in Grid-Based Networks," Poster presentation at the 20th ACM Symposium on Applied Computing (SAC) Santa Fe, NM, March 2005.

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 82 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-4   Filed 08/24/20   Page 49 of 65   Page ID
#:10172

379. P. Brisk, J. Macbeth, F. Dabiri and M. Sarrafzadeh, "Polynomial-Time Graph Coloring Register Allocation," Proceedings of the International Workshop on Logic and Synthesis (IWLS 2005).

380. P. Brisk, J. Macbeth, A. Nahapetian and M. Sarrafzadeh, "A Dictionary Construction Technique for Code Compression Systems with Echo Instructions," Proceedings of the Conference on Languages Compilers and Tools for Embedded Systems (LCTES) 2005.

381. R. Jafari, S. Ogrenci-Memik and M. Sarrafzadeh, "Quick Reconfiguration in Clustered Micro-Sequencer," Proceedings of the 12th Reconfigurable Architectures Workshop (RAW) in conjunction with the International Computer Performance and Dependability Symposium (IPDS) Denver, CO, April 4-5,2005.

382. R. Jafari, F. Dabiri, P. Brisk and M. Sarrafzadeh "CustoMed: A Power Optimized Customizable and Mobile Medical Monitoring and Analysis System," Proceedings of the ACM HCI Challenges in Health Assessment Workshop in conjunction with Computer Human Interaction (CHI) Portland, OR, April 2005.

383. R. Kastner, W. Gong, X. Hao, F. Brewer, A. Kaplan, P. Brisk and M. Sarrafzadeh, "Physically Aware Data Communication Optimization for Hardware Synthesis," Proceedings of the International Workshop on Logic and Synthesis (IWLS) June 2005.

384. R. Jafari, A. Encarnacao, A. Zahoory, F. Dabiri, H. Noshadi and M. Sarrafzadeh, "Wireless Sensor Networks For Health Monitoring," Proceedings of the Second ACM/IEEE International Conference on Mobile and Ubiquitous Systems (Accepted as a Short Paper) San Diego, CA, July 2005.

385. R. Jafari, F. Dabiri and M. Sarrafzadeh, "An Efficient Placement and Routing Technique for Fault-tolerant Distributed Embedded Computing," Proceedings of the 11th IEEE International Conference on Embedded and Real-Time Computing Systems and Applications, Hong Kong, China, August 2005.

386. Ryan Kastner, Wenrui Gong§, Xin Hao§, Forrest Brewer§, Adam Kaplan†, Philip Brisk† and Majid Sarrafzadeh, "Layout Driven Data Communication Optimization for High-level Synthesis", DATE 2006.

387. Ani Nahapetian, Foad Dabiri, Majid Sarrafzadeh, "Energy Minimization and Reliability for Wearable Medical Applications" International Conference on Parallel Processing (ICPP), August 2006.

388. Gao, Tia. Tammara Massey, Will Bishop, Daniel Bernstein, Leo Selavo, Alex Alm, David White, and Majid Sarrafzadeh. "Integration of Triage and Biomedical Devices for Continuous, Real-Time, Automated Patient Monitoring". 3rd IEEE-EMBS International Summer School and Symposium on Medical Devices and Biosensors (ISSS-MDBS 2006). Boston, MA. September 2006.

389. Gao, Tia. Tammara Massey, "An Integrated, Wireless Triage System and Biomedical Devices for Continuous, Real-Time, Automated Patient Monitoring". 3rd IEEE-EMBS International Summer School and Symposium on Medical Devices and Biosensors (ISSS-MDBS 2006). Boston, MA. September 2006.

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 83 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document #:14465   Filed 08/24/20   Page 50 of 65   Page ID
#:10173

390. Taraneh Taghavi and Majid Sarrafzadeh, "Blockage Oriented Placement,"IEEE Electronic. Design rocess Workshop, 2006.

391. Ryan Kastner, Wenrui Gong, Adam Kaplan, Philip Brisk, Majid Sarrafzadeh, Xin Hao, and Forrester Brewer, "*Layout Driven Data Communication Optimization for High Level Synthesis"*,/Design, Automation and Test in Europe Conference (DATE),/March 2006.

392. Philip Brisk, Foad Dabiri, Jamie Macbeth, and Majid Sarrafzadeh. "Polynomial Time Graph Coloring Register Allocation," 14th International Workshop on Logic and Synthesis.

393. Taraneh Taghavi, Xiaojian Yang, BK Choi, Maogang Wang, and Majid Sarrafzadeh, "Dragon2006: Blockage-Aware Congestion-Controlling Mixed-Sized Placer," in Proc. of International Symposium on Physical Design (ISPD), 2006.

394. Taraneh Taghavi, Soheil Ghiasi, and Majid Sarrafzadeh, Routhing Algorithms: Architecture Driven Rerouthing Enhancement for FPGAs," in Proc. International Symposium on Circuits and Systems (ISCAS), 2006.

395. Tammara Massey, Tia Gao, Matt Welsh, Jonathan Sharp, and Majid Sarrafzadeh. "The Design of a Decentralized Electronic Triage System." American Medical Informatics Association (AMIA). Washington, DC, November 2006.

396. Majid Sarrafzadeh, Foad Dabiri, Roozbeh Jafari, Tammara Massey, and Ani Nahapetan. "Low Power Light-Weight Embedded Systems." International Symposium on Low Power Electronics and Design (ISLPED), Tegernsee, Germany, October 2006.

397. Foad Dairi, Ani Nahapetan, and Majid Sarrafzadeh. "General Delay Budgeting on Directed Acyclic Graphs with Applications in CAD." Electronic Notes in Discrete Mathematics 27, pp. 95-96, 2006, Short Communication.

398. Roozbeh Jafari, Hyduke Noshadi, Soheil Ghiasi, Majid Sarrafzadeh, "Adaptive Medical Feature Extraction for Resource Constrained Distributed Embedded Systems." The first IEEE International Workshop on Pervasive and Ubiquitous Health Care (UbiCare) in conjunction with PerCom, March 2006, Pisa, Italy.

399. Roozbeh Jafari, Devin L. Jindrich, V. Reggie Edgerton, Majid Sarrafzadeh, "CMAS: Clinical Movement Assessment System for Neuromotor Disorders," IEEE Biomedical Circuits and Systems Conference (BioCAS), November-December 2006, London, UK.

400. Philip Brisk, Majid Sarrafzadeh, "Interference Graphs for Procedures in Static Single Information Form are Interval Graphs." SCOPES 2007, Acropolis, Nice, France. April, 2007.

401. **Tutorial**, "Medical Embedded Systems," IESS 2007 Conference, Irvine, CA May 29 – June 1, 2007.

402. Taraneh Taghavi and Majid Sarrafzadeh, "Heirarchical Concurrent Congestion and

49

Exhibit 2
Page 82

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 84 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-5   Filed 08/24/20   Page 51 of 65   Page ID
#:10874

Wirelength Estimation in the Presence of IP Blocks," IEEE Computer Society Annual Symposium on VLSI 2007. Porto Alegre, Brazil, May 2007.

403. Roozbeh Jafari, V. Reggie Edgerton and Majid Sarrafzadeh, "Reliability in Light-weight Medical Monitoring Platforms," BSN2007 – Body Sensing Networks 4th International Workshop on Wearable and Implantable Body Sensor Networks. Aachen, Germany, March 26 – 28, 2007.

404. C.K. Lin, David Jea, Foad Dabiri, Tammara Massey, Robert Tan, Majid Sarrafzadeh, Mani Srivastava, Peter Schulam, Jacob Schmidt, "The Development of an In-vivo Active Pressure Monitoring System," BSN2007 – Body Sensing Networks 4th International Workshop on Wearable and Implantable Body Sensor Networks. Aachen, Germany, March 26 – 28, 2007.

405. Ani Nahapetian, Paolo Lombardi, Andrea Acquaviva, Luca Benini, Majid Sarrafzadeh, "Dynamic Reconfiguration in Sensor Networks with Regenerative Energy Sources," Design Automation and Test Europe (DATE), April 2007.

406. Foad Dabiri, Roozbeh Jafari, Ani Nahapetian, Majid Sarrafzadeh, "A Unified Optimal Voltage Selection Methodology for Low-power Systems," International Symposium on Quality Electronic Design (ISQED), March 2007.

407. Taraneh Taghavi, Ani Nahapetian, Majid Sarrafzadeh, "System Level Estimation of Interconnect Length in the Presence of IP Blocks," International Symposium on Quality Electronic Design (ISQED), March 2007.

408. Taraneh Taghavi, Foad Dabiri, Ani Nahapetian, Majid Sarrafzadeh, "Congestion Prediction," Workshop on System Level Interconnect Prediction (SLIP), March 2007.

409. S. Nakatake, Z. Karimi, T. Taghavi, and M. Sarrafzadeh, "Block Placement to Ensure Channel Routability" to appear in ACM Great Lakes Symposium on VLSI (GLSVLSI), 2007.

410. Philip Brisk and Majid Sarrafzadeh, "Static Single Assignment Form and the Dominance Relation"  IWLS'07

411. Philip Brisk and Majid Sarrafzadeh , "Multiplexer Optimization for High-Level Synthesis of Static Single Assignment Form Programs",   IWLS'07

412. Tammara Masey et al, "Towards Reconfigurable Embedded Medical Systems" Joint Workshop On High Confidence Medical Devices, Software, and Systems (HCMDSS) and Medical Device Plug-and-Play (MD PnP) Interoperability, June 25-27, 2007 Boston, MA

413. Winston Wu, "A novel method and testbed for sensor management and patient diagnosis" Joint Workshop On High Confidence Medical Devices, Software, and Systems (HCMDSS) and Medical Device Plug-and-Play (MD PnP) Interoperability, June 25-27, 2007 Boston, MA

414. Foad Dabiri, Ani Nahapetian, Miodrag Potkonjak, Majid Sarrafzadeh , "Soft Error-

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 85 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 14-27   Filed 08/24/20   Page 52 of 65   Page ID
#:2075

Aware Power Optimization using Gate Sizing, Workshop on Power and Timing
Modeling, Optimization and Simulation (PATMOS), September 2007

415. Ani Nahapetian, Sabah Chaudhry, Foad Dabiri, Tammara Massey, Hyduke Noshadi,
Majid Sarrafzadeh, "Wireless Body Sensor Enhanced Tracking for Extended In-Home
Care" Workshop on Wireless Sensor Networks for Health Care (WSNHC), June 2007.

416. (**Best Paper Award**).W.H. Wu, L.K. Au, B. Jordan, T. Stathopoulos, M.A. Batalin,
W.J. Kaiser, A. Vahdatpour, M. Sarrafzadeh, M. Fang and J. Chodosh, The SmartCane
System: An Assistive Device for Geriatrics, Third International Conference on Body
Area Networks (BodyNets 2008), March 13-17, 2008.

417. Daeki Cho, S. Lee, Alexander Chang, Tammara Massey, C. Chang, M. Tsai, Majid
Sarrafzadeh, Mario Gerla. Opportunistic Medical Monitoring using Bluetooth P2P
Networks.  The 2nd International Workshop on Autonomic and Opportunistic
Communications (AOC 2008) in conjunction with IEEE Symposium on a World of
Wireless, Mobile and Multimedia Networks (WoWMoM 2008).  Newport Beach,
California.  June 2008.

418.  Maryam Moazeni, Alireza Vahdatpour, Karthik Gururag, Majid Sarrafzadeh,
**"Communication Bottleneck in Hardware Software Partitioning",** In the proceedings of
Sixteenth ACM/SIGDA International Symposium on Field-Programmable Gate Arrays
(FPGA) 2008, Monterey, California

419. Tammara Massey, Rahul Kapur, Foad Dabiri, Linh Nam Vu, and Majid Sarrafzadeh.
"Localization Using Low Resolution Optical Sensors", The 4th IEEE International
Conference on Mobile Ad-Hoc and Sensor Systems (MASS 2007). Pisa, Italy. October
2007.

420. Foad Dabiri, Navid Amini, Mahsan Rofoui and Majid Sarrafzadeh,"Reliability-Aware
Optimization for DVS-Enabled Real-Time Embedded Systems", to appear in
Proceedings of 9th International Symposium on Quality Electronic Design (ISQED),
San Jose CA, March 2008.

421. Foad Dabiri, Alireza Vahdatpour, Hyduke oshadi, Hagop Hagopinan, Majid
Sarrafzadeh, "Ubiquitous Personal Assistive System for Neuropathy",The 2nd
International Workshop on Systems and Networking Support for Healthcare and
Assisted Living nvironments.Breckenridge, Colorado. June 2008.

422. Foad Dabiri, Alireza Vahdatpour, Hyduke Noshadi, Majid Sarrafzadeh, "Constant
Approximation Algorithm for MST in Resource Constrained Wireless Sensor
Networks", 17th IEEE International Conference on Computer Communications and
Networks, St. Thomas U.S. Virgin Islands, August 2008.

423. Hyduke Noshadi, Eugenio Giordano, Hagop Hagopian, Giovani Pau, Mario Gerla and
Majid Sarrafzadeh "Remote Medical Monitoring Through Vehicular Ad Hoc Network,"
2nd IEEE International Symposium on Wireless Vehicular Communicatons
(WiVeC'2008)

424. Foad Dabiri, Alireza Vahdatpour, Hyduke Noshadi, Hagop Hagopian, Majid

51

Exhibit 2
Page 84

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 86 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 114-3   Filed 08/24/20   Page 53 of 65   Page ID
#:14463
#:10176

Sarrafzadeh, "Electronic Orthotics Shoe Preventing Ulceration in Diabetic Patients",
International Conference of the IEEE Engineering in Medicine and Biology Society to
be held in Vancouver, British Columbia, Canada, 20th - 24th August, 2008.

425.  (**Best Paper Award**).Foad Dabiri, Alireza Vahdatpour, Hyduke Noshadi, Hagop
Hagopian, Majid Sarrafzadeh, "Ubiquitous Personal Assistive System for Neuropathy"
The 2nd ACM International Workshop on Systems and Networking Support for
Healthcare and Assisted Living Environments (HelathNet 2008)

426.  Alireza Vahdatpour, Foad Dabiri, Maryam Moazeni, Majid Sarrafzadeh, Theoretical
Bound and Practical Analysis of Minimum Connected Dominating Set in Ad Hoc and
Sensor Networks", DISC, the International Symposium on DIStributed Computing,
September 22-24, 2008, Arcachon, France.

427.  Jamie McBeth and Majid Sarrafzadeh, "Scalable Medium Access Control for In-
Network Data Aggregation", DialM-POMC Workshop on Foundations of Mobile
Computing, Toronto, Canada on August 22nd, 2008.

428.  Mahsan Rofouei, Maryam Moazeni, Majid Sarrafzadeh, "Fast GPU-based Space-Time
Correlation for Activity Recognition in Video Sequences, proceedings of  ESTIMedia
2008, Atlanta on October 23-24, 2008.

429.  Amini, N., Matthews, J., Dabiri, F., Vahdatpor, A., Noshadi, H., Sarrafzadeh, M.,"A
WIRELESS EMBEDDED DEVICE FOR PERSONALIZED ULTRAVIOLET
MONITORING", BioDevices 2009 (International Conference on Biomedical Electronic
and Devices), January 14-17, Porto, Portugal.

430.  Mahsan Rofouei ,Thanos Stathopoulos ,Sebi Ryffel ,William Kaiser ,Majid Sarrafzadeh,
"Energy-Aware High Performance Computing with Graphic Processing Units", Hot
Power (Workshop on Power Aware Computing and Systems)  San Diego, CA,
December 7, 2008.

431.  Noshadi, H., Ahmadian, S., Dabiri, F., Nahapetain, A.n Stathopoulos, T., Batalin, M.,
Kaiser, W., Sarrafzadeh, M.,  "Smart Shoe for Balance Fall Risk Assessment and
Applications in Wireless Health" the 2008 Microsoft eScience Workshop, December 7-
11, Indianapolis, IN.

432.  F. Dabiri, A. Vahdatpour, M. Potkonjak, and M. Sarrafzadeh, "Energy Minimization for
Real-Time Systems with Non-Convex and Discrete Operation Modes", DATE 2009,
April 20-24, Nice, France.

433.  Z. Karimi and M. Sarrafzadeh, "Power Aware Placement for FPGAs with Dual
SupplyVoltages", ISQED, March 16-18 2009, San Jose, CA.

434.  Vahdatpour, A., Sarrafzadeh, M., "Towards Unsupervised Activity Monitoring", At the
21st International Joint Conference on Artificial Intelligence (IJCAI-09), Pasadena, CA,
(July 2009)

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 87 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 14269   Filed 08/24/20   Page 54 of 65   Page ID
#:10177

435. Amini, N., Sarrafzadeh, M., "The design of a wireless portable device for personalized ultraviolet monitoring", Biosensing II Conference, part of the SPIE Symposium on SPIE NanoScience + Engineering, (August 2009)

436. Woodbridge, J., Nahapetian, A., Noshadi, H., Sarrafzadeh, M., Kaiser, W., "Wireless Health and the Smart Phone Conundrum", HCMDSS/MD PnP, San Francisco,CA, (April 2009)

437. Suh, M., Rofouei, M., Nahapetian, A., Sarrafzadeh, M., "Optimizing Interval Training Protocols Using Data Mining Decision Trees", Body sensor networks (BSN), BerKeley, CA, (June 2009)

438. Moazeni, M., Sarrafzadeh, M., "Accelerating Total Variation Regularization for Matrix-Valued Images on GPUs", ACM Computing Frontiers 2009, Ischia, Italy, (May 2009)

439. Moazeni, M., Sarrafzadeh, M.,, "Performance Study of a Memory Optimization Technique for Software-Managed Scratchpad Memory in GPUs", IEEE Symposium on Application Specific Processors, (2009)

440. Lan, M., Rofouei, M., Sarrafzadeh, M., Soatto, S., "SmartLDWS: A Robust and Scalable Lane Departure Warning System for the Smartphones", 12th International IEEE Conference on Intelligent Transportation Systems (ITSC2009), St. Louis, MO , USA, (October 2009)

441. Dorman, K., Yahyanejad, M., Nahapetian, A., Suh, M.K., Sarrafzadeh, M., McCarthy, W., Kaiser, W., "Nutrition Monitor: A Food Purchase and Consumption Monitoring Mobile System", MobiCASE 2009, San Diego, CA USA, (October 2009)

442. Amini, N.,Vahdatpour, A., Dabiri, F., Noshadi, H., Sarrafzadeh, M., "Joint Consideration of Energy-Efficiency and Coverage-Preservation in Microsensor Networks", Journal of Wireless Communications and Mobile Computing, (October 2009)

443. Macbeth, J., Sarrafzadeh, M., "Link Scheduling for Scalable Data Aggregation", The 18th International Conference on Computer Communications and Networks (ICCCN 2009), San Francisco, CA USA, (August 2009)

444. Macbeth, J., Sarrafzadeh, M.,, "Press the Cancel Button! A Performance Evaluation of Scalable In-Network Data Aggregation", 2009 International Conference on Mobile, Wireless and Optical Communication (MWOC 2009)

445. Suh, M.K., Lee, K., Heu, A., Nahapetian, A., Sarrafzadeh, M., "Bayesian Networks-Based Interval Training Guidance System for Cancer Rehabilitation", MobiCASE 2009, San Diego, CA, (October 2009) **Best Paper Award**

446. Hsiao, M., Amini, N., Sarrafzadeh, M., "A Wireless Home Automation System for Childhood Obesity Prevention", BioDevices 2010, Valencia, Spain, (January 2010)

447. Matthews, J., Kulkarni, R., Whitesides, G., Gerla, M., Sarrafzadeh, M., Massey, T., "A Lightweight Solution for Real-Time Dengue Detection Using Mobile Phones",

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 88 of 170   Page ID
#:10178
Case 8:20-cv-00048-JVS-JDE   Document 144-70   Filed 08/24/20   Page 55 of 65   Page ID
#:10178

International Conference on Mobile computing Applications and Services (MobiCase 2009), San Diego, CA USA, (October 2009)

448.   Vahdatpour, A., Sarrafzadeh, M.,, "Unsupervised Discovery of Abnormal Activity Occurrences in Multi-Dimensional Time Series, with Applications in Wearable Systems", 2010 SIAM International Conference on Data Mining (SDM2010), Colombus, Ohio USA, (April 2010)

449.   Woodbridge, J., Lan, M., Pau, G., Gerla, M., Sarrafzadeh, M., "Hero: Hybrid Emergency Route-Opening Protocol", Pervasive Computing and Communications Workshops (PERCOM Workshops), 2010 8th IEEE International Conference on, Mannheim, Germany, 364-369 (March 2010)

450.   Nahapetian, A., Noshadi, H.,Woodbridge, J., Sarrafzadeh, M., "HIP: Health integration platform", PerHealth 2010: The First IEEE PerCom Workshop on Pervasive Healthcare, 340-345 (March 2010)

451.   Macbeth, J., Sarrafzadeh, M., "Shrinking Symbolic Regression Over Medical and Physiological Signals", Signal Processing Systems (ICSPS), 2010 2nd International Conference on, Dalian, (July 2010)

452.   Suh, M., Evangelista, L., Chen, V., Hong, W., Macbeth, J., Nahapetian, A., Figueras, F., Sarrafzadeh, M., "WANDA B.: Weight and activity with blood pressure monitoring system for heart failure patients", World of Wireless Mobile and Multimedia Networks (WoWMoM), 2010 IEEE International Symposium on a, Montreal, QC, Canada, (June 2010)

453.   Rafouie, M., Sarrafzadeh, M., W, X., "Computing With Uncertainty in a Smart Textile Surface for Object Recognition", 2010 IEEE International Conference on Multisensor Fusion & Integration, Salt Lake City, UT USA, (September 2010)

454.   Rafouie, M., Sarrafzadeh, M., Farella, E., Brunelli, D., Benini, L., "Battery-Aware Power Management Techniques for Wearable Haptic Nodes", BodyNets 2010 The Fifth International Conference on Body Area Networks, Corfu Island, Greece

455.   Mortazavi, B., Hagopian, H., Woodbridge, J., Yadegar, B., Sarrafzadeh, M., "A Wireless Body-Wearable Sensor System for Designing Physically Interactive Video Games", BioAmBIS 2010, Rome, Italy.

456.   Noshadi, H., Dabiri, F., Sarrafzadeh, M., Meguerdichian, S., Potkonjak, M., "Energy Optimization in Wireless Medical Systems Using Physiological Behavior", Wireless Health 2010, La Jolla, San Diego USA, (October 2010)

457.   Suh, M., Evangelista, L., Chen, C., Han, K., Kang, J., Tu, M., Chen, V., Nahapetian, A., Sarrafzadeh, M., "An Automated Vital Sign Monitoring System for Congestive Heart Failure Patients", 1st ACM International Health Informatics Symposium, (November 2010)

458.   Gad, P., Woodbridge, J., Lavrov, I., Gerasimenko, Y., Zhong, V., Roy, R., Sarrafzadeh, M., Edgerton, V.R., "Development of an Electronic Spinal Bridge Between the

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 89 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 142-1   Filed 08/24/20   Page 56 of 65   Page ID
#:10379

Forelimbs & Hindlimbs to Facilitate Quadrupedal Stepping After a Complete Spinal Cord Transection", Neurosience 2010, (November 2010)

459. Noshadi, H., Sarrafzadeh, M., Dabiri, F., "Quantification of Medical Conditions Through Irregularities in Human Locomotion", BioAmBIS 2010, (December 2010)

460. Vahdatpour,A., Amini,N., Sarrafzadeh,M., "Body Device Localization for Health and Medical Monitoring Applications", Ninth Annual IEEE International Conference on Pervasive Computing and Communications, Seattle, USA, (March 2011)

461. Bates-Jensen, B.M., MCCreath, H.E., Mehrnia, A., Sun, L., Wang, F., Lam, L., Patlan, A., Walker, M., Sarrafzadeh, M., Kaiser, W.J., "Development and Safety Testing of the SEM Scanner for Detecting Early Pressure Ulcers", 21st Annual Meeting of the Wound Healing Society with SAWC 2011, Dallas, Texas, (04/14/2011)

462. Xu, W., Li, Z., Hunag, M., Amini, A., Sarrafzadeh, M., "eCushion: An eTextile Device for Sitting Posture Monitoring", Body Sensor Networks 2011, Dallas, (05/23/2011)

463. Rofouei, M., Sinclair, M., Bittner, R., Blank, T., Saw, N., Herron, J., Dejean, G., "A Non-invasive Wearable Neck-cuff System for Real-time Sleep Monitoring", Body Sensor Networks 2011, Dallas, (05/23/2011)

464. Xu, W., Gong, F., He, L., Sarrafzadeh, M., "Compressed Sensing Based EEG Analysis for Fall Prevention", HCMSS/MDPnP, Chicago, USA, (04/11/2011)

465. Rofouei, M., Sarrafzadeh, M., Potkonjak, M., "Energy Efficient Collaborative Sensing-based Soft Keyboard", ISLPED-International Symposium on Low Power Electronics and Design (Eds.), Fukuoka, Japan, (08/01/2011)

466. Woodbridge, J., Bui, A., Lan, M., Sarrafzadeh, M., "Salient Segmentation of Medical Time Series Signals", 2011 IEEE International Conference on Healthcare Informatics, Imaging and Systems Biology (HISB), San Jose, CA, (07/27/2011)

467. Sarrafzadeh, M., Moazeni, M., Bui, A., "Dynamic Programming on a Data-Parallel Many-core Architecture", 2011 Symposium on Application Accelerators in High-Performance Computing (SAAHPC 2011), Knoxville, Tennessee, USA, (07/19/2011)

468. Sarrafzadeh, M., Suh, M., Woodbridge, J., Bui, A., Evangelista, L., "Missing Data Imputation for Remote CHF Patient Monitoring Systems", 33rd Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC'11), Boston, MA, USA, (08/30/2011)

469. Wang, F., Mehrnia, A., Kaiser, W., Jafari, R., Lach, J., Lam, Y., Bates-Jensen, B., Sarrafzadeh, M., "A Wireless Biomedical Handheld Instrument for Evidence-Based Detection of Pressure Ulcers", Wireless Health 2011 Academic/Industry conference, San Diego, CA, (10/10/2011)  **"Demo Paper"**

470. Lee, S., ling, C., Sarrafzadeh, M., "A Framework for Data Quality Estimation of On-Body Cardiac Sensor Networks", 9th Annual IEEE Consumer Communications and Networking Conference(CCNC), Las Vegas, USA, (01/14/2012)

55

Exhibit 2
Page 88

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 90 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-2   Filed 08/24/20   Page 57 of 65   Page ID
#:10180

471.  Woodbridge, J., Lee, S., Nahapetian, A., Sarrafzadeh, M., "MARHS: Mobility
Assessment System with Remote Healthcare Functionality for Movement Disorder
Diseases", International Health Informatics Symposium (IHI 2012), Miami, USA,
(01/28/2012)

472.  **(Best Technical presentation Award).** Huang, M.C., Chen, E., Xu, W., Sarrafzadeh,
M., in collaboration with Dr. Belinda Lange and Mr. Chien-Yen Chang "Gaming for
Upper Extremities Rehabilitation," Wireless Health 2011, San Diego, CA, October
2011. Technical demonstrations will highlight innovative solutions that represent both
advances in fundamental components and complete systems serving individuals and
communities.

473.  Keynote speaker Sarrafzadeh, M., "End-to-End Research and Innovation in Wireless
Health", Bodynets 2011, Beijing, China, November 7-8.

474.  Rofouei, M., Sarrafzadeh, M., "Your Phone or Mine? Fusing Body, Touch and Device
Sensing for Multi-User Device-Display Interaction", CHI in the field of Human-
Computer Interaction (HCI) (2012)

475.  **(Best technical demo award)** Mortazavi, B., Chung Chu, K., Li, X., Tai, J., Kotekar, S.,
Sarrafzadeh, M., "Near-Realistic Motion Video Games with Enforced Activity", 9th
International Conference on Wearable and Implantable Body Sensor Networks (BSN
2012), London, UK, (05/10/2012)

476.  **(Best paper runner-up award)** Huang, Y., Rofouei, M., Sarrafzadeh, M., "Automated
Wolf Motor Function Test for Upper Extremities Rehabilitation", 9th International
Conference on Wearable and Implantable Body Sensor Networks (BSN 2012), London,
UK, (05/10/2012)

477.  Xu, W., Zhang, M., Sawchuk, A., Sarrafzadeh, M., "Co-Recognition of Human Activity
and Sensor Location via Compressed Sensing in Wearable Body Sensor Networks", 9th
International Conference on Wearable and Implantable Body Sensor Networks (BSN
2012), London, UK, (05/10/2012)

478.  Li, Z., Xu, W., Huang, A., Sarrazfdeh, M., "Dimensionality Reduction for Anomaly
Detection in Electrocardiography: A Manifold Approach", 9th International Conference
on Wearable and Implantable Body Sensor Networks (BSN 2012), London, UK,
(05/10/2012)

479.  409.  Fraternali, F., Rofouei, M., Alshurafa, N., Ghasemzadeh, H., Benini, L.,
Sarrafzadeh, M., "Opportunistic Hierarchical Classification for Power Optimization in
Wearable Movement Monitoring Systems", 7th IEEE International Symposium on
Industrial Embedded Systems (SIES'12), Karlsruhe, Germany, (06/20/2012)

480.  Xu, W., Amini, N., Noshadi, H., Basi, S., Huang, M., Sarrafzadeh, M., "Smart Insole: A
Wearable Device for Gait Analysis", Pervasive Technologies Related to Assistive
Environments (PETRA) 2012, Crete Island, Greece, (06/06/2012)

481.  Huang, M., Xu, W., Chang, C., Lange, B., Su, Y., Liu, J., Sarrafzadeh, M., "Smart Glove

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 91 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-73   Filed 08/24/20   Page 58 of 65   Page ID
#:10181

for Upper Extremities Rehabilitative Gaming Assessment", Pervasive Technologies Related to Assistive Environments (PETRA) 2012, Crete Island, Greece, (06/06/2012)

482. Lan, M., Ghasemzadeh, H., Sarrafzadeh, M., "Generalized Precursor Pattern Discovery for Biomedical Signals", 34th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC'12), Hilton Bayfront Hotel in San Diego, California, USA, (08/28/2012)

483. Woodbridge, J., Mortazavi, B., Sarrafzadeh, M., "High Performance Time Series Indexes Using Salient Segmentation", 34th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC'12), Hilton Bayfront Hotel in San Diego, California, USA, (08/28/2012)

484. Suh, M.K., Moin, T., Woodbridge, J., Ghasemzadeh, H., Ahmadi, S., Bui, A., Sarrafzadeh, M., "Dynamic Self-adaptive Remote Health Monitoring System for Diabetics", 34th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC'12), Hilton Bayfront Hotel in San Diego, California, USA, (08/28/2012)

485. Moazeni, M., Sarrafzadeh, M., "Lock-free Hash Table on a Data-Parallel Many-Core Architecture", 2012 Symposium on Application Accelerators in High-Performance Computing (SAAHPC'12), Argonne National Laboratory, (07/10/2012)

486. B. Mapar et al "Wearable Sensor for Continuously Vigilant Spatial and Depth-Resolved Blood Perfusion Imaging," Research Demo, Wireless Health 2012, San Diego, CA.

487. Lan, M., Samy, L., Alshurafa, N., Suh, M.K., Ghasemzadeh, H., Sarrafzadeh, M., Macabasco-O'Connell, A., "WANDA: An End-to-End Remote Health Monitoring and Analytics System for Heart Failure Patients", Wireless Health 2012 (WH2012), San Diego, California, USA, (10/23/2012)

488. Zhang, M., Xu, W., Alexander Sawchuk, A., Sarrafzadeh, M., "Sparse Representation for Motion Primitive-Based Human Activity Modeling and Recognition", International Conference on Pattern Recognition (ICPR), sukuba, Japan, (November 2012)

489. Woodbridge, J., Mortazavi, B., Sarrafzadeh, S., Bui, A., "A Monte Carlo Approach to Biomedical Timeseries Search", 2012 IEEE International Conference on Bioinformatics and Biomedicine (IEEE BIBM 2012), Philadelphia, USA, (10/04/2012)

490. Suh, M.K., Moin, T., Woodbridge, J., Alshurafa, N., Lan, M., Samy, L., Ahmadi, S., Ghasemzadeh, H., Bui, A., Sarrafzadeh, M., "Dynamic Task Optimization in Remote Diabetes Monitoring Systems", 2012 IEEE Second International Conference on Healthcare Informatics, Imaging and Systems Biology (HISB), La Jolla, USA, (September 2012)

491. Woodbridge, J., Mortazavi, B., Bui, A., Sarrafzadeh, M., "Aggregated Indexing of Biomedical Time Series Data", 2012 IEEE Second International Conference on Healthcare Informatics, Imaging and Systems Biology (HISB), La Jolla, USA, (September 2012)

Exhibit 2
Page 90

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 92 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 142-4   Filed 08/24/20   Page 59 of 65   Page ID
#:10,182

492. Pournaghshband, V., Reiher, P., Sarrafzadeh, M., "Securing Legacy Mobile Medical Devices", MobiHealth 2012 3rd International Conference on Wireless Mobile Communication and Healthcare, Paris, France, (11/21/2012)

493. Lee, S., Getachew, R., Kimball, J., Yew, A., Ghalehasari, N., Paak, B., Garst, J., Lu, D., Sarrafzadeh, M., "Utilization of a Novel Digital Device and an Analytic Method for Accurate Measurement of Upper Extremity Motor Function", 81st American Association of Neurological Surgeons (AANS) Annual Scientific Meeting, New Orleans, Louisiana, USA, (April 2013)

494. liu, J., Xu, W., Huang, M., Alshurafa, N., Sarrafzadeh, M., "A Dense Pressure Sensitive Bedsheet Design for Unobtrusive Sleep Posture Monitoring", IEEE Pervasive Computing and Communication (PerCom) conference, San Diego, USA, (03/18/2013)

495. Kalantarian, H., Lee, Sunghoon.,Mishra, A., Ghasemzadeh, H., Sarrafzadeh, M., "Multimodal Energy Expenditure Calculation for Health and Wellness Applications", The 5th International Workshop on Smart Environments and Ambient Intelligence (SENAmI) co-located with PerCom,, San Diego, USA, (03/18/2013)

496. Lee, S., Ghasemzadeh, H., Yew, A., Getachew, R., Kimball, J., Ghalehsari, N., Paak, B., Garst, J., Razaghy, M., Lu, D., Sarrafzadeh, M., "Objective Assessment of Spastic Hand Hypertonia using a Novel Digital Device", The 20th IAGG World Congress of Gerontology and Geriatrics, Seoul, Korea, (June 2013)

497. Lee, S., Ghasemzadeh, H., Mortazavi, B., Yew, A., Getachew, R., Razaghy, M., Ghalehsari, N., Paak, B., Garst, J., Espinal, M., Kimball, J., Lu, D., Sarrafzadeh, M., "Objective Assessment of Overexcited Hand Movements using a Lightweight Sensory Device", 2013 IEEE Body Sensor Network Conference, Cambridge, Massachusetts, USA, (05/06/2013)

498. Mortazavi, B., Alshurafa, N., Lee, S., Lan, M., Chronley, M., Roberts, C., Sarrafzadeh, M., "MET Calculations from On-Body Accelerometers", 2013 IEEE Body Sensor Network Conference, Cambridge, Massachusetts, USA, (05/06/2013)

499. Liu, J., Xu, W., Ming-Chun, H., Alshurafa, N., Sarrafzadeh, M., "On-bed Monitoring for Range of Motion Exercises with a Pressure Sensitive Bedsheet", 2013 IEEE Body Sensor Network Conference, Cambridge, Massachusetts, USA, (05/06/2013)

500. Alshurafa, N., Xu, W., Liu, J., Ming-Chun, H., Mortazavi, B., Roberts, C., Sarrafzadeh, M., "Robust Human Intensity-Varying Activity Recognition using Stochastic Approximation in Wearable Sensors", 2013 IEEE Body Sensor Network Conference, Cambridge, Massachusetts, USA, (05/06/2013)

501. Moazeni, M., Sarrafzadeh, M., "High Performance Multi-dimensional Signal Search With Applications in Remote Medical Monitoring", 2013 IEEE Body Sensor Network Conference, Cambridge, Massachusetts, USA, (05/06/2013)

502. Moin, T., Sarrafzadeh, M., "Diabetes Telehealth Intervention For Transitions in Care: A Pilot Study", The Endocrine Society 95th Annual meeting and Expo, San Francisco, CA, (06/15/2013)

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 93 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document #:14475   Filed 08/24/20   Page 60 of 65   Page ID
#:10183

503. Huang, M., Xu, W., Liu, J., Samy, L., Vajid, A., Alshurafa, M., Sarrafzadeh, M., "Inconspicuous on-Bed Respiratory Rate Monitoring", The 6th International Conference on PErvasive Technologies Related to Assistive Environments, Rhodes Island, Greece, (05/29/2013)

504. Xu, W., Huang, M., Liu, J., Liu, X., Shen, X., Sarrafzadeh, M., "Microphone-based Spirometer for COPD diagnosis and Exergame Design", The 6th International Conference on PErvasive Technologies Related to Assistive Environments, Rhodes Island, Greece, (05/29/2013)

505. Huang, M., Xu, W., Liu, J., Su, Y., He, L., Sarrafzadeh, M., "Inconspicuous Computer Protection with Touch-Mouse", 15th International Conference on Human-Computer Interaction, Las Vegas, Nevada, USA, (07/21/2013)

506. Lee, S., Ghasemzadeh, H., Mortazavi, B., Lan, M., Ong, M., Sarrafzadeh, M., "Remote Health Monitoring Systems: What Impact Can Data Analytics Have on Cost?", Wireless Health 2013, Johns Hopkins University, Baltimore, MD, (11/01/2013)

507. Ghasemzadeh, H., Evangelista, L., Sarrafzadeh, M., "Predicting Use of Remote Health Monitoring Systems in a Cohort of Patients with Chronic Heart Failure", Wireless Health 2013, Johns Hopkins University, Baltimore, MD, (11/01/2013)

508. Huang, M., Zhang, X., Xu, W., Liu, J., Sarrafzadeh, M., "EZwakeup: a sleep environment design for sleep quality improvement", ACM CHI Conference on Human Factors in Computing Systems (WIP), Toronto, Canada, (04/26/2014)

509. Alshurafa, N., Eastwood, J., Nyamathi, S., Xu, W., Liu, J. J., Pourhomayoun, M., Ghasemzadeh, H., Sarrafzadeh, M., "Battery Optimization in Smartphones for Remote Health Monitoring Systems to Enhance User Adherence", The 7th International Conference on PErvasive Technologies Related to Assistive Environments (PETRA 2014), Rhodes Island, Greece, (05/27/2014)

510. Mortazavi, B., Pourhomayoun, M., Alsheikh, G., Alshurafa, N., Lee, S., Sarrafzadeh, M., "Determining the Single Best Axis for Exercise Repetition Recognition and Counting on SmartWatches", 2014 International Conference on Wearable and Implantable Body Sensor Networks (BSN 2014), Zurich, Switzerland, (06/16/2014)

511. Alshurafa, N., Pourhomayoun, M., Nyamathi, S., Bao, L., Mortazavi, B., Eastwood, J., Sarrafzadeh, M., "Anti-Cheating: Detecting Self-Inflicted and Impersonator Cheaters for Remote Health Monitoring Systems with Wearable Sensors", 2014 International Conference on Wearable and Implantable Body Sensor Networks (BSN 2014), Zurich, Switzerland, (6/16/2014)

512. Kalantarian, H., Alshurafa, N., Sarrafzadeh, M., "A Wearable Nutrition- Monitoring System", IEEE Body Sensor Networks (BSN 2014), Zurich, Switzerland, (6/26/2014)

513. Alshurafa, N., Eastwood, J., Pourhomayoun, M., Liu, J., Sarrafzadeh, M., "Remote Health Monitoring: Predicting Outcome Success based on Contextual Features for Cardiovascular Disease", IEEE Engineering in Medicine and Biology Society

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 94 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-6   Filed 08/24/20   Page 61 of 65   Page ID
#:14476
#:2664

(EMBC'14), Chicago, Illinois, USA, (08/26/2014)

514. Liu, J., Huang, M., Xu, W., Sarrafzadeh, M., "Bodypart Localization for Pressure Ulcer Prevention", 36th Annual International   Conference of the IEEE Engineering in Medicine and Biology Society (EMBC'14), Chicago, Illinois, USA, (08/26/2014)

515. Sideris, C., Shahbazi, B., Pourhomayoun, M., Alshurafa, N., Sarrafzadeh, M., "Using Electronic Health records to predict severity of condition for congestive heart failure patients", The 2014 ACM International Joint Conference on Pervasive and Ubiquitous Computing (UbiComp 2014), Seattle, Washington, USA, (09/13/2014)

516. Alshurafa, N.; Eastwood, J.; Pourhomayoun, M., Liu, J. J., Nyamathi, S., Sarrafzadeh, M., "A Framework for Predicting Adherence in Remote Health Monitoring Systems", Wireless Health 2014, Bethesda, MD, USA, (10/29/2014)

517. Eastwood, J., Moser, D., Watson, K., Sarrafzadeh, M., "Intervention Strategies to Staying Connected: a CVD Risk Intervention for Young Black Women", Intervention Strategies to Reduce CV Risk or Promote Heart Health- AHA Scientific Sessions 2014, Chicago, Illinois, (11/18/2014)

518. Alshurafa, N., Kalantarian, H., Pourhomayoun, M., Sarin, S., Liu, J., Sarrafzadeh, M., "Non-Invasive Monitoring of Eating Behavior Using Spectrogram Analysis in a Wearable Necklace", 2014 Healthcare Innovations and Point-of-Care Technologies Conference(HICPT'14), Seattle, WA, USA, (10/08/2014)

519. Kalantarian, H., Alshurafa, N., Pourhomayoun, M., Sarin, S., Sarrafzadeh, M., "Spectrogram-Based Audio Classification of Nutrition Intake", 2014 Healthcare Innovations and Point-of-Care Technologies Conference(HICPT'14), Seattle, WA, USA, (10/08/2014)

520. Pourhomayoun, M., Alshurafa, N., Mortazavi, B., Ghasemzadeh, H., Sideris,K., Sadeghi, B., Ong, M., Evangelista, L., Romano, P., Auerbach, A., Kimchi, A., Sarrafzadeh, M., "Multiple Model Analytics for Adverse Event Prediction in Remote Health Monitoring Systems", 2014 Healthcare Innovations and Point-of-Care Technologies Conference(HICPT'14), Seattle, WA, USA, (10/08/2014)

521. Mortazavi, B., Pourhomayoun, M., Alshurafa, N., Chronley, M., Lee, S., Roberts, C., Sarrafzadeh, M., "Support Vector Regression for METs of Exergaming Actions", 2014 Healthcare Innovations and Point-of-Care Technologies Conference(HICPT'14), Seattle, WA, USA, (10/08/2014)

522. **(Best Paper Award)** Pournaghshband, V., Meyer, D., Holyland, M., Sarrafzadeh, M., Reiher, P., "Adrasteia: A Smartphone App for Securing Legacy Mobile Medical Devices", WUMS 2014: IEEE Workshop on Usable Mobile Security, Chengdu, China, (12/19/2014)

523. Mortazavi, B., Pourhomayoun, M., Nyamathi, S., Wu, B., Lee, S., Sarrafzadeh, M., "Multiple Model Recognition for Near-Realistic Exergaming", IEEE Pervasive computing and communications (PerCom) 2015, St. Louis Missouri, USA, (03/23/2015)

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 95 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 142-7   Filed 08/24/20   Page 62 of 65   Page ID
#:10185

524. Kalantarian, H., Alshurafa, N., Le, T., Sarrafzadeh, M., "Non-Invasive Detection of Medication Adherence using a Digital Smart Necklace", SmartE, The 2nd IEEE PerCom Workshop on Smart Environments: Closing the Loop, St. Louis, Missouri, USA, (03/25/2015)

525. Kalantarian, H., Alshurafa, N., Pourhomayoun, M., Sarrafzadeh, M., "Power Optimization for Wearable Devices", IEEE International Conference of Pervasive Computing and Communications (PerCom 2015), St. Louis, Missouri, USA, (03/23/2015)

526. Kalantarian, H., Alshurafa, N., Sarrafzadeh, M., "A Smartwatch-Based Medication Adherence System", The 12th International Conference on Wearable and Implantable Body Sensor Networks (BSN 2015), MIT, Cambridge, USA, (07/09/2015)

527. Kalantarian, H., Sarrafzadeh, M., "A Smartwatch-Based System for Audio-Based Monitoring of Dietary Habits", The Fifth International Conference on Ambient Computing, Applications, Services and Technologies-AMBIENT 2015, Nice, France, (07/19/2015)

528. Pourhomayoun, M., Nemati, E., Mortazavi, B., Sarrafzadeh, M., "Context-Aware Data Analytics for Activity Recognition", The Fifth International Conference on Ambient Computing, Applications, Services and Technologies-AMBIENT 2015, Nice, France, (07/19/2015)

529. Samy, L., Macey, P., Alshurafa, N., Sarrafzadeh, M., "An Automated Framework For Predicting Obstructive Sleep Apnea Using A Brief, Daytime, Non-Intrusive Test Procedure", The 8th International Conference on Pervasive Technologies Related to Assistive Environments (PETRA2015), Corfu, Greece, (07/01/2015)

530. Samy, L., Macey, P., Sarrafzadeh, M., "A Gender-Aware Framework for the Daytime Detection of Obstructive Sleep Apnea", 37th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC'15), Milano, Italy, (08/25/2015)

531. Sideris, K., Alshurafa, N., Pourhomayoun, M., Shahmohammadi, F., Sarrafzadeh, M., "A data-driven feature extraction framework for predicting the severity of condition for Congestive Heart Failure Patients", 37th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC'15), Milano, Italy, (08/25/2015)

532. Sideris, K., Alshurafa, N., Kalantarian, H., Sarrafzadeh, M., Eastwood, J., "Effects of Coaching on Adherence in Remote Health Monitoring Systems", Wireless Health 2015, Bethesda, MD, (10/14/2015)

533. Day, F., Sarrafzadeh, M., Smith, S., Pourhomayoun, M., Sideris, K., Param, A., Ben-Hamou, J., Keeves, D., Pfeffer, M., Bell, D., "An EHR-Integrated Shared Decision Making Mobile App for Prostate Cancer Screening", American Medical Informatics Association (AMIA) 2015, San Francisco, CA, (11/14/2015)

534. Pourhomayoun, M., Nemati, E., Mortazavi, B., Sarrafzadeh, "Context - Aware Data Analytics for Activity Recognition", DATA ANALYTICS 2015, The Fourth

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 96 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 144-8   Filed 08/24/20   Page 63 of 65   Page ID
#:10186

International Conference on Data Analytics, Nice, France, (07/19/2015) **(Best Paper Award)**.

535. Sideris, C., Kalantarian, H., Nemati, E., Sarrafzadeh, M., "Building Continuous Arterial Blood Pressure Prediction Models Using Deep Recurrent Networks", The 2nd IEEE International Conference on Smart Computing (SMARTCOMP 2016), St. Louis, Missouri, (05/18/2016)

536. Suh, Y., Nemati, E., Sarrafzadeh, M., "Kalman-Filter-Based Walking Distance Estimation for a Smart-Watch", 2016 the IEEE 1st International Conference on Connected Health: Applications, Systems and Engineering Technologies (CHASE 2016), Washington, DC, USA, (06/27/2016)

537. Sideris, C., Shaikh, S., Kalantarian, H., Sarrafzadeh, M., "A Big-Data Platform for Medical Knowledge Extraction from Electronic Health Records: Automatic Assignment of ICD-9 Codes", 9th International conference on The PErvasive Technologies Related to Assistive Environments (PETRA)2016, Corfu Island, Greece, (06/29/2016)

538. Kalantarian*, H., Sideris, C., Le, T., Sarrafzadeh, M., "A Framework for Probabilistic Segmentation of Continuous Sensor Signals", 13th International Conference on Wearable and Implantable Body Sensor Networks, UCSF Mission Bay Conference Center, San Francisco, CA, (06/14/2016)

539. Hosseini, A., Buonocore, C., Hashemzadeh, S., Hojaiji, H., Kalantarian, H., Sideris, C., Bui, A., King*, C., Sarrafzadeh, M., "HIPAA Compliant Wireless Sensing Smartwatch Application for the Self-Management of Pediatric Asthma", 13th International Conference on Wearable and Implantable Body Sensor Networks, UCSF Mission Bay Conference Center, San Francisco, CA, (06/14/2016)

540. Moatamed*, B., Arjun, A., Shahmohammadi, F., Ramezani, R., Naeim, A., Sarrafzadeh, M., "Low-cost Indoor Health Monitoring System", 13th International Conference on Wearable and Implantable Body Sensor Networks, UCSF Mission Bay Conference Center, San Francisco, CA, (06/14/2016)

541. Nemati*, E., Suh, Y., Sarrafzadeh, M., "Gait Velocity Estimation for a Smartwatch Platform Using Kalman Filter Peak Recovery", 13th International Conference on Wearable and Implantable Body Sensor Networks, UCSF Mission Bay Conference Center, San Francisco, CA, (06/14/2016)

542. Nemati*, E., Sideris, C., Kalantarian, H., Sarrafzadeh, M., "A Dynamic Data Source Selection System for Smartwatch Platform", 38th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, Disney's Contemporary Resort, Orlando, FL, (08/16/2016)

543. Hosseini*, A., Kalantarian, H., Sarrafzadeh, M., "Adaptive Data Processing for Real-Time Nutrition Monitoring", 38th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, Disney's Contemporary Resort, Orlando, FL, (08/16/2016)

544. Kalantarian*, H, Sideris, C., Le, T., Sarrafzadeh, M., "Computation Offloading for Real-

62

Exhibit 2
Page 95

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 97 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document #:14479   Filed 08/24/20   Page 64 of 65   Page ID
#:10187

Time Health-Monitoring Devices", 38th Annual International Conference of the IEEE
Engineering in Medicine and Biology Society, Disney's Contemporary Resort, Orlando,
FL, (08/16/2016)

545. Ong, M., Romano, P., Edgington, S., Aronow, H., Auerbach, A., Black, J., De Marco,
T., Escarce, J., Evangelista, L., Hanna, B., Ganiats, T., Greenberg, B., Greenfield, S.,
Kaplan, S., Kimchi, A., Liu, H., Lombardo, D., Mangione, C., Sadeghi, B., Sarrafzadeh,
M., Tong, K., Fonarow, G., "Remote Patient Monitoring after Discharge of Hospitalized
Heart Failure Patients: The Better Effectiveness after Transition - Heart Failure (BEAT-
HF) Randomized Controlled Trial", 2016 Annual AcademyHealth Research Meeting,
Boston, USA, (06/26/2016) **(Best Abstract Award)**

546. Kalantarian, H., Alshurafa, N., Sarrafzadeh, M., "An Iterative Dimensionality-Scaling
System for Real-Time Health Monitoring Applications", IEEE International Conference
on Healthcare Informatics 2016 (ICHI 2016), Chicago, Illinois, USA, (10/04/2016)

547. Pourhomayoun, M., Alshurafa, N., Dabiri, F., Yadav, K., Sideris, C., Tseng, L.,
Ghasemzadeh, H., Nyamathi, A., Sarrafzadeh, M., "A Robust Distributed Remote
Health Monitoring System for Rural Area with Limited Internet Access", 11th
International Conference on Body Area Networks, Turin, Italy, (12/15/2016)

548. Pourhomayoun, M., Alshurafa, N., Ardestani, E., Samiee, A., Sarrafzadeh, M., "Why Do
We Need a Remote Health Monitoring System? A Case Study for Congestive Heart
Failure Patients", 11th International Conference on Body Area Networks, Turin, Italy,
(12/15/2016)

549. Habre, R., King, C., Rocchio R., Eckel, S., Sarrafzadeh, M., Gilliland, F., Bui, A., "The
Los Angeles Pediatric Research Using Integrated Sensor Monitoring Systems Center:
Biomedical REAl-Time Health Evaluation", IT/Sensor Fair, International Society of
Exposure Science, Utrecht, Netherlands, (10/09/2016)

550. Hojaiji, H., Kalantarian, H., Bui, A., King, C., Sarrafzadeh, M., "Temperature and
Humidity Calibration of a Low-Cost Wireless Dust Sensor for Real-Time Monitoring",
2017 IEEE Sensors Applications Symposium (SAS), Glassboro, New Jersey, USA,
(03/13/2017)

551. Buonocore, C., Rocchio, R., Roman, A., King, C., Sarrafzadeh, M., "Wireless Sensor-
Dependent Ecological Momentary Assessment for Pediatric Asthma mHealth
Applications", IEEE 2nd International Conference on Connected Health: Applications,
Systems and Engineering Technologies, Philadelphia, USA, (07/17/2017)

552. Hojaiji, H., Goldstein, O., King, C., Sarrafzadeh, M., Jerrett, M., "Design and
Calibration of a Wearable and Wireless Research Grade Air Quality Monitoring System
for Real-Time Data Collection", IEEE Global Humanitarian Technology Conference
(GHTC), San Jose, CA, USA, (10/19/2017)

553. Kachuee, M., Moore, L.D., Homsey, T., Damavandi, H.G., Moatamed, B., Hosseini, A., Huang,
R., Leiter, J., Lu, D. and Sarrafzadeh, M., 2017, August. An Active Learning Based Prediction of
Epidural Stimulation Outcome in Spinal Cord Injury Patients Using Dynamic Sample Weighting.
In *Healthcare Informatics (ICHI), 2017 IEEE International Conference on* (pp. 478-483). IEEE.

63

Exhibit 2
Page 96

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 98 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document #:14480   Filed 08/24/20   Page 65 of 65   Page ID
#:10188

554. F. Shahmohammadi, A. Hosseini, **C.E. King**, M. Sarrafzadeh. Smartwatch based activity recognition using active learning. *In Proc. of the 2017 IEEE/ACM Conference on Connected Health: Applications, Systems and Engineering Technologies,* (in press), 2017

555. Babak Moatamed, Sajad Darabi, Migyeong Gwak, Mohammad Kachuee, Casey Metoyer, Mike Linn, Majid Sarrafzadeh, "Sport Analytics Platform for Athletic Readiness Assessment", IEEE-NIH 2017 Special Topics Conference on Healthcare Innovations and Point-of-Care Technologies, HI-POCT 2017

556. M. Kachuee, A. Hosseini, B. Moatamed, S. Darabi, M. Sarrafzadeh, Context-Aware Feature Query to Improve the Prediction Performance, IEEE GlobalSIP Symposium on Big Data Analytics for IoT Healthcare (GlobalSIP), 2017.

557. Sajad Darabi, Babak Moatamed, Wenhao Huang, Migyeong Gwak, Casey Metoyer, Mike Linn, Majid Sarrafzadeh "Heart Rate Compression and Time Reduction Method for HRV Monitroing in Athletes", IEEE-NIH 2017 Special Topics Conference on Healthcare Innovations and Point-of-Care Technologies, Maryland, USA

558. Children Activity Recognition: Challenges and Strategies, Anahita Hosseini, Shayan Fazeli, Eleanne van Vliet, Lisa Valencia, Rima Habre, Majid Sarrafzadeh, Alex Bui, Accepted in EMBC 2018.

559. Mohammad Kachuee, Shayan Fazeli, Majid Sarrafzadeh Title: ECG Heartbeat Classification: A Deep Transferable Representation, Conference: IEEE ICHI 2018, June 4-7, New York

560. Migyeong Gwak, Ellen Woo, and Majid Sarrafzadeh, THE ROLE OF ACCELEROMETER AND GYROSCOPE SENSORS IN IDENTIFICATION OF MILD COGNITIVE IMPAIRMENT, Conference detail: 2018 6th IEEE Global Conference on Signal and Information Processing (GlobalSIP) .

561. Anahita Hosseini, Ting Chen, W Wu, Yizhou Sun, Majid Sarrafzadeh "HeteroMed: Heterogeneous Information Network for Medical Diagnosis", CIKM 2018.

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 99 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 142-3   Filed 08/24/20   Page 1 of 25   Page ID
#:10189

# Exhibit 3

to the Declaration of Majid Sarrafzadeh in
Support of Apple's Opposition to Plaintiff's
Motion for Preliminary Injunction

Exhibit 3
Page 98

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 100 of 170   Page ID
#:11482
Case 8:20-cv-00048-JVS-JDE   Document [illegible]   Filed [illegible]   Page ID
#:[illegible]

US008471713B2

(12) **United States Patent**
Poeze et al.

(10) Patent No.: **US 8,471,713 B2**
(45) **Date of Patent:** **Jun. 25, 2013**

(54) **INTERFERENCE DETECTOR FOR PATIENT MONITOR**

(75) Inventors: **Jeroen Poeze**, Mission Viejo, CA (US);
**Jesse Chen**, Lake Forest, CA (US);
**Mathew Paul**, Irvine, CA (US);
**Marcelo Lamego**, Coto De Caza, CA
(US); **Massi Joe E. Kiani**, Laguna
Niguel, CA (US)

(73) Assignee: **Cercacor Laboratories, Inc.**, Irvine, CA
(US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 367 days.

(21) Appl. No.: **12/841,965**

(22) Filed: **Jul. 22, 2010**

(65) **Prior Publication Data**
US 2011/0109459 A1    May 12, 2011

**Related U.S. Application Data**

(60) Provisional application No. 61/228,495, filed on Jul.
24, 2009.

(51) **Int. Cl.**
**G08B 23/00**      (2006.01)
(52) **U.S. Cl.**
USPC ........................ **340/573.1**; 340/679; 340/3.43
(58) **Field of Classification Search**
USPC ............... 340/573.1, 679, 691.1, 691.6, 3.43,
340/815.45, 815.46; 324/613; 600/585, 500,
600/323; 128/900
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,960,128 A | 10/1990 | Gordon et al. | |
| 4,964,408 A | 10/1990 | Hink et al. | |
| 5,041,187 A | 8/1991 | Hink et al. | |
| 5,069,213 A | 12/1991 | Polczynski | |
| 5,163,438 A | 11/1992 | Gordon et al. | |
| 5,319,355 A | 6/1994 | Russek | |
| 5,337,744 A | 8/1994 | Branigan | |
| 5,341,805 A | 8/1994 | Stavridi et al. | |
| D353,195 S | 12/1994 | Savage et al. | |
| D353,196 S | 12/1994 | Savage et al. | |
| 5,377,676 A | 1/1995 | Vari et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

WO      WO 2008/141306      11/2008

OTHER PUBLICATIONS

International Search Report and Written Opinion of the International
Searching Authority issued in Application No. PCT/US2010/
043120, mailed Oct. 27, 2010 in 15 pages.

*Primary Examiner* — Toan N Pham
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson &
Bear LLP

(57) **ABSTRACT**

A system is disclosed for detecting and calculating the level
of ambient and/or environmental noise, such as electromag-
netic interference generated by electric power lines, ambient
lights, light dimmers, television or computer displays, power
supplies or transformers, and medical equipment. In some
embodiments, the system performs frequency analysis on the
interference signal detected by light photodetectors and
determines the power of the interference signal concentrated
in the analyzed frequency bands. The worst-case interference
level can be determined by selecting the maximum from the
computed power values. In some embodiments, the deter-
mined interference signal power can be compared with the
noise tolerance of a patient monitoring system configured to
reliably and non-invasively detect physiological parameters
of a user. The results of the comparison can be presented to the
user audio-visually. In some embodiments, the system can be
used to perform spot check measurements of electromagnetic
interference.

**25 Claims, 10 Drawing Sheets**



Exhibit 3
Page 99

**US 8,471,713 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D359,546 | S | 6/1995 | Savage et al. |
| 5,431,170 | A | 7/1995 | Mathews |
| D361,840 | S | 8/1995 | Savage et al. |
| D362,063 | S | 9/1995 | Savage et al. |
| 5,452,717 | A | 9/1995 | Branigan et al. |
| D363,120 | S | 10/1995 | Savage et al. |
| 5,456,252 | A | 10/1995 | Vari et al. |
| 5,479,934 | A | 1/1996 | Imran |
| 5,482,036 | A | 1/1996 | Diab et al. |
| 5,490,505 | A | 2/1996 | Diab et al. |
| 5,494,043 | A | 2/1996 | O'Sullivan et al. |
| 5,533,511 | A | 7/1996 | Kaspari et al. |
| 5,534,851 | A | 7/1996 | Russek |
| 5,561,275 | A | 10/1996 | Savage et al. |
| 5,562,002 | A | 10/1996 | Lalin |
| 5,590,649 | A | 1/1997 | Caro et al. |
| 5,602,924 | A | 2/1997 | Durand et al. |
| 5,632,272 | A | 5/1997 | Diab et al. |
| 5,638,816 | A | 6/1997 | Kiani-Azarbayjany et al. |
| 5,638,818 | A | 6/1997 | Diab et al. |
| 5,645,440 | A | 7/1997 | Tobler et al. |
| 5,685,299 | A | 11/1997 | Diab et al. |
| D393,830 | S | 4/1998 | Tobler et al. |
| 5,743,262 | A | 4/1998 | Lepper, Jr. et al. |
| 5,758,644 | A | 6/1998 | Diab et al. |
| 5,760,910 | A | 6/1998 | Lepper, Jr. et al. |
| 5,769,785 | A | 6/1998 | Diab et al. |
| 5,782,757 | A | 7/1998 | Diab et al. |
| 5,785,659 | A | 7/1998 | Caro et al. |
| 5,791,347 | A | 8/1998 | Flaherty et al. |
| 5,810,734 | A | 9/1998 | Caro et al. |
| 5,823,950 | A | 10/1998 | Diab et al. |
| 5,830,131 | A | 11/1998 | Caro et al. |
| 5,833,618 | A | 11/1998 | Caro et al. |
| 5,860,919 | A | 1/1999 | Kiani-Azarbayjany et al. |
| 5,890,929 | A | 4/1999 | Mills et al. |
| 5,904,654 | A | 5/1999 | Wohltmann et al. |
| 5,919,134 | A | 7/1999 | Diab |
| 5,934,925 | A | 8/1999 | Tobler et al. |
| 5,940,182 | A | 8/1999 | Lepper, Jr. et al. |
| 5,995,855 | A | 11/1999 | Kiani et al. |
| 5,997,343 | A | 12/1999 | Mills et al. |
| 6,002,952 | A | 12/1999 | Diab et al. |
| 6,011,986 | A | 1/2000 | Diab et al. |
| 6,027,452 | A | 2/2000 | Flaherty et al. |
| 6,036,642 | A | 3/2000 | Diab et al. |
| 6,045,509 | A | 4/2000 | Caro et al. |
| 6,067,462 | A | 5/2000 | Diab et al. |
| 6,081,735 | A | 6/2000 | Diab et al. |
| 6,088,607 | A | 7/2000 | Diab et al. |
| 6,110,522 | A | 8/2000 | Lepper, Jr. et al. |
| 6,124,597 | A | 9/2000 | Shehada et al. |
| 6,128,521 | A | 10/2000 | Marro et al. |
| 6,129,675 | A | 10/2000 | Jay |
| 6,144,868 | A | 11/2000 | Parker |
| 6,151,516 | A | 11/2000 | Kiani-Azarbayjany et al. |
| 6,152,754 | A | 11/2000 | Gerhardt et al. |
| 6,157,850 | A | 12/2000 | Diab et al. |
| 6,165,005 | A | 12/2000 | Mills et al. |
| 6,184,521 | B1 | 2/2001 | Coffin, IV et al. |
| 6,206,830 | B1 | 3/2001 | Diab et al. |
| 6,229,856 | B1 | 5/2001 | Diab et al. |
| 6,232,609 | B1 | 5/2001 | Snyder et al. |
| 6,236,872 | B1 | 5/2001 | Diab et al. |
| 6,241,683 | B1 | 6/2001 | Macklem et al. |
| 6,253,097 | B1 | 6/2001 | Aronow et al. |
| 6,256,523 | B1 | 7/2001 | Diab et al. |
| 6,263,222 | B1 | 7/2001 | Diab et al. |
| 6,278,522 | B1 | 8/2001 | Lepper, Jr. et al. |
| 6,280,213 | B1 | 8/2001 | Tobler et al. |
| 6,285,896 | B1 | 9/2001 | Tobler et al. |
| 6,301,493 | B1 | 10/2001 | Marro et al. |
| 6,317,627 | B1 | 11/2001 | Ennen et al. |
| 6,321,100 | B1 | 11/2001 | Parker |
| 6,325,761 | B1 | 12/2001 | Jay |
| 6,334,065 | B1 | 12/2001 | Al-Ali et al. |
| 6,343,224 | B1 | 1/2002 | Parker |
| 6,349,228 | B1 | 2/2002 | Kiani et al. |

| | | | | |
|---|---|---|---|---|
| 6,360,114 | B1 | 3/2002 | Diab et al. | |
| 6,368,283 | B1 | 4/2002 | Xu et al. | |
| 6,371,921 | B1 | 4/2002 | Caro et al. | |
| 6,377,829 | B1 | 4/2002 | Al-Ali | |
| 6,388,240 | B2 | 5/2002 | Schulz et al. | |
| 6,397,091 | B2 | 5/2002 | Diab et al. | |
| 6,430,437 | B1 | 8/2002 | Marro | |
| 6,430,525 | B1 | 8/2002 | Weber et al. | |
| 6,463,311 | B1 | 10/2002 | Diab | |
| 6,470,199 | B1 | 10/2002 | Kopotic et al. | |
| 6,501,975 | B2 | 12/2002 | Diab et al. | |
| 6,505,059 | B1 | 1/2003 | Kollias et al. | |
| 6,515,273 | B2 | 2/2003 | Al-Ali | |
| 6,519,487 | B1 | 2/2003 | Parker | |
| 6,525,386 | B1 | 2/2003 | Mills et al. | |
| 6,526,300 | B1 | 2/2003 | Kiani et al. | |
| 6,541,756 | B2 | 4/2003 | Schulz et al. | |
| 6,542,764 | B1 | 4/2003 | Al-Ali et al. | |
| 6,580,086 | B1 * | 6/2003 | Schulz et al. | ................. 250/557 |
| 6,584,336 | B1 | 6/2003 | Ali et al. | |
| 6,595,316 | B2 | 7/2003 | Cybulski et al. | |
| 6,597,932 | B2 | 7/2003 | Tian et al. | |
| 6,597,933 | B2 | 7/2003 | Kiani et al. | |
| 6,606,511 | B1 | 8/2003 | Ali et al. | |
| 6,632,181 | B2 | 10/2003 | Flaherty et al. | |
| 6,639,668 | B1 | 10/2003 | Trepagnier | |
| 6,640,116 | B2 | 10/2003 | Diab | |
| 6,643,530 | B2 | 11/2003 | Diab et al. | |
| 6,650,917 | B2 | 11/2003 | Diab et al. | |
| 6,654,624 | B2 | 11/2003 | Diab et al. | |
| 6,658,276 | B2 | 12/2003 | Kiani et al. | |
| 6,661,161 | B1 | 12/2003 | Lanzo et al. | |
| 6,671,531 | B2 | 12/2003 | Al-Ali et al. | |
| 6,678,543 | B2 | 1/2004 | Diab et al. | |
| 6,684,090 | B2 | 1/2004 | Ali et al. | |
| 6,684,091 | B2 | 1/2004 | Parker | |
| 6,697,656 | B1 | 2/2004 | Al-Ali | |
| 6,697,657 | B1 | 2/2004 | Shehada et al. | |
| 6,697,658 | B2 | 2/2004 | Al-Ali | |
| RE38,476 | E | 3/2004 | Diab et al. | |
| 6,699,194 | B1 | 3/2004 | Diab et al. | |
| 6,714,804 | B2 | 3/2004 | Al-Ali et al. | |
| RE38,492 | E | 4/2004 | Diab et al. | |
| 6,721,582 | B2 | 4/2004 | Trepagnier et al. | |
| 6,721,585 | B1 | 4/2004 | Parker | |
| 6,725,075 | B2 | 4/2004 | Al-Ali | |
| 6,728,560 | B2 | 4/2004 | Kollias et al. | |
| 6,735,459 | B2 | 5/2004 | Parker | |
| 6,745,060 | B2 | 6/2004 | Diab et al. | |
| 6,760,607 | B2 | 7/2004 | Al-Ali | |
| 6,770,028 | B1 | 8/2004 | Ali et al. | |
| 6,771,994 | B2 | 8/2004 | Kiani et al. | |
| 6,792,300 | B1 | 9/2004 | Diab et al. | |
| 6,813,511 | B2 | 11/2004 | Diab et al. | |
| 6,816,741 | B2 | 11/2004 | Diab | |
| 6,822,564 | B2 | 11/2004 | Al-Ali | |
| 6,826,419 | B2 | 11/2004 | Diab et al. | |
| 6,830,711 | B2 | 12/2004 | Mills et al. | |
| 6,850,787 | B2 | 2/2005 | Weber et al. | |
| 6,850,788 | B2 | 2/2005 | Al-Ali | |
| 6,852,083 | B2 | 2/2005 | Caro et al. | |
| 6,861,639 | B2 | 3/2005 | Al-Ali | |
| 6,898,452 | B2 | 5/2005 | Al-Ali et al. | |
| 6,920,345 | B2 | 7/2005 | Al-Ali et al. | |
| 6,931,268 | B1 | 8/2005 | Kiani-Azarbayjany et al. | |
| 6,934,570 | B2 | 8/2005 | Kiani et al. | |
| 6,939,305 | B2 | 9/2005 | Flaherty et al. | |
| 6,943,348 | B1 | 9/2005 | Coffin, IV | |
| 6,950,687 | B2 | 9/2005 | Al-Ali | |
| 6,961,598 | B2 | 11/2005 | Diab | |
| 6,970,792 | B1 | 11/2005 | Diab | |
| 6,979,812 | B2 | 12/2005 | Al-Ali | |
| 6,985,764 | B2 | 1/2006 | Mason et al. | |
| 6,993,371 | B2 | 1/2006 | Kiani et al. | |
| 6,996,427 | B2 | 2/2006 | Ali et al. | |
| 6,999,904 | B2 | 2/2006 | Weber et al. | |
| 7,003,338 | B2 | 2/2006 | Weber et al. | |
| 7,003,339 | B2 | 2/2006 | Diab et al. | |
| 7,015,451 | B2 | 3/2006 | Dalke et al. | |

Exhibit 3
Page 100

**US 8,471,713 B2**

Page 3

| | | | |
|---|---|---|---|
| 7,024,233 B2 | 4/2006 | Ali et al. | |
| 7,027,849 B2 | 4/2006 | Al-Ali | |
| 7,030,749 B2 | 4/2006 | Al-Ali | |
| 7,039,449 B2 | 5/2006 | Al-Ali | |
| 7,041,060 B2 | 5/2006 | Flaherty et al. | |
| 7,044,918 B2 | 5/2006 | Diab | |
| 7,067,893 B2 | 6/2006 | Mills et al. | |
| 7,096,052 B2 | 8/2006 | Mason et al. | |
| 7,096,054 B2 | 8/2006 | Abdul-Hafiz et al. | |
| 7,132,641 B2 | 11/2006 | Schulz et al. | |
| 7,142,901 B2 | 11/2006 | Kiani et al. | |
| 7,149,561 B2 | 12/2006 | Diab | |
| 7,158,769 B2 * | 1/2007 | Okanoue et al. | 455/226.1 |
| 7,186,966 B2 | 3/2007 | Al-Ali | |
| 7,190,261 B2 | 3/2007 | Al-Ali | |
| 7,215,984 B2 | 5/2007 | Diab | |
| 7,215,986 B2 | 5/2007 | Diab | |
| 7,221,971 B2 | 5/2007 | Diab | |
| 7,225,006 B2 | 5/2007 | Al-Ali et al. | |
| 7,225,007 B2 | 5/2007 | Al-Ali | |
| RE39,672 E | 6/2007 | Shehada et al. | |
| 7,239,905 B2 | 7/2007 | Kiani-Azarbayjany et al. | |
| 7,245,953 B1 | 7/2007 | Parker | |
| 7,254,429 B2 | 8/2007 | Schurman et al. | |
| 7,254,431 B2 | 8/2007 | Al-Ali | |
| 7,254,433 B2 | 8/2007 | Diab et al. | |
| 7,254,434 B2 | 8/2007 | Schulz et al. | |
| 7,272,425 B2 | 9/2007 | Al-Ali | |
| 7,274,955 B2 | 9/2007 | Kiani et al. | |
| D554,263 S | 10/2007 | Al-Ali | |
| 7,280,858 B2 * | 10/2007 | Al-Ali et al. | 600/323 |
| 7,289,835 B2 | 10/2007 | Mansfield et al. | |
| 7,292,883 B2 | 11/2007 | De Felice et al. | |
| 7,295,866 B2 | 11/2007 | Al-Ali | |
| 7,328,053 B1 | 2/2008 | Diab et al. | |
| 7,332,784 B2 | 2/2008 | Mills et al. | |
| 7,340,287 B2 | 3/2008 | Mason et al. | |
| 7,341,559 B2 | 3/2008 | Schulz et al. | |
| 7,343,186 B2 | 3/2008 | Lamego et al. | |
| D566,282 S | 4/2008 | Al-Ali et al. | |
| 7,355,512 B1 | 4/2008 | Al-Ali | |
| 7,356,365 B2 | 4/2008 | Schurman | |
| 7,371,981 B2 | 5/2008 | Abdul-Hafiz | |
| 7,373,193 B2 | 5/2008 | Al-Ali et al. | |
| 7,373,194 B2 | 5/2008 | Weber et al. | |
| 7,376,453 B1 | 5/2008 | Diab et al. | |
| 7,377,794 B2 | 5/2008 | Al Ali et al. | |
| 7,377,899 B2 | 5/2008 | Weber et al. | |
| 7,383,070 B2 | 6/2008 | Diab et al. | |
| 7,415,297 B2 | 8/2008 | Al-Ali et al. | |
| 7,428,432 B2 | 9/2008 | Ali et al. | |
| 7,438,683 B2 | 10/2008 | Al-Ali et al. | |
| 7,440,787 B2 | 10/2008 | Diab | |
| 7,454,240 B2 | 11/2008 | Diab et al. | |
| 7,467,002 B2 | 12/2008 | Weber et al. | |
| 7,469,157 B2 | 12/2008 | Diab et al. | |
| 7,471,969 B2 | 12/2008 | Diab et al. | |
| 7,471,971 B2 | 12/2008 | Diab et al. | |
| 7,483,729 B2 | 1/2009 | Al-Ali et al. | |
| 7,483,730 B2 | 1/2009 | Diab et al. | |
| 7,489,958 B2 | 2/2009 | Diab et al. | |
| 7,496,391 B2 | 2/2009 | Diab et al. | |
| 7,496,393 B2 | 2/2009 | Diab et al. | |
| D587,657 S | 3/2009 | Al-Ali et al. | |
| 7,499,741 B2 | 3/2009 | Diab et al. | |
| 7,499,835 B2 | 3/2009 | Weber et al. | |
| 7,500,950 B2 | 3/2009 | Al-Ali et al. | |
| 7,509,154 B2 | 3/2009 | Diab et al. | |
| 7,509,494 B2 | 3/2009 | Al-Ali | |
| 7,510,849 B2 | 3/2009 | Schurman et al. | |
| 7,526,328 B2 | 4/2009 | Diab et al. | |
| 7,530,942 B1 | 5/2009 | Diab | |
| 7,530,949 B2 | 5/2009 | Al Ali et al. | |
| 7,530,955 B2 | 5/2009 | Diab et al. | |
| 7,563,110 B2 | 7/2009 | Al-Ali et al. | |
| 7,596,398 B2 | 9/2009 | Al-Ali et al. | |
| 7,618,375 B2 | 11/2009 | Flaherty | |
| D606,659 S | 12/2009 | Kiani et al. | |
| 7,647,083 B2 | 1/2010 | Al-Ali et al. | |
| D609,193 S | 2/2010 | Al-Ali et al. | |
| D614,305 S | 4/2010 | Al-Ali et al. | |
| RE41,317 E | 5/2010 | Parker | |
| 7,729,733 B2 | 6/2010 | Al-Ali et al. | |
| 7,734,320 B2 | 6/2010 | Al-Ali | |
| 7,761,127 B2 | 7/2010 | Al-Ali et al. | |
| 7,761,128 B2 | 7/2010 | Al-Ali et al. | |
| 7,764,982 B2 | 7/2010 | Dalke et al. | |
| D621,516 S | 8/2010 | Kiani et al. | |
| 7,791,155 B2 | 9/2010 | Diab | |
| 7,801,581 B2 | 9/2010 | Diab | |
| 7,822,452 B2 | 10/2010 | Schurman et al. | |
| RE41,912 E | 11/2010 | Parker | |
| 7,844,313 B2 | 11/2010 | Kiani et al. | |
| 7,844,314 B2 | 11/2010 | Al-Ali | |
| 7,844,315 B2 | 11/2010 | Al-Ali | |
| 7,865,222 B2 | 1/2011 | Weber et al. | |
| 7,873,497 B2 | 1/2011 | Weber et al. | |
| 7,880,606 B2 | 2/2011 | Al-Ali | |
| 7,880,626 B2 | 2/2011 | Al-Ali et al. | |
| 7,891,355 B2 | 2/2011 | Al-Ali et al. | |
| 7,894,868 B2 | 2/2011 | Al-Ali et al. | |
| 7,899,507 B2 | 3/2011 | Al-Ali et al. | |
| 7,899,518 B2 | 3/2011 | Trepagnier et al. | |
| 7,904,132 B2 | 3/2011 | Weber et al. | |
| 7,909,772 B2 | 3/2011 | Popov et al. | |
| 7,910,875 B2 | 3/2011 | Al-Ali | |
| 7,919,713 B2 | 4/2011 | Al-Ali et al. | |
| 7,937,128 B2 | 5/2011 | Al-Ali | |
| 7,937,129 B2 | 5/2011 | Mason et al. | |
| 7,937,130 B2 | 5/2011 | Diab et al. | |
| 7,941,199 B2 | 5/2011 | Kiani | |
| 7,951,086 B2 | 5/2011 | Flaherty et al. | |
| 7,957,780 B2 | 6/2011 | Lamego et al. | |
| 7,962,188 B2 | 6/2011 | Kiani et al. | |
| 7,962,190 B1 | 6/2011 | Diab et al. | |
| 7,976,472 B2 | 7/2011 | Kiani | |
| 7,988,637 B2 | 8/2011 | Diab | |
| 7,990,382 B2 | 8/2011 | Kiani | |
| 7,991,446 B2 | 8/2011 | Al-Ali et al. | |
| 8,000,761 B2 | 8/2011 | Al-Ali | |
| 8,008,088 B2 | 8/2011 | Bellott et al. | |
| RE42,753 E | 9/2011 | Kiani-Azarbayjany et al. | |
| 8,019,400 B2 | 9/2011 | Diab et al. | |
| 8,028,701 B2 | 10/2011 | Al-Ali et al. | |
| 8,029,765 B2 | 10/2011 | Bellott et al. | |
| 8,036,728 B2 | 10/2011 | Diab et al. | |
| 8,046,040 B2 | 10/2011 | Ali et al. | |
| 8,046,041 B2 | 10/2011 | Diab et al. | |
| 8,046,042 B2 | 10/2011 | Diab et al. | |
| 8,048,040 B2 | 11/2011 | Kiani | |
| 8,050,728 B2 | 11/2011 | Al-Ali et al. | |
| 2007/0043269 A1 | 2/2007 | Mannheimer et al. | |
| 2009/0156924 A1 | 6/2009 | Shariati et al. | |

* cited by examiner

Exhibit 3
Page 101

**U.S. Patent**          Jun. 25, 2013          Sheet 1 of 10          US 8,471,713 B2



FIG. 1

Exhibit 3
Page 102

U.S. Patent

Jun. 25, 2013

Sheet 2 of 10

US 8,471,713 B2

Case 8:20-cv-00048-JVS-JDE   Document 142-3   Filed 08/24/20   Page 6 of 25   Page ID #:10194



**FIG. 2**

Exhibit 3
Page 103

Case 8:20-cv-00048-JVS-JDE   Document 142-3   Filed 08/24/20   Page 7 of 25   Page ID #:10195

U.S. Patent

Jun. 25, 2013

Sheet 3 of 10

US 8,471,713 B2



328

302

DIGITIZED DETECTOR COMPOSITE SIGNAL

SAMPLE BUFFERS

DIGITIZED TEMPERATURE SIGNAL

SENSOR MEMORY

PROGRAM MEMORY

DSP

DATA MEMORY

ROM

COM REGISTERS

304

MICRO CONTROLLER

A/V INTERFACE NETWORK STORAGE

**FIG. 3**

Exhibit 3
Page 104

**U.S. Patent**     Jun. 25, 2013     Sheet 4 of 10     US 8,471,713 B2



FIG. 4A

Exhibit 3
Page 105

Case 8:20-cv-00048-JVS-JDE   Document 142-3   Filed 08/24/20   Page 9 of 25   Page ID #:10197

**U.S. Patent**

**Jun. 25, 2013**

**Sheet 5 of 10**

**US 8,471,713 B2**



**FIG. 4B**

Exhibit 3
Page 106

U.S. Patent

Jun. 25, 2013

Sheet 6 of 10

US 8,471,713 B2

Case 8:20-cv-00048-JVS-JDE   Document 142-3   Filed 08/24/20   Page 10 of 25   Page ID
#:10198



FIG. 4C

Exhibit 3
Page 107

U.S. Patent

Jun. 25, 2013

Sheet 7 of 10

US 8,471,713 B2



FIG. 5

Exhibit 3
Page 108

**U.S. Patent**     Jun. 25, 2013     **Sheet 8 of 10**     **US 8,471,713 B2**



**FIG. 6A**

Exhibit 3
Page 109

U.S. Patent          Jun. 25, 2013          Sheet 9 of 10          US 8,471,713 B2



Exhibit 3
Page 110

**U.S. Patent**          Jun. 25, 2013          Sheet 10 of 10          US 8,471,713 B2



**FIG. 6E**          **FIG. 6F**



**FIG. 6G**



**FIG. 6H**

Exhibit 3
Page 111

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 113 of 170   Page ID
#:11495
Case 8:20-cv-00048-JVS-JDE   Document 142-3   Filed 08/24/20   Page 15 of 25   Page ID
#:10203

US 8,471,713 B2

1

## INTERFERENCE DETECTOR FOR PATIENT MONITOR

### REFERENCE TO RELATED APPLICATIONS

The present application claims priority benefit under 35 U.S.C. §119(e) from U.S. Provisional Application No. 61/228,495, filed Jul. 24, 2009, entitled "Interference Detector for Patient Monitor," which is incorporated herein by reference.

The present application is related to U.S. Pat. No. 5,919, 134, filed Jan. 12, 1998, entitled "Method and Apparatus for Demodulating Signals in Pulse Oximetry Systems"; and U.S. Pat. No. 6,526,300, filed Jun. 16, 200, entitled "Pulse Oximeter Probe-Off Detection System, both of which are incorporated herein by reference.

### BACKGROUND OF THE INVENTION

The present disclosure relates in general to patient monitoring systems including a patient monitor, one or more optical sensors, and a communication cable or device transferring signals between the monitor and the sensor(s).

Standard of care in caregiver environments includes patient monitoring through spectroscopic analysis using, for example, oximeter technologies commercially available from Masimo Corporation of Irvine. Devices capable of spectroscopic analysis generally include light sources transmitting optical radiation into a measurement site, such as, body tissue carrying pulsing blood. After attenuation (e.g. via transmission through tissue, reflectance, etc.) by tissue and fluids of the measurement site, one or more photodetection devices detects the attenuated light and outputs one or more detector signals responsive to the detected attenuated light. One or more signal processing devices process the detector(s) signal(s) and output a measurement indicative of a blood constituent of interest, such as, glucose, oxygen, methemoglobin, total hemoglobin, other physiological parameters, or other data or combinations of data useful in determining a state or trend of wellness of a patient. Such combinations often include statistical analysis of one or more measurements or combinations of different parameter measurements into useful information.

In addition to the foregoing, considerable efforts have been made to develop noninvasive oximeter techniques for measuring other blood analytes or patient parameters, including for example, glucose, total hemoglobin, or the like. Unfortunately, some of these parameters have proven to be difficult to measure using noninvasive spectroscopy. For example, the biologic tissue and water of a measurement site have a high intrinsic absorption at many of the wavelengths of light that are useful in measuring blood glucose. Moreover, blood glucose exists in relatively low concentrations comparatively with other blood analytes. Furthermore, different patients will have large variations in the optical properties of their skin and blood composition.

Moreover, ambient and/or environment interference (i.e., noise) can adversely affect the measurement accuracy. Interference is generated by many commonly-used electrical devices. In a typical household for example, electric power lines and outlets, ambient lights, light dimmers, television or computer displays, and power supplies or transformers generate electromagnetic interference. For example, noise caused by ambient light will generally vary with a periodicity corresponding to a 50 Hz or 60 Hz fundamental frequency and its harmonics. As will be understood by those of skill in the art, the ambient light frequency is a function of the fre-

2

quency of electricity powering the ambient lights and other interfering devices and/or the frequency of naturally occurring light. The ambient light frequency will, accordingly, change depending on the power system used to operate the devices creating the ambient light. Harmonics of the fundamental ambient light frequency are important because the ambient light can still cause significant interference at the harmonic frequencies. This is particularly true when the ambient light is provided by fluorescent lights which generate significant noise at the second harmonic (i.e., 100 Hz or 120 Hz) and the fourth harmonic (i.e., 200 Hz or 240 Hz). In addition in typical care environments medical equipment (e.g., electrocauterization devices) also generates significant electromagnetic interference. These and other challenges make signal information indicative of physiological parameters (e.g., glucose) difficult to differentiate from the interference signal. Moreover, patients and other users often desire glucose and other physiological parameter data in at least spot check measurements in a wide variety of care and non-care environments where interference levels are unknown.

### SUMMARY OF THE INVENTION

In some embodiments of the present disclosure, an interference detector configured to reliably measure the levels of ambient and/or environment interference is described. The detector utilizes frequency analysis to determine and calculate interference levels in the frequency bands of interest. Such bands of interest can be configured to be those frequencies used for analysis during measuring the various physiological parameters. For example, a modulated light signal attenuated by body tissue or fluids can comprise physiological information at the fundamental frequency and harmonic frequencies of the carrier signal (e.g., a periodic pulse train). Interference levels can be measured at the fundamental frequency and harmonic frequencies to determine the likelihood of obtaining reliable measurements of physiological parameters in the presence of ambient and/or environment noise.

In some embodiments of the present disclosure, the interference levels can be computed as energy or power of interference signals concentrated at the frequencies of interest. The maximum measured power can be used to determine the worst-case effect of ambient and/or environmental interference on the accuracy of measurements of physiological parameters. This maximum measured power can be compared with a threshold to obtain an objective determination of the significance of the interference and its expected degradation of the accuracy of the measurements. The threshold can be selected as a multiple of the noise floor of the interference detector or, in other words, the measured noise signal that is inherently present in the system because of thermal noise, shot noise, and the like. The noise floor further establishes a limit on the smallest measurement that can be reliably performed by the system. The multiple of the noise floor and the threshold can be varied depending on the type of physiological parameter being measured by the device.

In some embodiments of the present disclosure, the interference detector can be configured to provide audio-visual indication of the measured interference levels, relative to the threshold, to the user. Visual indication can comprise displaying bar graphs, charts, graphs, and the like of the measured, relative interference levels. Audio indication can comprise speaking the severity of the measured, relative interference levels. Audio-visual indication can be helpful in spot check measurement situations because the user can be quickly informed as to the expected accuracy of the measurement of physiological parameters. In addition, the user can be quickly

Exhibit 3
Page 112

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 114 of 170   Page ID
#:11496
Case 8:20-cv-00048-JVS-JDE   Document 142-3   Filed 08/24/20   Page 16 of 25   Page ID
#:10204

US 8,471,713 B2

3

alerted in situations where ambient and/or environmental interference can significantly degrade the measurement accuracy or cause the measurements to be unreliable.

For purposes of summarizing the invention, certain aspects, advantages and novel features of the invention have been described herein. Of course, it is to be understood that not necessarily all such aspects, advantages or features will be embodied in any particular embodiment of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

The following drawings and the associated descriptions are provided to illustrate embodiments of the present disclosure and do not limit the scope of the claims.

FIG. **1** illustrates a perspective view of an exemplary patient monitoring system including exemplary visual indicia of an output of an interference detector, according to an embodiment of the disclosure.

FIG. **2** illustrates an exemplary block diagram of a patient monitor and the interference detector of the patient monitoring system of FIG. **1**.

FIG. **3** illustrates an exemplary hardware block diagram of a digital signal processor and signal extractor of the patient monitor of FIG. **2**.

FIG. **4**A-C illustrate exemplary functional block diagrams of a digital signal processor and signal extractor and interference detector of the patient monitor of FIG. **2**.

FIG. **5** illustrates an interference detection process, according to an embodiment of the disclosure.

FIGS. **6**A-H illustrate exemplary user interface indicia indicating use of and output from the interference detector of FIG. **1**.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Ambient and/or environment interference (i.e., noise) can adversely affect the measurement accuracy of non-invasive patient monitoring systems, such as systems capable of measuring glucose, oxygen, methemoglobin, total hemoglobin, and other physiological parameters. To perform the measurements, these systems typically utilize signal processing analysis of optical radiation (e.g., light) signal detected by photodetectors after it has been attenuated by body tissue and fluids. However, significant interference is generated by many commonly-used electrical devices, such as electric power lines and outlets, ambient lights, light dimmers, television or computer displays, power supplies or transformers, and medical equipment (e.g., electrocauterization devices). It can be difficult to differentiate signal information indicative of physiological parameters from the interference. Moreover, patients and other users often desire glucose and other physiological parameter data in at least spot check measurements in a wide variety of care and non-care environments where the interference levels are unknown.

Existing solutions for measuring the interference levels can be inadequate, especially in spot check situations. For example, one approach is to measure the interference at the same time as performing measurements of physiological parameters. However, this can be unreliable because interference may be highly non-stationary and non-periodic, may have short-duration components with significant energy levels, and so on. Accordingly, such measurements of interference levels can be inaccurate and unreliable.

In some embodiments of the present disclosure, an interference detector configured to reliably measure the interference levels is described. The detector utilizes frequency

4

analysis to determine and calculate interference levels in the frequency bands of interest. Such bands of interest can be configured to be those frequencies used for analysis during measuring the various physiological parameters. For example, a modulated light signal attenuated by body tissue or fluids can comprise physiological information at the fundamental frequency and harmonic frequencies of the carrier signal (e.g., a periodic pulse train). Interference levels can be measured at the fundamental frequency and harmonic frequencies to determine the likelihood of obtaining reliable measurements of physiological parameters in the presence of ambient and/or environment noise. In some embodiments, the interference levels can be used to determine a best modulation rate that will result in the least interference to the desired signal.

In some embodiments of the present disclosure, the interference levels can be computed as energy or power of interference signals concentrated at the frequencies of interest. The maximum measured power can be used to determine the worst-case effect of ambient and/or environmental interference on the accuracy of measurements of physiological parameters. This maximum measured power can be compared with a threshold to obtain an objective determination of the significance of the interference and its expected degradation of the accuracy of the measurements. The threshold can be selected as a multiple of the noise floor of the interference detector or, in other words, the measured noise signal that is inherently present in the system because of thermal noise, shot noise, and the like. The noise floor further establishes a limit on the smallest measurement that can be reliably performed by the system. The multiple of the noise floor and the threshold can be varied depending on the type of physiological parameter being measured by the device.

In some embodiments of the present disclosure, the interference detector can be configured to provide audio-visual indication of the measured interference levels, relative to the threshold, to the user. Visual indication can comprise displaying bar graphs, charts, graphs, and the like of the measured, relative interference levels. Audio indication can comprise speaking the severity of the measured, relative interference levels. Audio-visual indication can be helpful in spot check measurement situations because the user can be quickly informed as to the expected accuracy of the measurement of physiological parameters. In addition, the user can be quickly alerted in situations where ambient and/or environmental interference can significantly degrade the measurement accuracy or cause the measurements be unreliable.

To facilitate a complete understanding of the invention, the remainder of the detailed description describes the invention with reference to the drawings, wherein like reference numbers are referenced with like numerals throughout.

FIG. **1** illustrates a perspective view of a patient monitoring system **100**, according to an embodiment of the disclosure. The system **100** includes a portable patient monitor **103** capable of noninvasively determining one or more psychological parameters and also interference levels. The portable patient monitor **103** communicates with an optical sensor **101** through a cable **112**. In some embodiments, the patient monitor **103** drives the sensor **101** to emit light of different wavelength into a body tissue (not shown). The sensor **101** detects the light after attenuation by the body tissue and outputs a signal indicative of the amount of light received by the sensor **101** (which can include attenuation) through the cable **112**. In addition, in some embodiments, the monitor **103** communicates with a temperature sensor and a memory device associated with one or more of the sensor **101** and the cable **112**, through the cable **112**. In some embodiments, the monitor

Exhibit 3
Page 113

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 115 of 170   Page ID
#:11497
Case 8:20-cv-00048-JVS-JDE   Document 142-3   Filed 08/24/20   Page 17 of 25   Page ID
#:10205

US 8,471,713 B2

5                                                                              6

103 communicates with other storage devices and remote devices via a network interface (not shown).

The patient monitor can comprise a display 110 and one or more control buttons 108. In some embodiments, the display 110 can be a touch sensitive display that can include one or more virtual controls and/or changing display and/or control screens. The display 110 can be configured to display a wide variety of measured psychological parameters in a manner that provides for quick and efficient conveyance of information to a user. For example, the display 110 can show values for blood oxygen saturation, pulse, glucose, methemoglobin, total hemoglobin, and the like. In addition, as shown in FIG. 1, the display 110 can convey visual indicia of the detected noise interference levels. For example, the display 110 can be configured to output a bar graph where, as explained in more detail below, green shading corresponds to low level interference levels and red shading corresponds to high interference levels.

FIG. 2 illustrates a block diagram of a patient monitor and interference detector of the patient monitoring system 200, such as, for example, the monitoring system 100 of FIG. 1. As shown in FIG. 2, the monitoring system 200 includes a sensor 202 and a patient monitor 203, communicating through a cable 212. In some embodiments, the sensor 202 includes a plurality of emitters 204 (e.g., eight emitters as is shown in FIG. 1) irradiating a body tissue 205 with light and one or more detectors 206 (e.g., four detectors as shown in FIG. 2) capable of detecting light after attenuation by the tissue 205. In some embodiments, the sensor 202 can be configured such that one or more detectors 206 detect ambient and/or environment interference levels after attenuation by the tissue 205.

The sensor 202 can additionally comprise a temperature sensor 207, such as a thermistor or a thermocouple, and a memory device 208, such non-volatile (e.g., an EEPROM) or volatile memory. The sensor 202 also includes a plurality of conductors communicating signals to and from its components, including temperature sensor conductors 209, detector composite signal conductors 210, memory device conductors 214, and emitter drive signal conductors 216. In some embodiments, the sensor conductors 209, 210, 214, 216 communicate their signals to the monitor 203 through the cable 212. In some embodiments, the cable 212 includes a plurality of shielded conductors.

Although disclosed with reference to the cable 212, a skilled artisan will recognize from the disclosure herein that the communication to and from the sensor 202 may advantageously include a wide variety of cables, cable designs, public or private communication networks or computing systems, wired or wireless communications (such as Ethernet, Bluetooth or WiFi, including IEEE 802.11x), mobile communications, combinations of the same, or the like.

In some embodiments, the temperature sensor 207 monitors the temperature of the sensor 202 and its components, such as, for example, the emitters 204. For example, in some embodiments, the temperature sensor 207 comprises or communicates with a thermal bulk mass having sufficient thermal conduction to generally approximate a real-time temperature of a substrate of the light emitters 204. In some embodiments, the monitor 203 may advantageously use the temperature sensor 207 output to, among other things, ensure patient safety, especially in applications with sensitive tissue 205. In some embodiments, the monitor 203 may advantageously use the temperature sensor 207 output and monitored operating current or voltages to correct for operating conditions of the sensor 202.

The memory 208 can comprise any one or more of a wide variety of memory devices known to a skilled artisian from the disclosure herein, including non-volatile memory, volatile memory, or combination thereof. The memory 208 can be configured to store some or all of a wide variety data and information, including, for example, information on the type or operation of the sensor 202, type of patient or body tissue 205, buyer or manufacturer information, sensor characteristics including the number of wavelengths capable of being emitted, emitter specifications, emitter drive requirements, demodulation data, calculation mode data, calibration data, software or firmware such as scripts, executable code, or the like, sensor electronic elements, sensor life data indicating whether some or all sensor components have expired and should be replaced, encryption information, monitor or algorithm upgrade instructions or data, or the like. In some embodiments, the memory device 208 may also include emitter wavelength correction data. In some embodiments, the monitor 203 can read the memory 208 to determine one, some or all of a wide variety of data and information stored. As is shown in FIG. 2, a digital signal processor 228 can communicate with the memory device 208, by using a memory reader, memory writer, or the like.

The monitor 203 can comprise a front end signal conditioner 222 configured to receive, through the conductors 210, the analog composite detector signal from the detectors 206. The signal conditioner 222 can normalize the analog composite detector signal by adjusting the signal's gain, remove unwanted frequency components by passing the signal through a band-pass or a low-pass filter, normalize the phase of the signal by passing it through an all-pass filter with the desired phase response, and the like. The signal conditioner 222 includes one or more outputs communicating with an analog-to-digital converter 226 ("A/D converter"). In some embodiments, the A/D converter 226 may comprise a delta-sigma converter to provide better linearity and signal-to-noise performance, which, among other things, advantageously enhances measurements during lower perfusion. The reduced signal-to-noise may also improve measurement quality by providing better rejection of ambient and/or environment interference (e.g., from electrocauterization devices). The ND converter 226 includes inputs communicating with the output of the front end signal conditioner 222 and the output of the temperature sensor 207. The converter 226 also includes outputs for communicating the digitized composite detector signal values and temperature sensor readings to the processor 228.

The processor 228 can output an emitter driver current control signal 230 to a digital-to-analog converter 232 ("D/A converter"). The D/A converter 232 can supply control information to emitter driving circuitry 234, which in turns drives the plurality of emitters 204 on the sensor 202 over conductors 216. In some embodiments, the emitter driving circuitry 234 drives eight emitters capable of emitting light at eight predefined wavelengths, although the circuitry 234 can drive any number of emitters. In addition, one or more emitters could emit light at the same or substantially the same wavelength to provide redundancy. The circuitry 234 can be configured to modulate the emitters 204, by turning them on and off, as to produce pulse trains of light at the corresponding wavelengths. In some embodiments, the circuitry 234 can be configured to turn the emitters 204 off as to cause the detectors 206 to detect the level of ambient or environment noise, which can additionally modulate by the rectangular pulse train carrier signal. Further details of modulation are disclosed in U.S. Pat. No. 6,229,856, issued on May 8, 2001, the disclosure of which is incorporated by reference herein.

Exhibit 3
Page 114

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 116 of 170   Page ID
#:11498
Case 8:20-cv-00048-JVS-JDE   Document 142-3   Filed 08/24/20   Page 18 of 25   Page ID
#:10206

US 8,471,713 B2

7

The processor **228** can process digitized composite detector signal values and calculate physiological parameter information, such as blood oxygen saturation, pulse, glucose, methemoglobin, total hemoglobin, and the like. The processor **228** comprises an interference detector **240** configured to calculate the levels of ambient and/or environment interference comprised in the composite detector signal. In some embodiments, the processor **228** can read the information stored in the memory device **208** and use the retrieved information for calculation of physiological parameter information and/or interference levels.

The processor **228** can communicate with the audio/visual interface **236**, for example, to display the measured and calculated parameters or interference levels.

The audio/visual interface **236** can be configured as a display device capable of providing indicia representative of the calculated physiological parameters of the tissue **205** at the measurement site and of the calculated interference levels. In some embodiments, the audio/visual interface **236** can display trending data for one or more of the measured or determined parameters or interference levels. Moreover, an artisan will recognize from the disclosure herein many display options for the data available from the processor **228**.

In addition, the processor **228** can communicate with local and/or remote storage **241** and local and/or remote network devices through network interface **242**. Storage **241** can be configured as non-volatile memory, volatile memory or combination thereof. Storage **241** can be in the form of a hard disk, flash memory card, or other suitable computer accessible memory. In some embodiments, the processor **228** can store a variety of information in the storage **241**, such as calculated physiological parameter information and interference levels. This information can be later retrieved and used in future calculations. In some embodiments, the processor can communicate variety of information to network devices over the network interface **242**. The network interface **242** can be configured with a wide variety of cables, cable designs, public or private communication networks or computing systems, wired or wireless communications (such as Ethernet, Bluetooth or WiFi, including IEEE 802.11x), mobile communications, combinations of the same, or the like. The processor **228** can exchange a variety of information with network devices, such as calculated physiological parameter information and interference levels.

FIG. **3** illustrates a hardware block diagram of a digital signal processor and signal extractor **328** of the patient monitor, such as, for example, the processor **228** of FIG. **2**. As shown in FIG. **3**, the processor **328** can comprise a core processor **302** and a microcontroller **304**. According to some embodiments, the core processor can comprise a digital signal processor based on the Super Harvard ARChitecture ("SHARC"), such as those commercially available from Analog Devices. FIG. **3** shows various exemplary component details of typical SHARC processors. However, a skilled artisan will recognize from the disclosure herein a wide variety of data and/or signal processors capable of executing programs for determining physiological parameters from input data, preferably a digital signal processor that can handle at least 16, 32, or 40 bits of floating point or fixed point for precision. According to some embodiments, the microcontroller **304** controls system management, including, for example, communications of calculated parameter data, interference levels, and the like to an audio/visual interface; communication of information to an from remote or local network devices or storage; and the like. In some embodiments, the microcontroller **304** may also act as a watchdog

8

circuit by, for example, monitoring the activity of the core processor **302** and resetting it when appropriate.

FIG. **4**A illustrates a functional block diagram of a digital signal processor and interference detector **428** of the patient monitor, such as, for example, the processor **228** of FIG. **2**. As is shown in FIG. **4**A, the input to the processor and interference detector **428** can be a digitized composite detector signal $x_k(n)$ **401**A. In some embodiments, the digitized composite detector signal **401**A, $x_k(n)$, can represent digitized samples of a signal from a single detector **206** (i.e., k can correspond to the number of detectors **206**) and a separate signal processing, modeling, and computation path as shown in FIG. **4**A can be used for each signal $x_k(n)$. In some embodiments, the composite detector signal **401**A can comprise the interference signal detected by the detectors **206**, without any light data.

In some embodiments a demodulation module **403**A models and demodulates the digitized composite detector signal **401**A (e.g., a 48 KHz composite signal) to separate the composite signal into signals related to each emitted wavelength and to remove the frequency components of the carrier signal. In addition, the demodulation module **403**A can be configured to model and demodulate the digitized composite detector signal to separate the interference signal into interference signals related to each emitted wavelength and to remove the frequency components of the carrier signal. In some embodiments the demodulation module **403**A can be configured to model and demodulate digitized composite detector signal data into N (e.g., 8) channels of demodulated data. Each channel can be configured to correspond to a different frequency and/or phase characteristics. For example, each channel can correspond to a fundamental frequency and its harmonics of the rectangular light pulse train carrier signal modulated by the light signal emitted by an emitter **204**. Furthermore, as explained below, several channels can share the same frequency characteristic, and, in such embodiments, phase can be used to distinguish these channels.

The multiple channels of demodulated data samples can be presented to a decimation module **404**A, which is configured to reduce the sampling rate by eliminating samples and, additionally, may provide signal conditioning and filtering. Because decimation reduces the number of data samples, it can reduce computational burden on the digital signal processor and interference detector **428** and, additionally, reduce power consumption of the patient monitor. In some embodiments, a 48 KHz demodulated multiple channel data stream can be decimated to 62.5 Hz.

To determine the interference levels, the multiple channels of demodulated and decimated data can be presented to an energy detector **405**A. In some embodiments, the composite detector signal $x_k(n)$ **401**A can comprise only the interference signal, as the emitters **204** can be configured (e.g., by the circuitry **234**) to be off. Then, the multiple channels of demodulated and decimated data comprise interference signals, and the energy detector **405**A can be configured to compute the energy or power of the interference signals. In some embodiments, as explained below, the energy detector **405**A can compute the average power of the interference signal on each of the decimation channels and to select the maximum power value as the interference output.

To compute physiological parameter information, such as blood oxygen saturation, pulse, glucose, methemoglobin, total hemoglobin, and the like, the multiple channels of demodulated and decimated data can be presented to a parameter calculator **406**A. The parameter calculator **406**A can model, condition, and process the data according to various algorithms for computation of physiological information, as

Exhibit 3
Page 115

US 8,471,713 B2

9                                                                    10

is described in U.S. application Ser. No. 11/367,017 (filed Mar. 1, 2006), the disclosure of which is incorporated by reference herein.

FIG. 4B illustrates a functional block diagram of an interference detector 440B of the patient monitor, such as, for example, the processor 428 of FIG. 4A. As is shown in FIG. 4B, the input to the interference detector 440B can be a digitized composite detector signal $x_g(n)$ 401B. In some embodiments, the digitized composite detector signal 401B, $x_g(n)$, can represent digitized samples of a signal from a single detector 206 (i.e., k can correspond to the number of detectors 206) and, as is explained below, a separate interference detector (such as the detector 440B) can be used for each signal $x_g(n)$. In some embodiments, the composite detector signal 401B can comprise the interference signal detected by the detectors 206, without any light data. This can be accomplished, for example, by configuring the circuitry 234 of FIG. 2 to keep the emitters 204 off and by configuring the detectors 206 to detect only the ambient and/or environment interference levels attenuated by the tissue 205.

A demodulation module 403B models and demodulates the digitized composite detector signal $x_g(n)$ 401B (e.g., a 48 KHz composite signal) to separate the interference signal into interference signals related to each emitted wavelength and to remove the frequency components of the carrier signal. As is illustrated in FIG. 4B, in some embodiments the demodulation module 403B can be configured to model and demodulate the digitized composite detector signal 401B into N (e.g., 8) channels of demodulated data. Each channel can be configured to correspond to a different frequency (i.e., sin(t) and cos(t) components of each harmonic, as is further explained below) of the modulated light signal produced by an emitter 204.

In some embodiments, a modulated light signal can be produced by modulating a periodic, rectangular pulse train (i.e., the carrier signal) by the light produced by the emitters 204. The circuit 234 can be configured such that only one emitter 204 (e.g., light emitting diodes) is active at any given time period. For example, if there are two emitters 204 (e.g., red and infrared light emitting diodes), the circuit 234 can apply current to activate the first emitter during a first time interval of duration $\tau_1$, while keeping the second emitter inactive. Thereafter, no current can be applied to either emitter during a second time interval of duration $\tau_2$. Then, the current can be applied to activate the second emitter during a third time interval of duration $\tau_3$, while keeping the first emitter inactive. Finally, the modulation cycle can be completed by applying no current to either emitter during a fourth time interval $\tau_4$. Thereafter, the cycle can be repeated by restarting with the first interval. All four time intervals $\tau_1$, $\tau_3$, $\tau_3$, and $\tau_4$ can be of the same duration $\tau$. Accordingly, the carrier signal, a periodic, rectangular pulse train having a pulse width $\tau$ and a period of $4\tau$ and corresponding Fourier coefficients of $\tau F_0{}^*\mathrm{sinc}(kF_0\tau)$, where $F_0$ is the fundamental frequency (i.e. inverse of the period) and $k=\pm1, \pm2, \ldots$, is modulated by the light emitted by emitters 204. The Fourier coefficients correspond to the fundamental frequency and its harmonics (or integer multiples of the fundamental frequency). The circuit 234 can be configured to similarly modulate any number of carrier signals by any number of emitters 204, such as 8 emitters.

In order to recover the intensity of the light signal, attenuated through the tissue 205 and detected by the detectors 206, the demodulation module 403B can be configured to model and analyze the composite detector signal 401B at the fundamental frequency $F_0$ and the harmonics of the periodic pulse train ("frequencies of interest"). This can be accomplished by shifting the envelope of the modulated signal (i.e. composite detector signal), or part of the envelope that comprises a significant energy of the intensity signal, to a frequency of interest and then applying a filter to remove components at other higher frequencies. In some embodiments, several frequencies of interest can be used and shifting of the envelope can be accomplished by multiplying the modulated signal by a cosine or sine signal having the frequency corresponding to the frequency of interest. A skilled artisan will recognize from the disclosure herein that frequencies of interest can be frequencies other than the fundamental frequency $F_0$ and its harmonics and demodulations methods other than shifting the signal envelope can be used.

In some embodiments, the demodulation module 403B can be further configured to reduce or eliminate in the composite detector signal crosstalk between the light signals output by different emitters 204. For example, if there are two emitters 204 (e.g., red and infrared light emitting diode), crosstalk in the composite detector signal can be defined as the effect of the red light signal on the infrared light signal and vice versa. Such crosstalk can be minimized or eliminated by using appropriate demodulating signals and multiplying these by the composite detector signal. In some embodiments as is explained in the above-identified issued U.S. Pat. No. 6,229, 856, demodulating signals reducing or eliminating crosstalk can be configured as cosine signals with frequencies of the fundamental frequency $F_0$ and harmonics of the carrier pulse train: $C_1 \cos(2\pi F_0 t)$, $C_2 \cos(4\pi F_0 t)$, $C_3 \cos(6\pi/F_0 t)$, and so on (where $C_1$, $C_2$, $C_3$, $\ldots$ are constants selected to minimize or eliminate crosstalk).

Additionally, selecting frequencies of interest can result in reducing the effect of at least some types and intensities of ambient or environment noise on the light intensity signals. For example, the fundamental frequency $F_0$ can be selected as 316.7 Hz (i.e., with harmonics at 316.7 n Hz, where n is an integer value) to reduce or eliminate the effect of power line noise (60 Hz or 50 Hz fundamental frequency with harmonics at 60n Hz or 50n Hz, where n is an integer value). Accordingly, the nearest harmonic of power line noise to the light signal intensity comprised by the modulated pulse train having the fundamental frequency of 316.7 Hz would be 300 and 360 Hz, for 60 Hz power line frequency, and 300 and 350 Hz, for 50 Hz power line frequency. This would provide a frequency separation of noise and light intensity. In some embodiments, the fundamental frequency $F_0$ can be selected as 330 Hz to provide the separation.

Accordingly, in some embodiments, the demodulation module 403B of the interference detector 440B can be configured to model and analyze the composite detector signal 401B, which comprises interference, at the fundamental frequency $F_0$ and its harmonics. Accordingly, the demodulation module 403B operates at the modulation frequency and its harmonics as applied to demodulate the modulated composite light signal. As is explained above, interference signals having components at these frequencies of interest can significantly degrade the recovery of the light intensity signals from the composite detector signal. Therefore, it is advantageous to determine the level of interference at these frequencies of interest and to compute the likelihood of successful recovery and processing of the light intensity signals given in the presence of ambient and/or environment interference. In some embodiments, the demodulation module 403B can be configured to model the interference signal at the fundamental frequency and the second, third, and fourth harmonics. However, a skilled artisan will recognize a wide variety of signal modeling combinations from the disclosure herein.

Exhibit 3
Page 116

US 8,471,713 B2

11

12

Furthermore, the demodulation module **403**B can be configured to model the full energy spectrum of the interference signal at the frequencies of interest. This can be accomplished by capturing the energy of the interference signal at the frequencies of interest regardless of the phase variation of the interference signal at those frequencies. In some embodiments, this can be accomplished by using both cosine and sine as demodulating signals. Because cosine and sine signals of the same frequency are $\pi/2$ radians out of phase, using these as complementary demodulating signals can model and capture all of the potential interference signal energy at the frequencies of interest. In some embodiments, the spectrum of the interference signal can be modeled by using only a cosine or only a sine demodulating signal. A skilled artisan will recognize a wide variety of demodulating signals, such as orthogonal signals, from the disclosure herein.

As is illustrated in FIG. **4**B, the demodulation module **403**B can model the full spectrum of the interference signal at the fundamental frequency $F_0$ and the harmonics $2F_0$, $3F_0$, and $4F_0$. Both sine and cosine demodulating signals can be used. The digitized composite detector signal $x_g(n)$ **401**B can be multiplied by $\sin(2\pi F_0/F_s n)$ at **410** and by $\cos(2\pi f_0/F_s n)$ at **420** to model the full spectrum of the interference signal at the fundamental frequency $F_0$ ($F_s$ is the sampling frequency). The digitized composite detector signal $x_g(n)$ **401**B can be multiplied by $\sin(4\pi F_0/F_s n)$ at **430** and by $\cos(4\pi F_0/F_s n)$ at **440** to model the full spectrum of the interference signal at the second harmonic $2F_0$. The digitized composite detector signal $x_g(n)$ **401**B can be multiplied by $\sin(6\pi F_0/F_s n)$ at **450** and by $\cos(6\pi F_0/F_s n)$ at **460** to model the full spectrum of the interference signal at the third harmonic $3F_0$. Finally, the digitized composite detector signal $x_g(n)$ **401**B can be multiplied by $\sin(8\pi F_0/F_s n)$ at **470** and by $\cos(8\pi F_0/F_s n)$ at **480** to model the full spectrum of the interference signal at the third harmonic $4F_0$. As is illustrated, N=8 channels of demodulated interference signal data can be produced.

The demodulated interference signal data can be presented to a decimation module **404**B, which reduces the sampling rate by eliminating samples and, additionally, may provide signal conditioning and filtering. Because decimation reduces the number of data samples, it can reduce computational burden on the interference detector **440**B and, additionally, reduce power consumption of the patient monitor. As is illustrated in FIG. **4**B, the decimation module **404**B can be configured as a series of downsample-by-2 blocks, each of which reduces the sampling rate by a factor of 2 by discarding every other signal sample. In order to satisfy the sampling theorem and to avoid aliasing, each of the downsample-by-2 blocks should be preceded by a low-pass filter having a cutoff frequency of $F_s/2^m$, where m is the number of the downsample-by-2 block in the series. Performing the low-pass filtering can result in the elimination of the components at other higher frequencies that do not carry any potentially useful information after the demodulation has been performed. Accordingly, the first channel of demodulated interference signal data (after being multiplied by $\sin(2\pi F_0/F_s n)$ at **410**) can be filtered at **411** by a low-pass filter having a cut-off frequency of $F_s/2$, and can be subsequently decimated by a factor of 2 at **412**. Subsequently, the remaining data samples of the first channel can be similarly filtered and decimated until, after being filtered by a low-pass filter **413** having a cut-off frequency of $F_s/2^m$ and decimated by a factor of 2 by a downsample-by-2 block at **414**, the data samples are reduced to the desired sampling rate. This can performed for each channel of demodulated interference signal data, as is illustrated in FIG. **4**B. In some embodiments a 48 KHz demodulated multiple channel data stream can be decimated

to 62.5 Hz by a string of $\log_2(48000/62.5)$ (or approximately 10) downsample-by-2 blocks, each preceded by an anti-aliasing low-pass filter. In some embodiments dowsample-by-M blocks can be used instead, each of which reduces the sampling rate by a factor of M. In some embodiments (e.g., when a sigma-delta analog-to-digital converter is used), dowsample-by-L and downsample-by-M blocks can be used instead, each of which reduces the sampling rate by a factors of L and M. In some embodiments, a single downsample block can be used to achieve the desired sampling rate. A skilled artisan will recognize a wide variety of signal decimation techniques from the disclosure herein.

The demodulated, decimated interference signal data can be presented to an energy detector **405**B for calculation of interference levels. A signal's energy can be calculated by summing up squared absolute values of the signal samples. As is illustrated in FIG. **4**B, the demodulated, decimated data samples of the first channel are squared at **415**. This can be performed for each channel of demodulated, decimated interference signal data. In some embodiments, the squared samples can be summed up. In some embodiments in addition to being summed up, the squared samples can also be filtered by a moving average filter. A moving average filter has low-pass characteristics and, accordingly, smoothes the signal by removing high-frequency components (e.g., short ambient or environment noise transients). A moving average filter can be configured with weighted or non-weighted filter coefficients. For example, a simple, non-weighted moving average filter sums up all the squared samples and divides the resulting sum by the number of samples. This results in computing the average power of the signal. As is illustrated in FIG. **4**B, the calculated energy signal of the first channel is smoothed by the moving average filter **416** to determine the average power (or simply power) of the signal. As is illustrated, this can be performed on each channel of demodulated, decimated data to determine the power of the interference signal on each channel. In some embodiments, root mean square power of the signal on each channel can be computed by further calculating a square root of the computed power.

In some embodiments, the calculated energy or power computed for complementary cosine and sine channels sharing the same frequency can be summed in order to determine energy or power of the interference signal at each frequency of interest. As is explained above, because cosine and sine signals of the same frequency are $\pi/2$ radians out of phase, using both as complementary demodulating signals can model and capture all of the potential interference signal energy at the frequencies of interest. As is illustrated in FIG. **4**B, at **490** the computed power values are added up in order determine the full spectrum power of the interference signal at the fundamental frequency $F_0$. Similar additions can be performed on other channels in order to determine the full spectrum power of the interference signal at the second ($2F_0$), third ($3F_0$), and fourth ($4F_0$) harmonics.

The interference level (or output) computed by the interference detector **440**B for the digitized composite detector signal $x_g(n)$ **401**B can be the maximum computed energy or power at the frequencies of interest. As is illustrated in FIG. **4**B, at **495** such maximum can be selected as the output of the interference detector **440**B. The maximum computed signal energy or power of the interference signal can represent the worst-case conditions for measuring physiological parameter information. In some embodiments, all computed interference signal energies or powers can be output. In some embodiments, the computed values can be further processed, such as averaged, filtered, and the like. A skilled artisan will

Exhibit 3
Page 117

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 119 of 170   Page ID
#:11501
Case 8:20-cv-00048-JVS-JDE   Document 142-3   Filed 08/24/20   Page 21 of 25   Page ID
#:10209

US 8,471,713 B2

13 14

recognize a wide variety of approaches to compute the interference output from the disclosure herein.

FIG. 4C illustrates a functional block diagram of an interference detector 440C of the patient monitor, such as, for example, the processor 428 of FIG. 4A. In embodiments comprising multiple detectors 206, computation of the interference levels can be performed separately on each composite detector signal captured by each of the detectors 206. As is shown in FIG. 4C, the interference detector 440C comprises four interference detectors 402C, each configured for calculating the interference level for the composite detector signal, $x_i(n)$ through $x_4(n)$, obtained from each of four detectors 206. Each of the interference detectors 402C can be configured as the detector 440B of FIG. 4B, and can output the maximum computed interference signal energy or power. At 496C, the maximum interference signal energy (or power) can be selected as selected as output. This can represent the worst-case conditions for measuring physiological parameter information. In some embodiments, all computed interference signal energies or powers can be output. In some embodiments, the computed values can be further processed, such as averaged, filtered, and the like. A skilled artisan will recognize a wide variety of approaches to compute the interference level from the disclosure herein.

FIG. 5 illustrates an interference detection process performed by a patient monitoring system, such as the patient monitoring system 200 of FIG. 2. At step 501 the analog composite detector signal is received from the detector(s) 206. The signal can be configured to comprise only the interference signal without any light intensity components. At step 502, the composite detector signal is conditioned by, for example, adjusting or normalizing the signal's gain, removing unwanted frequency components by passing the signal through a band-pass or a low-pass filter, normalizing the phase of the signal by passing it through an all-pass filter with the desired phase response, and the like. At step 503, the conditioned composite detector signal is digitized into samples by performing A/D conversion. At step 504, the digitized composite detector signal is demodulated into one or more data channels. Demodulated signal data can be obtained by shifting the frequency spectrum of the digitized composite detector signal to frequencies and phases of interest, by, for example, multiplying by cosine and/or sine functions of the desired frequency and phase. At step 505, the demodulated signal channels can be compressed by decimation. Decimation reduces the number of samples comprised by each channel. Also, in order to avoid aliasing of the channel data, decimation should be preceded by low-pass filtering and removing unwanted higher frequency components from the channels. At 506, the energy of the digitized composite detector channel data is determined. For example, this can be accomplished by calculating the power of the signal on each channel by summing up the squared values of samples on each channel and dividing by the number of samples. In some embodiments, the maximum computed power is selected across all channels to determine the worst-case (i.e. maximum) power of the detected interference signal.

The maximum computed energy or power of the interference signal (or interference output) can be communicated to the user at 507. In some embodiments, the interference output can be presented to the user visually as, for example, in a bar graph. As is illustrated in FIG. 5, the interference output can be compared to a threshold. In some embodiments, the threshold can be configured as a multiple of the noise floor of the patient monitoring system. The noise floor of a system is a measure of the noise signal created inherently (i.e., without application of any input signal) by the electronic components

of the system due to thermal noise, shot noise, and the like. The noise floor further establishes a limit on the smallest measurement that can be reliably performed by the system. Furthermore, the noise floor of a system can be measured experimentally. For example, the noise floor of a system for measuring the concentration of total hemoglobin in blood, such as 10 ppm. Accordingly, the threshold can be set according to the type of physiological parameter the patient monitoring system is configured to measure. In some embodiments, the threshold multiplier can be configurable and programmable.

As is illustrated in FIG. 5, at 510 the interference output can be compared to the threshold. When the interference output is smaller or equal to the threshold, the bar graph can be updated at 511 with green color (or shading) of height or width proportional to the threshold. For example, the height or width of the green bar can be computed as (threshold−interference output)/threshold. As another example, the computed value can be expressed as a percentage. When the interference output is greater than the threshold, the bar graph can be updated at 512 with red color (or shading) of height or width proportional to the threshold.

For example, the height or width of the red bar can be computed as (interference output−threshold)/threshold. As another example, the computed value can be expressed as a percentage. A skilled artisan will recognize that other computation formulas or colors can be used to alert the user to the interference output of the patient monitor.

FIGS. 6A-D illustrate user interface indicia indicating use of and output from the interference detector, such the interference detector of FIG. 1. FIG. 6A illustrates a speedometer gauge-type visual display 600A of the calculated interference output. The dial 601A comprises numbers (0-9) indicating the severity of the interference output. The threshold can, for example, correspond to approximately the middle of the dial (i.e. number 6). The arrow 602A is configured to point to the calculated interference output relative to the threshold. The dial can be further shaded to for quick visual indication of the severity of the calculated interference output. For example, the shading under the range 0-3 can be green to indicate low interference levels, the shading under the range 3-6 can be yellow to indicate moderate interference levels, and the shading under the range 6-9 can be red to indicate severe interference levels.

FIG. 6B illustrates a bar graph-type visual display 600B. The green color or shading 603B indicates the percentage of the computed interference output relative to the threshold. For example, when the threshold is 10 and the computed interference output is 2, the green color or shading 603B can display 80% (i.e., 100%×(10−2)/10) and its width can be indicative of this percentage value. The red color or shading 604B likewise indicates the percentage of the interference output relative to the threshold. In the above example, the red color or shading 604B can display 20% and its width can be indicative of this percentage value. Alternatively, the red color or shading may not be displayed unless the computed interference output exceeds the threshold. For example, when the threshold is 10 and the computed interference output is 20, the red color or shading 604B can display 200% (i.e. 100%×20/10) with the width covering the entire bar graph display 600B. The green color or shading 603B may not be displayed in this case. In some embodiments, the threshold can correspond to the middle of the bar graph display 600B and the green and red color or shading can be computed and displayed accordingly. In some embodiments, other colors (e.g., yellow) can be also displayed.

Exhibit 3
Page 118

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 120 of 170   Page ID
#:11502
Case 8:20-cv-00048-JVS-JDE   Document 142-3   Filed 08/24/20   Page 22 of 25   Page ID
#:10210

US 8,471,713 B2

15

FIG. **6**C illustrates a bar graph-type visual display **600**C. The green color or shading indicates the percentage of the computed interference output relative to the threshold, without displaying the percentage value. For example, when the threshold is 10 and the computed interference output is 6, the green color or shading **605**C can be displayed with a width of 40% (i.e., 100%×(10−6)/10) of the bar graph display **600**C. The red color or shading **606**C likewise indicates the percentage of the interference output relative to the threshold. In the above example, the red color or shading **606**C can be displayed with a width of 60%. Alternatively, the red color or shading may not be displayed unless the computed interference output exceeds the threshold. For example, when the threshold is 10 and the computed interference output is 11, the red color or shading **606**C can be displayed with a width of 110% (i.e. 100%×11/10) or covering the entire bar graph display **600**C. The green color or shading **605**C may not be displayed in this case. In some embodiments, the threshold can correspond to the middle of the bar graph display **600**C and the green and red color or shading can be computed and displayed accordingly. In some embodiments, other colors (e.g., yellow) can be also displayed.

FIG. **6**D illustrates a bar graph-type visual display **600**D which is similar to **600**C but is vertical. The green color or shading indicates the percentage of the computed interference output relative to the threshold, without displaying the percentage value. For example, when the threshold is 10 and the computed interference output is 3, the green color or shading **607**D can be displayed with a height of 70% (i.e., 100%×(10−3)/10) of the bar graph display **600**D. The red color or shading **608**D likewise indicates the percentage of the interference output relative to the threshold. In the above example, the red color or shading **608**D can be displayed with a height of 40% of the bar graph display **600**D. Alternatively, the red color or shading may not be displayed unless the computed interference output exceeds the threshold. For example, when the threshold is 10 and the computed interference output is 12, the red color or shading **608**D can be displayed with the height of 120% (i.e. 100%×12/10) or covering the entire bar graph display **600**D. The green color or shading **607**D may not be displayed in this case. In some embodiments, the threshold can correspond to the middle of the bar graph display **600**D and the green and red color or shading can be computed and displayed accordingly. In some embodiments, other colors (e.g., yellow) can be also displayed. FIGS. **6**E-**6**H also illustrate alternative displays utilizing different colors, graphics, shapes and indications, including, for example, happy or sad faces, indicator bars, indicator lights, etc.

In some embodiments, the patient monitor can be configured to provide audio notification to the user. For example, after computing the interference output and comparing it to the threshold, the patient monitor can sound the phrase "Safe to Measure" when the interference output is below the threshold. As another example, the patient monitor can sound the phrase "Danger" when the interference output is close or above the threshold. A skilled artisan will recognize a variety of audio/visual notification techniques from the disclosure herein.

Although the interference detector for a patient monitor is disclosed with reference to its preferred embodiment, the invention is not intended to be limited thereby. Rather, a skilled artisan will recognize from the disclosure herein a wide number of alternatives for the interference detector for patient monitor. For example, the patient monitor can "lock out" the user from performing measurements of physiologi-

16

cal parameters when the computed interference levels are determined to significantly degrade the accuracy of the measurements.

In addition to those processes described above, other processes and combination of processes will be apparent to those of skill in the art from the present disclosure. Those of skill will further appreciate that the various illustrative logical blocks, modules, and steps described in connection with the embodiments disclosed herein may be implemented as electronic hardware, computer software, or combinations of both. To clearly illustrate this interchangeability of hardware and software, various illustrative components, blocks, modules, and steps have been described above generally in terms of their functionality. Whether such functionality is implemented as hardware or software depends upon the particular application and design constraints imposed on the overall system. Skilled artisans can implement the described functionality in varying ways for each particular application, but such implementation decisions should not be interpreted as causing a departure from the scope of the present invention.

The various illustrative logical blocks, modules, and steps described in connection with the embodiments disclosed herein can be implemented or performed with a general purpose processor, a digital signal processor (DSP), an application specific integrated circuit (ASIC), a field programmable gate array (FPGA) or other programmable logic device, discrete gate or transistor logic, discrete hardware components, or any combination thereof designed to perform the functions described herein. A general purpose processor can be a microprocessor, conventional processor, controller, microcontroller, state machine, etc. A processor can also be implemented as a combination of computing devices, e.g., a combination of a DSP and a microprocessor, a plurality of microprocessors, one or more microprocessors in conjunction with a DSP core, or any other such configuration. In addition, the term "processing" is a broad term meant to encompass several meanings including, for example, implementing program code, executing instructions, manipulating signals, filtering, performing arithmetic operations, and the like.

The modules can include, but are not limited to, any of the following: software or hardware components such as software, object-oriented software components, class components and task components, processes, methods, functions, attributes, procedures, subroutines, segments of program code, drivers, firmware, microcode, circuitry, data, databases, data structures, tables, arrays, or variables.

The steps of a method or algorithm described in connection with the embodiments disclosed herein can be embodied directly in hardware, in a software module executed by a processor, or in a combination of the two. A software module can reside in RAM memory, flash memory, ROM memory, EPROM memory, EEPROM memory, registers, hard disk, a removable disk, a CD-ROM, a DVD, or any other form of storage medium known in the art. A storage medium is coupled to the processor such that the processor can read information from, and write information to, the storage medium. In the alternative, the storage medium can be integral to the processor. The processor and the storage medium can reside in an ASIC. The ASIC can reside in a user terminal. In the alternative, the processor and the storage medium can reside as discrete components in a user terminal.

Although the foregoing invention has been described in terms of certain preferred embodiments, other embodiments will be apparent to those of ordinary skill in the art from the disclosure herein. Additionally, other combinations, omissions, substitutions and modifications will be apparent to the skilled artisan in view of the disclosure herein. It is contem-

Exhibit 3
Page 119

US 8,471,713 B2

17

plated that various aspects and features of the invention described can be practiced separately, combined together, or substituted for one another, and that a variety of combinations and subcombinations of the features and aspects can be made and still fall within the scope of the invention. Furthermore, the systems described above need not include all of the modules and functions described in the preferred embodiments. Accordingly, the present invention is not intended to be limited by the reaction of the preferred embodiments, but is to be defined by reference to the appended claims.

Additionally, all publications, patents, and patent applications mentioned in this specification are herein incorporated by reference to the same extent as if each individual publication, patent, or patent application was specifically and individually indicated to be incorporated by reference.

What is claimed is:

**1**. A noninvasive monitor for determining measurement values for one or more physiological parameters of a monitored patient, the noninvasive monitor comprising a signal processor configured to:

receive one or more sensor signals from a sensor responsive to light attenuated by tissue of a monitored patient, said sensor including a light source and one or more detectors housed in a sensor housing that positions said light source and said one or more detectors proximate said tissue;

process said one or more sensor signals to determine measurement values for one or more physiological parameters of said monitored patient; and

determine an amount of ambient electronic interference proximate said sensor when said light source is off, and at least one of an audio or visual indication of said amount of ambient electronic interference, said audio or visual indication perceptible by a caregiver.

**2**. The noninvasive monitor of claim **1**, further comprising a display, and wherein said signal processor is further configured to output a display signal responsive to said amount of said ambient electronic interference, said display providing a visual cue responsive to said display signal.

**3**. The noninvasive monitor of claim **2**, wherein said visual cue comprises a meter.

**4**. The noninvasive monitor of claim **3**, further comprising a memory configured to store an interference threshold, and wherein said meter is configured to show said amount of ambient electronic interference relative said interference threshold.

**5**. The noninvasive monitor of claim **4**, wherein said meter comprises a continuum from low interference to high interference, and wherein said interference threshold is between said low and said high.

**6**. The noninvasive monitor of claim **5**, wherein said meter comprises a bar graph.

**7**. The noninvasive monitor of claim **5**, wherein said meter comprises a moving electronic dial.

**8**. The noninvasive monitor of claim **5**, wherein said meter comprises a series of LEDs.

**9**. The noninvasive monitor of claim **5**, wherein said meter comprises an alphanumeric representation.

**10**. The noninvasive monitor of claim **5**, wherein said low is generally associated with green and high is generally associated with red.

**11**. The noninvasive monitor of claim **1**, wherein said signal processor is configured to continually determine said amount of ambient electronic interference when in an interference detection mode thereby allowing said caregiver to change locations and monitor said ambient electronic interference as they move.

18

**12**. The noninvasive monitor of claim **1**, further comprising a sound transducer, and wherein said signal processor is configured to output an audio signal responsive to said amount of said ambient electronic interference, said transducer providing an audio cue responsive to said audio signal.

**13**. The noninvasive monitor of claim **1**, wherein said signal processor is configured to determine said amount of ambient electronic interference after attenuation by said tissue.

**14**. The noninvasive monitor of claim **13**, wherein said signal processor is configured to determine levels of interference of said amount of ambient electronic interference at a plurality of frequencies and determine a likelihood of successful processing of said one or more sensor signals given said amount of ambient electronic interference.

**15**. The noninvasive monitor of claim **13**, wherein said signal processor is configured to determine said amount of ambient electronic interference based at least on said one or more sensor signals.

**16**. A method of determining whether a sensitive instrument will have difficulty determining accurate measurements of physiological parameters of a patient, the method comprising:

selecting an interference detection mode on a patient monitor, said patient monitor configured to receive from a sensor one or more sensor signals responsive to light attenuated by tissue of a monitored patient and process the one or more sensor signals to determine measurement values for one or more physiological parameters of said monitored patient, the sensor including a light source and one or more detectors housed in a sensor housing that positions the light source and said one or more detectors proximate said tissue;

electronically determining with a signal processor an amount of ambient electronic interference proximate said sensor; and

electronically outputting at least one of an audio or visual indication of said amount of ambient electronic interference, said audio or visual indication perceptible by a caregiver.

**17**. The method of claim **16**, wherein said outputting comprises displaying a visual cue.

**18**. The method of claim **17**, wherein said displaying said visual cue comprises changing a displayed measurement on at least one of a meter, a moving electronic dial, a bar graph, a series of LEDs, and an alphanumeric representation.

**19**. The method of claim **16**, wherein said outputting comprises producing an audio cue.

**20**. The method of claim **19**, wherein said producing said audio cue comprises changing at least one of pitch or volume along an audio continuum.

**21**. A patient monitor configured to determine whether the patient monitor will have difficulty determining accurate measurements of physiological parameters of a patient, the patient monitor comprising a memory and a processor configured to:

receive from a sensor one or more sensor signals responsive to light attenuated by tissue of a monitored patient, the sensor including a light source and one or more detectors housed in a sensor housing that positions the light source and said one or more detectors proximate said tissue;

process the one or more sensor signals to determine measurement values for one or more physiological parameters of said monitored patient;

receive a selected interference detection mode;

electronically determine an amount of ambient electronic interference proximate said sensor; and

Exhibit 3
Page 120

US 8,471,713 B2

**19**

electronically output at least one of an audio or visual indication of said amount of ambient electronic interference, said audio or visual indication perceptible by a caregiver.

**22**. The patient monitor of claim **21**, wherein the processor is configured to output said visual indication.

**23**. The patient monitor of claim **22**, wherein the processor is configured to output said visual indication by changing a displayed measurement on at least one of a meter, a moving electronic dial, a bar graph, a series of LEDs, and an alphanumeric representation.

**24**. The patient monitor of claim **21**, wherein the processor is configured to output said audio indication.

**25**. The patient monitor of claim **24**, wherein the processor is configured to output said audio indication by changing at least one of pitch or volume along an audio continuum.

\* \* \* \* \*

**20**

Exhibit 3
Page 121

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

| | | |
|---|---|---|
| PATENT NO. | : 8,471,713 B2 | Page 1 of 1 |
| APPLICATION NO. | : 12/841965 | |
| DATED | : June 25, 2013 | |
| INVENTOR(S) | : Poeze et al. | |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Specification

In column 6 at line 2, Change "artisian" to --artisan--.

In column 6 at line 42, Change "ND" to --A/D--.

In column 10 at line 9, Change "artisian" to --artisan--.

In column 10 at line 66, Change "artisian" to --artisan--.

In column 11 at line 14, Change "artisian" to --artisan--.

In column 12 at line 3, Change "dowsample-by-M" to --downsample-by-M--.

In column 12 at line 7, Change "dowsample-by-L" to --downsample-by-L--.

In column 12 at line 7, Change "downslample-by-M" to --downsample-by-M--.

In column 12 at line 11, Change "artisian" to --artisan--.

In column 12 at line 67, Change "artisian" to --artisan--.

In column 13 at line 22, Change "artisian" to --artisan--.

In column 14 at line 27, Change "artisian" to --artisan--.

In column 15 at line 58, Change "artisian" to --artisan--.

Signed and Sealed this
Tenth Day of June, 2014

*Michelle K. Lee*

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*

Exhibit 3
Page 122

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 124 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 14214506 Filed 08/24/20   Page 1 of 22   Page ID
#:10214

# Exhibit 4

## to the Declaration of Majid Sarrafzadeh in Support of Apple's Opposition to Plaintiff's Motion for Preliminary Injunction

Exhibit 4
Page 123

US009861305B1

## (12) United States Patent
### Weber et al.

(10) Patent No.: **US 9,861,305 B1**
(45) Date of Patent: **Jan. 9, 2018**

(54) **METHOD AND APPARATUS FOR CALIBRATION TO REDUCE COUPLING BETWEEN SIGNALS IN A MEASUREMENT SYSTEM**

(71) Applicant: **Masimo Corporation**, Irvine, CA (US)

(72) Inventors: **Walter M. Weber**, Laguna Hills, CA (US); **Ammar Al-Ali**, San Juan Capistrano, CA (US); **Mohamed K. Diab**, Ladera Ranch, CA (US); **Marcelo M. Lamego**, Cupertino, CA (US)

(73) Assignee: **Masimo Corporation**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/836,635**

(22) Filed: **Aug. 26, 2015**

### Related U.S. Application Data

(63) Continuation of application No. 13/526,376, filed on Jun. 18, 2012, now abandoned, which is a continuation of application No. 11/871,636, filed on Oct. 12, 2007, now abandoned.

(60) Provisional application No. 60/851,112, filed on Oct. 12, 2006.

(51) **Int. Cl.**
*A61B 5/1455* (2006.01)
*A61B 5/00* (2006.01)
*A61B 5/1495* (2006.01)

(52) **U.S. Cl.**
CPC .......... *A61B 5/1455* (2013.01); *A61B 5/1495* (2013.01); *A61B 5/7228* (2013.01); *A61B 2562/0238* (2013.01)

(58) **Field of Classification Search**
CPC ... A61B 5/0002; A61B 5/0059; A61B 5/1455; A61B 5/14551; A61B 5/14552; A61B 5/14532; A61B 5/145; A61B 5/1495; A61B 5/72; A61B 5/7228

USPC .................................................. 600/310–344
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,942,877 A | 7/1990 | Sakai et al. | |
| 4,960,128 A | 10/1990 | Gordon et al. | |
| 4,964,408 A | 10/1990 | Hink et al. | |
| 5,041,187 A | 8/1991 | Hink et al. | |
| 5,069,213 A | 12/1991 | Polczynski | |
| 5,163,438 A | 11/1992 | Gordon et al. | |
| 5,319,355 A | 6/1994 | Russek | |
| 5,337,744 A | 8/1994 | Branigan | |
| 5,341,805 A | 8/1994 | Stavridi et al. | |
| D353,195 S | 12/1994 | Savage et al. | |
| D353,196 S | 12/1994 | Savage et al. | |

(Continued)

OTHER PUBLICATIONS

US 8,845,543, 09/2014, Diab et al. (withdrawn)

*Primary Examiner* — Eric Winakur
*Assistant Examiner* — Chu Chuan (JJ) Liu
(74) *Attorney, Agent, or Firm* — Knobbe Martens Olson & Bear LLP

(57) **ABSTRACT**

A method and an apparatus for separating a composite signal into a plurality of signals is described. A signal processor receives a composite signal and separates a composite signal into separate output signals. Feedback from one or more of the output signals is provided to a configuration module that configures the signal processor to improve a quality of the output signals. In one embodiment, calibration data from multiple calibration data sets is used to configure the demodulation of the composite signal into separate output signals.

**12 Claims, 4 Drawing Sheets**



Exhibit 4
Page 124

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 126 of 170   Page ID
#:11508
Case 8:20-cv-00048-JVS-JDE   Document 142-4   Filed 08/24/20   Page 3 of 22   Page ID
#:10216

## US 9,861,305 B1

Page 2

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,377,676 | A | 1/1995 | Vari et al. |
| D359,546 | S | 6/1995 | Savage et al. |
| 5,431,170 | A | 7/1995 | Mathews |
| D361,840 | S | 8/1995 | Savage et al. |
| D362,063 | S | 9/1995 | Savage et al. |
| 5,452,717 | A | 9/1995 | Branigan et al. |
| D363,120 | S | 10/1995 | Savage et al. |
| 5,456,252 | A | 10/1995 | Vari et al. |
| 5,460,182 | A | 10/1995 | Goodman et al. |
| 5,479,934 | A | 1/1996 | Imran |
| 5,482,036 | A | 1/1996 | Diab et al. |
| 5,490,505 | A | 2/1996 | Diab et al. |
| 5,494,043 | A | 2/1996 | O'Sullivan et al. |
| 5,533,511 | A | 7/1996 | Kaspari et al. |
| 5,534,851 | A | 7/1996 | Russek |
| 5,561,275 | A | 10/1996 | Savage et al. |
| 5,562,002 | A | 10/1996 | Lalin |
| 5,590,649 | A | 1/1997 | Caro et al. |
| 5,602,924 | A | 2/1997 | Durand et al. |
| 5,632,272 | A | 5/1997 | Diab et al. |
| 5,638,816 | A | 6/1997 | Kiani-Azarbayjany et al. |
| 5,638,818 | A | 6/1997 | Diab et al. |
| 5,645,440 | A | 7/1997 | Tobler et al. |
| 5,685,299 | A | 11/1997 | Diab et al. |
| D393,830 | S | 4/1998 | Tobler et al. |
| 5,743,262 | A | 4/1998 | Lepper, Jr. et al. |
| 5,758,644 | A | 6/1998 | Diab et al. |
| 5,760,910 | A | 6/1998 | Lepper, Jr. et al. |
| 5,769,785 | A | 6/1998 | Diab et al. |
| 5,774,213 | A | 6/1998 | Trebino et al. |
| 5,782,757 | A | 7/1998 | Diab et al. |
| 5,785,659 | A | 7/1998 | Caro et al. |
| 5,791,347 | A | 8/1998 | Flaherty et al. |
| 5,810,734 | A | 9/1998 | Caro et al. |
| 5,823,950 | A | 10/1998 | Diab et al. |
| 5,830,131 | A | 11/1998 | Caro et al. |
| 5,833,618 | A | 11/1998 | Caro et al. |
| 5,860,919 | A | 1/1999 | Kiani-Azarbayjany et al. |
| 5,890,929 | A | 4/1999 | Mills et al. |
| 5,904,654 | A | 5/1999 | Wohltmann et al. |
| 5,919,134 | A | 7/1999 | Diab |
| 5,934,925 | A | 8/1999 | Tobler et al. |
| 5,940,182 | A | 8/1999 | Lepper, Jr. et al. |
| 5,995,855 | A | 11/1999 | Kiani et al. |
| 5,997,343 | A | 12/1999 | Mills et al. |
| 6,002,952 | A | 12/1999 | Diab et al. |
| 6,011,986 | A | 1/2000 | Diab et al. |
| 6,027,452 | A | 2/2000 | Flaherty et al. |
| 6,036,642 | A | 3/2000 | Diab et al. |
| 6,045,509 | A | 4/2000 | Caro et al. |
| 6,067,462 | A | 5/2000 | Diab et al. |
| 6,081,735 | A | 6/2000 | Diab et al. |
| 6,088,607 | A | 7/2000 | Diab et al. |
| 6,110,522 | A | 8/2000 | Lepper, Jr. et al. |
| 6,124,597 | A | 9/2000 | Shehada |
| 6,128,521 | A | 10/2000 | Marro et al. |
| 6,129,675 | A | 10/2000 | Jay |
| 6,144,868 | A | 11/2000 | Parker |
| 6,151,516 | A | 11/2000 | Kiani-Azarbayjany et al. |
| 6,152,754 | A | 11/2000 | Gerhardt et al. |
| 6,157,850 | A | 12/2000 | Diab et al. |
| 6,165,005 | A | 12/2000 | Mills et al. |
| 6,184,521 | B1 | 2/2001 | Coffin, IV et al. |
| 6,206,830 | B1 | 3/2001 | Diab et al. |
| 6,229,856 | B1 | 5/2001 | Diab et al. |
| 6,232,609 | B1 | 5/2001 | Snyder et al. |
| 6,236,872 | B1 | 5/2001 | Diab et al. |
| 6,241,683 | B1 | 6/2001 | Macklem et al. |
| 6,253,097 | B1 | 6/2001 | Aronow et al. |
| 6,256,523 | B1 | 7/2001 | Diab et al. |
| 6,263,222 | B1 | 7/2001 | Diab et al. |
| 6,278,522 | B1 | 8/2001 | Lepper, Jr. et al. |
| 6,280,213 | B1 | 8/2001 | Tobler et al. |
| 6,285,896 | B1 | 9/2001 | Tobler et al. |
| 6,301,493 | B1 | 10/2001 | Marro et al. |
| 6,317,627 | B1 | 11/2001 | Ennen et al. |
| 6,321,100 | B1 | 11/2001 | Parker |
| 6,325,761 | B1 | 12/2001 | Jay |
| 6,334,065 | B1 | 12/2001 | Al-Ali et al. |
| 6,343,224 | B1 | 1/2002 | Parker |
| 6,349,228 | B1 | 2/2002 | Kiani et al. |
| 6,360,114 | B1 | 3/2002 | Diab et al. |
| 6,368,283 | B1 | 4/2002 | Xu et al. |
| 6,371,921 | B1 | 4/2002 | Caro et al. |
| 6,377,829 | B1 | 4/2002 | Al-Ali |
| 6,388,240 | B2 | 5/2002 | Schulz et al. |
| 6,397,091 | B2 | 5/2002 | Diab et al. |
| 6,430,437 | B1 | 8/2002 | Marro |
| 6,430,525 | B1 | 8/2002 | Weber et al. |
| 6,463,311 | B1 | 10/2002 | Diab |
| 6,470,199 | B1 | 10/2002 | Kopotic et al. |
| 6,501,975 | B2 | 12/2002 | Diab et al. |
| 6,505,059 | B1 | 1/2003 | Kollias et al. |
| 6,515,273 | B2 | 2/2003 | Al-Ali |
| 6,519,487 | B1 | 2/2003 | Parker |
| 6,525,386 | B1 | 2/2003 | Mills et al. |
| 6,526,300 | B1 | 2/2003 | Kiani et al. |
| 6,541,756 | B2 | 4/2003 | Schulz et al. |
| 6,542,764 | B1 | 4/2003 | Al-Ali et al. |
| 6,580,086 | B1 | 6/2003 | Schulz et al. |
| 6,584,336 | B1 | 6/2003 | Ali et al. |
| 6,595,316 | B2 | 7/2003 | Cybulski et al. |
| 6,597,932 | B2 | 7/2003 | Tian et al. |
| 6,597,933 | B2 | 7/2003 | Kiani et al. |
| 6,606,511 | B1 | 8/2003 | Ali et al. |
| 6,632,181 | B2 | 10/2003 | Flaherty et al. |
| 6,639,668 | B1 | 10/2003 | Trepagnier |
| 6,640,116 | B2 | 10/2003 | Diab |
| 6,643,530 | B2 | 11/2003 | Diab et al. |
| 6,650,917 | B2 | 11/2003 | Diab et al. |
| 6,654,624 | B2 | 11/2003 | Diab et al. |
| 6,658,276 | B2 | 12/2003 | Kiani et al. |
| 6,661,161 | B1 | 12/2003 | Lanzo et al. |
| 6,671,531 | B2 | 12/2003 | Al-Ali et al. |
| 6,678,543 | B2 | 1/2004 | Diab et al. |
| 6,684,090 | B2 | 1/2004 | Ali et al. |
| 6,684,091 | B2 | 1/2004 | Parker |
| 6,697,656 | B1 | 2/2004 | Al-Ali |
| 6,697,657 | B1 | 2/2004 | Shehada et al. |
| 6,697,658 | B2 | 2/2004 | Al-Ali |
| RE38,476 | E | 3/2004 | Diab et al. |
| 6,699,194 | B1 | 3/2004 | Diab et al. |
| 6,714,804 | B2 | 3/2004 | Al-Ali et al. |
| RE38,492 | E | 4/2004 | Diab et al. |
| 6,721,582 | B2 | 4/2004 | Trepagnier et al. |
| 6,721,585 | B1 | 4/2004 | Parker |
| 6,725,075 | B2 | 4/2004 | Al-Ali |
| 6,728,560 | B2 | 4/2004 | Kollias et al. |
| 6,735,459 | B2 | 5/2004 | Parker |
| 6,745,060 | B2 | 6/2004 | Diab et al. |
| 6,760,607 | B2 | 7/2004 | Al-Ali |
| 6,770,028 | B1 | 8/2004 | Ali et al. |
| 6,771,994 | B2 | 8/2004 | Kiani et al. |
| 6,792,300 | B1 | 9/2004 | Diab et al. |
| 6,813,511 | B2 | 11/2004 | Diab et al. |
| 6,816,741 | B2 | 11/2004 | Diab |
| 6,822,564 | B2 | 11/2004 | Al-Ali |
| 6,826,419 | B2 | 11/2004 | Diab et al. |
| 6,830,711 | B2 | 12/2004 | Mills et al. |
| 6,850,787 | B2 | 2/2005 | Weber et al. |
| 6,850,788 | B2 | 2/2005 | Al-Ali |
| 6,852,083 | B2 | 2/2005 | Caro et al. |
| 6,861,639 | B2 | 3/2005 | Al-Ali |
| 6,898,452 | B2 | 5/2005 | Al-Ali et al. |
| 6,920,345 | B2 | 7/2005 | Al-Ali et al. |
| 6,931,268 | B1 | 8/2005 | Kiani-Azarbayjany et al. |
| 6,934,570 | B2 | 8/2005 | Kiani et al. |
| 6,939,305 | B2 | 9/2005 | Flaherty et al. |
| 6,943,348 | B1 | 9/2005 | Coffin, IV |
| 6,950,687 | B2 | 9/2005 | Al-Ali |
| 6,961,598 | B2 | 11/2005 | Diab |
| 6,970,792 | B1 | 11/2005 | Diab |
| 6,979,812 | B2 | 12/2005 | Al-Ali |
| 6,985,764 | B2 | 1/2006 | Mason et al. |

Exhibit 4
Page 125

## US 9,861,305 B1

Page 3

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,993,371 B2 | 1/2006 | Kiani et al. |
| 6,996,427 B2 | 2/2006 | Ali et al. |
| 6,999,904 B2 | 2/2006 | Weber et al. |
| 7,003,338 B2 | 2/2006 | Weber et al. |
| 7,003,339 B2 | 2/2006 | Diab et al. |
| 7,015,451 B2 | 3/2006 | Dalke et al. |
| 7,024,233 B2 | 4/2006 | Ali et al. |
| 7,027,849 B2 | 4/2006 | Al-Ali |
| 7,030,749 B2 | 4/2006 | Al-Ali |
| 7,039,449 B2 | 5/2006 | Al-Ali |
| 7,041,060 B2 | 5/2006 | Flaherty et al. |
| 7,044,918 B2 | 5/2006 | Diab |
| 7,067,893 B2 | 6/2006 | Mills et al. |
| 7,096,052 B2 | 8/2006 | Mason et al. |
| 7,096,054 B2 | 8/2006 | Abdul-Hafiz et al. |
| 7,132,641 B2 | 11/2006 | Schulz et al. |
| 7,142,901 B2 | 11/2006 | Kiani et al. |
| 7,149,561 B2 | 12/2006 | Diab |
| 7,186,966 B2 | 3/2007 | Al-Ali |
| 7,190,261 B2 | 3/2007 | Al-Ali |
| 7,215,984 B2 | 5/2007 | Diab |
| 7,215,986 B2 | 5/2007 | Diab |
| 7,221,971 B2 | 5/2007 | Diab |
| 7,225,006 B2 | 5/2007 | Al-Ali et al. |
| 7,225,007 B2 | 5/2007 | Al-Ali |
| RE39,672 E | 6/2007 | Shehada et al. |
| 7,239,905 B2 | 7/2007 | Kiani-Azarbayjany et al. |
| 7,245,953 B1 | 7/2007 | Parker |
| 7,254,429 B2 | 8/2007 | Schurman et al. |
| 7,254,431 B2 | 8/2007 | Al-Ali |
| 7,254,433 B2 | 8/2007 | Diab et al. |
| 7,254,434 B2 | 8/2007 | Schulz et al. |
| 7,272,425 B2 | 9/2007 | Al-Ali |
| 7,274,955 B2 | 9/2007 | Kiani et al. |
| D554,263 S | 10/2007 | Al-Ali |
| 7,280,858 B2 | 10/2007 | Al-Ali et al. |
| 7,289,835 B2 | 10/2007 | Mansfield et al. |
| 7,292,883 B2 | 11/2007 | De Felice et al. |
| 7,295,866 B2 | 11/2007 | Al-Ali |
| 7,328,053 B1 | 2/2008 | Diab et al. |
| 7,332,784 B2 | 2/2008 | Mills et al. |
| 7,340,287 B2 | 3/2008 | Mason et al. |
| 7,341,559 B2 | 3/2008 | Schulz et al. |
| 7,343,186 B2 | 3/2008 | Lamego et al. |
| D566,282 S | 4/2008 | Al-Ali et al. |
| 7,355,512 B1 | 4/2008 | Al-Ali |
| 7,356,365 B2 | 4/2008 | Schurman |
| 7,371,981 B2 | 5/2008 | Abdul-Hafiz |
| 7,373,193 B2 | 5/2008 | Al-Ali et al. |
| 7,373,194 B2 | 5/2008 | Weber et al. |
| 7,376,453 B1 | 5/2008 | Diab et al. |
| 7,377,794 B2 | 5/2008 | Al-Ali et al. |
| 7,377,899 B2 | 5/2008 | Weber et al. |
| 7,383,070 B2 | 6/2008 | Diab et al. |
| 7,415,297 B2 | 8/2008 | Al-Ali et al. |
| 7,428,432 B2 | 9/2008 | Ali et al. |
| 7,438,683 B2 | 10/2008 | Al-Ali et al. |
| 7,440,787 B2 | 10/2008 | Diab |
| 7,454,240 B2 | 11/2008 | Diab et al. |
| 7,467,002 B2 | 12/2008 | Weber et al. |
| 7,469,157 B2 | 12/2008 | Diab et al. |
| 7,471,969 B2 | 12/2008 | Diab et al. |
| 7,471,971 B2 | 12/2008 | Diab et al. |
| 7,483,729 B2 | 1/2009 | Al-Ali et al. |
| 7,483,730 B2 | 1/2009 | Diab et al. |
| 7,489,958 B2 | 2/2009 | Diab et al. |
| 7,496,391 B2 | 2/2009 | Diab et al. |
| 7,496,393 B2 | 2/2009 | Diab et al. |
| D587,657 S | 3/2009 | Al-Ali et al. |
| 7,499,741 B2 | 3/2009 | Diab et al. |
| 7,499,835 B2 | 3/2009 | Weber et al. |
| 7,500,950 B2 | 3/2009 | Al-Ali et al. |
| 7,509,154 B2 | 3/2009 | Diab et al. |
| 7,509,494 B2 | 3/2009 | Al-Ali |
| 7,510,849 B2 | 3/2009 | Schurman et al. |

| | | | |
|---|---|---|---|
| 7,526,328 B2 | 4/2009 | Diab et al. |
| 7,530,942 B1 | 5/2009 | Diab |
| 7,530,949 B2 | 5/2009 | Al Ali et al. |
| 7,530,955 B2 | 5/2009 | Diab et al. |
| 7,563,110 B2 | 7/2009 | Al-Ali et al. |
| 7,596,398 B2 | 9/2009 | Al-Ali et al. |
| 7,618,375 B2 | 11/2009 | Flaherty |
| D606,659 S | 12/2009 | Kiani et al. |
| 7,647,083 B2 | 1/2010 | Al-Ali et al. |
| D609,193 S | 2/2010 | Al-Ali et al. |
| D614,305 S | 4/2010 | Al-Ali et al. |
| RE41,317 E | 5/2010 | Parker |
| 7,729,733 B2 | 6/2010 | Al-Ali et al. |
| 7,734,320 B2 | 6/2010 | Al-Ali |
| 7,761,127 B2 | 7/2010 | Al-Ali et al. |
| 7,761,128 B2 | 7/2010 | Al-Ali et al. |
| 7,764,982 B2 | 7/2010 | Dalke et al. |
| D621,516 S | 8/2010 | Kiani et al. |
| 7,791,155 B2 | 9/2010 | Diab |
| 7,801,581 B2 | 9/2010 | Diab |
| 7,822,452 B2 | 10/2010 | Schurman et al. |
| RE41,912 E | 11/2010 | Parker |
| 7,844,313 B2 | 11/2010 | Kiani et al. |
| 7,844,314 B2 | 11/2010 | Al-Ali |
| 7,844,315 B2 | 11/2010 | Al-Ali |
| 7,865,222 B2 | 1/2011 | Weber et al. |
| 7,873,497 B2 | 1/2011 | Weber et al. |
| 7,880,606 B2 | 2/2011 | Al-Ali |
| 7,880,626 B2 | 2/2011 | Al-Ali et al. |
| 7,891,355 B2 | 2/2011 | Al-Ali et al. |
| 7,894,868 B2 | 2/2011 | Al-Ali et al. |
| 7,899,507 B2 | 3/2011 | Al-Ali et al. |
| 7,899,518 B2 | 3/2011 | Trepagnier et al. |
| 7,904,132 B2 | 3/2011 | Weber et al. |
| 7,909,772 B2 | 3/2011 | Popov et al. |
| 7,910,875 B2 | 3/2011 | Al-Ali |
| 7,919,713 B2 | 4/2011 | Al-Ali et al. |
| 7,937,128 B2 | 5/2011 | Al-Ali |
| 7,937,129 B2 | 5/2011 | Mason et al. |
| 7,937,130 B2 | 5/2011 | Diab et al. |
| 7,941,199 B2 | 5/2011 | Kiani |
| 7,951,086 B2 | 5/2011 | Flaherty et al. |
| 7,957,780 B2 | 6/2011 | Lamego et al. |
| 7,962,188 B2 | 6/2011 | Kiani et al. |
| 7,962,190 B1 | 6/2011 | Diab et al. |
| 7,976,472 B2 | 7/2011 | Kiani |
| 7,988,637 B2 | 8/2011 | Diab |
| 7,990,382 B2 | 8/2011 | Kiani |
| 7,991,446 B2 | 8/2011 | Ali et al. |
| 8,000,761 B2 | 8/2011 | Al-Ali |
| 8,008,088 B2 | 8/2011 | Bellott et al. |
| RE42,753 E | 9/2011 | Kiani-Azarbayjany et al. |
| 8,019,400 B2 | 9/2011 | Diab et al. |
| 8,028,701 B2 | 10/2011 | Al-Ali et al. |
| 8,029,765 B2 | 10/2011 | Bellott et al. |
| 8,036,727 B2 | 10/2011 | Schurman et al. |
| 8,036,728 B2 | 10/2011 | Diab et al. |
| 8,046,040 B2 | 10/2011 | Ali et al. |
| 8,046,041 B2 | 10/2011 | Diab et al. |
| 8,046,042 B2 | 10/2011 | Diab et al. |
| 8,048,040 B2 | 11/2011 | Kiani |
| 8,050,728 B2 | 11/2011 | Al-Ali et al. |
| RE43,169 E | 2/2012 | Parker |
| 8,118,620 B2 | 2/2012 | Al-Ali et al. |
| 8,126,528 B2 | 2/2012 | Diab et al. |
| 8,128,572 B2 | 3/2012 | Diab et al. |
| 8,130,105 B2 | 3/2012 | Al-Ali et al. |
| 8,145,287 B2 | 3/2012 | Diab et al. |
| 8,150,487 B2 | 4/2012 | Diab et al. |
| 8,175,672 B2 | 5/2012 | Parker |
| 8,180,420 B2 | 5/2012 | Diab et al. |
| 8,182,443 B1 | 5/2012 | Kiani |
| 8,185,180 B2 | 5/2012 | Diab et al. |
| 8,190,223 B2 | 5/2012 | Al-Ali et al. |
| 8,190,227 B2 | 5/2012 | Diab et al. |
| 8,203,438 B2 | 6/2012 | Kiani et al. |
| 8,203,704 B2 | 6/2012 | Merritt et al. |
| 8,204,566 B2 | 6/2012 | Schurman et al. |
| 8,219,172 B2 | 7/2012 | Schurman et al. |

Exhibit 4
Page 126

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 128 of 170   Page ID
#:11510
Case 8:20-cv-00048-JVS-JDE   Document 142-4   Filed 08/24/20   Page 5 of 22   Page ID
#:10218

**US 9,861,305 B1**

Page 4

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,224,411 | B2 | 7/2012 | Al-Ali et al. |
| 8,228,181 | B2 | 7/2012 | Al-Ali |
| 8,229,533 | B2 | 7/2012 | Diab et al. |
| 8,233,955 | B2 | 7/2012 | Al-Ali et al. |
| 8,244,325 | B2 | 8/2012 | Al-Ali et al. |
| 8,255,026 | B1 | 8/2012 | Al-Ali |
| 8,255,027 | B2 | 8/2012 | Al-Ali et al. |
| 8,255,028 | B2 | 8/2012 | Al-Ali et al. |
| 8,260,577 | B2 | 9/2012 | Weber et al. |
| 8,265,723 | B1 | 9/2012 | McHale et al. |
| 8,274,360 | B2 | 9/2012 | Sampath et al. |
| 8,301,217 | B2 | 10/2012 | Al-Ali et al. |
| 8,306,596 | B2 | 11/2012 | Schurman et al. |
| 8,310,336 | B2 | 11/2012 | Muhsin et al. |
| 8,315,683 | B2 | 11/2012 | Al-Ali et al. |
| RE43,860 | E | 12/2012 | Parker |
| 8,337,403 | B2 | 12/2012 | Al-Ali et al. |
| 8,346,330 | B2 | 1/2013 | Lamego |
| 8,353,842 | B2 | 1/2013 | Al-Ali et al. |
| 8,355,766 | B2 | 1/2013 | MacNeish, III et al. |
| 8,359,080 | B2 | 1/2013 | Diab et al. |
| 8,364,223 | B2 | 1/2013 | Al-Ali et al. |
| 8,364,226 | B2 | 1/2013 | Diab et al. |
| 8,374,665 | B2 | 2/2013 | Lamego |
| 8,385,995 | B2 | 2/2013 | Al-Ali et al. |
| 8,385,996 | B2 | 2/2013 | Smith et al. |
| 8,388,353 | B2 | 3/2013 | Kiani et al. |
| 8,399,822 | B2 | 3/2013 | Al-Ali |
| 8,401,602 | B2 | 3/2013 | Kiani |
| 8,405,608 | B2 | 3/2013 | Al-Ali et al. |
| 8,414,499 | B2 | 4/2013 | Al-Ali et al. |
| 8,418,524 | B2 | 4/2013 | Al-Ali |
| 8,423,106 | B2 | 4/2013 | Lamego et al. |
| 8,428,967 | B2 | 4/2013 | Olsen et al. |
| 8,430,817 | B1 | 4/2013 | Al-Ali et al. |
| 8,437,825 | B2 | 5/2013 | Dalvi et al. |
| 8,455,290 | B2 | 6/2013 | Siskavich |
| 8,457,703 | B2 | 6/2013 | Al-Ali |
| 8,457,707 | B2 | 6/2013 | Kiani |
| 8,463,349 | B2 | 6/2013 | Diab et al. |
| 8,466,286 | B2 | 6/2013 | Bellott et al. |
| 8,471,713 | B2 | 6/2013 | Poeze et al. |
| 8,473,020 | B2 | 6/2013 | Kiani et al. |
| 8,483,787 | B2 | 7/2013 | Al-Ali et al. |
| 8,489,364 | B2 | 7/2013 | Weber et al. |
| 8,498,684 | B2 | 7/2013 | Weber et al. |
| 8,504,128 | B2 | 8/2013 | Blank et al. |
| 8,509,867 | B2 | 8/2013 | Workman et al. |
| 8,515,509 | B2 | 8/2013 | Bruinsma et al. |
| 8,523,781 | B2 | 9/2013 | Al-Ali |
| 8,529,301 | B2 | 9/2013 | Al-Ali et al. |
| 8,532,727 | B2 | 9/2013 | Ali et al. |
| 8,532,728 | B2 | 9/2013 | Diab et al. |
| D692,145 | S | 10/2013 | Al-Ali et al. |
| 8,547,209 | B2 | 10/2013 | Kiani et al. |
| 8,548,548 | B2 | 10/2013 | Al-Ali |
| 8,548,549 | B2 | 10/2013 | Schurman et al. |
| 8,548,550 | B2 | 10/2013 | Al-Ali et al. |
| 8,560,032 | B2 | 10/2013 | Al-Ali et al. |
| 8,560,034 | B1 | 10/2013 | Diab et al. |
| 8,570,167 | B2 | 10/2013 | Al-Ali |
| 8,570,503 | B2 | 10/2013 | Vo et al. |
| 8,571,617 | B2 | 10/2013 | Reichgott et al. |
| 8,571,618 | B1 | 10/2013 | Lamego et al. |
| 8,571,619 | B2 | 10/2013 | Al-Ali et al. |
| 8,577,431 | B2 | 11/2013 | Lamego et al. |
| 8,581,732 | B2 | 11/2013 | Al-Ali et al. |
| 8,584,345 | B2 | 11/2013 | Al-Ali et al. |
| 8,588,880 | B2 | 11/2013 | Abdul-Hafiz et al. |
| 8,600,467 | B2 | 12/2013 | Al-Ali et al. |
| 8,606,342 | B2 | 12/2013 | Diab |
| 8,626,255 | B2 | 1/2014 | Al-Ali et al. |
| 8,630,691 | B2 | 1/2014 | Lamego et al. |
| 8,634,889 | B2 | 1/2014 | Al-Ali et al. |
| 8,641,631 | B2 | 2/2014 | Sierra et al. |

| | | | |
|---|---|---|---|
| 8,652,060 | B2 | 2/2014 | Al-Ali |
| 8,663,107 | B2 | 3/2014 | Kiani |
| 8,666,468 | B1 | 3/2014 | Al-Ali |
| 8,667,967 | B2 | 3/2014 | Al-Ali et al. |
| 8,670,811 | B2 | 3/2014 | O'Reilly |
| 8,670,814 | B2 | 3/2014 | Diab et al. |
| 8,676,286 | B2 | 3/2014 | Weber et al. |
| 8,682,407 | B2 | 3/2014 | Al-Ali |
| RE44,823 | E | 4/2014 | Parker |
| RE44,875 | E | 4/2014 | Kiani et al. |
| 8,690,799 | B2 | 4/2014 | Telfort et al. |
| 8,700,112 | B2 | 4/2014 | Kiani |
| 8,702,627 | B2 | 4/2014 | Telfort et al. |
| 8,706,179 | B2 | 4/2014 | Parker |
| 8,712,494 | B1 | 4/2014 | MacNeish, III et al. |
| 8,715,206 | B2 | 5/2014 | Telfort et al. |
| 8,718,735 | B2 | 5/2014 | Lamego et al. |
| 8,718,737 | B2 | 5/2014 | Diab et al. |
| 8,718,738 | B2 | 5/2014 | Blank et al. |
| 8,720,249 | B2 | 5/2014 | Al-Ali |
| 8,721,541 | B2 | 5/2014 | Al-Ali et al. |
| 8,721,542 | B2 | 5/2014 | Al-Ali et al. |
| 8,723,677 | B1 | 5/2014 | Kiani |
| 8,740,792 | B1 | 6/2014 | Kiani et al. |
| 8,754,776 | B2 | 6/2014 | Poeze et al. |
| 8,755,535 | B2 | 6/2014 | Telfort et al. |
| 8,755,856 | B2 | 6/2014 | Diab et al. |
| 8,755,872 | B1 | 6/2014 | Marinow |
| 8,761,850 | B2 | 6/2014 | Lamego |
| 8,764,671 | B2 | 7/2014 | Kiani |
| 8,768,423 | B2 | 7/2014 | Shakespeare et al. |
| 8,771,204 | B2 | 7/2014 | Telfort et al. |
| 8,777,634 | B2 | 7/2014 | Kiani et al. |
| 8,781,543 | B2 | 7/2014 | Diab et al. |
| 8,781,544 | B2 | 7/2014 | Al-Ali et al. |
| 8,781,549 | B2 | 7/2014 | Al-Ali et al. |
| 8,788,003 | B2 | 7/2014 | Schurman et al. |
| 8,790,268 | B2 | 7/2014 | Al-Ali |
| 8,801,613 | B2 | 8/2014 | Al-Ali et al. |
| 8,821,397 | B2 | 9/2014 | Al-Ali et al. |
| 8,821,415 | B2 | 9/2014 | Al-Ali et al. |
| 8,830,449 | B1 | 9/2014 | Lamego et al. |
| 8,831,700 | B2 | 9/2014 | Schurman et al. |
| 8,840,549 | B2 | 9/2014 | Al-Ali et al. |
| 8,847,740 | B2 | 9/2014 | Kiani et al. |
| 8,849,365 | B2 | 9/2014 | Smith et al. |
| 8,852,094 | B2 | 10/2014 | Al-Ali et al. |
| 8,852,994 | B2 | 10/2014 | Wojtczuk et al. |
| 8,868,147 | B2 | 10/2014 | Stippick et al. |
| 8,868,150 | B2 | 10/2014 | Al-Ali et al. |
| 8,870,792 | B2 | 10/2014 | Al-Ali et al. |
| 8,886,271 | B2 | 11/2014 | Kiani et al. |
| 8,888,539 | B2 | 11/2014 | Al-Ali et al. |
| 8,888,708 | B2 | 11/2014 | Diab et al. |
| 8,892,180 | B2 | 11/2014 | Weber et al. |
| 8,897,847 | B2 | 11/2014 | Al-Ali |
| 8,909,310 | B2 | 12/2014 | Lamego et al. |
| 8,911,377 | B2 | 12/2014 | Al-Ali |
| 8,912,909 | B2 | 12/2014 | Al-Ali et al. |
| 8,920,317 | B2 | 12/2014 | Al-Ali et al. |
| 8,921,699 | B2 | 12/2014 | Al-Ali et al. |
| 8,922,382 | B2 | 12/2014 | Al-Ali et al. |
| 8,929,964 | B2 | 1/2015 | Al-Ali et al. |
| 8,942,777 | B2 | 1/2015 | Diab et al. |
| 8,948,834 | B2 | 2/2015 | Diab et al. |
| 8,948,835 | B2 | 2/2015 | Diab |
| 8,965,471 | B2 | 2/2015 | Lamego |
| 8,983,564 | B2 | 3/2015 | Al-Ali |
| 8,989,831 | B2 | 3/2015 | Al-Ali et al. |
| 8,996,085 | B2 | 3/2015 | Kiani et al. |
| 8,998,809 | B2 | 4/2015 | Kiani |
| 9,028,429 | B2 | 5/2015 | Telfort et al. |
| 9,037,207 | B2 | 5/2015 | Al-Ali et al. |
| 9,066,666 | B2 | 6/2015 | Kiani |
| 9,066,680 | B1 | 6/2015 | Al-Ali et al. |
| 9,072,474 | B2 | 7/2015 | Al-Ali et al. |
| 9,084,569 | B2 | 7/2015 | Weber et al. |
| 9,095,316 | B2 | 8/2015 | Welch et al. |
| 9,106,038 | B2 | 8/2015 | Telfort et al. |

Exhibit 4
Page 127

**US 9,861,305 B1**

Page 5

(56)　　　　　**References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 9,107,625 B2 | 8/2015 | Telfort et al. |
| 9,107,626 B2 | 8/2015 | Al-Ali et al. |
| 9,113,831 B2 | 8/2015 | Al-Ali |
| 9,113,832 B2 | 8/2015 | Al-Ali |
| 9,119,595 B2 | 9/2015 | Lamego |
| 9,131,881 B2 | 9/2015 | Diab et al. |
| 9,131,882 B2 | 9/2015 | Al-Ali et al. |
| 9,131,883 B2 | 9/2015 | Al-Ali |
| 9,131,917 B2 | 9/2015 | Telfort et al. |
| 9,138,180 B1 | 9/2015 | Coverston et al. |
| 9,138,182 B2 | 9/2015 | Al-Ali et al. |
| 9,138,192 B2 | 9/2015 | Weber et al. |
| 9,142,117 B2 | 9/2015 | Muhsin et al. |
| 9,153,112 B1 | 10/2015 | Kiani et al. |
| 9,153,121 B2 | 10/2015 | Kiani et al. |
| 9,161,696 B2 | 10/2015 | Al-Ali et al. |
| 9,161,713 B2 | 10/2015 | Al-Ali et al. |
| 9,167,995 B2 | 10/2015 | Lamego et al. |
| 9,176,141 B2 | 11/2015 | Al-Ali et al. |
| 9,186,102 B2 | 11/2015 | Bruinsma et al. |
| 9,192,312 B2 | 11/2015 | Al-Ali |
| 9,192,329 B2 | 11/2015 | Al-Ali |
| 9,192,351 B1 | 11/2015 | Telfort et al. |
| 9,195,385 B2 | 11/2015 | Al-Ali et al. |
| 9,211,072 B2 | 12/2015 | Kiani |
| 9,211,095 B1 | 12/2015 | Al-Ali |
| 9,218,454 B2 | 12/2015 | Kiani et al. |
| 9,226,696 B2 | 1/2016 | Kiani |
| 9,241,662 B2 | 1/2016 | Al-Ali et al. |
| 9,245,668 B1 | 1/2016 | Vo et al. |
| 9,259,185 B2 | 2/2016 | Abdul-Hafiz et al. |
| 9,267,572 B2 | 2/2016 | Barker et al. |
| 9,277,880 B2 | 3/2016 | Poeze et al. |
| 9,289,167 B2 | 3/2016 | Diab et al. |
| 9,295,421 B2 | 3/2016 | Kiani et al. |
| 9,307,928 B1 | 4/2016 | Al-Ali et al. |
| 9,323,894 B2 | 4/2016 | Kiani |
| 9,326,712 B1 | 5/2016 | Kiani |
| 9,333,316 B2 | 5/2016 | Kiani |
| 9,339,220 B2 | 5/2016 | Lamego et al. |
| 9,341,565 B2 | 5/2016 | Lamego et al. |
| 9,351,673 B2 | 5/2016 | Diab et al. |
| 9,351,675 B2 | 5/2016 | Al-Ali et al. |
| 9,364,181 B2 | 6/2016 | Kiani et al. |
| 9,368,671 B2 | 6/2016 | Wojtczuk et al. |
| 9,370,325 B2 | 6/2016 | Al-Ali et al. |
| 9,370,326 B2 | 6/2016 | McHale et al. |
| 9,370,335 B2 | 6/2016 | Al-Ali et al. |
| 9,375,185 B2 | 6/2016 | Ali et al. |
| 9,386,953 B2 | 7/2016 | Al-Ali |
| 9,386,961 B2 | 7/2016 | Al-Ali et al. |
| 9,392,945 B2 | 7/2016 | Al-Ali et al. |
| 9,397,448 B2 | 7/2016 | Al-Ali et al. |
| 9,408,542 B1 | 8/2016 | Kinast et al. |
| 9,436,645 B2 | 9/2016 | Al-Ali et al. |
| 9,445,759 B1 | 9/2016 | Lamego et al. |
| 9,466,919 B2 | 10/2016 | Kiani et al. |
| 9,474,474 B2 | 10/2016 | Lamego et al. |
| 9,480,422 B2 | 11/2016 | Al-Ali |
| 9,480,435 B2 | 11/2016 | Olsen |
| 9,492,110 B2 | 11/2016 | Al-Ali et al. |
| 9,510,779 B2 | 12/2016 | Poeze et al. |
| 9,517,024 B2 | 12/2016 | Kiani et al. |
| 9,532,722 B2 | 1/2017 | Lamego et al. |
| 9,538,949 B2 | 1/2017 | Al-Ali et al. |
| 9,538,980 B2 | 1/2017 | Telfort et al. |
| 2005/0010092 A1* | 1/2005 | Weber .............. A61B 5/14551 |
| | | 600/322 |
| 2005/0030884 A1 | 2/2005 | Kim et al. |
| 2007/0282478 A1 | 12/2007 | Al-Ali et al. |
| 2009/0247984 A1 | 10/2009 | Lamego et al. |
| 2009/0275813 A1 | 11/2009 | Davis |
| 2009/0275844 A1 | 11/2009 | Al-Ali |
| 2009/0299157 A1 | 12/2009 | Telfort et al. |
| 2010/0004518 A1 | 1/2010 | Vo et al. |

| | | |
|---|---|---|
| 2010/0030040 A1 | 2/2010 | Poeze et al. |
| 2010/0261979 A1 | 10/2010 | Kiani |
| 2011/0001605 A1 | 1/2011 | Kiani |
| 2011/0082711 A1 | 4/2011 | Poeze et al. |
| 2011/0105854 A1 | 5/2011 | Kiani et al. |
| 2011/0125060 A1 | 5/2011 | Telfort et al. |
| 2011/0208015 A1 | 8/2011 | Welch et al. |
| 2011/0209915 A1 | 9/2011 | Telfort et al. |
| 2011/0213212 A1 | 9/2011 | Al-Ali |
| 2011/0230733 A1 | 9/2011 | Al-Ali |
| 2011/0237911 A1 | 9/2011 | Lamego et al. |
| 2011/0237969 A1 | 9/2011 | Eckerbom et al. |
| 2011/0288383 A1 | 11/2011 | Diab |
| 2012/0041316 A1 | 2/2012 | Al Ali et al. |
| 2012/0046557 A1 | 2/2012 | Kiani |
| 2012/0059267 A1 | 3/2012 | Lamego et al. |
| 2012/0088984 A1 | 4/2012 | Al-Ali et al. |
| 2012/0116175 A1 | 5/2012 | Al-Ali et al. |
| 2012/0165629 A1 | 6/2012 | Merritt et al. |
| 2012/0179006 A1 | 7/2012 | Jansen et al. |
| 2012/0209082 A1 | 8/2012 | Al-Ali |
| 2012/0209084 A1 | 8/2012 | Olsen et al. |
| 2012/0227739 A1 | 9/2012 | Kiani |
| 2012/0283524 A1 | 11/2012 | Kiani et al. |
| 2012/0286955 A1 | 11/2012 | Welch et al. |
| 2012/0296178 A1 | 11/2012 | Lamego et al. |
| 2012/0319816 A1 | 12/2012 | Al-Ali |
| 2012/0330112 A1 | 12/2012 | Lamego et al. |
| 2013/0023775 A1 | 1/2013 | Lamego et al. |
| 2013/0041591 A1 | 2/2013 | Lamego |
| 2013/0045685 A1 | 2/2013 | Kiani |
| 2013/0046204 A1 | 2/2013 | Lamego et al. |
| 2013/0060108 A1 | 3/2013 | Schurman et al. |
| 2013/0060147 A1 | 3/2013 | Welch et al. |
| 2013/0096405 A1 | 4/2013 | Garfio |
| 2013/0096936 A1 | 4/2013 | Sampath et al. |
| 2013/0109935 A1 | 5/2013 | Al-Ali et al. |
| 2013/0162433 A1 | 6/2013 | Muhsin et al. |
| 2013/0190581 A1 | 7/2013 | Al-Ali et al. |
| 2013/0197328 A1 | 8/2013 | Diab et al. |
| 2013/0211214 A1 | 8/2013 | Olsen |
| 2013/0243021 A1 | 9/2013 | Siskavich |
| 2013/0253334 A1 | 9/2013 | Al-Ali et al. |
| 2013/0267804 A1 | 10/2013 | Al-Ali |
| 2013/0274571 A1 | 10/2013 | Diab et al. |
| 2013/0274572 A1 | 10/2013 | Al-Ali et al. |
| 2013/0296672 A1 | 11/2013 | O'Neil et al. |
| 2013/0296713 A1 | 11/2013 | Al-Ali et al. |
| 2013/0317370 A1 | 11/2013 | Dalvi et al. |
| 2013/0324808 A1 | 12/2013 | Al-Ali et al. |
| 2013/0331660 A1 | 12/2013 | Al-Ali et al. |
| 2013/0331670 A1 | 12/2013 | Kiani |
| 2013/0338461 A1 | 12/2013 | Lamego et al. |
| 2014/0012100 A1 | 1/2014 | Al-Ali et al. |
| 2014/0025306 A1 | 1/2014 | Weber et al. |
| 2014/0034353 A1 | 2/2014 | Al-Ali et al. |
| 2014/0051952 A1 | 2/2014 | Reichgott et al. |
| 2014/0051953 A1 | 2/2014 | Lamego et al. |
| 2014/0058230 A1 | 2/2014 | Abdul-Hafiz et al. |
| 2014/0066783 A1 | 3/2014 | Kiani et al. |
| 2014/0077956 A1 | 3/2014 | Sampath et al. |
| 2014/0081100 A1 | 3/2014 | Muhsin et al. |
| 2014/0081175 A1 | 3/2014 | Telfort |
| 2014/0094667 A1 | 4/2014 | Schurman et al. |
| 2014/0100434 A1 | 4/2014 | Diab et al. |
| 2014/0114199 A1 | 4/2014 | Lamego et al. |
| 2014/0120564 A1 | 5/2014 | Workman et al. |
| 2014/0121482 A1 | 5/2014 | Merritt et al. |
| 2014/0121483 A1 | 5/2014 | Kiani |
| 2014/0125495 A1 | 5/2014 | Al-Ali |
| 2014/0127137 A1 | 5/2014 | Bellott et al. |
| 2014/0128696 A1 | 5/2014 | Al-Ali |
| 2014/0128699 A1 | 5/2014 | Al-Ali et al. |
| 2014/0129702 A1 | 5/2014 | Lamego et al. |
| 2014/0135588 A1 | 5/2014 | Al-Ali et al. |
| 2014/0142401 A1 | 5/2014 | Al-Ali et al. |
| 2014/0142402 A1 | 5/2014 | Al-Ali et al. |
| 2014/0163344 A1 | 6/2014 | Al-Ali |
| 2014/0163402 A1 | 6/2014 | Lamego et al. |

Exhibit 4
Page 128

**US 9,861,305 B1**

Page 6

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2014/0166076 A1 | 6/2014 | Kiani et al. |
| 2014/0171763 A1 | 6/2014 | Diab |
| 2014/0180038 A1 | 6/2014 | Kiani |
| 2014/0180154 A1 | 6/2014 | Sierra et al. |
| 2014/0180160 A1 | 6/2014 | Brown et al. |
| 2014/0187973 A1 | 7/2014 | Brown et al. |
| 2014/0194709 A1 | 7/2014 | Al-Ali et al. |
| 2014/0194711 A1 | 7/2014 | Al-Ali |
| 2014/0194766 A1 | 7/2014 | Al-Ali et al. |
| 2014/0200420 A1 | 7/2014 | Al-Ali |
| 2014/0206963 A1 | 7/2014 | Al-Ali |
| 2014/0213864 A1 | 7/2014 | Abdul-Hafiz et al. |
| 2014/0243627 A1 | 8/2014 | Diab et al. |
| 2014/0266790 A1 | 9/2014 | Al-Ali et al. |
| 2014/0275808 A1 | 9/2014 | Poeze et al. |
| 2014/0275835 A1 | 9/2014 | Lamego et al. |
| 2014/0275871 A1 | 9/2014 | Lamego et al. |
| 2014/0275872 A1 | 9/2014 | Merritt et al. |
| 2014/0275881 A1 | 9/2014 | Lamego et al. |
| 2014/0276115 A1 | 9/2014 | Dalvi et al. |
| 2014/0288400 A1 | 9/2014 | Diab et al. |
| 2014/0296664 A1 | 10/2014 | Bruinsma et al. |
| 2014/0303520 A1 | 10/2014 | Telfort et al. |
| 2014/0309506 A1 | 10/2014 | Lamego et al. |
| 2014/0316217 A1 | 10/2014 | Purdon et al. |
| 2014/0316218 A1 | 10/2014 | Purdon et al. |
| 2014/0316228 A1 | 10/2014 | Blank et al. |
| 2014/0323825 A1 | 10/2014 | Al-Ali et al. |
| 2014/0323897 A1 | 10/2014 | Brown et al. |
| 2014/0323898 A1 | 10/2014 | Purdon et al. |
| 2014/0330092 A1 | 11/2014 | Al-Ali et al. |
| 2014/0330098 A1 | 11/2014 | Merritt et al. |
| 2014/0330099 A1 | 11/2014 | Al-Ali et al. |
| 2014/0333440 A1 | 11/2014 | Kiani |
| 2014/0336481 A1 | 11/2014 | Shakespeare et al. |
| 2014/0343436 A1 | 11/2014 | Kiani |
| 2014/0357966 A1 | 12/2014 | Al-Ali et al. |
| 2015/0005600 A1 | 1/2015 | Blank et al. |
| 2015/0011907 A1 | 1/2015 | Purdon et al. |
| 2015/0012231 A1 | 1/2015 | Poeze et al. |
| 2015/0018650 A1 | 1/2015 | Al-Ali et al. |
| 2015/0025406 A1 | 1/2015 | Al-Ali |
| 2015/0032029 A1 | 1/2015 | Al-Ali et al. |
| 2015/0038859 A1 | 2/2015 | Dalvi et al. |
| 2015/0045637 A1 | 2/2015 | Dalvi |
| 2015/0051462 A1 | 2/2015 | Olsen |
| 2015/0080754 A1 | 3/2015 | Purdon et al. |
| 2015/0087936 A1 | 3/2015 | Al-Ali et al. |
| 2015/0094546 A1 | 4/2015 | Al-Ali |
| 2015/0097701 A1 | 4/2015 | Al-Ali et al. |
| 2015/0099950 A1 | 4/2015 | Al-Ali et al. |
| 2015/0099951 A1 | 4/2015 | Al-Ali et al. |
| 2015/0099955 A1 | 4/2015 | Al-Ali et al. |
| 2015/0101844 A1 | 4/2015 | Al-Ali et al. |
| 2015/0106121 A1 | 4/2015 | Muhsin et al. |
| 2015/0112151 A1 | 4/2015 | Muhsin et al. |
| 2015/0116076 A1 | 4/2015 | Al-Ali et al. |
| 2015/0126830 A1 | 5/2015 | Schurman et al. |
| 2015/0133755 A1 | 5/2015 | Smith et al. |
| 2015/0141781 A1 | 5/2015 | Weber et al. |
| 2015/0165312 A1 | 6/2015 | Kiani |
| 2015/0196237 A1 | 7/2015 | Lamego |

| | | | |
|---|---|---|---|
| 2015/0201874 A1 | 7/2015 | Diab |
| 2015/0208966 A1 | 7/2015 | Al-Ali |
| 2015/0216459 A1 | 8/2015 | Al-Ali et al. |
| 2015/0230755 A1 | 8/2015 | Al-Ali et al. |
| 2015/0238722 A1 | 8/2015 | Al-Ali |
| 2015/0245773 A1 | 9/2015 | Lamego et al. |
| 2015/0245794 A1 | 9/2015 | Al-Ali |
| 2015/0257689 A1 | 9/2015 | Al-Ali et al. |
| 2015/0272514 A1 | 10/2015 | Kiani et al. |
| 2015/0351697 A1 | 12/2015 | Weber et al. |
| 2015/0351704 A1 | 12/2015 | Kiani et al. |
| 2015/0359429 A1 | 12/2015 | Al-Ali et al. |
| 2015/0366472 A1 | 12/2015 | Kiani |
| 2015/0366507 A1 | 12/2015 | Blank |
| 2015/0374298 A1 | 12/2015 | Al-Ali et al. |
| 2015/0380875 A1 | 12/2015 | Coverston et al. |
| 2016/0000362 A1 | 1/2016 | Diab et al. |
| 2016/0007930 A1 | 1/2016 | Weber et al. |
| 2016/0029932 A1 | 2/2016 | Al-Ali |
| 2016/0029933 A1 | 2/2016 | Al-Ali |
| 2016/0045118 A1 | 2/2016 | Kiani |
| 2016/0051205 A1 | 2/2016 | Al-Ali et al. |
| 2016/0058338 A1 | 3/2016 | Schurman et al. |
| 2016/0058347 A1 | 3/2016 | Reichgott et al. |
| 2016/0066823 A1 | 3/2016 | Kind et al. |
| 2016/0066824 A1 | 3/2016 | Al-Ali et al. |
| 2016/0066879 A1 | 3/2016 | Telfort et al. |
| 2016/0072429 A1 | 3/2016 | Kiani et al. |
| 2016/0073967 A1 | 3/2016 | Lamego et al. |
| 2016/0081552 A1 | 3/2016 | Wojtczuk et al. |
| 2016/0095543 A1 | 4/2016 | Telfort et al. |
| 2016/0095548 A1 | 4/2016 | Al-Ali et al. |
| 2016/0103598 A1 | 4/2016 | Al-Ali et al. |
| 2016/0113527 A1 | 4/2016 | Al-Ali |
| 2016/0143548 A1 | 5/2016 | Al-Ali |
| 2016/0166182 A1 | 6/2016 | Al-Ali et al. |
| 2016/0166183 A1 | 6/2016 | Poeze et al. |
| 2016/0166188 A1 | 6/2016 | Bruinsma et al. |
| 2016/0166210 A1 | 6/2016 | Al-Ali |
| 2016/0192869 A1 | 7/2016 | Kiani et al. |
| 2016/0196388 A1 | 7/2016 | Lamego |
| 2016/0197436 A1 | 7/2016 | Barker et al. |
| 2016/0213281 A1 | 7/2016 | Eckerbom et al. |
| 2016/0228040 A1 | 8/2016 | O'Neil et al. |
| 2016/0233632 A1 | 8/2016 | Scruggs et al. |
| 2016/0234944 A1 | 8/2016 | Schmidt et al. |
| 2016/0270735 A1 | 9/2016 | Diab et al. |
| 2016/0283665 A1 | 9/2016 | Sampath et al. |
| 2016/0287090 A1 | 10/2016 | Al-Ali et al. |
| 2016/0287786 A1 | 10/2016 | Kiani |
| 2016/0296169 A1 | 10/2016 | McHale et al. |
| 2016/0310052 A1 | 10/2016 | Al-Ali et al. |
| 2016/0314260 A1 | 10/2016 | Kiani |
| 2016/0324486 A1 | 11/2016 | Al-Ali et al. |
| 2016/0324488 A1 | 11/2016 | Olsen |
| 2016/0327984 A1 | 11/2016 | Al-Ali et al. |
| 2016/0328528 A1 | 11/2016 | Al-Ali et al. |
| 2016/0331332 A1 | 11/2016 | Al-Ali |
| 2016/0367173 A1 | 12/2016 | Dalvi et al. |
| 2017/0007134 A1 | 1/2017 | Al-Ali et al. |
| 2017/0007190 A1 | 1/2017 | Al-Ali et al. |
| 2017/0007198 A1 | 1/2017 | Al-Ali et al. |
| 2017/0140084 A1 | 1/2017 | Al-Ali et al. |
| 2017/0021099 A1 | 1/2017 | Al-Ali et al. |

* cited by examiner

Exhibit 4
Page 129

U.S. Patent

Jan. 9, 2018

Sheet 1 of 4

US 9,861,305 B1

Case 8:20-cv-00048-JVS-JDE   Document 142-4   Filed 08/24/20   Page 8 of 22   Page ID #:10221



*FIG. 1*

Exhibit 4
Page 130

**U.S. Patent**          Jan. 9, 2018          Sheet 2 of 4          US 9,861,305 B1



Exhibit 4
Page 131

**U.S. Patent**     Jan. 9, 2018     Sheet 3 of 4     US 9,861,305 B1



*FIG. 3*

Exhibit 4
Page 132

U.S. Patent    Jan. 9, 2018    Sheet 4 of 4    US 9,861,305 B1

Case 8:20-cv-00048-JVS-JDE Document 142-4 Filed 08/24/20 Page 11 of 22 Page ID #:10224



*FIG. 4*

Exhibit 4
Page 133

US 9,861,305 B1

1

# METHOD AND APPARATUS FOR CALIBRATION TO REDUCE COUPLING BETWEEN SIGNALS IN A MEASUREMENT SYSTEM

## REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. application Ser. No. 13/526,376, filed Jun. 18, 2012, titled "METHOD AND APPARATUS FOR CALIBRATION TO REDUCE COUPLING BETWEEN SIGNALS IN A MEASUREMENT SYSTEM," which is a continuation of U.S. patent application Ser. No. 11/871,636, filed Oct. 12, 2007, titled "METHOD AND APPARATUS FOR CALIBRATION TO REDUCE COUPLING BETWEEN SIGNALS IN A MEASUREMENT SYSTEM", which claims priority benefit of U.S. Provisional Application No. 60/851,112, filed Oct. 12, 2006, titled "METHOD AND APPARATUS FOR CALIBRATION TO REDUCE COUPLING BETWEEN SIGNALS IN A MEASUREMENT SYSTEM", the entire contents of which is hereby incorporated by reference.

## BACKGROUND OF THE INVENTION

Field of the Invention

The present invention relates to the field of signal processing, and more particularly, relates to multi-channel demodulators for demodulating mixed signals, such as, for example, signals generated in a pulse oximetry system.

Description of the Related Art

In many multi-channel measurement and communication systems, crosstalk between channels and corruption of data within the channels are significant problems. Such problems can arise from variations in manufacturing tolerances, movement, propagation delays, phase shifts, temperature effects, degradation of components due to age or other factors, noise, etc.

A pulse oximetry system is one example of a system where the above-referenced problems are found. In a pulse oximetry system, blood oxygen saturation is determined by transmitting pulses of electromagnetic energy through a portion of a subject having blood flowing therein (e.g., through a finger, through an ear lobe, or other portion of the body where blood flows close to the skin). The pulses of electromagnetic energy comprise periodic pulses of red light having wavelengths of approximately 660 nanometers, for example, and periodic pulses of infrared light having wavelengths of approximately 905 nanometers.

After propagating through the portion of the subject, the red pulses and the infrared pulses are detected by a detector which is responsive to light at both wavelengths and which generates an electrical signal that has a relationship to the intensity of the electromagnetic energy incident on the detector. The detector output is a two-channel signal having a first signal component corresponding to the detected red pulses and a second signal component corresponding to the detected infrared pulses.

The two-channel signal is demodulated to recover separate signals corresponding to the first signal component and the second signal component. However, prior art demodulators are not sufficiently accurate to completely separate the two signal components in all cases. Thus, it is not uncommon for the first demodulator output signal (corresponding to the first signal component) to contain residual components of the second signal and vice versa. This crosstalk between the first and second signal components reduces the accuracy of the recovered first and second

2

signals. In multi-channel systems with more than two channels, crosstalk can occur between all of the channels, again reducing accuracy.

## SUMMARY OF THE INVENTION

The present invention solves these and other problems by separating a combined multi-channel signal into a plurality of output signals in a manner that reduces crosstalk and other contamination in the plurality of output signals. In one embodiment, the separator includes a multi-channel demodulator that is first configured using nominal values for the various components in the signal path. In one embodiment, the multi-channel demodulator is further configured using data obtained from calibration measurements. In one embodiment, the calibration measurements are made during an initialization period. In one embodiment, the calibration measurements are made frequently, continuously, or at selected intervals. In one embodiment, calibrations are performed on at least one of, initialization, on command, on attachment of a new sensor, continuously, and/or interspersed with measurements. In one embodiment of a system for measuring one or more blood constituents, the calibration measurements are made when the system detects that a patient has been connected to the system. In one embodiment, the multi-channel demodulator is further configured at regular intervals by re-running the calibration measurements. In one embodiment, the multi-channel demodulator comprises an optimizing demodulator. In one embodiment, crosstalk in the multi-channel demodulator is reduced by computing an amplitude and/or phase adjustment of one or more demodulation signals that are provided respectively to one or more mixers.

In one embodiment, an apparatus for measuring blood oxygenation in a subject includes a first signal source which applies a first input signal during a first time interval. A second signal source applies a second input signal during a second time interval. A detector detects a first parametric signal responsive to the first input signal passing through a portion of the subject having blood therein and detects a second parametric signal responsive to the second input signal passing through the portion of the subject. The detector generates a detector output signal responsive to the first and second parametric signals. A signal processor receives the detector output signal and demodulates the detector output signal by applying a first demodulation signal to a signal responsive to the detector output signal to generate a first demodulator output signal and applying a second demodulation signal to the signal responsive to the detector output signal to generate a second demodulator output signal. In one embodiment, the first demodulation signal has at least one component comprising a first frequency, a first phase, and a first amplitude; and the second demodulation signal has at least one component comprising a second frequency, a second phase, and a second amplitude. In one embodiment, the first phase and the second phase are chosen to reduce crosstalk from the first parametric signal to the second demodulator output signal and to reduce crosstalk from the second parametric signal to the first demodulator output signal. In one embodiment, the first amplitude and the second amplitude are chosen to reduce crosstalk from the first parametric signal to the second demodulator output signal and to reduce crosstalk from the second parametric signal to the first demodulator output signal. In one embodiment, at least one of the first amplitude, the first phase, the second amplitude, and the second phase are chosen to reduce crosstalk from the first parametric signal to

Exhibit 4
Page 134

US 9,861,305 B1

**3**

the second demodulator output signal and to reduce crosstalk from the second parametric signal to the first demodulator output signal.

In one embodiment, at least one of the first amplitude, the first phase, the second amplitude, and the second phase is determined by turning off one of the first and second signal sources and measuring the crosstalk between one of the parametric signals and the non-corresponding output signal.

One embodiment includes a method of reducing crosstalk between two signals generated by applying a first pulse and a second pulse to measure a parameter. The first pulse and the second pulse are applied periodically at a repetition rate defining a period. The first pulse is generated during a first interval in each period and the second pulse is generated during a second interval in each period. In one embodiment, the second interval is spaced apart from the first interval. In one embodiment, the second interval overlaps at least a portion of the first interval. The first and second pulses produce first and second parametric signals responsive to the parameter. The first and second parametric signals are received by a detector which outputs a composite signal responsive to the first and second parametric signals. The method includes applying a first demodulation signal to the composite signal to generate a first demodulated output signal. The first demodulation signal includes at least one component having at least a first amplitude and a first phase. The method further includes applying a second demodulation signal to the composite signal to generate a second demodulated output signal. The second demodulation signal includes at least one component having at least a second amplitude and a second phase. The method further includes lowpass filtering the first demodulated output signal to generate a first recovered output signal responsive to the first parametric signal, and lowpass filtering the second demodulated output signal to generate a second recovered output signal responsive to the second parametric signal. The method also includes choosing at least one of the first phase, the first amplitude, the second phase, and the second amplitude to reduce crosstalk components in the first recovered output signal and the second recovered output signal. In one embodiment, the method also includes choosing the first phase and/or the second phase to reduce crosstalk components in the first recovered output signal and the second recovered output signal.

In one embodiment, the first phase and the second phase are chosen by applying a first light pulse pattern (activation pattern) during a first time period and measuring the first recovered output during the first time period as a first calibration output, and measuring the second recovered output during the first time period as a second calibration output. The method includes applying a second light pulse activation pattern during a second time period and measuring the first recovered output during the first time period as a third calibration output and measuring the second recovered output during the second time period as a fourth calibration output. The method further includes computing the first phase and the second phase from at least the first calibration output, the second calibration output, the third calibration output, and the fourth calibration output.

In one embodiment, the first phase is computed from a ratio of the first calibration output and the second calibration output.

In one embodiment, the first demodulation signal includes a sum of a first demodulation component having a first amplitude and a second demodulation component having a second amplitude. The second demodulation component is in quadrature with the first demodulation component and the

**4**

act of choosing the first phase involves choosing the first amplitude and the second amplitude. In one embodiment, the quadrature components are sinusoidal and cosinusoidal.

In one embodiment, the first demodulation signal includes a sum of a sinusoidal component having a first amplitude and a cosinusoidal component having a second amplitude. The first amplitude and the second amplitude are chosen by a least squares minimization of an error corresponding to the crosstalk. In one embodiment, the error is integrated over a time period corresponding to an integer number of cycles of the sinusoidal component.

In one embodiment, a first demodulation signal is applied to a composite signal having first and second coefficients to generate a first demodulated signal. The first demodulation signal includes a first component having a first amplitude and a second component having a second amplitude. The first and second components being in quadrature. The second amplitude has a predetermined relationship to the first amplitude. The predetermined relationship is selected to cause the first demodulated signal to have lower frequency components that include a primary component corresponding primarily to the first desired component and a residual component corresponding to the second component. The first demodulated signal is lowpass filtered to generate a first output signal. At least one of the first amplitude and the second amplitude are adjusted to reduce the residual component with respect to the primary component.

In one embodiment, a pulse oximetry system includes a modulation signal generator. The modulation signal generator generates a first modulation signal including a first pulse at a repetition frequency having a first duty cycle. The modulation signal generator generates a second modulation signal including a second pulse which also repeats at the repetition frequency and having a second duty cycle. The second pulse can be non-overlapping with respect to the first pulse, or the second pulse can partially or completely overlap the first pulse. The first and second pulses include a plurality of components wherein a first component has a frequency corresponding to the repetition frequency and a second component has a second frequency corresponding to twice the first frequency. A first transmitter emits electromagnetic energy at a first wavelength in response to the first pulse. A second transmitter emits electromagnetic energy at a second wavelength in response to the second pulse. A detector receives electromagnetic energy at the first and second wavelengths after passing through a portion of a subject. The detector generates a detector output signal responsive to the received electromagnetic energy. The detector output signal includes a signal component responsive to attenuation of the electromagnetic energy at the first wavelength and a signal component responsive to attenuation of the electromagnetic energy at the second wavelength. A first demodulator multiplies the detector signal by a first demodulation signal and generates a first demodulated output signal. A second demodulator multiplies the detector signal by a second demodulation signal and generates a second demodulated output signal. A configuration module configures the first demodulation signal and the second demodulation signal to substantially separate the first demodulator output and the second demodulator output.

In one embodiment, the configuration module selects a phase relationship between the first demodulation signal and the second demodulation signal.

In one embodiment, the configuration module configures the first demodulation signal and the second demodulation signal using, at least in part, data obtained during a calibration period. In one embodiment, the calibration data includes

Exhibit 4
Page 135

US 9,861,305 B1

5

6

first and second calibration data corresponding to the first and second demodulated output signals during a first time period, and third and fourth calibration data corresponding to the first and second demodulated output signals during a second time period. In one embodiment, the second transmitter is turned off during the first time period, and the first transmitter is turned off during the second time period.

In one embodiment, the configuration module configures the first demodulation signal and the second demodulation signal by adjusting initial parameters that define the first demodulation signal and the second demodulation signal. The configuration module adjusts the initial parameters using, at least in part, the calibration data obtained during a calibration period.

One embodiment includes an apparatus for measuring one or more blood constituents in a subject, wherein a first signal source applies a first input signal during a first time interval, a second signal source applies a second input signal during a second time interval, and a third signal source applies a second input signal during a third time interval. A detector detects a first parametric signal responsive to the first input signal passing through a portion of the subject having blood therein, a second parametric signal responsive to the second input signal passing through the portion of the subject, and a third parametric signal responsive to the third input signal passing through a portion of the subject having blood therein. The detector generates a detector output signal responsive to the first, second, and third parametric signals. A signal processor receives the detector output signal, the signal processor configured to demodulate the detector output signal by applying a first demodulation signal to a signal responsive to the detector output signal to generate a first demodulator output signal, applying a second demodulation signal to the signal responsive to the detector output signal to generate a second demodulator output signal, and applying a third demodulation signal to the signal responsive to the detector output signal to generate a third demodulator output signal. The signal processor selects the first demodulation signal, the second demodulation signal and the third demodulation signal to reduce crosstalk between the first, second, and third demodulator signals using, at least in part, first and second calibration data. The first calibration data includes calibration data wherein the first signal source, the second signal source, and the third signal source are operated singly, and wherein the second calibration data comprises calibration data wherein the first signal source, the second signal source, and the third signal source are operated in pairs.

One embodiment includes an apparatus for measuring one or more parameters in a subject. The apparatus includes, three or more sources, at least one detector configured to sense electromagnetic radiation produced by the three or more sources, an output of the at least one detector comprising a detector signal, and a signal processor. The signal processor receives the detector output signal, the signal processor configured to demodulate the detector output signal by applying a first demodulation signal to a signal responsive to the detector output signal to generate a first demodulator output signal, applying a second demodulation signal to the signal responsive to the detector output signal to generate a second demodulator output signal, and applying a third demodulation signal to the signal responsive to the detector output signal to generate a third demodulator output signal. The signal processor selects the first demodulation signal, the second demodulation signal and the third demodulation signal to reduce crosstalk between the first, second, and third demodulator signals using, at least in part,

calibration data, wherein the calibration data is obtained, at least in part, by activating the three or more sources according to a set of activation patterns, wherein the number of activation patterns is greater than the number of sources in the three or more sources. In one embodiment, the activation patterns include a first set of patterns wherein each of the three or more sources is activated singly, and a second set of patterns wherein each of the three or more sources is deactivated singly. In one embodiment, the activation patterns include patterns wherein each of the three or more sources is activated one at a time. In one embodiment, the activation patterns include patterns wherein each of the three or more sources is de-activated one at a time. In one embodiment the activation patterns include patterns where more than half of the sources are activated and the remaining sources are not activated. In one embodiment the activation patterns include patterns where, at any time, more than half of the sources are not activated and the remaining sources are activated.

One embodiment includes an apparatus for measuring one or more blood constituents in a subject, where the apparatus includes a first signal source which applies a first input signal during a first time interval, a second signal source which applies a second input signal during a second time interval, a third signal source which applies a third input signal during a third time interval, a detector, and a signal processor, The detector detects a first parametric signal responsive to the first input signal passing through a portion of the subject having blood therein and detects a second parametric signal responsive to the second input signal passing through the portion of the subject, and a third parametric signal responsive to the third input signal. The detector generates a detector output signal responsive to the first, second, and third parametric signals. The signal processor which receives the detector output signal, the signal processor demodulating the detector output signal by applying a first demodulation signal to a signal responsive to the detector output signal to generate a first demodulator output signal and applying a second demodulation signal to the signal responsive to the detector output signal to generate a second demodulator output signal, the first demodulation signal determined at least in part from a first dataset wherein each of the first, second, and third sources are activated one at a time and a second dataset wherein each of the first, second, and third sources are deactivated one at a time. In one embodiment, the first dataset includes turning on only one of the first, second, or third signal sources and measuring the crosstalk between one of the parametric signals and the non-corresponding output signals. In one embodiment, at least a portion of the first dataset includes turning off only one of the first, second, or third signal sources and measuring the crosstalk between one of the parametric signals and the non-corresponding output signals.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be described below in connection with the accompanying figures.

FIG. 1 is a block diagram of a multi-channel processing system that uses feedback from one or more outputs to configure the operation of a signal separator that separates a composite signal into a plurality of output signals.

FIG. 2 is a block diagram of a two-channel signal processing system to determine blood oxygen saturation in a subject, wherein illumination is provided by back-to-back Light-Emitting Diodes (LEDs).

Exhibit 4
Page 136

US 9,861,305 B1

**7**

FIG. **3** is a block diagram of a multi-channel signal processing system to determine blood constituents (e.g., oxygen saturation) in a subject, wherein illumination is provided by N diodes or illumination sources.

FIG. **4** is a block diagram of a specific embodiment of the multi-channel processing system of FIG. **1**.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. **1** shows a topology of a multi-channel measurement or communication system **100**. The system **100** has a signal combiner **103** for combining one or more input signals $S_1 \ldots S_N$ into a composite signal and a signal separator **104** for separating the composite signal into one or more output signals $\hat{S}_1 \ldots \hat{S}_M$. The output signals $\hat{S}_1 \ldots \hat{S}_M$ can include estimates of the input signals $S_1 \ldots S_N$. The input signals $S_1 \ldots S_N$ are corrupted by pre-combination distortion **101-102** respectively, and optionally, by combination distortion in the signal combiner **103**. The combiner **103** combines the N input signals into a composite signal (or composite signals). The combiner **103** can combine signals by addition, subtraction, multiplication, division, modulation, non-linear processes, linear processes, estimation, combinations thereof, etc. The composite signal is provided through a communication channel to the separator **104**. The composite signal is distorted by communication channel distortion **110**. The separator **104** separates the composite signal into M output signals, where M can be less than N, greater than N, or equal to N. In one embodiment, the separator also provides one or more additional output signals $\hat{n}_0 \ldots \hat{n}_K$ corresponding to estimates of other signals, such as, for example, noise signals, error signals, etc.

Due to errors in the system **100**, the output signals $\hat{S}_1 \ldots \hat{S}_M$ are typically not exact copies of the input signals, but rather are estimates of the input signals. The accuracy of these estimates is a measure of system performance. The pre-combination distortion **101** -**102**, the combiner distortion, and/or the channel distortion **110** tend to introduce crosstalk between the channels and thereby corrupt the output signals. The pre-combination distortion **101-102**, combiner distortion, and the channel distortion **110** can be caused by variations in manufacturing tolerances, delay, movement, temperature effects, degradation of components due to age or other factors, noise, etc.

A module **105** is provided to configure the separator **104** to improve the quality of the separation function and thereby improve the quality of the output signals. One or more of the output signals from the separator are provided to the module **105** to provide feedback regarding the quality of the output signals and/or feedback regarding the operation of the separator **104**. The module **105** uses feedback from one or more of the output signals $\hat{S}_1 \ldots \hat{S}_M$ (and, optionally, the output signals $\hat{n}_0 \ldots \hat{n}_K$) to monitor the quality of the separation function and to provide control information to control the operation of the separator. In one embodiment, the module **105** is configured by using configuration data obtained from the combiner **103**. Such configuration data can be obtained by calibration procedures that test the operation of the combiner **103** before or during system use.

In one embodiment, the module **105** configures demodulators in the signal separator **104** using, at least in part, calibration data obtained during a calibration period. For example, in one embodiment involving a two channel system, the calibration data includes first and second calibration data corresponding to the first and second output signals during a first time period, and third and fourth calibration

**8**

data corresponding to the first and second demodulated output signals during a second time period. In one embodiment, the second transmitter is turned off during the first time period, and the first transmitter is turned off during the second time period. In one embodiment, the module **105** configures the first demodulation signal and the second demodulation signal by adjusting initial parameters that define the first demodulation signal and the second demodulation signal. The configuration module adjusts the initial parameters using, at least in part, the calibration data obtained during a calibration period.

FIG. **2** is a block diagram of a two-channel signal processing system **200** that fits the general topology shown in FIG. **1**. The system **200** is configured to determine one or more blood constituents in a subject, such as, for example, a human subject. In the example presented, the measurements are performed on a portion of the subject, such as a finger **202**. An LED modulation circuit **204** drives a pair of back-to-back light emitting diodes (LEDs) **206**, **208** by applying a periodic signal to the two light emitting diodes **206**, **208**. Light from the diodes **206**, **208** passes through the finger **202** and is detected by a detector **250**. An output from the detector **250** is provided to a signal processing block **270**. A control output from the signal processing block **270** is provided to the LED modulation circuit **204**. The signal processing block **270** also provides outputs $\hat{S}_1$ and $\hat{S}_2$ corresponding to the light detected from the diodes **206**, **208**, and, optionally, output signals $\hat{n}_0 \ldots \hat{n}_K$ corresponding to estimates of noise or other signals.

In one embodiment, the LED **206** is selected to emit electromagnetic energy in the red visible light range, and has a wavelength of, for example, approximately 660 nanometers. The LED **208** is selected to emit electromagnetic energy in the infrared range, and has a wavelength of, for example, approximately 905 nanometers. The LED modulation circuit **204** supplies current to activate the LEDs **206** and **208**. Each LED is activated for a time period $\tau$ which can be different for the different LEDs. The pulses from the LEDs **206** and **208** repeat with a periodicity T.

FIG. **3** is a block diagram of a multi-channel signal processing system **300** that also fits the topology shown in FIG. **1** Like the system **200**, the system **300** is configured to determine blood oxygen saturation or other blood constituents in a subject, such as, for example, a human subject. In FIG. **3**, an LED modulation circuit **314** drives N diodes, where N is two or greater, thus allowing greater flexibility than the system **200**. In FIG. **3**, the diodes **206** and **208** are shown, along with an N'th diode **309**, it being understood that the diode **309** is omitted if N=2. The LED modulation circuit **314** is configured to allow the diodes **206**, **208**, and **309** to be driven independently such that the diodes can be driven at separate times or in overlapping time periods if desired. Light from the diodes **206**, **208**, **309** passes through the finger **202** and is detected by the detector **250**. The output from the detector **250** is provided to a signal processing block **371**. A control output from the signal processing block **371** is provided to the LED modulation circuit **314**. The signal processing block **371** also provides outputs $S_1$ through $S_M$, where M is greater than or equal to one, but need not be equal to N.

FIG. **4** shows one embodiment of an adjustable multi-channel modulator/demodulator system **400**. The system **400** is based on the topology of the system **100** and can be used in a system for measuring blood constituents (e.g., pulse oximetry, carboxyhemoglobin, etc.) as shown in FIGS. **2** and **3**. In the system **400**, an input $S_1(t)$ and a modulation

Exhibit 4
Page 137

US 9,861,305 B1

9

input $M_1(t)$ are provided to a first modulator **491**. A signal input $M_N(t)$ and a modulation input $M_N(t)$ are provided to an $N^{th}$ modulator **402**.

The photodetector **250** is modeled as an adder **405**. The outputs of the modulators **491** and **402** are added together in the adder **405**, in the presence of noise n(t) to generate a composite signal M(t) where:

$$S(t)=S_1(t)M_1(t)+\ldots+S_N(t)M_N(t)+n(t) \qquad (1)$$

The S(t) signal output of the adder **405** (i.e., the output of the detector **250**) is applied to the input of a signal-processing block **410**. Within the signal-processing block **410**, the signal S(t) is passed through an amplifier **497** and through an analog bandpass filter **498**. The analog bandpass filter **498** provides anti-aliasing and removal of low frequency noise and DC. The desired signal components in the signals $S_i(t)$ are frequency shifted by the operation of the modulation signals $M_i(t)$ and are passed by the analog bandpass filter **498**.

The output of the analog bandpass filter **498** is sampled by an analog-to-digital converter **499** and converted therein to digital signals and provided to an input of an optional decimation block **420**.

The filtered (and, optionally, decimated) signal S(t) is sampled to produce a sampled-data signal S(k) that is provided to the first input of the first mixer **424**, to the first input of the N 'th mixer **412**, and to the first input of a noise channel mixer **413**. A first demodulating signal $D_1(k)$ is provided to a second input of a first mixer **424** from a signal generator **431**. The $N^{th}$ demodulating signal $D_N(k)$ is provided to an $N^{th}$ mixer **412** from an output of a signal generator **432**. The noise demodulating signal $D_0(k)$ is provided to the noise channel mixer **413** from an output of a signal generator **441**. A control input to each of the signal generators **431**, **432**, and **441** is provided by the output of the adjuster algorithm **450**. In yet another embodiment, the adjuster algorithm **450** may also be controlled by other signal processing elements downstream of the signal processor **400**.

The outputs of the mixers **413**, **424**, and **412** are provided as respective inputs to decimation blocks **440**, **430**, and **434** respectively. Each of the decimation blocks **440**, **430**, and **434** has a control input provided by the output of the adjuster algorithm block **450**. The output of the decimation block **440** is an estimate of the signal n(t) and it is provided to an input of the adjuster algorithm block **450**. In an alternate embodiment, the signal estimates $\hat{S}_i(k)$ are also provided to the adjuster algorithm block **450**.

An output of the decimator **430** is a signal $\hat{S}_1(k)$, which, as discussed above, is an estimate of the signal $S_1(k)$ (where $S_1(k)$ corresponds to a sampled-data representation of $S_1(t)$). Likewise, the output of the decimation block **434** is an estimate of the signal $S_N(t)$. As shown above, the selection of the demodulating signals $D_i(t)$ for i=0 . . . N in accordance with the present invention substantially reduces or eliminates the effects of noise in the output signals $\hat{S}_i(k)$ and n(k), and also substantially reduces or eliminates crosstalk between the signals.

When the system **400** is used in connection with a blood constituent measurement system as shown in FIGS. **2** and **3**, the red LED **206** provides a light intensity represented as $I_{RD}$, and the infrared LED **208** provides a light intensity represented as $I_{IR}$. The effects of turning the LEDs **206**, **208** on and off on a periodic bases are modeled by the first multiplier or modulator **290** which applies a first modulation signal $M_1(t)$ to the red light intensity to generate a modulated red signal $I_{IRMOD}(t)$ and by a second multiplier the modu-

10

lator **292** which applies a second modulation signal $M_2(t)$ to the infrared light intensity to generate a modulated infrared signal $I_{IRMOD}(t)$. The modulated light red signal and the modulated infrared signal are applied to the finger **202**, or other body portion, as described above. The blood in the finger **202** has a volume and scattering components, which vary throughout each cardiac cycle. The blood carries oxygen and other materials therein. The oxygen content is a function of both the blood volume and the concentration of the oxygen in the blood volume. The concentration of the oxygen in the blood volume is generally measured as blood oxygen saturation for reasons which are described in full in U.S. Pat. Nos. 5,482,036 and 5,490,505, both of which are hereby incorporated by reference in their entirety. As further described in the two referenced patents, the blood oxygen saturation is determined by comparing the relative absorption of the red light and the infrared light in the finger **202**. The comparison is complicated by the noise caused by movement, ambient light, light scattering, and other factors. The signals $S_1(t)$ and $S_2(t)$ represent the effect of the time-varying volume and scattering components of the blood in the finger **202** on the red light and the infrared light, respectively, passing through the finger **202** from the LEDs **206**, **208** to the detector **250**.

As shown in FIG. **4**, a set of N+1 signals $S_i[k]$ i=1 . . . N, and n(k) are sampled at a desired sample rate. The signals are combined according to the formula:

$$S(k)=M_1(k)S_1(k)+\ldots+M_N(k)S_N(k)+n(k) \qquad (2)$$

In one embodiment, each of the decimators **420**, **440**, **430**, and **434** includes a digital lowpass filter and a sample rate compressor. In one embodiment, the characteristics of the digital lowpass filters (e.g., the number of filter coefficients and values of the filter coefficients) and the sample rate compression factor of each decimator are fixed. In one embodiment, the characteristics of the digital lowpass filters (e.g., the number of filter coefficients or values of the filter coefficients) and the sample rate compression factor of each decimator are provided by the adjustment algorithm **450**. The signal generators **431**, **432** and **441** generate the demodulation sequences for the demodulators **424**, **412**, and **413** respectively. The demodulation sequences produced by the signal generators **431**, **432** and **441** are controlled by the adjuster algorithm **450**.

In one embodiment, the adjuster algorithm **450** adjusts the pre-demodulation decimation rate $R_1$ (in the demodulator **420**), and the post-demodulation decimation rate $R_2$ (in the demodulators **430**, **434** and **440**) according to the noise in the noise estimate $\hat{n}(k)$ and (optionally) according to the signals $\hat{S}_i(k)$. The product $R_1R_2$ is the total decimation rate from the signal S(k) at the output of the A/D converter **499** to the signals $\hat{S}_i(k)$ at the output of the signal processing block **400**. The adjuster algorithm may adjust $R_1$ and $R_2$ such that the product $R_1R_2$ varies, or the adjuster algorithm may adjust $R_1$ and $R_2$ such that the product $R_1R_2$ is substantially constant. Typically, the adjuster algorithm will keep the $R_1R_2$ product constant so that the signal processing blocks downstream of the signal processor **400** will operate at a substantially constant sample rate.

In one embodiment, the adjuster algorithm **450** adjusts the demodulation signals $D_i(k)$ to reduce or eliminate crosstalk. In one embodiment, the adjuster algorithm **450** reduces crosstalk by configuring the demodulators, as discussed in more detail below.

One skilled in the art will recognize that the lowpass filters provided in connection with the decimation blocks can provide other filter functions in addition to lowpass

Exhibit 4
Page 138

US 9,861,305 B1

**11**

filtering. Thus, for example, the lowpass filters **420**, **430**, **440**, and **450**, and the decimators **420**, **430**, **434**, and **440** can provide other filter functions (in addition to lowpass filtering) such as, for example, bandpass filtering, bandstop filtering, etc. Moreover, the post-demodulation decimation rate $R_2$ need not be the same for each output channel. Thus, for example, in FIG. 4, the decimator **440** can have a first decimation rate $R_2=r_1$ while the decimators **430** and **434** have a second decimation rate $R_2=r_2$.

The demodulators above are described in terms of digital signal processing on sampled data. Thus, the demodulator signals are written $D_i(k)$. The demodulators and the filtering associated with the demodulators can be done in using analog processing (using time-domain demodulator signals $D_i(t)$) or on sampled data signals (using digital-domain demodulator signals $D_i(k)$). For convenience, the following development describes the demodulator signals primarily in the time domain, with the understanding that the modulators can be implemented using digital signal processing or analog processing.

The characteristics of the demodulation signals $D_1(t)$ and $D_2(t)$ affect how much crosstalk is seen in the output signals. In an diagonal system, that is, when the demodulator has been diagonalized, there is, ideally, no crosstalk. The first output signal $\hat{S}_1(t)$ is an estimate (or approximation) to the signal $S_1(t)$. Similarly, the second output signal $\hat{S}_2(t)$ is an estimate (or approximation) to the signal $S_2(t)$. When the composite signal $S(t)$ is a linear combination of the signals $S_i(t)$, then the relationship between the signals $S_i(t)$ and the signals $\hat{S}_i(t)$. When $M_1=\cos \omega t$, $M_2=\sin \omega t$, $n(t)=0$, and there is no distortion (e.g., no pre-combination, combiner, or channel distortion) then:

$$S(t)=S_1(t) \cos \omega t+S_2(t) \sin \omega t \qquad (3)$$

Then:

$$\hat{S}_1(t)=LP[D_1(t)S(t)] \qquad (4)$$

$$\hat{S}_2(t)=LP[D_2(t)S(t)] \qquad (5)$$

If:

$$D_1(t)=2 \cos \omega t \qquad (6)$$

$$D_2(t)=2 \sin \omega t \qquad (7)$$

then

$$D_1(t)S(t)=2S_1(t) \cos^2 \omega t+2S_2(t) \sin \omega t \cos \omega t =S_1(t)- \\ S_1(t) \cos 2\omega t+S_2(t) \sin 2\omega t \qquad (8)$$

After lowpass filtering to remove the terms with a frequency of $2\omega t$ and higher

$$\hat{S}_1(t)=S_1(t) \qquad (9)$$

Similarly for

$$\hat{S}_2(t)=LP[D_2(t)S(t)] \qquad (10)$$

then

$$D_2(t)S(t)=2S_1(t) \sin \omega t \cos \omega t+2S_2(t) \sin^2 \omega t =S_2(t)- \\ S_2(t) \cos 2 \omega t+S_1(t) \sin 2 \omega t \qquad (11)$$

After lowpass filtering to remove the terms with a frequency of $2 \omega t$

$$\hat{S}_2(t)=S_2(t) \qquad (12)$$

In the above analysis, it was assumed that there are no time delays or phase shifts in the signal $S(t)$, and thus, configuration is relatively straightforward.

**12**

When an unknown delay (or phase error) is introduced, then the signals are no longer diagonal. Consider, for example, the situation when a delay $\Delta$ is introduced into the composite signal. Then:

$$S(t)=\cos \omega(t-\Delta)S_1(t-\Delta)+\sin \omega(t-\Delta)S_2(t-\Delta)$$

It then follows that:

$$\hat{S}_1(t)=LP[2 \cos \omega t(\cos \omega(t-\Delta)S_1(t-\Delta)+\sin \omega(t-\Delta)S_2 \\ (t-\Delta))]=LP[2 \cos \omega t(\cos \omega t \cos \omega\Delta+\sin \omega t \sin \\ \omega\Delta)S_1(t-\Delta)]+LP[2 \cos \omega t(\sin \omega t \cos \omega\Delta-\cos \omega t \\ \sin \omega\Delta)S_2(t-\Delta)]=\cos \omega\Delta S_1(t-\Delta)-\sin \omega\Delta S_2(t-\Delta)$$

The above equations can be expressed in matrix form as:

$$\begin{bmatrix} \hat{S}_1(t) \\ \hat{S}_2(t) \end{bmatrix} = \begin{bmatrix} \cos\omega\Delta & -\sin\omega\Delta \\ \sin\omega\Delta & \cos\omega\Delta \end{bmatrix} \begin{bmatrix} S_1(t-\Delta) \\ S_2(t-\Delta) \end{bmatrix} \qquad (13)$$

Then

$$\begin{bmatrix} S_1(t-\Delta) \\ S_2(t-\Delta) \end{bmatrix} = \begin{bmatrix} \cos\omega\Delta & \sin\omega\Delta \\ -\sin\omega\Delta & \cos\omega\Delta \end{bmatrix} \begin{bmatrix} \hat{S}_1(t) \\ \hat{S}_2(t) \end{bmatrix} \qquad (14)$$

The above equation can be expressed as

$$\begin{aligned} \begin{bmatrix} S_1(t-\Delta) \\ S_2(t-\Delta) \end{bmatrix} &= \begin{bmatrix} \cos\omega\Delta & \sin\omega\Delta \\ -\sin\omega\Delta & \cos\omega\Delta \end{bmatrix} \cdot LP \begin{bmatrix} D_1(t)S(t) \\ D_2(t)S(t) \end{bmatrix} \\ &= LP\left\{ \begin{bmatrix} \cos\omega\Delta & \sin\omega\Delta \\ -\sin\omega\Delta & \cos\omega\Delta \end{bmatrix} \begin{bmatrix} D_1(t) \\ D_2(t) \end{bmatrix} S(t) \right\} \\ &= LP\left\{ \begin{bmatrix} \bar{D}_1(t) \\ \bar{D}_2(t) \end{bmatrix} S(t) \right\} \end{aligned} \qquad (15)$$

where

$$\bar{D}_1(t)=\cos \omega\Delta D_1(t)+\sin \omega\Delta D_2(t) =2 \cos \omega\Delta\cos \omega t+2 \\ \sin \omega\Delta\sin \omega t$$

and similarly for $\bar{D}_2(t)$. Thus the modified demodulation functions $\bar{D}_1(t)$ and $\bar{D}_2(t)$ can be expressed as a linear combination of basis functions. If the time delay $\Delta$ can be predicted, then the demodulator functions can be calculated and programmed into the communication system. However, in many cases the time delay $\Delta$ is not known or changes over time. As described below, the demodulator functions can be determined by system calibration procedures.

When an unknown phase shift (or phase error) is introduced, then there may be crosstalk in the system. Consider, for example, the situation when a phase error $\varphi_1$ occurs in the signal $S_1(t)$ and a phase error $\varphi_2$ occurs in the signal $S_2(t)$. The phase errors can be caused by intrinsic properties of the components, intrinsic properties of the system, component variations, time delays, etc. In the presence of the phase errors:

$$D_1(t)S(t)=2A_1S_1(t) \sin (\omega t+\varphi_1) \sin \omega t+2A_2S_2(t) \cos \\ (\omega t+\varphi_2) \sin \omega t =2A_1S_1(t) \sin \omega t \sin \omega t \cos \\ \varphi_1+\cos \omega t \sin \varphi_1]+2A_2S_2(t) \sin \omega t[ \cos \omega t \cos \\ \varphi_2+\sin \omega t \sin \varphi_2]=A_1S_1(t) \sin \varphi_1[1-\cos 2\omega t]+A_2S_1(t) \cos \\ \varphi_1 \cos 2\omega t+A_1S_1(t) \sin \varphi_1+A_2S_2(t) \cos \varphi_2S_2(t) \cos \\ \varphi_2 \sin 2\omega t-A_2S_2(t) \sin \varphi_2+A_2S_2(t) \sin \varphi_2 \cos \\ 2\omega t \qquad (16)$$

Thus, after lowpass filtering

$$\hat{S}_1(t)=A_1S_1(t) \cos \varphi_1-A_2S_2(t) \sin \varphi_2 \qquad (17)$$

Exhibit 4
Page 139

US 9,861,305 B1

**13**

The above equation shows crosstalk because $\hat{S}_1(t)$ depends in part on components of $S_2(t)$ when $A_2 \neq 0$ and $\varphi_2 \neq n\pi$ where $n=0,\pm1,\pm2\ldots$.

Similarly,

$$\hat{S}_2(t) = A_1 S_1(t)\sin\varphi_1 + A_2 S_2(t)\cos\varphi_2 \qquad (18)$$

The above equations can be expressed in matrix form as:

$$\begin{bmatrix} \hat{S}_1(t) \\ \hat{S}_2(t) \end{bmatrix} = \begin{bmatrix} A_1\cos\phi_1 & -A_2\sin\phi_2 \\ A_1\sin\phi_1 & A_2\cos\phi_2 \end{bmatrix} \begin{bmatrix} S_1(t) \\ S_2(t) \end{bmatrix} \qquad (19)$$

After inversion

$$\begin{bmatrix} S_1(t) \\ S_2(t) \end{bmatrix} = \frac{1}{\cos(\phi_1-\phi_2)} \begin{bmatrix} \dfrac{\cos\phi_2}{A_1} & \dfrac{\sin\phi_1}{A_1} \\ -\dfrac{\sin\phi_2}{A_2} & \dfrac{\cos\phi_1}{A_2} \end{bmatrix} \begin{bmatrix} \hat{S}_1(t) \\ \hat{S}_2(t) \end{bmatrix} \qquad (20)$$

$$\begin{bmatrix} S_1(t) \\ S_2(t) \end{bmatrix} = \frac{1}{\cos(\phi_1-\phi_2)} \begin{bmatrix} \dfrac{\cos\phi_2}{A_1} & \dfrac{\sin\phi_1}{A_1} \\ -\dfrac{\sin\phi_2}{A_2} & \dfrac{\cos\phi_1}{A_2} \end{bmatrix} \begin{bmatrix} D_1(t) \\ D_2(t) \end{bmatrix} S(t) \qquad (21)$$

Then

$$\begin{bmatrix} S_1(t) \\ S_2(t) \end{bmatrix} = \begin{bmatrix} \overline{D}_1(t) \\ \overline{D}_2(t) \end{bmatrix} S(t) \qquad (22)$$

Where $\overline{D}_i(t)$ are modified demodulation functions, given by:

$$\begin{bmatrix} \overline{D}_1(t) \\ \overline{D}_2(t) \end{bmatrix} = \frac{1}{\cos(\phi_1-\phi_2)} \begin{bmatrix} \dfrac{\cos\phi_2\sin\omega t + \sin\phi_1\cos\omega t}{A_1} \\ \dfrac{-\sin\phi_2\sin\omega t + \cos\phi_1\cos\omega t}{A_2} \end{bmatrix} \qquad (23)$$

The modified demodulation functions have the form

$$\overline{D}_i(t) = \sum_{j=1}^{N} \alpha_j \Phi_j(t) \qquad (24)$$

Choosing the coefficients $\alpha_j$ to eliminate crosstalk configures the modulator.

In one embodiment, the coefficients $\alpha_j$ can be fixed coefficients computed using known properties of the system. However, as system properties change over time, such fixed coefficients may lead to unacceptably high levels of crosstalk. Moreover, variations from device to device may cause the fixed coefficients to give unacceptably high levels of crosstalk.

Higher performance (that is, lower crosstalk) can be obtained by computing the coefficients as part of a system calibration or initialization procedure. Such calibration can be performed during system startup (e.g., when the system is turned on, or when the system begins processing data,

**14**

etc.) and/or at regular intervals. In one embodiment, the adjuster algorithm **450** computes the coefficients $\alpha_j$ from the calibration data. In one embodiment, the coefficients $\alpha_j$ are chosen by making four calibration-type measurements to measure four parameters $\xi_{11}$, $\xi_{12}$, $\xi_{21}$, and $\xi_{22}$ where:

$$\xi_{11} = \hat{S}_1|_{S_1=A,S_2=0} = A\alpha_1\cos\varphi_1 \qquad (25)$$

$$\xi_{12} = \hat{S}_1|_{S_1=0,S_2=B} = -B\alpha_2\sin\varphi_2 \qquad (26)$$

$$\xi_{21} = \hat{S}_2|_{S_1=A,S_2=0} = A\,\alpha_1\sin\varphi_1 \qquad (27)$$

$$\xi_{22} = \hat{S}_2|_{S_1=0,S_2=B} = B\alpha_2\cos\varphi_2 \qquad (28)$$

where A and B are amplitudes. Then

$$a_1 = \frac{\sqrt{\xi_{11}^2 + \xi_{21}^2}}{A} \qquad (29)$$

$$a_2 = \frac{\sqrt{\xi_{12}^2 + \xi_{22}^2}}{B} \qquad (30)$$

$$\tan\phi_1 = \frac{\xi_{21}}{\xi_{11}} \qquad (31)$$

$$\tan\phi_2 = -\frac{\xi_{12}}{\xi_{22}} \qquad (32)$$

From the above equations, it is evident that crosstalk depends only on $\varphi_1$ and $\varphi_2$. Moreover, $\varphi_1$ and $\varphi_2$ can be chosen to eliminate crosstalk without knowing A or B. This is useful for systems such as pulse oximetry systems where absolute measurements of a channel are difficult or impractical, but where relative measurements (e.g., channel-to-channel measurements) are practical.

The demodulation signals $D_i(t)$ can be generated using the values of $\varphi_1$ and $\varphi_2$ from the above equations. Alternatively, the demodulation signals $D_i(t)$ can be generated from quadrature components as:

$$D_1(t) = b_{11}\sin\omega t + b_{12}\cos\omega t \qquad (33)$$

$$D_2(t) = b_{21}\sin\omega t + b_{22}\cos\omega t \qquad (34)$$

where the coefficients $b_{ij}$ are computed from $\varphi_1$ and $\varphi_2$.

In one embodiment, the demodulation functions are adapted from baseline coefficients, which are then improved through a calibration or initialization procedure to produce actual coefficients. The baseline coefficients are typically obtained from known properties of the system. The actual coefficients are usually relatively close in value to the baseline coefficients. This provides one way to assess the operational status of the system and to evaluate the calibration procedure. In one embodiment, if the actual coefficients are too different from the baseline parameters then it is assumed that the calibration procedure failed in some manner or that the equipment has failed in some manner, and appropriate measures can be taken (e.g., alert the operator, sound a warning, etc.)

Exhibit 4
Page 140

US 9,861,305 B1

**15**

To find the actual coefficients, the demodulation functions are initially given by:

$$D_1(t) = \alpha_{11} \sin \omega t + \alpha_{12} \cos \omega t \qquad (35)$$

$$D_2(t) = \alpha_{21} \sin \omega t + \alpha_{22} \cos \omega t \qquad (36)$$

Where the coefficients $\alpha_{ij}$ are the baseline coefficients determined from known or assumed properties of the signal S(t). For example, in one embodiment $\alpha_{ij} = \delta_{ij}$. In one embodiment, where initial estimates are available for $\varphi_1$ and $\varphi_2$, then the values of $\alpha_{ij}$ can be computed as discussed above.

The crosstalk reduction obtained using demodulation functions based on the coefficients $\alpha_{ij}$ can often be improved by computing new coefficients $\overline{\alpha}_{ij}$ and corresponding new demodulation functions $\overline{D}_i(t)$ where:

$$\overline{D}_1(t) = \overline{\alpha}_{11} \sin \omega t + \overline{\alpha}_{12} \cos \omega t \qquad (37)$$

$$\overline{D}_2(t) = \overline{\alpha}_{21} \sin \omega t + \overline{\alpha}_{22} \cos \omega t \qquad (38)$$

The process of finding the coefficients $\overline{\alpha}_{ij}$ begins by measuring two data sets, $x_1(t)$ and $x_2(t)$, as follows:

$$x_1(t) = S(t)|_{S_1=A, S_2=0} \qquad (39)$$

$$x_2(t) = S(t)|_{S_1=0, S_2=B} \qquad (40)$$

The data sets $x_1(t)$ and $x_2(t)$ are used to enforce the following constraint:

$$\int_0^{nT} x_i(t) \overline{D}_i(t) d = 0 \qquad (41)$$

where i=1, 2, n=1, 2, 3 . . . , and T is a time period corresponding to one complete modulation cycle. From the above constraint and the definitions of the demodulation functions, it follows that:

$$\overline{\alpha}_{11} \int_0^{nT} x_1(t) \sin \omega t dt + \overline{\alpha}_{12} \int_0^{nT} x_1(t) \cos \omega t dt = 0 \qquad (42)$$

$$\overline{\alpha}_{21} \int_0^{nT} x_2(t) \sin \omega t dt + \overline{\alpha}_{22} \int_0^{nT} x_2(t) \cos \omega t dt = 0 \qquad (43)$$

It is convenient to define

$$\gamma_{11} = \int_0^{nT} x_1(t) \sin \omega t dt \qquad (44)$$

$$\gamma_{12} = \int_0^{nT} x_1(t) \cos \omega t dt \qquad (45)$$

$$\gamma_{21} = \int_0^{nT} x_2(t) \sin \omega t dt \qquad (46)$$

**16**

$$\gamma_{22} = \int_0^{nT} x_2(t) \cos \omega t dt \qquad (47)$$

and to define

$$\beta_{ij} = \frac{\gamma_{ij}}{\left[ \sum_k \gamma_{ik}^2 \right]^{1/2}} \qquad (48)$$

where

$$\sum_k \beta_{ik}^2 = 1 \qquad (49)$$

Then

$$\overline{\alpha}_{11} \beta_{11} = \overline{\alpha}_{12} \beta_{12} = 0 \qquad (50)$$

$$\overline{\alpha}_{21} \beta_{21} = \overline{\alpha}_{23} \beta_{22} = 0 \qquad (51)$$

In one embodiment, to reduce crosstalk, it is desired to find the coefficients $\overline{\alpha}_{ij}$ closest (in the sense of minimizing some specified error, such as, for example, a least squared error) to the coefficients $\alpha_{ij}$ such that the above constraints are satisfied. One solution, obtained by minimizing the least squared error is:

$$\overline{\alpha}_{ij} = \alpha_{ij} - \left( \sum_k \alpha_{ik} \beta_{ik} \right) \beta_{ij} \qquad (52)$$

The term in parentheses can be described as the baseline crosstalk.

One of ordinary skill in the art will recognize that optimization methods other than least squares can be used. The solution methods for configuration are, for simplicity, described above in terms of a two-channel system. Using the above teachings, the extension to multi-channel systems is straightforward.

In one embodiment, systems with more than two channels can be calibrated using data from multiple calibration data sets. The calibration data sets can use different combinations of sources and/or different activation patterns of sources to provide additional information for calibration. Thus for example, in one embodiment, calibration measurements are obtained by activating the sources one at a time (with the other sources off) and calibration measurements are also obtained by deactivating one source at a time (with the other sources on). Both sets of calibrations measurements can then be used (in whole or in part) to calculate demodulation information.

In one such procedure for a system with 8 sources, data sets $x_1$-$x_{16}$ are obtained using the following activation patterns as follows:

$$x_1 = \text{LED 1 on (others off)}$$

$$x_2 = \text{LED 2 on (others off)}$$

.

.

.

Exhibit 4
Page 141

US 9,861,305 B1

**17**

$x_8$=LED 8 on (others off)

$x_9$=LED 1 off (others on)

$x_{10}$=LED 2 off (others on)

.

.

.

$x_{16}$=LED 8 off (others on)

Then using the functions:

$$\phi_{2j,k} = \sin\left(2\pi f_j \frac{k}{T} + HW_j\right)$$

$$\phi_{2j+1,k} = \cos\left(2\pi f_j \frac{k}{T} + HW_j\right)$$

where $HW_j$ are hardware coefficients (such as, for example, known delays in the system), and $f_j$ are the modulation frequencies, then the $\zeta$ matrix can be computed as

$$\zeta_{i,j} = \sum_{k=1}^{\# \ point \ s} x_{i,k}\phi_{j,k}$$

$$\zeta = \left.\begin{bmatrix} \zeta_{1,1} & \cdots & \cdots & \zeta_{1,8} \\ \vdots & & & \vdots \\ \zeta_{8,1} & \cdots & \cdots & \zeta_{8,8} \\ \vdots & & & \vdots \\ \zeta_{16,1} & \cdots & \cdots & \zeta_{16,8} \end{bmatrix}\right\}\text{number of channels}$$
$$\underbrace{\qquad\qquad\qquad}_{2order}$$

Then, under the assumption that the number of channels is equal to 2 time the order, to compute the demodulation coefficients for channel j' the $\Lambda$ matrix can be computed as:

$$\Lambda = \left.\begin{bmatrix} \zeta_{1,1} & \cdots & \zeta_{1,8} \\ \vdots & & \vdots \\ \zeta_{8,1} & \cdots & \zeta_{8,8} \\ \zeta_{8+j',1} & \cdots & \zeta_{8+j',8} \end{bmatrix}\right\}2order+1$$
$$\underbrace{\qquad\qquad}_{2order}$$

The QR decomposition of $\Lambda$ returns Q and R matrices where:
Q is (2×order+1)×(2×order+1)
R is (2×order+1)×(2×order)
Define

$j = 1 \ldots 8 = 2\times order$

$k = 1 \ldots 8 = 2\times order$

$A_{j,k}=R_{j,k},\ b_k=Q_{r,k}\leftarrow j'\text{th row but only } 2\times order \text{ values}$

**18**

Then calculate where $\vec{\beta}$ where

$$\beta_{2\,order} = \frac{b_{2\,order}}{A_{2\,order,2\,order}}$$

and for i=2·order−1, . . . , 1

$$\beta_i = \frac{\left(b_i - \sum_{j=i+1}^{2\,order} A_{i,j}B_j\right)}{A_{i,i}}$$

After normalizing $\vec{\beta}$ by

$$\hat{\beta} = \frac{\vec{\beta}}{|\vec{\beta}|}$$

Then the new demodulation coefficient vectors are given by:

$$\hat{\alpha}_j=(\vec{\alpha}_j\cdot\hat{\beta})\hat{\beta}_j$$

where $\vec{\alpha}_j$ are the baseline and/or previous demodulation coefficient vectors.

To test crosstalk for the $j^{th}$ channel, compute

$$\xi_k = \sum_{l=1}^{2\,order} \zeta_{k,l}\hat{\alpha}_l \ \text{(where } \hat{\alpha} \text{ corresponds to the } j^{th} \text{ channel)}$$

if k2≤2· order then:
when the $j^{th}$ channel is on:

$$crosstalk_{k\pm j} = 20\log\left(\frac{\xi_k}{\xi_j}\right)$$

when the $j^{th}$ is channel off

$$crosstalk_{k\pm j+2\,order} = 20\log\left(\frac{\xi_{k+2\,order}}{\xi_{j+2\,order}}\right)$$

The example above uses 8 sources by way of example and not by way of limitation. One of ordinary skill in the art will further recognize that other combinations and activation patterns can be used as well. For example, in one embodiment calibration measurements are obtained using activation patterns sources (LEDs) when less than half of the sources are activated, and calibration measurements are obtained using combinations when more than half of the sources are activated. With N sources, up to $2^N$ different combinations of activation patterns are possible using the N sources. Thus, one of ordinary skill in the art will recognize that in various embodiments, the demodulation coefficients can be calculated using calibration data from many different activation patterns of activated and deactivated sources. Further, in the above example, the number of channels was equal to 2 times the order. One of ordinary skill in the art will recognize that the above analysis can also be used whenever number of channels is less than or equal to 2×order.

Although described above in connection with a particular embodiment of the present invention, it should be understood the description of the embodiment is illustrative of the

Exhibit 4
Page 142

US 9,861,305 B1

**19**

invention and are not intended to be limiting. Although described above in connection with a pulse oximetry system wherein a parameter to be measured is the attenuation of red and infrared light passing through a portion of a subject's body, it should be understood that the method and apparatus described herein can also be used for other measurements where two or more signals are passed through a system to be analyzed. In particular, the present invention can be used to demodulate two combined parametric signals responsive to the system to be analyzed where the two parametric signals have a predetermined timing relationship between them, as described herein. The invention can be used in connection with various physiological parameter measurement systems, such as, for example, systems that measure blood constituents, blood oxygen carboxyhemoglobin, methemoglobin, glucose, etc. Various modifications and applications may occur to those skilled in the art without departing from the true spirit and scope of the invention as defined in the appended claims.

What is claimed is:

**1**. An apparatus for measuring one or more blood constituents in a subject using a plurality of light emitters configured to emit different wavelengths of light one at a time during physiological measurements, said apparatus comprising:

a first light emitter which, during normal operation, emits light of a first wavelength during a first time interval;

a second light emitter which, during normal operation, emits light of a second wavelength during a second time interval;

a third light emitter which, during normal operation, emits light of a third wavelength during a third time interval;

a detector which detects the light emitted by the first, second and third signal sources after attenuation by tissue of a patient, said detector generating a detector output signal responsive to the detected light; and

a signal processor which receives said detector output signal, said signal processor configured to demodulate said detector output signal by applying a first demodulation signal to a signal responsive to said detector output signal to generate a first demodulator output signal corresponding to the light of the first wavelength, applying a second demodulation signal to said signal responsive to said detector output signal to generate a second demodulator output signal corresponding to the light of the second wavelength, and applying a third demodulation signal to said signal responsive to said detector output signal to generate a third demodulator output signal corresponding to the light of the third wavelength, said signal processor configured to select said first demodulation signal, said second demodulation signal and said third demodulation signal to reduce crosstalk between said first, second, and third demodulator signals using, at least in part, calibration data, wherein said calibration data comprises calibration data from a calibration procedure wherein said first light emitter, said second light emitter, and said third light emitter are operated two at a time during a second modulation operation period.

**2**. An apparatus for measuring one or more parameters in a subject using a plurality of light emitters configured to emit different wavelengths of light one at a time during physiological measurements, said apparatus comprising:

three or more sources;

at least one detector configured to sense electromagnetic radiation produced by said three or more sources, the detector outputting a detector signal; and

**20**

a signal processor which receives said detector output signal, said signal processor configured to demodulate said detector output signal by applying a first demodulation signal to detector signal to generate a first demodulator output signal, applying a second demodulation signal to said detector signal to generate a second demodulator output signal, and applying a third demodulation signal to said detector signal to generate a third demodulator output signal, said signal processor configured to select said first demodulation signal, said second demodulation signal and said third demodulation signal to reduce crosstalk between said first, second, and third demodulator signals using calibration data, wherein said calibration data is obtained by activating said three or more sources according to a set of activation patterns, wherein the number of activation patterns is greater than the number of sources in said three or more sources.

**3**. The apparatus of claim **2**, wherein said activation patterns comprise a first set of patterns wherein each of said three or more sources is activated singly, and a second set of patterns wherein each of said three or more sources is deactivated singly.

**4**. The apparatus of claim **2**, wherein said activation patterns comprise patterns wherein each of said three or more sources is activated one at a time.

**5**. The apparatus of claim **2**, wherein said activation patterns comprise patterns wherein each of said three or more sources is de-activated one at a time.

**6**. An apparatus for measuring one or more blood constituents in a subject using a plurality of light emitters configured to emit different wavelengths of light one at a time during physiological measurements, said apparatus comprising:

a first signal source which applies a first input signal during a first time interval during normal physiological measurements;

a second signal source which applies a second input signal during a second time interval during normal physiological measurements;

a third signal source which applies a third input signal during a third time interval during normal physiological measurements;

a detector which detects a first parametric signal responsive to said first input signal passing through a portion of said subject having blood therein and which detects a second parametric signal responsive to said second input signal passing through said portion of said subject, and a third parametric signal responsive to said third input signal, said detector generating a detector output signal responsive to said first, second, and third parametric signals; and

a signal processor which receives said detector output signal, said signal processor demodulating said detector output signal by applying a first demodulation signal to a signal responsive to said detector output signal to generate a first demodulator output signal and applying a second demodulation signal to said signal responsive to said detector output signal to generate a second demodulator output signal, said first demodulation signal determined at least in part from a first dataset wherein each of said first, second, and third sources are activated one at a time and a second dataset wherein each of said first, second, and third sources are deactivated one at a time.

**7**. The apparatus of claim **6**, wherein at least a portion of said first dataset comprises turning on only one of said first,

Exhibit 4
Page 143

US 9,861,305 B1

21

second, or third signal sources and measuring the crosstalk between one of the parametric signals and the non-corresponding output signals.

**8**. The apparatus of claim **6**, wherein at least a portion of said first dataset comprises turning off only one of said first, second, or third signal sources and measuring the crosstalk between one of the parametric signals and the non-corresponding output signals.

**9**. The apparatus of claim **6**, wherein at least a portion of said first dataset comprises a set of activation patterns wherein less than half of said signal sources are active in each pattern.

**10**. The apparatus of claim **6**, wherein at least a portion of said first dataset comprises a set of activation patterns wherein more than half of said signal sources are active in each pattern.

**11**. The apparatus of claim **6**, further comprising a fourth source and wherein at least a portion of said first dataset comprises a set of unique activation patterns wherein a plurality of said sources are active and a plurality of said sources are not active in each pattern.

**12**. The apparatus of claim **6**, further comprising a fourth source and a fifth source and wherein at least a portion of said first dataset is obtained using a set of activation patterns wherein a plurality of said sources are active and a plurality of said sources are not active in each pattern and where each activation pattern is different.

\* \* \* \* \*

22

Exhibit 4
Page 144

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 146 of 170   Page ID
Case 8:20-cv-00048-JVS-JDE   Document 142-5   Filed 08/24/20   Page 1 of 25   Page ID
#:10236

# Exhibit 5

to the Declaration of Majid Sarrafzadeh in
Support of Apple's Opposition to Plaintiff's
Motion for Preliminary Injunction

Exhibit 5
Page 145

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|



Exhibit 5
Page 146

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 148 of 170   Page ID
#:11530
Case 8:20-cv-00048-JVS-JDE   Document 142-5   Filed 08/24/20   Page 3 of 25   Page ID
#:10238

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|
|  | ██████████████ |
|  | ████████████████████████████████ |
|  | ██████████████████████████████ |
|  | ████████████████████████████████ |
|  | █████████████████████████████████ |
|  | █████████████████████████████████ |
|  | ██████████████████████████████ |
|  | █████████████████████████████████ |
|  | ██████████████████████████████ |
|  | █████████████████████████████████ |
|  | ██████████████████████████████ |
|  | ████████████████████████████ |
|  | ████████ |
| ██████████████████████ | ██████████████ |
|  | █████████████████████████████ |
|  | ██████████████████████████████ |
|  | ██████████████████████████████ |
|  | ████████████████████████████ |
|  | █████████████████████████████████ |
|  | ███████████████████████████ |
|  | ████████████████████████ |
|  | █████████████████████████████ |
|  | ████████████████████████████ |
|  | ████████████████████████████ |
|  | ████████████████████████████ |
|  | ██████████████████████████████ |
|  | ██████████████████████████████ |

Exhibit 5
Page 147

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|



Exhibit 5
Page 148

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 150 of 170   Page ID
#:11532
Case 8:20-cv-00048-JVS-JDE   Document 142-5   Filed 08/24/20   Page 5 of 25   Page ID
#:10240

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|
| | ███████████████████████████████████████ |
| | ██████████████████████████████████████ |
| | █████████████████████████████████████ |
| | ████████████████████████████████████████ |
| | ████████████████████████████████████████ |
| | ██████████████████████████████████ |
| | ████ |
| | ██████████████ |
| | ████████████████████████████████████████ |
| | ████████████████████████████████████ |
| | ████████████████████████████████ |
| | █████████████████████████████████████████ |
| | █████████████████████████████████████████ |
| | █████████████████████████████████ |
| | ██████████████████████████████████████████ |
| | ████████████████████████████████████ |
| | ████████████████████████████████████████ |
| | ██████████████████████████████████ |
| | ██████████████████████████████████ |
| | █████ |
| ███████████████ | ██████████ |
| | ███████████████████████████████ |
| | ████████████████████████████████████ |
| | ██████████████████████████████ |
| | ██████████████████████████████ |
| | ████████████████████████████████████ |
| | █████████████████████████████████ |
| | ████████████████████████████ |

Exhibit 5
Page 149

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|



Exhibit 5
Page 150

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|
| █████████████████████████████ ████████████████████████████ ████ | ███████████████████████████████ |

Exhibit 5
Page 151

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|
| | ███████████████████████████████ ██ ██████████████████████ ████████████████████████████ ███████████████████████████ █████████████████████████████ ██████████████████████████ █████████████████████████ ████████████████████████████ ████████████████████████████ ████████████████████████████ ███████████████████████████ █████████████████████████████ ██████████████████████████ ██████████████████████████ ███████████████████████████ ██████████████ ████████████████████████████ ████████████████████████████ ███████████████████████████ █████████████████████████ ████████████████████████████ ████████████████████ ███████████████████ █████████████████████████ █████████████████████████ |

Exhibit 5
Page 152

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|
| | |

Exhibit 5
Page 153

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 155 of 170   Page ID
#:11537
Case 8:20-cv-00048-JVS-JDE   Document 142-5   Filed 08/24/20   Page 10 of 25   Page ID
#:10245

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|
|  |  |

Exhibit 5
Page 154

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 156 of 170   Page ID
#:11538
Case 8:20-cv-00048-JVS-JDE   Document 142-5   Filed 08/24/20   Page 11 of 25   Page ID
#:10246

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|
| | |

Exhibit 5
Page 155

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|
| | |

Exhibit 5
Page 156

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 158 of 170   Page ID
#:11540
Case 8:20-cv-00048-JVS-JDE   Document 142-5   Filed 08/24/20   Page 13 of 25   Page ID
#:10248

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|



Exhibit 5
Page 157

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|
| ██████████████████ | ██████████████████ |

Exhibit 5
Page 158

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 160 of 170   Page ID
#:11542
Case 8:20-cv-00048-JVS-JDE   Document 142-5   Filed 08/24/20   Page 15 of 25   Page ID
#:10250



Exhibit 5
Page 159

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 161 of 170   Page ID
#:11543
Case 8:20-cv-00048-JVS-JDE   Document 142-5   Filed 08/24/20   Page 16 of 25   Page ID
#:10251

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|
|  |  |

Exhibit 5
Page 160

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|
| | |

Exhibit 5
Page 161

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 163 of 170   Page ID
#:11545
Case 8:20-cv-00048-JVS-JDE   Document 142-5   Filed 08/24/20   Page 18 of 25   Page ID
#:10253

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|
| | |

Exhibit 5
Page 162

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 164 of 170   Page ID
#:11546
Case 8:20-cv-00048-JVS-JDE   Document 142-5   Filed 08/24/20   Page 19 of 25   Page ID
#:10254

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|
|  | ██████████████████████████████ ████████████████████████ |
|  | █ █████████ ████████████ ██████ ████ ██ ████████ ██ ████████ ██████████ █████████ ████████ ████████ ████████████ █████████ |
| ████████████████ | ████████████ ██████████████████████ ██████████████████████ ████████████████████ ██████████████████████ ████████████████████████ ████████████████ ████████████████████████ ████████████████████████ █████ |

Exhibit 5
Page 163



| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|

Exhibit 5
Page 164

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|



Exhibit 5
Page 165

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 167 of 170   Page ID
#:11549
Case 8:20-cv-00048-JVS-JDE   Document 142-5   Filed 08/24/20   Page 22 of 25   Page ID
#:10257

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|
| | |

Exhibit 5
Page 166

Case 8:20-cv-00048-JVS-JDE   Document 157-3   Filed 08/31/20   Page 168 of 170   Page ID
#:11550
Case 8:20-cv-00048-JVS-JDE   Document 142-5   Filed 08/24/20   Page 23 of 25   Page ID
#:10258

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|
| | █████████████████████████████████████ ████████ ████████████████████ ███ █████████████████████████████ █████████████████████████████████ █████████████████████████████████ █████████████ ████████████████████████████████████ █████████████████████████████████████ ███████████████████████████████ █████████████████ ███ █████████████████ ███ █████ ████████████████████ ████████████████████████████████ ████████████████████████████████ ██████████████████████████████ █████████████████ |
| ████████████████████ | ███████████████ ████████████████████████████████████ █████████████████████████████████████ ████████████████████████████ ██████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████ ████████████████████████████ |

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|
|  |  |

Exhibit 5
Page 168

| Disclosure of the '754 Patent | Corresponding Disclosures in the '713 and/or '305 Patents |
|---|---|
| ███████████ ████████████████████ █████████████████████ | ████████████████████████████████████████████ ██████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ███████████████████████████████████████ █████████████████████████████████████████████ ██████████████████████████████████████████████ ███████████████████████████ ████████████████ █████████████████████████████████ ███████████████████████████████████ ████████████████████████████████ █████████████████████ |

Exhibit 5
Page 169