Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone:  (949) 760-0404 Facsimile:  (949) 760-9502

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:     September 14, 2020<br>Time:    1:30 p.m.<br>Ctrm:    10C<br>Judge:   Hon. James V. Selna |

I, Adam B. Powell, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Plaintiffs") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2. Attached hereto as **Exhibit 25** is a true and correct copy of U.S. Patent Publication Number 2012/0253155.

3. Attached hereto as **Exhibit 26** is a true and correct copy of U.S. Patent Number 6,229,856.

4. Attached hereto as **Exhibit 27** is a true and correct copy of U.S. Patent Number 10,078,052.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

Executed on August 31, 2020, at Encinitas, California.

             */s/ Adam B. Powell*
             Adam B. Powell

33419299

-1-