1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>           Plaintiffs,<br><br>     v.<br><br>APPLE INC., a California corporation,<br><br>           Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL APPLE'S NOTICE OF REQUEST TO CROSS-EXAMINE PLAINTIFFS' DECLARANTS AT THE PRELIMINARY INJUNCTION HEARING**<br><br>Hon. James V. Selna<br>No Hearing Noticed |

1

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL APPLE'S REQUEST TO CROSS-EXAMINE DECLARANTS
CASE NO. 8:20-CV-00048-JVS (JDEX)

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File Under Seal Apple's Request to Cross-Examine Plaintiffs' Declarants at the Preliminary Injunction Hearing (the "Application") under Local Rule 79-5.2.2. Having considered the Application, the Declaration of Joshua H. Lerner submitted in support thereof, the unredacted Apple's Notice of Request to Cross-Examine Plaintiffs' Declarants at the Preliminary Injunction Hearing (the "Notice"), and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Defendant Apple Inc.'s Application to File Under Seal Apple's Request to Cross-Examine Plaintiffs' Declarants at the Preliminary Injunction Hearing is GRANTED. Defendant Apple Inc. may file under seal the unredacted portions of the the Notice.

**IT IS SO ORDERED.**

Dated: _____

The Honorable James V. Selna
United States District Judge