1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL A SUPPPORTING DOCUMENT TO APPLE'S MOTION TO COMPEL A 2019.210 DISCLOSURE**<br><br>Hon. James V. Selna<br>No Hearing Noticed |

1

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL A SUPPORTING DOCUMENT TO APPLE'S MOTION TO COMPEL A 2019.210 DISCLOSURE
CASE NO. 8:20-CV-00048-JVS (JDEX)

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File Under Seal the unredacted Exhibit G to the Samplin Declaration, which is filed in support of Apple's Motion to Compel Plaintiffs to Provide a Section 2019.210 Disclosure (the "Application") under Local Rule 79-5.2.2. Having considered the Application, the unredacted Exhibit G to the Samplin Declaration (the "Exhibit"), and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Defendant Apple Inc.'s Application to File Under Seal a Supporting Document to Apple's Motion to Compel a 2019.210 Disclosure is GRANTED. Defendant Apple Inc. may file under seal the unredacted portions of Exhibit G to the Samplin Declaration.

**IS SO ORDERED.**

Dated: _____

The Honorable James V. Selna
United States District Judge