1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendants. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO COMPEL PLAINTIFFS TO PROVIDE A SECTION 2019.210 DISCLOSURE**<br><br>**Hearing:**<br>Date:  September 24, 2020<br>Time:  10:00 a.m.<br>Place:  Courtroom 6A<br>Judge:  Hon. John D. Early |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING MOTION TO COMPEL PLAINTIFFS TO PROVIDE A SECTION 2019.210 DISCLOSURE
CASE NO. 8:20-cv-00048-JVS (JDEx)

This matter is before the Court pursuant to Defendant Apple Inc.'s ("Apple") Motion to Compel Plaintiffs to Provide a Section 2019.210 Disclosure under Federal Rule of Civil Procedure 37 and Local Rule 37-2.

Having considered the documents filed in support of and in opposition to the motion, including the parties' Joint Stipulation and the parties' declarations and exhibits, the argument of counsel, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED as follows:

1. Apple's Motion to Compel is GRANTED; and
2. Plaintiffs shall serve on Apple a Disclosure that includes: (1) a summary of the specific, alleged trade secrets; (2) the background of the alleged trade secrets and a description of how each alleged secret has derived independent, actual or potential economic value by virtue of not being generally known to the public; (3) a description of how each alleged secret has been the subject of reasonable efforts to maintain its secrecy; and finally (4) each of the precise claimed trade secrets, numbered, with a list of the specific elements for each, as claims would appear at the end of a patent.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable John D. Early
United States Magistrate Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING MOTION TO COMPEL PLAINTIFFS TO PROVIDE A SECTION 2019.210 DISCLOSURE
CASE NO. 8:20-cv-00048-JVS (JDEx)