**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL A SUPPPORTING DOCUMENT TO APPLE'S MOTION TO COMPEL A 2019.210 DISCLOSURE**<br><br>Hon. James V. Selna<br>No Hearing Noticed |

1

Order Granting Leave to File Under Seal a Supporting Document To Apple's Motion to Compel a 2019.210 Disclosure
Case No. 8:20-cv-00048-JVS (JDEx)

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File Under Seal the unredacted Exhibit G to the Samplin Declaration, which is filed in support of Apple's Motion to Compel Plaintiffs to Provide a Section 2019.210 Disclosure (the "Application") under Local Rule 79-5.2.2. Having considered the Application, the unredacted Exhibit G to the Samplin Declaration (the "Exhibit"), and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Defendant Apple Inc.'s Application to File Under Seal a Supporting Document to Apple's Motion to Compel a 2019.210 Disclosure is GRANTED. Defendant Apple Inc. may file under seal the unredacted portions of Exhibit G to the Samplin Declaration.

**IS SO ORDERED.**

Dated: 9/2/20

The Honorable James V. Selna
United States District Judge