UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 8:20-cv-00048-JVS (JDEx) | Date | September 2, 2020 |
|---|---|---|---|
| Title | Masimo Corporation, et al., v. Apple Inc. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|
| Maria Barr | CS 09/02/20 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Stephen C. Jensen | Joshua H. Lerner |
| Adam Powell | Ilissa S. Samplin |

**Proceedings:** Telephonic Conference re Defendant's Motion to Compel [169]

The Court held a telephonic conference (see Dkt. 172) regarding the Defendant's Motion to Compel Plaintiffs to Provide a Section 2019.210 Disclosure. Dkt. 169 ("Motion").

Following a discussion with counsel, counsel agreed that they would continue efforts to resolve the Motion (Dkt. 169) and a separate Ex Parte Application filed by Plaintiff to Enforce the Court's Order, set before the Honorable James V. Selna, United States District Judge (Dkt. 123-1 (under seal), "Application") and agreed and requested that no action be taken on the Motion and the Application before noon on September 9, 2020. By noon on September 9, 2020, Plaintiffs agreed to and are directed to file a Notice, the body of which shall be no more than one sentence, advising the Court either that the Motion and Application have been resolved by the parties and are withdrawn OR the Motion and Application have not been resolved and are not withdrawn. If Plaintiff's Notice contains any argumentative or allegedly inaccurate matter, Defendant may file a response of no more than one sentence by no later than 1:00 p.m. on September 9, 2020.

00 : 45

Initials of Clerk: mba