Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404 Facsimile: (949) 760-9502

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**RESPONSE TO APPLE'S NOTICE OF REQUEST TO CROSS EXAMINE PLAINTIFFS' DECLARANTS AT THE PRELIMINARY INJUNCTION HEARING**<br><br>Date:  September 14, 2020<br>Time:  1:30 p.m.<br>Ctrm:  10C<br>Judge: Hon. James V. Selna |

Apple's request appears unnecessary and overly burdensome to the Court in view of Plaintiffs' extremely modest requested relief.[1] Plaintiffs' Motion for Preliminary Injunction does not seek to enjoin any products. Granting the motion, without more, also would not preclude Apple from publishing or disclosing anything. Instead, Plaintiffs merely request that Apple provide Plaintiffs advance notice before publishing certain limited subject matter.

Should the Court believe testimony would be helpful, Plaintiffs welcome the opportunity to present their witnesses live to explain Plaintiffs' trade secrets and answer any questions the Court may have. Because Apple primarily claims it desires to test the credibility of Plaintiffs' witnesses, Dkt. 164-1 at 4, Plaintiffs respectfully submit that any cross-examination permitted by the Court should be live, by video if necessary.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 3, 2020  By: */s/ Adam B. Powell*
       Joseph R. Re
       Stephen C. Jensen
       Perry D. Oldham
       Stephen W. Larson
       Adam B. Powell

       Attorneys for Plaintiffs,
       Masimo Corporation and
       Cercacor Laboratories

---

[1] This Court has discretion whether to hear oral testimony. *See Stanley v. University of Southern California,* 13 F.3d 1313, 1326 (9th Cir. 1994); *Honse v. Shulkin,* 2019 WL 4308780, at *3 (C.D. Cal. July 25, 2019) (L.R. 7-8 "merely outlines the procedure to follow if the Court decides to hold a live hearing that will involve the cross-examination of one or more declarants").