# DENIED
## BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>APPLE INC., a California corporation,<br><br>            Defendants. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S REQUEST TO CROSS-EXAMINE PLAINTIFFS' DECLARANTS AT THE PRELIMINARY INJUNCTION HEARING**<br><br>**Hearing:**<br>Date:   September 14, 2020<br>Time:   1:30 p.m.<br>Place:  Courtroom 10C<br>Judge:  Hon. James V. Selna |

Gibson, Dunn &
Crutcher LLP

1    Defendant Apple Inc. has requested cross-examination of Messrs. Joe Kiani,
2 Mohamed Diab, and Jeroen Poeze, who submitted declarations in support of Plaintiffs'
3 Motion for Preliminary Injunction. Pursuant to Central District of California Civil
4 Local Rule 7-8:

**IT IS HEREBY ORDERED**

(1) Messrs. Joe Kiani, Mohamed Diab, and Jeroen Poeze are required to attend the preliminary injunction hearing on September 14, 2020 at 1:30 p.m. in Courtroom 10C in the Southern Division of the Central District of California. Apple will be permitted to cross-examine Messrs. Joe Kiani, Mohamed Diab, and Jeroen Poeze at that hearing.

(2) In the alternative, Messrs. Joe Kiani, Mohamed Diab, and Jeroen Poeze can be examined by deposition in advance of the hearing.

**IT IS SO ORDERED.**                **DENIED**
                                      BY ORDER OF THE COURT

Dated: _____

_____
The Honorable James V. Selna
United States District Judge

The Court does not believe that credibility is a substantial issue given the nature of the relief sought. Cross examination would not materially assist the Court.
JVS September 04, 2020