**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| MASINO CORPORATION | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SACV 20-0048-JVS (JDEx) |
| v. | |
| APPLE INC. | **NOTICE OF CLERICAL ERROR** |
| DEFENDANT(S) | |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action

☐ the following scanned document   ☒ docket entry   have/has been corrected as indicated below.

Title of scanned document:   Order Granting Leave to File Under Seal

Filed date:      9/1/2020; 9/2/2020      Document Number(s):   166; 171

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected.  The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's
    initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to
    ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern  division.  Pursuant to General Order 19-03, the case
    has been reassigned to the ☐ Western ☐ Southern ☐ Eastern  division. The former case number
    _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF   was stamped on the document.
    The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number
    and judge's initials: _____

☒ Other:   Docket  No. [166] Order Granting Leave to File Under Seal Portions of Plaintiff's Reply in Support of Their Motion for
    Preliminary Injunction was linked to the wrong docket entry.  The correct docket entry is [160].  Docket No. [171] Order Granting
    Leave to File Under Seal Apple's Notice of Request to Cross-Examine Plaintiff's Declarants at the Preliminary Injunction Hearing
    was linked to the wrong document.  The correct docket entry is [163]  The docket has been corrected for accuracy.   No other
    changes made.

CLERK, U.S. DISTRICT COURT

Date:        September 4, 2020            By:   E. Synagogue _____

                                              Deputy Clerk