Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404 Facsimile: (949) 760-9502

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation<br><br>    Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B, POWELL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO DISMISS THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Date:   October 5, 2020<br>Time:   1:30 p.m.<br>Ctrm:   10C<br>Judge:  Hon. James V. Selna |

I, Adam B. Powell, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Plaintiffs") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this declaration in support of Plaintiffs' Opposition to Apple's Motion to Dismiss.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a document obtained from the public docket in *AlterG, Inc. v. Boost Treadmills LLC*, Dkt. 41 (N.D. Cal. Sept. 5, 2019.

3. Attached hereto as **Exhibit 2 [filed under seal]** is a true and correct copy of printout of an excel spreadsheet that Masimo produced natively in discovery bearing bates number MASA00080449.

4. Attached hereto as **Exhibit 3 [filed under seal]** is a true and correct copy of a document that Masimo produced in discovery bearing bates number MASA00074903-05.

5. Attached hereto as **Exhibit 4 [filed under seal]** is a true and correct copy of a document that Masimo produced in discovery bearing bates number MASA00081209-25.

6. Attached hereto as **Exhibit 5 [filed under seal]** is a true and correct copy of a document that Masimo produced in discovery bearing bates number MASA00079280-93.

7. Attached hereto as **Exhibit 6 [filed under seal]** is a true and correct copy of a document that Masimo produced in discovery bearing bates number MASA00079624-74.

8. Attached hereto as **Exhibit 7 [filed under seal]** is a true and correct copy of a document that Masimo produced in discovery bearing bates number MASA00079427-36.

-1-

9. Attached hereto as **Exhibit 8 [filed under seal]** is a true and correct copy of a document that Masimo produced in discovery bearing bates number MASA00079524-44.

10. I reviewed the native version of the document that Masimo produced in discovery bearing bates number MASA00075947. The copyright notice in the lower left corner of the document contains a field that automatically updates. My understanding is that field automatically updates when the document is printed or processed so that it can be produced in litigation. Below is a screenshot of how the copyright notice appears on the native file. The document is also dated: "12/18/13."

CONFIDENTIAL AND PROPRIETARY
© 2013 Masimo Corporation (Unpublished)
All Rights Reserved

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

Executed on September 4, 2020, at Encinitas, California.

                                                */s/ Adam B. Powell*
                                                Adam B. Powell

33358446