# EXHIBITS 2-8

## FILED UNDER SEAL