**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO DISMISS THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' SECOND AMENDED COMPLAINT AND SUPPORTING DOCUMENTS** |

|   |   |
|---|---|
| 1 | Having considered Plaintiffs' Application for Leave to File Under Seal (1) portions of Plaintiffs' Opposition To Apple's Motion To Dismiss The Thirteenth Cause Of Action In Plaintiffs' Second Amended Complaint ("Opposition"); and (2) Exhibits 2-8 to the supporting Declaration of Adam B. ("Powell Opposition Declaration") and finding good cause therefor, the Application is GRANTED. |

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal (1) the unredacted portions of the Opposition; and (2) Exhibits 2-8 to the Powell Opposition Declaration.

DATED: 9/8/20  _____

The Honorable James V. Selna
United States District Judge

33190411

-1-