Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404 Facsimile: (949) 760-9502

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**NOTICE OF WITHDRAWAL OF *EX PARTE* APPLICATION TO ENFORCE THE COURT'S ORDER (DKT. 123-1)** |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that, pursuant to parties' agreement discussed |
| 2 | in Plaintiffs' September 9, 2020, Notice (Dkt. 183), Plaintiffs hereby withdraw |
| 3 | the *Ex Parte* Application to Enforce the Court's Order (Dkt. 123-1) without |
| 4 | prejudice. |

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 11, 2020    By: */s/ Adam B. Powell*
　　　　　　　　　　　　　　　Joseph R. Re
　　　　　　　　　　　　　　　Stephen C. Jensen
　　　　　　　　　　　　　　　Perry D. Oldham
　　　　　　　　　　　　　　　Stephen W. Larson
　　　　　　　　　　　　　　　Adam B. Powell

　　　　　　　　　　　　　　　Attorneys for Plaintiffs,
　　　　　　　　　　　　　　　Masimo Corporation and
　　　　　　　　　　　　　　　Cercacor Laboratories

33476666