JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendants. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION TO STAY THE PATENT INFRINGEMENT CASE PENDING *INTER PARTES* REVIEW PROCEEDINGS**<br><br>**Hearing:**<br>Date:   October 19, 2020<br>Time:   1:30 p.m.<br>Place:  Courtroom 10C<br>Judge:  Hon. James V. Selna |

Gibson, Dunn & Crutcher LLP

APPLE'S NOTICE OF MOTION TO STAY THE PATENT INFRINGEMENT
CASE PENDING *INTER PARTES* REVIEW PROCEEDINGS
CASE NO. 8:20-cv-00048-JVS (JDEx)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 19, 2020, at 1:30 PM, or as soon thereafter as the matter may be heard, in Courtroom 10C of the United States District Court for the Central District of California at Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth Street, Santa Ana, California, 92701, Defendant Apple Inc. ("Apple") will and hereby does move the Court to stay at least the present patent infringement causes of action in this case pending final disposition of Apple's petitions for *Inter Partes* Review ("IPR") challenging all asserted claims of the twelve asserted patents before the Patent Trial and Appeal Board ("PTAB"). Apple already filed IPR petitions challenging all asserted claims of the seven asserted patents that were in the First Amended Complaint, and expects to file IPR petitions against all asserted claims of the five patents newly asserted in the Second Amended Complaint. Apple expects the PTAB to issue Final Written Decisions on the IPRs before the trial date in this case.

Each of the three pertinent factors favors a stay of the patent infringement case here:

*First*, the patent infringement case is in its very early stages because the parties have not completed their exchange of contentions, fact discovery has only recently begun, no depositions have been noticed or scheduled, claim construction is months away, and expert discovery does not begin for another year.

*Second*, Apple's IPR petitions are likely to materially limit the scope of the issues before the Court—and may dispose of the patent infringement case entirely—which will undoubtedly reduce wasted resources for the parties and the Court.

*Third*, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Plaintiffs") will not suffer undue prejudice or a tactical disadvantage from a stay because Plaintiffs and Apple are not direct competitors, Apple has promptly filed its IPR petitions and this Motion, and monetary damages are adequate to compensate Plaintiffs for any harm resulting from a stay. The separate and independent trade secret, patent

Gibson, Dunn & Crutcher LLP

2

APPLE'S NOTICE OF MOTION TO STAY THE PATENT INFRINGEMENT
CASE PENDING *INTER PARTES* REVIEW PROCEEDINGS
CASE NO. 8:20-cv-00048-JVS (JDEx)

inventorship, and patent ownership claims in this action, which are even less advanced than the patent infringement case, also do not weigh against granting a stay, and the Court could, in the alternative, also opt to stay the entire action.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Brian Rosenthal, all pleadings and papers on file in this action, and such further evidence and argument as may be presented at or before the hearing on this matter.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on September 4, 2020.  *See* Declaration of Brian Rosenthal ¶ 4.

Dated:  September 15, 2020

                                          Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Joshua H. Lerner*
      Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

3

APPLE'S NOTICE OF MOTION TO STAY THE PATENT INFRINGEMENT
CASE PENDING *INTER PARTES* REVIEW PROCEEDINGS
CASE NO. 8:20-cv-00048-JVS (JDEx)