# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendants. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO STAY THE PATENT INFRINGEMENT CASE PENDING *INTER PARTES* REVIEW PROCEEDINGS**<br><br>**Hearing:**<br>Date: October 19, 2020<br>Time: 1:30 p.m.<br>Place: Courtroom 10C<br>Judge: Hon. James V. Selna |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING MOTION TO STAY THE PATENT INFRINGEMENT CASE PENDING *INTER PARTES* REVIEW PROCEEDINGS
CASE NO. 8:20-cv-00048-JVS (JDEx)

This matter is before the Court pursuant to Defendant Apple Inc.'s ("Apple") Motion to Stay the Patent Infringement Case Pending *Inter Partes* Review Proceedings.

Having considered the documents filed in support of and in opposition to the motion, the argument of counsel, the pleadings on file in this action, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Apple's Motion to Stay is GRANTED and this action is PARTIALLY STAYED with respect to the patents asserted in the patent infringement causes of action (Causes of Action Nos. 1–12 of the Second Amended Complaint) pending the conclusion of *Inter Partes* Review proceedings filed by Defendant Apple Inc. pertaining thereto, and any subsequent appeals therefrom. All discovery with respect to these patents is STAYED. This PARTIAL STAY shall not apply to Plaintiffs' trade secret misappropriation, correction of inventorship, and patent ownership claims (Causes of Action Nos. 13–26 of the Second Amended Complaint). The present claim construction briefing schedule, as well as the other patent specific dates are VACATED. The Court shall issue a separate scheduling order notifying the parties of the rescheduled claim construction dates. The parties are to submit a joint status statement within seven (7) days of the date when the Patent Trial and Appeal Board has decided whether to institute all of Apple's IPR petitions.

**IT IS SO ORDERED.**

Dated: _____   _____
The Honorable James V. Selna
United States District Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING MOTION TO STAY THE PATENT INFRINGEMENT CASE PENDING *INTER PARTES* REVIEW PROCEEDINGS
CASE NO. 8:20-cv-00048-JVS (JDEx)