Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

*Counsel for Defendants listed on next page.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**STIPULATION TO AMEND THE SCHEDULING ORDER** |

JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel.: 202.955.8541 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

Attorneys for Defendant Apple Inc.

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Plaintiffs") and Defendant Apple Inc. ("Apple" or "Defendant") (collectively, the "parties"), by and through their respective counsel, hereby stipulate and agree to amend the Scheduling Order (Dkt. 37).

On July 10, 2020, the Court ordered the parties to submit a joint proposal regarding claim and prior art focusing within two weeks of the parties completing infringement and invalidity contentions. *See* 7/10/2020 Hearing Tr. at 4:3-14, 8:12-18. The Court also indicated the joint proposal may necessitate "some adjustments to events leading to the Markman hearing." *Id.* at 4:15-5:4. On July 29, 2020, the Court granted Plaintiffs Renewed *Ex Parte* Application For An Order Requiring Apple to Comply With The Scheduling Order and extended Plaintiffs' deadline for infringement contentions until "forty-two (42) days after Apple completes its production of core technical documents." Dkt. 92. On August 6, 2020, the Court extended Apple's deadline to serve invalidity contentions for patents newly asserted in the Second Amended Complaint until October 22, 2020. Dkt. 96. On September 9, 2020, Apple agreed to produce additional technical documents by October 9, 2020, and Plaintiffs agreed to serve infringement contentions by November 13, 2020. *See* Dkt. 183.

Due to the scheduling matters discussed above, the parties respectfully submit that various dates leading up to the *Markman* hearing will need to be extended. Good cause exists under Federal Rule of Civil Procedure 16 to extend the deadlines as shown below.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Joint Claim Narrowing Proposal | September 21, 2020 | November 23, 2020 |
| Exchange of Proposed Claim Terms for Construction (Patent L.R. 4-1) | September 21, 2020 | December 7, 2020 |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Exchange Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | October 12, 2020 | January 11, 2021 |
| Invalidity Contentions on newly asserted patents (Patent L.R 3-3 and 3-4) | October 22, 2020 | |
| Infringement Contentions (Patent L.R. 3-1 and 3-2) | November 13, 2020 | |
| Joint Markman Prehearing Statement (Patent L.R. 4-3) | November 9, 2020 | February 1, 2021 |
| Complete Claim Construction Discovery (Patent L.R. 4-4) | December 7, 2020 | March 1, 2021 |
| Simultaneous Opening Markman Briefs (Patent L.R. 4-5) | December 21, 2020 | March 15, 2021 |
| Last Date to Add Parties / Amend Pleadings | December 23, 2020 | |
| Simultaneously Responding Markman Briefs, Tutorials and Presentation Materials (Patent L.R. 4-5) | January 25, 2021 | April 12, 2021 |
| *Markman* hearing | February 8, 2021 | April 26, 2021 |
| Non-expert Discovery cut off | July 5, 2021 | |

Accordingly, the parties hereby request that the Court amend the Scheduling Order as shown above.

/ / /

/ / /

-2-

**IT IS SO STIPULATED.**

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 19, 2020    By: */s/ Adam B. Powell*
Joseph R. Re
Stephen C. Jensen
Perry D. Oldham
Stephen W. Larson
Adam B. Powell

Attorneys for Plaintiffs
Masimo Corporation and
Cercacor Laboratories

GIBSON, DUNN & CRUTCHER LLP

Dated: September 19, 2020    By: */s/ Brian A. Rosenthal (with permission)*
Joshua H. Lerner
H. Mark Lyon
Brian M. Buroker
Brian A. Rosenthal
Ilissa Samplin
Angelique Kaounis
Brian K. Andrea

Attorneys for Defendant Apple Inc.

33524990