1  JOSHUA H. LERNER, SBN 220755
       jlerner@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street Suite 3000
3  San Francisco, CA 94105
   Tel.:  415.393.8200 / Fax: 415.393.8306
4
   H. MARK LYON, SBN 162061
5     mlyon@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  1881 Page Mill Road
   Palo Alto, CA 94304-1211
7  Tel.:  650.849.5300 / Fax: 650.849.5333

8  BRIAN M. BUROKER, *pro hac vice*
       bburoker@gibsondunn.com
9  BRIAN K. ANDREA, *pro hac vice*          ILISSA SAMPLIN, SBN 314018
       bandrea@gibsondunn.com                   isamplin@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP          GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.            333 South Grand Avenue
11 Washington, D.C. 20036                  Los Angeles, CA 90071-3197
   Tel.: 202.955.8500 / Fax: 202.467.0539  Tel.: 213.229.7000 / Fax: 213.229.7520
12
   BRIAN A. ROSENTHAL, *pro hac vice*     ANGELIQUE KAOUNIS, SBN 209833
13    brosenthal@gibsondunn.com               akaounis@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP          GIBSON, DUNN & CRUTCHER LLP
14 200 Park Avenue                         2029 Century Park East Suite 4000
   New York, NY 10166-0193                 Los Angeles, CA 90067
15 Tel.: 212.351.2339 / Fax: 212.817.9539  Tel.: 310.552.8546 / Fax: 310.552.7026

16 *Attorneys for Defendant Apple Inc.*

17              **UNITED STATES DISTRICT COURT**

18  **FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

19 MASIMO CORPORATION,                     CASE NO. 8:20-cv-00048-JVS (JDEx)
   a Delaware corporation; and
20 CERCACOR LABORATORIES, INC.,            **[PROPOSED] ORDER GRANTING**
   a Delaware corporation,                 **APPLE'S APPLICATION TO FILE**
21                                          **REPLY IN SUPPORT OF APPLE'S**
                Plaintiffs,                 **MOTION TO DISMISS UNDER SEAL**
22
       v.
23                                          Hon. James V. Selna
   APPLE INC.,                              No Hearing Noticed
24 a California corporation,

25              Defendant.

26                                          Discovery Cut-Off:     7/5/2021
                                            Pre-Trial Conference:  3/21/2022
27                                          Trial:                 4/5/2022

28

1    This matter is before the Court pursuant to Defendant Apple Inc.'s Application

2  to File Reply in Support of Apple's Motion to Dismiss the Thirteenth Cause of Action

3  in Plaintiffs' Second Amended Complaint Under Seal (the "Application") under Local

4  Rule 79-5.2.2.  Having considered the Application, Apple's Reply in Support of

5  Apple's Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Second

6  Amended Complaint (the "Reply"), and all other matters properly before the Court,

7  being fully advised on the proceedings, and for good cause appearing:

8    IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple

9  shall file the unredacted version of its Reply under seal.

10    **IT IS SO ORDERED**.

11

12  Dated: _____

13                                                           _____
                                                             The Honorable James V. Selna
                                                             United States District Judge.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28