JOSHUA H. LERNER, SBN 220755
jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DECLARATION OF JOSHUA LERNER IN SUPPORT OF DEFENDANT APPLE INC.'S REQUEST FOR JUDICIAL NOTICE** <br><br> **Hearing:** <br> Date: October 5, 2020 <br> Time: 1:30 p.m. <br> Place: 10C <br> Judge: Hon. James V. Selna |

# DECLARATION OF JOSHUA LERNER

I, Joshua Lerner, declare and state as follows:

1. I am an attorney duly licensed to practice law before this Court and all courts of the State of California. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action. I make this declaration in support of Apple's Request for Judicial Notice in Support of Apple's Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Second Amended Complaint (the "Request"). I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Application Data Sheet filed by Cercacor Laboratories, Inc., on January 13, 2014, for Patent Application No. 14/153,393, which is publicly available through USPTO's Public Patent Application Information Retrieval (Public PAIR). On page 3 of the Application Data Sheet, Cercacor checked the box next to "Request Not to Publish."

3. Attached hereto as **Exhibit B** is a true and correct copy of a Masimo press release, "New Clinical Studies Presented at the American Society of Anesthesiologists Annual Meeting Show Benefits of Masimo Noninvasive Technologies: SpHb, PVI, RRa, and SEDLine," (Oct. 11, 2011), which is publicly available at https://investor.masimo.com/news/news-details/2011/New-Clinical-Studies-Presented-at-the-American-Society-of-Anesthesiologists-Annual-Meeting-Show-Benefits-of-Masimo-Noninvasive-Technologies-SpHb-PVI-RRa-and-SEDLine/default.aspx.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of September, 2020, in San Francisco, California.

By: /s/ Joshua Lerner
      Joshua Lerner

1

# Exhibit A

PTO/AIA/14 (11-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | CERCA.078A |
|---|---|---|
| | Application Number | |
| Title of Invention | ACTIVE-PULSE BLOOD ANALYSIS SYSTEM | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor 1**
**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Marcelo | M. | Lamego | |

| Residence Information (Select One) | ● US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|
| City | Coto De Caza | State/Province CA | Country of Residence i US |

**Mailing Address of Inventor:**

| Address 1 | 18 Lyra Way | | |
|---|---|---|---|
| Address 2 | | | |
| City | Coto De Caza | State/Province | CA |
| Postal Code | 92679 | Country i | US |

**Inventor 2**
**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Massi Joe | E. | Kiani | |

| Residence Information (Select One) | ● US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|
| City | Laguna Niguel | State/Province CA | Country of Residence i US |

**Mailing Address of Inventor:**

| Address 1 | 35 Brindisi | | |
|---|---|---|---|
| Address 2 | | | |
| City | Laguna Niguel | State/Province | CA |
| Postal Code | 92677 | Country i | US |

**Inventor 3**
**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Justin | Mathew | Paul | |

| Residence Information (Select One) | ● US Residency | ○ Non US Residency | ○ Active US Military Service |

Exhibit A
Page 3

PTO/AIA/14 (11-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | CERCA.078A |
| | Application Number | |
| Title of Invention | ACTIVE-PULSE BLOOD ANALYSIS SYSTEM | |

| City | Irvine | State/Province | CA | Country of Residence i | US |

**Mailing Address of Inventor:**

| Address 1 | 407 Monte Vista | | |
| Address 2 | | | |
| City | Irvine | State/Province | CA |
| Postal Code | 92602 | Country i | US |

**Inventor 4**  [Remove]
**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Jesse | | Chen | |

| Residence Information (Select One) | ● US Residency   ○ Non US Residency   ○ Active US Military Service |
| City | Lake Forest | State/Province | CA | Country of Residence i | US |

**Mailing Address of Inventor:**

| Address 1 | 26571 Normandale Drive | | |
| Address 2 | | | |
| City | Lake Forest | State/Province | CA |
| Postal Code | 92630 | Country i | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.   [Add]

## Correspondence Information:

Enter either Customer Number or complete the Correspondence Information section below.
For further information see 37 CFR 1.33(a).

☐ An Address is being provided for the correspondence Information of this application.

| Customer Number | 20995 |
| Email Address | efiling@knobbe.com   [Add Email] [Remove Email] |

## Application Information:

| Title of the Invention | ACTIVE-PULSE BLOOD ANALYSIS SYSTEM | |
| Attorney Docket Number | CERCA.078A | Small Entity Status Claimed ☐ |
| Application Type | Nonprovisional | |
| Subject Matter | Utility | |
| Total Number of Drawing Sheets (if any) | 11 | Suggested Figure for Publication (if any) |

PTO/AIA/14 (11-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | CERCA.078A |
| | Application Number | |
| Title of Invention | ACTIVE-PULSE BLOOD ANALYSIS SYSTEM | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☒ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
| Customer Number | 20995 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Claims benefit of provisional | 61/752976 | 2013-01-16 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. | Add |

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| | | | |

PTO/AIA/14 (11-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | CERCA.078A |
|---|---|---|
| | Application Number | |
| Title of Invention | ACTIVE-PULSE BLOOD ANALYSIS SYSTEM | |

| Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. | Add |
|---|---|

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

| ☐ | This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.<br>NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA. |
|---|---|

## Authorization to Permit Access:

| ☐ | Authorization to Permit Access to the Instant Application by the Participating Offices |
|---|---|

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (11-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | CERCA.078A |
|---|---|---|
|  | Application Number |  |
| Title of Invention | ACTIVE-PULSE BLOOD ANALYSIS SYSTEM | |

**Applicant 1** [Remove]

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

[Clear]

(●) Assignee    ( ) Legal Representative under 35 U.S.C. 117    ( ) Joint Inventor
( ) Person to whom the inventor is obligated to assign.    ( ) Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here. [X]

| Organization Name | CERCACOR LABORATORIES, INC. |
|---|---|

**Mailing Address Information:**

| Address 1 | 189 Technology Drive | | |
|---|---|---|---|
| Address 2 | | | |
| City | Irvine | **State/Province** | CA |
| Country i | US | Postal Code | 92618 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button. [Add]

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

[Remove]

If the Assignee or Non-Applicant Assignee is an Organization check here. [ ]

PTO/AIA/14 (11-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | CERCA.078A |
| --- | --- | --- |
| | Application Number | |
| Title of Invention | ACTIVE-PULSE BLOOD ANALYSIS SYSTEM | |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
| --- | --- | --- | --- | --- |
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | |
| --- | --- |
| Address 2 | |

| City | | State/Province | |
| --- | --- | --- | --- |
| Country i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button. [Add]

## Signature: [Remove]

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications

| **Signature** | /Jarom Kesler/ | | | Date (YYYY-MM-DD) | 2014-01-13 |
| --- | --- | --- | --- | --- | --- |
| First Name | Jarom | Last Name | Kesler | Registration Number | 57046 |

Additional Signature may be generated within this form by selecting the Add button. [Add]

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Exhibit B



SEARCH     MENU

NEWS DETAILS

## New Clinical Studies Presented at the American Society of Anesthesiologists Annual Meeting Show Benefits of Masimo Noninvasive Technologies: SpHb, PVI, RRa, and SEDLine

*10/19/2011*

IRVINE, Calif., Oct. 19, 2011 /PRNewswire via COMTEX/ -- **Masimo** (NASDAQ: MASI) announced today that over 25 new clinical studies evaluating Masimo noninvasive patient monitoring technologies were presented at the largest gathering of anesthesiologists in the world,  he American Society of Anesthesiologists (ASA) Annual Meeting in Chicago, Illinois. The following studies highlight the positive clinical outcomes and patient safety impact of Masimo's unique noninvasive measurement technologies, including: total hemoglobin (SpHb®), pleth variability index (PVI®), acoustic respiration rate (RRa(TM)), and SEDLine® brain function monitoring.

**SpHb® & PVI®**

Researchers Steven Frank, M.D., James Rothschild, M.D., and John Ulatowski, M.D., at Johns Hopkins Hospital in Maryland found that  he combination of continuous SpHb and PVI monitoring "may improve the efficacy and safety of the intraopera ive autologous normovolemic hemodilu ion (IAHD) blood conservation technique that helps avoid allogeneic blood transfusions." The study, conducted in pa ients undergoing major abdominal or orthopedic surgery, concluded that SpHb was advantageous in "eliminating the delay in intraoperative decision-making that occurs when Hb measurements are obtained by conventional laboratory testing" while PVI was a "useful index of intravascular volume during the significant fluid shifts  hat occurred with IAHD, with increasing PVI indicating hypovolemia and decreasing PVI indicating adequate fluid resuscitation and blood re-infusion." (1)

Two studies, conducted by the Long Beach Veterans Healthcare System in California, found that noninvasive SpHb measurements provided valuable clinical assessment information in remote, rural, and community settings. Ni in Shah, M.D., and Kinjal Shah, B.S., led a study using the Radical-7 in rural India, which concluded that SpHb measurements provided "reliable information compared to the invasive me hod" with a bias and precision of 0.2+/- 1.2 g/dL and was "very convenient to use in a rural camp setting" while also eliminating "biohazard risks of venipuncture and blood handling."(2) The second study, led by Nitian Shah with Deval Modi, M.B, B.S., performed at two community health fairs in Long Beach concluded that the Pronto-7 spot-check device, with a bias and standard deviation of -0.06 +/-1.07 g/dL, provides "similar values and offers acceptable accuracy" when compared to values obtained from laboratory analysis of invasive blood samples. Researchers also noted  he advantages of Pronto-7 in that it "gives immediate result" and has the potential to be "very helpful in spot checking for anemia in the general community wi hout the need for exhaustive set-up or processing time."(3)

Two separate studies showed  hat the new In Vivo Adjustment(TM) feature for noninvasive SpHb measurements, included as part of the new 2011 Radical-7, along with the newest genera ion rainbow ReSposable Sensors (Rev. E) helped clinicians to improve the agreement in subsequent comparisons between invasive (tHb) and noninvasive (SpHb) hemoglobin measurements. Researchers Kathleen Richard, M.D., Timothy Quill, M.D., Thomas Dodds, M.D., and Matthew Koff, M.D., M.S., at Dartmouth Hitchcock Medical Center in New Hampshire found that the "accuracy and descriptive statistics improved when each time-matched SpHb value was adjusted by the magnitude of difference between the first tHb and corresponding SpHb." Researchers concluded that "if this type of adjustment were performed in real-time in vivo (intra-operatively), overall accuracy of SpHb values may be further improved," which may also "add value to care" during high risk surgical procedures in patients wi h co-morbidities and "in many other clinical loca ions and scenarios (ICU, PACU, pediatrics, emergency medicine, surgical ward)."(4) Another study, conducted by Ryo Miyashita, M.D., Shigekazu Sugino, M.D., Yukitoshi Niiyama, M.D., Mitsuko Mimura, M.D., Ph.D., and Michiakii Yamakage, M.D., Ph.D., in Japan at the Sapporo Medical University School of Medicine, found that "SpHb values corrected using the novel program were more accurate than  hose obtained conventionally." Study results showed that In Vivo Adjustment improved bias and standard deviation from 1.1 +/- 1 0 to 0 0 +/- 0.61 g/dL) and concluded that In Vivo Adjustment should "contribute to the accurate measurement of SpHb in the clinical setting."(5)

Researchers Peter Winch, M.D., Aymen Naguib, M.D., Julie Rice, R.N., and Joseph Tobias, M.D., at Nationwide Children's Hospital showed that SpHb measurements obtained in pediatric patients undergoing acute blood loss correlated to hemoglobin values obtained from a point-of-care device. Researchers

Exhibit B
Page 11

Case 8:20-cv-00048-JVS-JDE   Document 202-3   Filed 09/19/20   Page 13 of 15   Page ID #:14510

9/18/2020          Masimo - New Clinical Studies Presented at the American Society of Anesthesiologists Annual Meeting Show Benefits of Masimo Noninv…

**MASIMO**        SEARCH   MENU

In a separate study, also conduc ed at Nationwide Children's Hospital, the same research team found that monitoring changes in PVI could be used as a guide for volume replacement during isovolemic hemodilution in pediatric patients undergoing congenital cardiac surgery. Pa ients were evaluated in two groups--group 1 had starting PVI values less than 14 and group 2 had starting PVI values greater than 14. Results showed that the average crystalloid replacement in group 1 was 5ml/kg, while volume replacement in group 2 was 11ml/kg in order to maintain the same hemodynamics during hemodilution. Researchers noted that the "data demonstrates the possible advantage of using the PVI value as a tool for identifying patients who would be good candidates for isovolemic hemodilution."(7)

**Rainbow Acoustic Monitoring(TM) for RRa(TM)**

Researchers Basavana Goudra, M.D., and Lakshmi Penugonda, M.D., at the Hospital of the University of Pennsylvania, evaluated RRa measurements obtained using the Masimo Rad-87 during upper gastrointestinal endoscopy and found it had  he "best accuracy and precision (-0.3 +/- 1.0 bpm) of monitoring respira ion rate," whereas EtCO2 (-0.6 +/- 6.1 bpm) and impedance pneumography (0.2 +/- 4.3 bpm) are "subject to frequent false alarms." Results showed that EtCO2 had the "highest incidence of false alarms" with 45 false alarms out of 52 events, while RRa had the "lowest rate of false alarms" with just 3 out of 52 events.(8)

**SEDLine®**

In a study conducted at Loma Linda University Medical Center, researchers Kevin Nasseri-Noori, M.D., Deborah McIvor, M.D., Frank Hsu, M.D., Moses Olson, B.S., Martin Allard, M.D., Travis Losey, M.D., Mark Macknet, M.D., and Richard Applegate, M.D., demonstrated that the SEDLine 4-channel (PSA array) brain function monitor "correctly detected an excessively deep intraoperative burst suppression therapy (IBST) pattern given a nearly isoelectric EEG" in 16 out of 19 events during intracranial surgery. With an overall correlation of 93% between SEDLine (PSA array) and EEG--showing strong agreement--study results indicate that SEDLine may be an effective tool for IBST detection versus standard EEG, which is expensive and requires a special technician in the room.(9)

According to Nitin Shah, MD, Chief of Surgical ICU at Long Beach VA Hospital and Professor of Anesthesiology at Loma Linda University, "Noninvasive SpHb is the way of the future. It is truly a blessing for a developing country with limited resources. Patients appreciate that it eliminates the need for traditional needle stick blood draws, so they are much more relaxed and willing to complete the pain-free SpHb testing. And, for healthcare professionals it is unbelievable. There are no biohazard risks, no formal training required to operate, and no calibration required with SpHb testing and they get instant results that they can use immediately to advise their patients right on the spot. In my view, SpHb should be routinely used in clinics and community settings across the globe."

Basavana Goudra, MD, Assistant Professor of Anesthesiology and Cri ical Care at the Hospital of  he University of Pennsylvania, commented, "Masimo rainbow acoustic monitoring is better than anything else we have at the moment for accurate and reliable respiration rate measurements. Not only was it easy to use in the majority of  he patients enrolled in our study, but our results show  hat it is the perfect solution for routine use in upper GI endoscopy procedures and post-operative monitoring as EtCO2 is not useful in  hese situations.

(1) Frank S, Rothschild J, Ulatowski J. "Continuous Noninvasive Hemoglobin Monitoring for Jehovah's Witness Patients Undergoing Intraoperative Autologous Normovolemic Hemodilution" ASA 2011 Presentation A408.
(2) Shah N, Shah K. "Evaluation of a Pulse CO-Oximeter for Noninvasive Hemoglobin Measurement in Adult Population in Rural India" ASA 2011 Presentation A283.
(3) Shah N, Modi D. "Accuracy of Noninvasive Hemoglobin Measurement Through a Pulse CO-Oximeter Compared to Venous Blood Draw in a Community Setting" ASA 2011 Presentation A285.
(4) Richard K, Quill T, Dodds T, Koff M. "Improved Accuracy and Trending of Noninvasive Hemoglobin Measurements with 'In Vivo Adjustment'" ASA 2011 Presentation A1667.
(5) Miyashita R, Sugino S, Niiyama Y, Mimura M, Yamakage M. "Improved Noninvasive Total Hemoglobin Measurements After In Vivo Adjustment" ASA 2011 Presentation A410.
(6)Winch P, Naguib A, Rice J, Tobias J. "The Accuracy of Noninvasive Hemoglobin Monitoring Following Phlebotomy in a Pediatric Patient Population" ASA 2011 Presentation A411.
(7) Naguib A, Winch P, Rice J, Tobias J. "Can the Starting Pulse Oximeter Derived Pleth Variability Index (PVI) Predict Total Crystalloid Replacement During Isovolemic Hemodilution in Congenital Cardiac Surgery?" ASA 2011 Presentation A207.
(8) Goudra B., Penugonda L. "Monitoring Respiration in Upper GI Endoscopy Anesthesia" ASA 2011 Presentation A246.
(9) Nasseri-Noori K, McIvor D, Hsu F, Olson M, Allard M, Losey T, Macknet M, Applegate R. "Prospective Comparison of Global Electroencephalogram to Frontal SEDLine Electroencephalogram Monitoring for the Evaluation of Intraoperative Burst Suppression During Elective Intracranial Surgery" ASA 2011 Presentation A499.
*In-Vivo Adjustment is pending FDA 510(k) clearance.
**To see a summary of all known clinical studies and abstracts on Masimo technologies and noninvasive measurements, please visit: http //www.masimo.com/cpub/clinicals.htm.

**About Masimo**

Masimo (NASDAQ: MASI) is the global leader in innovative noninvasive monitoring technologies that significantly improve patient care--helping solve "unsolvable" problems. In 1995,  he company debuted Measure-Through Motion and Low Perfusion pulse oximetry, known as Masimo SET®, which virtually eliminated false alarms and increased pulse oximetry's ability to detect life-threatening events. More than 100 independent and objec ive studies demonstrate Masimo SET provides the most reliable SpO2 and pulse rate measurements even under the most challenging clinical conditions, including patient motion and low peripheral perfusion. In 2005, Masimo introduced rainbow SET® Pulse CO-Oximetry(TM) technology, allowing noninvasive and continuous monitoring of blood constituents that previously required invasive procedures, including total hemoglobin (SpHb®), oxygen content (SpOC(TM)), carboxyhemoglobin (SpCO®), methemoglobin (SpMet®), and Ple h Variability Index (PVI®), in addition to SpO2, pulse rate, and perfusion index (PI). In 2008, Masimo introduced Patient SafetyNet(TM), a remote monitoring and wireless clinician notification system designed to help hospitals avoid preventable deaths and injuries associated with failure to rescue events. In 2009, Masimo introduced rainbow Acoustic Monitoring(TM), the first-ever noninvasive and continuous monitoring of acoustic respira ion rate (RRa(TM)). Masimo's rainbow SET technology platform offers a breakthrough in patient safety by helping clinicians detect life-threatening conditions and helping guide treatment options. In 2010, Masimo acquired SEDLine®, a pioneer in the development of innovative brain function monitoring technology and devices. Masimo SET and Masimo rainbow SET technologies can be also found in over 100 multiparameter patient monitors from

Skip to main content

Exhibit B
Page 12

9/18/2020                   Masimo - New Clinical Studies Presented at the American Society of Anesthesiologists Annual Meeting Show Benefits of Masimo Noninv…



SEARCH   MENU

**Forward-Looking Statements**

This press release includes forward-looking statements as defined in Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, in connec ion with the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based on current expecta ions about future events affecting us and are subject to risks and uncertainties, all of which are difficult to predict and many of which are beyond our control and could cause our actual results to differ materially and adversely from those expressed in our forward-looking statements as a result of various risk factors, including, but not limited to: risks related to our assumptions regarding the repeatability of clinical results; risks related to our belief that Masimo's unique noninvasive measurement technologies, including: total hemoglobin (SpHb®), PVI®, acoustic respiration rate (RRa(TM)), and SEDLine® contribute to positive clinical outcomes and patient safety; risks related to our belief that Masimo noninvasive medical breakthroughs provide cost-effective solutions with comparable accuracy and unique advantages, including: immediate and continuous results that enable earlier treatment without causing invasive trauma in all patients and in every clinical situation; as well as other factors discussed in the "Risk Factors" section of our most recent reports filed with the Securities and Exchange Commission ("**SEC**"), which may be obtained for free at the SEC's website at www.sec.gov. Although we believe that the expectations reflected in our forward-looking statements are reasonable, we do not know whether our expectations will prove correct. All forward-looking statements included in  his press release are expressly qualified in their en irety by the foregoing cautionary statements. You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of today's date. We do not undertake any obligation to update, amend or clarify these statements or the "Risk Factors" contained in our most recent reports filed with the SEC, whether as a result of new information, future events or otherwise, except as may be required under the applicable securi ies laws.

**Media Contacts:**
Dana Banks
Phone: (949) 297-7348
Email: dbanks@masimo.com

Masimo, SET, Signal Extraction Technology, Improving Patient Outcome and Reducing Cost of Care... by Taking Noninvasive Monitoring to New Sites and Applications, rainbow, SpHb, SpOC, SpCO, SpMet, PVI, rainbow Acous ic Monitoring, RRa, Radical-7, Rad-87, Rad-57, Rad-8, Rad-5 ,Pulse CO-Oximetry, Pulse CO-Oximeter, Adaptive Threshold Alarm, and SEDLine are trademarks or registered trademarks of Masimo Corporation.
The use of the trademarks Patient SafetyNet and PSN are under license from University Health System Consortium.

SOURCE Masimo Corporation

*View All News*



Follow us

 

Privacy

Privacy Notice

Cookie Notice

Skip to main content

Exhibit B
Page 13

Case 8:20-cv-00048-JVS-JDE   Document 202-3   Filed 09/19/20   Page 15 of 15   Page ID #:14512

9/18/2020   Masimo - New Clinical Studies Presented at the American Society of Anesthesiologists Annual Meeting Show Benefits of Masimo Noninv…

**Masimo**

SEARCH   MENU

*Information Request*   *Email Alerts*

© 2020 Masimo. All Rights Reserved.

Powered By Q4 Inc. 5.42.0.2