JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **ORDER GRANTING APPLE'S APPLICATION TO FILE REPLY IN SUPPORT OF APPLE'S MOTION TO DISMISS UNDER SEAL** <br><br> Hon. James V. Selna <br> No Hearing Noticed <br><br><br> Discovery Cut-Off:  7/5/2021 <br> Pre-Trial Conference: 3/21/2022 <br> Trial:    4/5/2022 |

1   This matter is before the Court pursuant to Defendant Apple Inc.'s Application
2  to File Reply in Support of Apple's Motion to Dismiss the Thirteenth Cause of Action
3  in Plaintiffs' Second Amended Complaint Under Seal (the "Application") under Local
4  Rule 79-5.2.2.  Having considered the Application, Apple's Reply in Support of
5  Apple's Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Second
6  Amended Complaint (the "Reply"), and all other matters properly before the Court,
7  being fully advised on the proceedings, and for good cause appearing:
8   IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple
9  shall file the unredacted version of its Reply under seal.
10  **IT IS SO ORDERED**.

13  Dated: 9/21/20

_____
The Honorable James V. Selna
United States District Judge.