Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404 Facsimile: (949) 760-9502

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**DECLARATION OF STEPHEN W. LARSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO STAY THE PATENT INFRINGEMENT CASE PENDING *INTER PARTES* REVIEW PROCEEDINGS**<br><br>Date:  October 19, 2020<br>Time:  1:30 p.m.<br>Ctrm:  10C<br>Judge: Hon. James V. Selna |

I, Stephen W. Larson, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Plaintiffs") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I make this declaration in support of Plaintiffs' Opposition to Apple's Motion to Stay the Patent Infringement Case Pending *Inter Partes* Review Proceedings.

2. I have reviewed the Apple Watch advertisement that Apple released on September 15, 2020, which is available at https://www.youtube.com/watch?v=TCMnrssX1NE. The advertisement discusses various features added to the Apple Watch over the years and states, "It Already Does That." The final scene is in space with the narrator stating, "Imagine a future, one day, a tiny device . . . uses red and infrared light to measure your blood oxygen level." As the narrator speaks, the advertisement zooms in on a space station and reveals an astronaut holding a sign stating, "It Already Does That." *Id.* The advertisement closes with the tagline: "The future of health is on your wrist."

3. On September 4, 2020, I met and conferred with council of record for Apple regarding Apple's Motion to Stay. During the conference of counsel, Apple stated it would not ask the Court to stay claims other than patent infringement.

4. Attached hereto as **Exhibit 1** is a true and correct copy of a printout from Cercacor's website <https://www.cercacor.com/pages/history>.

5. Attached hereto as **Exhibit 2** is a true and correct copy of a Masimo Root™ brochure.

6. Attached hereto as **Exhibit 3** is a true and correct copy of a Masimo Radius-7 brochure.

7. Attached hereto as **Exhibit 4** is a true and correct copy of a printout from Masimo's website <https://www.masimo.com/products/monitors/spot-check/mightysatrx/>.

8. Attached hereto as **Exhibit 5** is a true and correct copy of a printout from Masimo's website <https://www.masimopersonalhealth.com/products/ispo2-pulse-oximeter-with-micro-usb-connector-for-android-device?variant=19892743176254>.

9. Attached hereto as **Exhibit 6** is a true and correct copy of a printout from Masimo's website <https://www.masimo.com/products/sensors/radius-ppg/>.

10. Attached hereto as **Exhibit 7** is a true and correct copy of a printout from Masimo's website <https://www.masimopersonalhealth.com/pages/masimo-sleep>.

11. Attached hereto as **Exhibit 8** is a true and correct copy of a printout from Masimo's website <https://www.masimopersonalhealth.com/products/masimo-safetynet-open>.

12. Attached hereto as **Exhibit 9** is a true and correct copy of a document entitled Solutions for COVID-19 Surge Capacity Monitoring.

13. Attached hereto as **Exhibit 10** is a true and correct copy of an article from the New York Times titled, "Apple Reach §2 Trillion, Punctuating Big Tech's Grip."

14. Attached hereto as **Exhibit 11** is a true and correct copy of an article titled, "These are all the ideas Apple stole from other companies, or people, and sold for billions," dated October 28, 2012, available at <https://dottech.org/85881/these-are-all-the-ideas-apple-stole-from-other-companies-or-people-and-sold-for-billions/>.

15. Attached hereto as **Exhibit 12** is a true and correct copy of an article from The Washington Post titled, "How Apple uses its App Store to copy the best ideas," September 5, 2019.

16. Attached hereto as **Exhibit 13** is a true and correct copy of an Apple press release dated September 9, 2014.

17. Attached hereto as **Exhibit 14** is a true and correct copy of a printout from Apple's website <https://www.apple.com/healthcare/apple-watch/>.

18. Attached hereto as **Exhibit 15** is a true and correct copy of a printout from Wareable's website <https://www.wareable.com/apple/alivecor-stops-selling-kardiaband-apple-watch-ecg-7513>.

19. Attached hereto as **Exhibit 16** is a true and correct copy of an article from The New York Times titled, "Apple Unveils Bigger iPhones at Higher Prices, and a Heart-Tracking Watch," dated September 12, 2018.

20. Attached hereto as **Exhibit 17** is a true and correct copy of an article from the Economist titled, "Intellectual property: The trouble with troll hunting," 2019 WLNR 37273743, December 14, 2019.

21. Attached hereto as **Exhibit 18** is a true and correct copy of an article from IP Watchdog.com titled "Apple Pays for Its Patent Infringement, But Important Legal Cases Continue," dated March 19, 2019.

22. Attached hereto as **Exhibit 19** is a true and correct copy of an article from The Register titled, "Apple loses FaceTime patent appeal again. And again. And again. And again. And Again… yes, it's the fifth time," dated August 2, 2019.

23. Attached hereto as **Exhibit 20 [filed under seal]** is a true and correct copy of a document produced in discovery bearing production numbers MASA00085626-28.

24. Attached hereto as **Exhibit 21** is a true and correct copy of excerpts from U.S. Provisional Patent Application No. 62/056,299.

25. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts from U.S. Provisional Patent Application No. 62/057,089

26. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts from U.S. Provisional Patent Application No. 62/047,818.

27. Attached hereto as **Exhibit 24** is a true and correct copy of a letter from Perry Oldham (who is also counsel of record for Plaintiffs) to Mark Lyon (who is counsel of record for Apple), dated March 4, 2020.

28. Attached hereto as **Exhibit 25** is a true and correct copy of an Apple press release dated September 15, 2020.

29. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from a printout from Apple's website <https://www.apple.com/apple-watch-series-6/>.

30. Attached hereto as **Exhibit 27** is a true and correct copy of an article from CNN titled, "A plan to save coronavirus patients from dying at home," April 12, 2020.

31. Attached hereto as **Exhibit 28** is a true and correct copy of an article from Wirecutter titled, "I Spent 54 Days in the NBA Bubble. Here's the Gear I Couldn't Live Without," dated September 17, 2020.

32. Attached hereto as **Exhibit 29** is a true and correct copy of an article from BGR titled, "How next Apple Watch could help save coronavirus patients," dated April 14, 2020.

33. Attached hereto as **Exhibit 30** is a true and correct copy of an article from The Washington Post titled, "The new Apple Watch says my lungs may be sick. Or perfect. It can't decide," dated September 23, 2020.

34. Attached hereto as **Exhibit 31** is a true and correct copy of a document produced in discovery bearing production numbers MASA00019923-20021.

35. Attached hereto as **Exhibit 32** is a true and correct copy of a document from the public docket in *Apple Inc., et al. v. Iancu,* 5:20-cv-06128, Dkt. No. 1 (N.D. Cal. Aug. 31, 2020)

36. Attached hereto as **Exhibit 33** is a true and correct copy of a printout from YouTube.com available at <https://www.youtube.com/watch?v=b13xnFp_LJs >.

37. Attached hereto as **Exhibit 34** is a true and correct copy of an article from 9to5Mac titled "Apple Health Apple's next big thing," dated September 14, 2020.

38. Attached hereto as **Exhibit 35** is a true and correct copy of an article from Reuters titled, "Could your Fitbit or Apple Watch detect early COVID-19 symptoms?" dated July 23, 2020.

39. Attached hereto as **Exhibit 36** is a true and correct copy of a document from the public docket in *Whalen Furniture Mfg., Inc. v. Z-Line Designs, Inc., et al.,* 3:11-cv-02958-H-DHB, Dkt. No. 108 (S.D. Cal. Jul. 12, 2013).

40. Attached hereto as **Exhibit 37** is a true and correct copy of an article from CNBC titled, "Tim Cook: Apple's greatest contribution will be 'about health'," dated January 8, 2019.

41. Attached hereto as **Exhibit 38** is a true and correct copy of an article from Forbes titled, "How Apple Watch 6 Could Help Detect Covid-19 And Monitor Its Symptoms," dated July 31, 2020.

42. Attached hereto as **Exhibit 39** is a true and correct copy of document from the public docket in *Ellison Educational Equipment, Inc. v.*

*Stephanie Barnard Designs, Inc. et al.,* 8:18-cv-02043-DOC-ADS, Dkt. No. 45 (C.D. Cal. Jan. 13, 2020)

43. Attached hereto as **Exhibit 40** is a true and correct copy of a Notice of Allowability regarding U.S. Patent Application No. 16/261,326.

44. On September 8 and 9, 2020, counsel of record for the parties met to discuss Plaintiffs' then-pending *ex parte* Application (Dkt. 123-1) and Apple's then pending motion to compel (Dkt. 169). Attached hereto as **Exhibit 41** is a true and correct copy of a rough transcript of the September 9, 2020, conference. During the conference, Apple stated:

> when the new version of the Apple Watch is released shortly thereafter producing the sort of non-source code but other, you know, core technical documents so that you can very quickly determine whether you're going to assert the patents in suit against that product. If you do assert it, then we will provide the source code shortly thereafter.

*See* Ex. 41 at 5:1-7. As of the signing of this Declaration, Apple has removed three redactions from previously produced documents, but produced no new documents that appear to relate to the Series 6.

45. Attached hereto as **Exhibit 42** is a true and correct copy a of review from the "Masimo Sleep" application on the Apple App Store.

46. Attached hereto as **Exhibit 43** is a true and correct copy of a transcript of the July 10, 2020, hearing in this matter.

47. Attached hereto as **Exhibit 44** is a true and correct copy of a printout from <https://www.evaluate.com/vantage/articles/news/policy-and-regulation/apple-takes-bite-out-alivecor>.

48. Attached hereto as **Exhibit 45** is a true and correct copy of an email sent from Brian Andrea (who is counsel of record for Apple to myself at 6:07am on September 10, 2020.

49.     Attached hereto as **Exhibit 46** is a true and correct copy an email sent from Perry Oldham to Brian Rosenthal, copying an email distribution list that includes myself at 5:03pm on September 28, 2020.

50.     As of the signing of this Declaration, Plaintiffs have produced approximately 91,000 pages of documents and Apple has produced approximately 56,000 pages of documents.  Perry Oldham has inspected Apple's source code for approximately 30-35 hours.  Apple's attorneys have inspected Plaintiffs' source code for approximately 10 hours.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

Executed on September 28, 2020, at Lake Forest, California.

            */s/ Stephen W. Larson*
            Stephen W. Larson

33470742