# EXHIBIT 1



✺ cercacor

History ▾

# Cercacor History

● **2019 and Beyond**
Stay tuned for even more exciting introductions!

**2018** ●
Introduction of Pulse Rate Variability (PRV)

● **2017**
Introduction of two new dyshemoglobins, carboxyhemoglobin (CO) and methemoglobin (MET)

**2016** ●
Developed and launched Ember,



Document title: The History and Timeline of Cercacor | Cercacor
Capture URL: https://www.cercacor.com/pages/history
Capture timestamp (UTC): Tue, 30 Jun 2020 22:59:40 GMT

**Exhibit 1**
**-8-**



cercacor

History ▾

**2016**
Developed and
launched Ember,
world's first non-
invasive Hemoglobin
tracker for athletes

**2008**
World's first non-
invasive hemoglobin
measurement appears
in a FDA-cleared device

**2007**
World's first non-
invasive methemoglobin
measurement appears
in a FDA-cleared device

**2005**
World's first non-
invasive
carboxyhemoglobin
measurement appears
in a FDA-cleared device

**1998**

Document title: The History and Timeline of Cercacor | Cercacor
Capture URL: https://www.cercacor.com/pages/history
Capture timestamp (UTC): Tue, 30 Jun 2020 22:59:40 GMT



**cercacor**

History ▾

world's first non-invasive carboxyhemoglobin measurement appears in a FDA-cleared device

**1998**

Spun off from Masimo Corporation

**cercacor**

**Products**
BonV
Ember

**Blog**
Blog

**About Us**
About Us
Our Team
History
Newsrooms
Careers
Contact Us
Site Map

**Support**
Support
FAQ
Return Policy
Warranty

**Store**
Health & Wellness
Fitness

**Social**
facebook
twitter
instagram
linkedin
youtube

Terms and Conditions     Regulatory     Legal     Privacy Policy     Patents

Return Policy     Warranty Policy

2020 Cercacor Laboratories, Inc. Apple, the Apple logo, iphone, iPad and iPod touch are trademarks of Apple Inc, registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Masimo and Masimo rainbow SET are registered

Document title: The History and Timeline of Cercacor | Cercacor
Capture URL: https://www.cercacor.com/pages/history
Capture timestamp (UTC): Tue, 30 Jun 2020 22:59:40 GMT

**Exhibit 1**
**-10-**

# EXHIBIT 2

PATIENT MONITORING PLATFORM

# Root™

## Patient Monitoring Platform Designed to Transform Care



Root™ offers multiple high-impact innovations for broad application across the continuum of care:

> Instantly interpretable, high-visibility display of Masimo's breakthrough rainbow® and SET® measurements from Masimo's Radical-7® handheld monitor

> Intuitive, touchscreen navigation for easy and adaptable use in any hospital environment

> Flexible measurement expansion through Masimo Open Connect (MOC-9™)

   • SedLine® brain function monitoring, designed to improve the care of patients under anesthesia or sedation



Exhibit 2
-11-

# CUSTOMIZABLE FOR ANY CARE AREA



> Root with Trend View



> Root with Analog View

# PERFORMANCE

**ELECTRICAL**

**Root**

AC Power Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . .100-240 VAC, 47-63 Hz
Power Consumption . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .65W (Max)
Fuses Each With. . . . . . . . . . . . . . .2 Amp, Fast Acting, Metric, (5x20mm), 250V

**Battery**

Type. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10.8V Lithium Ion (Nominal)
Capacity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4 Hours*
Maximum Charging Time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4 Hours

**ENVIRONMENTAL**

Operating Temperature. . . . . . . . . . . . . . . . . . . . . . . .32°F to 122°F (0°C to 50°C)
Transport/Storage Temperature. . . . . . . . . . . . .-40°F to 158°F (-40°C to 70°C)
Operating Humidity . . . . . . . . . . . . . . . . . . . . . . . .10% to 95%, Non-Condensing
Storage Humidity . . . . . . . . . . . . . . . . . . . . . . . . . .10% to 95%, Non-Condensing
Operating Altitude . . . . . . . . . . . . . . . . . . . . . . . . . . . . .500 mbar to 1060 mbar
-1,000 ft to 18,000 ft
(-304 m to 5,486 m)

**PHYSICAL CHARACTERISTICS**

Weight . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<8 lbs (3.63 kg)
Dimension . . . . . . . . . . . 11 in x 10.5 in x 5.5 in (27.94 cm x 26.67 cm x 13.97 cm)

**Display**

Type. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Backlit Active Matrix TFT LCD
Resolution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1280 x 800 Pixels
Color . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24 bit RGB
Size . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10.1 in (25.65 cm) Diagonal

**Touchscreen**

Type. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Multi-Touch P-Cap

**CONNECTIONS**

| Connector | Type (Number of Ports) |
|---|---|
| Nurse Call. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1/4-in Round Female (1) |
| MOC-9. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Masimo Connector (3) |
| USB . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | USB 2.0 (2) |

*This represents approximate run time at the lowest indicator brightness, using a fully charged battery.

**Caution: Federal law restricts this device to sale by or on the order of a physician.**

**Masimo U.S.**
Tel: 1 877 4 Masimo
info-america@masimo.com

**Masimo International**
Tel: +41 32 720 1111
info-international@masimo.com



© 2013 Masimo Corporation. All rights reserved.

PLLT-8092-1A-1013

Exhibit 2
-12-

# EXHIBIT 3

# Radius-7®

**Masimo SET® Measure-through Motion and Low Perfusion and rainbow SET™ Technology in a Tetherless, Wearable Patient Monitor**



## Pulse Oximetry

    

| SpO2 | PR | Pi | PVi® |
|------|-----|-----|------|
| Oxygen Saturation[1] | Pulse Rate[1] | Perfusion Index | Pleth Variability Index |

## rainbow SET™

    

| SpHb® | SpMet® | SpCO® | SpOC™ | ORi™ | RRa® |
|-------|--------|-------|-------|------|------|
| Total Hemoglobin | Methemoglobin | Carboxyhemoglobin | Oxygen Content | Oxygen Reserve Index | Acoustic Respiration Rate |



### Small, lightweight, wearable design promotes patient comfort and ambulation

> Eliminates the need for clinicians to disconnect the monitor each time the patient gets out of bed

> Two "hot-swappable," rechargeable modules minimize monitoring interruption

### Wireless connectivity

> Communicates via Bluetooth® to Root® for continuous bedside monitoring and alarm notifications

> When out of Bluetooth range, Radius-7 communicates via Wi-Fi to Patient SafetyNet™[‡] for continuous supplemental monitoring and remote clinician alarm notifications[*]

> When out of Bluetooth and Wi-Fi range, Radius-7 acts as a standalone, wearable monitor which stores up to 6 hours of data



**Exhibit 3**

**-13-**

## Flexible Functionality

> When out of Bluetooth range, Radius-7 communicates via Wi-Fi to Patient SafetyNet and maintains continuous communication with the hospital's EMR*



**Wi-Fi Icon**
Indicates direct communication with Patient SafetyNet

**Bluetooth Icon**
Indicates communication with Root

**Parameter and Waveform Views**
Facilitate on-the-spot assessment of patient status

**RD Connector**
Standard RD connector allows for streamlined transitions in patient care

**Alarms**
Audible and visual alarms on both Radius-7 and Root for quick identification of alarming parameter

**Single-patient-use Armband**
Minimizes cross-contamination risk

**Two "hot-swappable" Rechargeable Modules (one on Radius-7, one charging in Root)**
12-hour battery life facilitates just one module exchange per shift

## Radius-7 Specifications

**ENVIRONMENTAL**

Operating Temperature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41–95° F (5–35° C)
Atmospheric Pressure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 540–1,060 mBar

**COMMUNICATION**

Communication Compliance
   USA
      Radius-7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . FCC ID: VKF-RADIUS
      Radius-7 with Wi-Fi . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . FCC ID: VFK-MWM1

Interfaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .802.11a/b/g
Radio . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Bluetooth, Wi-Fi
Wi-Fi Security . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .WPA-TKIP, WPA2-AES
40/64-104,128/152-bit WEP IEEE 802.1X
wireless client support and wired
LAN authentication EAP-TLS, PEAP

**PHYSICAL CHARACTERISTICS**

Dimensions . . . . . . . . . . . . . . . . . . . . . . . . . . . 124.46 mm(L) x 63.5 mm(W) x 27.94 mm(H)
Weight. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 0.35 lbs. (160g)

**BATTERY**

Capacity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12 hours†

**COMPLIANCE**

Safety Standard(s). . . . . . . . . . . . . . . . . ANSI/AAMI ES 60601-1, CAN/CSA C22.2 No.60601-1,
IEC/EN 60601-1
Pulse Oximeter Standard(s) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ISO 80601-2-61
Alarm Standard(s). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .IEC 60601-1-8
EMC Standard(s) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . EN 60601-1-2, Class B
Type of Protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Internally Powered
Degree of Protection . . . . . . . . . . . . . . . . . . . . . . . . . .Type BF, Defib Proof-Applied Part
Mode of Operation (per IEC 60601-1). . . . . . . . . . . . . . . . . . . . . . . . .Continuous Operation
Enclosure Degree of Protection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .JP24

**ORDERING INFORMATION**

Radius-7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PN 9916
Radius-7 with Wi-Fi. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .PN 9903

*Features only available with Wi-Fi version of Radius-7.
†Masimo SET® Measure-through Motion technology includes SpO2 and PR.
‡The use of the trademark Patient SafetyNet is under license from University HealthSystem Consortium.
§ Battery capacity during continuous Masimo SET® monitoring when display is off, Wi-Fi is off, and Bluetooth is on.

Radius-7 with Wi-Fi is not licensed for sale in Canada.

Caution: Federal (USA) law restricts this device to sale by or on the order of a physician. See instructions for use for full prescribing information, including indications, contraindications, warnings, and precautions.

**Masimo U.S.**
Tel: 1 877 4 Masimo
info-america@masimo.com

**Masimo International**
Tel: +41 32 720 1111
info-international@masimo.com



© 2019 Masimo. All rights reserved. All trademarks and/or copyrights are property of their respective owners. The Bluetooth word mark and logos are registered trademarks owned by Bluetooth SIG, Inc. and any use of such marks by Masimo is under license.

# EXHIBIT 4



MightySat® Rx Fingertip Pulse Oximeter

Featuring Masimo SET® Measure-through Motion and Low Perfusion™ Pulse Oximetry

**Masimo SET® – The Choice of Leading Hospitals Worldwide**



**Exhibit 4**
**-15-**

> Masimo SET (/evidence/featured-studies/feature/)® (/evidence/featured-studies/feature/) overcomes the challenges of low perfusion and motion artifact that limit conventional pulse oximetry

> Masimo SET® (/evidence/featured-studies/feature/) pulse oximetry helps clinicians monitor more than 200 million patients a year[1]

**BUY NOW** (https://www.masimopersonalhealth.com/products/mightysat-fingertip-pulse-oximeter-with-bluetooth-le-rrp-pvi?utm_source=masimo-main&utm_medium=banner&utm_campaign=masimo_main_site)

## Respiration Rate from the Pleth (RRp®)

> RRp (/technology/co-oximetry/rainbow/) may be used to measure respiration rate in the clinic, during emergency medical services, and at home.

> RRp (/technology/co-oximetry/rainbow/) provides a wide measurement range of 4 to 70 breaths per minute

$SpO_2$

PR

Oxygen Saturation*

Pulse Rate*

(/link/fc748725f87347bcbf68d6f97d6cb629.aspx)

(/link/fc748725f87347bcbf68d6f97d6cb629.aspx)



**Exhibit 4**
**-16-**



Perfusion Index

(/link/fc748725f87347bcbf68d6f97d6cb629.aspx)



Pleth Variability Index

(/link/dfdf59ddc39745479f0625c3834c1f0a.aspx)



Respiration Rate from the Pleth

(/link/b5649e1d32594c31bd1cd228b5b4da65.aspx)



**Exhibit 4**
**-17-**

**High Resolution Display**

- Rotating and adjustable
  color screen for real-
  time display of all
  measurements

**Plethysmographic Waveform**

- Provides high-resolution
  display of the patient's
  pleth waveform

**Touchpad**

- Provides easy
  access to settings
  and device features

**Durable, Lightweight Design**

- For use in clinical and
  home-care environments

**Signal I.Q.® (SIQ™)**

- An indicator of the SpO2
  measurement confidence

**Flexible Pad**

- Easily conforms to
  finger shape for
  enhanced comfort

- Enables secure
  application to finger
  to minimize external
  interference

**Masimo MightySat Rx**



Exhibit 4
-18-

Conventional Pulse Oximetry

| Key Product Features |
| --- |

| **Parameters: SpO$_2$ and PR featuring Masimo Signal Extraction Technology® (SET®)** |
| --- |
| ✓ |
| No |

| **Parameter: Perfusion Index (Pi)** |
| --- |
| ✓ |
| No |

| **Parameter: Respiration Rate (RRp)** |
| --- |
| ✓ |
| No |

| **Parameter: Pleth Variability Index (PVi)** |
| --- |
| ✓ |
| No |



Exhibit 4
-19-

**Pleth Waveform**

| |
|---|
| ✓ |
| No |

**Rotating and adjustable color screen for real-time display of all measurements**

| |
|---|
| ✓ |
| No |

**App includes: high resolution pleth waveform, smart tone audible feature, and trending functionality**

| |
|---|
| ✓ |
| No |

**Customizable settings with use of touchpad**

| |
|---|
| ✓ |
| No |



Exhibit 4
-20-

| Flexible finger pad |
| --- |
| ✓ |
| No |



Exhibit 4
-21-



Kit includes: MightySat Rx device, lanyard, batteries, and carrying case



Exhibit 4
-22-





**Exhibit 4**
**-23-**





High resolution view of the pleth waveform when viewed on a smart device.



**Exhibit 4**
**-24-**

› **Signal IQ® (SIQ)**

Located under the plethysmographic waveform. The height of the vertical line provides an assessment of the confidence in the SpO₂ value displayed.

› **Plethysmographic (Pleth) Waveform**

Real-time graphical representation of changes in volume of arterial blood with each pulse.

› **Perfusion Index (Pi)**

A measure of the dynamic changes in the perfusion index (Pi) that occur during the respiratory cycle.

› **Pleth Variability Index (PVi)**

The ratio of the pulsatile blood flow to the non-pulsatile blood in peripheral tissue used to measure peripheral perfusion.

› **Respiration Rate from the Pleth (RRp)**

A measure of respiration rate based on changes in the plethysmographic waveform. The unit of measure is respiration per minute (RPM).

|  |
| --- |
| **MightySat Rx**<br>**P/N 9709** |
| **MightySat Rx**<br>**with Bluetooth LE**<br>**P/N 9809** |
| **MightySat Rx** |



**Exhibit 4**
**-25-**

with Bluetooth LE, RRp & PVi
P/N 9909 & P/N 9042

MightySat Rx
with PVi and RRp
P/N 9941

Masimo SET® Measure-through Motion and Low Perfusion™ Technology

•

•

•

•

Measurements



Exhibit 4
-26-

SpO2 (Oxygen Saturation)

•

•

•

•



Exhibit 4

-27-

| PR (Pulse Rate) |
| :-- |
| • |
| • |
| • |
| • |



Exhibit 4
-28-

Pi (Perfusion Index)

•

•

•

•



**Exhibit 4**
**-29-**

RRp (Respiration Rate)

|  |
| --- |
|  |
| • |
| • |

PVi (Pleth Variability Index)

|  |
| --- |
|  |
| • |
| • |

**Display**

**Exhibit 4**
**-30-**

Pleth Waveform

|  |
| •  |
| •  |
| •  |
| •  |



**Exhibit 4**
**-31-**

150-Degree Viewing Angle

| |
|---|
| • |
| • |
| • |
| • |



Exhibit 4
-32-

Rotational Screen

•

•

•

•



Exhibit 4
-33-

**Bluetooth LE**

•

•

**Compatible with Masimo Professional Health App[2]**

•

•



**Exhibit 4**
**-34-**

**Four Year Limited Warranty**

●

●

●

●



Exhibit 4
-35-

## Device Color Available

| |
|---|
| ○ |
| ○ |
| ○ P/N 9909<br>● P/N 9942 |
| ● |

---

Display parameter data on a compatible smart device with Bluetooth® LE enabled models. Measurements can also integrate into Apple's Health app.[3]



**Exhibit 4**
**-36-**



**VIEW** measurements on a compatible smart device[2]



Exhibit 4
-37-



**TREND** measurements over time, view graphically



**Exhibit 4**
**-38-**



**SHARE** captured data via email



**Exhibit 4**
**-39-**

If you would like to know about MightySat for personal health, please visit our Masimo Personal Health website.

**MASIMO PERSONAL HEALTH**  (http://masimopersonalhealth.com/)



**Exhibit 4**
**-40-**



Professional Health
(/products/monitors/spot-check/professional-health/)



Exhibit 4
-41-

References:

[1] Masimo data on file
[2] The app is downloadable from the App Store® for iOS devices or Google Play™ store for select Android™ devices. For an up to date list of compatible smart devices, see: www.masimo.com/professional-health/
    (http://www.masimo.com/professional-health/)
[3] Apple is a registered trademark of Apple Inc. registered in the U.S. and other countries.
* Masimo SET® Measure-through Motion technology includes $SpO_2$ and PR.

---

MightySat Rx

Brochure



(/siteassets/us/documents/pdf/plm-
11294e_brochure_mightysat_rx_us.pdf)



**Exhibit 4**
**-42-**

**Caution:** Federal (USA) law restricts this device to sale by or on the order of a physician. See instructions for use for full prescribing information, including indications, contraindications, warnings, and precautions.

PLCO-003397/PLM-11184G-0420

(/)

Improving Patient Outcomes and Reducing the Cost of Care®

## Follow Us



(https://twitter.com/MasimoInnovates) (https://www.linkedin.com/company/masimo-corporation) (https://www.youtube.com/c/masimo)



**Exhibit 4**
**-43-**

**ABOUT US** ⌄

(https://www.masimopersonalhealth.com/)
(https://www.masimopersonalhealth.com/)

(https://www.masimopersonalhealth.com/) Contact Us (/company/contact/contact-us/)

Guiding Principles (/company/masimo/guiding-principles/)

Company Evolution (/company/masimo/evolution/)

Investor Relations (https://investor.masimo.com/overview/default.aspx)

Press Room (/company/news/news-media/)

Media Room (/company/news/media-room/)

Careers (/company/opportunities/careers/)

Newsletter sign-up (/company/news/livewire-registration-form/)

**FOR HEALTHCARE**

Technology (/technology/co-oximetry/set/)

Product (/products/continuous/root/)

Solutions (/automating-care/)

Clinical Evidence (/evidence/featured-studies/feature/)

OEM Solutions (/oem/solutions/)

Sensors and Cannulas (/sensors/)

Support (/company/global-services/technical-services/)

Resources ⬈ (http://techdocs.masimo.com/)

**FOR CONSUMERS** ⬈

(https://www.masimopersonalhealth.com/)

Products ⬈ (https://www.masimopersonalhealth.com/)

Experience ⬈ (https://www.masimopersonalhealth.com/blogs/ambassadors)

Education ⬈ (https://www.masimopersonalhealth.com/pages/what-is-a-pulse-oximeter)

Support ⬈ (https://www.masimopersonalhealth.com/pages/troubleshooting)

**LEGAL** ⌄

Compliance (/company/masimo/codes-of-conduct/declaration/)

Codes of Conduct (/company/masimo/codes-of-conduct/)

Patents (/company/masimo/patents/)

Terms (/company/terms-of-use/)

**PRIVACY** ⌄

Privacy Notice (/company/masimo/privacy/)

Cookie Preferences

Cookie Notice (/company/cookie-notice/)

**SITEMAP**



Exhibit 4
-44-

© 2020 Masimo. All Rights Reserved.



**Exhibit 4**
**-45-**

# EXHIBIT 5



PRODUCTS ▾   COMPANY ▾   CONTACT US   LOGIN



# iSpO₂® Pulse Oximeter with Micro USB Connector for Android Device

**$249.00**

★★★★★ 1 Review

1  [+] [−]   **SOLD OUT**

Shipping 0

*Now offering Free Standard Shipping!*

*Only available in the United States.*

iSpO₂® provides the following measurements:

SpO₂ (Oxygen Saturation)

PR (Pulse Rate)

Pi (Perfusion Index)

*Intended use for persons over 66 lbs.*

SKU: 9592



⟨        ⟩




---

**Additional Information** | Additional Information | Reviews

**Product Features:**

Uses the leading hospital-grade technology (Masimo SET®) for accurately measuring oxygen saturation and pulse rate even during movement or low blood flow

Display, track, trend, and share your data on compatible iOS devices through the free Masimo Personal Heath app

Automatically store your data in Apple Health and TrainingPeaks

Portable, lightweight and comes with a carrying case

One year limited warranty

**Measurement Descriptions:**

**Oxygen Saturation (SpO₂)** – Oxygen level in the blood to indicate changes due to heart or lung function, oxygen use by your body, or altitude.

**Pulse Rate (PR)** – Number of heart pulses per minute to indicate overall fitness or exertion levels at any time.

**Perfusion Index (Pi)** – Strength of blood flow to the finger to indicate changes in blood circulation.

**From the Leader in Hospital Pulse Oximetry**

Masimo is the leading brand of hospital pulse oximeters¹ because they provide accurate measurements when other pulse oximeters fail by using revolutionary Signal Extraction Technology® (SET®). Masimo SET® uses five parallel signal processing engines that measure through challenging conditions, including movement and low blood flow. With iSpO₂, the same high-performing Masimo SET® technology is available for general wellness and health applications.

**Device Compatibility:**

**Compatible with Android Jelly Bean\*, KitKat, Lollipop, and Marshmallow:** Samsung Galaxy Note 10 (2014 edition), Samsung Galaxy Note 4, Samsung Galaxy Note 3, Samsung Galaxy Note II, Nexus 9, Nexus 7, Nexus 6, Nexus 5, Samsung Galaxy S6, Samsung Galaxy S5, Samsung Galaxy S4, Samsung Galaxy S3, Huawei Ascend Mate 7, Droid Mini, Motorola RAZR M, Xiaomi Mi4, Micromax Canvas Juice 2, Micromax Unite 3

**References**

¹ iData Research. U.S. Market for Patient Monitoring Equipment. 2014.

\*No support with Jelly Bean 4.1 and 4.2 which is required for MightySat.







---

## Related products




Sold Out



Exhibit 5
-46-



MightySat® Fingertip Pulse Oximeter with Bluetooth LE, RRp, & PVi
$299.00

iSpO₂® Pulse Oximeter with Lightning Connector for iOS Device
Sold Out

Powered by

★★★★★   1 Review

★★★★★ (1)
★★★★☆ (0)
★★★☆☆ (0)
★★☆☆☆ (0)
★☆☆☆☆ (0)

WRITE A REVIEW

**Reviews (1)**

Y   **Yusoff, Z.**                                                    05/30/20
    ★★★★★
    **Pulse Oximeter**
    Dear miss/madam

    Thank you for reading this e mail and just to know whether pulse oximeter is recognized as information technology device

    ⬆ Share   |                                    Was This Review Helpful?  👍 0   👎 0

# Masimo

Together in hospital. Together at home.™

Newsletter Sign-Up

**Follow Us**

🐦        f        ▶        📷

Can't find an answer?          PRIVACY & LEGAL NOTICES          SUPPORT
M-F 8am to 5pm PST.
                              Terms & Conditions                About Us
(800) 326-4890
                              Privacy Policy                    Contact Us
Email Customer Service:
customercare@masimo.com       Cookie Preference

FOR HEALTHCARE PROVIDERS

© 2020, Masimo. All Rights Reserved. All trademarks and/or copyrights are properties of their respective owners. The Bluetooth® word mark and logos are registered trademarks owned by Bluetooth SIG, Inc. and any use of such marks by Masimo is under license. iPhone, iPad, iPod, and iPod touch are registered trademarks of Apple Inc. registered in the U.S. and other countries.

🌿 Cookie Preferences

Exhibit 5
–47–

# EXHIBIT 6

Featuring Masimo SET® Measure-through Motion and Low Perfusion™ Technology for Continuous Monitoring on the Move

Radius PPG provides industry-leading Masimo SET® pulse oximetry without a cabled connection to a monitor, allowing patients to move wirelessly and comfortably while still being continuously and reliably monitored. Wireless connection to a host device is simple to establish and each Radius PPG can easily pair with multiple devices (maintaining connection to any one device at a time), simplifying transfers between care areas. Automated by Masimo's connectivity solutions, patient data can be used for remote clinician notification of changes in patient condition and automatically transferred to the hospital EMR.



Exhibit 6
-48-





Exhibit 6

-49-



SpO₂

PR

Oxygen Saturation*

Pulse Rate*



Exhibit 6
-50-

(/link/fc748725f87347bcbf68d6f97d6cb629.aspx)

(/link/fc748725f87347bcbf68d6f97d6cb629.aspx)



Perfusion Index



Pleth Variability Index

(/link/fc748725f87347bcbf68d6f97d6cb629.aspx)

(/link/dfdf59ddc39745479f0625c3834c1f0a.aspx)



Respiration Rate from the Pleth

(/link/b5649e1d32594c31bd1cd228b5b4da65.aspx)

## Improved patient comfort and convenience

---

› Facilitates untethered movement around the hospital room

› Allows parents and caregivers to hold infants unencumbered by cables — without the risk of cables tugging on fragile skin

## Enhanced clinician workflow and efficiency



Exhibit 6
-51-

Masimo Radius PPG Telehealth Oximetry

> Reduces the burden of cable management

> Eliminates the need to disconnect and reconnect each time patient gets out of bed

---

The Radius PPG (Photoplethysmography) system is comprised of the following components:



Exhibit 6
-52-

**A**dhesive Sensor

*Single-patient-use sensors available in fold-over or wrap-around styles*



**B**luetooth® Receiver

*Reusable wireless receiver selected based on host monitor connection*



**C**hip

*Reusable chip for data transmission from sensor to host monitor*



**D**evice *(sold separately)*

*Host device to display patient data*





**Exhibit 6**
**-53-**



The chip is inserted into the adhesive sensor and communicates with the Bluetooth receiver. The Bluetooth receiver is attached to the host device, providing wireless, real-time patient data.



Exhibit 6
-54-



Root with Radical-7®
(/products/continuous/root/radical-7/)



**Exhibit 6**
**-55-**



Rad-97®
(/products/continuous/rad97/)



Exhibit 6
-56-



## Radius PPG™ Components

(/products/sensors/radius-ppg/components/)



Exhibit 6
-57-



COVID-19 Solutions
(/COVID-19solutions/)



Exhibit 6
-58-

References:

*Masimo SET® Measure-through Motion technology includes SpO$_2$ and PR.

---

Radius PPG
Product Information



(/siteassets/us/documents/pdf/plm-
11706d_product_information_radius_ppg_us.pdf)



Exhibit 6
-59-

For professional use. See instructions for use for full prescribing information including indications, contraindications, warnings and precautions. Caution: Federal (USA) law restricts this device to sale by or on the order of a physician.

PLCO-003629/PLM-11909B-0420

(/)

Improving Patient Outcomes and Reducing the Cost of Care®

# Follow Us



(https://twitter.com/MasimoInnovates) (https://www.linkedin.com/company/masimo-corporation) (https://www.youtube.com/c/masimo)

Exhibit 6
-60-

9/25/2020                    Case 8:20-cv-00048-JVS-JDE   Document 207-1   Filed 09/23/20   Page 60 of 154   Page ID
Masimo Radius PPG | The latest in wireless SET pulse oximetry
#:14632

**ABOUT US** ⌄

(https://www.masimopersonalhealth.com/)
(https://www.masimopersonalhealth.com/)
(https://www.masimopersonalhealth.com/) Contact Us (/company/contact/contact-us/)

Guiding Principles (/company/masimo/guiding-principles/)

Company Evolution (/company/masimo/evolution/)

Investor Relations (https://investor.masimo.com/overview/default.aspx)

Press Room (/company/news/news-media/)

Media Room (/company/news/media-room/)

Careers (/company/opportunities/careers/)

Newsletter sign-up (/company/news/livewire-registration-form/)

**FOR HEALTHCARE**

Technology (/technology/co-oximetry/set/)

Product (/products/continuous/root/)

Solutions (/automating-care/)

Clinical Evidence (/evidence/featured-studies/feature/)

OEM Solutions (/oem/solutions/)

Sensors and Cannulas (/sensors/)

Support (/company/global-services/technical-services/)

Resources ⤢ (http://techdocs.masimo.com/)

**FOR CONSUMERS** ⤢

(https://www.masimopersonalhealth.com/)
Products ⤢ (https://www.masimopersonalhealth.com/)

Experience ⤢ (https://www.masimopersonalhealth.com/blogs/ambassadors)

Education ⤢ (https://www.masimopersonalhealth.com/pages/what-is-a-pulse-oximeter)

Support ⤢ (https://www.masimopersonalhealth.com/pages/troubleshooting)

**LEGAL** ⌄

Compliance (/company/masimo/codes-of-conduct/declaration/)

Codes of Conduct (/company/masimo/codes-of-conduct/)

Patents (/company/masimo/patents/)

Terms (/company/terms-of-use/)

**PRIVACY** ⌄

Privacy Notice (/company/masimo/privacy/)

Cookie Preferences

Cookie Notice (/company/cookie-notice/)



Exhibit 6
-61-

© 2020 Masimo. All Rights Reserved.



Exhibit 6
-62-

# EXHIBIT 7



**Masimo Sleep™**

Overview          ADD TO CART



### Meaningful data to help you improve your sleep

Sleep is vital to your physical and mental health. But feeling rested isn't just about how much time you spend asleep. Monitoring your vital signs can help you uncover factors affecting your sleep.

## Masimo Sleep™

Helps you understand what's going on in your body that may be impacting your sleep

A wearable 7-Night Sleep Checkup™ that uses powerful, clinically proven Masimo SET® pulse oximetry to continually monitor three vital signs.


**Oxygen Level**


**Pulse Rate**


**Respiration Rate**

## Personalized Insights and Sleep Improvement Tips



Masimo Sleep analyzes your body's vital signs and provides information to help you take steps to improve your sleep.

Nighttime monitoring right at your fingertips.

Simple, Powerful Sleep Monitor



Exhibit 7
-63-

## Insights and Recommendations

Let Masimo Sleep reveal what's happening while you sleep so you can take steps toward meaningful sleep improvement.



### Nightly Analysis

Each night, Masimo Sleep produces a summary of your nightly sleep session, including a report of your vital signs and your Sleep Quality Index.

**Available for Apple and Android devices**

Download and install the free Masimo Sleep App from:

 



## Performance You Can Depend On

Masimo is the leading brand of hospital pulse oximeters[1] because Masimo devices provide accurate measurements when other pulse oximeters fail by using revolutionary Signal Extraction Technology® (SET®). Masimo SET® uses five parallel signal processing engines that measure through challenging conditions, including movement and low blood flow. Clinically proven Masimo SET® has been shown in more than 100 independent and objective studies to outperform other pulse oximetry technologies[2] and is used to monitor more than 200 million patients a year.[1]

For general wellness and health applications, including relaxation management.

References:

[1] Estimate: Masimo data on file.

[2] Clinical study abstracts presented at scientific meetings and peer-reviewed journal articles can be found on our website at http://www.masimo.com.

## Masimo

Together in hospital. Together at home.™

Exhibit 7
-64-

**Follow Us**    

Newsletter Sign-Up

Can't find an answer?

M-F 8am to 5pm PST.

(800) 326-4890

Email Customer Service:

customercare@masimo.com

FOR HEALTHCARE PROVIDERS

**PRIVACY & LEGAL NOTICES**

Terms & Conditions

Privacy Policy

Cookie Preference

**SUPPORT**

About Us

Contact Us

© 2020, Masimo. All Rights Reserved. All trademarks and/or copyrights are properties of their respective owners. The Bluetooth® word mark and logos are registered trademarks owned by Bluetooth SIG, Inc. and any use of such marks by Masimo is under license. iPhone, iPad, iPod, and iPod touch are registered trademarks of Apple Inc. registered in the U.S. and other countries.

Cookie Preferences

**Exhibit 7**

**-65-**

# EXHIBIT 8



**Exhibit 8**
**-66-**

# Masimo SafetyNet-Open™



RECEIVE MORE INFO

*Please provide your information and one of our account representatives will contact you for full details and presentation.*

**Masimo SafetyNet-Open™** is designed to help businesses, governments, and schools more responsibly manage employee and student health during COVID-19, helping address the challenges of reopening with a comprehensive, flexible, and easy-to-deploy continuous monitoring solution.



**Exhibit 8**
**-67-**





Powered by 

☆☆☆☆☆                                  ✎ WRITE A REVIEW



BE THE FIRST TO WRITE A REVIEW

Exhibit 8
-68-



Together in hospital. Together at home.™

<u>Newsletter Sign-Up</u>

## Follow Us

   

**Exhibit 8**
**-69-**



Can't find an answer?

M-F 8am to 5pm PST.

<u>(800) 326-4890</u>

Email Customer Service:

<u>customercare@masimo.com</u>

**PRIVACY & LEGAL NOTICES**

<u>Terms & Conditions</u>

<u>Privacy Policy</u>

<u>Cookie Preference</u>

**SUPPORT**

<u>About Us</u>

<u>Contact Us</u>

<u>FOR HEALTHCARE PROVIDERS</u>

© 2020, Masimo. All Rights Reserved. All trademarks and/or copyrights are properties of their respective owners. The Bluetooth® word mark and logos are registered trademarks owned by Bluetooth SIG, Inc. and any use of such marks by Masimo is under license. iPhone, iPad, iPod, and iPod touch are registered trademarks of Apple Inc. registered in the U.S. and other countries.

Exhibit 8
-70-





**Exhibit 8**
**-71-**

# EXHIBIT 9

# Solutions for COVID-19 Surge Capacity Monitoring

**Secure Cloud-based Patient Monitoring with Tetherless Hospital-grade Technology and the Masimo SafetyNet™ Data Capture and Surveillance Platform**



The COVID-19 pandemic has created increased demand across the globe for home-based monitoring and patient engagement solutions.

The Masimo SafetyNet solution provides continuous tetherless oxygen saturation, respiration rate, and temperature rate monitoring coupled with a patient surveillance platform.



Exhibit 9
-72-

# Seamlessly Extend Care from the Hospital to the Home

## Tetherless Pulse Oximetry with Respiration Rate and Temperature Monitoring

Powered by Masimo SET® measure-through-motion technology, the tetherless single-patient-use sensor provides continuous respiration rate and oxygen saturation monitoring, with a second tetherless sensor, Radius T°*, for continuous temperature monitoring. Patient data is sent securely via Bluetooth to the Masimo SafetyNet mobile application.



### Remote Home Monitoring Kit

Patients receive a multi-day supply of sensors, along with access to the Masimo SafetyNet mobile application.



Secure
Bluetooth®

OR

LTE

Secure
Wi-Fi or I

**Tetherless
Sensors**

**Masimo SafetyNet
Mobile App**

## Accurate, Reliable Noninvasive Monitoring Technology

Masimo SET® was designed with advanced signal processing to overcome the limitations of conventional pulse oximetry by maintaining accuracy in the presence of motion and low perfusion. Today, Masimo SET® is estimated to be used on more than 200 million patients in leading hospitals and other healthcare settings around the world. Additionally, the availability of continuous respiration rate from the pleth (RRp) alongside Masimo SET® may help clinicians monitor respiration rate without the need to apply an additional sensor. The Radius T° sensor provides continuous body temperature measurements using a proprietary algorithm.








| $SpO_2$ | RRp® | PR | PVi® | Pi | Temp |
|---|---|---|---|---|---|
| Oxygen Saturation | Respiration Rate from the Pleth | Pulse Rate | Pleth Variability Index | Perfusion Index | Continuous Body Temperature |

## Masimo SafetyNet

Masimo SafetyNet is a secure cloud-based platform that allows providers to remotely manage patients using customized interactive digital CarePrograms.

### CarePrograms

CarePrograms offer a digital replacement for traditional home-care plans and are delivered to patients' smartphones via an app. The CareProgram actively reminds patients to follow their care plan, automatically captures monitoring data from the tetherless sensors, and securely pushes the data to clinicians at the hospital for evaluation. Masimo has created a CareProgram that follows CDC and WHO guidance for monitoring suspected COVID-19 subjects, which can be easily updated at any time to accommodate evolving guidance or hospital protocol.



Masimo SafetyNet
Clinical Portal

### Masimo SafetyNet Clinician Portal

The Masimo SafetyNet clinician portal allows providers to track patient compliance, helping them to identify when intervention may be required, as well as offer insight to help them prioritize patients.

With advanced automation features, institutions can more easily deploy home care monitoring at scale while ensuring clinicians stay informed of important developments in a patient's condition.



**Exhibit 9
-74-**

# Masimo SafetyNet CareProgram for Suspected COVID-19 Patients

The CareProgram enables providers to monitor suspected COVID-19 patients at home until they recover or require hospital admission. The CareProgram collects vital patient information by pulling data from the tetherless sensors and proactively notifying patients to submit status updates.







**Welcome**

Describes the CareProgram and includes a series of initial questions.

**Daily Actions**

Guides patients through a series of questions, twice daily or as directed.

**Stay Informed**

Includes a resource library with guidance on checking temperature, applying the sensor, and more.

ORDERING INFORMATION

| | |
|---|---|
| Masimo SafetyNet with Radius PPG | PN 4736 |
| Masimo SafetyNet with Radius T° | PN 4779 |
| Masimo SafetyNet with Radius PPG and Radius T° | PN 4778 |

*Radius T° is indicated for use on patients 5 years and older. Radius T° is not FDA 510(k) cleared; the device is marketed under the FDA's Enforcement Policy for Clinical Electronic Thermometers During COVID-19.

Radius T° sensor is not licensed for sale in Canada.

Caution: Federal (USA) law restricts this device to sale by or on the order of a physician. See instructions for use for full prescribing information, including indications, contraindications, warnings, and precautions.

**Masimo U.S.**
tel 1-877-4-Masimo
info-america@masimo.com

**Masimo International**
tel +41-32-720-1111
info-international@masimo.com



61152/PLM-12248E-0720

PLM-12248E Brochure, Solutions for COVID-19 Surge Capacity, Monitoring, US.indd   4    al. *J Clin Anesth* 199  182-8. ²Dumas C et al, *Anesth Analg* 1996;83:269-72. ⁴Barker SJ. *Anesth Analg.*    7/26/20   8:45 PM

Exhibit 9
-75-

# EXHIBIT 10



ADVERTISEMENT

citrix.

**A Brief History of Work:**
**From High Rises to Home Offices**
Today's 'work from home experiment' is the latest workplace evolution.

LEARN MORE

# Apple Reaches $2 Trillion, Punctuating Big Tech's Grip

Apple is the first U.S. company to hit that value, a staggering ascent that began in the pandemic.



Apple's market value

Apple surpasses **$2 trillion**, doubling its value in only two years.

Apple reaches **$1 trillion** in value in 2018, 42 years after its founding.

Founded 1976   I.P.O. 1980

Plotted monthly

Source: Refinitiv · By The New York Times



By Jack Nicas

Aug. 19, 2020

It took Apple 42 years to reach $1 trillion in value. It took it just two more years to get to $2 trillion.

Even more stunning: All of Apple's second $1 trillion came in the past 21 weeks, while the global economy shrank faster than ever before in the coronavirus pandemic.

On Wednesday, Apple became the first U.S. company to hit a $2 trillion valuation when its shares climbed 1.4 percent to $468.65 in midday trading, though they later declined and ended the day flat. It was another milestone for the maker of iPhones, Mac computers

**Exhibit 10**

-76-

and Apple Watches, cementing its title as the world's most valuable public company and punctuating how the pandemic has been a bonanza for the tech giants.

As recently as mid-March, Apple's value was under $1 trillion after the stock market plunged over fears of the coronavirus. On March 23, the stock market's nadir this year, the Federal Reserve announced aggressive new measures to calm investors. Since then, the stock market — and particularly the stocks of Apple, Microsoft, Amazon, Alphabet and Facebook — has largely soared, with the S&P 500 hitting a new high on Tuesday.

ADVERTISEMENT

Investors have poured billions of dollars into the tech behemoths, betting that their immense size and power would serve as refuges from the pandemic-induced recession. Together, those five companies' value has swelled by almost $3 trillion since March 23, nearly the same growth as the S&P 500's next 50 most valuable companies combined, including Berkshire Hathaway, Walmart and Disney, according to S&P Global, the market analytics firm. Apple's valuation alone rose by about $6.8 billion a day, more than the value of American Airlines.

"It's become the new flight to safety," Aswath Damodaran, a New York University finance professor who studies the stock market, said of investors flocking to Big Tech. Companies that are rich, flexible and digital are benefiting in the pandemic — and that describes the tech Goliaths, he said, adding, "This crisis has strengthened what was already a strong hand."

**BIG TECH'S DOMINATION** *The stock market share of five tech companies hasn't been seen from a single industry in at least 70 years.*

Apple's rapid rise to $2 trillion is particularly astonishing because the company has not done much new in the past two years. It has simply built one of the tech industry's most effective moneymakers, which has such a firm grip over how people communicate, entertain themselves and shop that it no longer relies on groundbreaking inventions to keep the business humming.

Apple first reached $1 trillion in August 2018, after decades of innovation. The company, founded in 1976 by Steve Jobs and Steve

innovation. The company, founded in 1976 by Steve Jobs and Steve Wozniak, churned out world-changing products like the Macintosh computer, the iPod, the App Store and the iPhone.

Exhibit 10
-77-

ADVERTISEMENT

Since then, it has mostly tweaked past creations, selling gadgets with names like the Apple Watch Series 5, the AirPods Pro and the iPhone 11 Pro Max. It has also pushed into services such as streaming music, streaming movies and TV programs, and providing news, selling subscriptions for them.



Tim Cook, Apple's chief executive, announcing the iPhone 11 in 2019.  Jim Wilson/The New York Times

Under its chief executive, Tim Cook, Apple's most important innovation in recent years has arguably been its nearly unrivaled ability to generate profits. Mr. Cook has built a sophisticated global supply chain to produce billions of devices — most assembled in China — and leaned into a product line designed to lock customers into its ecosystem so they buy new gadgets every few years and pay monthly fees to use Apple's suite of digital services.

Apple has also grown despite its size by extracting more money from the companies that run businesses on iPhone apps, drawing accusations that its 30 percent cut of some app revenues is unfair.

The Silicon Valley company's business has been only further entrenched by the pandemic, which has forced people to work, learn and socialize virtually. From April through June, even as Apple shuttered many of its retail stores because of the virus, it posted $11.25 billion in profits, up 12 percent from a year earlier. It increased its sales of every product and in every part of the world.

"Our products and services are very relevant to our customers' lives and, in some cases, even more during the pandemic than ever

**Editors' Picks**


What Happened Inside Ed Buck's Apartment?


A Danish Children's TV Show Has This Message: 'Normal Bodies Look Like This'

The Last of the SoHo Pioneers


OIL
Learn How Krill Oil Can Have a Big Impact on Your Health

Exhibit 10
-78-

9/18/2020                    https___www.nytimes.com_2020_08_19_technology_apple-2-trillion.html - Apple Reaches $2 Tr_ - 14 - 26

before," Luca Maestri, Apple's finance chief, said in an interview
last month.

Still, Mr. Maestri disputed that the pandemic had been good for
business. Apple would have made billions of dollars more without
it, he said.

ADVERTISEMENT



AD  QUICK WAYS TO SAVE

Anyone born before 1955 should be getting
these 9 benefits before they expire this year

9 benefits anyone over 65 should be getting, but most fail to claim. Expiring
soon.

OPEN

In the company's most recent earnings call, Mr. Cook said, "We do
not have a zero-sum approach to prosperity." He added, "We are
focused on growing the pie, making sure our success isn't just our
success and that everything we make, build or do is geared toward
creating opportunities for others."

Apple declined further comment.

Amazon, Microsoft, Facebook and Alphabet, which owns Google
and YouTube, have also continued raking in billions of dollars amid
the pandemic. Their outsize influence has attracted intense
scrutiny over the past year, including a bipartisan grilling of four of
the companies' chief executives in Congress last month.

Representative David Cicilline, Democrat of Rhode Island and
chairman of the House subcommittee that is investigating how the
tech giants are brandishing their power, warned at the hearing that
the companies had grown too powerful.

"Their ability to dictate terms, call the shots, upend entire sectors
and inspire fear represent the powers of a private government," he
said. "As hard as it is to believe, it is possible that our economy will
emerge from this crisis even more concentrated and consolidated
than before."

Last week, Apple's power over its App Store was in the spotlight
when it booted the popular game Fortnite from its store. Epic
Games, which makes Fortnite, then sued Apple in federal court,
accusing the company of violating antitrust laws by forcing
developers to use its payment systems.

Apple has also wielded another powerful tool to boost its valuation
and enrich its investors and executives: stock buybacks. Since the
company's value hit $1 trillion, it has returned $175.6 billion to
shareholders, including $141 billion in stock buybacks. Apple has
repurchased more than $360 billion of its own shares since 2012, by
far the most of any company, and has announced plans to spend at
least tens of billions of dollars more on Apple stock.

Apple has increased its buybacks since it used the Trump

Exhibit 10
-79-

administration's 2017 tax law to bring back most of the $252 billion
it had once held abroad. (The law saved it $43 billion in taxes on
the move, according to the Institute on Taxation and Economic
Policy, a research group in Washington.) Apple has $194 billion in
cash and bonds.

ADVERTISEMENT

Buying back stock generally increases a company's share price, in
part because it reduces the number of shares for sale. Critics have
argued that it also increases inequality because it mostly enriches
wealthy investors and the company's executives, who are often
large shareholders, as is the case with Apple. Executives and some
economists said returning excess cash to shareholders was better
than sitting on it.

Apple is the second publicly traded company to hit $2 trillion. Saudi
Aramco, Saudi Arabia's state-owned oil company, went public in
December and briefly exceeded the mark. It remained the world's
most valuable company until Apple surpassed it last month.

Others are vying to reach $2 trillion soon. The candidates likely to
hit that milestone next? Microsoft, Amazon and Alphabet.

**The $2 Trillion Mark**



Lawmakers, United in Their Ire, Lash Out at Big

**Exhibit 10**
**-80-**

# EXHIBIT 11

Upon its victory over Samsung in California earlier this year, Apple stated: "At Apple, we value originality… We applaud the court… for sending a loud and clear message that stealing isn't right." However, any neutral observer knows Apple did not invent everything it lays claim to, and Apple's strength lies more in redesigning existing technologies to attract the masses rather than innovating, per se. Indeed, Apple's co-founder and CEO Steve Jobs once said "[Apple has] always been shameless about stealing great ideas".

Ever wonder what ideas Apple "stole" from other companies or people? The following infographic tries to break it down for you, listing all the products or ideas Apple stole, borrowed, or bought from other people or companies. Take note that I haven't fact-checked the whole infographic, so I don't know if it is entirely accurate or not; however, based on what I can remember off the top of my head, at least some claims the infographic makes are true. Also note that the infographic may not be all inclusive, especially in the "bought" category; if you know of a technology Apple stole, borrowed, or bought from others, feel free to share in the comments [1] below.

That said, check out the infographic yourself below; you can enlarge it by clicking on it:



Exhibit 11

-81-



[2]

Oh, and in case you are wondering why "BestMastersPrograms.org" would create such an infographic since they don't appear to be a tech related website or an authoritative source, it is because they are essentially using this as an advertising tool for their website. The more people that read this infographic, the more people read their website link, and the more people visit it. This being an advertising tool, however, doesn't necessarily mean it is bias or inaccurate, especially since the infographic lists its sources at the bottom.

*[via Mashable [3], infographic via BestMastersPrograms [4]]*

---

Article printed from dotTech: **https://dottech.org**

URL to article: **https://dottech.org/85881/these-are-all-the-ideas-apple-stole-from-other-companies-or-people-and-sold-for-billions/**

URLs in this post:

[1] comments: **#comments**
[2] Image: **http://dottech.org/wp-content/uploads/2012/10/stole_ideas_by_apple_infographic.jpg**
[3] Mashable: **http://mashable.com/2012/10/27/apple-stolen-ideas/**
[4] BestMastersPrograms: **http://bestmastersprograms.org**

Click here to print.

© 2008-2012 dotTech.org | All content is the property of its rightful owner.

Exhibit 11
-82-

# EXHIBIT 12

# The Washington Post

*Democracy Dies in Darkness*

# How Apple uses its App Store to copy the best ideas

Developers have come to accept that, without warning, Apple can make their work obsolete by announcing a new app or feature that essentially copies their ideas. Some apps have simply buckled under the pressure.

By **Reed Albergotti**

September 5, 2019 at 5:00 a.m. PDT

Clue, a popular app women use to track their periods, has risen to near the top of Apple's Health and Fitness category.

It could be downhill from here.

Apple plans this month to incorporate some of Clue's core functionality such as fertility and period prediction into its own Health app that comes pre-installed in every iPhone and is free — unlike Clue, which is free to download but earns money by selling subscriptions and services within its app. Apple's past incorporation of functionality included in other third-party apps has often led to their demise.

Clue's new threat shows how Apple plays a dual role in the app economy: provider of access to independent apps and giant competitor to them.

"It's a love-hate relationship, of course. You don't want to annoy the milkman when you only have one milkman," said Ida Tin, Clue's CEO, who coined the term "fem tech." Though Tin believes her Berlin-based company can coexist with Apple, she said it highlights the "skewed power distribution" in the tech industry.

**Exhibit 12**
-83-

Developers have come to accept that, without warning, Apple can make their work obsolete by announcing a new app or feature that uses or incorporates their ideas. Some apps have simply buckled under the pressure, in some cases shutting down. They generally don't sue Apple because of the difficulty and expense in fighting the tech giant—and the consequences they might face from being dependent on the platform.

The imbalance of power between Apple and the apps on its platform could turn into a rare chink in the company's armor as regulators and lawmakers put the dominance of big technology companies under an antitrust microscope.

When Apple made a flashlight part of its operating system in 2013, it rendered instantly redundant myriad apps that offered that functionality. Everything from the iPhone's included "Measure" app to its built-in animated emoji were originally apps in the App Store.

In this year's September software updates, in addition to the period tracker, Apple has added the ability to use an iPad as a second computer screen, a feature initially offered by a popular app called Duet Display. Its iPhone and iPad keyboards will include the ability to type by swiping, mimicking apps such as SwiftKey.

The misfortune of having an idea copied by Apple even has an industry term. "Getting Sherlocked" harks back to the time Apple's desktop search tool called "Sherlock" borrowed many of the features of a third-party companion tool called "Watson," which no longer exists.

Imitation is common in the tech industry. "We have always been shameless about stealing great ideas," Apple co-founder Steve Jobs once said.

But what makes Apple's practice different is its access to a trove of data that nobody else has. The App Store, where the original apps were offered and competed for downloads, collects a vast amount of information on which kinds of apps are successful—even monitoring how much time users spend in them. That data is shared widely among leaders at the tech giant and could be used to make strategic decisions on product development, said Phillip Shoemaker, who served as Apple's director of App Store review from 2009 to 2016.

"I think Apple gets a lot of inspiration from apps that are on the App Store," he said.

"Healthy competition, in every category, constantly drives everyone who makes apps, including Apple, to improve," Apple spokesman Fred Sainz said in a statement. "We wouldn't have it any other way, because that's how our users get the best experiences possible." He added that the App Store has more than 2 million apps, showing "that a great idea can come from anywhere and touch people's lives everywhere."

**Exhibit 12**
-84-

The titans of technology aren't just powerful because they're big or profitable. They are also the omniscient rulers of their platforms, able to use information on smaller competitors to their own advantage and expand their reach through greater functionality.

When companies sell their products on Amazon, for instance, the online retail giant can see before anyone else if a new category is successful.

Similarly, Apple benefits greatly from the inventiveness of millions of app developers, first when their apps spur customers to keep using iPhones — and again if Apple takes their most successful ideas and copies them. And when apps collect payments, Apple takes a 15 to 30 percent cut.

Technology platforms like Apple and Amazon can use the information to "identify potential nascent threats and then acquire that threat and then find a way to disadvantage it," said Maurice Stucke, a professor at the University of Tennessee College of Law and author of several books on antitrust policy.

Once Apple duplicates the idea behind an app, the in-house version often benefits from functionality that outside developers are prohibited from using. Apple Music, for instance, is the only streaming service that is entitled to take full advantage of Siri. Apple says it plans to change that policy in its new operating system, iOS 13. Apple's walkie-talkie app, which launched after independent apps had proved the appeal of the concept, is the only one that can operate on Apple Watch.

For developers of mobile apps, it's hard to avoid Apple. Apple is responsible for 71 percent of all U.S. revenue generated by mobile apps, according to Sensor Tower, a market research firm. To ignore Apple (the only alternative is Google-owned Android) is tantamount to failure.

But when it comes to copying apps, Apple's biggest advantage over the years has been its ability to offer many of them at no additional charge, the cost included in the price of the phone itself. That is even more critical to Apple now as sales of the iPhone, its most lucrative product, have slowed. To prove its usefulness to consumers, Apple is offering them more and more services. Apple itself makes more than 40 apps, a number that has steadily increased over the years as the company has pushed into new areas. Many come pre-installed on the iPhone.

In a climate of unprecedented scrutiny of the power of big technology companies, some wonder whether Apple's creation of apps imitating ones that already exist on its platform, aided by market data it collects from them, could be harming competition and hurting innovation.

Sen. Elizabeth Warren (D-Mass.) zeroed in on the App Store earlier this year. "Either they run the platform or they play in the store. They don't get to do both at the same time," she told The Verge.

**Exhibit 12**
**-85-**

The Justice Department is reviewing Apple and other tech giants for possible antitrust violations. Leading another investigation is Rep. David N. Cicilline (D-R.I.), chairman of the House Judiciary subcommittee on antitrust, commercial and administrative law. Music app Spotify filed a complaint in the European Union earlier this year, claiming unfair competition in the App Store by giving its Apple Music app an advantage.

Copying technology has gotten tech giants in trouble before. Two decades ago, the Justice Department and 20 states sued Microsoft, whose operating system Windows was dominant at the time, after Microsoft copied the Netscape Web browser and made its own version, Internet Explorer, the default option in Windows. Microsoft settled the case.

Kyle Andeer, Apple's vice president of corporate law, speaking at a House Judiciary subcommittee hearing in July, said only a small number of apps in the App Store are made by Apple. "In every category where our software competes, we face multiple strong competitors," he said.

That dynamic is at the center of another brewing antitrust storm around Amazon, which is being investigated in Europe for allegedly using data gathered from products sold in its store to figure out which ones to copy and sell under private-label brands like AmazonBasics.

"We will cooperate fully with the European Commission and continue working hard to support businesses of all sizes and help them grow," Amazon said in a statement.

At the same July congressional hearing, lawmakers questioned Amazon on whether it can use that data as a road map to duplicate the products under more than 80 private-label brands it uses to sell everything from batteries to polo shirts, eating into the profits of the sellers that helped make the Amazon platform successful. Nate Sutton, Amazon's associate general counsel for competition, denied that the company uses its data for that purpose. (Amazon CEO and founder Jeff Bezos owns The Washington Post.)

At first, the only software allowed to be installed on an iPhone was Apple's. A year after the phone launched in 2007, Apple opened up to allow third parties to build new programs for the phone. One of the first to develop apps was DoApp, a small company of software developers in Minnesota.

DoApp manipulated the screen of the iPhone — and later the camera flash — so that it could be used as a handy light. Called MyLite, the app was free and supported by ads. It was wildly popular for its usefulness and earned the honor of being among the very first batch of iPhone apps. While it quickly generated hundreds of copycats, DoApp had a head start and continued to earn between $10,000 and $30,000 per month, income that allowed the company to experiment and innovate on other ideas like news apps and games.

Exhibit 12
-86-

In 2013, by which time myLite had more than 10 million people using it every month, DoApp sent a software engineer to Apple's Worldwide Developers Conference in Silicon Valley, as it did every year. At the annual event, attended by thousands of coders responsible for the apps that run on iPhones, iPads and other Apple products, Apple unveils new software to a cheering audience. On stage that year, Craig Federighi, Apple's senior vice president of software engineering, showed a new feature that users could access by swiping up from the bottom of the phone, without even unlocking it.

"Turn on airplane mode, adjust your brightness, play a song, even get a flashlight," he said. "If you wake up in the middle of the night and you need to find something, your flashlight is right there." In the audience, former vice president Al Gore, a board member, nodded in approval.

"I'm like, there goes our model," Wade Beavers, DoApp's CEO, said he thought as he watched the announcement. After that, income from MyLite "fizzled down to essentially zero" over the course of several months, Beavers said. It was also bad news for all the other flashlight apps.

DoApp continued to develop apps before selling the company in 2016. Beavers is now an angel investor and venture capital adviser in technology companies, but he said he wouldn't invest in any company trying to create mobile apps. "Ten years later, Apple is doing the same thing," he said.

Decisions on which new apps to develop are strategic and made at the top rungs of the company, according to people familiar with how Apple operates.

App developers are required to submit their ideas to Apple for approval before they're allowed into the store, and Shoemaker ran the team that decided who gets in and who is rejected. Shoemaker pointed out that while he worked for Apple, his department was careful not to share information about apps submitted for review. Shoemaker didn't want to create the perception that Apple could take ideas from developers before their apps are uploaded to the store. Top Apple executives could still peek at apps under review, Shoemaker said.

But once a third-party app was accepted into the App Store, those barriers were removed. Apple got data on how those apps were used and for how long — the most valuable metric, Shoemaker said. The data, aggregated for hundreds of millions of users, he said, was "critical" to determining what kinds of apps were worth getting inspiration from and when. He said that top Apple executives would bring up the metric at meetings, marveling at how much time people spent in the most popular apps such as Facebook.

**Exhibit 12**
**-87-**

Shoemaker said he got regular emails from angry app developers, irked that the company had rejected their app or, in some cases, killed their app off by copying them. He said he would forward them to Apple's legal team.

Apple has been able to set rules about what apps can do that give an advantage to its own versions, developers say.

Several companies have offered walkie-talkie apps for the iPhone for several years, demonstrating that people would use their phones in different ways. One of them, Voxer, wanted to integrate its functionality with the Apple Watch, said founder Tom Katis, but Apple would not allow any other walkie-talkie apps on the Apple Watch. Then last year, Apple launched its own built-in walkie-talkie function on the Apple Watch, mimicking some of the features of the existing apps.

Katis said he believes other companies could create better versions, were they allowed to try. Apple was recently forced to temporarily shut down the walkie-talkie app because of a bug that caused a security vulnerability. "It would be super cool to have an actual walkie-talkie that works well on the Apple Watch," Katis said, adding that he doesn't harbor any ill will toward Apple.

Apple's home grown "Shortcuts" app, which allows iPhone users to create customized automations, enjoys the same kind of advantages over outside competitors. Shortcuts was in part a result of Apple's acquisition of Workflow, another automation tool. Earlier apps like IFTTT (If This, Then That) don't have the same level of access to Apple's operating system and can't work as smoothly. Linden Tibbets, IFTTT's chief executive, said Apple is doing what all dominant companies that own big platforms eventually do: copying the "most successful applications" and subsuming them into the operating system, he said.

This June, Natalia Zarawska, an iOS developer for Clue, traveled from Berlin to Silicon Valley for the Worldwide Developers Conference. She said when Apple announced its new period tracking features in the Health app, she was at first surprised and then a little angry. Other developers started offering their condolences.

Zarawska said Apple software developers, who were conducting classes, told her they loved Clue and offered assistance and advice for developing new app features. But they didn't answer one of Zarawska's most burning questions: Would Clue be able to access the new women's health data available in the revamped Apple app? Or, as Zarawska worried, would Apple keep that data for itself, giving its own app the advantage?

Exhibit 12
-88-

"There's always a risk that a company larger than you copies you," said Rahul Dewan, the founder of Duet Display, an app that turns the iPad into a second Mac or Windows display and costs $9.99. Apple announced in June that it was introducing that function itself as part of an upcoming software update — a copying that Dewan, a former Apple employee, said he had planned for by adding additional features. He had seen Apple do this to other apps. "The only constant in technology is change," he said.

Alaric Cole, a prolific developer of mobile apps, has seen so many of his ideas incorporated into Apple's own software that he penned a blog post, titled "Apple literally stole my thunder," in 2013 when Apple incorporated some of his ideas into its weather app.

But Apple's copying didn't stop. Cole's "Penboard" app, which allowed people to scribble notes directly into iMessages, was copied a year later, when Apple announced it was launching that feature directly in iMessage, effectively killing Penboard.

"It's a shame to me because I liked the App Store," Cole said. "But yeah, I do think they have been abusing their place."

**Exhibit 12**
**-89-**

# EXHIBIT 13

# Newsroom

**PRESS RELEASE**

September 9, 2014

# Apple Unveils Apple Watch —Apple's Most Personal Device Ever

---

CUPERTINO, California—September 9, 2014—Apple® today unveiled Apple Watch™—its most personal device ever—featuring revolutionary new technologies and a pioneering user interface with a beautiful design that honors the rich tradition of precision watchmaking. Apple Watch introduces a specially designed and engineered Digital Crown that provides an innovative way to scroll, zoom and navigate. The Digital Crown is Apple's most revolutionary navigation tool since the iPod® Click Wheel and iPhone® Multi-Touch™. Apple Watch will enable you to communicate in new ways right from your wrist by sending and receiving messages, answering calls to your iPhone, and with Digital Touch, sending something as personal as your own heartbeat. Apple Watch also introduces comprehensive health and fitness apps that can help people lead healthier

https://www.apple.com/newsroom/2014/09/09Apple-Unveils-Apple-Watch-Apples-Most-Personal-Device-Ever/

Exhibit 13
-90-

lives. Apple Watch is available in three distinct collections—Apple Watch, Apple Watch Sport and Apple Watch Edition.

"Apple introduced the world to several category-defining products, the Mac, iPod, iPhone and iPad," said Tim Cook, Apple's CEO. "And once again Apple is poised to captivate the world with a revolutionary product that can enrich people's lives. It's the most personal product we've ever made."

"With Apple Watch, we've developed multiple technologies and an entirely new user interface specifically for a device that's designed to be worn. It blurs the boundary between physical object and user interface," said Jony Ive, Apple's senior vice president of Design. "We've created an entire range of products that enable unparalleled personalization."

Apple Watch introduces a revolutionary design and iOS-based user interface created specifically for a smaller device. Apple Watch features the Digital Crown, an innovative way to scroll, zoom and navigate fluidly, without obstructing the display. The Digital Crown also serves as the Home button and a convenient way to access Siri®. The Retina® display on Apple Watch features Force Touch, a technology that senses the difference between a tap and a press, providing a new way to quickly and easily access controls within apps. Apple Watch introduces the Taptic Engine and a built-in speaker that together discreetly enable an entirely new vocabulary of alerts and notifications you can both hear and feel. Apple custom-designed its own S1 SiP (System in Package) to miniaturize an entire computer architecture onto a single chip. Apple Watch also features Wi-Fi 802.11b/g and Bluetooth 4.0 to pair seamlessly with your iPhone.

**Exhibit 13**
**-91-**

Apple Unveils Apple Watch – Apple's Most Personal Device Ever - Apple

Apple Watch comes in three distinct collections—Apple Watch, Apple Watch Sport and Apple Watch Edition—available in two different sizes, 38 mm and 42 mm. The beautifully designed and durable enclosures are crafted from custom alloys of polished or space black stainless steel, space gray or silver anodized aluminum and 18-karat rose or yellow gold. Apple also created an entire range of watch straps: the high-performance elastomer Sport Band; the Milanese Loop in a flexible magnetic stainless steel mesh; the Leather Loop in soft, quilted leather that conceals magnets for quick fastening and adjustment; the leather Modern Buckle, which closes with a solid metal clasp; the leather Classic Buckle; and the stainless steel Link Bracelet. Apple Watch comes with a unique charging system that combines Apple's MagSafe® technology with inductive charging for a quick connection that snaps into place.

Apple Watch is an extremely accurate timepiece that's also customizable for personal expression. Apple Watch comes with 11 watch faces ranging from traditional analog faces to new faces like the dynamic Timelapse face; the Astronomy face with its interactive, real-time 3D model of the earth, sun, moon and planets; and the Solar face, a contemporary sundial. Apple Watch can be personalized in appearance and capability with additional information such as upcoming events, moonphases or your activity level, enabling millions of possible configurations.

Taking advantage of its location on your wrist, Apple Watch provides timely information that can be viewed at a glance. Smart Replies and dictation let you respond quickly to messages, and with Handoff, you can start a message on your Apple Watch and continue where you left off on your iPhone. Swipe up from the watch face for Glances that quickly show you information you care about, such as your current location, stocks or your next meeting. Pressing the side button brings up Friends, a view of

Exhibit 13
-92-

your favorite people, so you can contact them quickly and easily. Digital Touch allows you to send a sketch, a gentle tap, an audio message through Walkie Talkie or even your own heartbeat. Apple Watch lets you interact quickly and conveniently with the world around you, so you can pay for coffee using Apple Pay™,* board a plane with a Passbook® boarding pass, control your Apple TV® or get directions.

Apple Watch includes a groundbreaking Activity app designed to help motivate you to be more active throughout the day, and an all-new Workout app designed to provide the metrics you need during dedicated workout sessions. Apple Watch uses the accelerometer, a built-in heart rate sensor, GPS and Wi-Fi from your iPhone to provide a comprehensive picture of your daily activity. The Activity app measures three separate aspects of movement: calories burned, brisk activity and how often you stand up during the day. The Workout app provides goal-setting and pacing during popular session-based workouts, such as running and cycling. The companion Fitness app on iPhone collects your activity data so you can see your activity history in greater detail. Apple Watch uses this history to suggest personal, realistic goals, reward fitness milestones and keep you motivated.

Apple introduces WatchKit, providing new tools and APIs for developers to create unique experiences designed for the wrist. With Apple Watch, developers can create WatchKit apps with actionable notifications and Glances that provide timely information. Starting later next year, developers will be able to create fully native apps for Apple Watch.

**Pricing & Availability**

Apple Watch will be available in three collections. Apple Watch, with a polished or space black stainless steel case and a choice of straps; Apple

Watch Sport, with a space gray or silver anodized aluminum case and Sport Band; and Apple Watch Edition, with an 18-karat rose or yellow gold case and a choice of straps exclusive to this collection. Apple Watch straps include the Sport Band in black, blue, green, pink and white; the Classic Buckle in black and midnight blue; the Leather Loop in bright blue, light brown and stone; the Modern Buckle in midnight blue, brown, soft pink, rose gray and bright red; the Milanese Loop in stainless steel; and the Link Bracelet in brushed stainless steel and polished space black. Apple Watch will be available in early 2015 starting at $349 (US). Apple Watch is compatible with iPhone 5, iPhone 5c, iPhone 5s, iPhone 6 or iPhone 6 Plus running the latest version of iOS 8.

* Apple Pay is only available in the US.

Apple designs Macs, the best personal computers in the world, along with OS X, iLife, iWork and professional software. Apple leads the digital music revolution with its iPods and iTunes online store. Apple has reinvented the mobile phone with its revolutionary iPhone and App Store, and is defining the future of mobile media and computing devices with iPad.

**Press Contacts:**
Nat Kerris
Apple
nat@apple.com
(408) 974-6877

Sarah O'Brien
Apple
sarahobrien@apple.com

(408) 783-2400

Apple, the Apple logo, Mac, Mac OS, Macintosh, Apple Watch, iPod, iPhone, Multi-Touch, Siri, Retina, MagSafe, Apple Pay, Passbook and Apple TV are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

## The latest news and updates, direct from Apple.

Read more ›

Newsroom      Apple Unveils Apple Watch—Apple's Most Personal Device Ever

| Shop and Learn | Services | Apple Store | For Business | Apple Values |
|---|---|---|---|---|
| Mac | Apple Music | Find a Store | Apple and Business | Accessibility |
| iPad | Apple News+ | Shop Online | Shop for Business | Education |
| iPhone | Apple TV+ | Genius Bar | | Environment |
| Watch | Apple Arcade | Today at Apple | **For Education** | Inclusion and Diversity |
| TV | Apple Books | Apple Camp | Apple and Education | Privacy |
| Music | Apple Card | Field Trip | Shop for K-12 | Supplier Responsibility |
| AirPods | iCloud | Apple Store App | Shop for College | |
| HomePod | | Refurbished and Clearance | | **About Apple** |
| iPod touch | **Account** | Financing | **For Healthcare** | Newsroom |
| Accessories | Manage Your Apple ID | Apple Trade In | Apple in Healthcare | Apple Leadership |
| Gift Cards | Apple Store Account | Order Status | Health on Apple Watch | Job Opportunities |
| | iCloud.com | Shopping Help | Health Records on iPhone | Investors |

**Exhibit 13**
-95-

For Government

Events

Shop for Government

Contact Apple

Shop for Veterans and Military

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2020 Apple Inc. All rights reserved.     Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Legal  |  Site Map                                                                United States

Exhibit 13
-96-

# EXHIBIT 14



**Apple Watch.**
**Helping your patients**
**identify early warning**
**signs.**

Apple Watch has powerful apps that make it the ultimate device for a healthy life. Now with new notifications and the ECG app, it can provide you and your patients with important information concerning their heart health.

## Heart rate notifications.

Apple Watch checks for unusually high or low heart rates in the background, which could be signs of a serious underlying condition. This could help you and your patients identify situations which may warrant further evaluation.

If a patient's heart rate is above 120 bpm or below 40 bpm while they appear to have been inactive for 10 minutes, the user will receive a notification. Patients can adjust the threshold bpm or turn these notifications on or off. All heart rate notifications — along with date, time, and heart rate — can be viewed in the Health app on iPhone.

Learn more about heart rate notifications ›



## Irregular rhythm notifications.

The irregular rhythm notification occasionally checks for signs of irregular rhythms that may be suggestive of atrial fibrillation (AFib). This feature won't detect all instances of AFib but may catch something that can provide your patients with an early indication that further evaluation may be warranted.

Irregular rhythm notifications use the optical heart sensor to detect the pulse wave at the wrist and look for variability in beat-to-beat intervals when the user is at rest. If the algorithm repeatedly detects an irregular rhythm suggestive of AFib, your patient will receive a notification and the date, time, and beat-to-beat heart rate will be recorded in the Health app.

The irregular rhythm notification feature has been granted De Novo classification by the FDA for users 22 years and older in the U.S. with no prior history of AFib.

Learn more about irregular rhythm notifications ›



Exhibit 14
-97-

**Validation of irregular rhythm notification feature.**

In 2017 and 2018, researchers at Stanford University School of Medicine worked with Apple to conduct the Apple Heart Study on the detection of atrial fibrillation, a heartbeat irregularity that is a leading cause of stroke and hospitalization. Over 400,000 Apple Watch users participated and helped validate the ability of wearable technology to aid in the early detection of this condition, which often goes undiagnosed. And the study led to the availability of the irregular rhythm notification that is now on Apple Watch.

See the results of the Apple Heart Study ↗

## ECG app.

With the ECG app on Apple Watch Series 4 or later, patients who experience symptoms such as rapid or skipped heartbeat, or receive the irregular rhythm notification, can capture an ECG and record their symptoms. This real world data can enable you to make more informed and timely decisions regarding further evaluation and care.

The ECG app uses the electrical heart sensor built into the Digital Crown and the back crystal of Apple Watch Series 4 or later to record a single lead ECG similar to a Lead I ECG. The ECG app then provides a result of sinus rhythm, atrial fibrillation, or inconclusive, and prompts the user to enter any symptoms such as rapid or pounding heartbeat, dizziness, or fatigue. The waveform, results, date, time, and any symptoms are recorded and can be exported from the Health app as a PDF to share with a clinician. If the patient notes symptoms that indicate a serious condition, they are prompted to immediately call emergency services.

The ECG app has been granted De Novo classification by the FDA for users 22 years and older in the U.S.

Learn more about the ECG app ›

Learn about expanded use of the ECG app during the COVID-19 pandemic (PDF)



## How the ECG app works.



1. Launch the ECG app on Apple Watch Series 4 or later.

## Understanding the ECG app findings.

The ECG app waveform is similar to a Lead I ECG, which can enable classification of atrial fibrillation and sinus rhythm, but cannot identify other conditions, like heart attacks.

After taking an ECG reading, the ECG app will check for sinus rhythm or AFib. If the heart rate is under 50 bpm or over 120 bpm, the app is unable to check for AFib, but will note the heart rate and save the ECG recording. The ECG app may provide an inconclusive result if, for example, there is poor signal due to motion artifacts or poor electrode contact, the heart rate is between 100 and 120 bpm, or for other reasons such as presence of arrhythmias other than AFib, presence of an ICD or pacemaker, or poor electrical signal in the recording which can occur as a result of right axis deviation.

In a clinical study, the rhythm classification by the ECG app of a single lead ECG on Apple Watch was compared to the rhythm classification by a cardiologist of a simultaneously collected 12-lead ECG. The ECG app demonstrated 99.6% specificity in classifying sinus rhythm and 98.3% sensitivity in classifying AFib for the classifiable

**Exhibit 14**

**-98-**

results. In this study, 12.2% of recordings were not classifiable.

"This can be an addition to our growing armamentarium to identify AFib, which can be intermittent and asymptomatic."

**Dr. Richard Milani**
Professor of Medicine, Vice-Chairman for Cardiovascular Diseases, Ochsner Health System

## Compare Apple Watch Models

| | High Heart Rate Notification | Low Heart Rate Notification | Irregular Rhythm Notification | ECG App | Fall Detection |
|---|---|---|---|---|---|
| **Sensors** | Optical heart sensor / PPG | Optical heart sensor / PPG | Optical heart sensor / PPG | Electrical heart sensor / electrodes | Next generation accelerometer and gyroscope |
| **Apple Watch Series 1, 2, 3** | ✅ | ✅ | ✅ | ❌ | ❌ |
| **Apple Watch SE** | ✅ | ✅ | ✅ | ❌ | ✅ |
| **Apple Watch Series 4 or later** | ✅ | ✅ | ✅ | ✅ | ✅ |

Note: Original Apple Watch does not support these functions



### Fall Detection.

When a hard fall is detected with Apple Watch Series 4 or later, an alert appears and allows the user to easily call emergency services or dismiss the alert. If the user is unresponsive for about a minute, an emergency call will be placed automatically and a message will be sent to the user's emergency contacts. All falls detected are recorded in the Health app. This feature is automatically enabled for users 55 years and older and can be turned on for anyone in the Apple Watch app on iPhone.

Learn more about Fall Detection ›

### Medical ID.

Medical ID allows first responders and emergency room clinicians to access critical medical information from a patient's iPhone lock screen or Apple Watch without requiring a passcode, and without compromising patient privacy. Patients can list important information such as allergies, medications, conditions, organ donor preferences, and emergency contacts by setting up Medical ID in the Health app on iPhone.

Learn more about accessing Medical ID on Apple Watch ›





### Health Records on iPhone.

The Health app on iPhone makes it easier than ever for your patients to visualize and securely store their health records from multiple institutions alongside their patient-generated data, creating a more holistic view of their health. So next time you have a question about your patient's medications or past medical history, ask if your patient is aggregating health records

**Exhibit 14
-99-**



**Designed with security and privacy in mind.**

When a user's iPhone is locked with a passcode, Touch ID, or Face ID, their health data in the Health app is encrypted on-device. If a user chooses to sync their health data with iCloud, it is encrypted while in transit and at rest.



**The future of healthcare is in your hands.**

Learn more about Apple in Healthcare ›



**All new.
For a better you.**

Learn more about Apple Watch ›

 Healthcare   Health on Apple Watch

| Shop and Learn | Services | Apple Store | For Business | Apple Values |
|---|---|---|---|---|
| Mac | Apple Music | Find a Store | Apple and Business | Accessibility |
| iPad | Apple TV+ | Shop Online | Shop for Business | Education |
| iPhone | Apple Fitness+ | Genius Bar | | Environment |
| Watch | Apple News+ | Today at Apple | **For Education** | Inclusion and Diversity |
| TV | Apple Arcade | Apple Camp | Apple and Education | Privacy |
| Music | iCloud | Apple Store App | Shop for K-12 | Supplier Responsibility |
| AirPods | Apple One | Financing | Shop for College | |
| HomePod | Apple Card | Refurbished and Clearance | | **About Apple** |
| iPod touch | Apple Books | Apple Trade In | **For Healthcare** | Newsroom |
| Accessories | App Store | Order Status | Apple in Healthcare | Apple Leadership |
| Gift Cards | | Shopping Help | Health on Apple Watch | Job Opportunities |
| | **Account** | | Health Records on iPhone | Investors |
| | Manage Your Apple ID | | | Events |
| | Apple Store Account | | **For Government** | Contact Apple |
| | iCloud.com | | Shop for Government | |
| | | | Shop for Veterans and Military | |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2020 Apple Inc. All rights reserved.   Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Legal  |  Site Map                    United States

Exhibit 14
-100-

# EXHIBIT 15

# AliveCor stops selling its Kardia Band ECG band for Apple Watch

Apple's own ECG ends the life of the once-groundbreaking add-on



Wareable is reader-powered. If you click through using links on the site, we may earn an affiliate commission. Learn more

Wednesday August 21, 2019
By Max Freeman-Mills @maxfreemanmills

AliveCor has quietly stopped selling its Kardia Band that let Apple Watch owners take ECG readings from the wrist.

The medical grade heart monitoring strap has disappeared from the company's own website and is listed as unavailable if you search for the device on Amazon.





*Essential reading:* *A guide to ECG on your Apple Watch*

Exhibit 15
-101-

## Related stories

SMARTWATCHES   Oppo Watch with ECG gets teased

WEAR OS   TicWatch Pro 3 packs a features punch

SMARTWATCHES   Amazfit GTS2 and GTR2 get SpO2

SAMSUNG   Samsung Galaxy Watch 3 titanium finish

APPLE WATCH   Apple Watch Series 6 v Fitbit Sense

APPLE WATCH   How to update your Apple Watch

CONTACT US

ABOUT

THE TEAM

EDITORIAL PROMISE

PRIVACY POLICY

ADVERTISE WITH US

LICENSING

Copyright Wareable Ltd. All rights reserved. Site powered by Upfeat Inc.

Exhibit 15
-102-

Its disappearance was spotted by Mobi Health News, and AliveCor confirmed in a statement to the site that it's now decided to focus on its smartphone-based devices and other projects.

The statement confirmed that support for existing users of the Kardia Band would continue indefinitely. What that means isn't entirely clear, but it looks like you might be okay for the short term.

It's perhaps not the biggest surprise to hear that the startup is ditching its Band after the Apple Watch Series 4 was unveiled last year with a built-in ECG to offer those serious heart health insights. The band did work on older Watch models, so it will be disappointing for those who hadn't upgraded to the Series 4, but still wanted access to that data.



The decision to halt sales shouldn't take away from the fact that AliveCor's Apple Watch add-on was a major breakthrough in bringing serious health monitoring to the wrist. First launched back in 2017, the Kardia Band was the first FDA-cleared accessory approved to monitor heart health from Apple's smartwatch.

During that time it has continued to explore how its tech and software can make other major breakthroughs and recently revealed details of an extensive investigation on tracking hyperkalemia through ECG.

While AliveCor has taken the decision to stop selling its Apple Watch band, it still believes that wearables have a role to play in the future of health monitoring. We are sure this won't be the last we hear from the innovative health tech startup.

TAGGED    Apple Watch    Smartwatches

Exhibit 15
-103-

# EXHIBIT 16

**The New York Times** | https://nyti.ms/2Mpb2Lr

# Apple Unveils Bigger iPhones at Higher Prices, and a Heart-Tracking Watch

**By Brian X. Chen, Jack Nicas, Farhad Manjoo and Reed Abelson**

Sept. 12, 2018

Apple has long had a playbook for iPhones, its most important product: Keep rolling out bigger, faster and more expensive models.

On Wednesday, it repeated that strategy by introducing another round of iPhones that are — you guessed it — bigger, faster and more expensive. The model with a 6.5-inch screen, the iPhone XS Max, is Apple's biggest iPhone ever and will start at $1,100. (And, yes, its name is a mouthful.) Last year when Apple debuted its iPhone X, the starting price was $1,000.

More notable, perhaps, was how much Apple is now evolving its smart watch into a clearly health-related device. The company showed off a new Apple Watch with an electronic heart sensor approved by the Food and Drug Administration. That could lead to new implications for health care — and prove to be a major selling point for a device that has played second fiddle to the iPhone.

## The largest-ever iPhone

Apple on Wednesday unveiled the iPhone XS, a premium model with a 5.8-inch screen, and the iPhone XS Max, with a 6.5-inch screen, its biggest-ever smartphone. The company also showed the iPhone XR, an entry-level model with a 6.1-inch screen.

The XS models are generally sped-up versions of last year's iPhone X. Apple emphasized the phones' advanced processor, durable glass and so-called Super Retina OLED display with a wide color gamut.

The iPhone XR will come in white, black, red, blue and yellow, and is just as fast as the XS models. It has a single-lens camera, unlike the XS models, which have dual-lens camera systems. And it uses LCD, a less expensive screen technology than the OLED used for the XS, and the casing is made of aluminum, unlike the stainless steel that the premium phones are composed of.

It's obvious why Apple and other phone makers like Samsung keep enlarging their phones: Phones with bigger screens are selling well. When presented with the choice between a small phone and a bigger one, most people will go with the latter. That's similar to how just about everyone wants a big-screen TV.



Apple COO Jeff Williams talks about the electrocardiogram features on the Apple Watch Series 4 on September 12, 2018 at the Steve Jobs theater at Apple headquarters in Cupertino, Calif.  Jim Wilson/The New York Times

But for mobile phones, there are trade-offs. For one, the larger phones are more difficult to use with one hand. With last year's 5.8-inch iPhone X, it was difficult to reach your thumb across the screen to type a keystroke or hit a button inside an app.

The larger screens raise an important question about design. Will Apple do much in the near future to improve one-handed use?

When Apple's screen sizes started growing with the iPhone 6 in 2014, the company released a software shortcut, called Reachability, through which users can tap the home button twice to lower the top of the screen and make it easier to reach buttons up there. That feature still exists for the new iPhones, but the lack of a home button makes it more difficult to use — instead of double tapping the home

Exhibit 16
-104-

button, now you swipe down from the bottom of the screen.

## Bigger, faster and pricier. Where have we heard that before?

As Apple has made its phones larger and faster, it is also charging more for them. The company said the new iPhones would start at $750, $1,000 and $1,100. The starting prices last year were $700, $800 and $1,000.

It's a tried-and-true strategy for the company to milk a product line that has saturated the market; Apple said Wednesday that it had shipped nearly two billion iPhones and iPads.

Unit sales of the iPhone were about flat in the latest quarter compared with a year earlier, but iPhone revenue rose 20 percent, to $29.9 billion. Something else that rose 20 percent? The average selling price of the iPhone.

By going bigger, Apple is trying to grow not just by raising prices but also by getting customers to use their devices even more. Research shows people with larger smartphones use them more, particularly to watch movies and play games.

That's good for Apple. A central part of its strategy is to get existing iPhone owners to pay for more services on their phones, like Netflix and HBO. For each subscription bought via its App Store, Apple takes a 30 percent cut for the first year and 15 percent for each subsequent year. That bet seems to be working: Apple's services revenue rose 31 percent to $9.55 billion in the latest quarter.

Philip W. Schiller, senior vice president for marketing, talks about the new iPhone XR while comparing it to the screen size of the iPhone 8 Plus on Wednesday.  Jim Wilson/The New York Times

## An iPhone XS? How do I pronounce that?

The iPhone is old enough now that figuring out what to call the new versions each year has become tricky. Last year, on the device's 10th anniversary, Apple skipped the iPhone 9 and went straight to the iPhone X. (But it pronounced the model "ten" and not "X.")

That X has now created an awkward situation for Apple. The company has typically appended an S to the name of the second iteration of each generation of phones, like the iPhone 5S, 6S and so on.

But this year, that meant calling it the iPhone XS. Never mind that XS is the abbreviation for extra small — not an adjective Apple wants for its $1,000 phones — but say "XS" out loud. In the age of smartphone addiction and devices that cost as much as some refrigerators, "iPhone Excess" may not be great for branding.

Instead, the new iPhone XS is pronounced "iPhone 10S," or as the audience at the Apple event quickly realized, "iPhone Tennis."

Add the new iPhone XS Max to the mix and you've got "iPhone Tennis Match."

## Apple Watch becomes more of a health device

Apple introduced the Apple Watch Series 4, which it has designed to be more of a health aid.

Exhibit 16
-105-

It's the first redesign of the company's smart watch since it was introduced in 2015. The new watch is slightly thinner, but the black frame around the screen — what is known as the bezel — has been removed to create a larger display area.

Significantly, Apple said the new watch had a faster processor and better health and motion sensors. For instance, the watch can detect when a wearer has fallen down, a leading cause of injuries. If you have fallen, the watch is designed to prompt you to alert emergency services; if it detects no motion by the wearer after a minute, it calls automatically. The watch can also perform a electrocardiogram, alerting you to worrisome heart rhythms.

Apple said that the new watch would be the first over-the-counter ECG device offered to consumers and that it had been approved by the Food and Drug Administration. (Apple may want to check its claim of being first, as other companies said they had been ahead of it with the agency in this regard.)

Guests at the Apple Special Event check out the new iPhones after the event on Wednesday.  Jim Wilson/The New York Times

The device's new health features are sure to increase Apple's dominance of the smart watch category — and they underscore the company's focus. When the watch was first released, critics and consumers were confused about its utility. Over time, Apple has refined the device to focus on its health and fitness capabilities. Now the narrative is clear: Get this watch, if you want to live.

The Apple Watch will be available in several colors and band styles; watchbands from older models will work on the new model. The Watch starts at $399. It will begin shipping on Sept. 21.

## What the Apple Watch means for consumer wearables

The new Apple Watch ushers Apple into the realm of selling bona fide medical devices, complete with a shout-out from the F.D.A.

"The F.D.A. worked closely with the company as they developed and tested these software products, which may help millions of users identify health concerns more quickly," Dr. Scott Gottlieb, the F.D.A. commissioner, said in a statement.

Apple's formal entrance into medical devices brings heft to the idea of tracking health with consumer wearables. Until now, they were largely limited to the casual counting of steps or watching heart rates climb at the gym. At Wednesday's event, Apple featured remarks from Dr. Ivor Benjamin, the president of the American Heart Association, who described the ability of wearable devices to measure heart rhythms as "game-changing, especially when evaluating atrial fibrillation — an irregular and often rapid heart rate that can increase a person's risk of stroke, heart failure and other heart-related complications."

Even Vic Gundotra, the chief executive of AliveCor, which sells a wearable device with similar heart-testing capabilities, said Apple's decision to enter the market would make consumers' use of electrocardiograms take off.

The F.D.A. warned that the Apple Watch was not meant as a substitute for traditional diagnosis, and it said the device was not intended for people under 22 or those with a diagnosis of atrial fibrillation.

Exhibit 16
-106-

The readings may not always be helpful, and doctors are advised not to use electrocardiograms as a screening tool for someone without symptoms, said Dr. Rita Redberg, a cardiologist at the University of California, San Francisco.

"People are going to start looking at their watch as if something is wrong," she said.

**Exhibit 16**
**-107-**

# EXHIBIT 17

**News**Room

12/14/19 Economist 64
2019 WLNR 37273743

Economist
Copyright © 2019 Economist Intelligence Unit

December 14, 2019

Issue The Economist 14 Dec 2019

## Intellectual property: The trouble with troll-hunting

Rules to curb frivolous patent claims may encourage infringement

NUCURRENT, A STARTUP in Chicago, has come up with a way to charge electronic gizmos wirelessly--a nifty trick for devices such as smartphones. So nifty, in fact, that Samsung, a giant South Korean device-maker, uses it in its mobile phones-- or so NuCurrent claims. In 2018 NuCurrent sued Samsung in America for using its technology without paying royalties. In February Samsung denied NuCurrent's allegations in a court filing. Then, between March and June, it filed seven legal challenges against NuCurrent's patents. Navigating each will cost NuCurrent between $500,000 and $1m, says its boss, Jacob Babcock-- a lot of money for a firm with 35 employees and no in-house lawyers.

Predicaments like Mr Babcock's are increasingly common. Paul Michel, a former top judge on America's patent court, attributes them to an "unco-ordinated overcorrection" to the plague of patent trolls, who accumulate patent rights with an eye to extorting payments from supposed infringers. To fight them, America's government has weakened some intellectual-property protections, notably by reducing the threat of an injunction to block sales of the technology in question. In 2012 it created the Patent Trial and Appeal Board (PTAB) to hear retrospective challenges to a patent's validity. And Supreme Court rulings have made it easier to prove patents invalid by narrowing the criteria for what constitutes an eligible patent.

The well-meaning rules appear to have beaten back the trolls; the number of patent disputes this year is down 37% from 2015, according to Unified Patents, a research firm. The PTAB has invalidated thousands of patents. But the reforms have strengthened the position of big firms in relation to the little guy, say entrepreneurs and venture capitalists. Christopher Coons, a Democratic senator critical of the rule changes, has spoken of a "steady erosion of patent rights". Worse, Mr Coons has argued, they create perverse incentives for big companies to flout patents. Boris Teksler, Apple's former patent chief, observes that "efficient infringement", where the benefits outweigh the legal costs of defending against a suit, could almost be viewed as a "fiduciary responsibility", at least for cash-rich firms that can afford to litigate without end.

Samsung's fellow tech giants, including Apple, Google and Intel, have filed numerous patent-validity reviews. Big Tech is, predictably, firmly opposed to tougher rules, which Mr Coons and other have proposed. Supporters of strengthening note that weakened patent protection has coincided with a decline in the share of American venture capital going to patent-heavy fields like advanced manufacturing or medical technology, from 21% to 3% between 2004 and 2017, according to a study commissioned by the National Venture Capital Association, an industry body. Richardson Oliver Insights, a research firm, reckons the average value of an American patent traded in the secondary market fell by 58% from 2013 to 2018. Feebler intellectual-property rights may not be the sole explanation. But having long harrangued China for its disrespect of such rights, America now finds itself badgered, too.

Exhibit 17
-108-

---- **Index References** ----

Company: APPLE INC; GOOGLE LLC; INTEL CORP; SAMSUNG ELECTRONICS CO LTD

News Subject: (Corporate Funding (1XO17); Funding Instruments (1FU41); Information Technology Crime (1IN42); Intellectual Property (1IN75); Judicial Cases & Rulings (1JU36); Legal (1LE33); Patents (1PA79); Venture Capital (1VE73))

Industry: (Financial Services (1FI37); Security (1SE29))

Region: (Americas (1AM92))

Language: EN

Other Indexing: (Christopher Coons; Boris Teksler; Boris Teksler; Jacob Babcock; Insights; Paul Michel)

Edition: The Economist

Word Count: 493

---

**End of Document**

© 2020 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

 © 2020 Thomson Reuters. No claim to original U.S. Government Works.

Exhibit 17
-109-

# EXHIBIT 18




ABOUT   TEAM   CONTACT   SPONSORS   ARTICLE SUBMISSION   BOOKS

**Topics   Inventors   Industry Events   Jobs   Press Releases   Clause 8 Podcast   Webinars   Programs   CLE**      f   ♥   in   ✉





## Apple Pays for Its Patent Infringement, But Important Legal Cases Continue

By **Adam Mossoff**
March 19, 2019

🖨 Print Article    💬 12

Twitter | Facebook | LinkedIn | Reddit 1 | Email | More 36

*"If the ITC and other judges follow the basic rules of procedure and the legal requirements of the patent laws, as well as basic rules of evidence, then they will easily conclude that infringers of Qualcomm's patented innovation should be held responsible for stealing the fruits of its inventive labors."*

In an age with instantaneous commentary on social media, the wheels of justice in courts seem to move at a glacial pace, especially in patent infringement lawsuits in the fast-paced smartphone industry. Yet, courts have been methodically receiving and meticulously reviewing the evidence in Qualcomm's lawsuits against Apple Computer for infringing its patents. And, like the tortoise who eventually wins over the speedy hare, the judgments are just now coming out against Apple.



This past December, a Chinese court issued a preliminary injunction against Apple selling iPhones that infringed Qualcomm's patents. A week later, a German court issued an injunction against Apple selling iPhones in that country that infringed Qualcomm's patents. Last week, a jury in the United States found Apple liable for infringing Qualcomm's patents and awarded Qualcomm $31 million in damages.

### Not the Last Word

As important as these court rulings are, the fight is not over yet. Qualcomm is continuing its efforts to obtain legal protection for its patent rights at the International Trade Commission (ITC). Last fall, an ITC judge also found Apple had infringed Qualcomm's patents, but then the ITC judge refused to grant Qualcomm the only remedy available at the ITC for infringement of its patents: an order excluding the infringing products from importation into the United States.

The ITC judge's refusal to issue a remedy on a finding of patent infringement is currently

**Exhibit 18**
**-110-**

under review by the entire ITC, and it should be reversed. The judge claimed the "public interest" weighed against issuing the exclusion order. But as Professor Kristen Osenga and I [explained](#) in a submission to the ITC, this was a misuse of the "public interest." It was legally unprecedented to deny a complainant its lawful remedy after the judge found that its rights were violated. It was also the result of the judge's own serious misunderstandings of the nature of the smartphone market.

## The Hold-Up Hoax

Contrary to the self-serving assertions by Apple and other companies about patent owners allegedly "[holding up](#)" innovation, the smartphone industry is [defined](#) by a previously unknown rate of new innovation in products and services, of increased competition, and of quality-controlled price reductions. Hundreds of millions of smartphone users the world over are a testament to this fact. These and other legal and commercial facts were detailed at length by law professors, economists, and former government officials in a recent [submission](#) to the Federal Trade Commission (FTC).

The FTC should also take note of the growing number of court decisions confirming Apple's policy of patent infringement. The FTC initiated an antitrust lawsuit against Qualcomm in the final days of the Obama Administration in January 2017 and the trial just recently concluded. In this lawsuit, the FTC is asserting a claim that Qualcomm is violating the antitrust laws for charging too much for the use of its patents in smartphones. In addition to an Apple executive's [testimony](#) supporting the FTC, another star witness for the FTC alleging that Qualcomm is charging too much for the use of its property is Huawei, the Chinese telecommunications giant that has been officially [charged](#) by the U.S. Department of Justice for theft of IP rights of U.S. companies. Less than one month before the Huawei representative took the stand, the U.S. had Canada [arrest](#) a top Huawei executive. Another witness for the FTC at the trial, a renowned economist, could [not identify](#) a single example of R&D in innovation that has been deterred as a result of Qualcomm's licensing of its patents. Like the ITC judge's conjectures about the "public interest," the FTC's case is driven by [academic theories about "patent holdup" and self-serving complaints about "patent trolls"](#) that are contradicted by real-world evidence in the smartphone industry and by the millions of consumers who benefit from smartphones all over the world.

## An Important Message

This is why the recent court decisions holding Apple to account for its patent infringement are important, because they send an important signal that patent infringement is unacceptable, no matter how big the wrongdoer. Apple is the first company in history to have reached a market cap of [$1 trillion](#), and it has over [$200 billion in cash](#) in the bank. When it was a fledgling startup in San Diego in the 1980s, Qualcomm invented the telecommunications technology that makes all of our phones "smart," but Qualcomm is the veritable "little guy" compared to Apple. Qualcomm's [market cap](#) is approximately 6.5% of Apple's $1 trillion market cap last August. Apple has *eight times* more cash on hand to cover whatever expenses it may occur than Qualcomm's annual total [revenue](#).

In recent years, Apple has been leveraging its status as the 800-lb gorilla in the high-tech industry. As many know, Apple plays hardball with competitors and business partners alike. Unfortunately, this includes Apple using other's [intellectual property](#). Qualcomm thus was forced to file numerous patent infringement lawsuits against Apple in multiple countries, and these lawsuits have been dragging on for years. Last fall, Qualcomm [reported](#) that Apple, through its contract manufacturers, has withheld $7 billion (and counting) in royalties it was supposed to be paying for using Qualcomm's patented technologies, like 4G, in the millions of iPhones it has been selling around the world. For a company with $1 trillion in value in 2018 and $200+ billion in the bank, a $7 billion liability is no more than a rounding error for Apple, but this loss of revenue is an existential threat to most other companies like Qualcomm.

## Efficient Infringement

In sum, Apple is engaging in a practice now called "[efficient infringement](#)," which is increasingly common today, especially among high-tech giants like [Apple and Google](#). This occurs when a company chooses to infringe another's patents given its calculation that it will pay less money in a court-ordered judgment than in a properly negotiated license agreement —after years of fighting the patent owner in court and before [regulatory tribunals](#) at the Patent Office and after forcing the patent owner to pay [millions](#) in legal fees. Too often, companies like Apple really think [they can just get away with infringing others' patent rights](#)



THU 24 — [Best Practices for Avoiding Patent Searching Pitfalls](#)
September 24 @ 12:00 pm - 1:00 pm EDT

THU 24 — [LIVE WEBINAR SERIES: Recognizing the Growing Economic Impact of Patent Licensing](#)
September 24 @ 1:00 pm EDT

TUE 29 — [IPWatchdog Annual Meeting Now VIRTUAL CON2020](#)
September 29 @ 12:00 pm - 3:30 pm EDT

TUE 29 — [LIVE WEBINAR SERIES: Recognizing the Growing Economic Impact of Patent Licensing](#)
September 29 @ 1:00 pm EDT

[View More…](#)

JR. VARSITY SPONSORS    ADVERTISE HERE

We Help Innovators Develop And Launch Inventions!
CLICK HERE
To Start Your FREE Confidential Idea Review!
ENHANCE PRODUCT DEVELOPMENT

SPONSOR A WEBINAR
Let us put IPWatchdog Webinars to work for you!
Business goes on, but direct interaction is dramatically limited.
Hundreds of qualified leads. Better results than a trade show without the travel expenses!
FOR INFORMATION:
CLICK HERE

POPULAR POSTS

Trademark Lessons from BLACK LIVES MATTER Name Confusion

The Consumer is King: High Court Sides with Booking.com, Rejecting *Per Se* Test for Generic.Com Trademarks

Illegal Circulation of E-Newspapers Online and Through Messaging Apps: Implications for Copyright and Contractual Violations

On Goodwill Versus History and the Potential Renaming of Franklin Pierce Law School

Industry Leaders Reflect on Bayh-Dole at 40

Big Tech's Opposition to Section 101 Reform: Policy Rhetoric versus Economic Reality

Exhibit 18
-111-

because they have the resources to outlast patent owners in these lawsuits.

## Next Steps

The United States has been a leader in innovation—its economy has grown for 200 years and people have flourished—as a result of its longstanding commitment to securing the rights of innovators to the fruits of their inventive labors. This was just as true for Thomas Edison, the Wright Brothers, and Nikola Tesla as it is today for companies like Qualcomm. Any economist will tell you: markets can only function when property rights are secured against ongoing violations—it is the viable threat of an injunction that stops the serial trespasser and makes him negotiate with you if he wishes to continue to use your property. This has been a key factor in the two centuries of success in the U.S. innovation economy.

The recent court decisions are a welcome signal of the rule of law and the protection of the rights of innovators, but they are just the first steps in an important ongoing legal fight. The ITC should reverse the earlier denial of the exclusion order after finding Apple liable for patent infringement. Companies like Qualcomm will not continue to invest billions in R&D that make innovation possible if they know they will have to spend years in court and before regulatory agencies defending their rights just to win the royalties they should have received in the first place. An ITC exclusion order, like an injunction, is key to discouraging companies from engaging in serial efficient infringement. Similarly, the judge presiding over the FTC trial should rule that the FTC has failed to prove its case given the absence of evidence of any harm to consumers or to innovation.

If the ITC and other judges hearing the ongoing cases follow the basic rules of procedure and the legal requirements of the patent laws, as well as basic rules of evidence, then they will easily conclude that infringers of Qualcomm's patented innovation should be held responsible for stealing the fruits of its inventive labors. This means injunctive relief, not just monetary damages. This is what courts in Germany and in China have already done in holding Apple responsible for its past and ongoing violations of Qualcomm's patent rights. If this does not happen, then innovation will suffer and everyone loses.

*Image Source: Deposit Photos*
*Copyright: boggy22*
*ID: 48960821*





### THE AUTHOR



Adam Mossoff is Professor of Law at Antonin Scalia Law School, George Mason University. He is a Senior Fellow and Chair of the Forum for Intellectual Property at the Hudson Institute, and he is a Visiting Intellectual Property Fellow at The Heritage Foundation for 2019-2020. He is Chair of the Intellectual Property Working Group of the Regulatory Transparency Project at the Federalist Society. At Scalia Law, he teaches a wide range of courses at the law school, including patent law, trade secrets, trademark law, property law, remedies, and internet law. He has published extensively on the theory and history of how patents and other intellectual property rights are private property rights that should be legally secured to their owners and licensed or otherwise transferred as commercial assets in the marketplace. His research has been cited by the Supreme Court, by the Court of Appeals for the Federal Circuit, and by federal agencies. Professor Mossoff has been invited to testify five times before the Senate and the House of Representatives on proposed patent legislation. His writings on patent policy have appeared in the Wall Street Journal, New York Times, Forbes, The Hill, Politico, and in other media outlets. He is a member of the Intellectual Property Rights Policy Committee of ANSI and the Academic Advisory Committee of the Copyright Alliance. He has served as past Chair and Vice-Chair of the Intellectual Property Committee of the IEEE-USA.

*Google v. Oracle* Perspective: Google's Android 'Cheat Code' was to Copy Oracle's Code

USPTO Issues Final Rule on Patent Term Adjustments Under *Supernus*

How Patent Races Impact Innovation

Patent Filings Roundup: Landmark Brings 250th Complaint; Medtronic and Infinera Fall Victim to Board's Discretionary Denial Parallel Petition Rule

Copyright Office Begins Period of Petitioning for Exemptions to Section 1201 of the DMCA

Federal Circuit Affirms PTAB Finding that Adidas Did Not Prove Nike Patent Claims Unpatentable as Obvious

The New Standard: Licensing Scenarios and Patented Technologies Relevant to Versatile Video Coding

Federal Circuit Affirms PTAB's Conclusion of Obviousness on Grounds of Common Sense

Patent Filings Roundup: District Court Filings Soar, Juul Targets Copycats and More *NHK Spring* Denials

INTRAMURAL SPONSORS        ADVERTISE HERE



PRESS RELEASES

THU 17 — Dority & Manning Expands to Seattle
September 17, 2020

SAT 12 — IMS Launches COVID-19 Research Insights Series and Releases Findings from In-Depth Jury Research
September 12, 2020

FRI 11 — Gridlogics announces New Seamless Patent Qualitative Insights and Comprehensive SEP Database
September 11, 2020

MON 07 — SmugMug and Pixsy Partner to Protect the Rights of Photographers
September 7, 2020

THU 27 — The Connecticut Law Tribune Names IMS as Winner in Two Categories of 2020 'Best Of New England' Awards
August 27, 2020

TUE 25 — Haynes and Boone Hires Joseph Matal, Former USPTO Director and Primary Drafter of the America Invents Act
August 25, 2020

THU 13 — HeliosComplete 2.0 Revolutionizes IP Operationsfor Law Firm and Corporate IP Teams
August 13, 2020

FEDERAL CIRCUIT



Tags: Apple, Federal Trade Commission, Guest Contributor, holdup, Huawei, intellectual property, International Trade Commission, patent, patent infringement, Patent Litigation, patent troll, patents, Qualcomm, R&D, tech industry, technology

Posted In: Antitrust, Business, China, Courts, District Courts, Europe, Federal Circuit, Guest Contributors, International, IP News, IPWatchdog Articles, Litigation, Patents, Technology & Innovation

**Warning & Disclaimer**: The pages, articles and comments on IPWatchdog.com do not constitute legal advice, nor do they create any attorney-client relationship. The articles published express the personal opinion and views of the author and should not be attributed to the author's employer, clients or the sponsors of IPWatchdog.com. Read more

## DISCUSS THIS

There are currently **12 Comments** comments.

1. **Frederick** March 19, 2019 1:41 pm

   Amazing

2. **EG** March 19, 2019 3:49 pm

   Hey Adam,

   Great article! Efficient infringement by Apple and the other SV tech multinational Goliaths needs to be exposed for what it is: theft of someone else's patent property.

3. **Raymond Van Dyke** March 19, 2019 4:29 pm

   Adam can sure say it like it is. Efficient infringement is an evil, albeit business efficient, practice that has undermined the entire fabric of our patent system. Our Founders were well aware of the importance of innovation to our Society, and we Americans crave it to no end. But, as is well known, it is the small inventor community that is most prolific for the big innovations. When big tech steals from the little guy, they steal from us all. In this fight, Qualcomm is David with his slingshot facing the mighty Goliath.

4. **Pro Say** March 19, 2019 4:54 pm

   Big +1 Adam — thanks for setting things straight.

   Apple is: One. Bad. Apple.

5. **Steven Baker** March 19, 2019 6:15 pm

   Great article on how the Apples and Googles today manage the process of sabotaging judicial expedience and deflecting accountability.

   When you think of Qualcomm, you picture a large successful innovator that has enhanced the very product that Apple sells, as have other small innovative contributors who lack the resources to defend themselves. Yet Qualcomm remains a fraction of Apple's market cap and bears an enormous weight trying to get compensated for their [borrowed from until ordered to pay] intellectual property.

   Think of a tiny player like VirnetX with employees that include the scientists who developed the secure communications link processes that Apple touts when promoting the security of their products. Even though Apple has lost four trials against VirnetX, Apple has been able to stretch the process for more than eight years. The cost of litigating for VirnetX has been crippling even though VirnetX has won in court each time. Even worse, VirnetX has lost eight years of time to monetize their patents as other infringing entities sit on the bench, watching for a court mandate.

   Go Qualcomm! Go VirnetX! The gorilla efficient infringers of your intellectual property do not care

### Sidebar

Packet Intelligence Asks CAFC to Rehear Panel Analysis on Patent Marking Under *Arctic Cat*

*Acer v. Intellisoft* Petition Rebukes CAFC for Disrespecting SCOTUS Precedent, Ignoring District Court

An Argument for Mandatory Production of Limited Secondary Consideration Evidence by Petitioners in Inter Partes Reviews

Revised *Facebook v. Windy City* Opinion Preserves Bar on Self-Joinder for IPRs, Remands to PTAB on Late-Filed Petitions

Federal Circuit Vacates District Court Invalidity Judgment Based on Judicial Estoppel

Federal Circuit Affirms District Court Claim Construction in Foundation Pile Patent Infringement Dispute

Judge Michel, Panelists Contemplate the CAFC Past, Present and Future on Day Two of CON2020

Lessons From a Quantitative Analysis of the Federal Circuit's Section 101 Decisions Since *Alice*

Federal Circuit Remands District Court Decision for Erroneous Claim Construction

Federal Circuit Affirms Dismissal of Patent Infringement Complaint Under *Res Judicata*

## PATENT DRAFTING BASICS

Avoid the Patent Pit of Despair: Drafting Claims Away from TC 3600

A Tale of Two Electric Vehicle Charging Stations: Drafting Lessons for the New Eligibility Reality

Background Pitfalls When Drafting a Patent Application

Eight Tips to Get Your Patent Approved at the EPO

What to Know About Drafting Patent Claims

Beyond the Slice and Dice: Turning Your Idea into an Invention

Examining the Unforeseen Effects of the USPTO's New Section 112 Guidelines

Anatomy of a Valuable Patent: Building on the Structural Uniqueness of an Invention

Software Patent Drafting Lessons from the Key Lighthouse Cases

Patent Drafting Basics: Instruction Manual Detail is What You Seek

## TAGS

Apple Authors CAFC Capitol Hill Congress copyright copyrights famous inventors Federal Circuit Federal Circuit Review Gene Quinn Google Guest Contributor independent inventor independent inventors innovation intellectual property inter partes review inventor IPR patent Patentability patentability requirements patentable subject matter patent eligibility patent eligible patent infringement Patent Litigation patent office patent prosecution Patent Reform patents Patent Trial and Appeal Board patent troll Patent Trolls post grant procedures PTAB SCOTUS software patent software patents technology trademark trademarks USPTO US Supreme Court

## ARCHIVES

Select Month

## PATENT & INVENTION BASICS

Exhibit 18
-113-

Go Qualcomm! Go VirnetX! The gorilla efficient infringers of your intellectual... not care...
until something makes the Apples and Googles hurt a little more for efficiently infringing.

Applying for a Patent in Germany

Autopilot or Advocate? Raising the Bar in Ex Parte Appeals at the USPTO

Time to 'Think PCT': Rethink Your Global Patent Strategy to Preserve Your Seat at the Table

Patent Office Insights from Two Former Examiners

Conventional Patent Wisdom Revisited

Develop Your Database of Templates for Responding to Office Actions

Background Pitfalls When Drafting a Patent Application

Eight Tips to Get Your Patent Approved at the EPO

Four Things C-Suite Executives Need to Know About Patents

Starting the Patent Process on a Limited Budget

6. **Jason Lee** March 19, 2019 7:00 pm

Apple has robbed everyone from Samsung, WiLAN, VirnetX, Qualcomm..... the list is long and as they own multi Billions in back pay to these companies for the theft of their IPs, thanks in no part to the PTAB, EBay,Alice SCOTUS rulings. Its time Silicon Valley pays up. Inventors and IP holders need to get paid. Its time Congress wakes up and starts working for the people and makes patents great again for everyone and kills off all the loopholes Silicon Valley have created to avoid paying for patent licenses. Apple is a Trillion Dollar company that have taken and killed off and scared off 100s of new inventions in America. Its time the Pigs like Apple, Amazon, and Google's... pay up!!

7. **Josh Malone** March 19, 2019 9:32 pm

This is mind blowing.The $1 trillion company is bullying the $65B company. Where does that leave independent inventors and small businesses?

8. **Jim** March 19, 2019 9:43 pm

>> Qualcomm is the veritable "little guy" compared to Apple

Right. QCOM's own data shows they collect more than 25% of all patent royalties in the world. Not 25% of cellular phone royalties, or even all telecommunications royalties. 25% of all patent royalties in all fields. Communications, computers, med devices, pharmaceuticals, chemicals, materials, aeronautics, automotive, energy, and every other field where inventions are patented. It boggles the mind.

9. **Paul Morinville** March 19, 2019 10:14 pm

Apple was issued an injunction in China for infringing on Qualcomm patents. In just two days, Apple was able to determine it could remove the "minor functionality" which was the reason for the injunction, and they can update their operating system and push that update out to their customers in just a couple more days.

Apple's disingenuous public interest argument is thereby slayed.

https://www.ipwatchdog.com/2018/12/17/apple-iphone-chinese-injunction/id=104288/

10. **Lost In Norway** March 20, 2019 2:37 am

Thanks for the article.

11. **IS** March 22, 2019 8:25 am

Nice article, Apple has been using NFC patents from Inside Secure and they still haven't paid a penny

12. **Darryl Gardner** April 15, 2019 1:33 am

**Exhibit 18**
**-115-**

# EXHIBIT 19



The Register®
Biting the hand that feeds IT

DATA CENTRE SOFTWARE SECURITY DEVOPS BUSINESS PERSONAL TECH SCIENCE EMERGENT TECH BOOTNOTES VENDOR VOICE

AI catches malicious emails - so you don't have to.
Learn more about Antigena Email ›
DARKTRACE World-Leading Cyber AI

{* NETWORKS *}

# Apple loses FaceTime patent appeal again. And again. And again. And again. And again... yes, it's the fifth time

Talk about an appealing patent, eh, VirnetX?

Fri 2 Aug 2019 // 18:57 UTC 51 GOT TIPS?

Kieren McCarthy in San Francisco BIO EMAIL TWITTER SHARE

Apple has lost its fifth legal appeal against the holder of network protocol patents, VirnetX, inching the case forward one judgment at a time.

This time a US federal court agreed [PDF] with the Patent Trial and Appeal Board (PTAB) that two patents owned by VirnetX were in fact valid. It has previously – and repeatedly – been decided that Apple infringed those patents in its FaceTime video-conferencing and as a result has been ordered to pay VirnetX over $1bn in damages.

But since the case was first filed in 2010, Apple has adopted a legal strategy of stringing the case out for as long as humanly possible and has questioned and appealed every possible legal aspect, presumably in the hope that VirnetX goes out of business before it gets any money out of the computing giant.

Apple even moved the location of two of its stores a few miles and at huge cost in an effort to avoid being sued in a specific district of Texas that it perceived as patent-friendly.

In the larger reckoning this week's decision leaves the legal battle at VirnetX 8: Apple 2. The court in this case not only validated the patents (again) but refused to revisit one of the verdicts against Apple, one for $440m.

The decision pushed VirnetX's share price rocketing upwards (again) by 16 per cent. But then, as the full details of the decision and the complexity of the multi-faceted legal battle crept in, the share price fell again as it became clear that this latest decision wasn't a slam-dunk for VirnetX.

While the court said Apple was no longer able to challenge some of the patents because it has already lost a similar challenge in a different thread of its legal battle, it also said that the PTAB was right when it invalidated some of the other claims of the patents.

### Huh?

Confused? That's what comes of a nearly decade-long legal fight with an endless bucket of resources to pay for lawyers.

In essence, Apple has fought the patents in two different ways: claiming that they aren't valid, and that it never infringed them anyway. It lost earlier trials on both points but appealed at every stage. When the courts decided that the patents were valid as they applied to the legal case in front of them, Apple then went through the patent system to try to invalidate them.

Qualcomm will take at least $4.5 billion

As a result, we have ended up in a situation where courts are deciding on patent issues while a parallel case decides whether the patents themselves are valid. The decision today kills off some of those overlaps and basically says that some of the patents are valid and so, as a result, are the infringement awards against Apple.

Will you catch every malicious email?
Scam emails hide in the noise of normal communication. Let AI catch subtle signs others miss.
Learn more ›
DARKTRACE World-Leading Cyber AI

// MOST READ

1 Video encoders using Huawei chips have backdoors and bad bugs – and Chinese giant says it's not to blame

2 Feeling bad about your last security audit? Check out what just happened to the US Department of Interior

Cisco's 'intuitive security'

Exhibit 19
-116-

9/18/2020          https___www.theregister.com_2019_08_14_701 Apple loses FaceTime patent appeal again. An_ - 14 - 18

But that's not the end of it. There are other patent claims that are not a part of those earlier trials but also impact Apple – and those patents are also challenged by Cisco. In this case and for those patents, VirnetX did not win – which means Apple has more legroom to stretch the case out even longer by lodging more appeals.

The more concise version of all this: VirnetX is almost definitely going to get \$440m from Apple, but it might not get the other \$596m. The winner is, again, VirnetX but the case isn't over yet.

"We are extremely pleased with the Federal Court's decisions, which vindicate many of VirnetX's positions before both the Patent Board and the district court," said the company's CEO in a statement.

Apple has refused to comment but it's fair to say that any response could be summed up in the phrase: we'll see you in court. Again. ®

**Sponsored:** Taming your information sprawl with cloud data management

Corrections                                         51 Comments

 Sign up to our Newsletter - Get IT in your inbox daily

**MORE**    Apple    Patent

   

---

from Apple after settling mammoth legal battle

READ MORE

3    tool can't handle MAC address randomization out-of-the-box

4    Oracle hosting TikTok US data. '25,000' moderators hired. Code reviews. Trump getting his cut... It's the season finale

5    Woman dies after hospital is unable to treat her during crippling ransomware infection, cops launch probe

**SUBSCRIBE TO OUR WEEKLY TECH NEWSLETTER**

SUBSCRIBE

---

**// KEEP READING**

**Unexpected risks of using Apple ID: 'Sign in with Apple' will be blocked for Epic Games**

Games dev pleads with users to set up a password before they get locked out

**Apple coughs \$84m to settle South Korean market abuse case**

Promises to support local businesses and stop forcing local carriers paying for ads and iThing fixes

**Apple to hand out limited-edition iPhones among 1337 h4x0rs because it wants more bug-hunters**

'Security Research Device' is for lab use only by those willing to help Cupertino find flaws

**Apple re-arms the iMac with 10th-gen Intel Core silicon**

Now with \$500 option for very special glass that makes monitors sparkle, but no home-grown CPUs

**Apple: Don't close MacBooks with a webcam cover on, you might damage the display**

There's a 0.1mm tolerance and OS has built-in tools for managing peep hole

**Apple said to be removing charger, headphones from upcoming iPhone 12 series**

Trying to reduce waste or funnelling punters into investing in AirPods?

**Chime after chime: Apple restores iconic Mac boot sound removed in 2016**

Triumphant F#-major to return with upcoming macOS Big Sur

**Apple to Epic: Sue me? No, sue you, pal!**

App Store spat heats up with Cupertino counterclaim

**// TECH RESOURCES**

 **Simplifying Hybrid Cloud Flash Storage**

According to industry analysts, a critical element for secure hybrid multicloud environments is the storage infrastructure.

 **Navigating the New Era of Cloud Computing**

Hear from Steve Sibley, VP of Offering Management for IBM Power Systems about how IBM Power Systems can enable hybrid cloud environments that support "build once, deploy anywhere" options.

 **Accelerate Your Journey to the Cloud**

Increasingly, enterprises are looking to the cloud to run their core mission-critical systems and the cloud is often the primary platform for launching new applications.

 **Why Data Growth is Not a Storage Problem**

Storage capacity's running out, backups lengthen, and budgets can't keep up with the unstructured data deluge. Learn how Komprise's Intelligent Data Management can help you ...

**You Might Also Like**

Stay Safe. Stay Home **outbrain** |▷

---

Exhibit 19
-117-



Sponsored
**[Pics] 20 World War II Myths Debunked**
Zan Herald

**Mozilla signs fresh Google search deal worth mega-millions as 25% staff cut hits Servo, MDN, security teams**

Sponsored
**[Gallery] Why Anderson Cooper Didn't Inherit His Mother's Spectacular Mansion And More**
Trend Chaser

Sponsored
**[Pics] The Wizard Of Oz Wasn't As Innocent As You Thought**
Hooch

Sponsored
**[Pics] 33 Never Published Wild West Photos Show How Different The Past Really Was**
Bon Voyaged

**7*7 = a simple equation for taking total control of multiple VMware-powered clouds**

Sponsored
**[Photos] The Scene That Ended "I Dream Of Jeannie" For Good**
Past Factory

**USA still hasn't figured out details of WeChat ban but promises users won't be punished**

**Japan's new PM makes e-government a key plank of his platform**

# EXHIBIT 20

## FILED UNDER SEAL

# EXHIBIT 21



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 62/056,299 | 09/26/2014 | | 260 | P22734USP1 | | |

**CONFIRMATION NO. 1034**

62579
APPLE INC.
c/o Brownstein Hyatt Farber Schreck
410 17th St.
Suite 2200
DENVER, CO 80202

**FILING RECEIPT**

*0C000000071278978*

Date Mailed: 10/10/2014

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Marcelo M. Lamego, Cupertino, CA;

**Applicant(s)**

Marcelo M. Lamego, Cupertino, CA;

**Power of Attorney:**
S. Hemenway--44759

**If Required, Foreign Filing License Granted:** 10/09/2014
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 62/056,299**
**Projected Publication Date:** None, application is not eligible for pre-grant publication
**Non-Publication Request:** No
**Early Publication Request:** No
**Title**

Electronic Device that Computes Health Data

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same

Exhibit 21
-122-

# EXHIBIT 22



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 62/057,089 | 09/29/2014 | | 260 | P22733USP1 | | |

CONFIRMATION NO. 2901

62579
APPLE INC.
c/o Brownstein Hyatt Farber Schreck
410 17th St.
Suite 2200
DENVER, CO 80202

**FILING RECEIPT**

*OC000000071284341*

Date Mailed: 10/14/2014

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Steven P. Hotelling, Cupertino, CA;
Marcel M. Lamego, Cupertino, CA;

**Applicant(s)**

Steven P. Hotelling, Cupertino, CA;
Marcel M. Lamego, Cupertino, CA;

**Power of Attorney:**
S. Hemenway--44759

**If Required, Foreign Filing License Granted:** 10/09/2014
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 62/057,089**
**Projected Publication Date:** None, application is not eligible for pre-grant publication
**Non-Publication Request:** No
**Early Publication Request:** No
**Title**

Methods and Systems for Modulation and Demodulation of Optical Signals

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent

page 1 of 3

**Exhibit 22**
**-123-**

# EXHIBIT 23



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 62/047,818 | 09/09/2014 | | 260 | P22879USP1 | | |

**CONFIRMATION NO. 1519**

62579
APPLE INC.
c/o Brownstein Hyatt Farber Schreck
410 17th St.
Suite 2200
DENVER, CO 80202

**FILING RECEIPT**

*OC000000070966478*

Date Mailed: 09/25/2014

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Marcelo M. Lamego, Cupertino, CA;

**Applicant(s)**

Marcelo M. Lamego, Cupertino, CA;

**Power of Attorney:**
S. Hemenway--44759

**If Required, Foreign Filing License Granted:** 09/24/2014

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 62/047,818**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No

**Title**

Modulation and Demodulation Techniques for a Health Monitoring System

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same

**Exhibit 23**
**-124-**

# EXHIBIT 24

# Knobbe Martens

KNOBBE, MARTENS, OLSON & BEAR, LLP

2040 Main St., 14th Fl., Irvine, CA 92614
T (949) 760-0404

Perry D. Oldham
Perry.Oldham@knobbe.com

March 4, 2020

H. Mark Lyon
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road, Palo Alto, CA 94304-1211

Re:     Masimo Corp. and Cercacor Laboratories, Inc. v. Apple Inc.

Dear Mark:

Masimo and Cercacor understand from the February 25, 2020, conference of counsel that Apple disputes whether it had reason to know that Marcelo Lamego and Michael O'Reilly had a duty not to disclose Masimo or Cercacor information to Apple.  Based on this position, Masimo and Cercacor are very concerned that Apple will continue to publish Masimo's and Cercacor's confidential information, particularly in patent applications.  Accordingly, Masimo and Cercacor request that Apple immediately request non-publication for any pending applications concerning physiological monitoring that may contain information from former Masimo or Cercacor employees.  At least the following individuals have left Masimo or Cercacor and subsequently worked for Apple:

| | | | |
|---|---|---|---|
| Cornelius Rath | Yinghui Lu | Shruti Koneru | Haritha Haridas |
| Marcelo Lamego | Joseph Jagenow | Swapnil Harsule | Rich Young |
| Ehsan Masoumi | Vincent Wayne | John Aguilar | Johannes Bruinsma |
| Michael O'Reilly | Will Regan | Boris Oreshkin | Felipe Tonello |
| Ottavia Golfetto | Inje Lee | Pekka Talke | |

Masimo and Cercacor also request that Apple notify them before publishing any such applications so that they can evaluate whether such publication would disclose any of their trade secrets.

Please confirm that Apple will honor the above requests.  Thank you for your attention to this matter.

Best regards,

Perry D. Oldham

32323380

# EXHIBIT 25

Newsroom

**PRESS RELEASE**
September 15, 2020

# Apple Watch Series 6 delivers breakthrough wellness and fitness capabilities

Featuring a Blood Oxygen sensor and app, new case finishes, and watchOS 7



Introducing Apple Watch Series 6, featuring a revolutionary Blood Oxygen sensor and app.

Cupertino, California — Apple today announced Apple Watch Series 6, introducing a revolutionary Blood Oxygen feature that offers users even more insight into their overall wellness. Apple Watch Series 6 delivers many notable hardware improvements, including a faster S6 System in Package (SiP) and next-generation always-on altimeter, along with its most colorful lineup yet, featuring a beautiful palette of new case finishes and bands. watchOS 7 brings Family Setup, sleep tracking, automatic handwashing detection, new workout types, and the ability to curate and share watch faces, encouraging customers to be more active, stay connected, and better manage their health in new ways.

"Apple Watch Series 6 completely redefines what a watch can do," said Jeff Williams, Apple's chief operating officer. "With powerful new features, including a Blood Oxygen sensor and app,[1] Apple Watch becomes even more indispensable by providing further insight into overall well-being."



Apple Watch Series 6 offers its most colorful collection yet.

## Blood Oxygen Sensor and App

Apple Watch Series 6 expands the health capabilities of previous Apple Watch models with a new feature that conveniently measures the oxygen saturation of the user's blood, so they can better understand their overall fitness and wellness. Oxygen

Exhibit 25
-126-

saturation, or SpO2, represents the percentage of oxygen being carried by red blood cells from the lungs to the rest of the body, and indicates how well this oxygenated blood is being delivered throughout the body.

To compensate for natural variations in the skin and improve accuracy, the Blood Oxygen sensor employs four clusters of green, red, and infrared LEDs, along with the four photodiodes on the back crystal of Apple Watch, to measure light reflected back from blood. Apple Watch then uses an advanced custom algorithm built into the Blood Oxygen app, which is designed to measure blood oxygen between 70 percent and 100 percent. On-demand measurements can be taken while the user is still, and periodic background measurements occur when they are inactive, including during sleep. All data will be visible in the Health app, and the user will be able to track trends over time to see how their blood oxygen level changes.



The new Blood Oxygen sensor and app conveniently measure the oxygen saturation of blood so users can better understand their overall fitness and wellness.

Apple is joining forces with researchers to conduct three health studies that include using Apple Watch to explore how blood oxygen levels can be used in future health applications. This year, Apple will collaborate with the University of California, Irvine, and Anthem to examine how longitudinal measurements of blood oxygen and other physiological signals can help manage and control asthma.

Separately, Apple will work closely with investigators at the Ted Rogers Centre for Heart Research and the Peter Munk Cardiac Centre at the University Health Network, one of the largest health research organizations in North America, to better understand how blood oxygen measurements and other Apple Watch metrics can help with management of heart failure. Finally, investigators with the Seattle Flu Study at the Brotman Baty Institute for Precision Medicine and faculty from the University of Washington School of Medicine will seek to learn how signals from apps on Apple Watch, such as Heart Rate and Blood Oxygen, could serve as early signs of respiratory conditions like influenza and COVID-19.



The Blood Oxygen sensor employs LEDs, along with photodiodes on the back crystal of Apple Watch Series 6.

## Design and Performance

Apple Watch Series 6 improves performance through redesigned hardware that packs even more features and power into the same impressively small design. Using a new dual-core processor based on A13 Bionic in iPhone 11, the upgraded S6 SiP runs up to 20 percent faster, allowing apps to also launch 20 percent faster, while maintaining the same all-day 18-hour battery life.[2] Additionally, Apple Watch Series 6 features the U1 chip and Ultra Wideband antennas,[3] which will enable short-range wireless location to support new experiences, such as next-generation digital car keys. Apple Watch Series 6 offers faster charging, completing a full charge in under 1.5 hours, and improved battery life for tracking certain workouts, such as indoor and outdoor runs.

An enhanced Always-On Retina display on Apple Watch Series 6 is up to 2.5 times brighter than Apple Watch Series 5 outdoors when the user's wrist is down, making it much easier to see a watch face in bright sunlight. When their wrist is down, the user can also now access Notification Center and Control Center, tap on complications, and swipe to change faces without having to wake their watch screen.

Exhibit 25
-127-



The Always-On Retina display is 2.5 times brighter while the user's wrist is down.

### Always-On Altimeter

The always-on altimeter provides real-time elevation all day long by using a new, more power-efficient barometric altimeter, along with GPS and nearby Wi-Fi networks. This feature allows for the detection of small elevation changes above ground level, up and down to the measurement of 1 foot, and can be shown as a new watch face complication or workout metric.



The always-on altimeter on Apple Watch Series 6 provides real-time elevation all day long.

### Apple Watch Collection

This fall, customers have more choices than ever with stunning new cases and bands to suit every style preference. For the first time, a new blue color joins the silver, space gray, and gold aluminum case options, along with a (PRODUCT)RED Apple Watch with exclusive matching bright red bands. Stainless steel models are now available in graphite — a rich gray-black hue with a striking high-shine finish — and an updated classic yellow gold color. Apple Watch Edition is available in natural and space black titanium.



Apple Watch Series 6 with the distinct Braided Solo Loop and blue aluminum case.

Three all-new band styles offer customers innovative options that provide a tailored and comfortable fit without traditional clasps or buckles. In an industry first, the ultralight Solo Loop introduces a continuous and stretchable band design that comes

Exhibit 25
-128-

in two materials: soft silicone and braided yarn. A special UV treatment process used on the soft silicone of the Solo Loop creates a smooth, silky finish, while a precision-knitting method using recycled yarn and polyester threads, giving unique stretchability and a distinct look to the Braided Solo Loop. To ensure the best fit, a new sizing system offers nine available lengths for the Solo Loop styles. The first-of-its-kind Leather Link wraps elegantly around the wrist, effortlessly attaching on the other side with flexible molded magnets.



Apple Watch Nike now comes with new colors for the Nike Sport Band and Nike Sport Loop.

Apple Watch Nike now comes with new colors for the Nike Sport Band and Nike Sport Loop, and a new Nike Compact watch face allows for multiple Nike Run Club complications. Apple Watch Hermès offers stainless steel cases in silver or space black paired with Single or Double Tour styles in an assortment of vibrant new colors. The fall collection also unveils the Hermès Attelage Single Tour and slimmer Attelage Double Tour bands, which feature a refined connection to the case that reflects the brand's equestrian heritage, and a new Hermès Circulaire watch face that offers increased options for complications.



Apple Watch Hermès introduces the Hermès Attelage Single Tour and slimmer Attelage Double Tour bands, along with new colors of classic band styles.

### watchOS 7

With watchOS 7, customers can take personalization to the next level with seven new watch face options, including Stripes, Chronograph Pro, GMT, and Artist, while curating, discovering, and sharing new watch face configurations with others. New health and fitness features, including low-range VO2 Max, sleep tracking, automatic handwashing detection, and new workout types, can help users better understand overall well-being. Conveniently accessible on the wrist, Maps includes cycling directions and Siri offers language translation.

Exhibit 25
-129-



watchOS 7 features seven new watch face options — including Chronograph Pro and GMT — plus new watch face configurations users can curate, discover, and share with others.

### Family Setup and Optimized Features for the Entire Family

Family Setup[4] in watchOS 7 extends Apple Watch to the entire family by allowing kids and older family members of the household who do not have an iPhone to benefit from the connectivity, safety, and fitness features of Apple Watch. Kids can take advantage of communication and personalization capabilities, access Emergency SOS at any time, enjoy an Activity rings experience that has been optimized just for them, and utilize a new mode called Schooltime, which can help them stay focused and attentive while learning at home or in the classroom.

watchOS 7 also offers optimized features for older adults, starting with a simplified onboarding and configuration process, along with a refreshed X-Large face that shows the time and a rich complication at a glance. Older adults can also benefit from a new Health Checklist in the Health app on iPhone, which offers the ability to track whether health features like fall detection have been enabled in one centralized view.

### Pricing and Availability

- Apple Watch Series 6 (GPS) starts at **$399** and Apple Watch Series 6 (GPS + Cellular) starts at **$499**.

- Apple Watch Series 6 (GPS) is available to order today from apple.com and in the Apple Store app, with availability beginning Friday, September 18, in the *US, Puerto Rico,* and 27 other countries and regions.

- Apple Watch Series 6 (GPS + Cellular) is available to order today from apple.com and in the Apple Store app, with availability beginning Friday, September 18, in the *US, Puerto Rico,* and 21 other countries and regions. For carrier availability, visit apple.com/watch/cellular.

- Apple Watch Nike is available to order today from apple.com and in the Apple Store app, with availability beginning Friday, September 18, in the *US, Puerto Rico,* and more than 27 other countries and regions. For more information, visit apple.com/apple-watch-nike or nike.com/applewatch.

- Apple Watch Hermès is available to order today from apple.com and in the Apple Store app, with availability beginning Friday, September 18, in the *US* and more than 14 other countries and regions. For more information, visit apple.com/apple-watch-hermes or hermes.com/applewatchhermes.

- New Apple Watch bands are available to order today from apple.com and in the Apple Store app, with availability beginning Friday, September 18. Solo Loop and Braided Solo Loop in (PRODUCT)RED will be available in late October. Solo Loop and Braided Solo Loop are compatible with Apple Watch Series 4 and later.

- watchOS 7 will be available for Apple Watch Series 3 and later on September 16, and requires iPhone 6s or later running iOS 14. Not all features are available on all devices.

- When customers buy directly from Apple, Apple Watch Studio gives them the exclusive opportunity to pick their preferred case and band combination to create a look that is uniquely their own.

- Customers looking for convenient, contactless service are able to find many of the same shopping and support services from apple.com. Customers can chat with an Apple Specialist and get shopping help, choose monthly financing options, trade in eligible devices, and get Genius support and no-contact delivery. In-store pickup is also available. Customers are encouraged to check apple.com/retail for more information on the health and safety measures in place, and the services available at their local store.

- Customers in the US can trade in their eligible device for an Apple Gift Card or credit toward their purchase. If the device is not eligible for credit, Apple will recycle it for free.[5]

- Three months of Apple Fitness+ are included for customers who purchase Apple Watch Series 3 or later starting September 15, 2020. This extended trial is available for a limited time.[6]

- Customers in the US who buy directly from Apple can choose Apple Card Monthly installments to pay for their Apple Watch over 24 months, interest-free, and get 3 percent Daily Cash back all upfront. Customers who choose to pay in full with their Apple Card also get 3 percent Daily Cash back.

- Customers can extend their limited warranty with AppleCare+ and get accidental damage coverage and 24/7 priority access to technical support.

- Customers who buy Apple Watch directly from Apple can enjoy a free Online Personal Session with an Apple Specialist to help them explore and discover all the amazing things they can do with their new Apple Watch.[7]

- In line with Apple's commitment to the environment, there are industry-leading amounts of recycled content in Apple Watch Series 6, with 100 percent recycled rare earth elements in the Taptic Engine, nearly 100 percent recycled tungsten throughout the product, and a 100 percent recycled case on aluminum models. Apple is also helping the environment by removing the AC adapter that could become electronic waste from Apple Watch Series 6 packaging, and helping its Apple Watch manufacturing partners transition to renewable energy.

*To see all of the latest announcements and photos from today's keynote event, check out the wrap-up on Apple Newsroom.*

### Share article

Images of Apple Watch Series 6
Download all images

**Exhibit 25**
**-130-**

have revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch, and Apple TV. Apple's five software platforms — iOS, iPadOS, macOS, watchOS, and tvOS — provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay, and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

1. Blood Oxygen app measurements are not intended for medical use, including self-diagnosis or consultation with a doctor, and are only designed for general fitness and wellness purposes.
2. Battery life varies by use.
3. Not available in all countries.
4. Requires cellular models of Apple Watch Series 4 or later, or Apple Watch SE.
5. Trade-in values will be based on the condition, year, and configuration of your trade-in device, and may also vary between online and in-store trade-in. You must be at least 18 years old. Offer may not be available in all countries. In-store trade-in requires presentation of a valid government-issued photo ID (local law may require saving this information). Additional terms from Apple or Apple's trade-in partners may apply.
6. $9.99 per month or $79.99 per year after free trial. No commitment. Plan automatically renews until cancelled.
7. In most countries.

## Press Contacts

**Lance Lin**
Apple
lance_lin@apple.com
(408) 974-5036

**Nikki Rothberg**
Apple
nrothberg@apple.com
(408) 974-4427

**Apple Media Helpline**
media.help@apple.com
(408) 974-2042

## Latest Articles



**PRESS RELEASE**
Apple brings online store to India September 23
September 17, 2020

 Newsroom

The latest news and updates, direct from Apple.

Read more ›

 › Newsroom › Apple Watch Series 6 delivers breakthrough wellness and fitness capabilities

| Shop and Learn | Services | Apple Store | For Business | Apple Values |
|---|---|---|---|---|
| Mac | Apple Music | Find a Store | Apple and Business | Accessibility |
| iPad | Apple News+ | Shop Online | Shop for Business | Education |
| iPhone | Apple TV+ | Genius Bar | **For Education** | Environment |
| Watch | Apple Arcade | Today at Apple | Apple and Education | Inclusion and Diversity |
| TV | Apple Books | Apple Camp | Shop for K-12 | Privacy |
| Music | Apple Card | Field Trip | Shop for College | Supplier Responsibility |
| AirPods | iCloud | Apple Store App | **For Healthcare** | **About Apple** |
| HomePod | | Refurbished and Clearance | Apple in Healthcare | Newsroom |
| iPod touch | **Account** | Financing | Health on Apple Watch | Apple Leadership |
| Accessories | Manage Your Apple ID | Apple Trade In | Health Records on iPhone | Job Opportunities |
| Gift Cards | Apple Store Account | Order Status | **For Government** | Investors |
| | iCloud.com | Shopping Help | Shop for Government | Events |
| | | | Shop for Veterans and Military | Contact Apple |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2020 Apple Inc. All rights reserved.   Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map      United States

Exhibit 25
-131-

# EXHIBIT 26

# Blood Oxygen
## A breath of fresh innovation.

Exhibit 26
-132-

Your blood oxygen level is a key indicator of your overall wellness. It can help you understand how well your body is absorbing oxygen, and the amount of oxygen delivered to your body. The remarkable new sensor and app in Apple Watch Series 6 allow you to take on-demand readings of your blood oxygen as well as background readings, day and night. [1]

**Exhibit 26**
**-133-**

# EXHIBIT 27

9/26/2020
A plan to save coronavirus patients from dying at home - CNN

CNN health                                          ● LIVE TV  ◎  ☰

## A plan to save coronavirus patients from dying at home

By **Elizabeth Cohen** and **John Bonifield**, CNN
🕐 Updated 8:50 AM ET, Sun April 12, 2020

**(CNN)** — While coronavirus cases and deaths have overwhelmed US hospitals, there have been reports, too, of coronavirus patients around the country dying in their homes.

In New York, the number of daily household deaths is 8 to 10 times higher than normal, one city official said.

"Typically in New York City, on an average day, about 20 to 25 people die at home, but now in this crisis, and for several days running, it's been over 200 people a day who are dying at home," said New York City Councilman Mark Levine, who chairs the city's Council Committee on Health. "We presume that most of that increase is due to coronavirus."



The issue is that people with coronavirus might seem like they're doing OK, and then become very sick very quickly.

In Cleveland, Ohio, a team of researchers at University Hospitals is running a small pilot program designed to help save the lives of coronavirus patients who run into trouble while battling the virus at home.

Patients who come into the emergency department but aren't sick enough to be admitted to the hospital are sent home with a sensor to wear on their finger.

**Related Article:** The mystery of why the coronavirus kills some young people

✕

*The Results Are In*
WITH DR. SANJAY GUPTA

**Sign up for the Results Are In Newsletter**

Get the latest expert advice to live
a healthier and happier life

[ Sign Me Up ]

[ No, Thanks ]

By subscribing you agree to our Privacy Policy

**Exhibit 27**
**-134-**



# CNN health

● LIVE TV

"Ultimately, they go home and know somebody is watching their breathing and their oxygen levels, which are the early signs that someone is going to get sick, and it gives them peace of mind," said Dr. Peter Pronovost, a patient safety expert and MacArthur "genius grant" recipient who helped develop the mobile platform behind the technology.



COURTESY MASIMO

The Masimo SafetyNet is being used to monitor the oxygen levels of coronavirus patients recovering at home.

Leonardo Frazier, 54, a janitor at a recreation center in Chardon, Ohio, is one of the unsung heroes of the coronavirus pandemic. Before he contracted coronavirus, he spent his days cleaning sinks and lockers and wiping down counters and bathrooms. He thinks he might have contracted the virus at work.

On March 27, Frazier's symptoms became so severe he could hardly breathe. He went to the emergency room.

"They wanted to try out a device on me to monitor me at home," he said.

Three days later, on April 1, while wearing the sensor at his home, his oxygen levels dropped. His heart was racing. He was dizzy and nauseated. His blood pressure spiked.

Then his phone rang.

It was the doctors who'd been monitoring him.

They told him he needed to come to the ER immediately.

Exhibit 27
-135-

9/26/2020                                              A plan to save coronavirus patients from dying at home - CNN

 health

● LIVE TV    ☰

Leo Frazier, 54, wore a sensor on his finger and wrist while recovering from coronavirus at home.

Frazier spent seven days in the hospital, recovering in an isolation room and relying on supplemental oxygen to stay alive.

He had been home alone that day and said he felt so weak, he's not sure would have known what to do. He's also not sure emergency responders would have been able to get to him if ge'd called for help.

In a video he shared with CNN, he holds up the sensor and -- still breathing heavily -- says, "I just want to show you the device that kind of like saved my life."

Pronovost developed the mobile platform for the device and sold it to Masimo, a medical device company, which now markets the device under the name SafetyNet. He said he holds no financial interest in the technology.

"There's an urgent need to scale this," he said. "We believe this technology could help save lives."

Until then, most coronavirus patients who are at home will have to depend on themselves.

### Get CNN Health's weekly newsletter

Sign up here to get **The Results Are In with Dr. Sanjay Gupta** every Tuesday from the CNN Health team.

"Someone who's at home -- your body is going to tell you when you're not getting enough oxygen. You will feel terrible," Levine said. "If what you're experiencing is extreme difficulty breathing, which often manifests itself by inability to say more than a word or two at a time, then you need to call 911, because you're experiencing respiratory failure."

Right now, so many people are dying at home in New York City that they're not even testing them after death for coronavirus, said Levine, the city councilman.

"We simply don't have the testing capacity for the large numbers dying at home," he wrote on Twitter.

Search CNN...                                                                                                          🔍

US

World

Politics

Business

Opinion

Health

Exhibit 27
-136-

Case 8:20-cv-00048-JVS-JDE   Document 207-1   Filed 09/28/20   Page 154 of 154   Page ID #:14726



Tech

Style

Travel

Sports

Videos

Coupons

More

Weather

**FOLLOW CNN**

Terms of Use    Privacy Policy    Do Not Sell My Personal Information    AdChoices    About Us    CNN Studio Tours    CNN Store    Newsletters    Transcripts    License Footage

CNN Newsource    Sitemap

© 2020 Cable News Network.   A Warner Media Company.   All Rights Reserved.

CNN Sans ™ & © 2016 Cable News Network.

Exhibit 27
-137-