# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO STAY** |

Having considered Plaintiffs' Application for Leave to File Under Seal (1) portions of Plaintiffs' Opposition to Apple's Motion to Stay the Patent Infringement Case ("Opposition"); (2) portions of the Declaration of Joe Kiani in Support of Plaintiffs' Opposition ("Kiani Declaration"); (3) portions of the Declaration of Catharine M. Lawton in Support of Plaintiffs' Opposition ("Lawton Declaration"); and (4) Exhibit 20 to the Declaration of Stephen Larson in Support of Plaintiffs' Opposition ("Larson Declaration"), and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal (1) the unredacted portions of the Opposition; (2) the unredacted portions of the Kiani Declaration; (3) the unredacted portions of the Lawton Declaration; and (4) Exhibit 20 to the Larson Declaration.

DATED: _____          _____

                                                                  The Honorable James V. Selna
United States District Judge

33283466