1   Joseph R. Re (Bar No. 134479)
    joseph.re@knobbe.com
2   Stephen C. Jensen (Bar No. 149894)
    steve.jensen@knobbe.com
3   Perry D. Oldham (Bar No. 216016)
    perry.oldham@knobbe.com
4   Stephen W. Larson (Bar No. 240844)
    stephen.larson@knobbe.com
5   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
6   2040 Main Street, Fourteenth Floor
    Irvine, CA 92614
7   Telephone:  (949) 760-0404 Facsimile: (949) 760-9502
8
    Adam B. Powell (Bar No. 272725)
9   adam.powell@knobbe.com
    **KNOBBE, MARTENS, OLSON & BEAR, LLP**
10  12790 El Camino Real
    San Diego, CA 92130
11  Telephone: (858) 707-4000 Facsimile: (858) 707-4001
12
    Attorneys for Plaintiffs,
13  Masimo Corporation and Cercacor Laboratories, Inc.

14          **IN THE UNITED STATES DISTRICT COURT**
15         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
                    **SOUTHERN DIVISION**
16

| | |
|---|---|
| 17  MASIMO CORPORATION, a Delaware corporation; and | ) Case No. 8:20-cv-00048-JVS-JDE |
| 18  CERCACOR LABORATORIES, INC., a Delaware corporation | ) ) Hon. James V. Selna<br>) Magistrate Judge John D. Early |
| 19          Plaintiffs, | ) )  **DECLARATION OF JOE KIANI IN** |
| 20       v. | )  **SUPPORT OF PLAINTIFFS'**<br>)  **OPPOSITION TO APPLE'S** |
| 21  APPLE INC., a California corporation | )  **MOTION TO STAY THE PATENT**<br>)  **INFRINGEMENT CASE PENDING** |
| 22 | )  *INTER PARTES* **REVIEW**<br>)  **PROCEEDINGS** |
| 23          Defendant. | ) ) |
| 24 | )  Date:       October 19, 2020<br>)  Time:       1:30 p.m. |
| 25 | )  Ctrm:      10C<br>)  Judge:     Hon. James V. Selna |
| 26 | ) ) |

27          **REDACTED VERSION OF DOCUMENT**
28          **PROPOSED TO BE FILED UNDER SEAL**

1  I, Joe Kiani, hereby declare:

2      1.    I am the Chief Executive Officer for both Masimo Corporation

3  ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively,

4  "Plaintiffs").   I have personal knowledge of the matters set forth in this

5  declaration and, if called upon as a witness, would testify competently thereto.

6  I submit this declaration in support of Plaintiffs' Opposition to Apple's Motion

7  to Stay The Patent Infringement Case Pending *Inter Partes* Review

8  Proceedings.

9      2.    Masimo is a global medical technology company that develops

10  and manufactures products that noninvasively monitor physiological

11  parameters, such as oxygen saturation, pulse rate, respiratory rate, and more.  I

12  have been the CEO of Masimo since 1989 when I founded the company.

13      3.    In 1998, Masimo spun certain technologies into a new company

14  named Masimo Laboratories, Inc.  The name of that company later changed to

15  Cercacor Laboratories.  I have been the CEO of Masimo Laboratories and

16  Cercacor since the company was founded in 1998.  Masimo and Cercacor

17  collaborate on technology developments and cross-license technologies to each

18  other.

19      4.    Plaintiffs sell a variety of patient monitoring products for clinical

20  use. ████████████████████████████████████████

21  ██████████████████████████████████████████████

22  ██████████████████████████████████████████████

23  ██████████████████████████████████████████████

24  ██████████████████████████████████████████████

25  ██████████████████████████████████████████████

26  ██████████████████████████████████████████

27      5.    ████████████████████████████████████████

28  ██████████████████████████████████████████████

1 ████████████████████████████████████████████████████████████

2 ████████████████████████████████████   As  hospitals  became  over-

3 crowded,  we  responded  and  provided  the  only  product  that  clinicians  could

4 trust  to  monitor  patients  at  home  while  they  recovered  from  COVID-19,  and

5 seamlessly  provide  that  data  back  to  the  clinicians.   Clinicians  trust  our  product

6 because,  among  other  things,  it  reliably  measures  oxygen  saturation  in  the

7 presence  of  noise  from  motion  and  low  perfusion.

8      6.   ██████████████████████████████████████

9 ████████████████████████████████████████████████████████████

10 ██████████████████████████████████████   ███████████████████

11 ████████████████████████████████████████████████████████████

12 ████████████████████████████████████████████████████████████

13 ██████████████████████████████████   Masimo  SafetyNet  uses

14 smartphone  applications  to  transmit  data  to  clinicians  who  are  monitoring

15 patients  at  home.   If  the  clinician  determines  that  intervention  is  needed,  they

16 can  call  the  patient  and  ask  them  to  come  to  the  hospital  or  even  call  an

17 ambulance  to  bring  the  patient  to  the  hospital.

18      7.   ██████████████████████████████████████

19 ████████████████████████████████████████████████████████████

20 ██████████████████████████████████

21           ████████████████████████████████

22           ████████████████████████████████

23      8.   In  2013,  based  on  requests  from  Apple,  I  (along  with  others)  met

24 with  Apple,  subject  to  a  confidentiality  agreement,  to  discuss  Apple's  desire  to

25 integrate  Plaintiffs'  technology  into  Apple's  products.   I  believed  our

26 discussions  with  Apple  were  productive,  but  Apple  cut  off  the  discussions.

27      9.   Following  our  meetings  with  Apple  in  2013,  Apple  hired

28 Masimo's  Chief  Medical  Officer—Dr.  Michael  O'Reilly.   Apple  then  hired

1  Cercacor's Chief Technical Officer—Marcelo Lamego, and has since hired

2  multiple other former employees from Plaintiffs.

3      10.   I believe we will be harmed in the marketplace if the pending

4  litigation against Apple is stayed.  Currently, we are competing against Apple

5  for sales to consumers of products that measure pulse rate and/or oxygen

6  saturation.  ████████████████████████████████████████

7  ████████████████████████████████                        While Series 6 does

8  not appear to include clinical-grade pulse oximetry, I have seen reports from

9  consumers and others suggesting that the Series 6 be used as a medical product.

10  Not only will that harm consumers themselves, it will also reduce our

11  opportunities to sell truly clinical-grade products to consumers.  If this case is

12  stayed and Plaintiffs are delayed in obtaining permanent injunctive relief, I

13  believe Apple will be able to capture significant sales and opportunities from

14  Plaintiffs during the stay.

15      11.   We began testing the Series 6 Watch after it was available for sale

16  on September 18.  Based on our preliminary tests comparing Series 6 to our

17  own clinical-grade products, the oxygen saturation feature in the current Series

18  6 does not reliably measure oxygen saturation.  Sometimes, the Series 6

19  returned accurate measurements but other times it returned measurements that

20  were too high or too low.  A false high reading may cause users to avoid

21  seeking medical attention that they need.  A false low reading may cause users

22  to seek medical attention that they do not need. Without a reference device, the

23  user would not know whether the Series 6 was returning accurate or inaccurate

24  readings.  For example, a person with COVID-19 that has an SpO2 value of

25  93% should probably seek medical attention.  Apple's Series 6 would

26  sometimes cause such a patient to avoid seeking such care that they need or

27  cause other patients to seek care that they do not need.  Typically, people feel

28  uncomfortable when their SpO2 reaches 93%, but COVID-19 can mask such

1   symptoms, which is referred to as "happy hypoxemia."   A reliable pulse

2   oximeter is important to show when a patient needs clinical care.

3        12.   Below are some examples of tests showing both accurate readings

4   and inaccurate readings.   In Figure 1, the Apple Watch measured SpO2

5   accurately most of the time, but completely missed some desaturation events to

6   approximately 90%.  In Figure 2, the Apple Watch provided few measurements

7   and incorrectly indicated significant desaturation events to as low as 82% even

8   though the subject's oxygen saturation never dropped below 95%.  In Figure 3,

9   the Apple Watch incorrectly identified some desaturation events as low as 92%

10  and failed to identify other desaturation events as low as 86%.

11  <u>Figure 1</u>



-4-



1   I declare under penalty of perjury under the laws of the United States that

2   the foregoing is true and correct

3   Executed on September 28, 2020, at Irvine, California.

4

5

6   Joe Kiani

7

8

33470742

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-