Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone:  (949) 760-0404 Facsimile:  (949) 760-9502

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF CATHARINE M. LAWTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO STAY THE PATENT INFRINGEMENT CASE PENDING INTER PARTES REVIEW PROCEEDINGS**<br><br>Date:  October 19, 2020<br>Time:  1:30 p.m.<br>Ctrm:  10C<br>Judge:  Hon. James V. Selna |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, Catharine M. Lawton, hereby declare:

1.    I am a Managing Director at Berkeley Research Group and have over 35 years of experience assisting clients and counsel involved in business problems, disputes, and litigation.  I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.   I submit this declaration in support of Plaintiffs' Opposition to Apple's Motion to Stay the Patent Infringement Case.

## BACKGROUND AND QUALIFICATIONS

2.    I have more than 35 years of experience advising clients on a variety of subjects including the general issue of damages, intellectual property infringement damages and related subjects.   I am currently a Managing Director at Berkeley Research Group, LLC ("BRG") and one of the leaders of BRG's Intellectual Property practice.  BRG is a leading international consulting firm that specializes in advising companies and counsel regarding the economic, financial, valuation and strategy issues related to complex business problems, disputes and litigation.  Prior to joining BRG, I was a Director at LECG, LLC ("LECG").  Prior to joining LECG, I was a Managing Director of InteCap, Inc. ("InteCap"), a member of InteCap's Management Committee and one of its founders.  Previously, I was an Executive Vice President and one of the founders of Technology & Dispute Resolution Consulting, Inc. ("TDRC"), the predecessor of InteCap.  Prior to founding TDRC, I was a Vice President of Peterson Consulting, LLC (f/k/a Peterson & Co.) and Service Line Leader of Peterson Consulting's commercial litigation and intellectual property practice.

3.    While at Peterson & Co. and Peterson Consulting, LLC ("Peterson Consulting") from 1985 to 1998, I was promoted to positions of increasing responsibility culminating in my promotion to Vice President in January 1992.  Peterson & Co. was organized in October 1980 by Alan Peterson and was the first company in the world to provide economic, financial, valuation and

strategic consulting and advisory services on a full-time basis to clients and counsel involved in complex business problems, disputes and litigation.  In or about 1989, Peterson & Co. changed its name to Peterson Consulting.   At Peterson Consulting, my numerous business consulting and litigation assignments included a variety of contract, regulatory and intellectual property disputes in a wide range of industries such as:   (a) warehouse automation project reviews and cost overrun analyses on numerous projects where I was also part of the equitable price adjustment presentation teams; (b) exposure analysis related to advertised placement statistics versus actual placement statistics for a technical college; (c) defense contractor inventory system review and analysis where I was part of the team that conducted the onsite review of the client's inventory systems and records; (d) troubled loan review for a large commercial bank where I was part of the team that conducted the onsite review of the borrower's business, business plans and budgets and ability to repay the loan; (e) review and analysis regarding a notice of proposed rulemaking for a large telecommunications company; (f) technology valuation consulting with the sales, marketing and accounting personnel at a large, heavy manufacturing company; and (g) various licensing reviews and analyses.  My work included detailed revenue, cost and profitability analyses, incremental cost analysis, budget and financial statement analysis, inventory review and analysis, financial forecast analysis, and statistical studies, among others.

4.     In July 1998, I and three of my partners at Peterson Consulting founded TDRC, which was one of the early specialized firms that was organized to provide economic, financial, valuation, and strategic consulting and advisory services to clients and counsel involved in intellectual property licensing, business problems and disputes and litigation. In or about 2000, TDRC changed its name to InteCap.  While at TDRC/InteCap from July 1998 to April 2004, my work continued to include numerous business consulting and

litigation assignments in a variety of industries.

5.     In May 2004, I joined LECG, LLC ("LECG"), which was then a leading international consulting firm that specialized in advising companies and counsel regarding the economic, financial, valuation and strategy issues related to complex business problems, disputes and litigation.  While at LECG from May 2004 through February 2011, my work continued to include numerous business consulting and litigation assignments in a variety of industries.

6.     In March 2011, I joined BRG.  While at BRG from March 2011 to date, my work has continued to include numerous business consulting and litigation assignments in a variety of industries.

7.     I have significant consulting experience over many years in wide variety of industries in which I have evaluated intellectual property damages including patent infringement.  For example, I have significant experience in intellectual property disputes involving pharmaceuticals, biotechnology and medical devices, among others.

8.     In 2015, and again in every year from 2016 through 2020, I was named to Intellectual Asset Management's *IAM Patent 1000:  The World's Leading Patent Practitioners,* as a leading patent litigation expert witness.

9.     During my career, I have prepared a number of papers and given a number of presentations on the general subject of damages and intellectual property damages.

10.     I received my Bachelor of Science degree in Finance from the University of Illinois in Urbana-Champaign, Illinois in 1984, graduating with high honors. My CV and testimony history are attached as Exhibit A.

11.     BRG has no past, current or contemplated future interest in either Plaintiffs or Defendant or this litigation.  BRG is being compensated for the services it has performed in connection with this assignment based upon BRG's hourly billing rates plus expenses.   BRG's compensation is in no way

-3-

contingent upon BRG's work in this case, my opinions, analyses, testimony, or the outcome in any proceeding relating to this case.  My current billing rate for this engagement is $800 per hour.

12.   The opinions expressed in this declaration are my own, and have been developed based on my assignment and investigation, the currently available information, my work to date, as well as my education, training and professional experience.

13.   As part of my investigation in this case, I reviewed a significant body of academic literature on industry economics regarding platform business models, network effects, and digital convergence, particularly as those economic theories relate to Apple's business.  My review included peer-reviewed papers, Apple case studies authorized by Apple, and numerous books, publicly available Apple business records including Securities and Exchange Commission ("SEC") filings, Apple earnings call transcripts, Apple press releases and product information, and Apple product launch material and presentations, and numerous other sources including trade press articles, trial transcripts in other litigations in which Apple was a party, among others.

## PLATFORM BUSINESS MODELS

14.   Platform business models create "digital communities and marketplaces that allow different groups to interact and transact."[1]  "Platforms use technology to connect people, organizations and resources in an interactive ecosystem in which enormous value is created and exchanged. … Platforms invert companies, transforming firms' traditional focus on internal value creation to an outward focus on external value creation."[2]

---

[1] Jennifer L. Schenker, "The Platform Economy," *TheInnovator,* January 19, 2019, *available at* https://innovator.news/the-platform-economy-3c09439b56.

[2] Geoffrey Parker, Marshall VanAlstyne, "How Digital Platforms are Revolutionizing Markets," *MIT Digital Community,* April 7, 2016, *available at*

15.     Platform businesses are built on network effects which are a source of value—the more network effects, the stronger the platform,[3] and the more valuable it becomes.[4]  The goal of the platform is to harness network effects to create massive scale by increasing transaction volume and value.[5] "[C]ompetitive advantage derives from the ability to consummate the match. The more matches, the more transactions, the more value they create.  Platforms that perform matches efficiently have developed as a new ecosystem model of commerce."[6]  The new ecosystem model uses network effects to build platforms where users attract other users and generates positive feedback that grows the system.  As more users join the platform, more developers join the platform. This then attracts more users, which attracts more developers. The foregoing tends to result in market concentration—and winner-take-all markets.[7]  "That's

---

https://web.archive.org/web/20180126004403/http://digitalcommunity.mit.edu/community/featured_content/platform-economics/blog.

[3] "Platform Strategy & Ecosystems," *Apigee*, May 6, 2014, Slide 25, *available at* http://www.slideshare.net/apigee/platform-strategy-and-digital-ecosystems-obc-140506-final?related=1.

[4] Marshall Van Alstyne, "Platform Shift:  How New Biz Models Are Changing the Shape of Industry," *The MIT Center for Digital Business*, March 11, 2015, Slide 18, 19, *available at* http://www.slideshare.net/InfoEcon/platform-shift-how-new-business-models-are-changing-the-shape-of-industry?related=2.

[5] "Q&A with Marshall Van Alstyne, Professor, Boston University School of Management and Research Scientist MIT Center for Digital Business," *The Open Group*, August 13, 2014, *available at* http://blog.opengroup.org/2014/08/13/qa-with-marshall-van-alstyne-professor-boston-university-school-of-management-and-research-scientist-mit-center-for-digital-business/.

[6] Marshall Van Alstyne, Sangeet Choudary, Geoffery Parker "Platform Strategies and the Next Economic Revolution," *MIT Digital Community*, July 22, 2013, *available at* http://digitalcommunity.mit.edu/community/featured_content/platform-economics/blog.

[7] "Q&A with Marshall Van Alstyne, Professor, Boston University School of Management and Research Scientist MIT Center for Digital Business," *The Open Group*, August 13, 2014, *available at* http://blog.opengroup.org/2014/08/13/qa-with-marshall-van-alstyne-professor-boston-university-school-of-management-and-research-scientist-mit-center-for-digital-business/.

where platforms dominate."[8]  The significance of the platform phenomenon has long been recognized,[9] but received increased attention when Jean Tirole won the Noble Price in Economics in 2014 for his work on antitrust regulation, market power and two-sided markets.[10]

16.     There are differences in the dynamics of network markets versus conventional markets, including the following:

a) **Competition in network markets differs from that in conventional markets**.  For example, in markets where network effects are strong, it can be especially difficult for newcomers to unseat rivals.  In addition, establishing an early market share advantage is important, and as a result, competition tends to develop early and can be particularly fierce. Network markets also tend toward monopolistic competition; leading firms are often able to exploit network externalities through higher pricing.

---

[8] "Q&A with Marshall Van Alstyne, Professor, Boston University School of Management and Research Scientist MIT Center for Digital Business," *The Open Group*, August 13, 2014, *available at* http://blog.opengroup.org/2014/08/13/qa-with-marshall-van-alstyne-professor-boston-university-school-of-management-and-research-scientist-mit-center-for-digital-business/.

[9] *See, e.g.,* Henning Heitkoetter, Kay Hildebrand, Claus Usener, "Mobile Platforms as Two-sided Markets," *AMCIS 2012 Proceedings*, August 2012, p. 2, *available at* https://web.archive.org/web/20170315221832/https://www.wi.uni-muenster.de/sites/wi/files/public/department/pi/publications/heitkoetter/Mobile-Platforms-as-Two-sided-Markets.pdf ("Since 2000, two-sided markets in general have received a lot of attention in economic theory.").

[10] *See, e.g.,* David S. Evans, Andrei Hagiu, Richard Schmalensee, *Invisible Engines: How Software Platforms Drive Innovation and Transform Industries*, (Boston:  The MIT Press, 2006), p. 55 ("William Baxter presented one of the first formal analyses of a two-sided business in 1983. … The notion, however, that diverse industries are based on two-sided platforms and are governed by the same economic principles is due to a pathbreaking paper by Jean Tirole and Jean-Charles Rochet that began circulating in 2001.  They showed that businesses such as computer operating systems, dating clubs, exchanges, shopping malls, and video games consoles were two-sided."). Marshall Van Alstyne, "Platform Shift:  How New Biz Models Are Changing the Shape of Industry," *The MIT Center for Digital Business*, March 11, 2015, Slide 36, *available at* http://www.slideshare.net/InfoEcon/platform-shift-how-new-business-models-are-changing-the-shape-of-industry?related=2.

b) **Standards threaten incumbents and can lock in customers and raise switching costs.**[11]   "Product standards for new technologies can pose grave threats to established incumbents.  Their main concern is that as soon as the agreed standard initiates a network effect and fuel a positive feedback loop, it can easily cannibalize sales from an older technology.  Historical examples are numerous."[12]

c) **Applications can be used as a barrier to entry.**

d) **Network externalities may facilitate platform change.**  This results from the bandwagon effect, when consumers rush to adopt a new technology they expect will become dominant.

e) **"Dominant firms may also be able to leverage their market share in a number of ways.**  These include consumer electronics as a distribution channel for additional services, and distorting open standards to their own advantage."[13]

f) **Frequency of First-Mover Advantages.**   "One of the most striking features of standardization in consumer electronics is the frequency with which early entrants capture and retain leadership in their industries... .  A close inspection of first movers' approaches reveals subtle dynamics.

---

[11] Sean Silverthrone, "Developing a Strategy for Digital Convergence," *HBS Working Knowledge*, July 17, 2006, *available at* http://hbswk.hbs.edu/item/5445.html.

[12] William Chee-Leong Lee, "Clash of the Titans:  Impact of Convergence and Divergence on Digital Media," *MIT*, June 2003, *available at* http://dspace.mit.edu/bitstream/handle/1721.1/16984/53990219.pdf.

[13] John M. Gallaugher, Yu-Ming Wang, "Understanding Network Effects in Software Markets:  Evidence from Web Server Pricing," *MIS Quarterly*, December 2002, p. 5, *available* *at* https://web.archive.org/web/20160507034507/https://www2.bc.edu/~gallaugh/misq02networkeffectsinsoftwaremarkets.pdf.

Theory suggests that first movers have a window of opportunity during which they may be protected from significant competition."[14]

17.    Platform businesses generate inertia that are resistant to change even when better solutions are available.[15]  "While scale economies may be necessary for long-run success, they are not sufficient.  Convergence is about the coming together of diverse technologies and capabilities.  Firms with broad scope can gain an advantage over narrowly focused firms if they can bring together competencies through bundling their products into adjacent markets.  When an incumbent company dominates a standard in a horizontal layer, it will be easier for that firm to influence standards in closely related technologies.  Bundling, for example, allows the incumbent to add functionality incrementally, incorporating more of the value into the dominant products or services."[16]

18.    Time-to-market, and identifying the correct "window of opportunity" is critically important for new technologies in converging industries.  "While time-to-market is always important, new technologies in converging industries must pass through a whole spectrum of windows:  there are technical windows, where standards are formulated; there are competitive windows, where competing products or services are not yet available; there are financial windows, where debt and equity markets are more accessible; and there are marketing windows, where brand, distribution, and pricing options are

---

[14] David B. Yoffie, Ed., *Competing in the Age of Digital Convergence,* (Boston: Harvard Business School Press, 1997), p. 258.

[15] David B. Yoffie, Ed. *Competing in the Age of Digital Convergence,* (Boston: Harvard Business School Press, 1997), p. 25.

[16] David B. Yoffie, Ed. *Competing in the Age of Digital Convergence,* (Boston: Harvard Business School Press, 1997), p. 26.

relatively open.  The lesson of 'lockout' is that these windows have limited life, and when they close, even superior products can be preempted."[17]

19.     Pricing strategies in platform markets can be used to gain a competitive advantage over other companies that are selling only a single product.  In cases where the platform is proprietary, there is invariably a clear "subsidy side" and a clear "money side."[18]  As David S. Evans and co-authors stated:  "[I]n many two-sided industries, one side generally gets a really good deal."[19]  For example, in Apple's digital music platform, the music is subsidy side and the iPod is "the very lucrative … money side."[20]  Apple priced individual digital song tracks at $0.99—thereby enabling customers to purchase a single track instead of the entire CD sold at bricks and mortar retailers such as Wal-Mart.  In addition, because Apple was also selling the hardware (the iPod) it could set music prices at low or no profit in order to discourage new digital music market entrants who were less likely to see a path to profitability selling digital music alone.

---

[17] David B. Yoffie, Ed. *Competing in the Age of Digital Convergence,* (Boston: Harvard Business School Press, 1997), p. 30.

[18] Thomas R. Eisenmann, Geoffrey Parker, Marshall W. Van Alstyne, "Strategies for Two-Sided Markets," *Harvard Business Review,* October 2006, *available at* https://hbr.org/2006/10/strategies-for-two-sided-markets.

[19] David S. Evans, Andrei Hagiu, Richard Schmalensee, *Invisible Engines:  How Software Platforms Drive Innovation and Transform Industries,* (Boston:  The MIT Press, 2006), p. x.

[20] Thomas R. Eisenmann, Geoffrey Parker, Marshall W. Van Alstyne, "Strategies for Two-Sided Markets," *Harvard Business Review,* October 2006, *available at* https://hbr.org/2006/10/strategies-for-two-sided-markets. *Compare to* Amazon wherein the hardware is the subsidy side and the content is the money side.  *See* Simon Hill, "Content is King:  What Amazon's New Tablet Armada Means for the Rest of the Industry," *Digital Trends,* September 6, 2012, *available at* http://www.digitaltrends.com/mobile/amazon-battles-on-multiple-fronts-with-new-device-line-up/ ("By getting affordable hardware into the hands of consumers in each price bracket, Amazon can focus on selling content. … These are extremely aggressive prices [$199/$299/$499] and Amazon knows it.  'We want to make money when people use our devices, not when they buy our devices,' [CEO Jeff] Bezos said.").

20.    It has long been known that network effects can lead to market tipping.  A market tips when "only one technology, product or service emerges as the clearly dominant player while others are marginalized or even disappear (Shapiro and Varian 1998)."[21]   For example, in 1994 economists Michael L. Katz and Carl Shapiro stated:  "In markets with network effects, there is natural tendency toward de facto standardization, which means everyone using the same system.  Because of the strong positive-feedback elements, systems markets are especially prone to 'tipping,' which is the tendency of one system to pull away from its rivals in popularity once it has gained an initial edge."[22]   Network effects create a "positive feedback effect" that is "self-reinforcing" and "makes strong competitors get stronger and any follow-on competitors grow weaker.  In its most extreme form, positive feedback can lead to a winner-take-all market, in which a single firm or technology vanquishes all others."[23]   In other words, "network effects can exhibit increasing returns,"[24] which can create economic juggernauts that are fueled by accelerating returns (*i.e.,* increased profits) as a platform company grows.  Stated differently, "Increasing Returns are the tendency for that which is ahead to get further ahead: for that which loses advantage to lose further advantage."[25] Mature two-sided network industries are

---

[21] Andrei Hagiu, David B. Yoffie, "Network Effects," *The Palgrave Encyclopedia of Strategic Management*, July 5, 2016, *available at* https://link.springer.com/referenceworkentry/10.1057%2F978-1-349-94848-2_552-1.

[22] Michael L. Katz, Carl Shapiro, "Systems Competition and Network Effects," *Journal of Economic Perspectives*, Vol. 8, No. 2, Spring 1994, pp. 93-115, at 105-106, *available at* https://pubs.aeaweb.org/doi/pdfplus/10.1257/jep.8.2.93.

[23] Yikuan Lee, Gina Colarelli O'Connor, "New Product Launch Strategy for Network Effects Products," *Journal of the Academy of Marketing Science*, Summer 2003, pp. 241-255, at 243-44, *available at* http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.468.2376&rep=rep1&type=pdf.

[24] Andrei Hagiu, David B. Yoffie, "Network Effects," *The Palgrave Encyclopedia of Strategic Management*, July 5, 2016, *available at* https://link.springer.com/referenceworkentry/10.1057%2F978-1-349-94848-2_552-1.

usually dominated by a handful of large platforms.  In "extreme situations, such as PC operating systems, a single company emerges the winner, taking almost all the market."[26]  In October 2018, Steve Blank, named to *Forbes* 2013 list of the 30 most influential people in tech,[27] predicted that healthcare was at a tipping point and stated:

> Sooner than people think, virtually all home and outpatient diagnostics will be performed by consumer devices such as the Apple Watch, mobile phones, fitness trackers, etc….  Consumer devices will morph into medical grade devices, with some painful and well publicized mistakes along the way.[28]

21.    In October 2013, *MIT* published an article describing "The Rise of the Platform" which stated: "Now, *market upstarts are displacing market leaders faster than ever before* as entire industries transform.  Today, three of the top five U.S. firms by market cap—Apple, Microsoft & Google—run business platforms.  We are in the midst of a seismic shift in business models, powered by the Internet and a generation of connected users."[29]  In April 2015,

---

[25] See, e.g., Erik Den Hartigh, Increasing Returns and Firm Performance – An Empirical Study, Eramus Research Institute of Management (ERIM), 2005, p. 11, available at http://scholar.google.com/scholar_url?url=https://repub.eur.nl/pub/6939/EPS2005067STR_90 58920984_DENHARTIGH.pdf&hl=en&sa=X&ei=DcxrX7KBN8_qvASZ8YfACA&scisig= AAGBfm2f4Ob0Yjd0K7bOZIETXAqenSTCAw&nossl=1&oi=scholarr.

[26] Thomas R. Eisenmann, Geoffrey Parker, Marshall W. Van Alstyne, "Strategies for Two-Sided Markets," *Harvard Business Review,* October 2006, *available at* https://hbr.org/2006/10/strategies-for-two-sided-markets.

[27] *See, e.g.,* "About Steve," *SteveBlank.com,* n.d., *available at* https://steveblank.com/about/.  Tanya Prive, "The 30 Most Influential People in Tech," *Forbes,* January 7, 2013, *available at* https://www.forbes.com/sites/tanyaprive/2013/01/07/the-30-most-influential-people-in-tech/#3d168a214bbe ("Blank teaches and writes about Customer Development and is a consulting associate professor of entrepreneurship at Stanford. He has founded or worked with eight startup companies, four of which have gone public. Some of his ventures include Zilog and MIPS Computers, Convergent Technologies, Ardent, Pixar, SuperMac Technologies, ESL and Rocket Science Games. Blank is recognized for developing the Customer Development methodology, which launched the Lean Startup movement.").

[28] Steve Blank, "The Apple Watch – Tipping Point Time for Healthcare," *ThinkGrowth,* October 3, 2018, *available at* https://thinkgrowth.org/the-apple-watch-tipping-point-time-for-healthcare-6cd25fdb413a.

[29] Sangeet Paul Choundary, Geoffrey Parker, Marshall Van Alstyne, "The Rise of the

Marshall Van Alstyne, professor at Boston University's School of Management and a Research Scientist at MIT's Initiative on the Digital Economy ("IDE") stated:  "Platform firms are quickly displacing traditional market leaders[.]"[30] For example, in April 2016, *Harvard Business Review* authors, Marshall W. Van Alstyne, Geoffrey G. Parker, and Sangeet Paul Choudary, described Apple's meteoric rise to industry domination as follows:

> Back in 2007 the five major mobile-phone manufacturers—Nokia, Samsung, Motorola, Sony Ericsson, and LG—collectively controlled 90% of the industry's global profits.  That year, Apple's iPhone burst onto the scene and began gobbling up market share.
>
> By 2015 the iPhone *singlehandedly* generated 92% of global profits, while all but one of the former incumbents made no profit at all.
>
> …
>
> Certainly the iPhone had an innovative design and novel capabilities.  But in 2007, Apple was a weak, nonthreatening player surrounded by 800-pound gorillas.  It had less than 4% of market share in desktop operating systems and none at all in mobile phones.
>
> [] Apple (along with Google's competing Android system) overran the incumbents by exploiting the power of platforms and leveraging the new rules of strategy they give rise to. Platform businesses bring together producers and consumers in high-value exchanges.  Their chief assets are information and interactions, which together are also the source of the value they create and their competitive advantage."[31]

---

Platform:  How today's connected users are powering a seismic shift in business models," *MIT Digital Community*, October 28, 2013, *available at* https://web.archive.org/web/20180126004403/http://digitalcommunity.mit.edu/community/featured_content/platform-economics/blog (emphasis in original).

[30] Paula Klein, "The Acceleration of Platform Shifts," *MIT Digital Community*, April 6, 2015, *available at* https://web.archive.org/web/20180126004403/http://digitalcommunity.mit.edu/community/featured_content/platform-economics/blog.

[31] Marshall W. Van Alstyne, Geoffrey G. Parker, Sangeet Paul Choudary, "Pipelines, Platforms, and the New Rules of Strategy, *Harvard Business Review*, April 2016, *available at* https://web.archive.org/web/20180401183440/https://hbr.org/2016/04/pipelines-platforms-and-the-new-rules-of-strategy.

22.     Given the high stakes, platform strategies are often bet-the-company decisions in which "getting the timing right" is particularly important—"if you draw attention to a platform opportunity and don't get it right the first time, someone else will."[32]   Professor David J. Teece explained this phenomenon in his 2011 book, *Dynamic Capabilities,* as follows:

> Enterprises that are well positioned can wait, while those that are not must scramble.   Addressing opportunities involves maintaining and improving technological competences and complementary assets and then, when the opportunity is ripe, investing heavily in the particular technologies and designs most likely to achieve marketplace acceptance.   When network externalities are present, early entry and commitment are necessary.   The presence of increasing returns means that if one network gets ahead, it tends to stay ahead. Getting ahead may require significant up-front investments.   Customers will not want an enterprise's products if there are strong network effects and the installed base of users is relatively small.   Accordingly, one needs to strategize around investments decisions, getting the timing right, building on increasing return advantages, and leveraging products and services from one application to another.[33]

23.     Apple has long recognized the importance of windows of opportunity and timing.   In discussing product launch dates in late-1985, Apple founder Steve Jobs is quoted as stating:   "If we do that [delay the product launch], the world isn't standing still, the technology window passes us by, and all the work we've done we have to throw down the toilet."[34]   In other words, "the best way to lose market share was by simply not showing up to the fight."[35] This is because "customers tend to spend their money at key points throughout

---

[32] Thomas R. Eisenmann, Geoffrey Parker, Marshall W. Van Alstyne, "Strategies for Two-Sided Markets," *Harvard Business Review,* October 2006, *available at* https://hbr.org/2006/10/strategies-for-two-sided-markets.

[33] David J. Teece, Dynamic Capabilities & strategic management: Organizing for Innovation and Growth, (New York:  Oxford University Press, Inc., 2011), p. 18.

[34] Walter Isaacson, *Steve Jobs,* (New York:  Simon & Schuster Paperbacks, 2011), p. 226.

[35] "The iPhone 5 Review," *AnandTech,* October 16, 2012, *available at* https://www.anandtech.com/show/6330/the-iphone-5-review/4.

the year (holidays, back to school, etc…).  If you don't have something shiny and new when those upticks in spending happen, you're not going to win."[36]

24.     Successful platforms can create economic juggernauts that generate non-linear shareholder value.[37]  "[P]latforms can become extraordinarily successful businesses, and some successful platform companies maintain their powerful positions for decades."[38]  Microsoft's Windows rise to dominance is the leading example of the economic result of network effects in the computer industry.[39]  Microsoft's rise and long domination—which was disrupted by the mobile revolution—is shown in **Figure 1**,[40] below.

---

[36]  "The iPhone 5 Review," *AnandTech*, October 16, 2012, *available at* https://www.anandtech.com/show/6330/the-iphone-5-review/4.

[37]  Geoffrey Parker, Marshall Van Alstyne, "Open/Closed Platform Strategies:  How, When & Why," *The MIT Center for Digital Business*, August 2011, Slide 3, *available at* http://www.slideshare.net/InfoEcon/platform-strategy-ibm-72511.

[38]  Michael A. Cusumano, David B. Yoffie, Annabelle Gawer, "The Future of Platforms," *MITSloan Management Review*, February 11, 2020, *available at* https://sloanreview.mit.edu/article/the-future-of-platforms/.

[39]  *See, e.g.,* Feng Zhu, Marco Iansiti, "Why Some Platforms Thrive and Others Don't," *Harvard Business Review*, January-February 2019, https://hbr.org/2019/01/why-some-platforms-thrive-and-others-dont ("By the late 1990s Windows seemed entrenched as the leading platform.").

[40]  Mary Meeker, "Internet Trends @ Stanford – Bases," *Kleiner Perkins Caufield Byers*, December 3, 2012, Slide 24, *available at* https://web.archive.org/web/20130308011608/http://www.kpcb.com/insights/2012-internet-trends-update.

-14-



**FIGURE 1**

25.     It can be difficult to "dislodge a locked-in rival."  W. Brian Arthur observed:  "A new product often has to be two or three times better in some dimension – price, speed, convenience – to dislodge a locked-in rival," particularly when the incumbent uses "link and leverage" to "transfer[] locked in user bases from one product (mobile internet, say) to another (mobile payments, perhaps)."[41]

26.     In July 2015, an *MIT* article stated:  "Healthcare, education and law are poised to be the next major sectors hit by a digital platform tsunami."[42]

---

[41] "A maturing Apple still awaits the Apple-killer," *Financial Times*, January 8, 2017, *available at* https://www.ft.com/content/399063fa-d420-11e6-9341-7393bb2e1b51.

[42] Paula Klein, "Traditional Sectors Ripe for Platform Models," *MIT Digital Community*, July 20, 2015, *available at* https://web.archive.org/web/20180126004403/http://digitalcommunity.mit.edu/community/featured_content/platform-economics/blog.

-15-

# APPLE'S PLATFORM BUSINESS MODEL

27.     Apple is a "platform business model" company.[43]  In a June 23, 2009 letter to the U.S. Copyright Office, Apple's outside counsel, David L. Hayes, stated: "In the language of economics, the iPhone OS is a two-sided platform that links developers and users and is fueled by 'inter-side' network effects."[44]  Mr. Hayes defined "inter-side network effects" as follows:

> These inter-side network effects mean that as more applications are available for the platform, the platform becomes more attractive to consumers and more consumers purchase it.  As more consumers purchase the platform, the platform is more attractive to developers and more applications are written for it.  This type of feedback effect is common in industries characterized by two-sided platforms.[45]

28.     Raffi Amit, a Wharton management professor, described Apple's adoption of the platform business model as follows: "Every time [consumers]

---

[43] See, e.g., June 23, 2009 Letter from David L. Hayes, Fenwick & West LLP, to U.S. Copyright Office In the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, Docket No. RM 2008-8, p. 9, available at https://www.wired.com/images_blogs/threatlevel/2009/07/applejailbreakresponse.pdf ("In sum, the value of the OS software to the iPhone, and therefore to Apple, is that it enables the iPhone to function as a platform for the mobile computing experience that differentiates the iPhone from its many competitors.").  Feng Zhu, Nathan Furr, "Products to Platforms: Making the Leap," Harvard Business Review, April 2016, available at https://hbr.org/2016/04/products-to-platforms-making-the-leap (describing Apple as a "platform company.").  Michael A. Cusumano, David B. Yoffie, Annabelle Gawer, "The Future of Platforms," MITSloan Management Review, February 11, 2020, available at https://sloanreview.mit.edu/article/the-future-of-platforms/ (identifying Apple as a "platform business.").

[44] June 23, 2009 Letter from David L. Hayes, Fenwick & West LLP, to U.S. Copyright Office In the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies, Docket No. RM 2008-8, p. 8, available at https://www.wired.com/images_blogs/threatlevel/2009/07/applejailbreakresponse.pdf.

[45] June 23, 2009 Letter from David L. Hayes, Fenwick & West LLP, to U.S. Copyright Office *In the matter of Exemption to Prohibition on Circumvention of Copyright Protection Systems for Access Control Technologies*, Docket No. RM 2008-8, pp. 8-9 (fn 22), *available at* https://www.wired.com/images_blogs/threatlevel/2009/07/applejailbreakresponse.pdf (*citing* "*See, e.g.*, David S. Evans, Andrei Hagiu, and Richard Schmalensee, *Invisible Engines: How Software Platforms Drive Innovation and Transform Industries*, The MIT Press (2006); David S. Evans and Richard Schmalensee, "The Industrial Organization of Markets with Two-Sided Platforms," *Competition Policy International*, 3(1):151-179(2007).").

downloaded songs, Apple made money.  The innovation here is they [Apple] made money not just by selling the device, but now they started making money by the usage of the device."[46]  Apple's platform strategy is to grow the number of existing product in use and then monetize those preexisting installed products by increasing its sales of services used on the device.[47] Apple monetizes its

---

[46] "Is Apple Losing Its Innovation Edge?" *Knowledge@Wharton*, October 30, 2018, *available at* https://knowledge.wharton.upenn.edu/article/apple-innovation-edge/. *See also* "Apple Inc. (AAPL) CEO Tim Cook on Q4 2019 Results – Earnings Call Transcript," *Seeking Alpha*, October 30, 2019, pp. 15-16 of 29, *available at* https://seekingalpha.com/article/4300690-apple-inc-aapl-ceo-tim-cook-on-q4-2019-results-earnings-call-transcript ("**Amit Darvanani** [Evercore]: … Tim, if you think about the Services business, less than $2 billion away from the targets you laid out a few years back. But I am wondering if you think about the growth rates you've had in the business over the last several years, the high-teens average, I think, how much of that do you think was driven by the installed base growing versus incremental monetization of the installed base.  And do you see that ratio essentially flipping or changing as you go forward? **Tim Cook** [CEO]: I think, we have opportunities, Amit, in both the growth of the installed base as Luca mentioned in his comments, we continue to grow across every category, hit new highs in the last quarter and we hit new highs in all of our top 20 markets.  And so the installed base is clearly a piece of it getting the trade-in program going, and the secondary market moving has been helpful in that as well.  And, of course, ultimately the thing that builds the installed base is to make customers happy, and that's our – always our top objective is to have satisfied customers.  The other thing that is obviously happening is in many areas, the ARPU [Average Revenue Per User] is increasing.  And so , as there is more offers out ther, I mean the one that is today getting the attention is on the streaming side.  But if you look at the number of services that have been added over the years, it's significant and people love them.  And so it's really both of these.  And obviously in – finally in getting more people that are enjoying things for free to – let to pay for some of the premium services.  SO it's sort of all three of those.").  *See also* "Apple (AAPL) Q1 2017 Results – Earnings Call Transcript," *Seeking Alpha*, January 31, 2017, p. 3 of 25, *available at* https://seekingalpha.com/article/4041266-apple-aapl-q1-2017-results-earnings-call-transcript (Tim Cook, CEO: "Services are becoming a larger part of our business, and we expect the revenues to be the size of a Fortune 100 company this year. Our Services offerings are now driving over 150 million paid customer subscriptions. This includes our own services and third-party content that we offer on our stores. We feel great about this momentum, and our goal is to double the size of our Services business in the next four years.").  *See also* Jonny Evans, "Apple's $50b Services Target Just Isn't Ambitious Enough," *Apple Must*, February 1, 2017, https://www.applemust.com/apples-50b-services-target-just-isnt-ambitious-enough/ (*citing* Needham & Co.).

[47] "Apple Inc. (AAPL) CEO Tim Cook on Q4 2019 Results – Earnings Call Transcript," *Seeking Alpha*, October 30, 2019, pp. 15-16 of 29, *available at* https://seekingalpha.com/article/4300690-apple-inc-aapl-ceo-tim-cook-on-q4-2019-results-earnings-call-transcript ("**Amit Darvanani** [Evercore]: … Tim, if you think about the Services business, less than $2 billion away from the targets you laid out a few years back. But I am wondering if you think about the growth rates you've had in the business over the last several years, the high-teens average, I think, how much of that do you think was driven by the installed base growing versus incremental monetization of the installed base.  And do you see that ratio essentially flipping or changing as you go forward? **Tim Cook** [CEO]: I

preexisting mobile devices in use by, for example, "[t]hrough its iTunes store, AAPL [Apple] takes 15-30% of any revenue earned on every iOS device worldwide."[48]

29.    Apple's platform business model successfully harnesses network effects and has created an economic juggernaut as shown in **Figure 2**[49] and **Figure 3**,[50] below.

---

think, we have opportunities, Amit, in both the growth of the installed base as Luca mentioned in his comments, we continue to grow across every category, hit new highs in the last quarter and we hit new highs in all of our top 20 markets.  And so the installed base is clearly a piece of it getting the trade-in program going, and the secondary market moving has been helpful in that as well.  And, of course, ultimately the thing that builds the installed base is to make customers happy, and that's our – always our top objective is to have satisfied customers.  The other thing that is obviously happening is in many areas, the ARPU [Average Revenue Per User] is increasing.  And so , as there is more offers out ther, I mean the one that is today getting the attention is on the streaming side.  But if you look at the number of services that have been added over the years, it's significant and people love them.  And so it's really both of these.  And obviously in – finally in getting more people that are enjoying things for free to – let to pay for some of the premium services.  SO it's sort of all three of those.").  *See also* "Apple (AAPL) Q1 2017 Results – Earnings Call Transcript," *Seeking Alpha*, January 31, 2017, p. 3 of 25, *available at* https://seekingalpha.com/article/4041266-apple-aapl-q1-2017-results-earnings-call-transcript (Tim Cook, CEO:  "Services are becoming a larger part of our business, and we expect the revenues to be the size of a Fortune 100 company this year. Our Services offerings are now driving over 150 million paid customer subscriptions. This includes our own services and third-party content that we offer on our stores. We feel great about this momentum, and our goal is to double the size of our Services business in the next four years.").

[48] Jonny Evans, "Apple's $50b Services Target Just Isn't Ambitious Enough," *Apple Must*, February 1, 2017, https://www.applemust.com/apples-50b-services-target-just-isnt-ambitious-enough/ (*citing* Needham & Co.).

[49] "Is Apple Losing Its Innovation Edge?" *Knowledge@Wharton*, October 30, 2018, *available at* https://knowledge.wharton.upenn.edu/article/apple-innovation-edge/.

[50] "Is Apple Losing Its Innovation Edge?" *Knowledge@Wharton*, October 30, 2018, *available at* https://knowledge.wharton.upenn.edu/article/apple-innovation-edge/.



Copyright Raffi Amit

**FIGURE 2**



Copyright Raffi Amit

**FIGURE 3**

30.     In 2016, a *Harvard Business Review* article described the origins of Apple's platform business model as follows:  "Apple created the iPod in 2001 but didn't move toward a platform until it developed the iTunes Store in 2003 and the App Store in 2008."[51]  Apple's iTunes Music Store is a digital platform that enables users to buy digital music for download onto iPods,[52] and was "the first real a la carte download music service, built directly into software."[53]  In July 2020, Apple's Tim Cook testified that the App Store was created as "a feature of the iPhone" that was Apple's "ambitious attempt to dramatically expand the features and customizability of every user's device. We wanted to create a safe and trusted place for users to discover apps—and a means of providing a secure and supportive way for developers to develop, test and distribute apps to iPhone users globally."[54]

---

[51] Feng Zhu, Nathan Furr, "Products to Platforms: Making the Leap," *Harvard Business Review,* April 2016, *available at* https://hbr.org/2016/04/products-to-platforms-making-the-leap.

[52] Marshall Van Alstyne, "Platform Shift:  How New Biz Models Are Changing the Shape of Industry," *The MIT Center for Digital Business,* March 11, 2015, Slide 29, *available at* http://www.slideshare.net/InfoEcon/platform-shift-how-new-business-models-are-changing-the-shape-of-industry?related=2. *See also* "Q&A with Marshall Van Alstyne, Professor, Boston University School of Management and Research Scientist MIT Center for Digital Business," *The Open Group,* August 13, 2014, *available at* http://blog.opengroup.org/2014/08/13/qa-with-marshall-van-alstyne-professor-boston-university-school-of-management-and-research-scientist-mit-center-for-digital-business/ ("Wonderful examples of [platforms that allow third parties to conduct business using system resources so they can actually meet and exchange goods across the platform] include … iTunes where you can go to find music, videos, apps and games provided by others, … iTunes is a single monolithic store, so the provider is simply Apple, …"). *See also* Marshall Van Alstyne, "The Foundation of Digital Business:  Platform Economics," *MIT Digital Community,* March 14, 2012, *available at* http://digitalcommunity.mit.edu/community/featured_content/platform-economics/blog ("Apple's iTunes and iPad, most computer operating systems, smartphones, game consoles, eBooks, social networks, and medical HMOs all qualify as platform markets; common components shared and extended by third parties.").

[53] Nathan Ingraham, "iTunes Store at 10: how Apple built a digital media juggernaut," *The Verge,* April 26, 2013, https://www.theverge.com/2013/4/26/4265172/itunes-store-at-10-how-apple-built-a-digital-media-juggernaut.

[54] "Statement of Tim Cook, Apple Inc. to U.S. House of Representatives Judiciary

31.     Prior to the launch of the iTunes Music Store, Apple's strategy was directed principally to the product level.[55]  With the launch of the iTunes Music Store, Apple "created the convergence of music and technology,"[56] and Apple's platform strategy began to focus on the "ecosystem."[57] Apple has described its "ecosystem" as "a very important driver of our incredibly strong customer satisfaction and retention, as well as developer interest and success."[58] Economist David Evans and co-authors described Apple's digital media platform strategy as trying to "earn revenue from an integrated hardware/software/content platform. … [I]t earns profits from the sale of its hardware (iPod) and loses money or breaks even on its software platform and content provision (iTunes Music Store)."[59]  **Figure 4**[60] and **Figure 5,**[61] below,

Committee Subcommittee on Antitrust, Commercial and Administrative Law" dated July 29, 2020, p. 2 of 4, *available at* https://docs.house.gov/meetings/JU/JU05/20200729/110883/HHRG-116-JU05-Wstate-CookT-20200729.pdf.

[55] Michael A. Cusumano, Ignacio Palacios-Huerta, "Staying Power:  Six Enduring Principles for Managing Strategy & Innovation in an Uncertain World," *LSE Department of Management,* September 2010, Slide 7, Slide 14, *available at* http://www.lse.ac.uk/assets/richmedia/channels/publicLecturesAndSlides/slides/20100928_1830_stayingPower_sl.pdf (Slide 14:  "Apple:  Before = Product Over Platform; Since 2003 = Product + Platform + (Automated) Services!").

[56] Nathan Ingraham, "iTunes Store at 10: how Apple built a digital media juggernaut," *The Verge,* April 26, 2013, https://www.theverge.com/2013/4/26/4265172/itunes-store-at-10-how-apple-built-a-digital-media-juggernaut.

[57] Michael A. Cusumano, Ignacio Palacios-Huerta, "Staying Power:  Six Enduring Principles for Managing Strategy & Innovation in an Uncertain World," *LSE Department of Management,* September 2010, Slide 7, Slide 14, *available at* http://www.lse.ac.uk/assets/richmedia/channels/publicLecturesAndSlides/slides/20100928_1830_stayingPower_sl.pdf.

[58] "Apple's CEO Discusses F213 Results – Earnings Call Transcript," *Seeking Alpha,* April 23, 2013, p. 7 of 28, *available at* https://seekingalpha.com/article/1364041-apples-ceo-discusses-f2q13-results-earnings-call-transcript.

[59] David S. Evans, Andrei Hagiu, Richard Schmalensee, *Invisible Engines:  How Software Platforms Drive Innovation and Transform Industries,* (Boston:  The MIT Press, 2006), p. 244.

[60] Geoffrey Parker, Marshall Van Alstyne, "Open/Closed Platform Strategies:  How,

shows how Apple's iTunes Music Store resulted in Apple **"own[ing] financial chokepoint"** that resulted in stronger network effects.[62]



**FIGURE 4**

When & Why," *The MIT Center for Digital Business*, August 2011, Slide 25, *available at* http://www.slideshare.net/InfoEcon/platform-strategy-ibm-72511.

[61] Marshall Van Alstyne, "Rise of the Platform & what It Means for Business," *The MIT Center for Digital Business*, 2013, Slide 20, *available at* http://www.slideshare.net/InfoEcon/the-rise-of-platforms-and-what-it-means-for-business?related=1.

[62] Marshall Van Alstyne, "Rise of the Platform & what It Means for Business," *The MIT Center for Digital Business*, 2013, Slides 18-20, *available at* http://www.slideshare.net/InfoEcon/the-rise-of-platforms-and-what-it-means-for-business?related=1. *See also* Marshall Van Alstyne, "Platform Shift: How New Biz Models Are Changing the Shape of Industry," *The MIT Center for Digital Business*, March 11, 2015, Slides 27-30, *available at* http://www.slideshare.net/InfoEcon/platform-shift-how-new-business-models-are-changing-the-shape-of-industry?related=2. *See also* Geoffrey Parker, Marshall Van Alstyne, "Open/Closed Platform Strategies: How, When & Why," *The MIT Center for Digital Business*, August 2011, Slides 25, 26, *available at* http://www.slideshare.net/InfoEcon/platform-strategy-ibm-72511.

**FIGURE 5**

32. While "losing money or breaking even" on software and content may have been Apple's initial strategy in the early-2000s, that was no longer the case by 2008. In October 2008, Apple's Eddy Cue stated; "Apple has repeatedly made it clear that it is in this business to make money, and most likely would not continue to operate [the iTunes music store] if it were no longer possible to do so profitably."[63] Furthermore, Apple has now built an ecosystem[] that sit[s] atop its products,[64] and Apple's ecosystem generates high-margin "services" revenue. Apple services include "the App Store, AppleCare, Music, cloud services and [the] App Store search ad business" as

---

[63] Seth Weintraub, "Will Apple shut down iTunes over six cents? Um, no," *Computerworld,* October 1, 2008, *available at* https://www.computerworld.com/article/2480745/will-apple-shut-down-itunes-over-six-cents---um--no.html.

[64] Rick Tetzeli, "Playing The Long Game Inside Tim Cook's Apple," *Fast Company,* August 8, 2016, *available at* https://www.fastcompany.com/3062090/playing-the-long-game-inside-tim-cooks-apple.

well as Apple Pay, Apple Card, Apple Arcade, Apple Book, and Apple TV+.[65] During Apple's January 2020 earnings call, Tim Cook bragged that its services generated over $46 billion in revenue, "setting new yearly services records in all five of our geographic segments and driving our Services business to the size of a Fortune 70 company."[66] Apple's Luca Maestri, CFO, added:

> Customer engagement in our ecosystem continues to grow and the number of both transacting and paid accounts on our digital content stores reached a new all-time high with double-digit growth in paid accounts in all our geographic segments.

> We now have 450 million paid subscriptions across the services on our platform compared to over 330 million just a year ago, and we are well on our way to our goal of surpassing the 500 million mark during 2020.[67]

33.     The iTunes Music Store was described by *Time* as possibly **"the most benign-looking Trojan Horse in software history"** that was designed to earn a small profit on music while driving sales of iPods and locking its customers into Apple:

> Jobs has one more reason not to be concerned about the competition. "The dirty little secret of all this is there's no way to make money on these stores," he says. For every 99 cents Apple gets from your credit card, 65 cents goes straight to the music label. Another quarter or so gets eaten up by distribution costs. At most, Jobs is left with a dime per track, so even $500 million in annual sales would add up to a paltry $50 million profit. Why even bother? "Because we're selling iPods," Jobs says, grinning.

> **That may make iTunes the most benign-looking Trojan Horse in software history.** The Windows crowd can get iTunes free, and it offers almost all the

---

[65] "Apple Inc. (AAPL) CEO Tim Cook on Q4 2019 Results – Earnings Call Transcript," *Seeking Alpha*, October 30, 2019, pp. 4-5 of 29, *available at* https://seekingalpha.com/article/4300690-apple-inc-aapl-ceo-tim-cook-on-q4-2019-results-earnings-call-transcript.

[66] "Apple Inc. (AAPL) CEO Tim Cook on Q4 2019 Results – Earnings Call Transcript," *Seeking Alpha*, October 30, 2019, p. 7 of 29, *available at* https://seekingalpha.com/article/4300690-apple-inc-aapl-ceo-tim-cook-on-q4-2019-results-earnings-call-transcript.

[67] "Apple Inc. (AAPL) CEO Tim Cook on Q4 2019 Results – Earnings Call Transcript," *Seeking Alpha*, October 30, 2019, p. 9 of 29, *available at* https://seekingalpha.com/article/4300690-apple-inc-aapl-ceo-tim-cook-on-q4-2019-results-earnings-call-transcript.

same functionality as the paid versions of MusicMatch and Real One, two PC-based rivals. But iTunes is the only music application that will work with the enormously popular iPod, and it has features—like its powerful search function—that are unrivaled. **"Once people are locked into using iTunes, the game's over," says Charles Wolf, an analyst at the New York City-based Needham & Co. investment bank. "They could sell an extra 2 million iPods because of this." And the margins on these devices make the Music Store's arithmetic look like child's play. Each $499 iPod returns as much as $175 in profit, Wolf says.**

Such calculation may also explain why iTunes doesn't support Windows Media Audio files—a Microsoft format that Bill Gates had hoped would become the music-industry standard. **If iTunes becomes the player of choice for PC users, it would be a blow for Microsoft's grander audio ambitions—and may well unearth the hatchet that Jobs and Gates buried back in 1997** [when Microsoft's $150 million investment and other support saved Apple[68]].[69]

34.    Apple has earned a reputation for its ability to "lock, link, and leverage."[70]  In 2016, *Fast Company* described this as follows:

---

[68] Cathy Booth, "Steve's Job:  Restart Apple; A stunning deal caps the comeback quest of a computer whiz once tossed out of his own company," *Time Magazine*, August 18, 1997, *available at* http://content.time.com/time/subscriber/article/0,33009,986849,00.html (At Macworld Expo in Boston in August 1997, Jobs was quoted as follows:  "'Three or four weeks ago,' said Jobs, 'I called Bill and said Microsoft and Apple should work more closely together, but we have this issue to resolve, this intellectual-property dispute.  Let's resolve it.'  With Jobs' no-nonsense negotiating, it was done quickly, with Gates not only promising to pay off Apple but even investing $150 million in nonvoting Apple stock."). Michael Krantz, "If you can't beat 'em … Will Bill Gates' bailout save Apple—or just strengthen Microsoft's hand in the web wars?" *Time Magazine*, August 18, 1997, *available at* http://content.time.com/time/subscriber/article/0,33009,986850,00.html ("The  high-tech world had spent the past month wondering which Apple-preserving rabbit Jobs would pull from his hat during his MacWorld speech.  Now we know:  the plan is to backstab Apple's friends by embracing their mutual enemy in one naked grasp for survival.  The era of 'competition between Apple and Microsoft is over,' Jobs told the stunned conclave announcing Microsoft's $150 million investment and software promises. … 'Everybody was booing Microsoft,' says attendee Mark Lilback, 24, 'and then they were like, 'Oh, Bill Gates is listening to this,' and they started to applaud.'  Who could blame them?  They knew the truth:  they were a conquered kingdom's starving partisans.  Booing Gates meant biting the only hand left with the wherewithal to feed them.").

[69] Chris Taylor, "Invention of the Year," *Time Magazine*, November 16, 2003, *available at* http://content.time.com/time/specials/packages/article/0,28804,1935038_1935059_1935086,00.html (emphasis added).

[70] "A maturing Apple still awaits the Apple-killer," *Financial Times*, January 8, 2017, *available at*  https://www.ft.com/content/399063fa-d420-11e6-9341-7393bb2e1b51.

[T]he experience Apple sells today is not just a collection of devices, but a web of hardware, software, and services that is itself connected to other webs of apps and services made primarily by other companies. These other webs include everything from the 'app economy,' which already runs on Apple software and devices, to emerging ones such as the connected home and car as well as wearable computing.

…

Apple will sell more devices, but its evolution will also enable it to explore new revenue opportunities. This is how Apple adapts. It expands its portfolio by building on the foundation laid by earlier products. That steady growth has made it broader and more powerful than any other consumer technology company.[71]

35.     Apple relies on "incompatible platforms and technology" to insulate it from competition.[72]  For example, the Apple Watch can only be used with an iPhone.[73]  Tim Cook emphasized that it would only work with certain iPhone devices.  Mr. Cook stated: "Apple Watch requires the iPhone …Of course, Apple Watch works with iPhone 6 and iPhone 6 Plus but we've also designed it so that it will work with iPhone 5, iPhone 5c, and iPhone 5s.  This means that over 200 million people already can use Apple Watch."[74]

---

[71] Rick Tetzeli, "Playing The Long Game Inside Tim Cook's Apple," *Fast Company*, August 8, 2016, *available at* https://www.fastcompany.com/3062090/playing-the-long-game-inside-tim-cooks-apple.

[72] *See, e.g.*, Mark Mulligan, "Content Connectors:  How the Coming Digital Content Revolution Will Change Everything," *Music Industry Blog*, April 25, 2014, *available at* https://musicindustryblog.wordpress.com/2014/04/25/content-connectors-how-the-coming-digital-content-revolution-will-change-everything/ ("The reversing into the CE market by internet, software and PC companies was the biggest disruption the CE sector ever endured.  The likes of Sony and Yamaha used to compete in an almost chivalric manner, agreeing on standards and then competing on implementation.  Google, Apple and Amazon pursue no such niceties and compete with incompatible platforms and technology, and in doing so are winning the CE war.").

[73] *See, e.g.*, Christina Farr, Alexei Oreskovic, Deep Seetharaman, "Apple unveils watch, larger iPhones in bid to retake innovation crown," *Reuters*, September 9, 2014, *available at* https://www.reuters.com/article/apple-launch-apple-unveils-watch-larger-iphones-in-bid-to-retake-innovation-crown-idINKBN0H41XK20140909.

[74] *See, e.g.*, "Apple iPhone 6 Keynote – September 2014 Launch Event (Full Transcript), *The Singju Post*, September 12, 2014, https://singjupost.com/apple-iphone-6-keynote-september-2014-launch-event-full-transcript/?singlepage=1.

36.     While Apple "has a secretive culture"[75] and is "[f]amous for being secretive,"[76] particularly as it relates to new products, Apple's platform business model has been the subject of numerous academic papers and case studies.[77]

## APPLE'S HISTORY OF USING ITS PLATFORM BUSINESS MODEL TO "BLOW AWAY" ESTABLISHED INDUSTRIES

37.     After initially developing personal computers in the 1970s-1990s, beginning in the early-2000s, Apple began a "steady but relentless move into the wider field of consumer electronics,"[78] and "used the [platform business]

---

[75] Timothy B. Lee, "How Apple became the world's most valuable company," *Vox*, September 9, 2015, *available at* https://www.vox.com/2014/11/17/18076360/apple.

[76] *See, e.g.*, Rick Tetzeli, "Playing The Long Game Inside Tim Cook's Apple," *Fast Company*, August 8, 2016, *available at* https://www.fastcompany.com/3062090/playing-the-long-game-inside-tim-cooks-apple ("Apple has a secretive culture. Apple employees aren't just forbidden from telling the public about future Apple products. Even inside Apple, information is provided on a need-to-know basis. Steve Jobs was ruthless about firing leakers, a policy that helped ensure the public would be surprised when he officially unveiled new products.").

[77] *See, e.g.* Jason Dedrick, Kenneth L. Kraemer, "Economic Research Working Paper No. 41: Intangible assets and value capture in global value chains: the smartphone industry," *World Intellectual Property Organization*, November 2017, p. 28, *available at* https://www.wipo.int/edocs/pubdocs/en/wipo_pub_econstat_wp_41.pdf. ("Apple maintains a single version of iOS and vets every app before it can be sold on its App Store to maintain a quality user experience. For now it appears that Apple has the best of both worlds. Apple controls the iPhone platform (iPhone, IOS, Apple Store) and has platform lock-in of high-value customers and application developers. It has a robust ecosystem providing apps from thousands of developers. It has steadily built its distribution channel (remember that you could only buy an iPhone for AT&T for the first two years) encompassing carriers, retailers, and its own online and Apple stores. And it has no competition in the iOS market, so it doesn't have to worry about low-cost competitors offering exact substitutes.") *See also*, p. 36 ("Apple monopolizes iOS, keeping it just for its own phones and iPads. It offers a complementary ecosystem of software, services and content through its App Store, iTunes store and other services. This ecosystem makes the Apple platform more attractive to many customers and creates customer lock-in among high end users who will pay a premium for an Apple phone and then also buy more apps, music, videos, movies and shop more from their phone (travel, goods, services) over the Internet. Apple's user base in turn makes the iOS platform attractive to developers who can earn more from Apple's greater number of pay-for apps.") *See also* David B. Yoffie, Eric Baldwin, "Apple Inc. in 2018," Case Study 9-718-439, *Harvard Business School*, December 20, 2019, pp. 8-14.

[78] *See, e.g.*, Thomas Ricker, "Apple drops 'Computer' from name," *Engadget*, January 9, 2007, *available at* https://www.engadget.com/2007-01-09-apple-drops-computer-from-name.html.

model to grow exponentially and grab significant market share from established firms,"[79] in new markets outside of computers.  In 2008, Apple did *not* rank among the Top 10 "Largest Global Companies"; a decade later, in 2018, Apple ranked No. 1 and was recognized as "the most valuable company in the world."[80]

38.   Apple's platform business model has focused on using digital platforms to reshape and transform entire industries.  In doing so, Apple unlocked new sources of revenue, profits—and shareholder value.  According to Apple founder, Steve Jobs, Apple looked for markets that were ripe for **"digital destruction;"** his goal was to **"blow them [whole industries] away."**[81]  Using its "lock, link, and leverage" platform business model, Apple achieved its goal and realized increasing returns as shown in **Chart 1**, below.  For example, in August 2011, Barry Ritholtz observed: Apple has had an "utterly crushing effect … on specific competitors as Jobs remade entire industries."[82]

---

[79] Jennifer L. Schenker, "The Platform Economy," *TheInnovator*, January 19, 2019, *available at* https://innovator.news/the-platform-economy-3c09439b56.

[80] *See, e.g.*, "A maturing Apple still awaits the Apple-killer," *Financial Times*, January 8, 2017, *available at* https://www.ft.com/content/399063fa-d420-11e6-9341-7393bb2e1b51.

[81] "Apple and digital publishing – A textbook manoeuvre," *The Economist*, January 19, 2012, *available at* http://www.economist.com/blogs/babbage/2012/01/apple-and-digital-publishing. ("'RIPE for digital destruction.' That is how the late Steve Jobs was quoted describing the textbook industry in a recent biography of Apple's co-founder.") *See also* Walter Isaacson, *Steve Jobs*, (New York:  Simon & Schuster Paperbacks, 2011), p. 509 ("Jobs agreed with Murdoch that the paper textbook business would be blown away by digital learnings materials.")

[82] Barry Ritholtz, "Apple's Creative Destruction of Competitors," *Ritholtz Wealth Management*, August 30, 2011, https://ritholtz.com/2011/08/apples-creative-destruction-of-competitors/.



**CHART 1**

39.     Through digital destruction, the revenue and profits of large established industries such as music players, smartphones, books and textbooks, and watches are rapidly cannibalized as the distribution is re-directed and channeled through Apple's **"financial chokepoint."**[83]     Through "digital destruction," Apple achieved entirely new revenue and profit streams by, for example, *distributing* digital media (*i.e.,* bits) as consumers shift from purchasing physical media (*i.e.,* atoms) from the old "bricks and mortar" stores

---

[83] Marshall Van Alstyne, "Platform Shift: How New Biz Models Are Changing the Shape of Industry," *The MIT Center for Digital Business,* March 11, 2015, Slide 30, *available at*     http://www.slideshare.net/InfoEcon/platform-shift-how-new-business-models-are-changing-the-shape-of-industry?related=2.

and internet companies to purchasing digital media from Apple iTunes. At the same time, Apple's hardware sales (*i.e.,* iPod, iPhone, iPad, Apple Watch) and profits also increased.

40.     Over time, Apple has targeted larger and larger industries. Apple's first target was the MP3 player market. While relatively small, Apple linked and leveraged the iPod to enter the digital music market.  While Apple was reportedly a "late-comer" to the business of portable music,[84] it entered the market when the time was right.  Apple introduced the iPod on October 23, 2001, three years after the first portable digital audio player, MPMan was introduced.[85]  At that time, "there were approximately 50 portable mp3 players available in the U.S.—and no firm had achieved anywhere near the dominance that the [Sony] Walkman had enjoyed 20 years earlier."[86]  The iPod's launch is regarded as the event that "set Apple on a path towards becoming the world's most valuable company."[87]

41.     The iTunes Music Store, launched on April 28, 2003, was Apple's digital music distribution business and created a new revenue and profit stream. "By supplying and tying together a music player, online [music store], and song-management software, Apple drastically simplified the entire music

---

[84] Ron Adner, "From Walkman to iPod: What Music Tech Teaches Us About Innovation," *The Atlantic*, March 5, 2012, *available at* https://www.theatlantic.com/business/archive/2012/03/from-walkman-to-ipod-what-music-tech-teaches-us-about-innovation/253158/.

[85] Ron Adner, "From Walkman to iPod: What Music Tech Teaches Us About Innovation," *The Atlantic*, March 5, 2012, *available at* https://www.theatlantic.com/business/archive/2012/03/from-walkman-to-ipod-what-music-tech-teaches-us-about-innovation/253158/.

[86] Ron Adner, "From Walkman to iPod: What Music Tech Teaches Us About Innovation," *The Atlantic*, March 5, 2012, *available at* https://www.theatlantic.com/business/archive/2012/03/from-walkman-to-ipod-what-music-tech-teaches-us-about-innovation/253158/.

[87] *See, e.g.* "iPod Turns 18:  here's What People Thought in 2001," *Macrumors,* October 23, 2019, *available at* https://www.macrumors.com/2019/10/23/ipod-turns-18/.

experience," Apple built a "music-retailing dynasty."[88]   In April 2010, *AppleInsider* reported:  "Apple's rise to the top has been quick:  iTunes first cracked the top 10 music retailers in 2005, and ousted Walmart for the No. 1 position in 2008."[89]

42.   In August 2004, the iPod accounted for 82% of the U.S. retail hard drive-based digital music player, and approximately 42% of the overall digital music player market.[90]  A decade later, in 2014, iPod sales were declining,[91] but Apple claimed that "the iPod still has a 70 percent market share in MP3 players in the US, and remained the top-selling MP3 player around the world."[92] Beginning with the quarter ended December 31, 2014, Apple no longer reports iPod unit sales as a separate product.[93]

---

[88] Nathan Ingraham, "iTunes Store at 10: how Apple built a digital media juggernaut," *The Verge*, April 26, 2013, https://www.theverge.com/2013/4/26/4265172/itunes-store-at-10-how-apple-built-a-digital-media-juggernaut.

[89] Sam Oliver, "Digital music grows $363M in 2009, iTunes a quarter of all U.S. sales," *AppleInsider*, April 28, 2010, *available at* https://appleinsider.com/articles/10/04/28/digital_music_grows_363m_in_2009_itunes_a_quarter_of_all_u_s_sales.

[90] "Apple iPod grabs 82% US retail market share," *The Register,* October 12, 2004, *available at* https://www.theregister.com/2004/10/12/ipod_us_share/.

[91] "Apple: Time To Scrap The iPod," *Seeking Alpha,* July 6, 2014, *available at* https://seekingalpha.com/article/2300825-apple-time-to-scrap-the-ipod.

[92] Sean Hollister, "The age of the iPod is over," *The Verge,* January 27, 2014, *available at* https://www.theverge.com/2014/1/27/5351918/apples-ipod-rides-into-the-sunset.

[93] *See, e.g.,* Bryan Chaffin, "Apple Ups the Secrecy with Wall Street," *The Mac Observer,* January 27, 2015, *available at* http://www.macobserver.com/tmo/article/apple-ups-the-secrecy-with-wall-street. "Apple Q4 Earnings Call Transcript," *Seeking Alpha,* October 20, 2014, *available at* http://seekingalpha.com/article/2576865-apples-aapl-ceo-tim-cook-on-q4-2014-results-earnings-call-transcript (Nancy Paxton: "Second, to better reflect our evolving products and services, we'll be making some changes to our product summary reporting.  We will continue to report iPhone, iPad, and Macs as separate line items and we'll also have a category that we refer to as services and this will encompass everything we report under the heading of iTunes software and services today including content, apps, licensing and other services and beginning this month it will also include Apple Pay.  We'll be creating a new reporting category called other products.  This will encompass everything we report in the accessories category today including Beats headphones and speakers, Apple TV and peripherals and accessories for iPhone, iPad, Mac and iPod.  In addition, we will begin to

43.     In addition, Apple's iTunes Music Store also continued to dominate the digital music market.  For example, NPD's "Annual Music Study 2012" "found that Apple's iTunes held 63 percent of the market for paid music downloads in the fourth quarter 2012, followed by AmazonMP3 at 22 percent. Eighty percent of digital music buyers downloaded their music through Apple's iTunes[.]"[94]

44.     Apple's second target, smartphones, was significantly larger. Between 2007 and 2012 the number of smartphones sold to end users worldwide increased from 122.32 million to 1.589 billion units.[95]  In 2016, Apple's Tim Cook stated: "The iPhone entered a market that was the biggest on earth for electronic devices[.]  Why is that?  It's because eventually, everyone in the world will have one.  There are not too many things like that. … It's hard to imagine a market defined in units—not revenues—that's that big."[96]

45.     Apple developed its smartphones, the iPhone and iPod Touch, in response to its expectation that iPod sales would decline.  Walter Isaacson's book, *Steve Jobs,* explained Mr. Jobs' thinking as follows: "The conclusion he [Steve Jobs] had come to: 'The device that can eat our lunch is the cell phone.' As he explained to the board, the digital camera market was being decimated now that phones were equipped with cameras.  The same could happen to the iPod, if phone manufacturers started to build music players into them.

---

include iPod sales in the other products category …").

[94] Kevin Bostic, "Apple iTunes rules digital music market with 63% share," *AppleInsider,* April 16, 2013, *available at* https://appleinsider.com/articles/13/04/16/apples-itunes-rules-digital-music-market-with-63-share.

[95] "Number of smartphones sold to end users worldwide from 2007 to 2012 (in million units)," *Statista,* 2020, *available at* https://www.statista.com/statistics/263437/global-smartphone-sales-to-end-users-since-2007/.

[96] Rick Tetzeli, "Playing The Long Game Inside Tim Cook's Apple," *Fast Company,* August 8, 2016, *available at* https://www.fastcompany.com/3062090/playing-the-long-game-inside-tim-cooks-apple.

'Everyone carries a phone, so that could render the iPod unnecessary."[97] Apple's strategy was to cannibalize its iPod sales before someone else did.[98] Just as Steve Jobs predicted in 2005,[99] **"the iPod got killed by the smartphone. … they [Apple] did it to themselves before anybody else came along."**[100]

---

[97] Walter Isaacson, *Steve Jobs,* (New York: Simon & Schuster Paperbacks, 2011), p. 465.

[98] *See, e.g.,* Sean Hollister, "The age of the iPod is over," *The Verge,* January 27, 2014, *available at* https://www.theverge.com/2014/1/27/5351918/apples-ipod-rides-into-the-sunset ("In June, 2009, Apple CFO Peter Oppenheimer admitted that cannibalizing the company's MP3 players was all part of the plan." Mr. Oppenheimer stated: "This [the decline in iPod sales] is one of the original reasons we developed the iPhone and the iPod Touch. We expect our traditional MP3 players to decline over time as we cannibalize ourselves with the iPod Touch and iPhone."). *See also* Walter Isaacson, *Steve Jobs,* (New York: Simon & Schuster Paperbacks, 2011), p. 408 ("One of Jobs's business rules was never be afraid of cannibalizing yourself. 'If you don't cannibalize yourself, someone else will,' he said. So even though an iPhone might cannibalize sales of an iPod, or an iPad might cannibalize sales of a laptop, that did not deter him.").

[99] Walter Isaacson, *Steve Jobs,* (New York: Simon & Schuster Paperbacks, 2011), p. 465 ("The conclusion he had come to: 'The device that can eat our lunch is the cell phone.' As he explained to the board, the digital camera market was being decimated now that phones were equipped with cameras. The same could happen to the iPod, if phone manufacturers started to build music players into them. 'Everyone carries a phone, so that could render the iPod unnecessary."). *See also* p. 408 ("One of Jobs's business rules was never be afraid of cannibalizing yourself. 'If you don't cannibalize yourself, someone else will,' he said. So even though an iPhone might cannibalize sales of an iPod, or an iPad might cannibalize sales of a laptop, that did not deter him.").

[100] Benedict Evans, "Podcast: Mobile is Eating the World (and Apple is Gobbling Fastest)," *Benedict Evans,* January 30, 2015, 23:30-23:40ht, *available at* tp://ben-evans.com/benedictevans/2015/1/30/podcast-apple-and-mobile. *See also* Nathanael Arnold, "Why Apple's iPad Sales Slump May Not Matter," *Wall Street Cheat Sheet,* February 5, 2015, *available at* http://wallstcheatsheet.com/technology/why-apples-ipad-sales-slump-may-not-matter.html/?a=viewall ("One reason why Cook may be fine with that particular consumer decision [to look at the iPad and the iPhone and just buy the iPhone] is that the company has previously had a positive experience with cannibalizing another product: the iPod. The digital media player that was once Apple's cash cow saw its sales numbers steadily decline after Apple introduced the iPhone, because that device was able to subsume the iPod's media playing functions."). "Apple Q4 Earnings Call Transcript," *Seeking Alpha,* October 20, 2014, *available at* http://seekingalpha.com/article/2576865-apples-aapl-ceo-tim-cook-on-q4-2014-results-earnings-call-transcript (Tim Cook: "And so I see catalyst going forward. There are obvious cannibalization; things that are occurring. I'm sure that some people looked at the Mac and iPad and decided on a Mac. I don't have research to demonstrate that, but I am sure that will be just looking at the numbers and I am fine with that by the way. I am sure that some people will look at an iPad and an iPhone and decide just to get an iPhone and I'm fine with that as well.").

46.     The App Store, created as "a feature of the iPhone"[101] and launched in July 2008,[102] created a substantial new revenue and profit stream for Apple.   Through the App Store, Apple "sell[s] people constant, ongoing subscriptions for things they can do on their phones."[103]  During Apple's April 23, 2013 earnings call, Apple's CFO, Peter Oppenheimer, stated:

> The strong iTunes sales in addition to other service revenue helped us achieve for the first time more than $4 billion in combined quarterly revenue from iTunes, software, and services. We are thrilled with the growth of these revenue streams. Today, we have music stores in 119 countries offering a combined catalog of 35 million songs. We sell movies in 109 countries offering 60,000 titles, and we have iBookstores in 155 countries offering 1.75 million iBooks for sale, and with App Stores in 155 countries that encompass almost 90% of the world's population, our developers have created more than 850,000 iOS apps, including 350,000 apps made for iPad.[104]

47.     Apple retains 30% of App Store sales and pays developers 70%. In January 2020, Apple announced "that it ha[d] paid $155 billion to developers since 2008[.]"[105] While Apple does not disclose its App Store revenue, it is estimated at approximately $66 billion during the period 2008 through 2019—

---

[101] "Statement of Tim Cook, Apple Inc. to U.S. House of Representatives Judiciary Committee Subcommittee on Antitrust, Commercial and Administrative Law" dated July 29, 2020, p. 2 of 4, *available at* https://docs.house.gov/meetings/JU/JU05/20200729/110883/HHRG-116-JU05-Wstate-CookT-20200729.pdf.

[102] *See, e.g.*, "The App Store turns 10," *Apple*, July 5, 2018, *available at* https://www.apple.com/newsroom/2018/07/app-store-turns-10/.

[103] Chaim Gartenberg, "How Apple Makes Billions Of Dollars Selling Services," *The Verge*, March 20, 2019, *available at* https://www.theverge.com/2019/3/20/18273179/apple-icloud-itunes-app-store-music-services-businesses.

[104] "Apple's CEO Discusses F213 Results – Earnings Call Transcript," *Seeking Alpha*, April 23, 2013, pp. 7-8 of 28, *available at* https://seekingalpha.com/article/1364041-apples-ceo-discusses-f2q13-results-earnings-call-transcript.  *See also* "Apple iTunes Store ahead of 10th anniversary, store hits record $4B in revenues for Q2," *AppleInsider*, April 23, 2013, *available at* https://appleinsider.com/articles/13/04/23/ahead-of-itunes-10th-anniversary-store-hits-record-4b-in-revenues-for-q2. *See also*

[105] Kif Leswing, "Apple's App Store had gross sales around $50 billion last year, but growth is slowing," *CNBC*, January 8, 2020, *available at* https://www.cnbc.com/2020/01/07/apple-app-store-had-estimated-gross-sales-of-50-billion-in-2019.html.

-34-

and $15 billion in 2019 alone.[106]

48.     By late-2014, Apple's iPhone unit sales had begun to plateau, as shown in **Figure 6**,[107] below, which summarizes "Apple worldwide shipments of smartphones from 2010 to 2020 (in million units), by quarter."



**FIGURE 6**

49.     In fact, "Apple sold roughly as many iPhone during the last quarter of 2015 as it did during the same period in 2014, signaling a possible end to continual gains for the phone and a potential shift in Apple's business and the smartphone market at large."[108]   In May 2017, an NBC News headline

---

[106] Kif Leswing, "Apple's App Store had gross sales around $50 billion last year, but growth is slowing," *CNBC*, January 8, 2020, *available at* https://www.cnbc.com/2020/01/07/apple-app-store-had-estimated-gross-sales-of-50-billion-in-2019.html.

[107] "Apple worldwide shipments of smartphones from 2010 to 2020 (in million units), by quarter," *Statista*, 2020, *available at* https://www.statista.com/statistics/299153/apple-smartphone-shipments-worldwide/

[108] Blair Hanley Frank, "Apple reports record Q1 revenue of $75.9B, but iPhone sales flatten; Sales growth in the last quarter was the slowest in the iPhone's history,"

stated:  "Apple's Big Problem: iPhone Sales Are Flat," on the news that Apple's "revenues fell short of estimates as the company sold fewer iPhones than expected."[109] By July 2019, Apple's iPhone sales were continuing to decline. On July 8, 2019, *MarketWatch* stated:  Rosenblatt Securities analyst Jun Zhang highlighted "the potential for a lackluster iPhone launch season later this fall. … '… we believe Apple will face fundamental deterioration over the next six to 12 months,' he [Zhang] wrote. … Zhang called Apple's iPhone XS 'one of the worst selling iPhone models in the history of Apple' as the company struggles to generate buzz for its middle-priced iPhone in its relatively new three-phone strategy."[110]  By October 2019, "[t]he smartphone market [was] saturated and growing slowly at best[.]"[111]

50.     Apple again turned to its "lock, link and leverage" platform business model strategy noting that "wearables continue to keep the Apple ecosystem strong" by "keep[ing] people tied to their iPhones[.]" *Bloomberg* summarized Apple's strategy as follows:

> [Apple's CEO Tim] Cook also indicated [during the Q4'FY2019 earnings call[112]] that wearables continue to keep the Apple ecosystem strong.  He said

---

*ComputerWorld*, January 26, 2016, *available at* https://www.computerworld.com/article/3026506/apple-reports-record-q1-revenue-of-759b-but-iphone-sales-flatten.html.

[109] Anita Balakrishnan, "Apple's Big Problem: iPhones Sales Are Flat," *NBC News*, May 2, 2017, *available at* https://www.nbcnews.com/tech/tech-news/apple-big-problem-iphone-sales-are-flat-n754041.

[110] Emily Bary, "Apple 'fundamental deterioration' to last into 2020, analyst predicts," *MarketWatch*, July 8, 2019, *available at* https://www.marketwatch.com/story/apple-fundamental-deterioration-to-last-into-2020-analyst-predicts-2019-07-08.

[111] Mark Gurman, Ian King, "Apple Creates new Ways to Juice iPhone Sales in Saturated Market," *Bloomberg*, October 30, 2019, *available at* https://www.bloomberg.com/news/articles/2019-10-31/apple-creates-new-ways-to-juice-iphone-sales-in-saturated-market.

[112] "Apple Inc. (AAPL) CEO Tim Cook on Q4 2019 Results – Earnings Call Transcript," *Seeking Alpha*, October 30, 2019, pp. 16, 24 of 29, *available at* https://seekingalpha.com/article/4300690-apple-inc-aapl-ceo-tim-cook-on-q4-2019-results-

three-fourths of Apple Watch purchases in the fiscal fourth-quarter were by users who had never bought that device before.  The CEO wouldn't say how those sales were driven by existing iPhone owners, but the underlying message was clear:  Wearables like the Apple Watch and AirPods keep people tied to their iPhones and help Apple to squeeze more money [out] of a product that still struggling to grow.[113]

51.     Notwithstanding Apple's iPhone "struggles," the iPhone has continued to be an enormously profitable product.  In fact, Apple continues to realize the majority of global smartphone industry profits more than a decade after the launch of the iPhone.  During the period 2010 through 2015, Apple's share of global smartphone industry profits increased from approximately 40% to 92%, as shown in **Figure 7**,[114] below.

---

earnings-call-transcript (At p. 16:  **Amit Darvanani** [Evercore]: … And if I was just kind of go back to the variables [sic – Wearables] discussion, especially as I think about Apple Watch and AirPods, is there a central way to think about what's the attach rate today to iOS devices for Apple Watch and AirPod update.  I just want to understand if I think about 900 million plus iPhone installed base, what kind of penetration do you have in Wearables and how long could this one maybe as you go forward? **Tim Cook** [CEO]: We're not releasing the precise numbers of our Wearables, but it is a really nice try and get me to say that.  The – what we're seeing in terms of new adds on the Watch, I think Luca may have mentioned this in his comments is about three-quarters of the Apple Watch buyers are new to Apple Watch." At p. 24: "**Tim Cook**: … And as I've mentioned before, 3 out of 4 customers buying an Apple Watch currently or last quarter I should say were buying an Apple Watch for the first time. And so there is still a very, very large new to Apple Watch in this regard.").

[113] Mark Gurman, Ian King, "Apple Creates new Ways to Juice iPhone Sales in Saturated Market," *Bloomberg*, October 30, 2019, *available at* https://www.bloomberg.com/news/articles/2019-10-31/apple-creates-new-ways-to-juice-iphone-sales-in-saturated-market.

[114] Felix Richter, "Apple Claims 92% of Global Smartphone Profits," *Statista*, November 18, 2015, *available at* https://www.statista.com/chart/4029/smartphone-profit-share/.



**FIGURE 7**

For example, in "the first three quarters of 2015, Apple claimed 92 percent of the [global smartphone] industry's profits," whereas "the iPhone only accounted for 15 percent of global smartphone shipments during the same period."[115] In Q4'2017, Apple "captured 87% of smartphone industry profits … despite accounting for only about 18% of total units sold in the period[.]"[116]

52.     Apple's third target was e-readers and books. As of 2009, "Apple

---

[115] Felix Richter, "Apple Claims 92% of Global Smartphone Profits," *Statista*, November 18, 2015, *available at* https://www.statista.com/chart/4029/smartphone-profit-share/.

[116] Patrick Seitz, "Apple Rakes In 87% Of Smartphone Profits, But 18% Of Unit Sales," *Investors Daily*, February 28, 2018, *available at* https://www.investors.com/news/technology/click/apple-rakes-in-bulk-of-smartphone-profits-but-small-slice-of-unit-sales/. For the full year 2017, Apple captured 79% of smartphone industry operating profits. *See* Chuck Jones, "Apple Continues To Dominate The Smartphone Profit Pool," *Forbes*, March 2, 2018, *available at* https://www.forbes.com/sites/chuckjones/2018/03/02/apple-continues-to-dominate-the-smartphone-profit-pool/#1ec3e8f861bb.

did not yet have its own e-reading software or e-bookstore with a collection of books available for purchase.  Apple did not have an e-bookstore in 2009 because it did not yet have a device that its founder Steve Jobs ('Jobs') believed would be a great e-reader."[117]  That changed with the launch of the iPad.  In January 2010, Apple launched "iBookstore…alongside the original iPad[.]"[118]  The iPad launched more than two years after Amazon's Kindle e-reader which "made waves" and "was billed as the 'iPod of reading' and quickly sold out."[119]  "Amazon's Kindle was the first e-reader to gain widespread commercial acceptance.  When the Kindle was launched in 2007, Amazon quickly because the market leader in the sale of e-books and e-book readers.  Through 2009, Amazon dominated the e-book retail market, selling nearly 90% of all e-books."[120]  Amazon's strategy promoted "low-priced e-books."[121]  Publishers, however, "chafed" and "reportedly feared that [Amazon] would eventually use

---

[117] *See also United States of America v. Apple Inc., et al.*, 12-cv-2826 (DLC) (S.D.N.Y.), Opinion and Order dated July 10, 2013, p. 26, *available at* https://www.justice.gov/atr/case-document/file/486691/download.

[118] Mikey Campbell, "DOJ says Apple responsible for setting up, executing e-book price fixing," *AppleInsider*, May 15, 2013, https://appleinsider.com/articles/13/05/15/doj-says-apple-responsible-for-arranging-inflated-e-book-prices.html; "Apple Launches iPad," *Apple*, January 27, 2010, *available at* https://www.apple.com/newsroom/2010/01/27Apple-Launches-iPad/.

[119] Josh Ong, "Amended class-action lawsuit alleges Apple, publishers engaged in 'price-fixing conspiracy,'" *AppleInsider*, January 20, 2012, *available at* https://appleinsider.com/articles/12/01/20/amended_class_action_complaint_alleges_apple_publishers_engaged_in_price_fixing_conspiracy.

[120] *See also United States of America v. Apple Inc., et al.*, 12-cv-2826 (DLC) (S.D.N.Y.), Opinion and Order dated July 10, 2013, p. 14, *available at* https://www.justice.gov/atr/case-document/file/486691/download.

[121] *See, e.g., See also United States of America v. Apple Inc., et al.*, 12-cv-2826 (DLC) (S.D.N.Y.), Opinion and Order dated July 10, 2013, p. 14, *available at* https://www.justice.gov/atr/case-document/file/486691/download ("Amazon utilized a discount pricing strategy through which it charged $9.99 for certain new Release and bestselling e-books.  Amazon was staunchly committed to its $9.99 price point and believed it would have long-term benefits for its consumers.  In order to compete with Amazon, other e-book retailers also adopted a $9.99 or lower retail price for many e-book titles.").

its market power to reduce their share of profits for both e-book and physical book sales."[122]   Apple recognized "a market opportunity" and "stepped in to offer its upcoming iPad tablet and accompanying iBooks app as a possible alternative to Amazon."[123]

53.     Apple's Steve Jobs "credited Amazon with pioneering the e-book market, while noting that Apple intended to improve on its [Amazon's] model. 'We're going to stand on their shoulders and go a bit further,' he [Steve Jobs] said."[124] Apple's iPad/iBooks strategy was to exploit its locked-in customer base

---

[122] Josh Ong, "Amended class-action lawsuit alleges Apple, publishers engaged in 'price-fixing conspiracy,'" *AppleInsider*, January 20, 2012, *available at* https://appleinsider.com/articles/12/01/20/amended class action complaint alleges apple p ublishers engaged in price fixing conspiracy. *See also See also United States of America v. Apple Inc., et al.*, 12-cv-2826 (DLC) (S.D.N.Y.), Opinion and Order dated July 10, 2013, pp. 15-16, *available at* https://www.justice.gov/atr/case-document/file/486691/download ("The Publishers were unhappy with Amazon's $9.99 price point and feared that it would have a number of pernicious effects on their profits, both in the short run and long-term. In the short-term, the Publishers believed the low price point was eating into sales of their more profitable hardcover books, which were often priced at thirty dollars or more, and threatening the viability of the brick-and-mortar stores in which hardcover books were displayed and sold. Over the long-term, they feared that customers would grow accustomed to e-books priced at $9.99 and that the $9.99 price point would erode prices for all books, thereby threatening the business model for the publishing industry. They believed that this low price failed to reflect the true value of many books and also failed to distinguish among books iin terms of the effort entailed to create and produce them and in terms of their quality, however one might measure quality. The Publishers also feared Amazon's growing power in the book distribution business. They were concerned that, should Amazon continue to dominate the sale of e-books to consumers, it would start to demand even lower wholesale prices for e-books and might begin to compete directly with publishers by negotiating directly with authors and literary agents for rights – a process referred to as disintermediation.").

[123] Josh Ong, "Amended class-action lawsuit alleges Apple, publishers engaged in 'price-fixing conspiracy,'" *AppleInsider*, January 20, 2012, *available at* https://appleinsider.com/articles/12/01/20/amended_class_action_complaint_alleges_apple_p ublishers_engaged_in_price_fixing_conspiracy.

[124] Josh Ong, "Amended class-action lawsuit alleges Apple, publishers engaged in 'price-fixing conspiracy,'" *AppleInsider*, January 20, 2012, *available at* https://appleinsider.com/articles/12/01/20/amended class action complaint alleges apple p ublishers engaged in price fixing conspiracy. *See also See also United States of America v. Apple Inc., et al.*, 12-cv-2826 (DLC) (S.D.N.Y.), Opinion and Order dated July 10, 2013, p. 28, *available at* https://www.justice.gov/atr/case-document/file/486691/download ("Apple believed that the iPad would be a transformational e-reader. In contrast to the black-and-white e-reader devices on the market at the time, the iPad would have the capacity to display not only e-book text but also e-book illustrations and photographs in color on a backlit screen. The iPad would also have audio and video capabilities and a touch screen, which Apple

by linking the iPad to the iPod and iPhone and leveraging the App Store. Apple's press release[125] stated:

> Watch movies, TV shows and YouTube, all in HD or flip through pages of an e-book you downloaded from Apple's new iBookstore while listening to your movie collection.

> iPad runs almost all of the over 140,000 apps on the App Store, including apps already purchased for your iPhone® or iPod® touch.  The iTunes Store gives you access to the world's most popular online music, TV and movie store with a catalog of over 11 million songs, over 50,000 TV episodes and over 8,000 films including over 2,000 in stunning high definition video.  Apple also announced the new iBooks app for iPad®, which includes Apple's new iBookstore, the best way to browse, buy and read books on a mobile device. The iBookstore will feature books from major independent publishers.

54.     Apple's "lock, link, and leverage" strategy is further established in email correspondence from, Apple cofounder Steve Jobs to James Murdoch, then the chairman and CEO of News Corp. in January 2010.[126]  Mr. Jobs wrote:

> Apple's iTunes Store and App Store have over 120 million customers with credit cards on file and have downloaded over 12 billion products.  This is the type of online assets that will be required to scale the e-book business into something that matters to the publishers.

55.     Once again, Apple's research showed that the time was right:

> By June [2009], [Apple Senior Vice President of Internet Software and Services, Eddy] Cue's team had assembled data that showed that the book market in North America was larger than the music market.  The book industry was estimated to be roughly $35 billion to $42 billion in size, with trade books comprising $12.5 billion of that figure.  While trade e-books accounted for just $100 million or so of those numbers, that market was growing at an exponential rate.  Apple's [Robert] McDonald [manager of Apple's U.S. iBookstore] predicted that the e-book market could reach nearly $1 billion in 2010.[127]

---

believed would be seen by readers as a particularly attractive feature.").

[125]  "Apple Launches iPad," *Apple*, January 27, 2010, *available at* https://www.apple.com/newsroom/2010/01/27Apple-Launches-iPad/.

[126]  January 23, 2010 email from Steve Jobs to James Murdoch, *available at* https://www.justice.gov/sites/default/files/atr/legacy/2013/07/18/px-0032.pdf   (PX-0032   - APLEBOOK-03345078-088, at 081-082).

[127]  *See also United States of America v. Apple Inc., et al.*, 12-cv-2826 (DLC) (S.D.N.Y.), Opinion and Order dated July 10, 2013, p. 27, *available at* https://www.justice.gov/atr/case-document/file/486691/download.

56.     Judge Denise Cote wrote: "Apple seized the moment and brilliantly played its hand.  Taking advantage of the Publisher Defendants' fear of and frustration over Amazon's pricing, as well as the tight window of opportunity created by the impending launch of the iPad on January 27 [2010] (the 'Launch'), Apple garnered the signatures [from book publishers] it needed to introduce the iBookstore at the Launch."[128]  Press reports confirm that the e-book market exploded in 2010.  "According to one survey, 2010 e-book revenue jumped up more than 1200 percent from publishers' 2008 numbers.  Net sales increased to [$]114 million in 2010 as the Kindle and iPad installed bases grew."[129]  Apple's book strategy, however, was enabled by anticompetitive conduct which undercut Amazon.[130] Following a bench trial in June 2013,[131] the Court found that Apple "conspired with book publishers to keep e-book prices elevated, a decision that resulted in a $450 million fine [based on a June 2014 settlement prior to the start of the damages trial[132]] for Apple."[133]

---

[128] *See also United States of America v. Apple Inc., et al.,* 12-cv-2826 (DLC) (S.D.N.Y.), Opinion and Order dated July 10, 2013, p. 11, *available at* https://www.justice.gov/atr/case-document/file/486691/download.

[129] Josh Ong, "Amended class-action lawsuit alleges Apple, publishers engaged in 'price-fixing conspiracy,'" *AppleInsider,* January 20, 2012, *available at* https://appleinsider.com/articles/12/01/20/amended_class_action_complaint_alleges_apple_publishers_engaged_in_price_fixing_conspiracy.

[130] *See, e.g., See also United States of America v. Apple Inc., et al.,* 12-cv-2826 (DLC) (S.D.N.Y.), Opinion and Order dated July 10, 2013, pp. 9, 11, *available at* https://www.justice.gov/atr/case-document/file/486691/download (At p. 9: "Without Apple's orchestration of this conspiracy, it would have succeeded as it did in the Spring of 2010."  At p. 11:  Apple did not want to compete with Amazon (or any other e-book retailer) on price; and the Publisher Defendants wanted to end Amazon's $9.99 pricing and increase significantly the prevailing price point for e-books.  With a full appreciation of each other's interests, Apple and the Publisher Defendants agreed to work together to eliminate retail price competition in the e-book market and raise the price of e-books above $9.99.").

[131] *United States of America v. Apple Inc., et al.,* 12-cv-2826 (DLC) (S.D.N.Y.), Opinion and Order dated July 10, 2013, p. 5, *available at* https://www.justice.gov/atr/case-document/file/486691/download.

[132] *See, e.g.,* "Apple $450 million e-book settlement gets final court approval," *Reuters,* November 21, 2014, *available at* https://www.reuters.com/article/us-apple-

57.     The iBookstore created a new revenue and profit stream for Apple. Walter Isaacson described Apple's strategy in *Steve Jobs* as follows:   Apple "told the publishers 'We'll go to the agency model [which Apple was already using to sell apps through its App Store[134]], where you set the price, and we get our 30%, and yes, the customer pays a little more, but that's what you want anyway.'"[135]   "By the DOJ's [Department of Justice Antitrust Division's] calculations, e-book pricing rose an average $2 to $3 dollars as a result of the agency model."[136]   Apple reportedly pursued the "agency model" in order "to overcome the prevailing 'wholesale model' established by market leader Amazon."[137]

58.     When Apple lacks expertise in a particular industry, Apple has a

ebooks/apple-450-million-e-book-settlement-gets-final-court-approval-idUSKCN0J528V20141121 ("Apple agreed to the settlement in June, ahead of a damages trial set for two months later in which attorneys general in 33 states and territories and lawyers for a class of consumers were expected to seek up to $840 million.").

[133] Dan O'Shea, Apple takes a page out of Amazon'e e-book market share," *RetailDive*, February 2, 2018, *available at* https://www.retaildive.com/news/apple-takes-a-page-out-of-amazons-e-book-market-share/516186/.  *See also United States of America v. Apple Inc., et al.*, 12-cv-2826 (DLC) (S.D.N.Y.), Opinion and Order dated July 10, 2013, p. 5, *available at* https://www.justice.gov/atr/case-document/file/486691/download   ([T]he Plaintiffs have shown that Apple conspired to raise the retail price of e-books and that they are entitled to injunctive relief.").

[134] *See also United States of America v. Apple Inc., et al.*, 12-cv-2826 (DLC) (S.D.N.Y.), Opinion and Order dated July 10, 2013, p. 38, *available at* https://www.justice.gov/atr/case-document/file/486691/download.

[135] *See, e.g.*, Mikey Campbell, "DOJ says Apple responsible for setting up, executing e-book price fixing," *AppleInsider*, May 15, 2013, https://appleinsider.com/articles/13/05/15/doj_says_apple_responsible_for_arranging_inflated_e_book_prices.html.

[136] Mikey Campbell, "DOJ says Apple responsible for setting up, executing e-book price fixing," *AppleInsider*, May 15, 2013, https://appleinsider.com/articles/13/05/15/doj_says_apple_responsible_for_arranging_inflated_e_book_prices.html.

[137] Mikey Campbell, "DOJ says Apple responsible for setting up, executing e-book price fixing," *AppleInsider*, May 15, 2013, https://appleinsider.com/articles/13/05/15/doj_says_apple_responsible_for_arranging_inflated_e_book_prices.html.

history of taking technology from others.  Apple's founder and long-time CEO, Steve Jobs, once said: "good artists copy; great artists steal – and we have always been shameless about stealing great ideas."[138]   Commentators have collected examples of Apple taking innovations from other companies and markets.   **Figure 8**[139] below is an infographic from one commentator documenting "Ideas Apple bought, borrowed, and stole":



**FIGURE 8**

59.    **Figure 9**[140] below is an infographic from the same commentator

[138] Steve Jobs: The Lost Interview (1995).

[139]https://dottech.org/85881/these-are-all-the-ideas-apple-stole-from-other-companies-or-people-and-sold-for-billions/.

[140]          https://dottech.org/85881/these-are-all-the-ideas-apple-stole-from-other-companies-or-people-and-sold-for-billions/.

documenting Apple's conduct with respect to the Mac operating system:



**FIGURE 9**

60.     **Figure 10**[141] below is an infographic from the same commentator documenting Apple's conduct with respect to the iPod:

---

[141]        https://dottech.org/85881/these-are-all-the-ideas-apple-stole-from-other-companies-or-people-and-sold-for-billions/.

-45-



**FIGURE 10**

61.    **Figure 11**[142] below is an infographic from the same commentator documenting Apple's conduct with respect to iTunes:



**FIGURE 11**

---

[142]        https://dottech.org/85881/these-are-all-the-ideas-apple-stole-from-other-companies-or-people-and-sold-for-billions/.

62.    **Figure 12**[143] below is an infographic from the same commentator documenting Apple's conduct with respect to the iPhone:



**FIGURE 12**

63.    **Figure 13**[144] below is an infographic from the same commentator documenting Apple's conduct with respect to the iPad:

---

[143]    https://dottech.org/85881/these-are-all-the-ideas-apple-stole-from-other-companies-or-people-and-sold-for-billions/.

[144]    https://dottech.org/85881/these-are-all-the-ideas-apple-stole-from-other-companies-or-people-and-sold-for-billions/.



**FIGURE 13**

64.     In September 2019, *The Washington Post* explained "How Apple uses its App Store to copy the best ideas,"[145] by mining its internal data to exploit the ideas of its developers:

> Developers have come to accept that, without warning, Apple can make their work obsolete by announcing a new app or feature that uses or incorporates their ideas. Some apps have simply buckled under the pressure, in some cases shutting down. They generally don't sue Apple because of the difficulty and expense in fighting the tech giant—and the consequences they might face from being dependent on the platform.
>
>          . . .
>
> The misfortune of having an idea copied by Apple even has an industry term. "Getting Sherlocked" harks back to the time Apple's desktop search tool called "Sherlock" borrowed many of the features of a third-party companion tool called "Watson," which no longer exists.

---

[145] Reed Albergotti, "How Apple uses its App Store to copy the best ideas," *The Washington Post*, September 5, 2019, *available at* https://www.washingtonpost.com/technology/2019/09/05/how-apple-uses-its-app-store-copy-best-ideas/.

65.     *The Washington Post* explained that "what makes Apple's practice different is its access to a trove of data that nobody else has. The App Store, where the original apps were offered and competed for downloads, collects a vast amount of information on which kinds of apps are successful—even monitoring how much time users spend in them. That data is shared widely among leaders at the tech giant and could be used to make strategic decisions on product development, said Phillip Shoemaker, who served as Apple's director of App Store review from 2009 to 2016." "Apple's past incorporation of functionality included in other third-party apps has often led to their demise."[146]

### APPLE TARGETS HEALTHCARE WITH THE APPLE WATCH

66.     After "upend[ing] three major categories of consumer electronics [MP3 players, smartphones, tablets], and in the process, becom[ing] the most valuable company on Earth,"[147] Apple selected its fourth digital destruction target.  "For its fourth act, Apple chose a **watch**.  This was to be the next step in a dynasty—the first without the guidance of Steve Jobs."[148]  The Apple Watch is another example of Apple's "lock, link, and leverage" strategy.  During Apple's September 2014 event, Tim Cook stated that the Apple Watch would require an iPhone: either the new 6 and 6 Plus, or the older iPhone 5, 5s and 5c, which meant that 200 million people can already use the device.[149]  During Apple's

---

[146] *Id.*

[147] David Pierce, "iPhone Killer:  The Secret History of the Apple Watch," *Wired*, April 2015, *available at* https://www.wired.com/2015/04/the-apple-watch/.

[148] David Pierce, "iPhone Killer:  The Secret History of the Apple Watch," *Wired*, April 2015, *available at* https://www.wired.com/2015/04/the-apple-watch/.

[149] *See, e.g.,* Jordan Golson, "Live Coverage of Apple's September 2014 iPhone and iWatch Event," *MacRumors*, September 9, 2014, 11:40am-11:42am, *available at* https://www.macrumors.com/2014/09/09/iphone-6-iwatch-event-live/ "Apple's Big Reveal: 5 Key Apple Watch Features," *NBC*, September 8, 2014, https://www.nbcchicago.com/news/national-international/apple-event-5-new-features-to-

-49-

January 31, 2017 earnings call, Tim Cook, CEO, stated: "Apple Watch is the best-selling smartwatch in the world … Apple Watch is the ultimate device for a healthy life, and it is the gold standard for smartwatches."[150]

67. Apple's current CEO, Tim Cook, began to target "the health arena," following Steve Jobs death in 2011.[151] In 2010, the total global expenditure for health was US\$ 6.5 trillion.[152]

68. In summer 2013, Apple reportedly accelerated developing the Apple Watch.[153] At that time, "Apple's stock [was] down by as much as 40 percent from a record high because of concerns about the lack of new products."[154] In addition, in a March 2013 interview, Samsung's Lee Young Hee, executive vice president of mobile business, stated that the company was

---

know-apple-watch/1998739/. Shara Tibken, "Remember when Apple Watch was a luxury item? We look back at its 5-year evolution," *C/NET*, April 26, 2020, *available at* https://www.cnet.com/news/remember-when-apple-watch-was-luxury-item-we-look-back-5-year-evolution/.

[150] "Apple (AAPL) Q1 2017 Results – Earnings Call Transcript," *Seeking Alpha*, January 31, 2017, p. 4 of 25, *available at* https://seekingalpha.com/article/4041266-apple-aapl-q1-2017-results-earnings-call-transcript.

[151] *See, e.g.*, "Apple's digital textbooks with iBooks 2 were 'vision' of Steve Jobs," *AppleInsider*, January 20, 2012, *available at* https://appleinsider.com/articles/12/01/20/apples_digital_textbooks_with_ibooks_2_were_vis ion_of_steve_jobs_.html ("Textbooks were one of the three industries Jobs told biographer Walter Isaacson that he had hoped to reinvent. The other two revealed in Jobs's authorized biography were the television and photography.").

[152] "WHO Global Health Expenditure Atlas," *World Health Organization*, 2011, p. 4, *available at* https://www.who.int/health-accounts/documentation/atlas.pdf?ua=1.

[153] Brad Stone, Adam Satariano, "Tim Cook Interview: The iPhone 6, the Apple Watch, and Remaking a Company's Culture," *Bloomberg BusinessWeek*, September 18, 2014, *available at* https://www.bloomberg.com/news/articles/2014-09-18/tim-cook-interview-the-iphone-6-the-apple-watch-and-being-nice.

[154] Brad Stone, Adam Satariano, "Tim Cook Interview: The iPhone 6, the Apple Watch, and Remaking a Company's Culture," *Bloomberg BusinessWeek*, September 18, 2014, *available at* https://www.bloomberg.com/news/articles/2014-09-18/tim-cook-interview-the-iphone-6-the-apple-watch-and-being-nice.

working on a watch device.[155]   At that time, Samsung and Apple were both reportedly racing to launch a watch "as the $358 billion global market for handsets approaches saturation."[156]   Samsung's Lee stated:  "The issue here is who will first commercialize it so consumers can use it meaningfully[.]"[157]   In August 2013, *Forbes* reported that "Samsung Beat Apple To Smart Watch Starting Line With Galaxy Gear" and predicted "that the first company who popularizes the smart watch as an essential gadget, and not merely an expensive toy, will win this wearable tech battle."[158]   On August 16, 2013, *Bloomberg* reported "Samsung Electronics Co. will introduce a wristwatch-like device named the Galaxy Gear next month that can make phone calls, surf the Web and handle e-mails, according to two people familiar with the matter."[159] *Bloomberg* described the situation at the time as follows:

---

[155]  Jungah Lee, "Samsung Preparing Wristwatch as It Races Apple for Sales," *Bloomberg*, March 19, 2013, *available at* https://www.bloomberg.com/news/articles/2013-03-19/samsung-preparing-wristwatch-as-it-races-apple-for-sales.   Jungah Lee, "Samsung Said to Introduce Watch-Like Phone Next Month," *Bloomberg*, August 16, 2013, *available at* https://www.bloomberg.com/news/articles/2013-08-16/samsung-said-to-introduce-smartphone-like-wristwatch-next-month.   *See also* Jason Evangelho, "Is Samsung Developing A Companion Smartwatch For Galaxy S IV?" *Forbes*, February 15, 2013, *available at* https://www.forbes.com/sites/jasonevangelho/2013/02/15/is-samsung-developing-a-companion-smartwatch-for-galaxy-s-iv/#6d1b6f9b4c28 ("On Friday morning, alleged screenshots of the OS powering a Samsung Galaxy smartwatch surfaced online. … The prospect of a companion smartwatch for the Galaxy S IV is an enticing one.").

[156]  Jungah Lee, "Samsung Preparing Wristwatch as It Races Apple for Sales," *Bloomberg*, March 19, 2013, *available at* https://www.bloomberg.com/news/articles/2013-03-19/samsung-preparing-wristwatch-as-it-races-apple-for-sales.

[157]  Jungah Lee, "Samsung Preparing Wristwatch as It Races Apple for Sales," *Bloomberg*, March 19, 2013, *available at* https://www.bloomberg.com/news/articles/2013-03-19/samsung-preparing-wristwatch-as-it-races-apple-for-sales.

[158]  Jason Evangelho, "Samsung Beats Apple To Smart Watch Starting Line With Galaxy Gear," *Forbes*, August 28, 2013, *available at* https://www.forbes.com/sites/jasonevangelho/2013/08/28/samsung-beats-apple-to-smart-watch-starting-line-with-galaxy-gear/#5c75d1d44974.

[159]  Jungah Lee, "Samsung Said to Introduce Watch-Like Phone Next Month," *Bloomberg*, August 16, 2013, *available at* https://www.bloomberg.com/news/articles/2013-08-16/samsung-said-to-introduce-smartphone-like-wristwatch-next-month.

-51-

Asia's biggest technology company [Samsung] is racing other electronics makers, including Sony Corp., to create a new industry of wearable devices as the market for top-end handsets [smartphones] nears saturation. The global watch industry will generate more than $60 billion in sales this year, and the first companies to sell devices that multitask could lock customers into their platform, boosting sales of smartphones, tablets and TVs.

…

Samsung became the world's largest smartphone maker last year, overtaking Apple. … [Samsung] had about 33 percent pf the global smartphone market in the second quarter, while the iPhone maker fell to a three-year low as more consumers chose inexpensive handsets from Chinese makers, according researcher Strategy Analytics.[160]

69.     Apple announced the first Apple Watch a year later, in September 2014, and emphasized health features including the "built-in heart rate sensor" and "comprehensive health and fitness apps that can help people lead healthier lives."[161]   By that time, Apple, Samsung and Google were all working on creating data platforms that will aggregate, store and share health data collected from wearable sensors. … 'It's all going to lead to this real race of who can build out the best interfaces for different stakeholders in health care,' says Nudge's [co-founder Phil] Beene."[162]

---

[160] Jungah Lee, "Samsung Said to Introduce Watch-Like Phone Next Month," *Bloomberg*, August 16, 2013, *available at* https://www.bloomberg.com/news/articles/2013-08-16/samsung-said-to-introduce-smartphone-like-wristwatch-next-month.

[161] "Apple Unveils Apple Watch—Apple's Most Personal Device Ever," *Apple*, September 9, 2014, *available at* https://www.apple.com/newsroom/2014/09/09Apple-Unveils-Apple-Watch-Apples-Most-Personal-Device-Ever/#:~:text=CUPERTINO%2C%20California%E2%80%94September%209%2C,rich%20tradition%20of%20precision%20watchmaking.   *See also* Aaron Souppouris, "Samsung announces the Galaxy Gear smartwatch," *The Verge*, September 4, 2013, https://www.theverge.com/2013/9/4/4693692/samsung-galaxy-gear-smartwatch-announcement.   Hugh Langley, "The patented history and future of … Samsung's smartwatches," *Wareable*, November 24, 2016, *available at* https://www.wareable.com/samsung/the-patented-history-and-future-of-samsung-smartwatches-3551.

[162] Parmy Olson, "Wearable Tech Is Plugging Into Health Insurance," *Forbes*, June

70.     Like its prior three acts, "Apple was late to announce its first smartwatch compared to its rivals[.]"[163]  For example, Samsung announced the original Samsung Galaxy Gear in September 2013.[164]  On March 18, 2014,[165] "Google went big with smartwatches …, announcing Android Wear its watch-centric OS … Google has rounded up a whole host of partners for Android Wear – including Motorola, Samsung, LG, HTC and Asus – and at IFA 2014 we saw the fruits of this partnership, with the introduction of the Moto 360, LG G Watch R and the Asus ZenWatch."[166]  In response, "Apple showed off the Apple Watch in September 2014,[167] with the hope that anyone looking to buy a smartwatch this Christmas would have second thoughts.  Stats on smartwatch

---

19, 2014, https://www.forbes.com/sites/parmyolson/2014/06/19/wearable-tech-health-insurance/#211d9e8f18bd.

[163] Chris Smith, "Jony Ive explains why designing the Apple Watch was insanely difficult," *BRG*, September 17, 2014, *available at* https://bgr.com/2014/09/17/apple-watch-design-story/. *See also* Paul Lamkin, "Smartwatch timeline: The devices that paved the way for the Apple Watch," *Wareable*, March 10, 2015, https://www.wareable.com/smartwatches/smartwatch-timeline-history-watches ("The Apple Watch may well be the highest profile smartwatch launch in history but let's not foret that the Cupertino giant is a latecomer to the ever expanding genre.").

[164] *See, e.g.*, Carrie Marshall, "Before Apple Watch: the timely history of the smartwatch," *techradar*, April 17, 2015, p. 9 of 11, *available at* https://www.techradar.com/news/wearables/before-iwatch-the-timely-history-of-the-smartwatch-1176685.

[165] *See, e.g.*, Faisal Hussain, "Google Beat Apple in the Next-Gen Smartwatch Race—And It Looks Incredible," *Android Gadget Hacks*, March 18, 2014, *available at* https://android.gadgethacks.com/news/google-beat-apple-next-gen-smartwatch-race-and-looks-incredible-0151785/.

[166] Carrie Marshall, "Before Apple Watch: the timely history of the smartwatch," *techradar*, April 17, 2015, p. 10 of 11, *available at* https://www.techradar.com/news/wearables/before-iwatch-the-timely-history-of-the-smartwatch-1176685.

[167] *See also* Adario Strange, "Tim Cook Invokes Steve Jobs' Classic 'One More Thing' for First Time," *Mashable*, September 9, 2014, *available at* https://mashable.com/2014/09/09/tim-cook-steve-jobs-one-more-thing/ (Tim Cook ended the public presentation using Steve Jobs' "One more thing" to unveil the Apple Watch).

-53-

sales showed that it worked,"[168] as global smartwatch unit shipments remained low in 2014 as shown in **Figure 14**,[169] below.



**FIGURE 14**

71.     While Apple's Tim Cook claimed in September 2014 that the Apple Watch "will redefine what people will expect from [this] category" and that it was "the next chapter in Apple's story,"[170] the Apple Watch was not available for months.   On March 9, 2015, Apple announced that preorders would begin on April 10, 2015, and shipments would begin—and did begin[171]—

<hr>

[168] Carrie Marshall, "Before Apple Watch: the timely history of the smartwatch," *techradar*, April 17, 2015, p. 11 of 11, *available at* https://www.techradar.com/news/wearables/before-iwatch-the-timely-history-of-the-smartwatch-1176685.

[169] "Global smartwatch unit shipments by vendor from the 2Q :14 to 1Q '20 (in millions)," *Statista*, 2020, *available at* https://www.statista.com/statistics/524806/global-smartwatch-vendor-shipments/.

[170] *See, e.g.,* Adario Strange, "Tim Cook Invokes Steve Jobs' Classic 'One More Thing' for First Time," *Mashable*, September 9, 2014, *available at* https://mashable.com/2014/09/09/tim-cook-steve-jobs-one-more-thing/.

[171] "Apple's (AAPL) CEO Tim Cook on Q2 2015 Results – Earnings Call Transcript,"

on April 24, 2015.[172]

72.    By February 2019, NPD reported that "Apple is the clear [smartwatch] market leader" in the U.S., and "that the top three brands (Apple, Samsung, and Fitbit) made up 88 percent of smartwatch sales [in the 12 months ending November 2018]."[173]   Strategy Analytics reported that "Apple Watch shipped 7.6 million units worldwide in Q1 2020, rising an above-average 23 percent from 6.2 million in Q1 2019.  Apple's global smartwatch market share has grown from 54 percent to 55 percent, its highest level for two years."[174]

73.    The Apple Watch appears to be Apple's latest "Trojan Horse."  In February 2015, *The Wall Street Journal* reported the following:

> When Apple Inc. started developing its smartwatch, executives envisioned a state-of-the-art health-monitoring device that could measure blood pressure, heart activity and stress levels, among other things, according to people familiar with the matter.
>
> But none of those technologies made it into the much-anticipated Apple Watch, due in April. Some didn't work reliably. Others proved too complex. And still others could have prompted unwanted regulatory oversight, these people said.

---

*Seeking Alpha*, April 27, 2015, pp. 5, 11 of 26, *available at* https://seekingalpha.com/article/3107596-apples-aapl-ceo-tim-cook-on-q2-2015-results-earnings-call-transcript (At p. 5:  Tim Cook, CEO: " … It's been really great to see the reaction of customers since their watches began arriving on Friday [April 24, 2015] morning. All around the world, we've seen the excitement on social networks as people start using their Apple Watch. The response has been overwhelmingly positive. …"  At p. 11: "From a demand point of view, it's hard to gauge when you don't have product in stores and so forth. So we're filling orders completely online at the moment. …").

[172] *See, e.g.*, "Apple Watch Available in Nine Countries on April 24," *Apple*, March 9, 2015, *available at* https://www.apple.com/newsroom/2015/03/09Apple-Watch-Available-in-Nine-Countries-on-April-24/.  Jacob Kastrenakes, "Apple Watch release date is April 24th, with pricing from $349 to over $10,000," *The Verge*, March 9, 2015, *available at* https://www.theverge.com/2015/3/9/8162455/apple-watch-price-release-date-2015.

[173] "Market leaders dominate sales, with the top three brands representing 88 percent of unit share," *NPD*, February 12, 2019, https://www.npd.com/wps/portal/npd/us/news/press-releases/2019/us-smartwatch-sales-see-strong-gains-according-to-new-npd-report/.

[174] "Strategy Analytics: Global Smartwatch Shipments Grow 20 Percent to 14 Million in Q1 2020," *Businesswire*, May 6, 2020, *available at* https://www.businesswire.com/news/home/20200506006138/en/Strategy-Analytics-Global-Smartwatch-Shipments-Grow-20-Percent-to-14-Million-in-Q1-2020.

That left Apple executives struggling to define the purpose of the smartwatch and wrestling with why a consumer would need or want such a device. Their answer, for now, is a little bit of everything:  displaying a fashion accessory; glancing at information nuggets more easily than reaching for a phone; buying with Apple Pay; communicating new ways through remote taps, swapped heartbeats or drawings; and tracking daily activity.

Apple declined to comment.

…

Apple began developing the watch about four years ago, with a focus on health and fitness.  It's not unusual for Apple to experiment with many technologies or shift focus during product development, but the watch was especially challenging, people familiar with the matter said.  Internally, the project became known as a 'black hole' sucking resources, one of these people said.

Development languished because much of the health-sensor technology failed to meet Apple's standards, these people said.  Apple tinkered with sensors that measured the conductivity of skin, a concept used in polygraphs to gauge stress.  The technology also showed promise for heart-rate monitoring such as electrocardiogram, or EKG, these people said.

But these features didn't perform consistently on some people, including those with hairy arms or dry skin.  Results also varied depending on how tightly the person wore the Watch, they said.  Instead, Apple opted for more pedestrian pulse-rate monitoring, these people said.

Apple also experimented with ways to detect blood pressure or the amount of oxygen in the blood, but the results were inconsistent.  Moreover, if Apple interpreted the numbers to provide health or behavior advice, the company likely would have needed approval from the U.S. Food and Drug Administration or other regulators.

These features were shelved for the first version of the watch, but they may be included in future models, the people familiar with the matter said.[175]

74.     In an August 2016 interview, Tim Cook described Apple's move into healthcare as a huge market opportunity, as follows:

"We've gotten into the health arena and we started looking at wellness, that took us to pulling a string to thinking about research, pulling that string a little further took us to some patient-care stuff, and that pulled a string that's taking us into some other stuff," he says.  "When you look at most of the solutions, whether it's devices, or things coming up out of Big Pharma, first and foremost, they are done to get the reimbursement [from an insurance provider].  Not thinking about that helps the patients.  So if you don't care about reimbursement, which we

---

[175] Daisuke Wakabayashi, "What Exactly Is an Apple Watch For?  *The Wall Street Journal,*" February 16, 2015, *available at* https://www.wsj.com/articles/challenge-of-apple-watch-defining-its-purpose-1424133615.

have the privilege of doing, that may even make the smartphone market look small."[176]

75.     By 2018, Apple "ha[d] been focused on turning the Apple Watch into the future of health screening and diagnostics."[177]   During Apple's November 1, 2018 earnings call, Bank of America Merrill Lynch analyst, Wamsi Mohan stated:   "I see Apple could become a really large disintermediating force in all the friction in the healthcare industry today in the way medical information is shared and distributed."[178]   Tim Cook, CEO, commented stating:  "I think Apple has a huge opportunity in health.  And you can see from our past several years that we have an intense interest in the space and are adding products and services, non-monetized services, so far to that. And I don't want to talk about the future because I don't want to give away what we're doing, but this is an area of major interest to us."[179]   In January 2019, Apple's CEO, Tim Cook, stated:

> "I believe, if you zoom out into the future, and you look back, and you ask the question, 'What was Apple's greatest contribution to mankind?' it will be about health."

> [Explaining how Apple plans to "democratize" health care] "We are taking what has been with the institution and empowering the individual to manage their health.  And we're just at the front end of this[.]  But I do thinking,

---

[176] Rick Tetzeli, "Playing The Long Game Inside Tim Cook's Apple," *Fast Company*, August 8, 2016, *available at* https://www.fastcompany.com/3062090/playing-the-long-game-inside-tim-cooks-apple.

[177] Steve Blank, "The Apple Watch – Tipping Point Time for Healthcare," *ThinkGrowth*, October 3, 2018, *available at* https://thinkgrowth.org/the-apple-watch-tipping-point-time-for-healthcare-6cd25fdb413a.

[178] "Apple (AAPL) Q4 2018 Results – Earnings Call Transcript," *Seeking Alpha*, November 1, 2018, p. 13 of 27, *available at* https://seekingalpha.com/article/4217359-apple-aapl-q4-2018-results-earnings-call-transcript.

[179] "Apple (AAPL) Q4 2018 Results – Earnings Call Transcript," *Seeking Alpha*, November 1, 2018, p. 13 of 27, *available at* https://seekingalpha.com/article/4217359-apple-aapl-q4-2018-results-earnings-call-transcript.

looking back, in the future, you will answer that question:   Apple's most important contribution to mankind has been in health."[180]

76.     During Apple's October 30, 2019 earnings call, Tim Cook added:

> And in terms of other health-related things that we have going, we will be continuing to build out our health records connection into the health app, really democratizes the information about people's health, and so they can easily go from doctor to doctor.

> We've got the research going that I mentioned earlier, there will be more of those through time, and obviously we've got things that we're not going to talk about just yet that we're working on.  But as I've said before, my view is there will be a day in the future that we look back, and Apple's greatest contribution will be to people's health.[181]

77.     Apple has touted its efforts to promote the Apple Watch to "individuals and businesses alike[.]"  For example during Apple's October 25, 2016 earnings call, Tim Cook, CEO, stated:  "Individuals and businesses alike are recognizing the potential of Apple Watch to help people stay healthy, motivated and connected. One recent example is Aetna, which has announced a new initiative to revolutionize its members' health experience by subsidizing Apple Watch for individual customers and select large employers. In addition, Aetna is also providing Apple Watch to nearly 50,000 of its own employees to encourage them to live a healthier day."[182]  In January 2019, Aetna announced the "Attain by Aetna" program "that will be made available to Aetna members directly, and not through a corporate-sponsored health benefit for employees at

---

[180] Lizzy Gurdus, "Tim Cook: Apple's greatest contribution will be 'about health,'" *CNBC*, January 8, 2019, *available at* https://www.cnbc.com/2019/01/08/tim-cook-teases-new-apple-services-tied-to-health-care.html.

[181] "Apple Inc. (AAPL) CEO Tim Cook on Q4 2019 Results – Earnings Call Transcript," *Seeking Alpha*, October 30, 2019, pp. 14-15 of 29, *available at* https://seekingalpha.com/article/4300690-apple-inc-aapl-ceo-tim-cook-on-q4-2019-results-earnings-call-transcript.

[182] "Apple (AAPL) Q4 2016 Results – Earnings Call Transcript," *Seeking Alpha*, October 25, 2016, pp. 3-4 of 33, *available at* https://seekingalpha.com/article/4014922-apple-aapl-q4-2016-results-earnings-call-transcript.

a given company."[183]   The program "offers participants rewards that can help defray the cost of Apple's high-tech timepiece.  In other words, using the app could pay for your Apple Watch."[184]   In March 2016, Vitality Group's program allowed its members, Amgen, DaVita HealthCare Partners, Lockton, and John Hancock policyholders, "the opportunity to earn an Apple Watch simply by being more active."[185]   For example, John Hancock offers "an Apple Watch for as little as $25, if you sign up for life insurance and meet certain exercise requirements."[186]   In January 2019, *CNBC* reported that "Apple has been in talks with at least three private Medicare plans about subsidizing the Apple Watch for people over 65 to use as a health tracker, according to people familiar with the discussions. … The talks have not resulted in any official deals just yet, the people said.  Apple has paid a visit to several of the largest insurers in the market, as well as some smaller, venture-backed Medicare Advantage plans. The people declined to be named as the discussions are still private.  Apple declined to comment."[187]

---

[183] Edward C. Baig, "Using Aetna's new app and personalized rewards program could pay for your Apple Watch," *USA Today*, January 29, 2019, *available at* https://www.usatoday.com/story/tech/2019/01/29/aetna-attain-wellness-rewards-program-may-pay-your-apple-watch/2702433002/.

[184] Edward C. Baig, "Using Aetna's new app and personalized rewards program could pay for your Apple Watch," *USA Today*, January 29, 2019, *available at* https://www.usatoday.com/story/tech/2019/01/29/aetna-attain-wellness-rewards-program-may-pay-your-apple-watch/2702433002/.

[185] "Vitality Motivates Members to Get More Active With Apple Watch," *Vitality Group*, March 2, 2016, *available at* https://www.vitalitygroup.com/press-release/vitality-motivates-members-to-get-more-active-with-apple-watch/.

[186] Edward C. Baig, "Using Aetna's new app and personalized rewards program could pay for your Apple Watch," *USA Today*, January 29, 2019, *available at* https://www.usatoday.com/story/tech/2019/01/29/aetna-attain-wellness-rewards-program-may-pay-your-apple-watch/2702433002/.  *See also* "Apple Watch Series 5," *John Hancock Insurance*, n.d., *available at* https://www.johnhancockinsurance.com/vitality-program/apple-watch.html.

[187] Christina Farr, "Apple is in talks with private Medicare plans about bringing its watch to at-risk seniors," *CNBC*, January 16, 2019, *available at*

78.     Apple has highlighted its "commitment to medical research" and its collaborations with "leading health institutions."  For example, in October 2018, "Apple announced a partnership with medical device company Zimmer Biomet, to combine a new app along with health-tracking data from the smartwatch to help determine why certain patients recover faster than others from the [knee and hip replacement] procedures.  … The Apple Watch will track steps and heart rate data, allowing patients to share the information with their doctors to provide a clearer picture of how they're doing after surgery and to analyze potential setbacks. … The companies are also working together on a clinical study. … Zimmer Biomet CEO Bryan Hanson said in a statement that the partnership with Apple marks 'one of the largest evidence-gathering clinical studies in orthopedic history."[188]  During Apple's October 30, 2019 earnings call, Tim Cook, CEO, stated that "[o]ur Wearables business [which includes the Apple Watch] showed explosive growth and generated more annual revenue than two-thirds of the companies in the Fortune 500,"[189] and emphasized "Apple's commitment to medical research" and collaborations "with leading health institutions":

> And combined with the power of watchOS6, users are empowered to take charge of their health and fitness with new features like Cycle Tracking, the Noise app, Activity Trends.  The ECG app now available in 32 markets including India has become a widely celebrated illustration of Apple's commitment to your health giving users the ability to document

---

https://www.cnbc.com/2019/01/15/apple-talking-to-private-medicare-plans-about-subsidizing-apple-watch.html.

[188] Christina Farr, "Apple hopes the Apple Watch can help patients recover faster from knee and hip replacements," *CNBC*, October 15, 2018, *available at* https://www.cnbc.com/2018/10/15/apple-and-zimmer-biomet-bring-apple-watch-to-people-getting-new-knees.html.

[189] "Apple Inc. (AAPL) CEO Tim Cook on Q4 2019 Results – Earnings Call Transcript," *Seeking Alpha*, October 30, 2019, p. 7 of 29, *available at* https://seekingalpha.com/article/4300690-apple-inc-aapl-ceo-tim-cook-on-q4-2019-results-earnings-call-transcript.  *See also* p. 19 of 29 (Apple's Luca Maestri, CFO, stated: "… Wearables has very, very strong momentum. …").

and monitor the functioning of their heart and provide critical data to their doctors.

We're deepening Apple's commitment to medical research.  We announced a new Research app paired with three unprecedented medical studies spanning Hearing, Heart and Movement and Women's Health.

We are collaborating with leading health institutions to reach more participants than has ever been possible enabling them to contribute to potential discoveries and help create the next generation of innovative health products.

Leveraging the devices customers use every day and world-class security and privacy, we hope to democratize medical research and bring everyone to the table to make the next big breakthroughs possible.[190]

79.     Apple currently promotes its Watch in the healthcare space by, among other things, maintaining a webpage directed to healthcare providers entitled: "Apple Watch.  Helping your patients identify early warning signs."[191]

80.     Publicly available information also establishes that Apple is working with leading medical providers in order to gain acceptance of the Apple Watch in the clinical field.  For example, the *Stanford Medicine 2020 Health Trends Report* described Apple's collaboration with Stanford as follows:

In addition, recent clinical studies have started to validate wearables as a tool to conduct various kinds of health screenings:

Last year, a collaboration between Stanford Medicine and Apple sought to determine Apple Watch's ability to predict a medical condition called atrial fibrillation.  Ultimately, the study's key findings indicate that wearable technology can safely identify heart rate irregularities, highlighting the potential role that wearable devices and other digital technologies can play in achieving better health outcomes for patients.[192]

---

[190] "Apple Inc. (AAPL) CEO Tim Cook on Q4 2019 Results – Earnings Call Transcript," *Seeking Alpha,* October 30, 2019, p. 6 of 29, *available at* https://seekingalpha.com/article/4300690-apple-inc-aapl-ceo-tim-cook-on-q4-2019-results-earnings-call-transcript.

[191] "Healthcare – Apple Watch.  Helping your patients identify early warning signs," *Apple,* n.d., *available at* https://www.apple.com/healthcare/apple-watch/.

[192] "The Rise of the Data-Driven Physician," *Stanford Medicine 2020 Health Trends Report,* 2020, p. 12, *available at* http://med.stanford.edu/content/dam/sm/school/documents/Health-Trends-

81.     As it has done in the past, Apple is already displacing competitors in the healthcare field.  For example, AliveCor worked with Apple to sell KardiaBand, which is a single-lead ECG device positioned on an Apple Watch wrist strap. [193]     The March 2016 press release announcing the launch highlighted this was "the first medical-grade EKG band for the Apple Watch."[194]  "The Kardia Band for Apple Watch, and new Kardia app, represent a significant breakthrough in proactive heart health by allowing people to discretely capture their EKG anytime, anywhere."[195]   In September 2018, Apple announced that it was incorporating ECG directly into the Apple Watch Series 4.  Apple claimed it was the "first over-the-counter ECG device offered to consumers . . .." [196]     Eight months later, AliveCor stopped selling KardiaBand. [197]  Commentators noted that "Apple ha[d] pretty much destroyed the market for KardiaBand . . .." [198]   Apple is alleged to have also done the

---

Report/Stanford%20Medicine%20Health%20Trends%20Report%202020.pdf.

[193] Max Freeman-Mills, "AliveCor stops selling its Kardia Band ECG band for Apple Watch," *Wareable*, August 21, 2019, *available at* https://www.wareable.com/apple/alivecor-stops-selling-kardiaband-apple-watch-ecg-7513. *See also* "New Kardia™ Band for Apple Watch Delivers Medical-grade Electrocardiogram (EKG) Anytime, Anywhere," *AliveCor*, March 16, 2016, *available at* https://www.alivecor.com/press/press_release/new-kardia/.

[194] "New Kardia™ Band for Apple Watch Delivers Medical-grade Electrocardiogram (EKG) Anytime, Anywhere," *AliveCor*, March 16, 2016, *available at* https://www.alivecor.com/press/press_release/new-kardia/.

[195] *Id.*

[196] Brian X. Chen, Jack Nicas, Farhad Manjoo, and Reed Abelson, *Apple Unveils Bigger iPhones at Higher Prices, and a Heart-Tracking Watch*, New York Times, September 12, 2018, *available at* https://www.nytimes.com/2018/09/12/technology/apple-event-live-iphone-watch-ios12.html.

[197] Max Freeman-Mills, "AliveCor stops selling its Kardia Band ECG band for Apple Watch," *Wareable*, August 21, 2019, *available at* https://www.wareable.com/apple/alivecor-stops-selling-kardiaband-apple-watch-ecg-7513.

[198] Elizabeth Cairns, "Apple takes a bit out of Alivecor," *Evaluate Vantage*, September 13, 2018, *available at* https://www.evaluate.com/vantage/articles/news/policy-and-regulation/apple-takes-bite-out-alivecor.

same to several others in the healthcare field.[199]

**APPLE TARGETS PLAINTIFFS' HEALTHCARE TECHNOLOGIES**

82.     Masimo is "a global medical technology company that develops, manufactures, and markets a variety of noninvasive monitoring technologies. [The company's] mission is to improve patient outcomes and reduce the cost of care by taking noninvasive monitoring to new sites and applications."[200] Masimo's strategy includes the following:  "Continue to Expand Our Market Share in Pulse Oximetry, Expand the Pulse Oximetry Market to Other Patient Care Settings."[201]     Masimo provides its products to "hospitals, emergency medical service (EMS) providers, home care providers, long-term care facilities, physician offices, veterinarians and consumers through our direct sales force, distributors and original equipment manufacturers (OEM) partners."[202]

83.     I understand that, in April 1998, Masimo spun off certain technologies into a company now known as Cercacor.[203]  Cercacor and Masimo cross-license technologies to each other and confidentially collaborate on

---

[199]     *See, e.g.*, Second Amended Complaint in *Omni MedSci, Inc. v. Apple Inc.*, Case No. 2:18-cv-429-RWS (E.D. Tex), filed Feb. 26, 2019.  (OmniMedSci alleging it met with Apple in 2014-2016 and Apple stole its pulse rate technology); Complaint in *Wiesel v. Apple, Inc.*, Case No. 2:19-cv-072961-JMA-SIL (E.D.N.Y) (NYU School of Medicine doctor alleging Apple took his technology for detecting atrial fibrillation).

[200]     "Company      Profile,"      *Masimo*,      2020,      *available      at* *https://investor.masimo.com/company-profile/default.aspx.*

[201]     "Company      Profile,"      *Masimo*,      2020,      *available      at* https://investor.masimo.com/company-profile/default.aspx.

[202]  Masimo 10-Q for the quarter ended June 27, 2020, p. 34, *available at* https://seekingalpha.com/filing/5096578.

[203] *See, e.g.*, June 24, 2016 Letter from David J. Van Ramshorst (Masimo) to Mr. Kevin      J.      Kuhar      (SEC),      *available      at* https://www.sec.gov/Archives/edgar/data/937556/000093755616000313/filename1.htm ("Cercacor Laboratories, Inc ('Cercacor') is an independent entity that was spun off from Masimo to its stockholders in April 1998.").  *See also* "Cercacor History," *Cercacor*, 2020, *available at* https://www.cercacor.com/pages/history.  Masimo 10-K for the fiscal year ended December 28, 2019, p. 21, *available at* https://seekingalpha.com/filing/4833291.

-63-

development.[204]

84.     Plaintiffs sell a variety of patient monitoring devices that are used in hospitals.  On June 3, 2013, Masimo introduced "Root, an intuitive patient monitoring and connectivity platform that is destined to transform patient care from the operating room to the general floor."[205]  On July 29, 2014, Masimo announced "CE Mark and limited market release of Radius-7™ for the Root® patient monitoring and connectivity platform, the first and only wearable, wireless monitor with Masimo's breakthrough rainbow® SET® technology, enabling early identification of clinical deterioration while offering patients continuous monitoring with freedom of movement."[206]

85.     Masimo's Root (left) and Radius-7 wearable monitor (middle and right), are shown in **Figure 15**,[207] below.

_____

[204] Conversations with Joe Kiani.  *See also* June 24, 2016 Letter from David J. Van Ramshorst (Masimo) to Mr. Kevin J. Kuhar (SEC), *available at* https://www.sec.gov/Archives/edgar/data/937556/000093755616000313/filename1.htm ("Following the spin-off, Masimo and Cercacor entered into a cross-licensing agreement that has since been amended and restated, most recently as of January 1, 2007 (the 'Cross-Licensing Agreement').  The Cross-Licensing Agreement governs each party's rights to certain intellectual property held by each company, including end-user markets, royalties and license fees.").  Masimo 10-K for the fiscal year ended December 28, 2019, pp. 21-22, *available at* https://seekingalpha.com/filing/4833291.  In this Declaration, I refer to "Masimo," "Cercacor" and/or "Plaintiffs" without necessarily distinguishing between these entities.  I understand this distinction is not relevant to the Motion.

[205] "Masimo Announces Root™," *Masimo*, June 3, 2013, *available at* https://www.masimo.com/company/news/news-media/2013/#news-d2d75cef-e8e9-4129-9453-1eda1363f63e.  *See also* "Root™ – Patient Monitoring Platform Designed to Transform Care," *Masimo*, 2013, *available at* https://www.masimo.com/siteassets/us/documents/pdf/lab8021a_sell_sheet_root.pdf.

[206] "Masimo Corporation Announces CE Mark And Limited Market Release Of Radius-7 – First Rainbow® SET® Noninvasive Wearable, Wireless Monitor For Root®," *BioSpace*, July 29, 2014, *available at* https://www.biospace.com/article/releases/masimo-corporation-announces-ce-mark-and-limited-market-release-of-radius-7-and-0153-first-rainbow-and-0174-set-and-0174-noninvasive-wearable-wireless-m/.  "Radius-7," *Masimo*, 2019, *available at* https://www.masimo.com/siteassets/us/documents/pdf/plm-10596b_product_information_radius-7_us.pdf.

[207] "Masimo Announces Root™," *Masimo*, June 3, 2013, *available at* https://www.masimo.com/company/news/news-media/2013/#news-d2d75cef-e8e9-4129-9453-1eda1363f63e.  *See also* "Radius-7," *Masimo*, 2019, *available at*

 

**FIGURE 15**

86. ███████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████

87. ███████████████████████████████████████████

████████████████████████████ In January 2013 at CES, Masimo's Max Safai, senior vice president of business development stated that the company's "first consumer product" was the iSpO2.[210] At that time, "Masimo ha[d] been making professional-grade medical equipment for 24 years."[211] In or about,

---

https://www.masimo.com/siteassets/us/documents/pdf/plm-10596b_product_information_radius-7_us.pdf.

[208] Conversations with Joe Kiani.

[209] Conversations with Joe Kiani.

[210] Jennifer Van Grove, "Get instant pulse readings with iSpO2 for iPhone, iPad," C|Net, January 6, 2013, *available at* https://www.cnet.com/news/get-instant-pulse-readings-with-ispo2-for-iphone-ipad/.

[211] Jennifer Van Grove, "Get instant pulse readings with iSpO2 for iPhone, iPad," C|Net, January 6, 2013, *available at* https://www.cnet.com/news/get-instant-pulse-readings-with-ispo2-for-iphone-ipad/.

January 2015,[212] Masimo launched its eCommerce website, MasimoPersonalHealth.com.[213] These monitors are intended as consumer based exercise and wellness products.[214] Masimo's iSpO2™ debuted on December 12, 2012 as a "Consumer product", and is "a pulse oximeter cable and sensor with Measure-Through Motion and Low Perfusion Masimo SET technology for use with iPhone, iPad or iPod touch with 30-pin connector. … [iSpO2™ is] available at iSpO2.com and Amazon[.] … "[215]   At the time of launch, the

---

[212] *See, e.g.*, MasimoPersonalHealth.com, January 12, 2015, *available at* http://web.archive.org/web/20150112063501/http://www.masimopersonalhealth.com/.

[213] *See, e.g.*, "Masimo Personal Health – Launching a Medical Device to Consumers," *BTS Consulting*, 2020, *available at* https://btshealth.com/portfolio_page/masimo-personal-health/.  *See also* Masimo 10-K for the fiscal year ended December 28, 2019, p. 14, *available at* https://seekingalpha.com/filing/4833291 (iSpO2® and MightySat® with PVi® and RRp® are "Sold directly to consumers and through consumer retailers.").

[214] *See, e.g.*, Masimo 10-K for the fiscal year ended December 28, 2019, pp. 20, 37, *available at* https://seekingalpha.com/filing/4833291.  *See also* Masimo 10-K for the fiscal year ended December 29, 2012, p. 3, *available at* https://seekingalpha.com/filing/1293893 ("In December 2012, we released iSpO 2 ™, a pulse oximeter cable and sensor with Measure-Through Motion and Low Perfusion Masimo SET ® technology for use with an iPhone, iPad or iPod touch. iSpO 2 ™ uses Masimo SET ® for Measure-Through Motion and Low Perfusion performance. The first version of iSpO 2 ™ allows consumers to use their iPhone, iPad or iPod touch to check their own arterial blood oxygen saturation (SpO 2 ), pulse rate, and perfusion index measurements for short-term sports and aviation use, and is not intended for medical use. The iSpO 2 ™ is available on-line through both iSpO2.com and amazon.com. The iSpO 2 ™ Medical, the professional version for medical use, is pending CE mark and FDA 510(k) clearance. The iSpO 2 ™ Medical will be made available through our existing distribution channels.").  "Masimo iSpO2™ Pulse Oximeter Features in Fitness Book by Tour de France Champion Greg LeMond," *Masimo*, December 4, 2014, *available at* https://investor.masimo.com/news/news-details/2014/Masimo-iSpO2TM-Pulse-Oximeter-Featured-in-Fitness-Book-by-Tour-de-France-Champion-Greg-LeMond/default.aspx ("The iSpO2 consumer version is not intended for medical use.").  "Study Evaluates Performance of Masimo iSpO2 Rx Smart Device-Paired Pulse Oximeter; Data shows device accurately screens newborns for critical congenital heart disease," *MPO Magazine*, September 14, 2017, *available at* https://www.mpo-mag.com/contents/view_breaking-news/2017-09-14/study-evaluates-performance-of-masimo-ispo2-rx-smart-device-paired-pulse-oximeter/ ("The device used in this study is iSpO2 Rx. The study did not use the iSpO2, which is intended as an exercise and wellness product and is not available for use on neonates.  iSpO2 is not intended for CCHD screening or any other medical use.  iSpO2 Rx does not have U.S. Food and Drug Administration 510(k) clearance and is not available for sale in the United States.").

[215] "Masimo Launches iSpO2 – Commercially Available Pulse Oximeter for iPhone, iPad & iPod touch," *PRNewswire*, December 12, 2012, *available at* https://www.prnewswire.com/news-releases/masimo-launches-ispo2----commercially-available-pulse-oximeter-for-iphone-ipad--ipod-touch-183248532.html.

iSpO2 was "Sold directly to consumers through on-line websites."[216]   On January 3, 2013, *Apple Magazine* published Masimo's press release which stated:   "A variety of people purchase pulse oximeters for personal uses, including fitness buffs and those going to high altitudes.   Thousands of pulse oximeters, which measure blood oxygenation and pulse rate, are sold to consumers each year."[217]   Masimo led the effort to "democratize" pulse oximetry years before Apple.   *C|Net* reported:   "the idea behind iSpO2 is to help fitness fanatics, aviators, skiers, and extreme sport enthusiasts find out crucial information on their vitals without the need for a physician.   Max Safai, senior vice president of business development, who demoed the unit for CNET, said that people can also send the data to their doctors for tracking purposes."[218]

88.   The iSpO2® Pulse Oximeter is available for sale at MasimoPersonalHealth.com for $249, however, as of September 27, 2020, they were sold out.[219]

89.   On January 7, 2015, months before Apple's launch of the first Apple Watch, Masimo unveiled MightySat, a "fingertip pulse oximeter for personal use.   MightySat provides accurate oxygen saturation and pulse rate

---

[216] Masimo 10-K for the fiscal year ended December 29, 2012, p. 3, *available at* https://seekingalpha.com/filing/1293893.

[217] "Masimo iSpO2™ Pulse Oximeter for iOS Platform (iPhone, iPad & iPod touch) for Consumers* to Debut at CES," *Apple Magazine,* January 3, 2013, *available at* https://applemagazine.com/masimo-ispo2tm-pulse-oximeter-for-ios-platform-iphone-ipad-ipod-touch-for-consumers-to-debut-at-ces/4876.

[218] Jennifer Van Grove, "Get instant pulse readings with iSpO2 for iPhone, iPad," *C|Net,* January 6, 2013, *available at* https://www.cnet.com/news/get-instant-pulse-readings-with-ispo2-for-iphone-ipad/.

[219] "iSpO2® Pulse Oximeter with Lightning Connector for iOS Device," *MasimoPersonalHealth.com,* September 27, 2020, *available at* https://www.masimopersonalhealth.com/products/ispo2-pulse-oximeter-with-lightning-connector-for-ios-device/?variant=19892749762622.   "iSpO2® Pulse Oximeter with Micro USB Connector for Android Device," *MasimoPersonalHealth.com,* September 27, 2020, *available at* https://www.masimopersonalhealth.com/products/ispo2-pulse-oximeter-with-micro-usb-connector-for-android-device/?variant=19892743176254.

measurements when other pulse oximeters fail and is ideal for those who want reliable measurements even under extreme conditions. … MightySat is available for purchase on Amazon U.S. and Amazon U.K."[220]  On September 6, 2016, Masimo announced that MightySat™ "is now available at Apple.com and select Apple retail stores in the US and Canada."[221]  According to Apple's website as of August 3, 2020, Masimo's MightySat was compatible with a wide range of iPhone, iPad and iPod models.[222]  Masimo's MightySat was available on Apple's website until recently.[223]  In September 2016, Masimo reported that "[l]eading athletes and sports teams[224] are increasingly using

---

[220] *See, e.g.,* "Masimo Corporation Unveils MightySat At Consumer Electronics Show—First Fingertip Pulse Oximeter With Masimo SET® Measure-through Motion and Low Perfusion™ Technology," *BioSpace*, January 7, 2015, *available at* https://www.biospace.com/article/releases/masimo-corporation-unveils-mightysat-and-0153-at-consumer-electronics-show-and-8212-first-fingertip-pulse-oximeter-with-b-masimo-b-set-and-0174-measure-th/.

[221] "Masimo MightySat is Available at Apple.com and Select Apple Retail Stores in the US and Canada," *BusinessWire*, September 6, 2016, *available at* https://www.businesswire.com/news/home/20160906005766/en/Masimo-MightySat%E2%84%A2-Apple.com-Select-Apple-Retail-Stores.

[222] *See* "Masimo MightySat Fingertip Pulse Oximeter," *Apple*, August 3, 2020 (cache), *available at* https://webcache.googleusercontent.com/search?q=cache:i-onPcGqiqUJ:https://www.apple.com/ie-business/shop/product/HL862ZM/A/masimo-mightysat-fingertip-pulse-oximeter+&cd=1&hl=en&ct=clnk&gl=us.  The history of this link is not available at Archive.org.  *See* https://web.archive.org/web/*/https://www.apple.com/ie-business/shop/product/HL862ZM/A/masimo-mightysat-fingertip-pulse-oximeter.  *See also* "Questions & Answers for Masimo MightySat Fingertip Pulse Oximeter," *Apple*, July 25, 2020 (cache), *available at* https://webcache.googleusercontent.com/search?q=cache:VKkNVpR3q98J:https://www.apple.com/us-hed/shop/questions/product/HL862VC/A/masimo-mightysat-fingertip-pulse-oximeter%3Fpage%3D0%26so%3Dnewest+&cd=2&hl=en&ct=clnk&gl=us.  The history of this link is also not available at Archive.org.  *See* https://web.archive.org/web/*/https://www.apple.com/us-hed/shop/questions/product/HL862VC/A/masimo-mightysat-fingertip-pulse-oximeter?page=0&so=newest.

[223] *See* "Masimo MightySat Fingertip Pulse Oximeter," *Apple*, August 3, 2020 (cache), *available at* https://webcache.googleusercontent.com/search?q=cache:i-onPcGqiqUJ:https://www.apple.com/ie-business/shop/product/HL862ZM/A/masimo-mightysat-fingertip-pulse-oximeter+&cd=1&hl=en&ct=clnk&gl=us.  The history of this link is not available at Archive.org.  *See* https://web.archive.org/web/*/https://www.apple.com/ie-business/shop/product/HL862ZM/A/masimo-mightysat-fingertip-pulse-oximeter.

MightySat. … The MightySat fingertip pulse oximeter is intended for general wellness and health applications.  For medical applications, Masimo offers the MightSat Rx, which is available to medical professionals."[225]   MightySat Fingertip Pulse Oximeter is for sale at MasimoPersonalHealth.com for $299.[226]

90.    MightySAT (left) and iSpO2 (right), are shown in **Figure 16**, below.



**FIGURE 16**

91.    Masimo's MightySAT recently made a splash in the NBA bubble in Orlando, Florida.  On July 30, 2020, Masimo announced "that it entered into a partnership with the National Basketball Association to become its official supplier of pulse oximetry,"[227]  Masimo supplied the NBA "with its MightySat

---

[224] *See, e.g.,* "Women's Tennis Association to Use Masimo MightySat Fingertip Pulse Oximeters to Advance Player Health and Performance," *Masimo,* May 21, 2018, *available at* https://investor.masimo.com/news/news-details/2018/Womens-Tennis-Association-to-Use-Masimo-MightySatsupsup-Fingertip-Pulse-Oximeters-to-Advance-Player-Health-and-Performance/default.aspx.

[225] "Masimo MightySat is Available at Apple.com and Select Apple Retail Stores in the US and Canada," *BusinessWire,* September 6, 2016, *available at* https://www.businesswire.com/news/home/20160906005766/en/Masimo-MightySat%E2%84%A2-Apple.com-Select-Apple-Retail-Stores.   "MightySat Rx Fingertip Pulse Oximeter," *Masimo,* 2019, *available at* https://www.masimo.com/siteassets/us/documents/pdf/plm-11294e_brochure_mightysat_rx_us.pdf.

[226] "MightySat Fingertip Pulse Oximeter with Bluetooth LE, RRp & PVi," *Masimo,* September 27, 2020, *available at* https://www.masimopersonalhealth.com/products/mightysat-fingertip-pulse-oximeter-with-bluetooth-le-rrp-pvi.

[227] Sean Whooley, "Masimo providing pulse oximeters to monitor NBA players," *MassDevice,* July 30, 2020, *available at* https://www.massdevice.com/masimo-providing-pulse-oximeters-to-monitor-nba-players/.

fingertip pulse oximeter on the Orlando campus. The MightySat device uses Masimo's hospital-grade SET measure-through motion and low perfusion pulse oximetry technology."[228] Masimo's MightySat was recognized by Marc Stein, *The New York Times* NBA reporter, as gear he couldn't live without while in the NBA bubble for 54 days.[229]  The NBA's use of Masimo's MightySat was widely reported, including by *USA Today,*[230] *ESPN,*[231] *The New York Times,*[232] and *BusinessInsider,*[233] among others.

92.    Plaintiffs also market Radius PPG, which is a wrist-worn clinical grade Masimo SET pulse oximeter.  On May 16, 2019, Masimo announced "FDA 510(k) clearance of Radius PPG, a tetherless sensor solution powered by

---

[228] Sean Whooley, "Masimo providing pulse oximeters to monitor NBA players," *MassDevice*, July 30, 2020, *available at* https://www.massdevice.com/masimo-providing-pulse-oximeters-to-monitor-nba-players/.

[229] Marc Stein, "I Spent 54 Days in the NBA Bubble.  Here's the Gear I Couldn't Live Without," *The New York Times*, September 17, 2020, https://www.nytimes.com/wirecutter/blog/marc-stein-nba-quarantine-gear/ ("Likewise required to maintain bubble citizenship was the daily use of a Kinsa smart thermometer and a Masimo MightySat fingertip pulse oximeter. Via the magic of Bluetooth and the league's own health app, I began every day the same way for the entirety of my stay: I recorded my temperature and oxygen-saturation readings and filled out a brief questionnaire regarding potential COVID-19 symptoms before heading out of my room to get my daily coronavirus test.").

[230] Mark Medina, "How NBA is using technology to help with health and safety protocols inside Orlando bubble," *USA Today*, July 16, 2020, *available at* https://www.usatoday.com/story/sports/nba/2020/07/16/nba-2020-return-disney-world-bubble-safety-aided-technology/5448594002/.

[231] Baxter Holmes, "The NBA hasn't had a positive test in the bubble, but guests are a concern," *ESPN*, August 19, 2020, *available at* https://www.espn.com/nba/story/_/id/29697975/the-nba-had-positive-test-bubble-guests-concern.

[232] Marc Stein, "I Spent 54 Days in the NBA Bubble.  Here's the Gear I Couldn't Live Without," *The New York Times*, September 17, 2020, https://www.nytimes.com/wirecutter/blog/marc-stein-nba-quarantine-gear/.

[233] Lisa Eadicicco, "The NBA bubble has rolled out some wild technology to help keep players, coaches, and staff COVID-free—including a $300 smart ring that can monitor biometric data," *Business Insider*, August 26, 2020, *available at* https://www.businessinsider.com/nba-bubble-oura-smart-ring-used-by-quarter-of-campus-2020-8.

Masimo SET® that represents a significant breakthrough in patient monitoring. Radius PPG eliminates the need for a cabled connection to a pulse oximetry monitor, allowing patients to move freely and comfortably while still being continuously monitored reliably and accurately."[234]

93.     Masimo's Radius PPG is shown in **Figure 17**, below.



**FIGURE 17**

94.     I understand that Radius PPG works with a variety of products: (1) "Masimo Sleep" improves consumer sleep patterns, (2) "Masimo SafetyNet Open" helps organizations monitor employees during COVID-19, and (3) "Masimo SafetyNet" allows doctors to remotely monitor patients, including while they are recovering at home.[235]



96.     I understand that Apple contacted Plaintiffs in 2013 to discuss

---

[234] "Masimo Announces FDA Clearance of Radius PPG, the First Tetherless SET Pulse Oximetry Sensor Solution." *BusinessWire*, May 16, 2019, *available at* https://www.businesswire.com/news/home/20190516005300/en/Masimo-Announces-FDA-Clearance-of-Radius-PPG%E2%84%A2-the-First-Tetherless-SET%C2%AE-Pulse-Oximetry-Sensor-Solution.    "Radius PPG." *Masimo*, 2020, *available at* https://www.masimo.com/siteassets/us/documents/pdf/plm-11706d_product_information_radius_ppg_us.pdf.

[235] "Masimo SafetyNet," *Masimo*, September 28, 2020, *available at* https://www.masimo.com/products/hospital-automation/masimo-safetynet/

integrating Plaintiffs' technologies into Apple's products.  After meetings to discuss a collaboration, I understand that Apple began hiring Plaintiffs' employees.  Apple hired Masimo's Chief Medical Officer and Executive VP for Medical Affairs, Michael O'Reilly and Cercacor's Chief Technical Officer, Marcelo Lamego.  Apple also hired at least fifteen other individuals from Plaintiffs.[236]

97.   Apple has used this same "poaching" strategy in the past in order to slow down a competitor and avoid paying royalties.  For example, in February 2010, Apple hired Gerard Williams III, then "an ARM Fellow who was the technical lead for the Cortex-A8 and Cortex A-15 CPUs; Williams became Apple's chief CPU architect."[237]  At ARM, Williams described his role as follows:  "Overall technical lead of ARM's next generation [Cortex-A15 (Eagle)] processor development from concept to final implementation.  Partner, sales, marketing, licensing, support, etc key point of contact."[238]   ARM's Cortex-A15 was "the first microarchitecture specifically designed for high-performance[.]"[239]   By early-2010, Apple was designing high performance CPUs for its mobile devices as competition from Samsung and other Android devices was intensifying.  In January 2010 during an Apple Town Hall, Steve Jobs famously said: "[Google (with Android)] entered the phone business. Make no mistake they want to kill the iPhone.  We won't let them."[240]  Performance

---

[236] Conversations with Joe Kiani.

[237] Linley Gwennap, "How Apple Designed Own CPU for A6," *Linley Newsletter*, September 15, 2012, *available at* https://www.linleygroup.com/newsletters/newsletter_detail.php?num=4881.

[238] "Gerard Williams III," *LinkedIn, available at* https://www.linkedin.com/in/gerard-williams-iii-27895aa/.

[239] *See, e.g.*, "Cortex-A15-Microarchitectures – ARM," *WikiChip,* n.d., *available at* https://en.wikichip.org/wiki/arm_holdings/microarchitectures/cortex-a15.

[240] Jack Loftus, "Steve Jobs:   Google's 'Don't Be Evil' Mantra is 'Bulls***',"

was and is a key differentiator for high-end, flagship smartphones.  ARM's next generation design, the Cortex-A15 announced in September 2010, reportedly had "five times the power of existing CPUs"[241] and was poised to give Android phones a performance edge.  In August 2012, Samsung's Exynos 5 5250 SoC for mobile devices was "the first one on the market to feature the new Cortex A15 CPU architecture from ARM, which will provide substantially improved performance over the Cortex A9-based chips used in most of today's smartphones and tablets."[242]   According to a September 15, 2012 *Linley Newsletter,* "[a]the iPhone 5 announcement [on September 12, 2012[243]], Apple did not disclose what CPU it used in its new A6 processor.  Recent information, however, indicates that Apple designed its own CPU rather than licensing a Cortex-A9 or next generation Cortex A-15 from ARM."[244] Furthermore, after Williams left Apple in early-2019, Apple "poached" another "key ARM

---

*Gizmodo,* January 31, 2010, *available at* https://gizmodo.com/steve-jobs-googles-dont-be-evil-mantra-is-bulls-5460694.

[241] Sean Hollister, "ARM reveals Eagle core as Cortex-A15, capable of quad-core computing at up to 2.5GHz," *engadget,* September 9, 2010, *available at* https://www.engadget.com/2010-09-09-arm-reveals-eagle-core-as-cortex-a15-capable-of-quad-core-compu.html.

[242] Andrew Cunningham, "New Samsung Cortex A15-based chip opens door to 'Retina' Android tablets," *Ars Technica,* August 10, 2012, *available at* https://arstechnica.com/gadgets/2012/08/new-samsung-cortex-a15-based-chip-opens-door-to-retina-android-tablets/.

[243] "Apple Introduces iPhone 5," *Apple,* September 12, 2012, *available at* https://www.apple.com/newsroom/2012/09/12Apple-Introduces-iPhone-5/.

[244] Linley Gwennap, "How Apple Designed Own CPU for A6," *Linley Newsletter,* September 15, 2012, *available at* https://www.linleygroup.com/newsletters/newsletter_detail.php?num=4881.  *See also* Anand Lal Shimpi, "The iPhone 5's A6 SoC: Not A15 or A9, a Custom Apple Core Instead," *AnandTech,* September 15, 2012 *available at* https://www.anandtech.com/show/6292/iphone-5-a6-not-a15-custom-core.  Anand Lal Shimpi, Brian Klug, Vivek Gowri, "The iPhone 5 Review," *AnandTech,* October 16, 2012, *available at* https://www.anandtech.com/show/6330/the-iphone-5-review/4 ("Apple's A6 is the next step in the company's evolution. … it is the first SoC to feature Apple designed CPU cores.").

engineer," this time, "in race to ditch Intel" in its Mac devices.[245]

**APPLE RELEASES THE SERIES 6 WITH PULSE OXIMETRY**

98. On September 15, 2020, Apple held its annual hardware event and publicly released the Series 6 Apple Watch, and showcased a new feature: "Measure your blood oxygen level[,]" as shown in **Figure 19**,[246] below, which Apple's Jeff Williams described as "an amazing new capability."[247] Apple's Sumbal Ahmad Desai, MD, VP, Health, stated: "Blood oxygen saturation, otherwise known as SPO2 is like a vital sign.  It's a key measurement that contains critical information about your breathing and circulation. … And now adding blood oxygen brings another valuable health measurement to users."[248]

---

[245] Jacob Kastrenakes, "Apple hires key ARM engineer in race to ditch Intel," *The Verge*, June 26, 2019, *available at* https://www.theverge.com/2019/6/26/18760083/apple-arm-architect-hire-cortex-a76-mac-processors-intel.

[246] *See, e.g.*, "Apple Event, September 15, 2020," *Apple,* September 15, 2020, *available at* https://www.apple.com/apple-events/september-2020/.

[247] "Apple Event – September 15, 2020," *YouTube,* September 15, 2020, at about 10:04 of 1:04:12, *available at* https://www.youtube.com/watch?v=b13xnFp_LJs.

[248] *Id.,* at about 11:30 of 1:04:12.

1
2
3
4
5
6
7
8
9
10
11
12
13



**FIGURE 19**

99.     Apple's media event discussed the COVID-19 pandemic and how consumers were using the Apple Watch for medical purposes as shown in **Figure 20**,[249] below.

**FIGURE 20**

100.    Apple's September 15, 2020 event also featured "a [2-minute] video to show you just how far the [Apple] Watch has come." In a series of

---

[249] "Apple Event – September 15, 2020," *YouTube*, September 15, 2020, at about 6:50 of 1:04:12, *available at* https://www.youtube.com/watch?v=b13xnFp_LJs.

scenes, Apple shows various features that were added to the Apple Watch over the years with actors stating, "It Already Does That."[250]  The video's final scene shows a space station; the narrator states "Imagine a future, one day, a tiny device . . . uses red and infrared light to measure your blood oxygen level."[251] In this scene, an astronaut is holding a sign which states, "It Already Does That," as shown in **Figure 21**,[252] below.



**FIGURE 21**

101.   The advertisement closes with the tagline: "The future of health is on your wrist," as shown in **Figure 22**,[253] below.



**FIGURE 22**

As of September 27, 2020, in less than two weeks, the *YouTube* version of the

---

[250] *Id.,* at about 26:30 of 1:04:12.

[251] *Id.*, at about 28:10 of 1:04:12.

[252] *Id.*, at about 28:33 of 1:04:12.

[253] *Id.*, at about 28:37 of 1:04:12.

Apple event alone has been viewed more than 13 million times.[254]

102.   Apple also introduced a new webpage touting the Series 6 and its "Blood Oxygen" feature as shown in **Figure 23**,[255] below.   Apple's Apple Watch Series 6 webpage states: "Your blood oxygen level is a key indicator of your overall wellness. It can help you understand how well your body is absorbing oxygen, and the amount of oxygen delivered to your body. The remarkable new sensor and app in Apple Watch Series 6 allow you to take on-demand readings of your blood oxygen as well as background readings, day and night."[256]



**FIGURE 23**

103.   Apple's September 15, 2020 press release generally tracked the media event and highlighted the "Blood Oxygen sensor and app,"[257] and  stated:

---

[254] "Apple Event – September 15, 2020." *YouTube,* September 15, 2020, *available at* https://www.youtube.com/watch?v=b13xnFp_LJs.

[255] "Apple Watch Series 6," *Apple,* 2020, *available at* https://www.apple.com/apple-watch-series-6/.

[256] "Apple Watch Series 6," *Apple,* 2020, *available at* https://www.apple.com/apple-watch-series-6/.

[257] "Apple Watch Series 6 delivers breakthrough wellness and fitness capabilities: Featuring a Blood Oxygen sensor and app, new case finishes, and watchOS7," *Apple,*

Cupertino, California — Apple today announced Apple Watch Series 6, introducing a revolutionary Blood Oxygen feature that offers users even more insight into their overall wellness.

. . .

**Blood Oxygen Sensor and App**

Apple Watch Series 6 expands the health capabilities of previous Apple Watch models with a new feature that conveniently measures the oxygen saturation of the user's blood, so they can better understand their overall fitness and wellness. Oxygen saturation, or SpO2, represents the percentage of oxygen being carried by red blood cells from the lungs to the rest of the body, and indicates how well this oxygenated blood is being delivered throughout the body.

To compensate for natural variations in the skin and improve accuracy, the Blood Oxygen sensor employs four clusters of green, red, and infrared LEDs, along with the four photodiodes on the back crystal of Apple Watch, to measure light reflected back from blood. Apple Watch then uses an advanced custom algorithm built into the Blood Oxygen app, which is designed to measure blood oxygen between 70 percent and 100 percent. On-demand measurements can be taken while the user is still, and periodic background measurements occur when they are inactive, including during sleep. All data will be visible in the Health app, and the user will be able to track trends over time to see how their blood oxygen level changes.

September 15, 2020, *available at* https://www.apple.com/newsroom/2020/09/apple-watch-series-6-delivers-breakthrough-wellness-and-fitness-capabilities/.



The new Blood Oxygen sensor and app conveniently measure the oxygen saturation of blood so users can better understand their overall fitness and wellness.

**FIGURE 24**

Apple is joining forces with researchers to conduct three health studies that include using Apple Watch to explore how blood oxygen levels can be used in future health applications. This year, Apple will collaborate with the University of California, Irvine, and Anthem to examine how longitudinal measurements of blood oxygen and other physiological signals can help manage and control asthma.

Separately, Apple will work closely with investigators at the Ted Rogers Centre for Heart Research and the Peter Munk Cardiac Centre at the University Health Network, one of the largest health research organizations in North America, to better understand how blood oxygen measurements and other Apple Watch metrics can help with management of heart failure. Finally, investigators with the Seattle Flu Study at the Brotman Baty Institute for Precision Medicine and faculty from the University of Washington School of Medicine will seek to learn how signals from apps on Apple Watch, such as Heart Rate and Blood Oxygen, could serve as early signs of respiratory conditions like influenza and COVID-19.

The Blood Oxygen sensor employs LEDs, along with photodiodes on the back crystal of Apple Watch Series 6.

**FIGURE 25**

104.    Apple's launch of the Series 6 Watch follows Apple's practice of introducing its new products in September in order to capitalize on the important holiday buying season.[258]  Tim Cook described the Apple Watch as "a core part of the [Apple] ecosystem,"[259] and was designed as a companion device

---

[258] *See, e.g.*, "Apple Inc. (AAPL) CEO Tim Cook on Q1 2020 Results – Earnings Call Transcript," *Seeking Alpha*, January 28, 2020, p. 4 of 26, *available at* https://seekingalpha.com/article/4319666-apple-inc-aapl-ceo-tim-cook-on-q1-2020-results-earnings-call-transcript ("Both AirPods and Apple Watch were must have holiday gifts, helping drive unprecedented results for the category, …").

[259] "Apple (AAPL) Q3 2018 Results – Earnings Call Transcript," *Seeking Alpha*, July 31, 2018, p. 20 of 31 *available at* https://seekingalpha.com/article/4192790-apple-aapl-q3-2018-results-earnings-call-transcript ("**Laura Martin - Needham & Co. LLC:** Yeah. Sort of. I mean I'll watch your product roadmap and be able to tell what the answer is. The other thing, the thing I get in fights with investors about the most is this and I'd love your insight on this. I love the expansion of the new products. The question I have is are they actually on-ramps into the Apple ecosystem, the Beats, the Watch, the AirPods, subscriptions, are they on-ramps into the ecosystem or is the on-ramp to the ecosystem the iPhone and then these new products add revenue per member once you get somebody into the ecosystem via the iPhone? **Timothy Donald Cook - Apple, Inc.:** A lot of people that buy Apple products buy for the whole ecosystem, even though they might not currently use all the different products. And so the way that I think about those products are they're products within the ecosystem itself. And there's the AirPods have really gone through the roof and the Apple Watch has hit an air pocket and has gone to a whole different level as I'd mentioned earlier with our overall wearables revenue. And so in my view, this is a part of the – they are a core part of the ecosystem. … **Laura Martin - Needham & Co. LLC:** But do they attract people to the ecosystem or does the person have to have an iPhone first? **Timothy Donald Cook - Apple, Inc.:** It is, well, but on your point though, it is clear from communications I've had with users that some of them were attracted to iPhone because of the Apple Watch.").

to the iPhone.[260] Apple has harnessed network effects to achieve increasing returns by building a large number of existing active devices and generating additional revenue by selling services to the users of the active devices.[261] By building pulse oximetry into the Apple Watch, Apple is using its platform business model to continue to fuel its expansion into the health market. Apple is continuing to leverage its content distribution network. So, where the content for an iPod was digital music, the content for the Watch is medical data and digital medical records.

105. The COVID-19 pandemic has created a window of opportunity in an emerging market. Due to the COVID-19 pandemic, consumer demand for accurate and reliable pulse oximetry has spiked.[262] By building pulse oximetry into the Apple Watch now, Apple is attempting to exploit a key window of opportunity associated with increased demand during the COVID-19 pandemic.

---

[260] Apple Watch is designed as a companion device for the iPhone. https://support.apple.com/guide/watch/set-up-and-pair-your-apple-watch-with-iphone-apdde4d6f98e/7.0/watchos/7.0

[261] *See, e.g.*, "Apple Inc. (AAPL) CEO Tim Cook on Q1 2020 Results – Earnings Call Transcript," *Seeking Alpha*, January 28, 2020, p. 3 of 26, *available at* https://seekingalpha.com/article/4319666-apple-inc-aapl-ceo-tim-cook-on-q1-2020-results-earnings-call-transcript (Tim Cook, CEO: "Our active installed base of devices has now surpassed 1.5 billion, up over 100 million in the last 12 months alone, reaching a new all-time high for each of our main product categories and geographic segments. Not only is our large and growing installed base a powerful testament to the satisfaction, engagement and loyalty of our customers, but it's also fueling our growth across the board, particularly in services.").

[262] Discussion with Joe Kiani. *See also* Sean Whooley, "Masimo providing pulse oximeters to monitor NBA players," *MassDevice*, July 30, 2020, *available at* https://www.massdevice.com/masimo-providing-pulse-oximeters-to-monitor-nba-players/ ("Masimo is among several companies that experienced a boost in demand for such [pulse oximetry] devices during the pandemic, as, back in April, multiple reports cited pulse oximeters as a device of interest as stores were selling out of the products amid claims of capabilities in detecting COVID-19 at home."). Sean Whooley, "Is coronavirus causing a run on pulse oximeters?" *MassDevice*, April 27, 2020, https://www.massdevice.com/is-coronavirus-causing-a-run-on-pulse-oximeters/ ("Multiple reports cited pulse oximeters as a device of interest as stores are selling out of the products amid claims of capabilities in detecting COVID-19 at home." (*citing The New York Times, CNN* and Minneapolis *Star Tribune*).

## APPLE WILL HARM PLAINTIFFS

106.   As discussed above, pulse oximetry is part of Plaintiffs' core business and a major revenue generator for the Plaintiffs.[263]  Apple's new Apple Watch 6 which markets pulse oximetry as a marquee feature will cause harm to plaintiffs for at least the reasons discussed below.

107.   As a threshold matter, I understand that Apple has claimed that the Apple Watch 6 does not compete with Masimo.  This is incorrect.  The Apple Watch 6 with pulse oximetry competes against at least Masimo's consumer pulse oximetry products.  In addition, Apple is attempting to claim what is Masimo's innovation as its own.  It was Masimo that led the effort to "democratize" pulse oximetry years before Apple.  Masimo recognized the consumer demand for access to reliable pulse oximetry devices outside of a clinical setting years before Apple did—and launched the consumer version of the iSpO2 for the Apple iPhone, iPad and iPod in December 2012.  It was Masimo, *not Apple,* that pioneered the technology that enabled people to "send the [pulse oximetry] data to their doctors for tracking purposes."[264]  Apple's Apple Watch marketing messages, which tout its efforts to "democratize" healthcare, and are supported by Apple's marketing muscle and budget, will adversely impact Masimo's first mover advantage as the recognized leader in "democratizing" pulse oximetry.

108.   Masimo invested its resources in bringing the iSpO2 consumer version for the iPhone, iPad and iPod to market in December 2012, more than two (2) years before Apple introduced its first Apple Watch (on April 24, 2015), and more than seven years before Apple introduced pulse oximetry in the Apple

---

[263] Discussion with Joe Kiani.

[264] Jennifer Van Grove, "Get instant pulse readings with iSpO2 for iPhone, iPad," *C|Net,* January 6, 2013, *available at* https://www.cnet.com/news/get-instant-pulse-readings-with-ispo2-for-iphone-ipad/.

Watch 6 (on September 15, 2020).  In addition, Masimo is well-positioned to capitalize on the current "window of opportunity" caused by the COVID-19 pandemic, which has unexpectedly increased both Masimo's profile and demand for pulse oximetry as discussed above.  Apple itself cited the global pandemic during the Series 6 launch presentation as one reason it needed to add oxygen saturation now. As the Federal Circuit explained, "[d]uring the growth stage of a product[,] it is particularly crucial to be able to distinguish oneself from competitors.  This includes building the brand, expanding the customer base, and establishing one's reputation and leadership in the market."[265] Plaintiffs pioneered and are continuing to develop the emerging field of wearable home monitoring.  As discussed, Masimo has sold its pulse oximetry products for the consumer market (*i.e.,* iSpO2 and MightySat) for years prior to Apple's opportunistic launch of the Apple Watch 6 with pulse oximetry, and released Masimo SafetyNet to meet the need for monitoring patients at home during the pandemic.  Apple's Apple Watch 6 launch on September 15, 2020— which highlighted pulse oximetry as a marquee feature—is likely to both reduce or eliminate Masimo's first mover advantage and divert demand from Masimo's pulse oximetry consumer products to the Apple Watch 6.  As discussed above, AliveCor stopped selling the KardiaBand eight months after Apple incorporated its ECG feature directly into the Apple Watch Series 4.  Apple's actions "destroy[ed] the market for KardiaBand . . .." [266]  ████████████████ ████████████████████████████████████████████ ██████████████████████████████████ During this "window of

---

[265] *Celsis*, 664 F.3d at 931.

[266] Elizabeth Cairns, "Apple takes a bit out of Alivecor," *Evaluate Vantage*, September 13, 2018, *available at* https://www.evaluate.com/vantage/articles/news/policy-and-regulation/apple-takes-bite-out-alivecor.

opportunity," Apple will saturate the emerging market and create a large number of existing Series 6 products, harming Masimo.

109.   As discussed above, Apple has used its "lock, link and leverage" platform business model strategy, noting "wearables continue to keep the Apple ecosystem strong" and keep peopled "tied" to Apple's products. *Bloomberg* reported that Tim Cook "said three-fourths of Apple Watch purchases in the fiscal fourth-quarter were by users who had never bought that device before. The CEO wouldn't say how those sales were driven by existing iPhone owners, but the underlying message was clear:  Wearables like the Apple Watch and AirPods keep people tied to their iPhones and help Apple to squeeze more money [out] of a product that still struggling to grow."[268]   Once Apple consumers are invested in the Apple ecosystem, Apple attempts to keep its customers in the Apple ecosystem through regular upgrade cycles across the range of Apple's interconnected products.  Due to Apple's strategy of capturing customers in its ecosystem and maintaining them there through years of upgrade cycles, an Apple Watch customer is more likely to be a long-term Apple customer, as compared to a customer that is not part of a technological ecosystem.  Many Apple Watch customers will never consider other competing devices once they have invested in Apple's ecosystem.  In such circumstances, where competitors lose access to customers for an indefinite amount of time, the injury may be irreversible and impossible to quantify.

110.   Apple also launched the Apple Watch 6 at a strategically important time. As discussed above, introducing a product when "the time is right" is critical.  The time is right for Masimo to capitalize on the market that

---

[268] Mark Gurman, Ian King, "Apple Creates New Ways to Juice iPhone Sales in Saturated Market," *Bloomberg*, October 30, 2019, *available at* https://www.bloomberg.com/news/articles/2019-10-31/apple-creates-new-ways-to-juice-iphone-sales-in-saturated-market.

it has been investing in and developing for years.  Furthermore, healthcare is at a tipping point.  As Steve Blank stated in 2018:  "Sooner than people think, virtually all home and outpatient diagnostics will be performed by consumer devices such as the Apple Watch, mobile phones, fitness trackers, etc." and "[c]onsumer devices will morph into medical grade devices, with some painful and well publicized mistakes along the way."[269]  By adding pulse oximetry to the Apple Watch, Apple is attempting to capitalize on this trend and the increased market demand caused by the COVID-19 pandemic.  By continuing to exploit network effects, Apple can create "positive feedback [which] can lead to a winner-take-all market, in which a single firm or technology vanquishes all others."[270]  Apple's platform business model and "lock, link, and leverage" strategy make it difficult for Masimo to "dislodge [Apple,] a locked-in rival."  Based on past history, as described above, Masimo will likely be harmed and Apple may be able to maintain its powerful position for decades.[271]

111.  The likelihood that Apple will succeed in harming Masimo's consumer pulse oximetry products is increased by the fact that Apple has already achieved a dominant market share in smartwatches.  Strategy Analytics reported that in Q1 2020, "Apple's global smartwatch market share has grown from 54 percent to 55 percent, its highest level for two years."[272]

---

[269] Steve Blank, "The Apple Watch – Tipping Point Time for Healthcare," *ThinkGrowth*, October 3, 2018, *available at* https://thinkgrowth.org/the-apple-watch-tipping-point-time-for-healthcare-6cd25fdb413a.

[270] Yikuan Lee, Gina Colarelli O'Connor, "New Product Launch Strategy for Network Effects Products," *Journal of the Academy of Marketing Science*, Summer 2003, pp. 241-255, at 243-44, *available at* http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.468.2376&rep=rep1&type=pdf.

[271] *See, e.g.*, Michael A. Cusumano, David B. Yoffie, Annabelle Gawer, "The Future of Platforms," *MITSloan Management Review*, February 11, 2020, *available at* https://sloanreview.mit.edu/article/the-future-of-platforms/.

[272] "Strategy Analytics: Global Smartwatch Shipments Grow 20 Percent to 14 Million in Q1 2020," *Businesswire*, May 6, 2020, *available at*

112.   I understand that Masimo's initial testing of the Apple Watch 6 shows that the Series 6 does not consistently measure blood oxygen saturation reliably or accurately.[273]  Because the market is at a nascent stage and is still emerging, Apple's poor performance may cause some consumers and practitioners to incorrectly conclude that a wrist-worn consumer pulse oximetry monitor is not workable.  Indeed, on September 23, 2020, just eight days after Apple's media event, *The Washington Post* reported: "Sometimes the new Apple Watch Series 6 reports my lungs and heart are the picture of health, pumping blood that's 100 percent saturated with oxygen.  At other times, it reports my blood oxygen is so low I might be suffering from emphysema. (I am not.)."[274] [275]  *The Washington Post* explained:

> An Apple oxygen check a day will not keep the doctor away, at least not yet. The way consumer tech companies are marketing health capabilities is getting ahead of what their gadgets can actually, reliably do. That's a dangerous trend, and it jeopardizes the potential positive effect that collecting body data could have on our health.  It's particularly deceptive at a time when many people are looking to health monitors for any clue that they may have covid-19, the illness caused by the novel coronavirus.[276]

---

https://www.businesswire.com/news/home/20200506006138/en/Strategy-Analytics-Global-Smartwatch-Shipments-Grow-20-Percent-to-14-Million-in-Q1-2020.

[273] Discussion with Joe Kiani.

[274] Geoffrey A. Fowler, "The new AppleWatch says my lungs may be sick. Or perfect. It can't decide," *The Washington Post*, September 23, 2020, *available at* https://www.washingtonpost.com/technology/2020/09/23/apple-watch-oximeter/.

[275]"Apple Watch Series 6 delivers breakthrough wellness and fitness capabilities," *Apple*, September 15, 2020, *available at* https://www.apple.com/newsroom/2020/09/apple-watch-series-6-delivers-breakthrough-wellness-and-fitness-capabilities/.

[276] Geoffrey A. Fowler, "The new AppleWatch says my lungs may be sick. Or perfect. It can't decide," *The Washington Post*, September 23, 2020, *available at* https://www.washingtonpost.com/technology/2020/09/23/apple-watch-oximeter/

113.  Apple is "marketing a device with medical functions while winking and insisting they're not medical functions."  "Whatever the fine print might say, some people are going to treat these as medical devices – and that's a concern."   There could be "consequences if consumers actually believe the hype," including (1) "people calling their doctors too often because of false low readings" and (2) the "potentially dangerous scenario" when the device provides "false reassurance and people don't seek health care when they really need it." [277]

114.   As a result, the market stands to be adversely affected and may not realize its true potential if customers forego purchasing the products because they believe that if Apple (with its strong brand and self-promotion as an innovator) cannot bring reliable and accurate pulse oximetry to this emerging market, nobody else can.  This would result in reduced demand and lost business opportunities for Masimo's competing technology.  Apple's poor performance may also result in lost opportunities for Plaintiffs to collaborate with research institutions and hospitals.  Masimo has a history of developing clinical partnerships with the same types of institutions Apple is partnering with in the consumer health-care space.  Apple's collaboration partners in the medical space will interfere with Masimo building the same types of collaborations for its own clinical grade pulse oximetry in consumer products.

/ / /

/ / /

/ / /

/ / /

/ / /

---

[277] Geoffrey A. Fowler, "The new AppleWatch says my lungs may be sick. Or perfect. It can't decide," *The Washington Post*, September 23, 2020, *available at* https://www.washingtonpost.com/technology/2020/09/23/apple-watch-oximeter/

-87-

1      I declare under penalty of perjury under the laws of the United States that

2  the foregoing is true and correct

3      Executed on September 28, 2020 at Alexandria, Minnesota.

Catharine M. Lawton

7  33599401

8  33599406

-88-

# EXHIBIT A

# CV

## Catharine M. Lawton
## Managing Director

70 W. Madison St.
Suite 5000
Chicago, Illinois  60602
Tel.:  312.429.7910
Fax:  312.629.5299

Email:  clawton@thinkbrg.com

**Service Lines**
Intellectual Property
Valuation
Claims & Disputes

**Education**
Bachelor of Science,
Finance and Economics
High Honors
University of Illinois
1980 – 1984

Catharine M. Lawton is a Managing Director at Berkeley Research Group.  Ms. Lawton has over 30 years of experience assisting clients and counsel involved in business problems, disputes and litigation.  Her experience includes participation in a broad range of commercial, government and regulated industry consulting engagements involving business problems and disputes, litigation and arbitration in a wide range of industries.  She has assisted clients in negotiations and settlement discussions, and provided deposition and trial testimony.

Her experience includes consultation with counsel and management on a wide variety of financial and economic issues.  These include lost profits and damage analysis, the financial analysis of companies, divisions and product lines, and has involved incremental cost analysis, profitability studies, pricing studies, financial forecasting, damage exposure analysis, fraud investigations, specialized accounting issues, technology valuation, and more.  These issues have arisen in matters involving antitrust actions, breach of contract claims, construction claims, dealer/distributor termination actions, fraud investigations, intellectual property disputes, lender liability actions, and workout situations, among others.

Ms. Lawton has consulted to both large and small clients in many different industries including banking, biotechnology, computer hardware and software, construction, consumer products, electronics, entertainment, fast food, health care, insurance, manufacturing, medical devices, oil and gas, pharmaceuticals, pulp and paper, printing and publishing, semiconductors, telecommunications, title insurance, warehouse and manufacturing automation, and waste hauling and disposal.

Ms. Lawton has particularly extensive experience in intellectual property disputes and litigation.  In 2015 and again in 2016, 2017, 2018, 2019, and 2020 she was named to Intellectual Asset Management's *IAM Patent 1000 2015:  The World's Leading Patent Practitioners*, as a leading patent litigation expert witness.

# Catharine M. Lawton

## Employment History

| | |
|---|---|
| March 2011 – present | **Berkeley Research Group, LLC**<br>Managing Director, 2015 – present<br>Director, 2011 – 2014 |
| May 2004 – February 2011 | **LECG, LLC**<br>Director |
| July 1998 – April 2004 | **InteCap, Inc.**<br>(f/k/a Technology & Dispute<br>Resolution Consulting, Inc.)<br>Founder, Managing Director |
| January 1985 – July 1998 | **Peterson Consulting LLC**<br>(f/k/a Peterson & Co.)<br>Vice President, 1992 – 1998<br>Executive Consultant, 1989 – 1991<br>Senior Consultant, 1986 – 1988<br>Staff Consultant, 1985 – 1986 |

## Presentations & Publications

Insight Information Co. - "Willfulness in Patent Infringement Actions – A Quantitative Analysis"

Corporate Practice Institute – "What is Your Intellectual Property Worth?"

American Corporate Counsel Association, Greater New York Chapter – "Valuing Intellectual Property for Licensing and Litigation"

Denver Licensing Executives Society (LES) – "The Economics of Patent Infringement: Cheaters Never Prosper, or Do They?"

The Metropolitan Corporate Counsel – *The Value of Patents in Protecting Research Investments, Stockholder Equity, and Jobs*"

Continuing Legal Education Conference – "Effective Use of Experts to Prove Commercial Damages"

Project Management Institute – "Lessons Learned on Troubled Construction Projects"

# CATHARINE M. LAWTON

**Deposition and Court Testimony and Reports/Declarations
September 2015 – September 2020**

| | | Testimony | | |
|---|---|---|---|---|
| | **Case Name** | **Deposition** | **Court** | **Report/Decl** |
| 1. | <u>Genentech, Inc. and City of Hope</u> v. Amgen, Inc.<br><br>*U.S. District Court, District of Delaware,*<br>    *Civil Action No. 17-cv-1407-CFC (consol.)* | | | √ |
| 2. | <u>Trading Technologies International, Inc.</u> v.<br>IBG LLC, Interactive Brokers LLC<br><br>*U.S. District Court, District of Illinois, Eastern Division,*<br>    *Civil Action No. 1:10-cv-00715 (Consolidated)* | | | √ |
| 3. | <u>Genentech, Inc. and City of Hope</u> v. Amgen, Inc.<br><br>*U.S. District Court, District of Delaware,*<br>    *Civil Action No. 18-cv-924-GMS* | | | √ |
| 4. | Cystic Fibrosis Foundation and Cystic Fibrosis<br>Foundation Therapeutics, Inc. v. <u>Shire Orphan and</u><br><u>Rare Diseases GmbH, Shire International GmbH,</u><br><u>Shire Human Genetic Therapies, Inc., Shire plc, and</u><br><u>Takeda Pharmaceutical Company, Ltd.</u><br><br>*CPR Arbitration*<br>    *CPR Case No. G-19-37-G* | | | √ |
| 5. | <u>Authenticom, Inc</u>. v. CDK Global LLC; and<br>The Reynolds and Reynolds Company<br><br>*U.S. District Court, Western District of Wisconsin,*<br>    *Civil Action No. 3:17-cv-00318* | √ | | √ |
| 6. | <u>bioMerieux, S.A., bioMerieux, Inc.</u> v.<br>Hologic, Inc., Grifols, S.A.,<br>Grifols Diagnostic Solutions, Inc.<br><br>*U.S. District Court, District of Delaware*<br>    *Civil Action No. 18-21-LPS-CJB* | √ | √ | √ |
| 7. | <u>ArcelorMittal and Arcelor Mittal Atlantique et</u><br><u>Lorraine</u> v. AK Steel Corporation<br><br>*U.S. District Court, District of Delaware*<br>    *Civil Action No. 13-685-MN* | | | √ |

Exhibit B
Page 1 of 4

|  | | Testimony | |
| Case Name | Deposition | Court | Report/Decl |
|---|---|---|---|
| 8. <u>Absorption Pharmaceuticals, LLC</u> v. Reckitt Benckiser, LLC and DOES 1-50 | √ | | √ |
| *U.S. District Court, District of New Jersey* *Civil Action No. 2:17-cv-12872 (MCA) (CLW)* | | | |
| 9. Nalco Company, Ecolab Inc., and Hazelmere Research Ltd. v. <u>Wisconsin Public Service Corporation,</u> <u>d/b/a Weston Power Plant (Unit 3)</u> <u>and Arbor Fuels Company, LLC</u> | √ | | √ |
| *U.S. District Court, Western District of Wisconsin* *Civil Action No. 3:18-cv-279* | | | |
| 10. Nalco Company, Ecolab Inc., and Hazelmere Research Ltd. v. <u>Wisconsin Power and Light Company,</u> <u>Wisconsin Public Service Corporation, Madison Gas and</u> <u>Electric Company, d/b/a Columbia Energy Center (Unit 1)</u> <u>and Portage Fuels Company LLC</u> | √ | | √ |
| *U.S. District Court, Western District of Wisconsin* *Civil Action No. 3:18-cv-280* | | | |
| 11. <u>The California Institute of Technology</u> v. Broadcom Limited, Broadcom Corporation, Avago Technologies Limited, Apple Inc., and Cypress Semiconductor Corporation | √ | √ | √ √ |
| *U.S. District Court, Central District of California* *Civil Action No. 2:16-cv-3714-GW(AGRx)* | | | |
| 12. <u>Lambeth Magnetic Structures, LLC</u> v. Seagate Technology (US) Holdings, Inc., Seagate Technology LLC | √ | | √ |
| *U.S. District Court, Western District of Pennsylvania* *Civil Action No. 16-cv-00538* | | | |
| 13. <u>Lambeth Magnetic Structures, LLC</u> v. Western Digital Corporation, *et al.* | √ | | √ |
| *U.S. District Court, Western District of Pennsylvania* *Civil Action No. 16-cv-00541* | | | |
| 14. Acceleration Bay LLC v. <u>Take-Two Interactive Software, Inc., Rockstar</u> <u>Games, Inc., and 2K Sports, Inc.</u> | √ | | √ |
| *U.S. District Court, District of Delaware* *Civil Action No. 1:16-cv-00455-RGA* | | | |

|  | | Testimony | |
| **Case Name** | **Deposition** | **Court** | **Report/Decl** |
| 15. Acceleration Bay LLC v. <u>Electronic Arts, Inc</u>. | √ | | √ |
| *U.S. District Court, District of Delaware* *Civil Action No. 1:16-cv-00454-RGA* | | | |
| 16. Alamo Group Inc. and Alamo Group (USA) Inc. v. <u>RSM US LLP f/k/a McGladrey LLP</u> | √ | | √ |
| *Circuit Court Branch 17, Dane County,* *State of Wisconsin* *Case No. 16-cv-1212* | | | |
| 17. Acceleration Bay LLC v. <u>Activision Blizzard, Inc</u>. | √ | | √ |
| *U.S. District Court, District of Delaware* *Civil Action No. 1:16-cv-00453-RGA* | | | |
| 18. Galderma Laboratories, L.P.; Nestle Skin Health S.A.; and TCD Royalty Sub, LLC, v. <u>Amneal Pharmaceuticals LLC and Amneal</u> <u>Pharmaceuticals Co. (I) Pvt. Ltd</u>. | √ | | √ |
| *U.S. District Court, District of Delaware* *Civil Action No. 1:16-cv-00207-LPS* | | | |
| 19. <u>Wisconsin Alumni Research Foundation</u> v. Apple Inc. | √ | √ | √ √ |
| *U.S. District Court, Western District of Wisconsin,* *Civil Action No. 3:14-cv-00062-WMC* | | | |
| 20. <u>Godo Kaisha IP Bridge I</u> v. Broadcom Ltd., Broadcom Corporation, Avago Technologies, Ltd., Avago Technologies, U.S., Inc., and LSI Corporation | √ | | √ |
| *U.S. District Court, Eastern District of Texas,* *Civil Action No. 2:16-cv-00134-JRG-RSP* | | | |
| 21. Arctic Cat Inc. v. <u>Bombardier Recreational</u> <u>Products Inc. and BRP U.S. Inc</u>. | | | √ |
| *U.S. District Court, District of Minnesota* *Civil Action No. 12-cv-2692-JRT-LIB* | | | |
| 22. Purdue Pharma L.P. v. <u>Watson Laboratories, Inc.,</u> <u>Actavis Laboratories UT, Inc</u>. | √ | | √ |
| *U.S. District Court, District of Delaware,* *Civil Action No. 14-1227 (SLR) (SRF),* *14-1410 (SLR) (SRF), 15-192 (SLR) (SRF)* | | | |

|  | | **Testimony** | |
| **Case Name** | **Deposition** | **Court** | **Report/Decl** |

23. <u>Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.</u>, *et al.*, v. NVIDIA Corp., Old Micro, Inc. f/k/a Velocity Micro, Inc. d/b/a Velocity Micro, and Velocity Holdings, LLC

√    √    √

*U.S. District Court, Eastern District of Virginia, Richmond Division*
*Civil Action No. 3:14-cv-00757-REP*

24. Reckitt Benckiser Pharmaceuticals, Inc., et al. v. <u>Watson Laboratories, Inc.</u>, <u>Par Pharmaceutical, Inc.</u>, *et al.*

√        √

*U.S. District Court, District of Delaware,*
*Civil Action Nos. 13-1674-RGA, 14-422-RGA*