UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-00048 JVS (JDEx) | Date | October 7, 2020 |
| Title | Masimo Corporation et al. v. Apple Inc. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| | |
|---|---|
| Lisa Bredahl/Rolls Royce Paschal | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Regarding Hearing Request**

On October 6, 2020, Plaintiffs Masimo Corporation and Ceracor Laboratories, Inc. (collectively – "Plaintiffs") filed a request for oral argument, advancing various reasons why they believe a hearing is necessary. See Request for Oral Argument, ECF No. 214.

The Court requests that Apple, Inc. file a brief, not to exceed five pages, responding to the arguments in Plaintiffs' request, by Friday, October 9, at 5:00 p.m.

**IT IS SO ORDERED.**

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb/rrp | |