# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>               Plaintiffs,<br><br>   v.<br><br>APPLE INC.,<br>a California corporation,<br><br>               Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION TO STAY THE PATENT INFRINGEMENT CASE PENDING *INTER PARTES* REVIEW PROCEEDINGS AND SUPPORTING DOCUMENTS**<br><br>Hon. James V. Selna<br>No Hearing Noticed<br><br>Discovery Cut-Off:   7/5/2021<br>Pre-Trial Conference:  3/21/2022<br>Trial:                   4/5/2022 |

1       This matter is before the Court pursuant to Defendant Apple Inc.'s ("Apple") Application to File Under Seal Portions of Its Reply in Support of Its Motion to Stay the Patent Infringement Case Pending *Inter Partes* Review Proceedings and Supporting Documents (the "Application") under Local Rule 79-5.2.2.  Having considered the Application, Apple's Reply in Support of Its Motion to Stay the Patent Case Pending *Inter Partes* Review Proceedings (the "Reply"), the Declaration of Julie L. Davis in Support of the Reply, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

      IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file the unredacted version of its Reply and Declaration of Julie L. Davis under seal.  **A public redacted version of the Reply shall be filed within five days.**

      **IT IS SO ORDERED**.

Dated: October 07, 2020

_____
The Honorable James V. Selna
United States District Judge.