JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendants. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**JOINT STIPULATION EXTENDING DEFENDANT APPLE INC.'S DEADLINE TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Hon. James V. Selna<br><br>Second Amended Complaint served: July 24, 2020<br>Current response date: October 27, 2020<br>New response date: TBD |

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION EXTENDING DEFENDANT APPLE INC.'S DEADLINE TO ANSWER
PLAINTIFFS' SECOND AMENDED COMPLAINT
CASE NO. 8:20-CV-00048-JVS (JDEX)

Pursuant to Local Rule 7-1, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Plaintiffs") and Defendant Apple Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the deadline for Defendant to respond to Plaintiffs' Second Amended Complaint (the "SAC") as follows:

WHEREAS, on March 25, 2020, Plaintiffs filed the First Amended Complaint (Dkt. No 28);

WHEREAS, on July 6, 2020, the Court granted the Parties' joint stipulation, which provided: "If Defendant files a partial Motion to Dismiss the Second Amended Complaint, Defendant's time to answer the remainder of the Second Amended Complaint will be tolled until such time as the Court resolves the partial Motion to Dismiss, pursuant to the deadline set by the Federal Rules, the Court, or otherwise agreed to by the parties.";

WHEREAS, on July 24, 2020, Plaintiffs filed the SAC (Dkt. Nos. 88-2 (redacted) & 89-1 (proposed sealed));

WHEREAS, on August 14, 2020, Defendant filed a partial Motion to Dismiss the Thirteenth Cause of Action for Trade Secret Misappropriation in the SAC (Dkt. Nos. 102–104);

WHEREAS, on October 9, 2020, Plaintiffs served their Section 2019.210 statement; and

WHEREAS, on October 13, 2020, the Court granted Defendant's partial Motion to Dismiss with 30 days leave to amend (Dkt. No. 219).

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.  In the event Plaintiffs do not file a Third Amended Complaint ("TAC") on or before the deadline ordered by the Court (the "Deadline to Amend"), Defendant shall file an answer to the SAC no later than 14 days after the Deadline to Amend;

2.  In the event Plaintiffs file a TAC on or before the Deadline to Amend and Defendant moves to dismiss the TAC, the briefing schedule on any such Motion to

1

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION EXTENDING DEFENDANT APPLE INC.'S DEADLINE TO ANSWER
PLAINTIFFS' SECOND AMENDED COMPLAINT
CASE NO. 8:20-CV-00048-JVS (JDEX)

Dismiss the TAC will be as follows: (a) Defendant's opening brief will be due fourteen (14) days after Plaintiffs' TAC is filed, (b) Plaintiffs' opposition brief will be due fourteen (14) days after Defendant's opening brief is filed, (c) Defendant's reply brief will be due seven (7) days after Plaintiffs' opposition is filed, and (d) the hearing on any such Motion to Dismiss will be noticed for a regular Motion Day at least fourteen (14) days after Defendant's reply brief is due;

3. In the event Plaintiffs file a TAC on or before the Deadline to Amend and Defendant does not move to dismiss the TAC, Defendant shall file an answer to the TAC no later than 14 days after Plaintiffs' TAC is filed;

4. In the event Defendant files a partial Motion to Dismiss the TAC, Defendant's time to answer the remainder of the TAC will be tolled until such time as the Court resolves the partial Motion to Dismiss the TAC, pursuant to the deadline set by the Federal Rules, the Court, or otherwise agreed to by the Parties;

5. Defendant agrees that it will not use the fact that it has not yet Answered as a basis for refusing to provide or delaying providing discovery; and

6. If Defendant challenges the sufficiency of Plaintiffs' Section 2019.210 disclosure, Plaintiffs' deadline to oppose any such motion shall be fourteen (14) days after Apple serves its portion of the motion. Plaintiffs agree that they will not use this stipulation or extension to argue that they have complied with Section 2019.210.

Gibson, Dunn & Crutcher LLP

2
JOINT STIPULATION EXTENDING DEFENDANT APPLE INC.'S DEADLINE TO ANSWER PLAINTIFFS'
SECOND AMENDED COMPLAINT
CASE NO. 8:20-CV-00048-JVS (JDEX)

Dated: October 23, 2020

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joshua H. Lerner*
Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*

JOSEPH R. RE
STEPHEN C. JENSEN
PERRY D. OLDHAM
STEPHEN W. LARSON
ADAM B. POWELL
KNOBBE, MARTENS, OLSON & BEAR LLP

By: */s/ Adam B. Powell*
Adam B. Powell

*Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.*

**ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

By: */s/ Joshua H. Lerner*
Joshua H. Lerner

*Attorney for Defendant Apple Inc.*

3
JOINT STIPULATION EXTENDING DEFENDANT APPLE INC.'S DEADLINE TO ANSWER PLAINTIFFS'
SECOND AMENDED COMPLAINT
CASE NO. 8:20-cv-00048-JVS (JDEx)

Gibson, Dunn &
Crutcher LLP