# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER EXTENDING DEFENDANT APPLE INC.'S DEADLINE TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Hon. James V. Selna<br><br>Second Amended Complaint served:　July 24, 2020<br>Current response date:　October 27, 2020<br>New response date:　TBD |

This matter is before the Court pursuant to the parties' stipulation to extend Defendant Apple Inc.'s deadline to respond to the Second Amended Complaint (the "SAC"). Based on the stipulation of the parties, the Court's Order granting Defendant's partial Motion to Dismiss with 30 days leave to amend (Dkt. 219), and good cause appearing, IT IS HEREBY ORDERED that:

1. In the event Plaintiffs do not file a Third Amended Complaint ("TAC") on or before the deadline ordered by the Court (the "Deadline to Amend"), Defendant shall file an answer to the SAC no later than 14 days after the Deadline to Amend.

2. In the event Plaintiffs file a TAC on or before the Deadline to Amend and Defendant moves to dismiss the TAC, the briefing schedule on any such Motion to Dismiss the TAC will be as follows:

   a. Defendant's opening brief will be due fourteen (14) days after Plaintiffs' TAC is filed;

   b. Plaintiffs' opposition brief will be due fourteen (14) days after Defendant's opening brief is filed;

   c. Defendant's reply brief will be due seven (7) days after Plaintiffs' opposition is filed; and

   d. The hearing on any such Motion to Dismiss will be noticed for a regular Motion Day at least fourteen (14) days after Defendant's reply brief is due.

3. In the event Plaintiffs file a TAC on or before the Deadline to Amend and Defendant does not move to dismiss the TAC, Defendant shall file an answer to the TAC no later than 14 days after Plaintiffs' TAC is filed.

4. In the event Defendant files a partial Motion to Dismiss the TAC, Defendant's time to answer the remainder of the TAC will be tolled until such time as the Court resolves the partial Motion to Dismiss the TAC, pursuant to the deadline set by the Federal Rules, the Court, or otherwise agreed to by the Parties.

5. In the event Defendant challenges the sufficiency of Plaintiffs' Section 2019.210 disclosure, Plaintiffs' deadline to oppose any such motion shall be fourteen (14) days after Defendant serves its portion of the motion.

**IT IS SO ORDERED.**

Dated: October 26, 2020

_____
The Honorable James V. Selna
United States District Judge