Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**NOTICE OF PLAINTIFFS' MOTION TO DENY ACCESS TO CONFIDENTIAL INFORMATION**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Date:  November 19, 2020<br>Time:  10:00 a.m.<br>Ctrm:  6A<br><br>Discovery Cut-Off:  7/5/2021<br>Pre-Trial Conference:  3/21/2022<br>Trial:  4/5/2022 |

1. PLEASE TAKE NOTICE that on November 19, 2020, at 10:00 AM, or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable John D. Early, Courtroom 6A of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California, 92701, Plaintiffs MASIMO CORPORATION and CERCACOR LABORATIES, INC. will and hereby do move the Court for an order sustaining Plaintiffs' objections under Paragraph 9.2(c) of the Protective Order to experts Majid Sarrafzadeh and Steve Warren, and denying them access to Plaintiffs' Protected Material unless Drs. Sarrafzadeh and/or Warren agree in writing, for the duration of the litigation plus two years, to refrain from directly researching or developing, or supervising those who are researching or developing, technology for measuring ECG, respiration from the pleth, oxygen saturation, or any other parameter measured by Plaintiffs' Rainbow SET technology.

Pursuant to Local Rule 37-1, the parties met and conferred by telephone on September 25, 2020, and October 13, 2020, but were unable to resolve their differences.

This motion is based upon this Notice of Motion, the Joint Stipulation Accompanying the Motion and the Declaration of Benjamin A. Katzenellenbogen, including the exhibits attached thereto, any subsequently filed supplemental memorandums and declarations, the pleadings and papers filed in this action, and any other arguments, evidence, and other matters submitted to the Court, at the hearing or otherwise. A proposed order is being lodged for the Court's consideration.

/ / /
/ / /
/ / /
/ / /
/ / /

-1-

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 29, 2020           By: */s/ Benjamin A. Katzenellenbogen*
                                                  Joseph R. Re
                                                  Stephen C. Jensen
                                                  Benjamin A. Katzenellenbogen
                                                  Perry D. Oldham
                                                  Stephen W. Larson
                                                  Adam B. Powell

                                                  Attorneys for Plaintiffs
                                                  Masimo Corporation and
                                                  Cercacor Laboratories

33711088