**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DENY ACCESS TO CONFIDENTIAL INFORMATION** |

Having considered Plaintiffs' Motion to Deny Access to Confidential Information, all the papers filed in support thereof, any papers in opposition thereto, and any oral argument of counsel, and finding good cause, the Court hereby GRANTS Plaintiffs' Motion as follows:

1. Plaintiffs' objections under Paragraph 9.2(c) of the Protective Order to experts Majid Sarrafzadeh and Steve Warren are SUSTAINED.

2. Drs. Sarrafzadeh and Warren may not access Plaintiffs' Protected Material unless they provide Plaintiffs with a written agreement that, for the duration of the case plus two years, they will refrain from directly researching or developing, or supervising those who are researching or developing, technology for measuring ECG, respiration from the pleth, oxygen saturation, or any other parameter measured by Plaintiffs' Rainbow SET technology.

**IT IS SO ORDERED.**

Dated: _____      _____
                                                        The Honorable John D. Early
                                                        United States Magistrate Judge

33711119

-1-