Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF BEN A. KATZENELLENBOGEN IN SUPPORT OF JOINT STIPULATION REGARDING PLAINTIFFS' MOTION TO DENY ACCESS TO CONFIDENTIAL INFORMATION**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Date:        November 19, 2020<br>Time:        10:00 a.m.<br>Ctrm:        6A<br><br>Discovery Cut-Off:        7/5/2021<br>Pre-Trial Conference:        3/21/2022<br>Trial:        4/5/2022 |

I, Ben A. Katzenellenbogen, hereby declare and state as follows:

1.     I am an attorney with the law firm of Knobbe, Martens, Olson & Bear, LLP, and I am licensed to practice law in the State of California.  I am counsel of record for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Plaintiffs") in the above-captioned action.  I have personal knowledge of the matters set forth herein, and, if I am called upon to testify, I could and would testify competently thereto.

2.     Pursuant to Local Rule 37-1, I met and conferred with counsel of record for Apple regarding Plaintiffs' objections to two of Apple's proposed experts receiving access to Plaintiffs' confidential information: Majid Sarrafzadeh and Steve Warren.  The conferences took place on September 25, 2020, and October 13, 2020.   The Joint Stipulation accompanying this declaration was prepared following the parties' conferences of counsel.

3.     Attached hereto as **Exhibit 1** is a true and correct copy of an email chain from Brian Andrea, counsel of record for Apple, to Adam Powell, counsel of record for Plaintiffs, dated October 16, 2020, cc'ing a distribution list that includes myself.

4.     Attached hereto as **Exhibit 3** is a true and correct copy of U.S. Patent Pub. No. 2019/0200907.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of an email chain from Adam Powell to Brian Andrea, dated October 8, 2020, cc'ing a distribution list that includes myself.

6.     Attached hereto as **Exhibit 5** is what I understand to be a true and correct copy the Curriculum Vitae of Majid Sarrafzadeh.

7.     Attached hereto as **Exhibit 6** is a what I understand to be a true and correct copy of a paper entitled "WANDA: An End-to-End Remote Health Monitoring and Analytics System for Heart Failure Patients."

8.     Attached hereto as **Exhibit 7** is what I understand to be a true and correct copy of a print out of https://www.masimo.com/products/continuous/root/, retrieved October 21, 2020.

9.     Attached hereto as **Exhibit 8** is a true and correct copy of an email chain from Brian Andrea to Adam Powell, dated October 1, 2020, cc'ing a distribution list that includes myself.

10.    Attached hereto as **Exhibit 9** is a true and correct copy of an email chain from Adam Powell to Brian Andrea, dated October 20, 2020, cc'ing a distribution list that includes myself.

11.    Attached hereto as **Exhibit 10** is what I understand to be a true and correct copy of a print out of www.ece.k-state.edu/people/faculty/warren/index.html, retrieved October 20, 2020.

12.    Attached hereto as **Exhibit 11** is what I understand to be a true and correct copy of the hearing transcript for the December 4, 2013 hearing in *Masimo Corp. v. Phillips Electronics North America Corp*, C. A. No. 09-80 AMD 11-742 (LPS-MPT).


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 27, 2020, in Laguna Niguel, California.


   */s/ Benjamin A. Katzenellenbogen*
   Benjamin A. Katzenellenbogen

33773347

# EXHIBIT 1

| | |
|---|---|
| **From:** | Andrea, Brian <BAndrea@gibsondunn.com> |
| **Sent:** | Friday, October 16, 2020 8:35 AM |
| **To:** | Adam.Powell |
| **Cc:** | *** Apple-Masimo; Masimo.Apple |
| **Subject:** | RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren |

Adam,

We disagree with many of your statements.  Also, the scope of your proposed restrictions on Dr. Warren's work is exceedingly overbroad and unreasonable; Dr. Warren is not willing to agree.

We look forward to receiving your portion of the joint stipulation on Tuesday.

Thanks,
Brian

**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Thursday, October 15, 2020 7:51 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

[External Email]
Brian,

Thank you for discussing this matter with us on Tuesday.  Your assertion that we were "not able" to identify our objection is incorrect.  We explained the basis for our objection before the call as well as during the call.  Among other things, Dr. Warren is the director of the K-State Medical Component Design Laboratory, which is involved in researching and developing technology in the same field as Plaintiffs.

During the call, we asked for information about the technology on which Dr. Warren works for that organization.  You listed the following activities: (1) research regarding sensor beds for children with disabilities, (2) monitoring health of individuals on the autistic spectrum, (3) monitoring emotional state of companion animals, and (4) tracking animal behavior.  I asked what physiological parameters were being measured for each of those activities and you responded that you did not know.  You also refused to ask Dr. Warren that question at least as to topics (1) and (2).  We disagree with Apple's refusal to obtain or provide this information.

1

**Exhibit 1**
**-3-**

You indicated that Dr. Warren has researched measuring blood oxygen saturation and/or the determination of blood analytes, and while he is not currently conducting such research, he may resume at any time.  You indicated that Dr. Warren teaches those subjects in a classroom setting, but not in teaching or mentoring students that are performing research or development.

In light of the scope of Dr. Warren's current and future research, we discussed a potential compromise to resolve our objections.  Apple rejected our initial proposal.  I asked if Apple was taking the position that Dr. Warren should be able to access Plaintiffs' technology and then develop competing technology that measures the same parameters.  You argued that we had not identified a valid basis for objecting to Dr. Warren, so you did not "think he should be precluded from doing anything."  You indicated Dr. Warren may agree to the same restriction that he agreed to in the *Philips* case, which prevented him from researching or developing technology that measures the same parameters as Rainbow SET.

We appreciate your offer, but Dr. Warren should also be excluded from researching or developing technology that measures oxygen saturation or other parameters that compete with Plaintiffs' technology at issue in this case.  While we have no problem with Dr. Warren teaching established pulse oximetry techniques in his lectures or using existing devices for other studies, we do not believe Dr. Warren should be permitted to view Plaintiffs' confidential information regarding oxygen saturation and other physiological parameters and then develop competing technology.

It would address our objection if Dr. Warren agrees that, for the duration of this case plus two years:

(1) He will not directly research or develop, or supervise those who are researching or developing, technology for measuring respiration from the pleth, oxygen saturation, ECG or any other parameter measured by Rainbow SET; and

(2) His agreement to Paragraph 10 of the Protective Order includes, but is not limited to, his agreement that he will not: (a) file, or assist in the filing of, any new patent application naming him as an inventor that relates to such technology; or (b) analyze or identify for disclosure to the Patent Office any potential prior art in connection with any patent or patent application naming him as an inventor that relates to such technology.

Please let us know if Dr. Warren agrees.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 Direct
**Knobbe Martens**

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Tuesday, October 13, 2020 2:17 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

Adam,

Thank you for taking the time today meet-and-confer today regarding Masimo's objections to Dr. Warren as per ¶ 9.2(c) of the Protective Order.  I'm writing to memorialize that discussion.

**Exhibit 1**
-4-

We asked several times what specifically about Dr. Warren's experience establishes good cause to object to him seeing Plaintiffs' confidential information.  You were not able to provide a specific response and, thus, we informed you that we understand Masimo's objection to be fully set forth in your email dated September 29, 2020.

Instead of detailing your objection, you asked for further information about Dr. Warren's work at the K-State Medical Component Design Laboratory.  We reiterated that we are not concealing any information about Dr. Warren and are willing to provide you with (and indeed have provided you with) additional information if that information will resolve your objections.  But we are not willing to prolong this process and thereby prejudice Apple by not allowing Dr. Warren to fully participate in this case.  In response to your questions, we told you that Dr. Warren currently has no research efforts that target blood oxygen saturation or determination of blood analytes, however he does include those topics in his teaching.  We further explained that his current research involves sensor beds for children with severe disabilities, monitoring health of individuals on autistic spectrum, monitoring emotional state of companion animals, and tracking animal behavior.

We explained that you have not set forth a reason for why Apple or Dr. Warren should agree to your proposal to restrict his ability to work in certain fields, i.e., not to work in the field of physiological sensors and monitoring for the duration of this litigation plus two years.  We further explained that we might be able to agree that, if rainbow SET becomes an issue in this case, Dr. Warren may be willing to be subject to the same restrictions as he agreed to in the *Philips* case.  You asked whether we or Dr. Warren would agree to "add pulse oximetry" to those restrictions, and we stated that you have not set forth any reason for us to agree to such a broad restriction.

As we indicated during the meet-and-confer, pursuant to ¶ 9.2(c) of the Protective Order, if Plaintiffs choose chooses to maintain their objection, we expect Plaintiffs' portion of the joint stipulation by next Tuesday (October 20).  If we do not receive your portion by then, we will assume that Plaintiffs have withdrawn their objections to Apple's experts.  While we are happy to consider any proposals you have in an effort to resolve this dispute over the next week, we do not agree that any such discussions would toll the date by which Masimo must provide its portion of the joint stipulation.

Regards,

**Brian Andrea**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Tuesday, October 13, 2020 12:59 AM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

[External Email]
Brian,

We objected to Dr. Warren for the reasons discussed below.  Among other things, Dr. Warren is the director of the "K-State Medical Component Design Laboratory," which is involved in "wearable sensors and signal processing techniques to determine human/animal health."  Based on the little information we have about that organization, it appears that he presents an unacceptable risk of improper use or disclosure of Plaintiffs' confidential information.  As you know, another

**Exhibit 1**
**-5-**

court imposed additional restrictions on Dr. Warren.  Especially in view of that decision, we believe the parties should be able to resolve this with appropriate restrictions.  We hope to do so during the meet and confer so that we can avoid burdening the Court.  Accordingly, please be prepared to discuss proposed restrictions on Dr. Warren, as well as the specific technology that Dr. Warren works on for the "K-State Medical Component Design Laboratory."

Assuming you will be ready to discuss those matters at 10am pacific / 1pm eastern, please use the below dial in number.  If you need more time to prepare, please let me know and propose a later time.

Phone number: 888-475-4499
Room #: 221-856-8931

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**
**Knobbe Martens**

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Monday, October 12, 2020 11:46 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

Adam,

I am available to discuss tomorrow at 1pm ET.  If that works for you, please send a dial in.  Before the call, please let us know the basis for Plaintiffs' objection to Dr. Warren in view of the additional information we provided.

Thanks, and best regards,
Brian

**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Monday, October 12, 2020 1:56 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

[External Email]
Brian,

Exhibit 1
-6-

The parties met and conferred on Plaintiffs' objections to Dr. Sarrafzadeh, but have not met and conferred on Plaintiffs' objections to Dr. Warren.  Please let us know when you are available for that discussion so we can try to narrow or resolve the objections.  I am free most of the day tomorrow.

Within seven days after we meet and confer to determine if there is a dispute regarding Dr. Warren, and the scope of any such dispute, we will provide a joint stipulation regarding Dr. Sarrafzadeh and, if necessary, Dr. Warren.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**
**Knobbe Martens**

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Thursday, October 8, 2020 5:56 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

Adam,

You have not provided any legitimate basis for objecting to Dr. Warren, and thus it is unclear to both Apple and Dr. Warren why you are requesting that he stipulate "not to work in the field of physiological sensors and monitoring for the duration of this litigation plus two years."  Moreover, the scope of your proposed stipulation is overbroad and unreasonable, and thus neither Apple nor Dr. Warren are willing to agree to your proposal.

Your other email today indicates that "Plaintiffs will provide their portion of the joint stipulation within seven days of the parties determining whether we also have a dispute as to Dr. Warren."  Thus, we assume that Plaintiffs will provide their portion of the joint stipulation one week from today – on Thursday October 15, 2020.  Please let us know by Tuesday what specific objections you intend to raise with the Court for both experts.

Thanks,
Brian

**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Thursday, October 8, 2020 1:10 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

**Exhibit 1**
**-7-**

[External Email]

Brian,

Thank you for the additional information regarding Dr. Warren and Dr. Polson.  Based on the information that you provided, Plaintiffs withdraw their objection to Dr. Polson under the Protective Order.

During our prior call, you asked us to consider agreeing not to object to an expert if he or she agreed not to work in certain fields for a certain period of time.  Plaintiffs would agree to withdraw their objection to Dr. Warren if Dr. Warren agreed not to work in the field of physiological sensors and monitoring for the duration of this litigation plus two years.  Please let us know if Dr. Warren agrees.

Best regards,

Adam

**Adam Powell**
Partner

858-707-4245 **Direct**

**Knobbe Martens**

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Thursday, October 1, 2020 10:03 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

Adam,

The Kansas State "Medical Component Design Laboratory" was founded in 1999 and is an academic research laboratory that Dr. Warren uses to teach and assist his students with their research and publications related to health monitoring technology.  Dr. Warren is the manager/director of the Laboratory, which entails the following responsibilities:

- Seek and acquire grant funding to support research, education, and service endeavors
- Foster academic research and teaching relationships
- Host study protocols that employ human subjects
- Disseminate research and education work through peer-reviewed publications, invited presentations, conference participation, workshops, and short courses
- Provide academic oversight for the undergraduate Biomedical Engineering degree program and the Bioengineering Option within the Electrical Engineering degree program
- Support academic coursework and demonstrations for the undergraduate Electrical Engineering, Computer Engineering, and Biomedical Engineering curricula
- Support, advise, and mentor graduate and undergraduate students
- Guide undergraduate research projects
- Provide tours for prospective students
- Support laboratory demonstrations for potential university benefactors
- Serve as a public-relations resource for KSU and the KSU ECE department
- Remain active in professional societies
- Serve on academic and administrative committees
- Work with student groups as a faculty advisor

We trust that this information resolves your objection.  If you intend to maintain your objection to Dr. Warren, please let us know.

**Exhibit 1**
**-8-**

Additionally, I wanted to follow up on our meet and confer regarding your objections to Dr. Sarrafzadeh. As discussed during the call, we were expecting a follow up email from you with your specific concerns about his work. We did not receive that email, but did follow up with him regarding his involvement in the companies you mentioned on the call. That information is below:

- **MediSens** – Dr. Sarrafzadeh is listed as a co-founder and technical adviser. He has had no technical discussions/activities with MediSens in at least the past year, and does not expect any technical engagement with them in the foreseeable future.

- **Bruin Biometrics** – Dr. Sarrafzadeh has had no technical discussions/activities with Bruin Biometrics in at least the past few years, and does not expect any technical engagement with them in the foreseeable future.

- **WANDA** – WANDA was sold last year, and Dr. Sarrafzadeh has had no technical discussions/activities with them in at least the past year and does not expect any technical engagement with them in the foreseeable future.

- **Center of SMART Health** – Dr. Sarrafzadeh is no longer a co-director of the Center of SMART Health, and is unaware of their current activities. He does not expect any technical engagement with them in the foreseeable future.

- **BRITE Center on Minority Health Disparities** – Despite the fact that Dr. Sarrafzadeh is listed on the BRITE Center's website, he has not had any technical discussions/activities with them in at least the past few years, and does not expect any technical engagement with them in the foreseeable future.

- **UCLA Wireless Health Institute** – Dr. Sarrafzadeh no longer a co-director/member of the UCLA Wireless Health Institute and is unaware of their current activities. He do not expect any technical engagement with them in the foreseeable future.

Additionally, in response to your question as to whether Dr. Sarrafzadeh still has any copies or drafts of his prior declaration that Plaintiffs allege contain confidential information (which we dispute, as you know), I can confirm that Dr. Sarrafzadah deleted all electronic and hardcopies of the declaration, any drafts, and all materials related to the declaration as soon as Plaintiffs alleged that it should have been filed under seal.

Please let us know if Plaintiffs intend to maintain their objections to Dr. Sarrafzadeh and, if so, on what grounds.

Thanks,
Brian



**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Thursday, October 1, 2020 12:01 AM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>

Exhibit 1
-9-

**Cc:** \*\*\* Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

[External Email]
Brian,

Your accusations are false and we believe are the type of unprofessional conjecture that Judge Early warned counsel to avoid.

I assume the "prior litigation" to which you are referring is the *Masimo v. Philips* case. That was seven years ago. Moreover, Masimo objected to Dr. Warren in *Philips* and the parties briefed the issue. The court only allowed Dr. Warren access to Masimo confidential information subject to additional restrictions, including that he would not work on certain parameters in certain settings for the duration of the lawsuit plus two years. Thus, merely stating that Dr. Warren was allowed to receive confidential information in another case (without mentioning the additional restrictions) does not resolve Masimo's meritorious objection.

We reiterate our request that you provide detailed information about the K-State Medical Component Design Laboratory, including an explanation of work done by the lab and Dr. Warren's activities and responsibilities as the "director" of that organization. We hope the parties can resolve this dispute without burdening the Court.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245 **Direct**

**Knobbe Martens**

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Wednesday, September 30, 2020 12:33 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** \*\*\* Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

Adam,

Your objection to Dr. Warren is baseless and, when viewed in combination with your objections to Dr. Sarrafzadeh, appears to be part of Plaintiffs strategy to contrive a basis to object to every technical expert disclosed by Apple.

As you know, Dr. Warren was already authorized to, and did receive, Plaintiffs' confidential information in a prior litigation. His involvement and work with the Kansas State Medical Component Design Laboratory was on his CV at the time that he was disclosed and authorized to receive confidential information in that prior litigation – indeed, he has been the manager/director of that Laboratory for 21 years.

We believe this resolves your objection; nonetheless, if you intend to stand on the objection, please let us know immediately.

Thanks,
Brian

**Exhibit 1**
**-10-**

**Brian Andrea**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Tuesday, September 29, 2020 10:36 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

[External Email]
Brian,
Pursuant to Paragraph 9.2(c) of the Protective Order, Plaintiffs object to Dr. Warren receiving Plaintiffs' confidential information.  Dr. Warren's website indicates that he is the director of the "K-State Medical Component Design Laboratory," which is involved in "wearable sensors and signal processing techniques to determine human/animal health."  For at least that reason, Dr. Warren should not be allowed to review Plaintiffs' proprietary technology.  If you disagree, please provide detailed information about the K-State Medical Component Design Laboratory, including an explanation of work done by the lab and Dr. Warren's activities and responsibilities as the "director" of that organization.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**

**Knobbe Martens**

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Tuesday, September 15, 2020 2:50 PM
**To:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

Counsel,

Pursuant to Section 9.2 of the Protective Order, Apple discloses Steve Warren as an expert in this matter to whom it intends to disclose information designated pursuant to the Protective Order.  Attached is a signed copy of Exhibit A to the Protective Order, Mr. Warren's CV, and further information disclosed in support of the Protective Order, including a listing by matter in which Mr. Warren has provided expert testimony in the past five years.  Mr. Warren has no information to disclose under Section 9.2(c)(iii)-(iv).  Mr. Warren is not presently an officer, director, or employee of a party to this litigation or a competitor of a party to this litigation, nor is he anticipated to become an officer, director, or employee of a party or competitor of a party to this litigation.  He is also not involved in competitive decision making on behalf of a party to this litigation or a competitor of a party to this litigation.

Thanks,

9

**Exhibit 1**
**-11-**

Brian

**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**Exhibit 1**
**-12-**

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

Exhibit 1
-13-

# EXHIBIT 3

US 20190200907A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: **US 2019/0200907 A1**
Sarrafzadeh et al. (43) **Pub. Date:** **Jul. 4, 2019**

(54) **APPARATUS, SYSTEMS, AND METHODS FOR TISSUE OXIMETRY AND PERFUSION IMAGING**

(71) Applicant: **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**, Oakland, CA (US)

(72) Inventors: **Majid Sarrafzadeh**, Anaheim Hills, CA (US); **William Kaiser**, Los Angeles, CA (US); **Barbara Bates-Jensen**, Pasadena, CA (US); **Alireza Mehrnia**, Los Angeles, CA (US); **Bijan Mapar**, Reston, VA (US); **Frank Wang**, Cupertino, CA (US)

(73) Assignee: **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**, Oakland, CA (US)

(21) Appl. No.: **16/296,018**

(22) Filed: **Mar. 7, 2019**

**Related U.S. Application Data**

(63) Continuation of application No. 15/438,145, filed on Feb. 21, 2017, which is a continuation of application No. 13/942,649, filed on Jul. 15, 2013, now abandoned, which is a continuation of application No. PCT/US2012/021919, filed on Jan. 19, 2012.

(60) Provisional application No. 61/434,014, filed on Jan. 19, 2011.

**Publication Classification**

(51) **Int. Cl.**
| | |
|---|---|
| *A61B 5/1455* | (2006.01) |
| *A61B 5/00* | (2006.01) |
| *A61B 5/026* | (2006.01) |

(52) **U.S. Cl.**
CPC ........ *A61B 5/14552* (2013.01); *A61B 5/6822* (2013.01); *A61B 5/6843* (2013.01); *A61B 5/6826* (2013.01); *A61B 5/7271* (2013.01); *A61B 5/7425* (2013.01); *A61B 2562/0247* (2013.01); *A61B 5/6814* (2013.01); *A61B 5/742* (2013.01); *A61B 5/7203* (2013.01); *A61B 5/14557* (2013.01); *A61B 5/0261* (2013.01); *F04C 2270/041* (2013.01); *A61B 5/447* (2013.01)

(57) **ABSTRACT**

A compact perfusion scanner and method of characterizing tissue health status are disclosed that incorporate pressure sensing components in conjunction with the optical sensors to monitor the level of applied pressure on target tissue for precise skin/tissue blood perfusion measurements and oximetry. The systems and methods allow perfusion imaging and perfusion mapping (geometric and temporal), signal processing and pattern recognition, noise cancelling and data fusion of perfusion data, scanner position and pressure readings.



Exhibit 3
-14-



FIG. 1

Exhibit 3
-15-



FIG. 2A

Exhibit 3
-16-

Patent Application Publication     Jul. 4, 2019   Sheet 3 of 25     US 2019/0200907 A1



FIG. 2B

Exhibit 3
-17-



FIG. 4



FIG. 3

Exhibit 3
-18-



FIG. 6

FIG. 5

Exhibit 3
-19-



Exhibit 3
-20-



FIG. 8

Exhibit 3
-21-



FIG. 9

Exhibit 3
-22-



FIG. 10

Exhibit 3
-23-



FIG. 11

Exhibit 3
-24-



FIG. 12

Exhibit 3
-25-



FIG. 13

Exhibit 3
-26-



FIG. 14

Exhibit 3
-27-



FIG. 16



FIG. 15

Exhibit 3
-28-



FIG. 18



FIG. 17

Exhibit 3
-29-



FIG. 19

Exhibit 3
-30-



FIG. 20

Exhibit 3
-31-



FIG. 21

Exhibit 3
-32-



FIG. 22

Exhibit 3
-33-



FIG. 23

Exhibit 3
-34-

Case 8:20-cv-00048-JVS-JDE   Document 227-1   Filed 10/29/20   Page 38 of 208   Page ID #:16673



FIG. 24

Exhibit 3
-35-



FIG. 25

Exhibit 3
-36-



FIG. 26

Exhibit 3
-37-



**FIG. 27**

Exhibit 3
-38-



FIG. 28

Exhibit 3
-39-

US 2019/0200907 A1

Jul. 4, 2019

1

## APPARATUS, SYSTEMS, AND METHODS FOR TISSUE OXIMETRY AND PERFUSION IMAGING

### CROSS-REFERENCE TO RELATED APPLICATIONS

[0001]   This application is a continuation of U.S. patent application Ser. No. 15/438,145 filed on Feb. 21, 2017, incorporated herein by reference in its entirety, which is a continuation of U.S. patent application Ser. No. 13/942,649 filed on Jul. 15, 2013, incorporated herein by reference in its entirety, which is a 35 U.S.C. § 111(a) continuation of PCT international application number PCT/US2012/021919 filed on Jan. 19, 2012, incorporated herein by reference in its entirety, which claims priority to, and the benefit of, U.S. provisional patent application Ser. No. 61/434,014 filed on Jan. 19, 2011, incorporated herein by reference in its entirety. Priority is claimed to each of the foregoing applications.

[0002]   The above-referenced PCT international application was published as PCT International Publication No. WO 2012/100090 on Jul. 26, 2012 and republished on Sep. 13, 2012, and is incorporated herein by reference in its entirety.

### STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

[0003]   Not Applicable

### INCORPORATION-BY-REFERENCE OF MATERIAL SUBMITTED IN COMPUTER PROGRAM APPENDIX

[0004]   Appendix A referenced herein is a computer program listing in a text file entitled "UC-2011-037-4-LA-US-source-code-listing.txt" created on Mar. 1, 2019 and having a 27 kb file size. The computer program code, which exceeds 300 lines, is submitted as a computer program listing appendix through EFS-Web and is incorporated herein by reference in its entirety.

### NOTICE OF MATERIAL SUBJECT TO COPYRIGHT PROTECTION

[0005]   A portion of the material in this patent document is subject to copyright protection under the copyright laws of the United States and of other countries. The owner of the copyright rights has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the United States Patent and Trademark Office publicly available file or records, but otherwise reserves all copyright rights whatsoever. The copyright owner does not hereby waive any of its rights to have this patent document maintained in secrecy, including without limitation its rights pursuant to 37 C.F.R. § 1.14.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

[0006]   This invention pertains generally to tissue oximetry, and more particularly to tissue oximetry and perfusion imaging.

#### 2. Description of Related Art

[0007]   Patients' skin integrity has long been an issue of concern for nurses and in nursing homes. Maintenance of skin integrity has been identified by the American Nurses Association as an important indicator of quality nursing care. Meanwhile, ulcers, and specifically venous and pressure ulcers, remain major health problems, particularly for hospitalized older adults. Detecting early wound formation is an extremely challenging and expensive problem.

[0008]   When age is considered along with other risk factors, the incidences of these ulcers are significantly increased. Overall incidence of pressure ulcers for hospitalized patients ranges from 2.7% to 29.5%, and rates of greater than 50% have been reported for patients in intensive care settings. In a multicenter cohort retrospective study of 1,803 older adults discharged from acute care hospitals with selected diagnoses, 13.2% (i.e., 164 patients) demonstrated an incidence of stage I ulcers. Of those 164 patients, 38 (16%) had ulcers that progressed to a more advanced stage.

[0009]   Pressure ulcers additionally have been associated with an increased risk of death within one year after hospital discharge. The estimated cost of treating pressure ulcers ranges from $5,000 to $40,000 for each ulcer, depending on severity. Meanwhile, venous ulcers can also cause significant health problems for hospitalized patients, especially in older adults. As many as 3% of the population suffer from leg ulcers, while this figure rises to 20% in those over 80 years of age. The average cost of treating a venous ulcer is estimated at $10,000, and can easily rise as high as $20,000 without effective treatment and early diagnosis.

[0010]   Once a patient has been afflicted by a venous ulcer, the likelihood of the wound recurring is also extremely high, and ranges from 54% to 78%. This means that venous ulcers can have severely negative effects on those who suffer from them, significantly reducing quality of life and requiring extensive treatment. The impact of venous ulcers is often underestimated, despite accounting for as much as 2.5% of the total health care budget.

[0011]   The high cost and incidence rates of venous ulcers, coupled with the difficulty in treating them, mark an extremely good opportunity to introduce a low cost, non-invasive system capable of early detection. While traditional laser Doppler systems are able to deliver relatively accurate and reliable information, they cannot be used for continuous monitoring of patients, since they require bulky and extremely expensive equipment. Such solutions that are too expensive or difficult to deploy significantly limit adoption.

[0012]   Hence, there is a need to develop a monitoring and preventive solution to scan the tissue and measure tissue perfusion status as a measure for the level of oxygen distribution and penetration throughout the tissue as an indicator of tissue health. Accordingly, an object of the present invention is the use of photoplethysmographic in conjunction with pressure sensor signals to monitor perfusion levels of patients suffering from or at risk of venous ulcers.

### BRIEF SUMMARY OF THE INVENTION

[0013]   The systems and methods of the present invention include a compact perfusion scanner configured to scan and map tissue blood perfusion as a mean to detect and monitor the development of ulcers. The device incorporates a platform, a digital signal processing unit, a serial connection to

Exhibit 3
-40-

US 2019/0200907 A1

Jul. 4, 2019

2

a computer, pressure sensor, pressure metering system, an LED and photodiode sensor pair and a data explorer visual interface.

[0014]   The systems and methods of the present invention provide effective preventive measures by enabling early detection of ulcer formation or inflammatory pressure that would otherwise have not been detected for an extended period, thus increasing risk of infection and higher stage ulcer development.

[0015]   In a preferred embodiment, the compact perfusion scanner and method of characterizing tissue health status according to the present invention incorporates pressure sensing components in conjunction with the optical sensors to monitor the level of applied pressure on target tissue for precise skin/tissue blood perfusion measurements and oximetry. The systems and methods of the present invention enable new capabilities including but not limited to: measurement capabilities such as perfusion imaging and perfusion mapping (geometric and temporal), signal processing and pattern recognition, automatic assurance of usage via usage tracking and pressure imaging, as well as data fusion.

[0016]   One particular benefit of the sensor-enhanced system of the present invention is the ability to better manage each individual patient, resulting in a timelier and more efficient practice in hospitals and even nursing homes. This is applicable to patients with a history of chronic wounds, diabetic foot ulcers, pressure ulcers or post-operative wounds.

[0017]   In addition, alterations in signal content may be integrated with the activity level of the patient, the position of patient's body and standardized assessments of symptoms. By maintaining the data collected in these patients in a signal database, pattern classification, search, and pattern matching algorithms may be used to better map symptoms with alterations in skin characteristics and ulcer development.

[0018]   An aspect is an apparatus for monitoring perfusion oxygenation of a target tissue region of a patient, comprising: a scanner comprising: a planar sensor array; the sensor array configured to be positioned in contact with a surface of the target tissue region; the sensor array comprising one or more LED's configured to emit light into the target tissue region at a wavelength keyed for hemoglobin; the sensor array comprising one or more photodiodes configured to detect light reflected from the LED's; and a data acquisition controller coupled to the one or more LED's and to the one or more photodiodes for controlling the emission and reception of light from the sensor array to obtain perfusion oxygenation data associated with the target tissue region.

[0019]   Another aspect is a system for monitoring perfusion oxygenation of a target tissue region of a patient, comprising: (a) a scanner comprising: a planar sensor array; the sensor array configured to be positioned in contact with a surface of the target tissue region; the sensor array comprising one or more light sources configured to emit light into the target tissue region at a wavelength keyed for hemoglobin; the sensor array comprising one or more sensors configured to detect light reflected from the light sources; a pressure sensor coupled to the sensor array; the pressure sensor configured to obtain pressure readings of the sensor array's contact with a surface of the target tissue region; and (b) a data acquisition controller coupled to the one or more sensors and for controlling the emission and reception of light from the sensor array to obtain perfusion

oxygenation data associated with the target tissue; and (c) a processing module coupled to the data acquisition controller; (d) the processing module configured to control sampling of the pressure sensor and sensor array for simultaneous acquisition of perfusion oxygenation data and pressure sensor data to ensure proper contact of the scanner with the surface of the target tissue region.

[0020]   A further aspect is a method for performing real-time monitoring of perfusion oxygenation of a target tissue region of a patient, comprising: positioning a sensor array in contact with a surface of the target tissue region; emitting light from lights sources in the sensor array into the target tissue region at a wavelength keyed for hemoglobin; receiving light reflected from the light sources; obtaining pressure data associated with the sensor array's contact with a surface of the target tissue region; obtaining perfusion oxygenation data associated with the target tissue region; and sampling the perfusion oxygenation data and pressure data to ensure proper contact of the sensor array with the surface of the target tissue region.

[0021]   It is appreciated that the systems and methods of the present invention are not limited to the specific condition of ulcer or wound, but may have broad application in all forms of wound management, such as skin diseases and treatments.

[0022]   Further aspects of the invention will be brought out in the following portions of the specification, wherein the detailed description is for the purpose of fully disclosing preferred embodiments of the invention without placing limitations thereon.

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWING(S)

[0023]   The invention will be more fully understood by reference to the following drawings which are for illustrative purposes only:

[0024]   FIG. 1 shows a preferred embodiment of a perfusion oxygenation monitoring (POM) system for analyzing a region of tissue in accordance with the present invention

[0025]   FIGS. 2A and 2B illustrate front and right perspective views of the perfusion hardware printed circuit board of the present invention.

[0026]   FIG. 3 illustrates an exemplary LED emitter in accordance with the present invention.

[0027]   FIG. 4 illustrates LED driver circuit in accordance with the present invention.

[0028]   FIG. 5 illustrates an exemplary photodiode read circuit configured for reading the signal from photodiode sensor array.

[0029]   FIG. 6 illustrates a calibration setup for calibration of the pressure sensor.

[0030]   FIG. 7 shows a plot of results from the pressure verification trials of weights of 50 g, 100 g, 200 g and 500 g on a single sensor.

[0031]   FIG. 8 is a plot showing measured pressure response curve, interpolated curve (exponential), and the point where the pressure sensor is specified to saturate.

[0032]   FIG. 9 shows results from pressure verification trials on a second 1-pound sensor.

[0033]   FIG. 10 is a plot showing raw pressure response curves, and various fits.

[0034]   FIG. 11 illustrates a PC setup for running the perfusion oxygenation monitoring (POM) system of the present invention.

Exhibit 3
-41-

3

[0035] FIG. 12 shows a screenshot of the hardware configuration module interface in accordance with the present invention.

[0036] FIG. 13 shows a screenshot of the graphical user interface in accordance with the present invention.

[0037] FIG. 14 shows an exemplary interpolation performed via a Kriging algorithm.

[0038] FIG. 15 shows a schematic diagram of a marker pattern used for testing the feature extraction module.

[0039] FIG. 16 illustrates the setup of FIG. 15 overlaid on an image.

[0040] FIG. 17 illustrates a block diagram of a method for outputting a mapped and interpolated perfusion image.

[0041] FIG. 18 shows an example of heterodyning used to help eliminate in-band noise in accordance with the present invention.

[0042] FIG. 19 is a plot of the theoretical response of the subtraction method of FIG. 18 in relation to noise and correction frequency.

[0043] FIG. 20 is a plot of the frequency response of the subtraction method shown on a dB scale.

[0044] FIG. 21 shows results from employing noise subtraction on a high frequency LED drive signal, and averaging several LED drive periods to obtain similar data rates as before.

[0045] FIG. 22 illustrates a zoomed view of FIG. 21.

[0046] FIG. 23 shows a sample of the time domain signals used for comparison of neck and thumb tissue measurements.

[0047] FIG. 24 shows the frequency domain representation of the measured signals.

[0048] FIG. 25 shows results from extracted plethysmograph signals of the forehead.

[0049] FIG. 26 shows a comparison of readings of extracted plethysmograph signals from under the knuckle on the thumb.

[0050] FIG. 27 shows results from varying pressure using the reflectance sensor on the neck.

[0051] FIG. 28 shows the results from both over and to the side of the black tape.

### DETAILED DESCRIPTION OF THE INVENTION

[0052] FIG. 1 shows a preferred embodiment of a perfusion oxygenation monitoring (POM) system 10 for analyzing a region of tissue 52 of a patient 18 in accordance with the present invention. System 10 generally comprises six primary components: red/infrared LED array 44, photodiode array 46, pressure sensor 50, pressure metering system 48(which includes amplification and filtering circuitry), data acquisition unit 40, digital signal processing module 12 and application module 14 having a user interface.

[0053] The system 10 comprises sensing hardware component 16 that includes arrays of emitters/sensors (44, 46, 50) and data acquisition unit 40, preferably in a handheld enclosure (not shown). The LED array 44 and photodiode arrays 46 coupled to the data acquisition unit 40 (e.g. through cabling or wireless connection) can be physically configured in a variety of arrays. The data acquisition unit 40 is preferably capable of interfacing with a large number of individual LEDs and photodiodes. Signal amplification and filtering unit 49 may be used to condition the photodiode signal/data prior to being received by the data acquisition unit 40. In a preferred embodiment, the photodiode signal

amplification and filtering unit 49 may comprise a photodiode read circuit 120 shown in FIG. 5 and described in further detail below.

[0054] Sensing/scanning hardware component 16 may also include an intensity controller 42 for controlling the output of LED array 44. Intensity controller 42 preferably comprises LED driver circuit 100 shown in FIG. 4, and described in further detail below.

[0055] The data acquisition system 40 also interfaces with application module 14 on PC 154 (see FIG. 11), allowing a user to configure the LED array 44 signaling as well as sampling rate of the signal from photodiode array 46 via a hardware configuration module 34 that is viewed through the graphical user interface 36. Data acquired from DAC 40 is preferably stored in a database 32 for subsequent processing.

[0056] The pressure sensor 50 is configured to measure the pressure applied from the hardware package 16 on to the patient's tissue, such that pressure readings may be acquired to maintain consistent and appropriate pressure to the skin 52 while measurements are being taken. The pressure sensor 50 may be coupled to pre-conditioning or metering circuitry 48 that includes amplification and filtering circuitry to process the signal prior to being received by the data acquisition controller 40.

[0057] The LED arrays 44 are configured to project light at wavelengths keyed for hemoglobin in the target tissue 52, and the photodiode sensor arrays 46 measure the amount of light that passes through tissue 52.

[0058] The signal processing module 12 then further processes and filters the acquired data via processing scripts 24 and filtering module 22. The signal processing module 12 further comprises a feature extraction module 28, which may be output to visual interface 36 for further processing and visualization. A perfusion data module 26 converts data into a Plethysmograph waveform, which may be displayed on a monitor or the like (not shown). The interface 36 and processing module 12 may also be configured to output an overlay image of the tissue and captured perfusion data 26.

[0059] In order to produce the wavelengths of light corresponding to deoxy and oxyhemoglobin absorption, the system 12 preferably uses light emitting diodes for the emitting source array 44. In a preferred embodiment, the system 10 incorporates the DLED-660/880-CSL-2 dual optical emitter combinations from OSI Optoelectronics. This dual emitter combines a red (660 nm) and infrared (880 nm) LED into a single package. Each red/infrared LED pair requires a 20 mA current source and have a 2.4/2.0V forward voltage respectively. It is appreciated that other light sources may also be used.

[0060] In order to measure a photoplethysmograph, the light reflected from the LED array 44 is detected by the photodiode array 46. In a preferred embodiment, the PIN-8.0-CSL photodiode from OSI Optoelectronics is used. This photodiode has a spectral range of 350 nm to 1100 nm and has a responsivity of 0.33 and 0.55 to 660 nm and 900 nm light respectively.

[0061] FIGS. 2A and 2B illustrate front and right perspective views of the perfusion hardware printed circuit board (PCB) 60. PCB 60 comprises LED array 44 of two LED pairs 64 spaced between two arrays 46 of photodiodes 62. The board 60 also comprises pressure sensor 50 to monitor the applied pressure on the target tissue 52.

Exhibit 5
-42-

4

[0062]    As shown in FIG. **2**A, the optical sensors (e.g. LED array **44** and photodiode array **46**) are located on the front side **66** of the PCB **60** and are configured to face and press onto (either directly or adjacently with respect to transparent cover (not shown)) the target tissue **52**.

[0063]    Referring to FIG. **2**B, driving circuitry, e.g. connector head **70**, are located on the back side **68** of the PCB **60** safely out of contact with the test subject, and the front of the PCB (right) which houses the sensor portion of the array. The arrays **44**, **46** are located such that connector head **70** and corresponding leads **72** and cables **74** (which couple to the data acquisition unit **40**) do not interfere with using the device.

[0064]    The arrays **44**, **46** are shown in FIG. **2**A as two LED's **64** positioned between four photodiodes **62**. However, it is appreciated that the array may comprise any number of and planar configuration of at least one LED emitter **64** and one photodiode receiver.

[0065]    FIG. **3** illustrates an exemplary LED emitter **64** (OSI Optoelectronics DLED-660/880 CSL-2) having 660 nm red emitter 84 and 880 nm infrared emitter **82**.

[0066]    FIG. **4** illustrates LED driver circuit **100** in accordance with the present invention. LED driver circuit **100** is configured to allow the red LED **88** and infrared LED **82** in the LED package **64** to be driven independently, even though the LEDs are common anode, sharing a VDD connection via leads **80**.

[0067]    Driver circuit **100** includes a low-noise amplifier **110** coupled to the LED **64**. In a preferred embodiment, the amplifier **110** comprises a LT6200 chip from Linear Technologies. However, it is appreciated that other amplifiers available in the art may also be employed. LED driver circuit **100** further comprises a p-channel MOS field-effect transistor (FET) **112** (e.g. MTM76110 by Panasonic), which provides negative feedback. As voltage is increased at the input, so is the voltage across the 50 ohm resistor **102**. This results in larger current draw, which goes through the LED **64**, making it brighter. At 2V, approximately 40 mA is drawn through the LED **64**, providing optimal brightness. If the voltage at the input is increased too far, the voltage drop across the LED **64** will be insufficient to turn it off, but there will still be a large amount of current flowing through the LED **64** and resistor **102**, resulting in large heat buildup. For this reason, the input voltage is ideally kept below 3V to minimize overheating and prevent component damage. If the input to the op-amp **110** is floated while the amp **110** is powered, a 100 k pull-down resistor **104** at the input and 1 k load resistor **108** at the output ensure that the circuit **100** remains off. The 1 k load resistor **108** also ensures that the amp **110** is able to provide rail to rail output voltage. The 1 uF capacitor **114** ensures that the output remains stable, but provides enough bandwidth for fast LED **64** switching. To provide further stabilization, the driver circuit **100** may be modified to include Miller compensation on the capacitor **114**. This change improves the phase margin for the driver circuit **100** at low frequencies, allowing more reliable operation.

[0068]    FIG. **5** illustrates an exemplary photodiode read circuit **120** configured for reading the signal from photodiode sensor array **46**. In a preferred embodiment, the photodiode **62** may comprise an OSI Optoelectronics PIN-**8**.0-DPI photodiode, PIN-4.0DPI photodiode, or alternatively PIN-0.8-DPI photodiode which has lower capacitance for the same reverse bias voltage.

[0069]    The photodiode read circuit **120** operates via a simple current to voltage op-amp **124** as shown in FIG. **14**. The positive input pin of the op-amp **124** (e.g. LT6200 from Linear Technologies) is driven by a voltage divider **122**, providing 2.5V (half of VDD). The negative pin is hooked up to the photodiode **62**, which is reverse biased, and through feedback to the output of the amplifier **124**.

[0070]    The feedback is controlled by a simple low pass filter **126** with a 2.7 pF capacitor **129** and a 100 kilo-ohm resistor **130**. The 0.1 uF capacitor **128** is used to decouple the voltage divider from ground. The circuit amplifies the current output of the photodiode and converts it to voltage, allowing the data acquisition unit to read the voltage via its voltage input module.

[0071]    It is appreciated that the individual components of the LED driver circuit **100** and photodiode read circuit **120** are shown for exemplary purposes only, and that other models, or types of components may be used as desired.

[0072]    In one embodiment of the present invention, the data acquisition controller **40** comprises National Instruments CompactRIO 9014 real-time controller coupled with an NI 9104 3M gate FPGA chassis. The data acquisition controller **40** interfaces with the LED arrays **44** and photodiodes **46** using three sets of modules for current output, current input, and voltage input.

[0073]    In one embodiment, the controller **40** comprises a processor, real-time operating system, memory, and supports additional storage via USB (all not shown). The controller **40** may also include an Ethernet port (not shown) for connection to the user interface PC **154**. The controller **40** comprises an FPGA backplane, current output module (e.g. NI 9263), current input module (e.g. NI 9203), and voltage input module (e.g. NI 9205) allowing multiple voltage inputs from photodiode/amplifier modules.

[0074]    The POM system **10** preferably employs a pressure sensor **50** to measure pressure and ensure consistent results (e.g. 1 lb. Flexiforce sensor). Due to the confounding effect varying pressure can have on plethysmograph measurements, readings from the pressure sensor **50** provide a metric from which the user can apply the sensor hardware **16** to the patient's skin **52**.

[0075]    The pressure sensor **50** is preferably attached behind the LED array **44**, and measures the pressure used in applying it to a target location. The pressure sensor **50** is preferably configured to deliver accurate measurements of pressure in a specified range, e.g. a range from zero to approximately one pound, which encompasses the range of pressures that can reasonably be applied when using the POM sensing hardware **16**.

[0076]    The pressure sensor **50** is used to guide the user into operating the scanner **16** more consistently, so that the sensor/scanner **16** is positioned in a similar manner every measurement. The oximetry data that is taken is thus verified to be accurately taken by readings from the pressure sensor **50**.

[0077]    In a preferred embodiment, the pressure sensor **50** is calibrated in order to ensure that the pressure sensor gives repeatable, well understood measurements that can be directly translated into raw pressure values. FIG. **6** illustrates a calibration setup **140** for calibration of the pressure sensor **50**. A rubber pressure applicator **144** was filed down to a flat surface, and used to distribute the weight on the pressure sensitive region of the Flexiforce sensor **50**. A weight **142** was used to distribute weight over the active region of the

Exhibit 3
-43-

US 2019/0200907 A1

Jul. 4, 2019

5

sensor **50**. An experiment was conducted using **4** weights in a range from **50** g to **500** g. Pressure was applied directly to the pressure sensor **50** via applicator **144**, and its outputs recorded.

[0078]   The results in FIGS. **7-10** show a nonlinear but steady trend, which data can be used to translate any future measurement from the pressure sensor into an absolute pressure value.

[0079]   FIG. **7** shows a plot of results from the pressure verification trials of weights of 50 g, 100 g, 200 g and 500 g on a single sensor. FIG. **8** is a plot showing measured pressure response curve, interpolated curve (exponential), and the point where the pressure sensor is specified to saturate. FIG. **9** shows results from pressure verification trials on a second 1-pound sensor. For this experiment, additional intermediate weight levels (e.g. 150 g and 300 g) were applied. FIG. **10** is a plot showing raw pressure response curves, and various fits. The exponential fit serves as the best fit for both sensors tested.

[0080]   While the system **10** optimally uses data from the pressure sensor **50** to verify proper disposition of the scanner on the target tissue site **52**, it is appreciated that in an alternative embodiment the user may simply forego pressure monitoring and monitor pressure manually (e.g. tactile feel or simply placing the scanner **16** on the tissue site **52** under gravity).

[0081]   Referring to FIG. **11**, the user preferably interacts with the data acquisition and control unit **40** through a PC **154** running the processing module **12** and application module **14** comprising graphic user interface **36** (e.g. Lab-VIEW or the like). In a preferred embodiment, the PC **154** communicates with the data acquisition unit **40** over via an Ethernet connection (not shown). Alternatively, PC **154** communicates with the data acquisition unit **40** via a wireless connection (not shown) such as WIFI, Bluetooth, etc. Data files generated on the data acquisition unit **40** may also be transferred to the PC **154** over an FTP connection for temporary storage and further processing.

[0082]   With respect to the PC **154** interface shown in FIG. **11**, the individual LED's **64** of LED array **44** project light at wavelengths keyed for hemoglobin, and the photodiode sensors **62** measure the amount of light that passes through and is reflected from tissue **52**. The data acquisition unit **40** generally comprises a digital TTL output **152** coupled to the LED's **64** and analog DC input **150** for photodiodes **62**. The signal processing module **12** then further processes and filters this data, which is then transmitted to the graphical user interface **36** for further processing and visualization. The data may then be converted into a Plethysmograph waveform to be displayed.

[0083]   FIG. **12** shows a screenshot **160** of the hardware configuration module **34** interface. Inputs can be selected for adjusting the LED array **44** parameters in fields **166**, voltage channel settings in fields **164**, current channel settings in fields **162**, in addition to other parameters such as the sampling period, pressure sampling period, etc.

[0084]   FIG. **13** shows a screenshot **170** of the graphical user interface **36** that also serves as data management and explorer to allow a user to easily read the perfusion sensors, and observe a variety of signals. The screenshot **170** shows integration of the data captured from blood oximetry sensors (photodiode array **46** and LED array **44**), from pressure sensor **50**, and the tracking/position data captured by the scanning the photodiode array **46** and LED array **44**. The

screenshot **170** shows a first window **172** that displays the Plethysmograph waveform (**2** seconds shown in FIG. **13**), and a second window **174** showing the absolute x and y axis movement that has been performed with the scanner. The graphical user interface **36** is also able to map this to the measured SPO₂ data (e.g. via toggling one of the display windows **172** and **174**). The bar **176** on the right of the screenshot **170** is the pressure gauge from pressure sensor **50** readings, showing approximately half of maximum pressure being applied. The gauge **176** preferably displays how much pressure the user is applying versus the maximum measurable pressure in a color coded bar (as more pressure is applied the bar changes from blue to green to red). The gauge **176** is preferably mapped to optimum pressure values for different locations.

[0085]   In order to provide a more informative map of perfusion in a local region, interpolation of blood oximeter data may be conducted using sensor tracking data. The optical oximeter sensor **16** provides absolute SPO₂ readings, giving the percent of blood that is oxygenated. This information, when associated with the location it was taken from, can be used to generate a map of blood oxygenation. In a preferred embodiment, the LED array **44** used for generating SPO₂ readings is also used for determining location. However, it is appreciated that another optical sensor, e.g. laser (not shown), may be used to obtain location readings independently of the LED SPO₂ readings. In such configuration, a low-power laser (similar to a laser-tracking mouse) is used to image a small area at very fast intervals, and then detects movement by how that image has shifted. This information is then converted to two dimensional 'X' and 'Y' position and displacement measurements.

[0086]   In a preferred embodiment, interpolation is performed via a Kriging algorithm, and data points are mapped using the oximeter sensor **16** to track movement of the sensor **16** over the test area. Kriging is a linear least squares interpolation method often used for spatially dependent information. The interpolation is used to fill in the blank spots that a scan may have missed with estimated values. The interpolated data is compiled into a color coded image, and displayed to the user. This allows an accurate, anisotropic interpolation of the raw data, which makes the end result much easier to visualize. An example interpolation is shown in FIG. **14**. Movement of the sensor hardware **16** was mostly one dimensional in this example, resulting in a linear trend across the x axis. This is due to the low variance of points in that direction (note the total displacement of approximately 40 in the X direction compared to 1400 in the Y).

[0087]   To aid in visualizing the collected blood oximetry data, the processing software **12** preferably includes a feature extraction module **28** that that can detect markers on a picture, and then properly align and overlay blood oximetry data **26** (see FIGS. **1**, **17**). In a preferred method, the feature extraction module **28** takes images (e.g. pictures taken from a camera of the scan site), and superimposes the perfusion data directly over where it was taken from.

[0088]   FIG. **15** shows a schematic diagram of a marker pattern **200** used for testing the feature extraction module **28**. FIG. **16** illustrates the setup of FIG. **15** overlaid on an image **205**. Three markers (**202**, **204** and **206**) were used as delimiting points for a given scan area **208**. A first marker **202** was used to determine rotation angle for the image. A second marker **206** was used to determine the left boundary

Exhibit 3
-44-

6

(image position) for the image. A third marker **204** was used to determine the width of the image. The markers (**202, 204** and **206**) can be any color, but green is the ideal color, as it is easily distinguished from all skin tones. For a clear illustration of the feature extraction software, small plastic green boxes were used to represent points **202, 204**, and **206** (see FIG. **16**), and the image **205** was quickly edited to place three of them in a likely pattern. Aside from this manipulation, all other images were generated on the fly by the software. A grid **208** was used as sample data, to more clearly illustrate what is being done by the tool.

[0089]  In one embodiment a mobile application (not shown) may be used to facilitate easy capture and integration of pictures for the processing software **12**. The application allows a user to quickly take a picture with a mobile device (e.g. smartphone, or the like) and have it automatically sent over Bluetooth for capture by the processing software **12**. The picture may then be integrated with the mapping system.

[0090]  FIG. **17** illustrates a block diagram of a method **220** for outputting a mapped and interpolated perfusion image (e.g. with processing module **12**). An example of code for carrying out method **220** may be found in the Source Code Appendix attached hereto. It is appreciated that the provided code is merely one example of how to perform the methods of the present invention.

[0091]  Acquired data from the data acquisition unit **40** (which may be stored on server **32**) is first extracted at step **222** (via processing scripts **24**). This extracted data is then used for simultaneously extracting location data, perfusion data and pressure data from each measurement point. The processing software **12** may simultaneously sample location, perfusion, and pressure readings (e.g. at 3 Hz interval), in order to creating a matching set of pressure, position, and blood oxygen measurements at each interval.

[0092]  In order to generate useful information and metrics from the raw data recorded by the perfusion module **228**, a number of algorithms are used.

[0093]  At step **230**, features are extracted from the data (e.g. via the feature extraction module **28**). Position data corresponding to the hardware sensor **16** location is then mapped at step **232**. After a scan has been completed, the oximetry data is mapped at step **234** to appropriate coordinates corresponding to the obtained sensor position data from step **232**. At step **236**, the mapped data is interpolated (e.g. using the Kriging algorithm shown in FIG. **14**). The interpolated data may be compiled into a color coded image, and displayed to the user, and/or the perfusion data may then overlayed on a background image (e.g. image **205**) of the scan site as described in FIGS. **15** and **16**.

[0094]  On the perfusion side, RF noise filtering is then performed on the extracted data at step **224**. Motion noise is then removed at step **226** to obtain the perfusion data at step **228**. Steps **224** and **226** may be performed via filtering module **22**.

[0095]  In a preferred method illustrated in FIG. **18**, heterodyning is used to help eliminate in-band noise. The data recorded from when the LED arrays **44** are off is subtracted from adjacent data from when LED arrays **44** are on (subtraction method). This creates high frequency noise, but removes low frequency in band noise, which is a larger issue. The additional high frequency noise that is introduced is then filtered out by a low pass filter. The algorithms are configurable to allow the preservation of high frequency information of the PPG signals.

[0096]  As illustrated in FIG. **18**, relevant noise information from the areas marked **1** and **2** is used to calculate the noise that appears in area **3**. This may be done by either the single-sided method or the doubled-sided method.

[0097]  For the single sided method, only the preceding noise information from area **1** is used, and the relevant noise level is assumed to be the same in area **1** and **3**. For the double sided method, noise from areas **1** and **2** is averaged. Finally, interpolation of the noise at **3** is attempted via interpolation, using the data from all available noise periods, preceding and following the target data point (**3**). The measurement data is averaged in these areas to generate a single point for each LED **64** pulse. The result is then low-pass filtered at the end to remove high frequency noise.

[0098]  FIG. **19** is a plot of the theoretical response of the subtraction method of FIG. **18** in relation to noise and correction frequency, determined by adding sinusoidal noise of a wide range of frequencies to a square wave signal, applying the noise cancellation method (correction method), and measuring the ratio of remaining noise to original noise. Measurements were averaged across all phases for a given frequency. FIG. **20** is a plot of the frequency response of the subtraction method shown on a dB scale.

[0099]  For the frequency response plots shown in FIGS. **19** and **20**, the frequency is normalized to the frequency of the simulated LED drive signal, with 1 meaning the noise is the same frequency as the drive signal and 2 meaning it is double the drive frequency, and so forth.

[0100]  FIGS. **21** and **22** are plots showing the extracted plethysmograph signals employing the aforementioned noise cancelation (subtraction) method of FIG. **18** on a high frequency LED drive signal compared to the scenario when no noise cancellation technique is performed. FIG. **21** shows results from employing noise subtraction on a high frequency LED drive signal, and averaging several LED drive periods to obtain similar data rates as before. Note the successful noise reduction at around 1.5 s. FIG. **22** is a zoomed version of FIG. **21**, showing the noise spike that is removed by differential noise subtraction. These plots show that the noise subtraction method of the present invention is effective in removing in band noise.

[0101]  Frequency domain analysis/experiments were performed with the frequency domain signals of the plethysmograph measurements. The experiments revealed not only high magnitude elements at the heart rate frequency, but also its harmonics. This appears fairly consistent between locations.

[0102]  In order to verify that the harmonics shown in the frequency domain were not the result of noise or jitter, but represented real components of the pulse waveform, a sinusoid wave was constructed. The sinusoid was created by summing sinusoids at the frequency for each separate pulse waveform peak. This superposition was intended to model the effects of frequency jitter in the waveform, while removing any frequency components due to the pulse waveform shape.

[0103]  A comparison of signals is shown in FIGS. **23** and **24**. FIG. **23** shows a sample of the time domain signals used for comparison. Neck measurements were compared to thumb measurements, taken at equal pressure. FIG. **24** shows the frequency domain representation of the measured signals. Note the second harmonic at 128 BPM (2.13 Hz),

**Exhibit 1**
**-45-**

the third harmonic at 207 BPM (3.45 Hz), etc. The results demonstrate that the harmonics shown below are indeed intrinsic to the pulse waveform, and are not the result of noise or frequency jitter.

[0104] Experiments were performed on number of body locations, including neck, thumb and forehead using the perfusion system **10** of the present invention. Samples of extracted plethysmograph signals are reported in FIGS. **25-27**, which clearly show that perfusion system successfully removes the motion and ambient noises and extracts the plethysmograph signal from different body location.

[0105] FIG. **25** shows results from extracted plethysmograph signals of the forehead. Pressure values are given in terms of resistance measured using the pressure sensor. Smaller resistances indicate higher applied pressures.

[0106] FIG. **26** shows a comparison of readings of extracted plethysmograph signals from under the knuckle on the thumb. All factors except pressure were held constant between measurements. A moderate pressure clearly results in a better waveform.

[0107] FIG. **27** shows results from varying pressure using the reflectance sensor on the neck. The following experiments show the importance of the integration and fusion of applied pressure with perfusion signal in this system, since the pressure with which the sensor array is applied to the target tissue has a major impact on the perfusion readings as shown in the following figures. It appears that the neck and thumb give best results when moderate (0.15M to 70 k-ohm) pressure is applied, while the forehead yield best results with low pressure (above 0.15M-ohm). This may be a result of the neck and thumb being softer tissue than the forehead.

[0108] The perfusion system **10** was also tested on a black tape, as a means to mark locations on tissue. Black tape was used to test as a marker on the skin. The sensor was used to measure signals on the tape, and just to the side of it. An impression on the skin can be seen where the reflectance sensor was used off the tape.

[0109] FIG. **28** shows the results from both over and to the side of the black tape. The results show that using a simple piece of black tape is effective in causing large signal differences, and could therefore be used as a marker for specific body locations.

[0110] Embodiments of the present invention may be described with reference to flowchart illustrations of methods and systems according to embodiments of the invention, and/or algorithms, formulae, or other computational depictions, which may also be implemented as computer program products. In this regard, each block or step of a flowchart, and combinations of blocks (and/or steps) in a flowchart, algorithm, formula, or computational depiction can be implemented by various means, such as hardware, firmware, and/or software including one or more computer program instructions embodied in computer-readable program code logic. As will be appreciated, any such computer program instructions may be loaded onto a computer, including without limitation a general purpose computer or special purpose computer, or other programmable processing apparatus to produce a machine, such that the computer program instructions which execute on the computer or other programmable processing apparatus create means for implementing the functions specified in the block(s) of the flowchart(s).

[0111] Accordingly, blocks of the flowcharts, algorithms, formulae, or computational depictions support combinations of means for performing the specified functions, combinations of steps for performing the specified functions, and computer program instructions, such as embodied in computer-readable program code logic means, for performing the specified functions. It will also be understood that each block of the flowchart illustrations, algorithms, formulae, or computational depictions and combinations thereof described herein, can be implemented by special purpose hardware-based computer systems which perform the specified functions or steps, or combinations of special purpose hardware and computer-readable program code logic means.

[0112] Furthermore, these computer program instructions, such as embodied in computer-readable program code logic, may also be stored in a computer-readable memory that can direct a computer or other programmable processing apparatus to function in a particular manner, such that the instructions stored in the computer-readable memory produce an article of manufacture including instruction means which implement the function specified in the block(s) of the flowchart(s). The computer program instructions may also be loaded onto a computer or other programmable processing apparatus to cause a series of operational steps to be performed on the computer or other programmable processing apparatus to produce a computer-implemented process such that the instructions which execute on the computer or other programmable processing apparatus provide steps for implementing the functions specified in the block(s) of the flowchart(s), algorithm(s), formula(e), or computational depiction(s).

[0113] From the discussion above it will be appreciated that the invention can be embodied in various ways, including the following:

[0114] 1. An apparatus for monitoring perfusion oxygenation of a target tissue region of a patient, comprising: a scanner comprising: a planar sensor array; the sensor array configured to be positioned in contact with a surface of the target tissue region; the sensor array comprising one or more LED's configured to emit light into the target tissue region at a wavelength keyed for hemoglobin; the sensor array comprising one or more photodiodes configured to detect light reflected from the LED's; and a data acquisition controller coupled to the one or more LED's and to the one or more photodiodes for controlling the emission and reception of light from the sensor array to obtain perfusion oxygenation data associated with the target tissue region.

[0115] 2. The apparatus of embodiment 1, the scanner further comprising: a pressure sensor coupled to the sensor array; the pressure sensor configured to obtain pressure readings of the sensor array's contact with a surface of the target tissue region; wherein the scanner is configured to obtain pressure sensor readings while obtaining perfusion oxygenation data to ensure proper contact of the scanner with the surface of the target tissue region.

[0116] 3. The apparatus of embodiment 2: wherein the pressure sensors and sensor array are connected to a first side of a printed circuit board (PCB); and wherein the data acquisition controller is connected to the PCB on a second side opposite said first side.

[0117] 4. The apparatus of embodiment 1, wherein each LED comprises dual emitters configured for emitting red (660 nm) and infrared (880 nm) light.

[0118] 5. The apparatus of embodiment 4: wherein the one or more of the LED's are coupled driver circuit; and wherein

Exhibit 3
-46-

US 2019/0200907 A1

Jul. 4, 2019

8

the driver circuit is configured to allow the red LED emitter and infrared LED emitter to be driven independently while sharing a common anode.

[0119]  6. The apparatus of embodiment 5, wherein the driver circuit comprises an amplifier; and a field-effect transistor configured for providing negative feedback.

[0120]  7. The apparatus of embodiment 2, further comprising: a processing module coupled to the data acquisition controller; the processing module configured to control sampling of the pressure sensor and sensor array for simultaneous acquisition of pressure sensor data and perfusion oxygenation data.

[0121]  8. The apparatus of embodiment 7, wherein the processing module is configured to obtain readings from the sensor array to obtain position data of the scanner.

[0122]  9. The apparatus of embodiment 8, wherein the processing module is configured to generate a perfusion oxygenation map of the target tissue.

[0123]  10. The apparatus of embodiment 8, wherein the processing module is configured to control sampling of the pressure sensor and sensor array for simultaneous acquisition of two or more data parameters selected from the group consisting of pressure sensor data, perfusion oxygenation data, and position data, to simultaneously display said two or more data parameters.

[0124]  11. A system for monitoring perfusion oxygenation of a target tissue region of a patient, comprising: (a) a scanner comprising: a planar sensor array; the sensor array configured to be positioned in contact with a surface of the target tissue region; the sensor array comprising one or more light sources configured to emit light into the target tissue region at a wavelength keyed for hemoglobin; the sensor array comprising one or more sensors configured to detect light reflected from the light sources; a pressure sensor coupled to the sensor array; the pressure sensor configured to obtain pressure readings of the sensor array's contact with a surface of the target tissue region; and (b) a data acquisition controller coupled to the one or more sensors and for controlling the emission and reception of light from the sensor array to obtain perfusion oxygenation data associated with the target tissue; and (c) a processing module coupled to the data acquisition controller; (d) the processing module configured to control sampling of the pressure sensor and sensor array for simultaneous acquisition of perfusion oxygenation data and pressure sensor data to ensure proper contact of the scanner with the surface of the target tissue region.

[0125]  12. The system of embodiment 11: wherein the sensor array comprises one or more LED's configured to emit light into the target tissue region at a wavelength keyed for hemoglobin; and wherein the sensor array comprises one or more photodiodes configured to detect light reflected from the LED's.

[0126]  13. The system of embodiment 12: wherein each of the one or more LED's comprises dual emitters configured for emitting red (660 nm) and infrared (880 nm) light; wherein the one or more LED's are coupled to the driver circuit; and wherein the driver circuit is configured to allow the red LED emitter and the infrared LED emitter to be driven independently while sharing a common anode

[0127]  14. The system of embodiment 11, further comprising: a graphical user interface; wherein the graphical user interface is configured to display the perfusion oxygenation data and pressure sensor data.

[0128]  15. The system of embodiment 14, the processing module is further configured to obtain readings from the sensor array to obtain position data of the scanner.

[0129]  16. The system of embodiment 15, wherein the processing module is further configured to interpolate the position data to generate a perfusion oxygenation map of the target tissue.

[0130]  17. The system of embodiment 16, wherein the processing module is configured to control sampling of the pressure sensor and sensor array for simultaneous acquisition of two or more data parameters selected from the group consisting of pressure sensor data, perfusion oxygenation data, and position data, to simultaneously display the two or more data parameters.

[0131]  18. The system of embodiment 16, wherein the processing module is configured to receive an image of the target tissue, and overlay the perfusion oxygenation map over the image.

[0132]  19. The system of embodiment 14, wherein the graphical user interface is configured to allow user input to manipulate settings of the sensor array and pressure sensor.

[0133]  20. The system of embodiment 11, wherein the processing module further comprises: a filtering module; the filtering module configure to filter in-band noise by subtracting data recorded when the one or more light sources are in an "off" state from data recorded when the one or more light sources are in an "on" state.

[0134]  21. A method for performing real-time monitoring of perfusion oxygenation of a target tissue region of a patient, comprising: positioning a sensor array in contact with a surface of the target tissue region; emitting light from lights sources in the sensor array into the target tissue region at a wavelength keyed for hemoglobin; receiving light reflected from the light sources; obtaining pressure data associated with the sensor array's contact with a surface of the target tissue region; obtaining perfusion oxygenation data associated with the target tissue region; and sampling the perfusion oxygenation data and pressure data to ensure proper contact of the sensor array with the surface of the target tissue region.

[0135]  22. A method as recited in embodiment 21: wherein the sensor array comprises one or more LED's configured to emit light into the target tissue region at a wavelength keyed for hemoglobin; and wherein the sensor array comprises one or more photodiodes configured to detect light reflected from the LED's.

[0136]  23. A method as recited in embodiment 22: wherein each of the one or more LED's comprises dual emitters configured for emitting red (660 nm) and infrared (880 nm) light; the method further comprising independently driving the red LED emitter and infrared LED emitter while the red LED emitter and infrared LED emitter share a common anode.

[0137]  24. A method as recited in embodiment 21, further comprising: simultaneously displaying the perfusion oxygenation data and pressure sensor data.

[0138]  25. A method as recited in embodiment 21, further comprising: acquiring readings from the sensor array to obtain position data of the scanner.

[0139]  26. A method as recited in embodiment 25, further comprising: interpolating the position data to generate a perfusion oxygenation map of the target tissue.

Exhibit 3
-47-

US 2019/0200907 A1

Jul. 4, 2019

9

[0140]   27. A method as recited in embodiment 26, wherein interpolating the position data comprises applying a Kriging algorithm to the acquired position data.

[0141]   28. A method as recited in embodiment 26, further comprising: sampling of the pressure sensor and sensor array for simultaneous acquisition of pressure sensor data, perfusion oxygenation data, and position data; and simultaneously displaying the pressure sensor data, perfusion oxygenation data, and position data.

[0142]   29. A method as recited in embodiment 26, further comprising: receiving an image of the target tissue; and overlaying the perfusion oxygenation map over the image.

[0143]   30. A method as recited in embodiment 21, further comprising:

[0144]   providing a graphical user interface to allow user input; and manipulating sampling settings of the sensor array and pressure sensor according to said user input.

[0145]   31. A method as recited in embodiment 21, further comprising: cycling the one or more light sources between a period when the one or more light sources are on, and a period when the one or more light sources are in an "off" state; and filtering in-band noise by subtracting data recorded from when the one or more light sources are off from data from when the one or more light sources are in an "on" state.

[0146]   Although the description above contains many details, these should not be construed as limiting the scope of the invention but as merely providing illustrations of some of the presently preferred embodiments of this invention. Therefore, it will be appreciated that the scope of the present invention fully encompasses other embodiments which may become obvious to those skilled in the art, and that the scope of the present invention is accordingly to be limited by nothing other than the appended claims, in which reference to an element in the singular is not intended to mean "one and only one" unless explicitly so stated, but rather "one or more." All structural, chemical, and functional equivalents to the elements of the above-described preferred embodiment that are known to those of ordinary skill in the art are expressly incorporated herein by reference and are intended to be encompassed by the present claims. Moreover, it is not necessary for a device or method to address each and every problem sought to be solved by the present invention, for it to be encompassed by the present claims. Furthermore, no element, component, or method step in the present disclosure is intended to be dedicated to the public regardless of whether the element, component, or method step is explicitly recited in the claims. No claim element herein is to be construed under the provisions of 35 U.S.C. 112, sixth paragraph, unless the element is expressly recited using the phrase "means for."

SOURCE CODE APPENDIX

[0147]   Appendix A contains source code that is submitted by way of example, and not of limitation, as an embodiment of signal processing in the present invention. Those skilled in the art will readily appreciate that signal processing can be performed in various other ways, which would be readily understood from the description herein, and that the signal processing methods are not limited to those illustrated in Appendix A.

1-31. (canceled)

32. An apparatus for monitoring perfusion oxygenation of a target tissue region of a patient, the apparatus comprising:
   a sensor array configured to be positioned in contact with the target tissue region, wherein the sensor array comprises one or more light emitting sources and one or more photodiodes; and
   a processing module coupled to the sensor array and configured to:
      acquire data from the sensor array,
      extract perfusion data and location data from the acquired data,
      compile the perfusion data into a color-coded image, and
      superimpose the color-coded image over an image of the target tissue region.

33. The apparatus of claim 32, further comprising a data acquisition unit coupled between the sensor array and the processing module; wherein the data acquisition unit is configured to acquire data from the sensor array and provide the data to the processing module.

34. The apparatus of claim 32, wherein the processing module is further configured to interpolate the acquired data to generate interpolated data that is compiled into the color-coded image.

35. The apparatus of claim 32, wherein the processing module is further configured to receive an image of the target tissue.

36. The apparatus of claim 32, wherein the processing module further comprises a filtering module configured to filter in-band noise by subtracting data recorded when the one or more light emitting sources are in an "off" state from data recorded when the one or more light emitting sources are in an "on" state.

37. The apparatus of claim 32, wherein at least one of the one or more light emitting sources is configured to emit 660 nm and 880 nm light.

38. The apparatus of claim 32, wherein the image of the target tissue region further comprises markers.

39. The apparatus of claim 38, wherein the processing module is further configured to detect markers on the image of the target tissue region so as to properly align the superimposed perfusion data.

\*   \*   \*   \*   \*

Exhibit 3
-48-

# EXHIBIT 4

| | |
|---|---|
| **From:** | Adam.Powell |
| **Sent:** | Thursday, October 8, 2020 10:13 AM |
| **To:** | Andrea, Brian |
| **Cc:** | Masimo.Apple; *** Apple-Masimo |
| **Subject:** | RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Majid Sarrafzadeh |

Brian,

We disagree with your characterizations.  We are "challenging Dr. Sarrafzadeh's disclosures with respect to the Pre-Access Disclosure Requirements."  We asked reasonable follow up questions based on Apple's disclosure.  We also asked Apple to identify any specific experience of Dr. Sarrafzadeh on which Apple intends to rely if the parties brief this matter.  We disagree with Apple's decision to conceal its answers to these questions until its opposition brief.

Because Apple refuses to engage in further discussion, Plaintiffs will maintain their objections to Dr. Sarrafzadeh for the reasons discussed in the conference of counsel and this email chain.

We look forward to receiving your response to our proposal on Dr. Warren.  Plaintiffs will provide their portion of the joint stipulation within seven days of the parties determining whether we also have a dispute as to Dr. Warren.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**
**Knobbe Martens**

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Wednesday, October 7, 2020 2:17 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Majid Sarrafzadeh

Adam,

We reiterate that we have accommodated your numerous requests for additional information and have already provided far more than what the Protective Order requires for disclosing experts.  Your requests for additional information are unreasonable, and we are not willing to continue to request additional information from Dr. Sarrafzadeh.

Based on your email below, Plaintiffs are not challenging Dr. Sarrafzadeh's disclosures with respect to the Pre-Access Disclosure Requirements.  *See* Dkt. 67 at 14-15.  Rather, Plaintiffs assert that they are entitled to further information under the provision of the Protective Order that provides that "[t]he Party seeking to disclose Protected Material shall provide such other information regarding the person's professional activities reasonably requested by the Producing Party for it to evaluate whether good cause exists to object to the disclosure of Protected Material to the outside expert or consultant."  *Id.* at 15.  But that provision is inapplicable for several reasons.  For example, Plaintiffs are not "evaluat[ing] whether good cause exists to object" to Dr. Sarrafzadeh—Plaintiffs have already objected to Dr. Sarrafzadeh and thus apparently believe they have good cause to do so based on the information we have provided.  Indeed, your 8/31 email did not state that your objection to Dr. Sarrafzadeh was contingent on certain further

**Exhibit 4**
**-49-**

information.  Nor did it state that you needed more information before deciding on whether to object.  Rather, you stated that "Plaintiffs cannot agree to allow Dr. Sarrafzadeh to review Plaintiffs' proprietary technology."  At no point in our discussions have you indicated a willingness to withdraw your objection to Dr. Sarrafzadeh.

In addition, the above-quoted provision of the Protective Order that you rely on is limited to "information regarding the person's professional activities."  It does not require Apple to provide you with answers to a hypothetical scenario in which Dr. Sarrafzadeh's duties to the Patent Office would conflict with his duties under the Protective Order or what specific experience Apple would cite in rebutting Plaintiffs' objections.  As a result, Plaintiffs have no basis for "assum[ing] [that Dr. Sarrafzadeh's] answers would reveal an unacceptable risk of improper use or disclosure of Plaintiffs' confidential information" or "understand[ing]" that "any briefing on this matter will not mention any specific experience."  Apple reserves the right to cite any aspect of Dr. Sarrafzadeh's experience and expertise, individually or collectively, in responding to your objections.

We now appear to be at an impasse with respect to Dr. Sarrafzadeh.  If you intend to take your objections to the Court, please let us know what specific objections you intend to raise regarding Dr. Sarrafzadeh.

Regards,


**Brian Andrea**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Sunday, October 4, 2020 11:46 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Majid Sarrafzadeh

[External Email]
Brian,

We disagree that our requests go beyond what is required by the Protective Order.  The Protective Order provides that "the Party seeking to disclose Protected Material shall provide such other information regarding the person's professional activities reasonably requested by the Producing Party for it to evaluate whether good cause exists to object to the disclosure of Protected Material to the outside expert or consultant."  Dkt. 67 at 15.  We address each point in your email below.

First, we appreciate that Apple described what Dr. Sarrafzadeh does not do for certain organizations.  However, we maintain that Apple should disclose what Dr. Sarrafzadeh does for such organizations.  Beyond technical consulting, Dr. Sarrafzadeh's activities could be relevant if he were involved in other business decisions, including information indicating he is a competitive decision maker.  Apple's refusal to describe such activities leaves us with no choice but to assume they would reveal an unacceptable risk of improper use or disclosure of Plaintiffs' confidential information.

Second, you agreed during the call that an expert merely agreeing to be bound by the Protective Order does not immunize them from scrutiny.  It is unclear to us what Dr. Sarrafzadeh would do if his duties under the Protective Order conflicted with his duties to the Patent Office or the assignee of the patent applications.  We asked several questions to

**Exhibit 4**
**-50-**

better understand Apple and Dr. Sarrafzadeh's position, but Apple refused to answer any of those questions.   Apple holding its position back does not help move this issue forward.  Apple's refusal to provide Dr. Sarrafzadeh's answers again leaves us with no choice but to assume his answers would reveal an unacceptable risk of improper use or disclosure of Plaintiffs' confidential information.

Third, thank you for confirming that Dr. Sarrafzadeh destroyed certain information "on or around August 25, 2020."  However, you have not answered our question about what you mean by "materials related to the declaration."

Fourth, thank you for confirming that Apple is not relying on any specific experience of Dr. Sarrafzadeh and is, instead, relying on the "totality of his background in medical devices."  We understand from your answer that any briefing on this matter will not mention any specific experience.

We are trying to work cooperatively with Apple to resolve our concerns, but Apple's refusal to provide any additional information makes progress unlikely.  We ask Apple to reconsider its position and provide the information requested in my October 1 email.  If Apple declines, Plaintiffs will maintain their objections to Dr. Sarrafzadeh for the reasons discussed in the conference of counsel and this email chain.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**
**Knobbe Martens**

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Friday, October 2, 2020 9:22 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Majid Sarrafzadeh

Adam,

Your continued requests for information go far beyond what is contemplated by the Protective Order's requirements for disclosure of experts.  Apple has already provided more information than it was required to provide regarding Dr. Sarrafzadeh, and thus Plaintiffs have more than enough information to determine whether they will maintain their objections to Dr. Sarrafzadeh.

First, with respect to the organizations Dr. Sarrafzadeh has been involved in, his CV identifies his role with each organization, which is part of the information Apple was required to provide as part of its disclosure of Dr. Sarrafzadeh.  Additionally, my email yesterday confirmed that he has no involvement in technical discussions or activities for any of the organizations.  It is unclear why you require additional information beyond that—such a representation should be more than sufficient for Plaintiffs to determine whether his involvement in those organizations is objectionable.

Second, with respect to Dr. Sarrafzadeh's "role in patent applications," I noted during our meet and confer that he has already confirmed that he agrees to be bound by Paragraph 10 of the Protective Order, which requires that he "shall not prepare, prosecute, supervise, advise, counsel, or assist in the preparation or prosecution of any patent application seeking a patent on behalf of the Receiving Party or its acquirer, successor, or predecessor in the field of non-invasive monitoring during the pendency of this Action and for two years after final termination of this action."  The Protective Order was heavily negotiated and, if Plaintiffs wanted to require additional assurances beyond what is required by Paragraph 10, they had ample opportunity to add them during those negotiations.  Plaintiffs did not do so, and thus your requests for additional information are inappropriate.

3

**Exhibit 4**
**-51-**

Third, with respect to Dr. Sarrafzadeh's declaration, I reiterate what I indicated in my email yesterday:  Dr. Sarrafzadeh destroyed his declaration, all drafts, and all materials related to the declaration.  He destroyed that information as soon as Plaintiffs alleged that it should have been filed under seal - I understand that such destruction occurred on or around August 25, 2020.

With respect to Dr. Sarrafzadeh's unique experience, your summary of the meet and confer is innacurate.  I did not "decline[] to provide any details."  I explained that Apple does contend that Dr. Sarrafzadeh possesses experience that is unique and that Apple would be prejudiced if it could not use Dr. Sarrafzadeh as an expert in this case. I also explained that Apple does not base that statement on a single role or experience that Dr. Sarrafzadeh has held—rather, the totality of his background in medical devices is unique to Dr. Sarrafzadeh and is highly relevant to the issues in this case.

Please let us know, based on all of the information we have provided beyond what is required by the Protective Order, whether Plaintiffs intend to main their objections and, if so, the basis for those objections.

Thanks,

**Brian Andrea**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Thursday, October 1, 2020 8:24 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Majid Sarrafzadeh

[External Email]
Brian,

Thank you for discussing this matter with us last week and for your email this morning.  We write regarding a few additional issues that we raised during the conference of counsel that you did not address in your email.

Your email indicates Dr. Sarrafzadeh has no "technical discussions/activities" with SMART, BRITE, WHI, MediSens, Bruin Biometrics, and Wanda.  Please let us know what Dr. Sarrafzadeh does for each organization.  Please also identify any other organizations for which Dr. Sarrafzadeh currently consults and the current scope of his consultancy.

Please also answer the following questions about Dr. Sarrafzadeh's role in patent applications:
1. Describe Dr. Sarrafzadeh's current role in preparation and prosecution of patents on which he is a named inventor.  For example, does he review applications before filing, discuss pending or new claims, discuss claim amendments or office actions, provide declarations to support arguments made in response to office actions, provide invention disclosures, or identify potential prior art?
2. Identify all pending patent applications for which Dr. Sarrafzadeh has a contractual duty to assist in preparation or prosecution.

**Exhibit 4
-52-**

3. What will Dr. Sarrafzadeh do if he determines that information designated by Plaintiffs pursuant to the Protective Order identifies information that should be disclosed to the Patent Office in connection with a patent on which he is a named inventor?

Thank you for confirming that Dr. Sarrafzadeh destroyed all copies of his declaration and "materials related to the declaration." Please let us know the date that he destroyed that information and explain what you mean by "materials related to the declaration." For example, please confirm he destroyed all communications with counsel and other documents that identify the sealed information.

During the call, you also represented that Dr. Sarrafzadeh has no recollection of discussing another Masimo litigation with attorneys from Knobbe. We explained that we were concerned about refreshing Dr. Sarrafzadeh's recollection or providing confidential information to counsel for Apple. The parties agreed that Plaintiffs would further consider the issue in light of your representation and get back to you. Our investigation is continuing, but we will let you know if we intend to raise this issue with the Court.

We also asked whether Apple asserted that using a different expert witness instead of Dr. Sarrafzadeh would prejudice Apple. We understood you as asserting that Apple would like to use Dr. Sarrafzadeh because he possessed unique experience. We asked you to identify his specific experience that Apple contends is unique and you declined to provide any details. If Apple intends to rely on any specific experience, please identify it for us in writing.

Finally, you suggested that the parties wait to prepare or file a joint stipulation regarding Dr. Sarrafzadeh so the parties can address at one time all disputes regarding the experts Apple recently designated. We agreed that the parties will toll the 7-day time period for serving a joint stipulation until after the parties confirm whether there are disputes on other experts and if they can reach a resolution regarding Dr. Sarrafzadeh in light of the additional information to be provided. We recently emailed you additional questions about other experts. We look forward to receiving answers to our questions so that we can determine if the parties also have disputes regarding those experts.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 Direct
**Knobbe Martens**

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Thursday, September 24, 2020 6:42 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Majid Sarrafzadeh

Adam – I'm available to discuss at 11:30am PT / 2:30pm ET tomorrow. Can you please circulate a dial in?

**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

**Exhibit 4**
**-53-**

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Wednesday, September 23, 2020 10:10 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Majid Sarrafzadeh

[External Email]
Brian,

I am writing to follow up on my email below.  If you would still like to discuss Dr. Sarrafzadeh, we are available to talk tomorrow at 3:30pm.  If that time does not work, we are available on Friday from 9-10am or after 11:30am.  Please let us know when is a good time for you.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**
**Knobbe Martens**


**From:** Adam.Powell
**Sent:** Friday, September 18, 2020 1:09 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Majid Sarrafzadeh

Brian,

Thank you for your email.  We disagree with many of Apple's assertions, but would be happy to discuss during a conference of counsel.  However, we asked Apple for a full list of Dr. Sarrafzadeh's patent applications on September 8, and Apple did not provide that information (including a lengthy list of additional patents) until nine days later on September 17.  Under those circumstances, we do not believe it is reasonable for Apple to request that we have reviewed that new information and participate in a conference of counsel in just one or two business days.  We believe the Protective Order provides Plaintiffs with the full fourteen days to review this information, which should have been provided with Apple's initial disclosure.  Nevertheless, we will expedite our review to make sure we are ready to talk in seven days or less.  I will be in touch next week to arrange a time to discuss after we have had a chance to review this new information.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**
**Knobbe Martens**

**Exhibit 4**
**-54-**

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Thursday, September 17, 2020 8:53 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Majid Sarrafzadeh

Adam,

Thank you for your email.  We have discussed your concerns with Dr. Sarrafzadeh.  None of the reasons you have listed below are valid bases for objecting to Dr. Sarrafzadeh.

*First*, you note that Dr. Sarrafzadeh has a "history of working on technologies that compete against Plaintiffs."  It is unclear to us how that is a valid basis for objecting to Dr. Sarrafzadeh.  Dr. Sarrafzadeh is an expert, and thus he naturally has a history of working in the field of noninvasive physiological monitoring.  By Plaintiffs' logic, nearly any technical expert would be objectionable, including Plaintiffs' expert Dr. Madisetti.  For example, Dr. Madisetti also allegedly has a "history of working on technologies that compete against" Apple—indeed, his CV lists his areas of technical interest as including "Wireless & Mobile Communications" and "Wireline & Wireless Computer Networks."  In addition, Dr. Madisetti was also a "Director" of Elastic Video Inc. which, according to his CV, developed "image and video processing software for wireless & IP networking."

In any event, Dr. Sarrafzadeh has agreed to be bound by the terms of the Protective Order—the subject of significant negotiations between the parties—which prohibits utilizing confidential materials for any purpose other than this litigation.  Please identify what protections you believe are missing from the Protective Order, and why Plaintiffs did not seek to include such protections while the parties were negotiating the Order.

*Second*, you allege that "Apple failed to disclose all pending patent applications under Paragraph 9.2(c)(iv)."  This is incorrect.  Dr. Sarrafzadeh provided a list of every pending application of which he is aware, but that listing did not include all foreign counterpart applications to those applications.  Nonetheless, in the interest of resolving this issue, we prepared the attached table including all pending applications that name Dr. Sarrafzadeh as an inventor of which we are aware.

*Third*, you allege that "Dr. Sarrafzadeh may be unable to comply with the prosecution bar."  We do not understand this objection because, as you know, Dr. Sarrafzadeh has agreed to bound by the entirety of the Protective Order including the prosecution bar.

*Fourth*, you allege that "Apple already provided Dr. Sarrafzadeh" with confidential information.  This is incorrect.  The fact that Dr. Sarrafzadeh's declaration was sealed (at Plaintiffs' insistence) does not establish that it contains Plaintiffs' confidential information or that Dr. Sarrafzadeh was provided confidential information.  Apple maintains that Dr. Sarrafzadeh's declaration does not include any confidential information, and confirms that Dr. Sarrafzadeh was not provided any protected information, including any information designated "Highly Confidential – Attorneys' Eyes Only," before he was cleared under the Protective Order.

*Fifth*, you allege that "previous confidential discussions between Dr. Sarrafzadeh and Knobbe regarding another Masimo litigation also present an issue."   We spoke with Dr. Sarrafzadeh about this assertion, and he has no recollection of any such discussions with Knobbe lawyers, regarding "another Masimo litigation" or any other litigation.  Accordingly, he certainly has no recollection of receiving any confidential information from Knobbe.  If you are still concerned about this issue, we will need additional specific information so that we can follow up again with Dr. Sarrafzadeh, including when these discussions allegedly took place, what allegedly was discussed, who at Knobbe Dr. Sarrafzadeh allegedly spoke with, what "Masimo litigation" you are referring to, and what confidential information was exchanged.

If you would still like to meet and confer regarding Dr. Sarrafzadeh in view of the above, please let me know.  I am generally available tomorrow (Friday September 18) before 3pm ET or any time on Monday (September 21).

**Exhibit 4**
**-55-**

Thanks,
Brian


**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Wednesday, September 9, 2020 2:18 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Majid Sarrafzadeh

[External Email]
Brian,

Further to my email below, we object to Dr. Sarrafzadeh for many reasons.

First, Dr. Sarrafzadeh has a history of working on technologies that compete against Plaintiffs.  As discussed, Dr. Sarrafzadeh has pending patent applications concerning technology related to Plaintiffs' technology.  Dr. Sarrafzadeh also assists multiple health initiatives at UCLA that test and develop medical devices, including SMART, BRITE, and WHI.  Dr. Sarrafzadeh has also founded multiple medical device companies, including MediSens, Bruin Biometrics, and WANDA.  These technologies appear similar at least to Masimo's Patient SafetyNet and ROOT platforms, which aggregate monitoring information from multiple sources and analyze patient medical information to alert clinicians to adverse events.

Second, Apple failed to disclose all pending patent applications under Paragraph 9.2(c)(iv).  The fact that we uncovered one pending application relating to oximetry makes us concerned that Apple has not disclosed other pending applications.

Third, Dr. Sarrafzadeh may be unable to comply with the prosecution bar in view of the pending patent applications discussed above.

Fourth, Apple already provided Dr. Sarrafzadeh with information designated "Highly Confidential – Attorneys' Eyes Only" when he was not cleared under the Protective Order.  See Dkt. 152 (sealing Dr. Sarrafzadeh's declaration).

Fifth, previous confidential discussions between Dr. Sarrafzadeh and Knobbe regarding another Masimo litigation also present an issue.

We are providing this information solely in an effort to facilitate discussions.  We reserve all of our rights as we identify additional reasons why Dr. Sarrafzadeh should not receive confidential information.  Please let us know if you are available between 2-4pm today to discuss.  If not, please let us know when you will be ready to talk.

Best regards,
Adam

Exhibit 4
-56-

**Adam Powell**
Partner
858-707-4245 **Direct**
**Knobbe Martens**

---

**From:** Adam.Powell
**Sent:** Tuesday, September 8, 2020 1:35 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Majid Sarrafzadeh

Brian,

Thank you for your email.  As a preliminary matter, the 7-day time to confer has not yet passed because yesterday was a holiday.  *See* FRCP 6(a)(1)(C).  We also note that we provided our formal objection early and provided notice that we would likely object just one day after Apple proposed Dr. Sarrafzadeh.

We also disagree that Apple's disclosure was sufficient.  Dr. Sarrafzadeh identified the Australian patent application at issue as "Accepted" in 2015.  Apple did not disclose that Dr. Sarrafzadeh has pending applications on the same subject matter.  As you know, Apple demanded that the Protective Order include a provision requiring an identification of "all pending patent applications on which the person is named as an inventor, in which the person has any ownership interest, or as to which the person has had or anticipates in the future any involvement in advising on, consulting on, preparing, prosecuting, drafting, editing, amending, or otherwise affecting the scope of the claims."  Dkt. 67 ¶ 9.2(c)(iv).  The Protective Order contains no exception for applications that are related to a foreign issued patent.  Moreover, based on your email, we are concerned that Dr. Sarrafzadeh may have other pending applications that Apple failed to disclose.  Please provide a full and complete disclosure of *all* pending patent applications pursuant to Paragraph 9.2(c)(iv).

We also disagree with your assertion that our email objection was insufficient.  The Protective Order contemplates the parties discussing these details at the meet and confer, which is what we proposed.  Nevertheless, we will answer your specific questions in writing pursuant to your request.  However, we may have additional reasons or bases to object after reviewing Apple's complete disclosure pursuant to Paragraph 9.2(c)(iv).

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**
**Knobbe Martens**

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Tuesday, September 8, 2020 6:48 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Majid Sarrafzadeh

Adam,

Neither of your emails have provided any specific basis for your objection, unless Plaintiffs' objection is based on the fact that Dr. Sarrafzadeh is an expert in the field.  If that is incorrect, please identify Dr. Sarrafzadeh's specific work experience that causes you concern (e.g., what "medical devices that compete with Plaintiffs' technology" are you

Exhibit 4
-57-

referring to).  We would like to get that information prior to a meet and confer so that we can follow up with Dr. Sarrafzadeh as necessary before the meet and confer.  We would appreciate you providing that information today, as the seven days for the meet and confer regarding your objection has already passed (despite us reaching out to you the day after your objection), and we would like to get this issue resolved as quickly as possible.  Let's tentatively plan on 11am PT, assuming you can provide us with the specific information we have been requesting today.  If that works, please send a dial in.

With respect to the patent application, Apple did not "fail to disclose" anything.  The application you cite is a U.S. counterpart to an application that was disclosed (Australian Application No: 2012207287, titled "Apparatus, Systems, and Methods for Tissue Oximetry and Perfusion Imaging"), and thus Plaintiffs were provided notice of the existence of the application and subject matter therein.

Thanks,
Brian

**Brian Andrea**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Sunday, September 6, 2020 10:39 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Majid Sarrafzadeh

[External Email]
Brian,
Our email below provides the grounds for our objection.  Dr. Sarrafzadeh has a history of working on the design and development of medical devices that compete with Plaintiffs' technology.  He even has pending patent applications relating to oximetry that Apple failed to disclose.  We are not sure what else you are looking for in advance of a call, but would be happy to consider your request if you can be more specific.

As for a call, I am fairly open on Tuesday morning, Wednesday morning, or Wednesday afternoon between 2-4pm.  Please suggest a time that works well for you.
Thanks,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**

## Knobbe Martens

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Tuesday, September 1, 2020 11:30 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>

Exhibit 4
-58-

**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Re: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Majid Sarrafzadeh

Adam,

Can you please let us know what specific experience of Dr. Sarrafzedeh's Plaintiffs are objecting to?

Once we have that information, we would like to meet and confer with Plaintiffs this week to attempt to resolve
Plaintiffs' objection.  Please let us know your availability.

Thanks,

Brian

**Brian Andrea**
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

On Aug 31, 2020, at 5:33 PM, Adam.Powell <Adam.Powell@knobbe.com> wrote:

 [External Email]
Brian,
Pursuant to Paragraph 9.2(c) of the Protective Order, Plaintiffs object to Dr. Sarrafzadeh receiving Plaintiffs' confidential
information.  Dr. Sarrafzadeh's CV indicates that he has a history of working in the design and development of medical
devices, including devices that compete with Plaintiffs' technology.  Dr. Sarrafzadeh also has pending patent applications
that Apple did not disclose in violation of Paragraph 9.2(c)(iv) of the Protective Order.  For example, U.S. Patent App. No.
16/296,018 names Dr. Sarrafzadeh as an inventor, and is entitled "Apparatus, Systems, and Methods For Tissue
Oximetry and Perfusion Imaging."  For at least all these reasons, Plaintiffs cannot agree to allow Dr. Sarrafzadeh to
review Plaintiffs' proprietary technology.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 Direct
**Knobbe Martens**

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Tuesday, August 18, 2020 11:10 AM

Exhibit 4
-59-

**To:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Majid Sarrafzadeh

Counsel,

Under Section 9.2 of the Protective Order, Apple discloses Dr. Majid Sarrafzadeh as an expert in the above-captioned action to whom it intends to disclose Confidential and Highly Confidential information or items.  The following information, which provides the information required by paragraphs 9.2(i) to (v) of the Protective Order, is attached:

- Dr. Sarrafzadeh's signed copy of Exhibit A to the Protective Order;
- Dr. Sarrafzadeh's current CV;
- a listing of Dr. Sarrafzadeh's past and current expert witness work.

Finally, I confirm that Dr. Sarrafzadeh is not presently an officer, director, or employee of a party to this litigation or of a competitor of a party to this litigation, nor is he anticipated to become an officer, director, or employee of a Party or a competitor of a party to this litigation.  He is also not involved in competitive decision making on behalf of a party to this litigation or a competitor of a party to this litigation.

Thanks,
Brian

**Brian Andrea**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

**Exhibit 4**
**-60-**

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

**Exhibit 4**
**-61-**

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

**Exhibit 4**
**-62-**

# EXHIBIT 5

# MAJID SARRAFZADEH

Computer Science Department
UCLA
3532C Boelter Hall
Los Angeles, CA 90095
Phone: (310) 794-4303   Fax: (310) 794-5056
Email: majid@cs.ucla.edu
Home Page:  http://www.cs.ucla.edu/~majid/
Research Lab: http://er.cs.ucla.edu/

## EDUCATIONAL RECORD

University of Illinois at Urbana-Champaign
Department of Electrical and Computer Engineering
Bachelor of Science, 1982. Master of Science, 1984. Doctor of Philosophy, 1987.

## AREAS OF RESEARCH INTEREST

Embedded Medical Systems, Design and Analysis of Algorithms, Health Analytics.

## WORK EXPERIENCE

1   **Computer Science Department, UCLA**
    Distinguished Professor and
    Director of Embedded and Reconfigurable Computing (ER) Laboratory
    Courtesy appt: Electrical Engineering Department
    Center of SMART Health, Co-director
    BRITE center on Minority Health Disparities, Co-directors
    UCLA Wireless Health Institute, Co-founder

2   **Department of Electrical and Computer Engineering, Northwestern University**
    Assistant Professor (January of 1987-1991) Associate Professor (1991-1997)
    Tenure (1993) Full Professor (1997-2000)

3   **Central Data Corporation**
    Test Engineer (1982)

4   **IBM T.J. Watson Research Lab, Yorktown Heights**
    Visiting Scientist for Physical Design (Summer 1988)

5   **Leonardo Fibonacci Institute for the Foundations of Computer Science, Trento, Italy**
    Co-Invited Lecturer/Researcher lectured with (1991)

6   **IBM and a number of CAD companies**
    Research collaboration and consulting (1990-2000)

7   **Motorola**

1

Exhibit 5
-63-

Research collaboration and consulting (1994-2000)

8    **Monterey Design Systems,**  (acquired by Synopsys in 2004)
     Consulting and one of three original architects (1997-2000)

9    **Motorola**
     Sabbatical as architect and designer of a reconfigurable digital camera chip: defining
     their high-level design methodology (academic year 1997-1998)

## ENTREPRUNERSHIP

1.   **Monterey Design**
        Technical co-Founder & Consultant (1998-2001)

2.   **Hierarchical Design, Inc** (acquired by Xilinx in 2004)
        Founder & Consultant (2001-2004)

3.   **MediSens Wireless, Co-founder in 2007**
        Nova/Medisens wins the public prize for innovation at Health Valley Event, 2018.

4.   **Bruin Biometrics, Co-founder in 2009**
        2018 Best Innovation in Medical Technology Award
        "This winner was a genuine game changer," Judges say

5.   **WANDA, Founded in 2010**
        WANDA was acquired in April 2019.
        ( Oncoverse: a joint venture of WANDA and Dignity Health was acquired in
2017)

   **AWARDS/SOCIETIES**

1    Member of Tau Beta Pi (National Engineering Honor Society) and Eta Kappa Nu
     (Electrical Engineering Honor Society)
2    Recipient of a 1987 NSF Engineering Initiation Award
3    Recipient of a 1988 Design Automation Library Award
4    Northwestern McCormick School of Engineering and Applied Sciences (MEAS)
     1989/90Faculty Teaching Honor Roll (given to best teachers)
5    Recipient of a 1991 Design Automation Library Award
6    Election to Senior Member Grade in IEEE (1992)
7    A number of Best Paper Awards and Distinguished paper awards  (see detailed list of
     publication) e.g.,  in DAC-93 for "The Buffer Distribution Problem" (joint work with
     J.D. Cho)
8    Recipient of a 1994 ACM-SIGDA Scholarship Award ($12,000)
9    Recipient of a 1995 ACM-SIGDA Scholarship Award ($12,000)
10   **Fellow of IEEE** (1996) The citation reads: "For Contribution to Theory and Practice of
     VLSI Design"
11   Okawa Foundation Award.

2

Exhibit 5
-64-

**EDITORIAL**

- Editorial Board, Smart Health Journal, published by Elsevier 8/2016-present
- Founding Associate Editor (AE), IEEE Journal of Biomedical and Health Informatics (J-BHI), 2014-present
- Guest editor, special issue CFP for the JBHI, "Emerging Wireless Body Area Networks (WBANs) for Ubiquitous Healthcare", 2015-present
- Associate Editor, Transactions on Information Technology in BioMedicine, 2012 – present.
- Editor of the Journal of Microprocessors and Microsystems (MICPRO)  by Elsevier Science, 2012 – present.
- Associate Editor, IEEE Transactions on Information Technology in Biomedicine (TITB), 2009 - 2011
- Guest editor, Special issue on Wireless Health, ACM Transactions on Embedded Computing, 2008-2009
- Guest editor, Special issue on Wireless Health, IEEE Transactions on Information Technology in Biomedicine (TITB), 2008-2009
- Associate Editor, IEEE Transactions on Computer-Aided Design of ICAS (TCAD) July 1993-2003
- Associate Editor, ACM Transactions on Design Automation of Electronic Systems (TODAES) 2000-2005
- Editorial board, Journal of Embedded Computing (JEC) by Cambridge International Science Publishing, 2003-present
- Associate Editor, IEEE Transactions on Computers, 2003-2008
- Associate Editor, IEEE Transactions on VLSI, 2003-2005
- Editorial Board of JOLPE - Journal of Low Power Electronics 2005-present
- Editorial Committee of the Journal Engineering Letters at at: http://www.engineeringletters.com 2005-present
- Editor, International Journal of Computer Applications in Technology (by UNESCO) 2000-present
- Advisory board, The CSI Journal on Computer Science and Engineering (CSIJCSE) 1999-present
- Editorial board, VLSI Design, 1995-2000
- Co-editor-in-chief, The International Journal of High-Speed Electronics, 1995-1999
- Editorial board, International Journals of Computer-Aided VLSI Design, 1989-1991

**TECHNICAL COMMITTEES**

1  Program committee of the First IEEE Great Lakes Symposium on VLSI, March 1991
2  Program committee of the Second Great Lakes Computer Science Conference, November 1991
3  Program committee of the IEEE International Conference on Computer-Aided Design (ICCAD-92)
4  Program committee of the IEEE International Symposium on Circuits and Systems (ISCAS-93)
5  Program committee of the IEEE International Conference on Computer-aided Design (ICCAD-93)

3

Exhibit 5
-65-

6   Program committee of the European Design Automation Conference (EDAC-94)

7   Program committee chair (layout and routing) of the IEEE International Conference on Computer-Aided Design (ICCAD-94)

8   Program committee chair (layout and routing) of the IEEE International Conference on Computer-Aided Design (ICCAD-95)

9   Program committee co-chair (CAD) of the IEEE International Symposium on Circuits and Systems (ISCAS-96)

10   Best-Paper-Award committee of the IEEE Transactions on Computer-Aided Design, 1996

11   Program committee of the 1997 Great Lakes Symposium on VLSI (GLSVLSI-97), University of Illinois, Urbana

12   Program committee of the 1997 European Design and Test Conference (ED & TC-97), Paris, France, March 1997

13   Program committee (CAD) of the IEEE International Symposium on Circuits and Systems (ISCAS-97)

14   Program committee chair of the 1997 International Symposium on Physical Design (ISPD-97)

15   Panelist for the 1997 NSF CAREER Awards (subject: Design Automation)

16   Best-paper-Award committee of the IEEE Transactions on Computer-Aided Design, 1997

17   Program committee of the 1998 Great Lakes Symposium on VLSI (GLSVLSI-98), Lafayette, LA

18   Program committee (CAD) of the IEEE International Symposium on Circuits and Systems (ISCAS-98)

19   Conference chair of the 1998 International Symposium on Physical Design (ISPD)

20   Best-Paper-Award committee of the IEEE Transactions on Computer-Aided Design, 1998

21   Program committee of the 1999 Great Lakes Symposium on VLSI (GLSVLSI-99), Ann Arbor, MI

22   Program committee of the 1999 Southwest Symposium on Mixed-Signal Design, April 11-13, Tucson, AZ

23   Program committee (CAD) of the IEEE International Symposium on Circuits and Systems (ISCAS-99)

24   Program committee of the Workshop on Reconfigurable Computing (WoRC'99) held in conjunction with PACT'99, October 12-16, Newport Beach, CA

25   Program committee (place and route) of the IEEE International Conference on Computer-Aided Design (ICCAD-99) Nov 7-11, San Jose, CA

26   Best-Paper-Award committee of the IEEE Transactions on Computer-Aided Design, 1999

27   General co-chair of the 2000 Great Lakes Symposium on VLSI (GLSVLSI-2000) Chicago, IL

28   Program committee of the International Symposium on Physical Design, April 2000, San Diego, CA

29   Chair of the steering committee of the International Symposium on Physical Design (ISPD) April 2000, San Diego, CA

30   Program committee of the 2000 Southwest Symposium on Mixed-Signal Design, February 28-29, San Diego, CA

31   Steering, special session chair and program committee of the Workshop on System Level Interconnect Prediction (SLIP-2000) San Diego, CA

32   Steering committee of the International Symposium on Quality of Electronic Design

4

Exhibit 5
-66-

(ISQED-2000) March 21-22 2000, San Jose, CA

33    Program committee chair (routing subcommittee) of the IEEE International Conference on Computer-Aided Design (ICCAD-2000) Nov 5-9, San Jose, CA

34    Best-Paper-Award committee, IEEE Transactions on Computer-Aided Design, 2000

35    Steering committee of the International Symposium on Quality of Electronic Design (ISQED 2001) March 2000, San Jose, CA

36    Chair of the steering committee of the International Symposium on Physical Design (ISPD) April 2001

37    Program committee of the International Conference on VLSI Design, January 3-7, 2001, Bangalore, India

38    Program committee of the Advanced Research in VLSI, March 14-16, 2001, Utah

39    Program committee of the Design Automation Conference (DAC) June 2001, Las Vegas

40    Best-Paper-Award committee of the IEEE Transactions on Computer-Aided Design, 2001

41    Steering committee of the International Symposium on Quality of Electronic Design (ISQED) March 2001, San Jose, CA

42    Chair of the routing committee of the International Conference on Computer-Aided Design (ICCAD) November 2001, San Jose, CA

43    Steering committee of the International Symposium on Quality of Electronic Design (ISQED) March 2002, San Jose, CA

44    Program committee of the Design Automation Conference (DAC) June 2002, New Orleans, LA

45    Chair of the steering committee of the International Symposium on Physical Design (ISPD) April 2002, CA

46    Tutorial chair of the International Conference on Computer-Aided Design (ICCAD) November 2002, San Jose, CA

47    Executive committee of the International Conference on Computer-Aided Design (ICCAD 2002)

48    Program committee of the Asia-Pacific Design Automation Conference (ASP-DAC 2003) Japan

49    Program committee of Field Programmable Gate Arrays (FPGA 2003)

50    Executive committee and the program vice-chair of the International Conference on Computer- Aided Design (ICCAD 2003)

51    Steering committee of the International Symposium on Quality of Electronic Design (ISQED 2003) March 2003, San Jose, CA

52    Program committee of DesignCon 2003, Santa Clara, CA

53    Program committee of the Asia and South Pacific Design Automation Conference (ASP-DAC 2003)

54    Technical program committee for the CODES-ISSS'03 Merged Conference, October 1-3, Newport Beach, CA

55    Advisory board of the International Program Committee (IPC) for CST 2003 (http://www.iasted.org/conferences/2003/cancun/cst.htm)

56    Program committee of the Asia-Pacific Design Automation Conference (ASP-DAC 2004) January 27-30, Minato-Mirai Yokohama

57    Executive committee and program chair of the International Conference on Computer-Aided Design (ICCAD 2004)

58    Steering committee of the International Symposium on Quality of Electronic Design (ISQED 2003), March  2004, San Jose, CA

59    Technical program committee for the CODES-ISSS'04 Merged Conference September 8-10, Stockholm, Sweden

5

Exhibit 5
-67-

60   Program committee of the International Symposium on Field-Programmable Gate Arrays (FPGA 2005) Monterey, CA

61   Distinguished ISQED member (in the recognition of outstanding performance and lasting contributions to ISQED since the inception)

62   Program committee member on the Third Workshop on Application Specific Processors (WASP 2004) September 8-10, Stockholm, Sweden

63   Program committee member of the Design, Automation and Test Conference (DATE 2005) Munich, Germany

64   General chair of the International Conference on Computer-Aided Design (ICCAD 2005).

65   Program Committee member of UbiCare'06, the 1st workshop on Ubiquitous and Pervasive Health Care

66   Program Committee member of Wireless Communications in Medical Applications (WCMA '07) Omaha, NE

67   Program Committee member of the Seventh IASTED International Conferences on Wireless and Optical Communications (WOC 2007) May 31 – June 1, 2007, Montreal, Quebec, Canada

68   Program Committee member of Joint Workshop on High Confidence Medical Devices, Software, and Systems (HCMDSS) and Medical Device Plug-and-Play (MD PnP) Interoperability, June 25 – 27, 2007, Boston, MA.

69   Program Committee member of WSNHC 2007, the 1st workshop on Wireless Sensor Networks for Health Care. June 6, 2007, Braunschweig, Germany.

70   Program committee, 2nd International Conference on Pervasive Computing, Technologies for Healthcare 2008, Tampere, Finland, January 30th - February 1st, 2008

71   Program committee of Third International Conference on Body Area Networks March 13-17, 2008, Tempe, Arizona, USA

72   Program committee of ICDC 2008, The Second International Conference on the Digital Society February 10-15, 2008 - Sainte Luce, Martinique

73   General Chair, 1st International Workshop on TeleHealth, January 2008, Tampere, Finland

74   Program Committee, workshop on Software and Systems for Medical Devices and Services (SMDS 2007) in Dec 2007

75   Program Committee of Petra'08: International Conference on PErvasive Technologies Related to Assistive Environments, July 15-19, 2008, Athens, Greece.

76   TPC Chair, BodyNets 2009, Los Angeles, CA

77   Technical Program Committee for the 2010 International Conference on Body Sensor Networks (BSN 2010)

78   Technical Program Committee: eTELEMED 2010, The Second International Conference on eHealth, Telemedicine, and Social Medicine in St. Maarten - Netherlands Antilles, February 10-15, 2010

79   Technical Program Committee:  PErvasive Technologies Related to Assistive Environments - PETRA 2010 Samos, Greece, June 23-25, 2010.

80   Technical Program Committee: eTELEMED 2011, The third International Conference on eHealth, Telemedicine, and Social Medicine

81   Technical Program Committee-Chair, MobiHealth 2011-First ACM MobiHoc Workshop on Pervasive Wireless Healthcare Paris, France May 16-20, 2011

82   Co-Chair of IADIS Multi Conference on Computer Science and Information Systems (MCCIS 2011) Rome, Italy July 20-26, 2011

83   Program Chair of 2011 ACM SIGHIT International Health Informatics Symposium (IHI 2011) Miami, Florida on November 9-11, 2011

Exhibit 5
-68-

84    Program Committee of CIMTEC 2012 4th International conference "Smart Materials, Structures and Systems" Montecatini Terme, Italy on June 10-15 2012

85    Technical Program Committee: eTELEMED 2012, The International Conference on eHealth, Telemedicine, and Social Medicine

86    Technical Program Committee: The 9th International Conference on Wearable and Implantable Body Sensor Networks (BSN) London, UK, May 10-12 2012

87    Steering Committee: MobiHoc 2012, the Thirteenth International Symposium on Mobile Ad Hoc Networking and Computing at Hilton Head Island, South Carolina, June 11-14 2012

88    Program Committee: IADIS International Conference, e-Health 2012 at Lisbon, Portugal, July 17-19 2012

89    Steering Committee: MobileHealth 2012: Second ACM MobiHoc Workshop on Pervasive Wireless Healthcare, South Carolina, USA, June 11 2012

90    Program Committee: GLOBAL HEALTH 2012, The First International Conference on Global Health Challenges, Venice, Italy, October 21-26 2012

91    **Founding Member** of Wireless Health conference.

92    Steering committee and Technical program committee of Wireless Health 2010 – 2012.

93    Program committee: PETRA 2013 The 6th International Conference on PErvasive Technologies Related to Assistive Environments, island of Rhodes, Greece 05/29/13-05/31/13

94    Program committee: 10th Body Sense Network Conference (BSN), Cambridge, USA, May 6-9 2013.

95    Program committee: IADIS INTERNATIONAL CONFERENCE E-HEALTH 2013, Prague, Czech Republic, 24 - 26 July 2013

96    Steering Committee of MobileHealth workshop, Banglore, India July 2013.

97    Technical Program Committee: IEEE HealthCom 2013 15th International Conference on E-Health Networking, Application & Services Lisbon, Portugal, October 9-12 2013

98    Technical Program Committee: SENSORDEVICES, August 25 - 31, 2013 - Barcelona, Spain

99    Technical Program Committee: ICHI 2013 - IEEE International Conference on Healthcare Informatics 2013, 09 Sep - 11 Sep, Philadelphia, PA, USA.

100   Technical Program Committee of Wireless Health 2013, Baltimore, MD    November 1-3, 2013.

101   Program Committee: AMBIENT 2013, The Third International Conference on Ambient Computing, Applications, Services and Technologies, Porto, Portugal, September 29 – October 3 2013

102   Program Committee: GLOBAL HEALTH 2013, The Second International Conference on Global Health Challenges, Lisbon, Portugal, November 17-22 2013

103   Program Committee: Brain/Health Informatics 2013 (BHI'13), October 29-31 2013, Maebashi, Japan

104   Technical Program Committee: The 2014 International Conference on Wearable and Implantable Body Sensor Networks (BSN 2014), Zurich, Switzerland, June 16-20 2014

105   Program Committee: International Conference on Healthcare Informatics 2014 (ICHI), Verona, Italy, September 15-17, 2014

106   Program Committee: International Advisory Board of Symposium "Progress in Wearable/Wireless and Implantable Body Sensor Networks for Healthcare Applications" CIMTEC 2016,  Perugia, Italy June 5-10, 2016

107   Steering Committee: IEEE CHASE 2016 (2016 the IEEE 1st International Conference on Connected Health: Applications, Systems and Engineering Technologies), Washington D.C, June 27-29 2016

7

**Exhibit 5**
**-69-**

108    Technical Program Committee: IEEE CHASE 2016 (2016 the IEEE 1st International
        Conference on Connected Health: Applications, Systems and Engineering
        Technologies), Washington D.C, June 27-29 2016
109    Program Committee Member: The First Workshop on Data Mining for Internet of
        Things (DMIoT 2016), Barcelona, Spain, December 12 2016

## University Committees (UCLA) Since 2010

- Committee on Undergraduate Admissions and Relations with Schools (2017 – 2020)
- Recruiting Committee Chair, Computer Science, 2015-16.
- Field Chair for Architecture for 2010-2013, and served in the
- By-Law 55 committee 2010-2012, 2014.
- UCLA Mobile Steering Committee (2015)
- UCLA RISP Board (Research Informatics Strategic Plan), 2014

## STUDENTS

## A. Undergraduate Students

Many students have worked in my research group since 1987. They have been involved
in design, analysis and implementation of algorithms for Embedded Systems and
Wireless Health. They have been supported e.g., by REU grants from NSF (i.e., Research
Experience for Undergraduates by the National Science Foundation), Motorola and other
companies.

## B. Master Students

At Northwestern University and UCLA there have been more than 100 students who
have received their M.S. degree under my supervision. They are either working toward
their Ph.D. degree or are working in industry.

### C1. Ph.D. Students in Academia

| Ph.D. Alumni in Academia | | |
|---|---|---|
| 1. Jun Dong Cho | PhD 1993 | Chair, Dept. of Human ICT Convergence Professor, Dept. Electronic Engineering SungKyunKwan University, Korea |
| 2. Weiliang Lin | PhD 1995 | Professor (EE), National Chung Hsing University, Taiwan |
| 3. De-Sheng Chen | PhD 1995 | Professor (IECS), Feng Chia University, Taiwan |
| 4. Kia Bazargan | PhD 2000 | Associate Professor (ECE), University of Minnesota, USA |

8

Exhibit 5
-70-

| 5. Ankur Srivastava | PhD 2002 | Associate Professor (ECE), University of Maryland, USA, Full Professor 5-2014 |
| 6. Ryan Kastner | PhD 2002 | Associate professor (CS), University of California, San Diego, USA |
| 7. Seda O Memik | PhD 2003 | Associate Professor (ECE), Northwestern University, USA |
| 8. Elaheh Bozorgzadeh | PhD 2003 | Associate Professor (CS), University of California, Irvine, USA |
| 9. Soheil Ghiassi | PhD 2004 | Associate professor (ECE), University of California, Davis, USA |
| 10. Roozbeh Jafari | PhD 2006 | Associate  Professor BME, CSE and ECE at Texas A&M, USA |
| 11. Philip Brisk | PhD 2006 | Associate Professor (CS) University of California, Riverside, USA |
| 12. Ani Nahapetian | PhD 2007 | Associate Professor, California State University, Northridge |
| 13. Tammara Massey | PhD 2009 | Johns Hopkins University / Applied Physics Laboratory |
| 14. Jamie MacBeth | PhD 2010 | Assistant Professor (CS), Fairfield University |
| 15. Diane Myung-kyung Suh | PhD 2012 | Assistant Professor, University of San Francisco, Dept of Analytics |
| 16. Navid Amini | PhD 2012 | Research Assistant Professor, UCLA ophthalmology |
| 17. Wenyao Xu | PhD 2013 | Assistant Professor (Computer Science & Engineering) University of New York at Buffalo |
| 18. Bobak Mortazavi | PhD 2014 | Assistant Professor- Texas A&M  CS |
| 19.  Sunghoon Lee | PhD 2014 | Assistant Professor- UMass Amherst  CS |
| 20. Ming-Chun (John) Huang | PhD 2014 | Assistant Professor- Case Western Reserve University, CS and EE |
| 21. Nabil Alshurafa | PhD 2015 | Assistant Professor – Northwestern University, Dept of Preventive Medicine and Computer Science |

**C2. Ph.D. Students in Industry**

9

**Exhibit 5
-71-**

| Ph.D. Alumni in Industry | | |
|---|---|---|
| 1. R. D. Lou | PhD 1990 | |
| 2. Charles Chiang | PhD 1991 | Synopsys |
| 3. Jaosn K. F. Liao | PhD 1991 | Mentor |
| 4. Gary K. H. Yeap | PhD 1993 | Synopsys |
| 5. Salil Raje | PhD 1996 | Xilinx |
| 6. Gustavo Tellez | PhD 1996 | IBM |
| 7. Amir Farrahi | PhD 1996 | Sun |
| 8. James Crenshaw | PhD 1998 | Motorola |
| 9. Maogang Wang | PhD 2000 | Blaze-DFM |
| 10. Xiaojian Yang | PhD 2002 | Xilinx |
| 11. B. K. Choi | PhD 2004 | Magma |
| 12. Taraneh Taghavi | PhD 2007 | Amazon |
| 13. Foad Dabiri | PhD 2009 | Google |
| 14. Hyduke Noshadi | PhD 2012 | Google |
| 15. Mahsan Rofouei | PhD 2012 | Google |
| 16. Jonathan Woodbridge | PhD 2012 | Sandia National Laboratories |

10

Exhibit 5
-72-

| 17. Diane Myung-kyung Suh | PhD 2012 | Sandia National Laboratories |
| 18. Alireza Vahdatpour | PhD 2010 | Microsoft |
| 19. Mars Lan | PhD 2013 | Google |
| 20. Maryam Moazeni | PhD 2013 | Microsoft |
| 21. Jason Liu | PhD 2014 | Northrop Grumman- Software Engineer |
| 22. Konstantinos Sideris | PhD 2016 | Facebook |
| 23. Lauren Samy | PhD 2016 | TBD |
| 24. Haik Kalantarian | PhD 2016 | Brain of Things |
| 25. Ebrahim Nemati | PhD 2017 | Samsung Research |
| 26. Anahita Hosseini | PhD 2019 | TBD |

**D. Current Ph. D. Students**
1. Babak Moatamed
2. Migyeong Gwak
3. Sajad Darabi
4. Mohammad Kachuee
5. Shayan Fazeli
6. Orpaz Goldstein
7. Kimmo Kärkkäinen
8. Tyler Davis
9. Ghazaal Ershadi
10. Aelia
11. Rosa

**E. POSTDOCS/Asst Reseacher (A few examples)**

| NAME | YEAR | CURRENT POSITION |
| --- | --- | --- |
| Kevin Bouchard | 11/15-7/16 | Tenture position, Université du Québec à Chicoutimi-Département d'informatique et de mathématiques |

11

Exhibit 5
-73-

| Christine King (Asst Project Scientist V) | 10/15 | |
| Young Soo Suh (Asst Visiting Researcher) | 2/15-1/31/16 | |
| Ramin Ramezani (Asst Researcher III) | 11/14-11/22/15 | Technical Managing Director of CTSI |
| Mohammad Pourhomayoun | 9/13-10/1/16 | Assistant Professor, Cal State LA |
| Eun Jeong Park (Visiting Scholar) | 1/2013-3/2015 | Chair of Health IT at Yonsei University |
| Hassan Ghasemzadeh (Asst Researcher) | 9/2011-12/2013 | Assistant Professor, Washington State University |
| Atshushi Takahashi | | Professor, Tokyo Inst of Technology |
| Chunhong Chen | | Professor, Univ of Windsor |
| Ben Carrion Schafer | 2008-2009 | Professor, UT Dallas |

**F. Awards Received by my PhD Students**

| NAME | YEAR | AWARD |
|------|------|-------|
| **Haik Kalantarian** | 2016 | Edward K. Rice Outstanding Doctoral Students (given to one UCLA engineering student each year |
| **Anahita Hosseini** | 2016 | Best Poster Award at the 2016 Body Sensor Networks Conference, SF, CA. "HIPAA Compliant Wireless Sensing Smartwatch Application for the Self-Management of Pediatric Asthma" |
| **Haik Kalantarian** | 2016 | Northrop-Grumman Outstanding Student Research Award |
| **Nabil Alshurafa** | 2015 | Symantec Outstanding Graduate Student Award in Computer Science |
| **Nabil Alshurafa** | 2015 | Outstanding Doctor of Philosophy in Computer Science |
| **Sunghoon Lee** | 2014 | Northrup-Grumman Outstanding Research Student Award |
| **Jason Liu** | 2013 | Best Paper Runner up "On-bed Monitoring for Range of Motion Exercises with a Pressure Sensitive Bedsheet" |
| **Navid Amini** | 2013 | 2012-2013 Google Outstanding Graduate Student Award |
| **Mahsan Rofouei** | 2012 | Edward K. Rice Outstanding Doctoral *Students* (given to one UCLA engineering student each year) |
| **Mahsan Rofouei** | 2012 | UCLA Computer Science Outstanding Graduate Student Research Award (Sponsored by Google) |
| **Mahsan Rofouei** | 2012 | Runner up Best Paper Award at The 9th International Conference on Wearable and Implantable Body Sensor Networks (BSN) |
| **Bobak Mortazavi** | 2012 | Best Demo Award, 9th international conference on wearable and implantable body sensor networks. |
| **Navid Amini** | 2011 | Symantec Outstanding Graduate Student Research Award |

12

Exhibit 5
-74-

| Navid Amini | 2011 | Outstanding Project Award – Bruin innovation & Technology Magazine (BIT) |
| Ming-Chun Huang | 2011 | Best Demo Award – Wireless Health Conference in San Diego, Oct. 2011 |
| Wenyao Xu | 2011 | Best Contributor Award in Bruin Innovation & Technology |
| Jonathan woodbridge | 2009-2012 | NLM's University-based Biomedical Informatics Research Training Fellowship |
| Myung-kyung Suh | 2009-2012 | NIH/National Library of Medicine Medical Informatics Training Program Fellowship |
| Hyduke Noshadi | 2010 | Outstanding graduate student research award |
| Foad Dabiri | 2008 | Edward K. Rice Outstanding Doctoral Student Award (given to one PhD student at UCLA) |
| Hyduke Noshadi | 2008 | Best Paper Award Ubiquitous Personal Assistive System for Neuropathy, (HealthNet) |
| Hyduke Noshadi | 2007 | Outstanding masters student award |
| Ani Nahapetian | 2004 | Edward K. Rice Outstanding Masters Student Award (given to one MS student at UCLA) |

## TEACHING

My teaching philosophy and method can be classified as an "Intuitive and rigorous lecturing along with active method of learning". I believe lecture should be intuitive to make it accessible to students and encourage them to learn more. I also believe lectures should be related to real world and everyday issues. My teaching methods enhance intuitive and rigorous lecturing with active learning. Meyers and Jones (1993) define active learning as learning environments that allow students to talk and listen, read, write, and reflect as they approach course content through problem-solving exercises, informal small groups, simulations, case studies, and other activities -- all of which require students to apply what they are learning. Many studies show that learning is enhanced when students become actively involved in the learning process. Instructional strategies that engage students in the learning process stimulate critical thinking and a greater awareness of other perspectives. Although there are times when lecturing is the most appropriate method for disseminating information, I believe that the use of a variety of instructional strategies can positively enhance student learning.

I take teaching very seriously. I devoted a major portion of my time working with my undergraduate and graduate students, as evident from the large number of publications produced with my students. In 2006 I completely redesigned CS 152 A/B: two major design courses in the departments. I have updated these courses every year ever since. I have also included undergrad students in my research group. I teach two core undergraduate courses; Algorithms and Complexity (CS 180) and a series of graduate courses in the area of embedded systems and Wireless Health. My teaching evaluation

13

Exhibit 5
-75-

average since I have joined UCLA is 8.21 compared with departmental average of 7.56 (At Northwestern, my teaching evaluations have averaged (around) **3.7** (on scale of 1 to 4).

CS 152A lab involves of implementing digital logic designs and applying concepts students learned in CS 51A. The specific objectives of the course is to instruct students learning how to use discrete components, breadboards, oscilloscopes, voltmeters, data sheets, and instruction manuals under digital laboratory environment. Students are expect to be able to collaboratively design digital systems with their partners and implement their designs with a schematic editor, VHDL, and FPGA.

CS152B covers advanced digital design techniques using Xilinx FPGA platforms. Students develop structural and behavior RTL code, perform simulations, and synthesize their designs onto FPGAs for evaluation. Four progressively challenging laboratory assignments cover fundamental hardware concepts such as finite state machines, register files, ALUs, and video standards. The course also emphasizes collaborative group work, testbench development, and technical documentation. The course was significantly revised again in 2013. The previous Xilinx XUPV2P boards were upgraded to Virtex5-based development platforms, which support many more peripherals. This allows new labs/projects to emphasize a greater range of embedded systems applications, rather than focusing on a camera-based project.

**Sample CS152 B Final Projects:**

> 1. An autonomous robot capable of navigating on a path set by a colored line using image processing.
>
> 2. An FPGA-based atari emulator with DVI output, an analog joystick, and buttons.
>
> 3. An iRobot-based robot that is capable of reacting to external sound, and moves towards the source.
>
> 4. Accelerometer-based implementation of a Wii remote using a VmodCAM camera.

I also teach courses in Design and Analysis of Algorithm and graduate courses in Wireless Health.

We were selected as a Wireless Health Research and Education (REU site) by NSF (with funding of $380,000). A number of undergraduates from across the country have been trained through our program at UCLA.

# PATENTS

1. Methods for design optimization using logical and physical information (09,097,299) Filed June 1998, Granted March 2001.
2. System and method for concurrent placement of gates and associated wiring (6,385,760) Filed June 1998, Granted May 2002.
3. Placement method for integrated circuit design using topo-clustering (6,442,743) Filed June 12, 1998, Granted August 27, 2002.
4. Method and system for progressive clock tree or mesh construction concurrently with

14

Exhibit 5 -76-

physical design (6,651,232) Filed November 5, 1998, Granted November 18, 2003.

5.  Placement method for integrated circuit design using topo-clustering (6,851,099) Filed 2/23/2000, Granted 2/1/05.

6.  Foot pressure alert and sensing system (US 7726206 B2), Priority date Nov 2006; Granted June 1, 2010.

7.  SEM scanner sensing apparatus, system and methodology for early detection of ulcers, Australian patent No AU2011253253, Bates-Jensen, B., Boystak, J., Flesch, M., Kaiser, W., Lam, Y., Mehrnia, A., Sarrafzadeh, M., Wang, F. Filed and accepted 6/5/11.

8.  Method  and Apparatus for Quantitative Assessment of Neuromotor Disorders (8,845,554) filed 8/26/09, Granted 9/30/14.

9.  SEM Scanner Sensing Apparatus, System and Methodology for Early Detection of Ulcers, Application No 20140288397, Sarrafzadeh, M., Kaiser, W., Mehrnia, A., Bates-Jensen, B., Wang, F., Flesch, M., Boystak, J., Lam, Y. Sept 25, 2014.

10.  Method of Assessing Human Fall Risk Using Mobile Systems (13/378,937) filed 12/16/11, Granted September 2014.

11.  Distributed External and Internal Wireless Sensor Systems for Characterization of Surface and Subsurface Biomedical Structure and Condition, Granted Japanese Patent No. 5774590.

12.  Apparatus and method for implementing a mobility aid device (8,974,232) filed 3/3/09, granted March 10, 2015.

13.  Fabric-Based Pressure Sensor Arrays and Methods for Data Analysis, US Patent Application No. 13/475,654, Sarrafzadeh, M., Xu, W., Huang, M., Raut, N., Yadegar, B., October 26, 2015.

14.  SEM Scanner Sensing Apparatus, System and Methodology for Early Detection of Ulcers, Patent No. 9,220,455 Filed 6/6/14, issued 12/29/15

15.  Apparatus, Systems, and Methods for Tissue Oximetry and Perfusion Imaging, Application No: 2012207287, Patent Application in Australia, Accepted 30 November 2015

16.  On-Bed Monitoring System for Range of Motion Exercises With A Pressure Sensitive bed Sheet, US Patent Application No.:  14/101,765, Sarrafzadeh, M., Xu, W., Huang, M., Liu, J., publication date June 12, 2014.

17.  Context-Aware Prediction In Medical Systems, UCLA 2012-765-2-LA**,** U.S. Patent Application Serial No. 14/276,660, Ghasemzadeh, H., Suh, M.K., Lan, M., Sarrafzadeh, M., Alshurafa, N.,  issued on September 5, 2017 as Patent No. 9,754,08

18.  Efficient Searching of Stationary Dataset, U.S. Patent No. 9,659,044, Sarrafzadeh, M., Woodbridge, J., issued May, 23, 2017.

19.  APPARATUS, SYSTEM, AND METHOD FOR DETECTING ACTIVITIES AND ANOMALIES IN TIME SERIES DATA, August 2017,  Inventors:  Majid Sarrafzadeh et al.

20.  DEVICES, SYSTEMS, AND METHODS FOR MONITORING, CLASSIFYING, AND ENCOURAGING ACTIVITY U.S. Patent Application No. 14/387225Filed:  September 22, 2014, Granted November 2017,  Inventors:  Majid Sarrafzadeh et al.

21.  ENERGY AWARE SENSOR MANAGEMENT FOR WEARABLE MEDICAL SYSTEMS OPTIMIZATION, Inventors: Majid Sarrafzadeh, Miodrag Potkonjak, Foad Dabiri, Hyduke Noshadi, Saro Meguerdichian

22.  Re:  U.S. Patent Application No. 14/273,413; filed May 8, 2014
Title: *NEAR-REALISTIC SPORTS MOTION ANALYSIS AND ACTIVITY MONITORING*
Inventors: Majid Sarrafzadeh et al.
UCLA Ref. UCLA 2012-106-2

23.  U.S. Patent Application No. 14/002,665; filed August 30, 2013 US National Stage of

15

Exhibit 5
-77-

PCT App. No. PCT/US2012/027608 filed March 2, 2012
For: APPARATUS, SYSTEM, AND METHOD FOR AUTOMATIC
IDENTIFICATION OF SENSOR PLACEMENT
Inventors: Majid Sarrafzadeh et al.    Your Ref. UCLA 2010-450-2

24.   U.S. Patent Application No. 14/424,946

National Phase of PCT/US2013/057137

Title:  METHODS AND SYSTEMS FOR CALCULATING AND USING
STATISTICAL MODELS TO PREDICT MEDICAL EVENTS
Applicant:  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
UCLA Ref.: 2012-822-2

25. U.S. Patent Application No. 14/424,941

National Phase of PCT/US2013/056901

Title:  TASK OPTIMIZATION IN REMOTE HEALTH MONITORING
SYSTEMS

Applicant:  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA  UCLA
Ref.:  2012-808-2

The application issued on **September 3, 2019**, as U.S. Patent No. 10,402,540.

26. U.S. Patent Application No. 14/949,634

Based on U.S. Provisional Appln. No. 62/082,923

Title:  *FAST BEHAVIOR AND ABNORMALITY DETECTION*

Applicant:  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

Dabiri, Noshadi, Sarrafzadeh

**PUBLICATIONS**

16

Exhibit 5
-78-

# I.   Books

1. Sarrafzadeh, M., and Lee, D.T., "Algorithmic Aspects of VLSI Layout", Lecture Notes Series on Computing, World Scientific Publishing Company, Singapore, (1993)

2. Sarrafzadeh, M., and Wong, C.K., "An Introduction to VLSI Physical Design", McGraw Hill Publishing, pp. 1-334 (1996)

3. M. Sarrafzadeh, M. Wang, X. Yang, Modern Placement Techniques, Kluwer, 2002

4. Kastner, R., Kaplan, A., Sarrafzadeh, M., "Synthesis Technique and Optimizations for Reconfigurable Systems", Springer, pp. 1-256 (2003)

# II.   Book Chapters

1. Yang, X., E. Bozorgzadeh, M. Sarrafzadeh and M. Wang, ""Modern Standard-Cell Placement Techniques"", In: In Layout Optimization in VLSI Design, Kluwer Academic Publishers, (January 2002)

2. Bozorgzadeh, E., R., Kastner, S.O. Memik, M. Sarrafzadeh,, "Strategically Programmable Systems", In: The Computer Engineering Handbook, CRC Press, (December 2001)

3. Srivastava, A., Sobaje, J., Potkonjak, M., Sarrafzadeh, M., "Optimal Node Scheduling for Effective Energy Usage in Sensor Networks", In: System-Level Power Optimization for Wireless Multimedia Communication, Kluwer Academic Publishers, (2002)

4. Bozorgzadeh, E., A. Kaplan, R. Kastner, S. Ogrenci Memik and M. Sarrafzadeh, "Optimization for Reconfigurable Systems Using Hierarchical Abstraction", In: Multi-level Optimization and VLSI CAD, Eds. J. Cong and J. R. Shinnerl (Eds.), Kluwer Academic Publishers, Boston, (2002)

5. Dabiri, F., Jafari, R., Massey, T., Nahapetian, A., Sarrafzadeh, M., "Lightweight Embedded Systems", In: Computer Engineering Handbook, Oklobdzija, V. (Ed.), Taylor and Francis/CRS Press, 16:16 – 20

6. Brisk, P., Sarrafzadeh, M., "Resource Sharing During Datapath Generation and Custom Instruction Set Synthesis", In: in Customizable Embedded Processors: Design Technologies and Applications, Elsevier, (Eds.) P. Ienne and R. Leupers, to appear (Eds.), (2006)

7. Massey, T., Dabiri, F., Jafari, R., Noshadi, Brisk, P., Sarrafzadeh, M., "Handbook of Research on Distributed Medical Informatics and E-Health", Lazakidou, A., Siassiakos, K., (Eds.), 228-240 (2009)

# III.   Journal Papers

17

Exhibit 5
-79-

8.   M. Sarrafzadeh and F. P. Preparata, "Compact Channel Routing of Multiterminal Nets," Annals of Discrete Mathematics: Journal of Mathematics Studies, Vol. 25, April 1985, pp. 255-279.

9.   K. Mehlhorn, F. P. Preparata and M. Sarrafzadeh "Channel Routing in Knock-Knee Mode: Simplified Algorithms and Proofs," Algorithmica, Vol. 1, No.2, October 1986, pp. 213-221.

10.  S. W. Hornick and M. Sarrafzadeh, "On Problem Transformability in VLSI," Algorithmica, Vol. 2, No. 1, April 1987, pp. 97-111.

11.  M. Sarrafzadeh, "Channel Routing in the Knock-Knee Mode is NP-Complete," IEEE Transactions on Computer-Aided Design, Vol. CAD-6, No. 4, July 1987, pp. 503-506.

12.  G. Bilardi and M. Sarrafzadeh, "Optimal VLSI Circuit for Discrete Fourier Transform," Advances in Computing Research, Vol. 4, (F. P. Preparata ed.), JAI Press Inc., 1987, pp. 87-101.

13.  M. Sarrafzadeh, "Channel Routing with Provably Short Wires," IEEE Transactions on Circuits and Systems (Letters), Vol. CAS-34, No. 9, September 1987, pp. 1133-1135.

14.  F.P. Preparata and M. Sarrafzadeh, "A Bottom-up Layout Technique Based on Two Rectangle Routing," INTEGRATION: The VLSI Journal, Vol. 5, 1987, pp. 231-246.

15.  M. Sarrafzadeh and D. T. Lee, "A New Approach to Topological Via Minimization," IEEE Transactions on Computer-Aided Design, Vol. 8, No. 8, August 1989, pp. 890-900.

16.  M. Brady and M. Sarrafzadeh "Stretching a Knock-knee Layout for Multilayer Wiring," IEEE Transactions on Computers, Vol. 39, No. 1, January 1990, pp. 148

17.  C.C. Su and M. Sarrafzadeh, "Optimal Gate-matrix Layout of CMOS Functional Cells," INTEGRATION: The VLSI Journal, January 1990, pp. 3-23.

18.  J. M. Ho, M. Sarrafzadeh, G. Vijayan and C. K. Wong, "Pad Minimization for Planar Routing of Multiple Power Nets," IEEE Transactions on Computer-Aided Design, Vol. 9, No. 4, April 1990, pp. 419-426.

19.  K.F. Liao, D.T. Lee, and M. Sarrafzadeh, "Planar Subset of Multiterminal Nets," INTEGRATION: The VLSI Journal, No. 1, Vol. 10, Sep. 1990, pp. 19-37.

20.  M. Sarrafzadeh, "Area Minimization in a Three-sided Switchbox by Sliding the Modules," IEEE Transactions on Computers, Vol. 39, No. 11, November 1990, pp. 1395-1398.

21.  M. Sarrafzadeh and D. Zhou, "Global Routing of Short Nets in Two-Dimensional Arrays," The International Journal of Computer Aided VLSI Design, (Special issue: Placement and Routing), Vol. 2, No. 2, 1990, pp. 197-211.

22.  D. T. Lee, M. Sarrafzadeh and Y. F. Wu, "Minimum Cuts for Circular Arc Graphs,"

18

Exhibit 5
-80-

SIAM Journal on Computing, Vol. 19, No. 6, December 1990, pp. 1041-1050.

23.  J. M. Ho, M. Sarrafzadeh, G. Vijayan and C. K. Wong, "Layer Assignment for MultiChip Modules," IEEE Transactions on Computer-Aided Design, Vol. 9, No. 12, December 1990, pp. 1272-1277.

24.  C. Chiang, M. Sarrafzadeh and C. K. Wong, "Global Routing Based on Steiner Min-Max Trees," IEEE Transactions on Computer-Aided Design, Vol. 9, No. 12, December 1990, pp. 1318-1325.

25.  M. Sarrafzadeh, A. Katsaggelos and S. P. Kumar, "Parallel Architectures for Iterative Image Restoration," A chapter in parallel algorithms and architectures for digital signal processing (M. Bayoumi, editor) Kluwer Academic Publishers, 1991, pp. 1-31.

26.  M. Sarrafzadeh, "Tree Placement in Cascode-Switch Macros," INTEGRATION: The VLSI Journal, Vol. 11, March 1991, pp. 127-139.

27.  C. Chiang and M. Sarrafzadeh, "Wirability of Knock-knee Layouts with 45-degree Wires," IEEE Transactions on Circuits & Systems, Vol. 38, No. 6, June 1991, pp. 613-624.

28.  M. Sarrafzadeh and D. T. Lee, "Topological Via Minimization Revisited," IEEE Transactions on Computers, Vol. 40, No. 11, November 1991, pp. 1307-1312.

29.  K. F. Liao and M. Sarrafzadeh, "Boundary Single-Layer Routing with Movable Terminals," IEEE Transactions on Computer-Aided Design, Vol. 10, No. 11, November 1991, pp. 1382-1391.

30.  C. Chiang, M. Sarrafzadeh and C. K. Wong, "An Optimal Algorithm for Rectilinear Steiner Trees for Channels with Obstacles," International Journal of Circuit Theory and Application, (John Wiley & Sons) Special issue: Fundamental methods in computer-aided circuit design, Vol. 19, No. 6, December 1991, pp. 551-563.

31.  M. Sarrafzadeh and C. K. Wong, "Bottleneck Steiner Trees in the Plane," IEEE Transactions on Computers, Vol. 41, No. 3, March 1992, pp. 370-374.

32.  R. D. Lou, M. Sarrafzadeh and D. T. Lee, "An Optimal Algorithm for the Maximum Two-chain Problem," SIAM Journal on Discrete Mathematics, Vol. 5, No. 2, May 1992, pp. 284-304.

33.  N. Sherwani, Bo Wo and M. Sarrafzadeh, "Algorithms for Minimum-Bend Single Row Routing Problem," IEEE Transactions on Circuits & Systems, (I: Fundamental Theory and Applications), Vol. 39, No. 5, May 1992, pp. 412-415.

34.  J. Cong, A. Kahng, G. Robins, M. Sarrafzadeh and C. K. Wong, "Provably Good Performance Driven Global Routing," IEEE Transactions on Computer-Aided Design, Vol. 11, No. 6, June 1992, pp. 739-752.

35.  M. Sarrafzadeh and R. D. Lou, "Maximum k-Coverings of Weighted Transitive Graphs with Applications," Algorithmica, Vol. 9, No. 1, pp. 84-100.

19

Exhibit 5
-81-

36.  A. Katsaggelos, S.P. Kumar and M. Sarrafzadeh, "VLSI Architectures for Iterative Image Restoration Algorithms," Journal of Circuits, Systems and Computers, Vol. 2, No. 3, September 1992, pp. 265-280.

37.  R. D. Lou and M. Sarrafzadeh, 'Circular Permutation Graph Family with Application," Discrete Applied Mathematics, (special issue on: Discrete Algorithms and Complexity) Vol. 40, 1992, pp. 433-457.

38.  R. D. Lou, K. F. Liao and M. Sarrafzadeh, "Planar Routing Around One Rectangle," Journal of Circuits, Systems and Computers, (World Scientific Publishing), Vol. 2, No. 1, 1992, pp. 27-38.

39.  Y. M. Huang and M. Sarrafzadeh, "A Parallel Algorithm for Minimum Dual Cover with Application to CMOS Layouts," Journal of Circuits, Systems and Computers, (World Scientific Publishing) Vol. 1, No. 2, pp. 177-204.

40.  M. Sarrafzadeh and C. K. Wong, "Hierarchical Steiner Tree Construction in Uniform Orientation," IEEE Transactions on Computer-Aided Design, Vol. 11, No. 8, September 1992, pp. 1095-1103.

41.  R. D. Lou, M. Sarrafzadeh, C. S. Rim, S. Masuda and K. Nakajima, "General Circular Permutation Layout," Mathematical Systems Theory, Vol. 25, 1992, pp. 269-292.

42.  Y. Sun and M. Sarrafzadeh, "Floorplanning by Graph Dualization: L-shaped Modules," Algorithmica, Vol. 10, No. 6, 1993, pp. 429-456.

43.  J. M. Ho, A. Suzuki and M. Sarrafzadeh, "An Exact Algorithm for Single-Layer Wire Length Minimization," IEEE Transactions on Computer-Aided Design, Vol. 12, No. 1, January 1993, pp. 175-180.

44.  C. Chiang, M. Sarrafzadeh and C. K. Wong, "An Algorithm for Exact Rectilinear Steiner Trees for Switchboxex with Obstacles," IEEE Transactions on Circuits & Systems, (I: Fundamental Theory and Applications), Vol. 39, No. 6, pp. 446-455.

45.  K. H. Yeap and M. Sarrafzadeh, "Floorplanning by Graph Dualization: Two-concave Rectilinear Modules," SIAM Journal on Computing, Vol. 22, No. 3, June 1993, pp. 500-526.

46.  Nancy Holmes, Naveed Sherwani and M. Sarrafzadeh, "Utilization of Vacant Terminals for Improved Over the Cell Routing," IEEE Transactions on Computer-Aided Design, Vol. 12, No. 6, June 1993, pp. 780-792.

47.  D. T. Lee and M. Sarrafzadeh, "Maximum Independent Set of a Permutation Graph in K Tracks," International Journal of Computational Geometry and Application, Vol. 3, No. 3, September 1993, pp. 291-304.

48.  K. H. Yeap and M. Sarrafzadeh, "Net-Regular Placement for High Performance Circuits," International Journal of High Speed Electronics, Vol. 4, No. 3, October 1993.

Exhibit 5
-82-

49.   R. D. Lou and M. Sarrafzadeh, "An Optimal Algorithm for the Maximum Three-Chain Problem," SIAM Journal on Computing, Vol. 22, No. 5, October 1993, pp. 976-993.

50.   K. H. Yeap and M. Sarrafzadeh, "A Unified Approach to Floorplan Sizing and Enumeration," IEEE Transactions on Computer-Aided Design, Vol. 12, No. 12, December 1993, pp. 1858-1867.

51.   J. D. Cho, M. Sarrafzadeh, M. Sriram and S. M. Kang, "High-Performance MCM Routing," IEEE Design and TEST, December 1993, pp. 27-37.

52.   M. Sarrafzadeh and D. T. Lee, "Restricted Track Assignment with Application," International Journal of Computational Geometry and Application, Vol. 4, No. 1, 1994, pp. 53-68.

53.   K. F. Liao, M. Sarrafzadeh and C. K. Wong, "Single-layer Global Routing," IEEE Transactions on Computer-Aided Design, Vol. 13, No. 1, pp. 38-47.

54.   J. D. Cho and M. Sarrafzadeh, "The Pin Redistribution Problem in Multi-Chip Modules," Mathematical Programming, Series B, Vol. 63, February 1994, pp. 297-330.

55.   C. Alpert, G. Robins, J. Cong, A. Kahng and M. Sarrafzadeh, "On the Minimum Density Interconnection Tree Problem," VLSI Journal, Vol. 2, No. 2, February 1994, pp. 157-169.

56.   J. D. Cho, S. Raje, K. F. Liao and M. Sarrafzadeh, "M 2R A New Multilayer Routing System for High-performance MCMs," IEEE Transactions on Circuits and Systems, Vol. 41, No. 4, April 1994, pp. 253-255.

57.   M. Sarrafzadeh, F. Wagner, D. Wagner and K. Weihe, "Wiring Knockknee Layouts: A Global Approach," IEEE Transactions on Computers, Vol. 43, No. 5, May 1994, pp. 581-589.

58.   A. Farrahi and M. Sarrafzadeh, "Complexity of the Lookup-Table Minimization Problem for FPGA Technology Mapping," IEEE Transactions on Computer-Aided Design, Vol. 13, No. 11, November 1994, pp. 1319-1332.

59.   C. Chiang, C. K. Wong, and M. Sarrafzadeh, "A Weighted Steiner Trees-Based Globar Router with Simultaneous Length and Density Minimization," IEEE Transactions on Computer-Aided Design, Vol. 13, No. 12, December 1994, pp. 1461-1469.

60.   K. H. Yeap and M. Sarrafzadeh, "Sliceable Floorplanning by Graph Dualization," SIAM Journal on Discrete Mathematics, Vol. 8, No. 2, 1995, pp. 258-280.

61.   M. Marek-Sadowska and M. Sarrafzadeh, "The Crossing Distribution Problem," IEEE Transactions on Computer-Aided Design, Vol. 14, No. 4, pp. 423-433.

62.   J. D. Cho and M. Sarrafzadeh, "A Buffer Redistribution Algorithm for High-Performance Clock Net Optimization," IEEE Transactions on VLSI, Vol. 3, No. 1, March 1995, pp. 84-98.

21

Exhibit 5
-83-

63.    S. Maddila and M. Sarrafzadeh, "The Discrete Warehouse Problem," Theoretical Computer Science, April 1995, pp. 231-247.

64.    S. Raje and M. Sarrafzadeh, "Scheduling with Multiple Voltages," INTEGRATION: The VLSI Journal, Vol. 23, 1997, pp. 37-59.

65.    M. Sarrafzadeh, D. Knol and G. Tellez, "A Delay Budgeting Algorithm Ensuring Maximum Flexibility in Placement," IEEE Transaction on CAD, Vol. 16, No. 11, November 1997, pp. 1332-1341.

66.    W.L. Lin, C. K. Wong and M. Sarrafzadeh, "Floating Steiner Trees," IEEE Transactions on Computers, Vol. 47, No. 2, February 1998, pp. 197-211.

67.    G. Tellez and M. Sarrafzadeh, "On Distance Preserving Rectilinear Steiner Trees," VLSI Design, Vol. 7, No. 1, April 1998.

68.    A. Farrahi, G. Tellez and M. Sarrafzadeh, "Exploiting Sleep Mode for Memory Partitions and Other Applications," VLSI Design, Vol. 7, No. 3, pp. 271-287.

69.    G. Tellez and M. Sarrafzadeh, "Minimal Buffer Insertion in Clock Trees with Skew and Slew Rate Constraints," to appear in IEEE Transactions on Computer-Aided Design.

70.    D.S. Chen, G. Yeap and M. Sarrafzadeh, "State Encoding of Finite State Machines for Low Power Design," to appear in VLSI Design.

71.    W.L. Lin and M. Sarrafzadeh, "On the Power of Re-Synthesis," To appear in SIAM Journal on Computing.

72.    S. Nicoloso and M. Sarrafzadeh, "Sum Coloring Problem on Interval Graphs," to appear in Algorithmica.

73.    A. Farrahi, D.T. Lee and M. Sarrafzadeh, "Two-Way and Multi-Way Partitioning of a Set of Intervals for Clique-Width Maximization," to appear in Algorithmica.

74.    J.D. Cho and M. Sarrafzadeh, "Mixed LP and Mincost Flow-based Four-bend Globar Routing in Two Dimensional Arrays," IEEE Transactions on CAD,  September 1998, pp. 793-802.

75.    J.D. Cho, and S. Raje and M. Sarrafzadeh, "Fast Approximation Algorithms on Maxcut, k-coloring and k-color Ordering for VLSI Applications," IEEE Transactions on Computers, Vol. 47, No. 11, November 1998, pp. 1253-1266.

76.    J.D. Cho and M. Sarrafzadeh, Invited chapter in, Wiley Encyclopedia of Electrical and Electronics Engineering, (in the area of VLSI Circuit Layout), 1999.

77.    K. Bazargan, S. Kim, and M. Sarrafzadeh, "Nostradamus: Floorplanner of Uncertain Designs," IEEE Transactions on CAD, April 1999.

78.    M. Enos, Scott Hauck and M. Sarrafzadeh, "Evaluation and Optimization of Replication Algorithms for Logic Replication," IEEE Transactions on CAD, Vol. 18, No. 9,

22

Exhibit 5
-84-

September 1999, pp. 1237-1248.

79.   M. Wang, P. Banerjee and M. Sarrafzadeh, "Placement with Incomplete Data," to appear in VLSI Design, Year 2000 special issue on Physical Design.

80.   K. Bazargan and M. Sarrafzadeh, "Fast Template Based Placement for Reconfigurable Computing Systems," special issue on Reconfigurable Computing of IEEE Design & Test, Jan-March 2000, pp. 68-83.

81.   K. Bazargan, R. Kastner and M. Sarrafzadeh, "3-D Floorplanning: Simulated Annealing and Greedy Placement Methods for Reconfigurable Computing System," RSP'99 special issue of Journal of Design Automation for Embedded Systems (DAfES), April 2000.

82.   A. Ranjan, K. Bazargan and M. Sarrafzadeh, "Fast Hierarchical Floorplanning with Congestion and Timing Control," IEEE International Conference on Computer Design (ICCD) September 2000, pp. 357-362.

83.   M. Wang and M. Sarrafzadeh, "Congestion Minimization during Placement," IEEE Transactions on Computer-Aided Design (TCAD) Vol. 19, No. 10, October 2000, pp. 1140-1148.

84.   K. Bazargan and M. Sarrafzadeh, "Fast Scheduling and Placement Methods for C to Hardware/Software Compilation," SPIE International Symposium on Information Technologies, Vol. 4212, November 2000.

85.   M. Breuer, F. Somenzi and M. Sarrafzadeh, "Fundamental CAD Algorithms," IEEE Transactions on CAD (special issue on Electronic Design Automation at the Turn of the Century) Vol. 19, No. 12, December 2000, pp. 1449-1475.

86.   M. F. Gorman and M. Sarrafzadeh, "An Application of Dynamic Programming to Crew Balancing at BNSF Railway," International Journal of Services Technology and Management, Vol. 1, No. 2/3, 2000, pp. 174-187.

87.   A. Nayak, M. Haldar, P. Banerjee, C. Chen and Majid Sarrafzadeh, "Power Optimization of Delay Constrained Circuits," VLSI Design (Low-power System Design).

88.   K. Bazargan, S. Ogrenci and M. Sarrafzadeh, "Integrating Scheduling and Physical Design into a Coherent Compilation Cycle for Reconfigurable Computing Architectures," Design Automation Conference (DAC), 2001, pp. 635-640.

89.   A. Ranjan, K. Bazargan, S. Ogrenci and M. Sarrafzadeh, "Fast Floorplanning for Effective Prediction and Construction," IEEE Transactions on Very Large Scale Integration (VLSI) Systems, Vol. 9, No. 2, April 2001, pp. 341-351.

90.   Farrahi, C. Chen, A. Srivatsava, G. Tellez and M. Sarrafzadeh, "Activity Driven Clock Design for Low Power Circuits," IEEE Transactions on CAD (TCAD), Vol. 20, No. 6, June 2001, pp. 705-714.

23

Exhibit 5
-85-

91.  A. Srivastava, R. Kastner and M. Sarrafzadeh, "On the Complexity of Gate Duplication," IEEE Transactions on CAD (TCAD), September 2001.

92.  C. Chen, A. Srivatsava and M. Sarrafzadeh, "On Gate-Level Power Optimization Using Dual Supply Voltages," IEEE Transactions on VLSI, Vol. 9, No. 5, Oct 2001, pp. 616-629.

93.  A. Srivastava, C. Chen and M. Sarrafzadeh, "Timing Driven Gate Duplication in the Technology Independent Stage," IEICE Transactions on Fundamentals of Electronics, Communications and Computer Sciences, Vol. E84-A, Nov. 2001, pp. 2673-2680.

94.  X. Yang, E. Bozorgzadeh, M. Sarrafzadem and M. Wang, "Modern Standard-cell Placement Techniques," in Optimization in VLSI Design: Floorplanning, Timing, and Layout (D.Z. Du and B. Lu, editors), January 2002.

95.  X. Yang, R. Kastner and M. Sarrafzadeh, "Congestion Estimation During Top-down Placement," IEEE Transactions on CAD (TCAD), Vol. 21, No. 1, January 2002, pp. 72-72-80.

96.  C. Chen, X. Yang and M. Sarrafzadeh, "Predicting Potential Performance for Digital Circuits," IEEE Transactions on CAD, Vol. 21, No. 3, March 2002, pp. 253-262.

97.  M. Sarrafzadeh, E. Bozorgzadeh, R. Kastner and S. Ogrenci, "SPS: A Strategically Programmable System," A chapter in the Computer Engineering Handbook, CRC Press, 2002.

98.  C. Chen and M. Sarrafzadeh, "Simultaneous Voltage Scaling and Gate Sizing for Low Power Design," IEEE Transactions on Circuits and Systems (Part II), Vol. 49, No. 6, June 2002, pp. 400-408.

99.  R. Kastner, E. Bozorgzadeh and M. Sarrafzadeh, "Pattern Routing: Use and Theory for Increasing Predictability and Avoiding Coupling," IEEE Transactions on CAD, Vol. 21, No. 7, July 2002, pp. 777-790.

100. S. Ghiasi, A. Srivastava, X. Yang and M. Sarrafzadeh, "Optimal Energy Aware Clustering in Sensor Networks," SENSORS Journal, Vol. 2, Issue 7, July 2002, pp. 258-269.

101. C. Chen, E. Bozorgzadeh, A. Srivatsava and M. Sarrafzadeh, "Budget Management and Its Applications," Algorithmica, Vol. 34, No. 3, July 2002, pp. 261-275.

102. R. Kastner, A. Kaplan, S. Ogrenci Memik and E. Bozorgzadeh, "Instruction Generation for Hybrid Reconfigurable Systems," ACM Transactions on Design Automation of Embedded Systems (TODAES) Vol. 7, No. 4, October 2002.

103. A. Srivastava, E. Kursun, and M. Sarrafzadeh, "Predictability in RT-Level Designs," special issue on Low Power IC Designs in the Journal of Circuits, Systems and Computers.

104. E. Bozorgzadeh, A. Kaplan, R. Kastner, and S. Ogrenci and M. Sarrafzadeh, "Multi-

24

**Exhibit 5
-86-**

Level Optimization in Reconfigurable Computing Systems," Multilevel Optimization and VLSI CAD, Kluwer Academic Publishers, Boston, 2002.

105. A. Srivastava E. Kursun and M. Sarrafzadeh, "Predictability in RT-Level Designs,"Proceedings of the Journal of Circuits, Systems and Computers, Special Issue on Low Power IC Design, (JCSC) August 2002, Vol. 11, No. 4, pp. 323-332.

106. S. Ghiasihafezi, A. Srivastava, X. Yang and M. Sarrafzadeh, "Optimal Energy Aware Clustering in Sensor Networks," SENSORS Journal, July 2002, Vol.2, Issue 7, pp. 258-269.

107. S. E. Kursun and M. Sarrafzadeh, "Predictability in RTL-Designs," To Appear in Journal of Circuits, Systems and Computers (JCSC) Special Issue on Low Power IC Designs.

108. A. Srivastava, J. Sobaje, M. Potkonjak and M. Sarrafzadeh, "Optimal Node Scheduling for Effective Energy Usage in Sensor Networks," A chapter in System-Level Power Optimization for Wireless Multimedia Communication, Kluwer Academic Publishers, 2002.

109. X. Yang, B.K. Choi and M. Sarrafzadeh, "Wirelength Estimation based on Rent Exponents of Partitioning and Placement," to appear in IEEE Transactions on CAD.

110. S. Ogrenci, A. Katsaggelos and M. Sarrafzadeh, "FPGA Analysis and Implementation of an Iterative Image Restoration," IEEE Transactions on Computers, Vol. 52, No. 3, March 2003, pp. 390-399.

111. X. Yang, B.K. Choi and M. Sarrafzadeh, "Routability-Driven Whitespace Allocation for Fixed-Die Standard-Cell Placement," IEEE Transactions on Computer-Aided Design (TCAD) Vol. 22, April 2003.

112. E. Bozorgzadeh, R. Kastner and M. Sarrafzadeh, "Creating and Exploiting Flexibility in Rectilinear Steiner Trees," IEEE Transactions on Computer Aided Design of Integrated Circuits and Systems (TCAD) Vol. 22, No. 5, May 2003.

113. X. Yang, M. Wang, R. Kastner, S. Ghiasi and M. Sarrafzadeh, "Congestion Reduction During Placement with Provably Good Approximation Bound," ACM Transactions on Design Automation of Electronic Systems (TODAES) Vol. 8, No. 3, July 2003, pp. 316-333.

114. S. Ghiasi, A. Nahapetian and M. Sarrafzadeh, "An Optimal Algorithm for Minimizing Runtime Reconfiguration Delay," To Appear in ACM Transactions on Embedded Computing Systems (TECS).

115. A. Srivastava, C. Chen and M. Sarrafzadeh, "Timing Driven Gate Duplication in Technology Independent Phase," in Special Section on VLSI Design and CAD Algorithms of the IEEE Transactions, January 2004.

116. E. Bozorgzadeh, S. Ogrenci Memik, X. Yang and M. Sarrafzadeh, "Routability-Driven Packing: Metrics and Algorithms for Cluster-based FPGAs," Journal of Circuits,

25

Exhibit 5
-87-

Systems and Computers (JCSC) Vol. 13, No. 1, February 2004, pp. 77-100.

117. S. Ghiasi, A. Nahapetian and M. Sarrafzadeh, "An Optimal Algorithm for Minimizing Runtime Reconfiguration Delay," ACM Transactions on Embedded Computing Systems (TECS) Vol. 3, No 2, pp. 237-256, May 2004.

118. E. Bozorgzadeh, S. Ghiasi, A. Takahashi and M. Sarrafzadeh, "Optimal Integer Delay Budget Assignment on Directed Acyclic Graphs," IEEE Transactions on Computer-Aided Design of Integrated Circuits and Systems (TCAD) Vol. 23, No 8, August 2004, pp. 1184-1199.

119. S. Ghiasi, H. J. Moon, A. Nahapetian and M. Sarrafzadeh, "Collaborative and Reconfigurable Object Tracking," Kluwer Journal of Supercomputing, Vol. 30, No 3, December 2004, pp. 213-238.

120. S. Ghiasi, K. Nguyen, E. Bozorgzadeh and M. Sarrafzadeh, "Efficient Timing Budget Management for Accuracy Improvement in a Collaborative Object Tracking System," to appear in the Journal on Applied Signal Processing (EURASIP)Volume 42, Issue 1, Jan 2006, Pages 43 - 55.

121. S. Ghiasi, A. Nahapetian, H. J. Moon and M. Sarrafzadeh, "Reconfiguration in Network of Embedded Systems: Challenges and Adaptive Tracking Case Study," Journal of Embedded Computing (JEC), Vol. 1, No 1, 2005, pp. 147-166.

122. S. Memik, E. Bozorgzadeh, R. Kastner and M. Sarrafzadeh, "A Scheduling Algorithm for Optimization and Planning in High-level Synthesis," ACM Transactions on Design Automation of Electronic Systems (TODAES), Vol. 10, No. 1, January 2005.

123. S. Memik, A. Srivastava, B. K. Choi and M. Sarrafzadeh, "On Effective Slack Management in Post-Scheduling Phase," IEEE Transactions on Computer Aided-Design of Integrated Circuits and Systems, Vol. 24, No. 4, April 2005.

124. A. Srivastava, R. Kastner, C. Chen and M. Sarrafzadeh, "Timing Driven Gate Duplication," Proceedings of the IEEE Transactions on Very Large Scale Integration Systems (TVLSI) January 2004, pp. 42-51.

125. Soheil Ghiasi, Elaheh Bozorgzadeh, Po-kuan Huang, Majid Sarrafzadeh, "A Unified Theory of Timing Budget Management", to appear in IEEE Transactions on Computer-Aided Design (TCAD).

126. Roozbeh Jafari, Foad Dabiri, Philip Brisk, Majid Sarrafzadeh, "Reconfigurable Fabric Vest for Fatal Hear Disease Prevention" to appear in Journal of Embedded Computing (JEC).

127. Philip Brisk, Foad Dabiri, Roozbeh Jafari, and Majid Sarrafzadeh "Optimal Register Sharing for High-Level Synthesis of SSA-Form Programs" IEEE Transactions on CAD (TCAD), vol 25 no. 5, pp 772-779, May 2006.

128. Adaptive Electrocardiogram Feature Extraction on Distributed Embedded Systems, Roozbeh Jafari, Hyduke Noshadi, Soheil Ghiasi, Majid Sarrafzadeh, IEEE Transactions

26

Exhibit 5 -88-

on Parallel and Distributed Systems special issue on High Performance Computational Biology (TPDS), vol. 17, no. 8, pp 1-11, August 2006.

129. Roozbeh Jafari, Foad Dabiri, Ani Nahapetian, Majid Sarrafzadeh, "An Efficient Placement and Routing Technique for Fault-tolerant Distributed Embedded Computing," to appear in ACM Transactions on Embedded Computing Systems (TECS).

130. Foad Dabiri, Roozbeh Jafari, Ani Nahapetian, Majid Sarrafzadeh, "Lightweight Embedded Systems," Computer Engineering Handbook, Edited by Vojin Oklobdzija, Taylor and Francis/CRS Press.

131. Tia Gao,  Tammara Massey, Leo Selavo, David Crawford, Bor-rong Chen, Konrad Lorincz, Victor Shnayder, Logan Hauenstein, Foad Dabiri, James Jeng, Arjun Chanmugam, David White, Majid Sarrafzadeh, and Matt Welsh. "The Advanced Health and Disaster Aid Network: A Light-weight Wireless Medical System for Triage."  IEEE Transactions on  Biomedical Circuits and Systems (IEEE TBCAS), Vol. 1, No. 3, pp. 203-216, 2007.

132. Foad Dabiri, Ani Nahapetian, Miodrag Potkonjak, Majid Sarrafzadeh, "Soft Error-Aware Power Optimization using Gate Sizing". ",IEEE  Transaction on Computer Aided Design (TCAD), to Vol 27, No. 10, October 2008, pp. 1788 – 1797.

133. Foad Dabiri, Tammara Massey, Hyduke Noshadi, C.K. Lin, Robert Tan, Jacob Schmidt, and Majid Sarrafzadeh, "A Telehealth Architecture for Networked Embedded Systems: A Case Study in In-vivo Health Monitoring", IEEE Transactions on Information Technology in Biomedicine.

134. Robert Tan, Timothy McClure, C. K. Lin, David Jea, Foad Dabiri, Tammara Massey, Majid Sarrafzadeh, Mani Srivastava, C. D. Montemagno, Peter Schulam and Jacob Schmidt,  "Development of a fully implantable wireless pressure monitoring system", Biomedical Microdevices, Springer, October 2008.

135. Yu Hu, Adam Stoelting, Yi-Tao Wang, Yi Zou and Majid Sarrafzadeh," Smart Cushion: A Case Study on Wireless Healthcare Application Development", IEEE Potential, January 2010.

136. Suh, M., Chen, C., Woodbridge, J., Tu, M., Kim, J., Nahapetian, A., Evangelista, L., Sarrafzadeh, M., "A Remote Patient Monitoring System for Congestive Heart Failure", Journal of Medical Systems(JOMS) 2011.

137. Suh, M., Sarrafzadeh, M., Nahapetian, A., Woodbridge, J., Rofouei, M., "Machine Learning-Based Adaptive Wireless Interval Training Guidance System", Mobile Networks and Applications.

138. Nosahdi, H., Dabiri, F., Amini, N., Ahmadian, S., Sarrafzadeh, M., "HERMES: Mobile System for Instability Analysis and Balance Assessment", ACM Transactions on Embedded Computing Systems (TECS), (2011)

139. Amini, N., Gerlan, M., xu, W., Vahdatpour, A., Sarrafzadeh, M., "Cluster Size

27

Exhibit 5
-89-

Optimization in Sensor Networks with Decentralized Cluster-Based Protocols", Computer Communications, (2011)

140. Noshadi, H., Sarrafzadeh, M., "Transaction on Sensor Networks", Association For Computing Machinery (ACM), (2011)

141. Dabiri, F., Noshadi, H., Sarrafzadeh, M., "Behavioral Reconfigurable and Adaptive Data Reduction in Body Sensor Networks", International Journal of Autonomous and Adaptive Communications Systems (IJAACS), Vol 6, No.3, 2013.

142. Gad, P., Woodbridge, J., Lavrov, I., Zhong, H., Roy, R., Sarrafzadeh, M., Edgerton, R., "Forelimb EMG-based trigger to control an electronic spinal bridge to enable hindlimb stepping after a complete spinal cord lesion in rats", Journal of NeuroEngineering and Rehabilitation 2012, 9(38) (06/12/2012)

143. Xu, W., Zhang, M., Sawchuk, A., Sarrafzadeh, M., "Robust Human Activity Monitoring via Compressed Sensing", IEEE Transactions on Biomedical Engineering (TBME), (2012)

144. Yen, I., Leung, C., Lan, M., Sarrafzadeh, M., Kayekjian, K., Duru, K., "A pilot study using global positioning systems (GPS) devices and surveys to ascertain older adults' travel patterns", Journal of Applied Gerontology, (2013)

145. Noshadi, H., Dabiri, F., Ahmadian, S., Amini, N., Sarrafzadeh, M., "HERMES: Mobile System for Instability Analysis and BalanceAssessment", ACM Transactions on Embedded Computing Systems, Vol 12, No. 1s, Article 57, (March 2013)

146. Noshadi, H., Dabiri, F., Meguerdichian, S., Potkonjak, M., Sarrafzadeh, M., "Behavior-Oriented Data Resource Management in Medical Sensing Systems", ACM Transactions on Sensor Networks, Vol 9, No. 2, Article 12,  (February 2013)

147. Xu, W., Huang, M., Amini, N., Sarrafzadeh, M., "eCushion: A Textile Pressure Sensor Array Design and Calibration for Sitting Posture Analysis", IEEE Sensors Journal (2013)

148. Lee, S., Ghasemzadeh, H., Mortazavi, B., Sarrafzadeh, M., "Pervasive Assessment of Motor Function: A Lightweight Grip Strength Tracking System", IEEE Journal of Biomedical and Health Informatics, 17(6):1023 - 1030 (2013)

149. Lan, M., Ghasemzadeh, H., Sarrafzadeh, M., "SmartFall: An Automatic Fall Detection and Cause Identification System", IEEE Sensors Journal, (2013)

150. Samy, L., Huang, M., Liu, J., Xu, W., Sarrafzadeh, M., "Unobtrusive Sleep Stage Identification Using a Pressure-Sensitive Bed Sheet", IEEE Sensors Journal, (2013)

151. Liu, J., Xu, W., Huang, M., Alshurafa, N., Sarrafzadeh, M., Raut, N., Yadegar, B., "Sleep Posture Analysis using a Dense Pressure Sensitive Bedsheet", Pervasive and Mobile Computing, (2013)

152. Alshurafa, N., Xu, W., Liu, J., Huang, M., Mortazavi, B., Roberts, C., Sarrafzadeh, M.,

28

Exhibit 5
-90-

"Designing a Robust Activity Recognition Framework for Health and Exergaming using
Wearable Sensors", IEEE Journal of Biomedical and Health Informatics, (2013)

153. Huang, A., Xu, W., Li, Z., Xie, L., Sarrafzadeh, M., Li, X., Cong, J., "System Light-
loading Technology for mHealth: Manifold-Learning based Medical Data Cleansing and
Clinical Trials in WE-CARE Project", IEEE Journal of Biomedical and Health
Informatics, (November 2013)

154. Mortazavi, B., Nyamathi, S., Lee, S., Wilkerson, T., Ghasemzadeh, H., Sarrafzadeh, M.,
"Near-Realistic Mobile Exergames with Wireless Wearable Sensors", Journal of
Biomedical and Health Informatics, (2013)

155. Huang, M., Liu, J., xu, W., Alshurafa, N., Zhang, X., Sarrafzadeh, M., "Using Pressure
Map Sequences for Recognition of On Bed Rehabilitation Exercises", IEEE Journal of
Biomedical and Health Informatics, (2014)

156. Getachew, R., Lee, S., Yew, A., Kimball, J., Lu, D., Garst, J., Ghalehsari, N., Park, B.,
Razaghy, M., Espinal, M., Ostowari, A., Ghavamrezaii, A., Pourtaheri, S., Sarrafzadeh,
M., Lu, D., Li, C., "Utilization of a novel digital measurement tool for quantitative
assessment of upper extremity motor dexterity: a controlled pilot study", Journal of
Neuroengineering and Rehabilitation, 11(121) (2014)

157. Alshurafa, N., Eastwood, J., Nyamathi, S., Liu, J., Xu, W., Ghasemzadeh, H.,
Pourhomayoun, M., Sarrafzadeh, M., "Improving Compliance in a Remote Health
Monitoring System through Smartphone Battery Optimization", IEEE Journal of
Biomedical and Health Informatics (J-BHI), (2014)

158. Liu, J., Huang, M., Xu, W., Zhang, X., Stevens, L., Alshurafa, N., Sarrafzadeh, M.,
"BreathSens: A Continuous On-Bed Respiratory Monitoring System with Torso
Localization using an Unobtrusive Pressure Sensing Array", IEEE Journal of
Biomedical and Health Informatics (J-BHI), (2014)

159. Mortazavi, B., Pourhomayoun, M., Ghasemzadeh, H., Jafari, R., Roberts, C.,
Sarrafzadeh, M., "Context-Aware Data Processing to Enhance Quality of Measurements
in Wireless Health Systems: An Application to MET Calculation of Exergaming
Actions", IEEE Internet of Things Journal, (2014)

160. Huang, A., Xu, W., Zhinan, L., Xie, L., Sarrafzadeh, M., Li, X., Cong, J., "System
Light-Loading Technology for mHealth: Manifold-Learning-Based Medical Data
Cleansing and Clinical Trials in WE-CARE Project", IEEE Journal of Biomedical and
Health Informatics, 18(Number 5):1581 - 1589 (September 2014)

161. Lee, S., Mortazavi, B., Hoffman, H., Lu, D., Li, C., Paak, B., Garst, J., Razaghy, M.,
Espinal, M., Park, E., Lu, D., Sarrafzadeh, M., "A Prediction Model for Functional
Outcomes in Spinal Cord Disorder Patients using Gaussian Process Regression", IEEE
Journal of Biomedical and Health Informatics, (2014)

162. Kalantarian, H., Alshurafa, N., Le, T., Sarrafzadeh, M., "Monitoring Eating Habits using
a Piezoelectric Sensor-Based Necklace", Elsevier Computers in Biology and Medicine,
(2015)

29

Exhibit 5
-91-

163. Alshurafa, N., Kalantarian, H., Pourhomayoun, M., Liu, J., Shahbazi, B., Sarrafzadeh, M., "Recognition of Nutrition-Intake using Time-Frequency Decomposition in a Wearable Necklace using a Piezoelectric Sensor", IEEE Sensors Journal, (2015)

164. Huang, M., Liu, J., Xu, W., Gu, C., Li, C., Sarrafzadeh, M., "A Self-Calibrating Radar Sensor System for Measuring Vital Signs", IEEE Transactions on Biomedical Circuits and Systems, 2015, (2015)

165. Kalantarian, H., Sarrafzadeh, M., "Audio-Based Detection and Evaluation of Eating Behavior using the Smartwatch Platform", Elsevier Computers in Biology and Medicine journal, (2015)

166. Woodbridge, J., Mortazavi, B., Bui, A., Sarrafzadeh, M., "Improving Biomedical Signal Search Results in Big Data Case-Based Reasoning Environments", Pervasive and Mobile Computing, (2015)

167. Mortazavi, B., Nemati, E. VanderWall, K., Flores-Rodriguez, H., Jacinta Cai, J., Lucier, J., Naeim, A., Sarrafzadeh, M., "Can Smartwatches Replace Smartphones for Posture Tracking?", Sensors (ISSN 1424-8220), ( Oct 2015)

168. Evangelista, L., Moser, D., Lee, J., Moore, A., Ghasemzadeh, H., Sarrafzadeh, M., Mangione, C., "Examining Older Adults' Perceptions of Usability and Acceptability of Remote Monitoring Systems to Manage Chronic Heart Failure", Sage Journals-Gerontology and Geriatric Medicine, (2015)

169. Kalantarian, H., Alshurafa, N., Sarrafzadeh, M., "Detection of Gestures Associated with Medication Adherence using Smartwatch-based Inertial Sensors", IEEE Sensors Journal, Sensors-13275-2015.R1 (2015)

170. Ong, M., Romano, P., Edgington, S., Aronow, H., Auerbach, A., Black, J., De Marco, T., Escarce, J., Evangelista, L., Ganiats, T., Greenberg, B., Greenfield, S., Kaplan, S., Kimchi, A., Liu, H., Lombardo, D., Mangione, C., Sarrafzadeh, M., Tong, K., Fonarow, G., the BEAT-HF Research Group., "Remote patient monitoring after discharge of hospitalized heart failure patients: the Better Effectiveness After Transition - Heart Failure (BEAT-HF) randomized controlled trial", JAMA: Internal Medicine, (November 2015)

171. Mortazavi, B., Pourhomayoun, M., Lee, S., Nyamathi, S., Wu, B., Sarrafzadeh, M., "User-Optimized Activity Recognition for Exergaming" has been accepted for publication in Pervasive and Mobile Computing", Pervasive and Mobile Computing Elsevier, (December 2015)

172. Evangelista, L., Moser, D., Lee, J., Moore, A., Ghasemzadeh, H., Sarrafzadeh, M., Mangione, C., "Examining Older Adults' Perceptions of Usability and Acceptability of Remote Monitoring Systems to Manage Chronic Heart Failure", SAGE Gerontology & Geriatric Medicine, (October 2015)

173. Alshurafa, N., Sideris, C., Pourhomayoun, M., Kalantarian, H., Sarrafzadeh, M., Eastwood, J., "Remote Health Monitoring Outcome Success Prediction using Baseline

30

Exhibit 5
-92-

and First Month Intervention Data", Journal of Biomedical and Health Informatics (JBHI), (2016)

174. Kalantarian, H., Alshurafa, N., Sideris, C., Le, T., Mortazavi, B., Sarrafzadeh, M., "A Comparison of Piezoelectric and Acoustic Techniques for Assessment of Eating Habits", Elsevier Journal of Obesity Medicine, (2016)

175. Kalantarian, H., Sideris, K., Sarrafzadeh, M., "A Hierarchical Segmentation and Classification Scheme for Processing Sensor Data", IEEE Journal of Biomedical and Health Informatics (J-BHI), (2016)

176. Lee, S., Park, E., Huang, A., Mortazavi, B., Garst, J., Jahanforouz, N., Espinal, M., Sierro, T., Pollack, S., Afridi, M., Daneshvar, M., Ghias, S., Lu, D., Sarrafzadeh, M., "Objectively Quantifying Walking Ability in Degenerative Spinal Disorder Patients using Sensor Equipped Smart Shoes", Medical Engineering & Physics, (2016)

177. Kalantarian, H., Motamed, B., Alshurafa, N., Sarrafzadeh, M., "A wearable sensor system for medication adherence prediction", Artificial Intelligence in Medicine (AIIM), (2016)

178. Kalantarian, H., Alshurafe, N., Sarrafzadeh, M., "A Survey of Electronic Methods for Non-Invasive Detection of Eating Behavior", IEEE Pervasive Computing, PC-2015-07-0058.R1, (2016)

179. (Honor paper: a designation given by the journal based on reviews) Sideris, C., Pourhomayoun, M., Kalantarian, H., Sarrafzadeh, M., "A Flexible Data-Driven Comorbidity Feature Extraction Framework", Computers in Biology and Medicine, CBM-D-15-01141R1, (2016)

180. Kalantarian, H., Mortazavi, B., Pourhomayoun, M., Alshurafa, N., Sarrafzadeh, M., "Probabilistic Segmentation of Time-Series Audio Signals using Support Vector Machines", Microprocessors and Microsystems, Ref. No.: MICPRO-D-15-00377R1, (2016)

181. Kalantarian, H., Sideris, C., Mortazavi, B., Alshurafa, N., Sarrafzadeh, M., "Dynamic Computation Offloading for Low-Power Wearable Health Monitoring Systems", IEEE Transactions on Biomedical Engineering (TBME), TBME-00140-2016.R1, (2016)

182. Kalantarian, H., Sarrafzadeh, M., "Pedometers Without Batteries: An Energy Harvesting Shoe",  IEEE Sensors Journal. December 2016. Volume 16, Issue 23.

183. Lu, D., Edgerton, R., Modaber, M., AuYong, N., Morikawa, E., Zdunowski, S., Sarino, M., Sarrafzadeh, M., Nuwer, M., Roy, R., Gerasimenko, Y., "Engaging Cervical Spinal Cord Networks to Reenable Volitional Control of Hand Function in Tetraplegic Patients", Sage Journals, Neurorehabilitation and Neural Repair, DOI: 10.1177/1545968316644344, (July 2016)

184. Park, E., Lee, S., Nam, HS., Garst, J., Huang, A., Campion, A., Arnell, M., Ghalehsariand, N., Park, S., Chang, H., Lu, D., Sarrafzadeh, M., "Unobtrusive and Continuous Monitoring of Alcohol Impaired Gait Using Smart Shoes", Methods of

31

Exhibit 3
-93-

Information in Medicine, Vol. 56, No.1, p74-82, Jan 2017.

185. Lee, S., Huang, A., Mortazavi, B., Li, C., Hoffman, H., Garst, J., Lu, D., Getachew, R., Espinal, M., Razaghy, M., Ghalehsari, N., Paak, B., Ghavam, A., Afridi, M., Ostowari, A., Ghasemzadeh, H., Lu, D., Sarrafzadeh, M., "Quantitative assessment of hand motor function in cervical spinal disorder patients using target tracking tests", Journal of Rehabilitation Research & Development (JRRD), 53(6) (November 2016)

186. Evangelista, L., Ghasemzadeh, H., Lee, J., Fallahzadeh, R., Sarrafzadeh, M., Moser, D., "Predicting Adherence to Use of Remote Health Monitoring Systems in a Cohort of Patients with Chronic Heart Failure", Technology and Health Care, 16-466-R, (2016)

187. Kalantarian, H., Alshurafa, N., Sarrafzadeh, M., "A Survey of Diet Monitoring Technology", IEEE Pervasive Computing, IEEE Pervasive Computing. January 2017. Volume 16, Issue 1.

188. Kalantarian, H., Sarrafzadeh, M., "Probabilistic Time-Series Segmentation", Pervasive and Mobile Computing, (March 2017) Equal

189. Kalantarian, H., Sideris, C., Sarrafzadeh, M., "A Hierarchical Classification and Segmentation Scheme for Processing Sensor Data", IEEE Journal of Biomedical and Health Informatics, 10.1109/JBHI.2016.2526679, 21(3):672 - 681 (May 2017).

190. A. Hosseini, C.M. Buonocore, S. Hashemzadeh, H. Hojaiji, H. Kalantraian, C. Sideris, A.A.T. Bui, C.E. King, M. Sarrafzadeh. Feasibility of a Secure Wireless Sensing Smartwatch Application for the Self-Management of Pediatric Asthma. Sensors, 2017 .

191. Chrsitine King and Majid Sarrafzadeh, "A SURVEY OF SMARTWATCHES IN REMOTE HEALTH MONITORING",
Journal of Healthcare Informatics Research.

Kachuee, Mohammad; Darabi, Sajad; Moatamed, Babak; Sarrafzadeh, Majid "Dynamic Feature Acquisition Using Denoising Autoencoders IEEE Transactions on Neural Networks and Learning Systems; Volume 30, Issue 8, August 2019. Page(s): 2252 - 2262

192. Frank day et al, "Feasibility Study of an EHR-Integrated Mobile Shared Decision Making Application Journal" International Journal of Medical Informatics

193. Orpaz Goldstein et al "Target-Focused Feature Selection Using Uncertainty Measurements in Healthcare Data" in its current form for publication in ACM Transactions on Computing for Healthcare

Sajad Darabi, Mohammad Kachuee, Shayan Fazeli, and Majid Sarrafzadeh, TAPER: Time-Aware Patient EHR Representation

In Journal JHBI

32

Exhibit 5
-94-

## IV. Conference Papers

194. F. P. Preparata and M. Sarrafzadeh, "Channel Routing of Nets of Bounded Degree," Proceeding of the VLSI: Algorithms and Architectures (P. Bertolazzi and F. Luccio ed.), North-Holland, 1984, pp. 189-203. **(Invited Paper)**

195. G. Bilardi and M. Sarrafzadeh, "Optimal Discrete Fourier Transform in VLSI," Proceeding of the VLSI: Algorithms and Architectures (P. Bertolazzi and F. Luccio ed.), North-Holland, 1984, pp. 79-89.

196. M. Sarrafzadeh, "On the Complexity of the General Channel Routing Problem in the Knock-Knee Mode," Proceedings of the 20th Annual Conference on Information Sciences and Systems, Princeton, NJ, March 1986, pp. 161-164.

197. M. Sarrafzadeh, "Layout Stretching to Ensure Wirability," Proceeding of the 21st Annual Conference on Information Sciences and Systems, (with M. L. Brady), Johns Hopkins, March 25-28, 1987, pp. 588-593.

198. Y. M. Huang and M. Sarrafzadeh, "A Parallel Algorithm for Minimum Dual-Cover with Application to CMOS Layout," Proceedings of the 1988 International Conference on Parallel Processing.

199. M. Sarrafzadeh, "Multilayer Routing in Sea-of-Gates," Proceeding of the IFIP Workshop on Physical Design of Sea of Gates in VLSI, W. Germany, August 1988.

200. R. D. Lou and M. Sarrafzadeh, "General Circular Permutation Layout," Proceedings of the 1988 Allerton Conference, October 1988, pp. 1136-1137.

201. R.D. Lou, K. F. Liao and M. Sarrafzadeh, "Planar Routing Around a Rectangle," Proceeding of the 1988 International Computer Symposium, Taipei, Taiwan.

202. A. Katsaggelos, S. Kumar and M. Sarrafzadeh, "Parallel Processing Architectures for Iterative Image Restoration," Proceedings of the 1989 IEEE International Conference on ASSP, Glasgow, Scotland, pp. 2544-2547.

203. C. Chiang and M. Sarrafzadeh, "Using 45-degree Wires to Ensure Wirability," Proceeding of the 20th International Conference on Combinatorics, Graph Theory and Computing, Boca Raton, Florida, February 1989.

204. M. Sarrafzadeh and D. Zhou, "Theoretical Aspects of Global Routing," Proceeding of the 20th International Conference on Combinatorics, Graph Theory and Computing, Boca Raton, Florida.

205. G. Bilardi, S. Hornick and M. Sarrafzadeh, "Optimal VLSI Architecture for Multidimensional DFT," Proceedings of the 1989 ACM Symposium on Parallel Algorithms and Architectures, NM, June 18-21, 1989, pp. 265-272.

206. C. Chiang, M. Sarrafzadeh and C. K. Wong, "A Powerful Global Router: Based on Steiner Min-Max Trees," Proceedings of the International Symposium on Computer-

**Exhibit 5 -95-**

Aided-Design (ICCAD-89), Santa Clara, CA, November 1989, pp. 2-5.

207. R.D. Lou, D.T. Lee and M. Sarrafzadeh, "An Optimal Algorithm for the Maximum Two-chain Problem," Proceedings of the First ACM SIAM Conference on Discrete Algorithms, San Francisco, January 1990, pp. 149-158.

208. R. D. Lou and M. Sarrafzadeh, "Circular Permutation Family of Graphs," Proceedings of the International Workshop on Discrete Algorithms and Complexity, Fukuoka, Japan, November 1989, pp. 107-114.

209. Katsaggelos, S. Kumar and M. Sarrafzadeh, "Parallel Architecture for an Iterative Image Restoration Algorithms," Proceedings of the IEEE International Symposium on Circuits and System (ISCAS) May 1990, pp. 2605-2608. **(Invited Paper)**

210. Y. Sun and M. Sarrafzadeh, "Floorplanning by Graph Dualization: L-shaped Modules," Proceedings of the IEEE International Symposium on Circuits and System (ISCAS) May 1990, pp. 2845-2848.

211. R. D. Lou and M. Sarrafzadeh, "Maximum k-Coverings of Weighted Transitive Graphs with Applications," Proceedings of the IEEE International Symposium on Circuits and System (ISCAS) May 1990, pp. 332-335. **(Invited Paper)**

212. M. Nag and M. Sarrafzadeh, "A Parallel Algorithm for Two-Layer Wiring," Proceedings of the 1990 International Conference on Parallel Processing.

213. K. F. Liao and M. Sarrafzadeh, "Vertex-disjoint Trees in Planar Graphs," Proceeding of the 16th International Workshop on Graph-Theoretic Concepts in Computer Science (WG-90), with K.F. Liao, Berlin, West Germany, June 1990.

214. J. M. Ho, A. Suzuki and M. Sarrafzadeh, "An Exact Algorithm for Single Layer Wire-Length Minimization," Proceedings of the IEEE International Conference on Computer-Aided Design (ICCAD-90), with J.M. Ho and A. Suzuki, Santa Clara, CA, November 1990, pp. 424-427.

215. R.D. Lou and M. Sarrafzadeh, "An Efficient Algorithm for the Maximum k-chain Problem," Proceedings of the 1990 Allerton Conference, with R.D. Lou, pp. 315-323.

216. N. Holmes, N. Sherwani and M. Sarrafzadeh, "New Algorithms for Over-the-Cell Channel Routing Using Vacant Terminals," Proceedings of the 1991 IEEE Design Automation Conference (DAC'91), with N. Holmes and N. Sherwani, pp. 126-131.

217. J. D. Cho and M. Sarrafzadeh, "The Pin Redistribution Problem in Multi-Chip Modules," Proceedings of ASIC'91: Fourth Annual IEEE International ASIC Conference and Exhibit, with J. D. Cho, Rochester, NY, September 23-27, 1991, pp. 9-2-1 to 9-2-4.

218. K. F. Liao, C. K. Wong and M. Sarrafzadeh, "Single Layer Global Routing," Proceedings of ASIC'91: Fourth Annual IEEE International ASIC Conference and Exhibit, with K. F. Liao and C. K. Wong, Rochester, NY, September 23-27, 1991, pp. 14-4-1 to 14-4-4.

**Exhibit 5**
**-96-**

219. J. Cong, A. Kahng, G. Robins and M. Sarrafzadeh, "Performance Driven Global Routing for Cell Based IC's," Proceedings of the IEEE International Conference on Computer Design (ICCD), October 14-16, 1991, pp. 170-173.

220. N. Holmes, N. Sherwani and M. Sarrafzadeh, "Algorithms for Three-Layer Over-the-Cell Channel Routing," Proceedings of the IEEE International Conference on Computer-Aided Design (ICCAD-91), with N. Holmes and N. Sherwani, Santa Clara, CA, November 1991, pp. 428-431. **(Distinguished Paper)**

221. M. Marek-Sadowska and M. Sarrafzadeh, "The Crossing Distribution Problem," Proceedings of the IEEE International Conference on Computer-Aided Design (ICCAD-91) with M. Marek-Sadowska, Santa Clara, CA, November 1991, pp. 528-531. **(Distinguished Paper)**

222. M. Sarrafzadeh and D. T. Lee, "Maximum Independent Set of a Permutation Graph in k Tracks," Proceedings of The Second Annual International Symposium on Algorithm, with D. T. Lee, Taipei, Taiwan, December 1991.

223. K.H. Yeap and M. Sarrafzadeh, "A Theorem on Slicability," Proceeding of the Second Great Lakes Computer Science Symposium, with K. H. Yeap, November 1991, Kalamazoo, MI.

224. K.H. Yeap and M. Sarrafzadeh, "Graph Dualization: 2-concave Modules are Necessary and Sufficient," Proceedings of the 1991 Allerton Conference, with K. H. Yeap.

225. J. Cong, A. Kahng, G. Robins, M. Sarrafzadeh and C. K. Wong, "Provably Good Performance Driven Global Routing," with J. Cong, A. Kahng, G. Robins, and C. K. Wong, Proceedings of the IEEE International Symposium on Circuits and System (ISCAS-92), pp. 739-752.

226. B. Wu, N. Sherwani and M. Sarrafzadeh, "On Minimum Bend Single Row Routing," Proceedings of the IEEE International Symposium on Circuits and System (ISCAS-92), with Bo Wu and N. Sherwani, pp. 29-32.

227. C. Chiang, M. Sarrafzadeh and C. K. Wong, "An Optimal Algorithm for Exact Rectilinear Steiner Trees For Switchbox with Obstacles," Proceedings of the IEEE International Symposium on Circuits and System (ISCAS-92), with C. Chiang and C. K. Wong, pp. 9- 12.

228. N. Holmes, N. Sherwani and M. Sarrafzadeh, "Over-the-Cell Channel Routing for High-Performance Circuits," Proceedings of the 1992 IEEE Design Automation Conference (DAC'92), with N. Holmes and N. Sherwani, pp. 600-603.

229. N. Holmes, N. Sherwani and M. Sarrafzadeh, "Over-the-Cell Routing for New Cell Models," Proceedings of the 1992 IEEE Design Automation Conference (DAC'92) with N. Holmes and N. Sherwani, pp. 604-607.

230. J.D. Cho, K. F. Liao and M. Sarrafzadeh, "Multilayer Routing Algorithm for High Performance MCMs," Proceedings of ASIC'92: Fifth Annual IEEE International ASIC

35

**Exhibit 5**
**-97-**

Conference and Exhibit, with J. D. Cho and K. F. Liao, Rochester, NY, September 1992, pp. 226-229.

231. D.S. Chen and M. Sarrafzadeh, "A Wire-length Minimization Algorithm for Single-layer Layouts," Proceeding of the International Conference on Computer-Aided Design (ICCAD-92) with D.S. Chen, pp. 390-393.

232. D.T. Lee and M. Sarrafzadeh, "Restricted Track Assignment with Application," Proceedings of the International Symposium on Algorithms and Computation, with D. T. Lee, Nagoya, Japan, December 1992.

233. F. Wagner, D. Wagner, K. Weihe and M. Sarrafzadeh, "Wiring Knock-knee Layouts: A Global Approach," Proceedings of the International Symposium on Algorithms and Computation, Nagoya, Japan, December 1992.

234. K. H. Yeap and M. Sarrafzadeh, "An Integrated Algorithm designed for Optimal Floorplan Sizing and Enumeration," Proceedings of the 1993 European Design Automation Conference, Paris, France, February 1993, pp. 29 – 33.

235. G. Robins, J. Cong, A. B. Kahng and M. Sarrafzadeh, "Minimum Density Interconnection Trees," Proceeding of the 1993 International Symposium on Circuits and Systems (ISCAS-93) pp 1865-1868.

236. S.Raje and M. Sarrafzadeh, "GEM: A Geometric Algorithm for Scheduling," Proceeding of the 1993 International Symposium on Circuits and Systems (ISCAS-93) May 1993.

237. M. Sriram, S. Kang, J.D. Cho, S. Raje and M. Sarrafzadeh, "Crosstalk-Minimum Layer Assignment," Proceedings of the Custom Integrated Circuits Conference, San Diego, CA, May 1993, pp. 29.7.1 - 29.7.4.

238. J.D. Cho and M. Sarrafzadeh, "A Buffer Redistribution Algorithm for High-Speed Clock Routing," Proceedings of the 1993 IEEE Design Automation Conference (DAC'93) pp. 537-543. **(Best paper award)**

239. M. Sriram, S. Kang, J.D. Cho, S. Raje and M. Sarrafzadeh, "A Multilayer Assignment Algorithm for Interference Minimization," Proceedings of the 4th ACM-SIGDA Physical Design Workshop, Lake Arrowhead, CA, April 19-21, 1993, pp. 63-67.

240. M. Sarrafzadeh, "Transforming an Arbitrary Floorplan into a Sliceable One," Proceedings of the International Conference on Computer-Aided Design (ICCAD-93) pp. 386-389.

241. A. Farrahi and M. Sarrafzadeh, "On the Lookup-table Minimization Problem for FPGA Technology Mapping," Proceedings of the Workshop on FPGAs, Berkeley, CA, February 13-15, 1994.

242. J.D. Cho and Y. Kajitani and M. Sarrafzadeh, "New Approximation Results on Graph Matching and Related Problems," Proceedings of the 20th International Workshop (WG-1994) Vol. 903, pp. 343-358.

36

Exhibit 5
-98-

243. A. Farrahi and M. Sarrafzadeh, "FPGA Technology Mapping for Power Minimization," Proceedings of the Workshop on Field Programmable Logic and Applications (FPL'94) Prague, CZ, September 7-9, pp. 66-77.

244. J. D. Cho and Salil Raje and M. Sarrafzadeh, "New Approximation Results for Maxcut and Related Problems," Proceedings of the 2nd Annual European Symposium on Algorithms (ESA'94) Utrecht, Netherlands, September 1994, pp. 148-158.

245. G. Tellez and M. Sarrafzadeh, "Clock Period Constrained Minimal Buffer Insertion in Clock Trees," Proceedings of the International Conference on Computer-Aided Design, ICCAD-94; pp. 219-223.

246. W. Lin, C. K. Wong and M. Sarrafzadeh, "The Reproducing Placement Problem with Application," Proceedings of the International Conference on Computer-Aided Design, ICCAD-94; pp. 686-689.

247. W. Lin and M. Sarrafzadeh, "A Linear Arrangement Problem with Applications," Proceedings of the 1995 International Symposium on Circuits and Systems (ISCAS) April 1995, Seattle, WA, pp. 57-60.

248. D. S. Chen, G. Yeap and M. Sarrafzadeh, "State Encoding of Finite State Machines for Low Power Design," Proceedings of the 1995 International Symposium on Circuits and Systems (ISCAS) Seattle, WA, April 1995.

249. G. Tellez and M. Sarrafzadeh, "On Rectlinear Distance Preserving Steiner Trees," Proceedings of the 1995 International Symposium on Circuits and Systems (ISCAS) Seattle, WA , April 1995, pp. 163-166.

250. A. Farrahi and G. Tellez and M. Sarrafzadeh, "Memory Segmentation to Exploit Sleep Mode Operation," Proceedings of the 32nd Design Automation Conference (DAC) June 1995, pp. 36-41.

251. E. Frank and S. Raje and M. Sarrafzadeh, "Constrained Register Allocation in Bus Architectures," Proceeding of the 1995 Design Automation Conference (DAC).

252. A. Farrahi and M. Sarrafzadeh, "Interval Graph Partitioning for Clique-width Maximization," Proceedings of the 26th International Conference on Combinatorics, Graph Theory  and Computing, Boca Raton, FL, March 1995.

253. S. Raje and M. Sarrafzadeh, "Variable Voltage Scheduling," Proceedings of the 1995 International Symposium on Low Power Design,"  Dana Point Resort, Dana Point, CA April 23-26, 1995.

254. A. Farrahi and M. Sarrafzadeh, "System Partitioning to Maximize Sleep Time," Proceedings of the International Conference on Computer-Aided Design (ICCAD) San Jose, CA, November 1995, pp. 452-455.

255. A. Farrahi, G. Tellez and M. Sarrafzadeh, "Activity-Driven Clock Design for Low Power Circuits," Proceedings of the International Conference on Computer-Aided

Exhibit 5
-99-

Design (ICCAD) San Jose, CA, November 1995, pp. 62-65.

256. D. Knol, G. Tellez and M. Sarrafzadeh, "A Graph-Based Delay Budgeting Algorithm for Large Scale Timing-Driven Placement Problems," Proceedings of the 5th ACM SIGDA Physical Design Workshop, Reston, VA, April 15-17, 1996.

257. D.S. Chen and M. Sarrafzadeh, "An Exact Algorithm for Low-Power Gate Resizing," Proceedings of the 1996 Design Automation Conference (DAC-96).

258. D.S. Chen and M. Sarrafzadeh, "Cube-Embedding Based State Encoding," Proceedings of the Asia South Pacific DAC (ASP-DAC97) Tokyo, Japan, January 1997.

259. J. Crenshaw and M. Sarrafzadeh, "An Accurate Behavioral Level Power Estimator," Proceedings of the ED & TC 1997, Paris, France, March 1997.

260. D. Knol, G. Tellez and M. Sarrafzadeh, "A Solution to Large Scale Timing-Driven Placement Problems," Proceedings of the 1997 Design Automation Conference (DAC-97).

261. A. Farrahi and M. Sarrafzadeh, "TDD: Fast Technology Mapping with Accurate Prediction," Proceedings of the ASIC'97: Annual IEEE International ASIC Conference and Exhibit.

262. M. Enos, S. Hauck and M. Sarrafzadeh, "Logic Partitioning with Replication," Proceedings of the International Conference on Computer-Aided Design (ICCAD 97).

263. M. Wang and M. Sarrafzadeh, "NRG: Global and Detailed Placement," Proceedings of the International Conference on Computer-Aided Design (ICCAD 97).

264. P. Banerjee, S. Roy and M. Sarrafzadeh, "Partitioning Sequential Circuits for Low Power, Low Power Circuit Partitioning," Proceeding of the 11th International Conference on VLSI Design.

265. J. Crenshaw and M. Sarrafzadeh, "Low-Power Driven Scheduling and Binding," Proceedings of the 1997 Great Lakes Symposium on VLSI, Lafayette, LA, February 19-21, 1998.

266. K. Bazargan, S. Kim and M. Sarrafzadeh, "Nostradamus: Floorplanner of Uncertain Designs," Proceedings of the 1998 International Symposium on Physical Design (ISPD

267. M. Wang, P. Banerjee and M. Sarrafzadeh, "Placement with Incomplete Data," Proceedings of the 1998 Design Automation Conference (DAC-98).

268. P. Prabhakaran, J. Crenshaw, P. Banerjee and M. Sarrafzadeh, "Simultaneous Scheduling, Binding and Floorplanning for Interconnect Power Optimization," Proceedings of the 1999 VLSI Design Conference, Goa, India, January 1999.

269. J. Crenshaw, P. Prabhakaran, P. Banerjee and M. Sarrafzadeh, "An Incremental Floorplanner," Proceeding of the 1998 Great Lakes Symposium on VLSI, March 4-6, Ann Arbor, MI.

Exhibit 5
-100-

270. S. Raje and M. Sarrafzadeh, "Scheduling with Multiple Voltages under Resource Constraints," Proceedings of the 1999 International Symposium on Circuits and Systems (ISCAS) pp. 350-353, May 30-June 2, 1999, Miami, FL.

271. M. Sarrafzadeh and T. Takahashi, "A Fast Algorithm for Routability Testing," Proceedings of the 1999 International Symposium on Circuits and Systems (ISCAS) May 30 - June 2 1999, Miami, FL.

272. M. Wang and M. Sarrafzadeh, "Congestion Minimization During Placement," Proceedings of the 1999 International Symposium on Physical Design (ISPD 99) Monterey, CA.

273. A. Ranjan, K. Bazargan and M. Sarrafzadeh, "Floorplannig 1000 times Faster," Proceedings of the System Level Interconnect Prediction (SLIP 99).

274. M. Sarrafzadeh and M. Wang, "Can Fast Algorithms Be Used as Good Predictors?" Proceedings of the System Level Interconnect Prediction (SLIP 99). **(Position Statement)**

275. K. Bazargan, R. Kastner and Majid Sarrafzadeh, "3-D Floorplanning: Simulated Annealing and Greedy Placement Methods for Reconfigurable Computing Systems," Proceedings of the 10th IEEE International Workshop on Rapid System Prototyping, Sheraton Sandkey, Clearwater, FL June 16-18, 1999.

276. K. Bazargan and M. Sarrafzadeh, "Fast Online Placement for Reconfigurable Computing Systems," Proceedings of the IEEE FCCM: Symposium on Field Programmable Custom Computing Machines, Napa Valley, CA, April 21-23, 1999.

277. C. Chen and M. Sarrafzadeh, "Slack Equalization Algorithm: Precise Slack Distribution for Low-Level Synthesis and Optimization," Proceedings of the International Workshop on Logic Synthesis (IWLS) Lake Tahoe, CA, June 1999, pp. 190-192.

278. ICCAD 1999 full day tutorial, "Modern Physical Design: Algorithm, Technology and Methodology."

279. C. Chen and M. Sarrafzadeh, "Power Reduction by Simultaneous Voltage Scaling and Gate Sizing," Proceedings of the ASP-DAC 2000, Yokohama, Japan, pp. 333-338.

280. C. Chen and M. Sarrafzadeh, "An Effective Algorithm for Gate-Level Power-Delay Tradeoff Using Two Voltages," Proceedings of the ICCD, October 1999, Austin, TX, pp. 222-2327.

281. M. Sarrafzadeh and M. Wang, "Interaction Among Cost Function During Placement," Proceedings of the International Conference on VLSI and CAD, Seoul, Korea, October 26-29, 1999. **(Invited Paper)**

282. R. Kastner, K. Bazargan and M. Sarrafzadeh, "Physical Design of Reconfigurable Computing Systems with Firm Macros," Proceedings of the Workshop on Reconfigurable Computing (WoRC'99), October 1999.

39

Exhibit 5
-101-

283. C. Chen and M. Sarrafzadeh, "Provably Good Algorithm for Low Power Consumption with Dual Supply Voltages," to appear in Proceedings of the International Conference on Computer-Aided Design, ICCAD, November 7-10, 1999, pp. 76-79.

284. S. Ogrenci, K. Bazargan and M. Sarrafzadeh, "Image Analysis and Partitioning for FPGA Implementation of Image Restoration," Proceedings of the IEEE Workshop on Signal Processing Systems, 2000, pp. 346-355.

285. M. Wang and M. Sarrafzadeh, "Modeling and Minimization of Routing Congestion," Proceedings of the Asia South Pacific Design Automation Conference (ASP-DAC 2000) China.

286. M. Wang, S. Lim, J. Cong and Majid Sarrafzadeh, "Multi-way Partitioning Using Bi-partition Heuristics," Proceedings of the Asia South Pacific Design Automation Conference (ASP-DAC 2000) China.

287. A. Farrahi, D. Hathaway, M. Wang and M. Sarrafzadeh, "Quality of EDA CAD Tools: Definitions, Metrics and Directions," Proceedings of ISQED 2000, March, San Jose, CA. **(Invited paper)**

288. S. Ogrenci, A. Katsaggelos and M. Sarrafzadeh, "FPGA Analysis and Implementation of Image Restoration," Poster presentation at the ACM International Symposium on Field Programmable Gate Arrays (FPGA 2000) Monterey, CA, February 10-11, 2000.

289. K. Bazarga, A.Ranjan and  M. Sarrafzadeh, "Fast and Accurate Estimation of Floorplans in Logic/High-level Synthesis," Proceedings of the 2000 Great Lakes Symposium on VLSI (GLSVLSI 2000) Chicago, IL, March 2-4, 2000, pp. 95-100.

290. M. Wang, X. Yang, K. Eguro and M. Sarrafzadeh, "Multi-Center Congestion Minimization During Placement," Proceedings of the International Symposium on Physical Design (ISPD) April 2000, pp. 147-152.

291. M. Wang, X. Yang, K. Eguro and M. Sarrafzadeh, "A Snap-On Placement Tool," Proceedings of the International Symposium on Physical Design (ISPD) April 2000, pp. 153-158.

292. J. Cong and M. Sarrafzadeh, "Incremental Physical Design," Proceedings of the International Symposium on Physical Design (ISPD 2000). **(Invited paper)**

293. K. Bazargan, R. Kastner, S. Ogrenci and M. Sarrafzadeh, "A C to Hardware/Software Compiler," Proceedings of the IEEE Symposium on Field Programmable Custom Computing Machines (IEEE: FCCM) Napa Valley, CA, April 21-23, 2000.

294. A. Nayak, P. Banerjee, C. Chen and M. Sarrafzadeh, "Power Optimization Issues in Dual Voltage Design," ICDA 2000 (part of World Computer Congress 2000) Beijing, China, August 21-25, 2000, pp. 99-105.

295. A. Srivatsava, R. Kastner, M. Sarrafzadeh, "Gate Duplication for Performance Optimization," Proceedings of the International Workshop on Logic Synthesis (IWLS)

40

**Exhibit 5
-102-**

Los Angeles, CA, June 2000.

296. A. Srivastava, R. Kastner and M. Sarrafzadeh, "Complexity Issues in Gate Duplication," Proceedings of the International Workshop on Logic Synthesis (IWLS) June 2000.

297. A. Ranjan, K. Bazargan and M. Sarrafzadeh, "Fast Hierarchical Floorplanning with Congestion and Timing Control," Proceedings of the International Conference on Computer Design (ICCD), Austin, TX, September 17-20, 2000, pp. 357-362.

298. A. Nayak, M. Haldar, P. Banerjee, C. Chen and M. Sarrafzadeh, "Power Optimization of Delay Constrained Circuits," Proceedings of the 2000 ASIC/SOC Conference, Washington D.C., pp. 305-309.

299. R. Kastner, E. Bozorgzadeh and M. Sarrafzadeh, "Coupling Aware Routing," Proceedings of the IEEE International ASIC/SOC Conference, Washington, D.C., September 2000.

300. A. Srivatsava, R. Kastner and M. Sarrafzadeh, "Timing Driven Gate Duplication: Complexity Issues and Alogrithms," Proceedings of the International Conference on Computer-Aided Design (ICCAD) San Jose, CA, November 2000, pp. 447-450.

301. C. Chen, X. Yang and M. Sarrafzadeh, "Potential Slack: An Effective Metric of Combinational Circuit Peformance," Proceedings of the International Conference on Computer-Aided Design (ICCAD) San Jose, CA, November 2000, pp. 198-201.

302. M. Wang, X. Yang, K. Eguro and M. Sarrafzadeh, "Dragon2000: Placement of Industrial Circuits," Proceedings of the International Conference on Computer-Aided Design (ICCAD) November 2000, pp. 260-263.

303. R. Kastner, E. Bozorgzadeh and M. Sarrafzadeh, "Predictable Routing," Proceedings of the ACM/IEEE International Conference on Computer-Aided Design (ICCAD) November 2000.

304. A. Kahng and M. Sarrafzadeh, "Modern Physical Design," Tutorial from the International Conference on Computer-Aided Design (ICCAD) 2000. **(Tutorial)**

305. J. Cong, O. Coudert and M. Sarrafzadeh, "Incremental CAD," Embedded Tutorial from the International Conference on Computer-Aided Design (ICCAD) 2000. **(Tutorial)**

306. K. Bazargan, S. Ogrenci and M. Sarrafzadeh, "A Fast Scheduling and Placement Method for C to Hardware/Software Compilation," Reconfigurable Techniques for Computing, Part of Photonics East Conference, Boston, MA, November 5-8.

307. S. Ogrenci, K. Bazarga and M. Sarrafzadeh, "Image Analysis and Partitioning for FPGA Mapping," IEEE Workshop on Signal Processing Systems (SiPS) Lafayette, LA, 2000.

308. A. Srivatsava, C. Chen and M. Sarrafzadeh, "Timing Driven Gate Duplication in Technology Independent Phase," Proceedings of the ACM/IEEE Asia South Pacific Design Automation Conference (ASP-DAC) Yokohama, Japan, Jan 31-Feb 2, 2001.

**Exhibit 5
-103-**

309. E. Bozorgzadeh, S. Ogrenci and M. Sarrafzadeh, "R-Pack: Routability-Driven Packing for Cluster-Based FPGAs," Proceedings of the Asia South Pacific Design Automation Conference (ASP-DAC) Yokohama, Japan, Jan 31-Feb 2, 2001.

310. A. Ranjan, A. Srivastava, V. Karnam and M. Sarrafzadeh, "Layout Aware Retiming," Proceedings of the ACM/SIGDA Great Lakes Symposium on VLSI: GLSVLSI, March 2001.

311. Tutorial with Xilinx et al on "Field Programmable Devices," DAC 2001. **(Tutorial)**

312. X. Yang, E. Bozorgzadeh and M. Sarrafzadeh, "Wirelength Estimation Based on Rent Exponents of Partitioning and Placement," Proceedings of System-Level Interconnect Prediction (SLIP) Sonoma, CA, March 31-April 1, 2001.

313. S. Ogrenci, E. Bozorgzadeh, R. Kastner and M. Sarrafzadeh, "Strategically Reconfigurable Gate Arrays," Proceedings of the Reconfigurable Architecture Workshop (RAW) April 2001.

314. R. Kastner, E. Bozorgzadeh and M. Sarrafzadeh, "An Exact Alogrithm for Coupling-Free Routing," Proceedings of the ACM/IEEE International Symposium on Physical Design (ISPD) April 2001.

315. S. Ogrenci Memik, E. Bozorgzadeh, R. Kastner and M. Sarrafzadeh, "SPS: Strategically Programmable Systems," Proceedings of the Reconfigurable Architecture Workshop (RAW) San Francisco, CA, April 2001.

316. M. Sarrafzadeh, E. Bozorgzadeh, R. Kastner and A. Srivastava, "Design and Analysis of Physical Design Algorithms," Proceedings of the ACM/SIGDA International Symposium on Physical Design (ISPD) April 2001.

317. X. Yang, R. Kastner and M. Sarrafzadeh, "Congestion Estimation During Top-down Placement," Proceedings of the International Symposium on Physical Design 2001 (ISPD) Sonoma County, CA, April 1-4, 2001, pp. 164-169.

318. M. Sarrafzadeh and students, "Fundamental Graph Algorithms in Physical Design," Proceedings of the International Symposium on Physical Design 2001 (ISPD) Sonoma County, CA, April 1-4, 2001. **(Invited Paper)**

319. A. Srivastava, C. Chen and M. Sarrafzadeh, "Exact Algorithm for Modifying Buffer Trees Using Buffer Duplication in a Delay Optimization Perspective," Proceedings of the ACM/SIGDA International Workshop on Logic Synthesis (IWLS) June 2001, pp. 179-184.

320. E. Bozorgzadeh, R. Kastner and M. Sarrafzadeh, "Creating and Exploiting Flexibility in Steiner Trees," Proceedings of the ACM/IEEE Design Automation Conference (DAC) Las Vegas, NV, June 2001, pp. 195-198.

321. P. Schaumont, I. Verbawhede, K. Keutzer and M. Sarrafzadeh, "A Quick Safari Through the Reconfigurable Jungle," Las Vegas Convention Center, June 2001, pp. 172-177. **(Invited Paper)**

42

**Exhibit 5
-104-**

322. K. Bazargan, S. Ogrenci, and M. Sarrafzadeh, "Integrated Scheduling and Physical Design into a Coherent Compilation Cycle for Reconfigurable Computing Architectures," Proceedings of the IEEE/ACM Design Automation Conference (DAC) Las Vegas Convention Center, June 2001, pp. 635-640. **(Best Paper Award Nomination)**

323. A. Srivastava, R. Kastner and M. Sarrafzadeh, "On the Complexity of Gate Duplication," Proceedings of the IEEE Transactions on Computer-Aided Design (TCAD) September 2001, Vol. 20, pp. 1170-1176.

324. A.B. Kahng, R. Kastner, S. Mantik, M. Sarrafzadeh and X. Yang, "Studies of Timing Structural Properties for Early Evaluation of Circuit Design," (SASIMI) Japan, October 2001.

325. R. Kastner, S. Ogrenci-Memik, E. Bozorgzadeh and M. Sarrafzadeh, "Instruction Generation for Hybrid Reconfigurable Systems," Proceedings of the ACM/IEEE International Conference on Computer-Aided Design (ICCAD) San Jose, CA, November 2001.

326. X. Yang, R. Kastner and M. Sarrafzadeh, "Congestion Reduction During Placement Based on Integer Programming," Proceedings of the International Conference on Computer-Aided Design (ICCAD) San Jose, CA, November 2001, pp. 573-576.

327. S. Ogrenci-Memik, E. Bozorgzadeh, R. Kastner and M. Sarrafzadeh, "A Super-Scheduler for Embedded Reconfigurable Systems," Proceedings of the IEEE/ACM International Conference on Computer-Aided Design (ICCAD) San Jose, CA, November 2001.

328. C. Chen and M. Sarrafzadeh, "Power-Manageable Scheduling Technique for Control Dominated High-Level Synthesis," 2002.

329. C. Chen, A. Srivastava and M. Sarrafzadeh, "Budget Management and its Applications," Algorithmica, 2002, pp. 261-275.

330. S. Ogrenci-Memik, A. Srivatsava and M. Sarradzadeh, "Design under Uncertainties," Proceedings of the International Symposium on Circuits & Systems (ISCAS 2002); special session on Computational Graph Theory for Computer and Communication Systems, Phoenix, AZ.

331. E. Bozorgzadeh, S. Ogrenci-Memik, R. Kastner and M. Sarrafzadeh, "Pattern Selection in Programmable Systems," Poster Presentation at the International Symposium of Field Programmable Gate Arrays (FPGA) Monterey, CA, February 2002.

332. X. Yang, B.K. Choi and M. Sarrafzadeh, "Routability Driven White Space Allocation for Fixed-die Standard-cell Placement," ISPD 2002, San Diego, CA, April 2002, pp. 42-47.

333. S. Ogrenci-Memik, A. Srivatsava, E. Kursun and M. Sarrafzadeh, "Alogrithmic Aspects of Uncertainty Driven Scheduling," Proceedings of the IEEE International Symposium

43

**Exhibit 5 -105-**

on Circuits and Systems (ISCAS) Scottsdale, AZ, May 2002.

334. A. Srivastava, J. Sobaje, M. Potkonjak and M. Sarrafzadeh, "Optimal Node Scheduling for Effective Energy Usage in Sensor Networks," Proceedings of the IEEE Workshop on Integrated Management of Power Aware Communications, Computing and Networking, May 2002.

335. R. Kastner, C. Hsieh, M. Potkonjak and M. Sarrafzadeh, "On the Sensitivity of Incremental Algorithms for Combinatorial Auctions," UCLA Computer Science Department Technical Report 020000, January 2002, Proceedings of the IEEE International Workshop on Advanced Issues of E-Commerce & Web-Based Information Systems (WECWIS) June 2002.

336. E. Bozorgzadeh, S. Ogrenci-Memik, R. Kastner and M. Sarrafzadeh, "Pattern Selection: Customized Block Allocation for Domain-Specific Programmable Systems," Proceedings of the International Conference on Engineering of Reconfigurable Systems and Algorithms (ERSA) June 2002.

337. E. Bozorgzadeh, S. Ogrenci-Memik, R. Kastner and M. Sarrafzadeh, "Customized Block Allocation for Domain-Specific Programmable Systems," Poster presentation at the 2002 International Conference on Engineering of Reconfigurable Systems and Algorithms (ERSA) Las Vegas, NV, June 24-27, 2002.

338. A. Srivatsava and M. Sarrafzadeh, "Predictability Driven Binding," Proceedings of the IEEE/ACM International Workshop on Logic & Synthesis (IWLS), New Orleans, LA, June 4-7, 2002.

339. E. Kursun, A. Srivastava, S. Ogrenci-Memik and M. Sarrafzadeh, "Early Evaluation Techniques for Low Power Binding," Proceedings of the ISLPED'02: ACM/IEEE International Symposium on Low Power Electronics and Design (ISLPED) Monterey, CA, August 2002.

340. C. Chen, C. Kang, and M. Sarrafzadeh, "Activity-Sensitive Clock Tree Construction for Low Power," Poster presentation at the ISLPED'02: ACM/IEEE International Symposium on Low Power Electronics and Design, Monterey, CA, August 2002.

341. Yang, B.K. Choi and M. Sarrafzadeh, "Standard-Cell Placement Tool for Designs with High Row Utilization," Proceedings of the International Conference on Computer Design (ICCD) Freiburg, Germany, September 16-18, 2002.

342. P. Brisk, A. Kaplan, R. Kastner, and M. Sarrafzadeh, "Instruction Generation and Regularity Extraction for Reconfigurable Processors," Proceedings of the International Conference on Compilers, Architecture and Synthesis for Embedded Systems (CASES) Grenoble, France, October 8-11, 2002.

343. S. Ghiassi, K. Nguyen, and M. Sarrafzadeh, "A General Framework for Tracking Objects in a Multi-Camera Environment," Proceedings of the Third International Workshop on Digital and Computational Video (DCV '02) Florida, November 2002, pp. 200-204.

44

Exhibit 5
-106-

344. A. Srivastava and M. Sarrafzadeh, "Predictability: Definition Analysis and Optimization," Proceedings of the IEEE/ACM International Conference on Computer Aided Design (ICCAD) November 2002.

345. X. Yang, B.K. Choi and M. Sarrafzadeh, "Timing-Driven Placement using Design Hierarchy Guided Constraint Generation," Proceedings of the International Conference on Computer-Aided Design (ICCAD) November 2002.

346. R. Jafari, H. Fan and M. Sarrafzadeh, "A Programmable System with Quick Reconfiguration," Proceedings of DesignCon, San Jose, CA, January 2003.

347. S. Ghiasi and M. Sarrafzadeh, "Optimal Reconfiguration Sequence Management," Proceedings of the Asia South Pacific Design Automation Conference (ASPDAC) January 2003, pp. 359-365.

348. Kaplan, M. Sarrafzadeh and R. Kastner, "High-Level Data Communication Optimization for Reconfigurable Systems," Proceedings of the Workshop on Software Support for Reconfigurable Systems (SSRS), in conjunction with the International Symposium on High-Performance Computer Architecture (HPCA) February 2003.

349. S. Ghiasi, K. Nguyen, E. Bozorgzadeh and M. Sarrafzadeh, "On Computation and Resource Management in an FPGA-based Computing Environment," A poster at the International Symposium on Field-Programmable Gate Arrays (FPGA) February 2003, page 243.

350. S. Kumar, S. Ghiasi, M. Srivastava, "Dynamic Adaptation of Networked Reconfigurable Systems," Proceedings of the Workshop on Software Support for Reconfigurable Systems (SSRS) February 2003.

351. S. Ghiasi, H. J. Moon and M. Sarrafzadeh, "Collaborative and Reconfigurable Object Tracking," Proceedings of the International Conference on Engineering of Reconfigurable Systems and Algorithms (ERSA) Las Vegas, NV, June 2003, pp.13-20.

352. R. Jafari, He. Fan and M. Sarrafzadeh, "Micro-Sequencer Approach Speeds Reconfiguration," COTS Journal, June 2003.

353. Kaplan, P. Brisk, and R. Kastner, "Data Communication Estimation and Reduction for Reconfigurable Systems," Proceedings of the 40th Design Automation Conference (DAC) June 2003.

354. E. Bozorgzadeh, S. Ghiasi, A. Takahashi and M. Sarrafzadeh, "Optimal Integer Delay Budgeting on Directed Acyclic Graphs," Proceedings of the ACM/IEEE Design Automation Conference (DAC) June 2003, Anaheim, CA, pp. 920-925.

355. B.K. Choi. H. Xu, and M. Sarrafzadeh, "Flow-Based Cell Moving Algorithm for Desired Cell Distribution," Proceedings of the International Conference on Computer Aided Design (ICCAD) 2003.

356. S. Ghiasi, H. J. Moon and M. Sarrafzadeh, "Improving Performance and Quality through Hardware Reconfiguration: Potentials and Adaptive Object Tracking Case Study,"

45

Exhibit 5
-107-

Proceedings of the Workshop on Embedded Systems for Real-Time Multimedia
(ESTIMedia) Newport Beach, CA, October 2003, pp. 149-155.

357. Srivastava, S. Ogrenci-Memik, B.K. Choi and M. Sarrafzadeh, "Achieving Design
Closure Through Delay Relaxation Parameter," Proceedings of the IEEE/ACM
International Conference on Computer Aided Design (ICCAD) San Jose, CA, November
2003.

358. S. Ghiasi, E. Bozorgzadeh, K. Nguyen and M. Sarrafzadeh, "On Computation and
Resource Management in Networked Embedded Systems," Proceedings of the
International Conference on Parallel and Distributed Computing and Systems, Marina
Del Rey, CA, November 2003, pp. 445-451.

359. S. Ghiasi, K. Nguyen and M. Sarrafzadeh, "Profiling Accuracy Latency Characteristics
of Collaborative Object Tracking Applications," Proceedings of the International
Conference on Parallel and Distributed Computing and Systems, Marina Del Rey, CA,
November 2003, pp. 694-701.

360. P. Brisk, A. Kaplan and M. Sarrafzadeh, "Parallel Analysis of the Rijndael Block
Cipher," Proceedings of the International Conference on Parallel and Distributed
Computing and Systems (IASTED-PDCS) Marina Del Rey, CA, November 3-5, 2003.

361. A. Nahapetian, S. Ghiasi and M. Sarrafzadeh, "Task Scheduling on Heterogeneous
Resources with Heterogeneous Reconfiguration Costs," Proceedings of the Parallel and
Distributed Computing and Systems (PDCS): Special Session on Synthesis for
Programmable System, November 2003, pp. 916-921.

362. C. Chen, et al., "Reconfigurable Fabric: An Enabling Technology for Pervasive Medical
Monitoring," Proceedings of the Communication Networks and Distributed Systems
Modeling and Simulation Conference (CNDS) San Diego, CA, January 2004.

363. F.C. Chen, F. Dabiri, R. Jafari, E. Kursun, V. Raghunathan, T. Schoellhammer, D.
Sievers, D. Estrin, G. Reinman, M. Sarrafzadeh, M. Srivastava, B. Wu and Y. Yang,
"Reconfigurable Fabric: An Enabling Technology for Pervasive Medical Monitoring,"
Proceedings of the Communication Networks and Distributed Systems Modeling and
Simulation Conference (NDS) San Diego, CA, January 18-24 2004.

364. P. Brisk and M. Sarrafzadeh, "Framework and Design Methodology for a Compiler that
Compresses Code Using Echo Instructions," Proceedings of the 2nd Workshop on
Optimization for DSP and Embedded Systems (ODES-2) March 2004.

365. P. Brisk and M. Sarrafzadeh, "Framework and Design Methodology of a Compiler that
Compresses Code using Echo Instructions," ODES-2: Proceedings of the 2nd Workshop
on Optimizations for DSP and Embedded Systems, The Sheraton Hotel and Conference
Center, Palo Alto, CA, March 21, 2004.

366. S. Ghiasi, E. Kursun and M. Sarrafzadeh, "Transistor Level Budgeting for Power
Optimization," Proceedings of the International Symposium on Quality Electronic
Design (ISQED) 2004, San Jose, CA, pp. 116-121.

Exhibit 5
-108-

367. T. Taghavai, S. Ghiasi, A. Ranjan, S. Raje and M. Sarrafzadeh, "Innovate or Perish: FPGA Physical Design," International Symposium on Physical Design (ISPD) Phoenix, AZ, April 2004, pp. 148-155.

368. Chiang, B.K. Choi and M. Sarrafzadeh, "Routing Resources Consumption on M-arch and X-arch," Proceedings of the International Symposium on Circuits and Systems (ISCAS) Vancouver, Canada, May 23-26, 2004.

369. P. Brisk and M. Sarrafzadeh, "Framework and Design Methodology for a Compiler that Compresses Code Using Echo Instructions," Proceedings of the Southern California Workshop on Parallel and Distributed Processing and Architecture, May 2004.

370. P. Brisk, A. Kaplan and M. Sarrafzadeh, "Area Efficient Instruction Set Synthesis for Reconfigurable System-on-Chip Designs," Proceedings of the 41st Design Automation Conference (DAC) June 7-11, 2004, pp. 395-400.

371. E. Bozorgzadeh, S. Ghiassi, A. Takahashi and M. Sarrafzadeh, "Incremental Timing Budget Management in Programmable Systems," Proceedings of the International Conference on Embedded and Reconfigurable Systems and Architecture, July 2004.

372. P. Brisk, A. Nahapetian and M. Sarrafzadeh, "Instruction Selection for Compilers that Target Architectures with Echo Instructions," Proceedings of the 8th International Workshop on Software and Compilers for Embedded Systems (SCOPES) September 2004.

373. R. Jafari, F. Dabiri and M. Sarrafzadeh, "Reconfigurable Fabric Vest for Fatal Heart Disease Prevention," Proceedings of the 3rd International Workshop on Ubiquitous Computing for Pervasive Healthcare Applications in conjunction with UbiComp'04 (UbiHealth) Nottingham, UK, September 2004.

374. S. Ghiasi, E. Bozorgzadeh, S. Choudhury and M. Sarrafzadeh, "A Unified Theory for Timing Budget Management," Proceedings of the ACM/IEEE International Conference on Computer-Aided Design (ICCAD) November 2004, pp. 653-659.

375. T. Taghavi, X. Yang, BK Choi, M. Wang and M. Sarrafzadeh, "Dragon 2005: Large Scale Mixed-Sized Placement Tool," Proceedings of the International Symposium on Physical Design (ISPD) Placement Design Contest 2005.

376. R. Kastner, P. Brisk, A. Kaplan, F. Brewer and M. Sarrafzadeh, "Physically Aware Data Communication Optimization for Hardware Synthesis," Proceedings of the International Workshop on Logic and Synthesis (IWLS 2005).

377. R. Jafari, F. Dabiri, P. Brisk and M. Sarrafzadeh, "Adaptive and Fault Tolerant Medical Vest for Life-Critical Medical Monitoring," Proceedings of the 20th ACM Symposium on Applied Computing (SAC) Santa Fe, NM, March 13-17, 2005.

378. R. Jafari, F. Dabiri, B.K. Choi and M. Sarrafzadeh, "Efficient Placement and Routing in Grid-Based Networks," Poster presentation at the 20th ACM Symposium on Applied Computing (SAC) Santa Fe, NM, March 2005.

Exhibit 5
-109-

379. P. Brisk, J. Macbeth, F. Dabiri and M. Sarrafzadeh, "Polynomial-Time Graph Coloring Register Allocation," Proceedings of the International Workshop on Logic and Synthesis (IWLS 2005).

380. P. Brisk, J. Macbeth, A. Nahapetian and M. Sarrafzadeh, "A Dictionary Construction Technique for Code Compression Systems with Echo Instructions," Proceedings of the Conference on Languages Compilers and Tools for Embedded Systems (LCTES) 2005.

381. R. Jafari, S. Ogrenci-Memik and M. Sarrafzadeh, "Quick Reconfiguration in Clustered Micro-Sequencer," Proceedings of the 12th Reconfigurable Architectures Workshop (RAW) in conjunction with the International Computer Performance and Dependability Symposium (IPDS) Denver, CO, April 4-5,2005.

382. R. Jafari, F. Dabiri, P. Brisk and M. Sarrafzadeh "CustoMed: A Power Optimized Customizable and Mobile Medical Monitoring and Analysis System," Proceedings of the ACM HCI Challenges in Health Assessment Workshop in conjunction with Computer Human Interaction (CHI) Portland, OR, April 2005.

383. R. Kastner, W. Gong, X. Hao, F. Brewer, A. Kaplan, P. Brisk and M. Sarrafzadeh, "Physically Aware Data Communication Optimization for Hardware Synthesis," Proceedings of the International Workshop on Logic and Synthesis (IWLS) June 2005.

384. R. Jafari, A. Encarnacao, A. Zahoory, F. Dabiri, H. Noshadi and M. Sarrafzadeh, "Wireless Sensor Networks For Health Monitoring," Proceedings of the Second ACM/IEEE International Conference on Mobile and Ubiquitous Systems (Accepted as a Short Paper) San Diego, CA, July 2005.

385. R. Jafari, F. Dabiri and M. Sarrafzadeh, "An Efficient Placement and Routing Technique for Fault-tolerant Distributed Embedded Computing," Proceedings of the 11th IEEE International Conference on Embedded and Real-Time Computing Systems and Applications, Hong Kong, China, August 2005.

386. Ryan Kastner, Wenrui Gong§, Xin Hao§, Forrest Brewer§, Adam Kaplan†, Philip Brisk† and Majid Sarrafzadeh, "Layout Driven Data Communication Optimization for High-level Synthesis", DATE 2006.

387. Ani Nahapetian, Foad Dabiri, Majid Sarrafzadeh, "Energy Minimization and Reliability for Wearable Medical Applications" International Conference on Parallel Processing (ICPP), August 2006.

388. Gao, Tia. Tammara Massey, Will Bishop, Daniel Bernstein, Leo Selavo, Alex Alm, David White, and Majid Sarrafzadeh. "Integration of Triage and Biomedical Devices for Continuous, Real-Time, Automated Patient Monitoring". 3rd IEEE-EMBS International Summer School and Symposium on Medical Devices and Biosensors (ISSS-MDBS 2006). Boston, MA. September 2006.

389. Gao, Tia. Tammara Massey, "An Integrated, Wireless Triage System and Biomedical Devices for Continuous, Real-Time, Automated Patient Monitoring". 3rd IEEE-EMBS International Summer School and Symposium on Medical Devices and Biosensors (ISSS-MDBS 2006). Boston, MA. September 2006.

48

Exhibit 5
-110-

390. Taraneh Taghavi and Majid Sarrafzadeh, "Blockage Oriented Placement,"IEEE Electronic. Design rocess Workshop, 2006.

391. Ryan Kastner, Wenrui Gong, Adam Kaplan, Philip Brisk, Majid Sarrafzadeh, Xin Hao, and Forrester Brewer, "*Layout Driven Data Communication Optimization for High Level Synthesis"*,/Design, Automation and Test in Europe Conference (DATE),/March 2006.

392. Philip Brisk, Foad Dabiri, Jamie Macbeth, and Majid Sarrafzadeh. "Polynomial Time Graph Coloring Register Allocation," 14th International Workshop on Logic and Synthesis.

393. Taraneh Taghavi, Xiaojian Yang, BK Choi, Maogang Wang, and Majid Sarrafzadeh, "Dragon2006: Blockage-Aware Congestion-Controlling Mixed-Sized Placer," in Proc. of International Symposium on Physical Design (ISPD), 2006.

394. Taraneh Taghavi, Soheil Ghiasi, and Majid Sarrafzadeh, Routhing Algorithms: Architecture Driven Rerouthing Enhancement for FPGAs," in Proc. International Symposium on Circuits and Systems (ISCAS), 2006.

395. Tammara Massey, Tia Gao, Matt Welsh, Jonathan Sharp, and Majid Sarrafzadeh. "The Design of a Decentralized Electronic Triage System." American Medical Informatics Association (AMIA). Washington, DC, November 2006.

396. Majid Sarrafzadeh, Foad Dabiri, Roozbeh Jafari, Tammara Massey, and Ani Nahapetan. "Low Power Light-Weight Embedded Systems." International Symposium on Low Power Electronics and Design (ISLPED), Tegernsee, Germany, October 2006.

397. Foad Dairi, Ani Nahapetan, and Majid Sarrafzadeh. "General Delay Budgeting on Directed Acyclic Graphs with Applications in CAD." Electronic Notes in Discrete Mathematics 27, pp. 95-96, 2006, Short Communication.

398. Roozbeh Jafari, Hyduke Noshadi, Soheil Ghiasi, Majid Sarrafzadeh, "Adaptive Medical Feature Extraction for Resource Constrained Distributed Embedded Systems." The first IEEE International Workshop on Pervasive and Ubiquitous Health Care (UbiCare) in conjunction with PerCom, March 2006, Pisa, Italy.

399. Roozbeh Jafari, Devin L. Jindrich, V. Reggie Edgerton, Majid Sarrafzadeh, "CMAS: Clinical Movement Assessment System for Neuromotor Disorders," IEEE Biomedical Circuits and Systems Conference (BioCAS), November-December 2006, London, UK.

400. Philip Brisk, Majid Sarrafzadeh, "Interference Graphs for Procedures in Static Single Information Form are Interval Graphs." SCOPES 2007, Acropolis, Nice, France. April, 2007.

401. **Tutorial**, "Medical Embedded Systems," IESS 2007 Conference, Irvine, CA May 29 – June 1, 2007.

402. Taraneh Taghavi and Majid Sarrafzadeh, "Heirarchical Concurrent Congestion and

49

Exhibit 5
-111-

Wirelength Estimation in the Presence of IP Blocks," IEEE Computer Society Annual
Symposium on VLSI 2007. Porto Alegre, Brazil, May 2007.

403.  Roozbeh Jafari, V. Reggie Edgerton and Majid Sarrafzadeh, "Reliability in Light-weight
      Medical Monitoring Platforms," BSN2007 – Body Sensing Networks 4th International
      Workshop on Wearable and Implantable Body Sensor Networks. Aachen, Germany,
      March 26 – 28, 2007.

404.  C.K. Lin, David Jea, Foad Dabiri, Tammara Massey, Robert Tan, Majid Sarrafzadeh,
      Mani Srivastava, Peter Schulam, Jacob Schmidt, "The Development of an In-vivo
      Active Pressure Monitoring System," BSN2007 – Body Sensing Networks 4th
      International Workshop on Wearable and Implantable Body Sensor Networks. Aachen,
      Germany, March 26 – 28, 2007.

405.  Ani Nahapetian, Paolo Lombardi, Andrea Acquaviva, Luca Benini, Majid Sarrafzadeh,
      "Dynamic Reconfiguration in Sensor Networks with Regenerative Energy Sources,"
      Design Automation and Test Europe (DATE), April 2007.

406.  Foad Dabiri, Roozbeh Jafari, Ani Nahapetian, Majid Sarrafzadeh, "A Unified Optimal
      Voltage Selection Methodology for Low-power Systems," International Symposium on
      Quality Electronic Design (ISQED), March 2007.

407.  Taraneh Taghavi, Ani Nahapetian, Majid Sarrafzadeh, "System Level Estimation of
      Interconnect Length in the Presence of IP Blocks," International Symposium on Quality
      Electronic Design (ISQED), March 2007.

408.  Taraneh Taghavi, Foad Dabiri, Ani Nahapetian, Majid Sarrafzadeh, "Congestion
      Prediction," Workshop on System Level Interconnect Prediction (SLIP), March 2007.

409.  S. Nakatake, Z. Karimi, T. Taghavi, and M. Sarrafzadeh, "Block Placement to Ensure
      Channel Routability" to appear in ACM Great Lakes Symposium on VLSI (GLSVLSI),
      2007.

410.  Philip Brisk and Majid Sarrafzadeh, "Static Single Assignment Form and the
      Dominance Relation"  IWLS'07

411.  Philip Brisk and Majid Sarrafzadeh , "Multiplexer Optimization for High-Level
      Synthesis of Static Single Assignment Form Programs",   IWLS'07

412.  Tammara Masey et al, "Towards Reconfigurable Embedded Medical Systems"
      Joint Workshop On High Confidence Medical Devices, Software, and Systems
      (HCMDSS) and Medical Device Plug-and-Play (MD PnP) Interoperability, June 25-27,
      2007 Boston, MA

413.  Winston Wu, "A novel method and testbed for sensor management and patient
      diagnosis" Joint Workshop On High Confidence Medical Devices, Software, and
      Systems (HCMDSS) and Medical Device Plug-and-Play (MD PnP) Interoperability,
      June 25-27, 2007 Boston, MA

414.  Foad Dabiri, Ani Nahapetian, Miodrag Potkonjak, Majid Sarrafzadeh , "Soft Error-

50

Exhibit 5
-112-

Aware Power Optimization using Gate Sizing", Workshop on Power and Timing Modeling, Optimization and Simulation (PATMOS), September 2007

415.   Ani Nahapetian, Sabah Chaudhry, Foad Dabiri, Tammara Massey, Hyduke Noshadi, Majid Sarrafzadeh, "Wireless Body Sensor Enhanced Tracking for Extended In-Home Care" Workshop on Wireless Sensor Networks for Health Care (WSNHC), June 2007.

416.   (**Best Paper Award**).W.H. Wu, L.K. Au, B. Jordan, T. Stathopoulos, M.A. Batalin, W.J. Kaiser, A. Vahdatpour, M. Sarrafzadeh, M. Fang and J. Chodosh, The SmartCane System: An Assistive Device for Geriatrics, Third International Conference on Body Area Networks (BodyNets 2008), March 13-17, 2008.

417.   Daeki Cho, S. Lee, Alexander Chang, Tammara Massey, C. Chang, M. Tsai, Majid Sarrafzadeh, Mario Gerla. Opportunistic Medical Monitoring using Bluetooth P2P Networks.  The 2nd International Workshop on Autonomic and Opportunistic Communications (AOC 2008) in conjunction with IEEE Symposium on a World of Wireless, Mobile and Multimedia Networks (WoWMoM 2008).  Newport Beach, California.  June 2008.

418.    Maryam Moazeni, Alireza Vahdatpour, Karthik Gururag, Majid Sarrafzadeh, **"**Communication Bottleneck in Hardware Software Partitioning**",** In the proceedings of Sixteenth ACM/SIGDA International Symposium on Field-Programmable Gate Arrays (FPGA) 2008, Monterey, California

419.   Tammara Massey, Rahul Kapur, Foad Dabiri, Linh Nam Vu, and Majid Sarrafzadeh. "Localization Using Low Resolution Optical Sensors", The 4th IEEE International Conference on Mobile Ad-Hoc and Sensor Systems (MASS 2007). Pisa, Italy. October 2007.

420.   Foad Dabiri, Navid Amini, Mahsan Rofoui and Majid Sarrafzadeh,"Reliability-Aware Optimization for DVS-Enabled Real-Time Embedded Systems", to appear in Proceedings of 9th International Symposium on Quality Electronic Design (ISQED), San Jose CA, March 2008.

421.   Foad Dabiri, Alireza Vahdatpour, Hyduke oshadi, Hagop Hagopinan, Majid Sarrafzadeh, "Ubiquitous Personal Assistive System for Neuropathy",The 2nd International Workshop on Systems and Networking Support for Healthcare and Assisted Living nvironments.Breckenridge, Colorado. June 2008.

422.   Foad Dabiri, Alireza Vahdatpour, Hyduke Noshadi, Majid Sarrafzadeh, "Constant Approximation Algorithm for MST in Resource Constrained Wireless Sensor Networks", 17th IEEE International Conference on Computer Communications and Networks, St. Thomas U.S. Virgin Islands, August 2008.

423.   Hyduke Noshadi, Eugenio Giordano, Hagop Hagopian, Giovani Pau, Mario Gerla and Majid Sarrafzadeh "Remote Medical Monitoring Through Vehicular Ad Hoc Network," 2nd IEEE International Symposium on Wireless Vehicular Communicatons (WiVeC'2008)

424.   Foad Dabiri, Alireza Vahdatpour, Hyduke Noshadi, Hagop Hagopian, Majid

Exhibit 5
-113-

Sarrafzadeh, "Electronic Orthotics Shoe: Preventing Ulceration in Diabetic Patients", International Conference of the IEEE Engineering in Medicine and Biology Society to be held in Vancouver, British Columbia, Canada, 20th - 24th August, 2008.

425.  (**Best Paper Award**).Foad Dabiri, Alireza Vahdatpour, Hyduke Noshadi, Hagop Hagopian, Majid Sarrafzadeh, "Ubiquitous Personal Assistive System for Neuropathy" The 2nd ACM International Workshop on Systems and Networking Support for Healthcare and Assisted Living Environments (HelathNet 2008)

426.  Alireza Vahdatpour, Foad Dabiri, Maryam Moazeni, Majid Sarrafzadeh, Theoretical Bound and Practical Analysis of Minimum Connected Dominating Set in Ad Hoc and Sensor Networks", DISC, the International Symposium on DIStributed Computing, September 22-24, 2008, Arcachon, France.

427.  Jamie McBeth and Majid Sarrafzadeh, "Scalable Medium Access Control for In-Network Data Aggregation", DialM-POMC Workshop on Foundations of Mobile Computing, Toronto, Canada on August 22nd, 2008.

428.  Mahsan Rofouei, Maryam Moazeni, Majid Sarrafzadeh, "Fast GPU-based Space-Time Correlation for Activity Recognition in Video Sequences, proceedings of  ESTIMedia 2008, Atlanta on October 23-24, 2008.

429.  Amini, N., Matthews, J., Dabiri, F., Vahdatpor, A., Noshadi, H., Sarrafzadeh, M.,"A WIRELESS EMBEDDED DEVICE FOR PERSONALIZED ULTRAVIOLET MONITORING", BioDevices 2009 (International Conference on Biomedical Electronic and Devices), January 14-17, Porto, Portugal.

430.  Mahsan Rofouei ,Thanos Stathopoulos ,Sebi Ryffel ,William Kaiser ,Majid Sarrafzadeh, "Energy-Aware High Performance Computing with Graphic Processing Units", Hot Power (Workshop on Power Aware Computing and Systems)  San Diego, CA, December 7, 2008.

431.  Noshadi, H., Ahmadian, S., Dabiri, F., Nahapetain, A.n Stathopoulos, T., Batalin, M., Kaiser, W., Sarrafzadeh, M.,  "Smart Shoe for Balance Fall Risk Assessment and Applications in Wireless Health" the 2008 Microsoft eScience Workshop, December 7-11, Indianapolis, IN.

432.  F. Dabiri, A. Vahdatpour, M. Potkonjak, and M. Sarrafzadeh, "Energy Minimization for Real-Time Systems with Non-Convex and Discrete Operation Modes", DATE 2009, April 20-24, Nice, France.

433.  Z. Karimi and M. Sarrafzadeh, "Power Aware Placement for FPGAs with Dual SupplyVoltages", ISQED, March 16-18 2009, San Jose, CA.

434.  Vahdatpour, A., Sarrafzadeh, M., "Towards Unsupervised Activity Monitoring", At the 21st International Joint Conference on Artificial Intelligence (IJCAI-09), Pasadena, CA, (July 2009)

**Exhibit 5**
**-114-**

435.  Amini, N., Sarrafzadeh, M., "The design of a wireless portable device for personalized ultraviolet monitoring", Biosensing II Conference, part of the SPIE Symposium on SPIE NanoScience + Engineering, (August 2009)

436.  Woodbridge, J., Nahapetian, A., Noshadi, H., Sarrafzadeh, M., Kaiser, W., "Wireless Health and the Smart Phone Conundrum", HCMDSS/MD PnP, San Francisco,CA, (April 2009)

437.  Suh, M., Rofouei, M., Nahapetian, A., Sarrafzadeh, M., "Optimizing Interval Training Protocols Using Data Mining Decision Trees", Body sensor networks (BSN), BerKeley, CA, (June 2009)

438.  Moazeni, M., Sarrafzadeh, M., "Accelerating Total Variation Regularization for Matrix-Valued Images on GPUs", ACM Computing Frontiers 2009, Ischia, Italy, (May 2009)

439.  Moazeni, M., Sarrafzadeh, M.,, "Performance Study of a Memory Optimization Technique for Software-Managed Scratchpad Memory in GPUs", IEEE Symposium on Application Specific Processors, (2009)

440.  Lan, M., Rofouei, M., Sarrafzadeh, M., Soatto, S., "SmartLDWS: A Robust and Scalable Lane Departure Warning System for the Smartphones", 12th International IEEE Conference on Intelligent Transportation Systems (ITSC2009), St. Louis, MO , USA, (October 2009)

441.  Dorman, K., Yahyanejad, M., Nahapetian, A., Suh, M.K., Sarrafzadeh, M., McCarthy, W., Kaiser, W., "Nutrition Monitor: A Food Purchase and Consumption Monitoring Mobile System", MobiCASE 2009, San Diego, CA USA, (October 2009)

442.  Amini, N.,Vahdatpour, A., Dabiri, F., Noshadi, H., Sarrafzadeh, M., "Joint Consideration of Energy-Efficiency and Coverage-Preservation in Microsensor Networks", Journal of Wireless Communications and Mobile Computing, (October 2009)

443.  Macbeth, J., Sarrafzadeh, M., "Link Scheduling for Scalable Data Aggregation", The 18th International Conference on Computer Communications and Networks (ICCCN 2009), San Francisco, CA USA, (August 2009)

444.  Macbeth, J., Sarrafzadeh, M.,, "Press the Cancel Button! A Performance Evaluation of Scalable In-Network Data Aggregation", 2009 International Conference on Mobile, Wireless and Optical Communication (MWOC 2009)

445.  Suh, M.K., Lee, K., Heu, A., Nahapetian, A., Sarrafzadeh, M., "Bayesian Networks-Based Interval Training Guidance System for Cancer Rehabilitation", MobiCASE 2009, San Diego, CA, (October 2009) **Best Paper Award**

446.  Hsiao, M., Amini, N., Sarrafzadeh, M., "A Wireless Home Automation System for Childhood Obesity Prevention", BioDevices 2010, Valencia, Spain, (January 2010)

447.  Matthews, J., Kulkarni, R., Whitesides, G., Gerla, M., Sarrafzadeh, M., Massey, T., "A Lightweight Solution for Real-Time Dengue Detection Using Mobile Phones",

53

**Exhibit 5
-115-**

International Conference on Mobile computing, Applications and Services (MobiCase 2009), San Diego, CA USA, (October 2009)

448. Vahdatpour, A., Sarrafzadeh, M.,, "Unsupervised Discovery of Abnormal Activity Occurrences in Multi-Dimensional Time Series, with Applications in Wearable Systems", 2010 SIAM International Conference on Data Mining (SDM2010), Colombus, Ohio USA, (April 2010)

449. Woodbridge, J., Lan, M., Pau, G., Gerla, M., Sarrafzadeh, M., "Hero: Hybrid Emergency Route-Opening Protocol", Pervasive Computing and Communications Workshops (PERCOM Workshops), 2010 8th IEEE International Conference on, Mannheim, Germany, 364-369 (March 2010)

450. Nahapetian, A., Noshadi, H.,Woodbridge, J., Sarrafzadeh, M., "HIP: Health integration platform", PerHealth 2010: The First IEEE PerCom Workshop on Pervasive Healthcare, 340-345 (March 2010)

451. Macbeth, J., Sarrafzadeh, M., "Shrinking Symbolic Regression Over Medical and Physiological Signals", Signal Processing Systems (ICSPS), 2010 2nd International Conference on, Dalian, (July 2010)

452. Suh, M., Evangelista, L., Chen, V., Hong, W., Macbeth, J., Nahapetian, A., Figueras, F., Sarrafzadeh, M., "WANDA B.: Weight and activity with blood pressure monitoring system for heart failure patients", World of Wireless Mobile and Multimedia Networks (WoWMoM), 2010 IEEE International Symposium on a, Montreal, QC, Canada, (June 2010)

453. Rafouie, M., Sarrafzadeh, M., W, X., "Computing With Uncertainty in a Smart Textile Surface for Object Recognition", 2010 IEEE International Conference on Multisensor Fusion & Integration, Salt Lake City, UT USA, (September 2010)

454. Rafouie, M., Sarrafzadeh, M., Farella, E., Brunelli, D., Benini, L., "Battery-Aware Power Management Techniques for Wearable Haptic Nodes", BodyNets 2010 The Fifth International Conference on Body Area Networks, Corfu Island, Greece

455. Mortazavi, B., Hagopian, H., Woodbridge, J., Yadegar, B., Sarrafzadeh, M., "A Wireless Body-Wearable Sensor System for Designing Physically Interactive Video Games", BioAmBIS 2010, Rome, Italy.

456. Noshadi, H., Dabiri, F., Sarrafzadeh, M., Meguerdichian, S., Potkonjak, M., "Energy Optimization in Wireless Medical Systems Using Physiological Behavior", Wireless Health 2010, La Jolla, San Diego USA, (October 2010)

457. Suh, M., Evangelista, L., Chen, C., Han, K., Kang, J., Tu, M., Chen, V., Nahapetian, A., Sarrafzadeh, M., "An Automated Vital Sign Monitoring System for Congestive Heart Failure Patients", 1st ACM International Health Informatics Symposium, (November 2010)

458. Gad, P., Woodbridge, J., Lavrov, I., Gerasimenko, Y., Zhong, V., Roy, R., Sarrafzadeh, M., Edgerton, V.R., "Development of an Electronic Spinal Bridge Between the

54

Exhibit 5
-116-

Forelimbs & Hindlimbs to Facilitate Quadrupedal Stepping After a Complete Spinal Cord Transection", Neuroscience 2010, (November 2010)

459. Noshadi, H., Sarrafzadeh, M., Dabiri, F., "Quantification of Medical Conditions Through Irregularities in Human Locomotion", BioAmBIS 2010, (December 2010)

460. Vahdatpour,A., Amini,N., Sarrafzadeh,M., "Body Device Localization for Health and Medical Monitoring Applications", Ninth Annual IEEE International Conference on Pervasive Computing and Communications, Seattle, USA, (March 2011)

461. Bates-Jensen, B.M., MCCreath, H.E., Mehrnia, A., Sun, L., Wang, F., Lam, L., Patlan, A., Walker, M., Sarrafzadeh, M., Kaiser, W.J., "Development and Safety Testing of the SEM Scanner for Detecting Early Pressure Ulcers", 21st Annual Meeting of the Wound Healing Society with SAWC 2011, Dallas, Texas, (04/14/2011)

462. Xu, W., Li, Z., Hunag, M., Amini, A., Sarrafzadeh, M., "eCushion: An eTextile Device for Sitting Posture Monitoring", Body Sensor Networks 2011, Dallas, (05/23/2011)

463. Rofouei, M., Sinclair, M., Bittner, R., Blank, T., Saw, N., Herron, J., Dejean, G., "A Non-invasive Wearable Neck-cuff System for Real-time Sleep Monitoring", Body Sensor Networks 2011, Dallas, (05/23/2011)

464. Xu, W., Gong, F., He, L., Sarrafzadeh, M., "Compressed Sensing Based EEG Analysis for Fall Prevention", HCMSS/MDPnP, Chicago, USA, (04/11/2011)

465. Rofouei, M., Sarrafzadeh, M., Potkonjak, M., "Energy Efficient Collaborative Sensing-based Soft Keyboard", ISLPED-International Symposium on Low Power Electronics and Design (Eds.), Fukuoka, Japan, (08/01/2011)

466. Woodbridge, J., Bui, A., Lan, M., Sarrafzadeh, M., "Salient Segmentation of Medical Time Series Signals", 2011 IEEE International Conference on Healthcare Informatics, Imaging and Systems Biology (HISB), San Jose, CA, (07/27/2011)

467. Sarrafzadeh, M., Moazeni, M., Bui, A., "Dynamic Programming on a Data-Parallel Many-core Architecture", 2011 Symposium on Application Accelerators in High-Performance Computing (SAAHPC 2011), Knoxville, Tennessee, USA, (07/19/2011)

468. Sarrafzadeh, M., Suh, M., Woodbridge, J., Bui, A., Evangelista, L., "Missing Data Imputation for Remote CHF Patient Monitoring Systems", 33rd Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC'11), Boston, MA, USA, (08/30/2011)

469. Wang, F., Mehrnia, A., Kaiser, W., Jafari, R., Lach, J., Lam, Y., Bates-Jensen, B., Sarrafzadeh, M., "A Wireless Biomedical Handheld Instrument for Evidence-Based Detection of Pressure Ulcers", Wireless Health 2011 Academic/Industry conference, San Diego, CA, (10/10/2011)  **"Demo Paper"**

470. Lee, S., ling, C., Sarrafzadeh, M., "A Framework for Data Quality Estimation of On-Body Cardiac Sensor Networks", 9th Annual IEEE Consumer Communications and Networking Conference(CCNC), Las Vegas, USA, (01/14/2012)

Exhibit 5
-117-

471. Woodbridge, J., Lee, S., Nahapetian, A., Sarrafzadeh, M., "MARHS: Mobility
Assessment System with Remote Healthcare Functionality for Movement Disorder
Diseases", International Health Informatics Symposium (IHI 2012), Miami, USA,
(01/28/2012)

472. **(Best Technical presentation Award).** Huang, M.C., Chen, E., Xu, W., Sarrafzadeh,
M., in collaboration with Dr. Belinda Lange and Mr. Chien-Yen Chang "Gaming for
Upper Extremities Rehabilitation," Wireless Health 2011, San Diego, CA, October
2011. Technical demonstrations will highlight innovative solutions that represent both
advances in fundamental components and complete systems serving individuals and
communities.

473. Keynote speaker Sarrafzadeh, M., "End-to-End Research and Innovation in Wireless
Health", Bodynets 2011, Beijing, China, November 7-8.

474. Rofouei, M., Sarrafzadeh, M., "Your Phone or Mine? Fusing Body, Touch and Device
Sensing for Multi-User Device-Display Interaction", CHI in the field of Human-
Computer Interaction (HCI) (2012)

475. **(Best technical demo award)** Mortazavi, B., Chung Chu, K., Li, X., Tai, J., Kotekar, S.,
Sarrafzadeh, M., "Near-Realistic Motion Video Games with Enforced Activity", 9th
International Conference on Wearable and Implantable Body Sensor Networks (BSN
2012), London, UK, (05/10/2012)

476. **(Best paper runner-up award)** Huang, Y., Rofouei, M., Sarrafzadeh, M., "Automated
Wolf Motor Function Test for Upper Extremities Rehabilitation", 9th International
Conference on Wearable and Implantable Body Sensor Networks (BSN 2012), London,
UK, (05/10/2012)

477. Xu, W., Zhang, M., Sawchuk, A., Sarrafzadeh, M., "Co-Recognition of Human Activity
and Sensor Location via Compressed Sensing in Wearable Body Sensor Networks", 9th
International Conference on Wearable and Implantable Body Sensor Networks (BSN
2012), London, UK, (05/10/2012)

478. Li, Z., Xu, W., Huang, A., Sarrazfdeh, M., "Dimensionality Reduction for Anomaly
Detection in Electrocardiography: A Manifold Approach", 9th International Conference
on Wearable and Implantable Body Sensor Networks (BSN 2012), London, UK,
(05/10/2012)

479. 409.  Fraternali, F., Rofouei, M., Alshurafa, N., Ghasemzadeh, H., Benini, L.,
Sarrafzadeh, M., "Opportunistic Hierarchical Classification for Power Optimization in
Wearable Movement Monitoring Systems", 7th IEEE International Symposium on
Industrial Embedded Systems (SIES'12), Karlsruhe, Germany, (06/20/2012)

480. Xu, W., Amini, N., Noshadi, H., Basi, S., Huang, M., Sarrafzadeh, M., "Smart Insole: A
Wearable Device for Gait Analysis", Pervasive Technologies Related to Assistive
Environments (PETRA) 2012, Crete Island, Greece, (06/06/2012)

481. Huang, M., Xu, W., Chang, C., Lange, B., Su, Y., Liu, J., Sarrafzadeh, M., "Smart Glove

56

**Exhibit 5
-118-**

for Upper Extremities Rehabilitative Gaming Assessment", Pervasive Technologies Related to Assistive Environments (PETRA) 2012, Crete Island, Greece, (06/06/2012)

482. Lan, M., Ghasemzadeh, H., Sarrafzadeh, M., "Generalized Precursor Pattern Discovery for Biomedical Signals", 34th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC'12), Hilton Bayfront Hotel in San Diego, California, USA, (08/28/2012)

483. Woodbridge, J., Mortazavi, B., Sarrafzadeh, M., "High Performance Time Series Indexes Using Salient Segmentation", 34th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC'12), Hilton Bayfront Hotel in San Diego, California, USA, (08/28/2012)

484. Suh, M.K., Moin, T., Woodbridge, J., Ghasemzadeh, H., Ahmadi, S., Bui, A., Sarrafzadeh, M., "Dynamic Self-adaptive Remote Health Monitoring System for Diabetics", 34th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC'12), Hilton Bayfront Hotel in San Diego, California, USA, (08/28/2012)

485. Moazeni, M., Sarrafzadeh, M., "Lock-free Hash Table on a Data-Parallel Many-Core Architecture", 2012 Symposium on Application Accelerators in High-Performance Computing (SAAHPC'12), Argonne National Laboratory, (07/10/2012)

486. B. Mapar et al "Wearable Sensor for Continuously Vigilant Spatial and Depth-Resolved Blood Perfusion Imaging," Research Demo, Wireless Health 2012, San Diego, CA.

487. Lan, M., Samy, L., Alshurafa, N., Suh, M.K., Ghasemzadeh, H., Sarrafzadeh, M., Macabasco-O'Connell, A., "WANDA: An End-to-End Remote Health Monitoring and Analytics System for Heart Failure Patients", Wireless Health 2012 (WH2012), San Diego, California, USA, (10/23/2012)

488. Zhang, M., Xu, W., Alexander Sawchuk, A., Sarrafzadeh, M., "Sparse Representation for Motion Primitive-Based Human Activity Modeling and Recognition", International Conference on Pattern Recognition (ICPR), sukuba, Japan, (November 2012)

489. Woodbridge, J., Mortazavi, B., Sarrafzadeh, S., Bui, A., "A Monte Carlo Approach to Biomedical Timeseries Search", 2012 IEEE International Conference on Bioinformatics and Biomedicine (IEEE BIBM 2012), Philadelphia, USA, (10/04/2012)

490. Suh, M.K., Moin, T., Woodbridge, J., Alshurafa, N., Lan, M., Samy, L., Ahmadi, S., Ghasemzadeh, H., Bui, A., Sarrafzadeh, M., "Dynamic Task Optimization in Remote Diabetes Monitoring Systems", 2012 IEEE Second International Conference on Healthcare Informatics, Imaging and Systems Biology (HISB), La Jolla, USA, (September 2012)

491. Woodbridge, J., Mortazavi, B., Bui, A., Sarrafzadeh, M., "Aggregated Indexing of Biomedical Time Series Data", 2012 IEEE Second International Conference on Healthcare Informatics, Imaging and Systems Biology (HISB), La Jolla, USA, (September 2012)

57

Exhibit 5
-119-

492. Pournaghshband, V., Reiher, P., Sarrafzadeh, M., "Securing Legacy Mobile Medical Devices", MobiHealth 2012 3rd International Conference on Wireless Mobile Communication and Healthcare, Paris, France, (11/21/2012)

493. Lee, S., Getachew, R., Kimball, J., Yew, A., Ghalehasari, N., Paak, B., Garst, J., Lu, D., Sarrafzadeh, M., "Utilization of a Novel Digital Device and an Analytic Method for Accurate Measurement of Upper Extremity Motor Function", 81st American Association of Neurological Surgeons (AANS) Annual Scientific Meeting, New Orleans, Louisiana, USA, (April 2013)

494. liu, J., Xu, W., Huang, M., Alshurafa, N., Sarrafzadeh, M., "A Dense Pressure Sensitive Bedsheet Design for Unobtrusive Sleep Posture Monitoring", IEEE Pervasive Computing and Communication (PerCom) conference, San Diego, USA, (03/18/2013)

495. Kalantarian, H., Lee, Sunghoon.,Mishra, A., Ghasemzadeh, H., Sarrafzadeh, M., "Multimodal Energy Expenditure Calculation for Health and Wellness Applications", The 5th International Workshop on Smart Environments and Ambient Intelligence (SENAmI) co-located with PerCom,, San Diego, USA, (03/18/2013)

496. Lee, S., Ghasemzadeh, H., Yew, A., Getachew, R., Kimball, J., Ghalehsari, N., Paak, B., Garst, J., Razaghy, M., Lu, D., Sarrafzadeh, M., "Objective Assessment of Spastic Hand Hypertonia using a Novel Digital Device", The 20th IAGG World Congress of Gerontology and Geriatrics, Seoul, Korea, (June 2013)

497. Lee, S., Ghasemzadeh, H., Mortazavi, B., Yew, A., Getachew, R., Razaghy, M., Ghalehsari, N., Paak, B., Garst, J., Espinal, M., Kimball, J., Lu, D., Sarrafzadeh, M., "Objective Assessment of Overexcited Hand Movements using a Lightweight Sensory Device", 2013 IEEE Body Sensor Network Conference, Cambridge, Massachusetts, USA, (05/06/2013)

498. Mortazavi, B., Alsharufa, N., Lee, S., Lan, M., Chronley, M., Roberts, C., Sarrafzadeh, M., "MET Calculations from On-Body Accelerometers", 2013 IEEE Body Sensor Network Conference, Cambridge, Massachusetts, USA, (05/06/2013)

499. Liu, J., Xu, W., Ming-Chun, H., Alshurafa, N., Sarrafzadeh, M., "On-bed Monitoring for Range of Motion Exercises with a Pressure Sensitive Bedsheet", 2013 IEEE Body Sensor Network Conference, Cambridge, Massachusetts, USA, (05/06/2013)

500. Alshurafa, N., Xu, W., Liu, J., Ming-Chun, H., Mortazavi, B., Roberts, C., Sarrafzadeh, M., "Robust Human Intensity-Varying Activity Recognition using Stochastic Approximation in Wearable Sensors", 2013 IEEE Body Sensor Network Conference, Cambridge, Massachusetts, USA, (05/06/2013)

501. Moazeni, M., Sarrafzadeh, M., "High Performance Multi-dimensional Signal Search With Applications in Remote Medical Monitoring", 2013 IEEE Body Sensor Network Conference, Cambridge, Massachusetts, USA, (05/06/2013)

502. Moin, T., Sarrafzadeh, M., "Diabetes Telehealth Intervention For Transitions in Care: A Pilot Study", The Endocrine Society 95th Annual meeting and Expo, San Francisco, CA, (06/15/2013)

Exhibit 5
-120-

503. Huang, M., Xu, W., Liu, J., Samy, L., Vajid, A., Alshurafa, M., Sarrafzadeh, M.,
"Inconspicuous on-Bed Respiratory Rate Monitoring", The 6th International Conference
on PErvasive Technologies Related to Assistive Environments, Rhodes Island, Greece,
(05/29/2013)

504. Xu, W., Huang, M., Liu, J., Liu, X., Shen, X., Sarrafzadeh, M., "Microphone-based
Spirometer for COPD diagnosis and Exergame Design", The 6th International
Conference on PErvasive Technologies Related to Assistive Environments, Rhodes
Island, Greece, (05/29/2013)

505. Huang, M., Xu, W., Liu, J., Su, Y., He, L., Sarrafzadeh, M., "Inconspicuous Computer
Protection with Touch-Mouse", 15th International Conference on Human-Computer
Interaction, Las Vegas, Nevada, USA, (07/21/2013)

506. Lee, S., Ghasemzadeh, H., Mortazavi, B., Lan, M., Ong, M., Sarrafzadeh, M., "Remote
Health Monitoring Systems: What Impact Can Data Analytics Have on Cost?", Wireless
Health 2013, Johns Hopkins University, Baltimore, MD, (11/01/2013)

507. Ghasemzadeh, H., Evangelista, L., Sarrafzadeh, M., "Predicting Use of Remote Health
Monitoring Systems in a Cohort of Patients with Chronic Heart Failure", Wireless
Health 2013, Johns Hopkins University, Baltimore, MD, (11/01/2013)

508. Huang, M., Zhang, X., Xu, W., Liu, J., Sarrafzadeh, M., "EZwakeup: a sleep
environment design for sleep quality improvement", ACM CHI Conference on Human
Factors in Computing Systems (WIP), Toronto, Canada, (04/26/2014)

509. Alshurafa, N., Eastwood, J., Nyamathi, S., Xu, W., Liu, J. J., Pourhomayoun, M.,
Ghasemzadeh, H., Sarrafzadeh, M., "Battery Optimization in Smartphones for Remote
Health Monitoring Systems to Enhance User Adherence", The 7th International
Conference on PErvasive Technologies Related to Assistive Environments (PETRA
2014), Rhodes Island, Greece, (05/27/2014)

510. Mortazavi, B., Pourhomayoun, M., Alsheikh, G., Alshurafa, N., Lee, S., Sarrafzadeh,
M., "Determining the Single Best Axis for Exercise Repetition Recognition and
Counting on SmartWatches", 2014 International Conference on Wearable and
Implantable Body Sensor Networks (BSN 2014), Zurich, Switzerland, (06/16/2014)

511. Alshurafa, N., Pourhomayoun, M., Nyamathi, S., Bao, L., Mortazavi, B., Eastwood, J.,
Sarrafzadeh, M., "Anti-Cheating: Detecting Self-Inflicted and Impersonator Cheaters for
Remote Health Monitoring Systems with Wearable Sensors", 2014 International
Conference on Wearable and Implantable Body Sensor Networks (BSN 2014), Zurich,
Switzerland, (6/16/2014)

512. Kalantarian, H., Alshurafa, N., Sarrafzadeh, M., "A Wearable Nutrition- Monitoring
System", IEEE Body Sensor Networks (BSN 2014), Zurich, Switzerland, (6/26/2014)

513. Alshurafa, N., Eastwood, J., Pourhomayoun, M., Liu, J., Sarrafzadeh, M., "Remote
Health Monitoring: Predicting Outcome Success based on Contextual Features for
Cardiovascular Disease", IEEE Engineering in Medicine and Biology Society

59

**Exhibit 5
-121-**

(EMBC'14), Chicago, Illinois, USA, (08/26/2014)

514. Liu, J., Huang, M., Xu, W., Sarrafzadeh, M., "Bodypart Localization for Pressure Ulcer Prevention", 36th Annual International   Conference of the IEEE Engineering in Medicine and Biology Society (EMBC'14), Chicago, Illinois, USA, (08/26/2014)

515. Sideris, C., Shahbazi, B., Pourhomayoun, M., Alshurafa, N., Sarrafzadeh, M., "Using Electronic Health records to predict severity of condition for congestive heart failure patients", The 2014 ACM International Joint Conference on Pervasive and Ubiquitous Computing (UbiComp 2014), Seattle, Washington, USA, (09/13/2014)

516. Alshurafa, N.; Eastwood, J.; Pourhomayoun, M., Liu, J. J., Nyamathi, S., Sarrafzadeh, M., "A Framework for Predicting Adherence in Remote Health Monitoring Systems", Wireless Health 2014, Bethesda, MD, USA, (10/29/2014)

517. Eastwood, J., Moser, D., Watson, K., Sarrafzadeh, M., "Intervention Strategies to Staying Connected: a CVD Risk Intervention for Young Black Women", Intervention Strategies to Reduce CV Risk or Promote Heart Health- AHA Scientific Sessions 2014, Chicago, Illinois, (11/18/2014)

518. Alshurafa, N., Kalantarian, H., Pourhomayoun, M., Sarin, S., Liu, J., Sarrafzadeh, M., "Non-Invasive Monitoring of Eating Behavior Using Spectrogram Analysis in a Wearable Necklace", 2014 Healthcare Innovations and Point-of-Care Technologies Conference(HICPT'14), Seattle, WA, USA, (10/08/2014)

519. Kalantarian, H., Alshurafa, N., Pourhomayoun, M., Sarin, S., Sarrafzadeh, M., "Spectrogram-Based Audio Classification of Nutrition Intake", 2014 Healthcare Innovations and Point-of-Care Technologies Conference(HICPT'14), Seattle, WA, USA, (10/08/2014)

520. Pourhomayoun, M., Alshurafa, N., Mortazavi, B., Ghasemzadeh, H., Sideris,K., Sadeghi, B., Ong, M., Evangelista, L., Romano, P., Auerbach, A., Kimchi, A., Sarrafzadeh, M., "Multiple Model Analytics for Adverse Event Prediction in Remote Health Monitoring Systems", 2014 Healthcare Innovations and Point-of-Care Technologies Conference(HICPT'14), Seattle, WA, USA, (10/08/2014)

521. Mortazavi, B., Pourhomayoun, M., Alshurafa, N., Chronley, M., Lee, S., Roberts, C., Sarrafzadeh, M., "Support Vector Regression for METs of Exergaming Actions", 2014 Healthcare Innovations and Point-of-Care Technologies Conference(HICPT'14), Seattle, WA, USA, (10/08/2014)

522. **(Best Paper Award)** Pournaghshband, V., Meyer, D., Holyland, M., Sarrafzadeh, M., Reiher, P., "Adrasteia: A Smartphone App for Securing Legacy Mobile Medical Devices", WUMS 2014: IEEE Workshop on Usable Mobile Security, Chengdu, China, (12/19/2014)

523. Mortazavi, B., Pourhomayoun, M., Nyamathi, S., Wu, B., Lee, S., Sarrafzadeh, M., "Multiple Model Recognition for Near-Realistic Exergaming", IEEE Pervasive computing and communications (PerCom) 2015, St. Louis Missouri, USA, (03/23/2015)

60

Exhibit 5
-122-

524. Kalantarian, H., Alshurafa, N., Le, T., Sarrafzadeh, M., "Non-Invasive Detection of Medication Adherence using a Digital Smart Necklace", SmartE, The 2nd IEEE PerCom Workshop on Smart Environments: Closing the Loop, St. Louis, Missouri, USA, (03/25/2015)

525. Kalantarian, H., Alshurafa, N., Pourhomayoun, M., Sarrafzadeh, M., "Power Optimization for Wearable Devices", IEEE International Conference of Pervasive Computing and Communications (PerCom 2015), St. Louis, Missouri, USA, (03/23/2015)

526. Kalantarian, H., Alshurafa, N., Sarrafzadeh, M., "A Smartwatch-Based Medication Adherence System", The 12th International Conference on Wearable and Implantable Body Sensor Networks (BSN 2015), MIT, Cambridge, USA, (07/09/2015)

527. Kalantarian, H., Sarrafzadeh, M., "A Smartwatch-Based System for Audio-Based Monitoring of Dietary Habits", The Fifth International Conference on Ambient Computing, Applications, Services and Technologies-AMBIENT 2015, Nice, France, (07/19/2015)

528. Pourhomayoun, M., Nemati, E., Mortazavi, B., Sarrafzadeh, M., "Context-Aware Data Analytics for Activity Recognition", The Fifth International Conference on Ambient Computing, Applications, Services and Technologies-AMBIENT 2015, Nice, France, (07/19/2015)

529. Samy, L., Macey, P., Alshurafa, N., Sarrafzadeh, M., "An Automated Framework For Predicting Obstructive Sleep Apnea Using A Brief, Daytime, Non-Intrusive Test Procedure", The 8th International Conference on Pervasive Technologies Related to Assistive Environments (PETRA2015), Corfu, Greece, (07/01/2015)

530. Samy, L., Macey, P., Sarrafzadeh, M., "A Gender-Aware Framework for the Daytime Detection of Obstructive Sleep Apnea", 37th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC'15), Milano, Italy, (08/25/2015)

531. Sideris, K., Alshurafa, N., Pourhomayoun, M., Shahmohammadi, F., Sarrafzadeh, M., "A data-driven feature extraction framework for predicting the severity of condition for Congestive Heart Failure Patients", 37th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC'15), Milano, Italy, (08/25/2015)

532. Sideris, K., Alshurafa, N., Kalantarian, H., Sarrafzadeh, M., Eastwood, J., "Effects of Coaching on Adherence in Remote Health Monitoring Systems", Wireless Health 2015, Bethesda, MD, (10/14/2015)

533. Day, F., Sarrafzadeh, M., Smith, S., Pourhomayoun, M., Sideris, K., Param, A., Ben-Hamou, J., Keeves, D., Pfeffer, M., Bell, D., "An EHR-Integrated Shared Decision Making Mobile App for Prostate Cancer Screening", American Medical Informatics Association (AMIA) 2015, San Francisco, CA, (11/14/2015)

534. Pourhomayoun, M., Nemati, E., Mortazavi, B., Sarrafzadeh, "Context - Aware Data Analytics for Activity Recognition", DATA ANALYTICS 2015, The Fourth

61

Exhibit 5
-123-

International Conference on Data Analytics, Nice, France, (07/19/2015) (**Best Paper Award**).

535. Sideris, C., Kalantarian, H., Nemati, E., Sarrafzadeh, M., "Building Continuous Arterial Blood Pressure Prediction Models Using Deep Recurrent Networks", The 2nd IEEE International Conference on Smart Computing (SMARTCOMP 2016), St. Louis, Missouri, (05/18/2016)

536. Suh, Y., Nemati, E., Sarrafzadeh, M., "Kalman-Filter-Based Walking Distance Estimation for a Smart-Watch", 2016 the IEEE 1st International Conference on Connected Health: Applications, Systems and Engineering Technologies (CHASE 2016), Washington, DC, USA, (06/27/2016)

537. Sideris, C., Shaikh, S., Kalantarian, H., Sarrafzadeh, M., "A Big-Data Platform for Medical Knowledge Extraction from Electronic Health Records: Automatic Assignment of ICD-9 Codes", 9th International conference on The PErvasive Technologies Related to Assistive Environments (PETRA)2016, Corfu Island, Greece, (06/29/2016)

538. Kalantarian*, H., Sideris, C., Le, T., Sarrafzadeh, M., "A Framework for Probabilistic Segmentation of Continuous Sensor Signals", 13th International Conference on Wearable and Implantable Body Sensor Networks, UCSF Mission Bay Conference Center, San Francisco, CA, (06/14/2016)

539. Hosseini, A., Buonocore, C., Hashemzadeh, S., Hojaiji, H., Kalantarian, H., Sideris, C., Bui, A., King*, C., Sarrafzadeh, M., "HIPAA Compliant Wireless Sensing Smartwatch Application for the Self-Management of Pediatric Asthma", 13th International Conference on Wearable and Implantable Body Sensor Networks, UCSF Mission Bay Conference Center, San Francisco, CA, (06/14/2016)

540. Moatamed*, B., Arjun, A., Shahmohammadi, F., Ramezani, R., Naeim, A., Sarrafzadeh, M., "Low-cost Indoor Health Monitoring System", 13th International Conference on Wearable and Implantable Body Sensor Networks, UCSF Mission Bay Conference Center, San Francisco, CA, (06/14/2016)

541. Nemati*, E., Suh, Y., Sarrafzadeh, M., "Gait Velocity Estimation for a Smartwatch Platform Using Kalman Filter Peak Recovery", 13th International Conference on Wearable and Implantable Body Sensor Networks, UCSF Mission Bay Conference Center, San Francisco, CA, (06/14/2016)

542. Nemati*, E., Sideris, C., Kalantarian, H., Sarrafzadeh, M., "A Dynamic Data Source Selection System for Smartwatch Platform", 38th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, Disney's Contemporary Resort, Orlando, FL, (08/16/2016)

543. Hosseini*, A., Kalantarian, H., Sarrafzadeh, M., "Adaptive Data Processing for Real-Time Nutrition Monitoring", 38th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, Disney's Contemporary Resort, Orlando, FL, (08/16/2016)

544. Kalantarian*, H, Sideris, C., Le, T., Sarrafzadeh, M., "Computation Offloading for Real-

62

Exhibit 5
-124-

Time Health-Monitoring Devices", 38th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, Disney's Contemporary Resort, Orlando, FL, (08/16/2016)

545. Ong, M., Romano, P., Edgington, S., Aronow, H., Auerbach, A., Black, J., De Marco, T., Escarce, J., Evangelista, L., Hanna, B., Ganiats, T., Greenberg, B., Greenfield, S., Kaplan, S., Kimchi, A., Liu, H., Lombardo, D., Mangione, C., Sadeghi, B., Sarrafzadeh, M., Tong, K., Fonarow, G., "Remote Patient Monitoring after Discharge of Hospitalized Heart Failure Patients: The Better Effectiveness after Transition - Heart Failure (BEAT-HF) Randomized Controlled Trial", 2016 Annual AcademyHealth Research Meeting, Boston, USA, (06/26/2016) **(Best Abstract Award)**

546. Kalantarian, H., Alshurafa, N., Sarrafzadeh, M., "An Iterative Dimensionality-Scaling System for Real-Time Health Monitoring Applications", IEEE International Conference on Healthcare Informatics 2016 (ICHI 2016), Chicago, Illinois, USA, (10/04/2016)

547. Pourhomayoun, M., Alshurafa, N., Dabiri, F., Yadav, K., Sideris, C., Tseng, L., Ghasemzadeh, H., Nyamathi, A., Sarrafzadeh, M., "A Robust Distributed Remote Health Monitoring System for Rural Area with Limited Internet Access", 11th International Conference on Body Area Networks, Turin, Italy, (12/15/2016)

548. Pourhomayoun, M., Alshurafa, N., Ardestani, E., Samiee, A., Sarrafzadeh, M., "Why Do We Need a Remote Health Monitoring System? A Case Study for Congestive Heart Failure Patients", 11th International Conference on Body Area Networks, Turin, Italy, (12/15/2016)

549. Habre, R., King, C., Rocchio R., Eckel, S., Sarrafzadeh, M., Gilliland, F., Bui, A., "The Los Angeles Pediatric Research Using Integrated Sensor Monitoring Systems Center: Biomedical REAl-Time Health Evaluation", IT/Sensor Fair, International Society of Exposure Science, Utrecht, Netherlands, (10/09/2016)

550. Hojaiji, H., Kalantarian, H., Bui, A., King, C., Sarrafzadeh, M., "Temperature and Humidity Calibration of a Low-Cost Wireless Dust Sensor for Real-Time Monitoring", 2017 IEEE Sensors Applications Symposium (SAS), Glassboro, New Jersey, USA, (03/13/2017)

551. Buonocore, C., Rocchio, R., Roman, A., King, C., Sarrafzadeh, M., "Wireless Sensor-Dependent Ecological Momentary Assessment for Pediatric Asthma mHealth Applications", IEEE 2nd International Conference on Connected Health: Applications, Systems and Engineering Technologies, Philadelphia, USA, (07/17/2017)

552. Hojaiji, H., Goldstein, O., King, C., Sarrafzadeh, M., Jerrett, M., "Design and Calibration of a Wearable and Wireless Research Grade Air Quality Monitoring System for Real-Time Data Collection", IEEE Global Humanitarian Technology Conference (GHTC), San Jose, CA, USA, (10/19/2017)

553. Kachuee, M., Moore, L.D., Homsey, T., Damavandi, H.G., Moatamed, B., Hosseini, A., Huang, R., Leiter, J., Lu, D. and Sarrafzadeh, M., 2017, August. An Active Learning Based Prediction of Epidural Stimulation Outcome in Spinal Cord Injury Patients Using Dynamic Sample Weighting. In *Healthcare Informatics (ICHI), 2017 IEEE International Conference on* (pp. 478-483). IEEE.

**Exhibit 5**
**-125-**

554. F. Shahmohammadi, A. Hosseini, **C.E. King**, M. Sarrafzadeh. Smartwatch based activity recognition using active learning. *In Proc. of the 2017 IEEE/ACM Conference on Connected Health: Applications, Systems and Engineering Technologies,* (in press), 2017

555. Babak Moatamed, Sajad Darabi, Migyeong Gwak, Mohammad Kachuee, Casey Metoyer, Mike Linn, Majid Sarrafzadeh, "Sport Analytics Platform for Athletic Readiness Assessment", IEEE-NIH 2017 Special Topics Conference on Healthcare Innovations and Point-of-Care Technologies, HI-POCT 2017

556. M. Kachuee, A. Hosseini, B. Moatamed, S. Darabi, M. Sarrafzadeh, Context-Aware Feature Query to Improve the Prediction Performance, IEEE GlobalSIP Symposium on Big Data Analytics for IoT Healthcare (GlobalSIP), 2017.

557. Sajad Darabi, Babak Moatamed, Wenhao Huang, Migyeong Gwak, Casey Metoyer, Mike Linn, Majid Sarrafzadeh "Heart Rate Compression and Time Reduction Method for HRV Monitroing in Athletes", IEEE-NIH 2017 Special Topics Conference on Healthcare Innovations and Point-of-Care Technologies, Maryland, USA

558. Children Activity Recognition: Challenges and Strategies, Anahita Hosseini, Shayan Fazeli, Eleanne van Vliet, Lisa Valencia, Rima Habre, Majid Sarrafzadeh, Alex Bui,  Accepted in EMBC 2018.

559. Mohammad Kachuee, Shayan Fazeli, Majid Sarrafzadeh Title: ECG Heartbeat Classification: A Deep Transferable Representation, Conference: IEEE ICHI 2018, June 4-7, New York

560. Migyeong Gwak, Ellen Woo, and Majid Sarrafzadeh,  THE ROLE OF ACCELEROMETER AND GYROSCOPE SENSORS IN IDENTIFICATION OF MILD COGNITIVE IMPAIRMENT,  Conference detail: 2018 6th IEEE Global Conference on Signal and Information Processing (GlobalSIP) .

561. Anahita Hosseini, Ting Chen, W Wu, Yizhou Sun, Majid  Sarrafzadeh "HeteroMed: Heterogeneous Information Network for Medical Diagnosis", CIKM 2018.

64

Exhibit 5 -126-

# EXHIBIT 6

# WANDA: An End-to-End Remote Health Monitoring and Analytics System for Heart Failure Patients

Mars Lan[1], Lauren Samy[1], Nabil Alshurafa[1], Myung-Kyung Suh[1], Hassan Ghasemzadeh[1], Aurelia Macabasco-O'Connell[2], Majid Sarrafzadeh[1]

[1]Computer Science Department
University of California, Los Angeles
Los Angeles, CA 90095

[2]School of Nursing
University of California, Los Angeles
Los Angeles, CA 90095

{marslan, lsamy, nabil, dmksuh, hassan, majid}@cs.ucla.edu      amoconnell@sonnet.ucla.edu

## ABSTRACT

Recent advances in wireless sensors, mobile technologies, and cloud computing have made continuous remote monitoring of patients possible. In this paper, we introduce the design and implementation of WANDA, an end-to-end remote health monitoring and analytics system designed for heart failure patients. The system consists of a smartphone-based data collection gateway, an Internet-scale data storage and search system, and a backend analytics engine for diagnostic and prognostic purposes. The system supports the collection of data from a wide range of sensory devices that measure patients' vital signs as well as self-reported questionnaires. The main objective of the analytics engine is to predict future events by examining physiological readings of the patients.

We demonstrate the efficiency of the proposed analytics engine using the data gathered from a pilot study of 18 heart failure patients. In particular, our results show that the advanced analytic algorithms used in our system are capable of predicting the worsening of patients' heart failure symptoms with up to 74% accuracy while improving the sensitivity performance by more than 45% compared to the commonly used thresholding algorithm based on daily weight change. Moreover, the accuracy attained by our system is only 9% lower than the theoretical upper bound. The proposed framework is currently deployed in a large ongoing heart failure study that targets 1500 congestive heart failure patients.

## Categories and Subject Descriptors

J.3 [**Computer Applications**]: Life and Medical Science – *Health*

## General Terms

Design, Human Factors, Measurement

## Keywords

Wireless health, Remote health monitoring, Medical data mining, Machine learning

## 1. INTRODUCTION

Heart failure (HF) is one of the leading causes of death in the US and around the world for adults over 65 years of age [1]. Nearly one fourth of the patients treated for HF are re-hospitalized within 30 days, and almost half of them are readmitted within 6 months [2]. These unplanned readmissions are estimated to cost the American healthcare system more than $17 billion annually, or 15% to 20% of the total Medicare expenditure in acute hospital care [3].

To reduce the morbidity, mortality, and economic cost associated with HF, remote health monitoring appears to be a promising solution that can work at scale. However, a major challenge to the realization of a large-scale remote monitoring system is the ability to collect, store, and process the large amount of data gathered from the sensors in an effective, robust, and automated fashion.

Furthermore, a truly successful remote health monitoring system should also be able to perform intelligent analysis on collected data. This means the system should provide a wealth of analytical algorithms that can infer useful information or discover predictive patterns from the data. Armed with the information, early interventions can be made to prevent the medical event from happening. Unfortunately, most current remote monitoring systems lack such advanced analytics capabilities.

In this paper, we present the design and implementation of WANDA, a remote health monitoring system for HF patients. The system is an end-to-end solution that covers all key aspects of remote health monitoring, from data collection, data storage and access, to data analytics. It also features several auxiliary tools such as an administrative portal, a questionnaire system, and a social network component. The system has been deployed in three heart failure clinical trials over the past 4 years.

We also showcase the analytics engine of WANDA by processing real clinical data and generating statistical models. The data for our experimental analysis is based on a pilot trial of 18 heart failure patients. Our analysis shows that the prediction models significantly improve the accuracy of predicting the worsening of HF patients' symptoms when compared to the traditional thresholding algorithm based on daily weight changes.

## 2. Related Work

The use of technology to monitor patients at a distance is increasingly gaining attention as a strategy to improve the care of patients with chronic diseases. Remote patient monitoring systems provide the opportunity for a better follow-up, early detection of signs of clinical deterioration, and early intervention to prevent hospitalization or even death. Several studies targeting the remote monitoring of heart failure patients have been conducted in the past 5 years.

Permission to make digital or hard copies of all or part of this work for personal or classroom use is granted without fee provided that copies are not made or distributed for profit or commercial advantage and that copies bear this notice and the full citation on the first page. To copy otherwise, or republish, to post on servers or to redistribute to lists, requires prior specific permission and/or a fee.
*Wireless Health'12*, October 23–25, 2012, San Diego, USA.
Copyright 2012 ACM 978-1-4503-1760-3…$10.00.

Exhibit 6
-127-

Chaudhry's telemonitoring study [4] required participants to make daily phone calls to an automated telemonitoring system (provided by Pharos Innovations [5]) for a period of 6 months. Each call played a prerecorded voice message that consisted of a series of questions about symptoms and weight for which the participants had to provide answers using the keypad on the phone. The responses were then downloaded from the telemonitoring system to an Internet website for daily review by clinicians. However, compared to standard care, this study proved to be unsuccessful in reducing the risk of readmission or death in heart failure patients.

Another heart failure study conducted by Soran [6, 7] included an electronic scale and an individualized symptom response system (Alere DayLink monitor [8]) connected to a computer database via a standard phone line. Patients were instructed to weigh themselves and answer a series of heart failure questions daily. Nurses reviewed the transmitted data on a daily basis and immediately contacted patients whenever the data fell out of a healthy range. After contacting the patient, the nurses immediately notified the patient's primary physician of any symptom changes by means of a fax report. Again, this study showed no improvement in clinical outcomes when compared to standard care of heart failure.

The Home or Hospital in Heart failure (HHH) study is another study that was conducted to evaluate a home telemonitoring system to supervise heart failure patients outside the hospital setting [9]. In this study, patients took weekly measurements of their weight, heart rate and blood pressure. Measurements were then entered via a phone keyboard, in reply to questions from a computerized interactive voice response system. Electrodes were attached to the patients' bodies to allow for a 24-hour cardiorespiratory monitoring. Since the raw ECG signal could not easily be transferred through the standard telephone lines, only the RR time series were actually transmitted to a database and then to an analysis center, together with the other measurements. Despite high patient compliance (81% of vital signs transmissions and 92% of cardiorespiratory recordings were completed) results showed no significant effect of remote health monitoring in reducing bed-days occupancy, cardiac death or hospitalization when compared to usual care of HF.

According to Desai [10], an effective home monitoring system must contain the necessary elements that together complete the circle of heart failure management. Some of the important circle elements are the reliable measurement of physiological variables that can help in the early detection of adverse events, efficient transmission of data to make possible a timely response, the direct reception of data by personnel qualified to recommend an effective intervention, and patient adherence.

Compared with routine care, the telemonitoring solutions used in Chaudhry's, Soran's and the HHH studies show little improvements in readmission rates or death. This can be explained by several breaks in this circle. In Chaudhry's and Sorans' studies, the lack of patient adherence as well as the requirement for decision making by midlevel providers to be supervised by physicians may stall timely responses to detected early signs, especially in large-scale studies. More importantly, however, weight and symptoms alone do not suffice as accurate and responsive measures for the early prediction of heart failure. Rapid weight gain is a relatively specific predictor of heart failure decompensation. However, it is not a very sensitive marker because weight can vary with changes in caloric intake, and the quantity of weight gain before hospitalization is typically fairly modest, with fewer than 50% of patients gaining more than 2 lb (0.9 kg). Therefore, using weight as the only measure is inadequate to recognize impending decompensation in sufficient time to intervene to prevent hospitalization [11]. These reasons, among other things, disrupt Desai's circle of HF management, preventing even an effective intervention from improving outcomes in practice. Although the HHH study measures three different markers (weight, heart rate and blood pressure) as well as continuous cardiovascular signals, it severely violates the efficient data transmission and timely response element of the circle. Because the measurements are only taken and transmitted once every week over a slow telephone line (as is the case in [4] and [6]), rich raw ECG data can not be transmitted and the granularity of intervention becomes very coarse for effective outcomes to be observed.

It is therefore necessary to design a remote monitoring system that can effectively close or at least tighten the circle of management in practice. This includes encouraging patient compliance, offering a reliable measurement of accurate physiological variables that make early detection possible, and transmitting data efficiently to ensure a timely response. WANDA is an automated real-time scalable remote health monitoring system developed with these results and findings in mind and designed to address all of these requirements.

Today many existing remote monitoring system for heart failure patients suffer the following two shortcomings. Some are invasive, requiring trained technicians to attach sensors to a patient's body [12] or implanted inside of it [13]. Other systems are reactive in nature [14] where patients are contacted only when their symptoms are already exacerbated or they are not feeling well. WANDA, in contrast, is a noninvasive, easy-to-use, proactive remote monitoring system for heart failure patients that can detect early vital signs and predict adverse events using a set of powerful algorithms.

## 3. System Architecture

WANDA is a three-tier, end-to-end remote monitoring system with extensive hardware and software components designed to cover the broad spectrum of the telehealth and remote monitoring paradigm. The overall architecture is summarized in Figure 1.

The first tier of the architecture consists of a data collection framework, which is formed from a heterogeneous set of sensing devices that measure various bodily statistics such as weight, body fat, body water, blood pressure, heart rate, blood glucose, blood oxygen saturation and body movements. The data from these sensors are collected, processed, and transmitted via a smartphone-based gateway to the cloud—the second tier of the WANDA architecture. The large amount of data are stored and indexed using a scalable database and are easily accessible using a RESTfulstyle web interface [15]. The last tier of the WANDA architecture is a backend analytics engine capable of continuously generating statistical models and predicting outcomes using various machine learning and data mining algorithms. In the following sections, we describe each component of the system briefly; however, the main focus of this paper is on the analytics engine and the new features that it provides for healthcare management.

## 3.1 Data Collection

Due to the increasingly ubiquitous nature of smartphones and their portability and connectivity, we decided to utilize an Android smartphone as a central hub for receiving patient

Exhibit 6
-128-

measurements and communicating them to the WANDA server. All the devices we utilized are Bluetoothenabled. Users can readily collect data on their WANDA smartphone application (WANDA App) which provides a user-friendly data management tool for the patient, while transmitting data to a central WANDA server for storage and backend data analytics.



**Figure 1. Overall architecture of WANDA**

The WANDA App was designed to run on any device running Android OS version 2.0 or above and is compatible with multiple sensing devices. Before the phone can establish a connection with any device, a "pairing" process is required. When two Bluetooth nodes are paired, they are aware of each other's existence, have a shared-link key that can be used for authentication, and are capable of establishing an encrypted connection. Once two devices are paired, the basic information about the devices such as device name, class, and MAC address is saved and no more pairing is needed in the future. For security reasons, we require users to specify the sensors that they intend to use and the phone only accepts the connection request from these devices. Depending on the device, the phone can act as either slave or master. The device data are received by the Bluetooth service module before they are processed by a measurement module. The measurement module then stores the information through a record module. The history module provides a data management tool for users to analyze their own data, and the services module performs activity recognition and other sensor services in a background thread. All the data are then displayed to the user through a graphical user-interface (GUI) module that interacts with the user.

Since the majority of HF patients are older than 65 years, the WANDA smartphone application was designed to be a user-friendly and intuitive. In the main page, the user has the choice to record a new measurement or view a history of the measurements, as illustrated by Figure 2(a). If the user selects the option to record a new measurement, a record page is displayed with five options. The options the user can choose from are the following: weight, blood pressure, blood glucose, blood oxygen saturation, voice, and questionnaire (Figure 2(b)). If a medical device is selected, a short pre-measurement instruction page is displayed for the user as shown in Figure 2(c). When ready to take a measurement, the

user selects the "Start Measurement" button to establish the Bluetooth connection with the selected device. After the measurement is complete, the phone is designed to receive a complete measurement packet from the Bluetooth medical device and displays the measurement values to the user, as depicted in Figure 2(d). The system immediately returns to the record page allowing the user to record another measurement. In the main screen of the smartphone application, users can select "History Data," to view their device-specific history of measurements. A similar page to Figure 2(b) is displayed for the user to select the intended measurement device. After a device is selected, the user can select the time period of interest as illustrated in Figure 2(e). The device-specific history of data measurements is then displayed in a graphical format for the user to view, as shown by Figure 2(f).



**Figure 2. WANDA Android App screen shots**

## 3.2 Storage and Access

WANDA takes advantage of Amazon's highly scalable cloud data storage to handle its growing storage needs. Amazon S3 provides data security through multiple access control mechanisms and encryption for both secure transit and secure storage on disk. Data durability and reliability are guaranteed by Amazon's redundant storage and regular verification and repair of corrupted stored data. Security and reliability are by far the most important considerations for a data storage and management system used for storing confidential medical patient information.

We also use Amazon's SimpleDB to store structured data such as patient and sensor information, data indices, adverse events, and data annotations. SimpleDB is a NoSQL database management system as opposed to the traditional relational database. It offers superior scalability and an extremely flexible database schema. The flexible schema is particularly important as it allows data stored in WANDA to be both backward and forward compatible without undergoing painful schema migrations.

However, the NoSQL nature of SimpleDB presents several technical challenges when it comes to data access. For example, SimpleDB lacks many features commonly found in a relational

**Exhibit 6**
**-129-**

database such as the JOIN operation and full ACID guarantee. This makes it complicated to develop software that interacts with the database directly. As a result, we have developed an intermediate layer that provides a web-based RESTful interface for the developers. Not only does this interface free the developers from learning the specifics of SimpleDB, it also gives a pseudo object-oriented structure to the database. Table I gives a few examples of RESTful resources with available methods and expected results.

The WANDA database also features a Publisher-Subscriber (PubSub) interface for applications that need to be notified of changes to the database in real-time. For example, a simple safety system may wish to check every blood pressure reading and alert the medical staff when the reading exceeds or falls below a certain value. Instead of polling the database at a regular interval, the system can subscribe to the blood pressure topic published by the database. It then receives a notification via HTTP requests or email whenever a new reading is added to the database. The database publishes a wide range of topics on addition, editing, and removal of objects at both fine- or coarse-grained levels, e.g. for a particular patient or for all patients from a particular study.

**Table I. Example WANDA RESTful resources**

| Resource | Methods | Result |
|---|---|---|
| /measurements | GET | Return a list of latest measurements |
| /subjects/add | PUT | Add a new subject |
| /sensors/<Sensor ID> | GET PUT DELETE | Return info of a specific sensor Update info of a specific sensor Remove a specific sensor |

## 3.3  Data Analytics

One of the strengths of WANDA over other remote health monitoring systems is its analytics engine. Based on the data and annotations collected, the analytics engine can generate multiple statistical models using various machine learning and data mining algorithms, including classification, clustering, association rule mining, etc. These models can then be used for both diagnostic and prognostic purposes. For example, in the case of HF patients, it is highly desirable to be able to predict the worsening of symptoms before the patient is actually hospitalized.

The analytics process normally consists of two stages. In the offline stage, the data are downloaded and analyzed offline based on various hypotheses. Once a strong model has been generated and validated, it can then be uploaded to the server to perform online prediction in the second stage. One of the challenges here is to optimize the algorithm so that it can be executed in a real-time fashion.  This often requires using the PubSub data access interface, in conjunction with a temporal storage for pre-computed historic data. Finally, when the algorithm detects a pattern that is strongly associated with an undesirable outcome, an alarm is triggered and the personnel in charge are contacted immediately.

The analytics engine integrates nicely with the Weka framework [16]. This allows the engine to support a wealth of commonly used machine learning and data mining algorithms. Furthermore, an API is also provided for adding new algorithms to the engine.

## 3.4  Supporting Tools

We have also developed a number of tools that work closely with the core WANDA system to support the need of various clinical trials and studies. These tools include an administrative portal, a questionnaire system, and social network applications.

### 3.4.1  Administrative Portal

A Web-based tool serving as a study and information management platform was developed in-house. The tool is a web application that facilitates labeling, annotating and entering data into the database. Medical clinicians and nurses can easily enter information including patient demographics, like gender, age and ethnicity, as well as notes of events like hospital discharge, hospitalization or death. The data is stored in the second tier of the system described in Section 3.2. In addition to data entry and data annotation, the tool also offers a rich and customizable interface that provides advanced search functionality for stored data. The search results can also be visualized in the form of graphs and charts to display information like patient measurements over time. Good data visualization can enhance fast diagnostic decision-making based on simple trends seen in the displayed data, like a constantly increasing weight, for example. Data annotation also serves our analytics engine by providing our algorithms with more training data. The tool provides easy navigation through different panels to deliver an intuitive user experience.

### 3.4.2  Questionnaire System

Another supporting tool for WANDA is the questionnaire system. Questions about symptoms are entered by clinicians into the administrative portal described in Section 3.4.1. These questions are then shown on the patient's Android phone at a predefined frequency. The patients can answer the heart failure symptom questions using the phone's keyboard or touch screen. The user responses are then uploaded to the WANDA storage platform described in Section 3.2. Medical staff can then access these responses using the administrative portal.

### 3.4.3  Social Network Applications

WANDA Social is WANDA's social component which can be a powerful tool for encouraging healthy behavior as well as improving patient compliance. A Facebook application was developed in-house to offer two motivating factors: cooperation and competition. By connecting with people who have similar conditions and health concerns, users can work together and encourage each other to achieve a common goal like losing weight, for instance. The application also provides competitive events such as online tournaments, where users can challenge each other to accomplish certain health-related tasks like lowering their blood pressure to a healthy level within a certain time frame. A leaderboard and nominal prizes can motivate users to achieve the greatest improvement in a given health indicator. The WANDA Social platform was fully integrated with Facebook to take advantage of its large user base. To respect the user's privacy, the application will allow authenticated and registered participants of the study to post their information, e.g. sensor readings and achievements, using their real identity or as anonymous users. By tapping into cooperative and competitive relationships through WANDA Social, we can motivate patients to adhere to a treatment regimen or adopt a healthier lifestyle.

## 4.  Clinical Trials

Since November 2009, the WANDA system has been used for health data collection on the intervention arm including 26 different congestive heart failure patients [17]. The population of this first clinical trial is approximately 68% male; 40% White, 13% Black, 32% Latino, and 15% Asian/Pacific Islander, with a mean age of approximately $68.7 \pm 12.1$. The gender distribution

Exhibit 6
-130-

and anticipated age of participants are representative of the incidence and natural history of congestive heart failure. Study participants were all provided with Bluetooth-enabled weight scales, blood pressure monitors, and personal activity monitor devices.

The second clinical trial of WANDA started in February 2011 with 18 lowliteracy Latinos with heart failure. This population is disproportionately affected with HF, is more likely to be hospitalized with HF, and is at greatest risk for re-hospitalization and death from HF. The population of the participants in this study was approximately 89% male with a mean age of approximately 54. Study participants were provided with Bluetooth-enabled weight scales, blood pressure monitors, landline or Ethernet gateways, and Android activity monitoring applications.

Finally, the system is currently deployed in a much larger study that targets the remote monitoring of 1500 patients of 50 years or older with heart failure problems. This on-going project is conducted in collaboration with the UCLA Department of Medicine, UC-Davis, UCSF, UCI, UCSD, and Cedar Sinai Hospital. Heart failure patients who were hospitalized at any of the six participating medical centers are being considered to be recruited in either the control or intervention arm through a randomized trial process. Data collection for this study has started in November 2011 and is scheduled to complete in April 2013. Patients measure their weights and blood pressures and reply to questionnaires on a daily basis, and the collected data are transmitted to the database via a phone-line, an Internet connection at home, or through cellular networks.

## 5.  Symptom Prediction

In order to demonstrate the capability of the WANDA analytics engine, we use the dataset gathered from the second clinical trial described in Section 4 to predict the worsening of HF symptoms using advanced machine learning algorithms.

So far, the most widely used metric to predict the worsening of HF symptoms is Daily Weight Change (DWC). It is even recommended by American College of Cardiology/American Health Association as a potential indicator for water retention, which leads to swollen ankles and other HF symptoms [18]. However, several studies have shown that DWC has relatively weak correlation with the worsening of HF symptoms [19-21]. We have also experienced the poor predictive power of DWC first-hand during our clinical trials. When the medical staff follow up  observing a DWC of more than 2 lbs , the patient almost always attributes the change to food or normal weight fluctuation and denies any worsening of HF symptoms.

The case of using DWC as a predictor is further weakened from the example depicted in Figure 3. The figure shows systolic and diastolic blood pressure (SBP & DBP) and weight readings from the same patient over two separate 7-day periods.  By the 7th day in Figure 3(a), the patient is known to have reported worsening of HF symptoms, whereas the patient reported no change in symptoms during the 7-day period in Figure 3(b). Although the weight has fluctuated in both cases, there is very limited change in weight (< 1lb) measured on the 7th day. If DWC were used to predict the symptom, we would most probably end up having either a large number of false positives, or miss the true positives altogether. On the other hand, it is clear from the figure that the systolic and diastolic blood pressures are less stable before the worsening of HF symptoms, suggesting that they may serve as better predictors in this case.

### 5.1  Experiment Setup

WANDA's second HF clinical trial is used as the data source for the experiments. We were particularly interested in patients' daily weight, systolic and diastolic blood pressure, and heart rate measurements as they are relatively free of missing data for most patients over the three-month period.

Patients also answer a series of 9 questions, as listed in Table II, on a daily basis. We interpret a positive response to question 8 and 9 as a worsening of a patient's HF symptoms, whereas a negative or a lack of response is interpreted as a stabilized HF condition. The answers are also crosschecked with nurses' call logs to remove any accidental false reporting. Based on these criteria there were a total of 34 instances of worsening of HF symptoms self-reported by 9 patients during the clinical trials.

Once instances of worsening HF symptoms have been identified, they are labeled as positive. All other instances that are at least 3 days away from the positive instances are considered negative. Instances that occurred within 3 days of positive instances are discarded. A total of 9 features, listed in Table III, are extracted at each instance and used by the prediction algorithms.



(a)



(b)

**Figure 3. 7-day blood pressure and weight readings of a patient when (a) worsening of HF symptom is reported, and (b) no change in HF symptom is reported**

Six different machine learning algorithms from the WANDA analytics engine have been evaluated in the experiments. They are listed in Table IV with a short description and the corresponding

Exhibit 6
-131-

parameters used for each algorithm. These algorithms are chosen as they utilize a wide range of fundamentally different statistical principles. This ensures that the results are based on the intrinsic discriminatory power of the extracted features rather than a particular algorithm overfitting the model. The same set of experiments is also conducted using simple thresholding based on a DWC of 2 lbs.

Several measures have been taken to ensure the fairness of the experiments. Firstly, equal numbers of positive and negative instances are used in each experiment to prevent biasing toward a particular class. Secondly, the results are computed using ten-fold cross validation to guard against overfitting given the relatively small number of instances. Finally, each experiment is conducted ten times and the average results are reported, thus reducing the effect of outliers.

**Table II. Daily Questionnaire**

| # | Question |
|---|----------|
| 1 | Are you coughing more than usual? |
| 2 | Are you more tired than usual? |
| 3 | Did you use an extra pillow last night? |
| 4 | Did you eat a low-salt diet? |
| 5 | Did you take your heart medications? |
| 6 | Did you take your water pill this morning? |
| 7 | Did you walk or exercise today? |
| 8 | Have you noticed increased difficulty in breathing? |
| 9 | Have you noticed increase in swelling of feet or ankles? |

**Table III. Classification Features**

| Feature | Description |
|---------|-------------|
| $dcs$ | Daily change in systolic blood pressure |
| $dcd$ | Daily change in diastolic blood pressure |
| $dcw$ | Daily change in weight |
| $sds.3d$ | Standard deviation of systolic blood pressure over the past 3 days |
| $sdd.3d$ | Standard deviation of diastolic blood pressure over the past 3 days |
| $sdw.3d$ | Standard deviation of weight over the past 3 days |
| $sds.7d$ | Standard deviation of systolic blood pressure over the past 7 days |
| $sdd.7d$ | Standard deviation of diastolic blood pressure over the past 7 days |
| $sdw.7d$ | Standard deviation of weight over the past 7 days |

## 5.2   Results and Discussion

The algorithms are   evaluated in terms of their accuracy, sensitivity, and specificity. They are computed based on the number of True Positives (TP), True Negatives (TN), False Positives (FP), and False Negatives (FN) in the prediction results,

$$\text{Accuracy} = \frac{TP + TN}{TP + FP + TN + FN}$$

$$\text{Sensitivity} = \frac{TP}{TP + FN} \qquad \text{Specificity} = \frac{TN}{TN + FP}$$

The results for each algorithm are plotted in Figure 4. Since the number of positive and negative instances is balanced, the minimal accuracy of any better-than-chance algorithm should be greater than 0.5. The figure shows that predicting the worsening of HF symptoms using DWC seems to be only marginally more accurate than guessing, with an accuracy of 0.519. This is not surprising considering that only 15.9% of the positive instances have been classified as such, whereas a substantial amount of negative instances (28.6%) turn out to have a DWC of more than 2 lbs.

On the other hand, the algorithms from the WANDA analytics engine attain much higher accuracy. Three algorithms, NBC, LR, and RIDOR, are able to correctly predict the worsening or stabilization of HF symptoms 74% of the time. Even though VFI has the lowest accuracy of 0.696, it is still nearly 20% more accurate than DWC. Furthermore, all six algorithms have sensitivity values that are at least 45% greater than that of DWC. This suggests that the features listed in Table III have a much stronger correlation to the worsening of HF symptoms than simple daily weight change, which can be further confirmed by the high specificity ranged from 0.696 (for kNN) to 0.87 (for RIDOR).

However, not all the features are equally predictive. In fact, we already know that $dcw$ has very limited predictive power based on the results for DWC. One way to rank the features is based on their relationships with the class labels, such as information gain, relevance, correlation etc. Many machine learning algorithms, including the one used in our experiment, make use of these relationships directly when constructing their statistical models by weighting the features differently. Out of the 9 features, we discover that the algorithms consistently identify $sds.3d$, $sdd.3d$, $sds.7d$, and $sdd.7d$ as the most predictive ones. Actually, C4.5, RIDOR, and LR even ignore the other features entirely when constructing the models.

Figure 5 shows the Receiver Operating Characteristic (ROC) curves for the WANDA analytics engine algorithms and DWC. These curves demonstrate the effect of varying the classification algorithm's discrimination threshold  on the true positive rate (TPR) vs. the false positive rate (FPR), which are calculated as

$$\text{TPR} = \frac{TP}{TP + FN} \qquad \text{FPR} = \frac{FP}{TN + FP}$$

A perfect algorithm will produce a point at the top left corner of the figure where TPR = 1 and FPR = 0. On the other hand, an algorithm that guesses randomly will produce a curve that follows the dotted 45-degree line in the figure where TPR = FPR. Therefore, the area under the curve (AUC) is often used as a metric to gauge the performance of a classification algorithm.

It is clear from the figure that DWC is not significantly better than random guessing. In fact, the AUC for DWC is estimated to be 0.573, which is less than 8% higher than that of a completely random guess. In comparison, the other algorithms from the WANDA analytics engine perform significantly better. The AUC ranged from 0.817 for LR to 0.621 for VFI. It is worth noting that NBC can be tuned to achieve a decent TPR of 0.652 while minimizing FPR to 0 at the same time. This makes NBC the most

**Exhibit 6**
**-132-**



**Figure 4. Accuracy, sensitivity, and specificity of NBC, 5NN, LR, VFI, RIDO, and C4.5 vs. DWC**



**Figure 5. ROC curve for NBC, kNN, LR, VFI, RIDOR, and C4.5 vs. DWC**

suitable algorithm to use when the consequence of a false alarm is more costly than that of a missed prediction.

## 5.3 Error Bound Analysis

It is important to find out the lower bound of the classification error in order to put the accuracy of an algorithm into perspective. After all, a prediction algorithm is only as good as the features given to it. The lowest error rate achievable by any binary classifier is bounded by the Bayes Error Rate,

$$P(error) = \int_{R_2} p(x|w_1)P(w_1)dx + \int_{R_1} p(x|w_2)P(w_2)dx$$

where $R_1$ and $R_2$ are the regions where $x$ is misclassified given class distributions $w_1$ and $w_2$. Unfortunately, the distributions are unknown in reality and can therefore only be estimated. Using the proof in [22], we can estimate the Bayes Error Rate as half of the error rate of 1-NN, which can be obtained empirically from the data.

As a result, the Bayes Error Rate is estimated to be 0.174, which implies a theoretical optimal accuracy of 0.826, which is only about 9% higher than the best accuracy achieved by the WANDA analytics engine. While this suggests that the algorithms can be better tuned, the improvement may come at the cost of reduced sensitivity or specificity. It is thus more fruitful to find features that have stronger predictive power.

## 6. Conclusion

In this paper we have introduced the design and implementation of a remote health monitoring system called WANDA. The system is an end-to-end solution comprising three parts: a) a smartphone-based gateway that wirelessly collects data from various sensor-based devices, b) a scalable cloud-based database with a RESTful web interface and PubSub system, and c) an analytics engine capable of prognostic prediction using machine learning and data mining algorithms.

Using real data collected from a pilot clinical trial, we have demonstrated the strength of WANDA's analytics engine by accurately predicting the worsening of HF symptoms in patients. Compared to the commonly accepted predictor of daily weight changes, the algorithms of WANDA analytics engine have identified the 3-day and 7-day fluctuation of blood pressure readings to be highly correlated to the worsening of HF symptoms. As a result, the WANDA analytics engine is able to build prediction models that are up to 74% accurate, which is

more than 20% higher than using daily weight change alone. Furthermore, the sensitivity is improved by at least 45% when using these models. Finally, we have shown that the accuracy of the WANDA analytics engine is only 9% lower than the estimated upper bound.

The prediction approach presented in this paper is only an example of intelligent analytics that our remote monitoring system offers. In future work, we plan to expand the WANDA analytics engine into several areas beyond predictions, including task optimization, unsupervised learning, individualized health guidance for patients, context-aware prediction, and long-term pattern discovery.

## 7. ACKNOWLEDGMENTS

This work was supported by NIH/National Library of Medicine Medical Informatics Training Program Grant T15 LM07356.

## 8. REFERENCES

[1] D. Lloyd-Jones, R. J. Adams, T. M. Brown, M. Carnethon, S. Dai, G. De Simone, T. B. Ferguson, E. Ford, K. Furie, and C. Gillespie, "Executive summary: heart disease and stroke statistics--2010 update: a report from the American Heart Association," *Circulation,* vol. 121, p. 948, 2010.

[2] J. S. Ross, J. Chen, Z. Lin, H. Bueno, J. P. Curtis, P. S. Keenan, S. L. T. Normand, G. Schreiner, J. A. Spertus, and M. T. Vidán, "Recent national trends in readmission rates after heart failure hospitalization," *Circulation: Heart Failure,* vol. 3, pp. 97-103, 2010.

[3] S. F. Jencks, M. V. Williams, and E. A. Coleman, "Rehospitalizations among patients in the Medicare fee-for-service program," *New England Journal of Medicine,* vol. 360, pp. 1418-1428, 2009.

[4] S. I. Chaudhry, B. Barton, J. Mattera, J. Spertus, and H. M. Krumholz, "Randomized trial of telemonitoring to improve heart failure outcomes (Tele-HF): study design," *Journal of cardiac failure,* vol. 13, pp. 709-714, 2007.

[5] (2011).*Pharos-Innovations.*Available: http://www.pharosinnovations.com

[6] O. Z. Soran, A. M. Feldman, I. L. Piña, G. A. Lamas, S. F. Kelsey, F. Selzer, J. Pilotte, and J. R. Lave, "Cost of medical services in older patients with heart failure: those receiving enhanced monitoring using a computer-based telephonic monitoring system compared with those in usual care: the heart failure home care trial," *Journal of cardiac failure,* vol. 16, pp. 859-866, 2010.

[7] O. Z. Soran, I. L. Piña, G. A. Lamas, S. F. Kelsey, F. Selzer, J. Pilotte, J. R. Lave, and A. M. Feldman, "A randomized clinical trial of the clinical effects of enhanced heart failure monitoring using a computer-based telephonic monitoring system in older minorities and women," *Journal of cardiac failure,* vol. 14, pp. 711-717, 2008.

Exhibit 6
-133-

[8] (2011). *Alere*. Available: http://www.alere.com

[9] A. Mortara, G. D. Pinna, P. Johnson, R. Maestri, S. Capomolla, M. T. La Rovere, P. Ponikowski, L. Tavazzi, and P. Sleight, "Home telemonitoring in heart failure patients: the HHH study (Home or Hospital in Heart Failure)," *European journal of heart failure*, vol. 11, pp. 312-318, 2009.

[10] A. S. Desai and L. W. Stevenson, "Connecting the circle from home to heart-failure disease management," *New England Journal of Medicine*, vol. 363, pp. 2364-2367, 2010.

[11] A. S. Desai, "Home Monitoring Heart Failure Care Does Not Improve Patient Outcomes: Looking Beyond Telephone-Based Disease Management," *Circulation*, vol. 125, pp. 828-836, 2012.

[12] (2011). *Corventis-AVIVO*. Available: http://www.corventis.com/us/avivo.asp

[13] (2012). *Medtronic. CareLink*. Available: http://www.medtronic.com

[14] (2011). *IdealLife*. Available: http://www.ideallifeonline.com

[15] R. Fielding, "Representational state transfer (REST)," *Architectural Styles and the Design of Network-based Software Architectures. University of California, Irvine*, p. 120, 2000.

[16] M. Hall, E. Frank, G. Holmes, B. Pfahringer, P. Reutemann, and I. H. Witten, "The WEKA data mining software: an update," *ACM SIGKDD Explorations Newsletter*, vol. 11, pp. 10-18, 2009.

[17] M. Suh, C. A. Chen, J. Woodbridge, M. K. Tu, J. I. Kim, A. Nahapetian, L. S. Evangelista, and M. Sarrafzadeh, "A Remote Patient Monitoring System for Congestive Heart Failure," *Journal of medical systems*, pp. 1-15, 2011.

[18] S. A. Hunt, D. W. Baker, M. H. Chin, M. P. Cinquegrani, A. M. Feldman, S. Francis, T. G. Ganiats, S. Goldstein, G. Gregoratos, and M. L. Jessup, "ACC/AHA guidelines for the evaluation and management of chronic heart failure in the adult: executive summary: a report of the American College of Cardiology/American Heart Association task force on practice guidelines," *Journal of the American College of Cardiology*, vol. 38, p. 2101, 2001.

[19] S. I. Chaudhry, Y. Wang, J. Concato, T. M. Gill, and H. M. Krumholz, "Patterns of weight change preceding hospitalization for heart failure," *Circulation*, vol. 116, pp. 1549-1554, 2007.

[20] J. Lewin, M. Ledwidge, C. O'Loughlin, C. McNally, and K. McDonald, "Clinical deterioration in established heart failure: What is the value of BNP and symptom weight in aiding diagnosis?," *European journal of heart failure*, vol. 7, pp. 953-957, 2005.

[21] J. Zhang, K. M. Goode, P. E. Cuddihy, and J. G. F. Cleland, "Predicting hospitalization due to worsening heart failure using daily weight measurement: analysis of the Trans-European Network-Home-Care Management System (TEN-HMS) study," *European journal of heart failure*, vol. 11, pp. 420-427, 2009.

[22] T. Cover and P. Hart, "Nearest neighbor pattern classification," *Information Theory, IEEE Transactions on*, vol. 13, pp. 21-27, 1967.

**Table IV. Classification Algorithms Used in Experiment**

| Algorithm | Description | Parameters |
|---|---|---|
| Naïve Bayes Classifier (NBC) | NBC uses Bayes' theorem and assumes each feature is conditionally independent. The posterior probability of a class C given a set of features F1, F2, … Fn is therefore $$p(C|F_1, F_2, ..., F_n) \propto p(C) \prod_{i=1}^{n} p(F_i|C)$$ The prior and likelihood can be calculated from the training set directly and applies to the test set. | |
| Nearest Neighbor (kNN) | An unlabeled instance is classified based on its nearest k neighbors from the training set based on majority vote. Euclidean distance of the features is often used to determine the closeness of two instances $$d = \sqrt{\sum_{i=1}^{n}(x_i - y_i)^2}$$ where $x_i$ and $y_i$ are corresponding features from the two instances. | k = 5 |
| Logistic Regression (LR) | Logistic regression is a type of regression that predicts the outcome of a binary depend variable (class) based on a set of independent variables (features) $X_i$ using the logistic function $$p(x) = \frac{1}{1+e^{-f(x)}} \;,\; f(x) = \beta_0 + \beta_1 X_1 + \beta_2 X_2 + ... + \beta_i X_i$$ where $p(x)$ is the probability of $x$ being class 1, given regression coefficients $\beta_1 … \beta_i$ and intercept $\beta_0$. | |
| Voting Feature Interval (VFI) | VFI classifies builds upper and lower bounds around each class for each feature. Classification is based on majority voting, where a vote for class C based from feature $a$ is computed as $$v(a,C) = \frac{\text{interval\_class\_count}(a,i,C)}{\text{class\_count}(C)} \left( \frac{H(C|a)}{\text{max uncertainly}} \right)^{bias}$$ | bias = 0.6 |
| Ripple-Down Rule Learner (RIDOR) | RIDOR is a version of Ripple Down Rule using the Indcut algorithm where the default rules are first generated based on least error rate. A set of exception rules are generated to predict classes other than those covered by the default rules. | |
| C4.5 Decision Tree (C4.5) | C4.5 constructs a decision tree based on information entropy. Each feature in the training set is evaluated for its information gain $$IG(T,a) = H(T) - H(T|a) \qquad H(T) = -\sum_{i=1}^{n} p(x_i) \ln p(x_i)$$ Feature with the largest *IG* and have yet been used is chosen to split the decision tree at each node until the confidence falls below certain threshold. | confidence = 0.25 |

Exhibit 6
-134-

# EXHIBIT 7



(https://player.vimeo.com/video/362102335)

## Root® Platform

Expandable, Customizable Patient Monitoring and Connectivity Platform

Root is a powerful, expandable patient monitoring and connectivity hub that integrates an array of technologies, devices, and systems to provide multimodal monitoring and connectivity solutions – in a single, clinician-centric platform.

Root's plug-and-play expansion capabilities allow clinicians to centralize patient monitoring by bringing together advanced rainbow SET™ Pulse CO-Oximetry, brain function monitoring, regional oximetry, and capnography measurements on an easy-to-interpret, customizable display, empowering clinicians with more information for making patient assessments. Further, Root serves as a central connectivity hub, with automated electronic charting of Masimo and third-party device data to patient data management systems (PDMS), which may improve clinician workflows through the reduction of manual data documentation.



Exhibit 7
-135-



Customization Simplified

Root features an instantly interpretable, high-visibility display with intuitive, multi-touch navigation for easy and adaptable use in hospital environments. Clinicians can customize the Root display to feature the most applicable data for the current patient or case.



Exhibit 7
-136-



Flexible Measurement Expansion

Root offers expandable measurement capability through software upgrades and Masimo Open Connect®
(MOC-9®) modules – including Next Generation SedLine® Brain Function Monitoring, O3® Regional
Oximetry, and ISA™ Capnography modules. Third-party measurement expansion allows other companies to
expand the Root platform with their own technology, while following Masimo's established development
and validation process.



Exhibit 7
-137-



Interoperability Made Easy

Root brings together data from third-party monitors — such as infusion pumps, ventilators, and anesthesia machines — automating data collection from multiple disparate devices and transfer to EMRs and communication systems.



Exhibit 7
-138-



Clinician-centric Monitoring

MyView™ wirelessly senses a clinician's presence when they enter a patient's room and automatically customizes the Root display to show the parameters, waveforms, and channels desired by that clinician.

Explore the array of expandable technologies and solutions available through the Root patient monitoring and connectivity platform.

Exhibit 7
-139-



Root with Radical-7®

Upgradeable Pulse CO-Oximeter® enables noninvasive and continuous monitoring with Masimo SET® pulse oximetry and advanced rainbow SET technology

(/products/continuous/root/radical-7/)



**Exhibit 7**
**-140-**



Root with Radius-7®

Wearable Pulse CO-Oximeter for tetherless continuous monitoring

(/products/continuous/radius7/)



Exhibit 7
-141-

Masimo - Root Platform



### Root with Noninvasive Blood Pressure and Temperature

Integrated noninvasive blood pressure and temperature, in addition to automatic early warning score calculations, for simplified vital signs monitoring

(/products/continuous/root/nibpt/)



**Exhibit 7**
**-142-**



## Root with ISA Capnography

Sidestream CO$_2$ and gas monitoring with a wide variety of sampling lines for both intubated and non-intubated patients

(/products/ventilator/capnography/isa-capnography/)



Exhibit 7
-143-



Root® with Radius PCG™

Seamless Integration of Tetherless Mainstream Capnography

(/products/continuous/root/root-with-radius-pcg/)



**Exhibit 7**
**-144-**



### Root with Next Generation
### SedLine Brain Function Monitoring

Helps clinicians monitor the brain under anesthesia with bilateral data acquisition and processing of electroencephalogram (EEG) signals

(/products/continuous/root/root-sedline/)



**Exhibit 7**
**-145-**

Case 8:20-cv-00048-JVS-JDE   Document 227-1   Filed 10/29/20   Page 153 of 208   Page ID #:16788



Root with O3 Regional Oximetry

Uses near-infrared spectroscopy (NIRS) to monitor tissue oxygen saturation (rSO$_2$) in the brain, for both adult and pediatric patients

(/technology/brain-monitoring/cerebral-oximetry/)



Exhibit 7
-146-



Masimo Open Connect (MOC-9)

Expand Root's capability via additional Masimo and third-party technologies

(/products/continuous/moc9/)



**Exhibit 7**
**-147-**



## Connectivity

Bridge the gap between device data generated at the patient bedside and documentation in
patient data management systems, such as EMRs

(/products/hospital-automation/iris/)

---

**Root**
Product Information

                                    ()                                    ()                                    

(/siteassets/us/documents/pdf/lab8021a_sell_sheet_root.pdf)

**Exhibit 7**
**-148-**

### Root with Noninvasive Blood Pressure and Temperature Monitoring
Product Information

()        ()

(/siteassets/us/documents/pdf/plm-10046c_product_information_root_with_noninvasive_blood_pressure_and_temperature_monitoring_us.pdf)

---

### Root with Noninvasive Blood Pressure and Temperature
Brochure

()        ()

(/siteassets/us/documents/pdf/plm-11447a_brochure_root_nibpt_us.pdf)

---

### Root with Capnography
Product Information

()        ()

(/siteassets/us/documents/pdf/lab8341a_sell_sheet_capnography_isa_co2.pdf)

---

### Next Generation SedLine
Brochure

()        ()

(/siteassets/us/documents/pdf/plm-11107b_brochure_next_generation_sedline_us.pdf)

---

### Root with SedLine Brain Function Monitoring
Product Information



Exhibit 7
-149-

()                    ()

(/siteassets/us/documents/pdf/plm-
10020b_product_information_root_with_sedline_brain_function_monitoring_us.pdf)

---

Root with O3 Regional Oximetry
Product Information

()                    ()

(/siteassets/us/documents/pdf/plm-
10127g_product_information_o3_regional_oximetry_us.pdf)

---

Iris Gateway
Product Information

()                    ()

(/siteassets/us/documents/pdf/plm-
10018b_product_information_iris_gateway_us.pdf)

---

Masimo Automation Platform
Brochure

()                    ()

(/siteassets/us/documents/pdf/plm-
11040b_brochure_masimo_automation_platform_us.pdf)

---



Exhibit 7
-150-

The O3 system with pediatric indication is not licensed for sale in Canada.

For professional use. See instructions for use for full prescribing information including indications, contraindications, warnings and precautions. Caution: Federal (USA) law restricts this device to sale by or on the order of a physician.

PLCO-001758/PLM-10290C-0318

---

(/)
Improving Patient Outcomes and Reducing the Cost of Care®

## Follow Us



(https://twitter.com/Masimo)    (https://www.linkedin.com/company/masimo-corporation)    (https://www.youtube.com/c/masimo)

---

**ABOUT US** ⌄

(https://www.masimopersonalhealth.com/)

(https://www.masimopersonalhealth.com/)

(https://www.masimopersonalhealth.com/) Contact Us (/company/contact/contact-us/)

Guiding Principles (/company/masimo/guiding-principles/)

Company Evolution (/company/masimo/evolution/)

**FOR HEALTHCARE**

Technology (/technology/co-oximetry/set/)

Product (/products/continuous/root/)

Solutions (/automating-care/)

Clinical Evidence (/evidence/featured-studies/feature/)

OEM Solutions (/oem/solutions/)

Sensors and Cannulas (/sensors/)

Support (/company/global-services/technical-services/)



Exhibit 7
-151-

Investor Relations (https://investor.masimo.com/overview/default.aspx)

Press Room (/company/news/news-media/)

Media Room (/company/news/media-room/)

Careers (/company/opportunities/careers/)

Newsletter sign-up (/company/news/livewire-registration-form/)

Resources ⤢ (http://techdocs.masimo.com/)

**FOR CONSUMERS** ⤢

Products ⤢ (https://www.masimopersonalhealth.com/) (https://www.masimopersonalhealth.com/)

Experience ⤢ (https://www.masimopersonalhealth.com/blogs/ambassado

Education ⤢ (https://www.masimopersonalhealth.com/pages/what-is-a-pulse-oximeter)

Support ⤢ (https://www.masimopersonalhealth.com/pages/troublesho

**LEGAL** ⌄

Compliance (/company/masimo/codes-of-conduct/declaration/)

Codes of Conduct (/company/masimo/codes-of-conduct/)

Patents (/company/masimo/patents/)

Terms (/company/terms-of-use/)

**PRIVACY** ⌄

Privacy Notice (/company/masimo/privacy/)

Cookie Preferences

Cookie Notice (/company/cookie-notice/)

**SITEMAP**

© 2020 Masimo. All Rights Reserved.



Exhibit 7
-152-

# EXHIBIT 8

| | |
|---|---|
| **From:** | Andrea, Brian <BAndrea@gibsondunn.com> |
| **Sent:** | Thursday, October 1, 2020 10:03 AM |
| **To:** | Adam.Powell |
| **Cc:** | *** Apple-Masimo; Masimo.Apple |
| **Subject:** | RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren |

Adam,

The Kansas State "Medical Component Design Laboratory" was founded in 1999 and is an academic research laboratory that Dr. Warren uses to teach and assist his students with their research and publications related to health monitoring technology.  Dr. Warren is the manager/director of the Laboratory, which entails the following responsibilities:

- Seek and acquire grant funding to support research, education, and service endeavors
- Foster academic research and teaching relationships
- Host study protocols that employ human subjects
- Disseminate research and education work through peer-reviewed publications, invited presentations, conference participation, workshops, and short courses
- Provide academic oversight for the undergraduate Biomedical Engineering degree program and the Bioengineering Option within the Electrical Engineering degree program
- Support academic coursework and demonstrations for the undergraduate Electrical Engineering, Computer Engineering, and Biomedical Engineering curricula
- Support, advise, and mentor graduate and undergraduate students
- Guide undergraduate research projects
- Provide tours for prospective students
- Support laboratory demonstrations for potential university benefactors
- Serve as a public-relations resource for KSU and the KSU ECE department
- Remain active in professional societies
- Serve on academic and administrative committees
- Work with student groups as a faculty advisor

We trust that this information resolves your objection.  If you intend to maintain your objection to Dr. Warren, please let us know.

Additionally, I wanted to follow up on our meet and confer regarding your objections to Dr. Sarrafzadeh.  As discussed during the call, we were expecting a follow up email from you with your specific concerns about his work.  We did not receive that email, but did follow up with him regarding his involvement in the companies you mentioned on the call.  That information is below:

- **MediSens** – Dr. Sarrafzadeh is listed as a co-founder and technical adviser. He has had no technical discussions/activities with MediSens in at least the past year, and does not expect any technical engagement with them in the foreseeable future.

- **Bruin Biometrics** – Dr. Sarrafzadeh has had no technical discussions/activities with Bruin Biometrics in at least the past few years, and does not expect any technical engagement with them in the foreseeable future.

- **WANDA** – WANDA was sold last year, and Dr. Sarrafzadeh has had no technical discussions/activities with them in at least the past year and does not expect any technical engagement with them in the foreseeable future.

1

**Exhibit 8**
**-153-**

- **Center of SMART Health** – Dr. Sarrafzadeh is no longer a co-director of the Center of SMART Health, and is unaware of their current activities. He does not expect any technical engagement with them in the foreseeable future.

- **BRITE Center on Minority Health Disparities** – Despite the fact that Dr. Sarrafzadeh is listed on the BRITE Center's website, he has not had any technical  discussions/activities with them in at least the past few years, and does not expect any technical engagement with them in the foreseeable future.

- **UCLA Wireless Health Institute** – Dr. Sarrafzadeh no longer a co-director/member of the UCLA Wireless Health Institute and is unaware of their current activities. He do not expect any technical engagement with them in the foreseeable future.

Additionally, in response to your question as to whether Dr. Sarrafzadeh still has any copies or drafts of his prior declaration that Plaintiffs allege contain confidential information (which we dispute, as you know), I can confirm that Dr. Sarrafzadah deleted all electronic and hardcopies of the declaration, any drafts, and all materials related to the declaration as soon as Plaintiffs alleged that it should have been filed under seal.

Please let us know if Plaintiffs intend to maintain their objections to Dr. Sarrafzadeh and, if so, on what grounds.

Thanks,
Brian



**Brian Andrea**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Thursday, October 1, 2020 12:01 AM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

[External Email]
Brian,

Your accusations are false and we believe are the type of unprofessional conjecture that Judge Early warned counsel to avoid.

I assume the "prior litigation" to which you are referring is the *Masimo v. Philips* case.  That was seven years ago.  Moreover, Masimo objected to Dr. Warren in *Philips* and the parties briefed the issue.  The court only allowed Dr. Warren access to Masimo confidential information subject to additional restrictions, including that he would not work on certain parameters in certain settings for the duration of the lawsuit plus two years.  Thus, merely stating that Dr. Warren was allowed to receive confidential information in another case (without mentioning the additional restrictions) does not resolve Masimo's meritorious objection.

**Exhibit 8**
**-154-**

We reiterate our request that you provide detailed information about the K-State Medical Component Design Laboratory, including an explanation of work done by the lab and Dr. Warren's activities and responsibilities as the "director" of that organization.  We hope the parties can resolve this dispute without burdening the Court.


Best regards,
Adam


**Adam Powell**
Partner

858-707-4245 **Direct**

**Knobbe Martens**

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Wednesday, September 30, 2020 12:33 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

Adam,

Your objection to Dr. Warren is baseless and, when viewed in combination with your objections to Dr. Sarrafzadeh, appears to be part of Plaintiffs strategy to contrive a basis to object to every technical expert disclosed by Apple.

As you know, Dr. Warren was already authorized to, and did receive, Plaintiffs' confidential information in a prior litigation.   His involvement and work with the Kansas State Medical Component Design Laboratory was on his CV at the time that he was disclosed and authorized to receive confidential information in that prior litigation – indeed, he has been the manager/director of that Laboratory for 21 years.

We believe this resolves your objection; nonetheless, if you intend to stand on the objection, please let us know immediately.

Thanks,
Brian


**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Tuesday, September 29, 2020 10:36 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

Exhibit 8
-155-

[External Email]

Brian,

Pursuant to Paragraph 9.2(c) of the Protective Order, Plaintiffs object to Dr. Warren receiving Plaintiffs' confidential information.  Dr. Warren's website indicates that he is the director of the "K-State Medical Component Design Laboratory," which is involved in "wearable sensors and signal processing techniques to determine human/animal health."  For at least that reason, Dr. Warren should not be allowed to review Plaintiffs' proprietary technology.  If you disagree, please provide detailed information about the K-State Medical Component Design Laboratory, including an explanation of work done by the lab and Dr. Warren's activities and responsibilities as the "director" of that organization.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**

**Knobbe Martens**

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Tuesday, September 15, 2020 2:50 PM
**To:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

Counsel,

Pursuant to Section 9.2 of the Protective Order, Apple discloses Steve Warren as an expert in this matter to whom it intends to disclose information designated pursuant to the Protective Order.  Attached is a signed copy of Exhibit A to the Protective Order, Mr. Warren's CV, and further information disclosed in support of the Protective Order, including a listing by matter in which Mr. Warren has provided expert testimony in the past five years.  Mr. Warren has no information to disclose under Section 9.2(c)(iii)-(iv).  Mr. Warren is not presently an officer, director, or employee of a party to this litigation or a competitor of a party to this litigation, nor is he anticipated to become an officer, director, or employee of a party or competitor of a party to this litigation.  He is also not involved in competitive decision making on behalf of a party to this litigation or a competitor of a party to this litigation.

Thanks,
Brian

**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

4

**Exhibit 8**
**-156-**

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

**Exhibit 8**
**-157-**

# EXHIBIT 9

| From: | Andrea, Brian <BAndrea@gibsondunn.com> |
|---|---|
| Sent: | Tuesday, October 20, 2020 5:16 PM |
| To: | Adam.Powell |
| Cc: | *** Apple-Masimo; Masimo.Apple |
| Subject: | RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren |

Adam,

It's not clear to us why you are asking about Dr. Sarrafzadeh again; our email correspondence below is related to Dr. Warren.  Regardless, our position with respect to your objections to Dr. Sarrafzadeh has not changed.  Plaintiffs have not set forth a reason for why Apple or Dr. Sarrafzadeh should agree to restrict his ability to work and, thus, neither Apple nor Dr. Sarrafzadeh are willing to agree to your proposal.

Thanks,
Brian

Brian Andrea

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Tuesday, October 20, 2020 7:55 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

[External Email]
Brian,

We interpret your email as indicating that Dr. Sarrafzadeh would not agree to our proposal either.  However, we would appreciate it if you could confirm with Dr. Sarrafzadeh, preferably before noon tomorrow.  That way, if we are able to narrow or resolve the dispute, we can modify our portion of the joint stipulation.

To confirm, it would address our objection to Dr. Sarrafzadeh if he agrees that, for the duration of this case plus two years:

1.   He will not directly research or develop, or supervise those who are researching or developing, technology for measuring ECG, respiration from the pleth, oxygen saturation, or any other parameter measured by Rainbow SET; and

2.   His agreement to Paragraph 10 of the Protective Order includes, but is not limited to, his agreement that he will not: (a) file, or assist in the filing of, any new patent application naming him as an inventor that relates to such technology; or (b) analyze or identify for disclosure to the Patent Office any potential prior art in

1

**Exhibit 9**
**-158-**

connection with any patent or patent application naming him as an inventor that relates to such technology.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**
**Knobbe** Martens

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Friday, October 16, 2020 8:35 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

Adam,

We disagree with many of your statements.  Also, the scope of your proposed restrictions on Dr. Warren's work is exceedingly overbroad and unreasonable; Dr. Warren is not willing to agree.

We look forward to receiving your portion of the joint stipulation on Tuesday.

Thanks,
Brian

**Brian Andrea**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Thursday, October 15, 2020 7:51 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

[External Email]
Brian,

Thank you for discussing this matter with us on Tuesday.  Your assertion that we were "not able" to identify our objection is incorrect.  We explained the basis for our objection before the call as well as during the call.  Among other things, Dr. Warren is the director of the K-State Medical Component Design Laboratory, which is involved in researching and developing technology in the same field as Plaintiffs.

Exhibit 9
-159-

During the call, we asked for information about the technology on which Dr. Warren works for that organization. You listed the following activities: (1) research regarding sensor beds for children with disabilities, (2) monitoring health of individuals on the autistic spectrum, (3) monitoring emotional state of companion animals, and (4) tracking animal behavior. I asked what physiological parameters were being measured for each of those activities and you responded that you did not know. You also refused to ask Dr. Warren that question at least as to topics (1) and (2). We disagree with Apple's refusal to obtain or provide this information.

You indicated that Dr. Warren has researched measuring blood oxygen saturation and/or the determination of blood analytes, and while he is not currently conducting such research, he may resume at any time. You indicated that Dr. Warren teaches those subjects in a classroom setting, but not in teaching or mentoring students that are performing research or development.

In light of the scope of Dr. Warren's current and future research, we discussed a potential compromise to resolve our objections. Apple rejected our initial proposal. I asked if Apple was taking the position that Dr. Warren should be able to access Plaintiffs' technology and then develop competing technology that measures the same parameters. You argued that we had not identified a valid basis for objecting to Dr. Warren, so you did not "think he should be precluded from doing anything." You indicated Dr. Warren may agree to the same restriction that he agreed to in the *Philips* case, which prevented him from researching or developing technology that measures the same parameters as Rainbow SET.

We appreciate your offer, but Dr. Warren should also be excluded from researching or developing technology that measures oxygen saturation or other parameters that compete with Plaintiffs' technology at issue in this case. While we have no problem with Dr. Warren teaching established pulse oximetry techniques in his lectures or using existing devices for other studies, we do not believe Dr. Warren should be permitted to view Plaintiffs' confidential information regarding oxygen saturation and other physiological parameters and then develop competing technology.

It would address our objection if Dr. Warren agrees that, for the duration of this case plus two years:

(1) He will not directly research or develop, or supervise those who are researching or developing, technology for measuring respiration from the pleth, oxygen saturation, ECG or any other parameter measured by Rainbow SET; and

(2) His agreement to Paragraph 10 of the Protective Order includes, but is not limited to, his agreement that he will not: (a) file, or assist in the filing of, any new patent application naming him as an inventor that relates to such technology; or (b) analyze or identify for disclosure to the Patent Office any potential prior art in connection with any patent or patent application naming him as an inventor that relates to such technology.

Please let us know if Dr. Warren agrees.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**

**Knobbe** **Martens**

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Tuesday, October 13, 2020 2:17 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

**Exhibit 9**
**-160-**

Adam,

Thank you for taking the time today meet-and-confer today regarding Masimo's objections to Dr. Warren as per ¶ 9.2(c) of the Protective Order.  I'm writing to memorialize that discussion.

We asked several times what specifically about Dr. Warren's experience establishes good cause to object to him seeing Plaintiffs' confidential information.  You were not able to provide a specific response and, thus, we informed you that we understand Masimo's objection to be fully set forth in your email dated September 29, 2020.

Instead of detailing your objection, you asked for further information about Dr. Warren's work at the K-State Medical Component Design Laboratory.  We reiterated that we are not concealing any information about Dr. Warren and are willing to provide you with (and indeed have provided you with) additional information if that information will resolve your objections.  But we are not willing to prolong this process and thereby prejudice Apple by not allowing Dr. Warren to fully participate in this case.  In response to your questions, we told you that Dr. Warren currently has no research efforts that target blood oxygen saturation or determination of blood analytes, however he does include those topics in his teaching.  We further explained that his current research involves sensor beds for children with severe disabilities, monitoring health of individuals on autistic spectrum, monitoring emotional state of companion animals, and tracking animal behavior.

We explained that you have not set forth a reason for why Apple or Dr. Warren should agree to your proposal to restrict his ability to work in certain fields, i.e., not to work in the field of physiological sensors and monitoring for the duration of this litigation plus two years.  We further explained that we might be able to agree that, if rainbow SET becomes an issue in this case, Dr. Warren may be willing to be subject to the same restrictions as he agreed to in the *Philips* case.  You asked whether we or Dr. Warren would agree to "add pulse oximetry" to those restrictions, and we stated that you have not set forth any reason for us to agree to such a broad restriction.

As we indicated during the meet-and-confer, pursuant to ¶ 9.2(c) of the Protective Order, if Plaintiffs choose chooses to maintain their objection, we expect Plaintiffs' portion of the joint stipulation by next Tuesday (October 20).  If we do not receive your portion by then, we will assume that Plaintiffs have withdrawn their objections to Apple's experts.  While we are happy to consider any proposals you have in an effort to resolve this dispute over the next week, we do not agree that any such discussions would toll the date by which Masimo must provide its portion of the joint stipulation.

Regards,


**Brian Andrea**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Tuesday, October 13, 2020 12:59 AM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

[External Email]
Brian,

4

**Exhibit 9**
**-161-**

We objected to Dr. Warren for the reasons discussed below.  Among other things, Dr. Warren is the director of the "K-State Medical Component Design Laboratory," which is involved in "wearable sensors and signal processing techniques to determine human/animal health."  Based on the little information we have about that organization, it appears that he presents an unacceptable risk of improper use or disclosure of Plaintiffs' confidential information.  As you know, another court imposed additional restrictions on Dr. Warren.  Especially in view of that decision, we believe the parties should be able to resolve this with appropriate restrictions.  We hope to do so during the meet and confer so that we can avoid burdening the Court.  Accordingly, please be prepared to discuss proposed restrictions on Dr. Warren, as well as the specific technology that Dr. Warren works on for the "K-State Medical Component Design Laboratory."

Assuming you will be ready to discuss those matters at 10am pacific / 1pm eastern, please use the below dial in number.  If you need more time to prepare, please let me know and propose a later time.

Phone number: 888-475-4499
Room #: 221-856-8931

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245 **Direct**

**Knobbe Martens**

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Monday, October 12, 2020 11:46 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

Adam,

I am available to discuss tomorrow at 1pm ET.  If that works for you, please send a dial in.  Before the call, please let us know the basis for Plaintiffs' objection to Dr. Warren in view of the additional information we provided.

Thanks, and best regards,
Brian

**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Monday, October 12, 2020 1:56 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>

5

Exhibit 9
-162-

Cc: \*\*\* Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
Subject: RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

[External Email]
Brian,
The parties met and conferred on Plaintiffs' objections to Dr. Sarrafzadeh, but have not met and conferred on Plaintiffs' objections to Dr. Warren.  Please let us know when you are available for that discussion so we can try to narrow or resolve the objections.  I am free most of the day tomorrow.

Within seven days after we meet and confer to determine if there is a dispute regarding Dr. Warren, and the scope of any such dispute, we will provide a joint stipulation regarding Dr. Sarrafzadeh and, if necessary, Dr. Warren.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**

**Knobbe Martens**

From: Andrea, Brian <BAndrea@gibsondunn.com>
Sent: Thursday, October 8, 2020 5:56 PM
To: Adam.Powell <Adam.Powell@knobbe.com>
Cc: \*\*\* Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
Subject: RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

Adam,

You have not provided any legitimate basis for objecting to Dr. Warren, and thus it is unclear to both Apple and Dr. Warren why you are requesting that he stipulate "not to work in the field of physiological sensors and monitoring for the duration of this litigation plus two years."  Moreover, the scope of your proposed stipulation is overbroad and unreasonable, and thus neither Apple nor Dr. Warren are willing to agree to your proposal.

Your other email today indicates that "Plaintiffs will provide their portion of the joint stipulation within seven days of the parties determining whether we also have a dispute as to Dr. Warren."  Thus, we assume that Plaintiffs will provide their portion of the joint stipulation one week from today – on Thursday October 15, 2020.  Please let us know by Tuesday what specific objections you intend to raise with the Court for both experts.

Thanks,
Brian

**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

**Exhibit 9**
**-163-**

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Thursday, October 8, 2020 1:10 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

[External Email]
Brian,
Thank you for the additional information regarding Dr. Warren and Dr. Polson.  Based on the information that you provided, Plaintiffs withdraw their objection to Dr. Polson under the Protective Order.

During our prior call, you asked us to consider agreeing not to object to an expert if he or she agreed not to work in certain fields for a certain period of time.  Plaintiffs would agree to withdraw their objection to Dr. Warren if Dr. Warren agreed not to work in the field of physiological sensors and monitoring for the duration of this litigation plus two years.  Please let us know if Dr. Warren agrees.
Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**
**Knobbe Martens**

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Thursday, October 1, 2020 10:03 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

Adam,

The Kansas State "Medical Component Design Laboratory" was founded in 1999 and is an academic research laboratory that Dr. Warren uses to teach and assist his students with their research and publications related to health monitoring technology.  Dr. Warren is the manager/director of the Laboratory, which entails the following responsibilities:

- Seek and acquire grant funding to support research, education, and service endeavors
- Foster academic research and teaching relationships
- Host study protocols that employ human subjects
- Disseminate research and education work through peer-reviewed publications, invited presentations, conference participation, workshops, and short courses
- Provide academic oversight for the undergraduate Biomedical Engineering degree program and the Bioengineering Option within the Electrical Engineering degree program
- Support academic coursework and demonstrations for the undergraduate Electrical Engineering, Computer Engineering, and Biomedical Engineering curricula
- Support, advise, and mentor graduate and undergraduate students
- Guide undergraduate research projects
- Provide tours for prospective students
- Support laboratory demonstrations for potential university benefactors
- Serve as a public-relations resource for KSU and the KSU ECE department
- Remain active in professional societies
- Serve on academic and administrative committees

Exhibit 9
-164-

- Work with student groups as a faculty advisor

We trust that this information resolves your objection.  If you intend to maintain your objection to Dr. Warren, please let us know.

Additionally, I wanted to follow up on our meet and confer regarding your objections to Dr. Sarrafzadeh.  As discussed during the call, we were expecting a follow up email from you with your specific concerns about his work.  We did not receive that email, but did follow up with him regarding his involvement in the companies you mentioned on the call.  That information is below:

- **MediSens** – Dr. Sarrafzadeh is listed as a co-founder and technical adviser. He has had no technical discussions/activities with MediSens in at least the past year, and does not expect any technical engagement with them in the foreseeable future.

- **Bruin Biometrics** – Dr. Sarrafzadeh has had no technical discussions/activities with Bruin Biometrics in at least the past few years, and does not expect any technical engagement with them in the foreseeable future.

- **WANDA** – WANDA was sold last year, and Dr. Sarrafzadeh has had no technical discussions/activities with them in at least the past year and does not expect any technical engagement with them in the foreseeable future.

- **Center of SMART Health** – Dr. Sarrafzadeh is no longer a co-director of the Center of SMART Health, and is unaware of their current activities. He does not expect any technical engagement with them in the foreseeable future.

- **BRITE Center on Minority Health Disparities** – Despite the fact that Dr. Sarrafzadeh is listed on the BRITE Center's website, he has not had any technical  discussions/activities with them in at least the past few years, and does not expect any technical engagement with them in the foreseeable future.

- **UCLA Wireless Health Institute** – Dr. Sarrafzadeh no longer a co-director/member of the UCLA Wireless Health Institute and is unaware of their current activities. He do not expect any technical engagement with them in the foreseeable future.

Additionally, in response to your question as to whether Dr. Sarrafzadeh still has any copies or drafts of his prior declaration that Plaintiffs allege contain confidential information (which we dispute, as you know), I can confirm that Dr. Sarrafzadah deleted all electronic and hardcopies of the declaration, any drafts, and all materials related to the declaration as soon as Plaintiffs alleged that it should have been filed under seal.

Please let us know if Plaintiffs intend to maintain their objections to Dr. Sarrafzadeh and, if so, on what grounds.

Thanks,
Brian


**Brian Andrea**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

**Exhibit 9**
**-165-**

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Thursday, October 1, 2020 12:01 AM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

[External Email]
Brian,

Your accusations are false and we believe are the type of unprofessional conjecture that Judge Early warned counsel to
avoid.

I assume the "prior litigation" to which you are referring is the *Masimo v. Philips* case.  That was seven years
ago.  Moreover, Masimo objected to Dr. Warren in *Philips* and the parties briefed the issue.  The court only allowed Dr.
Warren access to Masimo confidential information subject to additional restrictions, including that he would not work
on certain parameters in certain settings for the duration of the lawsuit plus two years.  Thus, merely stating that Dr.
Warren was allowed to receive confidential information in another case (without mentioning the additional restrictions)
does not resolve Masimo's meritorious objection.

We reiterate our request that you provide detailed information about the K-State Medical Component Design
Laboratory, including an explanation of work done by the lab and Dr. Warren's activities and responsibilities as the
"director" of that organization.  We hope the parties can resolve this dispute without burdening the Court.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 Direct

**Knobbe Martens**

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Wednesday, September 30, 2020 12:33 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

Adam,

Your objection to Dr. Warren is baseless and, when viewed in combination with your objections to Dr. Sarrafzadeh,
appears to be part of Plaintiffs strategy to contrive a basis to object to every technical expert disclosed by Apple.

As you know, Dr. Warren was already authorized to, and did receive, Plaintiffs' confidential information in a prior
litigation.   His involvement and work with the Kansas State Medical Component Design Laboratory was on his CV at the
time that he was disclosed and authorized to receive confidential information in that prior litigation – indeed, he has
been the manager/director of that Laboratory for 21 years.

We believe this resolves your objection; nonetheless, if you intend to stand on the objection, please let us know
immediately.

Exhibit 9
-166-

Thanks,
Brian

**Brian Andrea**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Tuesday, September 29, 2020 10:36 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

[External Email]
Brian,
Pursuant to Paragraph 9.2(c) of the Protective Order, Plaintiffs object to Dr. Warren receiving Plaintiffs' confidential information. Dr. Warren's website indicates that he is the director of the "K-State Medical Component Design Laboratory," which is involved in "wearable sensors and signal processing techniques to determine human/animal health." For at least that reason, Dr. Warren should not be allowed to review Plaintiffs' proprietary technology. If you disagree, please provide detailed information about the K-State Medical Component Design Laboratory, including an explanation of work done by the lab and Dr. Warren's activities and responsibilities as the "director" of that organization.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**

## Knobbe Martens

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Tuesday, September 15, 2020 2:50 PM
**To:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Masimo Corp. et al. v. Apple Inc., Case No. 8:20-cv-00048-JVS-JDE - Disclosure of Dr. Steve Warren

Counsel,

Pursuant to Section 9.2 of the Protective Order, Apple discloses Steve Warren as an expert in this matter to whom it intends to disclose information designated pursuant to the Protective Order. Attached is a signed copy of Exhibit A to the Protective Order, Mr. Warren's CV, and further information disclosed in support of the Protective Order, including a listing by matter in which Mr. Warren has provided expert testimony in the past five years. Mr. Warren has no information to disclose under Section 9.2(c)(iii)-(iv). Mr. Warren is not presently an officer, director, or employee of a party to this litigation or a competitor of a party to this litigation, nor is he anticipated to become an officer, director, or

**Exhibit 9
-167-**

employee of a party or competitor of a party to this litigation.  He is also not involved in competitive decision making on behalf of a party to this litigation or a competitor of a party to this litigation.

Thanks,
Brian

**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

**Exhibit 9**
**-168-**

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**Exhibit 9**
**-169-**

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

**Exhibit 9**
**-170-**

# EXHIBIT 10

K-State home » Engineering » ECE » People » Faculty » Steve Warren

# Electrical and Computer Engineering

## Steve Warren | Professor

**Robert and Becca Reichenberger Cornerstone Teaching Scholar**

**Ph.D. - 1994, The University of Texas at Austin**
Electrical Engineering
**M.S. - 1991, Kansas State University**
Electrical Engineering
**B.S. - 1989, Kansas State University**
Electrical Engineering



### Contact Information

3084 Engineering Hall
785-532-4644
swarren@k-state.edu (mailto:swarren@k-state.edu)

### Professional Experience

Steven Warren is a professor in the Mike Wiegers Department of Electrical and Computer Engineering (ECE) at Kansas State University. He received a Bachelor of Science and Master of Science in Electrical Engineering from K-State in 1989 and 1991, respectively, followed by a doctorate in electrical engineering from The University of Texas at Austin in 1994. Prior to joining K-State in August 1999, Warren was a post-doctoral member, senior member and then principal member of the technical staff at Sandia National Laboratories in Albuquerque, New Mexico. In 2002, Warren was promoted to associate professor with tenure at K-State. He since joined the K-State department of gerontology as an adjunct faculty member and was promoted to professor in 2017.

Warren is a member of the Institute of Electrical and Electronics Engineers (IEEE) and the IEEE Engineering in Medicine and Biology Society (EMBS). Since 2005, he has served as the faculty adviser for the K-State IEEE EMBS student chapter. Warren is also an active member of the American Society for Engineering Education (ASEE) and serves as the ASEE campus representative for the K-State Carl R. Ice College of Engineering. He is the past chair of the ASEE Midwest Section and was the chair of the 2016 ASEE Midwest Section Conference. Warren is the senior member on the K-State internal review board (since 2000), serves on the Goldwater Selection Committee and has completed two terms for the K-State Presidential Lecture Series. He served six years on the Heartspring Board of Trustees, and has been an expert witness in litigation cases related to telemedicine and pulse oximetry

### Research

Warren is the director of the K-State Medical Component Design Laboratory, a facility that supports research efforts in (1) plug-and-play medical monitoring systems that use interoperability standards, (2) wearable sensors and signal processing techniques to determine human/animal health, and (3) the creation and assessment of classroom technologies and techniques that enhance student learning. Since 1999, he has been an investigator on over 50 grant-funded efforts totaling nearly $12M. Primary funding has been provided by the National Science Foundation (NSF CAREER, ITR, DUE, EEC, CRI, SIR, REESE, CCLI/TUES, CPS, & GARDE programs), supplemented by grants from NASA, the National Institutes of Health, K-State, and corporate partners. He has authored 134 peer-reviewed publications, 13 book chapters/reports, and

**Exhibit 10**
**-171-**

numerous other publications and presentations. Warren has been the major professor for 30 graduate
students, served on 42 graduate committees and mentored 58 undergraduate research students, including
underrepresented students supported by the Developing Scholars and KS-LSAMP initiatives. On-campus
research partners for these efforts have involved faculty in at least 22 departments within seven K-State
colleges.

### Teaching

Warren teaches biomedical instrumentation, signals and systems, and computational methods courses, and
he helps to manage the Bioengineering Option within the undergraduate Electrical Engineering curriculum.
He has worked with nearly 2,000 students as an instructor of ECE 410 – Circuit Theory I, ECE 511 – Circuit
Theory II, ECE 512 – Linear Systems, ECE 571 – Introduction to Biomedical Engineering, ECE 636 –
Computer Graphics, ECE 690 – Independent Design, ECE 772/3 - Bioinstrumentation, and ECE 840 –
Computational Methods. The linear systems courses, in particular, have been supported by nine years of
consistent NSF funding (with K-State math and physics) to study concept retention. This work produced
online homework modules used for over 10 years. NSF-funded portable instrumentation kits designed by
Warren's students have been employed in multiple courses, and ECE has used NSF RAPD funds for six years
to support college-wide design projects to aid severely disabled autistic children.

Kansas State University      Manhattan, KS 66506      785-532-6011      © Kansas State University      Updated: 9/5/19

Exhibit 10
-172-

# EXHIBIT 11

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              IN AND FOR THE DISTRICT OF DELAWARE
 3                          - - -
 4   MASIMO CORPORATION,         :
                                 :
 5           Plaintiff,          :
                                 :
 6   v.                         :C.A. NO.
                                :09-80 AMD 11-742(LPS-MPT)
 7   PHILIPS ELECTRONICS NORTH  :
     AMERICA CORPORATION and    :
 8   PHILIPS MEDIZIN SYSTEME    :
     BOBLINGEN GMBH,            :
 9   et al.,                    :
                                :
10           Defendants.        :
11                          - - -
12                       Wilmington, Delaware
                 Wednesday, December 4, 2013 at 11:32 a.m.
13                       TELECONFERENCE
                            - - -
14
15   BEFORE:          HON. MARY PAT THYNGE, U.S.M.J.
16                          - - -
     APPEARANCES:
17
18           MORRIS, NICHOLS, ARSHT & TUNNELL
             BY:  JULIA HEANEY, ESQ.
19
                      and
20
             KNOBBE MARTENS
21           BY:  MICHELLE ARMOND, ESQ., and
             BY:  JOSEPH R. RE, ESQ.
22
                  (Irvine, California)
23
24
     Ellie Corbett Hannum,  Registered Merit Reporter
```

**Exhibit 11**
**-172-**

Page 2

1  APPEARANCES: (Continued)

2

      POTTER ANDERSON & CORROON, LLP
3     BY:  DAVID ELLIS MOORE, ESQ.
4          and
5  MAYER BROWN
      BY:  ALAN GRIMALDI, ESQ.
6     BY:  BRIAN A. ROSENTHAL, ESQ.
      BY:  BRIAN K. ANDREA, ESQ.
7
      (Washington, D.C.)
8

9
      Counsel for Defendants
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 3

1            - oOo -

2        P R O C E E D I N G S

3       (REPORTER'S NOTE:  The following teleconference
4  was held in Judge Thynge's chambers, beginning at 11:32
5  a.m.)

6       THE COURT:  Good morning, counsel.  This
7  is Judge Thynge on the phone.

8       We have Ellie Corbett on behalf of
9  Veritext who will be taking down this conference.

10      I have Masimo's list of participants.  I
11 just want to confirm that we have Michelle Armond, Joseph
12 Re, and Julie Heaney on the line.

13      MS. HEANEY:  That's right, Your Honor.

14      THE COURT:  Who is on the line for
15 Philips because I didn't receive their list?

16      MR. MOORE:  This is David Moore at
17 Potter Anderson.  With me on the line are the familiar
18 names of Alan Grimaldi, Brian Rosenthal, and Brian Andrea
19 from Mayer Brown.

20      THE COURT:  My understanding is that
21 this is Masimo's motion on an issue concerning Philips
22 proposed expert, Dr. Warren.  And the dispute is the
23 issue of how far, that he shouldn't have access to the
24 source code absent an agreement that he will not engage

Page 4

1  in consulting activities or research and development in
2  the field of Rainbow SET such as the noninvasive
3  measurement of blood constituents.  And Masimo pointed
4  out that there were two other technical experts that
5  Philips is using that have entered into the requested
6  agreement.

7       Who on Masimo's side will be presenting
8  the argument?

9       MS. ARMOND:  Good morning, Your Honor.
10 This is Michelle Armond from Knobbe Marten.

11      THE COURT:  Good morning to you, too.
12 Why don't you begin.

13      MS. ARMOND:  Your Honor, you have
14 correctly stated why we are here today.  The reason that
15 we are here is we were trying to negotiate with Philips
16 either an agreement that they would not show Masimo's
17 trade secret Rainbow SET source code to Dr. Warren or
18 that he would sign the same agreements that other
19 Philips' experts had signed and not engage in consulting
20 or research and development activities in the field of
21 Rainbow SET.

22      The one thing that's really important
23 here is Rainbow SET is a very precious trade secret for
24 Masimo.  This is Masimo's technology for noninvasively

Page 5

1  measuring blood constituents.  It is actually different
2  from the pulse oximetry technology that we have been very
3  familiar with in this litigation going forward.

4       People have been trying to do this for
5  30 years.  This is sort of the Holy Grail of noninvasive
6  blood constituent monitoring.  So Masimo products can
7  noninvasively measure lots of different parameters, like
8  they can detect carbon monoxide poisoning.  They can
9  detect methemoglobin, which is a potentially fatal drug
10 interaction which is very common after surgery.  There is
11 one for total hemoglobin, which they can measure very
12 quickly whether somebody has a low red blood cell count,
13 either indicating internal bleeding or that they
14 immediately need a blood transfusion.  And this is all
15 without the standard lab work and waiting for test
16 results to come back.  The doctors can just put this on
17 the patient and immediately detect these conditions and
18 then immediately treat, preventing organ damage, death.
19 It's great technology.

20      And to Masimo's knowledge, we are the
21 only company that has succeeded in developing this
22 technology.  And I don't think this is in dispute at all.
23 I didn't see that Philips is disputing this at all.

24      THE COURT:  Well, let me just interrupt.

2 (Pages 2 - 5)

Exhibit 11
-173-

Page 6

1  I am accepting the representations that Masimo made to me
2  concerning the importance of its source code in this
3  area. But I think really the issues that I have some
4  concern with is the broadness of the language requiring
5  him not to engage in research, development, or consulting
6  in the field of noninvasive measurement of blood
7  constituents, which appears to me would cover areas that
8  the Rainbow technology is not directly related to.
9        And in fact, at page 3 of Philips'
10  submission, which is where I want you to start your
11  argument, subsection 2, that the restrictions would limit
12  Dr. Warren's ability to do any work basically, including
13  the job he is presently involved in. I have some serious
14  concerns because they point out that the broad
15  restriction would not only impact his ability to perform
16  future consulting work in the area of patient monitoring,
17  that they claim -- that Philips claims has nothing to do
18  with the parameters measured by Rainbow SET, that is
19  measuring blood as a biometric indicator or measuring
20  blood pressure, but would also severely limit
21  Dr. Warren's ability to even continue his profession as a
22  professor at the university.
23        And they point out that there are at
24  least three areas, not all, but at least three areas of

Page 7

1  responsibility that would be directly affected. And they
2  argue that these areas, these example areas may involve
3  noninvasive measurement of blood constituents, either
4  directly or indirectly, but have nothing to do with the
5  parameters or Rainbow SET. So that's one issue I want
6  you to address.
7        And then the second issue is found at
8  page 4 that you have not required the same set of
9  restrictions from all technical experts that have access
10  to Rainbow SET materials.
11        MS. ARMOND: Of course, Your Honor, let
12  me start with the first point about Philips' argument
13  that this would impact Dr. Warren in his current academic
14  responsibilities. I think part of the confusion is I
15  don't think that Philips fully understands what we mean
16  by blood constituents. We are not talking about pulse
17  oximetry here. We are not talking about blood pressures.
18  I don't know what blood as a biometric indicator means.
19        But we are talking about noninvasively
20  measuring little bits of the blood like total hemoglobin
21  or, you know, how the oxygen is bonding or -- you know,
22  these are all kind of like different ways that oxygen
23  bonds to hemoglobin. And it is slightly broader than the
24  Rainbow parameters because the technology of Rainbow

Page 8

1  could be used to measure certain other, like microscopic
2  little bits of blood and how the oxygen is bonding to the
3  hemoglobin.
4        So I wouldn't want to limit it to just
5  those, you know, four specific things because I -- you
6  know, Rainbow could be easily applicable to measuring
7  like a different way that the oxygen is bonding to the
8  red blood cells in the blood. We are not talking about
9  like anything -- you know, blood pressure, pulse
10  oximetry. We are really talking about this very specific
11  technology of shining light through your patients and
12  figuring out different -- how small particles are bonded
13  to different parts of the blood, which is what Rainbow is
14  about.
15        You know, I have spent some time looking
16  through Dr. Warren's C.V. His research appears to be he
17  does a little bit in pulse oximetry, which we are not
18  trying to restrict him on, but his main thing is making
19  medical devices portable. Like, he is not somebody that
20  is really on the cutting edge of developing pulse
21  oximetry, or blood constituent algorithms. So when I saw
22  these points about how Dr. Warren couldn't advise
23  students or help the medical or veterinary schools, it
24  seems like Philips is arguing that this would somehow

Page 9

1  block him from any pulse oximeter ever. And that's not
2  what this restriction is intended to do. It is really to
3  prevent him from coming up with algorithms relating to
4  this very specific measurement of blood constituents that
5  is Rainbow.
6        THE COURT: Well, what you said to me
7  was -- am I to understand that the blood constituents of
8  which is Rainbow -- and I have no idea what that
9  encompasses -- but what you also talked about was your
10  concern about limiting it just to the Rainbow technology
11  because you don't know all parameters or all avenues that
12  Rainbow could eventually be used for. And then you said,
13  for example, it could measure in a different way how
14  oxygen bonds to the blood.
15        Are all the measurements that you are
16  talking about with Rainbow as a concern with the oxygen
17  bonding to the blood type analysis?
18        THE WITNESS: Yes. That's my
19  understanding. Oxygen can bond in lots of different ways
20  to the red blood cells in blood, and that's really what
21  we are talking about here.
22        THE COURT: Okay.
23        MS. ARMOND: So that's what we mean by
24  blood constituents.

3 (Pages 6 - 9)

Page 10

1        So, I mean, the one reason that has
2    really triggered some concern is Dr. Warren is an
3    academic, and understandably he wants to go out and get
4    funding for his research.  But he is actively out there
5    doing information exchanges and trying to get research
6    support from medical device companies that are direct
7    competitors with Masimo, including one of the companies
8    that helped Philips design a product that's at issue in
9    the case.  And so that's what is sort of triggering the
10   concern is whether through his current research
11   activities or in the future he will start doing
12   consulting.  And despite the best intentions, courts have
13   recognized that once you learn something and it's in your
14   head, it's kind of hard to separate where you got that
15   piece of knowledge from.
16       And so we are really concerned about him
17   inadvertently sort of using the concepts or disclosing
18   something to one of these companies he is trying to get
19   funding for, and then the cat is out of the bag and there
20   goes our trade secret.
21       THE COURT:  Well, I recognize your
22   concern about the trade secret, but you are talking about
23   this going on forever, right? until the day this poor man
24   dies.  There's no time limitation.

Page 11

1        MS. ARMOND:  The issue that we have
2    right now is we don't know when this will become public
3    knowledge, if ever.  I mean, right now there are dozens
4    of engineers that work on Rainbow and there are only two
5    guys at Masimo that even know how this technology works
6    to the source code level.  I mean, Joe Kiani doesn't even
7    fully understand how this works.  Masimo is really
8    aggressively trying to keep this from getting
9    disseminated, and so having an unfettered Dr. Warren out
10   there -- I mean, in five years it might not be public, so
11   that's the concern we are having.
12       THE COURT:  But in five years you could
13   have a completely different source code.
14       MS. ARMOND:  No.  These core algorithms
15   generally do not change at Masimo, like the pulse
16   oximetry algorithm they have been using for 20 years.
17       Would you like me to address the point
18   about Dr. Turner now?
19       THE COURT:  Yes.
20       Because what they suggest is that the
21   objections that you had to two of Philips' technical
22   experts, Stone and Riemer, were different from the
23   objections that you've raised for Dr. Warren.  And both
24   Stone and Riemer were previously employed by competitors

Page 12

1    of Masimo.  And the fact that Stone had acted as an
2    expert on behalf of Nellcor, but also the other issue was
3    the fact that no restriction was requested of Dr. Turner
4    at all.  And so he was granted access to all confidential
5    information, including the Rainbow SET source code.
6        So explain to me why Dr. Warren falls
7    into a completely different category or what the
8    difference is with these experts to Dr. Warren?
9        MS. ARMOND:  Well, Your Honor, the
10   issue -- so you are correct -- Dr. Stone and Dr. Riemer
11   have already signed agreements that they are not going to
12   compete in the area of blood constituents, and there's no
13   time limitation on that, and we didn't have any issues
14   negotiating that restriction with Philips.
15       Now, Dr. Turner was a little bit
16   different, and it's all a matter of timing.  So Dr. Stone
17   and Riemer, as I recall, were disclosed very early in the
18   case, kind of when all issues were in play.  Dr. Turner
19   was a little bit different.  As you might recall, Your
20   Honor, there's only one patent in the case that
21   implicates the Rainbow SET source code, and that's the
22   Benaron patent.  And that patent was not in the case for
23   the outset.
24       So basically, after the parties had

Page 13

1    reached an agreement on the scope of the protective
2    order, we had negotiated for about six months, from
3    October 2009 to early March 2010, and we worked
4    everything out except, I believe, access to confidential
5    information by one of the Knobbe Martens attorneys here.
6    Only then did Philips indicate they were going to add
7    Benaron, and they filed the motion to amend.  So that's
8    kind of a late patent for the case.
9        At the time that Dr. Turner was
10   disclosed, which was in April 2011, the Court had already
11   issued an order in the case where we were facing the
12   Masimo I and Masimo II, that was in October of 2010.  So
13   Benaron was put into that second bucket of Masimo II.
14   And there had been a claim construction in February of
15   2011.
16       So in April of 2011 when Philips
17   disclosed Turner, it was right as the parties were going
18   to start preparing expert reports on the Masimo I patents
19   and Benaron wasn't even in there.  It was only about
20   Masimo pulse oximetry.  And looking at his resume, it was
21   pretty clear he was going to be providing an opinion
22   about the Masimo, that source code, and we suspected for
23   that fuzzy logic patent.  So there wasn't a concern that
24   he was going to be looking at Rainbow at all because that

4 (Pages 10 - 13)

Exhibit 11
-175-

Page 14

1  was in a different phase of the case.
2         So that was the reason that we didn't
3  object and ask Dr. Turner to sign the agreement.  If
4  Philips is now saying they would like Dr. Turner to look
5  at the Rainbow SET agreement, then maybe we should be
6  talking about him too at the hearing because that would
7  obviously be a concern.
8         THE COURT:  Okay.  Who will be speaking
9  on behalf of Philips?
10        MR. ANDREA:  Your Honor, this is Brian
11 Andrea.  Good morning.
12        THE COURT:  Good morning.
13        MR. ANDREA:  Your Honor, the first thing
14 I want to note is Ms. Armond's focus was on their
15 concerns over disclosing the Rainbow SET source code to
16 Dr. Warren.  And we tried to work with Masimo on this, as
17 we worked with them when they objected to Dr. Stone and
18 Riemer.
19        When we got their letter to the Court,
20 it became apparent to us that Masimo's sole source of
21 concern was the Rainbow SET source code.  So given this,
22 we went back to Dr. Warren and we asked him if he would
23 agree to a restriction that prevents him from working on
24 commercial efforts with a goal of measuring the same

Page 15

1  parameters measured by Rainbow SET.  And we asked him if
2  he would agree to this for a period of five years.
3  Reluctantly he agreed, but he agreed because that
4  restriction is not limited in subject matter and it's not
5  limited in time -- or, I'm sorry, it is limited in
6  subject matter and it's limited in time.
7         It also, importantly, wouldn't interfere
8  with his day-to-day activities.  As you noted previously,
9  the broad restriction that Masimo suggests would force
10 Dr. Warren to stop performing many aspects of his current
11 job.
12        After speaking to Dr. Warren and getting
13 his agreement here, we went back to Masimo and we offered
14 that to them.  And they rejected that offer without
15 explanation.
16        So this just highlights that Masimo's
17 requested restrictions are unreasonable.  If Masimo's
18 unlimited restriction by time or subject matter were
19 required of all of our experts, it would really hinder
20 our ability to select an expert in this case.
21        THE COURT:  Well, what I understood
22 was -- and I don't know how this affects the analysis
23 that you just provided, Brian, but they were talking
24 about oxygen, the measurement of oxygen bonding to the

Page 16

1  red blood cells in the blood.  That's the constituents
2  that I understand they are talking about.
3         How does that affect -- basically what
4  was said today, how does that affect the situation with
5  Dr. Warren?
6         MR. ANDREA:  Well, I think that
7  definition, Your Honor, is the definition of pulse
8  oximetry.
9         THE COURT:  Okay.
10        MR. ANDREA:  It's the definition of
11 measuring oxygen saturation.  FP-02 is looking at how
12 much oxygen is in the blood.  And, as you know, this is a
13 parameter that's commonly measured by all kinds of
14 commercial devices.  Rainbow SET, on the other hand, is
15 limited to the measurement of the four parameters that
16 Ms. Armond identified.
17        However, Masimo wants to go beyond that
18 and limit him to the broad field of noninvasive
19 measurement of blood constituents.  I think that the
20 unreasonableness of this broad restriction is
21 highlighted, as you identified, by the fact that this
22 would affect the activities that Dr. Warren engages in
23 right now that have nothing to do with Masimo, they have
24 nothing to do with Rainbow SET, and they have nothing to

Page 17

1  do with the parameters that are measured by Rainbow SET.
2         THE COURT:  What are the four parameters
3  that you are talking about that you argue that are really
4  what's measured by Rainbow SET?
5         MR. ANDREA:  Sure.  These are the same
6  parameters that Ms. Armond identified.  It's total
7  hemoglobin, oxygen content, carboxyhemoglobin, and
8  methemoglobin.  Those parameters do not include FP-02 or
9  pulse rate or other commonly measured blood parameters.
10 Yet, Masimo's proposed restriction is limiting Dr. Warren
11 to research, development, or consulting in the field of
12 noninvasive measurement of blood constituents.  It's far
13 broader than Masimo leads us to believe.
14        THE COURT:  Okay.  Let me ask a
15 question, please, and then you can continue.
16        MR. ANDREA:  Sure, I'm sorry.
17        THE COURT:  If we are talking about
18 those parameters for which -- and the Court would impose
19 that limitation, how does that affect Dr. Warren's
20 position or your position regarding Dr. Warren?
21        MR. ANDREA:  Well, as I said, Dr. Warren
22 has agreed to be bound by a limitation that would limit
23 him to working on commercial efforts with a goal of
24 measuring those same parameters for a period of five

5 (Pages 14 - 17)

**Exhibit 11**
**-176-**

Page 18

1  years.
2        THE COURT:  Well, what about, when you
3  say "commercial efforts," what the heck does that mean?
4        MR. ANDREA:  Well, it means
5  commercially -- working with commercial companies on
6  commercial efforts to develop products.  Things like
7  that.
8        THE COURT:  What about his own -- see,
9  one of the concerns that Masimo expressed was part of his
10 research is looking for money.  It may not be commercial
11 efforts at the beginning, but it could become that later
12 on.  In other words, he is trying to look for money for
13 his research.  It doesn't necessarily have to be tied
14 to -- getting money for research isn't automatically tied
15 to the fact that a commercial effort has to occur.
16        Do you understand what I am saying?
17        MR. ANDREA:  I think I do.  Dr. Warren's
18 concern with limiting it to research and development
19 would be the situation where what if one of his students
20 comes to him and says, I want to do X research, and he
21 doesn't want to be in a situation where he can't advise
22 his student on doing that research.
23        I understand that commercial has a bit
24 of an ambiguity, but what we intend to mean by that is

Page 19

1  outside consulting activities.  If Dr. Warren is working
2  in his lab for his own edification, he should not be
3  limited from doing that.
4        And I will add, Your Honor, that he is
5  already agreed to be bound by the provisions of the
6  protective order, which prohibit the use of any
7  information that he learns in the course of this
8  litigation.  And I will note, as well, that the parties
9  worked for months to negotiate the terms of that
10 protective order.  And Masimo was aware that Rainbow SET
11 was at issue four months prior to that protective order
12 being submitted to the Court.
13        If it was truly concerned about the
14 terms of the protective order being too lenient to
15 protect the sensitivity of the Rainbow SET source code,
16 it should have raised those issues at that point.  To now
17 ask for additional restrictions at this point in the
18 second phase of the litigation, after we have already had
19 a round of expert reports and expert disclosures and
20 summary judgment briefing, it's simply unreasonable.
21        In light of those protections and in
22 light of Dr. Warren's agreement to be bound, going beyond
23 those protections, which we think are sufficient in and
24 of themselves, we ask that Masimo's request for

Page 20

1  additional restrictions or the broad request for
2  additional restrictions be rejected.  Masimo has shown
3  with Dr. Turner, for example, that it has no problem with
4  an expert having access to its Rainbow SET source code
5  without additional restrictions.
6        THE COURT:  Has Dr. Turner had access to
7  the Rainbow SET code because what I just heard from
8  Masimo was he would be a problem too?
9        MR. ANDREA:  Your Honor, when Dr. Turner
10 was disclosed, I believe, two years ago?
11        THE COURT:  Yes.
12        MR. ANDREA:  Masimo did not object.  And
13 they had already at that point produced Rainbow SET
14 source code.  Rainbow SET had been at issue in the
15 litigation.  And Dr. Turner currently has access to the
16 Rainbow SET source code without restriction.  And he has
17 had access for two years.
18        We are not saying that we have
19 necessarily shown it to him, but he has had that ability
20 for a couple of years now.
21        THE COURT:  Okay.  I'm not sure I
22 understand the difference.  But what about Dr. Stone and
23 Dr. Riemer?  Let me finish.  According to Masimo, they
24 signed exactly the same restrictions.

Page 21

1        MR. ANDREA:  That's correct, Your Honor.
2  Those two experts signed the additional restriction.
3  It's important to note, however, that they worked in the
4  medical industry.  Dr. Stone worked for Nellcor.  He was
5  an expert for Nellcor in that litigation.  And, in fact,
6  Dr. Stone had already agreed to a similar restriction
7  during the Nellcor litigation.
8        So for Dr. Stone, it was a no-brainer.
9  He had already agreed to be restricted, so he signed it
10 again.
11        Dr. Riemer, he also worked in the
12 medical device industry.  And we didn't think additional
13 restrictions were necessary.  When Masimo objected to
14 those experts, we agreed because we understood their
15 objection.  We could understand why they might have
16 concerns about someone who had worked in the medical
17 device industry on product development having access to
18 their source code.
19        But Dr. Warren, he has never been in the
20 medical device industry.  He doesn't do consulting on
21 product development.  He is a researcher.  He is a
22 lifelong academic and a researcher.
23        THE COURT:  Well, maybe part of their
24 concern is Dr. Warren coming up with -- using in his

6 (Pages 18 - 21)

**Exhibit 11**
**-177-**

Page 22

1 research information he gleaned from Masimo's source
2 code, whether it's for commercial development or not, and
3 then eventually trying to get a patent himself and it
4 turns out he copied portions of whatever Masimo feels is
5 protected.
6          On the issue that you raised concerning
7 being able to advise or guide students in research, I
8 kind of made a note on this, but I think I'm not fully
9 understanding how or why this would necessarily be
10 covered. I mean, for example -- it could be a couple of
11 things. One, the student is doing a research project and
12 Dr. Warren advises. The other thing is, I guess, the
13 student could be doing a research project but that
14 student is doing it for commercial efforts or
15 development. I kind of doubt that would happen but I
16 guess it could.
17          MR. ANDREA: My understanding is that
18 the students do not do that. But the reason that this
19 would be covered under Masimo's proposed restriction is
20 because the restriction is so broad that Dr. Warren
21 wouldn't be able to offer suggestions to his students
22 about research regarding completely new ways of measuring
23 FP-02, for example. I am just pulling that out of my
24 head. But it's so broad that it would prevent him from

Page 23

1 doing research development in the field of noninvasive
2 measurement of blood constituents. It's not limited to
3 Rainbow SET.
4          The research that Dr. Warren's students
5 may be engaging in and the research that they are
6 engaging in now have nothing to do with Masimo, they have
7 nothing to do with Rainbow SET, and they have nothing to
8 do with the parameters that are measured by Rainbow SET.
9 Yet, Dr. Warren would have to stop all of those
10 activities if he were to sign on to this restriction.
11          THE COURT: So what is your proposal in
12 this regard? Are you suggesting that he would agree to
13 the total hemoglobin, the oxygen content, the carboxy
14 hemoglobin, and the methemohemoglobin?
15          MR. ANDREA: Your Honor, he has already
16 agreed. He has agreed to the same restriction that we
17 sent to Masimo last week. We has agreed to a restriction
18 that would prevent him from commercial efforts, with the
19 goal of measuring those same parameters, the same
20 parameters that are measured by Rainbow SET, for a period
21 of five years. This wouldn't affect his day-to-day
22 activities. He has no plans to work in those areas, but
23 what he is uncomfortable with is the unbounded subject
24 matter and the unbounded time.

Page 24

1          And you are asking him -- or Masimo, I'm
2 sorry, Masimo is asking him to limit what he can do for
3 the rest of his life. And moreover, the protective order
4 protections already apply. He has already agreed to be
5 bound by the provisions of the protective order that say
6 you cannot use confidential information produced for
7 purposes of this litigation for anything other than this
8 litigation.
9          THE COURT: Are you saying that at the
10 time the protective order was entered into Masimo was
11 aware of Dr. Warren being involved?
12          MR. ANDREA: No, Your Honor. At the
13 time that the parties submitted the joint protective
14 order, Masimo was aware that Rainbow SET was involved.
15 Okay.
16          THE COURT: Okay.
17          MR. ANDREA: And so if it wanted
18 additional restrictions on any expert that was going to
19 have access to the Rainbow SET source code, that was the
20 time to do it. The parties spent months negotiating the
21 terms of the protective order. I believe the Court had
22 two telephonic hearings about it.
23          THE COURT: Oh, I'm sure I did. I can't
24 tell you that I remember all of them, though. The

Page 25

1 hearings become a little bit of a blur, quite frankly.
2          MR. ANDREA: We understand, Your Honor.
3          THE COURT: And trying to separate out
4 the technology that's emphasized in Masimo II from the
5 technology in Masimo I, that gets a little blurred too
6 because I know that there are differences but they deal
7 with similar aspects, and that's trying to keep those
8 separated as well.
9          Michelle, did you wish to add anything?
10          MS. ARMOND: Yes, Your Honor. Very
11 briefly. First of all, there's a few problems with the
12 proposal that Mr. Andrea provided us with. One is the
13 commercial aspect. Obviously, we are concerned about
14 commercial activities, but we are also concerned about
15 his academic activities, his attempts to get research
16 support, his information exchanges -- basically, Masimo's
17 trade secrets would be destroyed if publicly disclosed.
18          So if Dr. Warren came up with a new idea
19 on how to measure hemoglobin that sort of accidentally
20 used some of this information that's in his head and
21 published it, Masimo's trade secret is gone. So we are
22 not just concerned about commercial activities, we are
23 concerned about any activities that might lead to a
24 public disclosure of information in the Rainbow SET

7 (Pages 22 - 25)

**Exhibit 11**
**-178-**

Page 26

1 source code.
2        The other issue which I touched on
3 briefly is five years is not enough, five years from
4 right now. Masimo is very aggressively trying to
5 maintain the secrecy. This thing is under lock and key
6 at the company. As I mentioned, there are really only
7 two guys that really understand how it works. So five
8 years is a problem because in five years it might still
9 be a trade secret, and if Dr. Turner could disclose it or
10 start consulting, then it could still blow Masimo's trade
11 secret.
12        Now, two other short points. As I heard
13 Mr. Andrea say, Dr. Warren's work has nothing to do with
14 Rainbow SET. So I don't understand his concern about how
15 the very specific limitation on blood constituents is
16 going to impact him in his current work at all unless he
17 suddenly does a right turn after seeing our source code
18 in his research. As I said at the beginning, we are not
19 talking about pulse oximetry, or blood pressure, or pulse
20 rate, those are off the table. We are very willing to
21 carve them out for Dr. Warren. We are talking about this
22 blood constituent Rainbow SET.
23        And the last issue is: Mr. Andrea
24 brought up the fact that this should somehow have been

Page 27

1 negotiated in the original protective order back in 2010.
2 Short of having a crystal ball, I don't know how that
3 would have been possible, because Mr. Andrea said a
4 little subtly that when the parties submitted the final
5 protective order to the Court Benaron was in the case.
6 Well, that can happen after two hearings with the Court.
7 At that point bringing up a new issue, we weren't sure
8 what the discovery would have been for Rainbow was
9 unrealistic.
10        When the parties had finished the
11 negotiations on the protective order and reached an
12 impasse and submitted it to the Court, Benaron wasn't in
13 the case yet. Philips hadn't even amended their motion
14 to add Benaron. So this whole Masimo-should-have-known
15 thing is a little misleading. That's all I have.
16        And one other thing, if Philips was
17 giving access to the Rainbow SET source code to
18 Dr. Turner, then we would probably need to talk about
19 filing because Masimo will need an agreement with him as
20 well.
21        THE COURT: Well, has Masimo known that
22 based upon what you have that there was no limitation on
23 him having access for the last two years?
24        MS. ARMOND: Your Honor, when he was --

Page 28

1        THE COURT: They haven't said that they
2 have given it to him, but he could have had access to it,
3 right? I mean, if he signs -- let me back up.
4        If he signs the attachments that I think
5 are probably to the protective order saying I will do X,
6 Y and Z, he could have actually looked at your source
7 code during the last two-year period that dealt with the
8 Rainbow SET.
9        MS. ARMOND: I guess so, Your Honor.
10 But based on the fact that he is Philips' expert on fuzzy
11 logic and he was disclosed to provide an expert report on
12 Masimo I when Rainbow SET was not even an issue, the
13 algorithm wasn't even an issue, we didn't think that was
14 a possibility. If I am hearing now that Philips wants to
15 use Dr. Turner for that purpose, then obviously we will
16 have to talk to Philips about that.
17        THE COURT: Okay. He was used for fuzzy
18 logic, has he been used for anything else in Masimo II?
19        MS. ARMOND: Not yet. We haven't done
20 expert discovery yet in Masimo II.
21        THE COURT: That's right. And is that
22 being held up because of the objections to the claim
23 construction?
24        MS. ARMOND: Yes, Your Honor.

Page 29

1        THE COURT: Okay. All right. Is there
2 anything, Brian, that you wish to add?
3        MR. ANDREA: Your Honor, I just want to
4 add that it seems that Masimo is now suggesting that a
5 new protective order is applicable for the Masimo II
6 case. And that baffles me.
7        The other thing I just want to add is
8 that the facts are absolutely wrong regarding the
9 timeline of when Philips told Masimo of its intention to
10 accuse Rainbow SET. In March 2010, Philips filed its
11 motion to amend the counterclaims. And it explained that
12 it had just acquired the '745 Benaron patent and
13 specifically stated that Rainbow SET infringes that
14 patent.
15        The parties didn't submit their letters
16 regarding the protective order dispute to the Court until
17 mid April of 2010, two or three weeks later. And the
18 final protective order was not submitted to the Court
19 until May 2010, I believe.
20        So when Masimo signed on to the
21 protective order in this case, they absolutely were aware
22 that Rainbow SET would be at issue.
23        And finally, with respect to Dr. Turner,
24 he wasn't disclosed for any specific reason. He was

8 (Pages 26 - 29)

Exhibit 11
-179-

Page 30

1  disclosed as an expert that requested access to
2  confidential information produced in this litigation.
3  Masimo did not object to that disclosure.
4        That's all I have, Your Honor.
5        THE COURT:  Okay.  Well, one, I do think
6  that what's being requested of Dr. Warren is way too
7  broad.  I'm not certain what the heck "noninvasive
8  measurement of blood constituents" is going to mean in
9  the future, but I do think, though, limiting him to the
10 constituents of total hemoglobin, oxygen content, carboxy
11 hemoglobin, methemoglobin -- because it seems to me that
12 at this stage this is where the source code, the type of
13 things that the source code is addressing -- what that
14 source code -- how things can develop in the future, I
15 don't have a crystal ball and I'm not certain I'm going
16 to go beyond that point at this stage.
17       When we talk about commercial efforts,
18 the concern is, the concern that was expressed by Masimo
19 was academic activities and attempts to get research
20 grants on any activities that could potentially lead to
21 public disclosure.  That's kind of broad, too.  I'm not
22 certain how necessarily to limit that.  I understand that
23 Philips suggested commercial, and I am going to go back
24 to Philips on this.

Page 31

1        Why just commercial?
2        MR. ANDREA:  Well, again, Your Honor, we
3  didn't want to limit Dr. Warren from performing work in
4  his lab that relates to those parameters.  Now, I will
5  say he has said, I have no plans to do anything regarding
6  those parameters.  He never has and he doesn't plan to.
7  However, he doesn't want to be unbounded in time.  He
8  doesn't know what he is going to want to do seven years
9  down the road.  And limiting him for life would be
10 unfair, especially considering the fact that he has
11 already agreed not to use what he learns for any reason
12 outside of this litigation.
13       THE COURT:  But he doesn't have a
14 problem, though, my understanding is, limiting to those
15 parameters that I just discussed at this stage, even in
16 his lab; is that correct?
17       MR. ANDREA:  I do not -- I think that's
18 right, but I would need to confirm.  What he would be
19 willing to agree to, I'm sorry, would be what you stated,
20 that it would be any work related to those parameters,
21 intended to result in a commercial product or a public
22 disclosure.
23       THE COURT:  Well, wait a minute, I
24 didn't say intended to result in a commercial product.

Page 32

1        MR. ANDREA:  I'm sorry, I didn't mean to
2  misquote you there.
3        THE COURT:  That was your language.  But
4  I think resulting in a public disclosure would address
5  Masimo's concern that when he was trying to get research
6  grants that that would be a potential public disclosure.
7  Do you understand what I'm saying?
8        MR. ANDREA:  I agree, Your Honor.  And I
9  think he would be amenable to that.
10       THE COURT:  And that an academic
11 activity that would result in public disclosure also.
12 And by academic activities, I mean, helping a student
13 means that he is not going to be able to help them in
14 these four areas is what I'm saying.  Do you understand?
15 And how will that affect his position?
16       MR. ANDREA:  I think he would be fine
17 agreeing to that if it's going to lead to public
18 disclosure.
19       THE COURT:  Yes.  And public disclosure
20 is leading -- well, helping a student do that is public,
21 is it not?  Or not?  Are you saying no, it's not?
22       Maybe we better understand what the heck
23 he is thinking public disclosure is or what you are
24 suggesting public disclosure is from Philips' side of the

Page 33

1  fence.
2        MR. ANDREA:  I think I would need to
3  confer with Dr. Warren on that.  In my mind, that would
4  be a paper or something that was publicly available.  I
5  don't think as a matter of course his research in his lab
6  is necessarily public, but again, you are right, I would
7  need to confirm with Dr. Warren.
8        THE COURT:  I understand what you are
9  saying about the research in the lab potentially not
10 being public, but he is also held to the requirement of
11 what the protective order says, which says he can't use
12 this stuff period; right?
13       MR. ANDREA:  Absolutely, Your Honor.
14 And that's kind of our point here is it wasn't a problem
15 for Dr. Turner and we don't understand why it's a problem
16 for Dr. Warren.
17       THE COURT:  Well, right now we don't
18 know whether it's going to be a problem for Dr. Turner,
19 but I understand what you are arguing.  This may have
20 been an oversight on Masimo's part.
21       So basically my ruling is this, it's in
22 those four areas that I discussed that would lead to
23 public disclosure.  I don't think that working just in a
24 lab situation necessarily is public disclosure.  I don't

9 (Pages 30 - 33)

**Exhibit 11**
**-180-**

Page 34

1 believe it is in this circumstance.

2         Assisting a student is not public

3 disclosure. However, if the student was going to be

4 doing a paper or doing something that would be reviewed

5 by other university members, that is public disclosure,

6 such as a master's thesis or a doctorate thesis; that is

7 public disclosure. But to me I am trying to narrow it as

8 best I can. And I don't think -- he is not allowed to

9 use this stuff, this material anyhow to be able to get

10 research grants or to be able to -- he is also limited by

11 the protective order.

12        So I think with this additional

13 limitation, between the protective order and this, it

14 should be enough protection. I recognize that Masimo

15 views this source code as the Holy Grail but,

16 unfortunately, it is now an issue in this case.

17        MR. ANDREA: Your Honor, I think we can

18 live with that. I just want to confirm that the

19 limitations you just set forth would be for a period of

20 five years as we proposed?

21        THE COURT: Well, no. I haven't talked

22 yet -- I haven't gotten to that. I have no idea how long

23 this case is going to be in this court. I really don't.

24 Five years may or may not be enough. How ever long he is

Page 35

1 going to be under the operation of the protective order I

2 think is what should operate. And I don't know what the

3 protective order provides. Right?

4        In other words, the protective order

5 usually says a year after or a year or two after

6 something. So what if the protective order in this case

7 requires these experts on both sides of the fence to keep

8 this stuff confidential?

9        MS. ARMOND: Your Honor, if I may, it's

10 Michelle Armond. I believe the protective order has no

11 time limitations. The experts and other people who have

12 received confidential information can't use it, period.

13        THE COURT: Philips is the one who

14 brought up the protective order, and he signed off on

15 that. So what does he do?

16        MR. ANDREA: Your Honor, Michelle is

17 right that the protective order is not limited, but there

18 is an analog to that, which is the prosecution bar in

19 paragraph 16. And that goes on two years after final

20 judgment.

21        THE COURT: But that prosecution bar

22 goes to the attorneys, it doesn't go to the experts, does

23 it?

24        MR. ANDREA: That's right, Your Honor.

Page 36

1 But I think that's probably the closest thing that we

2 have to an analogy here.

3        THE COURT: Well, I understand what you

4 are saying, but if he signed off already under the

5 protective order, isn't he bound by that protective

6 order?

7        MR. ANDREA: I'm sorry, I didn't mean to

8 interrupt.

9        THE COURT: Go ahead.

10        I mean, all I have done is added some

11 limited parameters to this. But he is already bound by

12 that protective order if he signed off on it.

13        MR. ANDREA: That's correct, Your Honor.

14 All we are suggesting is this additional restriction

15 regarding these parameters would go on for a period of

16 two years after final judgment as would the prosecution

17 bar, but he would absolutely be bound by the terms of the

18 protective order into infinity. He could never use the

19 information for any purpose outside of the litigation.

20        THE COURT: Which is what he would be

21 agreeing with these particular parameters to.

22        MR. ANDREA: That's right. But he

23 wouldn't be restricted from other activities that have

24 nothing to do with Masimo or Rainbow SET.

Page 37

1        THE COURT: Wait a minute. I don't

2 understand. I am suggesting these additional parameters,

3 but I'm not agreeing that the five-year limitation is

4 appropriate.

5        MR. ANDREA: Sure. Your Honor, this is

6 a limitation on what he is allowed to do in his

7 endeavors. And we don't know what he is going to do for

8 the next ten years down the road, and so it should be

9 time limited. He shouldn't be prohibited from doing

10 something in his career 15 years from now.

11        For all we know, Rainbow SET could be

12 obsolete at that point.

13        THE COURT: Well, I recognize that, but

14 I am trying to -- if he is getting the source code

15 information concerning Rainbow SET, he can never use that

16 information no matter what. Right?

17        MR. ANDREA: Absolutely. That's

18 undisputed.

19        THE COURT: So how are adding these four

20 parameters that I have suggested changing that?

21        MR. ANDREA: Because the protective

22 order says he can't use the information, but these

23 additional parameters and this additional limitation goes

24 beyond that, and it prohibits him from doing anything

10 (Pages 34 - 37)

Exhibit 11
-181-

Page 38

1 regardless of whether or not it uses the information that
2 he learns in the litigation. Now, he has no plans of
3 doing that, and he doesn't mind being limited for a
4 period of time, but his point is I don't know ten years
5 from now, 15 years from now, five years from now what I'm
6 going to want to do. And to have this limitation that
7 limits his ability to work outside and removed from his
8 knowledge that he gains as a result of this litigation
9 should not go on indefinitely.
10        THE COURT: I didn't understand your
11 last argument at all, Brian.
12        MR. ANDREA: I'm sorry, Your Honor. I
13 will try to rephrase.
14        The protective order prevents Dr. Warren
15 from using any information that he learns as a result of
16 this litigation for any purposes other than his
17 activities in this litigation. That's undisputed and
18 nobody disagrees with that.
19        THE COURT: Yes.
20        MR. ANDREA: This additional limitation,
21 it doesn't limit his ability -- it limits what he can do.
22 It limits what he can do outside of and removed from the
23 information that he had as a result of this litigation.
24 It hinders research that he could do even if that

Page 39

1 research is completely different than what Rainbow SET
2 does. It could be a completely different way of
3 measuring total hemoglobin, and that could come up in the
4 future and there could be -- I am not even going to try
5 to predict what could come up in the future, but that's
6 Dr. Warren's point is I don't know what's going to be in
7 vogue. And it wouldn't require me to use the information
8 that I learned in this litigation. And I am fine with
9 saying I would be limited to what I can use the
10 information in this litigation for, but he doesn't want
11 to be unbounded in time as to what research activities he
12 can perform in the future.
13        THE COURT: Okay. I understand a little
14 bit better. All right.
15        Michelle, did you want to add anything
16 on this last argument? It's the time frame.
17        MS. ARMOND: No, Your Honor.
18        THE COURT: The time frame that we are
19 talking about.
20        MS. ARMOND: No, Your Honor. The
21 protective order doesn't have a time limit in it. If
22 that's a problem for Dr. Warren, I don't really know what
23 to say.
24        THE COURT: Well, I think the argument

Page 40

1 being if you are modifying the protective order and
2 expanding it, should then the same time limitation apply?
3        MS. ARMOND: Are you referring to the
4 five years, Your Honor?
5        THE COURT: No. I am referring to -- I
6 have already told you I don't think the five years is --
7 I am trying to tie it to something and that's why I asked
8 about what the protective order did. And usually there
9 is some time limitation put into the protective order.
10 Philips' position was just follow the protective order,
11 Judge, and don't even put in these restrictions. And I
12 said, No, I will accept Masimo's argument that I will
13 include these four parameters.
14        I have now modified in effect what the
15 protective order is, so why shouldn't the Court then
16 modify the time?
17        MS. ARMOND: Because, Your Honor, the
18 parties have already agreed to that time limit. And
19 everybody has each other's sensitive information, and I
20 don't think the experts are able to use what they
21 are getting in this litigation for their own personal
22 purposes, and that was the point.
23        THE COURT: Well, he is not allowed to
24 use what he gets in this litigation for his own personal

Page 41

1 use. But it is the expansion of these parameters that
2 may cover areas that are not, that is not information
3 gleaned from this litigation. In other words, he sees
4 the source code, he has access to it. He can't use that
5 source code later on, period. And I think he understands
6 that's the case.
7        His concern is about doing R&D, research
8 and development, regarding, for example, total hemoglobin
9 that could be in areas that are unrelated to the Rainbow
10 SET of this aspect.
11        So I'm going to impose a time frame that
12 is consistent with the time frame that exists for the
13 litigation aspect of it, and that is what counsel is
14 prevented from doing. So it's going to be probably at
15 least five years, if not longer, because of the -- that
16 is it's two years after this litigation is completed.
17 And my understanding is the litigation being completed is
18 going through the whole process with the Federal Circuit,
19 too.
20        So that's my ruling. Thank you all. I
21 hope you have -- I'm not going to be talking to you, I
22 don't think, in the near future. At least I hope I won't
23 have to talk to you about Dr. Turner.
24        And I wish all of you a very wonderful

11 (Pages 38 - 41)

**Exhibit 11**
**-182-**

Page 42

1 holiday season, and I will do them in order: Happy
2 Hanukkah to all of you, Merry Christmas, and Happy
3 Quanza, and Happy Festivus.
4        MR. RE:  Your Honor, it would be nice to
5 end the call right there, but unfortunately I am
6 compelled to raise one issue because it came up on Monday
7 before Judge Stark.
8        THE COURT:  Yes.
9        MR. RE:  And that is, he specifically
10 asked me if there was anything else pending before you in
11 the Masimo I case.  And I thought we were done but then I
12 was reminded by Mr. Oldham at the hearing that there was
13 one tiny loose end still pending before you.
14        THE COURT:  Which one?  I honestly
15 thought, Joe, that I was done with Masimo I, but if
16 there's a loose end I was not aware of it.
17        MR. RE:  I thought you were too until I
18 was reminded.  The parties most recently mentioned it to
19 you in two letters filed in late July of 2012.  And it
20 deals with your in camera review of certain documents.
21        THE COURT:  Oh, yes.  Yes.
22        MR. RE:  And the parties reminded you in
23 DI375 and DI377, those were the last two communications
24 concerning the topic.

Page 43

1        THE COURT:  And so you are concerned
2 about something that deals with the discovery matter?
3        MR. RE:  Yes, it's a discovery matter
4 dealing with documents that Philips has withheld on the
5 basis of the privilege of category No. 6, which you set
6 forth in a ruling back in 2010.
7        THE COURT:  Okay.  I have DI375 here and
8 I don't think I have -- and I have DI377.
9        MR. RE:  Those are the last two
10 communications on the topic.
11        THE COURT:  And, frankly, those are the
12 only communications I have on the topic along with the
13 materials that I was asked to review.  I do have those.
14        MR. RE:  Yes.  And the other DI numbers
15 that are referenced in those letters I believe, and I
16 have them written down, DI189 -- oh, DI281.
17        THE COURT:  You know what, Joe, instead
18 of giving me the numbers, I am going to leave it up to
19 the parties to provide me with a copy of the prior
20 submissions.  Okay?
21        MR. RE:  Excellent.  That will do it.
22        MR. ROSETHAL:  Your Honor, this is Brian
23 Rosenthal, can I just add one comment on this issue?
24        THE COURT:  Sure.

Page 44

1        MR. ROSETHAL:  Which is, in addition to
2 the letters we had two hearings on this issue and we
3 would, in our submission, like to identify those hearings
4 because we went around and around on these issues for a
5 long time, and the dispute was actually very, very narrow
6 at the end of the day.  And I would like to make sure
7 that when you look at the submission that you have the
8 context of the hearing in which it was ordered.  So we
9 will identify that as well.
10        THE COURT:  Well, no, what I was asking
11 was for actual copies of the submissions before because
12 I'm not going to dig through -- the DI sheet are
13 basically that.
14        Brian, do you know the dates for those
15 particular hearings off the top of your head?
16        MR. ROSETHAL:  I do.  I have them in
17 front of me.  The first one was on December 21, 2010 and
18 then the second one was November 3, 2011.
19        THE COURT:  Hold on for one second.  I
20 think I have copies of every one of the teleconferences I
21 had with the parties concerning the discovery matters.
22 Let me just check and make sure I have still got them.
23        The second hearing was when in 2011?
24        MR. ROSETHAL:  November 3.

Page 45

1        THE COURT:  I have that one.  I pulled
2 that out.
3        MR. ROSETHAL:  And the original hearing
4 on the subject was December 21 of 2010.
5        THE COURT:  December 21 of 2010?
6        MR. ROSETHAL:  Yes.
7        THE COURT:  I have got here December 21
8 of 2011.  I wonder if that was just dated wrong.
9        MR. ROSETHAL:  The one I am looking at
10 has the date 2010 written on the front of it.
11        THE COURT:  Okay.  Let me just
12 double-check and see if I have the rest of them.  Give me
13 a little bit of time here.
14        MR. ROSETHAL:  Okay.
15        THE COURT:  I did have them in
16 chronological order at one time.
17        MR. ROSETHAL:  If it would help, we
18 would be happy to attach a copy of the transcript to the
19 submission so you would have it all in one place.
20        THE COURT:  I just want to make sure
21 that I have got them, and I have an unfortunate feeling
22 that I don't.
23        Do you know what the DI number was of
24 that?

12 (Pages 42 - 45)

**Exhibit 11**
**-183-**

Page 46

1          MR. ROSETHAL:  Unfortunately, I don't.
2  I have a printout that doesn't have it.
3          THE COURT:  Okay.
4          MR. ROSETHAL:  I'm not sure if the
5  transcripts of our discovery conferences get a DI number.
6  I'm not sure about that.
7          THE COURT:  They should in the end.  I
8  thought once they, once the 90 days has passed they
9  should get a DI number.
10          MR. ROSETHAL:  I don't have it on my
11  printout, so I can't identify it in any other way.
12          THE COURT:  Hold on for a second.  I
13  have gone through my book, Brian.  The Masimo case I
14  don't think I'm able to find the earlier one, the 2010.
15          MR. ROSETHAL:  Can we attach that to our
16  submission?
17          THE COURT:  I don't think you need to
18  attach it.  I would appreciate it if it was separate.
19          MR. ROSETHAL:  We will do that.
20          THE COURT:  In other words, each side is
21  going to provide me with their prior letter that I no
22  longer have.  I have DI375 and I have DI377.  It's the
23  prior letters I do not have anymore.  I can't find them.
24  And I do not have the December 2010, did you say --

Page 47

1  December 31st -- 21st, 2010?
2          MR. ROSETHAL:  Right.
3          THE COURT:  I do not have that one, but
4  I do have the -- wait a minute.  What was the first one,
5  November 3rd?
6          MR. ROSETHAL:  November 3, 2011.
7          THE COURT:  Okay.  I have that one.  I
8  do have that one, but I don't have the December 21st,
9  2010.  So just provide a separate copy of that.  I have
10  everything else, but I can't find that one.
11          MR. ROSETHAL:  Your Honor, do you have
12  the documents that we submitted for in camera review
13  handy?
14          THE COURT:  I have the documents right
15  in front of me right here.
16          MR. ROSETHAL:  The only other point I
17  wanted to add, and this is a little substantive and I
18  don't mean to argue the point, but because this is now
19  being raised I do want to raise one issue that I think is
20  important.  When you look at the transcript of the
21  November 3rd, 2011 hearing, it is very apparent that the
22  basis that Masimo relied on to ask for you to look again
23  at the question that you had already decided the previous
24  year was that Masimo's executives had testified that they

Page 48

1  were going to rely on information provided at a meeting
2  in 2007 and 2001 to rebut Masimo's willfulness case.
3          So if your recommendation of no
4  willfulness is adopted by the Court, it appears to us
5  that this entire issue is moot, because the basis for
6  them asking you to reopen your request is based on the
7  idea that they don't think it's fair that our executives
8  should testify that they are going to rely on what was
9  said at these meetings and for us to withhold as
10  privileged drafts of documents that we were preparing in
11  negotiation strategy that we were preparing leading to
12  those meetings.
13          And so we do think that this entire
14  issue, this narrow issue on privilege waiver is now moot
15  in view of your recommendation, if it's adopted.
16          So one approach we could take here is to
17  wait for Judge Stark to rule on that and then determine
18  whether it is then necessary.  And we would be happy to
19  brief, in a very short letter, the question of whether it
20  is moot in view of the decision on willfulness.
21          THE COURT:  You know what, I couldn't
22  remember what my decision was on willfulness, I'm sorry
23  to say that.
24          MR. ROSETHAL:  You ruled that there were

Page 49

1  no genuine issues of fact, and granted summary judgment
2  of no willfulness.  So willfulness is no longer in the
3  case.  And we will not have executives testifying about
4  what they relied on to form a good faith basis to believe
5  that it infringed, because that issue won't be in the
6  case if Judge Stark adopts your recommendation.
7          THE COURT:  And the contacts with Judge
8  Stark within the last week or so was for what purpose?
9  Was that for the argument on the objections?
10          MR. ROSETHAL:  It was.  We were limited
11  in time, and so the parties selected which objections
12  were going to be argued.  So we didn't argue every one of
13  the objections, but that was the time, I think was two
14  days ago, for argument on those objections.
15          THE COURT:  And did Judge Stark give any
16  indication as to when he expects to make a ruling?
17          MR. ROSETHAL:  No, Your Honor.
18          THE COURT:  Okay.  I'm sorry.  Joe, you
19  were going to say something?
20          MR. RE:  Yes.  It only came up when
21  Judge Stark was asking me if there was anything left
22  pending before you.  And that's when it came up.  And we
23  had to answer, yes, this issue is still pending before
24  you.  And for various reasons we do not believe it's moot

13 (Pages 46 - 49)

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Exhibit 11
-184-

Page 50

1  at all, regardless of how Judge Stark rules.
2          THE COURT:  Okay.  I understand what you
3  are saying and I will earmark this part of the transcript
4  to make sure I address it.
5          What I need are the first submissions
6  because I can't find them for the life of me, and what I
7  will also need is a copy of that particular transcript
8  that I am apparently missing in my catalogue of
9  submissions.
10         MR. MOORE:  This is David Moore.  I
11 think that transcript may be DI192.
12         THE COURT:  That may be so, but, again,
13 David, I'm not going on to the docket entry.  I would
14 like a copy sent to me.  You guys can run it off.  I have
15 no idea how long it is.  And I don't have a problem -- I
16 don't know whether you get it in Min-U-Script, I actually
17 prefer Min-U-Script because it's less pages and I can
18 scan or look over four pages pretty quickly rather than
19 going page by page.  But I don't know if you have a
20 Min-U-Script copy of it or not, if anybody got that.
21 That's just the preferred way for me to review.  That's
22 all.
23         MR. ROSETHAL:  Okay.
24         THE COURT:  I do want the copy.  I have

Page 51

1  a feeling I have it.  I have a feeling that I have got
2  something that was dated wrong, but I don't know.  It
3  just seems amazing to me that we had a teleconference on
4  December 21st, 2010, and then we had a teleconference the
5  next year on the exact same day, but I guess it's
6  possible.
7          Thank you all.
8          And by the way, as I indicated, the
9  transcript that we have today will serve as an order of
10 the Court concerning my ruling on the submissions that
11 were involved on this issue, and they are found at DI760
12 and DI761 in the consolidated case.  Thank you.
13         ALL COUNSEL:  Thank you, Your Honor.
14         (The teleconference concluded at 12:50
15 p.m.)
16
17
18
19
20
21
22
23
24

Page 52

1          C E R T I F I C A T E
2
3      I do hereby certify that I am a Notary Public
4  in good standing, that the aforesaid teleconference was
5  taken before me, pursuant to notice, at the time and
6  place indicated; that the statements of participants were
7  correctly recorded by me and thereafter transcribed under
8  my supervision with computer-aided transcription; that
9  the deposition is a true and correct record of the
10 statements made by the participants; and that I am
11 neither of counsel nor kin to any party in said action,
12 nor interested in the outcome thereof.
13
14     WITNESS my hand and official seal this 8th day of
15 December A.D. 2013.
16
       _____
17     Notary Public
18
19
20
21
22
23
24

14 (Pages 50 - 52)

**Exhibit 11**
**-185-**

**&**

**&**  1:18 2:2

**0**

**02**  16:11 17:8 22:23
**09-80**  1:6

**1**

**11-742**  1:6
**15**  37:10 38:5
**16**  35:19

**2**

**2**  6:11
**20**  11:16
**2001**  48:2
**2007**  48:2
**2009**  13:3
**2010**  13:3,12 27:1
  29:10,17,19 43:6
  44:17 45:4,5,10
  46:14,24 47:1,9
  51:4
**2011**  13:10,15,16
  44:18,23 45:8 47:6
  47:21
**2012**  42:19
**2013**  1:12 52:15
**21**  44:17 45:4,5,7
**21st**  47:1,8 51:4

**3**

**3**  6:9 44:18,24 47:6
**30**  5:5
**31st**  47:1
**3rd**  47:5,21

**4**

**4**  1:12 7:8

**6**

**6**  43:5

**7**

**745**  29:12

**8**

**8th**  52:14

**9**

**90**  46:8

**a**

**a.d.**  52:15
**a.m.**  1:12 3:5
**ability**  6:12,15,21
  15:20 20:19 38:7,21
**able**  22:7,21 32:13
  34:9,10 40:20 46:14
**absent**  3:24
**absolutely**  29:8,21
  33:13 36:17 37:17
**academic**  7:13 10:3
  21:22 25:15 30:19
  32:10,12
**accept**  40:12
**accepting**  6:1
**access**  3:23 7:9 12:4
  13:4 20:4,6,15,17
  21:17 24:19 27:17
  27:23 28:2 30:1
  41:4
**accidentally**  25:19
**accuse**  29:10
**acquired**  29:12
**acted**  12:1
**action**  12:11
**actively**  10:4
**activities**  4:1,20
  10:11 15:8 16:22
  19:1 23:10,22 25:14
  25:15,22,23 30:19
  30:20 32:12 36:23
  38:17 39:11
**activity**  32:11
**actual**  44:11
**add**  13:6 19:4 25:9
  27:14 29:2,4,7
  39:15 43:23 47:17
**added**  36:10

**adding**  37:19
**addition**  44:1
**additional**  19:17
  20:1,2,5 21:2,12
  24:18 34:12 36:14
  37:2,23,23 38:20
**address**  7:6 11:17
  32:4 50:4
**addressing**  30:13
**adopted**  48:4,15
**adopts**  49:6
**advise**  8:22 18:21
  22:7
**advises**  22:12
**affect**  16:3,4,22
  17:19 23:21 32:15
**aforesaid**  52:4
**aggressively**  11:8
  26:4
**ago**  20:10 49:14
**agree**  14:23 15:2
  23:12 31:19 32:8
**agreed**  15:3,3 17:22
  19:5 21:6,9,14
  23:16,16,17 24:4
  31:11 40:18
**agreeing**  32:17
  36:21 37:3
**agreement**  3:24 4:6
  4:16 13:1 14:3,5
  15:13 19:22 27:19
**agreements**  4:18
  12:11
**ahead**  36:9
**aided**  52:8
**al**  1:9
**alan**  2:5 3:18
**algorithm**  11:16
  28:13
**algorithms**  8:21 9:3
  11:14
**allowed**  34:8 37:6
  40:23
**amazing**  51:3

**ambiguity**  18:24
**amd**  1:6
**amenable**  32:9
**amend**  13:7 29:11
**amended**  27:13
**america**  1:7
**analog**  35:18
**analogy**  36:2
**analysis**  9:17 15:22
**anderson**  2:2 3:17
**andrea**  2:6 3:18
  14:10,11,13 16:6,10
  17:5,16,21 18:4,17
  20:9,12 21:1 22:17
  23:15 24:12,17 25:2
  25:12 26:13,23 27:3
  29:3 31:2,17 32:1,8
  32:16 33:2,13 34:17
  35:16,24 36:7,13,22
  37:5,17,21 38:12,20
**answer**  49:23
**anybody**  50:20
**anymore**  46:23
**apparent**  14:20
  47:21
**apparently**  50:8
**appearances**  1:16
  2:1
**appears**  6:7 8:16
  48:4
**applicable**  8:6 29:5
**apply**  24:4 40:2
**appreciate**  46:18
**approach**  48:16
**appropriate**  37:4
**april**  13:10,16 29:17
**area**  6:3,16 12:12
**areas**  6:7,24,24 7:2
  7:2 23:22 32:14
  33:22 41:2,9
**argue**  7:2 17:3 47:18
  49:12
**argued**  49:12
**arguing**  8:24 33:19

Exhibit 11
-186-

**argument** 4:8 6:11
7:12 38:11 39:16,24
40:12 49:9,14
**armond** 1:21 3:11
4:9,10,13 7:11 9:23
11:1,14 12:9 16:16
17:6 25:10 27:24
28:9,19,24 35:9,10
39:17,20 40:3,17
**armond's** 14:14
**arsht** 1:18
**asked** 14:22 15:1
40:7 42:10 43:13
**asking** 24:1,2 44:10
48:6 49:21
**aspect** 25:13 41:10
41:13
**aspects** 15:10 25:7
**assisting** 34:2
**attach** 45:18 46:15
46:18
**attachments** 28:4
**attempts** 25:15
30:19
**attorneys** 13:5
35:22
**automatically** 18:14
**available** 33:4
**avenues** 9:11
**aware** 19:10 24:11
24:14 29:21 42:16

**b**

**back** 5:16 14:22
15:13 27:1 28:3
30:23 43:6
**baffles** 29:6
**bag** 10:19
**ball** 27:2 30:15
**bar** 35:18,21 36:17
**based** 27:22 28:10
48:6
**basically** 6:12 12:24
16:3 25:16 33:21
44:13

**basis** 43:5 47:22
48:5 49:4
**beginning** 3:4 18:11
26:18
**behalf** 3:8 12:2 14:9
**believe** 13:4 17:13
20:10 24:21 29:19
34:1 35:10 43:15
49:4,24
**benaron** 12:22 13:7
13:13,19 27:5,12,14
29:12
**best** 10:12 34:8
**better** 32:22 39:14
**beyond** 16:17 19:22
30:16 37:24
**biometric** 6:19 7:18
**bit** 8:17 12:15,19
18:23 25:1 39:14
45:13
**bits** 7:20 8:2
**bleeding** 5:13
**block** 9:1
**blood** 4:3 5:1,6,12
5:14 6:6,19,20 7:3
7:16,17,18,20 8:2,8
8:8,9,13,21 9:4,7,14
9:17,20,20,24 12:12
16:1,1,12,19 17:9
17:12 23:2 26:15,19
26:22 30:8
**blow** 26:10
**blur** 25:1
**blurred** 25:5
**boblingen** 1:8
**bond** 9:19
**bonded** 8:12
**bonding** 7:21 8:2,7
9:17 15:24
**bonds** 7:23 9:14
**book** 46:13
**bound** 17:22 19:5
19:22 24:5 36:5,11
36:17

**brainer** 21:8
**brian** 2:6,6 3:18,18
14:10 15:23 29:2
38:11 43:22 44:14
46:13
**brief** 48:19
**briefing** 19:20
**briefly** 25:11 26:3
**bringing** 27:7
**broad** 6:14 15:9
16:18,20 20:1 22:20
22:24 30:7,21
**broader** 7:23 17:13
**broadness** 6:4
**brought** 26:24 35:14
**brown** 2:5 3:19
**bucket** 13:13

**c**

**c** 3:2 52:1,1
**c.a.** 1:6
**c.v.** 8:16
**california** 1:22
**call** 42:5
**camera** 42:20 47:12
**carbon** 5:8
**carboxy** 23:13 30:10
**carboxyhemoglobin**
17:7
**career** 37:10
**carve** 26:21
**case** 10:9 12:18,20
12:22 13:8,11 14:1
15:20 27:5,13 29:6
29:21 34:16,23 35:6
41:6 42:11 46:13
48:2 49:3,6 51:12
**cat** 10:19
**catalogue** 50:8
**category** 12:7 43:5
**cell** 5:12
**cells** 8:8 9:20 16:1
**certain** 8:1 30:7,15
30:22 42:20

**certify** 52:3
**chambers** 3:4
**change** 11:15
**changing** 37:20
**check** 44:22 45:12
**christmas** 42:2
**chronological** 45:16
**circuit** 41:18
**circumstance** 34:1
**claim** 6:17 13:14
28:22
**claims** 6:17
**clear** 13:21
**closest** 36:1
**code** 3:24 4:17 6:2
11:6,13 12:5,21
13:22 14:15,21
19:15 20:4,7,14,16
21:18 22:2 24:19
26:1,17 27:17 28:7
30:12,13,14 34:15
37:14 41:4,5
**come** 5:16 39:3,5
**comes** 18:20
**coming** 9:3 21:24
**comment** 43:23
**commercial** 14:24
16:14 17:23 18:3,5
18:6,10,15,23 22:2
22:14 23:18 25:13
25:14,22 30:17,23
31:1,21,24
**commercially** 18:5
**common** 5:10
**commonly** 16:13
17:9
**communications**
42:23 43:10,12
**companies** 10:6,7,18
18:5
**company** 5:21 26:6
**compelled** 42:6
**compete** 12:12
**competitors** 10:7
11:24

**Exhibit 11**
-187-

**[completed - disclosure]**                                                            Page 3

**completed**  41:16,17
**completely**  11:13
  12:7 22:22 39:1,2
**computer**  52:8
**concepts**  10:17
**concern**  6:4 9:10,16
  10:2,10,22 11:11
  13:23 14:7,21 18:18
  21:24 26:14 30:18
  30:18 32:5 41:7
**concerned**  10:16
  19:13 25:13,14,22
  25:23 43:1
**concerning**  3:21 6:2
  22:6 37:15 42:24
  44:21 51:10
**concerns**  6:14 14:15
  18:9 21:16
**concluded**  51:14
**conditions**  5:17
**confer**  33:3
**conference**  3:9
**conferences**  46:5
**confidential**  12:4
  13:4 24:6 30:2 35:8
  35:12
**confirm**  3:11 31:18
  33:7 34:18
**confusion**  7:14
**considering**  31:10
**consistent**  41:12
**consolidated**  51:12
**constituent**  5:6 8:21
  26:22
**constituents**  4:3 5:1
  6:7 7:3,16 9:4,7,24
  12:12 16:1,19 17:12
  23:2 26:15 30:8,10
**construction**  13:14
  28:23
**consulting**  4:1,19
  6:5,16 10:12 17:11
  19:1 21:20 26:10
**contacts**  49:7

**content**  17:7 23:13
  30:10
**context**  44:8
**continue**  6:21 17:15
**continued**  2:1
**copied**  22:4
**copies**  44:11,20
**copy**  43:19 45:18
  47:9 50:7,14,20,24
**corbett**  1:24 3:8
**core**  11:14
**corporation**  1:4,7
**correct**  12:10 21:1
  31:16 36:13 52:9
**correctly**  4:14 52:7
**corroon**  2:2
**counsel**  2:9 3:6
  41:13 51:13 52:11
**count**  5:12
**counterclaims**  29:11
**couple**  20:20 22:10
**course**  7:11 19:7
  33:5
**court**  1:1 3:6,14,20
  4:11 5:24 9:6,22
  10:21 11:12,19
  13:10 14:8,12,19
  15:21 16:9 17:2,14
  17:17,18 18:2,8
  19:12 20:6,11,21
  21:23 23:11 24:9,16
  24:21,23 25:3 27:5
  27:6,12,21 28:1,17
  28:21 29:1,16,18
  30:5 31:13,23 32:3
  32:10,19 33:8,17
  34:21,23 35:13,21
  36:3,9,20 37:1,13
  37:19 38:10,19
  39:13,18,24 40:5,15
  40:23 42:8,14,21
  43:1,7,11,17,24
  44:10,19 45:1,5,7
  45:11,15,20 46:3,7
  46:12,17,20 47:3,7

  47:14 48:4,21 49:7
  49:15,18 50:2,12,24
  51:10
**courts**  10:12
**cover**  6:7 41:2
**covered**  22:10,19
**crystal**  27:2 30:15
**current**  7:13 10:10
  15:10 26:16
**currently**  20:15
**cutting**  8:20

**d**

**d**  3:2
**d.c.**  2:7
**damage**  5:18
**date**  45:10
**dated**  45:8 51:2
**dates**  44:14
**david**  2:3 3:16 50:10
  50:13
**day**  10:23 15:8,8
  23:21,21 44:6 51:5
  52:14
**days**  46:8 49:14
**deal**  25:6
**dealing**  43:4
**deals**  42:20 43:2
**dealt**  28:7
**death**  5:18
**december**  1:12
  44:17 45:4,5,7
  46:24 47:1,8 51:4
  52:15
**decided**  47:23
**decision**  48:20,22
**defendants**  1:10 2:9
**definition**  16:7,7,10
**delaware**  1:2,12
**deposition**  52:9
**design**  10:8
**despite**  10:12
**destroyed**  25:17
**detect**  5:8,9,17

**determine**  48:17
**develop**  18:6 30:14
**developing**  5:21
  8:20
**development**  4:1,20
  6:5 17:11 18:18
  21:17,21 22:2,15
  23:1 41:8
**device**  10:6 21:12,17
  21:20
**devices**  8:19 16:14
**di**  43:14 44:12 45:23
  46:5,9
**di189**  43:16
**di192**  50:11
**di281**  43:16
**di375**  42:23 43:7
  46:22
**di377**  42:23 43:8
  46:22
**di760**  51:11
**di761**  51:12
**dies**  10:24
**difference**  12:8
  20:22
**differences**  25:6
**different**  5:1,7 7:22
  8:7,12,13 9:13,19
  11:13,22 12:7,16,19
  14:1 39:1,2
**dig**  44:12
**direct**  10:6
**directly**  6:8 7:1,4
**disagrees**  38:18
**disclose**  26:9
**disclosed**  12:17
  13:10,17 20:10
  25:17 28:11 29:24
  30:1
**disclosing**  10:17
  14:15
**disclosure**  25:24
  30:3,21 31:22 32:4
  32:6,11,18,19,23,24
  33:23,24 34:3,5,7

**[disclosures - genuine]**                                            Page 4

**disclosures**  19:19
**discovery**  27:8
  28:20 43:2,3 44:21
  46:5
**discussed**  31:15
  33:22
**dispute**  3:22 5:22
  29:16 44:5
**disputing**  5:23
**disseminated**  11:9
**district**  1:1,2
**docket**  50:13
**doctorate**  34:6
**doctors**  5:16
**documents**  42:20
  43:4 47:12,14 48:10
**doing**  10:5,11 18:22
  19:3 22:11,13,14
  23:1 34:4,4 37:9,24
  38:3 41:7,14
**double**  45:12
**doubt**  22:15
**dozens**  11:3
**dr**  3:22 4:17 6:12,21
  7:13 8:16,22 10:2
  11:9,18,23 12:3,6,8
  12:10,10,15,16,18
  13:9 14:3,4,16,17
  14:22 15:10,12 16:5
  16:22 17:10,19,20
  17:21 18:17 19:1,22
  20:3,6,9,15,22,23
  21:4,6,8,11,19,24
  22:12,20 23:4,9
  24:11 25:18 26:9,13
  26:21 27:18 28:15
  29:23 30:6 31:3
  33:3,7,15,16,18
  38:14 39:6,22 41:23
**drafts**  48:10
**drug**  5:9

**e**

**e**  3:2,2 52:1,1

**earlier**  46:14
**early**  12:17 13:3
**earmark**  50:3
**easily**  8:6
**edge**  8:20
**edification**  19:2
**effect**  40:14
**effort**  18:15
**efforts**  14:24 17:23
  18:3,6,11 22:14
  23:18 30:17
**either**  4:16 5:13 7:3
**electronics**  1:7
**ellie**  1:24 3:8
**ellis**  2:3
**emphasized**  25:4
**employed**  11:24
**encompasses**  9:9
**endeavors**  37:7
**engage**  3:24 4:19 6:5
**engages**  16:22
**engaging**  23:5,6
**engineers**  11:4
**entered**  4:5 24:10
**entire**  48:5,13
**entry**  50:13
**especially**  31:10
**esq**  1:18,21,21 2:3,5
  2:6,6
**et**  1:9
**eventually**  9:12 22:3
**everybody**  40:19
**exact**  51:5
**exactly**  20:24
**example**  7:2 9:13
  20:3 22:10,23 41:8
**excellent**  43:21
**exchanges**  10:5
  25:16
**executives**  47:24
  48:7 49:3
**exists**  41:12
**expanding**  40:2
**expansion**  41:1

**expects**  49:16
**expert**  3:22 12:2
  13:18 15:20 19:19
  19:19 20:4 21:5
  24:18 28:10,11,20
  30:1
**experts**  4:4,19 7:9
  11:22 12:8 15:19
  21:2,14 35:7,11,22
  40:20
**explain**  12:6
**explained**  29:11
**explanation**  15:15
**expressed**  18:9
  30:18

**f**

**f**  52:1
**facing**  13:11
**fact**  6:9 12:1,3 16:21
  18:15 21:5 26:24
  28:10 31:10 49:1
**facts**  29:8
**fair**  48:7
**faith**  49:4
**falls**  12:6
**familiar**  3:17 5:3
**far**  3:23 17:12
**fatal**  5:9
**february**  13:14
**federal**  41:18
**feeling**  45:21 51:1,1
**feels**  22:4
**fence**  33:1 35:7
**festivus**  42:3
**field**  4:2,20 6:6
  16:18 17:11 23:1
**figuring**  8:12
**filed**  13:7 29:10
  42:19
**filing**  27:19
**final**  27:4 29:18
  35:19 36:16
**finally**  29:23

**find**  46:14,23 47:10
  50:6
**fine**  32:16 39:8
**finish**  20:23
**finished**  27:10
**first**  7:12 14:13
  25:11 44:17 47:4
  50:5
**five**  11:10,12 15:2
  17:24 23:21 26:3,3
  26:7,8 34:20,24
  37:3 38:5 40:4,6
  41:15
**focus**  14:14
**follow**  40:10
**following**  3:3
**force**  15:9
**forever**  10:23
**form**  49:4
**forth**  34:19 43:6
**forward**  5:3
**found**  7:7 51:11
**four**  8:5 16:15 17:2
  19:11 32:14 33:22
  37:19 40:13 50:18
**fp**  16:11 17:8 22:23
**frame**  39:16,18
  41:11,12
**frankly**  25:1 43:11
**front**  44:17 45:10
  47:15
**fully**  7:15 11:7 22:8
**funding**  10:4,19
**future**  6:16 10:11
  30:9,14 39:4,5,12
  41:22
**fuzzy**  13:23 28:10
  28:17

**g**

**g**  3:2
**gains**  38:8
**generally**  11:15
**genuine**  49:1

**[getting - keep]**                                                            Page 5

getting   11:8 15:12
  18:14 37:14 40:21
give   45:12 49:15
given   14:21 28:2
giving   27:17 43:18
gleaned   22:1 41:3
gmbh   1:8
go   10:3 16:17 30:16
  30:23 35:22 36:9,15
  38:9
goal   14:24 17:23
  23:19
goes   10:20 35:19,22
  37:23
going   5:3 10:23
  12:11 13:6,17,21,24
  19:22 24:18 26:16
  30:8,15,23 31:8
  32:13,17 33:18 34:3
  34:23 35:1 37:7
  38:6 39:4,6 41:11
  41:14,18,21 43:18
  44:12 46:21 48:1,8
  49:12,19 50:13,19
good   3:6 4:9,11
  14:11,12 49:4 52:4
gotten   34:22
grail   5:5 34:15
granted   12:4 49:1
grants   30:20 32:6
  34:10
great   5:19
grimaldi   2:5 3:18
guess   22:12,16 28:9
  51:5
guide   22:7
guys   11:5 26:7
  50:14

**h**

hand   16:14 52:14
handy   47:13
hannum   1:24
hanukkah   42:2

happen   22:15 27:6
happy   42:1,2,3
  45:18 48:18
hard   10:14
head   10:14 22:24
  25:20 44:15
heaney   1:18 3:12,13
heard   20:7 26:12
hearing   14:6 28:14
  42:12 44:8,23 45:3
  47:21
hearings   24:22 25:1
  27:6 44:2,3,15
heck   18:3 30:7
  32:22
held   3:4 28:22 33:10
help   8:23 32:13
  45:17
helped   10:8
helping   32:12,20
hemoglobin   5:11
  7:20,23 8:3 17:7
  23:13,14 25:19
  30:10,11 39:3 41:8
highlighted   16:21
highlights   15:16
hinder   15:19
hinders   38:24
hold   44:19 46:12
holiday   42:1
holy   5:5 34:15
hon   1:15
honestly   42:14
honor   3:4 4:9,13
  7:11 12:9,20 14:10
  14:13 16:7 19:4
  20:9 21:1 23:15
  24:12 25:2,10 27:24
  28:9,24 29:3 30:4
  31:2 32:8 33:13
  34:17 35:9,16,24
  36:13 37:5 38:12
  39:17,20 40:4,17
  42:4 43:22 47:11
  49:17 51:13

hope   41:21,22

**i**

idea   9:8 25:18 34:22
  48:7 50:15
identified   16:16,21
  17:6
identify   44:3,9
  46:11
ii   13:12,13 25:4
  28:18,20 29:5
immediately   5:14,17
  5:18
impact   6:15 7:13
  26:16
impasse   27:12
implicates   12:21
importance   6:2
important   4:22 21:3
  47:20
importantly   15:7
impose   17:18 41:11
inadvertently   10:17
include   17:8 40:13
including   6:12 10:7
  12:5
indefinitely   38:9
indicate   13:6
indicated   51:8 52:6
indicating   5:13
indication   49:16
indicator   6:19 7:18
indirectly   7:4
industry   21:4,12,17
  21:20
infinity   36:18
information   10:5
  12:5 13:5 19:7 22:1
  24:6 25:16,20,24
  30:2 35:12 36:19
  37:15,16,22 38:1,15
  38:23 39:7,10 40:19
  41:2 48:1
infringed   49:5

infringes   29:13
intend   18:24
intended   9:2 31:21
  31:24
intention   29:9
intentions   10:12
interaction   5:10
interested   52:12
interfere   15:7
internal   5:13
interrupt   5:24 36:8
involve   7:2
involved   6:13 24:11
  24:14 51:11
irvine   1:22
issue   3:21,23 7:5,7
  10:8 11:1 12:2,10
  19:11 20:14 22:6
  26:2,23 27:7 28:12
  28:13 29:22 34:16
  42:6 43:23 44:2
  47:19 48:5,14,14
  49:5,23 51:11
issued   13:11
issues   6:3 12:13,18
  19:16 44:4 49:1

**j**

job   6:13 15:11
joe   11:6 42:15 43:17
  49:18
joint   24:13
joseph   1:21 3:11
judge   3:4,7 40:11
  42:7 48:17 49:6,7
  49:15,21 50:1
judgment   19:20
  35:20 36:16 49:1
julia   1:18
julie   3:12
july   42:19

**k**

k   2:6
keep   11:8 25:7 35:7

**key**  26:5
**kiani**  11:6
**kin**  52:11
**kind**  7:22 10:14
  12:18 13:8 22:8,15
  30:21 33:14
**kinds**  16:13
**knobbe**  1:20 4:10
  13:5
**know**  7:18,21,21 8:5
  8:6,9,15 9:11 11:2,5
  15:22 16:12 25:6
  27:2 31:8 33:18
  35:2 37:7,11 38:4
  39:6,22 43:17 44:14
  45:23 48:21 50:16
  50:19 51:2
**knowledge**  5:20
  10:15 11:3 38:8
**known**  27:14,21

**l**

**lab**  5:15 19:2 31:4
  31:16 33:5,9,24
**language**  6:4 32:3
**late**  13:8 42:19
**lead**  25:23 30:20
  32:17 33:22
**leading**  32:20 48:11
**leads**  17:13
**learn**  10:13
**learned**  39:8
**learns**  19:7 31:11
  38:2,15
**leave**  43:18
**left**  49:21
**lenient**  19:14
**letter**  14:19 46:21
  48:19
**letters**  29:15 42:19
  43:15 44:2 46:23
**level**  11:6
**life**  24:3 31:9 50:6
**lifelong**  21:22

**light**  8:11 19:21,22
**limit**  6:11,20 8:4
  16:18 17:22 24:2
  30:22 31:3 38:21
  39:21 40:18
**limitation**  10:24
  12:13 17:19,22
  26:15 27:22 34:13
  37:3,6,23 38:6,20
  40:2,9
**limitations**  34:19
  35:11
**limited**  15:4,5,5,6
  16:15 19:3 23:2
  34:10 35:17 36:11
  37:9 38:3 39:9
  49:10
**limiting**  9:10 17:10
  18:18 30:9 31:9,14
**limits**  38:7,21,22
**line**  3:12,14,17
**list**  3:10,15
**litigation**  5:3 19:8
  19:18 20:15 21:5,7
  24:7,8 30:2 31:12
  36:19 38:2,8,16,17
  38:23 39:8,10 40:21
  40:24 41:3,13,16,17
**little**  7:20 8:2,17
  12:15,19 25:1,5
  27:4,15 39:13 45:13
  47:17
**live**  34:18
**llp**  2:2
**lock**  26:5
**logic**  13:23 28:11,18
**long**  34:22,24 44:5
  50:15
**longer**  41:15 46:22
  49:2
**look**  14:4 18:12 44:7
  47:20,22 50:18
**looked**  28:6
**looking**  8:15 13:20
  13:24 16:11 18:10

45:9
**loose**  42:13,16
**lots**  5:7 9:19
**low**  5:12
**lps**  1:6

**m**

**main**  8:18
**maintain**  26:5
**making**  8:18
**man**  10:23
**march**  13:3 29:10
**marten**  4:10
**martens**  1:20 13:5
**mary**  1:15
**masimo**  1:4 4:3,24
  5:6 6:1 10:7 11:5,7
  11:15 12:1 13:12,12
  13:13,18,20,22
  14:16 15:9,13 16:17
  16:23 17:13 18:9
  19:10 20:2,8,12,23
  21:13 22:4 23:6,17
  24:1,2,10,14 25:4,5
  26:4 27:14,19,21
  28:12,18,20 29:4,5
  29:9,20 30:3,18
  34:14 36:24 42:11
  42:15 46:13 47:22
**masimo's**  3:10,21
  4:7,16,24 5:20
  14:20 15:16,17
  17:10 19:24 22:1,19
  25:16,21 26:10 32:5
  33:20 40:12 47:24
  48:2
**master's**  34:6
**material**  34:9
**materials**  7:10
  43:13
**matter**  12:16 15:4,6
  15:18 23:24 33:5
  37:16 43:2,3
**matters**  44:21

**mayer**  2:5 3:19
**mean**  7:15 9:23 10:1
  11:3,6,10 18:3,24
  22:10 28:3 30:8
  32:1,12 36:7,10
  47:18
**means**  7:18 18:4
  32:13
**measure**  5:7,11 8:1
  9:13 25:19
**measured**  6:18 15:1
  16:13 17:1,4,9 23:8
  23:20
**measurement**  4:3
  6:6 7:3 9:4 15:24
  16:15,19 17:12 23:2
  30:8
**measurements**  9:15
**measuring**  5:1 6:19
  6:19 7:20 8:6 14:24
  16:11 17:24 22:22
  23:19 39:3
**medical**  8:19,23
  10:6 21:4,12,16,20
**medizin**  1:8
**meeting**  48:1
**meetings**  48:9,12
**members**  34:5
**mentioned**  26:6
  42:18
**merit**  1:24
**merry**  42:2
**methemoglobin**  5:9
  17:8 30:11
**methemohemoglo...**
  23:14
**michelle**  1:21 3:11
  4:10 25:9 35:10,16
  39:15
**microscopic**  8:1
**mid**  29:17
**min**  50:16,17,20
**mind**  33:3 38:3
**minute**  31:23 37:1
  47:4

**Exhibit 11**
-191-

[misleading - phase]

**misleading** 27:15
**misquote** 32:2
**missing** 50:8
**modified** 40:14
**modify** 40:16
**modifying** 40:1
**monday** 42:6
**money** 18:10,12,14
**monitoring** 5:6 6:16
**monoxide** 5:8
**months** 13:2 19:9,11
  24:20
**moore** 2:3 3:16,16
  50:10,10
**moot** 48:5,14,20
  49:24
**morning** 3:6 4:9,11
  14:11,12
**morris** 1:18
**motion** 3:21 13:7
  27:13 29:11
**mpt** 1:6

**n**

**n** 3:2
**names** 3:18
**narrow** 34:7 44:5
  48:14
**near** 41:22
**necessarily** 18:13
  20:19 22:9 30:22
  33:6,24
**necessary** 21:13
  48:18
**need** 5:14 27:18,19
  31:18 33:2,7 46:17
  50:5,7
**negotiate** 4:15 19:9
**negotiated** 13:2 27:1
**negotiating** 12:14
  24:20
**negotiation** 48:11
**negotiations** 27:11
**neither** 52:11

**nellcor** 12:2 21:4,5,7
**never** 21:19 31:6
  36:18 37:15
**new** 22:22 25:18
  27:7 29:5
**nice** 42:4
**nichols** 1:18
**noninvasive** 4:2 5:5
  6:6 7:3 16:18 17:12
  23:1 30:7
**noninvasively** 4:24
  5:7 7:19
**north** 1:7
**notary** 52:3,17
**note** 3:3 14:14 19:8
  21:3 22:8
**noted** 15:8
**notice** 52:5
**november** 44:18,24
  47:5,6,21
**number** 45:23 46:5
  46:9
**numbers** 43:14,18

**o**

**o** 3:2
**object** 14:3 20:12
  30:3
**objected** 14:17
  21:13
**objection** 21:15
**objections** 11:21,23
  28:22 49:9,11,13,14
**obsolete** 37:12
**obviously** 14:7
  25:13 28:15
**occur** 18:15
**october** 13:3,12
**offer** 15:14 22:21
**offered** 15:13
**official** 52:14
**oh** 24:23 42:21
  43:16
**okay** 9:22 14:8 16:9
  17:14 20:21 24:15

24:16 28:17 29:1
  30:5 39:13 43:7,20
  45:11,14 46:3 47:7
  49:18 50:2,23
**oldham** 42:12
**once** 10:13 46:8,8
**ooo** 3:1
**operate** 35:2
**operation** 35:1
**opinion** 13:21
**order** 13:2,11 19:6
  19:10,11,14 24:3,5
  24:10,14,21 27:1,5
  27:11 28:5 29:5,16
  29:18,21 33:11
  34:11,13 35:1,3,4,6
  35:10,14,17 36:5,6
  36:12,18 37:22
  38:14 39:21 40:1,8
  40:9,10,15 42:1
  45:16 51:9
**ordered** 44:8
**organ** 5:18
**original** 27:1 45:3
**outcome** 52:12
**outset** 12:23
**outside** 19:1 31:12
  36:19 38:7,22
**oversight** 33:20
**oximeter** 9:1
**oximetry** 5:2 7:17
  8:10,17,21 11:16
  13:20 16:8 26:19
**oxygen** 7:21,22 8:2
  8:7 9:14,16,19
  15:24,24 16:11,12
  17:7 23:13 30:10

**p**

**p** 3:2
**p.m.** 51:15
**page** 6:9 7:8 50:19
  50:19
**pages** 50:17,18

**paper** 33:4 34:4
**paragraph** 35:19
**parameter** 16:13
**parameters** 5:7 6:18
  7:5,24 9:11 15:1
  16:15 17:1,2,6,8,9
  17:18,24 23:8,19,20
  31:4,6,15,20 36:11
  36:15,21 37:2,20,23
  40:13 41:1
**part** 7:14 18:9 21:23
  33:20 50:3
**participants** 3:10
  52:6,10
**particles** 8:12
**particular** 36:21
  44:15 50:7
**parties** 12:24 13:17
  19:8 24:13,20 27:4
  27:10 29:15 40:18
  42:18,22 43:19
  44:21 49:11
**parts** 8:13
**party** 52:11
**passed** 46:8
**pat** 1:15
**patent** 12:20,22,22
  13:8,23 22:3 29:12
  29:14
**patents** 13:18
**patient** 5:17 6:16
**patients** 8:11
**pending** 42:10,13
  49:22,23
**people** 5:4 35:11
**perform** 6:15 39:12
**performing** 15:10
  31:3
**period** 15:2 17:24
  23:20 28:7 33:12
  34:19 35:12 36:15
  38:4 41:5
**personal** 40:21,24
**phase** 14:1 19:18

**Exhibit 11**
-192-

[philips - recommendation]                                                                 Page 8

philips  1:7,8 3:15,21 4:5,15,19 5:23 6:9 6:17 7:12,15 8:24 10:8 11:21 12:14 13:6,16 14:4,9 27:13,16 28:10,14 28:16 29:9,10 30:23 30:24 32:24 35:13 40:10 43:4
phone  3:7
piece  10:15
place  45:19 52:6
plaintiff  1:5
plan  31:6
plans  23:22 31:5 38:2
play  12:18
please  17:15
point  6:14,23 7:12 11:17 19:16,17 20:13 27:7 30:16 33:14 37:12 38:4 39:6 40:22 47:16,18
pointed  4:3
points  8:22 26:12
poisoning  5:8
poor  10:23
portable  8:19
portions  22:4
position  17:20,20 32:15 40:10
possibility  28:14
possible  27:3 51:6
potential  32:6
potentially  5:9 30:20 33:9
potter  2:2 3:17
precious  4:23
predict  39:5
prefer  50:17
preferred  50:21
preparing  13:18 48:10,11
presenting  4:7

presently  6:13
pressure  6:20 8:9 26:19
pressures  7:17
pretty  13:21 50:18
prevent  9:3 22:24 23:18
prevented  41:14
preventing  5:18
prevents  14:23 38:14
previous  47:23
previously  11:24 15:8
printout  46:2,11
prior  19:11 43:19 46:21,23
privilege  43:5 48:14
privileged  48:10
probably  27:18 28:5 36:1 41:14
problem  20:3,8 26:8 31:14 33:14,15,18 39:22 50:15
problems  25:11
process  41:18
produced  20:13 24:6 30:2
product  10:8 21:17 21:21 31:21,24
products  5:6 18:6
profession  6:21
professor  6:22
prohibit  19:6
prohibited  37:9
prohibits  37:24
project  22:11,13
proposal  23:11 25:12
proposed  3:22 17:10 22:19 34:20
prosecution  35:18 35:21 36:16
protect  19:15

protected  22:5
protection  34:14
protections  19:21 19:23 24:4
protective  13:1 19:6 19:10,11,14 24:3,5 24:10,13,21 27:1,5 27:11 28:5 29:5,16 29:18,21 33:11 34:11,13 35:1,3,4,6 35:10,14,17 36:5,5 36:12,18 37:21 38:14 39:21 40:1,8 40:9,10,15
provide  28:11 43:19 46:21 47:9
provided  15:23 25:12 48:1
provides  35:3
providing  13:21
provisions  19:5 24:5
public  11:2,10 25:24 30:21 31:21 32:4,6 32:11,17,19,20,23 32:24 33:6,10,23,24 34:2,5,7 52:3,17
publicly  25:17 33:4
published  25:21
pulled  45:1
pulling  22:23
pulse  5:2 7:16 8:9 8:17,20 9:1 11:15 13:20 16:7 17:9 26:19,19
purpose  28:15 36:19 49:8
purposes  24:7 38:16 40:22
pursuant  52:5
put  5:16 13:13 40:9 40:11

q

quanza  42:3

question  17:15 47:23 48:19
quickly  5:12 50:18
quite  25:1

r

r  1:21 3:2 52:1
r&d  41:7
rainbow  4:2,17,21 4:23 6:8,18 7:5,10 7:24,24 8:6,13 9:5,8 9:10,12,16 11:4 12:5,21 13:24 14:5 14:15,21 15:1 16:14 16:24 17:1,4 19:10 19:15 20:4,7,13,14 20:16 23:3,7,8,20 24:14,19 25:24 26:14,22 27:8,17 28:8,12 29:10,13,22 36:24 37:11,15 39:1 41:9
raise  42:6 47:19
raised  11:23 19:16 22:6 47:19
rate  17:9 26:20
reached  13:1 27:11
really  4:22 6:3 8:10 8:20 9:2,20 10:2,16 11:7 15:19 17:3 26:6,7 34:23 39:22
reason  4:14 10:1 14:2 22:18 29:24 31:11
reasons  49:24
rebut  48:2
recall  12:17,19
receive  3:15
received  35:12
recognize  10:21 34:14 37:13
recognized  10:13
recommendation  48:3,15 49:6

[record - sort]                                                                                     Page 9

**record**  52:9
**recorded**  52:7
**red**  5:12 8:8 9:20
    16:1
**referenced**  43:15
**referring**  40:3,5
**regard**  23:12
**regarding**  17:20
    22:22 29:8,16 31:5
    36:15 41:8
**regardless**  38:1 50:1
**registered**  1:24
**rejected**  15:14 20:2
**related**  6:8 31:20
**relates**  31:4
**relating**  9:3
**relied**  47:22 49:4
**reluctantly**  15:3
**rely**  48:1,8
**remember**  24:24
    48:22
**reminded**  42:12,18
    42:22
**removed**  38:7,22
**reopen**  48:6
**rephrase**  38:13
**report**  28:11
**reporter**  1:24
**reporter's**  3:3
**reports**  13:18 19:19
**representations**  6:1
**request**  19:24 20:1
    48:6
**requested**  4:5 12:3
    15:17 30:1,6
**require**  39:7
**required**  7:8 15:19
**requirement**  33:10
**requires**  35:7
**requiring**  6:4
**research**  4:1,20 6:5
    8:16 10:4,5,10
    17:11 18:10,13,14
    18:18,20,22 22:1,7
    22:11,13,22 23:1,4

23:5 25:15 26:18
    30:19 32:5 33:5,9
    34:10 38:24 39:1,11
    41:7
**researcher**  21:21,22
**respect**  29:23
**responsibilities**  7:14
**responsibility**  7:1
**rest**  24:3 45:12
**restrict**  8:18
**restricted**  21:9
    36:23
**restriction**  6:15 9:2
    12:3,14 14:23 15:4
    15:9,18 16:20 17:10
    20:16 21:2,6 22:19
    22:20 23:10,16,17
    36:14
**restrictions**  6:11 7:9
    15:17 19:17 20:1,2
    20:5,24 21:13 24:18
    40:11
**result**  31:21,24
    32:11 38:8,15,23
**resulting**  32:4
**results**  5:16
**resume**  13:20
**review**  42:20 43:13
    47:12 50:21
**reviewed**  34:4
**riemer**  11:22,24
    12:10,17 14:18
    20:23 21:11
**right**  3:13 10:23
    11:2,3 13:17 16:23
    26:4,17 28:3,21
    29:1 31:18 33:6,12
    33:17 35:3,17,24
    36:22 37:16 39:14
    42:5 47:2,14,15
**road**  31:9 37:8
**rosenthal**  2:6 3:18
    43:23
**rosethal**  43:22 44:1
    44:16,24 45:3,6,9

45:14,17 46:1,4,10
    46:15,19 47:2,6,11
    47:16 48:24 49:10
    49:17 50:23
**round**  19:19
**rule**  48:17
**ruled**  48:24
**rules**  50:1
**ruling**  33:21 41:20
    43:6 49:16 51:10
**run**  50:14

**s**

**s**  3:2
**saturation**  16:11
**saw**  8:21
**saying**  14:4 18:16
    20:18 24:9 28:5
    32:7,14,21 33:9
    36:4 39:9 50:3
**says**  18:20 33:11,11
    35:5 37:22
**scan**  50:18
**schools**  8:23
**scope**  13:1
**script**  50:16,17,20
**seal**  52:14
**season**  42:1
**second**  7:7 13:13
    19:18 44:18,19,23
    46:12
**secrecy**  26:5
**secret**  4:17,23 10:20
    10:22 25:21 26:9,11
**secrets**  25:17
**see**  5:23 18:8 45:12
**seeing**  26:17
**sees**  41:3
**select**  15:20
**selected**  49:11
**sensitive**  40:19
**sensitivity**  19:15
**sent**  23:17 50:14
**separate**  10:14 25:3
    46:18 47:9

**separated**  25:8
**serious**  6:13
**serve**  51:9
**set**  4:2,17,21,23 6:18
    7:5,8,10 12:5,21
    14:5,15,21 15:1
    16:14,24 17:1,4
    19:10,15 20:4,7,13
    20:14,16 23:3,7,8
    23:20 24:14,19
    25:24 26:14,22
    27:17 28:8,12 29:10
    29:13,22 34:19
    36:24 37:11,15 39:1
    41:10 43:5
**seven**  31:8
**severely**  6:20
**sheet**  44:12
**shining**  8:11
**short**  26:12 27:2
    48:19
**show**  4:16
**shown**  20:2,19
**side**  4:7 32:24 46:20
**sides**  35:7
**sign**  4:18 14:3 23:10
**signed**  4:19 12:11
    20:24 21:2,9 29:20
    35:14 36:4,12
**signs**  28:3,4
**similar**  21:6 25:7
**simply**  19:20
**situation**  16:4 18:19
    18:21 33:24
**six**  13:2
**slightly**  7:23
**small**  8:12
**sole**  14:20
**somebody**  5:12 8:19
**sorry**  15:5 17:16
    24:2 31:19 32:1
    36:7 38:12 48:22
    49:18
**sort**  5:5 10:9,17
    25:19

**Exhibit 11**
**-194-**

**[source - tunnell]**                                                                 Page 10

| | | | |
|---|---|---|---|
| **source**  3:24 4:17 6:2 11:6,13 12:5,21 13:22 14:15,20,21 19:15 20:4,14,16 21:18 22:1 24:19 26:1,17 27:17 28:6 30:12,13,14 34:15 37:14 41:4,5 | **submitted**  19:12 24:13 27:4,12 29:18 47:12 | **technology**  4:24 5:2 5:19,22 6:8 7:24 8:11 9:10 11:5 25:4 25:5 | **tied**  18:13,14 |
| **speaking**  14:8 15:12 | **subsection**  6:11 | **teleconference**  1:13 3:3 51:3,4,14 52:4 | **time**  8:15 10:24 12:13 13:9 15:5,6 15:18 23:24 24:10 24:13,20 31:7 35:11 37:9 38:4 39:11,16 39:18,21 40:2,9,16 40:18 41:11,12 44:5 45:13,16 49:11,13 52:5 |
| **specific**  8:5,10 9:4 26:15 29:24 | **substantive**  47:17 | **teleconferences**  44:20 | |
| **specifically**  29:13 42:9 | **subtly**  27:4 | **telephonic**  24:22 | |
| **spent**  8:15 24:20 | **succeeded**  5:21 | **tell**  24:24 | |
| **stage**  30:12,16 31:15 | **suddenly**  26:17 | **ten**  37:8 38:4 | **timeline**  29:9 |
| **standard**  5:15 | **sufficient**  19:23 | **terms**  19:9,14 24:21 36:17 | **timing**  12:16 |
| **standing**  52:4 | **suggest**  11:20 | **test**  5:15 | **tiny**  42:13 |
| **stark**  42:7 48:17 49:6,8,15,21 50:1 | **suggested**  30:23 37:20 | **testified**  47:24 | **today**  4:14 16:4 51:9 |
| **start**  6:10 7:12 10:11 13:18 26:10 | **suggesting**  23:12 29:4 32:24 36:14 37:2 | **testify**  48:8 | **told**  29:9 40:6 |
| **stated**  4:14 29:13 31:19 | **suggestions**  22:21 | **testifying**  49:3 | **top**  44:15 |
| **statements**  52:6,10 | **suggests**  15:9 | **thank**  41:20 51:7,12 51:13 | **topic**  42:24 43:10,12 |
| **states**  1:1 | **summary**  19:20 49:1 | **thereof**  52:12 | **total**  5:11 7:20 17:6 23:13 30:10 39:3 41:8 |
| **stone**  11:22,24 12:1 12:10,16 14:17 20:22 21:4,6,8 | **supervision**  52:8 | **thesis**  34:6,6 | |
| **stop**  15:10 23:9 | **support**  10:6 25:16 | **thing**  4:22 8:18 14:13 22:12 26:5 27:15,16 29:7 36:1 | **touched**  26:2 |
| **strategy**  48:11 | **sure**  17:5,16 20:21 24:23 27:7 37:5 43:24 44:6,22 45:20 46:4,6 50:4 | **things**  8:5 18:6 22:11 30:13,14 | **trade**  4:17,23 10:20 10:22 25:17,21 26:9 26:10 |
| **student**  18:22 22:11 22:13,14 32:12,20 34:2,3 | **surgery**  5:10 | **think**  5:22 6:3 7:14 7:15 16:6,19 18:17 19:23 21:12 22:8 28:4,13 30:5,9 31:17 32:4,9,16 33:2,5,23 34:8,12 34:17 35:2 36:1 39:24 40:6,20 41:5 41:22 43:8 44:20 46:14,17 47:19 48:7 48:13 49:13 50:11 | **transcribed**  52:7 |
| **students**  8:23 18:19 22:7,18,21 23:4 | **suspected**  13:22 | | **transcript**  45:18 47:20 50:3,7,11 51:9 |
| **stuff**  33:12 34:9 35:8 | **systeme**  1:8 | | **transcription**  52:8 |
| **subject**  15:4,6,18 23:23 45:4 | **t** | | **transcripts**  46:5 |
| **submission**  6:10 44:3,7 45:19 46:16 | **t**  52:1,1 | | **transfusion**  5:14 |
| | **table**  26:20 | **thinking**  32:23 | **treat**  5:18 |
| **submissions**  43:20 44:11 50:5,9 51:10 | **take**  48:16 | **thought**  42:11,15,17 46:8 | **tried**  14:16 |
| | **taken**  52:5 | | **triggered**  10:2 |
| **submit**  29:15 | **talk**  27:18 28:16 30:17 41:23 | **three**  6:24,24 29:17 | **triggering**  10:9 |
| | **talked**  9:9 34:21 | **thynge**  1:15 3:7 | **true**  52:9 |
| | **talking**  7:16,17,19 8:8,10 9:16,21 10:22 14:6 15:23 16:2 17:3,17 26:19 26:21 39:19 41:21 | **thynge's**  3:4 | **truly**  19:13 |
| | | **tie**  40:7 | **try**  38:13 39:4 |
| | **technical**  4:4 7:9 11:21 | | **trying**  4:15 5:4 8:18 10:5,18 11:8 18:12 22:3 25:3,7 26:4 32:5 34:7 37:14 40:7 |
| | | | **tunnell**  1:18 |

**Exhibit 11**
**-195-**

**turn** 26:17
**turner** 11:18 12:3
12:15,18 13:9,17
14:3,4 20:3,6,9,15
26:9 27:18 28:15
29:23 33:15,18
41:23
**turns** 22:4
**two** 4:4 11:4,21
20:10,17 21:2 24:22
26:7,12 27:6,23
28:7 29:17 35:5,19
36:16 41:16 42:19
42:23 43:9 44:2
49:13
**type** 9:17 30:12

**u**

**u** 50:16,17,20
**u.s.m.j.** 1:15
**unbounded** 23:23
23:24 31:7 39:11
**uncomfortable**
23:23
**understand** 9:7 11:7
16:2 18:16,23 20:22
21:15 25:2 26:7,14
30:22 32:7,14,22
33:8,15,19 36:3
37:2 38:10 39:13
50:2
**understandably**
10:3
**understanding** 3:20
9:19 22:9,17 31:14
41:17
**understands** 7:15
41:5
**understood** 15:21
21:14
**undisputed** 37:18
38:17
**unfair** 31:10
**unfettered** 11:9

**unfortunate** 45:21
**unfortunately** 34:16
42:5 46:1
**united** 1:1
**university** 6:22 34:5
**unlimited** 15:18
**unrealistic** 27:9
**unreasonable** 15:17
19:20
**unreasonableness**
16:20
**unrelated** 41:9
**use** 19:6 24:6 28:15
31:11 33:11 34:9
35:12 36:18 37:15
37:22 39:7,9 40:20
40:24 41:1,4
**uses** 38:1
**usually** 35:5 40:8

**v**

**v** 1:6
**various** 49:24
**veritext** 3:9
**veterinary** 8:23
**view** 48:15,20
**views** 34:15
**vogue** 39:7

**w**

**wait** 31:23 37:1 47:4
48:17
**waiting** 5:15
**waiver** 48:14
**want** 3:11 6:10 7:5
8:4 14:14 18:20,21
29:3,7 31:3,7,8
34:18 38:6 39:10,15
45:20 47:19 50:24
**wanted** 24:17 47:17
**wants** 10:3 16:17
28:14
**warren** 3:22 4:17
7:13 8:22 10:2 11:9
11:23 12:6,8 14:16
14:22 15:10,12 16:5

16:22 17:10,20,21
19:1 21:19,24 22:12
22:20 23:9 24:11
25:18 26:21 30:6
31:3 33:3,7,16
38:14 39:22
**warren's** 6:12,21
8:16 17:19 18:17
19:22 23:4 26:13
39:6
**washington** 2:7
**way** 8:7 9:13 30:6
39:2 46:11 50:21
51:8
**ways** 7:22 9:19
22:22
**wednesday** 1:12
**week** 23:17 49:8
**weeks** 29:17
**went** 14:22 15:13
44:4
**willfulness** 48:2,4
48:20,22 49:2,2
**willing** 26:20 31:19
**wilmington** 1:12
**wish** 25:9 29:2
41:24
**withheld** 43:4
**withhold** 48:9
**witness** 9:18 52:14
**wonder** 45:8
**wonderful** 41:24
**words** 18:12 35:4
41:3 46:20
**work** 5:15 6:12,16
11:4 14:16 23:22
26:13,16 31:3,20
38:7
**worked** 13:3 14:17
19:9 21:3,4,11,16
**working** 14:23
17:23 18:5 19:1
33:23
**works** 11:5,7 26:7

**written** 43:16 45:10
**wrong** 29:8 45:8
51:2

**x**

**x** 18:20 28:5

**y**

**y** 28:6
**year** 28:7 35:5,5
37:3 47:24 51:5
**years** 5:5 11:10,12
11:16 15:2 18:1
20:10,17,20 23:21
26:3,3,8,8 27:23
31:8 34:20,24 35:19
36:16 37:8,10 38:4
38:5,5 40:4,6 41:15
41:16

**z**

**z** 28:6

Exhibit 11
-196-