JOSHUA H.  LERNER, SBN 220755
    jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.:  415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
    mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.:  650.849.5300 / Fax: 650.849.5333

BRIAN M.  BUROKER, *pro hac vice*
    bburoker@gibsondunn.com
BRIAN K.  ANDREA, *pro hac vice*
    bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Tel.: 202.955.8500 / Fax: 202.467.0539

ILISSA SAMPLIN, SBN 314018
    isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

BRIAN A.  ROSENTHAL, *pro hac vice*
    brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ANGELIQUE KAOUNIS, SBN 209833
    akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax:310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO.  8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF DR. STEVE WARREN IN SUPPORT OF APPLE'S PORTION OF THE JOINT STIPULATION REGARDING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**<br><br>Hearing Date:    Thurs., Nov. 19, 2020<br>Hearing Time:    10:00 a.m.<br><br>Hon. John D. Early |

Gibson, Dunn & Crutcher LLP

I, Steve Warren, declare and state as follows:

1.      In March 2020, I was retained by Gibson, Dunn, & Crutcher as an expert witness on behalf of Apple Inc. (the defendant) in *Masimo Corp. et al. v. Apple Inc.*, Case No. 8:20-cv-00048-DOC-DFM (C.D. Cal. Jan. 9 2020) (the "Action").  I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

2.      As indicated in my CV (attached as Appendix A), I have been employed in academia as a professor and researcher for the last 21 years.  I am currently a tenured full Professor in the Kansas State University ("KSU") Mike Wiegers Department of Electrical and Computer Engineering, and I hold an ancillary appointment in the KSU Department of Gerontology.  I teach courses that support the Biomedical Engineering, Electrical Engineering, and Computer Engineering curricula.

3.      I am also the director of the KSU Medical Component Design Laboratory ("MCDL").  I founded the MCDL in August 1999 as a means to formalize a physical environment that could provide hardware and software to support academic research and education related to human and animal health monitoring technology.  My roles and responsibilities as the manager and director of the MCDL are set forth below:

- Acquire grants to support research, education, and service endeavors;
- Foster academic research and teaching relationships;
- Host study protocols that employ human subjects;
- Disseminate research and education methods and results through peer-reviewed publications, invited presentations, conference participation, workshops, and short courses;
- Provide administrative oversight for the undergraduate Biomedical Engineering degree program and the Bioengineering Option within the undergraduate Electrical Engineering degree program;

DECL. OF STEVE WARREN IN
SUPPORT OF APPLE'S PORTION OF THE
JOINT STIPULATION

CASE NO. 8:20-CV-00048-JVS (JDEx)

2

Gibson, Dunn &
Crutcher LLP

- Support academic coursework for the KSU Biomedical Engineering, Electrical Engineering, and Computer Engineering curricula;
- Advise and mentor undergraduate and graduate students;
- Guide undergraduate and graduate research projects;
- Serve on academic and administrative committees; and
- Work with student groups as a faculty advisor.

4.     The following is a list of my current and planned research activities:

- design and testing of sensor beds to monitor the nighttime well-being of children with severe disabilities;
- development of technology-based tools to (a) help children with special needs perform activities of daily living, (b) monitor the health of children with severe disabilities, many of whom have an autism spectrum disorder and are non-verbal, and (c) quantify the effectiveness of medications and other therapies utilized to help these children learn and develop;
- creation of proposals for research funding to assess and track the emotional state of companion animals; and
- creation of proposals for research funding to monitor and track animal behavior based on training methods.

5.     None of my current research efforts include the design or development of pulse oximeters or any other devices for measurement of other blood analytes.

6.     I am not currently developing, marketing, or selling any products or services, and I do not have any plans to do so in the future.

7.     I have reviewed and agreed to be bound by the Protective Order entered in this Action. *See generally* Dkt. 67.

1    I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.

3    Executed this 28th day of October, 2020, in Saint George, Kansas.

4

5    By:    */s/ Steve Warren*
                    _____
6            Steve Warren, Ph.D.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

# Appendix A

STEVE WARREN, PH.D.

5100 Flush Road
St. George, KS 66535
Home: (785) 494-8509
Office: (785) 532-4644
Email: swarren@ksu.edu

## EDUCATION

The University of Texas at Austin, Austin, TX 78712
  **Ph.D. in Electrical Engineering**, May 1994, G.P.A. 3.833/4.0
Kansas State University, Manhattan, KS 66506
  **M.S. in Electrical Engineering**, May 1991, G.P.A. 4.0/4.0
  **B.S. in Electrical Engineering**, May 1989, G.P.A. 3.934/4.0 (Summa Cum Laude)

### DOCTORAL DISSERTATION
*Combined Intravascular Ultrasound and Fluorescence Spectroscopy for the Diagnosis of Atherosclerosis*
- Developed a catheter-based diagnostic system for atherosclerosis by interfacing a laser-induced fluorescence system to commercial intravascular ultrasound imaging equipment
- Wrote a Monte Carlo radiation transport code to simulate photon transport and fluorescence emission in tissue
- Initiated a clinical study to correlate restenosis rates of patients undergoing arterial atherectomy with the chemical composition of the atherosclerotic tissue removed

### MASTER'S THESIS
*An Empirical Study of the Dynamic Hysteresis Characteristics of Ferromagnets*
- Developed a frequency-dependent, wide-bandwidth ferromagnetic hysteresis model suitable for circuit simulation programs
- Accurately simulated low and high-frequency hysteresis in ferrite toroidal cores
- Created an exhaustive annotated bibliography on mathematical hysteresis modeling

## EXPERIENCE

| | |
|---|---|
| **Professor** | **February 2017 – Present** |
| **Associate Professor** | **July 2006 – January 2017** |

*Kansas State University, Department of Gerontology*

| | |
|---|---|
| **Professor** | **February 2017 – Present** |
| **Associate Professor** | **February 2002 – January 2017** |
| **Assistant Professor** | **August 1999 – January 2002** |

*Kansas State University, Department of Electrical and Computer Engineering*
- Served as the Program Director for the KSU Biomedical Engineering Program
- Established and directed the Medical Component Design Laboratory
- Received grant support for biomedical component research/education
- Initiated multi-disciplinary teaching and research relationships with industry and academia
- Represented Kansas State through invited presentations, conferences, and short courses
- Supported and advised graduate students
- Integrated undergraduate honors students into a medical component research program
- Remained active in professional societies
- Served on academic and administrative committees
- Founded and directed a new Midwest Professional Chapter of the IEEE EMBS
- Founded and directed a new KSU Student Chapter of the IEEE EMBS
- Instructed courses in the Electrical and Computer Engineering curricula

- Helped to redesign the EE Bioengineering Option
- Designed real-world course projects that often required industry input
- Obtained internships for capable undergraduate students
- Advised students regarding academic and career goals

**Principal Member of the Technical Staff**                                    **1998 – July 1999**
*Sandia National Laboratories, Albuquerque, NM*
TELEMEDICINE PROJECT (Principal Investigator - $3.2M effort) – *"The Role of Technology in Reducing Health Care Costs"*
- Designed a secure, plug-and-play information architecture for telemedicine
- Assembled a high-performance, multi-disciplinary team to modify a commercial telemedicine system and demonstrate its effectiveness within a secure framework
- Empowered team members to pursue innovative ideas
- Participated in invitation-only workshops dedicated to advanced home care technology

MONTE CARLO RADIATION TRANSPORT PROJECT – *"Monte Carlo Radiation Transport in Computer-Aided-Design (CAD) Geometries"*
- Presented ITS-CAD, a CAD-based Monte Carlo radiation transport code, to the high-performance computing community for the first time
- Prepared material to market this capability to the scientific community
- Completed initial algorithms for electron trapping within solid bodies

**Senior Member of the Technical Staff**                                    **March 1996 – October 1998**
*Sandia National Laboratories, Albuquerque, NM*
TELEMEDICINE PROJECT (Principal Investigator)
- Performed an industry-wide technology survey on modular telemedicine systems
- Received an individual performance award for the phase I final report
- Assisted with the definition of a clinical study for determining the cost-effectiveness and diagnostic feasibility of telemedicine applied to hypertension monitoring
- Established relationships with leaders in the telemedicine community

MONTE CARLO RADIATION TRANSPORT PROJECT
- Designed a method to incorporate the ACIS boundary representation modeler into the Integrated Tiger Series of legacy Monte Carlo radiation transport codes
- Incorporated C++ classes for analyzing complex hierarchical assemblies
- Developed efficient algorithms to track particles in these geometries
- Implemented a heterogeneous grid structure to increase code efficiency and make simulation times less dependent on geometrical complexity
- Applied the ACIS-based transport code to a neutron generator dose deposition problem

OTHER
- Studied the feasibility of using infrared imaging technology to remotely monitor vital signs and physiological indicators of malevolent intent
- Presented proposals to various customers regarding light-based, wearable sensors to determine human physiological status and to ascertain a wearer's identity
- Surveyed burn depth measurement technologies for a military customer
- Promoted high-school science in New Mexico through regional science competitions

**Post-Doctoral Member of the Technical Staff**                     **July 1994 – February 1996**
*Sandia National Laboratories, Albuquerque, NM*

PERSONAL STATUS MONITOR PROJECT
- Completed an extensive literature search on pulse oximetry, motion artifact, and non-invasive vital sign measurement via light
- Performed Monte Carlo simulations to determine ideal light-based sensor configurations for minimizing motion artifact
- Produced a prototype of an ideal reflectance sensor incorporating a vertical cavity laser array and a large area photodiode
- Developed a MATLAB-based graphical user interface for time-frequency analysis
- Received an individual performance award for the final report
- Designed instrumentation, defined measurement parameters, and proposed operational criteria for the Emergency/Distress Monitor

MODEL BASED DESIGN PROJECT
- Electromagnetic Subproject Leader
  - Planned the budget and technical approach for magnetic field analyses on the W88 magnetic stronglink
  - Conducted an extensive review of commercial, state-of-the-art signal integrity and 3D electromagnetic modeling tools
- Demonstrated model-based design principles to multiple outside organizations, including the Technologies Enabling Agile Manufacturing thrust leaders, Boeing Aerospace, Proctor & Gamble, Motorola, Allied Signal, Schlumberger, and Ansoft
- Co-designed Sandia's Engineering Integration Facility
- Wrote the statement of work and budget proposal for the Sandia/Boeing virtual prototyping cooperative research and development agreement

**Graduate Research Assistant**                                     **June 1992 – June 1994**
*The University of Texas at Austin, Department of Electrical and Computer Engineering*
- Designed a system to integrate laser-induced fluorescence data from coronary artery cross-sections with two-dimensional intravascular ultrasound images
- Conducted a clinical study with the University of Texas Medical Branch in Galveston to determine the efficacy of this approach
- Performed experiments to characterize the laser-induced fluorescence of human coronary artery and aorta at 476 nm excitation
- Developed a Monte Carlo simulation code to predict excitation and emission profiles (absorption, reflection, and transmission) given an incident laser beam
- Created an algorithm to correct fluorescence spectra obtained with non-contact excitation/emission fiber bundles
- Prepared and published my own histology specimens
- Optimized an arterial tissue fluorescence model that determines arterial chemical composition based on laser-induced fluorescence spectra at 476 nm excitation
- Initiated a clinical effort with Ochsner Clinic in New Orleans to assess likelihood of restenosis based on chemical composition of atherectomy specimens
- Mentored undergraduate students performing honors projects

**Graduate Teaching Assistant**                                          **August 1991 – May 1992**
*The University of Texas at Austin, Department of Electrical and Computer Engineering*
- Taught *Pascal Programming* (Spring 1992)
- Monitored the computer laboratory for *Pascal Programming* and *Introduction to Computation*
- Taught one *Electrical Engineering Lab I* section and monitored a second (Fall 1991)
- Graded midterm exams, final exams, and oral reports for *Electrical Engineering Lab I*

**Research Assistant**                                                    **June 1991 – August 1991**
*Lawrence Livermore National Laboratory, Human Genome Flow Cytometry Unit, Livermore, CA*
- Developed a Pascal interface between a Hewlett-Packard workstation and a Summagraphics digitizer board to determine dyed chromosome separation in a DNA mapping procedure
- Developed post-processing software for the high-speed cell sorter

**Graduate Teaching Assistant**                                          **August 1989 – May 1991**
*Kansas State University, Department of Electrical Engineering, Manhattan, KS*
- Taught *Electrical Engineering Lab I* for two semesters
- Graded assignments for *Electromagnetic Theory I* and *Electronics I*
- Lectured during the instructor's absence

**Research Assistant**                                                    **June 1989 – August 1989**
*Lawrence Livermore National Laboratory, Nuclear Safety Systems Division, Livermore, CA*
- Experimentally determined the high-frequency hysteresis behavior of ferrite cores used in pulse transformer technology
- Obtained a government security clearance

**Teaching Assistant**                                                    **August 1988 – May 1989**
*Kansas State University, Department of Electrical Engineering, Manhattan, KS*
- Graded assignments for *Electromagnetic Theory I* and *Intro. to Computer Engineering*

## JOURNAL PUBLICATIONS
- Alivar, Alaleh, Charles Carlson, Ahmad Suliman, Steve Warren, Punit Prakash, David E. Thompson, and Balasubramaniam Natarajan. "Smart Bed Based Daytime Behavior Prediction in Children with Autism Spectrum Disorder - A Pilot Study," *Medical Engineering & Physics*, submitted August 6, 2019, accepted for publication July 13, 2020.
- Alivar, Alaleh, Charles Carlson; Ahmad Suliman; Steve Warren; Punit Prakash; David E. Thompson; Balasubramaniam Natarajan. "Smart Bed Based Daytime Behavior Prediction in Children with Autism Spectrum Disorder - A Pilot Study," *Research in Autism Spectrum Disorders*, Submitted April 1, 2019.
- Suliman, Ahmad, Charles Carlson, Carl Ade, Steve Warren, and David Thompson. "Performance Comparison for Ballistocardiogram Peak Detection Methods," *IEEE Access*, Vol. 7, April 22, 2019, pp. 53945–53955, DOI 10.1109/ACCESS.2019.2912650.
- Alivar, Alaleh, Charles Carlson, Ahmad Suliman, Steve Warren, Punit Prakash, David E. Thompson, and Balasubramaniam Natarajan. "Motion Artifact Detection and Reduction in Bed-Based Ballistocardiogram," *IEEE Access*, Vol. 7, No. 1, January 21, 2019, pp. 13693–13703. DOI 10.1109/ACCESS.2019.2894115.
- Ade, Carl J., Ryan M. Broxterman, Jesse C. Craig, Susanna J. Schlup, Samuel L. Wilcox, Steve Warren, Phillip Kuehl, Dana Gude, Chen Jia, and Thomas J. Barstow. "Prediction of Lunar- and Martian-Based Intra- and Site-to-Site Task Performance," *Aerospace Medicine and Human Performance*, Vol. 87, No. 4, April 2016, pp. 367–374. Available at https://stephenson.pure.elsevier.com.

- Broxterman, Ryan M., Jesse C. Craig, Joshua Smith, Samuel L. Wilcox, Chen Jia, Steve Warren, and Thomas J. Barstow. "Influence of Blood Flow Occlusion on the Development of Peripheral and Central Fatigue During Small Muscle Mass Handgrip Exercise," *Journal of Physiology*, Vol. 593, No. 17, June 2015, pp. 4043–4054. Available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4575585/pdf/tjp0593-4043.pdf.
- Bopp, Christopher M., Dana K. Townsend, Steve Warren, and Thomas J. Barstow. "Relationship Between Brachial Artery Blood Flow and Total [Hemoglobin + Myoglobin] During Post-Occlusive Reactive Hyperemia," *Microvascular Research*, MVR-13-115R1, Vol. 91, November 2, 2013 (online), January 1, 2014 (print), pp. 37–43. Impact Factor: 2.93. Available at http://www.sciencedirect.com/science/article/pii/S002628621300160X.
- Li, Kejia and Steve Warren. "GumPack:  a Personal Health Assistant with Reconfigurable Surface Components," *Journal of Healthcare Engineering*, Vol. 4, No. 1, 2013, pp. 145–166. Available at http://downloads.hindawi.com/journals/jhe/2013/978158.pdf.
- Li, Kejia and Steve Warren.  "A Wireless Reflectance Pulse Oximeter Suitable for Wearable and Surface-Integratable Designs that Produces High-Quality Unfiltered Photoplethysmograms," *IEEE Transactions on Biomedical Circuits and Systems*, Vol. 6, No. 3, June 2012, pp. 269–278. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Li, Kejia, Steve Warren, and Balasubramaniam Natarajan.  "Onboard Tagging for Real-Time Quality Assessment of Photoplethysmograms Acquired by a Wireless Reflectance Pulse Oximeter," *IEEE Transactions on Biomedical Circuits and Systems*, Vol. 6, No. 1, February 2012, pp. 54–63. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Krishnan, Rajet, Balasubramaniam Natarajan, and Steve Warren.  "Two-Stage Approach for Detection and Reduction of Motion Artifacts in Photoplethysmographic Data," *IEEE Transactions on Biomedical Engineering*, Vol. 57, No. 8, February 13, 2010, pp. 1867–1876. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- King, Andrew, Sam Procter, Dan Andresen, John Hatcliff, Steve Warren, William Spees, Raoul Jetley, Paul Jones, and Sandy Weininger.  "A Publish-Subscribe Architecture and Component-Based Programming Model for Medical Device Interoperability," *ACM SIGBED Review*, Volume 6, Number 2, July 2009, ISSN 1551-3688.  Special Issue on the *2nd Joint Workshop on High Confidence Medical Devices, Software, and Systems (HCMDSS) and Medical Device Plug-and-Play (MD PnP) Interoperability, Cyber-Physical Systems Week*, April 16, 2009, San Francisco, CA. Available at http://dl.acm.org/citation.cfm?id=1859823.
- King, Andrew, Sam Procter, Dan Andresen, John Hatcliff, Steve Warren, William Spees, Raoul Jetley, Paul Jones, and Sandy Weininger.  "An Open Test Bed for Medical Device Integration and Coordination," *ACM SIGBED Review*, Volume 6, Number 2, July 2009, ISSN 1551-3688. Special Issue on the *2nd Joint Workshop on High Confidence Medical Devices, Software, and Systems (HCMDSS) and Medical Device Plug-and-Play (MD PnP) Interoperability, Cyber-Physical Systems Week*, April 16, 2009, San Francisco, CA. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Yao, Jianchu, and Steve Warren.  "Applying the ISO/IEEE 11073 Standards to Wearable Home Health Monitoring Systems," *Journal of Clinical Monitoring and Computing*, The Netherlands, Vol. 19, No. 6, December 2005, pp. 427–436. Available at http://link.springer.com/article/10.1007/s10877-005-2033-7.
- Yao, Jianchu, Ryan Schmitz, and Steve Warren.  "A Wearable Point-of-Care System for Home Use that Incorporates Plug-and-Play and Wireless Standards," *IEEE Transactions on Information Technology in Biomedicine*, Vol. 9, No. 3, September 2005, pp. 363–371. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Martin, Matthew and Steve Warren, "Multiple Geometry Representations in Monte Carlo Radiation Transport," *Transactions of the American Nuclear Society*, 2004, Vol. 91, pp. 183–184.  *ANS Winter Meeting*, November 14–18, 2004, Omni Shoreham Hotel, Washington, D.C.
- Lutjemeier, B.J., D.K. Townsend, S. Koga, S. Warren, C.A. Harms, and T.J. Barstow. "Oscillations in Femoral Venous Blood Flow During Dynamic Exercise," *Medicine & Science in Sports & Exercise*, Vol. 35, No. 5, May 2003, p. S43. Available at

[http://insights.ovid.com/medicine-science-sports-exercise/mespex/2003/05/001/oscillations-femoral-venous-blood-flow-during/236/00005768](http://insights.ovid.com/medicine-science-sports-exercise/mespex/2003/05/001/oscillations-femoral-venous-blood-flow-during/236/00005768).

- Welch, A.J., Craig Gardner, Rebecca R. Richards-Kortum, Eric Chan, Glen W. Criswell, Josh Pfefer, and Steve Warren. "Propagation of Fluorescent Light," *Lasers in Surgery and Medicine*, Vol. 21, 1997, pp. 166-178. Available at [http://onlinelibrary.wiley.com/doi/10.1002/(SICI)1096-9101(1997)21:2%3C166::AID-LSM8%3E3.0.CO;2-O/epdf](http://onlinelibrary.wiley.com/doi/10.1002/(SICI)1096-9101(1997)21:2%3C166::AID-LSM8%3E3.0.CO;2-O/epdf).
- Warren, Steve, Karl Pope, Youseph Yazdi, Ashley J. Welch, Sharon Thomsen, Alfred L. Johnston, Michael J. Davis, and Rebecca R. Richards-Kortum. "Combined Ultrasound and Fluorescence Spectroscopy for Physico-Chemical Imaging of Atherosclerosis," *IEEE Transactions on Biomedical Engineering*, Vol. 42, No. 2, February 1995, pp. 121-132. Available at IEEE Xplore: [http://ieeexplore.ieee.org](http://ieeexplore.ieee.org).
- Ramanujam, N., M.F. Mitchell, A. Mahadevan, S. Warren, S. Thomsen, E. Silva, and R. Richards-Kortum. "*In Vivo* Diagnosis of Cervical Intraepithelial Neoplasia Using 337- nm-Excited Laser-Induced Fluorescence," *Proceedings of the National Academy of Sciences*, Vol. 91, October 1994, pp. 10193-10197. Available at [http://www.ncbi.nlm.nih.gov/pmc/articles/PMC44984/pdf/pnas01143-0538.pdf](http://www.ncbi.nlm.nih.gov/pmc/articles/PMC44984/pdf/pnas01143-0538.pdf).
- Carpenter, Kenneth H. and Steve Warren. "A Wide Bandwidth, Dynamic Hysteresis Model for Magnetization in Soft Ferrites," *IEEE Transactions on Magnetics*, Vol. 28, No. 5, September 1992, pp. 2037-2041.

## BOOK CHAPTERS, REPORTS, and REPORT CHAPTERS

- Warren, Steve. "Direct Witness Statement of Steve Warren," Philips North America LLC f/k/a Philips Electronics North America Corporation and Koninklijke Philips N.V. v. Fitbit, Inc., Garmin International, Inc., Garmin Ltd. d/b/a Garmin Switzerland, Ingram Micro, Inc., Maintek Computer (Suzhou) Co., Ltd., and Inventec Appliances (Pudong), ITC Inv. No. 337-TA-1190, September 8, 2020, 74 pages.
- Warren, Steve. "Rebuttal Expert Report of Steve Warren Regarding the Validity of U.S. Patent No. 9,820,698," Philips North America LLC f/k/a Philips Electronics North America Corporation and Koninklijke Philips N.V. v. Fitbit, Inc., Garmin International, Inc., Garmin Ltd. d/b/a Garmin Switzerland, Ingram Micro, Inc., Maintek Computer (Suzhou) Co., Ltd., and Inventec Appliances (Pudong), ITC Inv. No. 337-TA-1190, August 7, 2020, 86 pages.
- Warren, Steve. "Supplemental Expert Report of Steve Warren Concerning Infringement by Respondents and the Technical Prong of the Domestic Industry Requirement," Philips North America LLC f/k/a Philips Electronics North America Corporation and Koninklijke Philips N.V. v. Fitbit, Inc., Garmin International, Inc., Garmin Ltd. d/b/a Garmin Switzerland, Ingram Micro, Inc., Maintek Computer (Suzhou) Co., Ltd., and Inventec Appliances (Pudong), ITC Inv. No. 337-TA-1190, July 31, 2020, 42 pages.
- Warren, Steve. "Expert Report of Steve Warren Concerning Infringement by Respondents and the Technical Prong of the Domestic Industry Requirement," Philips North America LLC f/k/a Philips Electronics North America Corporation and Koninklijke Philips N.V. v. Fitbit, Inc., Garmin International, Inc., Garmin Ltd. d/b/a Garmin Switzerland, Ingram Micro, Inc., Maintek Computer (Suzhou) Co., Ltd., and Inventec Appliances (Pudong), ITC Inv. No. 337-TA-1190, July 22, 2020, 350 pages.
- Warren, Steve. "Expert Report of Steven Warren, Ph.D. Concerning the Technical Prong of Domestic Industry of U.S. Patent Nos. 9,724,045 and 9,750,460," Dexcom, Inc. v. AgaMatrix, Inc., ITC Inv. No. 337-TA-1075, April 26, 2018, 198 pages.
- "New Undergraduate Biomedical Engineering Degree Program in the Kansas State University College of Engineering – CIP Code 14.0501," Kansas State University, Department of Electrical & Computer Engineering, February 20, 2017. New program narrative created for the Kansas Board of Regents.
- Warren, Steve. "Chapter 3. Bioreactor Instrumentation and Control for 3D Cellular and Tissue Systems," Engineering 3D Tissue Test Systems, ©2018, CRC Press, Taylor & Francis Group,

7

Editors: Karen J.L. Burg, Didier Dreau, and Timothy C. Burg, pp. 33-60, ISBN 978-1-1387-4567-4 (paperback); 978-1-4822-3117-5 (hardback). Available at https://www.crcpress.com/Engineering-3D-Tissue-Test-Systems/Burg-Dreau-Burg/p/book/9781482231175.

- Warren, Steve. "Reply Expert Report of Dr. Steve Warren Regarding Masimo's Expert Report of Joe Kiani Dated April 29, 2016," Masimo Corporation v. Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen Gmbh, May 23, 2016, 11 pages.

- Warren, Steve. "Reply Expert Report of Dr. Steve Warren Regarding the Invalidity of U.S. Patent No. 7,509,154," Masimo Corporation v. Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen Gmbh, April 29, 2016, 48 pages.

- Warren, Steve. "Expert Report of Dr. Steve Warren Regarding the Noninfringement of U.S. Patent No. 7,509,154," Masimo Corporation v. Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen Gmbh, March 28, 2016, 72 pages.

- Warren, Steve. "Expert Report of Dr. Steve Warren Regarding the Invalidity of U.S. Patent No. 7,509,154," Masimo Corporation v. Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen Gmbh, February 12, 2016, 101 pages.

- Kuhn, William, Thomas Barstow, Dwight Day, Don Gruenbacher, Balasubramaniam Natarajan, Tim Sobering, and Steven Warren. "Biosensor Networks and Telecommunication Subsystems for Long-Duration Missions, EVA Suits, and Robotic Precursor Scout Missions," NNX11AM05A, Final Performance Report, 10/1/2011 – 6/30/2015, July 16, 2015, 39 pages

- Yao, Jason, Yongbo Wan, and Steve Warren. "Biometric Applications of One-Dimensional Physiological Signals – Electrocardiograms," **Biometrics/Book 1**, Chapter 11, Intech Open Access Publisher, ISBN 978-953-307-618-8, July, 2011, http://www.intechweb.org, http://www.intechopen.com/articles/show/title/biometric-applications-of-one-dimensional-physiological-signals-electrocardiograms.

- Warren, Steve and Balasubramaniam Natarajan – *Chapter 3:  Wireless Communication Technologies for Wearable Systems*, pp. 51–80. Bonfiglio, Annalisa and Danilo De Rossi, Editors.  **Wearable Monitoring Systems**, © 2010, First Edition, December 2, 2010, Springer, New York, ISBN-10: 1441973834, ISBN-13: 978-1441973832.

- Report of the **Workshop on Home Care Technologies for the 21st Century**. Sponsored by the National Science Foundation, the Catholic University of America, and the U.S. Food and Drug Administration.  Department of Health and Human Services (DHHS), Rockville, MD, April 7-9, 1999.  **Topic F:  Smart Health Care Systems and the Home of the Future**, pp. 58-63, ©1999, Catholic University of America.

- Ladd, Mark D., Michael S. Pacheco, Steve Warren, and Cynthia L. Nelson.  **Feasibility Study for the Development of a Remote Vital Signs Detector for Assessing Malevolent Intent**, Final project report for the Technical Support Working Group on Physical Security and Infrastructure Protection, TSWG TASK T-137, October 16, 1997, 89 pages.  **Chapter Five – "Infrared Imaging for Remote Vital Sign Determination."**

- Sill, Anthony E., Steve Warren, John D. Dillinger, and Bryon K. Cloer.  **Final Project Report: The Role of Technology in Reducing Health Care Costs**, SAND97-1922, DOE Category UC-900, Unlimited Release, August 1997, 220 pages.

- Love, Jerry T., Steve Warren, George R. Laguna, and Timothy J. Miller.  **Personal Status Monitor**, SAND97-0418, DOE Category UC-706, February 1997, 199 pages.

- Carpenter, Kenneth H. and Steve Warren. **Modeling of Ferrite Core Magnetic Couplers and Design of Transformers for Use with Voltage Multipliers**, Final Report Under Subcontract 1507303:  Regents of the University of California with Kansas State University and Lawrence Livermore National Laboratory.

## CONFERENCE PUBLICATIONS

- Alivar, Alaleh, Charles Carlson, Ahmad Suliman, Steve Warren, Punit Prakash, David E. Thompson, and Balasubramaniam Natarajan. "A Pilot Study on Predicting Daytime Behavior &

Sleep Quality in Children With ASD," *IEEE Signal Processing in Medicine and Biology Symposium* (*SPMB 2019*), Science Education and Research Center, Temple University, Philadelphia, PA, USA, December 7, 2019.

- Warren, Steve, Charles Carlson, and Dong Ren. "Application of Portable Data Acquisition Tools and Virtual Instruments in an Upper-Level Biomedical Instrumentation Laboratory Course," *2019 Annual Conference and Exposition, American Society for Engineering Education*, Tampa Convention Center, Tampa, FL, June 16–19, 2019.

- Carlson, Charles, Dong Ren, and Steve Warren. "An Improved Cell-Phone-Based Wearable Electrocardiograph Project for a Biomedical Instrumentation Course Sequence," *2019 Annual Conference and Exposition, American Society for Engineering Education*, Tampa Convention Center, Tampa, FL, June 16–19, 2019.

- Carlson, Charles, Ahmad Suliman, Alaleh Alivar, Punit Prakash, David Thompson, Balasubramaniam Natarajan, and Steve Warren. "A Pilot Study of an Unobtrusive Bed-Based Sleep Quality Monitor for Severely Disabled Autistic Children," *40th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hawaii Convention Center, Honolulu, HI, USA, July 17-21, 2018, pp. 4343–4346.

- Carlson, Charles, Alexandra Lyle, Gabrielle Phillips, Jacob Chappell, Mariah Brown, Hojjat Fallahi, Shangxian Wang, Ahmad Suliman, and Steve Warren. "Activities to Invigorate a Student Chapter of the IEEE Engineering in Medicine and Biology Society," *40th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hawaii Convention Center, Honolulu, HI, USA, July 17-21, 2018, pp. 1648–1651.

- Suliman, Ahmad, Charles Carlson, Punit Prakash, Steve Warren, and David Thompson. "Performance Evaluation of Processing Methods for Ballistocardiogram Peak Detection," *40th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hawaii Convention Center, Honolulu, HI, USA, July 17-21, 2018, pp. 502–505.

- Warren, Steve, Charles Carlson, Andrew McKittrick, and Shangxian Wang. "A Wearable Electrocardiograph as a Means to Combine Measurement and Makerspace Concepts in a Biomedical Instrumentation Course Sequence," *2018 Annual Conference and Exposition, American Society for Engineering Education*, Salt Lake City, UT, June 24–27, 2018. Available at https://peer.asee.org/authors/steve-warren.

- Warren, Steve. "Application of Portable Data Acquisition Tools and Virtual Instruments in an Upper-Level Biomedical Instrumentation Laboratory Course,"*2018 Annual Conference and Exposition, American Society for Engineering Education*, Salt Lake City, UT, June 24–27, 2018. Abstract accepted. Available at https://peer.asee.org/authors/steve-warren.

- Alivar, Alaleh, Charles Carlson, Ahmad Suliman, Steve Warren, Punit Prakash, Dave Thompson, and Balasubramaniam Natarajan. "Motion Detection in Bed-Based Ballistocardiogram to Quantify Sleep Quality," IEEE GLOBECOM 2017, Marina Bay Sands Expo and Convention Centre, Singapore, December 4-8, 2017, pp. 1–6.

- Grother, Ethan, Steve Warren, and Mei He. "Cautious Use of Mobile Device Cameras for Color-Scale Assays", *IEEE-NIH Special Topics Conference on Healthcare Innovations and Point-of-Care Technologies* (*HI-POCT '16*), Cancun, Mexico, November 9-11, 2016. Abstract at https://embs.papercept.net/conferences/conferences/PCHT16/program/PCHT16_ContentListWeb_2.html.

- Suliman, Ahmad, Charles Carlson, Punit Prakash, Steve Warren, and David Thompson. "Selecting Load Cells for Ballistocardiogram Detection," *38th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Disney's Contemporary Resort, Orlando, FL, USA, August 16-20, 2016.

- Warren, Steve, Punit Prakash, David Thompson, Bala Natarajan, Charles Carlson, Kim Fowler, Ed Brokesh, Jack Xin, Wayne Piersel, Janine Kesterson, and Steve Stoffregen. "Design Projects Motivated and Informed by the Needs of Severely Disabled Autistic Children," *38th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Disney's Contemporary Resort, Orlando, FL, USA, August 16-20, 2016, pp. 3015–3018. DOI 10.1109/EMBC.2016.7591364. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Carlson, Charles, Ahmad Suliman, Punit Prakash, David Thompson, Shangxian Wang, Bala Natarajan, and Steve Warren. "Bed-Based Instrumentation for Unobtrusive Sleep Quality Assessment in Severely Disabled Autistic Children," *38th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Disney's Contemporary Resort, Orlando, FL, USA, August 16-20, 2016, pp. 4909–4912. DOI 10.1109/EMBC.2016.7591364.

- Warren, Steve. "Student Proposals for Design Projects to Aid Children with Severe Disabilities,"*2016 Annual Conference and Exposition, American Society for Engineering Education*, New Orleans, LA, June 26–29, 2016. Available at https://peer.asee.org/authors/steve-warren.

- Craig, Jesse C., Ryan M. Broxterman, Chen Jia, Steve Warren, and Thomas Barstow. "Beetroot Supplementation and Small Muscle Mass Handgrip Exercise: Effect on Central and Peripheral Fatigue," *Medicine & Science in Sports & Exercise*, Vol. 47, Issue 5S, May 2015, p. 192. *62nd Annual Meeting of the American College of Sports Medicine*; *6th World Congress on Exercise in Medicine and World Congress on the Basic Science of Exercise Fatigue*, San Diego, CA, May 26-30, 2015. Available at http://journals.lww.com/acsm-msse/Fulltext/2015/05001/Beetroot_Supplementation_and_Small_Muscle_Mass.599.aspx.

- Singleton, Gary, Steve Warren, and Wayne Piersel.  "Clinical Overview of the Need for Technologies for Around-the-Clock Monitoring of the Health Status of Severely Disabled Autistic Children," *36th  Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Sheraton Chicago Hotel and Towers, Chicago, IL, USA, August 26–30, 2014, pp. 789–791. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Kuehl, Phillip, Chen Jia, Dana Gude, Ryan Broxterman, Thomas Barstow, and Steve Warren. "Real-Time Processing of Electromyograms in an Automated Hand-Forearm Ergometer Data Collection and Analysis System," *36th  Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Sheraton Chicago Hotel and Towers, Chicago, IL, USA, August 26–30, 2014, pp. 5756–5759. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Prakash, Punit, Phillip Kuehl, Brogan McWilliams, Steve Rubenthaler, Emily Schnell, Gary Singleton, and Steve Warren.  "Sensors and Instrumentation for Unobtrusive Sleep Quality Assessment in Autistic Children," *36th  Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Sheraton Chicago Hotel and Towers, Chicago, IL, USA, August 26–30, 2014, pp. 800–803. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Luan, Shiwei, Dana Gude, Punit Prakash, and Steve Warren.  "A Paraeducator Glove for Counting Disabled-Child Behaviors that Incorporates a Bluetooth LE Wireless Link to a Smart Phone," *36th  Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Sheraton Chicago Hotel and Towers, Chicago, IL, USA, August 26–30, 2014, pp. 796–799. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Warren, Steve, Punit Prakash, Gary Singleton, Ed Brokesh, Bala Natarajan, and Kim Fowler. "Design Projects to Quantify the Health and Development of Autistic Children," *2014 Annual Conference and Exposition, American Society for Engineering Education*, Indianapolis, IN, June 15–18, 2014. Available at https://peer.asee.org/authors/steve-warren.

- Broxterman, Ryan M., Carl J. Ade, Samuel L. Wilcox, Jesse C. Craig, Susanna J. Schlup, Chen Jia, Steve Warren, and Thomas J. Barstow. "Determination of Appropriate Physiological Measurements for Determining EVA Task Failure," *HRP 2014*, *NASA Human Research Program Investigators' Workshop*, February 12–13, 2014, Moody Gardens Hotel, Galveston, TX. Available at http://www.hou.usra.edu/meetings/hrp2014/authorindex.cfm.

- Jia, Chen, Phillip Kuehl, Dana Gude, Ryan Broxterman, Thomas Barstow, and Steve Warren. "Improved Algorithms for EMG Burst Identification and Processing," *HRP 2014*, *NASA Human Research Program Investigators' Workshop*, February 12–13, 2014, Moody Gardens Hotel, Galveston, TX. Available at http://www.hou.usra.edu/meetings/hrp2014/authorindex.cfm.

- Dong, Xiongjie, Tianyu Lin, Timothy Sobering, Thomas Barstow, and Steve Warren. "A ZigBee-Wireless Biomedical Sensor Network as a Predecessor to an In-Suit Collection of Low-Power Health Sensors," *HRP 2014*, *NASA Human Research Program Investigators' Workshop*,

February 12–13, 2014, Moody Gardens Hotel, Galveston, TX. Available at http://www.hou.usra.edu/meetings/hrp2014/authorindex.cfm.

- Kuehl, Phillip, Chen Jia, Dana Gude, Ryan Broxterman, Thomas Barstow, and Steve Warren. "Real-Time Processing of Electromyograms in an Automated Hand-Forearm Ergometer Data Collection and Analysis System," *HRP 2014, NASA Human Research Program Investigators' Workshop*, February 12–13, 2014, Moody Gardens Hotel, Galveston, TX. Available at http://www.hou.usra.edu/meetings/hrp2014/authorindex.cfm.

- Kuhn, William, Steve Warren, Dwight Day, Xiongjie Dong, Don Gruenbacher, Balasubramaniam Natarajan, Tim Sobering, Mohammed Taj-Eldin, Thomas Barstow, Ryan Broxterman, and Arlie Stonestreet II. "Biomedical Sensing and Wireless Technologies for Long Duration EVAs and Precursor Scout Missions," *2014 IEEE Aerospace Conference*, March 1–8, 2014. Yellowstone Conference Center, Big Sky Montana. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Dong, Xiongjie, Timothy Sobering, Thomas Barstow, and Steve Warren. "A Wireless Inductance Plethysmograph as a Precursor to a Networked Suite of Low-Power Sensors for In-Spacesuit Health Monitoring," *HRP 2013, NASA Human Research Program Investigators' Workshop*, February 11–14, 2013, Moody Gardens Hotel, Galveston, TX. Available at http://www.dsls.usra.edu/meetings/hrp2013/. Abstract and poster presentation.

- Gude, Dana, Ryan Broxterman, Carl Ade, Thomas Barstow, Thomas Nelson, Wen Song, and Steve Warren. "Automated Hand-Forearm Ergometer Data Collection System," *HRP 2013, NASA Human Research Program Investigators' Workshop*, February 11–14, 2013, Moody Gardens Hotel, Galveston, TX. Available at http://www.dsls.usra.edu/meetings/hrp2013/. Abstract and poster presentation.

- Song, Wen, Carl Ade, Ryan Broxterman, Thomas Nelson, Dana Gude, Thomas Barstow, and Steve Warren. "Classification Algorithms Applied to Accelerometer Data as a Means to Identify Subject Activities Related to Planetary Navigation Tasks," *HRP 2013, NASA Human Research Program Investigators' Workshop*, February 11–14, 2013, Moody Gardens Hotel, Galveston, TX. Available at http://www.dsls.usra.edu/meetings/hrp2013/. Abstract and poster presentation.

- Warren, Steve and Dwight Day. "The Impact of a Scientific Computing Prerequisite on Student Performance in a Linear Systems Course," *Frontiers in Education 2012*, Seattle, WA, October 3–6, 2012, pp. 1109–1114. Available at IEEE Xplore: http://ieeexplore.ieee.org. (43% acceptance)

- Krenzel, Devon, Steve Warren, Kejia Li, Bala Natarajan, and Gurdip Singh. "Wireless Slips and Falls Prediction System," *34th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hilton Bayfront Hotel, San Diego, CA, USA, August 28 – September 1, 2012, pp. 4042–4045. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Li, Kejia and Steve Warren. "High Resolution Wireless Body Area Network with Statistically Synchronized Sensor Data for Tracking Pulse Wave Velocity," *34th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hilton Bayfront Hotel, San Diego, CA, USA, August 28 – September 1, 2012, pp. 2080–2083. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Gude, Dana, Ryan Broxterman, Carl Ade, Thomas Barstow, Thomas Nelson, Wen Song, and Steve Warren. "Automated Hand-Forearm Ergometer Data Collection System," *34th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hilton Bayfront Hotel, San Diego, CA, USA, August 28 – September 1, 2012, pp. 2379–2382. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Song, Wen, Carl Ade, Ryan Broxterman, Thomas Barstow, Thomas Nelson, and Steve Warren. "Activity Recognition in Planetary Navigation Field Tests Using Classification Algorithms Applied to Accelerometer Data," *34th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hilton Bayfront Hotel, San Diego, CA, USA, August 28 – September 1, 2012, pp. 1586–1589. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Yao, Jianchu, Loren Limberis, and Steve Warren. "Enhancing Laboratory Experiences with Portable Electronics Experiment Kits," *2012 Annual Conference and Exposition, American*

*Society for Engineering Education*, San Antonio, TX, June 10–13, 2012. Available at https://peer.asee.org/authors/steve-warren.

- Warren, Steve, Xiongjie Dong, Timothy Sobering, and Jianchu Yao.  "Lessons Learned from the Application of Virtual Instruments and Portable Hardware to Electrode-Based Biomedical Laboratory Exercises," *2012 Annual Conference and Exposition, American Society for Engineering Education*, San Antonio, TX, June 10–13, 2012. Available at https://peer.asee.org/authors/steve-warren.
- Warren, Steve.  "Teaching-to-Learn Sessions to Achieve Subject Relevance in an Introduction to Biomedical Engineering Course," *2012 Annual Conference and Exposition, American Society for Engineering Education*, San Antonio, TX, June 10–13, 2012. Available at https://peer.asee.org/authors/steve-warren.
- Ade, C.J., R.M. Broxterman, G. L. Gadbury, D. Schinstock, S. Warren, and T.J. Barstow.  "Physiological responses during simulated planetary field tests,"  American College of Sports Medicine, San Francisco, CA, May 29-June 2, 2012.
- Broxterman, Ryan M., Carl J. Ade, Gary L Gadbury, Dale Schinstock, Steve Warren, and Thomas J. Barstow.  "Predictors of 10 km performance,"  American College of Sports Medicine, San Francisco, CA, May 29-June 2, 2012.
- Ade, Carl J., Ryan M. Broxterman, Gary L Gadbury, Dale Schinstock, Steve Warren, and Thomas J. Barstow. "Standardized Exercise Test to Evaluate Planetary Mission Readiness," *HRP 2012, NASA Human Research Program Investigators' Workshop*, Westin Galleria Hotel and Conference Center, February 14–16, 2012, Houston, TX. Available at http://www.dsls.usra.edu/meetings/hrp2012/hrp2012.authorindex.html. Abstract and poster presentation.
- Broxterman, Ryan M., Carl J. Ade, Gary L Gadbury, Dale Schinstock, Steve Warren, and Thomas J. Barstow. "10-km Walkback Performance Predicted fom Standardized Exercise Tests," *HRP 2012, NASA Human Research Program Investigators' Workshop*, Westin Galleria Hotel and Conference Center, February 14–16, 2012, Houston, TX. Available at http://www.dsls.usra.edu/meetings/hrp2012/hrp2012.authorindex.html. Abstract and poster presentation.
- Li, Kejia, Steve Warren, and John Hatcliff.  "Component-Based App Design for Platform-Oriented Devices in a Medical Device Coordination Framework," *2012 ACM SIGHIT International Health Informatics Symposium* (*IHI 2012*), Miami, FL, January 28-30, 2012, pp. 343–352. Available at http://dl.acm.org/citation.cfm?id=2110403.  (18% acceptance)
- Li, Kejia, Steve Warren, and John Hatcliff.  "Assembling a Medical Platform-Oriented Device in a Medical Device Coordination Framework," *SoSMD 2011: Workshop on Infrastructure, Tools and Technologies for Systems of Medical Devices*, Kansas University, Student Union, Lawrence, KS, November 12, 2011. Co-located with *ASE 2011:  26th IEEE/ACM International Conference on Automated Software Engineering*, November 6–12, 2011. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Rebello, N.Sanjay, Andrew G. Bennett, Steve Warren, and Dean A. Zollman.  "Investigating Transfer of Problem Solving Skills from Math to Physics to Engineering," *2011 NSF REESE PI Meeting*, Ritz-Carlton, Pentagon City, Washington, D.C., October 20–21, 2011.  Poster presentation.
- Warren, Steve and James DeVault.  "A Two-Channel Bioamplifier Design as a Cross-Course Experience," *Frontiers in Education 2011*, Rushmore Plaza Civic Center, Rapid City South Dakota, October 10–15, 2011, pp. T3F-1–T3F-6. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Jia, Chen, Andrew Bennett, and Steve Warren.  "Work in Progress:  Higher-Level-Learning Enhancements to Online Assignments in an Electrical Engineering Linear Systems Course," *Frontiers in Education 2011*, Rushmore Plaza Civic Center, Rapid City South Dakota, October 10–15, 2011, pp. T4E-1–T4E-2. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Li, Kejia, and Steve Warren.  "Onboard Tagging for Medical Devices," *33rd  Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Boston

Marriott Copley Place Hotel, Boston, MA, USA, August 30 – September 3, 2011, pp. 2168–2171. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Li, Kejia, and Steve Warren. "Principle Component Analysis on Photoplethysmograms: Blood Oxygen Saturation Estimation and Signal Segmentation," *33rd Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Boston Marriott Copley Place Hotel, Boston, MA, USA, August 30 – September 3, 2011 pp. 7171–7174. Nominated for an EMBC 2011 Student Paper Competition award. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Li, Kejia, and Steve Warren. "Initial Study on Pulse Wave Velocity Acquired from One Hand Using Two Synchronized Wireless Reflectance Pulse Oximeters," *33rd Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Boston Marriott Copley Place Hotel, Boston, MA, USA, August 30 – September 3, 2011, pp. 6907–6910. Nominated for an EMBC 2011 Phillips Young Investigator award. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Jia, Chen, Steve Warren, Dong-Hai Nguyen, Sanjay Rebello, and Andrew Bennett. "Teaching-Learning Interviews to Understand and Remediate Student Difficulties with Fourier Series Concepts," *2011 Annual Conference and Exposition, American Society for Engineering Education*, Vancouver, British Columbia, Canada, June 26–29, 2011. Available at https://peer.asee.org/authors/steve-warren.

- Yao, Jianchu, Loren Limberis, and Steve Warren. "Using Portable Electronics Experiment Kits for Electronics Courses in a General Engineering Program," *2011 Annual Conference and Exposition, American Society for Engineering Education*, Vancouver, British Columbia, Canada, June 26–29, 2011. Available at https://peer.asee.org/authors/steve-warren.

- Warren, Steve, Xiongjie Dong, Timothy Sobering, and Jianchu Yao. "A Rapid Analysis and Signal Conditioning Laboratory (RASCL) Design Compatible with the National Instruments myDAQ® Platform," *2011 Annual Conference and Exposition, American Society for Engineering Education*, Vancouver, British Columbia, Canada, June 26–29, 2011. Available at https://peer.asee.org/authors/steve-warren.

- Warren, Steve and James DeVault. "A Two-Channel Bioamplifier Design as a Cross-Course Experience," *2011 Annual Conference and Exposition, American Society for Engineering Education*, Vancouver, British Columbia, Canada, June 26–29, 2011. Available at https://peer.asee.org/authors/steve-warren. Abstract accepted.

- Ade, Carl J., Ryan M. Broxterman, Steve Warren, Russell D. Taylor, Gary L. Gadbury, and Thomas J. Barstow. "Development of Standardized Exercise Tests for Predicting Planetary Task Performance," *18th IAA Humans in Space Symposium*, International Academy of Astronautics, Westin Galleria Hotel and Conference Center, Houston, TX, April 11–15, 2011. Abstract/presentation.

- Yao, Jianchu and Steve Warren. "Using Portable Electronics Experiment Kits for Electronics Courses in Two Different Engineering Curricula," *2011 NSF CCLI PI Meeting*, Washington, D.C., January 26–28, 2011. Poster presentation.

- Warren, Steve and Jianchu Yao. "Work in Progress: Updates to a Mobile Circuits-and-Signals Learning Kit that Incorporates a USB Data Acquisition Unit," *Frontiers in Education 2010*, Marriott Crystal Gateway, Arlington, VA, October 27–30, 2010, pp. S2H-1–S2H-2. Available at IEEE Xplore: http://ieeexplore.ieee.org. (45% acceptance)

- Yao, Jianchu, Loren Limberis, and Steve Warren. "Work in Progress: A Ubiquitous Laboratory Model to Enhance Hands-On Learning in Electronics Courses Offered by Two Universities with Dissimilar Curricula," *Frontiers in Education 2010*, Marriott Crystal Gateway, Arlington, VA, October 27–30, 2010, pp. F3C-1–F3C-2. Available at IEEE Xplore: http://ieeexplore.ieee.org. (45% acceptance)

- Li, Kejia and Steve Warren. "A High-Performance Wireless Reflectance Pulse Oximeter for Photo-Plethysmogram Acquisition and Analysis in the Classroom," *2010 Annual Conference and Exposition, American Society for Engineering Education*, Louisville, KY, June 20–23, 2010. Available at https://peer.asee.org/authors/steve-warren.

- Warren, Steve and Jianchu Yao. "Portable Cyber-Laboratories for Electrical Engineering Education," *2010 Annual Conference and Exposition, American Society for Engineering Education*, Louisville, KY, June 20–23, 2010. Available at https://peer.asee.org/authors/steve-warren.
- Rebello, N.Sanjay, Elizabeth Gire, Dong-Hai Nguyen, Dean A. Zollman, Andrew G. Bennett, and Steve Warren. "Investigating Students' Transfer of Problem Solving Skills in Physics Across Multiple Representations," *2010 NSF REESE PI Meeting*, Ritz-Carlton, Pentagon City, Washington, D.C., March 11–12, 2010.  Poster presentation.
- Bennett, Andrew G., Todd Moore, Xuan Hien Hguyen, N.Sanjay Rebello, Dean Zollman, and Steve Warren. "Investigating Students' Conceptual Understanding and Transfer in Mathematics," *2010 NSF REESE PI Meeting*, Ritz-Carlton, Pentagon City, Washington, D.C., March 11–12, 2010.  Poster presentation.
- Gruber, Lucinda, Connor Griffith, Ethan Young, Adriann Sullivan, Jeff Schuler, Susan Arnold-Christian, and Steve Warren. "Biomedical Learning Experiences for Middle School Girls Sponsored by the Kansas State University Student Chapter of the IEEE EMBS," *31st Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hilton Minneapolis, MN, USA, September 2-6, 2009, pp. 5846–5849. Available at IEEE Xplore: http://ieeexplore.ieee.org. (75% acceptance)
- Hoskins, Seth, Tim Sobering, Daniel Andresen, and Steve Warren. "Near-Field Wireless Magnetic Link for an Ingestible Cattle Health Monitoring Pill," *31st Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hilton Minneapolis, MN, USA, September 2-6, 2009, pp. 5401–5404. Available at IEEE Xplore: http://ieeexplore.ieee.org. (75% acceptance)
- King, Andrew, Sam Procter, Dan Andresen, John Hatcliff, Steve Warren, William Spees, Raoul Jetley, Paul Jones, and Sandy Weininger. "A Publish-Subscribe Architecture and Component-Based Programming Model for Medical Device Interoperability," *ACM SIGBED Review*, Volume 6, Number 2, July 2009, ISSN 1551-3688.  Special Issue on the *2nd Joint Workshop on High Confidence Medical Devices, Software, and Systems (HCMDSS) and Medical Device Plug-and-Play (MD PnP) Interoperability*, *Cyber-Physical Systems Week*, April 16, 2009, San Francisco, CA. Available at http://dl.acm.org/citation.cfm?id=1859823.
- King, Andrew, Sam Procter, Dan Andresen, John Hatcliff, Steve Warren, William Spees, Raoul Jetley, Paul Jones," and Sandy Weininger. "An Open Test Bed for Medical Device Integration and Coordination," *ACM SIGBED Review*, Volume 6, Number 2, July 2009, ISSN 1551-3688. Special Issue on the *2nd Joint Workshop on High Confidence Medical Devices, Software, and Systems (HCMDSS) and Medical Device Plug-and-Play (MD PnP) Interoperability*, *Cyber-Physical Systems Week*, April 16, 2009, San Francisco, CA. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Smith, Kevin, Daniel Andresen, and Steve Warren. "BIOCOMP'09:  Motion-Based Behavior Assessment for a Wearable Cattle Health Monitoring System," *BIOCOMP'09 - The 2009 International Conference on Bioinformatics & Computational Biology*, Monte Carlo Resort, Las Vegas, Nevada, July 13–16, 2009, pp. 676–682. (27% acceptance)
- King, Andrew, Sam Procter, Dan Andresen, John Hatcliff, Steve Warren, William Spees, Raoul Jetley, Paul Jones, and Sandy Weininger. "Demonstration of a Medical Device Integration and Coordination Framework," *31st International Conference on Software Engineering*, Vancouver, Canada, May 16–24, 2009. Available at IEEE Xplore: http://ieeexplore.ieee.org. (8% acceptance)
- King, Andrew, Sam Procter, Dan Andresen, John Hatcliff, Steve Warren, William Spees, Raoul Jetley, Paul Jones, and Sandy Weininger. "An Open Test Bed for Medical Device Integration and Coordination," *31st International Conference on Software Engineering*, Vancouver, Canada, May 16–24, 2009, ICSE-Companion 2009, pp. 141–151. Available at IEEE Xplore: http://ieeexplore.ieee.org. (16% acceptance)
- Warren, Steve, Nidhi Tare, and Andrew Bennett. "Lessons Learned from the Application of Online Homework Generation Modules in a Signals and Systems Course," *Frontiers in*

*Education 2008*, Saratoga Hotel and Conference Center, Saratoga Springs, NY, Oct. 22–25, 2008, pp. T4B-17 to T4B-22. Available at IEEE Xplore: http://ieeexplore.ieee.org. (48% acceptance)

- Warren, Steve and James DeVault. "A Biosignal Acquisition and Conditioning Board as a Cross–Course Senior Design Project," *Frontiers in Education 2008*, Saratoga Hotel and Conference Center, Saratoga Springs, NY, Oct. 22–25, 2008, pp. S3C-6 to S3C-11. Available at IEEE Xplore: http://ieeexplore.ieee.org. (48% acceptance)

- Warren, Steve, Angel Martinez, Timothy Sobering, and Daniel Andresen. "Electrocardiographic Pill for Cattle Heart Rate Determination," *30th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Vancouver Convention & Exhibition Centre, Vancouver, British Columbia, Canada, August 20-24, 2008, pp. 4852–4855. Available at IEEE Xplore: http://ieeexplore.ieee.org. (75% acceptance)

- Griffith, Connor, Lucinda Gruber, Ethan Young, Jason Humphrey, and Steve Warren. "Service Design Projects Sponsored by the Kansas State University Student Chapter of the IEEE EMBS," *30th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Vancouver Convention & Exhibition Centre, Vancouver, British Columbia, Canada, August 20-24, 2008, pp. 1587–1590. Available at IEEE Xplore: http://ieeexplore.ieee.org. (75% acceptance)

- Krishnan, Rajet, Balasubramanium Natarajan, and Steve Warren. "Motion Artifact Reduction in Photoplethysmography Using Magnitude-Based Frequency Domain Independent Component Analysis," *2008 International Conference on Computer Communications and Networks* (ICCCN), St. Thomas, U.S. Virgin Islands, August 4–7, 2008, pp. 1–5. (26% acceptance)

- Warren, Steve, Daniel Andresen, Daniel Wilson, and Seth Hoskins. "Embedded Design Considerations for a Wearable Cattle Health Monitoring System," *ESA '08, the 2008 International Conference on Embedded Systems and Applications*, Monte Carlo Resort, Las Vegas, NV, July 14–17, 2008. (28% acceptance)

- Daniel Wilson, Seth Hoskins, Timothy Sobering, Tammi Epp, Howard Erickson, Daniel Andresen, and Steve Warren. "Sensor-Based Telemonitoring System for State of Health Determination in Cattle," *International Symposium on Beef Cattle Welfare*, Kansas State University, May 28–30, 2008.

- Krishnan, Rajet, Balasubramanium Natarajan, and Steve Warren. "Analysis and Detection of Motion Artifact in Photoplethysmographic Data Using Higher Order Statistics," *2008 IEEE International Conference on Acoustics, Speech, and Signal Processing*, Las Vegas, NV, March 30 – April 4, 2008, pp. 613–616. Available at IEEE Xplore: http://ieeexplore.ieee.org. (49% acceptance)

- Hatcliff, John, Gurdip Singh, Daniel Andresen, and Steve Warren. "Observations and directions for high-confidence sensor networks in the real world," *Composable and Systems Technology for High Confidence Cyber-Physical Systems Workshop*, Institute for Software Integrated Systems, Vanderbilt University, July 9–10, 2007, Alexandria, Virginia.

- Martinez, Angel and Steve Warren. "RASCL: A Portable Circuit Prototyping Laboratory," *2007 Annual Conference and Exposition, American Society for Engineering Education*, Honolulu, Hawaii, June 24–27, 2007. Available at https://peer.asee.org/authors/steve-warren.

- Thompson, David and Steve Warren. "A Small, High-Fidelity Reflectance Pulse Oximeter," *2007 Annual Conference and Exposition, American Society for Engineering Education*, Honolulu, Hawaii, June 24–27, 2007. Available at https://peer.asee.org/authors/steve-warren.

- Bennett, Andrew and Steve Warren. "Data Mining an Online Homework System," *2007 Annual Conference and Exposition, American Society for Engineering Education*, Honolulu, Hawaii, June 24–27, 2007. Available at https://peer.asee.org/authors/steve-warren.

- Bennett, Andrew and Steve Warren. "What Really Happens When Students Work Online?," Accepted for publication and presentation at the *2007 Annual Conference and Exposition, American Society for Engineering Education*, Honolulu, Hawaii, June 24–27, 2007. Available at https://peer.asee.org/authors/steve-warren.

15

- Thompson, David, Austin Wareing, Dwight Day, and Steve Warren. "Pulse Oximeter Improvement with an ADC-DAC Feedback Loop and a Radial Reflectance Sensor," *28th Annual Conference of the IEEE EMBS*, Marriot at Times Square, New York City, New York, August 30 – September 3, 2006, pp. 815–818. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Martinez, Angel, Scott Schoenig, Daniel Andresen, and Steve Warren. "Ingestible Pill for Heart Rate and Core Temperature Measurement in Cattle," *28th Annual Conference of the IEEE EMBS*, Marriot at Times Square, New York City, New York, August 30 – September 3, 2006, pp. 3190–3193. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Smith, Kevin, Angel Martinez, Roland Craddolph, Howard Erickson, Daniel Andresen, and Steve Warren. "An Integrated Cattle Health Monitoring System," *28th Annual Conference of the IEEE EMBS*, Marriot at Times Square, New York City, New York, August 30 – September 3, 2006, pp. 4659–4662. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Celebi, Leyla, Lara Pickel, Mary Sprouse, Stephen A. Dyer, and Steve Warren. "Experiences and Lessons Learned from the Formation of a New IEEE EMBS Student Chapter," *28th Annual Conference of the IEEE EMBS*, Marriot at Times Square, New York City, New York, August 30 – September 3, 2006, pp. 5651–5654. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Warren, Steve, Jeffrey Lebak, and Jianchu Yao. "Lessons Learned from Applying Interoperability and Information Exchange Standards to a Wearable Point-of-Care System," *Improving Health Care Accessibility Through Point of Care Technologies*, Workshop Sponsored by the National Institute of Biomedical Imaging and Bioengineering, National Heart, Lung, and Blood Institute, and the National Science Foundation, April 11–12, 2006, Hilton Crystal City, Arlington, VA. (Invited)
- Warren, Steve, Jeffrey Lebak, and Jianchu Yao. "Lessons Learned from Applying Interoperability and Information Exchange Standards to a Wearable Point-of-Care System," *Transdisciplinary Conference on Distributed Diagnosis and Home Healthcare (D2H2)*, April 2–4, 2006, Marriott Crystal Gateway, Arlington, VA, pp. 101–104. Available at IEEE Xplore: http://ieeexplore.ieee.org. Poster award.
- Yao, Jianchu, Scott Simmons, and Steve Warren. "Ease of Use Considerations for Wearable Point-of-Care Devices in Home Environments," *Transdisciplinary Conference on Distributed Diagnosis and Home Healthcare (D2H2)*, April 2–4, 2006, Marriott Crystal Gateway, Arlington, VA, pp. 8–11. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Warren, Steve and Emil Jovanov. "The Need for Rules of Engagement Applied to Wireless Body Area Networks," *IEEE Consumer Communications and Networking Conference*, Harrah's Las Vegas Hotel & Casino, Las Vegas, NV, January 8–10, 2006, pp. 979–983. (Invited paper/presentation.) Available at IEEE Xplore: http://ieeexplore.ieee.org. (16% acceptance)
- Warren, Steve, Jeffrey Lebak, Jianchu Yao, Jonathan Creekmore, Aleksandar Milenkovic, and Emil Jovanov. "Interoperability and Security in Wireless Body Area Network Infrastructures," *27th Annual Conference of the IEEE EMBS*, Shanghai International Convention Center, Shanghai, China, September 1–4, 2005, pp. 3837–3840. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Yao, Jianchu and Steve Warren. "A Short Study to Assess the Potential of Independent Component Analysis for Motion Artifact Separation in Wearable Pulse Oximeter Signals," *27th Annual Conference of the IEEE EMBS*, Shanghai International Convention Center, Shanghai, China, September 1–4, 2005, pp. 3585–3588. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Jovanov, E., A. Milenkovic, C. Otto, P. De Groen, B. Johnson, S. Warren, and G. Taibi. "A WBAN System for Ambulatory Monitoring of Physical Activity and Health Status: Applications and Challenges," *27th Annual Conference of the IEEE EMBS*, Shanghai International Convention Center, Shanghai, China, September 1–4, 2005, pp. 3810–3813. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Warren, Steve. "Optimizing Student Learning and Retention of Time- and Frequency-Domain Concepts Through Numerical Computation Projects," *2005 Annual Conference and Exposition,*

*American Society for Engineering Education*, Portland, OR, June 12–15, 2005. Available at https://peer.asee.org/authors/steve-warren.

- Yao, Jianchu, and Steve Warren. "Stimulating Student Learning with a Novel 'In House' Pulse Oximeter Design," *2005 Annual Conference and Exposition, American Society for Engineering Education*, Portland, OR, June 12–15, 2005. Available at https://peer.asee.org/authors/steve-warren.
- Yang, Yong, Andrew Bennett, and Steve Warren. "An Online Homework Generation and Assessment Tool for Linear Systems," *2005 Annual Conference and Exposition, American Society for Engineering Education*, Portland, OR, June 12–15, 2005. Available at https://peer.asee.org/authors/steve-warren.
- Warren, Steve, Jianchu Yao, and Jeff Lebak. "Applying Emerging Interoperability Standards to Wearable Point-of-Care Systems," *10th Annual Meeting of the American Telemedicine Association*, Colorado Convention Center, Denver, CO, April 17–20, 2005. Abstract published in *Telemedicine and e-Health*, Vol. 11, No. 2, April 2005, p. 193.
- Warren, Steve, Luke Nagl, Scott Schoenig, Balakumar Krishnamurthi, Tammi Epp, Howard Erickson, David Poole, Mark Spire, and Daniel Andresen. "Veterinary Telemedicine: Wearable and Wireless Systems for Cattle Health Assessment," *10th Annual Meeting of the American Telemedicine Association*, Colorado Convention Center, Denver, CO, April 17–20, 2005. Poster presentation. Abstract published in *Telemedicine and e-Health*, Vol. 11, No. 2, April 2005, pp. 264-265.
- Lebak, Jeffrey, Jianchu Yao, and Steve Warren. "HL7-Compliant Healthcare Information System," *10th Annual Meeting of the American Telemedicine Association*, Colorado Convention Center, Denver, CO, April 17–20, 2005. Poster presentation. Abstract published in *Telemedicine and e-Health*, Vol. 11, No. 2, April 2005, p. 252.
- Martin, Matthew and Steve Warren, "Multiple Geometry Representations in Monte Carlo Radiation Transport," *Transactions of the American Nuclear Society*, 2004, Vol. 91, pp. 183–184. *ANS Winter Meeting*, November 14–18, 2004, Omni Shoreham Hotel, Washington, D.C.
- Martin, Matthew, Jim Fowler, and Steve Warren, "Tracking on Facetted Geometry Representations in the Integrated TIGER Series Monte Carlo Radiation Transport Code," Proceedings of the *2004 Nuclear Explosives Code Development Conference*, October 4–8, 2004, Lawrence Livermore National Laboratory. Also available from Sandia National Laboratories as SAND2004-6228C.
- Warren, Steve, Jianchu Yao, Ryan Schmitz, and Jeff Lebak. "Reconfigurable Point-of-Care Systems Designed with Interoperability Standards," *26th Annual Conference of the IEEE EMBS*, Westin St. Francis Hotel, San Francisco, CA,  September 1–5, 2004, pp. 3270–3273. Available at IEEE Xplore: http://ieeexplore.ieee.org. (Invited)
- Yao, Jianchu and Steve Warren. "A Novel Algorithm to Separate Motion Artifacts from Photoplethysmographic Signals Obtained with a Reflectance Pulse Oximeter," *26th Annual Conference of the IEEE EMBS*, Westin St. Francis Hotel, San Francisco, CA,  September 1–5, 2004, pp. 2153–2156. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Nagl, Luke, Balakumar Krishnamurthi, Scott Schoenig, Dan Andresen, and Steve Warren. "Experiences Using WinCE PocketPCs as Computation and Data Acquisition Platforms for Ambulatory Telemonitoring ," *26th Annual Conference of the IEEE EMBS*, Westin St. Francis Hotel, San Francisco, CA,  September 1–5, 2004, pp. 3373–3376.  Available at IEEE Xplore: http://ieeexplore.ieee.org. Winner of a Whitaker Foundation student travel award.
- Lebak, Jeff, Jianchu Yao, and Steve Warren. "HL7-Compliant Healthcare Information System for Home Monitoring," *26th Annual Conference of the IEEE EMBS*, Westin St. Francis Hotel, San Francisco, CA,  September 1–5, 2004, pp. 3338–3341. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Schoenig, Scott, Tammi Hildreth, Luke Nagl, Howard Erickson, Mark Spire, Dan Andresen, and Steve Warren, "Ambulatory Instrumentation Suitable for Long-Term Monitoring of Cattle Health," *26th Annual Conference of the IEEE EMBS*, Westin St. Francis Hotel, San Francisco, CA,  September 1–5, 2004, pp. 2379–2382. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Warren, Steve, Daniel Andresen, Luke Nagl, Scott Schoenig, Balakumar Krishnamurthi, Howard Erickson, Tammi Hildreth, David Poole, and Mark Spire. "Wearable and Wireless: Distributed, Sensor-Based Telemonitoring Systems for State of Health Determination in Cattle," *9th Annual Talbot Informatics Symposium*, July 25, 2004, *AVMA Annual Convention*, Philadelphia Convention Center, Philadelphia, PA, July 23-27, 2004, CD-ROM:  http://www.avma.org.
- Warren, Steve, Jianchu Yao, Ryan Schmitz, and Luke Nagl. "Wearable Telemonitoring Systems Designed with Interoperability in Mind," *25th Annual Conference of the IEEE EMBS*, Fiesta Americana Grand Coral Beach Hotel, Cancun, Quintana Roo, Mexico,  September 17–21, 2003, pp. 3736–3739. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Warren, Steve, Luke Nagl, Ryan Schmitz, Jianchu Yao, Tammi Hildreth, Howard Erickson, David Poole, and Daniel Andresen. "A Distributed Infrastructure for Veterinary Telemedicine," *25th Annual Conference of the IEEE EMBS*, Fiesta Americana Grand Coral Beach Hotel, Cancun, Quintana Roo, Mexico,  September 17–21, 2003, pp. 1394–1397. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Yao, Jianchu, Ryan Schmitz, and Steve Warren. "A Wearable Standards-Based Point-of-Care System for Home Use," *25th Annual Conference of the IEEE EMBS*, Fiesta Americana Grand Coral Beach Hotel, Cancun, Quintana Roo, Mexico,  September 17–21, 2003, pp. 3732–3735. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Nagl, Luke, Ryan Schmitz, Steve Warren, Tammi Hildreth, Howard Erickson, and Daniel Andresen. "Wearable Sensor System for Wireless State-of-Health Determination in Cattle," *25th Annual Conference of the IEEE EMBS*, Fiesta Americana Grand Coral Beach Hotel, Cancun, Quintana Roo, Mexico,  September 17–21, 2003, pp. 3012–3015. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Lebak, Jeffrey W., Jianchu Yao, and Steve Warren. "Implementation of a Standards-Based Pulse Oximeter on a Wearable, Embedded Platform," *25th Annual Conference of the IEEE EMBS*, Fiesta Americana Grand Coral Beach Hotel, Cancun, Quintana Roo, Mexico,  September 17–21, 2003, pp. 3196–3198. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Warren, Steve, Jianchu Yao, and G. Edward Barnes. "Wearable Sensors and Component-Based Design for Home Health Care," *Second Joint Meeting of BMES and EMBS*, Houston, TX, October 23-26, 2002, pp. 1871–1872. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Yao, Jianchu and Steve Warren. "Design of a Plug–and–Play Pulse Oximeter," *Second Joint Meeting of BMES and EMBS*, Houston, TX, October 23-26, 2002, pp. 1752–1753. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Barnes, G. Edward and Steve Warren. "A Wearable, Bluetooth-Enabled System for Home Health Care," *Second Joint Meeting of BMES and EMBS*, Houston, TX, October 23-26, 2002, pp. 1879–1880. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Franke, Brian C., Ronald P. Kensek, Heather K. Schriner, Leonard J. Lorence, Fred Gelbard, and Steve Warren. "Adjoint Charge Deposition and CAD Transport in ITS," *Proceedings of the ANS International Meeting on Mathematical Methods for Nuclear Applications*, Salt Lake City, Utah, September 9-13, 2001.  Available from Sandia National Laboratories as SAND2001–0927C and SAND2001–3694P.
- Kensek, Ronald P., Brian C. Franke, Fred Gelbard, Leonard Lorence, and Steve Warren. "ASCI Monte Carlo Radiation Transport Developments for Simulation of Hostile Environments," *2001 HEART Conference*, March 5-9, 2001, San Antonio, TX.  Available from Sandia National Laboratories as SAND2000-2216A.
- Miller, Ruth D., Steve Warren, and Daniel C. Marcus. "A Multidisciplinary Course in Biomedical Instrumentation," *36th ASEE Midwest Section Conference*, Kansas State University, March 7-9, 2001.
- Warren, Steve and Richard L. Craft. "Designing Smart Health Care Technology into the Home of the Future," *First Joint Meeting of BMES and EMBS*, Atlanta, GA, October 13-16, 1999, p. 677. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Warren, Steve, Richard L. Craft, Raymond C. Parks, Linda K. Gallagher, Rudy J. Garcia, and Donald K. Funkhouser. "A Proposed Information Architecture for Telehealth System Interoperability," Poster presentation, *First Joint Meeting of BMES and EMBS*, Atlanta, GA, October 13-16, 1999, p. 702. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Warren, Steve, Richard L. Craft, Raymond C. Parks, Linda K. Gallagher, Rudy J. Garcia, and Donald R. Funkhouser. "A Proposed Information Architecture for TeleHealth System Interoperability," *Toward An Electronic Patient Record '99 (TEPR '99)*, Orange County Convention Center, Orlando, FL, May 1-6, 1999, Session W9, Wed. May 5, pp. 187-194. Proceedings are available on CD-ROM through the Medical Records Institute, http://www.medrecinst.com.
- Craft, Richard L., Steve Warren, Raymond C. Parks, Linda K. Gallagher, Rudy J. Garcia, and Donald R. Funkhouser. "High-Surety Telemedicine in a Distributed, 'Plug-and-Play' Environment," *Toward An Electronic Patient Record '99 (TEPR '99)*, Orange County Convention Center, Orlando, FL, May 1-6, 1999, Session W9, Wed. May 5, pp. 176-186. Proceedings are available on CD-ROM through the Medical Records Institute, http://www.medrecinst.com.
- Warren, Steve, Richard L. Craft, and John T. Bosma. "Designing Smart Health Care Technology into the Home of the Future," *Workshops on Future Medical Devices: Home Care Technologies for the 21st Century*, Washington, D.C., April 7-9, 1999, co-sponsored by the National Science Foundation, Catholic University of America, and the U.S. Food and Drug Administration. Available at http://www.hctr.be.cua.edu/HCTWorkshop.
- Carpenter, Kenneth H. and Steve Warren. "Modeling the Response of Ferrites to Fast Pulse Excitations" (invited), *14th Annual Conference on the Properties and Applications of Magnetic Materials*, Illinois Institute of Technology, Chicago, IL, May 15, 1995.
- Warren, Steve, Susan Chudnow, Alfred L. Johnston, Michael J. Davis, and Rebecca R. Richards-Kortum. "Fluorescence Spectroscopy and Intravascular Ultrasound for Imaging Coronary Artery Disease In Vitro," *31st Annual Rocky Mountain Bioengineering Symposium*, Kansas State University, Manhattan, KS, April 22-23, 1994.
- Warren, Steve, Karl Pope, Youseph Yazdi, Alfred L. Johnston, Michael J. Davis, and Rebecca R. Richards-Kortum. *30th Annual Rocky Mountain Bioengineering Symposium*, Holiday Inn, Market Square, San Antonio, TX, April 2-3, 1993. "Monte Carlo Fluorescence Verification of Experimental Results for the Combined Ultrasonic and Spectroscopic Imaging of Coronary Artery Disease," in *Biomedical Sciences Instrumentation*, Instrument Society of America, John Enderle, Ed., ©1993.
- Pope, Karl, Steve Warren, Youseph Yazdi, Alfred L. Johnston, Michael J. Davis, and Rebecca R. Richards-Kortum. "Dual Imaging of Arterial Walls: Intravascular Ultrasound and Fluorescence Spectroscopy," *SPIE: Biomedical Optics '93*, Los Angeles, CA, Jan. 1993. *Proceedings: Biomedical Optics '93: Diagnostic and Therapeutic Cardiovascular Interventions III*, SPIE 1878-06.
- Warren, Steve, Karl Pope, Youseph Yazdi, Alfred L. Johnston, Michael J. Davis, and Rebecca R. Richards-Kortum. "Combined Intravascular Ultrasound and Fluorescence for the Real-Time Diagnosis of Atherosclerosis," *International Conference on Lasers '92*, Wyndham Greenspoint Hotel, Houston, TX, December 7-10, 1992. *Proceedings: International Conference on Lasers '92*.
- Carpenter, Kenneth H., Steve Warren, and Ronald S. Lee. "An Empirical Study of Magnetization in Ferrites Excited by Fast Rise Time Pulses," Joint XUSC/LFSC Meeting, Los Alamos National Laboratory, October 31 – November 2, 1989.

## OTHER PUBLICATIONS AND CO-AUTHORED "THIRD-PARTY" PUBLICATIONS

- Hopper, Ben. "K-State's new Program Aims to Prepare Engineers to Solve Technology Challenges Faced by the Medical Community," *K-Stater*, Winter 2019, pp. 26–29.

19

- Tidball, Jennifer. "Connecting Night and Day," *Seek*, Research Magazine for Kansas State University, Fall 2019, pp. 34-35.
- "Busy Year for EMBS Student Chapter," *ECE Uplink*, Summer 2018, p. 17.
- "Biomedical Engineering. New Degree Program Offered," *Impact*, KSU College of Engineering, Fall 2017, pp. 8–9.
- "College of Engineering adds bachelor's degree in biomedical engineering," Noteworthy @engg, Kansas State College of Engineering, August 10, 2017.
- Rankin, Mary. "State's largest engineering college adds bachelor's degree in biomedical engineering," K-State Today, June 30, 2017.
- "ASEE Midwest Section Conference Comes to Manhattan, KS," KSU Global Campus, Monthly Report to the President's Office, October 7, 2016.
- "A Good Night's Sleep: Engineers Develop Technology for Special Needs Children," ECE Uplink, Kansas State University, Department of Electrical & Computer Engineering, Summer 2016, pp. 2-3.
- "Researchers Develop 3D Printed Diagnostic Device that can Rapidly Detect Anemia," Noteworthy @engg, May 10, 2016. Based on the Press Release by Kansas State University, News and Communication Services, February 25, 2016.
- "A Good Night's Sleep: Engineers Develop Technology for Special Needs Children," Noteworthy @engg, May 10, 2016. Based on the Press Release by Jennifer Tidball, Kansas State University, News and Communication Services, February 24, 2016, http://www.k-state.edu/media/newsreleases/feb16/heartspring22416.html.
- Pond, Amy and Tana Akers. "Sensoring Our Sleep," *NSF Science 360 News*, March 4, 2016, http://news.science360.gov/archives/20160304/.
- Hancock, Sarah. "National Science Foundation to feature K-State student work in daily newsletter," *K-State Today*, February 14, 2016.
- Pond, Amy and Tana Akers. "Sensing Our Sleep," MC 471 – Audio & Video Production, Fall 2015, https://www.youtube.com/watch?v=U3w8SpybixA&feature=youtu.be, posted March 28, 2016. NSF GARDE summary video.
- Navarro, Alyssa. "3D-Printed Diagnostic Device Can Detect Anemia In Less Than 60 Seconds," *Tech Times*, February 29, 2016, http://www.techtimes.com/articles/137206/20160229/3d-printed-diagnostic-device-can-detect-anemia-in-less-than-60-seconds.htm..
- "KSU Wins Grant to Study Sleep of Children with Disabilities," *The Mercury*, Manhattan, KS, February 28, 2016, http://themercury.com/articles/ksu-wins-grant-to-study-sleep-of-children-with-disabilities#sthash.IFfygjcf.dpuf.
- "Researchers develop 3-D printed diagnostic device that can rapidly detect anemia," *Science Daily*, February 26, 2016, https://www.sciencedaily.com/releases/2016/02/160226081534.htm.
- "3D Printed Diagnostic Device Rapidly Detects Anemia," *Medical Design Technology*, February 26, 2016, https://www.mdtmag.com/news/2016/02/3d-printed-diagnostic-device-rapidly-detects-anemia.
- Tammen, Greg. "Researchers Develop 3-D Printed Diagnostic Device that can Rapidly Detect Anemia," Press Release, Kansas State University, News and Communication Services, February 25, 2016, http://olathe.k-state.edu/news/2016/feb16/anemia22516.html.
- Tidball, Jennifer. "A Good Night's Sleep: Engineers Develop Technology for Special Needs Children," Press Release, Kansas State University, News and Communication Services, February 24, 2016, http://www.k-state.edu/media/newsreleases/feb16/heartspring22416.html.
- "Check It Out: High-tech mattress monitors at-risk kids," Fox News, October 23, 2015. Based on an interview/filming session at Heartspring in Wichita, KS on July 15, 2015. URL: http://video.foxnews.com/v/4575311900001/check-it-out-high-tech-mattress-monitors-at-risk-kids/?intcmp=hphz05#sp=show-clips.
- "Engineering Course Aids Developmentally Disabled," Noteworthy@engg, Kansas State University College of Engineering, Feb. 2015. Reference to: Tidball, Jennifer. "University

20

Engineers Design Systems to Help Children with Special Needs," Kansas State University Press Release, June 9, 2014, http://k-state.edu/media/newsreleases/jun14/heartspring6914.html.

- Yandell, Kate.  "Wearable Sensors Aim to Capture Autism in Action," SFARI – Simons Foundation Autism Research Initiative, Jan. 31, 2015, http://sfari.org/news-and-opinion/blog/2015/wearable-sensors-aim-to-capture-autism-in-action.
- Fait, Brandon. "K-State Partners with NASA to Design Next-Generation Spacesuit," The Collegian, Kansas State University, October 21, 2014, pp. 1& 5, http://www.kstatecollegian.com.
- "Kansas State University | Powerful Ideas," Sept. 2, 2014, http://youtu.be/GGOy8kK3px8.
- Ryan, Kelsey.  "Research Mattress May Sense Autism Seizures," *Bloomberg Businessweek*, *McClatchy Tribune*, 6/22/2014, http://investing.businessweek.com/research/markets/news/article.asp?docKey=600-201406220302KRTRIB__BUSNEWS_52403_34338-1.
- Ryan, Kelsey.  "Research Mattress May Sense Seizures, Physiological Data in Kids," *The Wichita Eagle*, 6/21/2014, http://www.kansas.com/2014/06/22/3520303/research-mattress-may-sense-autism.html.
- Deines, Angela Goering.  "Safety First." K-Stater, Summer 2014, pp. 26–27.
- Tidball, Jennifer.  "A Research Odyssey:  How Researchers Plan to Keep Astronauts Healthy in Outer Space," K-State Perspectives, Summer 2014, pp.10-11.
- Tidball, Jennifer.  "For the Sake of the Kids: Faculty Meet in the Middle to Help Children with Disabilities," K-State Perspectives, Summer 2014, pp.14-15.
- KSU College of Engineering Postcard. "Special Designs for Special Needs. Engineering Course Aids Developmentally Disabled." August 2014.
- Tidball, Jennifer.  "University Engineers Design Systems to Help Children with Special Needs," Kansas State University Press Release, June 9, 2014, http://k-state.edu/media/newsreleases/jun14/heartspring6914.html.
- Tidball, Jennifer.  "Developing Technology with a Heart," Kansas State University, Electrical and Computer Engineering, 2014 Annual Research Report, p. 5.
- "Tough Astronaut," The K-State Up-Link, Electrical and Computer Engineering, Spring 2014, https://enewsletters.k-state.edu/ece/.
- Discovery Channel Canada, Daily Planet, January 21, 2014, http://watch.discoverychannel.ca/#clip1064995.  NASA Crew Performance and NASA EPSCoR project overviews.
- NASA Research, KQTV (ABC) Coverage, NASA EPSCoR Project, 11/29/2013, http://mms.tveyes.com/NetReport.aspx?ReportHash=ac4a37925687d3fda7ea4f4f33eba773 , KQTV_11-29-2013_18.13.24.mp4
- NASA Research, KTKA (ABC) Coverage, NASA EPSCoR Project, 11/29/2013, http://mms.tveyes.com/NetReport.aspx?ReportHash=ac4a37925687d3fda7ea4f4f33eba773 , KTKA_11-29-2013_18.47.23.mp4
- "Space by 2017," KSNT (NBC) Coverage, NASA EPSCoR Project, 11/29/2013, http://mms.tveyes.com/NetReport.aspx?ReportHash=ac4a37925687d3fda7ea4f4f33eba773 , KSNT_11-29-2013_17.08.15.mp4
- "K-State engineers heading for space," *The Mercury*, Manhattan, KS, November 28, 2013, http://themercury.com/articles/k-state-engineers-heading-for-space.
- Elliott, Lindsay.  "Suit up: Engineers Design Spacesuit Tools, Biomedical Sensors to Keep Astronauts Healthy," KSU News Release and Video for the NASA EPSCoR Project, K-State Video News Service, Pathfire # 131125,  November 25, 2013.
- "Engineering for a Greater Good," *Scholars' Scope*, KSU Developing Scholars Program, Spring 2013, https://www.k-state.edu/scholars/documents/publications/spring%2013.pdf.
- "The 2012 CSAE Conference Sponsored by HUHST Was Held at Zhangjiajie," June 10, 2012, http://www.sassinfo.org/message/c/5462.html.

- "Building a Better Platform. Medical Device Platform Improves Patient Safety, Care," *Perspectives*, Spring 2013,  http://k-state.edu/perspectives.
- Hunan University of Humanities, Science and Technology. "The 2012 CSAE Conference Sponsored by HUHST Was Held at Zhangjiajie," June 8, 2012,  http://hnrkuzs.university-hr.cn/showarticle_zs.php?actiontype=12&id=14.
- Zhangjiajie Travel Company. "The 2012 CSAE Was Held at Zhangjiajie," http://www.zhang-jia-jie.com/news/20126111537000912.html.
- "Open Source Medical Devices:  When Code Can Kill or Cure," *The Economist*, June 2, 2012.
- "Vice President Tianmin Guan Met with Representatives from Kansas State University and East Carolina University," May 24, 2012, http://news.djtu.edu.cn/detail/d7c6cb7b263998c3a580e43106160ba9.
- "Seminars by Professors Jianchu Yao and Steve Warren," May 22, 2012, http://itr.buaa.edu.cn/news_xiang.asp?class_id=1&news_id=390.
- Trafimovich, Anton.  "NASA Utilizes K-State Students, Faculty for Research Projects," *Kansas State Collegian*, Wednesday, May 2, 2012, page 6.
- "One Year into NASA Project, K-State Space Fitness Research Leads to New Findings," *Ad Astra Kansas News*, Vol. 10, No. 2, Fall 2011, page 3.
- "Kansas State University is a Top Pick for the World's Brightest Students," Kansas State University, Graduate Studies, October, 2011.  KSU promotional material.
- Gurdip Singh, Steve Warren, Bala Natarajan, Virg Wallentine, John Hatcliff, Devon Krenzel, and Karthik Raghavan, "Falls Predictor Device:  Architecture Report," Kansas State University, Phase I report to Cerner Corporation, August 31, 2011.
- K-State Graduate Student Council.  Notable Scholarly Graduate Student Achievements, Col. 2, Issue 1, March 2011.  Recognition of Significant Contributions to Knowledge Base, Kejia Li's $10,000 CIMIT award.
- "Kansas State University Student Creates Ultra-Portable Vitals Monitor," March 7, 2011, http://www.medgadget.com/archives/2011/03/kansas_state_university_student_creates_ultra-portable_vitals_monitor.html.
- Marin, Robert. "K-State Student Develops Gum-Sized Medical Device," KWCH 12 Eyewitness News, March 3, 2011.
- Elliott, Lindsey.  "K-State student in contest to win $150,000," KTKA Channel 49 ABC News, March 1, 2011,  http://www.ktka.com/videos/2011/mar/01/33288/.
- Bohn, Beth.  "Doctoral Student's Proposal Could Improve Health Care and Win $150,000," KSU Press Release, Kejia Li Award, Center for Integration of Medicine and Innovative Technology (CIMIT), Student Prize for Technology in Primary Healthcare, 2/22/2011, http://medhealth.tmcnet.com/news/2011/02/22/5329361.htm .
- Bohn, Beth.  "Doctoral Student's Proposal Could Improve Health Care and Win $150,000," KSU Press Release, Kejia Li Award, Center for Integration of Medicine and Innovative Technology (CIMIT), Student Prize for Technology in Primary Healthcare, 2/22/2011, http://www.k-state.edu/media/newsreleases/feb11/cimit22211.html.  Mirrored at MedHealthWorld: http://medhealth.tmcnet.com/news/2011/02/22/5329361.htm; TMCnet: http://headsets.tmcnet.com/news/2011/02/22/5329361.htm; 4G Wireless Evolution:  http://4g-wirelessevolution.tmcnet.com/news/2011/02/22/5329361.htm; and Targeted News Service: http://targetednews.com/pr_disp.php?pr_id=3252100.
- Diederich, Sam.  "The Road to Space Goes Through Manhattan, Thanks to NASA Grant," KSU Collegian, Vol. 116, No. 10, September 3, 2010.
- Torline, Jennifer.  "Researchers Explore Physiological Effects of Space Travel with NASA Grant," KSU Press Release, August 23, 2010.
- Warren, Steve.  "Health Monitoring," Electrical and Computer Engineering Annual Report 2008, August 2009, pp. 4–6.

- Linte, Christian. (Warren, Steve, Connor Griffith, Lucinda Gruber, Jason Humphrey, and Ethan Young.) "Student's Corner:  The Nuts and Bolts of EMBS Student Chapters," *IEEE Engineering in Medicine and Biology Magazine*, Vol. 28, No. 2, March/April 2009, pp. 8–10.
- Hatcliff, John and Steve Warren.  "New Paradigms for Verification and Certification of Systems of Cooperating Medical Devices." Position paper in response to a request for input to inform the Five-Year Strategic Plan for the Federal Networking and Information Technology Research & Development Program, http://www.nitrd.gov.
- Hatcliff, John and Steve Warren.  "SAnToS and KSU College of Engineering Researchers Receive an NSF/FDA Grant to Verify a Plug-and-Play Medical Device Framework," KSU Press Release, January 2008, http://people.cis.ksu.edu/~hatcliff/cms/?q=node/19.
- Scoglio, Caterina and Todd Easton.  "K–State Researchers Developing Mathematical Models Predicting Spread of Epidemics to Reveal Faster, Less-Disruptive Ways to Mitigate Disease," KSU Press Release, December 10, 2007.
- Barcomb Peterson, Erinn with Mary Rankin.  "Staying Healthy, Staying Home," *Impact*, Kansas State University College of Engineering, Fall 2006, pp. 2–3.
- *Gerontology Update*, August 2006, K-State Center on Aging, http://www.ksu.edu/gerontology. Feature on my research work and my new status as an Associate Professor of Gerontology.
- Newberry, Jennifer.  "K-State professors working on sensor-based system to monitor livestock herds," K-State Perspectives, Summer 2006, http://www.mediarelations.k-state.edu/WEB/News/Webzine/Safetyandsecurity/livestockmonitor.html.
- Warren, Steve, Howard Erickson, and Daniel Andresen.  "Researchers Investigate Sensor-Based System," 7/3/06 Meatnews.com, 7/5/06 TMC.net, 7/7/06 Kansas City Star http://www.mediarelations.k-state.edu/WEB/News/Webzine/safetyandsecurity/livestockmonitor.html.
- Newberry, Jennifer.  "K-State Monitoring Herds with Sensors," *Farm Talk*, July 19, 2006, p. 84.
- "$5 Million Committed to KSU 'Excellence'," The *Manhattan Mercury*, May 17, 2006, pp. A3, A8.
- Hohenbary, Jim and Cheryl May.  "Four K–State Students Win Fulbright Scholarships To Study Abroad," KSU Press Release, May 16, 2006.
- Fliter, Leah.  "Engineering Assistance for the Infirm," The *Manhattan Mercury*, March 20, 2006.
- Monzon, Jorge. "New to the Society News," *IEEE Engineering in Medicine and Biology Magazine*, March/April 2006, pp. 10–11.
- Warren, Steve.  "Wearable Health Monitors," EECE Summer 2005 newsletter.
- Fleming, Nic, "The Cattle Monitor that Could Save Sick Herds," *The Daily Telegraph*, March 23, 2004, http://www.telegraph.co.uk/health/main.jhtml?xml=%2Fhealth%2F2004%2F03%2F23%2Fwbse22.xml&secureRefresh=true&_requestid=11164.
- Fleming, Nic, "The Cattle Monitor that Could Save Sick Herds," *The Daily Telegraph,* March 22, 2004, http://www.telegraph.co.uk/news/main.jhtml?xml=%2Fnews%2F2004%2F03%2F22%2Fwbse22.xml.
- Bauer, Amy.  "K-State Researchers Tracking Herd Health," *The Topeka Capital–Journal*, Sunday, December 7, 2003, http://www.cjonline.com/stories/120703/bus_moo.shtml.
- "How Now, Mad Cow?" *MachineDesign*, November 4, 2003, http://www.machinedesign.com/asp/viewSelectedArticle.asp?strArticleId=56398&strSite=MDSite.
- "Kansas Scientists Receive NSF Grant," *Veterinary Practice News*, November 2003, p. 21.
- "Tracking Livestock on the Horizon, Experts Say," *DVM Newsmagazine*, November 1, 2003, http://www.dvmnewsmagazine.com/dvm/article/articleDetail.jsp?id=76332.
- Manning, Carl.  "Disease Diagnosis: K-State Researchers Aim to Help Prevent Bioterrorism Terror," *Great Plains*, October 14, 2003, page A03.

- Manning, Carl.  "KSU Researchers Working on System for Early Disease Detection in Cattle," *Abilene Reflector-Chronicle*, Saturday, October 11, 2003, page 3, http://www.abilene-rc.com.
- "Devices Diagnose Disease in Cattle," *Lawrence Journal World*, October 13, 2003.
- Raloff, Janet.  "Calling All Cows," *Science News Online*, Vol. 164, No. 14, October 4, 2003, http://www.sciencenews.org/articles/20031004/food.asp.
- Saleh, Livi.  "Food Safety on the Hoof:  KSU to Test Prototype of Cattle Health Monitoring Device," *Manhattan Mercury*, Tuesday, September 29, 2003, pp. A1,A8.
- "Livestock Health Sensors and Wireless Data Storage in the Works," *EurekAlert*, September 25, 2003, http://www.eurekalert.org, http://www.fass.org/fasstrack/news_item.asp?news_id=1544.
- "Livestock Health Sensors and Wireless Data Storage in the Works," *ScienceDaily*, September 24, 2003, http://www.sciencedaily.com/releases/2003/09/030924054754.htm.
- "'Whole of Life' Unit Tracking for Cows and Other Livestock," *SpaceDaily*, September 24, 2003, http://www.spacedaily.com/news/internet-03ze.html.
- Garrett, Kay.  "Large NSF grant to K-State scientists for veterinary telemedicine project: Livestock Health Sensors and Wireless Data Storage in the Works," KSU Press Release, September 24, 2003, http://www.mediarelations.ksu.edu/WEB/News/NewsReleases/telemedicine92403.html.
- Verswyveld, Leslie.  "Kansas State Scientists Use Livestock Health Sensors and Wireless Data Storage in Veterinary Telemedicine Project," *Virtual Medical Worlds Monthly*, September 23, 2003, http://www.hoise.com/vmw/03/articles/vmw/LV-VM-10-03-31.html.
- Merritt, Rick.  "Rx:  Up Close and Personal," *EE Times*, Monday, September 22, 2003, pp. 1,82, http://www.eet.com/issue/fp/OEG20030922S0013.
- Knupp, Daniel.  "NSF Grant Awarded for Infrastructure Development in Veterinary Medicine," *Jar of Stars*, College of Veterinary Medicine, Vol. 3, No. 9, September 2003.
- Kowalik, Randall and Steve Warren.  KKSU Radio interview, Manhattan, KS, August 21, 2002. Discussion of the system detailed in the July 25 KSU press release.
- K-State News Service.  "Sensor System Could Monitor Health," *The Manhattan Mercury*, July 29, 2002.
- Berry, Mark.  "Sensor System Could Monitor Health at Home," Kansas State University Press Release, July 25, 2002.
- Lewis, Carol.  "Emerging Trends in Medical Device Technology:  Home is Where the Heart Monitor Is," *FDA Consumer*, Vol. 35, No. 3, May-June 2001, pp. 10-14.
- Kinsella, Audrey.  "How Smart Do Houses Have to Be for Today's Home Care Patients?" *Information for Tomorrow*, December 2000, http://www.informationfortomorrow.com/community/dec00/warren.html.
- Hogan, Hank.  "The Right Prescription for Telemedicine," *Product Design & Development*, October 1999, p. 49.
- Henderson, Diedra.  "Sandia Works Toward More Secure, Cheaper Telemedicine," *Biophotonics International*, September 1999, p. 34.
- Singer, Neal.  "The Dark Side of Telemedicine:  Improved On-Line Medical 'Architecture' to Thwart Hackers, Assemble Like Home-Stereo System, Lower Health Care Cost," Sandia National Laboratories Press Release, June 17, 1999.
- Warren, Steve. "Smart Health Care Technology and the Home of the Future," Sandia National Laboratories, Center 16000 News Bulletin, April 1999.

## PROFESSIONAL SOCIETY PRESENTATIONS

- Alivar, Alaleh, Charles Carlson, Ahmad Suliman, Steve Warren, Punit Prakash, David E. Thompson, and Balasubramaniam Natarajan. "A Pilot Study on Predicting Daytime Behavior & Sleep Quality in Children With ASD," *IEEE Signal Processing in Medicine and Biology Symposium* (*SPMB 2019*), Science Education and Research Center, Temple University, Philadelphia, PA, USA, December 7, 2019.

- Warren, Steve, Charles Carlson, and Dong Ren. "Application of Portable Data Acquisition Tools and Virtual Instruments in an Upper-Level Biomedical Instrumentation Laboratory Course," *2019 Annual Conference and Exposition, American Society for Engineering Education*, Tampa Convention Center, Tampa, FL, June 16–19, 2019.
- Carlson, Charles, Dong Ren, and Steve Warren. "An Improved Cell-Phone-Based Wearable Electrocardiograph Project for a Biomedical Instrumentation Course Sequence," *2019 Annual Conference and Exposition, American Society for Engineering Education*, Tampa Convention Center, Tampa, FL, June 16–19, 2019.
- Carlson, Charles, Ahmad Suliman, Alaleh Alivar, Punit Prakash, David Thompson, Balasubramaniam Natarajan, and Steve Warren. "A Pilot Study of an Unobtrusive Bed-Based Sleep Quality Monitor for Severely Disabled Autistic Children," *40th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hawaii Convention Center, Honolulu, HI, USA, July 17-21, 2018. 'Ignite' two-minute presentation.
- Carlson, Charles, Ahmad Suliman, Alaleh Alivar, Punit Prakash, David Thompson, Balasubramaniam Natarajan, and Steve Warren. "A Pilot Study of an Unobtrusive Bed-Based Sleep Quality Monitor for Severely Disabled Autistic Children," *40th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hawaii Convention Center, Honolulu, HI, USA, July 17-21, 2018, pp. 4343–4346.
- Carlson, Charles, Alexandra Lyle, Gabrielle Phillips, Jacob Chappell, Mariah Brown, Hojjat Fallahi, Shangxian Wang, Ahmad Suliman, and Steve Warren. "Activities to Invigorate a Student Chapter of the IEEE Engineering in Medicine and Biology Society," *40th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hawaii Convention Center, Honolulu, HI, USA, July 17-21, 2018, pp. 1648–1651.
- Suliman, Ahmad, Charles Carlson, Punit Prakash, Steve Warren, and David Thompson. "Performance Evaluation of Processing Methods for Ballistocardiogram Peak Detection," *40th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hawaii Convention Center, Honolulu, HI, USA, July 17-21, 2018, pp. 502–505.
- Warren, Steve, Charles Carlson, Andrew McKittrick, and Shangxian Wang. "A Wearable Electrocardiograph as a Means to Combine Measurement and Makerspace Concepts in a Biomedical Instrumentation Course Sequence," *2018 Annual Conference and Exposition, American Society for Engineering Education*, Salt Lake City, UT, June 24–27, 2018. Available at https://peer.asee.org/authors/steve-warren.
- Warren, Steve. "Application of Portable Data Acquisition Tools and Virtual Instruments in an Upper-Level Biomedical Instrumentation Laboratory Course,"*2018 Annual Conference and Exposition, American Society for Engineering Education*, Salt Lake City, UT, June 24–27, 2018. Abstract accepted. Available at https://peer.asee.org/authors/steve-warren.
- Alivar, Alaleh, Charles Carlson, Ahmad Suliman, Steve Warren, Punit Prakash, Dave Thompson, and Balasubramaniam Natarajan. "Motion Detection in Bed-Based Ballistocardiogram to Quantify Sleep Quality," IEEE GLOBECOM 2017, Marina Bay Sands Expo and Convention Centre, Singapore, December 4-8, 2017, pp. 1–6.
- Grother, Ethan, Steve Warren, and Mei He. "Cautious Use of Mobile Device Cameras for Color-Scale Assays", *IEEE-NIH Special Topics Conference on Healthcare Innovations and Point-of-Care Technologies* (*HI-POCT '16*), Cancun, Mexico, November 9-11, 2016. Abstract at https://embs.papercept.net/conferences/conferences/PCHT16/program/PCHT16_ContentListWeb_2.html.
- Suliman, Ahmad, Charles Carlson, Punit Prakash, Steve Warren, and David Thompson. "Selecting Load Cells for Ballistocardiogram Detection," *38th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Disney's Contemporary Resort, Orlando, FL, USA, August 16-20, 2016.
- Warren, Steve, Punit Prakash, David Thompson, Bala Natarajan, Charles Carlson, Kim Fowler, Ed Brokesh, Jack Xin, Wayne Piersel, Janine Kesterson, and Steve Stoffregen. "Design Projects Motivated and Informed by the Needs of Severely Disabled Autistic Children," *38th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Disney's

Contemporary Resort, Orlando, FL, USA, August 16-20, 2016, pp. 3015–3018. DOI 10.1109/EMBC.2016.7591364. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Carlson, Charles, Ahmad Suliman, Punit Prakash, David Thompson, Shangxian Wang, Bala Natarajan, and Steve Warren. "Bed-Based Instrumentation for Unobtrusive Sleep Quality Assessment in Severely Disabled Autistic Children," *38th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Disney's Contemporary Resort, Orlando, FL, USA, August 16-20, 2016, pp. 4909–4912. DOI 10.1109/EMBC.2016.7591364.

- Warren, Steve. "Student Proposals for Design Projects to Aid Children with Severe Disabilities,"*2016 Annual Conference and Exposition, American Society for Engineering Education*, New Orleans, LA, June 26–29, 2016. Available at https://peer.asee.org/authors/steve-warren.

- Craig, Jesse C., Ryan M. Broxterman, Chen Jia, Steve Warren, and Thomas Barstow. "Beetroot Supplementation and Small Muscle Mass Handgrip Exercise: Effect on Central and Peripheral Fatigue," *Medicine & Science in Sports & Exercise*, Vol. 47, Issue 5S, May 2015, p. 192. *62nd Annual Meeting of the American College of Sports Medicine*; *6th World Congress on Exercise in Medicine and World Congress on the Basic Science of Exercise Fatigue*, San Diego, CA, May 26-30, 2015. Available at http://journals.lww.com/acsm-msse/Fulltext/2015/05001/Beetroot_Supplementation_and_Small_Muscle_Mass.599.aspx.

- Singleton, Gary, Steve Warren, and Wayne Piersel.  "Clinical Overview of the Need for Technologies for Around-the-Clock Monitoring of the Health Status of Severely Disabled Autistic Children," *36th  Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Sheraton Chicago Hotel and Towers, Chicago, IL, USA, August 26–30, 2014, pp. 789–791. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Kuehl, Phillip, Chen Jia, Dana Gude, Ryan Broxterman, Thomas Barstow, and Steve Warren. "Real-Time Processing of Electromyograms in an Automated Hand-Forearm Ergometer Data Collection and Analysis System," *36th  Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Sheraton Chicago Hotel and Towers, Chicago, IL, USA, August 26–30, 2014, pp. 5756–5759. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Prakash, Punit, Phillip Kuehl, Brogan McWilliams, Steve Rubenthaler, Emily Schnell, Gary Singleton, and Steve Warren.  "Sensors and Instrumentation for Unobtrusive Sleep Quality Assessment in Autistic Children," *36th  Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Sheraton Chicago Hotel and Towers, Chicago, IL, USA, August 26–30, 2014, pp. 800–803. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Luan, Shiwei, Dana Gude, Punit Prakash, and Steve Warren.  "A Paraeducator Glove for Counting Disabled-Child Behaviors that Incorporates a Bluetooth LE Wireless Link to a Smart Phone," *36th  Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Sheraton Chicago Hotel and Towers, Chicago, IL, USA, August 26–30, 2014, pp. 796–799. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Broxterman, Ryan M., Carl J. Ade, Samuel L. Wilcox, Jesse C. Craig, Susanna J. Schlup, Chen Jia, Steve Warren, and Thomas J. Barstow. "Determination of Appropriate Physiological Measurements for Determining EVA Task Failure," *HRP 2014*, *NASA Human Research Program Investigators' Workshop*, February 12–13, 2014, Moody Gardens Hotel, Galveston, TX. Available at http://www.hou.usra.edu/meetings/hrp2014/authorindex.cfm.

- Jia, Chen, Phillip Kuehl, Dana Gude, Ryan Broxterman, Thomas Barstow, and Steve Warren. "Improved Algorithms for EMG Burst Identification and Processing," *HRP 2014*, *NASA Human Research Program Investigators' Workshop*, February 12–13, 2014, Moody Gardens Hotel, Galveston, TX. Available at http://www.hou.usra.edu/meetings/hrp2014/authorindex.cfm.

- Dong, Xiongjie, Tianyu Lin, Timothy Sobering, Thomas Barstow, and Steve Warren. "A ZigBee-Wireless Biomedical Sensor Network as a Predecessor to an In-Suit Collection of Low-Power Health Sensors," *HRP 2014*, *NASA Human Research Program Investigators' Workshop*, February 12–13, 2014, Moody Gardens Hotel, Galveston, TX. Available at http://www.hou.usra.edu/meetings/hrp2014/authorindex.cfm.

- Kuehl, Phillip, Chen Jia, Dana Gude, Ryan Broxterman, Thomas Barstow, and Steve Warren. "Real-Time Processing of Electromyograms in an Automated Hand-Forearm Ergometer Data Collection and Analysis System," *HRP 2014, NASA Human Research Program Investigators' Workshop*, February 12–13, 2014, Moody Gardens Hotel, Galveston, TX. Available at http://www.hou.usra.edu/meetings/hrp2014/authorindex.cfm.
- Kuhn, William, Steve Warren, Dwight Day, Xiongjie Dong, Don Gruenbacher, Balasubramaniam Natarajan, Tim Sobering, Mohammed Taj-Eldin, Thomas Barstow, Ryan Broxterman, and Arlie Stonestreet II. "Biomedical Sensing and Wireless Technologies for Long Duration EVAs and Precursor Scout Missions." *2014 IEEE Aerospace Conference*, March 1–8, 2014. Yellowstone Conference Center, Big Sky Montana. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Dong, Xiongjie, Timothy Sobering, Thomas Barstow, and Steve Warren. "A Wireless Inductance Plethysmograph as a Precursor to a Networked Suite of Low-Power Sensors for In-Spacesuit Health Monitoring," *HRP 2013, NASA Human Research Program Investigators' Workshop*, February 11–14, 2013, Moody Gardens Hotel, Galveston, TX. Available at http://www.dsls.usra.edu/meetings/hrp2013/. Abstract and poster presentation.
- Gude, Dana, Ryan Broxterman, Carl Ade, Thomas Barstow, Thomas Nelson, Wen Song, and Steve Warren. "Automated Hand-Forearm Ergometer Data Collection System," *HRP 2013, NASA Human Research Program Investigators' Workshop*, February 11–14, 2013, Moody Gardens Hotel, Galveston, TX. Available at http://www.dsls.usra.edu/meetings/hrp2013/. Abstract and poster presentation.
- Song, Wen, Carl Ade, Ryan Broxterman, Thomas Nelson, Dana Gude, Thomas Barstow, and Steve Warren. "Classification Algorithms Applied to Accelerometer Data as a Means to Identify Subject Activities Related to Planetary Navigation Tasks," *HRP 2013, NASA Human Research Program Investigators' Workshop*, February 11–14, 2013, Moody Gardens Hotel, Galveston, TX. Available at http://www.dsls.usra.edu/meetings/hrp2013/. Abstract and poster presentation.
- Garman, Kevin, Timothy Gustafson, James Thoennes, Punit Prakash, and Steve Warren. "Weight Distribution Analysis for Patients Targeted with Unilateral Lower-Limb Orthotics or Prosthetics," *11th Annual K-INBRE Symposium*, January 19–20, 2013, Hilton Garden Inn Conference Center, Manhattan, KS.
- Warren, Steve and Dwight Day. "The Impact of a Scientific Computing Prerequisite on Student Performance in a Linear Systems Course," *Frontiers in Education 2012*, Seattle, WA, October 3–6, 2012, pp. 1109–1114. Available at IEEE Xplore: http://ieeexplore.ieee.org. (43% acceptance)
- Krenzel, Devon, Steve Warren, Kejia Li, Bala Natarajan, and Gurdip Singh. "Wireless Slips and Falls Prediction System," *34th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hilton Bayfront Hotel, San Diego, CA, USA, August 28 – September 1, 2012, pp. 4042–4045. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Li, Kejia and Steve Warren. "High Resolution Wireless Body Area Network with Statistically Synchronized Sensor Data for Tracking Pulse Wave Velocity," *34th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hilton Bayfront Hotel, San Diego, CA, USA, August 28 – September 1, 2012, pp. 2080–2083. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Gude, Dana, Ryan Broxterman, Carl Ade, Thomas Barstow, Thomas Nelson, Wen Song, and Steve Warren. "Automated Hand-Forearm Ergometer Data Collection System," *34th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hilton Bayfront Hotel, San Diego, CA, USA, August 28 – September 1, 2012, pp. 2379–2382. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Song, Wen, Carl Ade, Ryan Broxterman, Thomas Barstow, Thomas Nelson, and Steve Warren. "Activity Recognition in Planetary Navigation Field Tests Using Classification Algorithms Applied to Accelerometer Data," *34th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hilton Bayfront Hotel, San Diego, CA, USA, August 28 – September 1, 2012, pp. 1586–1589. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Yao, Jianchu, Loren Limberis, and Steve Warren.  "Enhancing Laboratory Experiences with Portable Electronics Experiment Kits," *2012 Annual Conference and Exposition, American Society for Engineering Education*, San Antonio, TX, June 10–13, 2012. Available at https://peer.asee.org/authors/steve-warren.
- Warren, Steve, Xiongjie Dong, Timothy Sobering, and Jianchu Yao.  "Lessons Learned from the Application of Virtual Instruments and Portable Hardware to Electrode-Based Biomedical Laboratory Exercises," *2012 Annual Conference and Exposition, American Society for Engineering Education*, San Antonio, TX, June 10–13, 2012. Available at https://peer.asee.org/authors/steve-warren.
- Warren, Steve.  "Teaching-to-Learn Sessions to Achieve Subject Relevance in an Introduction to Biomedical Engineering Course," *2012 Annual Conference and Exposition, American Society for Engineering Education*, San Antonio, TX, June 10–13, 2012. Available at https://peer.asee.org/authors/steve-warren.
- Ade, C.J., R.M. Broxterman, G. L. Gadbury, D. Schinstock, S. Warren, and T.J. Barstow.  "Physiological responses during simulated planetary field tests,"  American College of Sports Medicine, San Francisco, CA, May 29-June 2, 2012.
- Broxterman, Ryan M., Carl J. Ade, Gary L Gadbury, Dale Schinstock, Steve Warren, and Thomas J. Barstow.  "Predictors of 10 km performance,"  American College of Sports Medicine, San Francisco, CA, May 29-June 2, 2012.
- Warren, Steve.  "Biomedical Device Design for a Connected Wireless World," *2012 IEEE International Conference on Computer Science and Automation Engineering* (CSAE2012), Zhangjiajie, China, May 25-27, 2012, http://www.ieee-csae.org/keynote.asp.  Invited keynote presentation. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Ade, Carl J., Ryan M. Broxterman, Gary L Gadbury, Dale Schinstock, Steve Warren, and Thomas J. Barstow. "Standardized Exercise Test to Evaluate Planetary Mission Readiness," *HRP 2012, NASA Human Research Program Investigators' Workshop*, Westin Galleria Hotel and Conference Center, February 14–16, 2012, Houston, TX. Available at http://www.dsls.usra.edu/meetings/hrp2012/hrp2012.authorindex.html. Abstract and poster presentation.
- Broxterman, Ryan M., Carl J. Ade, Gary L Gadbury, Dale Schinstock, Steve Warren, and Thomas J. Barstow. "10-km Walkback Performance Predicted fom Standardized Exercise Tests," *HRP 2012, NASA Human Research Program Investigators' Workshop*, Westin Galleria Hotel and Conference Center, February 14–16, 2012, Houston, TX. Available at http://www.dsls.usra.edu/meetings/hrp2012/hrp2012.authorindex.html. Abstract and poster presentation.
- Dyer, Ruth.  "Curiosity and Creativity, Wild and Crazy Notions," 20th Annual Teen Women in Science and Technology (TWIST) Conference/Career Day, Kansas State University, Salina campus, January 6, 2012.  Slide sub-set from the Medical Component Design Laboratory.
- Li, Kejia, Steve Warren, and John Hatcliff.  "Component-Based App Design for Platform-Oriented Devices in a Medical Device Coordination Framework," *2012 ACM SIGHIT International Health Informatics Symposium* (*IHI 2012*), Miami, FL, January 28-30, 2012, pp. 343–352. Available at http://dl.acm.org/citation.cfm?id=2110403. (18% acceptance)
- Li, Kejia, Steve Warren, and John Hatcliff.  "Assembling a Medical Platform-Oriented Device in a Medical Device Coordination Framework," *SoSMD 2011: Workshop on Infrastructure, Tools and Technologies for Systems of Medical Devices*, Kansas University, Student Union, Lawrence, KS, November 12, 2011. Co-located with *ASE 2011:  26th IEEE/ACM International Conference on Automated Software Engineering*, November 6-12, 2011. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Warren, Steve.  "Wearable/Ingestible Sensors to Acquire Animal-Level State of Health in Cattle Herds," Frontiers in Multiscale Computational Modeling for Zoonotic Epidemics, Embassy Suites Kansas City Plaza, Kansas City, MO, October 11, 2011. (Invited)

- Rebello, N. Sanjay, Andrew G. Bennett, Steve Warren, and Dean A. Zollman. "Investigating Transfer of Problem Solving Skills from Math to Physics to Engineering," *2011 NSF REESE PI Meeting*, Ritz-Carlton, Pentagon City, Washington, D.C., October 20–21, 2011.  Poster presentation.
- Warren, Steve and James DeVault.  "A Two-Channel Bioamplifier Design as a Cross-Course Experience," *Frontiers in Education 2011*, Rushmore Plaza Civic Center, Rapid City South Dakota, October 10–15, 2011, pp. T3F-1–T3F-6. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Jia, Chen, Andrew Bennett, and Steve Warren.  "Work in Progress:  Higher-Level-Learning Enhancements to Online Assignments in an Electrical Engineering Linear Systems Course," *Frontiers in Education 2011*, Rushmore Plaza Civic Center, Rapid City South Dakota, October 10–15, 2011, pp. T4E-1–T4E-2. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Li, Kejia, and Steve Warren.  "Onboard Tagging for Medical Devices," *33rd Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Boston Marriott Copley Place Hotel, Boston, MA, USA, August 30 – September 3, 2011, pp. 2168–2171. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Li, Kejia, and Steve Warren.  "Principle Component Analysis on Photoplethysmograms: Blood Oxygen Saturation Estimation and Signal Segmentation," *33rd Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Boston Marriott Copley Place Hotel, Boston, MA, USA, August 30 – September 3, 2011 pp. 7171–7174. Available at IEEE Xplore: http://ieeexplore.ieee.org. Nominated for an EMBC 2011 Student Paper Competition award.
- Li, Kejia, and Steve Warren.  "Initial Study on Pulse Wave Velocity Acquired from One Hand Using Two Synchronized Wireless Reflectance Pulse Oximeters," *33rd Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Boston Marriott Copley Place Hotel, Boston, MA, USA, August 30 – September 3, 2011, pp. 6907–6910. Available at IEEE Xplore: http://ieeexplore.ieee.org. Nominated for an EMBC 2011 Phillips Young Investigator award.
- Jia, Chen, Steve Warren, Dong-Hai Nguyen, Sanjay Rebello, and Andrew Bennett.  "Teaching-Learning Interviews to Understand and Remediate Student Difficulties with Fourier Series Concepts," *2011 Annual Conference and Exposition, American Society for Engineering Education*, Vancouver, British Columbia, Canada, June 26–29, 2011. Available at https://peer.asee.org/authors/steve-warren.
- Jia, Chen, Andrew Bennett, and Steve Warren.  "Work in Progress:  Higher-Level-Learning Enhancements to Online Assignments in an Electrical Engineering Linear Systems Course," *2011 Annual Conference and Exposition, American Society for Engineering Education*, Vancouver, British Columbia, Canada, June 26–29, 2011.  Available at https://peer.asee.org/authors/steve-warren. Abstract accepted.
- Yao, Jianchu, Loren Limberis, and Steve Warren.  "Using Portable Electronics Experiment Kits for Electronics Courses in a General Engineering Program," *2011 Annual Conference and Exposition, American Society for Engineering Education*, Vancouver, British Columbia, Canada, June 26–29, 2011. Available at https://peer.asee.org/authors/steve-warren.
- Warren, Steve, Xiongjie Dong, Timothy Sobering, and Jianchu Yao.  "A Rapid Analysis and Signal Conditioning Laboratory (RASCL) Design Compatible with the National Instruments myDAQ® Platform," *2011 Annual Conference and Exposition, American Society for Engineering Education*, Vancouver, British Columbia, Canada, June 26–29, 2011. Available at https://peer.asee.org/authors/steve-warren.
- Warren, Steve and James DeVault.  "A Two-Channel Bioamplifier Design as a Cross-Course Experience," *2011 Annual Conference and Exposition, American Society for Engineering Education*, Vancouver, British Columbia, Canada, June 26–29, 2011. Available at https://peer.asee.org/authors/steve-warren.  Abstract accepted.
- Ade, Carl J., Ryan M. Broxterman, Steve Warren, Russell D. Taylor, Gary L. Gadbury, and Thomas J. Barstow. "Development of Standardized Exercise Tests for Predicting Planetary Task Performance," *18th IAA Humans in Space Symposium*, International Academy of Astronautics,

29

Westin Galleria Hotel and Conference Center, Houston, TX, April 11–15, 2011. Abstract/presentation.

- Yao, Jianchu and Steve Warren.  "Using Portable Electronics Experiment Kits for Electronics Courses in Two Different Engineering Curricula," *2011 NSF CCLI PI Meeting*, Washington, D.C., January 26–28, 2011.  Poster presentation.
- Warren, Steve and Jianchu Yao.  "Work in Progress:  Updates to a Mobile Circuits-and-Signals Learning Kit that Incorporates a USB Data Acquisition Unit," *Frontiers in Education 2010*, Marriott Crystal Gateway, Arlington, VA, October 27–30, 2010, pp. S2H-1–S2H-2. Available at IEEE Xplore: http://ieeexplore.ieee.org.  (45% acceptance)
- Yao, Jianchu, Loren Limberis, and Steve Warren.  "Work in Progress:  A Ubiquitous Laboratory Model to Enhance Hands-On Learning in Electronics Courses Offered by Two Universities with Dissimilar Curricula," *Frontiers in Education 2010*, Marriott Crystal Gateway, Arlington, VA, October 27–30, 2010, pp. F3C-1–F3C-2. Available at IEEE Xplore: http://ieeexplore.ieee.org. (45% acceptance)
- Li, Kejia and Steve Warren.  "A High-Performance Wireless Reflectance Pulse Oximeter for Photo-Plethysmogram Acquisition and Analysis in the Classroom," *2010 Annual Conference and Exposition, American Society for Engineering Education*, Louisville, KY, June 20–23, 2010. Available at https://peer.asee.org/authors/steve-warren.
- Warren, Steve and Jianchu Yao.  "Portable Cyber-Laboratories for Electrical Engineering Education," *2010 Annual Conference and Exposition, American Society for Engineering Education*, Louisville, KY, June 20–23, 2010. Available at https://peer.asee.org/authors/steve-warren.
- Rebello, N.Sanjay, Elizabeth Gire, Dong-Hai Nguyen, Dean A. Zollman, Andrew G. Bennett, and Steve Warren.  "Investigating Students' Transfer of Problem Solving Skills in Physics Across Multiple Representations," *2010 NSF REESE PI Meeting*, Ritz-Carlton, Pentagon City, Washington, D.C., March 11–12, 2010.  Poster presentation.
- Bennett, Andrew G., Todd Moore, Xuan Hien Hguyen, N.Sanjay Rebello, Dean Zollman, and Steve Warren.  "Investigating Students' Conceptual Understanding and Transfer in Mathematics," *2010 NSF REESE PI Meeting*, Ritz-Carlton, Pentagon City, Washington, D.C., March 11–12, 2010.  Poster presentation.
- Gruber, Lucinda, Connor Griffith, Ethan Young, Adriann Sullivan, Jeff Schuler, Susan Arnold-Christian, and Steve Warren.  "Biomedical Learning Experiences for Middle School Girls Sponsored by the Kansas State University Student Chapter of the IEEE EMBS," *31st Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hilton Minneapolis, MN, USA, September 2-6, 2009, pp. 5846–5849. Available at IEEE Xplore: http://ieeexplore.ieee.org. (75% acceptance)
- Hoskins, Seth, Tim Sobering, Daniel Andresen, and Steve Warren.  "Near-Field Wireless Magnetic Link for an Ingestible Cattle Health Monitoring Pill," *31st Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hilton Minneapolis, MN, USA, September 2-6, 2009, pp. 5401–5404. Available at IEEE Xplore: http://ieeexplore.ieee.org. (75% acceptance)
- Warren, Steve. "Effects of Cyber-Enabled Tools on Learning," *Bridging the Cyber, Physical, and Social Worlds Workshop*, National Science Foundation, Kansas City, MO, May 27-28, 2009.
- Warren, Steve. "Hiding Pervasive Technology," *Bridging the Cyber, Physical, and Social Worlds Workshop*, National Science Foundation, Kansas City, MO, May 27-28, 2009.
- King, Andrew, Sam Procter, Dan Andresen, John Hatcliff, Steve Warren, William Spees, Raoul Jetley, Paul Jones, and Sandy Weininger.  "A Publish-Subscribe Architecture and Component-Based Programming Model for Medical Device Interoperability," *ACM SIGBED Review*, Volume 6, Number 2, July 2009, ISSN 1551-3688.  Special Issue on the *2nd Joint Workshop on High Confidence Medical Devices, Software, and Systems (HCMDSS) and Medical Device Plug-and-Play (MD PnP) Interoperability*, *Cyber-Physical Systems Week*, April 16, 2009, San Francisco, CA.

- King, Andrew, Sam Procter, Dan Andresen, John Hatcliff, Steve Warren, William Spees, Raoul Jetley, Paul Jones, and Sandy Weininger.  "An Open Test Bed for Medical Device Integration and Coordination," *ACM SIGBED Review*, Volume 6, Number 2, July 2009, ISSN 1551-3688. Special Issue on the *2nd Joint Workshop on High Confidence Medical Devices, Software, and Systems (HCMDSS) and Medical Device Plug-and-Play (MD PnP) Interoperability*, *Cyber-Physical Systems Week*, April 16, 2009, San Francisco, CA.
- Smith, Kevin, Daniel Andresen, and Steve Warren. "BIOCOMP'09:  Motion-Based Behavior Assessment for a Wearable Cattle Health Monitoring System," *BIOCOMP'09 - The 2009 International Conference on Bioinformatics & Computational Biology*, Monte Carlo Resort, Las Vegas, Nevada, July 13–16, 2009, pp. 676–682. (27% acceptance)
- King, Andrew, Sam Procter, Dan Andresen, John Hatcliff, Steve Warren, William Spees, Raoul Jetley, Paul Jones, and Sandy Weininger.  "Demonstration of a Medical Device Integration and Coordination Framework," *31st International Conference on Software Engineering*, Vancouver, Canada, May 16–24, 2009. Available at IEEE Xplore: http://ieeexplore.ieee.org. (8% acceptance)
- King, Andrew, Sam Procter, Dan Andresen, John Hatcliff, Steve Warren, William Spees, Raoul Jetley, Paul Jones, and Sandy Weininger.  "An Open Test Bed for Medical Device Integration and Coordination," *31st International Conference on Software Engineering*, Vancouver, Canada, May 16–24, 2009, ICSE-Companion 2009, pp. 141–151. Available at IEEE Xplore: http://ieeexplore.ieee.org. (16% acceptance)
- Warren, Steve, Nidhi Tare, and Andrew Bennett.  "Lessons Learned from the Application of Online Homework Generation Modules in a Signals and Systems Course," *Frontiers in Education 2008*, Saratoga Hotel and Conference Center, Saratoga Springs, NY, Oct. 22–25, 2008, pp. T4B-17 to T4B-22. Available at IEEE Xplore: http://ieeexplore.ieee.org. (48% acceptance)
- Warren, Steve and James DeVault.  "A Biosignal Acquisition and Conditioning Board as a Cross–Course Senior Design Project," *Frontiers in Education 2008*, Saratoga Hotel and Conference Center, Saratoga Springs, NY, Oct. 22–25, 2008, pp. S3C-6 to S3C-11. Available at IEEE Xplore: http://ieeexplore.ieee.org.  (48% acceptance)
- Warren, Steve, Angel Martinez, Timothy Sobering, and Daniel Andresen. "Electrocardiographic Pill for Cattle Heart Rate Determination," *30th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Vancouver Convention & Exhibition Centre, Vancouver, British Columbia, Canada, August 20-24, 2008, pp. 4852–4855. Available at IEEE Xplore: http://ieeexplore.ieee.org. (75% acceptance)
- Griffith, Connor, Lucinda Gruber, Ethan Young, Jason Humphrey, and Steve Warren.  "Service Design Projects Sponsored by the Kansas State University Student Chapter of the IEEE EMBS," *30th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Vancouver Convention & Exhibition Centre, Vancouver, British Columbia, Canada, August 20-24, 2008, pp. 1587–1590. Available at IEEE Xplore: http://ieeexplore.ieee.org. (75% acceptance)
- Warren, Steve, Lucinda Gruber, Connor Griffith, Ethan Young, and Jason Humphrey.  "IEEE EMBS Student Chapter – Kansas State University," *30th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Vancouver Convention & Exhibition Centre, Vancouver, British Columbia, Canada, August 20–24, 2008.  Graduates of the Last Decade Reception, August 22, 2008.
- Krishnan, Rajet, Balasubramanium Natarajan, and Steve Warren.  "Motion Artifact Reduction in Photoplethysmography Using Magnitude-Based Frequency Domain Independent Component Analysis," *2008 International Conference on Computer Communications and Networks* (ICCCN), St. Thomas, U.S. Virgin Islands, August 4–7, 2008, pp. 1–5. (26% acceptance)
- Warren, Steve, Daniel Andresen, Daniel Wilson, and Seth Hoskins.  "Embedded Design Considerations for a Wearable Cattle Health Monitoring System," *ESA '08*, the *2008 International Conference on Embedded Systems and Applications*, Monte Carlo Resort, Las Vegas, NV, July 14–17, 2008. (28% acceptance)

- Daniel Wilson, Seth Hoskins, Timothy Sobering, Tammi Epp, Howard Erickson, Daniel Andresen, and Steve Warren. "Sensor-Based Telemonitoring System for State of Health Determination in Cattle," *International Symposium on Beef Cattle Welfare*, Kansas State University, May 28–30, 2008.
- Krishnan, Rajet, Balasubramanium Natarajan, and Steve Warren. "Analysis and Detection of Motion Artifact in Photoplethysmographic Data Using Higher Order Statistics," *2008 IEEE International Conference on Acoustics, Speech, and Signal Processing*, Las Vegas, NV, March 30 – April 4, 2008, pp. 613–616. Available at IEEE Xplore: http://ieeexplore.ieee.org. (49% acceptance)
- Hatcliff, John, Gurdip Singh, Daniel Andresen, and Steve Warren. "Observations and directions for high-confidence sensor networks in the real world," *Composable and Systems Technology for High Confidence Cyber-Physical Systems Workshop*, Institute for Software Integrated Systems, Vanderbilt University, July 9–10, 2007, Alexandria, Virginia.
- Angel Martinez and Steve Warren. "RASCL:  A Portable Circuit Prototyping Laboratory," *2007 Annual Conference and Exposition, American Society for Engineering Education*, Honolulu, Hawaii, June 24–27, 2007. Available at https://peer.asee.org/authors/steve-warren.
- David Thompson and Steve Warren. "A Small, High-Fidelity Reflectance Pulse Oximeter," *2007 Annual Conference and Exposition, American Society for Engineering Education*, Honolulu, Hawaii, June 24–27, 2007. Available at https://peer.asee.org/authors/steve-warren.
- Bennett, Andrew and Steve Warren. "Data Mining an Online Homework System," *2007 Annual Conference and Exposition, American Society for Engineering Education*, Honolulu, Hawaii, June 24–27, 2007. Available at https://peer.asee.org/authors/steve-warren.
- Bennett, Andrew and Steve Warren. "Real-Time Feedback for Instructors," accepted for publication and presentation at the *2007 Annual Conference and Exposition, American Society for Engineering Education*, Honolulu, Hawaii, June 24–27, 2007. Available at https://peer.asee.org/authors/steve-warren.
- Bennett, Andrew and Steve Warren. "What Really Happens When Students Work Online?," accepted for publication and presentation at the *2007 Annual Conference and Exposition, American Society for Engineering Education*, Honolulu, Hawaii, June 24–27, 2007. Available at https://peer.asee.org/authors/steve-warren.
- Warren, Steve. "Intelligent Care Systems for the Home," KSU Student Chapter of the IEEE EMBS, Kansas State University, March 8, 2007. (Invited)
- Warren, Steve. "Home Health Monitoring Devices," UMKC Student Chapter of the IEEE, Department of Computer Science and Electrical Engineering, School of Computing and Engineering, University of Missouri at Kansas City, 546 Robert H. Flarsheim Hall, Kansas City, MO, 64110, March 6, 2007. (Invited)
- Warren, Steve. "In Pursuit of Intelligent Wearable Health Monitoring Systems," Kansas City Section of the IEEE, Wyndham Garden Hotel, Overland Park, KS, November 16, 2006. (Invited)
- Thompson, David, Austin Wareing, Dwight Day, and Steve Warren. "Pulse Oximeter Improvement with an ADC-DAC Feedback Loop and a Radial Reflectance Sensor," *28th Annual Conference of the IEEE EMBS*, Marriot at Times Square, New York City, New York, August 30 – September 3, 2006, pp. 815–818.
- Martinez, Angel, Scott Schoenig, Daniel Andresen, and Steve Warren. "Ingestible Pill for Heart Rate and Core Temperature Measurement in Cattle," *28th Annual Conference of the IEEE EMBS*, Marriot at Times Square, New York City, New York, August 30 – September 3, 2006, pp. 3190–3193. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Smith, Kevin, Angel Martinez, Roland Craddolph, Howard Erickson, Daniel Andresen, and Steve Warren. "An Integrated Cattle Health Monitoring System," *28th Annual Conference of the IEEE EMBS*, Marriot at Times Square, New York City, New York, August 30 – September 3, 2006, pp. 4659–4662. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Leyla Celebi, Lara Pickel, Mary Sprouse, Stephen A. Dyer, and Steve Warren. "Experiences and Lessons Learned from the Formation of a New IEEE EMBS Student Chapter," *28th Annual*

*Conference of the IEEE EMBS*, Marriot at Times Square, New York City, New York, August 30 – September 3, 2006, pp. 5651–5654. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Warren, Steve, Jeffrey Lebak, and Jianchu Yao.  "Lessons Learned from Applying Interoperability and Information Exchange Standards to a Wearable Point-of-Care System," *Improving Health Care Accessibility Through Point of Care Technologies*, Workshop Sponsored by the National Institute of Biomedical Imaging and Bioengineering, National Heart, Lung, and Blood Institute, and the National Science Foundation, April 11–12, 2006, Hilton Crystal City, Arlington, VA. (Invited)

- Warren, Steve, Jeffrey Lebak, and Jianchu Yao.  "Lessons Learned from Applying Interoperability and Information Exchange Standards to a Wearable Point-of-Care System," *Transdisciplinary Conference on Distributed Diagnosis and Home Healthcare (D2H2)*, April 2–4, 2006, Marriott Crystal Gateway, Arlington, VA, pp. 101–104. Available at IEEE Xplore: http://ieeexplore.ieee.org. Poster award.

- Yao, Jianchu, Scott Simmons, and Steve Warren.  "Ease of Use Considerations for Wearable Point-of-Care Devices in Home Environments," *Transdisciplinary Conference on Distributed Diagnosis and Home Healthcare (D2H2)*, April 2–4, 2006, Marriott Crystal Gateway, Arlington, VA, pp. 8–11. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Warren, Steve and Emil Jovanov.  "The Need for Rules of Engagement Applied to Wireless Body Area Networks," *IEEE Consumer Communications and Networking Conference*, Harrah's Las Vegas Hotel & Casino, Las Vegas, NV, January 8–10, 2006, pp. 979–983. (Invited paper/presentation.) Available at IEEE Xplore: http://ieeexplore.ieee.org. (16% acceptance)

- Warren, Steve, Jeffrey Lebak, Jianchu Yao, Jonathan Creekmore, Aleksandar Milenkovic, and Emil Jovanov.  "Interoperability and Security in Wireless Body Area Network Infrastructures," *27th Annual Conference of the IEEE EMBS*, Shanghai International Convention Center, Shanghai, China, September 1–4, 2005, pp. 3837–3840. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Yao, Jianchu and Steve Warren.  "A Short Study to Assess the Potential of Independent Component Analysis for Motion Artifact Separation in Wearable Pulse Oximeter Signals," *27th Annual Conference of the IEEE EMBS*, Shanghai International Convention Center, Shanghai, China, September 1–4, 2005, pp. 3585–3588. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Jovanov, E., A. Milenkovic, C. Otto, P. De Groen, B. Johnson, S. Warren, and G. Taibi.  "A WBAN System for Ambulatory Monitoring of Physical Activity and Health Status: Applications and Challenges," *27th Annual Conference of the IEEE EMBS*, Shanghai International Convention Center, Shanghai, China, September 1–4, 2005, pp. 3810–3813. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Warren, Steve.  "Optimizing Student Learning and Retention of Time- and Frequency-Domain Concepts Through Numerical Computation Projects," *2005 Annual Conference and Exposition, American Society for Engineering Education*, Portland, OR, June 12–15, 2005. Available at https://peer.asee.org/authors/steve-warren.

- Yao, Jianchu, and Steve Warren.  "Stimulating Student Learning with a Novel 'In House' Pulse Oximeter Design," *2005 Annual Conference and Exposition, American Society for Engineering Education*, Portland, OR, June 12–15, 2005. Available at https://peer.asee.org/authors/steve-warren.

- Yang, Yong, Andrew Bennett, and Steve Warren.  "An Online Homework Generation and Assessment Tool for Linear Systems," *2005 Annual Conference and Exposition, American Society for Engineering Education*, Portland, OR, June 12–15, 2005. Available at https://peer.asee.org/authors/steve-warren.

- Warren, Steve, Jianchu Yao, and Jeff Lebak.  "Applying Emerging Interoperability Standards to Wearable Point-of-Care Systems," *10th Annual Meeting of the American Telemedicine Association*, Colorado Convention Center, Denver, CO, April 17–20, 2005.  Abstract published in *Telemedicine and e-Health*, Vol. 11, No. 2, April 2005, p. 193.

- Warren, Steve, Luke Nagl, Scott Schoenig, Balakumar Krishnamurthi, Tammi Epp, Howard Erickson, David Poole, Mark Spire, and Daniel Andresen. "Veterinary Telemedicine: Wearable and Wireless Systems for Cattle Health Assessment," *10th Annual Meeting of the American Telemedicine Association*, Colorado Convention Center, Denver, CO, April 17–20, 2005. Poster presentation. Abstract published in *Telemedicine and e-Health*, Vol. 11, No. 2, April 2005, pp. 264-265.

- Lebak, Jeffrey, Jianchu Yao, and Steve Warren. "HL7-Compliant Healthcare Information System," *10th Annual Meeting of the American Telemedicine Association*, Colorado Convention Center, Denver, CO, April 17–20, 2005. Poster presentation. Abstract published in *Telemedicine and e-Health*, Vol. 11, No. 2, April 2005, p. 252.

- Schoenig, Scott, Kevin Smith, Dominic Gelinas, Balakumar Krishnamurthi, Tammi Epp, Howard Erickson, Mark Spire, David Poole, Daniel Andresen, and Steve Warren. "Veterinary Telemonitoring for Disease Prevention in Cattle," *Capitol Research Forum*, Capitol Building, Topeka, KS, March 1, 2005.

- Martin, Matthew and Steve Warren, "Multiple Geometry Representations in Monte Carlo Radiation Transport," *Transactions of the American Nuclear Society*, 2004, Vol. 91, pp. 183–184. ANS Winter Meeting, November 14–18, 2004, Omni Shoreham Hotel, Washington, D.C.

- Martin, Matthew, John Fowler, and Steve Warren, "Tracking on Facetted Geometry Representations in the Integrated TIGER Series Monte Carlo Radiation Transport Code," Proceedings of the *2004 Nuclear Explosives Code Development Conference*, October 4–8, 2004, Lawrence Livermore National Laboratory. Available from Sandia National Laboratories as SAND2004-6228C.

- Warren, Steve, Jianchu Yao, Ryan Schmitz, and Jeff Lebak. "Reconfigurable Point-of-Care Systems Designed with Interoperability Standards," *26th Annual Conference of the IEEE EMBS*, Westin St. Francis Hotel, San Francisco, CA,  September 1–5, 2004, pp. 3270–3273. Available at IEEE Xplore: http://ieeexplore.ieee.org. (Invited)

- Yao, Jianchu and Steve Warren. "A Novel Algorithm to Separate Motion Artifacts from Photoplethysmographic Signals Obtained with a Reflectance Pulse Oximeter," *26th Annual Conference of the IEEE EMBS*, Westin St. Francis Hotel, San Francisco, CA,  September 1–5, 2004, pp. 2153–2156. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Nagl, Luke, Balakumar Krishnamurthi, Scott Schoenig, Dan Andresen, and Steve Warren.. "Experiences Using WinCE PocketPCs as Computation and Data Acquisition Platforms for Ambulatory Telemonitoring ," *26th Annual Conference of the IEEE EMBS*, Westin St. Francis Hotel, San Francisco, CA,  September 1–5, 2004, pp. 3373–3376. Poster presentation. Available at IEEE Xplore: http://ieeexplore.ieee.org. Whitaker Foundation student travel award.

- Lebak, Jeff, Jianchu Yao, and Steve Warren.. "HL7-Compliant Healthcare Information System for Home Monitoring," *26th Annual Conference of the IEEE EMBS*, Westin St. Francis Hotel, San Francisco, CA,  September 1–5, 2004, pp. 3338–3341.

- Schoenig, Scott, Tammi Hildreth, Luke Nagl, Howard Erickson, Mark Spire, Dan Andresen, and Steve Warren, "Ambulatory Instrumentation Suitable for Long-Term Monitoring of Cattle Health," *26th Annual Conference of the IEEE EMBS*, Westin St. Francis Hotel, San Francisco, CA,  September 1–5, 2004, pp. 2379–2382. Poster presentation. Available at IEEE Xplore: http://ieeexplore.ieee.org.

- Warren, Steve, Daniel Andresen, Luke Nagl, Scott Schoenig, Balakumar Krishnamurthi, Howard Erickson, Tammi Hildreth, David Poole, and Mark Spire. "Wearable and Wireless:  Distributed, Sensor-Based Telemonitoring Systems for State of Health Determination in Cattle," *9th Annual Talbot Informatics Symposium*, July 25, 2004, *AVMA Annual Convention*, Philadelphia Convention Center, Philadelphia, PA, July 23-27, 2004, CD-ROM:  http://www.avma.org.

- Hildreth, Tammi, Scott Schoenig, Luke Nagl, Balakumar Krishnamurthi, Howard Erickson, David Poole, Mark Spire, Steve Warren, and Daniel Andresen. "Biomedical Sensor System for Continuous Wireless State-of-Health Determination in Cattle," *Texas and Southwestern Cattle Raisers Association*, June 3–5, 2004, South Padre Island, TX.

- Hildreth, Tammi, Luke Nagl, Steve Warren, Howard Erickson, Jianchu Yao, Mark Spire, and Daniel Andresen. "Integration of Biomedical Sensors Via Telemetry for Cattle Health Monitoring," *Proceedings of the 84th Annual Meeting, Conference of Research Workers in Animal Diseases*, November 9-11, 2003, Congress Hotel, Chicago, IL. Winner: best graduate student poster presentation.
- Warren, Steve, Jianchu Yao, Ryan Schmitz, and Lule Nagl. "Wearable Telemonitoring Systems Designed with Interoperability in Mind," *25th Annual Conference of the IEEE EMBS*, Fiesta Americana Grand Coral Beach Hotel, Cancun, Quintana Roo, Mexico, September 17–21, 2003, pp. 3736–3739. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Warren, Steve, Luke Nagl, Ryan Schmitz, Jianchu Yao, Tammi Hildreth, Howard Erickson, David Poole, and Daniel Andresen. "A Distributed Infrastructure for Veterinary Telemedicine," *25th Annual Conference of the IEEE EMBS*, Fiesta Americana Grand Coral Beach Hotel, Cancun, Quintana Roo, Mexico, September 17–21, 2003, pp. 1394–1397. Poster presentation. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Yao, Jianchu, Ryan Schmitz, and Steve Warren. "A Wearable Standards-Based Point-of-Care System for Home Use," *25th Annual Conference of the IEEE EMBS*, Fiesta Americana Grand Coral Beach Hotel, Cancun, Quintana Roo, Mexico, September 17–21, 2003, pp. 3732–3735. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Nagl, Luke, Ryan Schmitz, Steve Warren, Tammi Hildreth, Howard Erickson, and Daniel Andresen. "Wearable Sensor System for Wireless State-of-Health Determination in Cattle," *25th Annual Conference of the IEEE EMBS*, Fiesta Americana Grand Coral Beach Hotel, Cancun, Quintana Roo, Mexico, September 17–21, 2003, pp. 3012–3015. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Lebak, Jeffrey W., Jianchu Yao, and Steve Warren. "Implementation of a Standards-Based Pulse Oximeter on a Wearable, Embedded Platform," *25th Annual Conference of the IEEE EMBS*, Fiesta Americana Grand Coral Beach Hotel, Cancun, Quintana Roo, Mexico, September 17–21, 2003, pp. 3196–3198. Poster presentation. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Warren, Steve. "Infrastructures for Intelligent Home Care Technology," *CARS 2003: Computer Assisted Radiology and Surgery – 17th International Congress and Exhibition,* Queen Elizabeth II Conference Center, London, England, June 25-28, 2003, http://www.cars-int.de.
- Lutjemeier, B.J., D.K. Townsend, S. Koga, S. Warren, C.A. Harms, and T.J. Barstow. "Oscillations in Femoral Venous Blood Flow During Dynamic Exercise," *American College of Sports Medicine 50th Annual Meeting*, San Francisco, CA, May 28-31, 2003, http://www.acsm.org. Poster presentation.
- Hildreth, Tammi, Steve Warren, Howard Erickson, David Poole, Ryan Schmitz, Jianchu Yao, Luke Nagl, Ravi Kollarapu, and Daniel Andresen. "Veterinary Telemonitoring for Disease Prevention in Cattle Herds," *Cattlemen's Day*, Kansas State University, Manhattan, KS, March 7, 2003. Poster presentation.
- Warren, Steve, Jianchu Yao, and G. Edward Barnes. "Wearable Sensors and Component-Based Design for Home Health Care," *Second Joint Meeting of BMES and EMBS*, Houston, TX, October 23-26, 2002. CD-ROM proceedings available at http://www.ieee.org.
- Yao, Jianchu and Steve Warren. "Design of a Plug–and–Play Pulse Oximeter," *Second Joint Meeting of BMES and EMBS*, Houston, TX, October 23-26, 2002. CD-ROM proceedings available at http://www.ieee.org. Poster presentation with paper.
- Barnes, G. Edward and Steve Warren. "A Wearable, Bluetooth-Enabled System for Home Health Care," *Second Joint Meeting of BMES and EMBS*, Houston, TX, October 23-26, 2002. CD-ROM proceedings available at http://www.ieee.org.
- Franke, Brian C., Ronald P. Kensek, Heather K. Schriner, Leonard J. Lorence, Fred Gelbard, and Steve Warren. "Adjoint Charge Deposition and CAD Transport in ITS," *Proceedings of the ANS International Meeting on Mathematical Methods for Nuclear Applications*, Salt Lake City, Utah,

September 9-13, 2001.  Available from Sandia National Laboratories as SAND2001–0927C and SAND2001–3694P.

- Kensek, Ronald P., Brian C. Franke, Fred Gelbard, Leonard Lorence, and Steve Warren.  "ASCI Monte Carlo Radiation Transport Developments for Simulation of Hostile Environments," *2001 HEART Conference*, March 5-9, 2001, San Antonio, TX.  Available from Sandia National Laboratories as SAND2000-2216A.
- Miller, Ruth D., Steve Warren, and Daniel C. Marcus. "A Multidisciplinary Course in Biomedical Instrumentation," *36th ASEE Midwest Section Conference*, Kansas State University, March 7-9, 2001.
- Kensek, Ronald P., Steve Warren, John A.Halbleib, Wesley C. Fan, and L.J. Lorence.  "ITS Monte Carlo Radiation Transport Codes: Status and Future Plans," *4th Topical Meeting on Industrial Radiation and Radioisotope Measurement Applications* (IRRMA '99), October 3-7, 1999.  Available from Sandia National Laboratories as SAND99-0682A and SAND99-2560C.
- Warren, Steve and Richard L. Craft.  "Designing Smart Health Care Technology into the Home of the Future," *First Joint Meeting of BMES and EMBS*, Atlanta, GA, October 13-16, 1999, p. 677. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Warren, Steve, Richard L. Craft, Raymond C. Parks, Linda K. Gallagher, Rudy J. Garcia, and Donald K. Funkhouser.  "A Proposed Information Architecture for Telehealth System Interoperability," Poster presentation, *First Joint Meeting of BMES and EMBS*, Atlanta, GA, October 13-16, 1999, p. 702. Available at IEEE Xplore: http://ieeexplore.ieee.org.
- Warren, Steve, Richard L. Craft, Raymond C. Parks, Linda K. Gallagher, Rudy J. Garcia, and Donald R. Funkhouser.  "A Proposed Information Architecture for TeleHealth System Interoperability," *Toward An Electronic Patient Record '99 (TEPR '99)*, Orange County Convention Center, Orlando, FL, May 1-6, 1999, Session W9, Wed. May 5, pp. 187-194. Proceedings are available on CD-ROM through the Medical Records Institute, http://www.medrecinst.com.
- Craft, Richard L., Steve Warren, Raymond C. Parks, Linda K. Gallagher, Rudy J. Garcia, and Donald R. Funkhouser.  "High-Surety Telemedicine in a Distributed, 'Plug-andPlay' Environment," *Toward An Electronic Patient Record '99 (TEPR '99)*, Orange County Convention Center, Orlando, FL, May 1-6, 1999, Session W9, Wed. May 5, pp. 176-186. Proceedings are available on CD-ROM through the Medical Records Institute, http://www.medrecinst.com.
- Warren, Steve, Richard L. Craft, and Raymond C. Parks.  "High-Surety Telemedicine in a Distributed, 'Plug-and-Play' Environment," *4th Annual Conference - HII99: Improving Health in a Digital World*, Renaissance Hotel, Washington, D.C., April 26-28, 1999.
- Parks, Raymond C., Steve Warren, and Richard L. Craft.  "Security Tradeoffs in Telemedicine," *4th Annual Conference - HII99: Improving Health in a Digital World*, Renaissance Hotel, Washington, D.C., April 26-28, 1999.
- Craft, Richard L., Steve Warren, Raymond C. Parks, and Anthony E. Sill, "Telemedicine Device Architectures and Telemedicine System Security," *American Telemedicine Association (ATA) Conference*, Salt Lake City, Utah, April 18-21, 1999.
- Warren, Steve, Ronald P. Kensek, and Leonard J. Lorence.  "Monte Carlo Transport in Computer-Aided Design (CAD) Geometries," Display presentation. *Supercomputing '98: High Performance Networking and Computing Conference*, Orlando, FL, November 7-13, 1998.
- Warren, Steve, Jerry T. Love, Timothy J. Miller, and George R. Laguna.  "Sensor and Signal Issues in the Design of a Light-Based Ambulatory Vital Signs Monitor," *ATACCC-97: Advanced Technology Applications to Combat Casualty Care*, Fort Walton Beach, FL, May 19-22, 1997, 31 pages.  Proceedings are available on CD-ROM through Unconventional Concepts, Inc. at http://www.unconventional-inc.com/.
- Warren, Steve, Jerry T. Love, Timothy J. Miller, and George R. Laguna.  "Light-Based Ambulatory Sensor Design Issues," Poster presentation, *ATACCC-97: Advanced Technology*

*Applications to Combat Casualty Care*, Ramada Beach Resort, Fort Walton Beach, FL, May 19-22, 1997.

- Carpenter, Kenneth H. and Steve Warren. "Modeling the Response of Ferrites to Fast Pulse Excitations," 14th *Annual Conference on the Properties and Applications of Magnetic Materials*, Illinois Institute of Technology, Chicago, IL, May 15, 1995. Carpenter, Warren.

- Warren, Steve, Susan Chudnow, Alfred Johnston, Michael Davis, and Rebecca Richards-Kortum. "Fluorescence Spectroscopy and Intravascular Ultrasound for Imaging Coronary Artery Disease In Vitro," *31st Annual Rocky Mountain Bioengineering Symposium*, Kansas State University, Manhattan, KS, April 22-23, 1994.

- Warren, Steve, Susan Chudnow, Sharon Thomsen, Alfred L. Johnston, Michael J. Davis, and Rebecca R. Richards-Kortum. "Combined Ultrasonic and Spectroscopic Imaging of Coronary Artery Disease," *12th Annual Houston Conference on Biomedical Engineering Research*, University Hilton Hotel, University of Houston Campus, Houston, TX, February 10-11, 1994.

- Warren, Steve, Karl Pope, Youseph Yazdi, Alfred L. Johnston, Michael J. Davis, and Rebecca R. Richards-Kortum. "Combined Ultrasonic and Spectroscopic Imaging of Coronary Artery Disease," *Thirteenth Annual Meeting, American Society for Lasers in Surgery and Medicine*, New Orleans, LA, April 18-20, 1993.

- Warren, Steve, Karl Pope, Youseph Yazdi, Alfred L. Johnston, Michael J. Davis, and Rebecca R. Richards-Kortum. "Monte Carlo Fluorescence Verification of Experimental Results for the Combined Ultrasonic and Spectroscopic Imaging of Coronary Artery Disease," *30th Annual Rocky Mountain Bioengineering Symposium, Holiday Inn, Market Square*, San Antonio, TX, April 2-3, 1993. In *Biomedical Sciences Instrumentation*, Instrument Society of America, John Enderle, Ed., ©1993.

- Yazdi, Youseph, Steve Warren, Karl Pope, Alfred L. Johnston, Michael J. Davis, and Rebecca R. Richards-Kortum. "Combined Ultrasonic and Spectroscopic Imaging of Coronary Artery Disease," *11th Annual Houston Conference on Biomedical Engineering Research*, University Hilton Hotel, University of Houston Campus, Houston, TX, February 11-12, 1993.

- Pope, Karl, Steve Warren, Youseph Yazdi, Alfred Johnston, Michael Davis, and Rebecca Richards-Kortum. "Dual Imaging of Arterial Walls:  Intravascular Ultrasound and Fluorescence Spectroscopy," *SPIE: Biomedical Optics '93*, Los Angeles, CA, Jan. 1993. *Proceedings: Biomedical Optics '93:  Diagnostic and Therapeutic Cardiovascular Interventions III*, SPIE 1878-06.

- Warren, Steve, Karl Pope, Youseph Yazdi, Alfred L. Johnston, Michael J. Davis, and Rebecca R. Richards-Kortum. "Combined Intravascular Ultrasound and Fluorescence for the Real-Time Diagnosis of Atherosclerosis," *International Conference on Lasers '92*, Wyndham Greenspoint Hotel, Houston, TX, December 7-10, 1992. *Proceedings:  International Conference on Lasers '92*.

- Warren, Steve.  "Combining Intravascular Ultrasound and Fluorescence Spectroscopy for the Real-Time Diagnosis of Atherosclerosis," *Poster Presentation:  Gordon Research Conference on Lasers in Medicine and Surgery*, Colby-Sawyer College, New London, New Hampshire, June 6-10, 1992.

- Carpenter, Kenneth H., Steve Warren, and Ronald S. Lee. "An Empirical Study of Magnetization in Ferrites Excited by Fast Rise Time Pulses," *Joint XUSC/LFSC Meeting,* Los Alamos National Laboratory, October 31 – November 2, 1989.

## INVITED PRESENTATIONS

- Warren, Steve, Charles Carlson, Dong Ren, Ahmad Suliman, Alaleh Alivar, Punit Prakash, David Thompson, Bala Natarajan, Taehee Lee, Kelsey Warren, Sophie Braynock, and Dallas Rice.  "Biomedical Engineering Endeavors at Kansas State University," University of North Florida, College of Computing, Engineering, and Construction, Jacksonville, FL, November 12, 2019. (Invited)

- Warren, Steve and Charles Carlson. "Biomedical Engineering (BME) Program Overview," Kansas State University, Electrical and Computer Engineering, College of Engineering Advisory Council, October 25, 2019. (Invited)
- Warren, Steve. "Plans for the Reichenberger Cornerstone Teaching Scholar Award," Kansas State University, College of Engineering Named-Award Celebration with the Carl R. Ice Family, October 18, 2019. (Invited)
- Warren, Steve. "Biomedical Engineering (BME) Program Overview," Kansas State University, College of Engineering, Engineering Ambassadors, November 5, 2018. (Invited)
- Warren, Steve. "Biomedical Engineering (BME) Program Overview," Kansas State University, Electrical and Computer Engineering, ECE Advisory Council Exchange, October 12, 2018. (Invited)
- Warren, Steve. "Tools to Quantify Well-Being in Children with Severe Disabilities," University of North Florida, College of Computing, Engineering, and Construction, Jacksonville, FL, October 9, 2018. (Invited)
- Warren, Steve. "Biomedical Research and Technology for a Connected Wireless World," Biomedical Science Seminar, Derby High School, Derby, KS, November 1, 2017. (Invited)
- Warren, Steve. "Research and Technology to Quantify Human and Animal Health," University of North Florida, College of Computing, Engineering, and Construction, Jacksonville, FL, October 10, 2017. (Invited)
- Warren, Steve. "Biomedical Research and Technology for a Connected Wireless World," *Future City Leadership Retreat*, Lawrence College and Career Center, Lawrence, KS, September 22, 2017. Middle school student presentations. (Invited)
- Warren, Steve. "Biomedical Research and Technology for a Connected Wireless World," *ID 545 – Interior Design Studio 7, ID 651 – Design for Supportive Environments*, Kansas State University, College of Human Ecology, Manhattan, KS, September 15, 2017. (Invited)
- Warren, Steve. "Medical Device Design in the KSU Medical Component Design Laboratory," KSU College of Engineering, Netsmart Executives, November 14, 2016. (Invited.)
- Warren, Steve, Punit Prakash, David Thompson, Bala Natarajan, Charles Carlson, Ahmad Suliman, Shangxian Wang, Taishan Li, Kim Fowler, Ed Brokesh, Jack Xin, Wayne Piersel, Janine Kesterson, and Steve Stoffregen. "Experiences and Lessons Learned: Design Projects Intended to Aid and Quantify Children with Severe Disabilities," University of North Florida, Department of Electrical Engineering, October 25, 2016. Interactions with Dr. Juan Aceros, Dr. Mary Lundy, and other UNF faculty. Supported by the National Institutes of Health. (Invited)
- Steve Warren, Punit Prakash, David Thompson, Bala Natarajan, Charles Carlson, Ahmad Suliman, Tianyu Lin, and Shangxian Wang. "NSF GARDE Project: Overview and Next Steps," KSU Student Chapter of the IEEE Engineering in Medicine and Biology Society, KSU College of Engineering, March 7, 2016. (Invited)
- Warren, Steve, Punit Prakash, and David Thompson. "Technology for Successful Aging," Meadowlark Hills Advisory Board, Meadowlark Hills Retirement Community, Manhattan, KS, November 11, 2014. (Invited)
- Warren, Steve. "Biomedical Research in the K-State Department of Electrical & Computer Engineering: Wearable Wireless Medical Devices and Applications," Combined Grand Rounds, Kansas Medical Education Foundation, Topeka, KS, October 18, 2014. (Invited)
- Warren, Steve. "Bioengineering Option in Electrical Engineering," ECE 015 – ECE Orientation, Kansas State University, Manhattan, KS, October 14, 2014. (Invited)
- Larsen, Jace, Job Shiach, and Steve Warren. "KSU Student Chapter of the IEEE Engineering in Medicine and Biology Society – Top 3 Reasons to Join EMBS," ECE 015 – ECE Orientation, Kansas State University, Manhattan, KS, September 16, 2014. (Invited)
- Warren, Steve. "Med/Bio Projects Supported by the KSU Medical Component Design Laboratory," Manhattan High School, Medical Explorers Club, Mercy Hospital Conference Room, Manhattan, KS, February 6, 2014. (Invited)

- Warren, Steve.  "Med/Bio Projects Supported by the KSU Medical Component Design Laboratory," *CIS 450 – Computer Architecture and Organization*, Department of Computing & Information Sciences, Kansas State University, November 4, 2013. (Invited)
- Warren, Steve.  "Med/Bio Projects Supported by the KSU Medical Component Design Laboratory," KSU Student Chapter of the IEEE EMBS, Kansas State University, September 19, 2013. (Invited)
- Warren, Steve, Morgan Hoffman, and Kaleb Anderson.  "KSU Student Chapter of the IEEE Engineering in Medicine and Biology Society – Top 3 Reasons to Join EMBS," ECE 015 – ECE Orientation, Kansas State University, Manhattan, KS, September 17, 2013. (Invited)
- Warren, Steve.  "Biomedical Research and Technology for a Connected World," KSU Presidential Lecture Series, Delta Kappa Gamma, Meadowlark Hills, Manhattan, KS, April 17, 2013. (Invited)
- Warren, Steve.  "Biomedical Research and Technology for a Connected World," KSU Presidential Lecture Series, Haskell Indian Nations University, Lawrence, KS, April 3, 2013. (Invited)
- Warren, Steve.  "NASA-Funded KSU Efforts to Assess/Predict Astronaut Performance," ECE 015 – New Student Assembly, Kansas State University, Manhattan, KS, November 14, 2012. (Invited)
- Warren, Steve.  "Biomedical Research and Technology for a Connected World," Meadowlark Hills Lecture Series, Sponsored by the KSU Center on Aging, Manhattan, KS, November 8, 2012. (Invited)
- Warren, Steve.  "Biomedical Research and Technology for a Connected World," KSU Presidential Lecture Series, Sports Medicine, Athletic Training, and Health Careers Class, Olathe North High School, Olathe, KS, September 27, 2012. (Invited)
- Warren, Steve.  "Biomedical Research and Technology for a Connected World," KSU Presidential Lecture Series, Life Enrichment Group, Butler Community College, El Dorado, KS, September 18, 2012. (Invited)
- Warren, Steve.  "Biomedical Device Design for a Connected Wireless World," *2012 IEEE International Conference on Computer Science and Automation Engineering (CSAE2012)*, Zhangjiajie, China, May 25-27, 2012, http://www.ieee-csae.org/keynote.asp.  Invited keynote presentation.
- Warren, Steve.  "Biomedical Device Design for a Connected Wireless World," Kansas State University Medical Component Design Laboratory, Research Overview and Recruiting Discussion, Beihang University, Beijing, China, May 23, 2012. (Invited)
- Warren, Steve.  "Biomedical Device Design for a Connected Wireless World," Kansas State University Medical Component Design Laboratory, Research Overview and Recruiting Discussion, Jiaotong University, Dalian, China, May 22, 2012. (Invited)
- Warren, Steve.  "Biomedical Research and Technology for a Connected World," KSU Presidential Lecture Series, 7th –12th Grade Gifted Student Seminar, Community Church of God, Phillipsburg, KS, March 28, 2012. (Invited)
- Warren, Steve.  "Bioengineering Option in Electrical Engineering," ECE 015 – ECE Orientation, Kansas State University, Manhattan, KS, November 8, 2011. (Invited)
- Warren, Steve.  "Wearable/Ingestible Sensors to Acquire Animal-Level State of Health in Cattle Herds," Frontiers in Multiscale Computational Modeling for Zoonotic Epidemics, Embassy Suites Kansas City Plaza, Kansas City, MO, October 11, 2011. (Invited)
- Warren, Steve.  "Biomedical Research and Technology for a Connected World," KSU Presidential Lecture Series, Gifted and AP Student Seminar, Topeka West High School, Topeka, KS, September 30, 2011. (Invited)
- Warren, Steve.  "Update on the Newly Funded NSF RAPD (GARDE) Project: KSU Senior Design Projects to Aid Heartspring Children," Heartspring, Wichita, KS, Heartspring Board Meeting, September 28, 2011. (Invited)

- Warren, Steve.  "Biomedical and Educational Research in the KSU Medical Component Design Laboratory," Kansas State University, Electrical and Computer Engineering, ECE Advisory Council Exchange, April 8, 2011. (Invited)
- Warren, Steve.  "Biomedical and Educational Research in the KSU Medical Component Design Laboratory," UMKC Student Chapter of the IEEE Engineering in Medicine and Biology Society, Department of Computer Science and Electrical Engineering, School of Computing and Engineering, University of Missouri at Kansas City, 546 Robert H. Flarsheim Hall, Kansas City, MO, 64110, March 11, 2011. (Invited)
- Warren, Steve.  "Biomedical Research and Technology for the Future," 2011 Future Cities Competition, K-State Union Forum Hall, Kansas State University, Manhattan, KS, January 15, 2011. (Invited Keynote Speaker)
- Warren, Steve.  "KSU Medical Component Design Laboratory:  Biomedical Research and Veterinary Opportunities," Information exchange with Hill's Pet Nutrition, ECE Garmin Conference Room, Kansas State University, Manhattan, KS, November 29, 2010. (Invited)
- Warren, Steve.  "Biomedical and Educational Research in the KSU Medical Component Design Laboratory," Information exchange with Robert Bestgen, ECE Garmin Conference Room, Kansas State University, Manhattan, KS, November 19, 2010. (Invited)
- Warren, Steve.  "Biomedical and Educational Research in the KSU Medical Component Design Laboratory," Industrial and Manufacturing Systems Engineering Graduate Seminar, Kansas State University, Manhattan, KS, November 3, 2010. (Invited)
- Warren, Steve.  "Bioengineering Option in Electrical Engineering," ECE 015 – ECE Orientation, Kansas State University, Manhattan, KS, October 12, 2010. (Invited)
- Warren, Steve.  "Biomedical and Educational Research in the KSU Medical Component Design Laboratory," Eta Kappa Nu Student Body Meeting, Kansas State University, Manhattan, KS, September 15, 2010. (Invited)
- Warren, Steve and Jason Orr.  "KSU Student Chapter of the IEEE Engineering in Medicine and Biology Society – Top 3 Reasons to Join EMBS," ECE 015 – ECE Orientation, Kansas State University, Manhattan, KS, September 14, 2010. (Invited)
- Warren, Steve.  "Focus Areas in the KSU Medical Component Design Laboratory," Information exchange with Robert Bestgen, Information Exchange with Honeywell Federal Manufacturing and Technologies, Kansas City Plant, 2000 East 95th St., Kansas City, MO 64131-6159, August 19, 2010. (Invited)
- Warren, Steve.  "Thoughts from a Former Student, Mentee, and Colleague," Richard G. Gallagher Retirement Dinner, KSU Alumni Center Ballroom, Kansas State University, Manhattan, KS, May 7, 2010. (Invited)
- Warren, Steve.  "Biomedical Research and Education Focus Areas at Kansas State University," NSF CCLI Information Exchange, East Carolina University, Greenville, NC, December 17, 2009. (Invited)
- Warren, Steve.  "Physical Device Opportunities for the KSU/Cerner Partnership," Discussion with Adam Cross, Cerner Corporation, Kansas State University, Manhattan, KS, December 15, 2009. (Invited)
- Warren, Steve.  "Physical Device Opportunities for the KSU/Cerner Partnership," Cerner Innovation Campus, Kansas City, MO, November 20, 2009. (Invited)
- Warren, Steve.  "Intelligent Pervasive Technology Applied to Home Health Care," Discussion with Cerner Executives, Cerner Health Conference 2009, Kansas City, Missouri, October 5, 2009. (Invited)
- Warren, Steve.  "Plug-and-Play Monitoring Systems:  Thought Progression and Prototype Implementation," NSF CPS Team Information Exchange, Cerner Health Conference 2009, Kansas City, Missouri, October 5, 2009. (Invited)
- Warren, Steve.  "KSU Research in Wearable Telemonitoring Technology," Aging related research presentation for the Center on Aging, Justin Hall Room 254, Kansas State University, Manhattan, KS, March 27, 2009. (Invited)

- Warren, Steve, Daniel Andresen, Donald Gruenbacher, and Bala Natarajan. "KSU Research in Wearable Telemonitoring Technology," Information Exchange with Abhi Ray, Digital Rays, Kansas State University, Manhattan, KS, August 5, 2008. (Invited)
- Warren, Steve, Daniel Andresen, Donald Gruenbacher, and Bala Natarajan. "KSU Research in Wearable Telemonitoring Technology," Information Exchange with Colonel Wayne Parks, Great Plains Cyber Electronic University Consortium, Kansas State University, Manhattan, KS, July 9, 2008. (Invited)
- Warren, Steve. "A Partnership Toward Pervasive Health Care Delivery Environments," Program Development Exchange with Cerner Corporation, Kansas State University, May 5, 2008. Presentation and white paper. (Invited)
- Warren, Steve. "Pervasive Home Health Care Technology," KSU Epicenter Information Exchange with Dr. Tim Study, IBM Consulting Client Executive, America's Healthcare and Life Sciences, Kansas State University, January 31, 2008. (Invited)
- Warren, Steve. "Plug-and-Play Monitoring Systems: Thought Progression and Prototype Implementation," Program Development Exchange with Cerner Corporation, Kansas State University, January 23, 2008. (Invited)
- Warren, Steve. "Intelligent Pervasive Technology Applied to Home Health Care," Information Exchange with Cerner Corporation, Kansas City, MO, December 17, 2007. (Invited)
- Warren, Steve. "Trends in Personalized Health Care Technology," Graduate Seminar, Department of Industrial and Manufacturing Systems Engineering, Kansas State University, November 16, 2007. (Invited)
- Warren, Steve. "Pervasive Home Health Care Technology," Health Care Advisory Committee, Department of Industrial and Manufacturing Systems Engineering, Kansas State University, October 25, 2007. (Invited)
- Warren, Steve. "Intelligent Care Systems for the Home," KSU Student Chapter of the IEEE EMBS, Kansas State University, March 8, 2007. (Invited)
- Warren, Steve. "Home Health Monitoring Devices," UMKC Student Chapter of the IEEE, Department of Computer Science and Electrical Engineering, School of Computing and Engineering, University of Missouri at Kansas City, 546 Robert H. Flarsheim Hall, Kansas City, MO, 64110, March 6, 2007. (Invited)
- Warren, Steve. "In Pursuit of Intelligent Wearable Health Monitoring Systems," Kansas City Section of the IEEE, Wyndham Garden Hotel, Overland Park, KS, November 16, 2006. (Invited)
- Warren, Steve, Daniel Andresen, Kevin Smith, Angel Martinez, Roland Craddolph, Patrick York, Howard Erickson, Tammi Hildreth, and David Poole. "Wearable and Wireless: Distributed, Sensor-Based Telemonitoring Systems for State of Health Determination in Cattle," Information Exchange with Greatbatch, Inc., Tadtman Board Room, Alumni Center, Kansas State University, Feb. 7, 2006. (Invited)
- Warren, Steve and Emil Jovanov. "The Need for Rules of Engagement Applied to Wireless Body Area Networks," *IEEE Consumer Communications and Networking Conference*, Harrah's Las Vegas Hotel & Casino, Las Vegas, NV, January 8–10, 2006. (Invited paper/presentation.) (16% acceptance)
- Warren, Steve, Daniel Andresen, Luke Nagl, Scott Schoenig, Balakumar Krishnamurthi, Howard Erickson, Tammi Hildreth, David Poole, and Mark Spire. "Wearable and Wireless: Distributed, Sensor-Based Telemonitoring Systems for State of Health Determination in Cattle," Anatomy & Physiology Department Seminar, Kansas State University, Practice Management Center, Trotter Hall, September 27, 2004.
- Warren, Steve, Jianchu Yao, Ryan Schmitz, and Jeff Lebak. "Reconfigurable Point-of-Care Systems Designed with Interoperability Standards," *26th Annual Conference of the IEEE EMBS*, Westin St. Francis Hotel, San Francisco, CA, September 1–5, 2004, pp. 3270–3273. (Invited)
- Warren, Steve. "Wearable Medical Device Networks Designed with Interoperability in Mind," U.S. Food and Drug Administration Staff College, 9200 Corporate Blvd., Rockville, MD, November 3, 2003.

41

- Warren, Steve. "Beyond Telemedicine: Infrastructures for Intelligent Home Care Technology," *Pre-ICADI Workshop on Technology for Aging, Disability, and Independence*, The Royal Academy of Engineering, 29 Great Peter Street, Westminster, London SW1P 3LW (England), June 26-27, 2003, http://www.cise.ufl.edu/~helal/preICADI.
- Warren, Steve. "Commodity Building Blocks for Home Health Care," Community Health Council, Mercy Hospital, Manhattan, KS, September 11, 2002. Summarized in the September 2002 Community Health Council bulletin, http://www.chcnet.info.
- Warren, Steve and Ronald P. Kensek. "Monte Carlo Transport in Computer-Aided Design (CAD) Geometries," *Spatial Insider's Summit 2002*, Westminster, CO, May 13–15, 2002.
- Warren, Steve, Ruth Miller, Daniel Marcus, Thomas Barstow, Howard Erickson, David Poole, and Daniel Andresen. "Biomedical Sensor Webs for Human and Animal Monitoring," Kansas State University, February 13, 2002. Meeting with Daniel L. Schmoldt, National Program Leader for the U.S. Department of Agriculture Instrumentation and Sensors Program.
- Warren, Steve. "Bioengineering Option in Electrical Engineering," IEEE Student Chapter Meeting, Kansas State University, Manhattan, KS, October 9, 2001.
- Warren, Steve. "Beyond Telemedicine: Home Care Technologies," *Informational Meeting: Research to Aid Persons with Disabilities (RAPD)*, National Science Foundation, Arlington, VA, June 28, 2001.
- Warren, Steve. "Medical Component Confederacies and Home-Based Sensor Webs," *FDA Workshop on Home Care Technology Trends*, U.S. Food and Drug Administration, Rockville, MD, January 25, 2001.
- Warren, Steve. "Smart Health Care Technology and the Home of the Future," *Biomedical Engineering Seminar*, Department of Biomedical Engineering, University of Minnesota, Twin Cities Campus, November 30, 1999. Broadcast via UNITE instructional television.
- Warren, Steve. "The Health Care Facelift: How Telecommunications Technology, Distributed Computing, and Intelligent Medical Devices will Redefine the Patient-Physician Relationship," *Fall 1999 Seminar Series*, Department of Electrical and Computer Engineering, Wichita State University, October 22, 1999.
- Warren, Steve. "The Vital Signs of a Dynamic Engineering Curriculum," Kansas State University, Department of Electrical and Computer Engineering, April 2, 1999.
- Warren, Steve. "Radiation Transport in Complex CAD/CAM/CAE Geometries," Sandia National Laboratories, Center 6500 Management Team Briefing, March 2, 1998.
- Love, Jerry T. and Steve Warren. "The Personal Status Monitor Project," for the Warfighter Personal Status Monitor project team, Combat Casualty Care Research Program, Sandia National Laboratories, August 16, 1996.
- Warren, Steve. "Photo-Plethysmographic Signal Acquisition and Motion Artifact," Sandia National Laboratories, Center 9400 Technology Exchange Meeting, August 22, 1996.
- Warren, Steve. "Pulse Oximetry Measurement and Motion Artifact," for Colonel William P. Wiesmann, Director, Combat Casualty Care Research Program (RAD II), U.S. Army Medical and Research Material Command, June 17, 1996.
- Warren, Steve. "Burn Depth Measurement," for Colonel William P. Wiesmann, Director, Combat Casualty Care Research Program (RAD II), U.S. Army Medical and Research Material Command, June 17, 1996.
- Warren, Steve. "Model Based Design at Sandia National Laboratories," The University of Texas at El Paso, *MFG 390 – Special Topics in Manufacturing*. El Paso, TX, October 25, 1994.
- Warren, Steve. "Agile Product Realization at Sandia National Laboratories," *Chesapeake Electronics Show*, Holiday Inn, Greenbelt, MD. October 13, 1994.
- Warren, Steve. "Combined Ultrasound and Fluorescence Spectroscopy for Physico-Chemical Imaging of Atherosclerosis," Los Alamos National Laboratory, Chemical and Laser Sciences Division. Los Alamos, New Mexico, February 24, 1994.

- Warren, Steve.  "Combined Ultrasound and Fluorescence Spectroscopy for Physico-Chemical Imaging of Atherosclerosis," Sandia National Laboratories, Program Development Department. Albuquerque, New Mexico, January 23, 1994.

**OTHER PRESENTATIONS**

- Warren, Steve, Punit Prakash, David Thompson, Bala Natarajan, Charles Carlson, Daniel Andresen, John Hatcliff, Thomas Barstow, Carl Ade, and Howard Erickson. "Human and Animal Biomedical Research in the KSU Medical Component Design Laboratory," KSU/NBAF Biomedical Collaboration Meeting, Kansas State University, College of Engineering, Manhattan, KS, March 29, 2019.
- Steve Warren, Punit Prakash, David Thompson, Bala Natarajan, Charles Carlson, and Don Gruenbacher. "A Snapshot of KSU ECE Endeavors with National Instruments Toolsets," Igor Alvarado, National Instruments, Kansas State University, College of Engineering, Manhattan, KS, February 21, 2019.
- Carlson, Charles, Ahmad Suliman, and Dong Ren. "Bed-Based Unobtrusive Sleep Quality Monitoring," General Meeting, Kansas State University Student Chapter of the IEEE Engineering in Medicine and Biology Society, KSU College of Engineering, February 12, 2019.
- Ren, Dong, Charles Carlson, and Steve Warren. "Algorithm to Differentiate the Pulse Rates of Two individuals that Share a Sensor-Laden Bed," *Research and the State*, Kansas State university, November 8, 2018.
- Steve Warren, David Thompson, Charles Carlson, and Dong Ren. "KSU Biomedical Engineering Program Overview," Shawnee Mission School District, Biotechnology Signature Program STEM Visit, Kansas State University, Department of Electrical & Computer Engineering, Manhattan, KS, November 1, 2018.
- Carlson, Charles and Ahmad Suliman. "Overview of the GARDE Project," General Meeting, Kansas State University Student Chapter of the IEEE Engineering in Medicine and Biology Society, KSU College of Engineering, October 8, 2018
- Carlson, Charles, Ahmad Suliman, Alaleh Alivar, Punit Prakash, David Thompson, Bala Natarajan, and Steve Warren. "A Pilot Study of an Unobtrusive Bed-Based Sleep Quality Monitor for Severely Disabled Autistic Children," K-State GRAD Forum, Kansas State University, Regnier Hall, College of Architecture, March 29, 2018.
- McKittrick, Andrew, Shangxian Wang, Charles Carlson, Punit Prakash, David Thompson, Bala Natarajan, Wayne Piersel, Janine Kesterson, Steve Stoffregen, and Steve Warren. "Enuresis Detection Using Thermal Sensing Methods," Kansas State University, College of Engineering, Undergraduate Research Poster Forum, April 26, 2018. Poster presentation.
- Washington, Derrius, Charles Carlson, and Steve Warren. "Improving Sleep Quality for Children with Autism Spectrum Disorder," Developing Scholars Poster Forum, Kansas State University, K-State Union Ballroom, April 15, 2018.
- Carlson, Charles, Alexandra Lyle, Jake Chappell, Mariah Brown, Brie Phillips, and Steve Warren. "The KSU Student Chapter of the IEEE Engineering in Medicine and Biology Society," Engineering Scholars Day, KSU College of Engineering, Manhattan, KS, October 24, 2017.
- Wang, Shangxian, Charles Carlson, Punit Prakash, David Thompson, Bala Natarajan, Wayne Piersel, Rachel Boulivard, Steve Stoffregen, and Steve Warren. "Enuresis Detection Via Thermocouple Data Analysis," Kansas State University, College of Engineering, Undergraduate Research Poster Forum, April 27, 2017. Poster presentation.
- Carlson, Charles and Ahmad Suliman. "Unobtrusive Bed Based Ballistocardiogram Monitor for Severely Disabled Autistic Children," Kansas State University, College of Engineering, Open House, March 31 – April 1, 2017.
- Warren, Steve. "Biomedical Research in the K-State Department of Electrical and Computer Engineering: Wearable Wireless Medical Devices and Applications," Kansas State University, Electrical & Computer Engineering, August 29, 2016. Information exchange with KSU Animal Sciences.

43

- Ortega, Martin, Steve Warren, and Charles Carlson. "Ambient Sensor Research for Sleep Quality Environmental Assessment," Research Immersion: Pathways to STEM (RiPS) Poster Session, KS-LSAMP Program, -Kansas State University, Union Ballroom, July 27, 2016.
- Wang, Shangxian, Taishan Li, Charles Carlson, Punit Prakash, David Thompson, Bala Natarajan, Wayne Piersel, Janine Kesterson, Steve Stoffregen, and Steve Warren. "Enuresis Detection Using Thermal Sensing Methods," Kansas State University, College of Engineering, Undergraduate Research Poster Forum, April 15, 2016. Poster presentation.
- White, Austin, Charles Carlson, and Steve Warren. "Electrodermal Activity," Kansas State University, College of Engineering, Undergraduate Research Poster Forum, April 15, 2016. Poster presentation.
- Carlson, Charles, Ahmad Suliman, Punit Prakash, David Thompson, and Steve Warren. "Sensor Beds for Tracking Sleep in Severely Disabled Children," Kansas State University, Electrical & Computer Engineering, General Engineering Course, March 8, 2016.
- Wang, Shangxian, Charles Carlson, Punit Prakash, David Thompson, Bala Natarajan, Wayne Piersel, Janine Kesterson, and Steve Warren. "Enuresis Detection by Way of Thermocouple Data Analysis," Kansas State University, College of Engineering, Undergraduate Research Poster Forum, December 3, 2015. Poster presentation.
- Warren, Steve, Punit Prakash, David Thompson, Bala Natarajan, Charles Carlson, Ahmad Suliman, Tianyu Lin, and Shangxian Wang. "NSF GARDE Project: Overview and Next Steps," Heartspring, Wichita, KS, November 13, 2015.
- Warren, Steve. "American Society for Engineering Education: Overview and KSU Involvement," Kansas State University, College of Engineering, ECE Garmin Conference Room, May 7, 2015.
- Shiach, Job, Julia Nyiro, Megan Richards, and Steve Warren. "KSU Student Chapter of the IEEE Engineering in Medicine and Biology Society," ECE Advisory Council, Kansas State University, March 27, 2015.
- Warren, Steve. "Trip Debrief: IEEE EMBC 2014, Chicago, IL," Bio/Edu Seminar, Kansas State University, Electrical & Computer Engineering, Manhattan, KS, October 15, 2014.
- Warren, Steve. "Med/Bio Projects Supported by the KSU Medical Component Design Laboratory," Meadowlark Hills Administration, KSU ECE, Manhattan, KS, August 18, 2014.
- Warren, Steve. "Med/Bio Projects Supported by the KSU Medical Component Design Laboratory," Dimensional Innovations, KSU ECE, Manhattan, KS, July 14, 2014.
- White, Austin, Sergio Ortiz, Punit Prakash, and Steve Warren. "Monitoring Nighttime Well Being of Children with Disabilities," *14th Annual Research Poster Symposium*, Kansas State University Developing Scholars Program, April 13, 2014, K-State Union Ballroom, Manhattan, KS.
- Ortiz, Sergio, Austin White, Punit Prakash, and Steve Warren. "Using Commercial Tools to Validate a Bed Sensor Suite for Nighttime Monitoring of Severely Disabled Children," *14th Annual Research Poster Symposium*, Kansas State University Developing Scholars Program, April 13, 2014, K-State Union Ballroom, Manhattan, KS.
- Luan, Shiwei and Steve Warren. "Modularized PCA Pump Design," KSU Engineering Scholars Day, KSU College of Engineering, Manhattan, KS, October 30, 2013.
- Anderson, Kaleb and Steve Warren. "KSU Student Chapter of the IEEE Engineering in Medicine and Biology Society," ECE Advisory Council, Kansas State University, April 5, 2013.
- Warren, Steve, Xiongjie Dong, Chen Jia, and Tianyu Lin. "Biomedical Devices for Space Applications," Bioengineering Session, E3 Workshop for Science Teachers Hosted by the KSU College of Engineering, Manhattan, KS, Bette Grauer, Organizer, May 30, 2013.
- College of Engineering Open House, Kansas State University, Manhattan, KS, April 19–20, 2013. NASA EPSCoR and NASA Crew Performance Projects.
- White, Austin, Hannah Gray, Steve Warren, Wen Song, Kaleb Anderson, Gregory Nitcher, and Neelou Hadavandifard. "Monitoring Night-Time Well Being of Disabled Children at

Heartspring," *13ᵗʰ Annual Research Poster Symposium*, Kansas State University Developing Scholars Program, April 21, 2013, K-State Union Ballroom, Manhattan, KS.

- Gray, Hannah, Steve Warren, Punit Prakash, Wen Song, Kaleb Anderson, Gregory Nitcher, Austin White, and Neelou Hadavandifard. "Bed Sensor Suite Project: Nighttime Wellness Monitoring for Children at Heartspring," *13ᵗʰ Annual Research Poster Symposium*, Kansas State University Developing Scholars Program, April 21, 2013, K-State Union Ballroom, Manhattan, KS.

- Garman, Kevin, Timothy Gustafson, James Thoennes, Punit Prakash, and Steve Warren. "Weight Distribution Analysis for Patients Targeted with Unilateral Lower-Limb Orthotics or Prosthetics," *13ᵗʰ Annual Research Poster Symposium*, Kansas State University Developing Scholars Program, April 21, 2013, K-State Union Ballroom, Manhattan, KS.

- Warren, Steve. "Biomedical and Educational Research in the KSU Medical Component Design Laboratory," Suman Saripalli, KalScott Engineering, Intellispeak, Kansas State University, Electrical & Computer Engineering, April 9, 2013.

- Warren, Steve. "Biomedical and Educational Research in the KSU Medical Component Design Laboratory," Jim Baxendale, Whiteboard to Boardroom Regional Commercialization Program, UMKC Innovation Center, Kansas State University, Electrical & Computer Engineering, March 7, 2013.

- Kuhn, Bill, Amelia Hodges, Xiongjie Dong, and Steve Warren. NASA Project Overview, ECE Department, Engineering Scholarship Day, February 15, 2013.

- Li, Kejia Li, Xiongjie Dong, Dana Gude, Chenyu Zheng, Devon Krenzel, Steve Warren, and Don Gruenbacher. Bioengineering Session, E3 Workshop for Science Teachers Hosted by the KSU College of Engineering, Bette Grauer, Organizer, May 31, 2012.

- Barstow, Tom, Carl Ade, Ryan Broxterman, Steve Warren, Dana Gude, Wen Song, Tommy Nelson, Dale Schinstock, and Tim Mourlam. "KSU Research Update: Standardized "Pre-Flight" Exercise Tests to Predict Performance During Extravehicular Activities in a Lunar Environment," KSU Student Chapter of the IEEE EMBS, KSU College of Engineering, April 5, 2012.

- Warren, Steve and Timothy Gustafson. "KSU Student Chapter of the IEEE Engineering in Medicine and Biology Society," EECE Advisory Council, Kansas State University, March 30, 2012.

- Warren, Steve. "Kansas State University Department of Electrical & Computer Engineering," KSU Electrical & Computer Engineering, March 27, 2012. Information exchange with National Instruments (Robert Canik, Brian Platt, Mark Troutfetter, and Jim Schwartz).

- Krenzel, Devon, Steve Warren, Bala Natarajan, and Gurdip Singh. "Cerner Slips and Falls Project," Manhattan, KS, March 1, 2012.

- Warren, Steve, Dana Gude, Tommy Nelson, Wen Song, Devon Krenzel, and Kejia Li. "Standardized "Pre-Flight" Exercise Tests to Predict Performance During Extravehicular Activities in a Lunar Environment - KSU Electrical & Computer Engineering Activity Summary," NASA HRP Mid-Contract Review, Kansas State University, Electrical & Computer Engineering, January 26, 2012.

- Warren, Steve. "Biomedical and Educational Research in the KSU Medical Component Design Laboratory," Kim Fowler, Kansas State University, Electrical & Computer Engineering, November 14, 2011.

- Warren, Steve. "Service Design Projects Sponsored by the IEEE EMBS Student Chapter at Kansas State University", Gerontology Alumni Open House, Meadowlark Hills, Manhattan, KS, October 28, 2011.

- Warren, Steve. "Biomedical and Educational Research in the KSU Medical Component Design Laboratory," Carl Mayer and Chris Justice, RBC Medical Innovations, Kansas State University, Electrical & Computer Engineering, October 27, 2011.

- Warren, Steve, Caterina Scoglio, Bala Natarajan, Noel Schulz, and Sanjoy Das. "Kansas State University Department of Electrical & Computer Engineering," The University of Texas at

Austin, Department of Electrical Engineering, Engineering and Science Building, October 3,
2011.  Recruiting presentation for the ECE open position.

- "Biosensor Networks and Telecommunication Subsystems for Long-Duration Missions, EVA
  Suits, and Robotic Precursor Scout Missions - Coordinated Research Spanning Early-Stage
  Innovations through Game Changing Technologies," Kansas State University, Electrical &
  Computer Engineering, September 16, 2011.  NASA EPSCoR project presentation/discussion
  with Steve Bowen, NASA astronaut.
- Li, Kejia, Steve Warren, and John Hatcliff.  CIMIT Open House Demonstrations: "MDCF Demo
  1:  Platform-Oriented Device" and "MDCF Demo 2:  Online Reconfigurable Device," Boston,
  MA, Sept. 6-8, 2011.  "Medical Platform Oriented Device Demo" (video) at
  http://www.youtube.com/watch?v=fj-rOFNy6kk created in association with the *3rd Annual
  Medical Device Connectivity Conference and Exhibition*, Joseph B. Martin Conference Center at
  Harvard Medical School, Boston, MA, Sept. 8–9, 2011.
- Warren, Steve.  "NSF RAPD Proposal Summary & Early Thoughts Regarding KSU Senior
  Design Projects to Aid Heartspring Children," Heartspring, Wichita, KS, August 26, 2011.
- Mendenhall, Kekoa, Xiongjie Dong, and Steve Warren. "Controlling Future Devices … With
  Your Eyes?," Developing Scholars Program, College of Engineering, Kansas State University,
  April 17, 2011.
- Warren, Steve.  "Biomedical and Educational Research in the KSU Medical Component Design
  Laboratory," William Graveman, Biomedical Devices of Kansas, March 29, 2011.
- Warren, Steve.  "KSU Medical Component Design Laboratory Focus Areas," Heartspring Visit,
  Kansas State University, Electrical & Computer Engineering, September 24, 2009.
- Warren, Steve.  "KSU Medical Component Design Laboratory Focus Areas," Shulz Family Tour
  of Engineering Laboratories, Kansas State University, Electrical & Computer Engineering,
  September 23, 2009.
- *College of Engineering Open House*, Kansas State University, Manhattan, KS, April 17–18,
  2009.
  - Warren, Steve. "The Bioengineering Option in Electrical Engineering"
  - Moratto, Zachary, Tyler Kreybiel, Paul Edgington, Steve Taylor, Zane Pauls, and Zachary
    Maier, and Steve Warren. "Introduction to Computer Graphics"
  - Hoskins, Seth and Steve Warren. "Wireless Magnetic Link for a Cattle Physiology
    Monitoring Pill"
  - Li, Kejia and Steve Warren. "Wireless Pulse Oximeter"
  - Nagaraja, Ashvin, Kejia Li, Travis Upah, Kentaro Takamatsu, Chen Jia, Grant Damas, and
    Steve Warren. "Vital Sign Sensing Pad"
  - Gruber, Lucinda, Adriann Sullivan, Connor Griffith, Ethan Young, and Steve Warren. "The
    KSU Student Chapter of the IEEE EMBS"
  - Takamatsu, Kentaro and Steve Warren. "Greenhouse Monitoring Project"
- Warren, Steve, Connor Griffith, Lucinda Gruber, and Ethan Young.  "KSU Student Chapter of
  the IEEE Engineering in Medicine and Biology Society," EECE Advisory Council, Kansas State
  University, April 3, 2009.
- Hatcliff, John, Daniel Andresen, Andrew King, Sam Proctor, and Steve Warren.  "A Publish-
  Subscribe-Based Device Integration Framework," Food & Drug Administration, Rockville, MD,
  July 29, 2008.
- Bala Natarajan and Steve Warren.  "Applied Biosecurity Research in the KSU Electrical &
  Computer Engineering Department,"Kansas State University, Biosecurity Research Institute,
  Sceptor Industries, April 30, 2008.
- Rome, Nicholas.  "Reflective Pulse Oximetry:  Creation of a Recording VI," Poster Session,
  Campus Student Internship Program, Kansas State University, Fiedler Auditorium, April 23,
  2008.
- Warren, Steve.  "KSU Student Chapter of the IEEE Engineering in Medicine and Biology
  Society," EECE Advisory Council, Kansas State University, April 4, 2008.

46

- Gruenbacher, Don, Bala Natarajan, and Steve Warren. "Applied Biosecurity Research in the KSU Electrical & Computer Engineering Department,"Kansas State University, Biosecurity Research Institute, Raytheon Corporation, March 26, 2008.
- Warren, Steve. "Electrical & Computer Engineering," *DEN 160 – Engineering Concepts*, Paslay Lecture Hall, Kansas State University, March 25, 2008.
- Warren, Steve. "The Biomedical Option in Electrical Engineering," *EECE 015 – New Student Assembly*, Paslay Lecture Hall, Kansas State University, November 7, 2007.
- Warren, Steve. "Pulse Oximeter Designs in the Medical Component Design Laboratory," Medical Component Design Laboratory, Kansas State University, October 9, 2007.
- Kevin Smith, Angel Martinez, Patrick York, Roland Craddolph, Steve Warren, Daniel Andresen, Tammi Hildreth, and Howard Erickson. "Veterinary Telemonitoring for Disease Prevention in Cattle Herds," *College of Engineering Open House*, Kansas State University, Manhattan, KS, April 7–8, 2006.
- Steve Warren. "The Bioengineering Option in Electrical Engineering," *College of Engineering Open House*, Kansas State University, Manhattan, KS, April 7–8, 2006.
- Steve Warren. "The Multimedia Option in Computer Engineering," *College of Engineering Open House*, Kansas State University, Manhattan, KS, April 7–8, 2006.
- Warren, Steve and Daniel Andresen. "Human and Animal Health Monitoring," High School Programming Contest, Computing & Information Sciences, KSU Union Ballroom, Kansas State University, November 4, 2005.
- Warren, Steve. "Health Monitoring Efforts in the Medical Component Design Laboratory," Graduate Student Recruitment Fair, Kansas State University Graduate School, Oct. 14-15, 2005.
- Warren, Steve, Jianchu Yao, Kevin Smith, Jeffrey Lebak, Balakumar Krishnamurthi, and Daniel Andresen. "Embedded Monitoring Systems for Human & Animal Health Assessment," Research Experiences for Teachers Workshop, Medical Component Design Laboratory, Kansas State University, June 30, 2005.
- Steve Warren. "The Bioengineering Option in Electrical Engineering," *College of Engineering Open House*, Kansas State University, Manhattan, KS, April 8–9, 2005.
- Kevin Smith, Angel Martinez, Scott Schoenig, Patrick York, Roland Craddolph, Dominic Gelinas, Steve Warren, Daniel Andresen, Tammi Hildreth, David Poole, and Howard Erickson. "Veterinary Telemonitoring for Disease Prevention in Cattle Herds," *College of Engineering Open House*, Kansas State University, Manhattan, KS, April 8–9, 2005.
- Wareing, Austin and Steve Warren. "Optimization of Reflectance-Mode Pulse Oximeter Sensors," *College of Engineering Open House*, Kansas State University, Manhattan, KS, April 8–9, 2005.
- Schoenig, Scott, Kevin Smith, Dominic Gelinas, Balakumar Krishnamurthi, Tammi Hildreth, Howard Erickson, Mark Spire, David Poole, Daniel Andresen, and Steve Warren. "Veterinary Telemonitoring for Disease Prevention in Cattle," *Capitol Research Forum*, Capitol Building, Topeka, KS, March 1, 2005. Poster presentation.
- Yang, Yong, and Steve Warren. "Automated Homework Generation and Assessment for Engineering Courses," *College of Engineering Open House*, Kansas State University, Manhattan, KS, April 2–3, 2004. Poster presentation.
- Luke Nagl, Scott Schoenig, Balakumar Krishnamurthi, Roland Craddolph, Steve Warren, Daniel Andresen, Tammi Hildreth, David Poole, Mark Spire, and Howard Erickson. "Veterinary Telemonitoring for Disease Prevention in Cattle Herds," *College of Engineering Open House*, Kansas State University, Manhattan, KS, April 2–3, 2004. Poster presentation and equipment demonstration.
- Yao, Jianchu and Steve Warren. "Wearable and Wireless Medical Devices Designed with Interoperability Standards," *College of Engineering Open House*, Kansas State University, Manhattan, KS, April 2–3, 2004. Poster presentation and equipment demonstration.
- Luke Nagl and Tammi Hildreth. "BMOO:  Bovine Mobile Observation Operation," Research Experience for Teachers seminar, Mitch Nielsen, Organizer, June 25, 2003.

- Luke Nagl, Ryan Schmitz, Jianchu Yao, Steve Warren, Ravi Kollarapu, Daniel Andresen, Tammi Hildreth, David Poole, and Howard Erickson.  "Veterinary Telemonitoring for Disease Prevention in Cattle Herds," *College of Engineering Open House*, Kansas State University, Manhattan, KS, March 28–29, 2003.  Poster presentation.
- Warren, Steve.  "Telemedicine Project Overview," Telemedicine and Advanced Technology Research Center, U.S. Army Medical Research and Materiel Command, Fort Detrick, Frederick, MD, March 19, 1999.
- Warren, Steve.  "Telemedicine Vision and Project Summary," Sandia National Laboratories, For Gerry Yonas, Vice President - Systems, Science, and Technology Division, February 15, 1999.
- Warren, Steve.  "Portable Owner-Aware Biometric Access Control Device," Sandia National Laboratories LDRD Surety Review, July 22, 1998.
- Warren, Steve, Ronald P. Kensek, and Leonard J. Lorence.  "ITS-ACIS:  Radiation Transport in CAD/CAM/CAE Geometries," Sandia National Laboratories, Quarterly Meeting of the Neutron Generator Hostile Environment Project, April 22, 1998.
- Sill, Anthony E. and Steve Warren.  "The Role of Technology in Reducing Health Care Costs," Sandia National Laboratories, February 19, 1998.
- Warren, Steve.  "Model Based Design in Defense Systems:  High-Fidelity Electromagnetic Analysis," Boeing Aerospace.  Satellite link video conference, March 28, 1995.
- Warren, Steve.  "Model-Based Design at Sandia National Laboratories," Ansoft Corporation, Pittsburgh, PA, February 21, 1995.
- Warren, Steve.  "Distress Monitor Conceptual Review:  Requirements and Theory," Sandia National Laboratories, September 26, 1994.
- Warren, Steve, and Randall B. Smith.  "Virtual Prototyping at Sandia National Laboratories," Workshop on U.S. Electronics Manufacturing, National Electronics Manufacturing Initiative, Georgetown University, Washington, D.C., July 25, 1994.

## INVITED WORKSHOPS/MEETINGS
- **Information Exchange with John Hrynuk**, U.S. Army Research Laboratory, Kansas State University, College of Engineering, Manhattan, KS, April 23, 2019.
- **Information Exchange with Dr. Steve Kappes, Dr. Beth Lautner, Diana Whipple, and Dr. Pat Glas**, U.S. Department of Agriculture, KSU/NBAF Biomedical Collaboration Opportunities, Kansas State University, College of Engineering, Manhattan, KS, March 29, 2019.
- **Information Exchange with Igor Alvarado**, National Instruments, KSU College of Engineering, Manhattan, KS, February 21, 2019.
- **Information Exchange with Igor Alvarado**, National Instruments, KSU College of Engineering, Manhattan, KS, February 21, 2019.
- **Information Exchange with Dr. Steve Eckels**, KSU Mechanical & Nuclear Engineering, Manhattan, KS, February 6, 2017.
- **Information Exchange with Dr. Tim Rozell and Dr. Ashley Rhodes**, KSU Animal Sciences, Manhattan, KS, January 30, 2017.
- **Information Exchange with Netsmart**. KSU College of Engineering, November 14, 2016.
- **Information Exchange with Dr. Lindsey Hulbert**, KSU Animal Sciences, Manhattan, KS, August 29, 2016.
- **Information Exchange with SORA Medical,** Kansas State University, Olathe Campus, Olathe, KS, April 27, 2016. Opportunities related to the SORA Medical ApolloMED clinician app.
- **Information Exchange with i3D Plus,** Salina, KS, June 7, 2015. True 3D imaging technology and biomedical applications.
- **Information Exchange with Dennis and Malinda Dillman,** KSU ECE Department, September 30, 2014. KSU NASA projects.
- **Healthcare Robotics Expert Panel,** Kansas City Chapter of the IEEE EMBS, Embassy Suites, Overland Park, KS, September 11, 2014. K-State Salina, K-State Manhattan, Pittsburg State University.

- **Information Exchange with Meadowlark Hills,** Meadowlark Hills Retirement Community, July 16, 2014; August 4, 2014; August 18, 2014.
- **Information Exchange with Kevin Rooney, Dimensional Innovations,** KSU ECE Department, July 14, 2014.
- **Information Exchange with National Instruments,** KSU ECE Department, September 24, 2013.
- **Information Exchange with KalScott Engineering,** KSU ECE Department, April 9, 2013.
- **Information Exchange with National Instruments,** KSU ECE Department, April 2, 2013.
- **Information Exchange with Jim Jaax,** KSU ECE Department, March 29, 2013.
- **Information Exchange with UMKC Innovation Center,** KSU ECE Department, March 7, 2013.
- **NSF RAPD Design Project Reviews,** KSU ECE Department, October 9, 2012.
- **Information Exchange with National Instruments,** KSU ECE Department, March 27, 2012.
- **Information Exchange with SANY Corporation,** Changsha, China, May 29, 2012.
- **Information Exchange with Beihang University**, Beijing, China, May 23, 2012.
- **Information Exchange with Jiaotong University**, Dalian, China, May 22, 2012.
- **Mid-Contract Review**, NASA Johnson Space Center (Linda Loerch, Lori Ploutz-Snyder, and Jeffrey Ryder), KSU ECE Department, January 24, 2012.
- **Information Exchange with Kim Fowler,** KSU ECE Department, November 14, 2011.
- **Information Exchange with Carl Mayer and Chris Justice, RBC Medical Innovations,** KSU ECE Department, October 27, 2011.
- **Information Exchange with Michael Duncan, NASA Flight Surgeon,** KSU ECE Department, September 30, 2011.
- **Information Exchange with Steve Bowen, NASA Astronaut,** KSU ECE Department, September 16, 2011.
- **Information Exchange with Colorado Engineering,** KSU ECE Department, May 23, 2011.
- **Information Exchange with William Graveman, Biomedical Devices of Kansas**, KSU ECE Department, March 29, 2011.
- **Information Exchange with Hill's Pet Nutrition**, KSU ECE Department, November 29, 2010.
- **Information Exchange with Robert Bestgen**, KSU ECE Department, November 19, 2010.
- **Information Exchange with Black & Veatch**, KSU ECE Department, September 29, 2010.
- **Information Exchange with Honeywell**, Honeywell Federal Manufacturing and Technologies, Kansas City Plant, 2000 East 95th St., Kansas City, MO 64131-6159, August 19, 2010.
- **Funding Opportunities with Cerner Corporation**, Cerner Innovation Campus, Kansas City, MO, November 20, 2009.
- **Information Exchange with Heartspring Corporation**, KSU ECE Department, September 24, 2009.
- **Medical Component Design Laboratory Overview**, Heartspring, KSU ECE Department, September 24, 2009.
- **Medical Component Design Laboratory Overview**, Kirk Shulz Family Tour, KSU Engineering Laboratories, September 23, 2009.
- **Advisory Council Exchange with Heartspring**, Heartspring Campus, Wichita, KS, April 6, 2009.
- **Information Exchange with Rick McMullen**, Kansas University Director of Research Computing, Medical Component Design Laboratory, January 21, 2009.
- **MDBus Dialogue with Cerner Corporation**, 236 Nichols Hall, Kansas State University, December 17-18, 2008.
- **KSU Engineering Research Focus Meeting**, Edwards Conference Room, Fiedler Hall, Kansas State University, Manhattan, KS, September 2, 2008.  Research investment areas for the KSU College of Engineering.

- **Opportunity Discussion with Digital Rays** (Abhi Ray, CEO), KSU Health IT Working Group, KSU Lafene Health Center, and Meadowlark Hills, Manhattan, KS, August 5, 2008. Opportunities related to Manhattan as a home base for the Digital Rays company.
- **Project Discussion with Meadowlark Hills Retirement Community** (Steve Shields, CEO) **and Elite Care**, Manhattan, KS, July 29, 2008.  Discussion regarding the requirements for the implementation of a home care and medical information system at Meadowlark Hills.
- **Information Exchange with Colonel Wayne Parks**, Great Plains Cyber Electronic University Consortium, Kansas State University, Manhattan, KS, July 9, 2008.
- **Information Exchange with Meadowlark Hills Retirement Community** (Steve Shields, CEO), Manhattan, KS, May 19, 2008.
- **Information Exchange with the Kansas Foundation for Medical Care** (KFMC, Larry Pitmann, President and CEO) **and Lead Horse Technologies**, (Junction City, KS), Kansas State University, May 8, 2008.
- **Information Exchange with Cerner Corporation and Meadowlark Hills**, Kansas State University, Health IT Working Group, May 5, 2008.
- **Information Exchange with Sceptor Industries**, Kansas State University, Biosecurity Research Institute, April 30, 2008.
- **Information Exchange with Raytheon Corporation**, Kansas State University, Biosecurity Research Institute, March 26, 2008.
- Meeting with **HeartSpring** in Wichita, KS, March 14, 2008.  Discussions regarding sensor fusion and the assessment of health and behavior in severely disabled children.
- **Architecture Dialogue with Cerner Corporation**, 236 Nichols Hall, Kansas State University, January 22-24, 2008.
- **Information Exchange for Possible Health Care Joint Ventures**, Rebecca S. MacKinnon and Michie P. Slaughter, 102 Fairchild Hall, Kansas State University, January 22, 2008.
- **Information Exchange with Cerner Corporation**, Kansas City, MO, December 17, 2007. Potential KSU-Cerner collaborations.
- **Health Care Advisory Committee Meeting**, Department of Industrial and Manufacturing Systems Engineering, Edwards Conference Room, Kansas State University, October 25, 2007.
- Host for Robert Wald, Professional Performance Award, **Seaton Society Banquet**, October 21–22, 2006.
- Meeting with **HeartSpring** in Wichita, KS, June 13, 2006.  Discussions regarding how technology can help children that have severe mental and physical disabilities.
- **Meeting with the Provost and Associate Provost**, February 28, 2006.  Lunch meeting to discuss research opportunities and barriers.
- **Leadership Appreciation Reception**, Blue Key Honor Society, Beach Museum of Art, January 31, 2006.
- **NSF IGERT Workshop**, Wichita State University, November 14, 2005.
- Trip to **Midwest Research Institute**, November 5, 2005.  Day-long meeting to discuss biosecurity work between MRI and KSU.
- **Pre-ICADI Workshop on Technology for Aging, Disability, and Independence**, The Royal Academy of Engineering, 29 Great Peter Street, Westminster, London SW1P 3LW (England), June 26-27, 2003, http://www.cise.ufl.edu/~helal/preICADI.
- **Information Meeting.  Research to Aid Persons with Disabilities**, National Science Foundation, Arlington, VA, June 28-29, 2001.
- **FDA Workshop on Home Care Technology Trends**, U.S. Food and Drug Administration, Rockville, MD, January 25, 2001.
- Warren, Steve.  "The Health Care Facelift:  How Telecommunications Technology, Distributed Computing, and Intelligent Medical Devices will Redefine the Patient-Physician Relationship," **Four-hour short course on smart health care technology** prepared for the Department of Biomedical Engineering, University of Minnesota, Twin Cities Campus, December 1, 1999.

- **Workshops on Future Medical Devices:  Home Care Technologies for the 21st Century**.  Sponsored by the National Science Foundation, the Catholic University of America, and the Food and Drug Administration.  Mini-Workshop:  Center for Devices and Radiological Health (CDRH), Rockville, MD, December 6-7, 1998.  Full Workshop:  Department of Health and Human Services (DHHS), Rockville, MD, April 7-9, 1999.  Committee Chair:  **Smart Devices and the Home of the Future**.  Smart devices and advanced technologies (civilian and government) that the National Science Foundation should fund through 2010.
- **Texas A&M Program Development Meetings** with Upper Management at Sandia National Laboratories, December 11, 1998.  Discussions with Jim Wall, Ph.D., Director of Computing and Information Technology, TEES Texas Center for Applied Technology.  Information architecture and surety needs for telemedicine systems used for home health and emergency response.
- **High-Performance Healthcare**.  HOLON ATP Program Review sponsored by the Koop Foundation, University of Maryland Shady Grove Conference Center, Rockville, MD, June 17-18, 1998.  Internet and security technology dedicated to remote health care delivery.
- **Computational Science Initiative** Workshop, Department of Energy, Office of Energy Research, Lawrence Berkeley National Laboratory Office in Washington, D.C., Jan. 28-29, 1998.  Fiscal year 2000 initiative for advanced computation in the Department of Energy.
- **Army Natick Research, Development & Engineering Center** Program Summary, Sandia National Laboratories, Albuquerque, NM, February 26, 1998.  Battlefield monitoring of soldier state-of-health and chemical-biological preparedness.
- Dr. John Rather, Director of Innovative Development, **Karmanos Cancer Institute**, Meeting with Upper Management of Sandia National Laboratories, August 28-29, 1997.  The need for the national laboratories to apply substantial computational resources to high-resolution body imaging and subsequent cancer prevention.
- **Workshop on Lower Limb Prosthetics**, Co-sponsored by the National Center for Medical Rehabilitation Research (NCMRR), and National Institute of Child Health & Human Development, the National Institute of Health (NIH), and Sandia National Laboratories, Sandia National Laboratories, Albuquerque, NM, November 8-10, 1995.  Technologies for assisted living.

## INVITED SPEAKERS

- Fattahi, Niloufar, Kansas State University, "Screening Diffusive, Antagonistic Bacterial Interactions Using Photoreleasable Hydrogels," Kansas State University, KSU IEEE EMBS Student Chapter, Engineering Hall Room 0093, April 25, 2019.
- Juan Aceros, University of North Florida, "Adaptive Toys, Neurodevelopment, and Play," Kansas State University, Electrical & Computer Engineering Distinguished Lecture Series, KSU IEEE EMBS Student Chapter, Fiedler Hall Room 1109, April 17, 2019.
- Juan Aceros, University of North Florida, "Neural System Development and Play," Kansas State University, *ECE 571 – Introduction to Biomedical Engineering*, Rathbone Hall Room 1052, April 17, 2019.
- Andres Martinez, Vanderbilt University, "Control of Powered Lower-Limb Prostheses and Exoskeletons," Kansas State University, *ECE 571 – Introduction to Biomedical Engineering*, Rathbone Hall Room 1052, March 29, 2019.
- Andres Martinez, Vanderbilt University, "Center for Rehabilitation Engineering and Assistive Technology," Kansas State University, KSU IEEE EMBS Student Chapter, Engineering Hall Room 0093, March 28, 2019.
- Adam Dear, Biosense Webster, Kansas State University, *BME 200 – Introduction to Biomedical Engineering*, Engineering Hall Room 3099, October 26, 2018.
- John Lyle. "Experiences with an Implanted Defibrillator," Kansas State University, KSU IEEE EMBS Student Chapter, Engineering Hall Room 0093, October 25, 2018.

- Dr. Paul Citron, National Academy of Engineering, "Medical Devices: Saving and Improving Lives," Kansas State University, *BME 200 – Introduction to Biomedical Engineering*, Engineering Hall Room 0093, September 28, 2018.
- Craig Griffith, IEEE Client Services Manager. "Introduction to IEEE," Kansas State University, *BME 200 – Introduction to Biomedical Engineering*, KSU IEEE EMBS Student Chapter, Engineering Hall Room 0093, September 26-27, 2018.
- Donald Radke, Heartland O&P, Inc., "Life with a Prosthetic," Kansas State University, KSU IEEE EMBS Student Chapter, Engineering Hall Room 0093, September 12, 2018.
- Larry Snyder, KSU Veterinary Medicine, "Stem Cell Therapy in Veterinary Medicine," Kansas State University, KSU IEEE EMBS Student Chapter, Engineering Hall Room 3099, March 28, 2018.
- Tyrone Monroe, Hangar Prosthetics and Orthotics, "Prosthetic Design and Manufacturing," Kansas State University, KSU IEEE EMBS Student Chapter, Engineering Hall Room 3099, March 15, 2018.
- Adam Dear, Biosense Webster, Kansas State University, KSU IEEE EMBS Student Chapter, Engineering Hall Room 3099, April 24, 2018.
- Carl Ade, KSU Kinesiology, "How Human Spaceflight Has, and Will, Advance Medicine," Kansas State University, KSU IEEE EMBS Student Chapter, Engineering Hall Room 3099, February 8, 2018.
- Zollman, Dean. "KSU Center for Research and Innovation in STEM Education (CeRISE)," Seminar sponsored by the KSU College of Engineering and the American Society for Engineering Education, Engineering Hall Room 0093 (Phase IV), April 26, 2016.
- Yang, Lydia. "Fundamentals of Education-Related Research," Seminar sponsored by the KSU College of Engineering and the American Society for Engineering Education, Engineering Hall Room 0093 (Phase IV), March 29, 2016.
- Schwartz, Carole. "Ageism and Society," Kansas State University, Introduction to Biomedical Engineering Class, Rathbone Hall, April 17, 2015. 2015 K-State Global Campus Alumni Fellow, Department of Gerontology.
- Grande-Allen, Jane. "Experimental Framework for Analysis of Heart Valve Mechanobiology," Kansas State University, College of Engineering, February 11, 2015.  Sponsored by the KSU Student Chapter of the IEEE Engineering in Medicine & Biology Society, the KSU Student Chapter of the IEEE, and the KSU Department of Electrical & Computer Engineering.
- Grande-Allen, Jane. "Heart Valve Mechanics," Kansas State University, *ECE 571 – Introduction to Biomedical Engineering*, February 11, 2015.
- Cox, Jessica.  "Think Outside the Shoe," Kansas State University, College of Engineering, November 6, 2013.  Sponsored by the KSU Student Chapter of the IEEE Engineering in Medicine & Biology Society, the KSU Student Chapter of the IEEE, and the KSU Department of Electrical & Computer Engineering.
- Gallagher, Richard.  "The History of Biomedical Engineering," Kansas State University, College of Engineering, October 9, 2013.  Sponsored by the KSU Student Chapter of the IEEE Engineering in Medicine & Biology Society.
- Gay, Nicholas and Sam Bruner.  Garmin Day speakers for *ECE 512 – Linear Systems*, Sept. 3, 2013.
- Prakash, Punit.  "Technologies for Non- and Minimally-Invasive Image-Guided Surgery," Kansas State University, College of Engineering, April 26, 2013.  Sponsored by the KSU Student Chapter of the IEEE Engineering in Medicine & Biology Society.
- Singleton, Gary and Riley Dutton.  "You Can Make a Difference:  The Future of Engineering and Children with Special Needs," Heartspring, Wichita, Kansas, Kansas State University, Paslay Lecture Hall, October 9, 2012.  Sponsored by the KSU Department of Electrical & Computer Engineering and the KSU Student Chapter of the IEEE Engineering in Medicine & Biology Society.

- Fowler, Kim. "Bringing a Medical Device to Market," Kansas State University, November 15, 2011. Sponsored by the KSU Department of Electrical & Computer Engineering and the KSU Student Chapter of the IEEE Engineering in Medicine & Biology Society.
- Mayer, Carl and Chris Justice. "Medical Device Development: Engineering for Life," RBC Medical Innovations, Kansas State University, October 27, 2011. Sponsored by the KSU Department of Electrical & Computer Engineering and the KSU Student Chapter of the IEEE Engineering in Medicine & Biology Society.
- Thompson, David. "Neural Interfacing," Kansas State University, October 14, 2011. Sponsored by the KSU Department of Electrical & Computer Engineering and the KSU Student Chapter of the IEEE Engineering in Medicine & Biology Society.
- Nelson, Tommy and Phillip Schumm. "EMBC 2011 and Epidemic Modeling," Kansas State University, September 26, 2011. Sponsored by the KSU Department of Electrical & Computer Engineering and the KSU Student Chapter of the IEEE Engineering in Medicine & Biology Society.
- Gustafson, Tim. "Prosthetics Technology," Kansas State University, September 9, 2011. Sponsored by the KSU Department of Electrical & Computer Engineering and the KSU Student Chapter of the IEEE Engineering in Medicine & Biology Society.
- Larson, Brian. "Software Verification and Medical Device Regulation," Kansas State University, February 11, 2011, *ECE 571 – Introduction to Biomedical Engineering*.
- Chikan, Viktor. "Magnetic Hyperthermia: Integrating Nanotechnology with Biology for Cancer Therapy," Kansas State University, November 19, 2010. Sponsored by the KSU Department of Electrical & Computer Engineering and the KSU Student Chapter of the IEEE Engineering in Medicine & Biology Society.
- Coetzee, Hans. "Use of Electronic Tools to Measure Pain in Cattle," Kansas State University, September 16, 2010. Sponsored by the KSU Department of Electrical & Computer Engineering and the KSU Student Chapter of the IEEE Engineering in Medicine & Biology Society.
- Weiss, Mark L. "Engineering Cells, Tissues, and Critters," Kansas State University, February 15, 2010. Sponsored by the KSU Department of Electrical & Computer Engineering and the KSU Student Chapter of the IEEE Engineering in Medicine & Biology Society.
- Singleton, Gary and Chris Vacek. "Technology to Improve the Quality of Life for Disabled Children," Heartspring, Wichita, Kansas, ECE Graduate Seminar, Kansas State University, September 24, 2009. Sponsored by the KSU Department of Electrical & Computer Engineering and the KSU Student Chapter of the IEEE Engineering in Medicine & Biology Society.
- Derakhshani, Reza. "Biometrics: An Introduction to Current Technologies and Future Trends," EECE Graduate Seminar, Kansas State University, October 25, 2007. Sponsored by the KSU Department of Electrical & Computer Engineering, the Midwest Section of the IEEE Engineering in Medicine & Biology Society, and the KSU Student Chapter of the IEEE Engineering in Medicine & Biology Society.
- Perkins, Leigh and David Lingerfelt. "Opportunities at Cerner Corporation," KSU Student Chapter of the IEEE Engineering in Medicine & Biology Society, Kansas State University, October 8, 2007.

## GRANTS
Total award amount since 1999: $11,893,455; ECE allocation: $4,780,360
- (Awarded) Robert and Becca Reichenberger Cornerstone Teaching Scholar, Kansas State University College of Engineering, September 1, 2019 – June 30, 2024, $47,500.
- (Declined) Zollman, Dean, Lydia Yang, Lisa Wilken, and Amy Betz. (Warren role: senior personnel) "IGE: Providing Graduate Students with Interdisciplinary Skills to Succeed in Discipline-Based Education Research," National Science Foundation, Innovations in Graduate Education (IGE) Program, 6/1/2019–5/31/2022, $499,423.

53

- (Submitted) Zacharakis, Jeffrey, Charles Rice, and Steve Warren. "IGE Leadership Development for STEM Graduate Students," National Science Foundation, Innovations in Graduate Education (IGE) Program, 7/1/2019–6/30/2022, $493,446.
- (Declined) Diaz, Eduardo, Grant Anderson, Steve Warren, and Michael Sawyer. "Incorporating 'Individual' Functional Characteristics with Bio-Sensors to Support Optimal Human Health and Performance," NASA TRISH BRASH1801 Program, 1/1/2019–12/31/2020, $390,232, (KSU: $199,274).
- (Awarded) Carlson, Charles, Ahmad Suliman, Alaleh Alivar, Punit Prakash, David Thompson, Balasubramaniam Natarajan, and Steve Warren. "A Pilot Study of an Unobtrusive Bed-Based Sleep Quality Monitor for Severely Disabled Autistic Children," *40th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hawaii Convention Center, Honolulu, HI, USA, July 17-21, 2018, KSU Graduate Student Council, July 2018, $450.
- (Awarded) Suliman, Ahmad, Charles Carlson, Punit Prakash, Steve Warren, and David Thompson. "Performance Evaluation of Processing Methods for Ballistocardiogram Peak Detection," *40th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Hawaii Convention Center, Honolulu, HI, USA, July 17-21, 2018, KSU Graduate Student Council, July 2018, $400.
- (Declined) Zollman, Dean, Steve Warren, and Lydia Yang. "NRT: Crosscutting Research in STEM Education (CRiSE): Training Graduate Students to Succeed in Discipline-Based Education Research," National Science Foundation, NSF Research Traineeship (NRT) Program, 8/1/2018–7/31/2021, $2,999,185.
- (Awarded) Betz, Amy and Emily Dringenberg. "Research Initiation: The Formation of Engineering Students' Beliefs about Intelligence," National Science Foundation, NSF EEC 1738209, Division of Engineering Education and Centers, 9/1/2017–8/31/2019, $199,995. Role: evaluator.
- (Withdrawn) Zollman, Dean, Michael Herman, Steve Warren, and Lydia Yang. "IGE: Providing Graduate Students with Interdisciplinary Skills to Succeed in Discipline-Based Education Research," National Science Foundation, Innovations in Graduate Education (IGE) Program, 6/1/2018–5/31/2021, $498,579.
- (Declined) Zacharakis, Jeffrey, Charles Rice, Andrew Wefald, and Steve Warren. "IGE Leadership Development for STEM Graduate Students," National Science Foundation, Innovations in Graduate Education (IGE) Program, 7/1/2018–6/30/2021, $499,637.
- (Submitted) Warren, Steve, Punit Prakash, David Thompson, Bala Natarajan, and Don Gruenbacher. "Netsmart/KSU Sensor Bed Effort," Netsmart Corporation, 1/15/2018–1/14/2019, $50,000.
- (Declined) Rozell, Timothy, Ashley Rhodes, and Steve Warren. "USRG: Development of Wearable Sensors to Evaluate Heat Stress in Dairy Cattle," Kansas State University, Office of the Vice President for Research, University Small Research Grant program, 7/1/2017–06/30/2018, $4,500.
- (Declined) Zollman, Dean, Lydia Yang, Steve Warren, and Michael Herman. "NRT-IGE: Providing Graduate Students with Interdisciplinary Skills to Succeed in Discipline Based Education Research," National Science Foundation, National Science Foundation Research Traineeship (NRT) Program, 6/1/2017–5/31/2020, $486,608.
- (Declined) Zacharakis, Jeffrey, Charles Rice, Andrew Wefald, and Steve Warren. "NRT-IGE Leadership Development for STEM Graduate Students," National Science Foundation, National Science Foundation Research Traineeship (NRT) Program, 7/1/2017–6/30/2020, $498,073.
- (Awarded) Grother, Ethan, Mei He, and Steve Warren. "Cautious Use of Mobile Device Cameras for Color Scale Assays," *IEEE-NIH Special Topics Conference on Healthcare Innovations and Point-of-Care Technologies* (*HI-POCT '16*), Cancun, Mexico, November 9-11, 2016. Travel award from the KSU Johnson Cancer Research Center, $870.
- (Awarded) Carlson, Charles, Ahmad Suliman, Punit Prakash, David Thompson, Shangxian Wang, Bala Natarajan, and Steve Warren. "Bed-Based Instrumentation for Unobtrusive Sleep

54

Quality Assessment in Severely Disabled Autistic Children," *38th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, Disney's Contemporary Resort, Orlando, FL, USA, August 16-20, 2016, KSU Graduate Student Council, 4/28/2016, $500.

- (Awarded) He, Mei, Steve Warren, and Matthew Campbell. "Self-Management of Ovarian Cancer Using Smartphone-Based, 3D Chip Diagnostic Strategy," Johnson Cancer Research Center, Kansas State University, 12/1/2015–11/30/2016, $30,000.

- (Declined) He, Mei, Marselina Tan, Steve Warren, Alisjahbana Bachti, Mukta Sharma, and Susan Brown. "Low-Cost iPOC$^{3D}$ Diagnostic Technology for Promoting Wireless Healthcare of Anemia in Indonesia," National Institutes of Health, NIH PAR-14-028, Mobile Health: Technology and Outcomes in Low and Middle Income Countries (R21), 10/15/2015–10/14/2017, $375,000.

- (Declined) Zollman, Dean, et al. "Center for Research and Innovation in STEM Education: CeRISE @ KSU," NSF Science and Technology Centers. Declined by KSU prior to submission to the NSF.

- (Awarded) Thompson, David (PI) and Steve Warren (Mentor). 2015-2016 K-State Mentoring Fellowship, Alfred E. Sloan Foundation, $6,000.

- (Awarded) Warren, Steve, Punit Prakash, Bala Natarajan, David Thompson, and Wayne Piersel. "GARDE: Research to Quantify the Health and Development of Children with Disabilities Around the Clock," National Science Foundation, General & Age-Related Disabilities Engineering (GARDE) Program, UNS 1512564, 8/15/2015–8/14/2018, $399,962.

- (Declined) Warren, Steve, Jianchu Yao, Sunghan Kim, and William Hageman. "EXP: Collaborative Research: A Cyber-Physical System for Electrical Engineering Education that Generates and Grades Personalized Hands-On Assignments," National Science Foundation, Cyberlearning and Future Learning Technologies (Cyberlearning) Program, 9/15/2014–9/14/2017, $324,834 (KSU) + $225,142 (ECU) = $549,976.

- (Declined) Warren, Steve, Punit Prakash, Bala Natarajan, Minyoung Suh, and Wayne Piersel. "GARDE: Research to Quantify the Health and Development of Children with Disabilities Around the Clock," National Science Foundation, General & Age-Related Disabilities Engineering (GARDE) Program, 6/15/2014–6/14/2017, $299,999.

- (Declined) Warren, Steve, Jianchu Yao, and Sunghan Kim. "Collaborative Research: Cyber-Physical Tools for the MOOC Age: Personalized Hands-On Electrical Engineering Learning Experiences for Distributed Education," National Science Foundation, EHR Core Research (ECR) Program, 1/1/2014–12/31/2016, $149,936 (KSU) + $150,063 (ECU) = $299,999.

- (Awarded) Thomson, Daniel, Lindsey Hulbert, Michael Dikeman, Christopher Reinhardt, K. Olson, John Gonzales, Steve Warren, David Renter, Steve Bartle, and Daniel Frese. "Animal Health and Animal Welfare Implications of Beta Adrenergic Agonists (BAA) in Feedlot Cattle," National Cattlemen's Beef Association (840738973), 5/1/2013–8/31/2014, $190,455.

- (Awarded) Hatcliff, John, Patrice Chalin, Robby, and Steve Warren. "FDA SIR: Risk Assessment Techniques for Apps and Devices in Interoperable Medical Device Frameworks," National Science Foundation, U.S. Food and Drug Administration, Scholars In Residence Program, 10/1/2013–9/30/2015, $104,348.

- (Declined by KSU) Rebello, N. Sanjay, Andrew G. Bennett, Eleanor Sayre, Steve Warren and Dean Zollman. "IGERT: Integrated Experiences Preparing Future Faculty in Interdisciplinary STEM Education Research," National Science Foundation, IGERT Program. Two-page summary.

- (Awarded) Hatcliff, John M., Patrice Chalin, Robby, Eugene Y. Vasserman, Steve Warren, Insup Lee, and Oleg Sokolsky. "CPS: Synergy: Collaborative Research: Trustworthy Composition of Dynamic App-Centric Architectures for Medical Application Platforms," National Science Foundation, Cyber-Physical Systems Program, CNS–1239543, 9/1/2012 – 8/31/2016, $800,000.

- (Declined) Warren, Steve, Donald Gruenbacher, Balasubramaniam Natarajan, and John Hatcliff. "SHB: Type I (EXP): Hierarchical Coordination and Computation Frameworks for

Reconfigurable Everyday-Carry Medical Devices and Body Area Networks," National Science Foundation, Smart Health and Wellbeing Program, IIS–1231767, 8/15/2012 – 8/14/2015, $600,000.

- (Accepted) Ben-Arieh, David, John Wu, Caterina Scoglio, and Steve Warren. "Operations Systems Engineering Support for the Department of Veterans Affairs MidWest Mountain Veterans Engineering Resource Center", Veterans Administration, Department of Veterans Affairs, VA Nebraska – Western Iowa Health Care System, 8/1/2011 – 7/31/2014. Inclusion on the bidding process for upcoming short-duration healthcare system tasks. Overall project amount: $500,000.
- (Declined) Li, Kejia and Steve Warren. "Everyday Carry Wireless Health Monitor with Customizable Surface Components," Center for Integration of Medicine and Innovative Technology (CIMIT), Student Prize for Technology in Primary Healthcare, submitted 5/30/2011, $150,000.
- (Awarded) Singh, Gurdip, Steve Warren, Balasubramaniam Natarajan, John Hatcliff, and Virg Wallentine. "Falls Predictor Device", Cerner Corporation, 5/1/2011 – 8/31/2012, $93,992, $139,108 with KSU match.
- (Awarded) Kuhn, William, Steve Warren, Balasubramaniam Natarajan, Don Gruenbacher, Dwight Day, Thomas Barstow, and Timothy Sobering. "Biosensor Networks and Telecommunication Subsystems for Long-Duration Missions, EVA Suits, and Robotic Precursor Scout Missions: Coordinated Research Spanning Early-Stage Innovations through Game Changing Technologies," NASA EPSCoR Program, 10/1/2011 – 6/30/2015, $1,224,635.
- (Awarded) Li, Kejia and Steve Warren. "Everyday Carry Wireless Health Monitor with Customizable Surface Components," Center for Integration of Medicine and Innovative Technology (CIMIT), Student Prize for Technology in Primary Healthcare, submitted 1/17/2011, 6/2011–5/2012, $10,000.
- (Pending) Teixeira, Rodrigo, XXXX. "Enhanced Pulse Oximetry for Neonates," National Institutes of Health, Safe and Effective Instruments and Devices for Use in the Neonatal Intensive Care Units (SBIR [R43]), RFA-HD-10-012, 6/1/2010 – 5/31/2012, $450,000. (Steve Warren – subcontractor)
- (Awarded) Hatcliff, John, Gurdip Singh, Robby, Virgil Wallentine, and Steve Warren. NSF CNS–1065887. "An Integrated Development and Certification Environment for a Medical Device Coordination Framework," National Science Foundation, U.S. Food and Drug Administration, Scholars In Residence Program, 1/1/2011–12/31/2012, $80,000.
- (Awarded) Warren, Steve, John Devore, and Balasubramaniam Natarajan. "Communication and Controls Development," Sandia National Laboratories, 10/28/2008–2/28/2011, $122,724.
- (Awarded) Hatcliff, John, Daniel Andresen, and Steve Warren. "REU: CPS: Medium: Collaborative Research: Infrastructure and Technology Innovations for Medical Device Coordination," National Science Foundation, CNS Cyber-Physical Systems (CPS) Program, 9/15/2009–8/31/2012, $12,000.
- (Declined) Warren, Steve, Jianchu Yao, and Tarek Abdel-Salam. "TUES: Interactive Technology to Facilitate Collaborative Learning in Engineering Courses," National Science Foundation, Transforming Undergraduate Education in Science, Technology, Engineering and Mathematics (TUES) Program, 1/1/2011–12/31/2012, $81,641 (KSU) + $118,356 (ECU) = $199,997.
- (Awarded) Warren, Steve, Punit Prakash, Balasubramaniam Natarajan, and Shelby Evans. "KSU Student Chapter of the IEEE EMBS as a Focal Point for Senior Design Projects to Aid Children with Disabilities," National Science Foundation, Research to Aid Persons with Disabilities Program, CBET 1067740, 8/15/2011 – 7/31/2017, $125,000.
- (Awarded) Teixeira, Rodrigo, Alton Reich, Jim Shaw, and Steve Malin. "Intelligent Data Extraction Algorithm for Pulse Oximetry," National Science Foundation, SBIR Phase II, NSF08-548: Biotech and Chemical Technologies, 6/1/2010 – 5/31/2012, $500,000. (Steve Warren – consultant)

- (Awarded) Hatcliff, John, Virg Wallentine, Robby, Daniel Andresen, Gurdip Singh, and Steve Warren. "Development of a Prototype Healthcare Intranet for Improved Health Outcomes," Massachusetts General Hospital through the National Institutes of Health NIBIB Quantum Program, 10/1/2010–8/31/2015, $475,000.
- (Awarded) Barstow, Thomas, Carl Ade, Steve Warren, and Chris Lewis. "Standardized "Pre-flight" Exercise Tests to Predict Performance During Extravehicular Activities in a Lunar Environment," Step-2 proposal, Research and Technology Development to Support Crew Health and Performance in Space Exploration Missions, NASA Human Research Program, Exploration Systems Mission Directorate, Johnson Space Center, Houston, TX, 7/1/2010–5/30/2015, $1,192,194.
- (Awarded) Warren, Steve and Jianchu Yao. NSF DUE–0942425. "CCLI: Portable Cyber-Laboratories: Virtual Instruments and Affordable Prototyping Kits to Enhance Learning and Improve Access to Electrical Engineering Education," National Science Foundation, Course Curriculum and Laboratory Improvement (CCLI) Program, 1/1/2010–12/31/2011, $111,899 (KSU) + $88,100 (ECU) = $199,999.
- Warren, Steve. Funding to support student travel to the *31st Annual Conference of the IEEE EMBS*, Minneapolis, MN, Sept. 2-6, 2009, KSU Electrical & Computer Engineering ($1000), KSU College of Engineering ($1550), $2550.
- (Awarded) Hatcliff, John, Daniel Andresen, Robby, and Steve Warren. NSF CNS–0932289. "CPS: Medium: Collaborative Research: Infrastructure and Technology Innovations for Medical Device Coordination," National Science Foundation, CNS Cyber-Physical Systems (CPS) Program, 9/1/2009–8/31/2012, $851,548.
- Zollman, Dean, Sanjay Rebello, Andrew Bennett, and Steve Warren. NSF DRL–0816207. "Investigating Trajectories of Learning & Transfer of Problem Solving Expertise from Mathematics to Physics to Engineering," National Science Foundation REESE Program, DRL–0816207, 9/1/2008–8/31/2011, $999,841.
- (Declined) "Consortium for the Infusion of Technology into Rural Care Environments," Kansas Congressional allocation for Kansas State University, 11/1/2007–10/31/2012, $20,000,000.
- (Declined) Smith, Gregory, Virgil Wallentine, Beth Unger, and Steve Warren. "Center of Innovation for Pervasive Health Information Technology," Kansas Bioscience Authority, 1/1/2008–6/30/2008, $200,000.
- (Declined) Warren, Steve, Donald Gruenbacher, Caterina Scoglio, Bala Natarajan, Gayle Doll, Shing Chang, Margaret Rys, Scott DeLoach, John Hatcliff, and Daniel Andresen. "Pervasive Biomedical Technology Alliance," Kansas State University, Targeted Excellence Program, 7/1/2008–6/30/2011, $2,000,000.
- (Declined) Bennett, Andrew, David Allen, LaVerne Bitsie-Baldwin, Kimberly Douglas, Sanjay Rebello, and Steve Warren. "Center for Quantitative Education," Kansas State University, Targeted Excellence Program, 7/1/2008–6/30/2011, $2,000,000.
- (Declined) Scoglio, Caterina, and Todd Easton. "EPICENTER: The Epidemiological Modeling and Simulation Center at Kansas State University," Kansas State University, Targeted Excellence Program, 7/1/2008–6/30/2011, $1,000,000.
- (Declined) Polson, Cheryl, Craig Beardsley, Lisa Freeman, Charlie Griffin, Curtis Kastner, Justin Kastner, Denis Medeiros, Gurdip Singh, Marty Vanier, Virgil Wallentine, and Steve Warren. "Homeland Security Studies: Development of an Interdisciplinary Collaborative Master's Degree Program," Kansas State University, Targeted Excellence Program, 7/1/2008–6/30/2013, $2,166,588.
- Warren, Steve. Funding to support student travel to the *30th Annual Conference of the IEEE EMBS*, Vancouver, British Columbia, Canada, August 20-24, 2008, KSU Electrical & Computer Engineering ($500), KSE Chemical Engineering ($400), KSU Mechanical & Nuclear Engineering ($500), KSU College of Engineering ($2272), KSU Office of Student Activities ($300), $3972.

- Hatcliff, John, Daniel Andresen, Robby, and Steve Warren.  NSF CNS–0734204.
  "Development of an Open Test-Bed for Application of Formal Methods to Medical Plug-and-
  Play Architectures," National Science Foundation, U.S. Food and Drug Administration, Scholars
  In Residence Program, 8/1/2007–7/31/2008, $64,098.
- (Declined) Erickson, Howard, Dale Blasi, Joann Kouba, and Steve Warren.  "Evaluation of Bio-
  Thermo Radio Frequency Microchips in Resting and Exercising Horses," U.S. Department of
  Agriculture, Equine Species Working Group, 10/1/2006–9/30/2008, $250,000.
- (Declined) Warren, Steve (PI), Scott Deloach, Mark Haub, Balasubramaniam Natarajan, and
  Caterina Scoglio.  "EFRI-ARESCI Preliminary Proposal: iNtelligent Occupant-Aware Home
  (iNOAH)," National Science Foundation, Emerging Frontiers in Research Innovation (EFRI)
  Program, Autonomously Reconfigurable Engineered Systems Enabled by Cyberinfrastructure
  (ARES-CI), 8/1/07–7/31/11, $1,954,047.
- (Declined) Bennett, Andrew, David Allen, LaVerne Bitsie-Baldwin, Kimberly Douglas, Sanjay
  Rebello, and Steve Warren.  "Center for Quantitative Education," Kansas State University,
  Targeted Excellence Program, 7/1/2007–6/30/2011, $2,000,000.
- Bennett, Andrew, Sanjay Rebello, and Steve Warren.  "Center for Quantitative Education,"
  Kansas State University, Targeted Excellence Program, 7/1/2006–6/30/2010, $998,498.
  Reduced to $100,000 for the period of 7/1/2006–6/30/2007.
- Martinez, Angel and Steve Warren.  "Ingestible Pill for Heart Rate and Core Temperature
  Measurement in Cattle." Travel award for the *28th Annual Conference of the IEEE EMBS*,
  Marriott at Times Square, New York City, New York, Kansas State University, August 30 –
  September 3, 2006, Graduate Student Council, 4/28/2006, $90.
- Warren, Steve.  Funding to support student travel to the *28th Annual Conference of the IEEE
  EMBS*, Marriott at Times Square, New York City, New York, August 30 – September 3, 2006,
  KSU Electrical & Computer Engineering ($2824), KSE Computing & Information Sciences
  ($500), KSU Mechanical & Nuclear Engineering ($500), $3824.
- Warren, Steve and Suzanne Dubnicka.  "Light Reflectance Signals as Biometric Authenticators
  for the Elderly," Galichia Center on Aging, 5/15/06–9/24/06, $2,000.
- Singh, Gurdip, Daniel Andresen, Scott Deloach, Balasubramaniam Natarajan, and Steve Warren.
  NSF CNS–0551626.  "CRI: An Experimentation Platform for Developing Customized, Large-Scale
  Sensor Systems," National Science Foundation, CNS Division, Computing Research
  Infrastructure, 4/1/06–3/31/09, $420,110.  Reduced by NSF to $200,000.
- (Declined) Warren, Steve (PI).  "Secure Infrastructure for Wearable Monitoring Systems
  Applied to Cardiac Rehabilitation," National Institutes of Health, Biomedical Research
  Partnerships Program, $424,982.  Subcontract within the project "Body Networks of Wearable
  Sensors for Patient Monitoring," with Emil Jovanov, Ph.D. (PI – University of Alabama in
  Huntsville), Piet de Groen, M.D. (CoPI – Mayo Clinic, Rochester, MN), Felicity Enders, Ph.D.
  (CoPI – Mayo Clinic, Rochester, MN), Bruce Johnson, Ph.D. (CoPI – Mayo Clinic, Rochester,
  MN), and Aleksandar, Milenkovic, Ph.D. (CoPI – University of Alabama in Huntsville). UAH
  2004-566, 8/1/2006–7/31/2010, $2,226,631.
- Warren, Steve (PI).  "Laptop Computer for NI ELVIS Platform Development," EECE, Student
  Equipment Fee program, $2,000, January 2006.
- Warren, Steve (PI). "SolidWorks with COSMOS – 10 Student Licenses," December 2005,
  $1850.
- (Declined) Douglas, Kimberly, et al.  "Battling the Quiet Crisis:  Building the STEM Pipeline,"
  Kansas State University, Targeted Excellence Program, 7/1/2006–6/30/2010.  (Steve Warren –
  Senior Personnel)
- Singh, Gurdip, Douglas McGregor, and James Edgar.  First year transition funds for the "Center
  for Sensors and Sensor Systems," Kansas State University, Targeted Excellence Program,
  1/1/2006–12/31/2007, $132,000.  (Steve Warren – Co-PI)
- (Declined) Sawan, Edwin, et al. (WSU); Bala Natarajan, Steve Warren, et al. (KSU); Ron Hui, et
  al. (KU), and Vasundara Varadan (UA). "IGERT:  Graduate Student Training for Research and

Healthcare," Integrative Graduate Education and Research Traineeship (IGERT) program, National Science Foundation, 7/1/2006–6/30/2009. (Steve Warren – Co-PI)

- (Declined) Singh, Gurdip, Steve Warren, Daniel Andresen, Sudharman Jayaweera, and Mark Spire.  "Human and Animal Health Monitoring: Enhancing Quality of Life and Security Through Research in Distributed, Reconfigurable Sensor Networks," National Science Foundation, Kansas NSF EPSCoR Program, 4/1/2006-3/31/2009, $2,449,319.

- Singh, Gurdip, Douglas McGregor, and James Edgar.  "Center for Sensors and Sensor Systems," Kansas State University, Targeted Excellence Program, 7/1/2006–6/30/2010, $1,500,000.  (Steve Warren – Co-PI)

- Starrett, Shelli, Anil Pahwa, and David Soldan.  "Planning Learning Environments for a More Diversified Workforce," National Science Foundation, EEC Division – Engineering Education, 1/1/06–12/31/07, $100,000.  Department Level Reform planning grant. (Steve Warren and William Kuhn – Senior Personnel)

- Andresen, Daniel, Howard Erickson, David Poole, Mark Spire, and Steve Warren.  REU Supplement to ITR–0205487. "ITR: An Infrastructure for Veterinary Telemedicine – Proactive Herd Health Management for Disease Prevention from Farm to Market," National Science Foundation, 10/1/03-9/30/09, $12,000.

- Lebak, Jeff and Steve Warren.  "HL7-Compliant Healthcare Information System." Travel award for the *10th Annual Meeting of the American Telemedicine Association*, Colorado Convention Center, Denver,  CO, April 17–20, 2005, Kansas State University, Graduate Student Council, 2/16/2005, $200.

- Warren, Steve (PI).  "Enhanced Learning Via the National Instruments LabVIEW and NI ELVIS Platforms," 12/1/2004–8/31/2007, $6,004.

- Yao, Jianchu and Steve Warren.  "A Novel Algorithm to Separate Motion Artifacts from Photoplethysmographic Signals Obtained with a Reflectance Pulse Oximeter." Travel award for the *26th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, San Francisco, CA, 9/1/04 - 9/5/04, Kansas State University, Graduate Student Council, 10/22/04, $184.

- Warren, Steve (PI). NSF BES–0440183.  REU Supplement to NSF BES–0093916. "CAREER: Beyond Telemedicine:  Realizing a Proactive Home Health Care Delivery Model Through Research and Education in Plug-and-Play Components and Novel Sensors," Faculty Early Career Development (CAREER) Program, National Science Foundation, Division of Bioengineering and Environmental Systems, 2/1/01–1/31/06, $6,000.

- Nagl, Luke and Steve Warren.  "Experiences Using WinCE PocketPCs as Computation and Data Acquisition Platforms for Ambulatory Telemonitoring."  Travel award for the *26th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, San Francisco, CA, 9/1/04 - 9/5/04, Whitaker Foundation, 7/19/04, $145.

- Krishnamurthi, Balakumar and Steve Warren.  "Experiences Using WinCE PocketPCs as Computation and Data Acquisition Platforms for Ambulatory Telemonitoring."  Travel award for the *26th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, San Francisco, CA, 9/1/04 - 9/5/04, National Science Foundation, Kansas EPSCoR Program, 7/19/04, $500.

- Warren, Steve (PI).  "iNTERFACEWARE Chameleon Licenses," 2004, $12,000.

- Lebak, Jeffrey and Steve Warren.  "HL7-Compliant Healthcare Information System for Home Monitoring." Travel award for the *26th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, San Francisco, CA, 9/1/04 - 9/5/04, National Science Foundation, Kansas EPSCoR Program, 4/27/04, $500.

- Schoenig, Scott and Steve Warren.  "Ambulatory Instrumentation Suitable for Long-Term Monitoring of Cattle Health." Travel award for the *26th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, San Francisco, CA, 9/1/04 - 9/5/04, National Science Foundation, Kansas EPSCoR Program, 4/27/04, $500.

- Yao, Jianchu and Steve Warren.  "A Novel Algorithm to Separate Motion Artifacts from Photoplethysmographic Signals Obtained with a Reflectance Pulse Oximeter." Travel award for the *26th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, San Francisco, CA, 9/1/04 - 9/5/04, National Science Foundation, Kansas EPSCoR Program, 4/27/04, $500.
- Nagl, Luke and Steve Warren.  "Experiences Using WinCE PocketPCs as Computation and Data Acquisition Platforms for Ambulatory Telemonitoring."  Travel award for the *26th Annual International Conference of the IEEE Engineering in Medicine and Biology Society*, San Francisco, CA, 9/1/04 - 9/5/04, National Science Foundation, Kansas EPSCoR Program, 4/27/04, $500.
- Andresen, Daniel, Howard Erickson, David Poole, Mark Spire, and Steve Warren.  REU Supplement to ITR–0205487. "ITR: An Infrastructure for Veterinary Telemedicine – Proactive Herd Health Management for Disease Prevention from Farm to Market," National Science Foundation, 10/1/03–9/30/09, $12,000.
- Andresen, Daniel, Howard Erickson, David Poole, Mark Spire, and Steve Warren.  ITR–0205487.  "ITR: An Infrastructure for Veterinary Telemedicine – Proactive Herd Health Management for Disease Prevention from Farm to Market," National Science Foundation, 10/1/03-9/30/09, $899,996.
- Andresen, Daniel, Steve Warren, Howard Erickson, David Poole, and Jan Sargeant.  ITR–0325921.  "ITR: Veterinary Telemedicine – Proactive Herd Health Management for Disease Prevention from Farm to Market," National Science Foundation, 10/1/02-9/30/04, $107,025.
- Bennett, Andrew and N. Sanjay Rebello.  NSF DUE–0206943 "Assessing Student Transfer and Retention of Learning in Mathematics, Physics, and Engineering," National Science Foundation, 7/15/02-7/14/07, $500,000.  (Steve Warren – Senior Personnel)
- Warren, Steve (PI). "Software Components for Research and Education," Spatial Corporation, 7/18/01–7/10/03, $58,500.
- Warren, Steve (PI). NSF BES–0093916.  "CAREER:  Beyond Telemedicine:  Realizing a Proactive Home Health Care Delivery Model Through Research and Education in Plug-and-Play Components and Novel Sensors," Faculty Early Career Development (CAREER) Program, National Science Foundation, Division of Bioengineering and Environmental Systems, 2/1/01–1/31/06.  Five-year continuing award totaling $375,000.
- Warren, Steve (PI). NSF EPS–9874732.  "Beyond Telemedicine:  Realizing a Proactive Home Health Care Delivery Model Through Research and Education in Plug-and-Play Components and Novel Sensors," National Science Foundation, Kansas EPSCoR Program, University of Kansas, 2/1/01–1/31/02.  Originally $31,750; adjusted to $5,000 upon receipt of the National Science Foundation CAREER award.
- Warren, Steve (PI). "Explore Electron Transport in a Complex Solid Model Using the Adjoint Version of ITS-CAD," Sandia National Laboratories, Albuquerque, NM, 1/20/2000–12/31/2004, $66,993.
- Warren, Steve.  IronCAD for Teaching and Research, Visionary Design Systems, 12/22/99, $4,995.

## PROGRAM DEVELOPMENT

- Interactions with University of Wisconsin - Madison faculty/staff regarding elements of their BME curriculum, Madison, WI, Oct. 26, 2018
- Interactions with Marquette faculty/staff regarding elements of their BME curriculum, Milwaukee, WI, Oct. 25, 2018
- Undergraduate degree in Biomedical Engineering, KSU College of Engineering, 2017–present.
- "Master Agreement for Research and Service Projects," Netsmart Technologies and Kansas State University, April 2017. Supplemented with a "Business Associate Subcontractor Agreement" and a "Special Intellectual Property Assignment and Confidentiality Agreement – Student Led Learning Experience."

- Nondisclosure agreement with Streamline Automation, January 20, 2010.  Subject:  analysis of reflectance pulse oximeter data to assess hemodynamic parameters noninvasively.
- Nondisclosure agreement with Orbital Outfitters, November 24, 2009.  Subject:  creation of a customized space suit replica for anti-gravity mobility and physiology experiments.
- Nondisclosure agreement with Raytheon Corporation, October 8, 2008.  Subject:  co-development of an ingestible pill for cattle health monitoring

## HONORS/SCHOLARSHIPS

- Robert and Becca Reichenberger Cornerstone Teaching Scholar, Kansas State University College of Engineering, September 1, 2019 – June 30, 2024
- 2019 Larry E. and Laurel Erickson Public Service Award, Kansas State University College of Engineering
- KSU Medical Component Design Laboratory, KSU Student Chapter of the IEEE EMBS, Best ECE Department Display, 2019 Engineering Open House, KSU College of Engineering, April 5-6, 2019
- KSU Student Chapter of the IEEE EMBS, 2019 K-State College of Engineering Outstanding Professional Student Chapter Award, KSU College of Engineering, Engineering Student Council
- KSU Student Chapter of the IEEE EMBS, 2019 E-Week Best Booth Award, KSU College of Engineering, Engineering Student Council
- KSU Student Chapter of the IEEE EMBS, 2018 K-State College of Engineering Outstanding Professional Student Chapter Award, KSU College of Engineering, Engineering Student Council
- Quality Mentoring in Undergraduate Research Award, Kansas State University Developing Scholars Program, April 2018
- Outstanding Service Award, Midwest Section of the American Society for Engineering Education, September 2017
- Promotion to Professor, Kansas State University, February 2017
- Electrocardiogram Pill for Cattle – FY2007 CISE highlight for the National Science Foundation
- 'Making a Difference' Award, Kansas State University Women in Engineering and Science Program, December 2005, October 2007
- Tenure, Kansas State University, February 2002
- Promotion to Associate Professor, Kansas State University, February 2002
- Nominated for the 2002 James L. Hollis Memorial Award for Excellence in Undergraduate Teaching, KSU College of Engineering
- Award for Excellence, Kansas State University, Engineering Student Council, Dec. 1999
- Graduate Faculty, Kansas State University, Membership and Certification, Dec. 1999
- Promotion to Principal Member of the Technical Staff, Sandia National Laboratories, Nov. 1998
- Sandia National Laboratories Individual Performance Award, Telemedicine effort, August 1997
- Sandia National Laboratories Award For Excellence, Personal Status Monitor effort, July 1997
- Engineering Honors Program, Kansas State University
- Tau Beta Pi, Eta Kappa Nu National Engineering Honoraries, Kansas State University
- Phi Kappa Phi, Golden Key National Honoraries, Kansas State University
- 1st Place - Kansas State University Open House Poster Contest, 1992
- Special Citation for Outstanding Musicianship, International Association of Jazz Educators, Wichita Jazz Festival "20" College Big Band Competition, April 26, 1991
- Certificate of Recognition, University of Missouri, Kansas City, Conservatory of Music, Kansas City Jazz Commission, 1990 Kansas City Jazz Band Festival, March 9, 1990
- Graduate Research Assistantship, The University of Texas at Austin, 6 semesters, 1992-1994
- Graduate Teaching Assistantship, The University of Texas at Austin, 2 semesters, 1991-1992
- Graduate Research/Teaching Assistantship, Kansas State University, 4 semesters, 1989-1991
- Bandsman of the Year, Kansas State University, 1986
- Dean of Engineering Scholarship, Kansas State University, 1984-1989

- Dean's Honor Roll and National Dean's List, Kansas State University, 10 semesters, 1984-1989

## COURSES TAUGHT
- **BME 001 – New Student Assembly**, Kansas State University, F18, F19
- **BME 200 – Introduction to Biomedical Engineering**, Kansas State University, F18, F19
- **DEN 398 – EMBS Learning Community**, Kansas State University, F05
- **ECE 499 – Honors Research**, Kansas State University, F99–present
- **ECE 510 – Circuit Theory I**, Kansas State University, S07, S08
- **ECE 511 – Circuit Theory II**, Kansas State University, F99, F00, F10, F16
- **ECE 512 – Linear Systems**, Kansas State University, F01, S02, F02, S03, S04, S05, S06, F06, S07, F07, S08, F08, S09, F09, S10, S11, F11, S12, F12, S13, F13, F14, F15, F16, F17, F18, F19
- **ECE 571 – Introduction to Biomedical Engineering**, Kansas State University, S00, S01, S02, S05, S06, S07, S08, S09, S10, S11, S12, S13, S14, S15, S16, S17, S18, S19, S20
- **ECE 636 – Introduction to Computer Graphics**, Kansas State University, F03, S05, S06, S09
- **ECE 690/890 – Problems in Electrical & Computer Engineering**, Kansas State University, F05, S07, S09, S12, F12, S13, F13, S14, F14
- **ECE 772 – Bioinstrumentation**, Kansas State University, F00, F01, F02, F03, F04, F05, F06, F08, F09, F11, F12, F17, F18
- **ECE 840 – Computer Engineering Methods for Analysis, Simulation, and Design**, Kansas State University, S00, S01, S03, S04

## PROFESSIONAL DEVELOPMENT
- **James R. Coffman Leadership Institute,** August 9–11, 2006, Rock Springs 4-H Center
- **Feeding and Caring For Graduate Students**, The Graduate School, Kansas State University, December 8, 2001
- **What Matters Most**, Kansas State University, April 21, 2001.  Time management and life leadership workshop sponsored by Raytheon Corporation
- Kansas State University **New Faculty Workshop,** Emporia, KS, February 17, 2001
- **Engineering LEA/RN Program**, Kansas State University, 1999-2004
- **Academic Advising**, Kansas State University, Campus Collaboration to Foster Retention, satellite teleconference, November 4, 1999
- **Management of Sandia Technical Projects**, Erica Jones Associates, Inc., Coronado Club, Albuquerque, NM, February 9-11, 1999
- **Marketing and Market Research Workshop**, sponsored by the Sandia New Ventures Program, Technology Ventures Corporation, and the Albuquerque Chamber of Commerce, Lockheed Martin Building, Albuquerque, NM, January 14, 1999
- **Structuring Group Relationships to Achieve Technical Success**.  Workshop on high-performance teams and workgroups, sponsored by Sandia National Laboratories, January 12, 1999.
- **On the Fast Track:  Recruit, Retain, Become a High-Potential Employee**, Advanced Technology and Management Programs, National Technological University, sponsored by the U.S. Chamber of Commerce, November 12, 1997
- **Seven Habits of Highly Effective People**, Covey Leadership Center, Coronado Club ZIA Room, Albuquerque, NM, January 24-26, 1995
- **Lessons in Leadership**, Covey Leadership Center, based on the book **First Things First**, Albuquerque Convention Center, Albuquerque, NM, November 16, 1994

**TECHNICAL DEVELOPMENT**

- **Hands-On Education:  The Future of Engineering Education Made Possible by Portable Electronics**, U223 Workshop, *2012 Conference of the American Society for Engineering Education*, San Antonio Convention Center, San Antonio, TX, June 10, 2012.
- **Point-of-Care Medical Device Communications**, IEEE 1073 – Medical Information Bus, Westin Galleria, Houston, TX, October 22, 2002.
- **Enhancement and Revision of the IEEE 1451.2 and 1451.5 (Smart Sensors) Standards**, May 20-21, 2002, Sensors Expo 2002, San Jose McEnery Convention Center, San Jose, CA
- **Spatial User's Conference 2002.**  Tutorial and application workshop in support of the ACIS solid modeling toolkit, May 13-15, 2002, Westminster, CO.
- **Spatial User's Conference 2000.**  Three-day tutorial and application workshop in support of the ACIS solid modeling toolkit and customer applications (i.e., the Sandia/KSU work on radiation transport through complex solid models), June 21-23, 2000, Boulder, CO.
- **Medical Applications of Sensors, Transmitters, Devices, and Instrumentation**.  3-day short course on biomedical instrumentation offered through the UCLA Extension, Department of Engineering, Information Systems, and Technical Management, Los Angeles, CA, January 31 – February 2, 2000.
- **Introduction to CORBA Programming**.  4-day short course in CORBA/C++ implementation taught by Black & White Corporation, sponsored by Sandia National Laboratories, Research Park, September 8-11, 1998.
- **Development of ACIS-Based Applications.**  Short course on the use of the ACIS geometric modeler, offered by Spatial Technology, Boulder, CO, November 25-26, 1996.
- **The Wavelet Transform and Applications**.  Short course in applied optics jointly sponsored by the Department of Electrical and Computer Engineering and the Department of Physics at New Mexico State University, May 17, 1996.
- **Electrical Modeling, Simulation, and Design of Electronic Packages**.  Class sponsored by the University of Illinois at Urbana-Champaign and North Carolina State University, Radisson Hotel, San Jose, CA, June 26-29, 1995.
- **Electrical Modeling with the Saber Circuit Simulator**.  Class Sponsored by Analogy Corporation, Beaverton, OR, January 14-17, 1995.

**SOFTWARE EXPERIENCE**

- **Office/Productivity:**  Microsoft Office, Microsoft Project, Adobe Acrobat, Lotus 123, Quattro-Pro, Graphics Workshop, Paint Shop Pro, Wordstar, TeX, LaTeX, PiCTeX, Graftool, and DesignCAD2D.
- **Computational Methods:**  MATLAB/Simulink, Derive, Maple V, Numerical Recipes in C, ACIS 3D Modeler, IronCAD, Ansoft Maxwell Eminance, LINPACK, EISPACK, ODEPACK, IMSL, 3D/Eye Trispectives Technical, Microsoft Visual C++, Borland Turbo C/C++, Microsoft Fortran, DEC Fortran, SAS, SPICE/PSPICE, Analogy Saber Circuit Simulator, and NeXT Application Builder
- **Programming Languages:**  C/C++, CORBA IDL, Pascal, Fortran, Forth, Objective C, and Basic
- **Operating Systems:**  Microsoft Windows 3.1/95/98/NT, MS-DOS, Sun Solaris, NeXT, Hewlett-Packard, and Macintosh
- Software Reviewer for *Circuits and Devices Magazine*, 1994-1995

**CONFERENCE SERVICE**

- **Associate Editor:  Theme 7 – Biomedical Sensors and Wearable Systems**, *42nd International Conference of the IEEE EMBS*, in conjunction with the 43rd Annual Conference of the Canadian Medical and Biological Engineering Society, Montréal, Québec, Canada, July 20–24, 2020.
- **Technical Program Committee Member,** *Annual Conference of the ASEE*, Montréal, Québec, Canada, June 21–24, 2020.

- **Associate Editor:  Theme 7 – Biomedical Sensors and Wearable Systems**, *41ˢᵗ International Conference of the IEEE EMBS*, CityCube Berlin, Messedamm 26, 14055 Berlin, Germany, July 23–27, 2019.
- **Technical Program Committee Member,** *Annual Conference of the ASEE*, Tampa, FL, June 16–19, 2019.
- **Associate Editor:  Theme 7 – Biomedical Sensors and Wearable Systems**, *40ᵗʰ International Conference of the IEEE EMBS*, Hilton Hawaii Village Waikiki Beach Resort, Hawaii Convention Center, Honolulu, HI, July 17–21, 2018.
- **Technical Program Committee Member,** *Annual Conference of the ASEE*, Salt Lake City, UT, June 24-27, 2018.
- **Associate Editor:  Theme 3 – Bioinstrumentation, Biosensors, and Bio-Micro/Nano Technologies**, *39ᵗʰ International Conference of the IEEE EMBS*, International Convention Center, Jeju Island, Korea, July 11–15, 2017.
- **Technical Program Committee Member,** *2017 ASEE Midwest Section Conference*, Stillwater, OK, September 24-26, 2017.
- **Chair,** *2016 ASEE Midwest Section Conference*, Manhattan, KS, September 25-27, 2016.
- **Technical Program Committee Member,** *Annual Conference of the ASEE*, New Orleans, LA, June 26-29, 2016.
- **Technical Program Committee Member,** *2016 ASEE Midwest Section Conference*, Manhattan, KS, September 25-27, 2016.
- Manuscript Review, *Annual Conference of the ASEE*, 2016
- **Associate Editor:  Theme 3 – Bioinstrumentation, Biosensors, and Bio-Micro/Nano Technologies**, *38ᵗʰ International Conference of the IEEE EMBS*, Disney's Contemporary Resort, Orlando, FL, August 16–20, 2016.
- **Technical Program Committee Member,** *2015 ASEE Zone III Conference*, Springfield, MO, September 23-25, 2015.
- **Associate Editor:  Theme 3 – Bioinstrumentation, Biosensors, and Bio-Micro/Nano Technologies**, *37ᵗʰ International Conference of the IEEE EMBS*, Milano Conference Center, Milan, Italy, August 25–29, 2015.
- **Associate Editor:  Theme 3 – Bioinstrumentation, Biosensors, and Bio-Micro/Nano Technologies**, *36ᵗʰ International Conference of the IEEE EMBS*, Sheraton Chicago Hotel and Towers, Chicago, IL, August 26–30, 2014.
- **Invited Session Organizer (Co-Organizer:  Punit Prakash)**.  "Technologies for Around-the-Clock Health Assessment of Special Needs Children" ; Theme 3 – Bioinstrumentation, Biosensors, and Bio-Micro/Nano Technologies); *36ᵗʰ International Conference of the IEEE EMBS*, Sheraton Chicago Hotel and Towers, Chicago, IL, August 26–30, 2014.
- **Associate Editor:  Theme 3 – Bioinstrumentation, Biosensors, and Bio-Micro/Nano Technologies; Chair:  Track 3.6 – Wearable Sensor Technology and Instrumentation**, *35ᵗʰ International Conference of the IEEE EMBS*, Osaka International Convention Center, Osaka, Japan, July 3–7, 2013.
- **Technical Program Committee Member,** *Frontiers in Education 2012 (FIE 2012)*, Seattle, WA, October 3-6, 2012.
- **Associate Editor:  Theme 3 – Bioinstrumentation, Biosensors, and Bio-Micro/Nano Technologies**, *34ᵗʰ International Conference of the IEEE EMBS*, IEEE EMBS Conference Editorial Board, San Diego, CA, August 28 – September 1, 2012.
- **Technical Program Committee Member**.  *2ⁿᵈ International Conference on Computer Science and Automation Engineering (CSAE 2012)*, Zhangjiajie, China, May 25-27, 2012.
- **Co-Chair**:  Session FrB19 – Wireless Sensors and Systems, September 2, 2011, *33ʳᵈ Annual Conference of the IEEE EMBS*, Boston Marriott Copley Place, Boston, MA, Aug. 30 – Sept. 3, 2011.

- **Associate Editor:  Theme 3 – Bioinstrumentation, Biosensors, and Bio-Micro/Nano Technologies**, *33rd International Conference of the IEEE EMBS*, IEEE EMBS Conference Editorial Board, Boston, MA, August 30 – September 3, 2011.
- **Technical Program Committee Member,** *2009 International Conference on Computer Communications and Networks* (ICCCN), San Francisco, CA, August 2–6, 2009.
- **Technical Program Committee Member,** *2009 International Conference on Communications* (IEEE ICC), Dresden, Germany, June 14–18, 2009.
- **Technical Program Committee Member,** *2008 International Conference on Computer Communications and Networks* (ICCCN), St. Thomas, U.S. Virgin Islands, August 4–7, 2008.
- **Panel Member**:  Session SaD10 – Students:  The Movers and Shakers of EMBS, September 2, 2006, *28th Annual Conference of the IEEE EMBS*, Marriott Times Square, New York City, NY, Aug. 30 – Sept. 3, 2006.
- **Chair**:  Session 7.8.1 – Medical Information Systems I, September 4, 2004, *26th Annual Conference of the IEEE EMBS*, Westin St. Francis Hotel, San Francisco, CA,  Sept. 1–5, 2004.
- **Workshop on Home Care Technologies for the 21st Century**. Sponsored by the National Science Foundation, the Catholic University of America, and the U.S. Food and Drug Administration.  Department of Health and Human Services (DHHS), Rockville, MD, April 7-9, 1999.  Session chair:  Topic F – Smart Health Care Systems and the Home of the Future, pp. 58-63, ©1999, Catholic University of America.

## PROFESSIONAL ACTIVITIES

### Short Courses and Workshops

- "Wearable Sensors and Devices," Winter Camp for Research Experience, sponsored by the Korea Institute for Advancement of Technology, Kansas State University, Carl R. Ice College of Engineering, Jan. 5–10, 2020.
- Warren, Steve.  "The Health Care Facelift:  How Telecommunications Technology, Distributed Computing, and Intelligent Medical Devices will Redefine the Patient-Physician Relationship," **Four-hour short course on smart health care technology** prepared for the Department of Biomedical Engineering, University of Minnesota, Twin Cities Campus, December 1, 1999.

### Textbook, Proposal, and Manuscript Review

- Oxford University Press, Linear Systems and Signals Textbook (3rd edition) review, 2018
- National Science Foundation, Disability and Rehabilitation Engineering (DARE) Program, Proposal Review Panel B – *Biomechanics, Biomaterials, Computational Modeling, & Design*, January 22-23, 2018, Alexandria, VA
- CRC, Biomedical Engineering Textbook Feedback, 2017
- zyBooks Interactive Textbook Review, 2017
- Elsevier, Introduction to Biomedical Engineering Textbook Review, 2015
- Addison-Wesley Computer Graphics Textbook Review, 2004
- Science Foundation Ireland (SFI), SFI Investigators Programme, 2013.
- National Science Foundation, General and Age-Related Disabilities Engineering (GARDE) Proposal Panel Review, December 3–4, 2012, Arlington, VA
- National Science Foundation, Smart Health and Wellbeing (SHB) Proposal Panel Review, May 6-8, 2011, Arlington, VA
- National Institutes of Health, National Institute of Biomedical Imaging and Bioengineering (NIBIB) Panel Review,  Point-of-Care (POC) Technology Research Network (U54) Proposals, July 13, 2007, Bethesda, MD
- National Science Foundation, Biomedical Engineering CAREER Proposal Panel Review, November 6–7, 2001, November 13–15, 2002, November 11–13, 2003, October 5–6, 2005, Arlington, VA
- Proposal Review, U.S. Department of Veterans Affairs, 2006
- Proposal Review, KSU Targeted Excellence Program, 2005
- Proposal Review, Louisiana Health Excellence Fund, 2000

- Proposal Review, Department of Energy Small Business Innovation Research (SBIR) Program, FY 1998/1999 Awards, Biological and Environmental Research – Medical Applications
- Proposal review, National Science Foundation, 1993
- Manuscript Review, *IEEE Transactions on Learning Technologies*, 2017
- Manuscript Review, *Computers and Electrical Engineering*, 2017
- Manuscript Review, *Annual Conference of the ASEE*, 2016–2019
- Manuscript Review, *ASEE Midwest Section Conference,* 2015–2018
- Manuscript Review, *ASEE Zone III Meeting*, *American Society for Engineering Education*, Springfield, MO, 2015
- Manuscript Review, *Healthcare Innovations and Point-of-care Technologies Conference of the IEEE Engineering in Medicine and Biology Society*, Seattle, Washington, 2014
- Manuscript Review, *IEEE-EMBS International Conferences on Biomedical and Health Informatics*, Valencia, Spain, 2014
- Manuscript Review, *2nd Middle East Conference on Biomedical Engineering, Qatar, 2014*
- Manuscript Review, *Frontiers in Education Conference*, 2012
- Manuscript Review, *IEEE ICC*, 2009
- Manuscript Review, *IEEE ICCCN*, 2008, 2009
- Manuscript Review, *Annual Conference of the IEEE EMBS*, 2007–2019
- Manuscript Review, *Biomedical Signal Processing and Control*, 2016
- Manuscript Review, *Expert Review of Medical Devices*, 2015
- Manuscript Review, *International Journal of Distributed Sensor Networks*, 2014
- Manuscript Review, *IEEE Microwave and Wireless Components Letters*, 2014
- Manuscript Review, *Sensors*, 2014
- Manuscript Review, *IEEE Transactions on Biomedical Circuits and Systems*, 2012–present
- Manuscript Review, *IEEE Communications Magazine*, 2011
- Manuscript Review, *EURASIP Journal on Wireless Communications and Networking*, 2011
- Manuscript Review, *Journal of Healthcare Engineering*, 2010
- Manuscript Review, *IEEE Transactions on Biomedical Engineering*, 2005–present
- Manuscript Review, *IEEE Journal of Biomedical and Health Informatics*, formerly *IEEE Transactions on Information Technology in Biomedicine*, 2000–2003, 2005–present
- Manuscript Review, *Journal of Neurorehabilitation Research*, 2007
- Manuscript Review, *Journal of Biomedical Optics*, 2005
- Manuscript Review, *Optical Spectroscopy*, 1994
- Manuscript Review, *Applied Optics* (Optical Society of America), 1997

**Professional Societies and Industry Workgroups**
- Institute of Electrical and Electronics Engineers (IEEE), 2001–present
- IEEE Engineering in Medicine & Biology Society, 2001–present
- American Society for Engineering Education (ASEE), 2001–present
- Founding chair, EMBS Chapter for the IEEE Kansas City section, 2006–2007
- IEEE 11073 Personal Health Devices Working Group, 2009–present
- IEEE 11073 Appeals Committee, 2010
- American Telemedicine Association, 1997–1998, 2005–2006
- National Instruments myDAQ Beta Program, 2010–2012
- Microsoft Health User's Group, 1997–1998
- Health Level 7 message standards organization, 1997–1998
- Order of the Engineer, 2000–present
- Southwest Biomedical Industry Coalition, 1995
- Sandia National Laboratories Biomedical Engineering Focus Group, 1994–1996

**Expert Witness**
- Expert Witness, *Wearable Pulse Oximetry*, Gibson, Dunn & Crutcher LLP, Masimo Corporation and Cercacor Laboratories, Inc. v. Apple, Inc., Case No. 8:20-cv-00048-DOC-DFM, Filed

January 9, 2020, United States District Court for the Central District of California, Southern Division, March 2020 – present.

- Expert Witness, *Certain Wearable Monitoring Devices, Systems, and Components Thereof*, Foley & Lardner LLP through Rubin Anders Scientific, Philips North America LLC f/k/a Philips Electronics North America Corporation and Koninklijke Philips N.V. v. Fitbit, Inc., Garmin International, Inc., Garmin Ltd. d/b/a Garmin Switzerland, Ingram Micro, Inc., Maintek Computer (Suzhou) Co., Ltd., and Inventec Appliances (Pudong), ITC Inv. No. 337-TA-1190, Filed December 10, 2019, United States International Trade Commission, Washington, D.C. , March 2020 – present. Various reports and witness statements, plus a deposition on August 11, 2020.
- Expert Witness, *Certain Electrochemical Glucose Monitoring Systems and Components Thereof*, Goodwin Procter LLP through Scitemex LLC, Dexcom, Inc. v. AgaMatrix, Inc., ITC Inv. No. 337-TA-1075, Civil Action No. 1:17-cv-01310-UNA, Filed September 18, 2017, United States International Trade Commission, Washington, D.C., January 2018 – June 2018. Various reports plus a deposition on May 10, 2018.
- Expert Witness, *Home Telemedicine Technology*, Merchant & Gould, P.C. through Expert Search Group, LLC, Robert Bosch Healthcare Systems, Inc. v. CardioCom, LLC and Abbott Diabetes Care, Civil Action No. 2:13-cv-00349-JRG, M&G No. 12771.0106USZA, Filed April 26, 2013, United States District Court for the Eastern District of Texas, Marshall Division, January 2014 – January 2015.
- Expert Witness, *Pulse Oximetry Signal Processing*, Mayor Brown LLP through IMS Expert Services, Masimo Corporation v. Philips Electronics North America Corporation and Philips Medizin Systeme Boblingen GMBH, Civil Action No. 1:09-cv-00080-LPS-MPT, Filed Feb. 3, 2009, United States District Court for the District of Delaware, August 2013 – November 2016. Various reports plus a deposition on May 27, 2016.

**Leadership Service**

- Program Coordinator, Undergraduate Biomedical Engineering Degree Program, KSU College of Engineering, 2017–present
- Chair, Midwest Section of the American Society for Engineering Education, 2015–2016
- Chair Elect, Midwest Section of the American Society for Engineering Education, 2014–2015
- American Society for Engineering Education Representative for the Kansas State University College of Engineering, 2014–present

**Committees**

- Curriculum subcommittee, B.S. in Public Health, Kansas State University, Department of Kinesiology, 2019–present
- Advisory Panel, Midwest Institute for Comparative Stem Cell Biology, Kansas State University, 2019–present
- Faculty Senator, Kansas State University, College of Engineering, 2019–present
- Faculty Affairs Committee, Faculty Senate, Kansas State University, 2019–present
- College Assessment Review Committee, Kansas State University College of Engineering, 2018–present
- Honors & Awards Committee, Kansas State University College of Engineering, 2018–present
- Chair, Biomedical Engineering Professor-of-Practice Search Committee, 2018–2019
- Chair, Biomedical Engineering Curriculum Task Force, Kansas State University, Electrical & Computer Engineering, 2016-2017
- KSU College of Engineering Phase IV Biomedical Suite and Resource Contributions, 2013–present
- Kansas State University Internal Review Board (Human Subjects Research), 2000–present
- Heartspring Board of Trustees, 2009–2015
- Kansas State University Goldwater Nominating Committee, 2009–present
- Women in Engineering and Science Program, Search Committee, 2003–2004
- Electrical and Computer Engineering, Education Research Committee, 2013–2015
- Electrical and Computer Engineering, Recruitment Committee, 2013–2015

- Electrical and Computer Engineering, Department Committee on Planning, 2011–2014
- Electrical and Computer Engineering, Internship Program, 2000–2001
- Chair, Electrical and Computer Engineering, Quality of Life Committee, 2004–2007
- Electrical and Computer Engineering, Academic Progress Committee, 2001–2004
- Electrical and Computer Engineering, Advising Committee, 2009–2010
- Electrical and Computer Engineering, Department Head Search Committee, 2005–2006, 2006–2007
- Electrical and Computer Engineering, Faculty Search Committee, 2008, 2010–2011, 2011–2012
- College of Engineering, Senior Biomedical Researcher Search Committee, 2011–2012
- Electrical and Computer Engineering, Awards Committee, 2005–2007
- Electrical and Computer Engineering, Course and Curriculum Committee, 2002–2005, 2011, 2015-2016
- Electrical and Computer Engineering, Department Appearance Committee, 1999–2001
- Electrical and Computer Engineering, Equipment Committee, 1999, 2003–2004, 2007–2010
- Gerontology Academic Affairs Committee, 2010
- College of Engineering Academic Reinstatement Committee, 2003
- KSU Research Excellence Award Committee, 2001–2003
- K-State Olathe Innovation Campus [KOIC] Faculty Advisory Council, 2009–2011
- K-State Olathe Innovation Campus [KOIC] Academic Planning Committee Member, 2009–2011
- Kansas State University Health IT Working Group, 2008–2011

**Community Service**
- Infrastructure Improvement and Vision Committee, Flint Hills Christian School, 2018–2019
- Manhattan High School Robotics Team Exchange, Medical Component Design Laboratory, KSU Electrical & Computer Engineering, November 30, 2017
- Laboratory demonstration, *DEN 161 – Engineering Problem Solving*, March 8, 2016
- Judge, Fall 2015 Engineering Undergraduate Research Poster Forum, December 3, 2015
- Bioengineering Session, E3 Workshop for Science Teachers Hosted by the KSU College of Engineering, Bette Grauer, Organizer, May 31, 2012; May 30, 2013
- Lecturer, Kansas State University Presidential Lecture Series, 2011–2013
- Girls Researching Our World (GROW) Workshops, 2001, 2002, 2007, 2008, 2016, 2018, 2019
- "Engineering the Body" Workshop, Medical Component Design Laboratory, Women in Engineering and Science Program, November 8, 2008
- Helping Hands Workshop Support, "Vital Signs Shirt," Medical Component Design Laboratory, Women in Engineering and Science Program, November 10, 2007
- Judge, Flint Hills Christian School Creative Arts Fair, March 4–6, 2003, Manhattan, KS.
- Community Health Council, 2002–2004, Information Systems Management Committee
- Contributor, *Information for Tomorrow* home telehealth web site, http://www.informationfortomorrow.com/, 1999–2000
- Contributor, Expert Panel on Telemedicine Technology, Last Acts Web Site, http://www.lastacts.org/, 1999
- Judge, New Mexico Junior Academy of Sciences paper/oral competition, University of New Mexico, 1997–98
- Judge, 36th National Junior Science and Humanities Symposium, sponsored by the United States Army, Navy, and Air Force, Albuquerque, NM, May 3, 1998

**Academic Advising/Mentoring**
- Prospective Student Visits/Tours, KSU Biomedical Engineering Program, 2017–present
- Faculty Advisor, KSU Student Chapter of the IEEE Engineering in Medicine and Biology Society (EMBS), 2005–present
- Faculty Advisor, KSU Student Ambassadors for Biomedical Research Enhancement (SABRE) Initiative, 2006–2008
- Faculty Advisor, KSU Future Engineers in Medicine and Law, 2005–2006

- Organizer, Learning Community for the KSU Student Chapter of the IEEE Engineering in Medicine and Biology Society (EMBS), College of Engineering Learning Community Initiative, 2005–2006
- Faculty Liaison – KSU University Recognition Program, 2006 (Mark Freyenberger), 2007 (Heather Arnold)
- Faculty Advisor, KSU Tau Beta Pi student chapter, 2001–2004
- Faculty Advisor, Triangle Fraternity, 2000–2001
- KSU Engineering LEA/RN Program, 1999–2004
- College of Engineering – Advising for entering EE and CMPEN freshmen, Summer 2006/2007
- Teaching mentor for new faculty (Scoglio – 2005; Prakash – 2012)
- Kansas State University, Graduate Faculty, 1999–present

**Other**
- Dossier review, University of Missouri Kansas City, 2018
- Dossier review, University of North Florida, 2017
- Dossier review, University of Alabama, Hunstville, 2015
- Academic Program Consultant, East Carolina University, General Engineering Department, 2009–2010
- USB pulse oximeter module shipment to Howard Apple, GlucoLight Corporation, Feb. 3, 2007
- No-fee consultant, Sandia National Laboratories, Telemedicine and Radiation Transport project teams, 1999–2001
- No-fee consultant, U.S. Food and Drug Administration, Center for Devices and Radiological Health, 2001-2004
- The University of New Mexico, Albuquerque, NM.  Interim Instructor, *Engr. F–122, Introduction to Engineering*, 1994

## PERSONAL ACTIVITIES

**Physical Service/Missions**
- Mission Trip, Santiago do Los Caballeros, Dominican Republic, University Christian Church, July 28 – August 4, 2017
- Mission Trip, Marouge, Haiti, Mole, Haiti, University Christian Church, July 19–26, 2013
- Disaster Response Team, Co-Organizer, University Christian Church, Manhattan, KS, 2009–present.  Manhattan, KS tornado cleanup – June 2008. Reading, KS tornado cleanup – June May 2011; Oklahoma City tornado cleanup – June 2013
- Manhattan Emergency Shelter Meals (2006–present)
- Habitat for Humanity home construction – Kansas State University (2000,2002,2005), Lockheed Martin, Sandia National Laboratories (1998)
- Development Team, King Solomon Christian Service Camp, 2017–present
- Tree and field work, King Solomon Christian Service Camp, 2010–2013, 2015
- Inner-City Mission and Construction Work, University Christian Church, Manhattan, KS: Dallas, TX (2011), Cincinnati, IH (2012)
- Grow Our School Committee, Flint Hills Christian School, 2004–2005
- Grounds Maintenance, Flint Hills Christian School, Manhattan, KS, 2007–present
- Residential tree cleanup and firewood, 2008–present

**Music**
- University Christian Church Orchestra, Manhattan, KS.  1999–present
- Manhattan Municipal Band, 2000–2001, 2003
- Hoffmantown Orchestra, Albuquerque, NM.  Trumpet player and soloist, 1994–1999. President, 1995–1997, 1999
- Trumpet instructor, Hoffmantown Academy of Music, 1995–1996
- Austin Community Jazz Ensemble.  Lead trumpet, 1993–1994
- University of Texas Jazz Ensembles. Lead trumpet, 1991–1993

- Kansas State University Marching Band.  Trumpet section leader (1986–1989), first chair trumpet/soloist (1985–1991)
- Kansas State University Men's Basketball Pep Band.  First-chair trumpet/section leader, 1984–1991
- Kansas State University Concert Jazz Ensemble.  Lead trumpet/soloist, 1984–1991
- Vice President, National Association of Jazz Educators Student Chapter (Kansas State University), 1988.

**Church**
- University Christian Church, Manhattan, KS.  Elder, 2002–2004, 2009–2012
- Chinese Bible Study Meals (2009–present)
- University Christian Church, Manhattan, KS.  Periodic classroom instructor, 1999–2000
- Promise Keepers Organization, 1995–1999
- Hoffmantown Church, Albuquerque, NM.  Connection class care group leader, 1997–1999
- Hoffmantown Church, Albuquerque, NM.  Ordained deacon, 1999

## STUDENTS SUPPORTED AS MAJOR PROFESSOR

- Dong Ren, M.S. EE August 2019 (GTA) Thesis Title: *Simultaneous Pulse Rate Estimation for Two Individuals that Share a Sensor-Laden Bed*
- Charles Carlson, Ph.D. EE May 2019 (NSF GARDE grant; GTA) Dissertation Title: *Development of a Bed-Based Nighttime Monitoring Toolset*
- Kim Fowler, Ph.D. EE December 2018 (GTA).
- Taehee Lee, M.S. EE anticipated May 2020 (GTA)
- Ethan Grother, M.S. EE May 2017 (KSU JCRC grant; GTA) Thesis Title: *Mobile Device Reference Apps to Monitor and Display Biomedical Information*
- Tianyu Lin, M.S. EE August 2017 (NSF GARDE grant) Thesis Title: *Wireless Biomedical Sensor Network Reference Design Based on the Intel® Edison Platform*
- Phillip Kuehl, M.S. EE 5/2015 (NASA Crew Performance grant) Thesis Title: *Real-Time Processing of Electromyograms in an Automated Hand-Forearm Data Collection and Analysis System*
- Shiwei Luan, M.S. EE 8/2015 (NSF CPS Synergy grant) Thesis Title: *Modularized PCA Pump Design for an ICE-Informed Medical Device Coordination Framework*
- Xiongjie Dong, M.S. EE 8/2014 (NASA EPSCoR grant) Thesis Title: *A ZigBee-Based Wireless Biomedical Sensor Network as a Precursor to an In-Suit System for Monitoring Astronaut State of Health*
- Steve Rubenthaler, M.S. EE, 8/2014 (NSF RAPD grant; GTA) Report Title: *Unobtrusive Ballistocardiography Using an Electromechanical Film to Obtain Physiological Signals from Children with Autism Spectrum Disorder*
- Wen Song, M.S. EE 5/2013 (NASA Crew Performance grant) Thesis title:  *Planetary Navigation Activity Recognition Using Wearable Accelerometer Data*
- Dana Gude, M.S. EE 8/2013 (NASA Crew Performance grant) Thesis title:  *Automated Hand-Forearm Ergometer Data Acquisition and Analysis System*
- Devon Krenzel, M.S. EE anticipated 5/2013 (Cerner grant )
- Kejia Li, Ph.D. EE 12/2012 (NSF CPS grant) Dissertation title:  *Custom Biomedical Sensors for Application in Wireless Body Area Networks and Medical Device Integration Frameworks*. ECE Outstanding GRA 2012
- Kejia Li, M.S. EE 5/2010 (KSU TE grant; GTA) Thesis title:  *Wireless Reflectance Pulse Oximeter Design and Photoplethysmographic Signal Processing*
- Kentaro Takamatsu, M.S. EE 8/2009 (KSU Plant Pathology) Thesis title:  *System for Greenhouse Climate Monitoring in Three Dimensions*
- William Hitchcock, M.S. EE 12/2008 (KSU TE grant) Report title:  *Low-Power Wireless Sensor Network Data Collection*

- Chen Jia, Ph.D. EE 5/2015 (Grain Science; NSF REESE; GTA).  ECE Outstanding GTA 2013.  Dissertation title:  *Higher-Level Learning in an Electrical Engineering Linear Systems Course.*
- Daniel Wilson, M.S. EE anticipated 12/2008 (NSF ITR grant)
- Tim Sobering, Ph.D. EE anticipated 12/2009 (KSU TE grant)
- Lara Pickel, M.S. EE 5/2008 (NIH grant – Vet Med) Thesis title:  *Study of the Role of the Angiotensin II (Ang II) Type 2 Receptor (AT2) in Lung Tumorigenesis*
- Seth Hoskins, M.S. EE 5/2011 (NSF ITR grant) Thesis title:  *A Physiological Sensor Network Supported by an Inductive Communication Link*
- Angel Martinez, M.S. EE 5/2007 (NSF ITR grant) Thesis title:  *Acquisition of Heart Rate and Core Body Temperature in Cattle Using Ingestible Sensors*
- Kevin Smith, M.S. EE 8/2006 (NSF ITR grant) Thesis title:  *A Wearable Cattle Health Monitoring System with an Emphasis on Motion-Based Behavior Assessment*
- Scott Schoenig, M.S. EE 12/2007 (NSF ITR grant) Final Project:  *A Signal Processing System for Long-Term Acquisition of Heart-Rate in Cattle*
- Keil Regehr, M.S. EE 8/2006 (Anatomy & Physiology NIH grant (external));  Recipient – 2005 Benjamin Zweifach Student Award from the Microcirculatory Society.  Thesis title:  *Analysis of $Ca^{2+}$ Sparks in the Gerbil Spiral Modiolar Artery*
- Jeffrey Lebak, M.S. EE 12/2005 (NSF CAREER grant; ECE matching funds) Thesis title:  *The Design and Implementation of a Standards-Based, Home-to-Remote Health Care Information System*
- Yong Yang, M.S. EE 5/2005 (NSF math assessment grant) Thesis title:  *Computer-Based Homework Generation and Assessment for Linear Systems*
- Luke Nagl, M.S. EE 12/2004 (NSF ITR grant)  Thesis title:  *The Design and Implementation of a Cattle Health Monitoring System*
- Jianchu Yao, Ph.D. EE 8/2005 (NSF CAREER grant) Dissertation title:  *Design of Standards-Based Medical Components and a Plug-and-Play Home Health Monitoring System*
- Matthew Martin, M.S. EE 5/2004 (Sandia Monte Carlo grant)  Thesis title:  *Improved Geometry Representations for Monte Carlo Radiation Transport*
- Ryan Schmitz, M.S. EE 12/2003 (NSF CAREER grant)  Thesis title:  *Bluetooth Sensor Networking for Distributed Medical Systems*
- G. Edward Barnes, M.S. EE 2/2002 (NSF CAREER grant; startup funds)  Thesis title:  *Development of a Wearable, Bluetooth-Enabled System for Home Health Care*

## STUDENTS SUPPORTED AS A COMMITTEE MEMBER OR CO–ADVISOR

- Farrukh Ali, Ph.D. EE anticipated 12/2021.  Major professor:  William Hsu.
- Ghina Zia, Ph.D. EE anticipated 12/2021.  Major professor:  Punit Prakash.
- Shuvo Islam, Ph.D. CE 8/2019.  Major professor: Mustaque Hossain. (External Chair) Dissertation title: *Implementation of AASHTOWare Pavement ME Design Software for Pavement Rehabilitation*
- Hojjat Fallahi, Ph.D. EE anticipated 12/2019.  Major professor:  Punit Prakash.
- Alaleh Alivar, Ph.D. EE 8/2019.  Major professor:  Bala Natarajan. Dissertation Title: *Inferencing with Motion Artifact-Bed Based BCG and MRI Case Studies*
- Reza Barazideh, Ph.D. EE 5/2019.  Major professor:  Bala Natarajan. Dissertation title: *Impulsive Noise Detection and Mitigation in Communication Systems*
- Tra Thi Thanh Huynh, Ph.D. Physics anticipated 5/2019.  Major professor:  Eleanor Sayre.
- Pegah Faridi, Ph.D. EE anticipated 12/2019.  Major professor:  Punit Prakash.
- Dinaz Alaee, Ph.D. Physics anticipated 5/2018.  Major professor:  Eleanor Sayre.
- Nandana Liyanage, Ph.D. Physics 8/2019.  Major professor:  Eleanor Sayre.
- Mengjiao Wu, Ph.D. Statistics anticipated 5/2018.  Major professor:  Suzanne Dubnicka. Dissertation title: *Equivalence testing for identity authentication using pulse waves from photoplethysmograph*

- Ahmad Suliman, Ph.D. EE 8/2019.  Major professor:  David Thompson. Dissertation title: *Quality of Heart Rate Variability Features Obtained from Ballistocardiogram*
- Yubaraj Malakar, Ph.D. Physics anticipated 5/2018. Major professor: Artem Rudenko. (External Chair)
- Hao Qian, Ph.D. CIS 12/2015.  Major professor:  Daniel Andresen. Dissertation Title: *Extending the Battery Life of Mobile Devices by Computation Offloading*
- Mohammed Taj Eldin, Ph.D. EE 5/2015.  Major professor:  William Kuhn. Dissertation Title: *Wireless Body Area Networks for Intra-Space Suit Communications: Modeling, Measurements and Wearable Antennas*
- Kim Fowler, Ph.D. EE anticipated August 2017.  Major professor:  Stephen Dyer.
- Sam Procter, Ph.D. CIS 8/2016.  Major professor:   John Hatcliff. Dissertation Title: *A Development Environment for Medical Application Platform Apps*
- Phillip Schumm, Ph.D. EE 12/2013.  Major professor:  Caterina Scoglio.  Dissertation Title: *Characterizing Epidemics in Metapopulation Cattle Systems Through Analytic Models and Estimation Methods for Data-Driven Model Inputs*
- Jordan Bever, M.S. IE 5/2013.  Major professor:   John Wu.
- Amelia Hodges, M.S. EE 5/2013.  Major professor:  William Kuhn. Thesis Title: *Investigation of Antennas and Energy Harvesting Methods for Use with a Microtransceiver in a Biosensor Network*
- Timothy Mourlam, M.S. MNE 12/2012.  Major professor:  Dale Schinstock. Thesis Title: *Developing a Mobile Reduced Gravity Simulator*
- James Strieby, M.S. IE 12/2012.  Major professor:  Todd Easton. Thesis Title: *Heuristically Optimizing Crane Schedules on Multiple Bays in Conjunction with Continuous Time Simulation*
- Joshua Weese, M.S. CIS 12/2013.  Major professor:  William Hsu. Thesis Title: *A Convolutional Model for Polyphonic Instrument Identification and Pitch Detection Using Combined Classification*
- Aaron Chavez, Ph.D. CIS 5/2012.  Major professor:  David Gustafson.  (External Chair) Dissertation Title: *Image Classification with Dense Sift Sampling: An Exploration of Optimal Parameters*
- Scott Bell, Ph.D. CIS 8/2014.  Major professor:  Eugene Vasserman. Dissertation Title: *Low Overhead Methods for Improving Education Capacity and Outcomes in Computer Science*
- Robert Richards, M.S. IE 12/2011.  Major professor:  John Wu.
- Dehui Hu, Ph.D. Physics 12/2013.  Major professor:  Sanjay Rebello. Dissertation Title: *Understanding Introductory Students' Application of Integrals in Physics from Multiple Perspectives*
- Yu Jin Kim, Ph.D. CIS 5/2014.  Major professor:  John Hatcliff.
- Rui Zhang, Ph.D. CIS 5/2015.  Major professor:  Scott Deloach. Dissertation Title: *A Theory for Understanding and Quantifying Moving Target Defense*
- Nidhi Tare, M.S. EE, 12/2009 (KSU TE grant; GTA) Major professor: Caterina Scoglio. Thesis Title: *A Comparative Performance Analysis of GENI Control Framework Aggregates*
- Dong-Hai Nguyen, Ph.D. Physics 12/2011.  Major professor:  Sanjay Rebello. Dissertation Title: *Facilitating Students' Application of the Integral and the Area Under the Curve Concepts in Physics Problems*
- Daniel Allegre, M.S. EE 5/2009.  Major professor:  William Kuhn. Thesis Title: *Reducing Phase and Spurious Tones in Fractional-N Synthesizers*
- Matthew Miller, Ph.D. CIS 12/2010.  Major professor:  Scott Deloach.
- Rajet Krishnan, M.S. EE 12/2009.  Major professor:  Balasubramaniam Natarajan.
- Justin Dugger, M.S. CIS 5/2007.  Major professor:  Daniel Andresen.
- Joseph Lutz, M.S. CIS 5/2007.  Major professor:  Daniel Andresen.
- Santosh Bejjamshety, M.S. CIS 5/2008 (KSU TE grant) Major professor:  Daniel Andresen.
- Scott Harmon, Ph.D. CIS 5/2012.  Major professor:  Scott Deloach. Dissertation Title: *MASSPEC: Multiagent System Specification Through Policy Exploration and Checking*

- Herve Oyenan, Ph.D. CIS 5/2010. Major professor: Scott Deloach. Dissertation Title: *An Algebraic Framework for Compositional Design of Autonomous and Adaptive Multiagent Systems*
- Oksana Tkachuk, Ph.D. CIS 12/2006. Major professor: John Hatcliff. Dissertation Title: *Domain-Specific Environment Generation for Modular Software Model Checking*
- Pavan Nayini, M.S. CIS, 5/2006. Major professor: Daniel Andresen. Report title: *Applying HL7 Messages for Bovine Data*
- Balakumar Krishnamurthi, M.S. CIS 8/2005 (NSF ITR grant). Major professor: Daniel Andresen.
- Dominic Gelinas, M.S. CIS, 5/2005 (NSF ITR grant). Major professor: Daniel Andresen. Report title: *Bovine Mobile Observation Operation Device Software Engineering Report*
- Shilpa Vaze, Ph.D. EE 12/2007. Major professors: Jim DeVault & Prakash Krishnaswami. Dissertation title: *Integrated Formulation-Solution-Design Scheme for Nonlinear Multidisciplinary Systems in the MIXEDMODELS Platform*
- Daniel Stevens, M.S. EE 12/2004. Major professor: Sanjoy Das (Partial Kinesiology support). Thesis title: *Biologically Inspired Algorithms for DS-CDMA Code Design*
- Colin Christy, Ph.D. EE, 12/2004. Major professor: Stephen Dyer. Dissertation title: *Estimation of Soil Properties Using a Combination of Spectral and Scalar Sensor Data*
- Rajaravi Kollarapu, M.S. CIS 12/2003 (NSF ITR grant). Major professor: Daniel Andresen. Report Title: *Windows CE Based Application for Telemonitoring Cattle*
- Chadd May, M.S. EE, 5/2003. Major professor: Kenneth Carpenter. Thesis title: *A Comparison of Equations of State for Use with Exploding Conductors*
- Jason Wertz, M.S. EE, 5/2003. Major professor: Don Gruenbacher. Thesis title: *Modeling Specialized High Speed Wide Area Networks*
- William Hageman, M.S. EE, 12/2002. Major professor: Andrew Rys. Thesis title: *Electrical Characterization of Aluminum Nitride on Silicon Carbide Metal Insulator Semiconductor Structures*
- Xin He, M.S. EE, 5/2002. Major professor: Stephen Dyer. Thesis title: *A Comparison of Various Methods of Approximation to Real and Complex Data by Rational Functions*
- Nesreen Alsbou, M.S. EE, 12/2001. Major professor: William Kuhn. Report title: *Verilog Design of Digital FM Demodulator*
- Brayden Wilbeck, M.S. EE, 5/2001. Major professor: Kenneth Carpenter. Thesis title: *Design and Implementation of a Graphical User Interface to Construct Input Files for a Hydrodynamics Code*

## UNDERGRADUATE STUDENTS SUPPORTED

- Dallas Rice, B.S. EE anticipated May 2021 (Developing Scholars Program)
- Sophie Braynock, B.S. BME anticipated May 2022 (KSU ECE U/G Research)
- Kelsey Warren, B.S. BME anticipated May 2022 (KSU ECE U/G Research)
- Kala Keusler, B.S. EE anticipated May 2021 (Women in Engineering Program)
- Derrius Washington, B.S. EE anticipated May 2021 (Developing Scholars Program)
- Kendra Schuette, B.S. BAE May 2017 (NSF GARDE Summer Research)
- Martin Ortega, B.S. EE anticipated May 2019 (KS-LSAMP RiPS U/G Research)
- Andrew McKittrick, B.S. EE anticipated May 2018 (NSF GARDE U/G Research)
- Li Wang, B.S. EE anticipated May 2017 (NSF GARDE U/G Research)
- Taishan Li, B.S. EE December 2016 (NSF GARDE U/G Research)
- Shangxian Wang, B.S. EE anticipated May 2018 (NSF GARDE U/G Research)
- Kaleb Anderson, B.S. EE 5/2014 (NSF RAPD Independent Study)
- Sarah Carr, B.S. EE 5/2014 (NSF RAPD Independent Study)
- Ethan LaForge, B.S. EE 12/2013 (NSF RAPD Independent Study)
- Ethan Grother, B.S. EE 12/2014 (NSF RAPD Independent Study)

- Yuwei Wang, B.S. EE 12/2014 (NSF RAPD Independent Study)
- Emily Schnell, B.S. EE 5/2014 (NSF RAPD, ECE 773)
- Larissa Hall, B.S. BSE 5/2013 (NSF RAPD, BAE 636)
- Yu He, B.S. BSE 5/2013 (NSF RAPD, BAE 636)
- Dakota Bixler, B.S. EE 5/2014 (NSF RAPD, ECE 773)
- Devin Rood, B.S. EE 5/2014 (NSF RAPD, ECE 773)
- Amanpreet Singh, B.S. EE 5/2014 (NSF RAPD, ECE 773)
- Sergio Ortiz, B.S. EE 5/2016 (Developing Scholars Program)
- Shuo Ouyang, B.S. EE 5/2013 (NCBA; Beef Cattle Institute)
- Tianyu Lin, B.S. EE 5/2014 (Entomology; NCBA; Beef Cattle Institute)
- James Thoennes, B.S. BIOL 12/2014 (Independent Study)
- Neelou Hadavandifard, B.S. EE 12/2014 (Honors Research, NSF RAPD Independent Study)
- Austin White, B.S. EE 5/2016 (Developing Scholars Program; NSF GARDE; ECE 690)
- Hannah Gray, B.S. BAE anticipated 5/2015 (Developing Scholars Program)
- Kevin Garman, B.S. BAE 5/2014 (K-INBRE Scholarship)
- Tommy Nelson, B.S. EE 12/2011 (NASA Crew Performance)
- Jacob Nagely, B.S. BAE 5/2012 (NASA Crew Performance)
- Chenyu Zheng, B.S. EE 12/2012 (NSF CCLI; NASA Crew Performance)
- Xiongjie Dong, B.S. EE 12/2011 (NSF CCLI)
- Ashvin Nagaraja, B.S. EE 5/2010 (NSF CCLI)
- Adam Casada, B.S. EE anticipated 5/2012 (NSF CCLI)
- Kekoa Mendenhall, B.S. EE antic. 5/2013 (NIH Bridges)
- Jim Groening, B.S. EE 5/2010 (Honors research)
- Derek Woodman, B.S. CMPEN 5/2009 (Honors research; NSF ITR REU)
- Neal Dettmer, B.S. EE 12/2007 (Honors research)
- Adriann Sullivan, B.S. EE 5/2010 (Honors research)
- Nicholas Rome, B.S. EE 12/2009 (CSI)
- Paul Edgington, B.S. EE 12/2009 (TE)
- Jeffrey Newlin, B.S. EE, 5/2007 (Honors research)
- Paul Creekmore, B.S. EE, 12/2006 (Honors research)
- David Thompson, B.S. EE 5/2006 (NSF CAREER grant; Galichia Mini-Grant; Honors research)
- Suzanne Newman, B.S. EE 5/2006 (NSF CAREER grant)
- Patrick York, B.S. EE 12/2006 (NSF ITR grant)
- Matthew Spexarth, B.S. EE 5/2006 (National Instruments; Honors research)
- Albert Zhang, B.S. EE 12/2005 (Honors research)
- Roland Craddolph, B.S. CIS 5/2006 (NSF ITR REU grant)
- Federico Lopez-Bertoni, B.S. EE 12/2005 (Honors research)
- Austin Wareing, B.S. EE 5/2005 (NSF CAREER REU grant; Honors research)
- Jonathan Hicks, B.S. EE, B.S. ME, 12/2004 (Honors research)
- Jonathon Noble, B.S. CIS 5/2005 (NSF ITR grant)
- Craig Nelson, B.S. EE 12/2003 (Honors research)
- Scott Schoenig, B.S. EE 12/2003 (NSF CAREER & ITR grants; work study)
- Matthew R. Martin, B.S. EE 5/2003 (Sandia Monte Carlo grant)
- Jeffrey W. Lebak, B.S. EE 5/2003 (NSF CAREER grant)
- John McConeghey, B.S. EE 12/2002 (NSF CAREER grant)
- John Turner, B.S. EE 5/2004 (NSF CAREER grant; work study)
- Benjamin D. Young, B.S. EE 5/2002 (Honors research)
- Shelly A. Allison, B.S. EE 12/2002 (Honors research)
- Matthew D. Ownby, B.S. EE, B.S. ME, 12/2002 (Honors research)

*Steve Warren, Ph.D.*                                                          *2020 Curriculum Vitae*