Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**SUPPLEMENTAL DECLARATION OF BEN A. KATZENELLENBOGEN IN SUPPORT OF PLAINTIFFS' MOTION TO DENY ACCESS TO CONFIDENTIAL INFORMATION**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Date:  November 19, 2020<br>Time:  10:00 a.m.<br>Ctrm:  6A<br><br>Discovery Cut-Off:  7/5/2021<br>Pre-Trial Conference:  3/21/2022<br>Trial:  4/5/2022 |

I, Ben A. Katzenellenbogen, hereby declare and state as follows:

1. I am an attorney with the law firm of Knobbe, Martens, Olson & Bear, LLP, and I am licensed to practice law in the State of California. I am counsel of record for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Plaintiffs") in the above-captioned action. I have personal knowledge of the matters set forth herein, and, if I am called upon to testify, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 12** is a document I understand to be a true and correct copy of Dkt. No. 53 in *Apple Inc v. Voip-Pal.com, Inc.*, No. 20-cv-02460, (N.D. Cal. Oct. 30, 2020).

3. Attached hereto as **Exhibit 13** is a true and correct copy of an email from myself to Brian Andrea, among others, dated October 31, 2020.

4. Attached hereto as **Exhibit 14** is a true and correct copy of an email from Brian Andrea to myself, among others, dated November 4, 2020.

5. Attached hereto as **Exhibit 15** is a true and correct copy of an email from Brian Andrea to myself, among others, dated October 28, 2020, previously submitted as Exhibit B to the Declaration of Brian Andrea, Dkt 227-2.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 5, 2020, in Laguna Niguel, California.

  /s/ Benjamin A. Katzenellenbogen
Benjamin A. Katzenellenbogen

33804713