# EXHIBIT 13

| | |
|---|---|
| **From:** | Ben.Katzenellenbogen |
| **Sent:** | Saturday, October 31, 2020 8:02 AM |
| **To:** | Andrea, Brian |
| **Cc:** | *** Apple-Masimo; Masimo.Apple |
| **Subject:** | Masimo v Apple - Sarrafzadeh and Warren |

Brian,

Apple's portion of the parties' Joint Stipulation gives the impression that Drs. Sarrafzadeh and Warren are willing to agree to some limitations, but not specific aspects of Plaintiffs' proposed restrictions. If that is true, we wish Apple would have engaged with us on this issue during or after the parties' meet-and-confers, including by identifying the specific aspects of Plaintiffs' proposals to which the experts would not agree and by offering a counter-proposal. Apple's blanket rejection of Plaintiffs' proposal, followed by Apple's suggestion to the Court that the experts would have been willing to agree to unidentified restrictions if only Plaintiffs had used the right language, is not productive.

For example, Apple's portion of the Joint Stipulation suggests that Plaintiffs' proposed restrictions apply to a broader field than the patent prosecution bar. This misunderstanding could have been addressed easily if Apple had simply raised this concern at any time before springing it on Plaintiffs in the briefing. To confirm, the patent prosecution bar applies to all "non-invasive monitoring." Plaintiffs' proposal was that the experts agree to refrain from research and development in a subset of that field, namely, the non-invasive measuring of specific parameters.

Apple also asserted for the first time in its briefing that restrictions on supervising the research of others would be especially problematic because the experts are college professors who supervise graduate students. Again, we wish Apple had raised this issue with us earlier. If Apple had identified these concerns in our discussions, it would at least have provided an opportunity to explore resolution.

Plaintiffs remain interested in trying to resolve this issue. To help facilitate discussion, would these two experts agree that, for the duration of this case plus two years, they will not research or develop technology for non-invasively measuring respiration from the pleth, oxygen saturation, ECG or any other parameter measured by Rainbow SET?

If the experts cannot agree to even this modified proposal, we reiterate our request that you please identify the aspects of Plaintiffs' proposed restriction to which the experts are unwilling to agree, and identify any restrictions to which they would be willing to agree.

Please let us know as soon as you can, and hopefully no later than Tuesday, November 3, 2020.

Thanks,
Ben

**Ben Katzenellenbogen**
Partner
Ben.Katzenellenbogen@knobbe.com

949-721-6374  Direct

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/ben-katzenellenbogen

1

Exhibit 13
-9-