# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation<br><br>    Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE PLAINTIFFS' THIRD AMENDED COMPLAINT UNDER SEAL** |

| | |
|---|---|
| 1 | Having considered Plaintiffs' Application for Leave to File Plaintiffs' |
| 2 | Third Amended Complaint Under Seal, and finding good cause therefor, the |
| 3 | Application is GRANTED. |
| 4 | **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and |
| 5 | Cercacor Laboratories, Inc. may file under seal the unredacted portions of the |
| 6 | Third Amended Complaint. |
| 7 | |
| 8 | DATED: _____      _____ |
| 9 | The Honorable James V. Selna |
| 10 | United States District Judge |
| 11 | 33190411 |

-1-