IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**ORDER GRANTING LEAVE TO FILE PLAINTIFFS' THIRD AMENDED COMPLAINT UNDER SEAL** |

Having considered Plaintiffs' Application for Leave to File Plaintiffs' Third Amended Complaint Under Seal, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the unredacted portions of the Third Amended Complaint.

DATED: November 13, 2020

_____
The Honorable James V. Selna
United States District Judge

33190411

-1-