JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.:  415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.:  650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' THIRD AMENDED COMPLAINT AND SUPPORTING DOCUMENTS**<br><br>Hon. James V. Selna<br>No Hearing Noticed |

Gibson, Dunn & Crutcher LLP

APPLE'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS UNDER SEAL
CASE NO. 8:20-CV-00048-JVS (JDEx)

Pursuant to Local Rule 79-5.2.2(a) and Plaintiffs' filing of their Third Amended Complaint ("TAC") under seal, Defendant Apple Inc. ("Apple") requests that the Court grant it leave to file under seal (1) portions of Apple's Memorandum of Points and Authorities in Support of Its Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Third Amended Complaint ("Memorandum"); and (2) Exhibit 17 to the Declaration of Joshua H. Lerner in Support of Defendant Apple Inc.'s Request for Judicial Notice ("RJN Exhibit").

The Memorandum quotes information from Plaintiffs' TAC that Plaintiffs allege is confidential and have requested be filed under seal. *See* ECF 231 (Powell Declaration), ¶¶ 4–7. On November 13, 2020, the Court granted Plaintiffs' request to file this information under seal. *See* ECF 232.

The RJN Exhibit is an excerpt of a document produced by Plaintiffs bearing Bates Number MASA00080451 that Plaintiffs have designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case. Plaintiffs cite this document in the TAC (*see* TAC ¶ 44 (No. 1)) as allegedly reflecting Plaintiffs' confidential material, which they have requested be filed under seal (*see* ECF 231 (Powell Declaration), ¶ 6). On November 13, 2020, the Court granted Plaintiffs' request to file this information under seal. *See* ECF 232.

Accordingly, Apple respectfully requests an order granting it leave to file under seal the foregoing documents.

Gibson, Dunn & Crutcher LLP

1

APPLE'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS
CASE NO. 8:20-CV-00048-JVS (JDEX)

| | | |
|---|---|---|
| 1 | Dated: November 30, 2020 | Respectfully submitted, |

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joshua H. Lerner*
     Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

2

APPLE'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS
CASE NO. 8:20-CV-00048-JVS (JDEX)