1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>           Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br>a California corporation,<br><br>           Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO DISMISS THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>**Hearing**<br><br>Date:         January 4, 2021<br>Time:        1:30 p.m.<br>Courtroom:  10C<br>Judge:       Hon. James V. Selna |

1   This matter is before the Court pursuant to Apple's Motion to Dismiss the Thirteenth Cause of Action for Trade Secret Misappropriation under the California Uniform Trade Secret Act ("CUTSA") in Plaintiffs' Third Amended Complaint under Federal Rule of Civil Procedure 12(b)(6).

Having considered the documents filed in support of and in opposition to the motion, the argument of counsel, the pleadings on file in this action, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Apple's Motion to Dismiss the Thirteenth Cause of Action for Trade Secret Misappropriation in Plaintiffs' Third Amended Complaint is GRANTED and Plaintiffs' Thirteenth Cause of Action for Trade Secret Misappropriation is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____        _____
                                    The Honorable James V. Selna
                                    United States District Judge