# Exhibit 1

Exhibit 1
Page 5

US006985763B2

(12) **United States Patent**
Boas et al.

(10) **Patent No.:**     **US 6,985,763 B2**
(45) **Date of Patent:**          **Jan. 10, 2006**

(54) **METHOD FOR MEASURING VENOUS
OXYGEN SATURATION**

(75) Inventors: **David Boas**, Newmarket, NH (US);
**Maria Angela Franceschini**,
Winchester, MA (US); **Sergio Fantini**,
Winchester, MA (US)

(73) Assignee: **Tufts University**, Boston, MA (US)

( * ) Notice:   Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 126 days.

(21) Appl. No.:   **10/466,447**

(22) PCT Filed:   **Nov. 30, 2001**

(86) PCT No.:   **PCT/US01/45093**

§ 371 (c)(1),
(2), (4) Date:   **Feb. 20, 2004**

(87) PCT Pub. No.:   **WO02/056760**

PCT Pub. Date: **Jul. 25, 2002**

(65)          **Prior Publication Data**

US 2004/0122300 A1     Jun. 24, 2004

**Related U.S. Application Data**

(60) Provisional application No. 60/263,011, filed on Jan.
19, 2001.

(51) **Int. Cl.**
*A61B 5/00*      (2006.01)

(52) **U.S. Cl.** ................................................... **600/323**

(58) **Field of Classification Search** ................ 600/310,
600/322, 323, 330, 336
See application file for complete search history.

(56)          **References Cited**

U.S. PATENT DOCUMENTS

5,253,646 A   10/1993   Delpy et al.
5,413,098 A    5/1995   Benaron

OTHER PUBLICATIONS

Y. Mendelson, "Pulse Oximetry: Theory and Applications
for Noninvasive Monitoring," Clin. Chem. 38, 1601-1607
(1992).
C. Nolte et al. "Characterization of the pulse signal over the
human head by near infrared spectroscopy," Adv. Exp. Med.
Biol. 454, 115-123 (1998).
V. Toronov et al. "Near-Infrared Study of Fluctuations in
Cerebral Hemodynamics During Rest and Motor Stimula-
tion: Spatial Mapping and Temporal Analysis," Med. Phys.
27, 801-815 (2000).

(Continued)

*Primary Examiner*—Eric F. Winakur
(74) *Attorney, Agent, or Firm*—Greer, Burns & Crain, LTD

(57)          **ABSTRACT**

A method for measuring venous oxygen saturation levels has
steps of measuring optical absorption oscillation data at the
respiratory frequency at a plurality of wavelengths (2). A
reduced scattering coefficient and an absorption coefficient
are determined for the tissue, with the result that an effective
path length can be determined (6). Data processing is
performed to calculate amplitudes for the absorption oscil-
lation data that are translated into oxygenated and deoxy-
genated hemoglobin concentrations for the venous compart-
ment (8). A method of the invention does not required
mechanical ventilation devices or venous perturbation.
Additional method steps may entail verifying that the mea-
sured absorption oscillation data results from the venous
compartment.

**27 Claims, 7 Drawing Sheets**



Exhibit 1
Page 6

## US 6,985,763 B2

Page 2

### OTHER PUBLICATIONS

M. Wolf et al. "Continuous noninvasive measurement of cerebral arterial and venous oxygen saturation at the bedside in mechanically ventilated neonates," Crit. Care Med. 9, 1579-1582 (1997).

S. Fantini et al. "Frequency-Domain Multichannel Optical Detector for non-Invasive Tissue Spectroscopy and Oximetry," Opt. Eng. 34, 32-42 (1995).

M. A. Franceschini et al. "Optical Study of the Skeletal Muscle During Exercise with a Second Generation Frequency-Domain Tissue Oximeter," in *Optical Tomography and Spectroscopy of Tissue: Thoery, Instrumentation, Model, and Human Studies II*, B. Chance and R. R. Alfano, Editors, Proc. SPIE 2979, 807-814 (1997).

M. A. Franceschini et al. "Non-Invasive Optical Method to Measure Tissue and Arterial Saturation: an Application to Absolute Pulse Oximetry of the Brain," Opt. Lett. 24, 829-831 (1999).

B. Chance et al. "Phase measurement of light absorption and scatter in human tissues," Rev. Sci. Instru. 689, 3457-3481 (1998).

A. Zourabian et al. "Trans-abdominal monitoring of fetal arterial blood oxygenation using pulse oximetry," Journal of Biomedical Optics 5, 391-405 (2000).

S. Fantini et al. "Quantitative Determination of the Absorption Spectra of Chromophores in Strongly Scattering Media: a Light-Emitting-Diode Based Technique," Appl. Opt. 33, 5204-5213 (1994).

E. Gratton et al. "Measurements of Scattering and Absorption Changes in Muscle and Brain," Phil. Trans. R. Soc. of Lond. B 352, 727-735 (1997).

Exhibit 1
Page 7



FIG. 1

Exhibit 1
Page 8



FIG. 2A

Exhibit 1
Page 9



FIG. 2B

Exhibit 1
Page 10

**U.S. Patent**          Jan. 10, 2006          Sheet 4 of 7          US 6,985,763 B2

FIG. 2C



FROM FIG. 2A

DIFFUSION THEORY

14

26 — TISSUE
$\mu_a(\lambda,nt)$
$\mu_s'(\lambda,nT)$
$t \le 250$ ms
$T \sim 5s$

FIT TO

$\varepsilon_{Hb}[Hb]+$
$\varepsilon_{HbO_2}[HbO_2]$

28    28
ABSOLUTE TISSUE SATURATION
$Y$ (nt)
$t \le 250$ ms

DIFFUSION THEOR

30 — DPF($\lambda$,nT)
$T \sim 5s$

MODIFIED BEER-LAMBERT APPROACH

32 — TISSUE ABSORPTION VARIATION
$\Delta\mu_a(\lambda,nt)$
$t \le 250$ ms

FAST FOURIER TRANSFORMER

34 — $\sum \Delta\mu_a(\lambda,nf)$
$f \sim 0.2Hz$

FIT TO

$\varepsilon_{Hb}[Hb]+$
$\varepsilon_{HbO_2}[HbO_2]$

$n=1,2,3,...$

36
ABSOLUTE HEMOGLOBIN COMPARTMENT SATURATION
$S_vO_2(nT)$
$T \sim 5s$

48

DISPLAY

Exhibit 1
Page 11



Exhibit 1
Page 12



FIG. 4

Exhibit 1
Page 13

**U.S. Patent**     Jan. 10, 2006     Sheet 7 of 7     US 6,985,763 B2



FIG. 5(a): PROBE
PLACED ON CALF



FIG. 5(b): VENOUS OCCLUSION
APPLIED AT THIGH

FIG. 5

Exhibit 1
Page 14

US 6,985,763 B2

**1**

# METHOD FOR MEASURING VENOUS OXYGEN SATURATION

### PRIORITY CLAIM

This application claims priority of U.S. Ser. No. 60/263, 011 filed Jan. 19, 2001.

### STATEMENT OF GOVERNMENT INTEREST

This invention was made with United States government support through the National Institutes of Health, Grant No. MH62584. The government has certain rights in this invention.

The present invention is related to apparatuses and methods that utilize spectrometry to determine oxygen saturation levels of tissue. More particularly, the present invention is related to apparatuses and methods that utilize near infrared spectrometry to non-invasively determine oxygen saturation levels of venous compartments.

### BACKGROUND ART

The use of spectrometry to measure tissue oxygen saturation levels in a non-invasive manner is known in a general sense. Indeed, efforts to exploit the oxygenation dependent light absorption properties of hemoglobin to determine the oxygen saturation of hemoglobin in vivo have been made for several decades. In the 1980's so-called "pulse oximeters" became commercially available, and have continued to develop. An important advantage of such instruments is their ability to provide continuous, safe, and effective monitoring of arterial oxygenation non-invasively at a patient's bedside.

Pulse oximeters operate on the known principle that oxygenated and deoxygenated hemoglobin show different absorption spectra. Deoxygenated hemoglobin absorbs more light in the red band (typically 650–750 nm), while oxygenated hemoglobin absorbs more light in the infrared band (typically 850–1000 nm). Pulse oximeters generally use one wavelength in the near infrared band and one in the red band to measure the oxygen saturation of arterial blood. Traditionally, pulse oximetry has faced problems associated with determining the scatter that occurs in tissue. Without such a determination, accurate measures of absorption are not possible. Typically this problem has been addressed by "calibrating" devices on a population of healthy subjects to empirically determine levels of scatter.

Recent advances in pulse oximetry have been made. For example, the introduction of time-resolved optical spectroscopy in conjunction with diffusion theory has lead to quantitative tissue spectroscopy, as described in U.S. Pat. No. 5,497,769 to Gratton et al. ("the '769 patent"), which is incorporated by reference herein. The '769 patent generally discloses an apparatus useful for measuring the hemoglobin saturation in tissue that is particularly sensitive to blood in the capillaries where oxygen is exchanged with tissue. Thus the '769 patent generally teaches an apparatus useful for measuring tissue oxygen saturation to give an indication of tissue oxygen consumption, but does not measure time-varying hemoglobin compartment saturation.

More recently, U.S. Pat. No. 6,216,021 to Franceschini et al. discloses a spectrometry-based method for the real time, non-invasive, simultaneous measurement of tissue hemoglobin saturation and time varying arterial hemoglobin saturation. The '769 patent provides a solution to the tissue scatter problem. Generally, the light signal is measured at two locations to determine tissue optical properties. The optical

**2**

properties determine the amount of scatter that occurs as light travels through tissue. To determine time varying hemoglobin compartment saturation, an amplitude of absorption oscillations at the frequency of arterial pulsation is quantitatively calculated at multiple wavelengths from the oscillations of the optical signal collected by the spectrometer using the determined tissue optical properties, with the result that an absolute value of the arterial hemoglobin saturation may then be determined. Determination and use of the tissue optical properties allows the method of the '021 patent to be used without prior calibration of a spectrometer on a population of healthy subjects.

The teachings of the prior art, however, have generally been ineffective in regards to measurement of venous compartment saturation levels. Experimental approaches have been proposed for such measurements. For instance, the use of spectrometry in combination with physical manipulation of a patient has been proposed. Physical manipulations associated with these methods include use of a venous occlusion on a limb, tilting a patient's head downward, use of a partial jugular vein occlusion, use of mechanical ventilation, and the like. Generally, these methods contemplate optically measuring the venous saturation by measuring the increase in oxygenated hemoglobin concentration and in the total hemoglobin concentration induced by the local increase in the venous blood volume. All of these proposed methods, however, have significant disadvantages associated with them. Required physical manipulation of the patient, for instance, can be cumbersome, painful, and at times impractical. Additionally, these methods may be limited to use on the limbs (e.g., venous occlusion methods).

Additional unresolved problems in the art relate to verifying the accuracy of venous compartment measurements. That is, the proposed methods of the prior art generally have a considerable level of uncertainty associated with them. This uncertainty results from the many difficulties faced in isolating the venous compartment contribution to optical tissue absorption measurements.

Unresolved needs in the art therefore exist.

### DISCLOSURE OF THE INVENTION

The present invention is directed to methods and program products for non-invasively determining the venous oxygen saturation. Generally, these methods and program products are directed to optically measuring oscillations at the respiratory frequency of a subject and use a data processing step to determine an amplitude of the absorption oscillations. Using the oscillation amplitude data, a venous oxygenation saturation level may be determined. Methods of the invention do not require that the subject be ventilated with mechanical ventilation devices or the like, or that venous perturbations be used. It will be appreciated, however, that methods of the invention may be used under such circumstances.

Preferably, the optical measurements are performed at a plurality of wavelengths. Data processing may comprise calculating an amplitude at each of the plurality of wavelengths using particular processing steps. As examples, particular data processing may comprise performing a Fourier transformation, or applying a band pass filter in combination with a modeling algorithm. A method of the invention also may comprise steps for verifying the accuracy of venous saturation level measurement.

The present invention thereby resolves many otherwise unsolved problems in the art. For example, levels of venous oxygenation may be accurately measured without requiring

Exhibit 1
Page 15

US 6,985,763 B2

**3**

mechanical ventilation or venous perturbation of a subject. Additionally, embodiments of the invention offer novel steps that solve otherwise unresolved problems in the art related to verifying that measured absorption result from the venous compartment.

BEST MODE OF CARRYING OUT THE
INVENTION

Other features, objects and advantages of the invention will be apparent to those skilled in the art by reference to the detailed description in view of the drawings, of which:

FIG. **1** is a flowchart illustrating in general steps of an invention method embodiment;

FIG. **2**(*a*)–(*c*) is a block diagram illustrating a spectrometer device useful for practice with an invention embodiment;

FIG. **3** is a block diagram illustrating a spectrometer device useful for practice with an invention embodiment;

FIG. **4** is a flow chart illustrating example verification steps of invention embodiments; and

FIG. **5**(*a*)–(*b*) are graphs useful for illustrating measurement verification steps of an invention embodiment.

DETAILED DESCRIPTION

The present invention is directed to methods and program products for determining venous oxygen saturation levels through optical measurements performed at the respiratory frequency. More particularly, the present invention is directed to methods and program products whereby the amplitude of optical absorption oscillations are determined at the respiratory frequency, with data processing then applied to convert the absorption data into oxygenated and deoxygenated hemoglobin levels.

Turning now to the drawings, FIG. **1** is a flowchart illustrating in general the steps of an embodiment of the method of the invention. The embodiment of FIG. **1** comprises a step of measuring optical parameters for tissue comprising at least an absorption coefficient $\mu_a$ and a reduced scatter coefficient $\mu_s'$ (block **2**). Absorption changes are then measured over time at a plurality of wavelengths (block **4**), with at least 2 wavelengths required and at least 8 preferred. Using the optical parameters and the measured absorption changes over time, the amplitudes of absorption oscillations at the respiratory frequency are then calculated (block **6**). The spectrum of the experimental absorption amplitude is then fit with a hemoglobin absorption spectrum to determine an oxygen saturation of venous hemoglobin.

Referring now to FIG. **2**(*a*)–(*c*), an apparatus for practicing methods of the invention comprises a frequency-domain spectrometer **10** to obtain time-resolved measurements of phase and amplitude. Artisans will appreciate that optical measurements can be performed with either continuous wave methods, i.e., using constant light intensity, or with time-resolved methods. Time-resolved methods include the time-domain where light intensity is pulsed with a pulse width in the order of picoseconds or less, and the frequency-domain, where light intensity is sinusoidally modulated at a radio frequency. In the time-domain, the time-of-flight distribution of detected photons is measured, whereas in the frequency-domain an average intensity, the amplitude, and a phase of a detected modulated intensity are measured. The time-domain and the frequency-domain methods are mathematically related by a temporal Fourier transform. Thus,

**4**

the time-domain method is equivalent to a collection of frequency-domain measurements over a band of modulation frequencies.

For exemplary purposes, an embodiment of the present invention is described with the frequency-domain approach to measurement of venous hemoglobin saturation. However, the same method described is applicable in the time-domain. One aspect of the invention is the use of a time-resolved optical method, which is performed in either the frequency-domain or the time-domain. Importantly, time-resolved methods allow the separation of reduced scattering and absorption coefficients of tissues. The separation of reduced scattering and absorption coefficients of tissues allows for absolute absorption measurements and, therefore, absolute hemoglobin concentration measurements.

Artisans will appreciate that in frequency-domain spectroscopy the intensity of the light source is modulated at a radio frequency f, preferably 110 MHz, the detector sensitivity is modulated at a frequency f+Δf, where the offset frequency Δf is lower than f, preferably in the kHz range. It is noted, however, that radio frequencies other than 110 MHz are viable, being limited only by the fact that too low a radio frequency results in inadequate phase shift and too high a radio frequency will be outside a range of known detectors' capabilities.

The frequency-domain spectrometer **10** connects to an optical probe **12** and a processor **14** for analyzing data from the frequency-domain spectrometer **10** and optical probe **12**. Detector output is passed through a low-pass filter **16** to a fast Fourier transformer **18** to provide an average intensity (dc), an amplitude (ac), and a phase (Φ), i.e., time-resolved measurement data, of the detected signal at frequency f.

The optical probe **12** preferably contains optical source fibers **20** that guide light to tissue to be examined, and detector fibers **22** that guide the collected light from tissue to an optical detector **24**, such as a photo multiplier tube or photo sensor. The probe **12** should preferably be lightweight and partially flexible to adapt to the surface of the examined tissue, but its shape should remain substantially unaltered in order to maintain a well defined and fixed geometrical relationship between the source fibers **20** and detector fibers **22**. The optical probe **12** is designed to afford quantitative tissue spectroscopy without requiring any sort of instrumental calibration. To position both the source fibers **20** and detector fibers **22** of the optical probe **12** on the common side of the tissue sample, the invention method uses diffused reflection geometry. This feature allows the optical probe **12** to be applied to any tissue of interest.

To determine a geometrical arrangement of the source fibers **20** and the detector fibers **22**, the distance a should be greater than, or in the order of, 1.0 cm to achieve a sufficient optical penetration depth into the tissue. It is noted that this separation distance of about 1.0 cm is less than distances that may be useful for performing arterial measurements (e.g., about 1.5 cm). It has been discovered that a lower optical penetration depth is desirable to obtain a higher sensitivity to superficial veins, which is advantageous for measurement of the venous saturation. In addition, a+b should be less than, or in the order of, 4 cm to collect data with a high signal-to-noise ratio. Moreover, b should assume values between about 0.5 cm and about 2 cm to be large enough to distinguish different signals at separations a and a+b, and small enough to ensure that the signals at separations a and a+b probe essentially the same tissue volume.

By way of additional description useful for practice of methods of the invention, reference is now drawn to FIG. **3** in addition to FIG. **2**. The preferred frequency-domain tissue

Exhibit 1
Page 16

US 6,985,763 B2

5

spectrometer **10** includes a frequency-synthesizer **38** to modulate the intensity of laser diodes at a frequency of x MHz, e.g., 110 MHz. The frequency-synthesizer **38** also modulates a second dynode of two photo multiplier tubes (pmt), pmt a **24***a* and pmt b **24***b*, of the optical detector **24** (FIG. **2**), at a frequency of y MHz, e.g., 110.005 MHz. An example of a suitable commercially available frequency domain spectrometer is Model No. 96208 available from ISS Inc., Champaign, Ill. Artisans will appreciate that other optical detectors can be used, but pmt's are preferred for their sensitivity.

The frequency-domain spectrometer **10** operates at at least two wavelengths in a range from about 600 to 1000 nm. For exemplary purposes, eight discrete wavelengths n1–n8 (for example 636, 675, 691, 752, 780, 788, 830, 840 nm) may be used in the red and near-infrared spectral region. Artisans will appreciate that other similar wavelengths may be used. It is noted that optical spectroscopy in the wavelength range from 600 to 1000 nm achieves a sufficient photon penetration depth to non-invasively probe macroscopic tissue volumes and remains sensitive to oxygen saturation of hemoglobin.

A multiplexer **44** multiplexes the light sources, two laser diodes contained in a laser driver **46** per each wavelength, at a rate of z Hz, e.g., 100 Hz, to timeshare the two photo multiplier tubes. As a result, 50 cross correlation periods are acquired during the on-time of each laser diode, and a complete acquisition cycle over the eight wavelengths is completed every 80 ms (or 160 ms if two lasers per each wavelength are employed). The multiplexer **44** electronically multiplexes the light sources at a rate z such that $N/z \geqq P/2$, with N total number of light sources, and P period of oscillation of the time-varying hemoglobin compartment to be measured. Although practice of an invention method may be accomplished using as few as a single breathing cycle, preferably data is taken over a plurality of breathing cycles, by way of example over about 10 or more cycles. 10–15 cycles has been discovered to be a most preferable range. Because different animals have different breathing cycles, this will result in different numbers of data points being obtained for study of different animals.

As an example, piglets have a breathing cycle of from 0.6–0.9 Hz, with the result that 10–15 cycles occur in a time period of about 20 sec. At a rate of a complete spectrum being measured in 80 ms, then, about 256 data points are taken for piglets over the most preferred 10–15 breathing cycle range. Further, it may be desirable to average successive FFT to obtain more meaningful data. For example, in a study of piglets it may be desirable to average about 800 successive fast Fourier transformations, with each computed from a data set shifted by one data point with respect to the previous one. Accordingly, a total of about 1,000 data points may be taken to correspond to one venous saturation reading corresponding to a data train of 80 s in length. Humans have a lower breathing frequency of about 0.22–0.26 Hz, with a result that about 40–60 seconds are required for 10–15 breathing cycles to occur. At a rate of 80 ms for a spectrum to be measured, about 750 data points are required. Again, it may be desirable to obtain these data points from averaging a larger number of consecutive fast Fourier transformation points.

Each one of sixteen laser diodes is coupled to an optical fiber approximately 400 $\mu$m in core diameter. The preferred embodiment groups the two sets of eight fibers guiding light at the eight wavelengths into two source fiber bundles **20** having a rectangular section of internal size, for example, 3.5×1.2 mm². The optical signal detected on tissue is guided

6

to two parallel detector channels of the spectrometer by two optical detector fiber bundles **22**, for example, 3 mm in internal diameter. The source fibers **20** and the detector fibers **22** are placed on the common side of the examined tissue, for example a forehead, in the symmetrical configuration shown in FIG. **3**.

As discussed above with reference to FIG. **2** above, this geometrical arrangement of the source fiber **20** and the detector fibers **22** features four distinct source-detector pairs, and two distinct source-detector separations (a and a+b, e.g., 1 cm and 2 cm, respectively). Artisans will appreciate that other distances between the source and detector fibers are contemplated. The outputs of pmt a **24***a* and pmt b **24***b* are processed in the data processing apparatus **16**, **18**, **14**, as seen in FIG. **3**, and the results are provided in a display **48**.

This source-detector configuration affords quantitative spectroscopy independent of source, detector, and optical-coupling terms, i.e., without requiring instrumental calibration. To avoid pre-calibration, the present invention relies on a physical model to quantitatively describe the relationship between the collected optical signal and tissue optical properties. This model, which assumes a macroscopically uniform distribution of the time-varying hemoglobin compartment in tissue, is well justified in most cases, but there may be cases where its assumptions are not fulfilled. To maximize the signal-to-noise ratio, the calculation of $\mu_a$' may be regularly updated; e.g. every 10 seconds. In this way, the contribution of the phase noise to the measurement of $\mu_a$ is strongly reduced, whereas the acquisition time for the absorption spectrum is maintained.

Referring now to the process of data analysis, the processor **14** operates so that a respiratory component of tissue absorption can be quantified to produce absolute values of time-varying hemoglobin compartment and/or tissue saturation. A first step of the analysis consists of a quantitative determination of a tissue reduced scattering coefficient ($\mu_s$') and an absorption coefficient ($\mu_a$) (block **26** in FIG. **2**). To this aim, a multi-distance method is applied using two or more source-detector separation distances (a and a+b). This is achieved by using multiple sources either multiplexed or modulated at different frequencies to electronically distinguish the corresponding signals and/or multiple detectors which can acquire data in parallel, or sequentially. Additionally, this can be achieved by moving a source with respect to a detector over the desired range of source-detector separation.

The multi-distance time-resolved measurement method assumes a homogeneous and semi-infinite geometry. The absolute values of the absorption ($\mu_a$) and reduced scattering ($\mu_s$') coefficients of tissue are given in terms of the dc, ac, and phase slopes versus source-detector separation ($S_{dc}$, $S_{ac}$, and $S_\Phi$, respectively). In particular, either the $S_{dc}$ and $S_\Phi$ pair, or the $S_{ac}$ and $S_\Phi$ pair can be used to measure $\mu_a$ and $\mu_s$'. Using dc and phase:

$$\mu_s' = \frac{2\nu}{3\omega} S_\Phi (S_\Phi^2 + S_{dc}^2)^{\frac{1}{2}} \qquad \mu_a = \frac{S_{dc}^2}{3\,\mu_s'}$$

Exhibit 1
Page 17

US 6,985,763 B2

7

8

using ac and phase:

$$\mu_s' = -\frac{2v}{3\omega}S_\Phi \quad S_{ac} \quad \mu_a = \frac{S_{ac}^2}{3\,\mu_s'}\left[1 - \left(\frac{3}{2}\frac{\omega\mu_s'}{vS_{ac}^2}\right)^2\right]$$

where ω is the angular modulation frequency of the source intensity, and ν is the speed of light in tissue. More information regarding the application of a multi-distance method may be had by reference to "*Quantitative Determination of the Absorption Spectra of Chromophores in Strongly Scattering Media: a Light-Emitting-Diode Based Technique,*" by Fantini et al., Appl. Opt. 33: 5204–5213, 1994; which is incorporated herein by reference.

The present method averages the $\mu_s'$ measurement on a time scale T, which is longer than a data acquisition time t, where the data acquisition time t is equal to or less than about one-half a period of oscillation. For example, for a data acquisition time of t>250 ms, a $\mu_s'$ measurement time T is approximately 5 seconds. The longer time scale allows the present invention to maintain a high temporal resolution in the absorption measurement, while drastically reducing the contribution of the phase noise because the phase data only appears in the expression for $\mu_s'$ which is averaged over time T. The only assumption of this method is that the reduced scattering coefficient $\mu_s'$ does not vary on a time scale faster than T, which is generally true for T in the order of a few seconds.

To measure tissue saturation Y, the spectrum of the tissue absorption is fit with a linear combination of the extinction spectra of oxygenated hemoglobin and deoxygenated hemoglobin. The fitted parameters are the concentrations of oxygenated hemoglobin ([HbO₂]) and deoxygenated hemoglobin ([Hb]). Tissue saturation Y is then given by the expression [HbO₂]ₜ/([HbO₂]ₜ+[Hb]ₜ), where the subscript "t" indicates that the involved concentrations refer to tissue (block **28**). Since tissue saturation Y is determined by absorption $\mu_a$ and not by scattering $\mu_s'$, the present invention achieves an absolute measurement of tissue saturation Y with a fast temporal resolution and having excellent signal-to-noise ratio characteristics.

In addition to the above measured tissue saturation Y, the time-resolved measurements may be used to simultaneously measure the time-varying hemoglobin venous compartment (SvO₂). The venous hemoglobin concentration in tissue oscillates with time as a result of the respiration induced volume changes in the venous compartment. When a subject inspires the chest cavity is expanded as air enters and fills the lungs. This expansion is associated with a decrease in the intrathoracic pressure that in turn causes an increased venous return because of the increased pressure gradient between peripheral and intrathoracic veins. As a result, the volume of hemoglobin in the peripheral venous compartment decreases. As the subject expires, the chest cavity contracts, the intrathoracic pressure is increased, venous return is decreased, and the peripheral venous compartment expands. Hemoglobin volume correspondingly increases in the peripheral venous compartment. Consequently, the detected oscillations in the optical signal at the respiratory frequency can be assigned to the venous hemoglobin compartment. A venous compartment saturation can then be related to the oscillatory components of the absorption coefficients at two or more wavelengths.

To perform absolute venous oximetry using the time-resolved measurements, the amplitude of the respiration-induced absorption oscillations is quantitatively measured. Embodiments of the present invention comprise use of a modified Beer-Lambert law approach to translate the temporal intensity ratio collected at each wavelength [I(λ,t)/I(λ,0)] at a known distance (e.g., 1 cm) from the illumination point, into a time variation in the tissue absorption [Δμₐ(λ,t)]. More information regarding the application of a modified Beer-Lambert law approach may be had by reference to "*Estimation of Optical Pathlength through Tissue from Direct Time of Flight Measurement*", by Delpy et al., Phys. Med. Biol. 33:1433–1442, 1988; which is incorporated herein by reference.

This approach may be implemented by applying:

$$\Delta\mu_a = (\lambda, t) = \frac{1}{L_{eff}}\ln\left[\frac{I(\lambda, 0)}{I(\lambda, t)}\right]$$

where $L_{eff}$ is the effective optical pathlength from the illuminating point to the light collection point. $L_{eff}$ is given in terms of the tissue absorption coefficient ($\mu_a$) and tissue scatter coefficient ($\mu_s'$) and the source detector separation r in a semi-infinite turbid medium (where the illumination and collection points are at the boundary of the turbid medium) by:

$$L_{eff} = \frac{3\mu_s'r^2}{2\left(r\sqrt{(3\mu_a\mu_s')} + 1\right)}$$

Application of this relationship indicates that for typical values of the near-infrared absorption and reduced scattering coefficients of tissues (e.g., $\mu_a$=0.1 cm⁻¹, and ($\mu_s'$=10 cm⁻¹), the value of $L_{eff}$ is about 5.5 cm for r=1 cm.

A multi-distance measurement scheme may be implemented using data collected by fiber bundle detectors **22** located at two distances (e.g., 1.0 and 2.0 cm) from the source fiber bundle **20**. At these source-detector distances, light propagation in tissues occurs according to a diffusion regime as per studies previously reported in the literature (see, e.g., "*Effective Source Term in the Diffusion Equation for Photon Transport in Turbid Media*", by Fantini et al., Appl. Opt. 36: 156–163 (1997); incorporated herein by reference). Those knowledgeable in the art will appreciate that empirical methods are available as an alternative to the diffusion equation model to describe the spatial dependence of the optical signal. In general, the different sensitivity of the two channels may be accounted for through a preliminary calibration measurement on a tissue-like sample.

The present invention further comprises data processing steps for evaluating the amplitude of the respiration-induced absorption oscillations. One invention embodiment comprises data processing steps of calculating amplitudes through a Fourier transform, and preferably a fast Fourier transform (FFT), of $\Delta\mu_a$ at the respiration frequency (blocks **32** and **34** in FIG. **2**). The sum of the amplitudes of the FFT $\Delta\mu_a$ over the respiratory frequency band yields a measure of the amplitude of the respiration induced absorption oscillations. This method assumes that the Fourier spectrum of $\Delta\mu_a$ shows a discernable peak at the respiratory frequency. The

Exhibit 1
Page 18

9

FFT requires multiple respiration cycles to produce a venous saturation reading. Of the order of 10–15 respiration cycles are preferred.

A second invention embodiment comprises data processing steps for computing the amplitude of the respiratory induced absorption oscillations through use of a band pass filter in combination with using a modeling algorithm. The band pass filter serves the purpose of isolating the absorption oscillations at the respiratory frequency by suppressing higher and lower frequency components in $\Delta\mu_a$. A preferred modeling algorithm comprises a sin-wave model fit to each respiratory cycle. The amplitude of the fitted sin wave gives an estimate of the absorption oscillation amplitude

The FFT and the band pass filter methods each have characteristics that may make one or the other set of data processing steps preferable over the other under particular circumstances. The major advantage of the band pass filter method is that it can achieve a venous saturation reading from each individual respiratory cycle. The FFT method, on the other hand, requires data from multiple respiratory cycles to produce venous saturation readings. Consequently, the band pass filter method is particularly effective during transients. The band pass filter method, on the other hand, is also susceptible to error from fluctuations in the respiratory frequency and/or from irregular respiration patterns. The FFT method proves much more robust in these instances, as the irregular effects are averaged out over the multiple respiratory cycles measured.

With these considerations in mind, care should be taken in choosing which method to use. If a venous saturation level is to be measured that will involve changes induced by exercise, for instance, the band pass filter method may be preferred as it will more clearly represent changing saturation levels. If a subject is to be measured at rest or where venous saturation is otherwise expected to be in a relatively steady state, on the other hand, the FFT method may be preferred.

Once the amplitude of the oscillations has been computed, regardless of the method used, the spectrum of the absorption oscillations at the respiratory frequency must be fit to determine time varying hemoglobin saturation levels. The present invention fits the spectrum with a linear combination of the extinction spectra of oxygenated hemoglobin and deoxygenated hemoglobin: $[\epsilon^{mot}(\lambda_i)\Delta[HbO_2]^{RESP}+\epsilon_{Hb}(\lambda_i)\Delta[Hb]^{RESP}]$, where $\epsilon_{HbO2}(\lambda_i)$ and $\epsilon_{Hb}(\lambda_i)$ are the extinction coefficients of oxygenated and deoxygenated hemoglobin, respectively. The fitted parameters are the oscillatory concentrations of oxygenated hemoglobin ($[HbO_2]^{RESP}$) and deoxygenated hemoglobin ($[Hb]^{RESP}$) at the respiratory frequency. The venous hemoglobin saturation is then given by the expression $[HbO_2]^{RESP}/([HbO_2]^{RESP}+[Hb]^{RESP})$, where the superscript "RESP" indicates the respiration origin (block 36).

The minimization of the sum of the squares of the residuals (i.e., $\Sigma_i[\Delta\mu_a^{(fit)}(\lambda_i)-\Delta\mu_a^{(resp)}(\lambda_i)]^2$) yields a linear system whose solution gives the best fit concentrations of amplitude of the respiratory oxy-and deoxy-hemoglobin concentrations shown below by EQTN. 1. The oxygen saturation of the hemoglobin compartment oscillating synchronously with respiration (SvO$_2$-NIRS) is then given by EQTN 2 shown below.

10

$$\Delta[HbO_2]^{(resp)} = \qquad\qquad \text{EQTN. 1}$$

$$\frac{\left(\sum_i \Delta\mu_a^{(resp)}(\lambda_i)\varepsilon_{HbO2}(\lambda_i)\right)\left(\sum_i \varepsilon_{Hb}^2(\lambda_i)\right) - \left(\sum_i \Delta\mu_a^{(resp)}(\lambda_i)\varepsilon_{Hb}(\lambda_i)\right)\left(\sum_i \varepsilon_{HbO2}(\lambda_i)\varepsilon_{Hb}(\lambda_i)\right)}{\left(\sum_i \varepsilon_{HbO2}^2(\lambda_i)\right)\left(\sum_i \varepsilon_{Hb}^2(\lambda_i)\right) - \left(\sum_i \varepsilon_{HbO2}(\lambda_i)\varepsilon_{Hb}(\lambda_i)\right)^2}$$

$$\Delta[Hb]^{(resp)} =$$

$$\frac{\left(\sum_i \Delta\mu_a^{(resp)}(\lambda_i)\varepsilon_{Hb}(\lambda_i)\right)\left(\sum_i \varepsilon_{HbO2}^2(\lambda_i)\right) - \left(\sum_i \Delta\mu_a^{(resp)}(\lambda_i)\varepsilon_{HbO2}(\lambda_i)\right)\left(\sum_i \varepsilon_{HbO2}(\lambda_i)\varepsilon_{Hb}(\lambda_i)\right)}{\left(\sum_i \varepsilon_{HbO2}^2(\lambda_i)\right)\left(\sum_i \varepsilon_{Hb}^2(\lambda_i)\right) - \left(\sum_i \varepsilon_{HbO2}(\lambda_i)\varepsilon_{Hb}(\lambda_i)\right)^2}$$

$$S_VO_2 - NIRS_{resp} = \frac{\Delta[HbO_2]^{(resp)}}{\Delta[HbO_2]^{(resp)} + \Delta[Hb]^{(resp)}} = \qquad\qquad \text{EQTN. 2}$$

$$\frac{\left(\sum_i \Delta\mu_a^{(resp)}(\lambda_i)\varepsilon_{HbO2}(\lambda_i)\right)\left(\sum_i \varepsilon_{Hb}^2(\lambda_i)\right) - \left(\sum_i \Delta\mu_a^{(resp)}(\lambda_i)\varepsilon_{Hb}(\lambda_i)\right)\left(\sum_i \varepsilon_{HbO2}(\lambda_i)\varepsilon_{Hb}(\lambda_i)\right)}{\left(\sum_i \Delta\mu_a^{(resp)}(\lambda_i)\varepsilon_{HbO2}(\lambda_i)\right)}$$

$$\left(\sum_i \varepsilon_{Hb}(\lambda_i)[\varepsilon_{Hb}(\lambda_i) - \varepsilon_{HbO2}(\lambda_i)]\right) - \frac{\left(\sum_i \Delta\mu_a^{(resp)}(\lambda_i)\varepsilon_{Hb}(\lambda_i)\right)}{\left(\sum_i \varepsilon_{HbO2}(\lambda_i)[\varepsilon_{Hb}(\lambda_i) - \varepsilon_{HbO2}(\lambda_1)]\right)}$$

It is noted that for the determination of SvO$_2$-NIRS$_{resp}$, $L_{eff}$ is only required to within a wavelength-independent factor. In fact, the above equation shows that a common, wavelength independent multiplicative factor in $\Delta\mu_a(\lambda_i)$ cancels out in the expression for SvO$_2$-NIRS$_{resp}$. By contrast, the wavelength dependence of $L_{eff}$ is important for the measurement of venous saturation with the present method. Accordingly, $L_{eff}$ is preferably measured at each wavelength using the multi-distance, frequency-domain technique.

It is also noted that in order for the calculation of this method embodiment to be correct, it is required that: (1) the oscillations of $\mu_a$ at the respiratory frequency can be reliably attributed to hemoglobin (and not, for instance, to motion artifacts); (2) the hemoglobin-concentration fluctuations result from the volume oscillation of a hemoglobin compartment rather than from periodic fluctuations in the blood flow; and (3) the fluctuating hemoglobin compartment responsible for the measured $\Delta\mu_a$ is the venous compartment. Embodiments of the present invention provide steps for addressing these three requirements.

It will be appreciated that steps taken to address these three points may generally be referred to as "verification

Exhibit 1
Page 19

US 6,985,763 B2

11

steps". That is, insuring that measurements meet with any or all of the three requirements of points (1)–(3) may be considered a verification of the accuracy of the measurements. Further, it will be appreciated that these verification steps will be of utility for other method embodiments that may comprise different particular calculational methods. Indeed, a level of uncertainty exists with virtually any method for optical venous saturation measurement. For example, it is known that respiratory sinus arrhythmia, which is present in all healthy human subjects, induces fluctuations in the arterial compartment at the respiratory frequency. These fluctuations can confound the isolation of the venous saturation level at the respiration frequency. Thus methods that rely on measurement of respiratory oscillations have an uncertainty associated with them regarding potential arterial compartment contribution.

FIG. 4 is a flowchart illustrating some of the various verification steps contemplated by methods of the present invention to insure measurement accuracy. It will be appreciated that the flowchart of FIG. 4 presents these steps in series for purposes of convenience only, and that different method embodiments may comprise using any particular order or number of verification steps. By way of example, different method embodiments may comprise using only one of these verification steps.

With reference now drawn to FIG. 4, one verification step 102 comprises requiring that the hemoglobin spectrum closely fits or matches the absorption data relatively well. It will be appreciated that such a determination will be of particular use in addressing point (1) above, i.e. that measured oscillations result from hemoglobin. Those knowledgeable in the art will also appreciate that there are a variety of methods for determining whether two data sets "closely fit or match one another". For example, a visual comparison between output data can be indicative of a close match. Also, a variety of calculational comparison methods are available. A comparison can be made between the residuals and the experimental error in the absorption data. By way of a more particular example, one example of this step 102 may comprise requiring that the absolute value of the relative residuals be at most twice the experimental percent error in absorption data. A second example step 102 may comprise analyzing the standard deviation of data collected over a plurality of points, and discarding samples having an unacceptably high standard deviation. For example, absorption values obtained over several hundred successive Fourier transformation data points may be analyzed to estimate the error. Data having a standard deviation error greater than 15% or some other suitable level may be discarded.

An additional verification step 104 comprises verifying that the absorption oscillations at different wavelengths are in phase with one another. Preferably, this should be done for each pair of the plurality of wavelengths measured. In-phase measurements confirm that the oscillations are a result of volume fluctuations and not flow fluctuations. That is, if absorption oscillations are not in phase, then the oxygenated and deoxygenated hemoglobin oscillations are not in phase, which suggests that what is being measured results from a blood flow fluctuation due to an increased rate of blood inflow of oxygenated hemoglobin and outflow of deoxygenated hemoglobin. Oscillations in phase, on the other hand, suggest that what is being measured is a volume fluctuation as opposed to a flow fluctuation. As a result, in-phase absorption oscillations confirm that the oxygen saturation of a time-varying hemoglobin compartment is being measured.

12

Still another verification step 106 comprises verifying that the amplitudes of the measured oxygenated and deoxygenated hemoglobin concentration peaks at the heartbeat frequency are less than those at the respiratory frequency. This provides an objective verification to insure that the venous compartment dominates measurements.

Yet another verification step 108 of a method embodiment comprises verifying that the spectrometer probe is placed closely adjacent, and preferably directly over, a visible vein. Experiments conducted indicate that when the probe is placed directly over a visible vein it is substantially more likely that the measured oscillations result from venous contributions than when the probe is placed not adjacent to a vein. It is noted that in computer program product embodiments of the present invention, this step may be carried out through a query of the user, or through detection means.

FIG. 5 is useful in illustrating results of this verification step. FIG. 5(a) illustrates oscillation measurements made using a method embodiment of the present invention on the calf of a human subject, with the probe placed over a visible vein. In particular, FIG. 5(a) illustrates a summary of measurement of deoxygenated hemoglobin (Hb) and oxygenated hemoglobin (HbO$_2$), with the oscillations appearing in phase with the respiratory cycle. Without moving the probe, a venous occlusion was placed on the thigh of the subject to suppress venous compartment volume fluctuations. Resulting data are summarized in FIG. 5(b), confirming that the venous compartment is dominating measurements, as the oscillations of oxygenated and deoxygenated hemoglobin are suppressed during venous occlusion even though no blockage of the arteries occurs. It is noted that FIGS. 5(a) and (b) are data plots representative of data following processing with one of the amplitude calculation methods of the invention, e.g., after application of a band pass filter and fitting with a sin wave algorithm.

It has been discovered that the novel method of the invention, preferably comprising one or more of the verification steps, allows for accurate measurements of venous oxygenation saturation levels to be made without requiring mechanical ventilation, venous occlusions, or other additional required elements of methods of the prior art. It is noted that it may be desirable when using a method of the invention with a human subject to use a metronome or other patient frequency guide to regulate breathing frequency.

The novel methods of the present invention were tested on a number of subjects including piglets and humans. In addition to the method of the present invention, for comparison purposes the test subjects were likewise subjected to known venous saturation measurement methods of the prior art using venous occlusions and/or invasive measurements. Generally these tests indicated very good agreement between venous saturation levels determined through methods of the present invention as compared to results obtained through methods of the prior art.

The tests' results also provide some useful guidance regarding practice of various aspects of the present invention. For instance, the tests offer a comparison between use of FFT and band pass filter data processing steps. Consistent with the discussion regarding the two methods made herein above, it was generally observed that the band pass filter method has significant advantages in terms of its ability to detect transients and/or changing saturation levels. Because it is averaged over multiple respiration cycles, the FFT method was found to be fairly robust during steady state conditions.

Also, the tests highlighted the importance of steps of the invention related to verifying that the venous compartment

Exhibit 1
Page 20

US 6,985,763 B2

13                                                                    14

contributions dominated the respiratory oscillations being measured. As discussed above, this can be accomplished through one or more of a number of potential verification steps, including for example by placing the probe on top of a visible vein, by verifying that the respiratory oxygenated and deoxygenated hemoglobin oscillations are in phase, and by verifying that the oxygenated and deoxygenated oscillations have a greater integrated amplitude at the respiratory frequency than at the heartbeat frequency. These verification steps can be used to greatly increase the confidence level in optical venous saturation measurements.

Those knowledgeable in the art will also appreciate that the present invention is well suited for practice in the form of a computer program product. Accordingly, it will be appreciated that additional embodiments of the invention comprise computer program products. These computer program product embodiments comprise computer executable instructions stored in a computer readable medium that when executed cause the computer to perform prescribed actions. Generally, the computer program product embodiments of the invention cause a computer to perform the steps of method embodiments of the invention. Accordingly, it will be appreciated that discussion made herein regarding method embodiments may likewise apply to computer program product embodiments.

Examples of computer readable mediums comprise memories such as magnetic or optical disks and the like, electronic circuitry, embedded circuitry, RAM, ROM, EPROM, SDRAM, and the like. Also, it will be appreciated that the term "computer" as used herein is intended to broadly refer to processor based devices capable of executing instructions. Accordingly, examples of "computers" as used herein may comprise, but are not limited to, personal computers, hand held devices, mainframe computers, processor based instrumentation such as spectrometers, processor based data acquisition and control devices, and the like.

It will also be appreciated that some of the measurement and data processing aspects of the present invention are consistent with those disclosed in U.S. Pat. No. 6,216,021 issued Apr. 10, 2001 to Franceschini et al. (the '021 patent), which has been incorporated herein by reference. While description has been given herein to enable practice of the known best modes of methods of the present invention, additional useful information regarding some consistent aspects, such as measurement and data processing steps, of the present invention may be had through reference to the '021 patent.

From the foregoing description, it should be understood that improved methods have been shown and described which have many desirable attributes and advantages. For example, a time-resolved measurement approach is presented to non-invasively measure the absolute value of time-varying hemoglobin venous compartment saturation without requiring mechanical ventilation or venous occlusion. Other alterations and modifications will be apparent to those skilled in the art. Accordingly, the scope of the invention is not limited to the specific embodiments used to illustrate the principles of the invention. Instead, the scope of the invention is properly determined by reference to the appended claims and any legal equivalents thereof.

What is claimed is:

1. A method for measuring the venous oxygen saturation comprising the steps of:

illuminating an area of tissue of a subject with intensity modulated light at at least two wavelengths, said subject being free from mechanical ventilation devices and free from venous perturbations

sensing diffusely reflected light caused by said illumination to acquire time resolved measurement data; and

processing said time resolved measurement data to determine the absolute saturation of the venous compartment, said processing comprising at least determining an amplitude of respiration induced absorption oscillations.

2. A method for measuring the venous oxygen saturation as in claim 1 wherein:

the processing step comprises determining at least amplitudes for oxygenated and deoxygenated hemoglobin oscillations at the respiratory frequency.

3. A method for measuring the venous oxygen saturation as in claim 1 wherein:

the step of sensing diffusely reflected light comprises sensing diffusely reflected light at a plurality of wavelengths; and wherein

the processing step comprises determining an amplitude of respiration induced absorption oscillations at each of said plurality of wavelengths.

4. A method for measuring the venous oxygen saturation as in claim 3 wherein said plurality of wavelengths comprises at least eight.

5. A method for measuring the venous oxygen saturation as in claim 1 wherein:

the processing step comprises quantifying said amplitude of absorption oscillations at said respiratory frequency using a fast Fourier transformation.

6. A method for measuring the venous oxygen saturation as in claim 5 wherein the method comprises acquiring time resolved measurement data over at least 10 respiratory cycles.

7. A method for measuring the venous oxygen saturation as in claim 1 wherein:

the processing step comprises quantifying said amplitude of absorption oscillations at said respiratory frequency by using a band pass filter to isolate said absorption oscillations at said respiratory frequency and subsequently applying a modeling algorithm to said absorption oscillations over each respiratory cycle.

8. A method for measuring the venous oxygen saturation as in claim 7 wherein said modeling algorithm comprises a sin wave fitting algorithm.

9. A method for measuring the venous oxygen saturation as in claim 1 wherein the method further comprises the step of verifying that said absorption oscillations at said at least two wavelengths occur in phase at said respiratory frequency.

10. A method for measuring the venous oxygen saturation as in claim 1 wherein the method further comprises placing a probe on said area of tissue, said probe for generating said intensity modulated light for illuminating said area of tissue, and wherein said probe is placed directly over a visible vein.

11. A method for measuring the venous oxygen saturation as in claim 1 wherein the step of processing said time resolved measurement data comprises determining an amplitude of absorption oscillations at the heartbeat frequency and verifying that the amplitude of said heartbeat frequency absorption oscillations is less than the amplitude of said respiration induced absorption oscillations.

12. A method for measuring the venous oxygen saturation as in claim 1 wherein the step of processing said time resolved measurement data comprises determining absorption data, and wherein the method further comprises verifying that a hemoglobin spectrum closely agrees with said absorption data.

Exhibit 1
Page 21

US 6,985,763 B2

**15**

13. A method for measuring the venous oxygen saturation as in claim 1 wherein said steps of illuminating and sensing are conducted on a common side of said area of tissue.

14. A method for measuring the venous oxygen saturation as in claim 1 wherein said processing step comprises fitting said amplitude of respiration induced absorption oscillations with a linear combination of extinction spectra of oxygenated and deoxygenated hemoglobin.

15. A method for measuring the venous oxygen saturation as in claim 1 wherein said processing step comprises determining an effective optical path length between an illumination source and an illuminated point in said illuminated area of tissue, said effective optical path length being used to determine said amplitude of respiration induced absorption oscillations.

16. A method for measuring the venous oxygen saturation as in claim 1 wherein said processing step comprises determining a tissue scattering coefficient and a tissue absorption coefficient, said scattering coefficient and said absorption coefficient being used to determine said amplitude of respiration induced absorption oscillations.

17. A method for measuring the venous oxygen saturation as in claim 1 wherein the time resolved data processing step comprises:

determining a reduced scattering coefficient and an absorption coefficient for said tissue; and

using said reduced scattering coefficient and said absorption coefficient to determine an effective optical path length between an illumination source and an illuminated point in said illuminated area of tissue, said effective optical path length being used to determine said amplitude of respiration induced absorption oscillations.

18. A method for measuring a venous oxygen saturation comprising the steps of:

illuminating an area of tissue of a subject with intensity modulated light in the visible and near infrared spectral range at least two wavelengths on a common side of said area of tissue;

sensing diffusely reflected light caused by said illumination to acquire time resolved measurement data for each of said at least two wavelengths; and

processing said time resolved measurement data at each of said at least two wavelengths to determine the absolute saturation of the venous compartment, said processing comprising determining a reduced scattering coefficient and an oscillation absorption coefficient, quantifying an amplitude of respiration induced absorption oscillations using said reduced scattering coefficient and said oscillation absorption coefficient and using one of either a Fourier transformation or a band pass filter, and fitting said amplitude of respiration induced absorption oscillations with a linear combination of extinction spectra of oxygenated and deoxygenated hemoglobin.

19. A method for measuring a venous oxygen saturation level as in claim 18 wherein said subject being free from mechanical ventilation devices and venous perturbation.

20. A method for measuring the venous oxygen saturation comprising the steps of:

illuminating an area of tissue with a probe generating intensity modulated light at a plurality of wavelengths;

sensing diffusely reflected light caused by said illumination to acquire time resolved measurement data;

**16**

processing said time resolved measurement data to determine the absolute saturation of the venous compartment, said processing comprising at least determining an amplitude of respiration induced absorption oscillations; and

verifying that said measurement data is accurate.

21. A method for measuring the venous oxygen saturation as in claim 20 wherein the step of verifying that said measurement data is accurate comprises measuring time resolved absorption oscillation data at said plurality of wavelengths and verifying that said oscillations are in phase at the respiratory frequency.

22. A method for measuring the venous oxygen saturation as in claim 20 wherein the step of verifying that said measurement data is accurate comprises verifying that said probe is located directly over a visible vein.

23. A method for measuring the venous oxygen saturation as in claim 20 wherein the step of verifying that said measurement data is accurate comprises determining amplitudes of oxygenated and deoxygenated hemoglobin concentration oscillations at a heartbeat frequency and at a respiratory frequency, and verifying that said amplitudes at said heartbeat frequency are less than said amplitudes at said respiratory frequency.

24. A method for measuring the venous oxygen saturation as in claim 20 wherein the step of processing said time resolved data comprises determining absorption data, and wherein the step of verifying that said measurement data is accurate comprises verifying that a hemoglobin spectrum closely agrees with said absorption data.

25. A computer program product for causing a computer to measure the venous oxygen saturation, the program product comprising computer executable instructions stored on a computer readable medium, the program instructions when executed causing the computer to:

illuminate an area of tissue using a probe generating intensity modulated light at a plurality of wavelengths;

sense diffusely reflected light caused by said illumination to acquire time resolved measurement data;

process said time resolved measurement data to determine the absolute saturation of the venous compartment, said processing comprising at least determining an amplitude of respiration induced absorption oscillations; and

verify that said time resolved measurement data represents venous compartment data.

26. A computer program product as in claim 25, wherein the program instructions when executed cause the computer to verify that said probe is properly located by causing the computer to perform one or more of the steps from the group of steps consisting of: measuring time resolved absorption oscillation data at said plurality of wavelengths and verifying that said oscillations are in phase at the respiratory frequency, and determining amplitudes of oxygenated and deoxygenated hemoglobin concentration oscillations at a heartbeat frequency and at a respiratory frequency and verifying that said amplitudes at said heartbeat frequency are less than said amplitudes at said respiratory frequency.

27. A computer program product as in claim 25 said program instructions being operable when said subject is free from mechanical ventilation devices and venous perturbation.

*   *   *   *   *

Exhibit 1
Page 22

# Exhibit 2

Exhibit 2
Page 23

US005564417A

# United States Patent [19]

## Chance

[11] **Patent Number:** 5,564,417

[45] **Date of Patent:** * **Oct. 15, 1996**

[54] **PATHLENGTH CORRECTED OXIMETER AND THE LIKE**

[75] Inventor: **Britton Chance**, Marathon, Fla.

[73] Assignee: **Non-Invasive Technology, Inc.,** Philadelphia, Pa.

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,553,614.

[21] Appl. No.: **31,945**

[22] Filed: **Mar. 16, 1993**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 645,590, Jan. 24, 1991.

[51] Int. Cl.[6] ..................................................... **A61N 5/02**
[52] U.S. Cl. .......................... **128/633**; 128/637; 128/664; 128/665; 356/39; 356/341; 356/432
[58] Field of Search ................................... 606/2, 10–12; 128/633, 634, 664, 665, 897, 898; 356/4, 5, 51, 39, 72, 319, 320, 323, 341, 432–436, 256

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,638,640 | 2/1972 | Shaw | 128/633 |
| 4,223,680 | 9/1980 | Jobsis . | |
| 4,281,645 | 8/1981 | Jobsis . | |
| 4,321,930 | 3/1982 | Jobsis et al. . | |
| 4,380,240 | 4/1983 | Jobsis et al. . | |
| 4,510,938 | 4/1985 | Jobsis et al. . | |
| 4,714,341 | 12/1987 | Hamaguri et al. . | |
| 4,800,495 | 1/1989 | Smith . | |
| 4,800,885 | 1/1989 | Johnson . | |
| 4,805,623 | 2/1989 | Jobsis . | |
| 4,824,242 | 4/1989 | Frick et al. . | |
| 4,827,934 | 5/1989 | Parker | 128/633 |
| 4,972,331 | 11/1990 | Chance . | |
| 5,119,815 | 6/1992 | Chance . | |
| 5,167,230 | 12/1992 | Chance . | |
| 5,187,672 | 2/1993 | Chance et al. . | |

### FOREIGN PATENT DOCUMENTS

WO92/20273  11/1992  WIPO .

### OTHER PUBLICATIONS

Chance et al., "Photon Migration in Muscle and Brain", *Photon Migration in Tissues*, Academic Press/ New York 1989.

Chance, "Rapid and Sensitive Apectrophotometry, I. The Accelerated and Stopped–Flow Methods for the Measurement of the Reaction Kinetics, etc.", *The Review of Scientific Instruments*, 22:619–638 (1951).

Cui et al., "Experimental Study of Migration Depth for the Photons Measured at Sample Surface", *Proceedings of Time–Resolved Spectroscopy and Imaging of Tissues*, SPIE, 1413: 180–191 (1991).

Lakowicz, "Gigahertz Frequency–Domain Fluorometry: Resolution of Complex Intensity Decays, Picosecond Processes and Future Developments", *Photon Migration in Tissues*, pp. 169–185.

(List continued on next page.)

*Primary Examiner*—David M. Shay
*Attorney, Agent, or Firm*—Fish & Richardson P.C.

[57] **ABSTRACT**

A pathlength corrected spectrophotometer for tissue examination includes an oscillator for generating a carrier waveform of a selected frequency, an LED light source for generating light of a selected wavelength that is intensity modulated at the selected frequency introduced to a subject, and a photodiode detector for detecting light that has migrated in the tissue of the subject. The spectrophotometer also includes a phase detector for measuring a phase shift between the introduced and detected light, a magnitude detector for determination of light attenuation in the examined tissue, and a processor adapted to calculate the photon migration pathlength and determine a physiological property of the examined tissue based on the pathlength and on the attenuation data.

**30 Claims, 7 Drawing Sheets**



Exhibit 2
Page 24

**5,564,417**

Page 2

## OTHER PUBLICATIONS

Sevick et al., "Analysis of absorption, scattering, and hemo-globin saturation using phase modulation spectroscopy", *Proceedings of Time–Resolved Spectroscopy and Imaging Tissues*, SPIE, 1431:264–275 (1991).

Sevick et al., "Photon migration in a model of the head measured using time–and frequency–domain, etc.", *Proceedings of Time–Resolved Spectroscopy and Imaging Tissues*, SPIE, 1431:84–96 (1991).

Sevick et al., "Quantitation of Time– and Frequency–Resolved Optical Spectra for the Determination of Tissue Oxygenation", *Analytical Biochemistry*, 195:001–0022 (1991).

Van der Zee et al., "Computed Point Spread Functions for Light in Tissue Using a Measured Volume Scattering Function", *Advances in Experimental Medicine and Biology: Oxygen Transport to Tissue X*, 222:191–197 (1988).

Weng et al., "Measurement of Biological Tissue Metabolism Using Phase Modulation Spectroscopic Technology", *Proceedings of Time–Resolved Spectroscopy and Imaging of Tissues*, SPIE, 1431: 161–170 (1991).

Exhibit 2
Page 25

**U.S. Patent**     Oct. 15, 1996     Sheet 1 of 7     **5,564,417**



**FIG. 1**

Exhibit 2
Page 26



FIG. 2



FIG. 8A

Exhibit 2
Page 27



**FIG. 3**



**FIG. 4**

**FIG. 5**

Exhibit 2
Page 28

**U.S. Patent**     Oct. 15, 1996     Sheet 4 of 7     5,564,417



**FIG. 6**



**FIG. 7**

Exhibit 2
Page 29



FIG. 8B

Exhibit 2
Page 30



FIG. 8c

Exhibit 2
Page 31

U.S. Patent          Oct. 15, 1996          Sheet 7 of 7          5,564,417



FIG. 9

Exhibit 2
Page 32

5,564,417

1

# PATHLENGTH CORRECTED OXIMETER AND THE LIKE

## CROSS REFERENCE TO RELATED APPLICATION

This application is a continuation-in-part of application Ser. No. 07/645,590 filed Jan. 24, 1991 incorporated by reference as if fully set forth herein.

## BACKGROUND OF THE INVENTION

The present invention relates to a wearable tissue spectrophotometer for in vivo examination of tissue of a specific target region.

Continuous wave (CW) tissue oximeters have been widely used to determine in vivo concentration of an optically absorbing pigment (e.g., hemoglobin, oxyhemoglobin) in biological tissue. The CW oximeters measure attenuation of continuous light in the tissue and evaluate the concentration based on the Beer Lambert equation or modified Beer Lambert absorbance equation. The Beer Lambert equation (1) describes the relationship between the concentration of an absorbent constituent (C), the extinction coefficient ($\epsilon$), the photon migration pathlength $\langle L \rangle$, and the attenuated light intensity ($I/I_o$).

$$\frac{\log[I/I_0]}{\langle L \rangle} = \Sigma\, \epsilon_i C_i \qquad (1)$$

The CW spectrophotometric techniques can not determine $\epsilon$, C, and $\langle L \rangle$ at the same time. If one could assume that the photon pathlength were constant and uniform throughout all subjects, direct quantitation of the constituent concentration (C) using CW oximeters would be possible.

In tissue, the optical migration pathlength varies with the size, structure, and physiology of the internal tissue examined by the CW oximeters. For example, in the brain, the gray and white matter and the structures thereof are different in various individuals. In addition, the photon migration pathlength itself is a function of the relative concentration of absorbing constituents. As a result, the pathlength through an organ with a high blood hemoglobin concentration, for example, will be different from the same with a low blood hemoglobin concentration. Furthermore, the pathlength is frequently dependent upon the wavelength of the light since the absorption coefficient of many tissue constituents is wavelength dependent. Thus, where possible, it is advantageous to measure the pathlength directly when quantifying the hemoglobin concentration in tissue.

## SUMMARY OF THE INVENTION

In one aspect, the present invention is a pathlength corrected oximeter that utilizes principles of continuous wave spectroscopy and phase modulation spectroscopy. The oximeter is a compact unit constructed to be worn by a subject on the body over long periods of activity. The oximeter is also suitable for tissue monitoring in critical care facilities, in operating rooms while undergoing surgery or in trauma related situations.

The oximeter is mounted on a body-conformable support structure placed on the skin. The support structure encapsulates several light emitting diodes (LEDs) generating light of different wavelengths introduced into the examined tissue and several photodiode detectors with interference filters for wavelength specific detection. Since both the LEDs and the photodiodes are placed directly on the skin, there is no need to use optical fibers. The distance between the LEDs and the

2

diode detectors is selected to examine a targeted tissue region. The support structure also includes a conformable barrier, located between the LEDs and the diode detectors, designed to reduce detection of light that migrates subcutaneously from the source to the detector. The support structure may further include means for preventing escape of photons from the skin without being detected; the photon escape preventing means are located around the LEDs and the photodiode detectors.

The LEDs, the diode detectors, and the electronic control circuitry of the oximeter are powered by a battery pack adapted to be worn on the body or by the standard 50/60 Hz supply. The electronic circuitry includes a processor for directing operation of the sources, the detectors and for directing the data acquisition and processing. The data may be displayed on a readout device worn by the user, sent by telemetry to a remote location or accumulated in a memory for later use.

The oximeter is adapted to measure the attenuation of light migrating from the source to the detector and also to determine the average migration pathlength. The migration pathlength and the intensity attenuation data are then used for direct quantitation of a tissue property.

In another aspect, the invention is a spectrophotometer for tissue examination utilizing a measured average pathlength of migrating photons, including

an oscillator adapted to generate a carrier waveform of a selected frequency comparable to an average migration time of photons scattered in tissue on paths from an optical input port to an optical detection port; a light source, operatively connected to the oscillator, adapted to generate light of a selected wavelength that is intensity modulated at the frequency and introduced to a subject at the input port; a photodiode detector adapted to detect, at the detection port, light of the selected wavelength that has migrated in the tissue of the subject between the input and detection ports; a phase detector, operatively connected to receive signals from the oscillator and the diode detector, adapted to measure a phase shift between the introduced and the detected light; and a processor adapted to calculate pathlength based on the phase shift, and determine a physiological property of the examined tissue based on the pathlength.

In another aspect, the invention is a spectrophotometer for tissue examination utilizing a measured average pathlength of migrating photons, including an oscillator adapted to generate a carrier waveform of a selected frequency comparable to an average migration time of photons scattered in tissue on paths from an optical input port to an optical detection port; a light source, operatively connected to the oscillator, adapted to generate light of a selected wavelength that is intensity modulated at the frequency and introduced to a subject at the input port; a photodiode detector adapted to detect, at the detection port, light of the selected wavelength that has migrated in the tissue of the subject between the input and detection ports; a phase splitter adapted to produce, based on the carrier waveform, first and second reference phase signals of predefined substantially different phase; first and second double balanced mixers adapted to correlate the reference phase signals and signals of the detected radiation to produce therefrom a real output signal and an imaginary output signal, respectively; and a processor adapted to calculate, on the basis of the real output signal and the imaginary output signal, a phase shift between the introduced light and the detected light, and determine a physiological property of the examined tissue based on the phase shift.

Exhibit 2
Page 33

5,564,417

**3**

In another aspect, the invention is a spectrophotometer for tissue examination utilizing a measured average pathlength of migrating photons, comprising a first oscillator adapted to generate a carrier waveform of a first selected frequency comparable to an average migration time of photons scattered in tissue on paths from an optical input port to an optical detection port; a light source, operatively connected to the oscillator, adapted to generate light of a selected wavelength, intensity modulated at the first frequency, that is introduced to a subject at the input port; a photodiode detector adapted to detect, at the detection port, light of the wavelength that has migrated in the tissue of the subject between the input and detection ports, the detector producing a detection signal at the first frequency corresponding to the detected light; a second oscillator adapted to generate a carrier waveform of a second frequency that is offset on the order of $10^4$ Hz from the first frequency; a reference mixer, connected to the first and second oscillators, adapted to generate a reference signal of a frequency approximately equal to the difference between the first and second frequencies; a mixer connected to receive signals from the second oscillator and the detection signal and adapted to convert the detection signal to the difference frequency; a phase detector, operatively connected to receive signals from the reference mixer and the converted detection signal, adapted to measure a phase shift between the introduced light and the detected light; and a processor adapted to calculate the pathlength based on the phase shift, and to determine a physiological property of the examined tissue based on the pathlength.

Preferred embodiments of these aspects may include one or more of the following features.

The spectrophotometer may further include a magnitude detector, connected to the photodiode detector, adapted to measure magnitude of the detected light, and the processor is further adapted to receive the magnitude for determination of the physiological property.

The spectrophotometer may further include a low frequency oximeter circuit, switchably connected to the source and the photodiode, adapted to determine absorption of light at the wavelength; and the processor is further adapted to receive absorption values from the oximeter circuit for determination of the physiological property.

The spectrophotometer may further include two automatic gain controls adapted to level signals corresponding to the introduced light and the detected light, both the leveled signals being introduced to the phase detector.

The photodiode detector may further include a substantially single wavelength filter.

The spectrophotometer may further include a second light source, operatively connected to the oscillator, adapted to generate light of a second selected wavelength that is intensity modulated at the first frequency, the radiation being introduced to a subject at a second input port; the photodiode detector further adapted to detect alternately, at the detection port, light of the first and second wavelengths that have migrated in the tissue of the subject between the first and the second input ports and the detection port; the phase detector further adapted to receive alternately signals corresponding to the detected first and second wavelengths; and the processor further adapted to receive alternately phase shifts from the phase detector, the phase shifts being subsequently used for determination of the physiological property of the tissue.

The spectrophotometer may further include a second light source, operatively connected to the oscillator, adapted to

**4**

generate light of a second selected wavelength that is intensity modulated at the first frequency, the radiation being introduced to a subject at a second input port; a second photodiode detector adapted to detect, at a second detection port, light of the second wavelength that has migrated in the tissue of the subject between the second input port and the second detection port, respectively; a second phase detector, operatively connected to receive a reference signal and a detection signal from the third diode detector, adapted to measure a phase shift between the introduced and the detected light at the second wavelength; and the processor further adapted to receive a second phase shift at the second wavelength, the first and second phase shifts being subsequently used for determination of the physiological property of the tissue.

The two wavelength spectrophotometer may further include a third light source, operatively connected to the oscillator, adapted to generate light of a third selected wavelength that is intensity modulated at the first frequency, the radiation being introduced to a subject at a third input port; a third photodiode detector adapted to detect, at a third detection port, light of the third wavelength that has migrated in the tissue of the subject between the third input port and the third detection port, respectively; a third phase detector, operatively connected to receive a reference signal and a detection signal from the third diode detector, adapted to measure a phase shift between the introduced and the detected light at the third wavelength; and the processor further adapted to receive phase shifts from the phase detector, the first second and third phase shifts being subsequently used for determination of the physiological property of the tissue.

The two or three wavelength spectrophotometer may further include a first, a second (or a third) magnitude detector connected to the first, second (or third) photodiode detectors, respectively, the magnitude detectors being adapted to measure magnitude of the detected light at each of the wavelengths; and the processor further adapted to receive the magnitudes for determination of the physiological property of the tissue.

The light source may be a light emitting diode for generating light of a selected wavelength in the visible or infra-red range.

The photodiode detector may be a PIN diode or an avalanche diode.

The examined physiological property of the tissue may be hemoglobin oxygenation, myoglobin, cytochrome iron and copper, melanin, glucose or other.

## BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a block diagram of a pathlength corrected oximeter in accordance with the present invention.

FIG. 2 is a schematic circuit diagram of a 50.1 MHz (50.125 MHz) oscillator used in the oximeter of FIG. 1.

FIG. 3 is a schematic circuit diagram of a PIN diode and a preamplifier used in the oximeter of FIG. 1.

FIG. 4 is a schematic circuit diagram of a magnitude detector used in the oximeter of FIG. 1.

FIG. 5 is a schematic circuit diagram of a 25 kHz filter used in the oximeter of FIG. 1.

FIG. 6 is a schematic diagram of an AGC circuit of the oximeter of FIG 1.

FIG. 7 is a schematic circuit diagram of a phase detector of the oximeter of FIG. 1.

Exhibit 2
Page 34

5,564,417

<div style="display:flex">
<div>

5

FIG. **8A** is a plan view of a source-detector probe of the oximeter.

FIG. **8B** is a transverse cross-sectional view taken on lines **8B** of FIG. **8A** further showing the photon migration.

FIG. **8C** is a block diagram of another embodiment depicting the source-detector probe of the oximeter switchably connected to a low frequency oximeter.

FIG. **9** is a block diagram of another embodiment of a phase modulation spectrophotometer.

DESCRIPTION OF THE PREFERRED
EMBODIMENTS

One preferred embodiment of the pathlength corrected oximeter utilizes three LEDs for generation of light at three selected wavelengths intensity modulated at a frequency of 50.1 MHz and coupled directly to the examined tissue. At each wavelength, the introduced light is altered by the tissue and is detected by a wide area photodiode placed against the skin. The introduced and detected radiations are compared to determine their relative phase shift that corresponds to an average pathlength of the migrating photons and, furthermore, the light attenuation is determined.

Referring to FIG. 1, the oximeter includes a master oscillator **10** operating at 50.1 MHz connected to a power amplifier **15** of sufficient output power to drive LEDs **22a, 22b,** and **22c** (for example HLP 20RG or HLP 40RG made by Hitachi) that emit 760 nm, 840 nm, and 905 nm (or 950 nm) light, respectively. A second local oscillator **14** operating at 50,125 MHz and mixer **12** are used to generate a reference frequency **13** of 25 kHz. Each LED directly positioned on the skin has an appropriate heat sink to eliminate uncomfortable temperature increases that could also alter blood perfusion of the surrounding tissue. Three PIN diode detectors **24a, 24b,** and **24c** are placed at a distance of approximately 5 cm from the LEDs and have a detection area of about 1 cm². Photons migrating a few centimeters deep into the tissue are detected by the respective PIN diodes. The source-detector separation can be increased or decreased to capture deeper or shallower migrating photons. The signals from PIN diodes **24a, 24b,** and **24c** are amplified by preamplifiers **30a, 30b,** and **30c,** respectively.

The amplified signals (**32a, 32b, 32c**) are sent to magnitude detectors **36a, 36b,** and **36c** and to mixers **40a, 40b,** and **40c,** respectively. The magnitude detectors are used to determine intensity values of detected signals at each wavelength to be used in Eq. 1. Each mixer, connected to receive a 50,125 MHz reference signal (**41a, 41b, 41c**) from local oscillator **14,** converts the detection signal to a 25 kHz frequency signal (**42a, 42b, 42c**). The mixers are high dynamic range frequency mixers, model SRA-1H, commercially available from Mini-Circuits (Brooklyn N.Y.). The detection signals (**42a, 42b,** and **42c**) are filtered by filters **45a, 45b, 45c,** respectively.

Phase detectors **60a, 60b,** and **60c** are used to determine phase shift between the input signal and the detected signal at each wavelength. Each phase detector receives the 25 kHz detection signal (**54a, 54b, 54c**) and the 25 kHz reference signal (**56a, 56b, 56c**), both of which are automatically leveled by automatic gain controls **50** and **52** to cover the dynamic range of signal changes. Phase detectors **60a, 60b,** and **60c** generate phase shift signals (**62a, 62b, 62c**) corresponding to the migration delay of photons at each wavelength. Each phase shift signal is proportional to the migra-

</div>
<div>

6

tion pathlength used in calculation algorithms performed by processor **70.**

FIG. **2** shows a schematic circuit diagram of a precision oscillator used as the 50.1 MHz master oscillator **10** and 50.125 MHz local oscillator **14.** The oscillator crystals are neutralized for operation in the fundamental resonance mode; this achieves long-term stability. Both oscillators are thermally coupled so that their frequency difference is maintained constant at 25 kHz if a frequency drift occurs.

PIN diodes **24a, 24b,** and **24c** are directly connected to their respective preamplifiers **30a, 30b,** and **30c,** as shown in FIG. **3.** The oximeter uses PIN silicon photodiodes S1723-04 with 10 mm×10 mm sensitive area and spectral response in the range of 320 nm to 1060 nm. The detection signal is amplified by stages **29** and **31,** each providing about 20 dB amplification. The NE5205N operational amplifier is powered at +8 V to operate in a high gain regime. The 8 V signal is supplied by a voltage regulator **33.** The amplified detection signals (**32a, 32b,** and **32c**) are sent to magnitude detectors **36a, 36b,** and **36c,** shown in FIG. **4.** The magnitude values (**37a, 37b,** and **37c**) are sent to processor **70** that calculates the light attenuation ratio or logarithm thereof as shown Eq. 1.

Also referring to FIG. **5,** the AGC circuit uses MC 1350 integrated circuit for amplification that maintains the input signal of phase detector **60** at substantially constant levels. The amount of gain is selected to be equal for AGCs, **50** and **52.** The signal amplitude is controlled by a feedback network **53.** The AGCs provide a substantially constant amplitude of the detected and reference signals to eliminate variations in the detected phase shift due to cross talk between amplitude and phase changes in the phase detector.

Referring to FIG. **6,** each phase detector includes a Schmitt trigger that converts the substantially sinusoidal detection signal (**54a, 54b, 54c**) and reference signal (**56a, 56b, 56c**) to square waves. The square waves are input to a detector that has complementary MOS silicon-gate transistors. The phase shift signal is sent to processor **70.**

The oximeter is calibrated by measuring the phase shift for a selected distance in a known medium, i.e., using a standard delay unit, and by switching the length of a connector wire to change the electrical delay between master oscillator **10** and local oscillator **14.**

Referring to FIGS. **8A** and **8B** source-detector probe **20** includes several LEDs (**22a, 22b, 22c**) of selected wavelengths and PIN photodiodes (**24a, 24b, 24c**) mounted in a body-conformable support structure **21.** Structure **21** also includes a photon escape barrier **27** made of a material with selected scattering and absorption properties (for example, styrofoam) designed to return escaping photons back to the examined tissue. The support structure further includes a second conformable barrier **28,** located between the LEDs and the diode detectors, designed to absorb photons directly propagating from the source to the detector and thus prevent detection of photons that migrate subcutaneously. Support structure **21** also includes electronic circuitry **29** encapsulated by an electronic shield **21a.**

Each PIN diode is provided with an evaporated single wavelength film filter (**25a, 25b, 25c**). The filters eliminate the cross talk of different wavelength signals and allow continuous operation of the three light sources, i.e., no time sharing is needed.

The use of photodiode detectors has substantial advantages when compared with the photomultiplier tube used in standard phase modulation systems. The photodiodes are placed directly on the skin, i.e., no optical fibers are needed.

</div>
</div>

Exhibit 2
Page 35

5,564,417

| 7 | 8 |

Furthermore, there is no need to use a high voltage power supply that is necessary for the photomultiplier tube. The photodiodes are much smaller and are easy to place close to the skin. Advantages of the photomultiplier tube are a huge multiplication gain and a possibility of direct mixing at the photomultiplier; this cannot be achieved directly by a photodiode. This invention envisions the use of several different photodiodes such as PIN diode, avalanche diode, and other.

The processor uses algorithms that are based on equations described by E. M. Sevick et al. in "Quantitation of Time- and Frequency-Resolved Optical Spectra for the Determination of Tissue Oxygenation" published in Analytical Biochemistry 195, 330 Apr. 15, 1991 which is incorporated by reference as if fully set forth herein.

At each wavelength, the phase shift ($\theta^\lambda$) (62a, 62b, 62c) is used to calculate the pathlength as follows:

$$\theta^\lambda = \tan^{-1} \pi f < t^\lambda > = \tan^{-1} \frac{2\pi f < L^\lambda >}{c} = \frac{2\pi f < L^\lambda >}{c} \qquad (2)$$

wherein f is modulation frequency of the introduced light which is in the range of 10 MHz to 100 MHz; $t^\lambda$ is the photon migration delay time; c is the speed of photons in the scattering medium; and $L^\lambda$ is the migration pathlength.

Equation (2) is valid at low modulation frequencies, i.e., $2\pi f << \mu_a \cdot c$. The modulation frequency of 50 MHz was selected due to the frequency limitation of the LEDs and photodiodes. However, for faster LEDs and photodiodes it may be desirable to use higher modulation frequencies that increase the phase shift. At high modulation frequencies, i.e., $2\pi f >> \mu_a \cdot c$, the phase shift is no longer proportional to the mean time of flight $<t>$.

$$\theta^\lambda = a\rho \sqrt{(1-g)\mu_s f} \left\{ 1 - \frac{\mu_a c}{4\pi f} \right\} \qquad (3)$$

wherein $\rho$ is the source-detector separation; $(1-g)$ $\mu_s$ is effective scattering coefficient; f is modulation frequency and $\mu_a^\lambda$ is absorption coefficient at wavelength $\lambda$. At two wavelength, the ratio of absorption coefficients is determined as follows:

$$\frac{\mu_c^{\lambda_1}}{\mu_c^{\lambda_2}} = \frac{\theta^{\lambda_1} - \theta_o^{\lambda_1}}{\theta^{\lambda_2} - \theta_o^{\lambda_2}} \qquad (4)$$

wherein $\theta_0^\lambda$ represents background scattering and absorption.

The wavelengths are in the visible and infra-red range and are selected to have absorbance sensitive (or insensitive) to various tissue components such as water, cytochrome iron and copper, oxy- and deoxygenated forms of hemoglobin, myoglobin, melanin, glucose and other.

For oxygenated and deoxygenated hemoglobin, the absorption coefficient written in terms of Beer Lambert relationship is as follows:

$$\mu_a^{\lambda_1} = \epsilon_{Hb}^{\lambda_1} [Hb] + \epsilon_{Hbo}^{\lambda_1} [HbO_2] + \alpha^{\lambda_1} \qquad (5)$$

wherein $\epsilon_{Hb}^{\lambda_1}$ and $\epsilon_{HbO}^{\lambda_1}$ are extinction coefficients for hemoglobin and deoxyhemoglobin that can be stored in a look up table; [Hb], [HbO$_2$] are the tissue concentration of hemoglobin and oxyhemoglobin, respectively; $\alpha^{\lambda_1}$ is background absorbance. The hemoglobin saturation is conventionally defined as follows:

$$Y = \frac{[HbO_2]}{[Hb] + [HbO_2]} \qquad (6)$$

For a three wavelength measurement, the hemoglobin saturation can be calculated using Eqs. (5) and (6) as follows:

$$Y = \frac{a(\epsilon_{Hb}^{\lambda_1} - \epsilon_{Hb}^{\lambda_2}) - (\epsilon_{Hb}^{\lambda_1} - \epsilon_{Hb}^{\lambda_3})}{[(\epsilon_{HbO_2}^{\lambda_1} - \epsilon_{Hb}^{\lambda_2}) - (\epsilon_{Hb}^{\lambda_1} - \epsilon_{Hb}^{\lambda_3})] - a[(\epsilon_{HbO_2}^{\lambda_2} - \epsilon_{HbO_2}^{\lambda_2}) - (\epsilon_{Hb}^{\lambda_1} - \epsilon_{Hb}^{\lambda_3})]} \qquad (7)$$

where

$$a = \frac{\mu_a^{\lambda_1} - \mu_a^{\lambda_2}}{\mu_a^{\lambda_3} - \mu_a^{\lambda_2}}$$

Thus, processor 70 determines Y based on Eq. (7) using Eq. (2) to determine the average migration pathlength L that is then used in Eq. (1) and to determine $\mu_a^\lambda$ for each wavelength $\lambda_1$, $\lambda_2$, $\lambda_3$.

Referring to FIG. 8C in another embodiment, the spectrophotometer's electronics includes a low frequency module, as shown for example in FIGS. 2 and 4 of U.S. Pat. No. 5,167,230, and a high frequency module switchably coupled to the same source-detector probe 20. The low frequency module and the arrangement of the source-detector probe are substantially similar to the hemoglobinometer described in a copending U.S. patent application Ser. No. 701,127 filed May 16, 1991 which is incorporated by reference as if fully set forth herein. The low frequency module corresponds to a standard oximeter with modulation frequencies in the range of a few hertz to $10^4$ hertz and is adapted to provide intensity attenuation data at two or three wavelengths. FIG. 8C depicts an analog embodiment of the low frequency oximeter coupled to source-detector probe 20 by switches 100a, 100b, and 100c. The light detected by photodetectors 24a and 24a is amplified by amplifiers 120a and 120b and sent to three manipulative circuits that take the difference (123), the sum (124) and the derivative (125) of the signal. The difference circuit (123) subtracts 760 nm minus 850 nm to obtain a signal representing deoxygenation. The sum circuit (124) takes a weighted sum of the 760 nm and 850 nm signals that is a representative of the blood volume changes in the tissue. The derivative circuit takes the simple derivative to show the rate of change of both of the signals. The derivative triggers alarm circuitry 134 based upon established standards, for example, in monitoring aviators for possible black-out conditions and for apnea. Then, the LEDs are switched to the high frequency phase modulation unit, similar to the unit of FIG. 1, which determines the average pathlength at each wavelength. The attenuation and pathlength data are sent to processor 70 for determination of a physiological property of the examined tissue.

In another embodiment, the pathlength corrected oximeter utilizes the same LED sources (22a, 22b, 22c) sinusoidally modulated at a selected frequency comparable to the average migration time of photons scattered in the examined tissue on paths from the optical input port of the LED's to the optical detection part of the photodiode detectors (24a, 24b, 24c), but the electronic circuitry is different. Referring to FIG. 9, this embodiment utilizes a 200 MHz precision oscillator 118 which drives two laser diodes 222, 224, again at 760 nm and 816 nm, the outputs of which are time shared into a fiber optic coupling 228 to the head 250. The detector output is put through two wide band double balance mixers (DBM) 270, 272 which are coupled through a 90° phase splitter 274 so that real (R) and imaginary (I) portions of the signal are obtained. The double balance mixers 270, 272 preferably operate at the modulation frequency. The phase ($\theta^\lambda$) is the angle whose tangent is the imaginary over the real part.

Exhibit 2
Page 36

5,564,417

**9**

$$\theta^\lambda = \tan^{-1}\frac{I^\lambda}{R^\lambda} \qquad (8)$$

The amplitude is the square root of the sum of the squares of these values, providing the phase shift has been taken out as the residual phase shift $\theta$ set to zero.

$$A^\lambda = \sqrt{(R^\lambda)^2 + (I^\lambda)^2} \qquad (9)$$

This embodiment uses summing and dividing circuits to calculate the modulation index, which is the quotient of the amplitude over the amplitude plus the DC component obtained from a narrow band detector **276**.

$$M^\lambda = \frac{A^\lambda}{A^\lambda + DC^\lambda} \qquad (10)$$

The phase processor receives the phase shifts for the phase and amplitude values for two or three wavelengths and calculates the ratio of the phase shifts.

For each wavelength, the phase shift and the DC amplitude are used to determine a selected tissue property, e.g., hemoglobin oxygenation.

Additional embodiments are within the following claims:

I claim:

1. A spectrophotometer for biological tissue examination, comprising:

a support structure adapted to be mounted on a subject including

an optical input port located at a first location to introduce light to biological tissue of the subject;

an optical detection port located at a second location on said support structure spaced apart from said input port; and

a barrier constructed and positioned to absorb photons directly propagating from said input port to said detection port;

an oscillator, including oscillator electronics, that generates a carrier waveform of a selected frequency comparable to an average migration time of photons scattered in tissue on paths from said optical input port to said optical detection port, said frequency being above 10 MHz;

a light source mounted on said support structure and connected to and receiving said carrier waveform from said oscillator, said light source generates light of a selected wavelength that is intensity modulated at said frequency and is introduced to the tissue of the subject at said input port;

a photodiode detector mounted on said support structure and connected to said detection port, said photodiode detector detects scattered light of said wavelength that has migrated in examined tissue of the subject between said input and detection ports;

a phase detector, including phase detector electronics, connected to receive signals from said oscillator and said diode detector, said phase detector measures a phase shift between said introduced light and said detected light that has migrated in the examined tissue over photon migration paths from said input port to said detection port; and

a processor connected to receive said phase shift from said phase detector, said processor determines, based on said measured phase shift, a physiological property of the examined tissue dependent on tissue scattering and absorptive properties.

2. A spectrophotometer for biological tissue examination, comprising:

**10**

a support structure adapted to be mounted on a subject including

an optical input port located at a first location to introduce light to biological tissue of the subject;

an optical detection port located at a second location on said support structure spaced apart from said input port; and

a barrier constructed and positioned to absorb photons directly propagating from said input port to said detection port;

an oscillator, including oscillator electronics, that generates a carrier waveform of a selected frequency comparable to an average migration time of photons scattered in tissue on paths from said optical input port to said optical detection port, said frequency being above 10 MHz;

a light source mounted on said support structure and connected to and receiving said carrier waveform from said oscillator, said light source generates light of a selected wavelength that is intensity modulated at said frequency and is introduced to the tissue of the subject at said input port;

a photodiode detector, mounted on said support structure and connected to said detection port, said photodiode detector detects scattered light of said wavelength that has migrated in examined tissue of the subject between said input and detection ports and produces a detector signal;

a phase splitter, including a phase splitter circuit, that receives said carrier waveform and produces, first and second reference phase signals of predefined substantially different phases;

first and second double balanced mixers, including corresponding mixer circuits, that receive and correlate said reference phase signals and said detector signals to produce therefrom a real output signal and an imaginary output signal, respectively;

a processor connected to receive from said mixers said real output signal and said imaginary output signal, said processor determines from real output signal and an imaginary output signal a phase shift between said introduced light and detected light; and

said processor further determines, based on said phase shift, a physiological property of the examined tissue dependant on tissue scattering or absorptive properties.

3. The spectrophotometer of claim **2** wherein phase difference between said first reference phase signal and said second reference phase signal is 90 degrees.

4. A spectrophotometer for biological tissue examination, comprising:

a support structure adapted to be mounted on a subject including

an optical input port located at a first location to introduce light to biological tissue of the subject;

an optical detection port located at a second location on said support structure spaced apart from said input port; and

a barrier constructed and positioned to absorb photons directly propagating from said input port to said detection port;

a first oscillator, including oscillator electronics, that generates a carrier waveform of a first selected frequency comparable to an average migration time of photons scattered in tissue on paths from said optical input port to said optical detection port, said frequency being above 10 MHz;

Exhibit 2
Page 37

5,564,417

11

a light source mounted on said support structure and connected to and receiving said carrier waveform from said oscillator, said light sources generates light of a selected wavelength that is intensity modulated at said first frequency and is introduced to the tissue of the subject at said input port;

a photodiode detector mounted on said support structure and connected to said detection port, said photodiode detector detects light of said wavelength that has migrated in examined tissue of the subject between said input and detection ports and produces a detection signal at said first frequency corresponding to said detected light;

a second oscillator, including oscillator electronics, that generates a carrier waveform of a second frequency;

a reference mixer, including mixer electronics, connected to said first and second oscillators, said reference mixer generates a reference signal of a frequency approximately equal to the difference between said first and second frequencies;

a mixer, including mixer electronics, connected to receive signals from said second oscillator and said detection signal, said mixer converts said detection signal to a converted detection signal at said difference frequency;

a phase detector, including phase detector electronics, connected to receive reference signals from said reference mixer and said converted detection signal from said mixer, said phase detector measures a phase shift between said introduced light and said detected light that has migrated in the examined tissue over photon migration paths from said input port to said detection port; and

a processor connected to receive phase shift signal from said phase detector, said processor determines, based on said measured phase shift, a physiological property of the examined tissue dependent on tissue scattering or absorptive properties.

5. The spectrophotometer of claim 1 or 4 further comprising:

a magnitude detector, including magnitude detector electronics, connected to said photodiode detector, said magnitude detector measures magnitude of said detected light, and

two automatic gain controls connected to receive signals corresponding to said introduced light and said detected light, respectively, and level both said signals, both said leveled signals being introduced to said phase detector.

6. The spectrophotometer of claim 1 or 4 further comprising two automatic gain controls, including automatic gain control electronics, connected to receive signals corresponding to said introduced light and said detected light, respectively, and level both said signals, both said leveled signals being introduced to said phase detector.

7. The spectrophotometer of claim 1 or 4 further comprising:

said support structure further including

a second optical input port located at a second location and constructed to introduce light to the tissue; and

a second optical detection port located on said support structure spaced apart from said input ports;

a second light source, mounted on said support structure and connected to and receiving from said oscillator said carrier waveform, said second light source generates light of a second selected wavelength that is intensity modulated at said first frequency and is introduced to the tissue of the subject at said second input port;

12

a second photodiode detector mounted on said support structure and connected to said second detection port, said second photodiode detector detects light of said second wavelength that has migrated in the tissue of the subject between said second input port and said second detection port, respectively;

a second phase detector, including phase detector electronics, connected to receive a reference signal and a detection signal from said second photodiode detector and measure a phase shift between said introduced and said detected light at said second wavelength; and

said processor further connected to receive from said second phase detector a second phase shift at said second wavelength, said first and second phase shifts being subsequently used for determination of said physiological property.

8. The spectrophotometer of claim 7 further comprising:

a first and a second magnitude detector, including corresponding magnitude detector electronics, connected to said first and second photodiode detectors, respectively, said magnitude detectors measure magnitude of said detected light at each of said wavelengths, and

said processor further connected to receive from said first and said second magnitude detector said magnitudes for determination of said physiological property.

9. The spectrophotometer of claim 7 further comprising:

said support structure further including

a third optical input port located at a third location and constructed to introduce light to the tissue; and

a third optical detection port located on said support structure spaced apart from said input ports;

a third light source mounted on said support structure and connected to said oscillator, said third light source generates light of a third selected wavelength that is intensity modulated at said first frequency and is introduced to the tissue of the subject at said third input port;

a third photodiode detector mounted on said support structure and connected to said third detection port, light of said third wavelength that has migrated in the tissue of the subject between said third input port and said third detection port, respectively;

a third phase detector, including phase detector electronics, connected to receive a reference signal and a detection signal from said third photodiode detector, said third phase detector measures a phase shift between said introduced and said detected light at said third wavelength; and

said processor further connected to receive phase shift at said third wavelength from said third phase detector, said first, second and third wavelength phase shifts being subsequently used for determination of said physiological property.

10. The spectrophotometer of claim 9 wherein each said photodiode detector is a PIN diode.

11. The spectrophotometer of claim 9 wherein each said photodiode detector is an avalanche diode.

12. The spectrophotometer of claim 9 further comprising:

a first, a second and a third magnitude detector, including corresponding magnitude detector electronics, connected to said first, second and third photodiode detectors, respectively, said magnitude detectors measure magnitude of said detected light at each of said wavelengths; and

said processor further connected to receive said magnitudes for determination of said physiological property.

Exhibit 2
Page 38

5,564,417

**13**

13. The spectrophotometer of claim **9** wherein each said light source is a light emitting diode and said selected wavelength is in the visible or infra-red range.

14. The spectrophotometer of claim **9** wherein each photodiode detector further comprises a substantially single wavelength filter.

15. The spectrophotometer of claim 1, 2 or 4 further comprising:

a low frequency oximeter, including a corresponding circuit, removably connected to said source and said photodiode, said low frequency oximeter controls introduction of low frequency modulated light at said wavelength, and detection of light that has migrated from said input port to said detection port in the examined tissue

said processor removably connected to said low frequency oximeter and further constructed to receive absorption values from said oximeter for determination of said physiological property.

16. The spectrophotometer of claim 15 wherein said processor is programmed to calculate, based on said measured phase shift, an average pathlength of photons migrating from said input port to said detection port in the examined tissue and utilize said pathlength for calibrating said absorption values from said low frequency oximeter.

17. The spectrophotometer of claim 1, 2 or 4 further comprising:

a magnitude detector, including magnitude detector electronics, connected to said photodiode detector, said magnitude detector measures magnitude of said detected light, and

said processor further connected to and receiving from said magnitude detector magnitude data for determination of said physiological property.

18. The spectrophotometer of claims 1, 2 or 4 wherein said light source is a light emitting diode and said selected wavelength is in the visible or infra-red range.

19. The spectrophotometer of claims 1, 2 or 4 wherein said photodiode detector is a PIN diode.

20. The spectrophotometer of claims 1, 2 or 4 wherein said photodiode detector is an avalanche diode.

21. The spectrophotometer of claims 1, 2 or 4 wherein said photodiode detector further comprises a substantially single wavelength filter.

22. The spectrophotometer of claim 1, 2 or 4 further comprising:

a second optical input port coupled to said support structure located at a second location and constructed to introduce light to the examined tissue;

a second light source mounted on said support structure and connected to said oscillator, said second light

**14**

source generates light of a second selected wavelength that is intensity modulated at said first frequency and is introduced to the tissue of the subject at said second input port;

said photodiode detector including a second photodiode that further detects alternately, at said detection port, light of said first and second wavelengths that have migrated in the tissue of the subject between the first and said second input ports and said detection port, respectively;

said phase detector further receives alternately from said diode detector signals corresponding to said detected light of said first and second wavelengths; and

said processor further receives alternately phase shifts at said first and second wavelengths from said phase detector, said phase shifts being subsequently used for determination of said physiological property.

23. The spectrophotometer of claim 22 further comprising:

a magnitude detector, including magnitude detector electronics, connected to said photodiode detector, said magnitude detector measures magnitude of said detected light at each of said wavelengths, and

said processor further connected to and receiving from said magnitude detector said magnitudes for determination of said physiological property.

24. The spectrophotometer of claim 1, 2 or 4 further comprising a readout device, worn by said subject, for displaying data of said processor related to said physiological property.

25. The spectrophotometer of claim 1, 2 or 4 further comprising a telemetry apparatus for sending acquired data to a remote location.

26. The spectrophotometer of claim 1, 2 or 4 wherein said frequency of said oscillator is about 50.1 MHz.

27. The spectrophotometer of claim 1, 2 or 4 wherein said oscillator is constructed to maintain long term stability of operation.

28. The spectrophotometer of claim 1, 2 or 4 wherein said physiological property of the examined tissue is related to levels of one of the following: myoglobin, hemoglobin oxygenation, cytochrome iron, cytochrome copper, melanin and glucose in the examined tissue.

29. The spectrophotometer of claim 1, 2 or 4 wherein said physiological property is a scattering coefficient ($\mu_s$) of the examined tissue.

30. The spectrophotometer of claim 1, 2 or 4 wherein said physiological property is an absorption coefficient ($\mu_a$) of the examined tissue.

\* \* \* \* \*

Exhibit 2
Page 39

# Exhibit 3

Exhibit 3
Page 40

Optics Communications 375 (2016) 9–14



Contents lists available at ScienceDirect

# Optics Communications

journal homepage: www.elsevier.com/locate/optcom



# Signal-enhancement reflective pulse oximeter with Fresnel lens



Shuang-Chao Chung, Ching-Cherng Sun *

Department of Optics and Photonics, National Central University, Chung-Li 320, Taiwan

**A R T I C L E   I N F O**

Article history:
Received 3 March 2016
Received in revised form
19 April 2016
Accepted 24 April 2016
Available online 5 May 2016

Keywords:
Oximeter
Fresnel lens
Skin model

**A B S T R A C T**

In this paper, a new reflective pulse oximeter is proposed and demonstrated with implanting a Fresnel lens, which enhances the reflected signal. An optical simulation model incorporated with human skin characteristics is presented to evaluate the capability of the Fresnel lens. In addition, the distance between the light emitting diode and the photodiode is optimized. Compared with the other reflective oximeters, the reflected signal light detected by the photodiode is enhanced to more than 140%.

© 2016 Elsevier B.V. All rights reserved.

---

* Corresponding author.
    E-mail address: ccsun@dop.ncu.edu.tw (C.-C. Sun).

http://dx.doi.org/10.1016/j.optcom.2016.04.058
0030-4018/© 2016 Elsevier B.V. All rights reserved.

Exhibit 3
Page 41

# Exhibit 4

Exhibit 4
Page 42

**WIKIPEDIA**

# Fresnel lens

A **Fresnel lens** (/ˈfreɪn-, ˈfrɛn.ɛl, -əl/ *FRAYN-, FREN-el, -əl*, /freɪˈnɛl/ *fray-NEL* or /ˈfrɛznəl/ *FREZ-nəl*) is a type of composite compact lens originally developed by French physicist Augustin-Jean Fresnel (1788–1827) for lighthouses.[1][2] It has been called "the invention that saved a million ships."[3]

The design allows the construction of lenses of large aperture and short focal length without the mass and volume of material that would be required by a lens of conventional design. A Fresnel lens can be made much thinner than a comparable conventional lens, in some cases taking the form of a flat sheet. A Fresnel lens can capture more oblique light from a light source, thus allowing the light from a lighthouse equipped with one to be visible over greater distances.



First-order lighthouse Fresnel lens, on display at the Point Arena Lighthouse Museum, Point Arena Lighthouse, Mendocino County, California

## Contents

**History**
**Description**
  Lighthouse lens sizes
**Types**
  Imaging
  Non-imaging
**Uses**
  Imaging
    Photography
  Illumination
  Projection
  Solar power
**See also**
**References**
**Further reading**
**External links**

## History

The idea of creating a thinner, lighter lens in the form of a series of annular steps is often attributed to Georges-Louis Leclerc, Comte de Buffon.[4] Whereas Buffon proposed grinding such a lens from a single piece of glass, the Marquis de Condorcet (1743–1794) proposed making it with separate sections mounted in a frame.[5] French physicist and engineer Augustin-Jean Fresnel is most often given credit

Exhibit 4    1/10
Page 43

for the development of the multi-part lens for use in lighthouses. According to *Smithsonian* magazine, the first Fresnel lens was used in 1823 in the Cordouan lighthouse at the mouth of the Gironde estuary; its light could be seen from more than 20 miles (32 km) out.[6] Scottish physicist Sir David Brewster is credited with convincing the United Kingdom to adopt these lenses in their lighthouses.[7][8]

# Description

The Fresnel lens reduces the amount of material required compared to a conventional lens by dividing the lens into a set of concentric annular sections. An ideal Fresnel lens would have an infinite number of sections. In each section, the overall thickness is decreased compared to an equivalent simple lens. This effectively divides the continuous surface of a standard lens into a set of surfaces of the same curvature, with stepwise discontinuities between them.



How a spherical Fresnel lens collimates light



1: Cross section of a spherical Fresnel lens
2: Cross section of a conventional spherical plano-convex lens of equivalent power

In some lenses, the curved surfaces are replaced with flat surfaces, with a different angle in each section. Such a lens can be regarded as an array of prisms arranged in a circular fashion, with steeper prisms on the edges, and a flat or slightly convex center. In the first (and largest) Fresnel lenses, each section was actually a separate prism. 'Single-piece' Fresnel lenses were later produced, being used for automobile headlamps, brake, parking, and turn signal lenses, and so on. In modern times, computer-controlled milling equipment (CNC) might be used to manufacture more complex lenses.

Fresnel lens design allows a substantial reduction in thickness (and thus mass and volume of material), at the expense of reducing the imaging quality of the lens, which is why precise imaging applications such as photography usually still use larger conventional lenses.



Close-up view of a flat Fresnel lens shows concentric circles on the surface

Fresnel lenses are usually made of glass or plastic; their size varies from large (old historical lighthouses, meter size) to medium (book-reading aids, OHP viewgraph projectors) to small (TLR/SLR camera screens, micro-optics). In many cases they are very thin and flat, almost flexible, with thicknesses in the 1 to 5 mm (0.04 to 0.2 in) range.

Modern Fresnel lenses usually consist of all refractive elements. However many of the lighthouses have both refracting and reflecting elements, as shown in the photographs and diagram. That is, the outer elements are sections of reflectors while the inner elements are sections of refractive lenses. Total internal reflection was often used to avoid the light loss in reflection from a silvered mirror.

Exhibit 4
Page 44

2/10

Exhibit 5

Exhibit 5
Page 45

US006792300B1

(12) **United States Patent**
Diab et al.

(10) Patent No.: **US 6,792,300 B1**
(45) Date of Patent: **Sep. 14, 2004**

(54) **LOW-NOISE OPTICAL PROBES FOR REDUCING LIGHT PIPING**

(75) Inventors: **Mohamed Diab**, Mission Viejo, CA (US); **Esmaiel Kiani-Azarbayjany**, Laguna Niguel, CA (US); **David R. Tobler**, Westminster, CO (US); **Thomas J. Gerhardt**, Littleton, CO (US); **Eugene E. Mason**, Boulder, CO (US); **Mike A. Mills**, Golden, CO (US)

(73) Assignee: **Masimo Corporation**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 316 days.

(21) Appl. No.: **09/898,990**

(22) Filed: **Jul. 3, 2001**

**Related U.S. Application Data**

(63) Continuation of application No. 09/094,202, filed on Jun. 9, 1998, now Pat. No. 6,256,523, which is a continuation of application No. 08/543,789, filed on Oct. 16, 1995, now Pat. No. 5,782,757, which is a continuation-in-part of application No. 08/333,132, filed on Nov. 1, 1994, now Pat. No. 5,638,818, which is a continuation-in-part of application No. 07/672,890, filed on Mar. 21, 1991, now abandoned.

(51) Int. Cl.[7] .................................................. A61B 5/00
(52) U.S. Cl. ....................................... 600/310; 600/344
(58) Field of Search ................................ 600/310, 322, 600/323, 340, 344, 473, 476

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,567,926 A | 9/1951 | Dunkelberger |
| 3,103,214 A | 9/1963 | Smith |
| 3,463,142 A | 8/1969 | Harte |
| 3,482,565 A | 12/1969 | Gowen |
| 3,704,706 A | 12/1972 | Herczfeld et al. |
| 4,129,124 A | 12/1978 | Thalmann |
| 4,321,930 A | 3/1982 | Jobsis et al. |
| 4,334,544 A | 6/1982 | Hill et al. |
| 4,350,165 A | 9/1982 | Striese |

| | | | |
|---|---|---|---|
| 4,380,240 A | 4/1983 | Jobsis et al. |
| 4,406,289 A | 9/1983 | Wesseling et al. |
| 4,528,986 A | 7/1985 | Arundel et al. |
| 4,621,643 A | 11/1986 | New, Jr. et al. |
| 4,685,464 A | 8/1987 | Goldberger et al. |
| 4,700,708 A | 10/1987 | New, Jr. et al. |
| 4,824,242 A | 4/1989 | Frick et al. |
| 4,825,872 A | 5/1989 | Tan et al. |
| 4,825,879 A | 5/1989 | Tan et al. |
| 4,830,014 A | 5/1989 | Goodman et al. |
| 4,859,057 A | 8/1989 | Taylor et al. |
| 4,865,038 A | 9/1989 | Rich et al. |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 074428 | 3/1983 |
| EP | 89105503 | 8/1983 |
| EP | 104772 | 4/1984 |
| EP | 404562 | 12/1990 |
| WO | 92/01894 | 1/1992 |

OTHER PUBLICATIONS

US 4,928,691, 5/1990, Nicolson et al. (withdrawn)

*Primary Examiner*—Eric F. Winakur
(74) *Attorney, Agent, or Firm*—Knobbe Martens Olson & Bear LLP

(57) **ABSTRACT**

An optical probe, which is particularly suited to reduce noise in measurements taken on an easily compressible material, such as a finger, a toe, a forehead, an earlobe, or a lip, measures characteristics of the material. A neonatal and adult disposable embodiment of the probe include adhesive coated surfaces to securely affix the probe onto the patient. In addition, the surface of the probe is specially constructed to minimize light piping effects. Furthermore, a flex circuit acts as a spring to absorb shock which may misalign the emitter and detector. One embodiment of the adult probe includes a cushioning pocket formed for a fingertip to align the probe and to absorb motion of the probe due to contact. The neonatal probe is formed with a unique V-configuration which provides multiple advantages.

**6 Claims, 34 Drawing Sheets**



Exhibit 5
Page 46

## US 6,792,300 B1

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,867,165 A | 9/1989 | Noller |
| 4,880,304 A | 11/1989 | Jaeb et al. |
| 4,907,594 A | 3/1990 | Muz |
| 4,913,150 A | 4/1990 | Cheung et al. |
| 4,927,264 A | 5/1990 | Shiga et al. |
| 4,938,218 A | 7/1990 | Goodman et al. |
| 4,964,408 A | 10/1990 | Hink et al. |
| 4,974,591 A | 12/1990 | Awazu et al. |
| 5,031,608 A | 7/1991 | Weinstein |
| 5,058,588 A | 10/1991 | Kaestle |
| 5,080,098 A | 1/1992 | Willett et al. |
| 5,086,229 A | 2/1992 | Rosenthal et al. |
| 5,099,842 A | 3/1992 | Mannheimer et al. |
| 5,109,848 A | 5/1992 | Thomas et al. |
| 5,109,849 A | 5/1992 | Goodman et al. |
| 5,125,403 A | 6/1992 | Culp |
| 5,170,786 A | 12/1992 | Thomas et al. |
| 5,217,013 A | 6/1993 | Lewis et al. |
| 5,224,478 A | 7/1993 | Sakai et al. |
| 5,246,003 A | 9/1993 | DeLonzor |
| 5,337,744 A | 8/1994 | Branigan |
| 5,390,670 A | 2/1995 | Centa et al. |
| 5,452,717 A | 9/1995 | Branigan et al. |
| 5,469,845 A | 11/1995 | DeLonzor et al. |
| 5,520,177 A | 5/1996 | Ogawa et al. |
| 5,584,296 A | 12/1996 | Cui et al. |
| 5,638,818 A | 6/1997 | Diab et al. |
| 5,782,757 A | 7/1998 | Diab et al. |
| RE36,000 E | 12/1998 | Swedlow et al. |
| 6,088,607 A | 7/2000 | Diab et al. |
| 6,256,523 B1 | 7/2001 | Diab et al. |

Exhibit 5
Page 47



FIG. 1



FIG. 2a



FIG. 2b

Exhibit 5
Page 48



FIG. 3



FIG. 4

TO PROCESSOR

Exhibit 5
Page 49



FIG. 5



FIG. 6

Exhibit 5
Page 50



FIG. 7

FIG. 9

FIG. 8

Exhibit 5
Page 51



FIG. 10

FIG. 11

TO PROCESSOR

FIG. 12

TO PROCESSOR

Exhibit 5
Page 52



Exhibit 5
Page 53



FIG. 16

FIG. 17

BONE
MUSCLE
TISSUE
ARTERIAL BLOOD
VENOUS BLOOD

FIG. 19

TO PROCESSOR

Exhibit 5
Page 54



Exhibit 5
Page 55



*FIG. 21*

*FIG. 22*

*FIG. 23*

Exhibit 5
Page 56

FIG. 24

Exhibit 5
Page 57



# FIG. 25

Exhibit 5
Page 58



FIG. 26



FIG. 27

Exhibit 5
Page 59



## FIG. 28

Exhibit 5
Page 60

*FIG.29A*



*FIG.29B*



Exhibit 5
Page 61

U.S. Patent          Sep. 14, 2004          Sheet 15 of 34          US 6,792,300 B1



FIG. 30

Exhibit 5
Page 62



*FIG. 31A*



*FIG. 31*

Exhibit 5
Page 63



FIG. 31B

Exhibit 5
Page 64



Exhibit 5
Page 65



FIG. 33B



FIG. 33A

Exhibit 5
Page 66



Exhibit 5
Page 67



*FIG.39A*



*FIG.39B*



*FIG.39C*

Exhibit 5
Page 68



FIG. 40A

FIG. 40B

Exhibit 5
Page 69

*FIG. 41*



Exhibit 5
Page 70

FIG. 43

FIG. 42

Exhibit 5
Page 71



*FIG. 44A*

*FIG. 44B*





*FIG. 44C*

Exhibit 5
Page 72



FIG. 45C

FIG. 45B

FIG. 45A

Exhibit 5
Page 73



Exhibit 5
Page 74

# FIG.48



Exhibit 5
Page 75

U.S. Patent       Sep. 14, 2004       Sheet 29 of 34       US 6,792,300 B1



FIG. 49

FIG. 50

2498

Exhibit 5
Page 76



FIG. 51

Exhibit 5
Page 77



*FIG.52A*

2536

2538

2532

2534

2530

*FIG.52B*

2542

2540

Exhibit 5
Page 78

*FIG.53A*       *FIG.53B*       *FIG.54*



Exhibit 5
Page 79

**U.S. Patent**     Sep. 14, 2004     Sheet 33 of 34     US 6,792,300 B1



FIG. 55C

2510



FIG. 55A



FIG. 55B

Exhibit 5
Page 80



*FIG. 56*

Exhibit 5
Page 81

US 6,792,300 B1

**1**

## LOW-NOISE OPTICAL PROBES FOR REDUCING LIGHT PIPING

This application is a continuation of application Ser. No. 09/094,202, filed Jun. 9, 1998 now U.S. Pat. No. 6,256,523, which is a continuation of application Ser. No. 08/543,789, now U.S. Pat. No. 5,782,757, filed Oct. 16, 1995, which is a continuation-in-part of application Ser. No. 08/333,132, filed Nov. 1, 1994, now U.S. Pat. No. 5,638,818, which is a continuation-in-part of application Ser. No. 07/672,890, filed Mar. 21, 1991, now abandoned.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to low-noise, disposable and reusable optical probes which may be used to sense optical energy passed through a medium to determine the characteristics of the medium.

2. Description of the Related Art

Energy is often transmitted through or reflected from a medium to determine characteristics of the medium. For example, in the medical field, instead of extracting material from a patient's body for testing, light or sound energy may be caused to be incident on the patient's body and transmitted (or reflected) energy may be measured to determine information about the material through which the energy has passed. This type of non-invasive measurement is more comfortable for the patient and can be performed more quickly.

Non-invasive physiological monitoring of bodily function is often required. For example, during surgery, blood pressure and the body's available supply of oxygen, or the blood oxygen saturation, are often monitored. Measurements such as these are often performed with non-invasive techniques where assessments are made by measuring the ratio of incident to transmitted (or reflected) light through a portion of the body, for example a digit such as a finger, or an earlobe, or a forehead.

Transmission of optical energy as it passes through the body is strongly dependent on the thickness of the material through which the light passes, or the optical path length. Many portions of a patient's body are typically soft and compressible. For example, a finger comprises skin, muscle, tissue, bone, blood, etc. Although the bone is relatively incompressible, the tissue, muscle, etc. are easily compressible with pressure applied to the finger, as often occurs when the finger moves. Thus, if optical energy is made incident on a finger and the patient moves in a manner which distorts or compresses the finger, the optical path length changes. Since a patient generally moves in an erratic fashion, the compression of the finger is erratic. This causes the change in optical path length to be erratic, making the absorption erratic, resulting in a difficult to interpret measured signal.

Many types of non-invasive monitoring devices have been developed to try to produce a clear and discernable signal as energy is transmitted through a medium, such as a finger or other part of the body. In typical optical probes a light emitting diode (LED) is placed on one side of the medium while a photodetector is placed on an opposite side of the medium. Many prior art optical probes are designed for use only when a patient is relatively motionless since, as discussed above, motion induced noise can grossly corrupt the measured signal. Typically, probes are designed to maximize contact between the LED and the medium and the photodetector and the medium to promote strong optical coupling between the LED, the medium, and the

**2**

photodetector, thereby generating a strong output signal intensity. In this way, a strong, clear signal can be transmitted through the medium when the patient is generally motionless.

For example, U.S. Pat. No. 4,880,304 to Jaeb, et al. discloses an optical probe for a pulse oximeter, or blood oxygen saturation monitor, comprising a housing with a flat lower face containing a central protrusion in which a plurality of light emitting diodes (LEDs) and an optical detector are mounted. When the probe is placed on the patient's tissue, the protrusion causes the LEDs and the detector to press against the tissue to provide improved optical coupling of the sensor to the skin. In another embodiment (FIGS. 4a and 4b in the Jaeb patent), the LEDs and the detector are arranged within a central chamber, generally horizontal with respect to the tissue on which the probe is placed. A set of mirrors or prisms causes light to be directed from the LEDs onto the tissue through a polymer sealant within the chamber, the sealant providing a contact with the tissue for good optical coupling with the tissue.

U.S. Pat. No. 4,825,879 to Tan, et al. discloses an optical probe wherein a T-shaped wrap, having a vertical stem and a horizontal cross bar, is utilized to secure a light source and an optical sensor in optical contact with a finger. The light source is located in a window on one side of the vertical stem while the sensor is located in a window on the other side of the vertical stem. The finger is aligned with the stem and the stem is bent such that the light source and the sensor lie on opposite sides of the finger. Then, the cross bar is wrapped around the finger to secure the wrap, thereby ensuring that the light source and the sensor remain in contact with the finger to produce good optical coupling.

U.S. Pat. No. 4,380,240 to Jöbsis, et al. discloses an optical probe wherein a light source and a light detector are incorporated into channels within a slightly deformable mounting structure which is adhered to a strap. Annular adhesive tapes are placed over the source and the detector. The light source and detector are firmly engaged with a bodily surface by the adhesive tapes and pressure induced by closing the strap around a portion of the body. An alternative embodiment provides a pressurized seal and a pumping mechanism to cause the body to be sucked into contact with the light source and detector.

U.S. Pat. No. 4,865,038 to Rich, et al. discloses an optical probe having an extremely thin cross section such that it is flexible. A die LED and a photodetector are located on a flexible printed circuit board and encapsulated by an epoxy bead. A spacer, having circular apertures positioned in alignment with the LED and photodetector, is placed over the exposed circuit board. A transparent top cover is placed over the spacer and is sealed with a bottom cover placed under the circuit board, thereby sealing the probe from contaminants. A spine may be added to strengthen the device. The flexibility of the device allows it to be pinched onto the body causing the epoxy beads over the LED and the photodetector to protrude through the apertures in the spacer and press against the top cover such that good optical contact is made with the body.

U.S. Pat. No. 4,907,594 to Muz discloses an optical probe wherein a dual wall rubberized sheath is fit over a finger. A pump is located at the tip of the finger such that a pressurized chamber may be formed between the two walls, thereby causing an LED and a photodetector located in the inner wall to be in contact with the finger.

Each of the above described optical probes is designed to cause a strong measured signal at the photodetector by

Exhibit 5
Page 82

US 6,792,300 B1

**3**

optimizing contact between the LED, the patient, and the probe. However, this optimization forces compressible portions of the patient's body to be in contact with surfaces which compress these portions of the patient's body when the patient moves. This can cause extreme changes in the thickness of material through which optical energy passes, i.e., changes in the optical path length and changes due to scattering as a result of venous blood movement during motion. Changes in the optical path length can produce enough distortion in the measured signal to make it difficult or impossible to determine desired information.

Furthermore, demand has increased for disposable and reusable optical probes which are suitably constructed to provide low-noise signals to be output to a signal processor in order to determine the characteristics of the medium. Many difficulties relating to motion-induced noise have been encountered in providing such an optical probe inexpensively. Furthermore, such probes tend to be difficult to use in certain applications, such as applications where a patients finger may move or shift during measurement, or, in a more extreme case, when the optical probe is employed on small children who typically do not sit still during the measurement process.

Thus, a need exists for a low-cost, low-noise optical probe which is easy to use under adverse conditions, and for a method of manufacturing such a probe. More specifically, a need exists for a probe which reduces motion induced noise, or motion artifacts, during measurement of a signal while still generating a transmitted or reflected signal of sufficient intensity to be measured by a detector.

## SUMMARY OF THE INVENTION

The present invention involves a probe for use in non-invasive energy absorption (or reflection) measurements. One aspect of the present embodiment involves an optical probe for non-invasive measurement of characteristics of a medium, wherein the prove has an emitter which transmits optical radiation and a detector configured to detect the optical radiation transmitted by the emitter. The probe also has a flexible circuit assembly having circuit paths for connection with the emitter and the detector. A substrate forms a surface of the flex circuit assembly between the detector and the emitter. The substrate is constructed to minimize light piping from the emitter to the detector.

In one embodiment, the probe further has a flexible backing supporting the flex circuit, the flexible backing being configured to attach the optical probe to the medium. Advantageously, a an optical cavity is provided for the detector.

In one advantageous embodiment, the flexible circuit assembly is sufficiently flexible to provide spring action to minimize optical decoupling between the emitter and the detector due to perturbations of the medium. Advantageously, a flexible backing supporting the flex circuit is configured to affix the optical probe to the medium. Also, in one preferred embodiment, the flex circuit has an optical obstruction between, the emitter and the detector.

In one preferred embodiment, the optical obstruction comprising an aperture through the flex circuit configured to receive a fingertip when the optical probe is affixed to a finger. The aperture stabilizes the finger within the probe so as to reduce optical decoupling between the emitter and the detector.

Preferably, the probe has an optical cavity containing the detector. In one advantageous embodiment, the optical cavity containing the detector is coated with a material which

**4**

absorbs ambient light or the cavity is made from an ambient light absorptive material.

A further aspect of the present invention involves an probe for the non-invasive measurement of characteristics of a medium. According to this aspect, the optical probe has an emitter which transmits optical radiation and a detector configured to detect the optical radiation after attenuation through the medium. Again, a flexible circuit assembly extending between the emitter and the detector has electrical circuit paths for the detector and the emitter. A cushion positioned between the detector and the emitter along the flexible circuit is also provided. The cushion is preferably formed in the flexible circuit between the emitter and the detector so that the cushion abuts a patient's fingertip when the optical probe is attached to the fingertip.

Another aspect of the present invention involves an optical probe for the non-invasive measurement of characteristics of a medium, wherein the probe has a substrate which forms a surface for the probe such that the substrate is constructed to have a V-configuration with the emitter and detector positioned on opposite branches of the V-configuration. This configuration is advantageous for use with a newborn baby.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a schematic medium comprising N different constituents.

FIG. **2**a illustrates an ideal plethysmographic signal that would be measured by the optical probe of the present invention when utilized for pulse oximetry.

FIG. **2**b illustrates a realistic signal measured by the optical probe of the present invention when utilized for pulse oximetry.

FIG. **3** is a perspective view of a probe of the present invention having a single segment chamber.

FIG. **4** is a cross-sectional view of an optical probe of the present ,invention illustrating a single segment chamber having a detector within it.

FIG. **5** is a cross-sectional view of a probe of the present invention having a detector resting on a shell of base material.

FIG. **6** is a cross-sectional view of a probe of the present invention incorporating a light collecting lens.

FIG. **7** is a cross-sectional view of a probe of the present invention illustrating a single segment chamber having an LED within it.

FIG. **8** is a cross-sectional view of a probe of the present invention incorporating a collimating lens assembly.

FIG. **9** is a cross-section view of a probe of the present invention wherein the LED and the detector are not aligned along the central axis of the chamber.

FIG. **10** is a perspective view of another embodiment of a probe of the present invention having a two segment chamber.

FIG. **11** is a cross-sectional view of another embodiment of the probe of FIG. **10** incorporating a two segment chamber having a detector within it.

FIG. **12** is a cross-sectional view of another embodiment of the probe of FIG. **10** incorporating a light collecting lens in a two segment chamber.

FIG. **13** is a perspective view of a probe of the present invention having a three segment chamber.

FIG. **14** is a cross-sectional view of the probe of FIG. **13** incorporating a three segment chamber having a detector within it.

Exhibit 5
Page 83

US 6,792,300 B1

5

FIG. **15** is a cross-sectional view of another embodiment of the probe of FIG. **13** incorporating a light collimating lens.

FIG. **16** is a perspective view of a probe of the present invention specifically designed to be used with a digit.

FIG. **17** illustrates a schematic finger comprising fingernail, skin, bone, tissue, muscle, blood, etc.

FIG. **18** is a cross-section view of the probe of FIG. **16**.

FIG. **19** is a longitudinal cross-sectional view of the probe of FIG. **16**.

FIG. **20** is a cross-sectional view of another embodiment of the probe of FIG. **16** incorporating a light collecting lens.

FIG. **21** is a cross-sectional view of a probe of the present invention designed to be utilized for reflectance measurements.

FIG. **22** is a cross-sectional view of a probe which is advantageously used for non-invasive measurements when a material is compressible on more than one side. The probe has two bases, each with a chamber to house a detector or an energy source and thereby reduce motion artifacts.

FIG. **23** is a cross-sectional view of a probe having a generally cone-shaped chamber with a reflective surface which advantageously causes energy to be concentrated, or "funneled," onto the surface of a detector within the chamber, improving the measured signal.

FIG. **24** is a schematic of one system which may advantageously employ a probe of the present invention.

FIG. **25** is a cross-sectional view of a probe wherein the aperture is filled with a compressible scattering medium.

FIG. **26** is a cross-sectional view of a probe wherein the LED is spaced from the material to be measured by a transmission assembly having a scattering medium interposed between the LED and the material.

FIG. **27** is a cross-sectional view of a probe wherein a scattering medium is interposed between the LED and the material as well as between the material and the photodetector.

FIG. **28** is a cross-sectional view of a preferred embodiment of a probe in accordance with the present invention having an immersion lens for the photodetector and for the LED and having scattering medium interposed between the LED and the test material as well as between the test material and the photodetector.

FIGS. **29A**–**29B** are perspective views illustrating the it use of one embodiment of the disposable optical probe of the present invention to measure the characteristics of a human fingertip.

FIG. **30** is a flow chart which details a method of manufacturing the low-noise optical probe shown in FIGS. **29A**–**29B**.

FIG. **31** depicts a first step of the manufacturing process, wherein multiple rows of flex circuit panels are etched onto a flex circuit panel comprising, for example, copper/MYLAR™, copper/CAPTON™, or conductive ink/MYLAR™.

FIG. **31A** depicts the placement of detector shields on pressure sensitive adhesive at detector end of the flex circuit.

FIG. **31B** illustrates a second step in the manufacturing process, wherein components are placed and soldered onto the flex circuits of FIG. **31**.

FIGS. **32A** and **32B** illustrate a third step in the manufacturing process, wherein the flex circuits are placed onto a strip of flex circuit shield material.

FIGS. **33A** and **33B** depict a fourth step of the manufacturing process, wherein the flex circuit assemblies are die cut

6

and the shields are folded over the flex circuits to provide the completed flex circuit assemblies.

FIG. **34** illustrates a fifth step of the manufacturing process, wherein a connector tab and a detector cavity are placed onto a sheet of base material.

FIG. **35** depicts a sixth stage of the manufacturing process, wherein the flex circuit assembly is positioned on the base material.

FIG. **36** illustrates a seventh step in the manufacturing process, wherein a cover is placed over the detector cavity.

FIG. **37** illustrates an eighth step of the manufacturing process, wherein face stock is placed over the flex circuit assembly on the base material.

FIG. **38** illustrates a ninth step of the manufacturing process, wherein the optical probe is die cut to the final shape shown in FIG. **29a**.

FIGS. **39A**–**39C** illustrate an optical cavity in detail.

FIGS. **40A** and **40B** illustrate the application of the a neonatal probe made in accordance with the present invention.

FIG. **41** is a flow chart which details the general method used for manufacturing a neonatal disposable optical probe in accordance with a second embodiment of the present invention.

FIG. **42** illustrates a first step of the manufacturing process for a neonatal embodiment of the low-noise optical probe, wherein a first layer of tape is laid out.

FIG. **43** illustrates a second step in the manufacturing process for the neonatal probe, wherein a second elongated layer of tape is laid out over the first layer of FIG. **41**.

FIGS. **44A**–**44C** illustrate an optical cavity in detail.

FIGS. **45A**–**45C** illustrate the manufacture of the neonate flex circuit assembly.

FIG. **46** illustrates a third step in the manufacturing process for the neonatal probe, wherein the flex circuit is laid out with a connector as well as an optical probe onto the second layer of tape.

FIG. **47** illustrates a fourth step in the manufacturing process of the neonatal probe, wherein the third and fourth layers of tape are laid over the flex circuit.

FIG. **48** illustrates a fifth step in the manufacturing process wherein the neonatal probe is die-cut to the final shape.

FIGS. **49** and **50** depict an alternative embodiment of the neonatal probe wherein a soft, hospital wrap is used to affix the probe to a newborn's foot.

FIGS. **51**–**54** illustrate an alternative method of manufacturing the neonate probe.

FIGS. **55A**–**55C** depict a cover which is affixed over the optical cavity.

FIG. **56** depicts a clip-on version of the optical probe.

## DETAILED DESCRIPTION OF THE INVENTION

Examination of a material is often advantageous, especially when it is difficult or expensive to procure and test a sample of the material. For example, in physiological measurements, it is often desirable to monitor a patient without drawing of blood or tissue from the patient. The known properties of energy absorption as energy propagates through a material may be used to determine information about the material through which the energy has passed. Energy is made incident on a material, and a measurement is made of energy either transmitted by or reflected from the material.

Exhibit 5
Page 84

US 6,792,300 B1

7

The amplitude of the measured signal is highly dependent on the thickness of the material through which the energy passes, or the optical path length, as well as other properties such as the erratic movement of venous blood during motion. A schematic medium **20** comprising N different constituents $A_1$ through $A_N$ is shown in FIG. **1**. Energy transmitted through the medium **20** is approximately attenuated according to the equation:

$$I = I_0 e^{-\sum^N_{i=1} \epsilon_i c_i x_i} \qquad (1)$$

where $\epsilon_i$ is the absorption coefficient of the $i^{th}$ constituent; $x_i$ is the thickness of the $i^{th}$ constituent through which light energy passes, or the optical path length of the $i^{th}$; and cis the concentration of the $i^{th}$ constituent in thickness $x_i$.

Since energy absorption is strongly dependent on the thicknesses of the constituents $A_1$ through $A_N$ which make up the medium **20** through which the energy passes, when the thickness of the medium **20** changes, due to motion for example, the thicknesses of the individual constituents $A_1$ through $A_N$ change. This causes the absorption characteristics of the medium **20** to change.

Often a medium **20** is under random or erratic motion. For example, if the medium **20** is an easily compressible portion of a patient's body, such as a digit, and the patient moves, the medium **20** compresses erratically causing the individual thicknesses $X_1$ through $X_N$ of the constituents $A_1$ through $A_N$ to vary erratically. This erratic variation may cause large excursions in the measured signal and can make it extremely difficult to discern a desired signal, as would be present without motion induced noise, or motion artifacts.

For example, FIG. **2**a illustrates an ideal desired signal waveform, labelled Y, measured in one application of the present invention, namely pulse oximetry. FIG. **2**b illustrates a more realistic measured waveform S, also measured in a pulse oximetry application, comprising the ideal desired signal waveform Y plus motion induced noise, n, i.e. S=Y+n. It is easily seen how motion artifacts obscure the desired signal portion Y.

FIG. **3** is a perspective view of one embodiment of an optical probe **100** of the present invention which greatly diminishes the effects of motion artifacts on the measured signal. FIG. **4** shows a cross-sectional view of the optical probe **100** of the present invention taken along line 4—4 in FIG. **3**. For clarity in the perspective view of FIG. **3**, a material **128** on which measurements are to be taken is not shown placed adjacent the probe **100**. However, the material **128** on which measurements are to be made is shown in FIG. **4**. As illustrated in FIGS. **3** and **4**, a base **110**, having a top **112**, a bottom **114**, a forward end **116**, and a rear end **118**, is made of a material which is preferably rigid and opaque. It will be understood, however, that the probe **100** may be in made of materials which may be rigid, resilient, opaque, or transparent, for example.

An aperture **120** is formed in the top **112** of the base **110**. Typically, the aperture **120** is located at a point between one-quarter and one-half of the length of the base **100**. The aperture **120** may be of any shape, including but not limited to circular, square, or triangular. The aperture **120** forms the opening to a chamber **122** which may also be of any shape. In one embodiment, a lateral cross-section (not shown) of the chamber **122** is the same shape as the aperture. A central axis **124** of the chamber **122** is defined by a line aligned perpendicular to the aperture **120** and extending generally through a central portion of the aperture **120**.

In the embodiment of FIG. **4**, a light source **130**, typically a light emitting diode (LED), is affixed adjacent the material **12**B, aligned along the central axis **124** of the chamber **122**

8

opposite the chamber **122**. Typically, an adhesive such as medical tape is used to affix the LED **130** to the material **128**. A detector **126**, such as a photodetector, is placed within the chamber **122**. A central portion of the photodetector **126** is generally aligned with the central axis **124** of the chamber **122**, typically at the bottom **114** of the chamber **122**. The photodetector **126** may be fixed within the chamber **122** according to a number of different methods, including but not limited to adhesive, a press fit, or clear epoxy resin which transmits light over a range of wavelengths of interest. Typically, no matter how the photodetector **126** is held within the chamber **122**, the bottom surface **114** of the chamber **122** is made opaque either via the press fit or via paint or tape, for example.

It is often the case that materials **128** on which absorption measurements are performed are, at least in part, easily compressible. Easily compressible portions of the material **128** are placed directly adjacent (i.e., above) the chamber **122**. The area surrounding the aperture **120** supports the material covering the chamber **122**. The chamber **122** is wide enough that any compressible portion of the material **128** located above the aperture **120** may intrude into the chamber **122**. Thus, the material **122** may rest above or penetrate slightly into the chamber **122** and is thereby shielded from perturbations which compress the material **128**, such as pressure caused when the material **128** is touched.

In the present embodiment, the depth of the chamber **122** may range from 0.5 mm to 10 mm in depth, with 2–4 mm preferred, and 3–4 mm more preferred. Similarly, the diameter of the aperture **120** may, in the present embodiment, range from 3 mm to 20 mm, as required by the specific application. For instance, the aperture would be smaller for neonates than for adults. These sizes have been found to be effective in reducing perturbations and compression of the material **128**, when the material is human skin.

The chamber **122** is deep enough that the photodetector **126** and the bottom **114** of the chamber **122** do not come into contact with the easily compressible portion of the material **128**, even when the material **128** is caused to move. Thus, along the central axis **124** of the chamber **122** nothing comes into physical contact with the easily compressible portion of the material **128** and causes it to compress. With little or no compression of the material **128** in this region, the thickness of the material **128**, or the optical path length of light energy propagating through the material **128**, is substantially stabilized in the field of view of the photodetector. The movement of venous blood due to compression is also minimized in the field of view of the photodetector.

The LED **130** emits light at a known wavelength. The light propagates through the material **128** and an attenuated signal is transmitted into the chamber **122** to be received by the photodetector **126**. As light from the LED **130** propagates through the material **128**, it is scattered by the material **128** and is thus transmitted into the chamber **122** over a broad range of angles in a very complex manner. Thus, some of the light is caused to be incident on the opaque walls **123** of the chamber **122** and is absorbed. Although the signal travels through a greater optical distance to reach the photodetector **126** at the bottom **114** of the chamber **122** than if the photodetector **126** were immediately adjacent the material **128**, thus eliminating direct coupling between the photodetector **126** and the material **128**, the resulting degradation to signal intensity is compensated for by the stabilization of the optical path length and the resultant reduction of noise in the measured signal. The photodetector **126** produces an electrical signal indicative of the intensity

Exhibit 5
Page 85

US 6,792,300 B1

**9**

of light energy incident on the photodetector **126**. The electrical signal is input to a processor which analyzes the signal to determine characteristics of the media **128** through which the light energy has passed.

The opaque quality of the base **110** absorbs ambient light which can interfere with the signal measured at the photodetector **126**. This further improves signal quality. Further, the opaque bottom **114** of the chamber **122** protects the photodetector **126** from ambient light which can obscure the desired signal measured at the photodetector **126**. Thus, an accurate measurement of the intensity of the attenuated signal may be made at the photodetector **126**.

An alternative embodiment of the chamber **122** is shown in frontal cross-section in FIG. **5**. A shell **131** of base **110** material covers the bottom **114** of the chamber **122**. The photodetector **126** is mounted on the shell **131**, within the chamber **122**, generally aligned with the LED **130**. The photodetector **126** is electrically connected to a processor through a small hole (not shown) in the shell **131**. The shell **131** shields the photodetector **126** from ambient light which can seriously degrade the signal-to-noise ratio of the signal measured at the photodetector **126**. It will be understood that the bottom **114** of the chamber **122** may be formed with or without the shell **131** in any embodiment of the probe of the present invention.

FIG. **6** shows a frontal cross sectional view of another embodiment of the probe **100** of the present invention wherein a light collecting lens **132** is placed within the chamber **122**, between the material **128** which rests above or enters into the chamber **122** and the photodetector **126**. The lens **132** has one generally planar surface **132**a aligned parallel to the aperture **120** in the top **112** of the chamber **122**, located deep enough within the chamber **122** that any material **128** which intrudes into the chamber **122** does not contact the planar surface **132**a of the lens **132**. Another surface **132**b of the lens **132** is generally convex having its apex directed toward the photodetector **126** in the bottom **114** of the chamber **122**. The lens **132** may be held in the chamber **122** by a number of means, including but not limited to optical adhesive, a lens retaining ring, or a press fit. The chamber **122** functions in the same manner as described above to stabilize the optical path length and reduce motion artifacts. The light collecting lens **132** gathers much of the light which was scattered as it was transmitted through the material **128** and causes it to be incident on the photodetector **126**. This produces a stronger measured signal.

FIG. **7** shows another embodiment of the probe **100** of the present invention wherein the positions of the photodetector **126** and the LED **130** are interchanged. The LED **130** is placed within the chamber **122**, typically at the bottom **114** of the chamber **122**, generally aligned with the central axis **124** of the chamber **122**. The LED **130** may be fixed within the chamber **122** according to a number of different methods, including but not limited to a press fit, adhesive, or clear epoxy resin which transmits light over a range of wavelengths of interest, such as around the wavelength which the LED emits. Again, a material **128** is placed on the base **110** having a compressible portion of the material **128** located directly above the chamber **122**. The photodetector **126** is attached to the material **128**, opposite the LED **130**, such that the LED **130**, the photodetector **126**, and the chamber **122** are aligned along the central axis **124** of the chamber **122**. The photodetector **126** is typically attached by an opaque material. For example, the photodetector **126** may be attached to the material **128** with opaque tape, thereby limiting signal degradation caused by ambient light. The photodetector **126** is, again, electrically connected to a processor.

**10**

The probe **100** of this embodiment functions substantially identically to the embodiment of the probe **100** having the photodetector **126** housed in the chamber **122**. The chamber **122** stabilizes the optical path length by allowing easily compressible portions of the material **128** to rest above or intrude into the chamber **122**, thereby stabilizing the optical path length and substantially reducing motion artifacts. This is true regardless of whether the photodetector **126** or the LED **130** is housed within the chamber **122**.

FIG. **8** shows a cross-sectional view of another embodiment of the probe **100** of the present invention wherein the LED **130** is located within the chamber **122**. A collimating lens assembly **140** is placed within the chamber **122**, between the material **128** which rests above or enters into the chamber **122** and the LED **130**. Collimating lens assemblies **140** are well known in the art and, thus, the lens assembly **140** is represented schematically in the FIG. **8**. The collimating lens assembly **140** is located deep enough within the chamber **122** that any material **128** which intrudes into the chamber **122** does not contact the lens assembly **140**. The lens assembly **140** may be held in the chamber **122** by a number of means, including but not limited to optical adhesive, a lens retaining ring, or a press fit. The chamber **122** functions in the same manner as described above to stabilize the optical path length and reduce motion artifacts. The collimating lens assembly **140** causes light from the LED **130** to be focused on the material **128** above the chamber **122**, thus providing a less scattered signal transmitted onto the photodetector **126** surface, thereby utilizing the photodetector **126** more effectively.

FIG. **9** shows another embodiment of the probe **100** of the present invention wherein the LED **130** and the photodetector **126** are not aligned along the central axis **124** of the chamber **122**. Light is scattered within the material **128**, causing at least a portion of the light emitted by the LED **130** to reach the photodetector **126** for measurement. As long as light emitted by the LED **130** and scattered by the material **128** reaches the photodetector **126** with great enough intensity to be measured, the LED **130** and the photodetector **126** need not be aligned. While alignment of the LED **130** and the photodetector **126** along the same axis causes the light emitted by the LED **130** to reach the photodetector **126** more directly, it is not necessary for operation of the probe of the present invention. In some applications, misalignment may even be advantageous. It will be understood that this is true for any embodiment of the probe of the present invention. Additionally, it will be understood that a photodetector **126** which fills the width of the chamber **122** is advantageous in that more of the light directed into the chamber **122** will be incident on the surface of the photodetector **126**, resulting in a stronger measured signal. However, any size photodetector **126** which acquires enough energy to produce an adequately strong measured signal is acceptable. It will be understood that this is true for any embodiment of the probe of the present invention.

A perspective view of another embodiment of a probe **200** of the present invention comprising a multi-segment chamber **222** is shown in FIG. **10**. FIG. **11** shows a cross-sectional view of the probe **200** of the present invention taken along line **11—11** in FIG. **10**. For clarity in the perspective view of FIG. **10**, a material **228** on which measurements are to be taken is not shown placed adjacent the probe **200**. However, the material **228** is shown adjacent the probe **200** in FIG. **11**.

As illustrated in FIGS. **10** and **11**, a base **210**, having a top **212**, a bottom **214**, a forward end **216**, and a rear end **218**, is made of a material which is preferably rigid and opaque. It will be understood, however, that the probe **200** may be

Exhibit 5
Page 86

US 6,792,300 B1

**11**

made of materials which may be rigid, resilient, opaque, or transparent, for example. An aperture **220** of any shape is formed in the base **210**, similar to the aperture **120** described above in conjunction with the probe **100** of FIGS. **3** through **9**. The aperture **220** forms the opening to a stabilizing segment **222a** of the multiple segment chamber **222**. A lateral cross-section (not shown) of the stabilizing segment **222a** of the chamber **222** is typically the same shape as the aperture **220**. Walls **223a** of the stabilizing segment **222a** are generally perpendicular to the aperture **220**. A central axis **224** of the chamber **222** is defined by a line aligned generally perpendicular to the aperture **220** and extending generally through a central portion of the aperture **220** and the chamber **222**.

A mounting segment **222b** is located directly adjacent and below the stabilizing segment **222b**, connected to the stabilizing segment **222b** by a border **225**. The mounting segment **222b** shares the central axis **224** of the stabilizing segment **222a** and is typically of smaller width. Walls **223b** of the mounting segment **222b** are generally parallel to the central axis **224**. The mounting segment **222b** may extend through the bottom **214** of the base **210**, as shown in FIG. **11**, or the mounting segment **222b** may extend to just above the bottom **214** of the base **210**, leaving a shell (not shown) of base **210** material at the bottom **214** of the chamber **222**.

A photodetector **226** is placed in the mounting segment **222b** of the chamber **222**, typically at the bottom **214** of the mounting segment **222b**, having a central portion of the photodetector **226** generally aligned with the central axis **224** of the chamber **222**. The mounting segment **222b** of the chamber **222** is deep enough that the photodetector **226** does not penetrate into the stabilizing segment **222** of the chamber **222**. The photodetector **226** may be fixed within the chamber **222** according to a number of different methods, including but not limited to adhesive, a press fit, or a clear epoxy resin which transmits light over a range of wavelengths of interest. In this embodiment, the bottom **214** of the chamber **222** is made opaque via paint or tape, for example, or by leaving a shell (not shown) of base **210** material at the bottom **214** of the chamber **222** when the chamber **222** is formed. The photodetector **226** is electrically connected to a processor, similarly to the photodetector **126** in the previous embodiment of the probe **100** of the present invention.

An energy absorbing material **228** (the material under test) is placed over the base **210** as shown in the cross section of FIG. **11**. A portion of the material **228** may rest above the chamber **222**. Additionally, the stabilizing segment **222a** of the chamber **222** is wide enough that any easily compressible portion of the material **228** may intrude into the stabilizing segment **222a** of the chamber **222**. The stabilizing segment **222a** of the chamber **222** is deep enough that the portion of the material **228** which enters into the stabilizing segment **222a** does not contact matter within the stabilizing segment **222a** which might cause compression, even when the material **228** is caused to move.

A light emitting diode (LED) **230** is affixed adjacent the material **228**, opposite the aperture **220**. The LED **230** is advantageously aligned along the central axis **224** to optimize the amount of light incident directly through the material **228** onto the photodetector **226**. However, it will be understood that the positions of the photodetector **226** and the LED **230** could be interchanged as discussed in conjunction with FIG. **7**. Additionally, a collimating lens assembly (not shown) could be added to the chamber **222** as discussed in conjunction with FIG. **8**. The collimating lens assembly may be held in the chamber **222** similarly to a light

**12**

collecting lens **232** discussed below. Further, it will be understood that the LED **230** and the photodetector **226** could be unaligned, as discussed in conjunction with FIG. **9**.

As light from the LED **230** propagates through the material **228**, it is scattered by the material **228** and is thus transmitted into the chamber **222** over a broad range of angles. Thus, some of the light is caused to be incident on the opaque walls **223a** and **223b** of the chamber **222** and is absorbed. However, the advantageous alignment of the photodetector **226** and the own **230** along the central axis **224** causes a large percentage of the light to be incident on the surface of the photodetector **226**. Since the material **228** remains substantially uncompressed above and within the stabilizing segment **222a**, the thickness through which the light travels, or the optical path length, is substantially stabilized. Thus, the signal-to-noise ratio of the measured signal is improved by the suppression of motion artifacts due to the chamber **222**.

In another embodiment of the probe **200**, a light collecting lens **232** is inserted within the chamber **222**, as shown in cross-section in FIG. **12**. The lens **232** is advantageously supported at the border **225** between the stabilizing segment **222a** and the mounting segment **222b**. The lens may be held in place by a number of means, including but not limited to an optical adhesive, a lens retaining ring, or a press fit. The lens **232** has a generally planar surface **232a** aligned with the border **225** between the stabilizing segment **222a** and the mounting segment **222b** and a generally convex surface **223b** extending into the mounting segment **222b** of the chamber **222**. The stabilizing segment **222a** of the chamber **222** is deep enough that the lens **232** does not contact any of the compressible material **228** which may have intruded into the chamber **222**.

The lens **232** collects light which is incident on the planar surface **232a**. Much of the light which is incident on this surface **232a** at angles which would be absorbed by the walls **223a** and **223b** of the chamber **222** if the lens were not present is now directed toward the photodetector **226**. Thus, a greater percentage of the light transmitted through the material **228** is caused to be incident on the photodetector **226**, resulting in a stronger measured signal.

A perspective view of another embodiment of the probe **300** of the present invention which incorporates a chamber **322** having three segments **322a**, **322b**, and **322c** is shown in FIG. **13**. The probe **300** has a base **310** with a top **312**, a bottom **314**, a forward end **316**, and a rear end **318**. The base **310** is typically made of rigid opaque material. However, it will be understood that the base **310** may be made of other materials which may be rigid, resilient, opaque, or transparent, for example. A cross-sectional view of the chamber **322** of this embodiment is shown in FIG. **14**. For clarity in the perspective view of FIG. **13**, a material **328** on which measurements are to be taken is not shown placed adjacent the probe **300**. However, the material **328** is shown in the cross section of FIG. **13**. An aperture **320** of any shape is formed in the base **310**, similar to the apertures **120** and **220** described above. The aperture **320** forms the opening to a stabilizing segment **322a** of a three segment chamber **322**. A lateral cross-section (not shown) of the stabilizing segment **322a** of the chamber **322** is typically the same shape as the aperture **320**. Walls **323a** of the stabilizing segment **322a** are generally perpendicular to the aperture **320**. A central axis **324** of the chamber **322** is defined by a line aligned perpendicular to the aperture **320** and extending generally through a central portion of the aperture **320** and the chamber **322**.

A second, transitional segment **322b** of the chamber **322** is adjacent the stabilizing segment **322a** of the chamber **322**

Exhibit 5
Page 87

US 6,792,300 B1

13

14

A top border 325a is formed between the transitional segment 322b and the stabilizing segment 322a of the chamber 322. The transitional segment 322b shares the same central axis 324 as the stabilizing segment 322a. Walls 323b of the transitional segment 322b are angled inwardly such that a bottom border 325b of the transitional segment 322b is of smaller dimension than the top border 325a of the transitional segment 322b.

The bottom border 325b of the transitional segment 322b leads into a mounting segment 322c of the chamber 322. The mounting segment 322c shares the same central axis 324 of the stabilizing and transitional segments 322a and 322b and is typically of smaller width than the stabilizing and transitional segments 322a and 322b. Walls 323c of the mounting segment 322c are generally parallel to the central axis 324. Thus, any cross-section of the mounting segment 322c cut perpendicular to the central axis 324 of the chamber 322 is typically of approximately the same shape as the bottom border 325b of the transitional segment 322b of the chamber 322. The mounting segment 322c may extend through the bottom 314 of the base 310, as shown. Alternatively, the mounting segment 322c may extend to just above the bottom 314 of the base 310, leaving a shell (not shown) of base 310 material at the bottom 314 of the three segment chamber 322.

A photodetector 326 is placed within the mounting segment 322c of the chamber 322, at the bottom 314 of the chamber 322 in the present embodiment. A central portion of the photodetector 326 is aligned with the central axis 324 of the chamber 322. The mounting segment 322c of the chamber 322 is deep enough that the photodetector 326 does not penetrate into the stabilizing segment 322 of the chamber 322. The photodetector 326 may be fixed within the chamber 322 according to a number of different methods, including but not limited to adhesive, a press fit, or a clear epoxy resin which transmits light over a range of wavelengths of interest. In this embodiment, the bottom 314 of the chamber 322 is made opaque via the press fit, paint, or tape, for example. The photodetector 326 is electrically connected to a processor, similarly to the photodetectors 126 and 226 in the previous embodiments of the probe of the present invention.

When a portion of an energy absorbing material 328 is placed over the probe 300, as shown in the cross-section of FIG. 14, it may rest above the chamber 322. Additionally, the stabilizing segment 322a of the chamber 322 is wide enough that easily compressible portions of the material 328 may enter into the stabilizing segment 322a of the chamber 322. The stabilizing segment 322a of the chamber 322 is deep enough that the easily compressible portion of the material 328 which intrudes into the stabilizing segment 322a does not contact matter within the stabilizing segment 322a which might cause compression of the material 328, even when the material 328 is caused to move. The chamber 322 shields the compressible material 328 from contact which might cause compression of the material 328 and thereby change the optical path length through the material 328.

An LED 330 is affixed to the material 328, opposite the aperture 320. The LED 330 is advantageously aligned along the central axis 324 to optimize the amount of light incident directly through the material 328 onto the photodetector 326. It will be understood that the positions of the photodetector 326 and the LED 330 could be interchanged as discussed in conjunction with FIG. 7. Additionally, a collimating lens assembly (not shown) could be added to the chamber 322 as discussed in conjunction with FIG. 8. The collimating lens assembly may be held in the chamber 322

similarly to a light collecting lens 332 discussed below. Further, it will be understood that the LED 330 and the photodetector 326 could be unaligned, as discussed in conjunction with FIG. 9.

As light from the LED 330 propagates through the material 328, it is scattered by the material 328 and is thus transmitted into the chamber 322 over a broad range of angles. Thus, some of the light is caused to be incident on the opaque walls 323a, 323b, and 323c of the chamber 322 and is absorbed. However, the advantageous alignment of the photodetector 326 and the LED 330 along the central axis 324 of the chamber 322 causes a large percentage of the light to be incident on the surface of the photodetector 326. Since the material 328 remains substantially uncompressed above and within the stabilizing segment 322a, the thickness through which the light travels, or the optical path length, is substantially stabilized. Thus, the signal-to-noise ratio of the measured signal is improved by the suppression of motion artifacts. Additionally helping to improve the signal to noise ratio of the measured signal is the opaque bottom 314 of the mounting segment 322c which shelters the photodetector 326 from ambient light.

In another embodiment of the probe 300 of the present invention, a light collecting lens 332 is added to the transitional segment 322b of the chamber 322, as shown in a cross sectional view in FIG. 15. The lens 332 is supported in the transitional segment 322b and may be held in the transitional segment 322b by a number of means, including but not limited to optical adhesive, a lens retaining ring, or a press fit. The lens has a generally planar surface 332a aligned with the top border 325a of the transitional segment 322b of the chamber 322 and a generally convex surface 325b extending into the transitional segment 322b of the chamber 322. The stabilizing segment 322a of the chamber 322 is deep enough that the lens 332 does not contact the easily compressible material 328 which rests above or has intruded into the chamber 322.

The lens 332 collects light which is incident on the planar surface 332a. Much of the light which is incident on this surface 332a at angles which would have been absorbed by the walls 323a, 323b and 323c of the chamber 322 if the lens 332 were not present is now directed toward the photodetector 326. Thus, a greater percentage of the light transmitted through the material 328 is caused to be incident on the photodetector 326, resulting in a stronger measured signal.

It will be understood that the walls 323b of the transitional segment 322b in each of the above described embodiments need not be sloped to achieve transition from larger width in the stabilizing segment 322a to smaller width in the mounting segment 322c. The walls 323b of the transitional segment 322b could be aligned generally parallel to the central axis 324, arranged at a distance which would cause the width of the transitional segment 322b to be less than the width of the stabilizing segment 322a and greater than the width of the mounting segment 322c.

FIG. 16 shows a perspective view of another probe 400 of the present invention specifically designed for use with a digit, such as a finger or a toe. For ease of illustration, the present example will pertain to a finger, though it will be understood that the present example could equally well pertain to any digit. FIG. 17 illustrates a schematic finger 428 comprising nail, skin, bone, tissue, muscle, blood, etc. Constituents in the finger's pad 404, such as fat and tissue, are easily compressible with motion of a patient. Even slight motion of the finger 428 can cause the thickness of constituents within the finger 428 to change greatly, thereby causing large motion induced excursions to occur in

Exhibit 5
Page 88

US 6,792,300 B1

15

measured signal, often obscuring a desired portion of the measured signal from which information about the patient can be determined.

As depicted in FIG. **16**, base **410** of the finger probe **400**, called a saddle **410** in this embodiment, is generally semi-cylindrical and preferably is made of a rigid or semi-rigid, opaque material such as black plastic. It will be understood, however, that the saddle **410** may be made of other materials, including those which are rigid, resilient, opaque, and transparent, for example. The saddle **410** has a top **412**, a bottom **414**, a forward end **416**, a rear end **418**, a ridge **440**, and sidewalls **450** which curve upwardly from the ridge **440** to form a U-shape in cross-section, as shown in FIG. **18**.

As illustrated in FIGS. **16** and **18**, an aperture **420** forms the entrance to a chamber **422**, located between one-quarter to one-half of the length of the saddle **410** from the forward end **416** of the saddle **410**, as shown in the longitudinal cross-section of FIG. **19**. The aperture **420** can be of any shape, including but not limited to circular, square, or triangular. The aperture **420** is the entrance to a chamber **422**, as described previously in conjunction with other embodiments **100**, **200**, and **300** of the probe of the present invention. The chamber **422** may also be of any shape, including but not limited to circular, square, or triangular in cross-section.

The chamber **422** may have one or more segments, as described previously. Although the chamber **422** shown in this embodiment is a three segment chamber **422**, having a stabilizing segment **422**a, a sloped-wall transitional segment **422**b, and a mounting segment **422**c aligned on a common central axis **424**, it will be understood that any chamber **422** which protects from compression, a compressible portion of the finger **428** through which light energy passes during absorption measurements, is a viable alternative. It will further be understood that a shell (not shown) of saddle **410** material could cover the bottom **414** of the chamber **422**, as described previously with respect to the embodiment of the probe shown in FIG. **5**.

A photodetector **426** is placed within the chamber **422**, typically at the bottom **414** of the mounting segment **422**c of the chamber **422**. The photodetector **426** may be in place by adhesive, a press fit, or a clear epoxy resin which transmits light over a range of wavelengths of interest, for example. Typically, the bottom **414** of the chamber **422** is made opaque via tape or paint, for example, such that ambient light does not affect the photodetector **426**.

The finger **428** is placed on the saddle **410**, the finger pad **404** directly adjacent the aperture **420** and chamber **422**. Additionally, the finger pad **404** may rest above the chamber **422**. The aperture **420** and stabilizing segment **422**a of the chamber **422** are wide enough that any easily compressible portion of the finger **428**, such as a portion of the finger pad **404**, may intrude into the chamber **422**. The stabilizing segment **422**a of the chamber **422** is deep enough that any portion of the finger **428** which does penetrate into the stabilizing segment **422**a does not contact any matter within the stabilizing segment **422**a which might cause compression of the finger **428**, even when the finger **428** is caused to move.

An LED **430** is affixed to the finger **428**, generally opposite the aperture **420**. The LED **430** is typically attached to the finger **428** via adhesive, such as medical tape. The LED **430** is advantageously aligned along the central axis **424** to optimize the amount of light transmitted directly through the finger **428** onto the photodetector **426**. However, it will be understood that the positions of the photodetector **426** and the LED **430** could be interchanged as discussed in

16

conjunction with FIG. **7**. Additionally, a collimating lens assembly (not shown) could be added to the chamber **422** as discussed in conjunction with FIG. **8**. The collimating lens assembly may be held in the chamber **422** similarly to a light collecting lens **432** discussed below. Further, it will be understood that the LED **430** and the photodetector **426** could be unaligned, as discussed in conjunction with FIG. **9**.

The LED **430** emits a light energy signal which propagates through the finger **428** and is transmitted into the chamber **422**. The chamber **422** shields from compression the portion of the finger **428** through which light energy passes. Thus, the optical path length of the light through the finger **428** is substantially stabilized and motion artifacts are substantially reduced in the measured signal. It will be understood that a single segment chamber as described in conjunction with FIGS. **3** through **9** or a two segment chamber as described in conjunction with FIGS. **10** through **12** could equally well be used in the finger probe **400** of the present invention to shield the compressible portion of the finger **428** from compression and thereby reduce motion artifacts.

FIGS. **16**, **18**, and **19** illustrate a perspective view, a frontal cross-sectional view, and a longitudinal cross-sectional view, respectively, of one embodiment of the finger probe **400**. The curvature of the saddle **410** is correlated to the average curvature of the finger **428** such that the side-walls **450** form a semi-circular splint-type support for the finger **428**. The saddle **410** is approximately 25 mm long between the forward end **416** and the rear end **418**, such that a portion of the finger **428** between its tip **406** and approximately its first knuckle **408** (shown in FIG. **17**) fits between the front **416** and the rear **418** ends of the probe **400**. The curvature of the saddle **410** is generally defined by a line **460** (shown in FIG. **18**) which is tangent to a sidewall **450** at an angle between 30° and 50° from horizontal.

The placement of the aperture **420** at a point between one-third and one-half of the length of the saddle **410**, causes the thickest section of the compressible portion of the finger **428**, or the finger pad **404**, to rest above and within the chamber **422**. Thus, the portion of the finger **428** with the greatest amount of compressible material is safeguarded from compression by the chamber **422**.

In the embodiment of the finger probe **400** shown in FIGS. **16**, **18**, **19**, and **20**, the aperture **420** is generally circular and the chamber **422** has three segments **422**a, **422**b, and **422**c, as shown in the cross-sectional view of FIG. **18**. Advantageously employed dimensions for the finger probe **400** illustrated in FIGS. **16**, **18**, **19**, and **20** include the stabilizing segment **422**a of the chamber **422** being generally cylindrical and having a diameter of approximately seven millimeters. Additionally, the stabilizing segment **422**a of the chamber **422** is deep enough that any portion of the finger **428** which penetrates into the chamber remains substantially free of perturbation, even when the finger **428** moves. An advantageous depth for the stabilizing segment **422**a is thus approximately two millimeters deep. The mounting segment **422**c of the chamber **422** is also cylindrical, having a diameter of approximately five millimeters. The transitional segment **422**b of the chamber **422** is of varying diameter, having sloped walls **423**b, such that a top border **425**a is approximately seven millimeters in diameter and a bottom border **425**b is approximately five millimeters in diameter. A detector **426** having up to a 5 millimeter diameter is positioned in the bottom **416** of the mounting segment **422**c of the chamber **422**.

In another embodiment of the finger probe **400**, a light collecting lens **432** may be added to the finger probe **400** of

Exhibit 5
Page 89

US 6,792,300 B1

17

the present invention, as shown in FIG. 20. The saddle 410 and the chamber 422 function as discussed above. The lens 432 functions as described above in conjunction with FIGS. 6, 12, and 15 to collect light incident on the lens 432 which would be absorbed by the walls 423a, 423b and 423c of the chamber 422 if the lens 432 were not present. Thus, a greater percentage of the light transmitted through the finger 428 is directed onto the photodetector 426, resulting in a stronger measured signal.

Other embodiments of the probe of the present invention may be specifically designed and manufactured for use with an earlobe or other thin section of the body, such as a nostril or a lip, using the principles described herein. Also, embodiments of the probe of the present invention utilizing the properties of attenuation as energy is reflected from a medium, rather than transmitted through a medium, may be made using similar principles.

A probe 700 specifically designed to measure reflected energy is shown in cross-section in FIG. 21. A base 710 is placed adjacent a material 728 on which reflectance measurements are to be made. A photodetector 726 and an LED 730 are located within the base 710. In the embodiment shown in FIG. 21, the photodetector 726 is positioned within a chamber 722x and the LED 730 is positioned within a chamber 722y. Although single segment chambers 722x and 722y are illustrated, the chambers 722x and 722y may be of any suitable shape and size. The chambers 722x and 722y function to stabilize the optical path length, as discussed previously, by shielding from compression any compressible portion of a material which rests above or intrudes into the chambers 722x and 722y.

A light collecting lens (not shown) may be added to the chamber 722x having the photodetector 726 within it, as discussed previously in conjunction with FIGS. 6, 12 and 15. Additionally, a collimating lens assembly (not shown) may be added to the chamber 722y having the LED 730 in it, as discussed previously in conjunction with FIG. 8. The chambers 722x and 722y may be formed with or without a shell (not shown) of base 710 material, as discussed previously in conjunction with FIG. 5.

It will be understood that in other embodiments (not shown) of the reflectance probe 700, the photodetector 726 could protrude from the base 710 and the LED 730 be located within a chamber 722y or the LED 730 could be protrude from the base 710 and the photodetector 726 could be located within a chamber 722x. Additionally, the photodetector 726 and the LED 730 could be located within a single chamber 722. In any embodiment the chamber(s) 722 may have any number of segments of any suitable shape.

The type of probe 700 which relies on reflection may be advantageously utilized on materials where a photodetector 726 and an LED 730 cannot be placed on opposite sides of the material 728, such as with the forehead. However, a reflectance probe 700 can be used anywhere a non-invasive measurement needs to be taken, such as a lip, an earlobe, or a finger, for example.

FIG. 22 shows a cross-sectional view of another probe 800 of the present invention wherein two bases 810x and 810y are placed adjacent to a material 828 on which measurements are to be made. The bases 810x and 810y are located on opposite sides of the material 828. A photodetector 826 is placed in a chamber 822x in the base 810x. An LED 830 is placed in a chamber 822y in the base 810y. The photodetector 826 and the LED 830 are aligned substantially along a central axis 824. Although two segment chambers 822x and 822y are illustrated, the chambers 822x and 822y may be of any suitable shape and size. Independent of which

18

shape of chamber is utilized, the chambers 822x and 822y function to stabilize the optical path length and thereby reduce the effects of motion artifacts on the measured signals.

As discussed previously, the probe 800 may be modified slightly with a light collecting lens (not shown) added to the chamber 822x with the photodetector 826 in it. A collimating lens assembly (not shown) may be added to the chamber 822y with the LED 830 in it. Additionally, the chambers 822x and 822y may be formed with or without a shell (not shown) of base 810x and 810y material. The probe 800 is particularly advantageous when a material 828 is compressible on more than one side since each chamber 822x and 822y supports and shields from compression any compressible portion of a material 828 which rests above or intrudes into the chambers 822x and 822y, respectively.

FIG. 23 shows a cross-sectional view of another probe 900 of the present invention wherein a chamber 922 having walls 923 is formed to concentrate, or "funnel," energy onto the surface of a photodetector 926. An aperture 920 is formed in a base 910, the aperture 920 leading to a generally cone-shaped chamber 922. The base 910 is placed adjacent a material 928 on which measurements are to be made, the chamber 922 being placed directly adjacent any easily compressible portion of the material 928. The photodetector 926 is placed within the chamber 922, typically at the bottom of the chamber 928. A light emitting diode 930 is placed on the material 928, generally opposite and aligned with the photodetector 926.

As discussed previously, a portion of the material 928 is supported by the area surrounding the aperture 920. Additionally, the aperture 920 and chamber 922 are wide enough that any easily compressible portion of the material 928 may intrude into the chamber 922 without being if compressed, thereby shielding this portion of the material 928 from compression, even during motion of the material 928. This substantially stabilizes the optical path length and improves the signal to noise ratio of the signal measured at the photodetector 926.

Further improving the signal to noise ratio of measurements made with the probe 900, reflective material, such as a highly reflective metal, covers the walls 923 of the chamber 922. This causes light scattered by the material 928 and made incident on the walls of the chamber 922 to be reflected. The cone shape causes the light to be concentrated generally on the photodetector 926.

Depending upon the shape of the photodetector 926, the chamber 922 may be advantageously contoured to maximize the funneling of light onto the photodetector 926. If the photodetector 926 is flat, the chamber is most advantageously shaped having a generally hyperbolic cross-section. However, if the photodetector 926 is spherical or slightly curved, as is often the case due to manufacturing processes, the chamber is most advantageously shaped having a cone-shaped cross-section with uncurved walls 923.

As discussed previously in conjunction with other embodiments of the probe of the present invention, the probe 900 may be modified to include a light collecting lens (not shown). Alternatively, an LED 930 could be placed within the chamber 922 instead of the photodetector 926. With the LED in the chamber 922, a collimating lens assembly (not shown) could be placed within the chamber 922. Two bases 910 with two generally cone-shaped chambers could be utilized on one or either side of a material 928. A single base 910 with two generally cone-shaped chambers 922 located side by side could also be used for reflective measurements. Additionally, the photodetector 926 and the LED 930 need not be aligned along the central axis 924.

Exhibit 5
Page 90

US 6,792,300 B1

**19**

FIG. **24** depicts one embodiment of a probe constructed in accordance with the present invention coupled to an oximeter. The oximeter could be any oximeter known in the art which utilizes light attenuation measurements. A block diagram of one possible oximeter is depicted in FIG. **24**. The oximeter shown in FIG. **24** is a pulse oximeter wherein the finger probe **400** is employed and two measured signals at different wavelengths, one of which is typically red and the other of which is typically infrared, are alternately passed through the finger **428**. Signals measured at the photodetector **426** are then processed to determine the amount of oxygen available to the body. This is evaluated by finding the saturation of oxygenated hemoglobin in blood comprising both oxygenated and deoxygenated hemoglobin.

Two LEDs **430***a* and **430***b*, one LED **430***a* emitting red wavelengths and another LED **430***b* emitting infrared wavelengths, are placed adjacent the finger **428**. The finger probe **400** is placed underneath the finger **428**, the aperture **420** and chamber **422** located directly adjacent the finger pad **404**. The photodetector **426** in the bottom **414** of the chamber **422** is connected to a single channel of common processing circuitry including an amplifier **530** which is in turn connected to a band pass filter **540**. The band pass filter **540** passes signal into a synchronized demodulator **550** which has a plurality of output channels. One output channel is for signals corresponding to visible wavelengths and another output channel is for signals corresponding to infrared wavelengths.

The output channels of the synchronized demodulator **550** for signals corresponding to both the visible and infrared wavelengths are each connected to separate paths, each path comprising further processing circuitry. Each path includes a DC offset removal element **560** and **562**, such as a differential amplifier, a programmable gain amplifier **570** and **572** and a low pass-filter **580** and **582**. The output of each low pass filter **580** and **582** is amplified in a second programmable gain amplifier **590** and **592**,and then input to a multiplexer **600**.

The multiplexer **600** is connected to an analog-to-digital converter **610** which is in turn connected to a microprocessor **620**. Control lines between the microprocessor **620** and the multiplexer **600**, the microprocessor **620** and the analog-to-digital converter **610**, and the microprocessor **620** and each programmable gain amplifier **570**, **572**, **590**, and **592** are formed. The microprocessor **620** has additional control lines, one of which leads to a display **630** and the other of which to, leads to an LED driver **640** situated in a feedback loop with the two LEDs **430***a* and **430***b*.

Each of the LEDs **430***a* and **430***b* alternately emits energy which is absorbed by the finger **428** and received by the photodetector **426**. The photodetector **426** produces an electrical signal which corresponds to the intensity of the light energy striking the photodetector **426** surface. The amplifier **530** amplifies this electrical signal for ease of processing. The band pass filter **540** then removes unwanted high and low frequencies. The synchronized demodulator **550** separates the electrical signal into electrical signals corresponding to the red and infrared light energy components. A predetermined reference voltage, $V_{ref}$, is subtracted by the DC offset removal element **560** and **562** from each of the separate signals to remove substantially constant absorption which corresponds to absorption when there are no motion artifacts. Then the first programmable gain amplifiers **570** and **572** amplify each signal for ease of manipulation. The low pass filters **580** and **582** integrate each signal to remove unwanted high frequency components and the second programmable gain amplifiers **590** and **592** amplify each signal for further ease of processing.

**20**

The multiplexer **600** acts as an analog switch between the electrical signals corresponding to the red and the infrared light energy, allowing first a signal corresponding to the red light to enter the analog-to-digital convertor **610** and then a signal corresponding to the infrared light to enter the analog-to-digital convertor **610**. This eliminates the need for multiple analog-to-digital convertors **610**. The analog-to-digital convertor **610** inputs the data into the microprocessor **620** for calculation of the saturation of oxygen according to known methods, such as those described in U.S. patent application Ser. No. 07/666,060 filed Mar. 7, 1991, and abandoned in favor of continuation U.S. patent application Ser. No. 08/249,690, entitled "SIGNAL PROCESSING APPARATUS AND METHOD, " filed May 26, 1994, both assigned to MASIMO CORPORATION, the same assignee as the present patent, and incorporated herein by reference. U.S. patent application Ser. No. 08/320,154, entitled Signal Processing Apparatus, filed on Oct. 7, 1994 is also incorporated by reference herein. The microprocessor **620** centrally controls the multiplexer **600**, the analog-to-digital convertor **610**, and the first and second programmable gain amplifiers **570**, **590**, **572**, and **592** for both the red and the infrared channels. Additionally, the microprocessor **620** controls the intensity of the LEDs **430***a* and **430***b* through the LED driver **640** in a servo loop to keep the average intensity received at the photodetector **426** within an appropriate range.

As explained above, the probe of the present invention could be used with a variety of oximeter systems. A recent embodiment of an oximeter by the assignee of the present application is described in detail in U.S. patent application Ser. No. 08/320,154, entitled "Signal Processing Apparatus," and filed Oct. 7, 1994, which patent application is also incorporated herein by reference.

FIGS. **25–28** depict alternative embodiments of the present invention wherein an improved signal to noise ratio is observed in the received signal due to optical scattering effects. A probe **1000**, shown in cross-section in FIG. **25**, includes a base **1010**, having a top **1012**, a bottom **1014**, and a forward and a rear end (not shown in FIG. **25**). The base **1010** is preferably rigid and opaque to the wavelengths used in the probe **1000**. An aperture **1020** is formed in the top **1012** of the base **1010**. The aperture **1020** may be cylindrical (as shown in FIG. **25**), conical, rectangular, or other in, shapes as called for by the specific application. The depth of the aperture **1020** may, for example, range from 0.5 mm to 10 mm, and is preferably in the range of 2–4 mm in depth in one embodiment, and more preferably in the range of 3–4 mm. Furthermore, the diameter of the aperture **1020** may range from 3 mm to 20 mm, as called for by the specific application. It has been found by the inventors that an aperture less than 0.5 mm in diameter does not obtain the benefits of the present invention.

A light source **1030** (e.g., one or more light emitting diodes) is affixed adjacent to material **1028** (e.g., an earlobe, finger, or other fleshy material), aligned along a central axis **1024** which passes substantially through the center of a photodetector **1026**. The aperture **1020** is filled wholly, or in part, by a scattering medium **1040**, which may, for example, comprise 2.2 pound polyurethane reticulated foam (although conformable plastic or scattering gels may also be employed). In general, the scattering medium may comprise one of a number of fixotropic materials (i.e., materials having two or more mixed materials which are conducive to scattering). Ideally, the scattering medium **1040** scatters but does not significantly absorb optical radiation at the operational red (e.g., 660 nm) and infrared (e.g., 940 nm) wave-

Exhibit 5
Page 91

US 6,792,300 B1

21

lengths for the oximeter. In other words, the material is clear to optical absorption, but still scatters light.

In operation, the light source **1030** (e.g., two LEDs in the present embodiment) emits optical radiation (e.g., in the red or infra-red spectrum range) which passes through the material under test **1028**. The optical radiation is received by the photodetector **1026** after passing through the scattering medium **1040**. The received optical radiation is scattered by the scattering medium **1040**.

The scattering of the optical radiation within the scattering medium **1040** has been found to increase the signal-to-noise ratio of the received signal. It is believed that the signal-to-noise ratio is improved because there appears to be a reduced effect on the signal from any particular local region of the material **1028** (e.g., flesh). That is, by scattering the signal either prior to or posterior to the material interface, the signal is effectively spread over a larger area of the material **1028**. Thus, perturbations of a locality within the area of exposure will have less effect with a scattered beam over a large area than with a more concentrated signal passing through that same locality. In this way, the effect of perturbations on the average signal is reduced. Also, the foam and * plastic cover reduce optical decoupling and geometric variation in the optical light path during motion.

The scattering medium **1040** or plastic cover should be soft (i.e., highly compressible) so that the material **1028** does not significantly compress when the material **1028** presses against the scattering medium **1040**. Compression of the scattering medium **1040** does not significantly alter the amplitude of the measured signal since the scattering medium is not highly absorptive of the optical radiation. Although conformable plastic covers may be used, reticulated foams provide improved optical coupling with flesh. This is because the reticulated foam provides contact in spots rather than across large areas of the flesh. If contact is made across large areas of flesh, microscopic droplets of perspiration or oil can form a layer between the flesh and the scattering medium **1040**. This layer creates an impedance mismatch interface which is absorptive of the optical radiation of course, gels may also be used in accordance with the present invention. Such gels should not contain significant amounts of metal salts or silica because these materials absorb light.

The teachings of the present invention depart from conventional methods of improving optical signal-to-noise ratios. Commonly, lens assemblies which focus optical radiation are used to improve the signal-to-noise ratios of optical signals. However, oximetry by means of transmission or reflection is a non-imaging method of optical detection. Thus, the form of the image is not important for detection purposes. For this reason, scattering may be used as a method of improving optical signal quality; whereas, since scattering was thought to degrade optical signal-to-noise ratios of optical signals, previous methods have not employed optical scattering techniques.

FIGS. **26** and **27** depict further alternative embodiments of the present invention wherein optical scattering is provided prior to the flesh interface, and both prior and posterior to the flesh interface, respectively. In FIG. **26**, an oximetry probe **1045** further has a transmission assembly **1050** which secures the LED **1030** in place within a backing **1055**. A scattering medium **1060**, having a face **1063**, is interposed between the LED **1030** and the material **1028**. In the embodiment depicted in FIG. **26**, the scattering medium **1060** does not contact the LED **1030**; however, it should be understood that the scattering medium **1060** may contact one or both of the LED **1030** and the material **1028**.

22

The scattering medium **1060** diffuses the optical radiation emitted by the LED **1030** over a wider area. Thus, the LED **1030**, which is essentially a point source, is transformed into an evenly distributed source of light over the entire area of the face **1063** of the scattering medium **1060**. The diffusion of the light over a wider area provides an improved signal-to-noise ratio.

As seen in FIGS. **26–28**, the light is scattered. This is represented by the energy intensity contours rather than light path indicators. As recognized by the present inventors, the particular light path is not significant. The important aspect is the intensity of the light and the field of view of the photodetector and the light source. This will be explained further in connection with the embodiment of FIG. **28** utilizing an immersion lens.

The operation of a probe **1065** shown in FIG. **27** is essentially the same as that of the probe **1045**, with the exception that the scattering medium **1040** is provided within the aperture **1020**. It has been found that by providing a scattering medium on both sides of the material **1028**, an improved signal-to-noise ratio is observed over the probes having a scattering medium on only one side of the material **1028**.

FIG. **28** depicts a preferred embodiment of a probe **1070** in accordance with the present invention. As depicted in FIG. **28**, the probe **1070** comprises a transmission assembly **1072**, having a light source **1074**, an immersion lens **1076**, scattering medium **1078**, a chamber **1080** defining an aperture **1082** along a support surface **1083** of the transmission assembly. A detector assembly **1084** is similarly configured with a support surface **1085**, a chamber **1086** defining an aperture **1088** along the support surface **1085**, a photodetector **1090**, an immersion lens **1092** and scattering medium **1094**. FIG. **28** further depicts a test material **2000** such a human tissue (e.g., a finger or earlobe) interposed between the light source assembly **1072** and the detector assembly **1084**.

Several advantages are obtained from the particular configuration shown in FIG. **28**. First, it should be understood that an economical way to fabricate the light source in the photodetector is to utilize small semiconductor LEDs and photodetectors. Such devices are very small, and therefore, have a very small field of view. The inventors have recognized that it is advantageous to improve the field of view of the photodetector and the LED because the surface of the tissue material **2000** at the aperture of the support surfaces is large compared to the surface of the semiconductor photodetector and LED. Thus, without enlarging the field of view of the photodetector and/or LED, much of the tissue material interface at the apertures is not utilized. As explained above, scattering of the light improves the received signal quality. An immersion lens for the photodetector and/or LED increases the field of view of the semiconductor photodetector and LEDs such that a substantial portion of the tissue material covering the apertures is within the field of view of the photodetector and/or LED.

Because imaging optics are not required due to the advantages of scattering, a significantly advantageous configuration is to utilize epoxy placed directly over the photodetector and/or over the LED in the form of a partial sphere which performs suitably as an immersion lens in the present embodiment. In one embodiment, the index of refraction of the epoxy is advantageously 1.56 in the present embodiment. The epoxy also acts to protect the photodetector and/or LED. The immersion lens can be formed by placing a bump of epoxy over the photodetector and the LED.

Exhibit 5
Page 92

US 6,792,300 B1

23

24

The immersion lens formed by a bump of epoxy over the photodetector and/or LED expands the field of view for the photodetector and LED in order to disperse the transmitted light energy over the tissue surface area at the apertures which is large relative to the surface of the optical elements. This assists in minimizing the effects of the relatively small optical details of the test materials (e.g., pores, fingerprint lines, sweat glans).

In the advantageous embodiment of FIG. 28, the scattering material 1080, 1086 is also placed in the chambers 1080, 1086 in order to enhance scattering of the light as explained above.

The cone shaped chambers 1080, 1086 depicted in FIG. 28 are also advantageous when the walls of the chambers are coated with a highly reflective material which does not absorb the light from the LED. The cone shape assists in reflecting the light energy away from the LED and toward the photodetector. All of these elements in combination form a particularly advantageous probe which can maximize the signal-to-noise ratio of the probe and minimize the effects of motion artifact on the received signal.

It should be understood that in alternative embodiments of the probe 1070 depicted in FIG. 28, elements could be removed and still obtain significant benefit. For instance, the detector assembly 1084 could remain the same with the light source assembly 1072 simply becoming an LED with no support surface and no chamber. Alternatively, the scattering media 1078, 1086 could be removed from either the chamber 1080 in the light source assembly 1072 or the chamber 1086 in the detector assembly 1082.

The light collecting lens, or other optical elements, could also be added to the chamber in any optical probe of the present invention to direct light onto the photodetector. However, the immersion lens provides better performance. The location of the photodetector and the LED may be interchanged in any of the above described probes. The bottom of any chamber formed in a base of an optical probe of the present invention can remain exposed, be covered by a material such as opaque tape, or be covered by a shell of base material without affecting the reduction of motion artifacts brought about by the chamber. Additionally, reflective measurements could be made with the probes of the present invention by mounting both the photodetector and LED on the base of the probe. Also, a plurality of LEDs or photodetectors could be mounted in the chamber or affixed to the material such that more than one signal may be measured at a time. Furthermore, any material having a chamber, with a detector or an LED mounted within the chamber, will reduce the effects of motion artifacts in non-invasive absorption (or reflection) measurements, according to the present invention.

FIGS. 29A–29B depict one embodiment of a disposable, optical probe 2002, and the attachment of the optical probe 2002 on the fingertip 2050 of an adult patient. As shown in FIGS. 29A–B, the disposable optical probe 2002 is designed to fit comfortably onto a patient's fingertip. Advantageously, the optical probe 2002 is also configured to provide one or more of the following features: (i) minimization of undesirable movement with respect to the tissue under test (e.g., due to motion by the patient or contact of the probe 2002 with an object or surface); (ii) minimization or prevention of "light piping" (transmission) directly from the light source (e.g., light emitting diode) to the detector (e.g., photodetector), (iii) minimization of the detector and LED decoupling from the test site during motion, and (iv) the low noise chamber configuration described above.

As illustrated in FIG. 29A, the probe 2002 includes a central portion 2004, a pair of adhesive flanges 2005 extend-

ing from the central portion 2004, a connector portion 2010 situated between the flanges 2005, and a pair of smaller adhesive flaps 2015 extending from the central portion 2004 on the end of the optical probe 2002 opposite from the connector 2010. The probe 2002 further includes a connection aperture 2012 formed in the connector tab 2010, an emitter aperture 2020 with an emitter (e.g., a light-emitting diode) positioned within the central portion 2004 close to the connector portion 2010. A flex pocket 2025 is located within the central portion between the emitter aperture 2020 and a detector aperture 2030 which allows light to pass through the detector aperture 2030 to a detector assembly 2035. An adult fingertip 2050 is shown in phantom in FIG. 29A to illustrate the position at which the fingertip 2050 would be placed when the probe 2002 is to be fastened onto the fingertip 2050 for use.

Although not depicted specifically in FIGS. 29A–29B, the probe 2002 is fabricated from multiple layers, including a flex circuit layer, a MYLAR™ layer, a face stock tape layer, and other tape layers, depicted further in FIGS. 31–39.

FIG. 29B illustrates the probe 2002 fastened onto the fingertip 2050. As shown in FIG. 29B, the probe 2002 folds at the location of the flex pocket 2025 over the fingertip 2050 such that the flex pocket 2025 aligns with the very end of the fingertip and such that adhesive flaps 2005 fold downward (in the illustration of FIG. 29B) to wrap around the fingertip 2050 while the adhesive flaps 2015 fold upward (in the illustration of FIG. 29B) about a portion of the circumference of the fingertip 2050 to provide support. As shown in FIG. 29B, when the probe 2002 is folded about the fingertip 2050, the emitter located within the probe is spaced opposite the detector assembly 2035 such that light from the emitter passes through the emitter aperture 2020, through the finger, 2050 and is incident upon the detector assembly 2035 through the detector aperture 2030.

Advantageously, when the probe 2002 is attached to the finger, the flex pocket 2025 is aligned at the tip of the finger 2050 so as to provide alignment of the probe 2002 on the fingertip 2050. The flex pocket 2025 also provides a highly flexible portion, thus providing for reduced movement of the detector and LED assembly with respect to the finger 2050 if the fingertip comes into contact with another object. This provides a more stable probe with increased motion resistance. In other words, the flex pocket also assists in minimizing perturbations in the detected signal due to movement of the detector and emitter with respect to the test tissue (e.g., the finger). Furthermore, the flex pocket 2025 reduces light piping since light is diverted around the circumference of the pocket.

In one embodiment, the flex pocket 2025 is formed to include an air cushion or other cushion material to further absorb contact of the probe 2002 with objects. In this manner, jarring of the probe 2002 in the event the fingertip 2050 moves slightly or in the event of contact of the probe to another surface is minimized.

The probe 2002 includes an internal flex circuit 2051 which acts as a spring-like shock absorber for the disposable probe. The flex circuit 2051 also assists in reducing shifting between the emitter 2021 and the detector assembly 2035 due to contact or motion by the patient. Thus, the internal flex circuit 2051, together with the flex pocket 2025 act to minimize the decoupling of the detector assembly.

FIG. 29B depicts a receiving connector portion 2060 which engages with contacts 2052 on the connector 2010 to provide an electrical connection between the optical probe 2002 and digital signal processing circuitry (not shown in FIG. 29C). The digital signal processing circuitry may be

Exhibit 5
Page 93

US 6,792,300 B1

25

used to analyze the output of the detector within the assembly **2035**. In one advantageous embodiment, the aperture **2012** catches onto a tab (not shown) within the connector **2060** to firmly secure the connector **2060** with the optical probe **2002**. Once the optical probe **2002** is securely fastened to the fingertip **2050** and the connector provides an electrical connection between the optical probe **2002** and digital signal processing circuitry, signals are detected from the detector **2035** and transmitted to the processing circuitry via the connector **2060**. Further details of the receiving connector portion **2060** are described in a patent application entitled "Patient Cable Connector" filed on the same date as the present application and assigned to the assignee of the present application, which application is incorporated herein by reference as if fully set forth.

FIG. **30** is a flow chart which illustrates the general steps in accordance with the present invention to manufacture a first embodiment of the disposable, optical probe **2002** depicted in FIGS. **29A–29C**. A flex circuit is formed on a flex circuit panel as represented by an activity block **3005**. In one advantageous embodiment, the flex circuit panel comprises a copper/MYLAR™ or copper/CAPTON™ laminant, or, alternatively, is formed by depositing a conductive ink on MYLAR™. For example, FIG. **31** depicts three etched flex circuits on a flexible circuit panel material. The flex circuits have been formed by etching in one preferred embodiment, and are comprised of one-ounce copper (approximately 1.3 mils) over 1 mil of MYLAR™ or CAPTON™.

After the flex circuit has been etched in an appropriate copper coated MYLAR™ substrate material, conductive pressure sensitive adhesive (PSA) **2102** is applied to the end of the flex circuits where the detector will be placed (hereinafter, the "detector end"), as depicted in FIG. **31**. After the conductive PSA (made by 3M in the present embodiment, part No. 9703) is applied, a detector component window **2104** is cut through the conductive PSA **2102** and the flex circuit MYLAR™ base. An emitter component window **2106** is also cut through the flex circuit MYLAR™ base. A flex pocket hole **2108** is also cut through the flexible circuit MYLAR™ base. Next, detector shields **2110** are placed on the PSA at the end of the detector end of the flex circuit, as depicted in FIG. **31A**.

In one embodiment, the detector shields are etched copper shields made of copper sheet. A grating **2111**, which is about 80% open, is etched through the shields to allow light from the light source (e.g., LED) to transmit through the shield to a detector. The resultant shield has a frame of approximately 4 mils thickness and a grating of approximately 2 mils thickness. The shields provide a Faraday Shield for the detector.

The diffraction grating aligns with the detector component window **2104** in the flex circuit and, when the probe is assembled, with the detector aperture **2030** (FIG. **29A**).

The conductive PSA **2102** makes electrical connection between a flex circuit ground trace **2112** and the detector shield **2110** to connect the detector shield **2110** to ground.

In one preferred embodiment, low temperature solder paste is dispensed on contacts **2114**, **2115**, for the detector connections (FIG. **31B**), on contacts **2116**, **2117** for the emitter connections and on resistor pad **2118** for an identifying resistor. The emitter (LED) **2021**, a detector **2120** and a resistor **2122** are placed and soldered in the appropriate positions on the flex circuits as depicted in FIG. **31B**, and represented in an activity block **3010** (FIG. **30**). The solder operation is preferably performed through a direct heat reflow of the low temperature solder. The emitter **2021** and

26

detector **2120** are placed such that the transmission and detection field of view are through the detector and emitter windows **2104** and **2106** (FIG. **31**).

In one embodiment, the resistor **2122** advantageously is connected to the ground trace on one end and a resistor signal trace **2113** at the other end. In another embodiment, the resistor **2122** is connected in parallel with the emitter **2021**. The advantages of this parallel connection are explained in detail in copending application Ser. No. 08/478, 493 entitled Manual and Automatic Probe, Calibration, which is incorporated herein by reference as if fully set forth.

In one embodiment, the resistor **2122** provides a company identifier. In other words, the resistor **2122** can provide a value that specifically identifies that the probe is made by or for a particular patient monitoring company. As explained in copending application Ser. No. 08/478,493 the resistor can be read by lowering the voltage across the LED to a point where the LED is effectively off, thereby removing the LED from the circuit as a current draw.

As mentioned above, and as seen in FIG. **31B**, the flex circuit has the aperture **2108** which is the aperture in the flex circuit forming a portion of the flex pocket **2025** of the probe **2002**. In addition to the advantages of the high flexibility, this aperture **2108** through the flex circuit prevents a direct line of transmission between the emitter **2021** and the detector **2120**. In other words, in use, light from the emitter **2021** which reaches the detector **2130** should pass through the medium under test (e.g., the finger or other tissue). Direct transmission of stray light from the emitter directly to the detector **2120** along a light conductive surface can cause erroneous readings, especially during motion. This direct transmission of light between the transmitter and detector is referred to herein as "light piping." That is, if the probe between the emitter **2021** and the detector **2120** has optical transmission properties, due to the construction or the material of the probe, stray light from the emitter may channel along the probe directly to the detector, without passing through the tissue material under test. Light piping is a heretofore unrecognized cause of noise and invalid signals from such optical probes. The aperture **2108** minimizes or prevents this "light piping" by preventing or minimizing a direct line of transmission from the emitter **2021** to the detector **2120** along the flexible circuit. Thus, the aperture **2108** provides benefits in the present invention of providing a highly flexible portion of the flex circuit, which reduces decoupling of the LED **2021** and the detector **2120** during motion (due, for example, to tapping on the finger tip), and preventing light piping between the emitter and the detector.

Once the appropriate circuit elements are placed and soldered onto the flex circuit, a flex circuit shield **2130**, as depicted in FIG. **32A**, is attached to the flex circuit panel as represented in an activity block **3015**. The placement of the flex circuit shield **2130** with the flex circuit is depicted in FIGS. **32A** and **32B**. The flex circuit shield **2130** is advantageously constructed from MYLAR™ laminated with a thin conductive layer such as copper. In the present embodiment, the laminated MYLAR™ is made by ACUTEK.

In the present embodiment, the flex circuit shield **2130** has an insulator film **2132** depicted in double-cross hatching (made by Coating Sciences, part number P-341 in the present embodiment), a flex circuit shield conductive PSA strip **2133** (made by 3M, part no. 9703 in the present embodiment) and two non-conductive PSA strips **2134**, **2135**. As seen in FIG. **32A**, the flex circuit shield **2130** has an emitter aperture **2136**, two flex pocket apertures **2137**, and a detector aperture **2138**.

Exhibit 5 Page 94

27

When the flex circuit shield **2130** is applied to the flex circuit, the insulator strip **2132** insulates the signal traces of the flex circuit from the metallization of the flex circuit shield **2130** to prevent short circuits. As further depicted in FIGS. **32**A and **32**B, when the flex circuit shield **2130** is positioned such that the apertures align with corresponding apertures on the flex circuit, the PSA strip **2135** provides bonding with the back of the flex circuit, the conductive PSA strip **2133** provides for bonding of one tab of the detector shield **2110** with the flex circuit shield **2130**. The conductive PSA strip **2133** also provides connection of the flex circuit shield with the ground via the detector shield tab.

With the flex circuit shield in position, the flex circuit assembly **2132** (including the flex circuit, the emitter **2021**, the detector **2120**, the resistor **2122**, and the shields **2110**, **2130**), are die-cut, as depicted in FIG. **33**A. The flex circuit shield **2130**, along with the detector shield **2110**, is folded over the flex circuit as represented in an activity block **3020**. The final flex circuit assembly **2051** is depicted in FIG. **33**B.

Once folded, the insulator film **2132** prevents contact from the flex circuit traces to the metallization in the flex circuit shield **2130**. The PSA strip **2135** bonds the flex circuit shield to the signal circuit side of the flex circuit. As depicted in FIG. **33**B, the contact fingers **2052** remain exposed.

As illustrated in FIG. **34**, a base material **2140** also forms a layer of the probe **2002**. In one embodiment, the base material comprises Avery **3044** base material. Each side of the base material is coated with PSA adhesive (Coating Sciences, Inc., P-341 in the present embodiment). The back side (in reference to the illustration of FIG. **34**) of the base material **214** is provided with the thin release liner **2003** (see FIG. **29**A, not shown in FIG. **34**), preferably made from a paper release liner or the like, as is well understood in the art.

In the present embodiment, the base material is transparent to the wavelength of the emitter **2021**. The connector tab **2010** and an optical cavity **2150**, are placed onto a first adhesive side of the base material **2140**, as represented within an activity block **3025**, and depicted in FIG. **34**. The connector tab **2010** is advantageously formed of ABS styrene, and has the aperture **2012**. The optical cavity **2150** may, for example, have the configuration for its walls in the shape of any of the above-disclosed bases (e.g., the bases **110**, **1010**, etc.) having a chamber formed therein. As depicted in FIG. **34**, the optical cavity has a rectangular receiving receptacle **2152** adapted to receive the detector end of the completed flex circuit assemblies.

Additional detail of the optical cavity of the present embodiment of the probe **2002** is depicted in FIGS. **39**A–**39**C. FIG. **39**A depicts a perspective view of the optical cavity **2150** for the probe **2002**. FIG. **39**B depicts a bottom view of the optical cavity **2150** and FIG. **39**C depicts a cross sectional view along **39**C–**39**C of FIG. **39**A. The optical cavity **2150** is made from styrene in one embodiment. In one preferred embodiment, the optical cavity is coated with an optical coating that is opaque to ambient light. This can be on the inside walls of the optical cavity or over the exterior walls of the optical cavity, or the entire optical cavity can be coated. The opaque coating advantageously prevents or minimizes the transmission of ambient light from the surrounding environment which could be incident on the detector if the optical cavity is not opaque to ambient light. As an alternative to an opaque coating, the optical cavity can be made from a material that is opaque to ambient light.

Advantageously, the optical cavity **2150** has a wedge shape ramp **2154** as part of the rectangular receptacle **2152**. As briefly mentioned above, the rectangular receptacle **2152**

28

is adapted to receive the detector end of the flex circuit **2051**. The wedge shaped ramp **2154** of the optical cavity **2150** provides a ramp for a smooth transition for the flex circuit **2051** between the surface of the base material to the rectangular receptacle table **2152**.

Further illustrated in FIG. **40**A are two side walls **2156** that runs along the side border of the rectangular receptacle **2152** and an end wall **2157** that runs between the two side walls **2156**. These walls hold the flex circuit **2051** in position such that the detector **2120** aligns properly with an aperture **2158** in the optical cavity. Preferably, the flex circuit fits snugly between the side walls **2156** and against the end wall **2157**.

In a preferred embodiment, the aperture **2158** has the configuration of the cavities describe above (e.g., cone-shaped, cylindrical in shape, or conical in shape, etc.).

Preferably, the PSA on the first adhesive side (FIG. **34**) of the base material **2140** allows simple attachment of the optical cavity **2150** and the connector tab **2010** through the application of pressure.

After the connector tab **2010** and the optical cavity **2150** have been placed on the base material **2140**, the flex circuit assembly **2051** is placed on top of the base material **2140**, the connector tab **2010** and the optical cavity **2150** as depicted in FIG. **35** on one end. The detector end **2141** of the completed flex circuit assembly **2051** seats within the rectangular receptacle **2152** of the optical cavity **2150**, as depicted in FIG. **35**. Mounting of the completed flex circuit assemblies **2051** is represented in an activity block **3030** (FIG. **30**).

With the detector end **2141** of the flex circuit assembly **2051** seated in the receptacle **2152** of the optical cavity **10** **2150**, the photodetector mounted to the flex circuit assembly **2151** is positioned to aligned with the aperture **2158** of the optical cavity **2150**. In one embodiment, a hole, corresponding to the emitter aperture **2020** and the detector aperture **2030**, is cut in the base material to correspond to the emitter **2021** and the detector **2120**. However, in the present embodiment, the base material is transparent to the wavelength of the emitter **2021**; therefore, holes are not provided through the base material **2140** for the detector and emitters.

As explained above in general, one of the advantages of the optical cavity **2150** is that fleshy tissue can enter the cavity without significant perturbation in the area of the field of view of the detector. Even if no hole is cut in the base material, if the base material chosen is very flexible, perturbation of the fleshy tissue in the field of view of the detector **2100** will be minimal due to the optical cavity aperture **2158**, with the added benefit of not creating optical geometrical changes if the base material is not removed over the cavity.

A cover **2160** is placed over the optical cavity **2150** as represented in an activity block **3035**, and shown in FIG. **36**. The cover is advantageously a vacuum formed, cup-shaped cover. In the present embodiment, the cover is made from polypropylene. In one advantageous embodiment, the cover is opaque to ambient light. The opaque characteristic can be obtained from a coating or from the material of construction. The cover has flange **2162** which serves as a bonding surface with the base material. Advantageously, PSA on the base material provides the appropriate bond between the flange **2162** of the cover and the base material **2140**.

A face stock **2170**, advantageously constructed from a non-woven, flexible material, is placed over the base material **2140**. In an alternative embodiment, a woven, flexible material is acceptable. In the present embodiment, the face stock **2170** comprises 3M part no. 9908. The face stock

Exhibit 5
Page 95

US 6,792,300 B1

29

preferably has an aperture **2171** to allow the cup portion of the cover **2160** to protrude through the face stock. The face stock **2170** covers the flange portion **2162** (shown in dotted lines in FIG. **37**) of the cover **2160**. This assists in holding the cover **2160** firmly in place. Because the base material has PSA on the side to which the face stock is applied, pressure applied to the face stock bonds the face stock with the base material. In the present embodiment, the face stock **2170** also has PSA on one side (side down in FIG. **37**). The face stock is cut such that the connector tab **2010** and the connector traces **2052** of the flex circuit remain exposed. This manufacturing step is represented in an activity block **3040** and is depicted in FIG. **37**.

In addition, to a cutout **2172** in the face stock **2170** and the base material **2140** provide a slot on each side of the connector tab **2010** and the connection traces end of the flex circuit assembly **2051**. These slots are adapted to receive walls of the connector receptacle **2060** (see FIG. **29**B) for stability.

Finally, the optical probe is die-cut to a final shape as depicted in FIG. **38** and represented in an activity block **3045** (FIG. **30**). The manufacturing method is complete, as represented within an activity block **3055**. Removal of the release liner **2003** on the base material **2140** allows for placement on the digit of a pediatric or adult patient as depicted in FIGS. **29**A–**29**B.

Another embodiment of a low noise optical probe **2200** is depicted in FIG. **40**A. This embodiment is advantageous for use with neonates, as will be further described below. FIG. **41** is a flow chart which details the general method used for manufacturing a neonatal disposable optical probe **2200** in accordance with this second embodiment of the present invention.

As with the previous embodiment, the neonatal probe **2200** is constructed of several layers. A first tape layer **2210** is laid out as represented in an activity block **4010**, and depicted in FIG. **42**. Advantageously, the first tape layer **2210** is constructed from release liner material. The first tape layer **2210** has adhesive portions on one side for adhesion to the tissue material under test, as will be further understood below. In the present embodiment, the release liner is a conventional paper type release liner for the medical industry.

In a preferred embodiment, the first tape layer **2210** has a first portion of adhesive **2212** and a second portion of adhesive **2213** which provide adhesion in the area of the detector and emitters. In the present embodiment, the adhesive portions **2212**, **2213** are made from 3M part number MED 3044, which is a medical quality two-sided PSA material. This material is transparent to the wavelength of the emitter in the probe **2200**, and therefore, a thru hole is not required. However, a thru hole, such as the thru hole **2211** could be provided in one embodiment.

A second tape layer **2220** is placed over the first tape layer as represented in an activity block **4020**, and depicted in FIG. **43**. The second tape layer **2220** includes an emitter aperture (thru hole) **2222** and a detector aperture **2224**, which provide windows for the detector and emitters. In the present embodiment, the second tape layer is made from a non-woven face stock material, with PSA on one side. In the present embodiment, the second tape layer **2220** comprises part number 990B, made by 3M. In the illustration of FIG. **43**, the adhesive side is up.

An optical cavity **2240** is placed onto the second tape as shown in FIG. **43** and represented in an activity block **4030**. One preferred embodiment of the optical cavity **2240** is illustrated in additional detail in FIGS. **44**A–C. FIG. **44**A

30

depicts a perspective view of the optical cavity **2240**. FIG. **44**B depicts a bottom plan view of the optical cavity **2240**, and FIG. **44**C depicts a side cross-sectional view through **44**C—**44**C of FIG. **44**A. As with the embodiment of FIGS. **39**A–C, the optical cavity **2240** is made from styrene or ABS or the like in one embodiment. In one preferred embodiment, the optical cavity **2140** is coated with an optical coating that is opaque to ambient light. This can be on the inside walls of the optical cavity or over the exterior walls of the optical cavity, or the entire optical cavity can be coated. The opaque coating advantageously prevents or minimizes the transmission of ambient light from the surrounding environment which could be incident on the detector if the optical cavity is not opaque to ambient light. As an alternative to an opaque coating, the optical cavity can be made from a material that is opaque to ambient light.

Advantageously, the optical cavity **2240** has a wedge-shaped ramp **2242** as part of a rectangular receptacle **2244**. The rectangular receptacle **2244** is adapted to receive the detector end of a flex circuit, as further explained below. The wedge-shaped ramp **2242** of the optical cavity **2240** provides a ramp for a smooth transition for the flex circuit between the surface of the second tape layer **2220** to a rectangular receptacle table **2246**.

Further illustrated in FIG. **44**A are two side walls **2248** that extend along the side border of the rectangular receptacle **2244** and an arcuate end wall **2250** that extends between the two side walls **2248**. These walls hold the flex circuit in position such that the detector aligns properly with a aperture **2252** in the optical cavity **2240**. Preferably, the flex circuit fits snugly between the side walls **2248**.

In a preferred embodiment, the aperture **2252** has the configuration of the cavities describe above in general (e.g., cone-shaped, cylindrical in shape, conical in shape, etc.)

A flex circuit **2254** is depicted in detail in FIGS. **45**A–B. As depicted in FIG. **45**A, a flex circuit is formed on a flexible substrate **2255**. In the present embodiment, the flexible substrate advantageously comprises 3 Mil polyester (e.g., MYLAR™) with copper coating on 1 side. In the present embodiment, the copper coating is ½ OZ. copper coating. The circuit pattern is etched such that the circuit traces of copper remain on a signal side of the flex circuit **2254** after etching. From this etching standpoint, the flex circuit **2254** is made in the same fashion as the flex circuit assembly **2051** of the adult probe **2002**.

Once the circuit is etched, it is placed on a bottom shielding layer **2256**, depicted in FIG. **45**A. In one embodiment, the shielding comprises a metallized MYLAR™ shield, with one side metallized. The metallic side is positioned against the back side of the flex circuit substrate **2255**. Conductive PSA bonds the flex circuit substrate **2252** with the bottom shielding layer **2256** through connection **2251** connects the bottom shield metallization to ground from the ground trace **2253**. The bottom shielding layer **2256** has an emitter aperture corresponding to the emitter aperture **2252** in the optical cavity **2240** and the emitter aperture **2257** in the flex circuit **2254**. The bottom shielding layer **2256** extends (extension labelled **2258** in FIG. **45**A) beyond the detector end of the flex circuit **2250**. In an alternative embodiment, the back side of the flex circuit **2254** has a metal coating, such as copper. This provides appropriate shielding. Thus, the first shielding layer could be eliminated in an alternative embodiment.

A detector shield **2260**, such as the detector shield **2110** of the probe **2002** (FIG. **32**), is bonded to the signal trace side of flex circuit **2254**, as depicted in FIG. **45**B. Next, a detector **2272** is placed using low temperature solder, as with the

Exhibit 5
Page 96

US 6,792,300 B1

**31**

previous embodiment, such that the detector field of view is through the grating **2261** in the detector shield **2260**. The detector shield **2260** is then folded over the detector in order to provide a Faraday shield, as with the previous embodiment.

The extension **2258** of the first shielding layer **2256** is then folded over and conductive PSA is used to bond the metallized side of the bottom shielding layer **2256** to the detector shield **2260**. This connects the detector shield to ground. The emitter **2270** is also placed using the low temperature solder.

In one advantageous embodiment, a resistor **2262** is also placed either in parallel with the emitter or is provided with its own connection trace. The embodiment of FIG. **45A** depicts an embodiment with a separate connection trace **2263** for the resistor **2262**.

A top shielding layer **2268** is placed to shield the signal side of the flex circuit, as depicted in FIG. **45C**. In the present embodiment, this second shielding layer **2268** comprises the same material as the first shielding layer **2256**. The second shielding layer **2268** is bonded to the detector shield **2260** using conductive PSA which couples the second shielding layer **2268** to ground. The second shielding layer **2268** covers the entire flex circuit and is bonded to the flex circuit **2254** using PSA.

The flex circuit assembly **2254** of FIG. **45** used in the neonatal probe **2200** is constructed with a unique V-configuration. The emitter **2270** is at the tip of one branch, a detector **2272** is at the tip of the other branch, and a connector tab **2274** (substantially the same as the connector tab **2010**) is attached at the base of the "V."

The optical cavity **2240** is substantially the same as the optical cavity **2150**. In addition, the detector **2272** and the emitter **2270** are substantially the same as the detector **2120** and the emitter **2021**.

Once the shielded flex circuit assembly **2254** is completed, the completed flex circuit assembly is placed onto the second tape **2220**, as depicted in if FIG. **46**. The flex circuit **2250** is positioned such that the emitter **2270** and detector **2272** have a field of view through the respective apertures **2222, 2224** in the second tape layer **2220**.

Once the flex circuit assembly is placed, third and fourth layers of tape **2280, 2290** are placed over the flex circuit assembly **2254** as represented within an activity block **4040** and depicted in FIG. **47**. The third and fourth tape layers **2280, 2290** are made from the non-woven face material such as that made by 3M as part number 9908. The third and fourth tape layers **2280, 2290** have PSA on the side which bonds to the assembly made up of the first tape layer **2210**, the second tape **2220** and the flex circuit assembly **2254**. As depicted in FIG. **47**, the fourth tape layer **2290** is configured to allow connection traces **2292** of the flex circuit to remain exposed.

Finally, the neonatal disposable probe **2200** is die-cut to a final shape as represented within activity block **4050** and depicted in FIG. **48**. The manufacturing method is then complete as represented within an activity block **4060**.

FIGS. **40A** and **40B** illustrate the neonatal probe being attached to a baby's foot (shown in phantom). The finger is placed on the detector branch of the probe **2200**. The emitter branch is then positioned so that the emitter **2270** is directly above the detector **2272** with the foot in-between. An adhesive strap **2400** (which was die-cut from the first tape layer **2210** and the third tape layer **2280**) is then wrapped around the foot to secure the relative position of the emitter **2270** and detector **2272**. It should be appreciated that the adhesive material selected to coat the adhesive strap should

**32**

not be so strong as to tear or bruise the skin of a newborn baby. The connector **2060** subsequently establishes electrical connection between the probe **2200** and digital signal processing circuitry via the connector tab **2294**.

The unique V-configuration of the neonatal probe embodiment of the present invention (e.g., as displayed in FIG. **49**) is particularly advantageous for use in applications where the optical probe is used on neonates. The V-configuration allows the probe to be used on many different sizes of monitoring sites (e.g., feet, hands, etc.) for a neonate with conventional wrap-around embodiments, the spacing of the detector and emitter is fixed, thus making the use of the probe for different sized monitoring sites more difficult. In addition, the V-shaped design allows for the use of the probe on various body parts. For instance, the probe **2200** could be attached to the nose or ear of the neonate. The probe **2200** could also be used as a reflectance probe with the probe attached to the forehead of the neonate, or other relatively flat skin surface. Thus, the V-design provides for the adaptation of the probe for many different places on the neonate body.

An alternative embodiment of the V-configuration is depicted in FIG. **49**. In the embodiment depicted in FIG. **49**, the adhesive extension **2400** (FIG. **48**) is not provided. In this embodiment, the probe can be used with conventional medical tape or the like, or can be provided such that the adhesive **2212, 2213** (FIG. **42**) in the area of the detector and emitter hold the probe in place. Alternatively, a soft, spongy, hospital wrap (e.g., a POSEY wrap) **2498** can be configured to firmly hold the probe to a digit as depicted in FIG. **50**.

Another embodiment of the method of making the neonatal probe is illustrated in FIGS. **51–55**. An X-ray type view of the alternative embodiment **2500** is depicted in FIG. **51**. As illustrated in FIG. **51**, the probe **2500** has a detector **2502**, an emitter **2504**, a flex circuit **2506**, a low noise cavity **2508** and a cover **2510** for the optical cavity **2508**, top and base tapes **2512, 2514**, an identification resistor **2516**, thru connections **2518, 2520**, and a connection tab **2522**. This embodiment of the probe is depicted without the tape extension, such as the extension **2400** (FIG. **48**), but could include a tape extension in one embodiment. The overall configuration of the finished probe **2500** is nearly identical to the probe of FIG. **49**. However, the shielding is different, the optical cavity has a cover, and the probe **2500** is constructed using two tapes instead of four. The construction of this embodiment of the probe **2500** is similar to the adult probe from the standpoint of the tape-up.

FIGS. **52A** and **52B** illustrate a base tape **2530** and the top tape **2540**. The base tape **2530** has a detector component window **2532** and an emitter component window **2534**. Advantageously, the component windows form apertures through the base tape **2530**. Therefore, in one preferred embodiment, clear (i.e., transparent to the emitter wavelengths) window material portions **2536, 2538** are provided as a cover to the component windows **2532, 2534**. In one embodiment, the clear window material is made from the 3M, Med 3044 described above. The MED 3044 is attached to the back-side (with reference to the illustration in FIG. **52A**) of the base tape **2530** in order to provide adhesion to the tissue material under test. Alternatively, the window material **2536, 2538** is non-adhesive, and can be mounted to the up-side (with reference to the illustration in FIG. **53A**) of the base tape.

In the present embodiment, the base tape **2530** is formed of a laminate formed of a first layer of non-woven face stock, such as that made by 3M as part number 9908, and a second film, such as single-sided PSA film sold by Coating

Exhibit 5
Page 97

US 6,792,300 B1

**33**

Sciences, Inc. as P-341. The face stock has PSA on one side. In the illustration of FIG. **52**A, the PSA for the face stock is up. The second film of material is laminated to the first layer of non-woven face stock. In the present embodiment, the second layer also has one side with PSA. In the illustration of FIG. **52**A, the PSA side of the second film is up. Accordingly, the PSA side of the base tape **2530** depicted in FIG. **52**A has PSA from the second film. In the present embodiment, the second film comprises a 1 Mil layer of Coating Sciences part number P-341. The use of two layers provides improved isolation to the flex circuit.

FIG. **52**B illustrates the top tape **2540**, which is also formed of the two layers of material as with the base tape. In the illustration of FIG. **52**B, the adhesive side of the top tape is down and the face stock side of the top tape **2540** is up. For the present embodiment, the top tape has a cutout **2542** for the cover **2510** to, the optical cavity **2508**. The optical cavity **2508** has the same configuration as the optical cavity **2240** FIG. **44**.

An appropriate cover **2510** is depicted in detail in FIG. **55**A–C. The cover is cup-shaped to fit snugly about the optical cavity **2508**. FIG. **55**A depicts a top view of the optical cover **2510**. FIG. **55**B depicts a side cross sectional view through B—B in FIG. **55**A. FIG. **55**C depicts an end cross-sectional view through **55**C—**55**C in FIG. **55**A. In the present embodiment, the cover **2510** is vacuum formed from styrene, and is coated with a light absorbing paint, such as black paint to reduce the effects of ambient light.

FIGS. **53**A illustrates the signal side of an appropriate flex circuit **2506** and FIG. **53**B illustrates the back side (i.e., shield side in the this embodiment) of the flex circuit **2506**. As depicted in FIG. **54**B, the signal side of the flex circuit **2506** has signal traces, the identification resistor **2516**, and the two through connections **2518**, **2520**. The flex circuit also has connection pads **2560**, **2562** for the detector **2502** and connection pads **2564**, **2556** for the emitter **2504**. As with the previous embodiments, the signal side of the flex circuit **2506** has traces formed by etching away the metallic coating. The flex circuit is formed of the same materials as described for the previous embodiments of flex circuits.

FIG. **53**B depicts the shield side of the flex circuit **2506**. In this embodiment, the flex circuit **2506** is a two-sided circuit, with the shield side coated, substantially in its entirety, with metal, such as copper. By providing a metallic shield side, a separate shielding layer is not needed for the back of the flex circuit **2506**. The through connections **2518**, **2520** connect the shield side metal to the ground trace **2560**.

FIG. **54** illustrates a top shield **2570** for the flex circuit **2506**. In the present embodiment, the top shield **2570** is formed from a metallized MYLAR™, as with the shields for the previous embodiment. Prior to application of the top shield **2570**, the detector **2502** and the emitter **2504** are soldered to the connection pads **2560**, **2562**, **2564**, **2566**. Then one end of a detector shield **2572**, having the same configuration as the detector shield **2260** (FIG. **45**B) is connected to the shield side of the flex circuit **2506**. In one embodiment, the connection is made with solder or conductive PSA.

The top shield **2570** is applied to the signal side of the flex circuit **2506** (with the non-metallized side against the signal side of the flex circuit) with PSA. The detector branch **2574** of the top shield **2570** is longer than a detector branch **2563** of the flex circuit **2506**. Thus, the detector branch **2574** is positioned such that the end of the detector branch **2574** covers the detector **2502**. Conductive PSA **2576** is applied to the end of the metallized side of the detector branch **2574**. The detector shield **2272** is folded over the top shield **2570**

**34**

and connection is made via the conductive PSA **2576**. In this manner, top shield **2570** is coupled to ground via the connection detector shield **2572** which is connected to ground via its connection to the shield side of the flex circuit **2506**.

Once the flex circuit assembly **2506** is completed, it is placed on the base tape **2530**, with the detector **2502** and the emitter **2504** aligned with the detector window **2532** and the emitter window **2534**, respectively. The detector **2502** also is positioned in the rectangular receptacle table of the optical cavity **2508**. The optical cavity cover **2510** is then placed over the optical cavity **2508**. Finally, the top tape **2540** is placed over the entire assembly with the cut-out for the optical cavity cover aligned with the cover **2510**. The entire assembly is pressed to set the PSA adhesive on the base tape **2530** and the top tape **2540**. The assembly is then die cut to the shape depicted in FIG. **51**.

This embodiment of the probe **2506** has the advantage of fewer assembly steps, and therefore reduced cost. The use of the cover **2510** also allows for further isolation of the detector from ambient light. As discussed above, the cover, as well as the optical cavity, can be made opaque to ambient light, either through coatings or pigmented or otherwise impregnated materials.

In accordance with another embodiment of the invention, a reusable, low-noise, optical probe **2300** is constructed as depicted in FIG. **56**. The probe **2300** comprises a padded, clip-on bracket **2305** which comfortably secures the probe **2300** onto a patient's fingertip (not shown in FIG. **56**). The probe further includes a detector **2310** (shown in phantom) which detects optical radiation emitted by an emitter **2320** (also shown in phantom). An aperture **2330**, which is substantially similar to the aperture **1020**, is formed in the probe **2300** to provide the advantages enumerated above with respect to the aperture **1020**. Power to activate the LED **2320**, is provided via a connector cable **2340**. The cable **2340** also provides a return path for signals output by the detector **2310**. Advantageously, the reusable probe **2300** can have a connector with a similar configuration as the connector for the disposable probes, such that the instrument connector can be the same for use with disposable and reusable probes.

The probe of the present invention may be employed in any circumstance where a measurement of transmitted or reflected energy is to be made, including but not limited to measurements taken on a finger, an earlobe, a lip, or a forehead. Thus, there are numerous other embodiments including, but not limited to, changes in the shape of the probe, changes in the materials out of which the probe is made including rigid and resilient materials, and changes in the shape, dimensions, and location of the chamber. Moreover, the chamber(s) may be coated, in whole or in part, with reflective material to help direct energy onto the detector. Furthermore, the probe of the present invention may be employed in measurements of other types of energy. Depending upon the type of energy which is most advantageously utilized in a measurement, the type of transmitter or receiver of energy may be changed. The invention may be embodied in other specific forms without departing from its spirit or essential characteristics. The described embodiments are to be considered in all respects only as illustrative and not restrictive. The scope of the invention is, therefore, indicated by the appended claims rather than by the foregoing description. All changes which come within the meaning and range of equivalency of the claims are to be embraced within their scope.

Exhibit 5
Page 98

US 6,792,300 B1

35 | 36

What is claimed is:

**1**. A method of reducing light from at least one emitter which reaches a detector without non-reflectively passing through a medium, the method comprising:

providing a disposable tape adapted to position at least one emitter and a detector on opposite sides of a measurement site such that light from the at least one emitter is transmitted through the measurement site to the detector; and

including a light piping barrier with the disposable tape adapted to reduce the light from the at least one emitter which reaches the detector without first being transmitted through the measurement site.

**2**. The method of claim **1**, wherein adding the light piping barrier comprises forming the light piping barrier from the disposable tape.

**3**. The method of claim **1**, wherein the light piping barrier comprises an opaque material.

**4**. The method of claim **1**, further comprising receiving the detector in a cavity of the light piping barrier.

**5**. The method of claim **4**, wherein the cavity is rectangular.

**6**. The method of claim **1**, further comprising covering one of the at least one emitter and the detector with the light piping barrier.

\* \* \* \* \*

Exhibit 5
Page 99