# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS THE THIRTEENTH CAUSE OF ACTION FOR TRADE SECRET MISAPPROPRIATION IN PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>**Hearing**<br><br>Date:       January 4, 2021<br>Time:       1:30 PM<br>Courtroom:  10C<br>Judge:      Hon. James V. Selna |

1  The Court has considered Defendant Apple Inc.'s Request for Judicial Notice
2  in Support of its Motion to Dismiss the Thirteenth Cause of Action for Trade Secret
3  Misappropriation in Plaintiffs' Third Amended Complaint (the "Request").  Having
4  considered the Request and arguments in support thereof and any opposition thereto,
5  the Court hereby GRANTS Apple's Request.
6  The Court hereby takes judicial notice of Exhibits 1-17 attached to the
7  Declaration of Joshua Lerner accompanying Apple's Request and ECF Nos. 28-28,
8  28-29, 28-30, 38-5, and 38-6.

10  IT IS SO ORDERED.

12  DATED:  _____    _____
13                                                                Hon. James V. Selna
                                                                         United States District Judge