JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, CERCACOR LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DECLARATION OF JOSHUA LERNER IN SUPPORT OF DEFENDANT APPLE INC.'S REQUEST FOR JUDICIAL NOTICE** <br><br> **Hearing:** <br> Date: January 4, 2021 <br> Time: 1:30 p.m. <br> Place: 10C <br> Judge: Hon. James V. Selna |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# DECLARATION OF JOSHUA LERNER

I, Joshua Lerner, declare and state as follows:

1. I am an attorney duly licensed to practice law before this Court and all courts of the State of California. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action. I make this declaration in support of Apple's Request for Judicial Notice in Support of Apple's Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Third Amended Complaint (the "Request"). I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of United States Patent No. 6,985,763, published by the U.S. Patent & Trademark Office ("USPTO") on January 10, 2006, listing David Boas, Maria Angela Franceshini, and Sergio Fantini as inventors, which is publicly available through USPTO's Patent Full-Text and Image Database (PatFT).

3. Attached hereto as **Exhibit 2** is a true and correct copy of United States Patent No. 5,564,417, published by the U.S. Patent & Trademark Office ("USPTO") on October 15, 1996, listing Britton Chance as inventor, which is publicly available through USPTO's Patent Full-Text and Image Database (PatFT).

4. Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt of the journal article titled "Signal-enhancement reflective pulse oximeter with Fresnel lens," written by Shuang-Chao Chun and Ching-Cherng Sun, and published in Optics Communications, Volume 375, September 15, 2016. This article was downloaded for purchase on November 20, 2020 from ScienceDirect.com, a website that hosts scientific journal articles.

5. Attached hereto as **Exhibit 4** is a true and correct copy an excerpt of the entry titled "Fresnel lens" published on Wikipedia, which is publicly available at: https://en.wikipedia.org/wiki/Fresnel_lens and was downloaded on November 30, 2020.

6. Attached hereto as **Exhibit 5** is a true and correct copy of United States Patent No. 6,792,300, published by the U.S. Patent & Trademark Office ("USPTO") on September 14, 2004, listing Mohamed Diab, Esmaiel Kiani-Azarbayjany, David R. Tobler, Thomas J. Gerhardt, Euge E. Mason, and Mike A. Mills as inventors, which is publicly available through USPTO's Patent Full-Text and Image Database (PatFT).

7. Attached hereto as **Exhibit 6** is a true and correct copy of a Masimo press release, "New Clinical Studies Presented at the American Society of Anesthesiologists Annual Meeting Show Benefits of Masimo Noninvasive Technologies: SpHb, PVI, RRa, and SEDLine," (Oct. 11, 2011), which is publicly available at https://investor.masimo.com/news/news-details/2011/New-Clinical-Studies-Presented-at-the-American-Society-of-Anesthesiologists-Annual-Meeting-Show-Benefits-of-Masimo-Noninvasive-Technologies-SpHb-PVI-RRa-and-SEDLine/default.aspx.

8. Attached hereto as **Exhibit 7** is a true and correct copy of United States Patent No. 9,723,997, published by the U.S. Patent & Trademark Office ("USPTO") on August 8, 2017, listing Marcelo Lamego as inventor, which is publicly available through USPTO's Patent Full-Text and Image Database (PatFT).

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Information Disclosure Statement filed with the USPTO on December 20, 2018 in connection with United States Patent No. 10,448,871, which is publicly available in the prosecution history of the patent through USPTO's Public Patent Application Information Retrieval (Public PAIR) system.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the Information Disclosure Statement filed with the USPTO on December 18, 2018 in connection with United States Patent No. 10,258,265, which is publicly available in the prosecution

history of the patent through USPTO's Public Patent Application Information Retrieval (Public PAIR).

11. Attached hereto as **Exhibit 10** is a true and correct copy of United States Patent application No. 15/960,507, filed with the U.S. Patent & Trademark Office ("USPTO") on April 23, 2018, listing Steven P. Hotelling and Marcelo Lamego as inventors, which is publicly available through USPTO's Patent Application Full-Text and Image Database (AppFT).

12. Attached hereto as **Exhibit 11** is a true and correct copy of the Information Disclosure Statement filed with the USPTO on December 20, 2018 in connection with United States Patent No. 10,258,266, which is publicly available in the prosecution history of the patent through USPTO's Public Patent Application Information Retrieval (Public PAIR) system.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the Information Disclosure Statement filed with the USPTO on November 15, 2019 in connection with United States Patent No. 10,638,961, which is publicly available in the prosecution history of the patent through USPTO's Public Patent Application Information Retrieval (Public PAIR) system.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the USPTO website titled "724 Trade Secret, Proprietary, and Protective Order Materials [R-08.2012]" (June 25, 2020).

15. Attached hereto as **Exhibit 14** is a true and correct copy of the Information Disclosure Statement filed with the USPTO on April 13, 2020 in connection with United States Patent No. 10,702,194, which is publicly available in the prosecution history of the patent through USPTO's Public Patent Application Information Retrieval (Public PAIR) system.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the Information Disclosure Statement filed with the USPTO on January 7, 2020 in connection with

United States Patent No. 10,638,961, which is publicly available in the prosecution history of the patent through USPTO's Public Patent Application Information Retrieval (Public PAIR) system.

17. Attached hereto as **Exhibit 16** is a true and correct copy of the Application Data Sheet filed by Cercacor Laboratories, Inc., on January 13, 2014, for Patent Application No. 14/153,393, which is publicly available through USPTO's Public Patent Application Information Retrieval (Public PAIR) system.

18. Attached hereto as **Exhibit 17** is a true and correct copy of an excerpt of MASA00080451, which is a document produced in this litigation by Plaintiffs and designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY and cited in the Third Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of November, 2020, in San Francisco, California.


By: */s/Joshua H. Lerner*
        Joshua H. Lerner