# CERTIFICATE OF SERVICE

I, Vladimir J. Semendyai, declare as follows:

I am employed in Washington, D.C. I am over the age of 18 years and am not a party to this action. My business address is 1050 Connecticut Avenue, N.W., Washington, D.C. 20036. On December 1, 2020, I served the following documents that were filed under seal:

**DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' THIRD AMENDED COMPLAINT AND SUPPORTING DOCUMENTS [*FILED UNDER SEAL*]**

**[*UNREDACTED*] MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLE'S MOTION TO DISMISS THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' THIRD AMENDED COMPLAINT [*FILED UNDER SEAL*]**

**[*UNREDACTED*] DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF DEFENDANT APPLE INC.'S REQUEST FOR JUDICIAL NOTICE AND ACCOMPANYING EXHIBIT 17 [*FILED UNDER SEAL*]**

on the persons stated below, by the following means of service:

KNOBBE, MARTENS, OLSON & BEAR, LLP
Joseph R. Re (joseph.re@knobbe.com)
Stephen C. Jensen (steve.jensen@knobbe.com)
Perry D. Oldham (perry.oldham@knobbe.com)
Stephen W. Larson (Stephen.larson@knobbe.com)
Adam B. Powell (adam.powell@knobbe.com)
Mark Kachner (mark.kachner@knobbe.com)

1  The documents were served pursuant to Fed. R. Civ. P. 5(b) via electronic mail. Based on the agreement of the parties to accept service by email or electronic transmission to the above service list, I served the documents to the persons at the email addresses listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on December 1, 2020 in Washington, DC.

_____
Vladimir J. Semendyai