# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASIMO CORPORATION, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>APPLE INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:20–cv–00048–JVS–JDE<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:    12/1/2020

Document Number(s):    238, 242

Title of Document(s):    Motion to Dismiss, attachment 3: Request for Judicial Notice; Proof of Service

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Responses/Replies/Other Motion Related Documents–For Judicial Notice

Title page is missing.

Other:

A Request for Judicial Notice should be e–filed as a separate, stand–alone document from the Motion to Dismiss

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: December 2, 2020          By:  /s/ *Benjamin Moss  Benjamin_Moss@cacd.uscourts.gov*
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS