# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation

    Plaintiffs,

v.

APPLE INC., a California corporation

    Defendant.

) Case No. 8:20-cv-00048-JVS-JDE
)
) Hon. James V. Selna
) Magistrate Judge John D. Early
)
) **[PROPOSED] ORDER**
) **GRANTING LEAVE TO FILE**
) **UNDER SEAL PLAINTIFFS'**
) **OPPOSITION TO APPLE'S**
) **MOTION TO DISMISS**
) **PLAINTIFFS' THIRD AMENDED**
) **COMPLAINT**
)
)
)
)

Having considered Plaintiffs' Application for Leave to File Under Seal portions of Plaintiffs' Opposition To Apple's Motion To Dismiss Plaintiffs' Third Amended Complaint ("Opposition") and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the unredacted portions of the Opposition.

DATED: _____ _____

The Honorable James V. Selna
United States District Judge

33190411