1  Joseph R. Re (Bar No. 134479)
   joseph.re@knobbe.com
2  Stephen C. Jensen (Bar No. 149894)
   steve.jensen@knobbe.com
3  Benjamin A. Katzenellenbogen (Bar No. 208527)
   ben.katzenellenbogen@knobbe.com
4  Perry D. Oldham (Bar No. 216016)
   perry.oldham@knobbe.com
5  Stephen W. Larson (Bar No. 240844)
   stephen.larson@knobbe.com
6  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
7  2040 Main Street, Fourteenth Floor
   Irvine, CA 92614
8  Telephone: (949) 760-0404; Facsimile: (949) 760-9502
9
   Adam B. Powell (Bar. No. 272725)
10 adam.powell@knobbe.com
   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
11 12790 El Camino Real
   San Diego, CA 92130
12 Telephone: (858) 707-4000; Facsimile: (858) 707-4001
13
14 Attorneys for Plaintiffs,
   Masimo Corporation and Cercacor Laboratories, Inc.
15

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>Date: January 4, 2021<br>Time: 1:30pm<br>Ctrm: 10C<br><br>Discovery Cut-Off:  7/5/2021<br>Pre-Trial Conference: 3/21/2022<br>Trial:  4/5/2022 |

I, Adam B. Powell, hereby declare as follows:

1.      I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Plaintiffs") in this action.  I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.  I submit this Declaration in support of Plaintiffs' Opposition To Apple's Motion To Dismiss Plaintiffs' Third Amended Complaint.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of a document obtained from the public docket in *AlterG, Inc. v. Boost Treadmills LLC*, Dkt. 41 (N.D. Cal. Sept. 5, 2019.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on December 14, 2020, at Encinitas, California.

  */s/ Adam B. Powell*
            Adam B. Powell