1
2
3
4
5
6
7
8
9
10

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT** |

1  Having considered Plaintiffs' Application for Leave to File Under Seal
2  portions of Plaintiffs' Opposition To Apple's Motion To Dismiss Plaintiffs'
3  Third Amended Complaint ("Opposition") and finding good cause therefor, the
4  Application is GRANTED.

5  **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
6  Cercacor Laboratories, Inc. may file under seal the unredacted portions of the
7  Opposition.

9  DATED: 12/15/20                              _____
10                                              The Honorable James V. Selna
                                                United States District Judge

12  33190411