Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>           Plaintiffs,<br><br>     v.<br><br>APPLE INC., a California corporation<br><br>           Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**STATEMENT PURSUANT TO THE COURT'S NOVEMBER 23, 2020, ORDER (DKT. 235)** |

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. hereby submit this statement pursuant to the Court's Order of November 23, 2020.  Dkt. 235 (the "Order"); *see also* Dkt. 245 (extending the deadline to provide this statement).  Plaintiffs write to inform the Court that the parties have reached an agreement in principle regarding Plaintiffs' objections to Dr. Sarrafzadeh and Dr. Warren.  The parties are memorializing those agreements in writing and will return to the Court in the event that they are unable to finalize the agreements.  The parties thank the Court for its time and assistance with this matter.[1]

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: December 18, 2020     By: */s/ Adam B. Powell*
          Joseph R. Re
          Stephen C. Jensen
          Benjamin A. Katzenellenbogen
          Perry D. Oldham
          Stephen W. Larson
          Adam B. Powell

          Attorneys for Plaintiffs
          Masimo Corporation and
          Cercacor Laboratories

---

[1] Plaintiffs file this statement themselves pursuant to the Court's instructions, but obtained Apple's consent and agreement to the content of this statement.

-1-