1  JOSHUA H. LERNER, SBN 220755
     jlerner@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street Suite 3000
3  San Francisco, CA 94105
   Tel.: 415.393.8200 / Fax: 415.393.8306

4
5  H. MARK LYON, SBN 162061
     mlyon@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  1881 Page Mill Road
   Palo Alto, CA 94304-1211
7  Tel.: 650.849.5300 / Fax: 650.849.5333

8  BRIAN M. BUROKER, *pro hac vice*
     bburoker@gibsondunn.com
9  BRIAN K. ANDREA, *pro hac vice*              ILISSA SAMPLIN, SBN 314018
     bandrea@gibsondunn.com                        isamplin@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP                  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.                333 South Grand Avenue
11 Washington, D.C. 20036                       Los Angeles, CA 90071-3197
   Tel.: 202.955.8500 / Fax: 202.467.0539       Tel.: 213.229.7000 / Fax: 213.229.7520
12
   BRIAN A. ROSENTHAL, *pro hac vice*           ANGELIQUE KAOUNIS, SBN 209833
13   brosenthal@gibsondunn.com                    akaounis@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP                  GIBSON, DUNN & CRUTCHER LLP
14 200 Park Avenue                              2029 Century Park East Suite 4000
   New York, NY 10166-0193                      Los Angeles, CA 90067
15 Tel.: 212.351.2339 / Fax: 212.817.9539       Tel.: 310.552.8546 / Fax: 310.552.7026

16 *Attorneys for Defendant Apple Inc.*

17                    **UNITED STATES DISTRICT COURT**

18        **FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| 19  MASIMO CORPORATION, a Delaware corporation; and | CASE NO. 8:20-cv-00048-JVS (JDEx) |
| 20  CERCACOR LABORATORIES, INC., a Delaware corporation, | **DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' THIRD AMENDED COMPLAINT** |
| 21       Plaintiffs, | |
| 22  v. | |
| 23  APPLE INC., a California corporation, | |
| 24 | Hon. James V. Selna |
| 25       Defendant. | No Hearing Noticed |

Pursuant to Local Rule 79-5.2.2(a) and Plaintiffs' filing of their Third Amended Complaint ("TAC") under seal, Defendant Apple Inc. ("Apple") requests that the Court grant it leave to file under seal portions of Apple's Reply in Support of Its Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Third Amended Complaint ("Reply").

The Reply quotes information from Plaintiffs' TAC and Opposition to Apple's Motion to Dismiss Third Amended Complaint ("Opposition") that Plaintiffs allege is confidential and have requested be filed under seal. *See* ECF 231 (Powell Declaration), ¶¶ 4–7; ECF 247 (Powell Declaration), ¶¶ 3–6. On November 13, 2020, the Court granted Plaintiffs' request to file under seal this information in the TAC. ECF 232. On December 15, 2020, the Court granted Plaintiffs' request to file under seal this information in the Opposition. ECF 249.

Accordingly, Apple respectfully requests an order granting it leave to file under seal the foregoing documents.

Dated:  December 21, 2020          Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP


By: */s/ Joshua H. Lerner*
      Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*