JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, CERCACOR LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DECLARATION OF ANGELIQUE KAOUNIS IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO DISMISS THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' THIRD AMENDED COMPLAINT** <br><br> **Hearing:** <br> Date: January 4, 2021 <br> Time: 1:30 p.m. <br> Place: Courtroom 10C <br> Judge: Hon. James V. Selna |

I, Angelique Kaounis, declare and state as follows:

1. I am an attorney duly licensed to practice law before this Court and all courts of the State of California. I am Of Counsel with the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn") and counsel of record for Apple Inc. ("Apple") in the above-captioned action.

2. I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3. I make this declaration in support of Defendant Apple Inc.'s Reply in Support of Apple's Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Third Amended Complaint.

4. I personally emailed Plaintiffs' counsel copies of the sealed versions of (i) Apple's Memorandum of Points and Authorities in Support of Apple's Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Third Amended Complaint, (ii) Declaration of Joshua Lerner in Support of Defendant Apple's Request for Judicial Notice (with Exhibits), and (iii) Declaration of Joshua Lerner in Support of Apple's Application to Seal, by midnight on November 30, 2020. A true and correct copy of the email enclosing the aforementioned documents is attached hereto as **Exhibit A**.

5. The de minimis delay that Apple experienced in filing redacted versions of the aforementioned papers and related documents was due to the illness of a member of Apple's outside counsel litigation team and a power outage in the Malibu area of Los Angeles. A true and correct copy of an article from The Malibu Times reporting on said power outage is attached hereto as **Exhibit B**.

Executed this 21st day of December, 2020, in Los Angeles, California.

By: /s/ *Angelique Kaounis*
Angelique Kaounis

# Exhibit A

| | |
|---|---|
| **From:** | Kaounis, Angelique |
| **To:** | Morgan, Tracy A.; Joseph R. Re - Knobbe Martens (joe.re@knobbe.com); Steve Jensen - Knobbe Martens (steve.jensen@knobbe.com); Perry Oldham - Knobbe Martens (perry.oldham@knobbe.com); Stephen W. Larson - Knobbe Martens (stephen.larson@knobbe.com); Adam Powell - Knobbe Martens (adam.powell@knobbe.com); Mark Kachner (mark.kachner@knobbe.com); Masimo.Apple@knobbe.com |
| **Cc:** | *** Apple-Masimo |
| **Subject:** | Masimo Corp. et al. v. Apple Inc., 20-cv-00048 - Service of Under Sealed Filing |
| **Date:** | Monday, November 30, 2020 11:57:41 PM |
| **Attachments:** | 2c. UNDER SEAL Paginated Lerner Decl + Combined Corrected Exhibits.pdf<br>2a. [SEALED] Lerner Declaration ISO Apple's Application to File MPA ISO MTD 13th COA in TAC Under Seal_104308417_1.pdf<br>2b. SEALED MPA ISO MTD TAC.pdf |

Counsel,

Please find the attached SEALED documents which are being filed momentarily with the Court.

Thanks very much,

Angelique

**Angelique Kaounis**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2029 Century Park East Suite 4000, Los Angeles, CA 90067-3026
Tel +1 310.552.8546 • Fax +1 310.552.7026
AKaounis@gibsondunn.com • www.gibsondunn.com

Exhibit A
Page 3

# Exhibit B

Case 8:20-cv-00048-JVS-JDE Document 254 Filed 12/21/20 Page 6 of 7 Page ID #:18745

http://www.malibutimes.com/news/article_e382f7d0-3397-11eb-b48f-6fecc200a0ba.html

# Updated: Forward Progress Stopped on Topanga Fire

By Emily Sawicki / Managing Editor
Nov 30, 2020



LACFD / Collection

**Update, 10:04 p.m.:** Forward progress has been stopped on the fire that broke out on Topanga Canyon Boulevard near Grandview, about 2.5 miles north of Pacific Coast Highway on Monday night, Nov. 30, according to an alert from the City of Malibu.

Southern California Edison reported 1,051 customers remained without power in the Big Rock area of Malibu.

Case 8:20-cv-00048-JVS-JDE Document 254 Filed 12/21/20 Page 7 of 7 Page ID #:18746

LA County Fire Department was responding to a small brush fire located off Topanga Canyon Boulevard about 2.5 miles north of Pacific Coast Highway on Monday night, Nov. 30.

As of 9:38 p.m., the fire was described as being about one-eighth of an acre, with live wires down that were thought to have caused a power outage to more than 1,000 customers in the Big Rock area of Malibu.

"Looks like it was a traffic collision in which a vehicle struck a pole and it looks like the electrical box was on fire and touched off some brush," LACoFD Supervisor Pittman described.

At 9:51 p.m., Pittman reported the department was awaiting Southern California Edison's arrival to continue firefighting efforts.

"We're out there, looks like we're waiting on Edison to de-energize the box so we can do some work out there," Pittman said. "They did release some of the units, so it seems like the fire is not a fast-moving one."

The call for the fire came in at 9:12 p.m. and LACoFD was on scene with a first-alarm fire response including air support, according to another spokesperson with the department.

There was no immediate information available about the wind or brush conditions, nor was there word about any structures threatened.

*This story will be updated as more information becomes available.*

Emily Sawicki