# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>APPLE INC., a California corporation,<br><br>            Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Hon. James V. Selna |

1

ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL
ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS
CASE NO. 8:20-CV-00048-JVS (JDEX)

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File Under Seal Its Reply in Support of Apple's Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Third Amended Complaint (the "Application") under Local Rule 79-5.2.2.  Having considered the Application, Apple's Reply in Support of Its Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Third Amended Complaint (the "Reply"), and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file the unredacted version of its Reply under seal.

**IT IS SO ORDERED**.

Dated:  12/22/20

_____
The Honorable James V. Selna
United States District Judge.