JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendants. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**UPDATED MOTION INDEX FOR DEFENDANT APPLE INC.'S MOTION TO DISMISS THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>**Hearing:**<br>Date:   January 4, 2021<br>Time:   1:30 p.m.<br>Place:  Courtroom 10C<br>Judge:  Hon. James V. Selna |

Pursuant to the Court's Order for Jury Trial Setting Dates entered in the above-captioned case on April 17, 2020 (Docket No. 36) ("Trial Setting Order"), Defendant Apple Inc. hereby submits this Motion Index for the documents associated with its Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Third Amended Complaint filed in the above-captioned case (Docket Nos. 238, 239, and 241).

| Name of Pleading | Docket Number |
| --- | --- |
| Apple's Notice of Motion and Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Third Amended Complaint | 238[1] |
| [Proposed] Order Granting Defendant Apple Inc. Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Third Amended Complaint | 238-2 |
| Request for Judicial Notice in Support of Defendant Apple Inc.'s Motion to Dismiss the Thirteenth Cause of Action for Trade Secret Misappropriation in Plaintiffs' Third Amended Complaint | 238-3 |
| Declaration of Joshua Lerner in Support of Defendant Apple Inc.'s Request for Judicial Notice | 238-4 |
| Exhibits 1–5 in Support of Defendant Apple Inc.'s Request for Judicial Notice | 238-5 |
| Exhibits 6–10 in Support of Defendant Apple Inc.'s Request for Judicial Notice | 238-6 |
| Exhibits 11–13 in Support of Defendant Apple Inc.'s Request for Judicial Notice | 238-7 |

---

[1] Consistent with the Court's Trial Setting Order, Apple does not separately list titles of the redacted versions of Apple's Motion, supporting Declaration and Exhibits documents. However, those documents can be found at Docket Nos. 236-1, 236-6, and 238-1.

| Name of Pleading | Docket Number |
|---|---|
| Exhibits 14–16 in Support of Defendant Apple Inc.'s Request for Judicial Notice | 238-8 |
| [Proposed] Order Granting Defendant Apple Inc.'s Request for Judicial Notice in Support of Apple Inc. Motion to Dismiss the Thirteenth Cause of Action for Trade Secret Misappropriation in Plaintiffs' Third Amended Complaint | 238-9 |
| Corrected Declaration of Joshua Lerner in Support of Defendant Apple Inc.'s Request for Judicial Notice | 239 |
| Sealed Memorandum of Points and Authorities in Support of Defendant Apple Inc.'s Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Third Amended Complaint | 241[2] |
| Declaration of Joshua Lerner with Sealed Exhibit 17 in Support of Defendant Apple Inc.'s Request for Judicial Notice in Support of Its Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Third Amended Complaint | 241-1 |
| Plaintiffs' Opposition to Apple's Motion to Dismiss Third Amended Complaint | 247-1[3] |
| Declaration of Adam B. Powell in Support of Plaintiffs' Opposition to Apple's Motion to Dismiss Third Amended Complaint | 248 |
| Exhibit 1 to the Declaration of Adam B. Powell in Support of Plaintiffs' Opposition to Apple's Motion to Dismiss Third Amended Complaint | 248-1 |

---

[2] The proposed sealed versions of the Memorandum of Points and Authorities (Docket No. 241) and Declaration of Joshua Lerner with Exhibit 17 (Docket No. 241-1), were filed respectively at Docket Nos. 237-1 and 237-2–237-3.

[3] The redacted versions of Plaintiffs' Opposition and supporting Declaration can be found at Docket Nos. 246-2 and 251-1.

*(Cont'd on next page)*

| Name of Pleading | Docket Number |
|---|---|
| Proposed Sealed Reply in Support of Defendant Apple Inc.'s Motion to Dismiss Thirteenth Cause of Action in Plaintiffs' Third Amended Complaint | 252-1[4] |
| Declaration of Angelique Kaounis in Support of Reply in Support of Defendant Apple Inc.'s Motion to Dismiss Thirteenth Cause of Action in Plaintiffs' Third Amended Complaint | 254 |
| Sealed Reply in Support of Defendant Apple Inc.'s Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Third Amended Complaint | 256 |

Dated: December 22, 2020

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joshua H. Lerner*
         Joshua H. Lerner

Attorneys for Defendant APPLE INC.

---

[4] The redacted versions of Apple's Reply can be found at Docket No. 253.