JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING ITS MOTION TO COMPEL PLAINTIFFS TO COMPLY WITH SECTION 2019.210 AND SUPPORTING DOCUMENTS**<br><br>Judge: Magistrate Judge John D. Early<br>Date/Time: January 21, 2021 / 10:00 AM<br>Courtroom: 6A |

Pursuant to Local Rule 79-5.2.2(a), Defendant Apple Inc. ("Apple") requests that the Court grant it leave to file under seal (1) portions of the Joint Stipulation Regarding Defendant Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210 ("Joint Stipulation"); (2) Exhibits A, B, E, F, H, I, L, O, U, and V to the Declaration of Ilissa Samplin in Support of Defendant Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210 ("Samplin Declaration"); (3) the Declaration of Michael J.R. Polson in Support of Defendant Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210 ("Polson Declaration"); (4) Exhibits 1 and 34 to the Polson Declaration; (5) the Declaration of Vijay Madisetti in Support of Plaintiffs' Portion of the Joint Stipulation Regarding Apple's Motion to Compel ("Madisetti Declaration"); and (6) Exhibits 1, 10-12, 14, 17, 21, and 25 to the Declaration of Adam B. Powell in Support of Plaintiffs' Portion of the Joint Stipulation Regarding Apple's Motion to Compel ("Powell Declaration").  These documents were designated "highly confidential" and/or contain information designated "highly confidential" under the protective order in this case.  *See* ECF 67.[1]

The following exhibits appended to declarations filed in connection with Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210 also are the subject of this Application because they were previously sealed by this Court:

Exhibit I to the Samplin Declaration is Plaintiffs' Third Amended Complaint ("TAC").  On November 13, 2020, this Court granted Plaintiffs permission to file the TAC under seal.

Exhibit L to the Samplin Declaration is the Court's Order Regarding Motion to Dismiss, ECF No. 219, filed under seal on October 13, 2020.

Exhibit O to the Samplin Declaration is Plaintiffs' Opposition to Apple's Motion to Stay the Patent Infringement Case Pending Inter Partes Review Proceedings, ECF No.

---

[1] Apple maintains that substantial portions of the Madisetti and Polson declarations contain information that is indisputably public and should not be sealed from public view.  Apple favored redacting these two declarations, but has filed them under seal in their entirety at Plaintiffs' request.

1  209-1.  On September 29, 2020, this Court granted Plaintiffs permission to file this
2  document under seal.

3  Exhibit U to the Samplin Declaration is Plaintiffs' Memorandum in Support of
4  Their Motion for Preliminary Injunction, ECF No. 111-1.  On August 18, 2020, this
5  Court granted Plaintiffs permission to file this document under seal.

6  Exhibit V to the Samplin Declaration is Plaintiff's Reply in Support of Their
7  Motion for Preliminary Injunction, ECF No. 161-1.  On September 1, 2020, this Court
8  granted Plaintiffs permission to file this document under seal.

9  Exhibit 1 to the Powell Declaration is this Court's Minute Order re Motion for
10 Preliminary Injunction, Dkt. No. 198, filed under seal on September 16, 2020.

11 Exhibit 10 to the Powell Declaration is the Declaration of Mohamed Diab, Dkt.
12 No. 119.  On August 18, 2020, this Court granted Plaintiffs permission to file this
13 document under seal.

14 Exhibit 11 to the Powell Declaration is the Declaration of Jeroen Poeze, Dkt. No.
15 120.  On August 18, 2020, this Court granted Plaintiffs permission to file this document
16 under seal.

17 Exhibit 12 to the Powell Declaration is Apple's Opposition to Plaintiffs' Motion
18 for Preliminary Injunction, Dkt. No. 139-1.  On August 25, 2020, this Court granted
19 Apple permission to file this document under seal.

20 Exhibit 25 to the Powell Declaration is Apple's Memorandum in Support of
21 Apple's Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Second
22 Amended Complaint, Dkt. No. 121.  On August 17, 2020, this Court granted Apple
23 permission to file this document under seal.

24

25 Accordingly, Apple respectfully requests an order granting it leave to file under
26 seal the foregoing documents.

27
28

| | |
|---|---|
| Dated: December 30, 2020 | Respectfully submitted,<br><br>JOSHUA H. LERNER<br>H. MARK LYON<br>BRIAN M. BUROKER<br>BRIAN A. ROSENTHAL<br>ILISSA SAMPLIN<br>ANGELIQUE KAOUNIS<br>BRIAN K. ANDREA<br>GIBSON, DUNN & CRUTCHER LLP<br><br>By: */s/ Joshua H. Lerner*<br>      Joshua H. Lerner<br><br>*Attorneys for Defendant Apple Inc.* |