1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING ITS MOTION TO COMPEL PLAINTIFFS TO COMPLY WITH SECTION 2019.210 AND SUPPORTING DOCUMENTS** <br><br> Hon. John D. Early |

1

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File Under Seal the Joint Stipulation Regarding Its Motion to Compel Plaintiffs to Comply with Section 2019.210 and Supporting Documents (the "Application") under Local Rule 79-5.2.2.  Having considered the Application, the parties' Joint Stipulation Regarding Defendant Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210 and accompanying documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file under seal (1) the Joint Stipulation; (2) Exhibits A, B, E, F, H, I, L, O, U, and V to the Declaration of Ilissa Samplin in Support of Defendant Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210; (3) the Declaration of Michael J.R. Polson in Support of Defendant Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210; (4) Exhibits 1 and 34 to the Polson Declaration; (5) the Declaration of Vijay Madisetti in Support of Plaintiffs' Portion of the Joint Stipulation Regarding Apple's Motion to Compel; and (6) Exhibits 1, 10-12, 14, 17, 21, and 25 to the Declaration of Adam B. Powell in Support of Plaintiffs' Portion of the Joint Stipulation Regarding Apple's Motion to Compel.

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable John D. Early
United States Magistrate Judge