JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PLAINTIFFS TO COMPLY WITH SECTION 2019.210**<br><br>Judge:      Magistrate Judge John D. Early<br>Date/Time: January 21, 2021 / 10:00 AM<br>Courtroom: 6A<br><br>Discovery Cutoff:      7/5/2021<br>Pre-trial Conference: 3/21/2022<br>Trial:                      4/5/2022 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 21, 2021, at 10:00 AM, or as soon thereafter as the matter may be heard, in Courtroom 6A of the United States District Court for the Central District of California at Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth Street, Santa Ana, California, 92701, Defendant Apple Inc. ("Apple") will and hereby does move the Court under Federal Rule of Civil Procedure 37 and Local Rule 37-2 to order Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Plaintiffs") to comply with California Code of Civil Procedure § 2019.210 ("Section 2019.210").

Specifically, Apple requests an order requiring Plaintiffs to serve on Apple a Section 2019.210 disclosure that includes: (1) a summary of the specific, alleged trade secrets; (2) the background of the alleged trade secrets and a description of how each alleged secret has derived independent, actual or potential economic value by virtue of not being generally known to the public; (3) a description of how each alleged secret has been the subject of reasonable efforts to maintain its secrecy; and (4) each of the precise claimed trade secrets, numbered, with a list of the specific elements for each, as claims would appear at the end of a patent.

Pursuant to Local Rule 37-1, the parties met and conferred in good faith following a letter from Apple laying out the grounds for this Motion, but were unable to resolve the disputes presented here. *See* Declaration of Ilissa Samplin ¶¶ 5-10.

This Motion is based on this Notice of Motion and Motion, the accompanying Joint Stipulation, Apple's supporting declarations and exhibits attached thereto, and such further evidence and argument as may be presented at or before the hearing on this matter. Plaintiffs also have submitted accompanying declarations and exhibits in support of their position in the Joint Stipulation.

Dated: December 30, 2020

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joshua H. Lerner*
         Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*