JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

MASIMO CORPORATION,

CERCACOR LABORATORIES, INC.,

                    Plaintiffs,

        v.

APPLE INC.,

                    Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**EXHIBITS 2-33 TO THE DECLARATION OF MICHAEL J.R. POLSON, PH.D. IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL PLAINTIFFS TO COMPLY WITH SECTION 2019.210**

Judge:       Magistrate Judge John D. Early
Date/Time:  January 7, 2021 / 10:00 AM
Courtroom:  6A

Discovery Cutoff:        7/5/2021
Pre-trial Conference:    3/21/2022
Trial:                   4/5/2022

# Exhibit 2

to the Declaration of Michael J.R. Polson,
Ph.D. in Support of Apple Inc.'s Motion to
Compel Plaintiffs to Comply with
Section 2019.210

# Michael J.R. Polson, Ph.D.

## CURRICULUM VITAE

**EMPLOYMENT HISTORY:**

**2019 – Present**   **Retired/Proprietor - Dymed,** Narberth, Pembs, UK

Part-time technical consultancy in the field of Electro-Medical instrumentation.

**2016 - 2019**   **Chief Technical Officer - The Magstim Company Ltd,** Whitland, Carms, UK.

Member of the executive management team with primary responsibility company technology and IP portfolio.

**2013 - 2016**   **Engineering Director - The Magstim Company Ltd,** Whitland, Carms, UK.

Member of the executive management team with primary responsibility for all R&D activity.

**1993 - 2013**   **Proprietor/Managing Director - Dymed,** Narberth, Pembs, UK.

Sub-contract design and development of Electro-Medical Instruments (Sensors, Electronics hardware, Embedded firmware, Software primarily related to monitoring physiological parameters), and consultancy in the field of International Standards compliance (eg: IEC60601) and Regulatory affairs. Contracts ranged from working as part of the client's development team, to design a component of a larger system (both hardware and firmware), to the 'turn-key' development of a complete instrument and in one instance, appearing as a technical expert in a patent litigation. In the field of regulatory affairs, assistance has been provided to several clients regarding the USA's FDA requirements, "CE" marking under the European Medical Devices Directive, and the Japanese MHW requirements.

**1990 - 1993**   **CV Technical Manager - Oxford Instruments, Medical Systems Division, Cardiovascular Business Group,** Abingdon, Oxfordshire, UK.

Responsible for all R&D, Regulatory and QA activities within the Cardiovascular Business Group. Key achievements included a replacement for the company's range of 3 "Holter" ECG replay and analysis systems with a configurable PC based platform offering improved performance at lower cost. Introduced a new tape based 3 channel ambulatory ECG recorder and a high resolution (1msec, 12 bit) solid state recorder for use in Medical research.

**1985 - 1990**   **Director of Engineering - Novametrix Medical Systems Inc.** Wallingford, CT, USA.

Member of the corporate management team with primary responsibility for all R&D activities at the company's three facilities (Wallingford, CT, U.S.A; Seattle, WA, U.S.A; Whitland, Dyfed, UK). Introduced the world's first solid state airway Carbon Dioxide monitoring system. Developed a commercial version of the Magnetic Nerve stimulator. Re-engineered other products (Pulse Oximeter, Transcutaneous $O_2/CO_2$ monitor) for higher performance at reduced cost.

**1984 - 1985**   **Project Manager - Novametrix Medical Systems Ltd.** Whitland, Carms, UK. (Formerly Physiological Instrumentation Ltd.)

Responsible for the development of Novametrix' first Pulse Oximeter, the model 500. Developed a prototype monitor to interface with a Neonatal Umbilical $O_2$ catheter.

**1981 - 1984**   **Design Engineer - Oxford Medical Systems Ltd**. Abingdon, Oxfordshire, UK.

Member of the R & D dept. Worked on projects involving automated arrhythmia detection in the ECG and automatic detection of epileptic activity in EEG signals. Developed a portable Non-Invasive Blood Pressure recorder.

## EDUCATION:

**1978 – 1981**   Ph.D. Electronics/Biomedical Engineering, Sheffield University, Sheffield, England. Postgraduate Research into The Stimulation of Human Peripheral Nerve Trunks by Time-varying Magnetic Fields.

**1975 - 1978**   B.Eng, Electronic Engineering, Sheffield University, Sheffield, England.

**1972 - 1975**   Reading medicine at Sheffield University. Transferred to read electronics 1975. No formal qualifications gained.

## PUBLICATIONS:

Polson, M.J.R; The Stimulation of Human Peripheral Nerve Trunks by Time-varying Magnetic Fields, Ph.D. Thesis, University of Sheffield, 1981

Polson, M.J.R; "Nerve Stimulation using Rapid Rise-time Magnetic Fields" IEE Colloquium on "Some Biological Effects of Electric & Magnetic Fields", May 1982.

Polson, M.J.R; Barker, A.T; Freeston, I.L: Stimulation of nerve trunks with time-varying magnetic fields. Med. & Biol. Eng. & Comput. 1982, **20**, 243-244.

Polson, M.J.R; Barker, A.T; Gardiner, S: The effect of rapid rise-time magnetic fields on the ECG of the rat. Clin. Phys. & Physiol. Meas. 1982, **3**, 231-234.

Polson, M.J.R; Jones, A.D; Cashman, P.M.M; Stott, F.D; Raftery, E.B; Hornung, R.S;   Jones, R.I; "Ambulatory Non-invasive Blood Pressure Measurement using a Finger Cuff Device"   International Symposium on Long Term Ambulatory Monitoring, Rotterdam, Netherlands, Oct 1983.

Spiers, C.A; Soraghan, J.J; Stewart, R.W; Polson, M.J.R; "Bispectral Analysis for the Detection of Ventricular Late Potentials". Computers in Cardiology Sept 1993.

Watts, G; Polson, M.J.R: "Transcranial Magnetic Stimulation". Ingenia 66, 41-46, March 2016

## PATENTS:

Polson, M.J.R; Morris, G.L; "Pulse Oximeter with Improved Accuracy and Response Time", U.S. Patent 5,190,038

Polson, M.J.R; Morris, G.L; "Pulse Oximeter with Improved Accuracy and Response Time", U.S. Patent 5,398,680.

Polson, M.J.R; Morris, G.L; "Method of Measuring the Oxygen Saturation in Pulsating Blood Flow", U.S. Patent 5,448,991.

Polson, M.J.R; "Magnetic Stimulator for Neuro-muscular Tissue", U.S. Patent 5,766,124.

Polson, M.J.R; Morris, G.L; "Pulse Oximeter with Improved Accuracy and Response Time", U.S. Patent 5,820,550.

Mace, L.E; Rich, D.R; Terry, R.J; Triunfo, J.A; Pierry, A,T; Polson, M.J.R; "Face Mask for Gas Monitoring during Supplemental Oxygen Delivery", U.S. Patent 7,004,168.

Lacourciere, W.R; Polson, M.J.R; Rich, D.R; "Multi-system compatible pulse oximetry sensor", European Patent Application EP2523601 (A1)

# Exhibit 3

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

# United States Patent [19]

## Taylor

[11]  **Patent Number:**  **4,759,369**

[45]  **Date of Patent:**  **Jul. 26, 1988**

[54]  **PULSE OXIMETER**

[75]  Inventor:  **Andrew C. Taylor**, Whitland, Wales

[73]  Assignee:  **Novametrix Medical Systems, Inc.**, Wallingford, Conn.

[21]  Appl. No.:  **882,726**

[22]  Filed:  **Jul. 7, 1986**

[51]  Int. Cl.⁴ ............................ **A61B 5/00; A61B 6/00**
[52]  U.S. Cl. ...................................... **128/633; 128/664; 128/666**
[58]  Field of Search ................ 128/633, 634, 664, 666

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

4,586,513  5/1986  Hamaguri ............................. 128/633

### FOREIGN PATENT DOCUMENTS

0102816  3/1984  European Pat. Off. ........... 128/633

*Primary Examiner*—Kyle L. Howell
*Assistant Examiner*—John C. Hanley
*Attorney, Agent, or Firm*—Howard F. Mandelbaum

[57]  **ABSTRACT**

A pulse oximeter includes a capacitive d.c. blocking element to separate the time varying red and infra-red components of a light source transmitted through or reflected form the blood from the composite light signals. The magnitudes of the signal amplitudes are then digitized and converted for use as independent variables applied to a ROM based look-up table to determine blood oxygen saturation.

**3 Claims, 3 Drawing Sheets**



F I G. 1



F I G. 4









F I G. 2



FIG. 3

4,759,369

1

# PULSE OXIMETER

## BACKGROUND OF THE INVENTION

Pulse oximetry is a well known technique for non-invasive measurement of oxygen saturation in the blood of a living person. Generally pulse oximeters measure changes in the color of the arterial blood caused by changed in the ratio of hemoglobin and oxyhemoglobin present. The arterial blood is distinguished from venous blood and other tissue by its pulsatility.

Conventional pulse oximeters measure light transmittance through or reflectance from the blood at two wave lengths, e.g. red and infra-red. Measurements of the pulsatile and nonpulsatile components of the red and infra-red output signals are then processed using a relationship derived form the Lambert-Beers, law to compute oxygen saturation.

Some oximeters scale the magnitudes of the resultant signals making the non-pulsatile components equal so that the ratio of the pulsatile components relates directly to oxygen saturation. U.S. Pat. No. 4,407,290 to Wilbur for Blood Constituent Measuring Device and Method discloses an oximeter which scales the analog red and infra-red output signals so that their constant components are equal and then subtracts a d.c. voltage having a magnitude equal to that of the d.c. component. This enables the signals to be compared using the Lambert-Beers relationship with a simplified computation. However, the analog scaling and subtraction can provide a source of error because of limitations of the circuit and the Lambert-Beers computation, although simplified, is still complex to calculate.

Another approach, as exemplified by the pulse oximeter disclosed in European Patent Application No. 83304949.8, computes the ratios required for the Lambert-Beers relationship. A look-up table is used to apply the relationship without actually performing the mathematical manipulations required by Lambert-Beers. Although this method reduces computation time it is still prone to error resulting from deviations between empirical and theoretical factors.

## SUMMARY OF THE INVENTION

In order to overcome the aforementioned shortcomings of prior art oximeters, the present invention teaches the use of a simplified oximeter design with improved accuracy and reduced calculation time. More specifically, the invention includes a pulse oximeter for measuring oxygen saturation in the blood of a person with means for directing light having a first wave length toward a tissue surface and the blood carried thereunder, means for directing light having a second wave length toward the tissue surface and the blood, and means for sensing the light of first and second wave lengths after its intensity has been affected by the color of the blood and for producing an electrical signal with a magnitude that is a function of the color of the blood and the pulse of the person, the signal being separable into a constant component and a pulsatile, i.e., time varying component, and means responsive to the electrical signals for determining a numerical measurement of oxygen saturation including charge storage means having an input terminal to which the electrical signal is applied and an output terminal at which there is produced an output signal having a waveform corresponding substantially to that of only the time varying component and substantially independent of the constant com-

2

ponent, the determining means including memory means for storing representations of empirical numbers corresponding to predetermined oxygen saturation levels for comparison with Lambert-Beers ratios calculated from the pulsatile and composite electrical output signals and for calculating oxygen saturation levels as a function of the addresses of the empirical numbers in memory.

It is therefore an object of the invention to determine saturation by comparing the measured red and infra-red signal levels resulting from transmission of light through or reflection of light from blood with empirically derived data.

Another object of the invention is to make comparisons between the measured signal levels and empirical data more rapidly than computation of the Lambert-Beers formula.

Still another object of the invention is to provide a measure of oxygen saturation corrected for factors which cause deviations from the theoretical Lambert-Beers predictions, irrespective of whether the factors are identifiable.

A further object of the invention is to increase the accuracy of oxygen saturation measurements by updating the empirical relationship between blood measurements and oxygen saturation as it becomes better defined.

Other and further objects of the invention will be apparent from the following drawings and description of a preferred embodiment of the invention in which like reference numerals are used to indicate like parts in the various views.

## DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic view of a part of the preferred embodiment of the invention in use in its intended environment.

FIG. 2 is a schematic block diagram of the preferred embodiment of the invention.

FIG. 3 is a timing diagram of some of the switching signals employed in the preferred embodiment of the invention.

FIG. 4 is a graphic view of signals developed in the preferred embodiment of the invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring now to FIG. 1 of the drawings there is shown a sensor 2 (conventionally mounted in a housing not shown) which is adapted to be placed over the vascularized tissue of a patient, e.g., on a finger or ear lobe, whose hemoglobin oxygen saturation is to be measured. Mounted within the housing are two light emitting diodes (LEDs) 2 and 4 respectively. LED 2 emits light at a frequency of 660 nanometers and LED 4 emits light at a frequency of 940 nanometers. The light emitting surfaces of the LEDs 2 and 4 are directed at an opening in the housing in which the patient's vascularized tissue is received. A photodiode 10 is mounted on the opposite side of the housing with it slight sensitive surface orthogonal to the axis of maximum light emission from the LEDs, such that it receives light that has been transmitted through the tissue.

Pulses are alternately applied to the LEDs 2 and 4 under the control of a microprocessor 16 of a digital computer 12 shown in FIG. 2. The computer 12 includes, in addition to the microprocessor 16, a random

4,759,369

**3**

access memory (RAM) **13** and a read only memory (ROM) **15**. In the ROM **15** there is stored a program for calculating the Lambert-Beers ratio from the respective amplitudes of the pulsatile and constant components of the measured light transmissions through the blood, as known in the art, but which does not perform the logarithmic computation required by the Lambert-Beers law. There is also stored, a table with addresses corresponding to predetermined oxygen saturation values and, for each, a corresponding number equal to the ratio that would be calculated from the red and infra-red signal outputs developed in the course of monitoring a patient whose oxygen saturation level was equal to the respective saturation value. Unlike oximeters which compute saturation from logarithmic formulas based on the classical Lambert-Beers relationship or their Taylor series approximations, in accordance with the invention saturation is determined by comparing the Lambert-Beers ratio calculated for the measured red and infra-red signal levels with empirically derived data.

An area of the ROM **15** contains values of the empirically derived ratios with which the Lambert-Beers ratios derived from the pulsatile and constant component amplitudes are compared, in the form of the aforementioned table. In the preferred embodiment of the invention, the table contains only those empirically derived ratios which correspond to equally spaced discrete saturation levels. Saturation is calculated by comparing the value of the measured Lambert-Beers ratio with the values in the table until it is found to lie between two consecutive table values. Then the address of the match in the table gives the saturation value from the following formula which is simply calculated.

$$\text{Saturation } \% = 100 - \text{Address}_{min}$$

where Address$_{min}$ is the lower of the two addresses of the ratios between which the measured ratio lies.

For example, the table may appear as follows:

| Address | Lambert-Beers Ratio |
|---------|---------------------|
| 1 | R1 |
| 2 | R2 |
| 3 | R3 |
| 4 | R4 |
| 5 | R5 |
| . | . |
| . | . |
| . | . |

where R1 is the ratio corresponding to a saturation level of 99.5%, R2 correspond to 98.5%, R3 corresponds to 97.5%, etc. If the measured ratio lies between R3 and R4, saturation is computed as $100 - 3 = 97\%$.

The integer result is sufficiently precise for most medical applications. Further precision can be obtained by using ratios corresponding to more closely spaced saturation levels in the table.

The foregoing approach provides the following benefits. Comparisons between the measured signal levels can be made more rapidly than the computations required by use of the Lambert-Beers relationship can be done. Hence an improvement in system computation time is achieved. Additionally, correction is made for factors which cause deviations from the theoretical Lambert-Beers predictions, even when the factors are not individually identifiable. Furthermore, as more is learned concerning the expected relationship between red and infra-red signal values and oxygen saturation

**4**

and as more empirical data is analyzed, the saturation table can be updated by the mere expedient of replacing the ROM **15** with one containing the updated table. It is also possible to employ electrically erasable programmable read-only memories (E²PROMS) to enable updating without ROM replacement.

A timing generator **14** is connected to an interrupt input of the microprocessor **16** and periodically applies interrupt signals to the microprocessor **16** to indicate that new data has been digitized and is available for input. The timing generator **14** is driven by a 4 MHz signal derived from the crystal clock oscillator output of the microprocessor **16**. The timing signals for sequentially pulsing the LEDs **2** and **4** are derived by frequency dividers in the timing generator **14**.

Constant current drive circuits **42** and **44** respectively connected to the cathodes of the respective LEDs **2** and **4**, are turned on and off in response to application of the timing signals from the timing generator **14**. When actuated by the timing signals from the timing generator **14**, the constant current drive circuits **42** and **44** provide constant currents, the magnitudes of which depend on the amplitudes of the LED intensity signals generated by respective LED intensity signal generators **46** and **48**.

The LED intensity signal generators **46** and **48** have respective digital inputs connected to the bus **40**. In the event that the red and infra-red signal inputs to the analog to digital converter **36** are beyond the useful range of the A/D converter **36**, e.g., due to skin thickness and pigment variations among subjects, the microprocessor responds by changing the level of the digital input signals to the LED intensity signal generators **46** and **48** thereby effecting the appropriate change in the level of the analog signals applied to the drive circuits **42** and **44**.

Energizing signals are continuously applied to the LEDs **2** and **4** which are switched on and off under control of the microprocessor **16**. In the preferred embodiment of the invention, enabling signals are sequentially applied to each of the LEDs every 640 microseconds, i.e. at 1.56 kHz as shown in FIG. 3 with the phase of the enabling pulses in the 940 nanometer channel being shifted with respect to the phase of the pulses in the 660 nanometer channel.

As seen in FIG. 3, after each occurrence of a pulsing of the 940 nM channel followed by a pulsing of the 660 nM channel, storage of values is done by the microprocessor **16** as will be explained hereinafter.

The single photodiode **10** is employed to sense the light output of each of the LEDs **2** and **4** which is transmitted through the blood stream in the vascularized tissue. The current output of the photodiode **10** is applied to a current to voltage convert **18** which includes an operational amplifier having a high slewing rate characteristic and an output which is connected to a demultiplexer and sample and hold circuit **20**. The current to voltage converter **18** and the circuitry to which it is connected, other than the LEDs **2** and **4**, and photodiode **10**, is housed in a monitor **22** so that the sensor **1** may be small, light in weight, and economically manufactured. The demultiplexer **20** separates and distributes the voltage output of the current to voltage converter **18**, which consists of a pulse train having two sets of peaks, between two channels, **24** and **26**, corresponding to the 660 nM and 940 nM signals, respectively.

4,759,369

**5**

Each of the two channel outputs of the demultiplexer 20 is connected through a d.c. blocking capacitor 25, 27, to a respective amplifier 28, 30, the output of which is connected to a respective low pass filter 32, 34. The output signal from the demultiplexer 20 is shown in FIG. 4(a) without the effects of pulsing the LEDs 2 and 4. The waveform of the signals applied to the low pass filters 32, 34 is stepped and includes transients due to the switching of the demultiplexer 20. It is smoothed in the low pass filters 32, 34 wherein the high frequency transients are removed. The output of each of the amplifiers 28, 30 has a waveform as shown in FIG. 4(b) (ignoring the pulsing effects of the LEDs 2 and 4) which consists of an a.c. component superimposed on a zero d.c. level due to the blocking action of the capacitors 25 and 27. The magnitude of the D.C. level is a function of the intensity of the corresponding LED 2, 4, the sensitivity of the photodiode 10, the optical density of the tissue, and the mean volume of arterial blood, through which the light emitted by the LEDs must pass. The a.c. component has a frequency which varies with pulse rate and an amplitude which is a function of the change in volume of the arterial blood throughout the cardiac cycle, and the ratio of oxygenated to total blood hemoglobin, i.e. oxygen saturation.

An offset voltage generator 35 generates an analog offset voltage in response to a digital input from the computer 12 in order to allow the analog to digital converter 36 to operate with ground as the center point of the analog input voltages, i.e., the full waveform (negative and positive) of the variable component signal can be applied to the A/D converter 36 for deriving digital representations of the changes in light absorption of the blood at red and infra-red wave lengths. The value of the offset signal required to enable the analog to digital converter 36 to operate with ground as a center point is computed via the microprocessor 16 and a digital representation is applied to a corresponding digital input of the offset voltage generator 35. An analog offset signal having an amplitude corresponding to the digital offset signal is then applied to the analog to digital converter 36.

Respective 8 bit digital gain inputs in the amplifiers 28 and 30 periodically receive digital byte output from the microprocessor 16 which indicates the degree of correction needed to adjust the amplitude of the a.c. components at the outputs of the amplifiers 28, 30 to make optimum use of the dynamic range of the analog to digital converter 36 which is connected to a data input of the microprocessor 16. The gains of the amplifiers 28 and 30 are adjusted to a value approximately equal to two thirds (⅔) of the full dynamic range of the A/D converter 36. The amplified waveform at the output of the low pass filters 32 and 34 is of the form illustrated in FIG. 4(c). These waveforms are applied via bus 40 to the A/D converter 36 and the digital output thereof is applied to a data input of the microprocessor 16. The A/D converter 36 is operated to bipolar mode thereby enabling the full pulse waveform at the output of low pass filters 32 and 34 to be tracked.

For each output pulse appearing at the output of low pass filters 32 and 34 and digitized in the A/D converter 36, the voltage sample is tested to determine if it is a maximum or peak voltage. Detection of the peaks and troughs of the red and infra-red variable signal components is also done by the microprocessor. Various peak and trough detection algorithms known to those skilled in the art may be employed to derive the maxima and

**6**

minima of each cycle of the pulsatile variable components, and their difference which is digitized to represent the measurement of the variable components.

In addition to testing each voltage pulse at the output of low pass filters 32 and 34 to determine whether or not it is a peak, a similar test is made to determine whether a trough in the signal waveform has been reached. The peak to trough value of each cycle of the a.c. output signals from the low pass filters 32 and 34 are also utilized in the derivation of oxygen saturation.

After each pulse is applied to the A/D converter 36, it is tested for validity so that spurious signals due to artifact can be suppressed. Two tests are made. First the elapsed time between each pulse and the preceding one is compared to a predetermined minimum time corresponding to a maximum anticipated pulse rate. In the preferred embodiment of the invention, a maximum pulse rate of 250 beats per minute is used to derive a predetermined minimum time of 240 milliseconds between pulses. The second test involves a comparison of the pulse period with the previous pulse period to determine if excessive variability exists, in which case the pulse is rejected.

The analog to digital converter 36 receives the output signal from the low pass filters 32 and 34 which represent the amplitudes of the variable components of the red and infra-red signals, respectively (see FIG. 4(c)), and the output signals from the demultiplexer 20 which represent the amplitudes of the constant components of the red and infra-red signals, respectively (see FIG. 4(a)). The amplitudes are digitized in the analog to digital converter 36 and applied via bus 40 to the microprocessor 16 of the computer 12.

The amplitudes of the digitized signals are converted to suitable form for use with the look-up table stored in the ROM 15. The corresponding oxygen saturation measurement is then displayed on a conventional liquid crystal seven-segment numerical display 60.

It is to be understood and appreciated that alterations, modifications and variations of and to the preferred embodiment described herein may be made without departing from the spirit and scope of the invention which is defined in the following claims.

What is claimed is:

1. In a pulse oximeter for measuring oxygen saturation in the blood of a person comprising means for directing light having a first wave length toward a tissue surface and the blood carried thereunder; means for directing light having a second wave length toward said tissue surface and said blood; and means for sensing said light of first and second wave lengths after its intensity has been affected by the color of the blood and for producing an electrical signal with a magnitude that is a function of the color of the blood and the pulse of said person, said signal being separable into a constant component and a time varying component; and means responsive to said electrical signal for determining a numerical measurement of oxygen saturation, the improvement comprising:

    charge storage means for blocking said electrical signal constant component and having an input terminal to which said electrical signal is applied and an output terminal at which there is produced an output signal having a wave form corresponding substantially to that of only said time varying component and substantially independent of said constant component;

4,759,369

7

first calculating means operatively connected to said charge storage means and to said sensing means for calculating a ratio as a function of said time varying component and constant component,

said determining means including memory means having stored therein at assigned addresses ratios corresponding to predetermined oxygen saturation levels, and second calculating means operatively connected to said first calculating means for calcu-

8

lating oxygen saturation as a function of the address in said memory means having a stored ratio with a predetermined relationship to said calculated ratio.

2. A pulse oximeter according to claim 1 wherein said read only memory is erasable and programmable.

3. A pulse oximeter according to claim 1 wherein said charge storage means comprises a capacitor.

* * * * *

# UNITED STATES PATENT OFFICE

# CERTIFICATE OF CORRECTION

Patent No. 4,759,369       Dated Jul. 26, 1988

Inventor(s) Andrew C. Taylor

    It is certified that error appears in the above-identified patent and that said Letters Patent are hereby corrected as shown below:

At column 1, line 9 change "changed" to --changes--.

At column 1, line 36, change "83304949.8" to --83304939.8--.

At column 3, line 51, change "correspond" to --corresponds--.

At column 5, line 5, change "to" to --in--.


**Signed and Sealed this**

**Sixth Day of December, 1988**


*Attest:*

DONALD J. QUIGG

    *Attesting Officer*      *Commissioner of Patents and Trademarks*

# Exhibit 4

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

# United States Patent [19]

## Niwa

[11]  **Patent Number:**  **5,025,791**

[45]  **Date of Patent:**  **Jun. 25, 1991**

[54]  **PULSE OXIMETER WITH PHYSICAL MOTION SENSOR**

[75]  Inventor:  **Minoru Niwa**, Nagoya, Japan

[73]  Assignee:  **Colin Electronics Co., Ltd.,** Japan

[21]  Appl. No.:  **531,768**

[22]  Filed:  **Jun. 1, 1990**

[30]  **Foreign Application Priority Data**

Jun. 28, 1989 [JP]  Japan ............................... 1-75700[U]

[51]  **Int. Cl.⁵** ............................................... **A61B 5/14**
[52]  **U.S. Cl.** ..................................... **128/670;** 128/633; 128/782
[58]  **Field of Search** ............... 128/633, 670, 687, 688, 128/689, 690, 774, 782

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,202,350 | 5/1980 | Walton | ................................ | 128/690 |
| 4,409,983 | 10/1983 | Albert | ................................ | 128/690 |

*Primary Examiner*—William E. Kamm
*Attorney, Agent, or Firm*—Oliff & Berridge

[57]  **ABSTRACT**

A reflectance pulse oximeter for detecting pulse synchronous waves is disclosed. The detector includes a sensor or sensors for detecting physical motion of the subject so that readings influenced by subject movement can be eliminated or indicated. One form of motion detector used is an accelerometer employing a spring-supported weight mounted within a cylinder. Accelerations beyond a predetermined value cause the weighted member to complete a circuit against the inside walls of the cylinder. Three accelerometers for detecting acceleration in each of three directions can be utilized. Motion can also be detected by a cubic motion detector having individual reed valves associated with each of six faces. A magnetic ball is movable in a spherical space formed within the cubic body. The magnetic ball operates to actuate only one of the reeds which is at a time. Motion detection can also be accomplished by a combination of the cubic motion detector and one or more accelerometers of the type previously described. A microprocessor control system determines the presence of a pulse synchronous wave from the reflectance detector system and can suppress indication of a pulse synchronous wave occurring simultaneously with motion detection by the motion detecting sensors, which motion is detected for greater than a predetermined period of time. The control system also can include provision for the display of an indication that the displayed pulse synchronous wave occurred during movement of the subject.

**7 Claims, 4 Drawing Sheets**



U.S. Patent          June 25, 1991          Sheet 1 of 4          5,025,791



FIG.1

## FIG. 2



## FIG. 3





FIG.4

# FIG.5

INTENSITY OF REFLECTED LIGHT
(MAGNITUDE OF ELECTRIC SIGNAL SV)



$(V_{dR}, V_{dIR})$

$(V_{sR}, V_{sIR})$

TIME

# FIG.6

5,025,791

1

# PULSE OXIMETER WITH PHYSICAL MOTION SENSOR

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to an apparatus for detecting a heartbeat synchronous wave which is produced from a living body in synchronization with heartbeat of the living body.

### 2. Related Art Statement

There is known an apparatus for detecting a heartbeat synchronous wave produced from a living body in synchronization with heartbeat of the living body, through a probe which is adapted to be set on a body portion of the subject. For example, there is a pulse oxymeter for measuring a blood oxygen saturation of a subject, which includes (a) a first device for emitting toward a body portion of the subject a pair of lights having different wavelengths, (b) a second device for detecting the intensity of each of the lights transmitted through, or reflected from, the body portion and generating a photoelectric pulse wave signal representative of the detected intensities of the lights, and (c) a probe which is set on the body portion and which supports the first and second devices. The magnitude of the photoelectric pulse wave signal varies in synchronization with arterial pulsation (or heartbeat) of the subject, and the pulse oxymeter determines a blood oxygen saturation of the subject based on each pulse of the photoelectric pulse wave. In addition, there is a pulse wave detecting apparatus for detecting a pressure pulse wave produced from an arterial vessel of a subject in synchronization with heartbeat of the subject, through a probe which is set on a body portion of the subject and which supports a pressure sensor adapted to be pressed against an underlying arterial vessel to detect the pressure pulse wave. The pressure pulse wave can be used for determining a blood pressure of the subject.

However, the probe of each of the above-indicated apparatus may be moved relative to a body portion of a subject when a physical motion of the subject occurs. In such cases the heartbeat synchronous wave obtained by the apparatus contains a variation resulting from the relative movement. Meanwhile, in the event that a patient is undergoing a surgical operation, a heartbeat synchronous wave may contain a variation due to an "internal" cause such as use of a surgical knife or administration of a drug, in addition to the variation due to an "external" cause such as the above-indicated relative movement between the probe and the subject's body. Conventionally it has been considerably difficult for a doctor or a nurse to distinguish the variation due to the physical motion of the patient from the variation due to other causes, on the obtained heartbeat synchronous wave. Thus, the conventional apparatus suffer from the problem of providing an inappropriate heartbeat synchronous wave containing variations due to physical motions of a subject in addition to variations due to other causes, or the problem of providing blood oxygen saturation readings or blood pressure readings which are determined based on the inappropriate wave.

## SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a heartbeat synchronous wave detecting apparatus which is capable of reliably detecting a physical

2

motion of a subject which results in a variation of the heartbeat synchronous wave detected thereby.

The above object has been achieved by the present invention, which provides an apparatus for detecting a heartbeat synchronous wave produced from a subject in synchronization with heartbeat of the subject, the apparatus comprising (1) a probe which is adapted to be set on a body portion of the subject, (2) first sensor means for detecting the heartbeat synchronous wave produced from the subject, the first sensor means being supported by the probe; and (3) second sensor means for detecting a physical motion of the subject, the second sensor means being supported by the probe.

The heartbeat synchronous wave detecting apparatus constructed as described above, has the second sensor means for detecting a physical motion of a subject, and the second sensor means is supported by the probe, which is adapted to be set on a body portion of the subject. During detection of the heartbeat synchronous wave the second sensor means detects a physical motion of the subject. Thus, the invention apparatus is capable of directly detecting physical motions of the subject in a reliable manner, in contrast to the conventional indirect manner in which a human being such as a doctor or a nurse distinguishes variations due to physical motions of a subject from variations due to other causes on the obtained heartbeat synchronous wave.

In a preferred embodiment of the present invention, the second sensor means comprises a housing formed of an electrically insulating material and at least one acceleration sensor, each of the at least one acceleration sensor including (a) an electrically conductive cylindrical member fixed at one of axial ends thereof to the housing, (b) an electrically conductive elongate spring fixed at one of longitudinal ends thereof to the housing, the elongate spring extending in an inner cylindrical space of the cylindrical member along an axis of the cylindrical member such that the other longitudinal end of the elongate spring is spaced apart from an inner surface of the cylindrical member, and (c) an electrically conductive weight member fixed on the other longitudinal end of the elongate spring. When the body portion of the subject moves at an acceleration greater than a reference value in a direction perpendicular to the axis of the cylindrical member, the weight member contacts a cylindrical wall of the cylindrical member, thereby permitting an electric current to flow through the each of at least one acceleration sensor, whereby the second sensor means generates an electric signal representative of the physical motion of the subject. The at least one acceleration sensor may comprise three acceleration sensors, the three acceleration sensors being fixed to the housing such that the axes of the cylindrical members of the three acceleration sensors are perpendicular to each other. The reference value is 1 G, for instance.

In another embodiment of the present invention, the second sensor means comprises a position sensor, the position sensor including (i) a cubic body having six outer faces, and an inner spherical space formed therein, (ii) a spherical magnet member accommodated in the spherical space of the cubic body, and (iii) six switch members embedded in the cubic body, each of the six switch members being located outside the spherical space and inside a corresponding one of the six faces of the cubic body, and selectively placed in an ON and an OFF position thereof, a single switch member out of the six switch members being placed in the ON position

3

thereof and the other five switch members being placed in the OFF positions thereof each depending upon a position of the magnet member in the spherical space. When the body portion of the subject moves, the position of the magnet member in the spherical space being changed and consequently the single switch member in the ON position being changed from one switch member to another, whereby the second sensor means generates an electric signal representative of the physical motion of the subject. In a preferred form of the present embodiment, the second sensor means further comprises at least one acceleration sensor constructed as described above.

In yet another embodiment of the present invention, the apparatus further comprising means for discarding, if the second sensor means continues to detect the physical motion of the subject for a time duration longer than a reference value, the heartbeat synchronous wave detected by the first sensor means during the time duration. The reference time is 100 ms, for instance.

In a further embodiment of the present invention, the apparatus further comprises means for commanding, if the second sensor means detects the physical motion of the subject, the first sensor means to cease from detecting the heartbeat synchronous wave for a predetermined time after the detection of the physical motion.

In a still further embodiment of the present invention, the apparatus further comprises a display for indicating the heartbeat synchronous wave detected by the first sensor means, and means for commanding, if the second sensor means detects the physical motion of the subject, the display to indicate the heartbeat synchronous wave together with an indicia indicative of the physical motion detected by the second sensor means. In the case where the present invention is applied to a pulse oxymeter, the pulse oxymeter may be adapted to indicate on a display thereof an indicia indicative of a physical motion of a subject, together with blood oxygen saturation readings determined based on the heartbeat synchronous wave.

BRIEF DESCRIPTION OF THE DRAWINGS

The above and optional objects, features and advantages of the present invention will be better understood by reading the following detailed description of the presently preferred embodiments of the invention when considered in conjunction with the accompanying drawings, in which:

FIG. 1 is a diagrammatic view of a pulse oxymeter embodying the present invention;

FIG. 2 is an enlarged view of a probe of the pulse oxymeter of FIG. 1 as viewed in a direction indicated at A in FIG. 1;

FIG. 3 is a cross-sectional view of an acceleration sensor serving as a physical motion sensor of the pulse oxymeter of FIG. 1;

FIG. 4 is a flow chart according to which the pulse oxymeter of FIG. 1 is operated to measure a blood oxygen saturation;

FIG. 5 is a graph indicative of the intensities of a reflected light detected by a light detector of the pulse oxymeter of FIG. 1; and

FIG. 6 is a view of another embodiment of the present invention.

4

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

Referring first to FIG. 1 there is shown a pulse oxymeter embodying the present invention. In the figure reference numeral 10 designates a probe which is adapted to be set on a body surface 26 of a subject with the help of a band 11 such that the probe 10 closely contacts the body surface 26 with a suitable pressing force. The body surface 26 may be the surface of a finger where the density of peripheral blood vessels including capillaries is comparatively high.

The probe 10 includes a cylindrical support member 14, a light detector 16, a first group of light emitting elements 18, a second group of light emitting elements 20, a transparent resin body 22, and a cylindrical light shading member 24. The cylindrical support 14 has a comparatively shallow bottom, and supports at the center of an inside bottom surface thereof the light detector 16. The light detector 16 is constituted by a photodiode or a phototransistor, for example. As clearly shown in FIG. 2, the first and second groups of light emitting elements 18, 20 are supported on the inside bottom surface of the support 14 such that the eight first light emitting elements 18 and the eight second light emitting elements 20 are alternately disposed around the light detector 16 along a circle whose center coincides with the center of the inside bottom surface of the support 14. Each of the first and second light emitting elements 18, 20 is constituted by an LED (light emitting diode), for example. The transparent resin body 22 fills the shallow inner space of the support 14 and covers the light detector 16 and the light emitting elements 18, 20. The cylindrical light shading member 24 is disposed between the light detector 16 and the light emitting elements 18, 20 in the inner shallow space of the support 14, so that the shading member 24 prevents the lights which are emitted by the light emitting elements 18, 20 and subsequently reflected by the body surface 26, from being detected by the light detector 16. When the probe 10 is set on the body surface 26 of the subject, the transparent body 26 closely contacts the body surface 26.

The eight first light emitting elements 18 are adapted to emit a red light having a wavelength of about 660 m$\mu$, while the eight second light emitting elements 20 are adapted to emit an infrared light having a wavelength of about 800 m$\mu$. Various pairs of lights each pair of which have different wavelengths may be used in place of the 660 m$\mu$ and 800 m$\mu$ wavelengths lights, so long as one light of the each pair exhibits significantly different absorption factors with respect to hemoglobin and oxygenated hemoglobin, respectively, while the other light exhibits generally same absorption factors with respect to the two sorts of hemoglobins, respectively. The first group of light emitting elements 18 and the second group of light emitting elements 20 alternately and periodically emit red and infrared lights, respectively. A one-time light emission from each group continues a predetermined, very short duration of time. The red and infrared lights emitted by the first and second groups of light emitting elements 18, 20, are reflected from the blood vessels bed lying under the body surface 26, and the reflected red and infrared lights are detected by the common light detector 16.

The light detector 16 generates an electric signal SV whose magnitude corresponds to the detected intensity of each of the reflected red and infrared lights, to a low

5,025,791

| 5 | 6 |
|---|---|

pass filter 32 via an amplifier 30. The electric signals SV are variable in magnitude because of the pulsation of arterial vessels in the underlying blood vessels bed. Thus, the electric signals SV provide a photoelectric pulse wave signal variable in synchronization with the arterial pulsation of the subject, namely, heartbeat of the subject. In the present embodiment, the photoelectric pulse wave signal serves as a heartbeat synchronous wave produced from a subject in synchronization with heartbeat of the subject. The low pass filter 32 clears the electric signals SV of noise whose frequencies are higher than a frequency of the arterial pulsation, and supplies the cleared electric signals SV to a demultiplexer 34. The demultiplexer 34 is selectively placed in a first and a second position thereof according to a switch signal SC (described below), in synchronization with the alternate and periodic light emissions from the first and second groups of light emitting elements 18, 20. More specifically, when the first group of light emitting elements 18 emit a red light, the demultiplexer 34 is placed in the first position in which the demultiplexer 34 permits an electric signal $SV_R$ representative of the detected intensity of a reflected red light, to be supplied to an I/O (input and output) port 40 via a first sample hold circuit 36 and a first A/D (analog to digital) converter 38. Meanwhile, when the second group of light emitting elements 20 emit an infrared light, the demultiplexer 34 is placed in the second position in which the demultiplexer 34 permits an electric signal $SV_{IR}$ representative of the detected intensity of a reflected infrared light, to be supplied to the I/O port 40 via a second sample hold circuit 42 and a second A/D converter 44. Thus, when the first and second groups of light emitting elements 18, 20 alternately and periodically emit red and infrared lights, respectively, the demultiplexer 34 is correspondingly switched between the first and second positions thereof. The first and second sample hold circuits 36, 42 are adapted to supply the electric signals $SV_R$, $SV_{IR}$ to the first and second A/D converters 38, 44, respectively, such that the sample hold circuits 36, 42 continue to hold the signals $SV_R$, $SV_{IR}$ received in a current cycle until the A/D converters 38, 44 have completed the analog to digital conversions of the signals $SV_R$, $SV_{IR}$ which in the preceding cycle the sample hold circuits 36, 42 have supplied to the converters 38, 44, respectively.

The I/O port 40 is connected via data bus to a CPU (central processing unit) 46, a ROM (read only memory) 48, a RAM (random access memory) 50, and a display 52. The CPU 46 operates for determining a blood oxygen saturation of the subject, by utilizing the temporary storage function of the RAM 50 according to programs pre-stored in the ROM 48. More specifically, the CPU 46 generates a light emit signal SLD to a first drive circuit 54 via the I/O port 40 so that the first and second groups of light emitting elements 18, 20 alternately emit red and infrared lights, respectively, periodically at a predetermined frequency. This frequency is so determined that the present pulse oxymeter can obtain a satisfactory photoelectric pulse wave signal having a sufficiently high density of data points each of which corresponds to an electric signal $SV_R$ or $SV_{IR}$. More specifically, each time the first group of light emitting elements 18 emit a red light, the present pulse oxymeter obtains an electric signal $SV_R$ representative of the intensity of the red light reflected from the blood vessels bed. Similarly, each time the second group of light emitting elements 20 emit an infrared light, the

pulse oxymeter obtains an electric signal $SV_{IR}$ representative of the intensity of the infrared light reflected from the blood vessels bed. In synchronization with the alternate and periodic red and infrared lights emissions from the first and second groups of light emitting elements 18, 20, the CPU 46 generates the switch signal SC to the demultiplexer 34 via the I/O port 40 so as to correspondingly place the demultiplexer 34 in the first or second position. Thus, the signals $SV_R$, $SV_{IR}$ are separated from each other by the demultiplexer 34 such that the signals $SV_R$ are sent to the first sample hold circuit 36 while the signals $SV_{IR}$ are sent to the second sample hold circuit 42. Further, the CPU 46 processes the signals supplied from the first and second A/D converters 38, 44 according to programs pre-stored in the ROM 48, and thereby determines an oxygen saturation of the blood flowing through the peripheral blood vessels lying under the body surface 26. The CPU 46 commands the display 52 to indicate the determined blood oxygen saturation.

As shown in FIG. 1 a physical motion sensor 56 is secured to an outer bottom surface (or, upper surface as seen in FIG. 1) of the cylindrical support member 14 of the probe 10. The physical motion sensor 56 serves for detecting a physical motion of the subject, in particular the finger on which the probe 10 is set.

The physical motion sensor 56 includes a housing 58 formed of an electrically insulating material, and an acceleration sensor 66, as shown in FIG. 3. The acceleration sensor 66 has a cylindrical member 60 formed of a metallic material and fixed at one of axial ends thereof to the housing 58, and an elongate flat spring 64 formed of an electrically conductive material and fixed at one of longitudinal ends thereof to the housing 58. The elongate flat spring 64 extends in an inner cylindrical space of the cylindrical member 60 along an axis of the cylindrical member 60 such that the other longitudinal end of the elongate flat spring 64 is spaced apart from an inner wall surface of the cylindrical member 60. The acceleration sensor 66 further has a weight 62 formed of an electrically conductive material and fixed to the other longitudinal end of the elongate flat spring 64. The weight 62 contacts a cylindrical wall of the cylindrical member 60 when the finger or other body portions of the subject moves in a direction perpendicular to the axis of the cylindrical member 60 and perpendicular to opposite side surfaces of the elongate flat spring 64, at an acceleration greater than a reference value, for example 1 G (gravity). In the present embodiment, the physical motion sensor 56 has three acceleration sensors 66 constructed as described above. The three acceleration sensors 66 are fixed to the housing 58 such that the three axes of the cylindrical members 60 thereof are parallel to an X-axis, an Y-axis and a Z-axis, respectively, which are perpendicular to each other. A power supply applies an electric voltage between the cylindrical member 60 and flat spring 64 of each of the three acceleration sensors 66. When a physical motion of the subject occurs and one or more out of the three weights 62 contact(s) the cylindrical wall(s) of the corresponding cylindrical member(s) 60, an electric current flows through the corresponding acceleration sensor(s) 66. Thus, the physical motion sensor 56 generates a physical motion signal SM representative of the physical motion of the subject, to the CPU 46 via the I/O port 40 as the positive potential falls to ground through sensor 66. The CPU 46 is operated according to the pre-stored programs to discard, if the signal SM is continuously

5,025,791

7

supplied thereto for a time duration longer than a reference value, the photoelectric pulse wave signal (electric signals SV) detected during that time duration. Thus, the display 52 does not indicate blood oxygen saturation readings corresponding to the discarded photoelectric pulse wave signal.

There will be described the operation of the present pulse oxymeter for measuring a blood oxygen saturation of the subject, which operation is carried out according to the flow chart of FIG. 4.

First, the first group of light emitting elements 18 and the second group of light emitting elements 20 are actuated by the drive circuit 54 to alternately and periodically emit red and infrared lights having the different wavelengths, respectively, and the pulse oxymeter successively obtains electric signals $SV_R$ and $SV_{IR}$ representative of the detected intensities of the red and infrared lights, respectively, which have been alternately and periodically emitted by the first and second groups of light emitting elements 18, 20 and subsequently reflected from the underlying blood vessels bed. The control of the CPU 46 begins with Step Sl of the flow chart of FIG. 4. In Step 1 it is judged whether or not the physical motion sensor 56 have continued to generate the physical motion signal SM for a time duration longer than a reference value (for example, 100 ms). In the case where the judgement in Step Sl is affirmative, the control of the CPU 46 proceeds with Step S2 in which it is judged whether or not the physical motion sensor 56 is generating the signal SM, that is, the signal SM is present at the CPU. If the judgement in Step S2 is affirmative, the control of the CPU 46 repeats Step S2, namely remains in Step S2 and waits. Meanwhile, if the judgement in Step S2 is turned negative, the control of the CPU 46 goes back to Step Sl. On the other hand, if the judgement in Step Sl is negative, the control of the CPU 46 proceeds with Step S3 in which it is judged whether or not a photoelectric pulse wave signal corresponding to a one-time pulsation of the arterial vessels, namely one pulse of the photoelectric pulse wave signal, has been obtained while the signal SM is not present at the CPU 46. In other words, it is judged whether or not the data points or signals $SV_R$, $SV_{IR}$ sufficient to provide one pulse of the pulse wave signal have been collected while the physical motion sensor 56 does not generate the signal SM. If the judgement in Step S3 is negative, the control of the CPU 46 remains in Step S3 and waits. Meanwhile, if the judgement in Step S3 is turned affirmative, the control of the CPU 46 proceeds with Step S4 in which the CPU 46 determines an upper peak value $V_{dR}$ and a lower peak value $V_{sR}$ of the above-indicated one pulse corresponding to the "read" light, and an upper peak value $V_{dIR}$ and a lower peak value $V_{sIR}$ of the above-indicated one pulse corresponding to the infrared light. The values $V_{dR}$ and $V_{dIR}$ are representative of the intensities of the red and infrared lights, respectively, which have been reflected from the body surface 26 when the heart of the subject dilates in a diastolic period. Meanwhile, the values $V_{sR}$ and $V_{sIR}$ are representative of the intensities of the reflected red and infrared lights, respectively, which have been reflected from the body surface 26 when the heart of the subject constricts in a systolic period. In FIG. 5 there is shown a graph indicating a single waveform of a photoelectric pulse wave signal representative of the variation in intensity of the reflected red or infrared light. The amplitude of the pulse wave signal reflects a fraction of the red or infrared light which have been absorbed by the arterial vessels (namely, arterial blood flowing therethrough), and therefore an oxygen saturation of the arterial blood.

8

Step S4 is followed by Step S5 in which the CPU 46 calculates values $(V_{dR} - V_{sR})$, $(V_{dR} + V_{sR})$, $(V_{dIR} - V_{sIR})$, and $(V_{dIR} + V_{sIR})$ based on the upper and lower peak values determined in Step S4, and further calculates the following ratios A and B. Utilization of the ratios A, B ensures that the oxygen saturation readings are free from various influences such as the used intensities of the light emitting elements 18, 20, the specific properties of the light detector 16, the light absorbing characteristics of the skin pigmentation or color of the subject, and the light diffusing and/or absorbing characteristics of the blood vessels bed (these characteristics may vary depending upon the wavelengths of the used lights). Step S5 is followed by Step S6 in which the following ratio A/B is calculated.

$$A = (V_{dR} - V_{sR})/(V_{dR} + V_{sR})$$

$$B = (V_{dIR} - V_{sIR})/(V_{dIR} + V_{sIR})$$

$$A/B = \frac{(V_{dR} - V_{sR})/(V_{dR} + V_{sR})}{(V_{dIR} - V_{sIR})/(V_{dIR} + V_{sIR})}$$

Step S6 is followed by Step S7 in which the CPU 46 determines an actual blood oxygen saturation based on the value A/B obtained in Step S6, according to a predetermined relationship between value A/B and blood oxygen saturation. Subsequently the control of the CPU 46 proceeds with Step S8 in which the CPU 46 commands the display 52 to indicate the determined blood oxygen saturation value. Thereafter the control of the CPU 46 goes back to Step Sl and then the following steps. Thus, each time a one-pulse photoelectric signal is obtained, the pulse oxymeter determines a blood oxygen saturation and indicates the value, whereby the blood oxygen saturation values are continuously indicated on the display 52.

As is apparent from the foregoing description, in the present embodiment the physical motion sensor 56 is mounted on the probe 10 which is adapted to be set on the body surface 26 of a subject. Thus, during monitoring of blood oxygen saturation of the subject, the present pulse oxymeter is capable of directly detecting a physical motion of the subject. This direct detection of physical motions of the subject is a more reliable art than the conventional indirect manner in which a human being such as a doctor or a nurse finds variations due to physical motions of a subject on the obtained blood oxygen saturation readings (or obtained photoelectric signal waveform) which contain variations due to not only the external causes such as the physical motions but also the internal causes such as use of a surgical knife or administration of a drug.

In addition, in the present embodiment the physical motion sensor 56 includes the three acceleration sensors 66 positioned along the X-axis, Y-axis and Z-axis, respectively. Thus, the physical motion sensor 56 is capable of reliably detecting the physical motions of the subject in various directions.

Moreover, in the present embodiment, only when the physical motion sensor 56 continues to generate the signal SM to the CPU 46 for a time duration longer than 100 ms, for instance, the CPU 46 discards the photoelectric pulse wave detected during that time duration and does not provide blood oxygen saturation readings.

5,025,791

9

Thus, the present pulse oxymeter has not only the advantage that the pulse oxymeter prevents determination of a blood oxygen saturation value based on an inappropriate photoelectric pulse wave signal detected during that time duration, but also the advantage that the pulse oxymeter does not cease from monitoring the blood oxygen saturation upon detection of a physical motion lasting a time duration shorter than 100 ms.

While in the illustrated embodiment the pulse oxymeter is adapted to discard the photoelectric pulse wave signal detected during a physical motion of a subject, it is possible to adapt the pulse oxymeter to determine a blood oxygen saturation value based on the photoelectric pulse wave signal detected during the physical motion, and simultaneously indicate on the display 52 that the value has been obtained during the physical motion, for example by shadowing the value or indicating the value together with an indicia indicative of the physical motion. Alternatively, it is possible to adapt the pulse oxymeter to cease, if a physical motion of a subject is detected, from detecting the heartbeat synchronous wave for a predetermined time after the detection of the physical motion.

Referring next to FIG. 6 there will be described another embodiment of the present invention, in which the physical motion sensor 56 is constituted by a position sensor 72. The position sensor 72 has a cubic body 76 formed of a resin and having an inner spherical space 74 formed therein, and a spherical ferrite magnet 78 accommodated in the spherical space 74 of the cubic body 76. The spherical magnet 78 is displaceable in the spherical space 74 because of gravity, when a body portion of the subject moves. The position sensor 72 further has six well-known reed switches 80 embedded in the cubic body 76 (only four switches 80 are illustrated in FIG. 6). Each of the six reed switches 80 is located outside the inner spherical space 74 and inside a corresponding one of six faces of the cubic body 76, and selectively placed in an ON and an OFF position thereof. Depending upon a position of the spherical magnet 78 in the spherical space 74, a single reed switch 80 is placed in the ON position thereof and the remaining five reed switches 80 are placed in the OFF positions. When a physical motion of the subject occurs and the position of the spherical magnet 78 in the inner spherical space 74 is changed, the "single" reed switch 80 in the ON position is changed from one reed switch to another, so that the position sensor 72 generates an electric signal representative of the physical motion of the subject. Thus, the position sensor 72 is capable of detecting a comparatively small physical motion of the subject. However, the position sensor 72 is not capable of detecting a comparatively slow physical motion in a vertical or horizontal direction since the spherical magnet 78 and the resin body 78 are not moved relative to each other upon such physical motions. Accordingly it is recommended that the physical motion sensor 56 be constituted by the combination of the position sensor 72, and one or more acceleration sensors 66 shown in FIG. 3. In this case the physical motion sensor 56 is capable of detecting physical motions of a subject in a more reliable manner.

While the illustrated pulse oxymeter is of the reflection type, the present invention may be applicable to a pulse oxymeter of the transmission type which is adapted to utilize the lights transmitted through a body portion of a subject. Moreover, the present invention is applicable to a pulse wave detecting apparatus for de-

10

tecting a pressure pulse wave produced from a subject in synchronization with heartbeat of the subject, through a probe having a pressure sensitive element which is adapted to be pressed against an arterial vessel of the subject to detect the pressure pulse wave therefrom, or a blood pressure measuring apparatus including such a pulse wave detecting apparatus, for measuring a blood pressure of a subject based on the detected pressure pulse wave. Furthermore, the present invention is applicable to an electrocardiograph for obtaining an electrocardiogram produced in synchronization with heartbeat of a subject, through a probe having electrodes which are adapted to be set on a body surface of the subject. In other words, the term "heartbeat synchronous wave" should be construed as encompassing electrocardiogram waves.

While the present invention has been described in its presently preferred embodiments, it is to be understood that the present invention may be embodied with other changes, modifications and improvements that may occur to those skilled in the art without departing from the scope and spirit of the invention as defined in the appended claims.

What is claimed is:

1. A pulse oximeter of the reflection type, comprising:

   first sensor means including means for emitting two lights having different wavelengths toward a body portion of said subject, and means for detecting the lights reflected from said body portion, said first sensor means producing first signals each of which is representative of a corresponding one of the detected lights;

   second sensor means for detecting a physical motion of said subject, said second sensor means producing a second signal representative of the detected physical motion;

   support means for supporting said first and second sensor means;

   set means for setting said support means supporting said first and second sensor means, on said body portion of said subject; and

   control means for discriminating the first signals produced by said first sensor means when said second signal is produced by said second sensor means, from the first signals produced when said second signal is not produced.

2. The pulse oximeter as set forth in claim 1, wherein said second sensor means comprises a housing formed of an electrically insulating material, and at least one acceleration sensor, each of said at least one acceleration sensor including:

   an electrically conductive cylindrical member including a cylindrical wall and an inner cylindrical space inside said cylindrical wall, said cylindrical wall having an axis and opposite axial ends, said cylindrical wall being fixed at one of said axial ends thereof to said housing;

   an electrically conducive elongate spring member having opposite longitudinal ends, said elongate spring member being fixed at one of said longitudinal ends thereof to said housing, said elongate spring member extending in said inner cylindrical space of said cylindrical member along said axis of said cylindrical member along said axis of said cylindrical wall, the other longitudinal end of said elongate spring member being spaced apart from an inner surface of said cylindrical wall;

5,025,791

11

an electrically conductive weight member fixed on said other longitudinal end of said elongate spring member; and

a power supply applying an electric voltage between said cylindrical member and said elongate spring member,

said weight member being displaceable relative to said cylindrical member because of an inertia force exerted on said weight member, and said spring member, so that said weight member contacts said cylindrical wall of said cylindrical member, whereby an electric current flows through said cylindrical member, spring member and weight member, said electric current serving as said second signal representative of said physical motion of said subject.

3. The pulse oximeter as set forth in claim 2, wherein said weight member is displaced relative to said cylindrical member to contact said cylindrical wall, when said body portion of said subject and said cylindrical member thereon move together in a direction perpendicular to said axis of said cylindrical wall as an acceleration greater than 1 G.

12

4. The pulse oximeter as set forth in claim 1, further comprising means for providing an indication of time, said control means determining an oxygen saturation of said subject based on said first signals produced by said first sensor means, said control means judging fi said second sensor means continues to produce said second signal for a time duration longer than a reference value, and discarding the first signals produced by said first sensor means during said time duration longer than said reference value.

5. The pulse oximeter as set forth in claim 4, wherein said control means discards the first signals produced by said first sensor means during a time duration longer than 100 ms.

6. The pulse oximeter as set forth in claim 4, further comprising a display for indicating said blood oxygen saturation determined by said control means.

7. The pulse oximeter as set froth in claim 1, wherein said control means judges if said second sensor means detects said physical motion of said subject, and commands said first sensor means to cease from producing said first signals for a predetermined time after the detection of said physical motion.

*    *    *    *    *

# Exhibit 5

to the Declaration of Michael J.R. Polson,
Ph.D. in Support of Apple Inc.'s Motion to
Compel Plaintiffs to Comply with
Section 2019.210

US005368224A

# United States Patent [19]

## Richardson et al.

[11] **Patent Number:** 5,368,224

[45] **Date of Patent:** Nov. 29, 1994

[54] **METHOD FOR REDUCING AMBIENT NOISE EFFECTS IN ELECTRONIC MONITORING INSTRUMENTS**

[75] Inventors: **Charles A. Richardson**, San Francisco; **Michael Bernstein**, San Ramon; **Jerry K. Okikawa**, Oakland; **Terrence R. Bennett**, Richmond, all of Calif.

[73] Assignee: **Nellcor Incorporated**, Pleasanton, Calif.

[21] Appl. No.: **965,684**

[22] Filed: **Oct. 23, 1992**

[51] **Int. Cl.⁵** ............................................. A61B 5/00
[52] **U.S. Cl.** .................................. 128/633; 128/734; 365/41
[58] **Field of Search** ................................ 128/633–634, 128/664–667, 734; 356/39–41

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,086,915 | 5/1978 | Kofsky et al. . |
| 4,653,498 | 3/1987 | New, Jr. et al. . |
| 4,819,752 | 4/1989 | Zelin ..................................... 128/633 |
| 4,867,571 | 9/1989 | Frick et al. ...................... 128/633 X |
| 4,869,254 | 9/1989 | Stone et al. . |
| 5,040,539 | 8/1991 | Schmitt et al. ...................... 128/633 |
| 5,203,329 | 4/1993 | Takatani et al. .................... 128/633 |

### FOREIGN PATENT DOCUMENTS

WO86/05674  10/1986  WIPO .

*Primary Examiner*—Angela D. Sykes
*Attorney, Agent, or Firm*—Townsend and Townsend Khourie and Crew

[57] **ABSTRACT**

The present invention provides a method and apparatus for adapting to noise sources affecting a pulse oximeter. Various available frequencies are evaluated to determine their respective noise levels and one is selected to act as the operating demultiplexer frequency. During normal operation of the pulse oximeter, the various available demultiplexer frequencies are periodically scanned to determine which has the lowest associated noise. The noise level associated with the operating frequency is used to determine the signal-to-noise ratio of the pulse oximeter signals and thereby qualify certain signals from the pulse oximeter. Those pulses associated with a signal-to-noise ratio below a predetermined threshold are rejected and excluded from use in calculating blood oxygen saturation.

**7 Claims, 3 Drawing Sheets**



**U.S. Patent**          Nov. 29, 1994          Sheet 1 of 3          **5,368,224**



FIG. 1.



FIG. 2.

FIG. 4.



STATE 0
SELECT AND SET $f_I$ FROM AVAILABLE FREQUENCIES $f_N$
A
HIGH PASS FILTER
M
MONITOR DARK SIGNAL
C
CALCULATE HIGH FREQ RMS SIGNAL FOR SELECTED $f_N$
N
CALCULATE BROADBAND RMS SIGNAL FOR SELECTED $f_N$
D
SELECT NEW $f_N$
F
CALCULATE LOW FREQ RMS SIGNAL FOR SELECTED $f_N$
Q
IS RMS NOISE GREATER THAN THRESHOLD
E
YES
TURN OFF LEDS
B
NO
TURN ON LEDS AND MONITOR PHYSIOLOGICAL SIGNAL
G
OBTAIN HIFREQ NOISE VALUE
O
LOW PASS FILTER
R
COMPARE HIFREQ$_I$ WITH HIFREQ$_O$
P
COMPARE PHYSIOLOGICAL SIGNAL WITH LOFREQ$_O$
S
IS SIN ≥ THRESHOLD
H
NO
STATE 1
YES
DISPLAY
Z
CALCULATE BLOOD OXYGEN SATURATION FROM PHYSIOLOGICAL SIGNAL
I
STATE 2
PERIODICALLY TURN OFF RED LED
J
RESET STATE 0 RMS NOISE VALUES
L
MONITOR RMS NOISE IN RED CHANNEL & CALCULATE RMS NOISE IN IR CHANNEL
K

FIG. 3.

5,368,224

**1**

# METHOD FOR REDUCING AMBIENT NOISE EFFECTS IN ELECTRONIC MONITORING INSTRUMENTS

## BACKGROUND

This invention relates to a method and apparatus for detecting and reducing the effects of ambient electromagnetic noise (including photic noise) on electronic instruments, particularly on electronic physiological monitoring instruments such as pulse oximeters.

The number of different kinds of electronic instruments used in hospitals, and the number of all electronic instruments of all kinds in use at any given time in each hospital, are on the rise. Besides performing its intended function, each instrument emits electromagnetic radiation at frequencies and intensities governed by the configuration of its electronic circuitry and the manner in which the instrument is used. For some instruments, such as radio telemetry monitors, the emission of electromagnetic radiation is the instruments' primary function.

In addition, superimposed on the electromagnetic radiation emitted by the instruments is the electromagnetic radiation emitted by the room lights and the A.C. power supply. In each room of the hospital, these electronic emissions combine to provide a complex background noise level whose instantaneous frequency and intensity characteristics depend on room lights, room power, and the nature of the instruments in use at any particular time. The effect of this background noise on the operation of an electronic instrument depends on the nature of the instrument. The use of a pulse oximeter in a noisy environment is a good example.

The principles of pulse oximetry and the operation of commercially available pulse oximeters are well known in the art. For example, the sensor of the pulse oximeter system described in U.S. Pat. No. 4,653,498 and U.S. Pat. No. 4,869,254 (both of which are incorporated herein by reference for all purposes) emits light alternately at a red and at an infrared wavelength into the patient's tissue, and a single photodetector senses the light transmitted through the tissue at each wavelength. The time-varying photodetector output represents the transmitted red and infrared signals separated by "dark" periods during which no light is emitted by the sensor. A demultiplexer synchronized with the sensor's red and infrared light sources separates the red and infrared portions of the photodetector output for further processing by the oximeter.

The physiological parameter measured by pulse oximeters is arterial blood oxygen saturation. The light-absorptive properties of blood at red and infrared wavelengths vary with the relative concentrations of oxyhemoglobin and deoxyhemoglobin in the blood. The portions of the photodetector output used in the oxygen saturation calculation, therefore, are the changes in red and infrared light transmission caused by the pulsatile changes in arterial blood volume at the sensor site. These pulse to pulse changes in transmitted light level are small in comparison to the overall intensity of the transmitted light, on the order of 1–3%, and are very susceptible to the influence of background noise.

The output of electric lights varies at a frequency related to the frequency of the A.C. power supply and its harmonics. If any frequency, fundamental or harmonic, of the ambient light variations match or are close to any frequency, fundamental or harmonic, of the ox-

**2**

imeter's multiplexed light source, and if ambient light somehow reaches the photodetector, the oximeter may not be able to distinguish between the photodetector output related to red and infrared light sources (i.e., the signal) and the photodetector output related to ambient light (i.e., the noise). The red and infrared light are therefore typically multiplexed (and the photodetector synchronously demultiplexed) at frequencies other than room light frequencies. See, e.g., U.S. Pat. No. 4,653,498.

There are, however, many other sources of electromagnetic radiation in the pulse oximeter operating environment, including ECG monitors, impedance apnea monitors, isolation power supplies in other monitoring instruments, and electrocautery tools, each with its own characteristic operating frequencies. It would be difficult, if not impossible, to select an oximeter synchronous demultiplexer frequency that would not be affected by at least one of the potential noise sources in the oximeter's operating environment.

One prior art approach to this problem is to add a low-pass filter at the photodetector output to remove portions of the photodetector output signal above a certain frequency, say 100 to 300 kHz. See, e.g., U.S. Pat. No. Re. 33,643. This filter would not remove the effects of noise at the oximeter's synchronous demultiplexer frequency, however.

What is needed, therefore, is a way to reduce the effects of ambient electromagnetic noise in electronic monitoring instruments, especially when the noise source frequency (or a harmonic of the noise source frequency) is approximately the same as the fundamental frequency or harmonics at which the instrument is operating.

## SUMMARY OF THE INVENTION

The present invention provides a method and apparatus for adapting to noise sources affecting electronic monitoring instruments. Various available frequencies (discrete or continuous) are evaluated to determine their respective noise levels and one is selected to act as the operating demultiplexer frequency. Then during normal operation of the instrument, the various available demultiplexer frequencies are periodically scanned to redetermine which has the lowest associated noise. This frequency agility allows the instrument to shift from a first multiplexing frequency to another in order to avoid noise appearing at the first multiplexing frequency. In some embodiments, as many as 1000 frequency channels are available.

These techniques allow the invention to adapt to the total noise found in a given environment, such as a hospital. Thus, the present invention can be used in different locations having different noise sources. It can also be used in a single location to adapt to noise changes occurring over time. Because the instrument can measure and report noise, it allows users to rapidly adjust sensors to obtain a good signal and detect interfering noise sources.

Preferably, the method and apparatus of the present invention are used to process photodetection signals obtained with a pulse oximeter. To monitor the noise in the oximeter signal at a given frequency, the oximeter is preferably operated in the "dark." In other words, the oximeter light sources (typically Light Emitting Diodes "LEDs") are turned off while the oximeter continues to monitor the detector signal at the selected frequency.

5,368,224

3

Thus, the noise associated with ground loops, radio telemetry monitors, and all other sources in the environment is detected and quantified free of contributions from the physiological pulse information. The noise level so obtained can be used to rate a selected frequency and to assess the signal-to-noise ratio of subsequently taken physiological signals. Because noise levels are measured in situ, the oximeter may conserve power by reducing LED drive current while maintaining a safe signal-to-noise ratio.

Thus, one aspect of the present invention is a method and apparatus for identifying a pulse oximeter demultiplexing frequency at which the contribution of noise to the signal is relatively low. To accomplish this a plurality of multiplexing frequencies are evaluated to determine which is quietest. That frequency is then adopted for use during collection of blood oxygen saturation data. If, during operation, a source of noise is introduced that interferes with the "adopted" demultiplexing frequency, the oximeter searches for a new, quieter, demultiplexing frequency. If one is located, the oximeter then shifts to that frequency.

Another aspect of the present invention involves a method and apparatus for "qualifying" optical pulses detected by a pulse oximeter. Those pulses associated with a signal-to-noise ratio below a predetermined threshold are rejected and excluded from further use by the pulse oximeter monitor, while qualified pulses are available for use in calculating blood oxygen saturation.

The noise values used to approximate the signal-to-noise ratio may be obtained from various sources. For example, the "dark" noise level used to select the demultiplexer frequency can be used. In addition (or alternatively), the physiological signal can be passed through a high pass filter to determine the power associated with the higher frequencies, which approximate the total noise in the signal.

A further understanding of the present invention may be obtained by reference to the following discussion and associated drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of the instrument of this invention illustrating the instrument housing and attachment of a sensor to the finger of a patient.

FIG. 2 is a flow chart showing the processes connecting the three states of the present invention.

FIG. 3 is a flow diagram of a method employed to determine noise levels at demultiplexing frequencies.

FIG. 4 is a flow diagram of a pulse qualification procedure of the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

A preferred embodiment of this invention will be described as implemented in electronic physiological monitoring instruments, in particular, a pulse oximeter. For purposes of this description, noise is defined as the measured signal variations about a mean apart from any signal due to the measured physiological parameter.

Referring to FIG. 1, a pulse oximeter instrument housing 26 suitable for use with the present invention is illustrated. Outwardly, the housing includes a digital display 1, circuitry select button array 2 through 5, alarm status lights 6 through 9, an optically coupled adjustment knob 10, sync status light 11, LED digital viewmeter 12, and power switch 13. A speaker 15 is placed under the instrument housing.

4

From a connector (not shown) in housing 26 there extend wires 27 to a detector probe 29. Detector 29 is placed upon the finger 14 of a patient 28. Utilizing the placement of the detector 29 at the finger 14, all of the readings in this invention are made possible. In a typical pulse oximeter, a first light emitting diode in the red range (e.g. 660 nanometers) and a second light emitting diode in the infrared range (e.g. 940 nanometers) are sequentially pulsed to emit light.

A clock controls the sequential output of light from the light emitting diodes and to a duty cycle of at least 1 in 4. Reception of a red signal occurs during two of the four time periods and reception of an infrared signal occurs during the other two time periods. One time cycle for each of the two wavelengths is a "dark" cycle. In other words, the LED is turned off and only ambient light is detected. The dark signal is "subtracted" from the LED signal, thus, improving the signal-to-noise ratio of the pulse oximeter. Subtraction is performed by switching on an inverter each time the dark signal is received. This inverted signal is then combined with the preceding LED signal (uninverted) to decrease the effects of ambient light. This works fine for light of constant intensity. However, time varying light sources at harmonics of the AC mains still contribute to baseband noise when the harmonics occur near harmonics of the synchronous demultiplexer.

In the preferred embodiment of this invention, the pulse oximeter selects its synchronous demultiplexer frequency $f_{TMUX}$ from a ranked list of possible frequencies $f_N$. The available frequencies $f_N$ are ranked empirically by (1) identifying noise sources in the range of possible $f_{TMUX}$ values; (2) determining, for each noise source, the degree of interference caused by the noise source within that range; (3) selecting N possible $f_{TMUX}$ frequencies that do not coincide or approximate the frequencies of the identified noise sources; and (4) ranking the chosen frequencies according to an increased degree of interference from the expected noise, with $f_1$ being the least likely $f_{TMUX}$ frequency to be affected by noise from the operating environment. Typically, the available frequencies $f_N$ are scanned until a downward trend in noise is detected. When the trend reverses, the frequency with the lowest noise is adopted as $f_{TMUX}$. Of course, other methods for scanning the possible frequencies can be used. For example, every available frequency can be checked, and the one having the lowest noise value is adopted as $f_{TMUX}$. In preferred embodiments, the $f_N$ values are stored in ROM (read-only memory) in the pulse oximeter. Typically, the available frequencies will be between about 200 and about 3000 Hz, and preferably between about 1500 and 2500 Hz.

In preferred embodiments, the available values of $f_{TMUX}$ are selected to minimize the problem specifically caused by A.C. mains harmonics (from e.g. 50 or 60 Hz photic sources) being "aliased" down to the analog passband. This occurs when an A.C. fundamental frequency or harmonic thereof differs from the demultiplexer frequency by an amount corresponding to a frequency in the passband. For example, if the A.C. main has a fundamental frequency at 50 Hz and the demultiplexer is operated at 2025 Hz, an aliased 25 Hz signal is produced. This falls outside the range of a 0–20 Hz passband used in a typical pulse oximeter. However, the second harmonic of the demultiplexer fundamental is 4050 Hz, which falls right on a harmonic of the A.C. main, thus producing an aliased signal in the physiological frequency range, i.e. 0–5 Hz. The oximeter has no

5,368,224

5                                                        6

way of gauging the contribution of this "noise" to physiological signal.

To deal with this problem, values of $f_{TMUX}$ are purposely chosen to be somewhat close to a harmonic of the A.C. mains. In many embodiments, the $f_{TMUX}$ available frequencies are separated by at about 10–15 Hz from the frequency of the A.C. power supply and harmonics thereof. Thus, the aliased signal shows up in the analog passband, but is far enough from the physiological frequency range that it can easily be identified as noise. This serves two purposes. First, the noise spike at 10–15 Hz serves as a "marker" indicating the relative power of the A.C. power line noise that ultimately folds back into the physiological signal (possibly at the fifth or sixth harmonic of the demultiplexer fundamental). Second, the power of the power line noise that folds back into the physiological frequencies can be expected to be relatively weak. For example, if the fundamental of the demultiplexer is 10 Hz away from a harmonic of a power line, the second harmonic is 20 Hz away, the third is 30 Hz away, and so on until the fifth or sixth harmonic which falls on or close to a harmonic of the power line. However, if the demultiplexer fundamental is in the range of 2000 to 3000 Hz, the fifth and sixth harmonics are at 10 kHz or greater, a region in which the noise power from the A.C. mains rapidly falls off.

In preferred embodiments, the noise at the available demultiplexer frequencies is evaluated when the red and/or infrared light source of the pulse oximeter sensor is turned off. By turning the LEDs off, the oximeter becomes a passive monitor, listening to signals which come from foreign sources like body impedance monitors, AC power lines, electrocautery, etc. The signal so measured will provide a good measure of the noise level at the selected frequency.

It should be noted that a pulse oximeter in its normal operating mode is an "active" signal sensor. This means that the oximeter supplies energy to the system being studied (i.e. tissue having blood flow) and the system modulates the supplied energy to provide information. The techniques of the present invention can generally be applied to any active signal sensing monitor. Thus, for example, the present invention can be employed in tissue impedance techniques such as respiratory monitoring, cardiac output monitoring, and apnea monitoring. These techniques pass energy in the form of electrical current through the body so that the tissue impedance, modulated by mechanical events of the body (breathing lungs or beating heart) can be monitored. Other examples of active signal sensing devices include spectral gas monitors such as some carbon dioxide monitors.

Referring now to FIG. 2, the method of the preferred embodiment (as implemented in a pulse oximeter) operates in three states or modes: State 0, State 1, and State 2. When the pulse oximeter is first powered up, it is in State 0. In State 0, the oximeter does not provide power to the sensor's LEDs but collects a digitized "signal" from the sensor's photodetector in the red and infrared channels. The oximeter uses State 0 to read the ambient noise (both electrical and photic) in the absence of any physiological signal provided by illumination of the patient's tissue by the LEDs and to select an initial $f_{TMUX}$. In this state, the oximeter cannot determine saturation values, but it can determine noise as a passive monitor. The initial $f_{TMUX}$ is selected on the basis of its quietness from among a group of available frequencies.

When $f_{TMUX}$ is settled on in State 0, the system moves to State 1, (process 1) where both LEDs are turned on and the blood oxygen saturation is monitored. According to a predefined schedule, the system periodically reverts from State 1 to State 0 (process 3) to reassess the noise at $f_{TMUX}$, and, if necessary, find a new $f_{TMUX}$. While in State 1, the system continually monitors high frequency noise in the active signal and qualifies the physiological signal based on its signal-to-noise ratio. Unqualified signal pulses are not used to calculate blood oxygen saturation. Also, if the system determines that the signal-to-noise ratio at $f_{TMUX}$ decreases below an acceptable level, it moves to State 0 (process 4) to search for a new $f_{TMUX}$.

The system frequently moves from State 1 to State 2 (process 5) to reassess the noise at $f_{TMUX}$. This is accomplished by turning off one LED; typically the red LED. (In comparison, State 0 turns off both LEDs.) In State 2, the pulse oximeter cannot calculate blood oxygen saturation, but it can monitor pulse rate and otherwise give the appearance of operating normally. After the noise is assessed in State 2, the system returns to State 1 (process 7) and operates normally, employing the new noise level calculated in State 2.

The root-mean-square ("RMS") value of noise in State 0 is computed by estimating the mean signal level, subtracting the mean signal from the instantaneous signal, squaring the difference, summing the squared values over the measurement epoch, and taking the square root of the value. FIG. 4 is a flow chart that includes the State 0 broadband noise algorithm used by the pulse oximeter in State 0. It should be understood that while the flow chart shows signals read and calculations performed in only one channel, the oximeter uses this algorithm essentially simultaneously in both the red and infrared channels. As shown in FIG. 3, the synchronous frequency f is set to $f_1$ when the oximeter enters State 0 (Step A). The oximeter then starts reading values (Step C). To calculate the RMS dark noise for $f_1$ (or any $f_N$ in Step D), the oximeter's microprocessor begins by reading a first detector output value $x_1$ and stores this value as SUM in the oximeter's memory. The microprocessor then reads a second value $x_2$, adds it to SUM and divides the total by 2 to compute MEAN. After computing the mean, the microprocessor determines the differences between $x_2$ and MEAN, squares the difference, and stores this value as SUMSQ in memory. The values of $x_i$ are read from both the red and infrared channels of the oximeter at the times when the red and infrared LEDs would be lit if the oximeter were in its operating state.

The microprocessor then compares SUMSQ values with threshold THRESH, which is set initially at $T_{INIT}$, an arbitrary value based on the inherent noise tolerance of the instrument. If both $SUMSQ_{RED}$ and $SUMSQ_{IR}$ are less than THRESH, then the microprocessor reads a third detector value $x_3$ (in both the red and infrared channels), adds $x_3$ to SUM, determines the difference between $x_3$ and MEAN, squares the difference and adds the squared value to SUMSQ.

The microprocessor once again compares the SUMSQ values to THRESH. If both SUMSQ values are still less than THRESH, then the microprocessor reads a fourth detector value $x_4$, adds $x_4$ to SUM, and computes a new value of MEAN. The microprocessor then determines the difference between $x_4$ and MEAN, squares the difference and adds the squared value to SUMSQ.

5,368,224

7

The process repeats for 65 values of $x_i$, as long as both $SUMSQ_{RED}$ and $SUMSQ_{IR}$ are less than THRESH. New values of MEAN are computed after gathering $x_8$, $x_{16}$, $x_{32}$ and $x_{64}$, i.e., whenever i is a power of 2. In the preferred embodiment, the time to gather and process $x_{1-65}$ takes approximately 1 second, based on an oximeter digital sampling rate of 57 Hz. $SUMSQ_{RED}$ and $SUMSQ_{IR}$ are both divided by 64 and the quotients are raised to the one-half power to give the RMS noise in Step D. If both SUMSQ values remain below THRESH for all 64 points (Step E), then the microprocessor changes the value of $THRESH_{RED}$ to $SUMSQ_{RED}$ and $THRESH_{IR}$ to $SUMSQ_{IR}$ and stores $f_1$ as the value of $f_{TMUX}$.

The oximeter then enters State 1 (Step 6) where the LEDs begin emitting light pulses and the microprocessor monitors the physiological signal at $f_1$. From the detected physiological signal, the microprocessor calculates the current blood oxygen saturation (Step I) using conventional methods. All the while, the signal-to-noise ratio of the physiological signal at $f_1$ is monitored, and, if the ratio falls below a predetermined threshold (Step H), the system reenters State 0 (Step F) to determine whether $f_2$ yields a lower broadband noise total in both channels than $f_1$ had. If so, then the microprocessor updates the THRESH values, stores $f_2$ as $f_{TMUX}$, and reenters State 1. If not, then the microprocessor looks for another frequency $f_N$ having a lower broadband noise total. If none is found, the microprocessor uses the previously stored $f_{TMUX}$ value when it enters State 1.

In alternative embodiments, the system will determine the noise associated with multiple values of $f_N$ stored on the ROM before selecting $f_{TMUX}$ and reentering State 1 to detect the physiological signal. In such systems, the detector will remain in State 0 until the frequency with the lowest noise is identified. If none of the ranked values of possible frequencies passes this State 0 test, the instrument displays an error message and will not operate.

A parallel computation of State 0 high frequency noise is performed by the microprocessor in both the red and infrared channels. As the microprocessor reads the red and infrared $x_i$ values for use in the routine of FIG. 3, it passes the $x_i$ values through a high pass filter (Step M) having a cutoff of 7 Hz to yield filtered values $Y_i$. The sum of the squares of the $u_i$ values is computed as $SUMSQ_{HI}$.

The red and infrared values of SUMSQ from the last State 0 calculation are measurements of the broadband noise in the red and infrared channels, respectively. As noted above, microprocessor computes State 0 broadband noise values $BROAD_{0,RED}$ and $BROAD_{0,IR}$ as the square root of SUMSQ/64 (Step D). Similarly, the microprocessor computes State 0 high frequency noise values $HIFREQ_{0,RED}$ and $HIFREQ_{0,IR}$ as the square root of $SUMSQ_{HI}/64$ (Step N). Finally, the microprocessor computes State 0 low frequency noise values $LOFREQ_{0,RED}$ and $LOFREQ_{0,IR}$ (Step Q) as follows:

$$LOFREQ_{0,RED} = BROAD_{0,RED}^2 - HIFREQ_{0,RED}^2$$

$$LOFREQ_{0,IR} = BROAD_{0,IR}^2 - HIFREQ_{0,IR}^2$$

The microprocessor uses these values in addition to the standard qualification tests to qualify the incoming physiological signal in State 1, as discussed below.

8

Because noise sources in the oximeter environment may vary periodically, and possibly interfere with a previously quiet $f_{TMUX}$, the system should occasionally revert to State 0. Thus, it can be redetermined whether the RMS noise $f_{TMUX}$ is still within the threshold. In a preferred embodiment, the microprocessor reverts to State 0 30 seconds after the end of the initial State 0 routine, 1 minute after the end of the second State 0 routine, 5 minutes after the end of the third State 0 routine, then 15 minutes after the end of each subsequent State 0 routine.

State 1 is the oximeter's normal operating state. The LEDs are activated alternately at a frequency of $f_{TMUX}$, and the microprocessor uses the same $f_{TMUX}$ frequency to distinguish the photodetector signal corresponding to the red LED from the photodetector signal corresponding to the infrared LED. While in State 1, the noise values calculated in State 0 are compared to the pulse signals (Steps P and S). If the pulse oximeter is operating in the normal mode (i.e. State 1) in a relatively noise free environment has good internal estimates of the signal level in both optical channels, the pulse amplitudes. The ratio of the signal, as measured by pulse amplitudes during normal operating mode with the LEDs turned on, to the noise, measured with the LEDs turned off and scaled appropriately for internal gains, serves as one criterion for acceptable signals. This will be an accurate estimate of the signal-to-noise ratio when the noise measurement epoch and the signal measuring epoch are close in time and an appropriate measurement when the pulse oximeter is rapidly changing $f_{TMUX}$ and estimating noise to select an optimal value for $f_{TMUX}$. Once that selection has been made, however, the oximeter must be able to monitor the signal-to-noise ratio continuously.

Thus, in addition, a continuous estimate of non-physiologic noise is computed and compared with the pulse signals. An approximation for a continuous signal-to-noise ratio may be the ratio of power in the physiological passband [0.5,5 Hz] to the power in the nonphysiological passband [8,20 Hz]. In a preferred embodiment, the red and infrared analog outputs of the synchronous demultiplexer go into low pass analog filters (Step R), and the outputs of the filters are digitally sampled at 57 Hz. The digital signals then pass through a high pass filter at 7 Hz to derive State 1 high frequency noise values $HIFREQ_1$ (Step 0) for the red and infrared channels. The squares of each value from the red and infrared high pass filters are stored in 64 point circular buffers. When a pulse is detected using a pulse detection algorithm (such as in the Nellcor Incorporated model N-200 pulse oximeter), the microprocessor sums the 64 points in the circular buffers, divides by 64 and takes the square root to derive $HIFREQ_{1,RED}$ and $HIFREQ_{1,IR}$ for the two optical channels. These noise measurements made in State 1 are less robust than those of State 0 because only high frequency noise can be estimated and detected, but the estimates are available for testing every detected pulse.

Preferred pulse oximeters employ timeout alarms to alert the user when no pulses are detected and qualified during an arbitrary time period. In the Nellcor N-200 pulse oximeter, this arbitrary period is 10 seconds. This invention adds a noise criteria failure timeout as follows. If the pulse is not sufficiently greater than the noise (Step H), it is rejected and no saturation is computed. If several pulses are rejected (e.g. after about 5 seconds), the noise state reverts to State 0 and a new estimate of the noise is computed. If, on the other hand, the pulse is

5,368,224

9

sufficiently greater than the noise, a new saturation is calculated and displayed (Steps I and Z). Periodically in State 1 the state is forced to State 2. Note that in State 1, the oximeter is functioning normally and saturation values are presented to the clinician for each detected and accepted pulse.

If pulses fail to pass the noise qualification tests for five seconds (or other suitable period), the oximeter moves from State 1 to State 0.

In preferred embodiments, various additional tests are conducted on the pulse signal obtained in State 1. For example, the continuous high frequency noise measured in State 1 (State 0) is frequently compared with the State 0 high frequency noise values $HIFREQ_{0,RED}$ and $HIFREQ_{0,IR}$ (Step P) because the noise at $f_{TMUX}$ may suddenly change during normal operation. If so, the state returns to State 0 where a new $f_{TMUX}$ is determined. In addition, the physiological signal is compared with the State 0 low frequency noise values $LOFREQ_{0,RED}$ and $LOFREQ_{0,IR}$ (Step S) to provide an estimate of the relative signal and noise power in the physiological bandpass.

Prior pulse oximeters (such as the Nellcor N-200) use a set of pulse qualification tests to accept or reject detected pulses. The present invention adds four new tests to these prior art qualification tests (as shown in FIG. 4 and lumped into Step H and FIG. 3). In general, these new tests set signal-to-noise thresholds, where the pulse amplitudes are the "signals" and the noise parameters are as defined above. As shown in FIG. 4, the pulse amplitudes 20 are compared with State 0 broadband values 21 and State 1 high frequency values 22 at 25, 29, 23 and 37. Pulse qualification tests 27, 31, 35, and 39 are performed to determine whether the pulse is rejected 40 or accepted 42.

In the preferred embodiment, the noise qualification tests are as follows:

$$\frac{AMPL_{RED}}{BROAD_{0,RED}} \geqq 10$$

$$\frac{AMPL_{IR}}{BROAD_{0,IR}} \geqq 10$$

$$\frac{AMPL_{RED}}{HIFREQ_{1,RED}} \geqq 1.5$$

$$\frac{AMPL_{IR}}{HIFREQ_{1,IR}} \geqq 1.5$$

If any of these criteria are not met, the detected pulse is rejected. In the preferred embodiment, the microprocessor performs these new tests only after the detected pulses have passed the prior art pulse qualification tests. It should be understood, however, that these noise threshold tests may be performed before, during, after or completely independent of any other pulse qualification tests without departing from the spirit of this invention. The oximeter treats a failure of any of these State 1 noise tests the same as failure of any of the standard pulse qualification tests, i.e., by disqualifying the pulse.

In some embodiments, the method also includes steps of displaying blood saturation values calculated from accepted values, maintaining a display of the most recent blood saturation value when a pulse is rejected, and then updating the displayed value whenever an accepted pulse is used to calculate blood saturation.

10

Every 30 seconds, the pulse oximeter enters noise State 2. The purpose of State 2 is to detect new noise sources that may have appeared since the last State 0 noise measurements by turning off the red LED (Step J) and measuring ambient noise in the red channel only (Step K). Since the infrared channel is still operating, the pulse oximeter can maintain its pulse waveform display, heart rate estimates, and audible pulse tone, so long as the infrared pulses meet the qualification criteria. In addition, since State 2 is of relatively short duration, the pulse oximeter may continue to display the last computed oxygen saturation number throughout State 2 even though no new saturations numbers can be computed.

In State 2, the red LED is turned off for approximately 1.4 seconds. Using the State 0 noise computations for the red channel only, the microprocessor computes new noise values: $BROAD_{2,RED}$, $HIFREQ_{2,RED}$ and $LOFREQ_{2,RED}$. The microprocessor then uses these values to estimate new State 0 values (Step L). For the red channel State 0 value estimates, the microprocessor scales the measured values by a ratio of the working (i.e., State 1) gain to the gain value used in State 0. For the infrared channel State 0 value estimates, the microprocessor scales the newly estimated red channel values by the ratio of the infrared to red channel gains. The pulse oximeter then returns to State 1 and uses the newly estimated State 0 values in the pulse qualification tests.

In some preferred embodiments, the signal, noise and ratios are computed for the IR channel as well as the red channel as an additional precaution. However, if the oximeter has insufficient idle time, these values are computed on the red channel only because the noise in the red channel is greater than or equal to the noise in the infrared channel under practical conditions.

Most of the above methods can be implemented by modifying the software controlling existing pulse oximeters such as the N-200 of Nellcor, Incorporated. In alternative embodiments, the active signal sensing monitor (e.g. a pulse oximeter) employs an additional "hardware" channel multiplexed to the monitor signal when no energy sources are on. For typical pulse oximeters, this "dark channel" exist as a third channel in addition to the red and infrared channels. Of course, other instruments such as apnea monitors having only a single signal channel will have now have two channels by the introduction of the dark channel. The dark channel allows continuous monitoring of noise for rapid response to a changing noise environment. Thus, the need to periodically revert to State 0 or State 2 as described above is minimized or eliminated. However, to provide an accurate assessment of noise, the additional channel requires an analog filter chain having the same noise characteristics as the red and IR channels.

Conclusion

As will be understood with those familiar with the art, the present invention may be embodied in other specific forms without departing from the spirit or essential characteristics thereof. For example, the signal-to-noise thresholds used in pulse qualification tests could be varied. In addition, the particular cutoff frequencies for low-pass filters could be adjusted. Accordingly, the disclosure of the preferred embodiment of the invention is intended to be illustrative, but not limiting of the scope of the invention, which will be set forth in the following claims.

5,368,224

**11**

What is claimed is:

1. A method for adapting to noise in a signal obtained with an active signal sensing monitor having a demultiplexer, said demultiplexer selecting between two signals at a demultiplexer frequency, the method comprising:

(a) determining a noise level at a first selected demultiplexer frequency;

(b) determining noise levels at one or more other selected demultiplexer frequencies;

(c) comparing the noise levels of the first and other demultiplexer frequencies;

(d) selecting an optimum demultiplexer frequency having a comparatively low noise level from among the first and one or more other demultiplexer frequencies; and

(e) operating the active signal sensing monitor at said optimum demultiplexer frequency.

2. The method recited in claim 1 wherein the active signal sensing monitor is a pulse oximeter including a sensor having light sources of two different wavelengths and wherein the steps of determining the noise level at demultiplexer frequencies is performed by monitoring a pulse oximeter signal while the light sources are not emitting light.

**12**

3. The method recited in claim 2 wherein the steps of determining the noise level at demultiplexer frequencies are performed by calculating the root-mean-square noise of the pulse oximeter signal while the light sources are not emitting light.

4. The method recited in claim 2 wherein the steps of determining the noise level at demultiplexer frequencies are performed by calculating the root-mean-square noise of the pulse oximeter signal while one light source is emitting light and the other is not emitting light.

5. The method recited in claim 1 further comprising a step of comparing the noise at the selected demultiplexer frequency with a pulse oximeter signal to obtain a signal-to-noise ratio of the pulse oximeter signal.

6. The method recited in claim 5 wherein the monitor is a pulse oximeter that has signals and wherein the oximeter signals having a signal-to-noise ratio above a predetermined threshold are used to calculate blood oxygen saturation and the oximeter signals having a signal-to-noise ratio below the predetermined threshold are not used to calculate blood oxygen saturation.

7. The method of claim 1 wherein the active signal sensing monitor is a tissue impedance monitor.

* * * * *

# Exhibit 6

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

US005419321A

# United States Patent [19]

## Evans

[11] Patent Number: 5,419,321

[45] Date of Patent: May 30, 1995

[54] **NON-INVASIVE MEDICAL SENSOR**

[75] Inventor: **Peter D. Evans,** Cardiff, United Kingdom

[73] Assignee: **Johnson & Johnson Professional Products Limited,** Bracknell, United Kingdom

[21] Appl. No.: **316,065**

[22] Filed: **Sep. 30, 1994**

### Related U.S. Application Data

[63] Continuation of Ser. No. 952,858, Nov. 16, 1992, abandoned.

[30] **Foreign Application Priority Data**

May 17, 1990 [GB] United Kingdom .................. 9011131

[51] Int. Cl.$^6$ ............................................... A61B 5/00
[52] U.S. Cl. ..................................... 128/633; 128/664
[58] Field of Search ........................ 128/633, 664–667; 356/39–41

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,638,640 | 2/1972 | Shaw . |
| 4,223,680 | 9/1980 | Jobsis . |
| 4,281,931 | 8/1981 | Chikama . |
| 4,321,930 | 3/1982 | Jobsis et al. . |
| 4,485,820 | 12/1984 | Flower . |
| 4,570,638 | 2/1986 | Stoddart et al. . |
| 4,765,340 | 8/1988 | Sakai et al. . |
| 4,889,116 | 12/1989 | Taube . |
| 4,914,512 | 4/1990 | Sekiguchi . |
| 5,057,695 | 10/1991 | Hirao et al. . |
| 5,090,415 | 2/1992 | Yamashita et al. ................. 128/665 |
| 5,139,025 | 8/1992 | Lewis et al. . |

5,140,989   8/1992   Lewis et al. .

### FOREIGN PATENT DOCUMENTS

0140633 10/1984 European Pat. Off. .
0290279 5/1988 European Pat. Off. .

### OTHER PUBLICATIONS

"Fiber optic reflectance spectrophotometry system for in vivo tissue diagnosis" Ono, et al, Applied Optics/vol. 30, No. 1/ 1 Jan. 1991.
"System for long–term measurement of cerebral blood and tissue oxygenation on newborn infants by near infra–red transillumination" Cope et al, 2200 Medical & Biological Engineering & Computing 26 (1988) May, No. 3, Stevenage, Herts., Gr. Britain.

*Primary Examiner*—Angela D. Sykes
*Attorney, Agent, or Firm*—Bliss McGlynn

[57] **ABSTRACT**

Apparatus 1 for non-invasive quantitative measurement of a substance in living tissue, the apparatus comprising an electromagnetic radiation emitter 5 to contact a patient's skin, tissue or organ 6, first radiation detector 3 spaced from the radiation emitter 5, and which is also to contact the skin, tissue or organ 6, and second radiation detector 2 which is spaced from the radiation emitter 5 by a distance greater than the spacing between the first radiation detector 3 and the radiation emitter 5, and is to contact the skin, tissue or organ 6. Electrical output signals are produced dependent on the intensity of the radiation detected by the radiation detectors and processed to obtain a value for the concentration of the substance in living tissue.

**15 Claims, 2 Drawing Sheets**



**U.S. Patent**     May 30, 1995     Sheet 1 of 2     5,419,321

FIG 1





FIG 2



FIG 3

5,419,321

**1**

# NON-INVASIVE MEDICAL SENSOR

This is a continuation of U.S. patent application Ser. No. 07/952,858, filed Nov. 16, 1992, now abandoned.

## BACKGROUND OF THE INVENTION

This invention relates to apparatus for the non-invasive quantitative measurement of a substance in a human or animal body, and in particular to apparatus for such measurement utilising electromagnetic radiation.

Whilst apparatus according to the invention may be used in the quantitative measurement of a number of substances in the body it will primarily be described, by way of example, for use in determining a quantitative value for tissue oxygenation.

Adequate oxygenation of tissues of patients in the intensive care unit (ICU) is a fundamental requirement, yet at present there is no routine method of non-invasively monitoring intracellular oxygen in intact tissues. Few technologies exist which have the capability to do this. Non-invasive techniques capable of monitoring oxidative metabolism include Magnetic Resonance Spectroscopy ($^{31}P$ MRS); Positron emission tomography (PET); NADH fluorimetry; Somatosensory evoked potentials (CNS only); optical monitoring, e.g. visible spectroscopy, Near Infra Red (NIR) multi-wavelength spectroscopy.

Primary objectives in both adult and neonatal intensive care include prevention of brain injury and maintenance of normal neurological function. Most current monitoring techniques in both of these areas determine oxygenation at sites distant from the brain and do not directly measure either cerebral oxygen delivery or oxygen utilisation of the brain.

There is, therefore, a real need for a reliable, safe and continuous method of monitoring the oxygen available at the cellular level for respiration in the brain (and other organs) during critical care situations.

Hypoxia (or hypoxaemia), which is the absence of sufficient oxygen in tissues and blood, is the major cause of anaesthetic-related deaths and is also symptomatic of a number of naturally occurring and technically induced health problems and disorders. Damage resulting from a hypoxic state can occur in a matter of seconds and is often irreversible. Intracellular hypoxia causes diverse physiological responses that depend on the sensitivity of different organ systems to oxygen deprivation.

In normal tissues the continuous delivery of oxygen closely matches the oxidative metabolic requirements of the tissue. These requirements are determined locally and met primarily by regional increases in blood flow and oxygen extraction. Thus, when functional activity is high, oxygen delivery and extraction increase to keep pace with metabolic demand. Similar responses occur in hypoxia when tissues maintain oxygen uptake by maximising blood flow and oxygen extraction.

At present, systemic measurement of oxygen delivery and uptake are used to draw inferences about the availability of oxygen for intracellular processes. These systemic parameters can be helpful when the total supply of oxygen for the body becomes limited; however, they are unsuitable when various tissues respond and adapt differently to changes in regional oxygenation and metabolism.

Thus, any instrument capable of providing continuous, real time, quantitative information on cerebral oxi-

**2**

dative metabolism and haemoglobin oxygenation would have significant advantages over current monitoring capabilities.

Living organisms require a continual import of free energy for three major purposes; the performance of mechanical work in muscle contraction and other cellular movements, the active transport of molecules and ions, and the synthesis of macro-molecules and other biomolecules from simple precursors.

Essentially all of the energy needed for cellular metabolism is provided by glucose. Each molecule of glucose provides the energy to form many molecules of ATP (adenosine triphosphate). This occurs by means of a series of electron transfer reactions in which the hydrogen atoms from the glucose are catalytically combined with the oxygen present in cells, to form water. This process occurs in the mitochondria with the flavoprotein-cytochrome chain of enzymes responsible for the transfer of electrons to oxygen. Each enzyme in the chain is reduced and then re-oxidized as the electron is passed down the line. The enzyme complex, cytochrome c oxidase (abbreviated cyt $aa_3$) is the terminal member of the mitochondrial respiratory chain and catalyses approximately 95% of all oxygen utilisation in the human body. In the parallel process of oxidative phosphorylation, free energy is conserved in the form of high energy phosphate bonds and stored primarily as ATP and creatinine phosphate. The mechanism is chemiosmotic and involves the transfer of protons across an insulating membrane (the inner membrane that forms the cristae of the mitochondria) the transfer being driven by oxidation in the respiratory chain. (Oxidation is the combination of substance with oxygen, or loss of hydrogen, or loss of electrons; the corresponding reverse processes are called reduction.) Cyt $aa_3$ is, therefore, central to cell metabolism. Cyt $aa_3$ is present in measurable quantities in the cerebral cortex and other tissue.

When oxygen is unavailable to cyt $aa_3$ the enzyme is reduced, the rate of electron transport slows, and oxidative phosphorylation decreases. Therefore, the redox state of cyt $aa_3$ is an important indicator of energy provision during pathologic states characterised by disordered oxygen delivery and utilisation. Thus, an ability to continuously measure and monitor the redox state of this oxygen-utilising enzyme in vivo would provide decisive information on the parameter of oxygen sufficiency in tissue(s) or organ(s) in question.

As is well known, radiation in the near infra-red region, having wavelengths in the range 700–1300 nm, can penetrate soft tissue and bone surrounding a living organ, and the emerging light can be related to oxidative metabolism. In addition, and of significant importance, it is further known that cyt $aa_3$ in living body tissue exhibits an oxygen-dependent absorption band in the 700 to 1300 nm wavelength range.

When this key enzyme in oxidative reactions is in the presence of sufficient oxygen, a weak absorption band exists in the 780 to 870 nm region with a maximum at a wavelength of about 820 nm to 840 nm. The absence of oxygen results in a complete reduction of the enzyme and the disappearance of the absorption band.

British Patent Specification 2075668 discloses apparatus for providing information regarding the oxygenation of specific tissue or organs (e.g. the brain), by monitoring the absorption by cyt $aa_3$, of NIR radiation having wavelengths in the abovementioned region.

5,419,321

3

Haemoglobin also absorbs light in the near infra-red region of the spectrum. In addition, haemoglobin absorbs differently depending on whether it is present in its oxygenated form (HbO$_2$) or reduced form (Hb). Thus the optical signals are affected by the amounts of arterial and venous blood in the field of observation. To obtain the cyt aa$_3$ signal it is therefore necessary to determine, and remove, the Hb and HbO$_2$ contributions to light absorption in the NIR, and eliminate their interference with the cyt aa$_3$ signal. To do this multiple monochromatic light sources are required. Such light sources, together with suitable algorithms, enable simultaneous equations to be constructed and solved for the three unknowns (Hb, HbO$_2$, cyt aa$_3$) giving qualitative information about these compounds.

Since three overlapping absorption spectra must be de-convoluted, absorption data are needed for a minimum of three NIR wavelengths to measure contributions by the three molecular species of interest. (Four wavelength algorithms provide more accurate descriptions of NIR absorption and scattering by tissues).

Such apparatus is useful as a trend monitor but quantitative results are unattainable since calibration of the apparatus is not possible for the following reasons:

a) Material such as skin or bone through which the radiation is passing will reduce the radiation intensity both before and after passing through the particular tissue of interest; this will vary from patient to patient.

b) The efficiency with which the incident radiation is guided into the body is unknown and variable, as is the efficiency with which the radiation is transferred from the body to the detector.

c) The path length of the radiation within the tissue under test cannot be accurately determined and can only be estimated by photon time of flight measurements.

As is well known in the art, the path length is critical to the intensity of radiation detected by the detector. This relationship is given by the Beer-Lambert Law.

$$\ln(I_o/I) = d \times E \times c$$

where $\ln = 2.303 \log_{10}$ $I_o$ = Intensity of source radiation impinging on the sample I = Intensity of radiation transmitted through the sample E = Absorption (extinction) coefficient of the solute species at the wavelength of the source radiation impinged on the sample d = Optical distance or path length (travel path length of radiation transmitted through sample) c = Concentration of substance being measured.

These uncertainties and variables mean that the use of apparatus of the type described above is not a quantitative technique, that is it cannot be applied from patient to patient without calibrating the instrument for each individual patient.

## SUMMARY OF THE INVENTION

According to the invention, there is provided apparatus for non-invasive quantitative measurement of a substance in living tissue, which apparatus comprises:

a) emitter means capable of emitting electromagnetic radiation, said emitter means being arrangeable in use in contact with the skin, tissue or organ of a patient,

b) first radiation detection means spaced from said emitter means, and arrangeable in use in contact with the skin, tissue or organ of said patient,

4

c) means for producing a first electrical output signal dependent on the intensity of the radiation detected by said first radiation detection means,

d) second radiation detection means spaced from said emitter means by a distance greater than said spacing between said first radiation detection means and said emitter means, and arrangeable in use in contact with the skin, tissue or organ of said patient,

e) means for producing a second electrical output signal dependent on the intensity of the radiation detected by said second radiation detection means, and

f) means for processing said first and second output signals such that a quantified index of said substance in the body is obtainable.

Advantageously, the apparatus is adapted for continuous and/or discontinuous measurement of said substance such that discrete or continuous measurements can be made.

It is preferred that the emitter means is capable of emitting electromagnetic radiation of a wavelength which the substance under investigation in the body is known to absorb. In one embodiment where the substance under investigation is cyt aa$_3$ and/or Hb, and or HbO$_2$, (the concentrations of which are dependent on tissue oxidative metabolism), it is preferred that the emitter means is capable of emitting electromagnetic radiation of a wavelength between 350 and 1600 nm, and more preferably in the range 700 to 1300 nm.

Advantageously, the emitter means comprises a plurality of independently actuatable sub-emitters. Preferably, at least three sub-emitters are provided, each being advantageously arranged to emit radiation of a discrete wavelength. In a preferred embodiment four sub-emitters are utilised. The radiation sources for the sub-emitters may, for example, be as described in the above-mentioned British Specification 2075668.

It is preferred that at least one of the first and second detection means, more preferably both, are at least part annular detectors. It is particularly preferred that the first and second detection means should be annular detectors arranged concentrically encircling the emitter means.

The radiation detection means and the means for producing the output signal may be combined, for example, as in a photodiode. Alternatively, the means for producing the electrical signal, for example, a photomultiplier, may be remote from the detection means and connected thereto by a light guide such as an internally reflecting waveguide or the like.

In apparatus according to the invention, at least the emitter means and first and second radiation detector means are preferably provided in a single housing unit, for ease and convenience of use.

Preferably, the means for processing the first and second output signals include signal conditioning and amplification means. Advantageously, the apparatus may incorporate means for administering oxygen to the patient, which means is advantageously operable when the processed value for the concentration of the substance (e.g. cyt aa$_3$) obtained falls below a predetermined minimum value.

It is preferred that means is provided for attachment of the apparatus to the skin, tissue or organ of the patient.

Whilst the apparatus according to the invention has been described in relation to determining the concentration of substances in the body which are related to oxidative metabolism, it will be appreciated that this

5,419,321

| 5 | 6 |

form of apparatus may be used for determining the concentration of a wide range of substances in the body by the use of suitable wavelength electromagnetic radiation sources.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention will now be further described, by way of example only, with reference to the accompanying drawings, in which:

FIG. 1 is a schematic plan view of apparatus according to the invention;

FIG. 2 is a cross-section through the apparatus of FIG. 1 in use; and

FIG. 3 is a block diagram of a control system used with apparatus according to the invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENT(S)

Referring to FIGS. 1 and 2, a sensor, generally designated 1, consists of a central emitter core 5 carrying light from four sub-emitter laser-diodes each capable of emitting infra-red radiation at a discrete wavelength within the range 700-1300 nm. Arranged concentrically around the core 5 is a primary inner annular photodetector ring 3, and spaced therefrom a secondary outer annular photodetector ring 2. Referring to FIG. 2, the photodetector rings 2, 3 are coupled to respective photomultipliers (not shown), which are in turn connected to respective channels 7, 8 of suitable electronic amplification and signal processing circuitry. The output signals from the photodetector rings 2, 3 are then passed via signal steering circuitry 9 and analogue to digital convertor 12 to a microprocessor control unit 13 programmed to calculate set algorithms dependent on the ratio of the two output signals enabling a value for the relationship between oxygen availability and oxygen consumption at the cellular level to be obtained, which is then recorded or displayed on a VDU and chart recorder 10 and 11. Data can also be stored on computer 16.

FIG. 3 also shows how the laser power supply drive and firing circuitry, 14 and respective signal processing channels 7, 8 are both controlled by a timing sequence controller 15 connected to the microprocessor control unit 13.

The calibration of the apparatus enables a value for the relationship between oxygen availability and oxygen consumption at the cellular level to be found.

The use of a two detector system enables a reproducible relationship to be established between the path length of the two optical paths used. This relationship will apply from patient to patient, and in this way the Beer-Lambert law can be applied to quantify the substance (in this case e.g. cyt aa3) in the volume of tissue 17 under investigation beneath the sensor.

The assumption is made here that the coupling efficiencies between the body and the two detectors are equivalent and also that the signal attenuation caused by the radiation passing through the regions contiguous with each detector will be equivalent for each detector.

This means that the signal attenuation measured between photodetectors 3 and 2 should be due to absorption occurring in the predicted measurement region.

Referring to FIG. 2 in particular, in use the sensor is placed on the tissue surface 6 (e.g. the head) with the annular photodetector rings 2, 3 and emitter core 5 in contact therewith, the radiation (in this case near infra-red radiation) enters the tissue and scatters (see arbi-

trary scattering points 18a, 18b) to follow multiple paths around inside the tissue before being detected by the annular photodetector rings 2, 3. The signal generated at the photodetector rings is then amplified and processed as described above.

The apparatus according to the invention provides further advantages in the following areas:

1. The arrangement of the photodetectors 2, 3 concentrically around the emitter core 5 allows very large area detectors, while still maintaining constant light path lengths to all parts of each detector. This increases the measured signal strength, without compromising path length considerations, and averages out local irregularities in skin pigmentation (e.g. freckles).

2. Due to its unitary construction, positioning of the sensor requires less skill, and has less effect on the results obtained that in the case of the separate emitter-detector arrangement.

3. The reduced sensitivity to the positioning of the sensor should mean that the sensor is less prone to motion artefact, a factor of great importance in any optical system.

I claim:

1. Apparatus for non-invasive monitoring of a substance in living tissue, which apparatus comprises:

   a) emitter means capable of emitting electromagnetic radiation, said emitter means being arrangeable in use in contact with the skin, tissue or an organ of a patient;

   b) first radiation detection means arrangeable in use in contact with the skin, tissue or organ of said patient, said first radiation detection means being spaced from said emitter means to detect radiation which has been scattered and attenuated by the skin, tissue or organ of said patient;

   c) means for producing a first electrical output signal dependent on the intensity of the radiation detected by said first radiation detection means;

   d) second radiation detection means arrangeable in use in contact with the skin, tissue or organ of said patient, said second radiation detection means being spaced farther away from said emitter means than said first radiation detection means and be in a ranged to detect radiation which has been scattered and attenuated by the skin, tissue or organ of said patient;

   e) means for producing a second electrical output signal dependent on the intensity of the radiation detected by said second radiation detection means; and

   f) processor means providing a quantitative measure of said substance in said living tissue, said quantitative measure being dependent on the ratio of said first and second output signals.

2. A method for the non-invasive measurement of a substance in living tissue comprising:

   contacting a patient with said emitter means and said first and second radiation detection means of said apparatus of claim 1;

   emitting electromagnetic radiation through said emitter means into said patient;

   detecting electromagnetic radiation which has been scattered and attenuated by said patient with said first and second radiation detection means; and

   producing a quantitative measure of said substance in said living tissue by determining the ratio of the intensities of said electromagnetic radiation de-

5,419,321

7                                                        8

tected by said first and second radiation detection means.

3. The apparatus of claim 1, wherein said first and second radiation detection means are annular and concentrically arranged around said emitter means.

4. The apparatus of claim 1, wherein said emitter means is capable of emitting electromagnetic radiation of a characteristic absorbtion wavelength for said substance.

5. The apparatus of claim 4, wherein said emitter means is capable of emitting electromagnetic radiation of a wavelength between 700 and 1300 nm.

6. The apparatus of claim 1, wherein said emitter means comprises a plurality of independently actuatable subemitters.

7. The apparatus of claim 6, wherein each of said subemitters is arranged to emit radiation of a discrete wavelength.

8. The apparatus of claim 6, wherein there are four said sub-emitters.

9. The apparatus of claim 1, wherein said first detection means and said means for producing said first output signal are combined and said second detection means and said means for producing said second output signal are combined.

10. The apparatus of claim 1, wherein said emitter means and said first and second radiation detection means are provided in a unitary housing.

11. The apparatus of claim 1, including means for administering oxygen to the patient.

12. The apparatus of claim 1, including means for attachment of the apparatus to the skin of the patient.

13. Apparatus for non-invasive monitoring of a substance in living tissue, which apparatus comprises:

a) emitter means capable of emitting electromagnetic radiation, said emitter means being arrangeable in use in contact with the skin, tissue or organ of a patient;

b) first radiation detection means arrangeable in use in contact with the skin, tissue or organ of said patient, said first radiation detection means being spaced by a first distance from said emitter means to detect radiation which has been scattered and passed through the patient;

c) means for producing a first electrical output signal dependent on the intensity of the radiation detected by said first radiation detection means;

d) second radiation detection means arrangeable in use in contact with the skin, tissue or organ of said patient, said second radiation detection means

being spaced by a second distance from said emitter means and by a third distance from said first radiation detection means to detect radiation which has been scattered and passed through the patient, wherein said first distance is at least as great as said third distance;

e) means for producing a second electrical output signal dependent on the intensity of the radiation detected by said second radiation detection means; and

f) processor means arranged to provide a quantitative measure of said substance in said living tissue, said quantitative measure being dependent on said first and second output signals.

14. Apparatus according to claim 13, wherein said processor means provides a quantitative measurement of said substance in said living tissue dependent on the ratio of said first and second output signals.

15. Apparatus for non-invasive monitoring of a substance in living tissue comprising:

a) emitter means capable of emitting electromagnetic radiation, said emitter means being arrangeable in use in contact with the skin, tissue or organ of a patient;

b) first annular radiation detector means extending around and spaced from said emitter means, and arrangeable in use in contact with the skin, tissue or organ of said patient;

c) means for producing a first electrical output signal dependent on the intensity of the radiation detected by said first radiation detector means;

d) second annular radiation detector means arranged concentrically with said first annular radiation detector means, said second annular radiation detector means extending around said emitter means and being spaced from said emitter means by a distance greater than said spacing between said first radiation detector means and said emitter means, said second radiation detector means being arrangeable in use in contact with the skin, tissue or organ of said patient;

e) means for producing a second electrical output signal dependent on the intensity of the radiation detected by said second radiation detector means; and

f) signal processor means providing a quantitative measurement of said substance in said living tissue dependent on the ratio of said first and second output signals.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   :  5,419,321

DATED        :  May 30, 1995

INVENTOR(S) :  Peter D. Evans

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Column 6, lines 44 and 45, claim 1, "be in a ranged" should be --being arranged--.

Signed and Sealed this

Twenty-third Day of January, 1996

Attest:

**BRUCE LEHMAN**

*Attesting Officer*            *Commissioner of Patents and Trademarks*

# Exhibit 7

to the Declaration of Michael J.R. Polson,
Ph.D. in Support of Apple Inc.'s Motion to
Compel Plaintiffs to Comply with
Section 2019.210

US005632272A

# United States Patent [19]

## Diab et al.

[11]  **Patent Number:**     **5,632,272**

[45]  **Date of Patent:**     **May 27, 1997**

[54] **SIGNAL PROCESSING APPARATUS**

[75] Inventors: **Mohamed K. Diab; Esmaiel Kiani-Azarbayjany; Ibrahim M. Elfadel**, all of Laguna Niguel; **Rex J. McCarthy**, Mission Viejo; **Walter M. Weber**, Los Angeles; **Robert A. Smith**, Corona, all of Calif.

[73] Assignee: **Masimo Corporation**, Mission Viejo, Calif.

[21] Appl. No.: **320,154**

[22] Filed:     **Oct. 7, 1994**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 132,812, Oct. 6, 1993, Pat. No. 5,490,505, and a continuation-in-part of Ser. No. 249,690, May 26, 1994, Pat. No. 5,482,036, which is a continuation of Ser. No. 666,060, Mar. 7, 1991, abandoned.

[51] **Int. Cl.⁶** ........................................ A61B 5/00
[52] **U.S. Cl.** ............................................ 128/633; 128/666
[58] **Field of Search** ........................... 128/633–634, 128/664–667, 672, 687–688, 716; 356/39–41

[56]            **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,647,299 | 3/1972 | Lavallee . |
| 3,704,706 | 12/1972 | Herczfeld et al. . |
| 4,063,551 | 12/1977 | Sweeney . |
| 4,086,915 | 5/1978 | Kofsky et al. . |
| 4,095,117 | 6/1978 | Nagy . |
| 4,407,290 | 10/1983 | Wilber . |
| 4,537,200 | 8/1985 | Widrow . |
| 4,649,505 | 3/1987 | Zinser, Jr. et al. . |
| 4,773,422 | 9/1988 | Isaacson et al. . |
| 4,799,493 | 1/1989 | DeFault . |
| 4,800,495 | 1/1989 | Smith . |
| 4,824,242 | 4/1989 | Frick et al. . |
| 4,848,901 | 7/1989 | Hood, Jr. . |
| 4,860,759 | 8/1989 | Kahn et al. . |
| 4,863,265 | 9/1989 | Flower et al. . |
| 4,867,571 | 9/1989 | Frick et al. . |
| 4,869,253 | 9/1989 | Craig, Jr. et al. . |
| 4,869,254 | 9/1989 | Stone et al. . |
| 4,883,353 | 11/1989 | Hausman . |
| 4,892,101 | 1/1990 | Cheung et al. . |
| 4,907,594 | 3/1990 | Muz . |
| 4,911,167 | 3/1990 | Corenman et al. . |
| 4,927,264 | 5/1990 | Shiga et al. . |
| 4,928,692 | 5/1990 | Goodman et al. . |
| 4,948,248 | 8/1990 | Lehman . |
| 4,955,379 | 9/1990 | Hall . |
| 4,956,867 | 9/1990 | Zurek et al. . |
| 5,057,695 | 10/1991 | Hirao et al. . |
| 5,273,036 | 12/1993 | Kronberg et al. . |
| 5,458,128 | 10/1995 | Polanyi et al. ....................... 128/633 X |

### OTHER PUBLICATIONS

Rabiner, Lawrence et al. *Theory and Application of Digital Signal Processing*, p. 260, 1975.

Tremper, Kevin et al., *Advances in Oxygen Monitoring*, pp. 137–153, 1987.

Harris, Fred et al., "Digital Signal Processing with Efficient Polyphase Recursive All–Pass Filters", Presented at International Conference on Signal Processing, Florence, Italy, Sep. 4–6, 1991, 6 pages.

(List continued on next page.)

*Primary Examiner*—Angela D. Sykes
*Attorney, Agent, or Firm*—Knobbe, Martens, Olson & Bear, LLP.

[57]            **ABSTRACT**

The present invention involves method and apparatus for analyzing two measured signals that are modeled as containing primary and secondary portions. Coefficients relate the two signals according to a model defined in accordance with the present invention. In one embodiment, the present invention involves utilizing a transformation which evaluates a plurality of possible signal coefficients in order to find appropriate coefficients. Alternatively, the present invention involves using statistical functions or Fourier transform and windowing techniques to determine the coefficients relating to two measured signals. Use of this invention is described in particular detail with respect to blood oximetry measurements.

**23 Claims, 37 Drawing Sheets**



5,632,272
Page 2

OTHER PUBLICATIONS

Haykin, Simon, *Adaptive Filter Theory*, Prentice Hall, Englewood Cliffs, NJ, 1985.

Widrow, Bernard, *Adaptive Signal Processing*, Prentice Hall, Englewood Cliffs, NJ 1985.

Brown, David P., "Evaluation of Pulse Oximeters using Theoretical Models and Experimental Studies", Master's thesis, University of Washington, Nov. 25, 1987, pp. 1–142.

Cohen, Arnon, "Volume I Time and Frequency Domains Analysis", *Biomedical Signal Processing*, CRC Press, Inc., jBoca Raton, Florida, pp. 152–159.

Severinghaus, J.W., "Pulse Oximetry Uses and Limitations", pp. 1–4, ASA Convention, New Orleans, 1989.

Mook, G.A., et al., "Spectrophotometirc determination of Oxygen saturation of blood independent of the presence of indocyanine green", *Cardiovascular Research*, vol. 13, pp. 233–237, 1979.

Neuman, Michael R., "Pulse Oximetry: Physical Principles, Technical Realization and Present Limitations", *Continuous Transcutaneous Monitoring*, Plenum Press, New York, 1987, pp. 135–144.

Mook, G.A., et al., "Wavelength dependency of the spectrophotometric determination of blood oxygen saturation", *Clinical Chemistry Acta*, vol. 26, pp. 170–173, 1969.

Klimasauskas, Casey, "Neural Nets and Noise Filtering", *Dr. Dobb's Journal*, Jan. 1989, p. 32.

Melnikof, S. "Neural Networks for Signal Processing: A Case Study", *Dr. Dobbs Journal*, Jan. 1989. pp. 36–37.



FIG. 1



FIG. 2



FIG. 3



$$S_{\lambda b} = s_{\lambda b} + n_{\lambda b}$$

$$S_{\lambda a} = s_{\lambda a} + n_{\lambda a}$$

$$n'(t) = n_{\lambda a}(t) - r_a n_{\lambda b}(t)$$

*FIG. 4a*



FIG. 4b



FIG. 5a



FIG. 5b



FIG.5c



FIG. 6a

FIG. 6b

FIG. 6c



*FIG. 7a*



FIG. 7b



FIG. 7c



FIG. 8



FIG. 8a



FIG.9



FIG.9a



*FIG. 10*



FIG. 10a



FIG. 11

FIG. 11A



FIG. 12



FIG. 13



FIG. 14

**U.S. Patent**　　May 27, 1997　　Sheet 21 of 37　　**5,632,272**



FIG. 15



FIG. 16



*FIG. 17*



FIG. 18



FIG. 19



FIG. 20



*FIG. 21*



*FIG. 21a*

U.S. Patent          May 27, 1997          Sheet 29 of 37          5,632,272



FIG. 22



*FIG. 23*



FIG. 24



*FIG. 25A*



*FIG. 25B*



FIG. 25C



*FIG.26*



*FIG.27*



*FIG.28*



FIG. 29



FIG. 30



*FIG. 31*

5,632,272

1

## SIGNAL PROCESSING APPARATUS

Reference to Prior Related Application

This is a continuation-in-part application of U.S. patent application Ser. No. 08/132,812 filed Oct. 6, 1993, and entitled "Signal Processing Apparatus" now U.S. Pat. No. 5,490,505 and a continuation-in-part application of U.S. patent application Ser. No. 08/249,690 filed May 26, 1994 entitled "Signal Processing Apparatus and Method", now U. S. Pat. No. 5,482,036 which is a continuation of U.S. patent application Ser. No. 07/666,060 filed Mar. 7, 1991, now abandoned.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to the field of signal processing. More specifically, the present invention relates to the processing of measured signals, containing a primary signal portion and a secondary signal portion, for the removal or derivation of either the primary or secondary signal portion when little is known about either of these components. More particularly, the present invention relates to modeling the measured signals in a novel way which facilitates minimizing the correlation between the primary signal portion and the secondary signal portion in order to produce a primary and/or secondary signal. The present invention is especially useful for physiological monitoring systems including blood oxygen saturation systems.

2. Description of the Related Art

Signal processors are typically employed to remove or derive either the primary or secondary signal portion from a composite measured signal including a primary signal portion and a secondary signal portion. For example, a composite signal may contain noise and desirable portions. If the secondary signal portion occupies a different frequency spectrum than the primary signal portion, then conventional filtering techniques such as low pass, band pass, and high pass filtering are available to remove or derive either the primary or the secondary signal portion from the total signal. Fixed single or multiple notch filters could also be employed if the primary and/or secondary signal portion(s) exist at a fixed frequency(s).

It is often the case that an overlap in frequency spectrum between the primary and secondary signal portions exists. Complicating matters further, the statistical properties of one or both of the primary and secondary signal portions change with time. In such cases, conventional filtering techniques are ineffective in extracting either the primary or secondary signal. If, however, a description of either the primary or secondary signal portion can be derived, correlation canceling, such as adaptive noise canceling, can be employed to remove either the primary or secondary signal portion of the signal isolating the other portion. In other words, given sufficient information about one of the signal portions, that signal portion can be extracted.

Conventional correlation cancelers, such as adaptive noise cancelers, dynamically change their transfer function to adapt to and remove portions of a composite signal. However, correlation cancelers require either a secondary reference or a primary reference which correlates to either the secondary signal portion only or the primary signal portion only. For instance, for a measured signal containing noise and desirable signal, the noise can be removed with a correlation canceler if a noise reference is available. This is often the case. Although the amplitude of the reference signals are not necessarily the same as the amplitude of the

2

corresponding primary or secondary signal portions, they have a frequency spectrum which is similar to that of the primary or secondary signal portions.

In many cases, nothing or very little is known about the secondary and/or primary signal portions. One area where measured signals comprising a primary signal portion and a secondary signal portion about which no information can easily be determined is physiological monitoring. Physiological monitoring generally involves measured signals derived from a physiological system, such as the human body. Measurements which are typically taken with physiological monitoring systems include electrocardiographs, blood pressure, blood gas saturation (such as oxygen saturation), capnographs, other blood constituent monitoring, heart rate, respiration rate, electroencephalograph (EEG) and depth of anesthesia, for example. Other types of measurements include those which measure the pressure and quantity of a substance within the body such as cardiac output, venous oxygen saturation, arterial oxygen saturation, bilirubin, total hemoglobin, breathalyzer testing, drug testing, cholesterol testing, glucose testing, extra vasation, and carbon dioxide testing, protein testing, carbon monoxide testing, and other in-vivo measurements, for example. Complications arising in these measurements are often due to motion of the patient, both external and internal (muscle movement, vessel movement, and probe movement, for example), during the measurement process.

Many types of physiological measurements can be made by using the known properties of energy attenuation as a selected form of energy passes through a medium.

A blood gas monitor is one example of a physiological monitoring system which is based upon the measurement of energy attenuated by biological tissues or substances. Blood gas monitors transmit light into the test medium and measure the attenuation of the light as a function of time. The output signal of a blood gas monitor which is sensitive to the arterial blood flow contains a component which is a waveform representative of the patient's arterial pulse. This type of signal, which contains a component related to the patient's pulse, is called a plethysmographic wave, and is shown in FIG. 1 as curve s. Plethysmographic waveforms are used in blood gas saturation measurements. As the heart beats, the amount of blood in the arteries increases and decreases, causing increases and decreases in energy attenuation, illustrated by the cyclic wave s in FIG. 1.

Typically, a digit such as a finger, an ear lobe, or other portion of the body where blood flows close to the skin, is employed as the medium through which light energy is transmitted for blood gas attenuation measurements. The finger comprises skin, fat, bone, muscle, etc., shown schematically in FIG. 2, each of which attenuates energy incident on the finger in a generally predictable and constant manner. However, when fleshy portions of the finger are compressed erratically, for example by motion of the finger, energy attenuation becomes erratic.

An example of a more realistic measured waveform S is shown in FIG. 3, illustrating the effect of motion. The primary plethysmographic waveform portion of the signal s is the waveform representative of the pulse, corresponding to the sawtooth-like pattern wave in FIG. 1. The large, secondary motion-induced excursions in signal amplitude obscure the primary plethysmographic signal s. Even small variations in amplitude make it difficult to distinguish the primary signal component s in the presence of a secondary signal component n.

A pulse oximeter is a type of blood gas monitor which non-invasively measures the arterial saturation of oxygen in

5,632,272

3

the blood. The pumping of the heart forces freshly oxygen-
ated blood into the arteries causing greater energy attenua-
tion. As well understood in the art, the arterial saturation of
oxygenated blood may be determined from the depth of the
valleys relative to the peaks of two plethysmographic wave-
forms measured at separate wavelengths. Patient movement
introduces motion artifacts to the composite signal as illus-
trated in the plethysmographic waveform illustrated in FIG.
3. These motion artifacts distort the measured signal.

SUMMARY OF THE INVENTION

This invention provides improvements upon the methods
and apparatus disclosed in U.S. patent application Ser. No.
08/132,812, filed Oct. 6, 1993, entitled Signal Processing
Apparatus, which earlier application has been assigned to
the assignee of the instant application. The present invention
involves several different embodiments using the novel
signal model in accordance with the present invention to
isolate either a primary signal portion or a secondary signal
portion of a composite measured signal. In one embodiment,
a signal processor acquires a first measured signal and a
second measured signal that is correlated to the first mea-
sured signal. The first signal comprises a first primary signal
portion and a first secondary signal portion. The second
signal comprises a second primary signal portion and a
second secondary signal portion. The signals may be
acquired by propagating energy through a medium and
measuring an attenuated signal after transmission or reflec-
tion. Alternatively, the signals may be acquired by measur-
ing energy generated by the medium.

In one embodiment, the first and second measured signals
are processed to generate a secondary reference which does
not contain the primary signal portions from either of the
first or second measured signals. This secondary reference is
correlated to the secondary signal portion of each of the first
and second measured signals. The secondary reference is
used to remove the secondary portion of each of the first and
second measured signals via a correlation canceler, such as
an adaptive noise canceler. The correlation canceler is a
device which takes a first and second input and removes
from the first input all signal components which are corre-
lated to the second input. Any unit which performs or nearly
performs this function is herein considered to be a correla-
tion canceler.

An adaptive correlation canceler can be described by
analogy to a dynamic multiple notch filter which dynami-
cally changes its transfer function in response to a reference
signal and the measured signals to remove frequencies from
the measured signals that are also present in the reference
signal. Thus, a typical adaptive correlation canceler receives
the signal from which it is desired to remove a component
and receives a reference signal of the undesired portion. The
output of the correlation canceler is a good approximation to
the desired signal with the undesired component removed.

Alternatively, the first and second measured signals may
be processed to generate a primary reference which does not
contain the secondary signal portions from either of the first
or second measured signals. The primary reference may then
be used to remove the primary portion of each of the first and
second measured signals via a correlation canceler. The
output of the correlation canceler is a good approximation to
the secondary signal with the primary signal removed and
may be used for subsequent processing in the same instru-
ment or an auxiliary instrument. In this capacity, the
approximation to the secondary signal may be used as a
reference signal for input to a second correlation canceler

4

together with either the first or second measured signals for
computation of, respectively, either the first or second pri-
mary signal portions.

Physiological monitors can benefit from signal processors
of the present invention. Often in physiological measure-
ments a first signal comprising a first primary portion and a
first secondary portion and a second signal comprising a
second primary portion and a second secondary portion are
acquired. The signals may be acquired by propagating
energy through a patient's body (or a material which is
derived from the body, such as breath, blood, or tissue, for
example) or inside a vessel and measuring an attenuated
signal after transmission or reflection. Alternatively, the
signal may be acquired by measuring energy generated by a
patient's body, such as in electrocardiography. The signals
are processed via the signal processor of the present inven-
tion to acquire either a secondary reference or a primary
reference which is input to a correlation canceler, such as an
adaptive noise canceler.

One physiological monitoring apparatus which benefits
from the present invention is a monitoring system which
determines a signal which is representative of the arterial
pulse, called a plethysmographic wave. This signal can be
used in blood pressure calculations, blood constituent
measurements, etc. A specific example of such a use is in
pulse oximetry. Pulse oximetry involves determining the
saturation of oxygen in the blood. In this configuration, the
primary portion of the signal is the arterial blood contribu-
tion to attenuation of energy as it passes through a portion
of the body where blood flows close to the skin. The
pumping of the heart causes blood flow to increase and
decrease in the arteries in a periodic fashion, causing peri-
odic attenuation wherein the periodic waveform is the
plethysmographic waveform representative of the arterial
pulse. The secondary portion is noise. In accordance with the
present invention, the measured signals are modeled such
that this secondary portion of the signal is related to the
venous blood contribution to attenuation of energy as it
passes through the body. The secondary portion also
includes artifacts due to patient movement which causes the
venous blood to flow in an unpredictable manner, causing
unpredictable attenuation and corrupting the otherwise peri-
odic plethysmographic waveform. Respiration also causes
the secondary or noise portion to vary, although typically at
a lower frequency than the patients pulse rate. Accordingly,
the measured signal which forms a plethysmographic wave-
form is modeled in accordance with the present invention
such that the primary portion of the signal is representative
of arterial blood contribution to attenuation and the second-
ary portion is due to several other parameters.

A physiological monitor particularly adapted to pulse
oximetry oxygen saturation measurement comprises two
light emitting diodes (LED's) which emit light at different
wavelengths to produce first and second signals. A detector
registers the attenuation of the two different energy signals
after each passes through an absorptive media, for example
a digit such as a finger, or an earlobe. The attenuated signals
generally comprise both primary (arterial attenuator) and
secondary (noise) signal portions. A static filtering system,
such as a bandpass filter, removes a portion of the secondary
signal which is outside of a known bandwidth of interest,
leaving an erratic or random secondary signal portion, often
caused by motion and often difficult to remove, along with
the primary signal portion.

A processor in accordance with one embodiment of the
present invention removes the primary signal portions from
the measured signals yielding a secondary reference which

5,632,272

5

is a combination of the remaining secondary signal portions. The secondary reference is correlated to both of the secondary signal portions. The secondary reference and at least one of the measured signals are input to a correlation canceler, such as an adaptive noise canceler, which removes the random or erratic portion of the secondary signal. This yields a good approximation to a primary plethysmographic signal as measured at one of the measured signal wavelengths. As is known in the art, quantitative measurements of the amount of oxygenated arterial blood in the body can be determined from the plethysmographic signal in a variety of ways.

The processor of the present invention may also remove the secondary signal portions from the measured signals yielding a primary reference which is a combination of the remaining primary signal portions. The primary reference is correlated to both of the primary signal portions. The primary reference and at least one of the measured signals are input to a correlation canceler which removes the primary portions of the measured signals. This yields a good approximation to the secondary signal at one of the measured signal wavelengths. This signal may be useful for removing secondary signals from an auxiliary instrument as well as determining venous blood oxygen saturation.

In accordance with the signal model of the present invention, the two measured signals each having primary and secondary signal portions can be related by coefficients. By relating the two equations with respect to coefficients defined in accordance with the present invention, the coefficients provide information about the arterial oxygen saturation and about the noise (the venous oxygen saturation and other parameters). In accordance with this aspect of the present invention, the coefficients can be determined by minimizing the correlation between the primary and secondary signal portions as defined in the model. Accordingly, the signal model of the present invention can be utilized in many ways in order to obtain information about the measured signals as will be further apparent in the detailed description of the preferred embodiments.

One aspect of the present invention is a method for use in a signal processor for processing at least two measured signals $S_1$ and $S_2$ each containing a primary signal portion s and a secondary signal portion n, the signals $S_1$ and $S_2$ being in accordance with the following relationship:

$$S_1 = s_1 + n_1$$

$$S_2 = s_2 + n_2$$

where $s_1$ and $s_2$, and $n_1$ and $n_2$ are related by:

$$S_1 = r_a S_2 \text{ and } n_1 = r_v n_2$$

and where $r_a$ and $r_v$ are coefficients.

The method comprises a number of steps. A value of coefficient $r_a$ is determined which minimize correlation between $s_1$ and $n_1$. Then, at least one of the first and second signals is processed using the determined value for $r_a$ to significantly reduce n from at least one of the first or second measured signal to form a clean signal.

In one embodiment, the clean signal is displayed on a display. In another embodiment, wherein the first and second signals are physiological signals, the method further comprises the step of processing the clean signal to determine a physiological parameter from the first or second measured signals. In one embodiment, the parameter is arterial oxygen saturation. In another embodiment, the parameter is an ECG signal. In yet another embodiment, wherein the first portion of the measured signals is indicative of a heart

6

plethysmograph, the method further comprises the step of calculating the pulse rate.

Another aspect of the present invention involves a physiological monitor. The monitor has a first input configured to receive a first measured signal $S_1$ having a primary portion, $s_1$, and a secondary portion $n_1$. The monitor also has a second input configured to receive a second measured signal $S_2$ having a primary portion $s_2$ and a secondary portion $n_2$. Advantageously, the first and the second measured signals $S_1$ and $S_2$ are in accordance with the following relationship:

$$S_1 = s_1 + n_1$$

$$S_2 = s_2 + n_2$$

where $s_1$ and $s_2$, and $n_1$ and $n_2$ are related by:

$$s_1 = r_a s_2 \text{ and } n_1 = r_v n_2$$

and where $r_a$ and $r_v$ are coefficients.

The monitor further has a scan reference processor, the scan reference processor responds to a plurality of possible values for $r_a$ to multiply the second measured signal by each of the possible values for $r_a$ and for each of the resulting values, to subtract the resulting values from the first measured signal to provide a plurality of output signals. A correlation canceler having a first input configured to receive the first measured signal, and having a second input configured to receive the plurality of output signals from the saturation scan reference processor, provides a plurality of output vectors corresponding to the correlation cancellation between the plurality of output signals and the first measured signal. An integrator having an input configured to receive the plurality of output vectors from the correlation canceler is responsive to the plurality of output vectors to determine a corresponding power for each output vector. An extremum detector is coupled at its input to the output of the integrator. The extremum detector is responsive to the corresponding power for each output vector to detect a selected power.

In one embodiment, the plurality of possible values correspond to a plurality of possible values for a selected blood constituent. In one embodiment the, the selected blood constituent is arterial blood oxygen saturation. In another embodiment, the selected blood constituent is venous blood oxygen saturation. In yet another embodiment, the selected blood constituent is carbon monoxide.

Another aspect of the present invention involves a physiological monitor. The monitor has a first input configured to receive a first measured signal $S_1$ having a primary portion, $s_1$, and a secondary portion, $n_1$. The monitor also has a second input configured to received a second measured signal $S_2$ having a primary portion $s_2$ and a secondary portion $n_2$. The first and the second measured signals $S_1$ and $S_2$ are in accordance with the following relationship:

$$S_1 = s_1 + n_1$$

$$S_2 = s_2 + n_2$$

where $s_1$ and $s_2$, and $n_1$ and $n_2$ are related by:

$$s_1 = r_a s_2 \text{ and } n_1 = r_v n_2$$

and where $r_a$ and $r_v$ are coefficients.

A transform module is responsive to the first and the second measured signals and responsive to a plurality of possible values for $r_a$ to provide at least one power curve as an output. An extremum calculation module is responsive to the at least one power curve to select a value for $r_a$ which minimizes the correlation between s and n, and to calculate from the value for $r_a$ a corresponding saturation value as an output. A display module is responsive to the output of saturation calculation to display the saturation value.

5,632,272

7

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates an ideal plethysmographic waveform.

FIG. 2 schematically illustrates a typical finger.

FIG. 3 illustrates a plethysmographic waveform which includes a motion-induced erratic signal portion.

FIG. 4a illustrates a schematic diagram of a physiological monitor to compute primary physiological signals.

FIG. 4b illustrates a schematic diagram of a physiological monitor to compute secondary physiological signals.

FIG. 5a illustrates an example of an adaptive noise canceler which could be employed in a physiological monitor, to compute primary physiological signals.

FIG. 5b illustrates an example of an adaptive noise canceler which could be employed in a physiological monitor, to compute secondary motion artifact signals.

FIG. 5c illustrates the transfer function of a multiple notch filter.

FIG. 6a illustrates a schematic of absorbing material comprising N constituents within the absorbing material.

FIG. 6b illustrates another schematic of absorbing material comprising N constituents, including one mixed layer, within the absorbing material.

FIG. 6c illustrates another schematic of absorbing material comprising N constituents, including two mixed layers, within the absorbing material.

FIG. 7a illustrates a schematic diagram of a monitor, to compute primary and secondary signals in accordance with one aspect of the present invention.

FIG. 7b illustrates the ideal correlation canceler energy or power output as a function of the signal coefficients $r_1$, $r_2$, . . . $r_n$. In this particular example, $r_3 = r_a$ and $r_7 = r_v$.

FIG. 7c illustrates the non-ideal correlation canceler energy or power output as a function of the signal coefficients $r_1$, $r_2$, . . . $r_n$. In this particular example, $r_3 = r_a$ and $r_7 = r_v$.

FIG. 8 is a schematic model of a joint process estimator comprising a least-squares lattice predictor and a regression filter.

FIG. 8a is a schematic model of a joint process estimator comprising a QRD least-squares lattice (LSL) predictor and a regression filter.

FIG. 9 is a flowchart representing a subroutine for implementing in software a joint process estimator as modeled in FIG. 8.

FIG. 9a is a flowchart representing a subroutine for implementing in software a joint process estimator as modeled in FIG. 8a.

FIG. 10 is a schematic model of a joint process estimator with a least-squares lattice predictor and two regression filters.

FIG. 10a is a schematic model of a joint process estimator with a QRD least-squares lattice predictor and two regression filters.

FIG. 11 is an example of a physiological monitor in accordance with the teachings of one aspect of the present invention.

FIG. 11a illustrates an example of a low noise emitter current driver with accompanying digital to analog converter.

FIG. 12 illustrates the front end analog signal conditioning circuitry and the analog to digital conversion circuitry of the physiological monitor of FIG. 11.

FIG. 13 illustrates further detail of the digital signal processing circuitry of FIG. 11.

8

FIG. 14 illustrates additional detail of the operations performed by the digital signal processing circuitry of FIG. 11.

FIG. 15 illustrates additional detail regarding the demodulation module of FIG. 14.

FIG. 16 illustrates additional detail regarding the decimation module of FIG. 14.

FIG. 17 represents a more detailed block diagram of the operations of the statistics module of FIG. 14.

FIG. 18 illustrates a block diagram of the operations of one embodiment of the saturation transform module of FIG. 14.

FIG. 19 illustrates a block diagram of the operation of the saturation calculation module of FIG. 14.

FIG. 20 illustrates a block diagram of the operations of the pulse rate calculation module of FIG. 14.

FIG. 21 illustrates a block diagram of the operations of the motion artifact suppression module of FIG. 20.

FIG. 21a illustrates an alternative block diagram for the operations of the motion artifact suppression module of FIG. 20.

FIG. 22 illustrates a saturation transform curve in accordance with the principles of the present invention.

FIG. 23 illustrates a block diagram of an alternative embodiment to the saturation transform in order to obtain a saturation value.

FIG. 24 illustrates a histogram saturation transform in accordance with the alternative embodiment of FIG. 23.

FIGS. 25A, 25B and 25C illustrate yet another alternative embodiment in order to obtain the saturation.

FIG. 26 illustrates a signal measured at a red wavelength $\lambda a = \lambda red = 660$ nm for use in a processor of the present invention for determining the secondary reference n'(t) or the primary reference s'(t) and for use in a correlation canceler. The measured signal comprises a primary portion $s_{\lambda a}(t)$ and a secondary portion $n_{\lambda a}(t)$.

FIG. 27 illustrates a signal measured at an infrared wavelength $\lambda b = \lambda_{IR} = 910$ nm for use in a processor of the present invention for determining the secondary reference n'(t) or the primary reference s'(t) and for use in a correlation canceler. The measured signal comprises a primary portion $s_{\lambda b}(t)$ and a secondary portion $n_{\lambda b}(t)$.

FIG. 28 illustrates the secondary reference n'(t) determined by a processor of the present invention.

FIG. 29 illustrates a good approximation $s''_{\lambda a}(t)$ to the primary portion $s_{\lambda a}(t)$ of the signal $S_{\lambda a}(t)$ measured at $\lambda a = \lambda red = 660$ nm estimated by correlation cancellation with a secondary reference n'(t).

FIG. 30 illustrates a good approximation $s''_{\lambda b}(t)$ to the primary portion $s_{\lambda b}(t)$ of the signal $S_{\lambda b}(t)$ measured at $\lambda b = \lambda IR = 910$ nm estimated by correlation cancellation with a secondary reference n'(t).

FIG. 31 depicts a set of 3 concentric electrodes, i.e., a tripolar electrode sensor, to derive electrocardiography (ECG) signals, denoted as $S_1$, $S_2$ and $S_3$, for use with the present invention. Each of the ECG signals contains a primary portion and a secondary portion.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention involves a system which utilizes first and second measured signals that each contain a primary signal portion and a secondary signal portion. In other

5,632,272

9                                                                                      10

words, given a first and second composite signals $S_1(t) = s_1(t) + n_1(t)$ and $S_2(t) = s_2(t) + n_2(t)$, the system of the present invention can be used to isolate either the primary signal portion s(t) or the secondary signal portion n(t). Following processing, the output of the system provides a good approximation n"(t) to the secondary signal portion n(t) or a good approximation s"(t) to the primary signal portion s(t).

The system of the present invention is particularly useful where the primary and/or secondary signal portion n(t) may contain one or more of a constant portion, a predictable portion, an erratic portion, a random portion, etc. The primary signal approximation s"(t) or secondary signal approximation n"(t) is derived by removing as many of the secondary signal portions n(t) or primary signal portions s(t) from the composite signal S(t) as possible. The remaining signal forms either the primary signal approximation s"(t) or secondary signal approximation n"(t), respectively. The constant portion and predictable portion of the secondary signal n(t) are easily removed with traditional filtering techniques, such as simple subtraction, low pass, band pass, and high pass filtering. The erratic portion is more difficult to remove due to its unpredictable nature. If something is known about the erratic signal, even statistically, it could be removed, at least partially, from the measured signal via traditional filtering techniques. However, often no information is known about the erratic portion of the secondary signal n(t). In this case, traditional filtering techniques are usually insufficient.

In order to remove the secondary signal n(t), a signal model in accordance with the present invention is defined as follows for the first and second measured signals $S_1$ and $S_2$:

$$S_1 = s_1 + n_1$$
$$S_2 = s_2 + n_2$$
with    $s_1 = r_a s_2$ and $n_1 = r_v n_2$
or    $r_a = \dfrac{s_1}{s_2}$ and $r_v = n_1/n_2$

where $s_1$ and $n_1$ are at least somewhat (preferably substantially) uncorrelated and $s_2$ and $n_2$ are at least somewhat (preferably substantially) uncorrelated. The first and second measured signals $S_1$ and $S_2$ are related by correlation coefficients $r_a$ and $r_v$ as defined above. The use and selection of these coefficients is described in further detail below.

In accordance with one aspect of the present invention, this signal model is used in combination with a correlation canceler, such as an adaptive noise canceler, to remove or derive the erratic portion of the measured signals.

Generally, a correlation canceler has two signal inputs and one output. One of the inputs is either the secondary reference n'(t) or the primary reference s'(t) which are correlated, respectively, to the secondary signal portions n(t) and the primary signal portions s(t) present in the composite signal S(t). The other input is for the composite signal S(t). Ideally, the output of the correlation canceler s"(t) or n"(t) corresponds, respectively, to the primary signal s(t) or the secondary signal n(t) portions only. Often, the most difficult task in the application of correlation cancelers is determining the reference signals n'(t) and s'(t) which are correlated to the secondary n(t) and primary s(t) portions, respectively, of the measured signal S(t) since, as discussed above, these portions are quite difficult to isolate from the measured signal S(t). In the signal processor of the present invention, either a secondary reference n'(t) or a primary reference s'(t) is determined from two composite signals measured simultaneously, or nearly simultaneously, at two different wavelengths, λa and λb.

A block diagram of a generic monitor incorporating a signal processor according to the present invention, and a correlation canceler is shown in FIGS. 4a and 4b. Two measured signals, $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$, are acquired by a detector 20. One skilled in the art will realize that for some physiological measurements, more than one detector may be advantageous. Each signal is conditioned by a signal conditioner 22a and 22b. Conditioning includes, but is not limited to, such procedures as filtering the signals to remove constant portions and amplifying the signals for ease of manipulation. The signals are then converted to digital data by an analog-to-digital converter 24a and 24b. The first measured signal $S_{\lambda a}(t)$ comprises a first primary signal portion, labeled herein $s_{\lambda a}(t)$, and a first secondary signal portion, labeled herein $n_{\lambda a}(t)$. The second measured signal $S_{\lambda b}(t)$ is at least partially correlated to the first measured signal $S_{\lambda a}(t)$ and comprises a second primary signal portion, labeled herein $s_{\lambda b}(t)$, and a second secondary signal portion, labeled herein $n_{\lambda b}(t)$. Typically the first and second secondary signal portions, $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$, are uncorrelated and/or erratic with respect to the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$. The secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ are often caused by motion of a patient in physiological measurements.

The signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ are input to a reference processor 26. The reference processor 26 multiplies the second measured signal $S_{\lambda b}(t)$ by either a factor $r_a = s_{\lambda a}(t)/s_{\lambda b}(t)$ or a factor $r_v = n_{\lambda a}(t)/n_{\lambda b}(t)$ and then subtracts the second measured signal $S_{\lambda b}(t)$ from the first measured signal $S_{\lambda a}(t)$. The signal coefficient factors $r_a$ and $r_v$ are determined to cause either the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ or the secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ to cancel, respectively, when the two signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ are subtracted. Thus, the output of the reference processor 26 is either a secondary reference signal $n'(t) = n_{\lambda a}(t) - r_a n_{\lambda b}(t)$, in FIG. 4a, which is correlated to both of the secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ or a primary reference signal $s'(t) = s_{\lambda a}(t) - r_v s_{\lambda b}(t)$, in FIG. 4b, which is correlated to both of the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$. A reference signal n'(t) or s'(t) is input, along with one of the measured signals $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$, to a correlation canceler 27 which uses the reference signal n'(t) or s'(t) to remove either the secondary signal portions $n_{\lambda a}(t)$ or $n_{\lambda b}(t)$ or the primary signal portions $s_{\lambda a}(t)$ or $s_{\lambda b}(t)$ from the measured signal $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$. The output of the correlation canceler 27 is a good primary signal approximation s"(t) or secondary signal approximation n"(t). In one embodiment, the approximation s"(t) or n"(t) is displayed on a display 28.

In one embodiment, an adaptive noise canceler 30, an example of which is shown in block diagram form in FIG. 5a, is employed as the correlation canceler 27, to remove either one of the erratic, secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ from the first and second signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$. The adaptive noise canceler 30 in FIG. 5a has as one input a sample of the secondary reference n'(t) which is correlated to the secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$. The secondary reference n'(t) is determined from the two measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ by the processor 26 of the present invention as described herein. A second input to the adaptive noise canceler, is a sample of either the first or second composite measured signals $S_{\lambda a}(t) = s_{\lambda a}(t) + n_{\lambda a}(t)$ or $S_{\lambda b}(t) = s_{\lambda b}(t) + n_{\lambda b}(t)$.

The adaptive noise canceler 30, in FIG. 5b, may also be employed to remove either one of primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ from the first and second measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$. The adaptive noise canceler 30 has as one input a sample of the primary reference s'(t) which is correlated to the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$.

5,632,272

<table>
<tr><td>11</td><td>12</td></tr>
</table>

The primary reference s'(t) is determined from the two measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ by the processor 26 of the present invention as described herein. A second input to the adaptive noise canceler 30 is a sample of either the first or second measured signals $S_{\lambda a}(t)=s_{\lambda a}(t)+n_{\lambda a}(t)$ or $S_{\lambda b}(t)=s_{\lambda b}(t)+n_{\lambda b}(t)$.

The adaptive noise canceler 30 functions to remove frequencies common to both the reference n'(t) or s'(t) and the measured signal $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$. Since the reference signals are correlated to either the secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ or the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$, the reference signals will be correspondingly erratic or well behaved. The adaptive noise canceler 30 acts in a manner which may be analogized to a dynamic multiple notch filter based on the spectral distribution of the reference signal n'(t) or s'(t).

FIG. 5c illustrates an exemplary transfer function of a multiple notch filter. The notches, or dips in the amplitude of the transfer function, indicate frequencies which are attenuated or removed when a signal passes through the notch filter. The output of the notch filter is the composite signal having frequencies at which a notch is present removed. In the analogy to an adaptive noise canceler 30, the frequencies at which notches are present change continuously based upon the inputs to the adaptive noise canceler 30.

The adaptive noise canceler 30 (FIGS. 5a and 5b) produces an output signal, labeled herein as $s''_{\lambda a}(t)$, $s''_{\lambda b}(t)$, $n''_{\lambda a}(t)$ or $n''_{\lambda b}(t)$ which is fed back to an internal processor 32 within the adaptive noise canceler 30. The internal processor 32 automatically adjusts its own transfer function according to a predetermined algorithm such that the output of the internal processor 32 labeled $b_{\lambda}(t)$ in FIG. 5a and $c_{\lambda}(t)$ in FIG. 5b, closely resembles either the secondary signal portion $n_{\lambda a}(t)$ or $n_{\lambda b}(t)$ or the primary signal portion $s_{\lambda a}(t)$ or $s_{\lambda b}(t)$. The output $b_{\lambda}(t)$ of the internal processor 32 in FIG. 5a is subtracted from the measured signal, $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$, yielding a signal output $s''_{\lambda a}(t)=s_{\lambda a}(t)+n_{\lambda a}(t)-b_{\lambda a}(t)$ or a signal output $s''_{\lambda b}(t)=s_{\lambda b}(t)+n_{\lambda b}(t)-b_{\lambda b}(t)$. The internal processor optimizes $s''_{\lambda a}(t)$ or $s''_{\lambda b}(t)$ such that $s''_{\lambda a}(t)$ or $s''_{\lambda b}(t)$ is approximately equal to the primary signal $s_{\lambda a}(t)$ or $s_{\lambda b}(t)$, respectively. The output $c_{\lambda}(t)$ of the internal processor 32 in FIG. 5b is subtracted from the measured signal, $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$, yielding a signal output given by $n''_{\lambda a}(t)=s_{\lambda a}(t)+n_{\lambda a}(t)-c_{\lambda a}(t)$ or a signal output given by $n''_{\lambda b}(t)=s_{\lambda b}(t)+n_{\lambda b}(t)-c_{\lambda b}(t)$. The internal processor optimizes $n''_{\lambda a}(t)$ or $n''_{\lambda b}(t)$ such that $n''_{\lambda a}(t)$ or $n''_{\lambda b}(t)$ is approximately equal to the secondary signal portion $n_{\lambda a}(t)$ or $n_{\lambda b}(t)$, respectively.

One algorithm which may be used for the adjustment of the transfer function of the internal processor 32 is a least-squares algorithm, as described in Chapter 6 and Chapter 12 of the book *Adaptive Signal Processing* by Bernard Widrow and Samuel Stearns, published by Prentice Hall, copyright 1985. This entire book, including Chapters 6 and 12, is hereby incorporated herein by reference.

Adaptive processors 30 in FIGS. 5a and 5b have been successfully applied to a number of problems including antenna sidelobe canceling, pattern recognition, the elimination of periodic interference in general, and the elimination of echoes on long distance telephone transmission lines. However, considerable ingenuity is often required to find a suitable reference signal n'(t) or s'(t) since the portions $n_{\lambda a}(t)$, $n_{\lambda b}(t)$, $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ cannot easily be separated from the measured composite signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$. If either the actual secondary portion $n_{\lambda a}(t)$ or $n_{\lambda b}(t)$ or the primary signal portion $s_{\lambda a}(t)$ or $s_{\lambda b}(t)$ were a priori available, techniques such as correlation cancellation would not be necessary.

## GENERALIZED DETERMINATION OF PRIMARY AND SECONDARY REFERENCE SIGNALS

An explanation which describes how the reference signals n'(t) and s'(t) may be determined follows. A first signal is measured at, for example, a wavelength λa, by a detector yielding a signal $S_{\lambda a}(t)$:

$$S_{\lambda a}(t)=s_{\lambda a}(t)+n_{\lambda a}(t) \tag{1}$$

where $s_{\lambda a}(t)$ is the primary signal portion and $n_{\lambda a}(t)$ is the secondary signal portion.

A similar measurement is taken simultaneously, or nearly simultaneously, at a different wavelength, λb, yielding:

$$S_{\lambda b}(t)=s_{\lambda b}(t)+n_{\lambda b}(t). \tag{2}$$

Note that as long as the measurements, $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$, are taken substantially simultaneously, the secondary signal components, $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$, are correlated because any random or erratic functions affect each measurement in nearly the same fashion. The substantially predictable primary signal components, $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$, are also correlated to one another.

To obtain the reference signals n'(t) and s'(t), the measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ are transformed to eliminate, respectively, the primary or secondary signal components. In accordance with the present invention one way of doing this is to find proportionality constants, $r_a$ and $r_v$, between the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ and the secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ such that the signals can be modeled as follows:

$$s_{\lambda a}(t)=r_a s_{\lambda b}(t)$$
$$n_{\lambda a}(t)=r_v n_{\lambda b}(t). \tag{3}$$

In accordance with the inventive signal model of the present invention, these proportionality relationships can be satisfied in many measurements, including but not limited to absorption measurements and physiological measurements. Additionally, in accordance with the signal model of the present invention, in most measurements, the proportionality constants $r_a$ and $r_v$ can be determined such that:

$$n_{\lambda a}(t) \neq r_a n_{\lambda b}(t)$$
$$s_{\lambda a}(t) \neq r_v s_{\lambda b}(t). \tag{4}$$

Multiplying equation (2) by $r_a$ and then subtracting equation (2) from equation (1) results in a single equation wherein the primary signal terms $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ cancel:

$$n'(t)=S_{\lambda a}(t)-r_a S_{\lambda b}(t)=n_{\lambda a}(t)-r_a n_{\lambda b}(t); \tag{5a}$$

a non-zero signal which is correlated to each secondary signal portion $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ and can be used as the secondary reference n'(t) in a correlation canceler such as an adaptive noise canceler.

Multiplying equation (2) by $r_v$ and then subtracting equation (2) from equation (1) results in a single equation wherein the secondary signal terms $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ cancel, leaving:

$$s'(t)=S_{\lambda a}(t)-r_v S_{\lambda b}(t)=s_{\lambda a}(t)-r_v s_{\lambda b}(t); \tag{5b}$$

a non-zero signal which is correlated to each of the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ and can be used as the signal reference s'(t) in a correlation canceler such as an adaptive noise canceler.

5,632,272

13

## EXAMPLE OF DETERMINATION OF PRIMARY AND SECONDARY REFERENCE SIGNALS IN AN ABSORPTIVE SYSTEM

Correlation canceling is particularly useful in a large number of measurements generally described as absorption measurements. An example of an absorption type monitor which can advantageously employ correlation canceling, such as adaptive noise canceling, based upon a reference $n'(t)$ or $s'(t)$ determined by a processor of the present invention is one which determines the concentration of an energy absorbing constituent within an absorbing material when the material is subject to change. Such changes can be caused by forces about which information is desired or primary, or alternatively, by random or erratic secondary forces such as a mechanical force on the material. Random or erratic interference, such as motion, generates secondary components in the measured signal. These secondary components can be removed or derived by the correlation canceler if a suitable secondary reference $n'(t)$ or primary reference $s'(t)$ is known.

A schematic N constituent absorbing material comprising a container 42 having N different absorbing constituents, labeled $A_1$, $A_2$, $A_3$, . . . $A_N$, is shown in FIG. 6a. The constituents $A_1$ through $A_N$ in FIG. 6a are arranged in a generally orderly, layered fashion within the container 42. An example of a particular type of absorptive system is one in which light energy passes through the container 42 and is absorbed according to the generalized Beer-Lambert Law of light absorption. For light of wavelength $\lambda a$, this attenuation may be approximated by:

$$I = I_o \exp\left(-\sum_{i=1}^{N} \epsilon_{i,\lambda a} c_i x_i\right) \tag{6}$$

Initially transforming the signal by taking the natural logarithm of both sides and manipulating terms, the signal is transformed such that the signal components are combined by addition rather than multiplication, i.e.:

$$S_{\lambda a} = \ln(I_0/I) = \sum_{i=1}^{N} \epsilon_{i,\lambda a} c_i x_i \tag{7}$$

where $I_0$ is the incident light energy intensity; $I$ is the transmitted light energy intensity; $\epsilon_{i,\lambda a}$ is the absorption coefficient of the $i^{th}$ constituent at the wavelength $\lambda a$; $x_i(t)$ is the optical path length of $i^{th}$ layer, i.e., the thickness of material of the $i^{th}$ layer through which optical energy passes; and $c_i(t)$ is the concentration of the $i^{th}$ constituent in the volume associated with the thickness $x_i(t)$. The absorption coefficients $\epsilon_1$ through $\epsilon_N$ are known values which are constant at each wavelength. Most concentrations $c_1(t)$ through $c_N(t)$ are typically unknown, as are most of the optical path lengths $x_i(t)$ of each layer. The total optical path length is the sum of each of the individual optical path lengths $x_i(t)$ of each layer.

When the material is not subject to any forces which cause change in the thicknesses of the layers, the optical path length of each layer, $x_i(t)$, is generally constant. This results in generally constant attenuation of the optical energy and thus, a generally constant offset in the measured signal. Typically, this offset portion of the signal is of little interest since knowledge about a force which perturbs the material is usually desired. Any signal portion outside of a known bandwidth of interest, including the constant undesired signal portion resulting from the generally constant absorption of the constituents when not subject to change, is removed. This is easily accomplished by traditional band pass filtering techniques. However, when the material is

14

subject to forces, each layer of constituents may be affected by the perturbation differently than other layers. Some perturbations of the optical path lengths of each layer $x_i(t)$ may result in excursions in the measured signal which represent desired or primary information. Other perturbations of the optical path length of each layer $x_i(t)$ cause undesired or secondary excursions which mask primary information in the measured signal. Secondary signal components associated with secondary excursions must also be removed to obtain primary information from the measured signal. Similarly, the ability to compute secondary signal components caused by secondary excursions directly allows one to obtain primary signal components from the measured signal via simple subtraction, or correlation cancellation techniques.

The correlation canceler may selectively remove from the composite signal, measured after being transmitted through or reflected from the absorbing material, either the secondary or the primary signal components caused by forces which perturb or change the material differently from the forces which perturbed or changed the material to cause respectively, either the primary or secondary signal component. For the purposes of illustration, it will be assumed that the portion of the measured signal which is deemed to be the primary signal $s_{\lambda a}(t)$ is the attenuation term $\epsilon_5 c_5 x_5(t)$ associated with a constituent of interest, namely $A_5$, and that the layer of constituent $A_5$ is affected by perturbations different than each of the layers of other constituents $A_1$ through $A_4$ and $A_6$ through $A_N$. An example of such a situation is when layer $A_5$ is subject to forces about which information is deemed to be primary and, additionally, the entire material is subject to forces which affect each of the layers. In this case, since the total force affecting the layer of constituent $A_5$ is different than the total forces affecting each of the other layers and information is deemed to be primary about the forces and resultant perturbation of the layer of constituent $A_5$, attenuation terms due to constituents $A_1$ through $A_4$ and $A_6$ through $A_N$ make up the secondary signal portion $n_{\lambda a}(t)$. Even if the additional forces which affect the entire material cause the same perturbation in each layer, including the layer of $A_5$, the total forces on the layer of constituent $A_5$ cause it to have different total perturbation than each of the other layers of constituents $A_1$ through $A_4$ and $A_6$ through $A_N$.

It is often the case that the total perturbation affecting the layers associated with the secondary signal components is caused by random or erratic forces. This causes the thickness of layers to change erratically and the optical path length of each layer, $x_i(t)$, to change erratically, thereby producing a random or erratic secondary signal component $n_{\lambda a}(t)$. However, regardless of whether or not the secondary signal portion $n_{\lambda a}(t)$ is erratic, the secondary signal component $n_{\lambda a}(t)$ can be either removed or derived via a correlation canceler, such as an adaptive noise canceler, having as one input, respectively, a secondary reference $n'(t)$ or a primary reference $s'(t)$ determined by a processor of the present invention as long as the perturbation on layers other than the layer of constituent $A_5$ is different than the perturbation on the layer of constituent $A_5$. The correlation canceler yields a good approximation to either the primary signal $s_{\lambda a}(t)$ or the secondary signal $n_{\lambda a}(t)$. In the event that an approximation to the primary signal is obtained, the concentration of the constituent of interest, $c_5(t)$, can often be determined since in some physiological measurements, the thickness of the primary signal component, $x_5(t)$ in this example, is known or can be determined.

The correlation canceler utilizes either the secondary reference $n'(t)$ or the primary reference $s'(t)$ determined from two substantially simultaneously measured signals $S_{\lambda a}(t)$

5,632,272

15

and $S_{\lambda b}(t)$. $S_{\lambda a}(t)$ is determined as above in equation (7). $S_{\lambda b}(t)$ is determined similarly at a different wavelength $\lambda b$. To find either the secondary reference $n'(t)$ or the primary reference $s'(t)$, attenuated transmitted energy is measured at the two different wavelengths $\lambda a$ and $\lambda b$ and transformed via logarithmic conversion. The signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ can then be written (logarithm converted) as:

$$S_{\lambda a}(t) = \epsilon_{5,\lambda a} c_5 x_5(t) + \sum_{i=1}^{4} \epsilon_{i,\lambda a} c_i x_i + \sum_{i=6}^{N} \epsilon_{i,\lambda a} c_i x_i \qquad (8)$$

$$S_{\lambda a(t)} = \epsilon_{5,\lambda a} c_5 x_5(t) + n_{\lambda a}(t) \qquad (9)$$

$$S_{\lambda b(t)} = \epsilon_{5,\lambda b} c_5 x_5(t) + \sum_{i=1}^{4} \epsilon_{i,\lambda b} c_i x_i + \sum_{i=6}^{N} \epsilon_{i,\lambda b} c_i x_i \qquad (10)$$

$$S_{\lambda b(t)} = \epsilon_{5,\lambda b} c_5 x_5(t) + n_{\lambda b}(t) \qquad (11)$$

Further transformations of the signals are the proportionality relationships in accordance with the signal model of the present invention defining $r_a$ and $r_v$, similar to equation (3), which allows determination of a noise reference $n'(t)$ and a primary reference $s'(t)$. These are:

$$\epsilon_{5,\lambda a} = r_a \epsilon_{5,\lambda b} \qquad (12a)$$

$$n_{\lambda a} = r_v n_{\lambda b} \qquad (12b)$$

where

$$n_{\lambda a} \neq r_a n_{\lambda b} \qquad (13a)$$

$$\epsilon_{5,\lambda a} \neq r_v \epsilon_{5,\lambda b}. \qquad (13b)$$

It is often the case that both equations (12) and (13) can be simultaneously satisfied. Multiplying equation (11) by $r_a$ and subtracting the result from equation (9) yields a non-zero secondary reference which is a linear sum of secondary signal components:

$$\begin{aligned} n'(t) &= S_{\lambda a}(t) - r_a S_{\lambda b}(t) = n_{\lambda a}(t) - r_a n_{\lambda b}(t) \qquad (14a) \\ &= \sum_{i=1}^{4} \epsilon_{i,\lambda a} c_i x_i(t) + \sum_{i=6}^{N} \epsilon_{i,\lambda a} c_i x_i(t) - \qquad (15a) \\ &\quad \sum_{i=1}^{4} r_a \epsilon_{i,\lambda b} c_i x_i(t) + \sum_{i=6}^{N} r_a \epsilon_{i,\lambda b} c_i x_i(t) \\ &= \sum_{i=1}^{4} c_i x_i(t) [\epsilon_{i,\lambda a} - r_a \epsilon_{i,\lambda b}] + \qquad (16a) \\ &\quad \sum_{i=6}^{N} c_i x_i(t) [\epsilon_{i,\lambda a} - r_a \epsilon_{i,\lambda b}] \end{aligned}$$

Multiplying equation (11) by $r_v$ and subtracting the result from equation (9) yields a primary reference which is a linear sum of primary signal components:

$$s'(t) = S_{\lambda a}(t) - r_v S_{\lambda b}(t) = s_{\lambda a}(t) - r_v s_{\lambda b}(t) \qquad (14b)$$

$$= c_5 x_5(t) \epsilon_{5,\lambda a} - r_v c_5 x_5(t) \epsilon_{5,\lambda b} \qquad (15b)$$

$$= c_5 x_5(t) [\epsilon_{5,\lambda a} - r_v \epsilon_{5,\lambda b}]. \qquad (16b)$$

A sample of either the secondary reference $n'(t)$ or the primary reference $s'(t)$, and a sample of either measured signal $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$, are input to a correlation canceler 27, such as an adaptive noise canceler 30, an example of which is shown in FIGS. 5a and 5b and a preferred example of which is discussed herein under the heading PREFERRED CORRELATION CANCELER USING A JOINT PROCESS ESTIMATOR IMPLEMENTATION. The correlation canceler 27 removes either the secondary portion $n_{\lambda a}(t)$ or $n_{\lambda b}(t)$, or the primary portions, $s_{\lambda a}(t)$ or $s_{\lambda b}(t)$, of the

16

measured signal yielding a good approximation to either the primary signals $s''_{\lambda a}(t) \approx \epsilon_{5,\lambda a} c_5 x_5(t)$ or $s''_{\lambda b}(t) \approx \epsilon_{5,\lambda b} c_5 x_5(t)$ or the secondary signals $n''_{\lambda a}(t) \approx n_{\lambda a}(t)$ or $n''_{\lambda b}(t) \approx n_{\lambda b}(t)$. In the event that the primary signals are obtained, the concentration $c_5(t)$ may then be determined from the approximation to the primary signal $s''_{\lambda a}(t)$ or $s''_{\lambda b}(t)$ according to:

$$c_5(t) = s''_{\lambda a}(t) / \epsilon_{5,\lambda a} x_5(t) \qquad (17a)$$

or

$$c_5(t) = s''_{\lambda b}(t) / \epsilon_{5,\lambda b} x_5(t) \qquad (17b)$$

As discussed previously, the absorption coefficients are constant at each wavelength $\lambda a$ and $\lambda b$ and the thickness of the primary signal component, $x_5(t)$ in this example, is often known or can be determined as a function of time, thereby allowing calculation of the concentration $c_5(t)$ of constituent $A_5$.

## DETERMINATION OF CONCENTRATION OR SATURATION IN A VOLUME CONTAINING MORE THAN ONE CONSTITUENT

Referring to FIG. 6b, another material having N different constituents arranged in layers is shown. In this material, two constituents $A_5$ and $A_6$ are found within one layer having thickness $x_{5,6}(t) = x_5(t) + x_6(t)$, located generally randomly within the layer. This is analogous to combining the layers of constituents $A_5$ and $A_6$ in FIG. 6a. A combination of layers, such as the combination of layers of constituents $A_5$ and $A_6$, is feasible when the two layers are under the same total forces which result in the same total change of the optical path lengths $x_5(t)$ and $x_6(t)$ of the layers.

Often it is desirable to find the concentration or the saturation, i.e., a percent concentration, of one constituent within a given thickness which contains more than one constituent and is subject to unique forces. A determination of the concentration or the saturation of a constituent within a given volume may be made with any number of constituents in the volume subject to the same total forces and therefore under the same perturbation or change. To determine the saturation of one constituent in a volume comprising many constituents, as many measured signals as there are constituents which absorb incident light energy are necessary. It will be understood that constituents which do not absorb light energy are not consequential in the determination of saturation. To determine the concentration, as many signals as there are constituents which absorb incident light energy are necessary as well as information about the sum of concentrations.

It is often the case that a thickness under unique motion contains only two constituents. For example, it may be desirable to know the concentration or saturation of $A_5$ within a given volume which contains $A_5$ and $A_6$. In this case, the primary signals $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ comprise terms related to both $A_5$ and $A_6$ so that a determination of the concentration or saturation of $A_5$ or $A_6$ in the volume may be made. A determination of saturation is discussed herein. It will be understood that the concentration of $A_5$ in a volume containing both $A_5$ and $A_6$ could also be determined if it is known that $A_5 + A_6 = 1$, i.e., that there are no constituents in the volume which do not absorb incident light energy at the particular measurement wavelengths chosen. The measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ can be written (logarithm converted) as:

$$S_{\lambda a}(t) = \epsilon_{5,\lambda a} c_5 x_{5,6}(t) + \epsilon_{6,\lambda a} c_6 x_{5,6}(t) + n_{\lambda a}(t) \qquad (18a)$$

$$= s_{\lambda a}(t) + n_{\lambda a}(t) \qquad (18b)$$

5,632,272

## 17

$$S_{\lambda b}(t) = \epsilon_{5,\lambda b} c_5 x_{5,6}(t) + \epsilon_{6,\lambda b} c_6 x_{5,6}(t) + n_{\lambda b}(t) \qquad (19a)$$

$$= s_{\lambda b}(t) + n_{\lambda b}(t). \qquad (19b)$$

It is also often the case that there may be two or more thicknesses within a medium each containing the same two constituents but each experiencing a separate motion as in FIG. 6c. For example, it may be desirable to know the concentration or saturation of $A_5$ within a given volume which contains $A_5$ and $A_6$ as well as the concentration or saturation of $A_3$ within a given volume which contains $A_3$ and $A_4$, $A_3$ and $A_4$ having the same constituency as $A_5$ and $A_6$ respectively. In this case, the primary signals $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ again comprise terms related to both $A_5$ and $A_6$ and portions of the secondary signals $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ comprise terms related to both $A_3$ and $A_4$. The layers, $A_3$ and $A_4$, do not enter into the primary equation because they are assumed to be perturbed by a different frequency, or random or erratic secondary forces which are uncorrelated with the primary force. Since constituents 3 and 5 as well as constituents 4 and 6 are taken to be the same, they have the same absorption coefficients (i.e., $\epsilon_{3,\lambda b} = \epsilon_{5,\lambda a}$; $\epsilon_{3,\lambda b} = \epsilon_{5,\lambda a}$; $\epsilon_{4,\lambda a} = \epsilon_{6,\lambda a}$ and $\epsilon_{4,\lambda b} = \epsilon_{6,\lambda b}$. Generally speaking, however, $A_3$ and $A_4$ will have different concentrations than $A_5$ and $A_6$ and will therefore have a different saturation. Consequently a single constituent within a medium may have one or more saturations associated with it. The primary and secondary signals according to this model may be written as:

$$s_{\lambda a}(t) = [\epsilon_{5,\lambda a} c_5 + \epsilon_{6,\lambda a} c_6] \, x_{5,6}(t) \qquad (20a)$$

$$n_{\lambda a}(t) = [\epsilon_{3,\lambda a} c_3 + \epsilon_{6,\lambda a} c_4] \, x_{3,4}(t) + \sum_{i=1}^{2} \epsilon_{i,\lambda a} \, c_i \, x_i(t) + \sum_{i=7}^{N} \epsilon_{i,\lambda a} \, c_i \, x_i(t) \qquad (20b)$$

$$n_{\lambda a}(t) = [\epsilon_{3,\lambda a} c_3 + \epsilon_{6,\lambda a} c_4] \, x_{3,4}(t) + n_{\lambda a}(t) \qquad (20c)$$

$$s_{\lambda b}(t) = [\epsilon_{5,\lambda b} c_5 + \epsilon_{6,\lambda b} c_6] \, x_{5,6}(t) \qquad (21a)$$

$$n_{\lambda b}(t) = [\epsilon_{5,\lambda b} c_3 + \epsilon_{6,\lambda b} c_4] \, x_{3,4}(t) + \sum_{i=1}^{2} \epsilon_{i,\lambda b} \, c_i x_i(t) + \sum_{i=7}^{N} \epsilon_{i,\lambda b} c_i x_i(t). \qquad (21b)$$

$$n_{\lambda b}(t) = [\epsilon_{5,\lambda b} c_3 + \epsilon_{6,\lambda b} c_4] \, x_{3,4}(t) + n_{\lambda b}(t) \qquad (21c)$$

where signals $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ are similar to the secondary signals $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ except for the omission of the 3, 4 layer.

Any signal portions whether primary or secondary, outside of a known bandwidth of interest, including the constant undesired secondary signal portion resulting from the generally constant absorption of the constituents when not under perturbation, should be removed to determine an approximation to either the primary signal or the secondary signal within the bandwidth of interest. This is easily accomplished by traditional band pass filtering techniques. As in the previous example, it is often the case that the total perturbation or change affecting the layers associated with the secondary signal components is caused by random or erratic forces, causing the thickness of each layer, or the optical path length of each layer, $x_i(t)$, to change erratically, producing a random or erratic secondary signal component $n_{\lambda a}(t)$. Regardless of whether or not the secondary signal portion $n_{\lambda a}(t)$ is erratic, the secondary signal component $n_{\lambda a}(t)$ can be removed or derived via a correlation canceler, such as an adaptive noise canceler, having as one input a secondary reference n'(t) or a primary reference s'(t) determined by a processor of the present invention as long as the perturbation in layers other than the layer of constituents $A_5$ and $A_6$ is different than the perturbation in the layer of constituents $A_5$ and $A_6$. Either the entire secondary signal components $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ or the primary components $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ may advantageously be removed from

## 18

equations (18) and (19), or alternatively equations (20) and (21), by a correlation canceler. The correlation canceler, again, requires a sample of either the primary reference s'(t) or the secondary reference n'(t) and a sample of either the composite signals $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$ of equations (18) and (19).

### DETERMINATION OF PRIMARY AND SECONDARY REFERENCE SIGNALS FOR SATURATION MEASUREMENTS

One method for determining reference signals s'(t) or n'(t) from the measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ in accordance with one aspect of the invention is what will be referred to as the constant saturation approach. In this approach, it is assumed that the saturation of $A_5$ in the volume containing $A_5$ and $A_6$ and the saturation of $A_3$ in the volume containing $A_3$ and $A_4$ remains relatively constant over some period of time, i.e.:

$$\text{Saturation}(A_5(t)) = c_5(t)/[c_5(t) + c_6(t)] \qquad (22a)$$

$$\text{Saturation}(A_3(t)) = c_3(t)/[c_3(t) + c_4(t)] \qquad (22b)$$

$$\text{Saturation}(A_5(t)) = \{1 + [c_6(t)/c_5(t)]\}^{-1} \qquad (23a)$$

$$\text{Saturation}(A_3(t)) = \{1 + [c_4(t)/c_3(t)]\}^{-1} \qquad (23b)$$

are substantially constant over many samples of the measured signals $S_{\lambda a}$ and $S_{\lambda b}$. This assumption is accurate over many samples since saturation generally changes relatively slowly in physiological systems.

The constant saturation assumption is equivalent to assuming that:

$$c_5(t)/c_6(t) = \text{constant}_1 \qquad (24a)$$

$$c_3(t)/c_4(t) = \text{constant}_2 \qquad (24b)$$

since the only other term in equations (23a) and (23b) is a constant, namely the numeral 1.

Using this assumption, the proportionality constants $r_a$ and $r_v$ which allow determination of the secondary reference signal n'(t) and the primary reference s'(t) in the constant saturation method are:

$$r_a = \frac{\epsilon_{5,\lambda a} \, c_5 \, x_{5,6}(t) + \epsilon_{6,\lambda a} \, c_6 \, x_{5,6}(t)}{\epsilon_{5,\lambda b} \, c_5 \, x_{5,6}(t) + \epsilon_{6,\lambda b} \, c_6 \, x_{5,6}(t)} \qquad (25a)$$

$$= s_{\lambda a}(t)/s_{\lambda b}(t) \qquad (26a)$$

$$= \frac{\epsilon_{5,\lambda a} \, c_5 + \epsilon_{6,\lambda a} c_6}{\epsilon_{5,\lambda b} c_5 + \epsilon_{6,\lambda b} c_6} \qquad (27a)$$

$$= \frac{\epsilon_{5,\lambda a} \, (c_5/c_6) + \epsilon_{6,\lambda a}}{\epsilon_{5,\lambda b} \, (c_5/c_6) + \epsilon_{6,\lambda b}} \qquad (28a)$$

$$= s''_{\lambda a}(t)/s''_{\lambda b}(t) = \text{constant}_3; \text{ where} \qquad (29a)$$

$$n_{\lambda a}(t) \neq r_a(t) n_{\lambda b}(t) \qquad (30a)$$

and

$$r_v = \frac{\epsilon_{5,\lambda a} \, c_3 \, x_{3,4}(t) + \epsilon_{6,\lambda a} \, c_4 \, x_{3,4}(t)}{\epsilon_{5,\lambda b} c_3 x_{3,4}(t) + \epsilon_{6,\lambda b} c_4 x_{3,4}(t))} \qquad (25b)$$

$$= n_{\lambda a}(t)/n_{\lambda b}(t) \qquad (26b)$$

$$= \frac{\epsilon_{5,\lambda a} c_3 + \epsilon_{6,\lambda a} c_4}{\epsilon_{5,\lambda b} c_3 + \epsilon_{6,\lambda b} c_4} \qquad (27b)$$

$$= \frac{\epsilon_{5,\lambda a} \, (c_3/c_4) + \epsilon_{6,\lambda a}}{\epsilon_{5,\lambda b} \, (c_3/c_4) + \epsilon_{6,\lambda b}} \qquad (28b)$$

$$= n''_{\lambda a}(t)/n''_{\lambda b}(t) = \text{constant}_4; \text{ where} \qquad (29b)$$

$$s_{\lambda a}(t) \neq r_v(t) s_{\lambda b}(t). \qquad (30b)$$

In accordance with the present invention, it is often the case that both equations (26) and (30) can be simultaneously

5,632,272

19

20

satisfied to determine the proportionality constants $r_a$ and $r_v$. Additionally, the absorption coefficients at each wavelength $\epsilon_{5,\lambda a}$, $\epsilon_{6,\lambda a}$, $\epsilon_{5,\lambda b}$, and $\epsilon_{6,\lambda b}$ are constant and the central assumption of the constant saturation method is that $c_5(t)/c_6(t)$ and $c_3(t)/c_4(t)$ are constant over many sample periods. Thus, new proportionality constants $r_a$ and $r_v$ may be determined every few samples from new approximations to either the primary or secondary signal as output from the correlation canceler. Thus, the approximations to either the primary signals $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ or the secondary signals $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$, found by the correlation canceler for a substantially immediately preceding set of samples of the measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ are used in a processor of the present invention for calculating the proportionality constants, $r_a$ and $r_v$, for the next set of samples of the measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$.

Multiplying equation (19) by $r_a$ and subtracting the resulting equation from equation (18) yields a non-zero secondary reference signal:

$$n'(t) = S_{\lambda a}(t) - r_a S_{\lambda b}(t) = n_{\lambda a}(t) - r_a n_{\lambda b}(t). \tag{31a}$$

Multiplying equation (19) by $r_v$ and subtracting the resulting equation from equation (18) yields a non-zero primary reference signal:

$$s'(t) = S_{\lambda a}(t) - r_v S_{\lambda b}(t) = s_{\lambda a}(t) - r_v s_{\lambda b}(t). \tag{31b}$$

When using the constant saturation method in patient monitoring, initial proportionality coefficients can be determined as further explained below. It is not necessary for the patient to remain motionless even for an initialization period. With values for the proportionality coefficients $r_a$ and $r_v$ determined, a correlation canceler may be utilized with a secondary reference $n'(t)$ or a primary reference $s'(t)$.

DETERMINATION OF SIGNAL COEFFICIENTS
FOR PRIMARY AND SECONDARY
REFERENCE SIGNALS USING THE
CONSTANT SATURATION METHOD

In accordance with one aspect of the present invention, the reference processor 26 of FIGS. 4a and FIG. 4b of the present invention may be configured to multiply the second measured assumed signal $S_{\lambda b}(t) = s_{\lambda b}(t) + n_{\lambda b}(t)$ by each of a plurality of signal coefficients $r_1, r_2, \ldots r_n$ and then subtract each result from the first measured signal $S_{\lambda a}(t) = s_{\lambda a}(t) + n_{\lambda a}(t)$ to obtain a plurality of reference signals

$$R'(r, t) = s_{\lambda a}(t) - r \, s_{\lambda b}(t) + n_{\lambda a}(t) - r \, n_{\lambda b}(t) \tag{32}$$

for $r = r_1, r_2, \ldots r_n$ as shown in FIG. 7a. In other words, a plurality of signal coefficients are chosen to represent a cross section of possible signal coefficients.

In order to determine either the primary reference $s'(t)$ or the secondary reference $n'(t)$ from the above plurality of reference signals of equation (32), signal coefficients $r_a$ and $r_v$ are determined from the plurality of assumed signal coefficients $r_1, r_2, \ldots r_n$. The coefficients $r_a$ and $r_v$ are selected such that they cause either the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ or the secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ to cancel or nearly cancel when they are substituted into the reference function $R'(r, t)$, e.g.

$$s_{\lambda a}(t) = r_a s_{\lambda b}(t) \tag{33a}$$

$$n_{\lambda a}(t) = r_v n_{\lambda b}(t) \tag{33b}$$

$$n'(t) = R'(r_a, t) = n_{\lambda a}(t) - r_a n_{\lambda b}(t) \tag{33c}$$

$$s'(t) = R'(r_v, t) = s_{\lambda a}(t) - r_v s_{\lambda b}(t). \tag{33d}$$

In other words, coefficients $r_a$ and $r_v$ are selected at values which reflect the minimum of correlation between the primary signal portions and the secondary signal portions. In practice, one does not usually have significant prior information about either the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ or the secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ of the measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$. The lack of this information makes it difficult to determine which of the plurality of coefficients $r_1, r_2, \ldots r_n$ correspond to the signal coefficients $r_a = s_{\lambda a}(t)/s_{\lambda b}(t)$ and $r_v = n_{\lambda a}(t)/n_{\lambda b}(t)$.

One approach to determine the signal coefficients $r_a$ and $r_v$ from the plurality of coefficients $r_1, r_2, \ldots r_n$ employs the use of a correlation canceler 27, such as an adaptive noise canceler, which takes a first input which corresponds to one of the measured signals $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$ and takes a second input which corresponds to successively each one of the plurality of reference signals $R'(r_1, t)$, $R'(r_2, t)$, . . . , $R'(r_n, t)$ as shown in FIG. 7a. For each of the reference signals $R'(r_1, t)$, $R'(r_2, t)$, . . . , $R'(r_n, t)$ the corresponding output of the correlation canceler 27 is input to a "squares" operation 28 which squares the output of the correlation canceler 27. The output of the squares operation 28 is provided to an integrator 29 for forming a cumulative output signal (a summation of the squares). The cumulative output signal is subsequently input to an extremum detector 31. The purpose of the extremum detector 31 is to chose signal coefficients $r_a$ and $r_v$ from the set $r_1, r_2, \ldots r_n$ by observing which provide a maximum in the cumulative output signal as in FIGS. 7b and 7c. In other words, coefficients which provide a maximum integrated output, such as energy or power, from the correlation canceler 27 correspond to the signal coefficients $r_a$ and $r_v$ which relate to a minimum correlation between the primary signal portions and the secondary signal portions in accordance with the signal model of the present invention. One could also configure a system geometry which would require one to locate the coefficients from the set $r_1, r_2, \ldots r_n$ which provide a minimum or inflection in the cumulative output signal to identify the signal coefficients $r_a$ and $r_v$.

Use of a plurality of coefficients in the processor of the present invention in conjunction with a correlation canceler 27 to determine the signal coefficients $r_a$ and $r_v$ may be demonstrated by using the properties of correlation cancellation. If x, y and z are taken to be any collection of three time varying signals, then the properties of some correlation cancelers $C(x, y)$ may be defined as follows:

$$\text{Property (1) } C(x, y) = 0 \text{ for } x, y \text{ correlated} \tag{34a}$$

$$\text{Property (2) } C(x, y) = x \text{ for } x, y \text{ uncorrelated} \tag{34b}$$

$$\text{Property (3) } C(x+y, z) = C(x, z) + C(y, z) \tag{34c}$$

With properties (1), (2) and (3) it is easy to demonstrate that the energy or power output of a correlation canceler with a first input which corresponds to one of the measured signals $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$ and a second input which corresponds to successively each one of a plurality of reference signals $R'(r_1, t)$, $R'(r_2, t)$, . . . , $R'(r_n, t)$ can determine the signal coefficients $r_a$ and $r_v$ needed to produce the primary reference $s'(t)$ and secondary reference $n'(t)$. If we take as a first input to the correlation canceler the measured signal $S_{\lambda a}(t)$ and as a second input the plurality of reference signals $R'(r_1, t)$, $R'(r_2, t)$, . . . , $R'(r_n, t)$ then the outputs of the correlation canceler $C(S_{\lambda a}(t), R'(r_j, t))$ for $j = 1, 2, \ldots$, n may be written as

$$C(s_{\lambda a}(t) + n_{\lambda a}(t), s_{\lambda a}(t) - r_j s_{\lambda b}(t) + n_{\lambda a}(t) - r_j n_{\lambda b}(t)) \tag{35}$$

where $j = 1, 2, \ldots$, n and we have used the expressions

5,632,272

21

$$R'(r,\ t)=S_{\lambda a}(t)-rS_{\lambda b}(t) \qquad (36)$$

$$S_{\lambda a}(t)=s_{\lambda a}(t)+n_{\lambda a}(t) \qquad (37a)$$

$$S_{\lambda b}(t)=s_{\lambda b}(t)+n_{\lambda b}(t). \qquad (37b)$$

The use of property (3) allows one to expand equation (35) into two terms

$$C(S_{\lambda a}(t),R'(r,t))=C(s_{\lambda a}(t),s_{\lambda a}(t)-rs_{\lambda b}(t)+n_{\lambda a}(t)-rn_{\lambda b}(t))$$

$$+C(n_{\lambda a}(t),s_{\lambda a}(t)-rs_{\lambda b}(t)+n_{\lambda a}(t)-rn_{\lambda b}(t)) \qquad (38)$$

so that upon use of properties (1) and (2) the correlation canceler output is given by

$$C(S_{\lambda a}(t),R'(r_j,t))=s_{\lambda a}(t)\delta(r_j-r_a)+n_{\lambda a}(t)\delta(r_j-r_v) \qquad (39)$$

where $\delta(x)$ is the unit impulse function

$$\delta(x)=0 \text{ if } x\neq0$$

$$\delta(x)=1 \text{ if } x=0. \qquad (40)$$

The time variable, t, of the correlation canceler output $C(S_{\lambda a}(t),\ R'(r_j,\ t))$ may be eliminated by computing its energy or power. The energy of the correlation canceler output is given by

$$E_{\lambda a}(r_j)=\int C^2(S_{\lambda a}(t),R'(r_j,t)dt$$

$$=\delta(r_j-r_a)\int s^2_{\lambda a}(t)dt+\delta(r_j-r_v)\int n^2_{\lambda a}(t)dt. \qquad (41a)$$

It should be understood that one could, equally well, have chosen the measured signal $S_{\lambda b}(t)$ as the first input to the correlation canceler and the plurality of reference signals $R'(r_1, t), R'(r_2, t), \ldots, R'(r_n, t)$ as the second input. In this event, the correlation canceler energy output is

$$E_{\lambda b}(r_j)=\int C^2(S_{\lambda b}(t),R'(r,t)dt$$

$$=\delta(r_j-r_a)\int s^2_{\lambda b}(t)dt+\delta(r_j-r_v)\int n^2_{\lambda b}(t)dt. \qquad (41b)$$

It should also be understood that in practical situations the use of discrete time measurement signals may be employed as well as continuous time measurement signals. A system which performs a discrete transform (e.g., a saturation transform in the present example) in accordance with the present invention is described with reference to FIGS. 11–22. In the event that discrete time measurement signals are used, integration approximation methods such as the trapezoid rule, midpoint rule, Tick's rule, Simpson's approximation or other techniques may be used to compute the correlation canceler energy or power output. In the discrete time measurement signal case, the energy output of the correlation canceler may be written, using the trapezoid rule, as

$$E_{\lambda a}(r_j) = \delta(r_j-r_a)\Delta t \left\{ \sum_{i=0}^{n} s^2_{\lambda a}(t_i) - 0.5(s^2_{\lambda a}(t_0)+s^2_{\lambda a}(t_n)) \right\} + \qquad (42a)$$

$$\delta(r_j-r_v)\Delta t \left\{ \sum_{i=0}^{n} n^2_{\lambda a}(t_i) - 0.5(n^2_{\lambda a}(t_0)+n^2_{\lambda a}(t_n)) \right\}$$

$$E_{\lambda b}(r) = \delta(r_j-r_a)\Delta t \left\{ \sum_{i=0}^{n} s^2_{\lambda b}(t_i) - 0.5(s^2_{\lambda b}(t_0)+s^2_{\lambda b}(t_n)) \right\} + \qquad (42b)$$

$$\delta(r_j-r_v)\Delta t \left\{ \sum_{i=0}^{n} n^2_{\lambda b}(t_i) - 0.5(n^2_{\lambda b}(t_0)+n^2_{\lambda b}(t_n)) \right\}$$

where $t_i$ is the $i^{th}$ discrete time, $t_0$ is the initial time, $t_n$ is the final time and $\Delta t$ is the time between discrete time measurement samples.

22

The energy functions given above, and shown in FIG. 7b, indicate that the correlation canceler output is usually zero due to correlation between the measured signal $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$ and many of the plurality of reference signals $R'(r_1, t), R'(r_2, t), \ldots, R'(r_n, t)$. However, the energy functions are non zero at values of $r_j$ which correspond to cancellation of either the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ or the secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ in the reference signal $R'(r_j, t)$. These values correspond to the signal coefficients $r_a$ and $r_v$.

It should be understood that there may be instances in time when either the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ or the secondary signal portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ are identically zero or nearly zero. In these cases, only one signal coefficient value will provide maximum energy or power output of the correlation canceler.

Since there may be more than one signal coefficient value which provides maximum correlation canceler energy or power output, an ambiguity may arise. It may not be immediately obvious which signal coefficient together with the reference function $R'(r, t)$ provides either the primary or secondary reference. In such cases, it is necessary to consider the constraints of the physical system at hand. For example, in pulse oximetry, it is known that arterial blood, whose signature is the primary plethysmographic wave, has greater oxygen saturation than venous blood, whose signature is the secondary erratic or random signal. Consequently, in pulse oximetry, the ratio of the primary signals due to arterial pulsation $r_a=s_{\lambda a}(t)/s_{\lambda b}(t)$ is the smaller of the two signal coefficient values while the ratio of the secondary is signals due to mainly venous blood dynamics $r_v=n_{\lambda a}(t)/n_{\lambda b}(t)$ is the larger of the two signal coefficient values, assuming $\lambda a=660$ nm and $\lambda b=910$ nm.

It should also be understood that in practical implementations of the plurality of reference signals and cross correlator technique, the ideal features listed as properties (1), (2) and (3) above will not be precisely satisfied but will be approximations thereof. Therefore, in practical implementations of this embodiment of the present invention, the correlation canceler energy curves depicted in FIG. 7b will not consist of infinitely narrow delta functions but will have finite width associated with them as depicted in FIG. 7c.

It should be understood that it is possible to have more than two signal coefficient values which produce maximum energy or power output from a correlation canceler. This situation arises when the measured signals each contain more than two components each of which are related by a ratio as follows:

$$S_{\lambda a}(t)=\sum_{i=0}^{n} f_{i,\lambda a}(t) \qquad (43)$$

$$S_{\lambda b}(t)=\sum_{i=0}^{n} f_{i,\lambda b}(t)$$

where

$$f_{i,\lambda a}(t) = r_i f_{i,\lambda b}(t) \quad i=1,\ldots,n$$

$$r_i \neq r_j.$$

Thus, reference signal techniques together with a correlation cancellation, such as an adaptive noise canceler, can be employed to decompose a signal into two or more signal components each of which is related by a ratio.

## PREFERRED CORRELATION CANCELER USING A JOINT PROCESS ESTIMATOR IMPLEMENTATION

Once either the secondary reference n'(t) or the primary reference s'(t) is determined by the processor of the present

5,632,272

23

24

invention, the correlation canceler can be implemented in either hardware or software. The preferred implementation of a correlation canceler is that of an adaptive noise canceler using a joint process estimator.

The least mean squares (LMS) implementation of the internal processor 32 described above in conjunction with the adaptive noise canceler of FIGS. 5a and FIG. 5b is relatively easy to implement, but lacks the speed of adaptation desirable for most physiological monitoring applications of the present invention. Thus, a faster approach for adaptive noise canceling, called a least-squares lattice joint process estimator model, is used in one embodiment. A joint process estimator 60 is shown diagrammatically in FIG. 8 and is described in detail in Chapter 9 of *Adaptive Filter Theory* by Simon Haykin, published by Prentice-Hall, copyright 1986. This entire book, including Chapter 9, is hereby incorporated herein by reference.

The function of the joint process estimator is to remove either the secondary signal portions $n_{\lambda a}(t)$ or $n_{\lambda b}(t)$ or the primary signal portions $s_{\lambda a}(t)$ or $S_{\lambda b}(t)$ from the measured signals $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$, yielding either a primary signal approximation $s''_{\lambda a}(t)$ or $s_{\lambda b}(t)$ or a secondary signal approximation $n''_{\lambda a}(t)$ or $n''_{\lambda b}(t)$. Thus, the joint process estimator estimates either the value of the primary signals $s_{\lambda a}(t)$ or $s_{\lambda b}(t)$ or the secondary signals $n_{\lambda a}(t)$ or $n_{\lambda b}(t)$. The inputs to the joint process estimator 60 are either the secondary reference $n'(t)$ or the primary reference $s'(t)$ and the composite measured signal $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$. The output is a good approximation to the signal $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$ with either the secondary signal or the primary signal removed, i.e. a good approximation to either $s_{\lambda a}(t)$, $s_{\lambda b}(t)$, $n_{\lambda a}(t)$ or $n_{\lambda b}(t)$.

The joint process estimator 60 of FIG. 8 utilizes, in conjunction, a least square lattice predictor 70 and a regression filter 80. Either the secondary reference $n'(t)$ or the primary reference $s'(t)$ is input to the least square lattice predictor 70 while the measured signal $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$ is input to the regression filter 80. For simplicity in the following description, $S_{\lambda a}(t)$ will be the measured signal from which either the primary portion $s_{\lambda a}(t)$ or the secondary portion $n_{\lambda a}(t)$ will be estimated by the joint process estimator 60. However, it will be noted that $S_{\lambda b}(t)$ could also be input to the regression filter 80 and the primary portion $s_{\lambda b}(t)$ or the secondary portion $n_{\lambda b}(t)$ of this signal could be estimated.

The joint process estimator 60 removes all frequencies that are present in both the reference $n'(t)$ or $s'(t)$, and the measured signal $S_{\lambda a}(t)$. The secondary signal portion $n_{\lambda a}(t)$ usually comprises frequencies unrelated to those of the primary signal portion $s_{\lambda a}(t)$. It is improbable that the secondary signal portion $n_{\lambda a}(t)$ would be of exactly the same spectral content as the primary signal portion $s_{\lambda a}(t)$. However, in the unlikely event that the spectral content of $s_{\lambda a}(t)$ and $n_{\lambda a}(t)$ are similar, this approach will not yield accurate results. Functionally, the joint process estimator 60 compares the reference input signal $n'(t)$ or $s'(t)$, which is correlated to either the secondary signal portion $n_{\lambda a}(t)$ or the primary signal portion $s_{\lambda a}(t)$, and input signal $S_{\lambda a}(t)$ and removes all frequencies which are identical. Thus, the joint process estimator 60 acts as a dynamic multiple notch filter to remove those frequencies in the secondary signal component $n_{\lambda a}(t)$ as they change erratically with the motion of the patient or those frequencies in the primary signal component $s_{\lambda a}(t)$ as they change with the arterial pulsation of the patient. This yields a signal having substantially the same spectral content and amplitude as either the primary signal $s_{\lambda a}(t)$ or the secondary signal $n_{\lambda a}(t)$. Thus, the output $s''_{\lambda a}(t)$ or $n''_{\lambda a}(t)$ of the joint process estimator 60 is a very good approximation to either the primary signal $s_{\lambda a}(t)$ or the secondary signal $n_{\lambda a}(t)$.

The joint process estimator 60 can be divided into stages, beginning with a zero-stage and terminating in an $m^{th}$-stage, as shown in FIG. 8. Each stage, except for the zero-stage, is identical to every other stage. The zero-stage is an input stage for the joint process estimator 60. The first stage through the $m^{th}$-stage work on the signal produced in the immediately previous stage, i.e., the $(m-1)^{th}$-stage, such that a good primary signal approximation $s''_{\lambda a}(t)$ or secondary signal approximation $n''_{\lambda a}(t)$ is produced as output from the $m^{th}$-stage.

The least-squares lattice predictor 70 comprises registers 90 and 92, summing elements 100 and 102, and delay elements 110. The registers 90 and 92 contain multiplicative values of a forward reflection coefficient $\Gamma_{f,m}(t)$ and a backward reflection coefficient $\Gamma_{b,m}(t)$ which multiply the reference signal $n'(t)$ or $s'(t)$ and signals derived from the reference signal $n'(t)$ or $s'(t)$. Each stage of the least-squares lattice predictor outputs a forward prediction error $f_m(t)$ and a backward prediction error $b_m(t)$. The subscript m is indicative of the stage.

For each set of samples, i.e. one sample of the reference signal $n'(t)$ or $s'(t)$ derived substantially simultaneously with one sample of the measured signal $S_{\lambda a}(t)$, the sample of the reference signal $n'(t)$ or $s'(t)$ is input to the least-squares lattice predictor 70. The zero-stage forward prediction error $f_0(t)$ and the zero-stage backward prediction error $b_0(t)$ are set equal to the reference signal $n'(t)$ or $s'(t)$. The backward prediction error $b_0(t)$ is delayed by one sample period by the delay element 110 in the first stage of the least-squares lattice predictor 70. Thus, the immediately previous value of the reference $n'(t)$ or $s'(t)$ is used in calculations involving the first-stage delay element 110. The zero-stage forward prediction error is added to the delayed zero-stage backward prediction error $b_0(t-1)$ multiplied by the forward reflection coefficient value $\Gamma_{f,1}(t)$ register 92 value, to produce a first-stage forward prediction error $f_1(t)$. Additionally, the zero-stage forward prediction error $f_0(t)$ is multiplied by the backward reflection coefficient $\Gamma_{b,1}(t)$ register 90 value and added to the delayed zero-stage backward prediction error $b_0(t-1)$ to produce a first-stage backward prediction error $b_1(t)$. In each subsequent stage, m, of the least square lattice predictor 70, the previous forward and backward prediction error values, $f_{m-1}(t)$ and $b_{m-1}(t-1)$, the backward prediction error being delayed by one sample period, are used to produce values of the forward and backward prediction errors for the present stage, $f_m(t)$ and $b_m(t)$.

The backward prediction error $b_m(t)$ is fed to the concurrent stage, m, of the regression filter 80. There it is input to a register 96, which contains a multiplicative regression coefficient value $\kappa_{m,\lambda a}(t)$. For example, in the zero-stage of the regression filter 80, the zero-stage backward prediction error $b_0(t)$ is multiplied by the zero-stage regression coefficient $\kappa_{0,\lambda a}(t)$ register 96 value and subtracted from the measured value of the signal $S_{\lambda a}(t)$ at a summing element 106 to produce a first stage estimation error signal $e_{1,\lambda a}(t)$. The first-stage estimation error signal $e_{1,\lambda a}(t)$ is a first approximation to either the primary signal or the secondary signal. This first-stage estimation error signal $e_{1,\lambda a}(t)$ is input to the first-stage of the regression filter 80. The first-stage backward prediction error $b_1(t)$, multiplied by the first-stage regression coefficient $\kappa_{1,\lambda a}(t)$ register 96 value is subtracted from the first-stage estimation error signal $e_{1,\lambda a}(t)$ to produce the second-stage estimation error $e_{2,\lambda a}(t)$. The second-stage estimation error signal $e_{2,\lambda a}(t)$ is a second, somewhat better

5,632,272

25

approximation to either the primary signal $s_{\lambda a}(t)$ or the secondary signal $n_{\lambda a}(t)$.

The same processes are repeated in the least-squares lattice predictor 70 and the regression filter 80 for each stage until a good approximation $e_{m,\lambda a}(t)$, to either the primary signal $s_{\lambda a}(t)$ or the secondary signal $n_{\lambda a}(t)$ is determined. Each of the signals discussed above, including the forward prediction error $f_m(t)$, the backward prediction error $b_m(t)$, the estimation error signal $e_{m,\lambda a}(t)$, is necessary to calculate the forward reflection coefficient $\Gamma_{f,m}(t)$, the backward reflection coefficient $\Gamma_{b,m}(t)$, and the regression coefficient $\kappa_{m,\lambda a}(t)$ register 90, 92, and 96 values in each stage, m. In addition to the forward prediction error $f_m(t)$, the backward prediction error $b_m(t)$, and the estimation error $e_{m,\lambda a}(t)$ signals, a number of intermediate variables, not shown in FIG. 8 but based on the values labeled in FIG. 8, are required to calculate the forward reflection coefficient $\Gamma_{f,m}(t)$, the backward reflection coefficient $\Gamma_{b,m}(t)$, and the regression coefficient $\kappa_{m,\lambda a}(t)$ register 90,92, and 96 values.

Intermediate variables include a weighted sum of the forward prediction error squares $\Im_m(t)$, a weighted sum of the backward prediction error squares $\beta(t)$, a scalar parameter $\Delta_m(t)$, a conversion factor $\gamma_m(t)$, and another scalar parameter $\rho_{m,\lambda a}(t)$. The weighted sum of the forward prediction errors $\Im_m(t)$ is defined as:

$$\Im_m(t) = \sum_{i=1}^{t} \lambda^{t-i} |f_m(i)|^2; \tag{44}$$

where $\lambda$ without a wavelength identifier, a or b, is a constant multiplicative value unrelated to wavelength and is typically less than or equal to one, i.e., $\lambda \leq 1$. The weighted sum of the backward prediction errors $\beta_m(t)$ is defined as:

$$\beta_m(t) = \sum_{i=1}^{t} \lambda^{t-i} |b_m(i)|^2 \tag{45}$$

where, again, $\lambda$ without a wavelength identifier, a or b, is a constant multiplicative value unrelated to wavelength and is typically less than or equal to one, i.e., $\lambda \leq 1$. These weighted sum intermediate error signals can be manipulated such that they are more easily solved for, as described in Chapter 9, §9.3 of the Haykin book referenced above and defined hereinafter in equations (59) and (60).

### DESCRIPTION OF THE JOINT PROCESS ESTIMATOR

The operation of the joint process estimator 60 is as follows. When the joint process estimator 60 is turned on, the initial values of intermediate variables and signals including the parameter $\Delta_m(t)$, the weighted sum of the forward prediction error signals $\Im_{m-1}(t)$, the weighted sum of the backward prediction error signals $\beta_{m-1}(t)$, the parameter $\rho_{m,\lambda a}(t)$, and the zero-stage estimation error $e_{0,\lambda a}(t)$ are initialized, some to zero and some to a small positive number $\delta$:

$$\Delta_{m-1}(0) = 0; \tag{46}$$

$$\Im_{m-1}(0) = \delta; \tag{47}$$

$$\beta_{m-1}(0) = \delta; \tag{48}$$

$$\rho_{m,\lambda a}(0) = 0; \tag{49}$$

$$e_{0,\lambda a}(t) = S_{\lambda a}(t) \text{ for } t \geq 0. \tag{50}$$

After initialization, a simultaneous sample of the measured signal $S_{\lambda a}(t)$ or $S_{\lambda b}(t)$ and either the secondary refer-

26

ence n'(t) or the primary reference s'(t) are input to the joint process estimator 60, as shown in FIG. 8. The forward and backward prediction error signals $f_0(t)$ and $b_0(t)$, and intermediate variables including the weighted sums of the forward and backward error signals $\Im_0(t)$ and $\beta_0(t)$, and the conversion factor $\gamma_0(t)$ are calculated for the zero-stage according to:

$$f_0(t) = b_0(t) = n'(t) \tag{51a}$$

$$\Im_0(t) = \beta_0(t) = \lambda \Im_0(t-1) + |n'(t)|^2 \tag{52a}$$

$$\gamma_0(t-1) = 1 \tag{53a}$$

if a secondary reference n'(t) is used or according to:

$$f_0(t) = b_0(t) = s'(t) \tag{51b}$$

$$\Im_0(t) = \beta_0(t) = \lambda \Im_0(t-1) + |s'(t)|^2 \tag{52b}$$

$$\gamma_0(t-1) = 1 \tag{53b}$$

if a primary reference s'(t) is used where, again, $\lambda$ without a wavelength identifier, a or b, is a constant multiplicative value unrelated to wavelength.

Forward reflection coefficient $\Gamma_{f,m}(t)$, backward reflection coefficient $\Gamma_{b,m}(t)$, and regression coefficient $\kappa_{m,\lambda a}(t)$ register 90, 92 and 96 values in each stage thereafter are set according to the output of the previous stage. The forward reflection coefficient $\Gamma_{f,1}(t)$, backward reflection coefficient $\Gamma_{b,1}(t)$, and regression coefficient $\kappa_{1,\lambda a}(t)$ register 90, 92 and 96 values in the first stage are thus set according to the algorithm using values in the zero-stage of the joint process estimator 60. In each stage, $m \geq 1$, intermediate values and register values including the parameter $\Delta_{m-1}(t)$; the forward reflection coefficient $\Gamma_{f,m}(t)$ register 90 value; the backward reflection coefficient $\Gamma_{b,m}(t)$ register 92 value; the forward and backward error signals $f_m(t)$ and $b_m(t)$; the weighted sum of squared forward prediction errors $\Im_{f,m}(t)$ as manipulated in §9.3 of the Haykin book; the weighted sum of squared backward prediction errors $\beta_{b,m}(t)$, as manipulated in §9.3 of the Haykin book; the conversion factor $\gamma_m(t)$; the parameter $\rho_{m,\lambda a}(t)$; the regression coefficient $\kappa_{m,\lambda a}(t)$ register 96 value; and the estimation error $e_{m+1,\lambda a}(t)$ value are set according to:

$$\Delta_{m-1}(t) = \lambda \Delta_{m-1}(t-1) + \{b_{m-1}(t-1)f^*_{m-1}(t)/\gamma_{m-1}(t-1)\} \tag{54}$$

$$\Gamma_{f,m}(t) = -\{\Delta_{m-1}(t)/\beta_{m-1}(t-1)\} \tag{55}$$

$$\Gamma_{b,m}(t) = -\{\Delta^*_{m-1}(t)/\Im_{m-1}(t)\} \tag{56}$$

$$f_m(t) = f_{m-1}(t) + \Gamma^*_{f,m}(t)b_{m-1}(t) \tag{57}$$

$$b_m(t) = b_{m-1}(t-1) + \Gamma^*_{b,m}(t)f_{m-1}(t) \tag{58}$$

$$\Im_m(t) = \Im_{m-1}(t) - \{|\Delta_{m-1}(t)|^2/\beta_{m-1}(t-1)\} \tag{59}$$

$$\beta_m(t) = \beta_{m-1}(t-1) - \{|\Delta_{m-1}(t)|^2/\Im_{m-1}(t)\} \tag{60}$$

$$\gamma_m(t-1) = \gamma_{m-1}(t-1) - \{|b_{m-1}(t-1)|^2/\beta_{m-1}(t-1)\} \tag{61}$$

$$\rho_{m,\lambda a}(t) = \lambda \rho_{m,\lambda a}(t-1) + \{b_m(t)e^*_{m,\lambda a}(t)/\gamma_m(t)\} \tag{62}$$

$$\kappa_{m,\lambda a}(t) = \{\rho_{m,\lambda a}(t)/\beta_m(t)\} \tag{63}$$

$$e_{m+1,\lambda a}(t) = e_{m,\lambda a}(t) - \kappa^*_m(t)b_m(t) \tag{64}$$

where a (*) denotes a complex conjugate.

These equations cause the error signals $f_m(t)$, $b_m(t)$, $e_{m,\lambda a}(t)$ to be squared or to be multiplied by one another, in effect squaring the errors, and creating new intermediate error values, such as $\Delta_{m-1}(t)$. The error signals and the interme-

5,632,272

27

diate error values are recursively tied together, as shown in the above equations (54) through (64). They interact to minimize the error signals in the next stage.

After a good approximation to either the primary signal $s_{\lambda a}(t)$ or the secondary signal $n_{\lambda a}(t)$ has been determined by the joint process estimator 60, a next set of samples, including a sample of the measured signal $S_{\lambda a}(t)$ and a sample of either the secondary reference n'(t) or the primary reference s'(t), are input to the joint process estimator 60. The re-initialization process does not re-occur, such that the forward and backward reflection coefficient $\Gamma_{f,m}(t)$ and $\Gamma_{b,m}$ (t) register 90, 92 values and the regression coefficient $\kappa_{m\lambda a}(t)$ register 96 value reflect the multiplicative values required to estimate either the primary signal portion $s_{\lambda a}(t)$ or the secondary signal portion $n_{\lambda a}(t)$ of the sample of $S_{\lambda a}(t)$ input previously. Thus, information from previous samples is used to estimate either the primary or secondary signal portion of a present set of samples in each stage.

In a more numerically stable and preferred embodiment of the above described joint process estimator, a normalized joint process estimator is used. This version of the joint process estimator normalizes several variables of the above-described joint process estimator such that the normalized variables fall between −1 and 1. The derivation of the normalized joint process estimator is motivated in the Haykin text as problem 12 on page 640 by redefining the variables defined according to the following conditions:

$$\bar{f}_m(t) = \frac{f_m(t)}{\sqrt{\Im_m(t)\gamma_m(t-1)}}$$

$$\bar{b}(t) = \frac{b_m(t)}{\sqrt{\beta_m(t)\gamma_m(t)}}$$

$$\bar{\Delta}_m(t) = \frac{\Delta_m(t)}{\sqrt{\Im_m(t)\beta_m(t-1)}}$$

This transformation allows the conversion of Equations (54)–(64) to the following normalized equations:

$$\bar{\Delta}_{m-1}(t) = \bar{\Delta}_{m-1}(t-1)[1-|\bar{f}_{m-1}(t)|^2]^{1/2}[1-$$

$$|\bar{b}_{m-1}(t-1)|^2]^{1/2} + \bar{b}_{m-1}(t-1)\bar{f}_{m-1}(t)$$

$$\bar{b}_m(t) = \frac{[\bar{b}_{m-1}(t-1) - \bar{\Delta}_{m-1}(t)\bar{f}_{m-1}(t)]}{[1-|\bar{\Delta}_{m-1}(t)|^2]^{1/2}[1-|\bar{f}_{m-1}(t)|^2]^{1/2}}$$

$$\bar{f}_m(t) = \frac{[\bar{f}_{m-1}(t) - \bar{\Delta}_{m-1}(t)\bar{b}_{m-1}(t-1)]}{[1-|\bar{\Delta}_{m-1}(t)|^2]^{1/2}[1-|\bar{b}_{m-1}(t-1)|^2]^{1/2}}$$

$$\beta_m(t) = [1-|\bar{\Delta}_{m-1}(t)|^2]\beta_{m-1}(t-1)$$

$$\gamma_m(t) = \gamma_{m-1}(t)[1-|\bar{b}_m(t)|^2]$$

$$\rho_m(t) = \lambda \cdot \left[ \frac{\gamma_m(t)\beta_m(t-1)}{\gamma_m(t-1)\beta_m(t)} \right]^{1/2} \rho_m(t-1) + \bar{b}_m(t)\epsilon_m(t)$$

$$\epsilon_{m+1\lambda a}(t) = \epsilon_{m\lambda a}(t) - \rho_m(t)\bar{b}_m(t)$$

Initialization of Normalized Joint Process Estimator

Let N(t) be defined as the reference noise input at time index n and U(t) be defined as combined signal plus noise input at time index t the following equations apply (see Haykin, p. 619):

1. To initialize the algorithm, at time t=0 set

28

$$\bar{\Delta}_{m-1}(0)=0$$

$$\beta_{m-1}(0)=\delta=10^{-6}$$

$$\gamma_0(0)=1$$

2. At each instant $t \geqq 1$, generate the various zeroth-order variables as follows:

$$\gamma_0(t-1) = 1$$

$$\beta_0(t) = \lambda\beta_0(t-1) + N^2(t)$$

$$\bar{b}_0(t) = \bar{f}_0(t) = \frac{N(t)}{\sqrt{\beta_0(t)}}$$

3. For regression filtering, initialize the algorithm by setting at time index t=0

$$\rho_m(0)=0$$

4. At each instant $t \geqq 1$, generate the zeroth-order variable

$$\epsilon_0(t)=U(t).$$

Accordingly, a normalized joint process estimator can be used for a more stable system.

In yet another embodiment, the correlation cancellation is performed with a QRD algorithm as shown diagrammatically in FIG. 8a and as described in detail in Chapter 18 of *Adaptive Filter Theory* by Simon Haykin, published by Prentice-Hall, copyright 1986.

The following equations adapted from the Haykin book correspond to the QRD-LSL diagram of FIG. 8a (also adapted from the Haykin book).

Computations

a. Predictions: For time t=1, 2, . . . , and prediction order m=1, 2, . . . , M, where M is the final prediction order, compute:

$$\beta_{m-1}(t-1) = \lambda\beta_{m-1}(t-2) + |\epsilon_{b,m-1}(t-1)|^2$$

$$c_{b,m-1}(t+1) = \frac{\lambda^{1/2}\beta_{m-1}^{1/2}(t-2)}{\beta_{m-1}^{1/2}(t-1)}$$

$$s_{b,m-1}(t-1) = \frac{\epsilon_{b,m-1}^*(t-1)}{\beta_{m-1}^{1/2}(t-1)}$$

$$\epsilon_{f,m-1}(t) = c_{b,m-1}(t-1)\epsilon_{f,m-1}(t) - s_{b,m-1}^*(t-1)\lambda^{1/2}\bar{\eta}_{f,m-1}^*(t-1)$$

$$\bar{\eta}_{f,m-1}^*(t) = c_{b,m-1}(t-1)\lambda^{1/2}\bar{\eta}_{f,m-1}^*(t-1) + s_{b,m-1}(t-1)\epsilon_{f,m-1}(t)$$

$$\bar{\gamma}_m^{1/2}(t-1) = c_{b,m-1}(t-1)\gamma_{m-1}^{1/2}(t-1)$$

$$\Im_{m-1}(t) = \lambda\Im_{m-1}(t-1) + |\epsilon_{f,m-1}(t)|^2$$

$$c_{f,m-1}(t) = \frac{\lambda^{1/2}\Im_{m-1}^{1/2}(t-1)}{\Im_{m-1}^{1/2}(t)}$$

$$s_{f,m-1}(t) = \frac{\epsilon_{f,m-1}^*(t)}{\Im_{m-1}^{1/2}(t)}$$

$$\epsilon_{b,m}(t) = c_{f,m-1}(t)\epsilon_{b,m-1}(t-1) - s_{f,m-1}^*(t)\lambda^{1/2}\bar{\eta}_{b,m-1}^*(t-1)$$

5,632,272

29

-continued

$$\pi_{b,m-1}^*(t) = c_{f,m-1}(t)\lambda^{1/2}\pi_{b,m-1}^*(t-1) + s_{f,m-1}(t)\epsilon_{b,m-1}(t-1)$$

b. Filtering: For order $m = 0, 1, \ldots, M-1$; and time

$t = 1, 2, \ldots,$ compute

$$\beta_m(t) = \lambda\beta_m(t-1) + l\epsilon_{b,m}(t)l^2$$

$$c_{b,m}(t) = \frac{\lambda^{1/2}\beta_m^{1/2}(t-1)}{\beta_m^{1/2}(t)}$$

$$s_{b,m}(t) = \frac{\epsilon_{b,m}^*(t)}{\beta_m^{1/2}(t)}$$

$$\epsilon_{m+1}(t) = c_{b,m}(t)\epsilon_m(t) - s_{b,m}^*(t)\lambda^{1/2}\rho_m^*(t-1)$$

$$\rho_m^*(t) = c_{b,m}(t)\lambda^{1/2}\rho_m^*(t-1) + s_{b,m}(t)\epsilon_m(t)$$

$$\gamma_{m+1}^{1/2}(t) = c_{b,m}(t)\gamma_m^{1/2}(t)$$

$$\epsilon_{m+1}(t) = \lambda_{m+1}^{1/2}(t)\epsilon_{m+1}(t)$$

5. Initialization

a. Auxiliary parameter initialization: for order m=1, 2, . . ., M, set

$$\pi_{f,m-1}(0) = \pi_{b,m-1}(0) = 0$$

$$p_m(0) = 0$$

b. Soft constraint initialization: For order m=0, 1, . . . , M, set

$$\beta_m(-1) = \delta$$

$$\Im_m(0) = \delta$$

where $\delta$ is a small positive constant.

c. Data initialization: For t=1, 2, . . . , compute

$$\epsilon_{f,0}(t) = \epsilon_{b,0}(t) = \mu(t)$$

$$\epsilon_0(t) = d(t)$$

$$\gamma_0(t) = 1$$

where $\mu(t)$ is the input and $d(t)$ is the desired response at time t.

FLOWCHART OF JOINT PROCESS
ESTIMATOR

In a signal processor, such as a physiological monitor incorporating a reference processor of the present invention to determine a reference n'(t) or s'(t) for input to a correlation canceler, a joint process estimator 60 type adaptive noise canceler is generally implemented via a software program having an iterative loop. One iteration of the loop is analogous to a single stage of the joint process estimator as shown in FIG. 8. Thus, if a loop is iterated m times, it is equivalent to an m stage joint process estimator 60.

A flow chart of a subroutine to estimate the primary signal portion $s_{\lambda a}(t)$ or the secondary signal portion $n_{\lambda a}(t)$ of a measured composite signal, $S_{\lambda a}(t)$ is shown in FIG. 9. The flow chart illustrates the function of a reference processor

30

for determining either the secondary reference n'(t) or the primary reference s'(t). The flowchart for the joint process estimator is implemented in software.

A one-time initialization is performed when the physiological monitor is powered-on, as indicated by an "INITIALIZE NOISE CANCELER" action block 120. The initialization sets all registers 90, 92, and 96 and delay element variables 110 to the values described above in equations (46) through (50).

Next, a set of simultaneous samples of the composite measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ is input to the subroutine represented by the flowchart in FIG. 9. Then a time update of each of the delay element program variables occurs, as indicated in a "TIME UPDATE OF $[Z^{-1}]$ ELEMENTS" action block 130. The value stored in each of the delay element variables 110 is set to the value at the input of the delay element variable 110. Thus, the zero-stage backward prediction error $b_0(t)$ is stored as the first-stage delay element variable, and the first-stage backward prediction error $b_1(t)$ is stored as the second-stage delay element variable, and so on.

Then, using the set of measured signal samples $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$, the reference signal is obtained using the ratiometric or the constant saturation methods described above. This is indicated by a "CALCULATE REFERENCE [n'(t) or s'(t)] FOR TWO MEASURED SIGNAL SAMPLES" action block 140.

A zero-stage order update is performed next as indicated in a "ZERO-STAGE UPDATE" action block 150. The zero-stage backward prediction error $b_0(t)$, and the zero-stage forward prediction error $f_0(t)$ are set equal to the value of the reference signal n'(t) or s'(t). Additionally, the weighted sum of the forward prediction errors $\Im_m(t)$ and the weighted sum of backward prediction errors $\beta_m(t)$ are set equal to the value defined in equations (47) and (48).

Next, a loop counter, m, is initialized as indicated in a "m=0" action block 160. A maximum value of m, defining the total number of stages by the subroutine corresponding to the flowchart in FIG. 9, is also defined. Typically, the loop is constructed such that it stops iterating once a criterion for convergence upon a best approximation to either the primary signal or the secondary signal has been met by the joint process estimator 60. Additionally, a maximum number of loop iterations may be chosen at which the loop stops iterating. In a preferred embodiment of a physiological monitor of the present invention, a maximum number of iterations, m=6 to m=10, is advantageously chosen.

Within the loop, the forward and backward reflection coefficient $\Gamma_{f,m}(t)$ and $\Gamma_{b,m}(t)$ register 90 and 92 values in the least-squares lattice filter are calculated first, as indicated by the "ORDER UPDATE MTH CELL OF LSL-LATTICE" action block 170 in FIG. 9. This requires calculation of intermediate variable and signal values used in determining register 90, 92, and 96 values in the present stage, the next stage, and in the regression filter 80.

The calculation of regression filter register 96 value $\kappa_{m,\lambda a}(t)$ is performed next, indicated by the "ORDER UPDATE MTH STAGE OF REGRESSION FILTER(S)" action block 180. The two order update action blocks 170 and 180 are performed in sequence m times, until m has reached its predetermined maximum (in the preferred embodiment, m=6 to m=10) or a solution has been converged upon, as indicated by a YES path from a "DONE" decision block 190. In a computer subroutine, convergence is determined by checking if the weighted sums of the

5,632,272

31

forward and backward prediction errors $\Im_m(t)$ and $\beta_m(t)$ are less than a small positive number. An output is calculated next, as indicated by a "CALCULATE OUTPUT" action block **200**. The output is a good approximation to either the primary signal or secondary signal, as determined by the reference processor **26** and joint process estimator **60** subroutine corresponding to the flow chart of FIG. 9. This is displayed (or used in a calculation in another subroutine), as indicated by a "TO DISPLAY" action block **210**.

A new set of samples of the two measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ is input to the processor and joint process estimator **60** adaptive noise canceler subroutine corresponding to the flowchart of FIG. 9 and the process reiterates for these samples. Note, however, that the initialization process does not re-occur. New sets of measured signal samples $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ are continuously input to the reference processor **26** and joint process estimator adaptive noise canceler subroutine. The output forms a chain of samples which is representative of a continuous wave. This waveform is a good approximation to either the primary signal waveform $s_{\lambda a}(t)$ or the secondary waveform $n_{\lambda a}(t)$ at wavelength $\lambda a$. The waveform may also be a good approximation to either the primary signal waveform $s_{\lambda b}(t)$ or the secondary waveform $n"_{\lambda b}(t)$ at wavelength $\lambda b$.

A corresponding flowchart for the QRD algorithm of FIG. 8a is depicted in FIG. 9a, with reference numeral corresponding in number with an 'a' extension

## CALCULATION OF SATURATION FROM CORRELATION CANCELER OUTPUT

Physiological monitors may use the approximation of the primary signals $s"_{\lambda a}(t)$ or $s"_{\lambda b}(t)$ or the secondary signals $n"_{\lambda a}(t)$ or $n"_{\lambda b}(t)$ to calculate another quantity, such as the saturation of one constituent in a volume containing that constituent plus one or more other constituents. Generally, such calculations require information about either a primary or secondary signal at two wavelengths. For example, the constant saturation method requires a good approximation of the primary signal portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ of both measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$. The arterial saturation is determined from the approximations to both signals, i.e. $s"_{\lambda a}(t)$ and $s"_{\lambda b}(t)$. The constant saturation method also requires a good approximation of the secondary signal portions $n_{\lambda a}(t)$ or $n_{\lambda b}(t)$. An estimate of the venous saturation may be determined from the approximations to these signals i.e. $n"_{\lambda a}(t)$ and $n"_{\lambda b}(t)$.

A joint process estimator **60** having two regression filters **80a** and **80b** is shown in FIG. 10. A first regression filter **80a** accepts a measured signal $S_{\lambda a}(t)$. A second regression filter **80b** accepts a measured signal $S_{\lambda b}(t)$ for a use of the constant saturation method to determine the reference signal $n'(t)$ or $s'(t)$. The first and second regression filters **80a** and **80b** are independent. The backward prediction error $b_m(t)$ is input to each regression filter **80a** and **80b**, the input for the second regression filter **80b** bypassing the first regression filter **80a**.

The second regression filter **80b** comprises registers **98**, and summing elements **108** arranged similarly to those in the first regression filter **80a**. The second regression filter **80b** operates via an additional intermediate variable in conjunction with those defined by equations (54) through (64), i.e.:

$$\rho_{m,\lambda b}(t) = \lambda \rho_{m,\lambda b}(t-1) + \{b_m(t)e^*_{m,\lambda b}(t)/\gamma_m(t)\}; \text{ and} \qquad (65)$$

$$\rho_{0,\lambda b}(0) = 0. \qquad (66)$$

The second regression filter **80b** has an error signal value defined similar to the first regression filter error signal values, $e_{m+1,\lambda a}(t)$, i.e.:

32

$$e_{m+1,\lambda b}(t) = e_{m,\lambda b}(t) - \kappa^*_{m,\lambda b}(t)b_m(t); \text{ and} \qquad (67)$$

$$e_{0,\lambda b}(t) = S_{\lambda b}(t) \text{ for } t \geq 0. \qquad (68)$$

The second regression filter has a regression coefficient $\kappa_{m,\lambda b}(t)$ register **98** value defined similarly to the first regression filter error signal values, i.e.:

$$\kappa_{m,\lambda b}(t) = \{\rho_{m,\lambda b}(t)/\beta_m(t)\}; \text{ or} \qquad (69)$$

These values are used in conjunction with those intermediate variable values, signal values, register and register values defined in equations (46) through (64). These signals are calculated in an order defined by placing the additional signals immediately adjacent a similar signal for the wavelength $\lambda a$.

For the constant saturation method, $S_{\lambda b}(t)$ is input to the second regression filter **80b**. The output is then a good approximation to the primary signal portion $s"_{\lambda b}(t)$ or secondary signal portion $n"_{\lambda b}(t)$.

The addition of the second regression filter **80b** does not substantially change the computer program subroutine represented by the flowchart of FIG. 9. Instead of an order update of the $m^{th}$ stage of only one regression filter, an order update of the $m^{th}$ stage of both regression filters **80a** and **80b** is performed. This is characterized by the plural designation in the "ORDER UPDATE OF $m^{th}$ STAGE OF REGRESSION FILTER(S)" activity block **180** in FIG. 9. Since the regression filters **80a** and **80b** operate independently, independent calculations can be performed in the reference processor and joint process estimator **60** adaptive noise canceler subroutine modeled by the flowchart of FIG. 9.

An alternative diagram for the joint process estimator of FIG. 10, using the QRD algorithm and having two regression filters is shown in FIG. 10a. This type of joint process estimator would be used for correlation cancellation using the QRD algorithm described in the Haykin book.

## CALCULATION OF SATURATION

Once good approximations to the primary signal portions $s"_{\lambda a}(t)$ and $s"_{\lambda b}(t)$ or the secondary signal portion $n"_{\lambda a}(t)$ and $n"_{\lambda b}(t)$, have been determined by the joint process estimator **60**, the saturation of $A_5$ in a volume containing $A_5$ and $A_6$, for example, may be calculated according to various known methods. Mathematically, the approximations to the primary signals can be written in terms of $\lambda a$ and $\lambda b$, as:

$$s"_{\lambda a}(t) = \epsilon_{5,\lambda a}c_5x_{5,6}(t) + \epsilon_{6,\lambda a}c_6x_{5,6}(t); \text{ and} \qquad (70)$$

$$s"_{\lambda b}(t) = \epsilon_{5,\lambda b}c_5x_{5,6}(t) + \epsilon_{6,\lambda b}c_6x_{5,6}(t). \qquad (71)$$

Equations (70) and (71) are equivalent to two equations having three unknowns, namely $c_5(t)$, $c_6(t)$ and $x_{5,6}(t)$. The saturation can be determined by acquiring approximations to the primary or secondary signal portions at two different, yet proximate times $t_1$ and $t_2$ over which the saturation of $A_5$ in the volume containing $A_5$ and $A_6$ and the saturation of $A_3$ in the volume containing $A_3$ and $A_4$ does not change substantially. For example, for the primary signals estimated at times $t_1$ and $t_2$:

$$s"_{\lambda a}(t_1) = \epsilon_{5,\lambda a}c_5x_{5,6}(t_1) + \epsilon_{6,\lambda a}c_6x_{5,6}(t_1) \qquad (72)$$

$$s"_{\lambda b}(t_1) = \epsilon_{5,\lambda b}c_5x_{5,6}(t_1) + \epsilon_{6,\lambda b}c_6x_{5,6}(t_1 0 \qquad (73)$$

$$s"_{\lambda a}(t_2) = \epsilon_{5,\lambda a}c_5x_{5,6}(t_2) + \epsilon_{6,\lambda a}c_6x_{5,6}(t_2) \qquad (74)$$

$$s"_{\lambda b}(t_2) = \epsilon_{5,\lambda b}c_5x_{5,6}(t_2) + \epsilon_{6,\lambda b}c_6x_{5,6}(t_2) \qquad (75)$$

Then, difference signals may be determined which relate the signals of equations (72) through (75), i.e.:

5,632,272

33

$$\Delta s_{\lambda a} = s''_{\lambda a}(t_1) - s''_{\lambda a}(t_2) = \epsilon_{5,\lambda a} c_5 \Delta x + \epsilon_{6,\lambda a} c_6 \Delta x; \text{ and} \quad (76)$$

$$\Delta s_{\lambda b} = s''_{\lambda b}(t_1) - s''_{\lambda b}(t_2) = \epsilon_{5,\lambda b} c_5 \Delta x + \epsilon_{6,\lambda b} c_6 \Delta x; \quad (77)$$

where $\Delta x = x_{5,6}(t_1) - x_{5,6}(t_2)$. The average saturation at time $t + (t_1 + t_2)/2$ is:

$$
\begin{aligned}
\text{Saturation}(t) &= c_5(t)/[c_5(t) + c_6(t)] && (78) \\
&= \frac{\epsilon_{6,\lambda a} - \epsilon_{6,\lambda b}(\Delta s_{\lambda a}/\Delta s_{\lambda b})}{\epsilon_{6,\lambda a} - \epsilon_{5,\lambda a} - (\epsilon_{6,\lambda b} - \epsilon_{5,\lambda b})(\Delta s_{\lambda a}/\Delta s_{\lambda b})} && (79)
\end{aligned}
$$

It will be understood that the $\Delta x$ term drops out from the saturation calculation because of the division. Thus, knowledge of the thickness of the primary constituents is not required to calculate saturation.

PULSE OXIMETRY MEASUREMENTS

A specific example of a physiological monitor utilizing a processor of the present invention to determine a secondary reference n'(t) for input to a correlation canceler that removes erratic motion-induced secondary signal portions is a pulse oximeter. Pulse oximetry may also be performed utilizing a processor of the present invention to determine a primary signal reference s'(t) which may be used for display purposes or for input to a correlation canceler to derive information about patient movement and venous blood oxygen saturation.

A pulse oximeter typically causes energy to propagate through a medium where blood flows close to the surface for example, an ear lobe, or a digit such as a finger, a forehead or a fetus' scalp. An attenuated signal is measured after propagation through or reflected from the medium. The pulse oximeter estimates the saturation of oxygenated blood.

Freshly oxygenated blood is pumped at high pressure from the heart into the arteries for use by the body. The volume of blood in the arteries varies with the heartbeat, giving rise to a variation in absorption of energy at the rate of the heartbeat, or the pulse.

Oxygen depleted, or deoxygenated, blood is returned to the heart by the veins along with unused oxygenated blood. The volume of blood in the veins varies with the rate of breathing, which is typically much slower than the heartbeat. Thus, when there is no motion induced variation in the thickness of the veins, venous blood causes a low frequency variation in absorption of energy. When there is motion induced variation in the thickness of the veins, the low frequency variation in absorption is coupled with the erratic variation in absorption due to motion artifact.

In absorption measurements using the transmission of energy through a medium, two light emitting diodes (LED's) are positioned on one side of a portion of the body where blood flows close to the surface, such as a finger, and a photodetector is positioned on the opposite side of the finger. Typically, in pulse oximetry measurements, one LED emits a visible wavelength, preferably red, and the other LED emits an infrared wavelength. However, one skilled in the art will realize that other wavelength combinations could be used. The finger comprises skin, tissue, muscle, both arterial blood and venous blood, fat, etc., each of which absorbs light energy differently due to different absorption coefficients, different concentrations, different thicknesses, and changing optical pathlengths. When the patient is not moving, absorption is substantially constant except for the flow of blood. The constant attenuation can be determined and subtracted from the signal via traditional filtering tech-

34

niques. When the patient moves, this causes perturbation such as changing optical pathlength due to movement of background fluids (e.g., venous blood having a different saturation than the arterial blood). Therefore, the measured signal becomes erratic. Erratic motion induced noise typically cannot be predetermined and/or subtracted from the measured signal via traditional filtering techniques. Thus, determining the oxygen saturation of arterial blood and venous blood becomes more difficult.

A schematic of a physiological monitor for pulse oximetry is shown in FIGS. 11–13. FIG. 11 depicts a general hardware block diagram of a pulse oximeter 299. A sensor 300 has two light emitters 301 and 302 such as LED's. One LED 301 emitting light of red wavelengths and another LED 302 emitting light of infrared wavelengths are placed adjacent a finger 310. A photodetector 320, which produces an electrical signal corresponding to the attenuated visible and infrared light energy signals is located opposite the LED's 301 and 302. The photodetector 320 is connected to front end analog signal conditioning circuity 330.

The front end analog signal conditioning circuitry 330 has outputs coupled to analog to digital conversion circuit 332. The analog to digital conversion circuitry 332 has outputs coupled to a digital signal processing system 334. The digital signal processing system 334 provides the desired parameters as outputs for a display 336. Outputs for display are, for example, blood oxygen saturation, heart rate, and a clean plethysmographic waveform.

The signal processing system also provides an emitter current control output 337 to a digital-to-analog converter circuit 338 which provides control information for light emitter drivers 340. The light emitter drivers 340 couple to the light emitters 301, 302. The digital signal processing system 334 also provides a gain control output 342 for the front end analog signal conditioning circuitry 330.

FIG. 11a illustrates a preferred embodiment for the combination of the emitter drivers 340 and the digital to analog conversion circuit 338. As depicted in FIG. 11a, the driver comprises first and second input latches 321, 322, a synchronizing latch 323, a voltage reference 324, a digital to analog conversion circuit 325, first and second switch banks 326, 327, first and second voltage to current converters 328, 329 and the LED emitters 301, 302 corresponding to the LED emitters 301, 302 of FIG. 11.

The preferred driver depicted in FIG. 11a is advantageous in that the present inventors recognized that much of the noise in the oximeter 299 of FIG. 11 is caused by the LED emitters 301, 302. Therefore, the emitter driver circuit of FIG. 11a is designed to minimize the noise from the emitters 301, 302. The first and second input latches 321, 324 are connected directly to the DSP bus. Therefore, these latches significantly minimizes the bandwidth (resulting in noise) present on the DSP bus which passes through to the driver circuitry of FIG. 11a. The output of the first and second input latches only changes when these latched detect their address on the DSP bus. The first input latch receives the setting for the digital to analog converter circuit 325. The second input latch receives switching control data for the switch banks 326, 327. The synchronizing latch accepts the synchronizing pulses which maintain synchronization between the activation of emitters 301, 302 and the analog to digital conversion circuit 332.

The voltage reference is also chosen as a low noise DC voltage reference for the digital to analog conversion circuit 325. In addition, in the present embodiment, the voltage reference has an lowpass output filter with a very low corner

5,632,272

35

frequency (e.g., 1 Hz in the present embodiment). The digital to analog converter 325 also has a lowpass filter at its output with a very low corner frequency (e.g., 1 Hz). The digital to analog converter provides signals for each of the emitters 301, 302.

In the present embodiment, the output of the voltage to current converters 328, 329 are switched such that with the emitters 301, 302 connected in back-to-back configuration, only one emitter is active an any given time. In addition, the voltage to current converter for the inactive emitter is switched off at its input as well, such that it is completely deactivated. This reduces noise from the switching and voltage to current conversion circuitry. In the present embodiment, low noise voltage to current converters are selected (e.g., Op 27 Op Amps), and the feedback loop is configured to have a low pass filter to reduce noise. In the present embodiment, the low pass filtering function of the voltage to current converter 328, 329 has a corner frequency of just above 625 Hz, which is the switching speed for the emitters, as further discussed below. Accordingly, the preferred driver circuit of FIG. 11a, minimizes the noise of the emitters 301, 302.

In general, the red and infrared light emitters 301, 302 each emits energy which is absorbed by the finger 310 and received by the photodetector 320. The photodetector 320 produces an electrical signal which corresponds to the intensity of the light energy striking the photodetector 320. The front end analog signal conditioning circuitry 330 receives the intensity signals and filters and conditions these signals as further described below for further processing. The resultant signals are provided to the analog-to-digital conversion circuitry 332 which converts the analog signals to digital signals for further processing by the digital signal processing system 334. The digital signal processing system 334 utilizes the two signals in order to provide a what will be called herein a "saturation transform." It should be understood, that for parameters other than blood saturation monitoring, the saturation transform could be better termed as a concentration transform, in-vivo transform, or the like, depending on the desired parameter. The term saturation transform is used to describe an operation which converts the sample data from time domain to saturation domain values as will be apparent from the discussion below. In the present embodiment, the output of the digital signal processing system 334 provides clean plethysmographic waveforms of the detected signals and provides values for oxygen saturation and pulse rate to the display 336.

It should be understood that in different embodiments of the present invention, one or more of the outputs may be provided. The digital signal processing system 334 also provides control for driving the light emitters 301, 302 with an emitter current control signal on the emitter current control output 337. This value is a digital value which is converted by the digital-to-analog conversion circuit 338 which provides a control signal to the emitter current drivers 340. The emitter current drivers 340 provide the appropriate current drive for the red emitter 301 and the infrared emitter 302. Further detail of the operation of the physiological monitor for pulse oximetry is explained below.

In the present embodiment, the light emitters are driven via the emitter current driver 340 to provide light transmission with digital modulation at 625 Hz. In the present embodiment, the light emitters 301, 302 are driven at a power level which provides an acceptable intensity for detection by the detector and for conditioning by the front end analog signal conditioning circuitry 330. Once this energy level is determined for a given patient by the digital

36

signal processing system 334, the current level for the red and infrared emitters is maintained constant. It should be understood, however, that the current could be adjusted for changes in the ambient room light and other changes which would effect the voltage input to the front end analog signal conditioning circuitry 330. In the present invention, the red and infrared light emitters are modulated as follows: for one complete 625 Hz red cycle, the red emitter 301 is activated for the first quarter cycle, and off for the remaining three-quarters cycle; for one complete 625 Hz infrared cycle, the infrared light emitter 302 is activated for one quarter cycle and is off for the remaining three-quarters cycle. In order to only receive one signal at a time, the emitters are cycled on and off alternatively, in sequence, with each only active for a quarter cycle per 625 Hz cycle and a quarter cycle separating the active times. The light signal is attenuated (amplitude modulated) by the pumping of blood through the finger 310 (or other sample medium). The attenuated (amplitude modulated) signal is detected by the photodetector 320 at the 625 Hz carrier frequency for the red and infrared light. Because only a single photodetector is used, the photodetector 320 receives both the red and infrared signals to form a composite time division signal.

The composite time division signal is provided to the front analog signal conditioning circuitry 330. Additional detail regarding the front end analog signal conditioning circuitry 330 and the analog to digital converter circuit 332 is illustrated in FIG. 12. As depicted in FIG. 12, the front end circuitry 330 has a preamplifier 342, a high pass filter 344, an amplifier 346, a programmable gain amplifier 348, and a low pass filter 350. The preamplifier 342 is a transimpedance amplifier that converts the composite current signal from the photodetector 320 to a corresponding voltage signal, and amplifies the signal. In the present embodiment, the preamplifier has a predetermined gain to boost the signal amplitude for ease of processing. In the present embodiment, the source voltages for the preamplifier 342 are −15 VDC and +15 VDC. As will be understood, the attenuated signal contains a component representing ambient light as well as the component representing the infrared or the red light as the case may be in time. If there is light in the vicinity of the sensor 300 other than the red and infrared light, this ambient light is detected by the photodetector 320. Accordingly, the gain of the preamplifier is selected in order to prevent the ambient light in the signal from saturating the preamplifier under normal and reasonable operating conditions.

In the present embodiment, the preamplifier 342 comprises an Analog Devices AD743JR OpAmp. This transimpedance amplifier is particularly advantageous in that it exhibits several desired features for the system described, such as: low equivalent input voltage noise, low equivalent input current noise, low input bias current, high gain bandwidth product, low total harmonic distortion, high common mode rejection, high open loop gain, and a high power supply rejection ratio.

The output of the preamplifier 342 couples as an input to the high pass filter 344. The output of the preamplifier also provides a first input 346 to the analog to digital conversion circuit 332. In the present embodiment, the high pass filter is a single-pole filter with a corner frequency of about ½–1 Hz. However, the corner frequency is readily raised to about 90 Hz in one embodiment. As will be understood, the 625 Hz carrier frequency of the red and infrared signals is well above a 90 Hz corner frequency. The high-pass filter 344 has an output coupled as an input to an amplifier 346. In the present embodiment, the amplifier 346 comprises a unity gain amplifier. However, the gain of the amplifier 346 is

5,632,272

37

adjustable by the variation of a single resistor. The gain of the amplifier 346 would be increased if the gain of the preamplifier 342 is decreased to compensate for the effects of ambient light.

The output of the amplifier 346 provides an input to a programmable gain converter 348. The programmable gain amplifier 348 also accepts a programming input from the digital signal processing system 334 on a gain control signal line 343. The gain of the programmable gain amplifier 348 is digitally programmable. The gain is adjusted dynamically at initialization or sensor placement for changes in the medium under test from patient to patient. For example, the signal from different fingers differs somewhat. Therefore, a dynamically adjustable amplifier is provided by the programmable gain amplifier 348 in order to obtain a signal suitable for processing.

The programmable gain amplifier is also advantageous in an alternative embodiment in which the emitter drive current is held constant. In the present embodiment, the emitter drive current is adjusted for each patient in order to obtain the proper dynamic range at the input of the analog to digital conversion circuit 332. However, changing the emitter drive current can alter the emitter wavelength, which in turn affects the end result in oximetry calculations. Accordingly, it would be advantageous to fix the emitter drive current for all patients. In an alternative embodiment of the present invention, the programmable gain amplifier can be adjusted by the DSP in order to obtain a signal at the input to the analog to digital conversion circuit which is properly within the dynamic range (+3 v to −3 v in the present embodiment) of the analog to digital conversion circuit 332. In this manner, the emitter drive current could be fixed for all patients, eliminating the wavelength shift due to emitter current drive changes.

The output of the programmable gain amplifier 348 couples as an input to a low-pass filter 350. Advantageously, the low pass filter 350 is a single-pole filter with a corner frequency of approximately 10 Khz in the present embodiment. This low pass filter provides anti-aliasing in the present embodiment.

The output of the low-pass filter 350 provides a second input 352 to the analog-to-digital conversion circuit 332. FIG. 12 also depicts additional defect of the analog-to-digital conversion circuit. In the present embodiment, the analog-to-digital conversion circuit 332 comprises a first analog-to-digital converter 354 and a second analog-to-digital converter 356. Advantageously, the first analog-to-digital converter 354 accepts input from the first input 346 to the analog-to-digital conversion circuit 332, and the second analog to digital converter 356 accepts input on the second input 352 to the analog-to-digital conversion circuitry 332.

In one advantageous embodiment, the first analog-to-digital converter 354 is a diagnostic analog-to-digital converter. The diagnostic task (performed by the digital signal processing system) is to read the output of the detector as amplified by the preamplifier 342 in order to determine if the signal is saturating the input to the high-pass filter 344. In the present embodiment, if the input to the high pass filter 344 becomes saturated, the front end analog signal conditioning circuits 330 provides a '0' output. Alternatively, the first analog-to-digital converter 354 remains unused.

The second analog-to-digital converter 356 accepts the conditioned composite analog signal from the front end signal conditioning circuitry 330 and converts the signal to digital form. In the present embodiment, the second analog

38

to digital converter 356 comprises a single-channel, delta-sigma converter. In the present embodiment, a Crystal Semiconductor CS5317-KS delta-sigma analog to digital converter is used. Such a converter is advantageous in that it is low cost, and exhibits low noise characteristics. More specifically, a delta-sigma converter consists of two major portions, a noise modulator and a decimation filter. The selected converter uses a second order analog delta-sigma modulator to provide noise shaping. Noise shaping refers to changing the noise spectrum from a flat response to a response where noise at the lower frequencies has been reduced by increasing noise at higher frequencies. The decimation filter then cuts out the reshaped, higher frequency noise to provide 16-bit performance at a lower frequency. The present converter samples the data 128 times for every 16 bit data word that it produces. In this manner, the converter provides excellent noise rejection, dynamic range and low harmonic distortion, that help in critical measurement situations like low perfusion and electrocautery.

In addition, by using a single-channel converter, there is no need to tune two or more channels to each other. The delta-sigma converter is also advantageous in that it exhibits noise shaping, for improved noise control. An exemplary analog to digital converter is a Crystal Semiconductor CS5317. In the present embodiment, the second analog to digital converter 356 samples the signal at a 20 Khz sample rate. The output of the second analog to digital converter 356 provides data samples at 20 Khz to the digital signal processing system 334 (FIG. 11).

The digital signal processing system 334 is illustrated in additional detail in FIG. 13. In the present embodiment, the digital signal processing system comprises a microcontroller 360, a digital signal processor 362, a program memory 364, a sample buffer 366, a data memory 368, a read only memory 370 and communication registers 372. In the present embodiment, the digital signal processor 362 is an Analog Devices AD 21020. In the present embodiment, the microcontroller 360 comprises a Motorola 68HC05, with built in program memory. In the present embodiment, the sample buffer 366 is a buffer which accepts the 20 Khz sample data from the analog to digital conversion circuit 332 for storage in the data memory 368. In the present embodiment, the data memory 368 comprises 32 KWords (words being 40 bits in the present embodiment) of static random access memory.

The microcontroller 360 is connected to the DSP 362 via a conventional JTAG Tap line. The microcontroller 360 transmits the boot loader for the DSP 362 to the program memory 364 via the Tap line, and then allows the DSP 362 to boot from the program memory 364. The boot loader in program memory 364 then causes the transfer of the operating instructions for the DSP 362 from the read only memory 370 to the program memory 364. Advantageously, the program memory 364 is a very high speed memory for the DSP 362.

The microcontroller 360 provides the emitter current control and gain control signals via the communications register 372.

FIGS. 14–20 depict functional block diagrams of the operations of the pulse oximeter 299 carried out by the digital signal processing system 334. The signal processing functions described below are carried out by the DSP 362 in the present embodiment with the microcontroller 360 providing system management. In the present embodiment, the operation is software/firmware controlled. FIG. 14 depicts a

5,632,272

**39**

generalized functional block diagram for the operations performed on the 20 Khz sample data entering the digital signal processing system 334. As illustrated in FIG. 14, a demodulation, as represented in a demodulation module 400, is first performed. Decimation, as represented in a decimation module 402 is then performed on the resulting data. Certain statistics are calculated, as represented in a statistics module 404 and a saturation transform is performed, as represented in a saturation transform module 406, on the data resulting from the decimation operation. The data subjected to the statistics operations and the data subjected to the saturation transform operations are forwarded to saturation operations, as represented by a saturation calculation module 408 and pulse rate operations, as represented in a pulse rate calculation module 410.

In general, the demodulation operation separates the red and infrared signals from the composite signal and removes the 625 Hz carrier frequency, leaving raw data points. The raw data points are provided at 625 Hz intervals to the decimation operation which reduces the samples by an order of 10 to samples at 62.5 Hz. The decimation operation also provides some filtering on the samples. The resulting data is subjected to statistics and to the saturation transform operations in order to calculate a saturation value which is very tolerant to motion artifacts and other noise in the signal. The saturation value is ascertained in the saturation calculation module 408, and a pulse rate and a clean plethysmographic waveform is obtained through the pulse rate module 410. Additional detail regarding the various operations is provided in connection with FIGS. 15–21.

FIG. 15 illustrates the operation of the demodulation module 400. The modulated signal format is depicted in FIG. 15. One full 625 Hz cycle of the composite signal is depicted in FIG. 15 with the first quarter cycle being the active red plus ambient light signal, the second quarter cycle being an ambient light signal, the third quarter cycle being the active infrared plus ambient light signal, and the fourth quarter cycle being an ambient light signal. As depicted in FIG. 15, with a 20 KHz sampling frequency, the single full cycle at 625 Hz described above comprises 32 samples of 20 KHz data, eight samples relating to red plus ambient light, eight samples relating to ambient light, eight samples relating to infrared plus ambient light, and finally eight samples related to ambient light.

Because the signal processing system 334 controls the activation of the light emitters 300, 302, the entire system is synchronous. The data is synchronously divided (and thereby demodulated) into four 8-sample packets, with a time division demultiplexing operation as represented in a demultiplexing module 421. One eight-sample packet 422 represents the red plus ambient light signal; a second eight-sample packet 424 represents an ambient light signal; a third eight-sample packet 426 represents the attenuated infrared light plus ambient light signal; and a fourth eight-sample packet 428 represents the ambient light signal. A select signal synchronously controls the demultiplexing operation so as to divide the time-division multiplexed composite signal at the input of the demultiplexer 421 into its four subparts.

A sum of the last four samples from each packet is then calculated, as represented in the summing operations 430, 432, 434, 436 of FIG. 15. In the present embodiment, the last four samples are used because a low pass filter in the analog to digital converter 356 of the present embodiment has a settling time. Thus, collecting the last four samples from each 8-sample packet allows the previous signal to clear. This summing operation provides an integration operation

**40**

which enhances noise immunity. The sum of the respective ambient light samples is then subtracted from the sum of the red and infrared samples, as represented in the subtraction modules 438, 440. The subtraction operation provides some attenuation of the ambient light signal present in the data. In the present embodiment, it has been found that approximately 20 dB attenuation of the ambient light is provided by the operations of the subtraction modules 438, 440. The resultant red and infrared sum values are divided by four, as represented in the divide by four modules 442, 444. Each resultant value provides one sample each of the red and infrared signals at 625 Hz.

It should be understood that the 625 Hz carrier frequency has been removed by the demodulation operation 400. The 625 Hz sample data at the output of the demodulation operation 400 is sample data without the carrier frequency. In order to satisfy Nyquist sampling requirements, less than 20 Hz is needed (understanding that the human pulse is about 25 to 250 beats per minute, or about 0.4 Hz–4 Hz). Accordingly, the 625 Hz resolution is reduced to 62.5 Hz in the decimation operation.

FIG. 16 illustrates the operations of the decimation module 402. The red and infrared sample data is provided at 625 Hz to respective red and infrared buffer/filters 450, 452. In the present embodiment, the red and infrared buffer/filters are 519 samples deep. Advantageously, the buffer filters 450, 452 function as continuous first-in, first-out buffers. The 519 samples are subjected to low-pass filtering. Preferably, the low-pass filtering has a cutoff frequency of approximately 7.5 Hz with attenuation of approximately –110 dB. The buffer/filters 450, 452 form a Finite Impulse Response (FIR) filter with coefficients for 519 taps. In order to reduce the sample frequency by ten, the low-pass filter calculation is performed every ten samples, as represented in respective red and infrared decimation by 10 modules 454, 456. In other words, with the transfer of each new ten samples into the buffer/filters 450, 452, a new low pass filter calculation is performed by multiplying the impulse response (coefficients) by the 519 filter taps. Each filter calculation provides one output sample for respective red and infrared output buffers 458, 460. In the present embodiment, the red and infrared output buffers 458, 460 are also continuous FIFO buffers that hold 570 samples of data. The 570 samples provide respective infrared and red samples or packets (also denoted "snapshot" herein) of samples. As depicted in FIG. 14, the output buffers provide sample data for the statistics operation module 404, saturation transform module 406, and the pulse rate module 410.

FIG. 17 illustrates additional functional operation details of the statistics module 404. In summary, the statistics module 404 provides first order oximetry calculations and RMS signal values for the red and infrared channels. The statistics module also provides a cross-correlation output which indicates a cross-correlation between the red and infrared signals.

As represented in FIG. 17, the statistics operation accepts two packets of samples (e.g., 570 samples at 62.5 Hz in the present embodiment) representing the attenuated infrared and red signals, with the carrier frequency removed. The respective packets for infrared and red signals are normalized with a log function, as represented in the Log modules 480, 482. The normalization is followed by removal of the DC portion of the signals, as represented in the DC Removal modules 484,486. In the present embodiment, the DC removal involves ascertaining the DC value of the first one of the samples (or the mean of the first several or the mean of an entire snapshot) from each of the respective red and

5,632,272

41

infrared snapshots, and removing this DC value from all samples in the respective packets.

Once the DC signal is removed, the signals are subjected to bandpass filtering, as represented in red and infrared Bandpass Filter modules **488,490**. In the present embodiment, with 570 samples in each packet, the bandpass filters are configured with 301 taps to provide a FIR filter with a linear phase response and little or no distortion. In the present embodiment, the bandpass filter has a pass band from 34 beats/minute to 250 beats/minute. The 301 taps slide over the 570 samples in order to obtain 270 filtered samples representing the filtered red signal and 270 filtered samples representing the filtered infrared signal. In an ideal case, the bandpass filters **488, 490** remove the DC in the signal. However, the DC removal operations **484, 486** assist in DC removal in the present embodiment.

After filtering, the last 120 samples from each packet (of now 270 samples in the present embodiment) are selected for further processing as represented in Select Last 120 Samples modules **492, 494**. The last 120 samples are selected because, in the present embodiment, the first 150 samples fall within the settling time for the Saturation Transfer module **406**, which processes the same data packets, as further discussed below.

Conventional saturation equation calculations are performed on the red and infrared 120-sample packets. In the present embodiment, the conventional saturation calculations are performed in two different ways. For one calculation, the 120-sample packets are processed to obtain their overall RMS value, as represented in the first red and infrared RMS modules **496, 498**. The resultant RMS values for red and infrared signals provide input values to a first RED_RMS/IR_RMS ratio operation **500**, which provides the RMS red value to RMS infrared value ratio as an input to a saturation equation module **502**. As well understood in the art, the ratio of the intensity of red to infrared attenuated light as detected for known red and infrared wavelengths (typically $\lambda_{red}$=650 nm and $\lambda_{IR}$=910 nm) relates to the oxygen saturation of the patient. Accordingly, the saturation equation module **502** represents a conventional look-up table or the like which, for predetermined ratios, provides known saturation values at its output **504**. The red and infrared RMS values are also provided as outputs of the statistics module **404**.

In addition to the conventional saturation operation **502**, the 120-sample packets are subjected to a cross-correlation operation as represented in a first cross-correlation module **506**. The first cross-correlation module **506** determines if good correlation exists between the infrared and red signals. This cross correlation is advantageous for detecting defective or otherwise malfunctioning detectors. The cross correlation is also advantageous in detecting when the signal model (i.e., the model of Equations (1)–(3)) is satisfied. If correlation becomes too low between the two channels, the signal model is not met. In order to determine this, the normalized cross correlation can be computed by the cross-correlation module **506** for each snapshot of data. One such correlation function is as follows:

$$\frac{\Sigma \, S_1 S_2}{\sqrt{\Sigma \, S_1{}^2 \, \Sigma \, S_2{}^2}}$$

If the cross correlation is too low, the oximeter **299** provides a warning (e.g., audible, visual, etc.) to the operator. In the present embodiment, if a selected snapshot yields a normalized correlation of less than 0.75, the snapshot does

42

not qualify. Signals which satisfy the signal model will have a correlation greater than the threshold.

The red and infrared 120-sample packets are also subjected to a second saturation operation and cross correlation in the same manner as described above, except the 120 samples are divided into 5 equal bins of samples (i.e., 5 bins of 24 samples each). The RMS, ratio, saturation, and cross correlation operations are performed on a bin-by-bin basis. These operations are represented in the Divide Into Five Equal Bins modules **510, 512**, the second red and infrared RMS modules **514, 516**, the second RED-RMS/IR-RMS ratio module **518**, the second saturation equation module **520** and the second cross correlation module **522** in FIG. 17.

FIG. 18 illustrates additional detail regarding the saturation transform module **406** depicted in FIG. 14. As illustrated in FIG. 18, the saturation transform module **406** comprises a reference processor **530**, a correlation canceler **531**, a master power curve module **554**, and a bin power curve module **533**. The saturation transform module **406** can be correlated to FIG. 7a which has a reference processor **26** and a correlation canceler **27** and an integrator **29** to provide a power curve for separate signal coefficients as depicted in FIG. 7c. The saturation transform module **406** obtains a saturation spectrum from the snapshots of data. In other words, the saturation transform **406** provides information of the saturation values present in the snapshots.

As depicted in FIG. 18, the reference processor **530** for the saturation transform module **406** has a saturation equation module **532**, a reference generator module **534**, a DC removal module **536** and a bandpass filter module **538**. The red and infrared 570-sample packets from the decimation operation are provided to the reference processor **530**. In addition, a plurality of possible saturation values (the "saturation axis scan") are provided as input to the saturation reference processor **530**. In the present embodiment, 117 saturation values are provided as the saturation axis scan. In a preferred embodiment, the 117 saturation values range uniformly from a blood oxygen saturation of 34.8 to 105.0. Accordingly, in the present embodiment, the 117 saturation values provide an axis scan for the reference processor **530** which generates a reference signal for use by the correlation canceler **531**. In other words, the reference processor is provided with each of the saturation values, and a resultant reference signal is generated corresponding to the saturation value. The correlation canceler is formed by a joint process estimator **550** and a low pass filter **552** in the present embodiment.

It should be understood that the scan values could be chosen to provide higher or lower resolution than 117 scan values. The scan values could also be non-uniformly spaced.

As illustrated in FIG. 18, the saturation equation module **532** accepts the saturation axis scan values as an input and provides a ratio "$r_n$" as an output. In comparison to the general discussion of FIG. 7a–7c, this ratio "$r_n$" corresponds to the plurality of scan value discussed above in general. The saturation equation simply provides a known ratio "r" (red/infrared) corresponding to the saturation value received as an input.

The ratio "$r_n$" is provided as an input to the reference generator **534**, as are the red and infrared sample packets. The reference generator **534** multiplies either the red or infrared samples by the ratio "$r_n$" and subtracts the value from the infrared or red samples, respectively. For instance, in the present embodiment, the reference generator **534** multiplies the red samples by the ratio "$r_n$" and subtracts this value from the infrared samples. The resulting values

5,632,272

43

become the output of the reference generator **534**. This operation is completed for each of the saturation scan values (e.g., 117 possible values in the present embodiment). Accordingly, the resultant data can be described as 117 reference signal vectors of 570 data points each, hereinafter referred to as the reference signal vectors. This data can be stored in an array or the like.

In other words, assuming that the red and infrared sample packets represent the red $S_{red}(t)$ and infrared $S_{IR}(t)$ measured signals which have primary $s(t)$ and secondary $n(t)$ signal portions, the output of the reference generator becomes the secondary reference signal $n'(t)$, which complies with the signal model defined above, as follows:

$$n'(t)=S_{ir}(t)-r_n S_{red}(t)$$

In the present embodiment, the reference signal vectors and the infrared signal are provided as input to the DC removal module **536** of the reference processor **530**. The DC removal module **536**, like the DC removal modules **484, 486** in the statistics module **404**, ascertains the DC value of the first of the samples for the respective inputs (or mean of the first several or all samples in a packet) and subtracts the respective DC baseline from the sample values. The resulting sample values are subjected to a bandpass filter **538**.

The bandpass filter **538** of the reference processor **530** performs the same type of filtering as the bandpass filters **488, 490** of the statistics module **404**. Accordingly, each set of 570 samples subjected to bandpass filtering results in 270 remaining samples. The resulting data at a first output **542** of the bandpass filter **538** is one vector of 270 samples (representing the filtered infrared signal in the present embodiment). The resulting data at a second output **540** of the bandpass filter **538**, therefore, is 117 reference signal vectors of 270 data points each, corresponding to each of the saturation axis scan values provided to the saturation reference processor **530**.

It should be understood that the red and infrared sample packets may be switched in their use in the reference processor **530**. In addition, it should be understood that the DC removal module **536** and the bandpass filter module **538** can be executed prior to input of the data to the reference processor **530** because the calculations performed in the reference processor are linear. This results in a significant processing economy.

The outputs of the reference processor **530** provide first and second inputs to a joint process estimator **550** of the type described above with reference to FIG. **8**. The first input to the joint process estimator **550** is the 270-sample packet representing the infrared signal in the present embodiment. This signal contains primary and secondary signal portions. The second input to the joint process estimator is the **117** reference signal vectors of 270 samples each.

The joint process estimator also receives a lambda input **543**, a minimum error input **544** and a number of cells configuration input **545**. These parameters are well understood in the art. The lambda parameter is often called the "forgetting parameter" for a joint process estimator. The lambda input **543** provides control for the rate of cancellation for the joint process estimator. In the present embodiment, lambda is set to a low value such as 0.8. Because statistics of the signal are non-stationary, a low value improves tracking. The minimum error input **544** provides an initialization parameter (conventionally known as the "initialization value") for the joint process estimator **550**. In the present embodiment, the minimum error value is $10^{-6}$. This initialization parameter prevents the joint process estimator **500** from dividing by zero upon initial calcula-

44

tions. The number of cells input **545** to the joint process estimator **550** configures the number of cells for the joint process estimator. In the present embodiment, the number of cells for the saturation transform operation **406** is six. As well understood in the art, for each sine wave, the joint process estimator requires two cells. If there are two sine waves in the 35–250 beats/minute range, six cells allows for the two heart beat sine waves and one noise sine wave.

The joint process estimator **550** subjects the first input vector on the first input **542** to a correlation cancellation based upon each of the plurality of reference signal vectors provided in the second input **540** to the correlation canceler **531** (all 117 reference vectors in sequence in the present embodiment). The correlation cancellation results in a single output vector for each of the 117 reference vectors. Each output vector represents the information that the first input vector and the corresponding reference signal vector do not have in common. The resulting output vectors are provided as an output to the joint process estimator, and subjected to the low pass filter module **552**. In the present embodiment, the low pass filter **552** comprises a FIR filter with 25 taps and with a corner frequency of 10 Hz with the sampling frequency of 62.5 Hz (i.e., at the decimation frequency).

The joint process estimator **550** of the present embodiment has a settling time of 150 data points. Therefore, the last 120 data points from each 270 point output vector are used for further processing. In the present embodiment, the output vectors are further processed together as a whole, and are divided into a plurality of bins of equal number of data points. As depicted in FIG. **18**, the output vectors are provided to a master power curve module **554** and to a Divide into five Equal Bins module **556**. The Divide into Five Equal Bins module **556** divides each of the output vectors into five bins of equal number of data points (e.g., with 120 data points per vector, each bin has 24 data points). Each bin is then provided to the Bin Power Curves module **558**.

The Master Power Curve module **554** performs a saturation transform as follows: for each output vector, the sum of the squares of the data points is ascertained. This provides a sum of squares value corresponding to each output vector (each output vector corresponding to one of the saturation scan values). These values provide the basis for a master power curve **555**, as further represented in FIG. **22**. The horizontal axis of the power curve represents the saturation axis scan values and the vertical axis represents the sum of squares value (or output energy) for each output vector. In other words, as depicted in FIG. **22**, each of the sum of squares could be plotted with the magnitude of the sum of squares plotted on the vertical "energy output" axis at the point on the horizontal axis of the corresponding saturation scan value which generated that output vector. This results in a master power curve **558**, an example of which is depicted in FIG. **22**. This provides a saturation transform in which the spectral content of the attenuated energy is examined by looking at every possible saturation value and examining the output value for the assumed saturation value. As will be understood, where the first and second inputs to the correlation canceler **531** are mostly correlated, the sum of squares for the corresponding output vector of the correlation canceler **531** will be very low. Conversely, where the correlation between the first and second inputs to the correlation canceler **531** are not significantly correlated, the sum of squares of the output vector will be high. Accordingly, where the spectral content of the reference signal and the first input to the correlation canceler are made up mostly of physiological (e.g., movement of venous blood

5,632,272

45

due to respiration) and nonphysiological (e.g., motion induced) noise, the output energy will be low. Where the spectral content of the reference signal and the first input to the correlation canceler are not correlated, the output energy will be much higher.

A corresponding transform is completed by the Bin Power Curves module 558, except a saturation transform power curve is generated for each bin. The resulting power curves are provided as the outputs of the saturation transform module 406.

In general, in accordance with the signal model of the present invention, there will be two peaks in the power curves, as depicted in FIG. 22. One peak corresponds to the arterial oxygen saturation of the blood, and one peak corresponds to the venous oxygen concentration of the blood. With reference to the signal model of the present invention, the peak corresponding to the highest saturation value (not necessarily the peak with the greatest magnitude) corresponds to the proportionality coefficient $r_a$. In other words, the proportionality coefficient $r_a$ corresponds to the red/ infrared ratio which will be measured for the arterial saturation. Similarly, peak that corresponds to the lowest saturation value (not necessarily the peak with the lowest magnitude) will generally correspond to the venous oxygen saturation, which corresponds to the proportionality coefficient $r_v$ in the signal model of the present invention. Therefore, the proportionality coefficient $r_v$ will be a red/ infrared ratio corresponding to the venous oxygen saturation.

In order to obtain arterial oxygen saturation, the peak in the power curves corresponding to the highest saturation value could be selected. However, to improve confidence in the value, further processing is completed. FIG. 19 illustrates the operation of the saturation calculation module 408 based upon the output of the saturation transform module 406 and the output of the statistics module 404. As depicted in FIG. 19, the bin power curves and the bin statistics are provided to the saturation calculation module 408. In the present embodiment, the master power curves are not provided to the saturation module 408 but can be displayed for a visual check on system operation. The bin statistics contain the red and infrared RMS values, the seed saturation value, and a value representing the cross-correlation between the red and infrared signals from the statistics module 404.

The saturation calculation module 408 first determines a plurality of bin attributes as represented by the Compute Bin Attributes module 560. The Compute Bin Attributes module 560 collects a data bin from the information from the bin power curves and the information from the bin statistics. In the present embodiment, this operation involves placing the saturation value of the peak from each power curve corresponding to the highest saturation value in the data bin. In the present embodiment, the selection of the highest peak is performed by first computing the first derivative of the power curve in question by convolving the power curve with a smoothing differentiator filter function. In the present embodiment, the smoothing differentiator filter function (using a FIR filter) has the following coefficients:

0.014964670230367
0.098294046682706
0.204468276324813
2.717182664241813
5.704485606695227
0.000000000000000
−5.704482606695227
−2.717182664241813

46

−0.204468276324813
−0.098294046682706
−0.014964670230367

This filter performs the differentiation and smoothing. Next, each point in the original power curve in question is evaluated and determined to be a possible peak if the following conditions are met: (1) the point is at least 2% of the maximum value in the power curve; (2) the value of the first derivative changes from greater than zero to less than or equal to zero. For each point that is found to be a possible peak, the neighboring points are examined and the largest of the three points is considered to be the true peak.

The peak width for these selected peaks is also calculated. The peak width of a power curve in question is computed by summing all the points in the power curve and subtracting the product of the minimum value in the power curve and the number of points in the power curve. In the present embodiment, the peak width calculation is applied to each of the bin power curves. The maximum value is selected as the peak width.

In addition, the infrared RMS value from the entire snapshot, the red RMS value, the seed saturation value for each bin, and the cross correlation between the red and infrared signals from the statistics module 404 are also placed in the data bin. The attributes are then used to determine whether the data bin consists of acceptable data, as represented in a Bin Qualifying Logic module 562.

If the correlation between the red and infrared signals is too low, the bin is discarded. If the saturation value of the selected peak for a given bin is lower than the seed saturation for the same bin, the peak is replaced with the seed saturation value. If either red or infrared RMS value is below a very small threshold, the bins are all discarded, and no saturation value is provided, because the measured signals are considered to be too small to obtain meaningful data. If no bins contain acceptable data, the exception handling module 563 provides a message to the display 336 that the data is erroneous.

If some bins qualify, those bins that qualify as having acceptable data are selected, and those that do not qualify are replaced with the average of the bins that are accepted. Each bin is given a time stamp in order to maintain the time sequence. A voter operation 565 examines each of the bins and selects the three highest saturation values. These values are forwarded to a clip and smooth operation 566.

The clip and smooth operation 566 basically performs averaging with a low pass filter. The low pass filter provides adjustable smoothing as selected by a Select Smoothing Filter module 568. The Select Smoothing Filter module 568 performs its operation based upon a confidence determination performed by a High Confidence Test module 570. The high confidence test is an examination of the peak width for the bin power curves. The width of the peaks provides some indication of motion by the patient—wider peaks indicating motion. Therefore, if the peaks are wide, the smoothing filter is slowed down. If peaks are narrow, the smoothing filter speed is increased. Accordingly, the smoothing filter 566 is adjusted based on the confidence level. The output of the clip and smooth module 566 provides the oxygen saturation values in accordance with the present invention.

In the presently preferred embodiment, the clip and smooth filter 566 takes each new saturation value and compares it to the current saturation value. If the magnitude of the difference is less than 16 (percent oxygen saturation) then the value is pass. Otherwise, if the new saturation value is less than the filtered saturation value, the new saturation value is changed to 16 less than the filtered saturation value.

5,632,272

47                                                           48

If the new saturation value is greater than the filtered saturation value, then the new saturation value is changed to 16 more than the filtered saturation value.

During high confidence (no motion), the smoothing filter is a simple one-pole or exponential smoothing filter which is computed as follows:

$$y(n)=0.6*x(n)+0.4*y(n-1)$$

where $x(n)$ is the clipped new saturation value, and $y(n)$ is the filtered saturation value.

During motion condition, a three-pole IIR (infinite impulse response) filter is used. Its characteristics are controlled by three time constants $t_a$, $t_b$, and $t_c$ with values of 0.985, 0.900, and 0.94 respectively. The coefficients for a direct form I, IIR filter are computed from these time constants using the following relationships:

$$a_0=0$$

$$a_1=t_b+(t_c)(t_a+t_b)$$

$$a_2=(-t_b)(t_c)(t_a+t_b+(t_c)(t_a))$$

$$a_3=(t_b)^2(t_c)^2(t_a)$$

$$b_0=1-t_b-(t_c)(t_a+(t_c)(t_b))$$

$$b_1=2(t_b)(t_c)(t_a-1)$$

$$b_2=(t_b)(t_c)(t_b+(t_c)(t_a)-(t_b)(t_c)(t_a)-t_a)$$

FIG. 20 and 21 illustrate the pulse rate module 410 (FIG. 14) in greater detail. As illustrated in FIG. 20, the heart rate module 410 has a transient removal and bandpass filter module 578, a motion artifact suppression module 580, a saturation equation module 582, a motion status module 584, first and second spectral estimation modules 586, 588, a spectrum analysis module 590, a slew rate limiting module 592, an output filter 594, and an output filter coefficient module 596.

As further depicted in FIG. 20, the heart rate module accepts the infrared and red 570-sample snapshots from the output of the decimation module 402. The heart rate module 410 further accepts the saturation value which is output from the saturation calculation module 408. In addition, the maximum peak width as calculated by the confidence test module 570 (same as peak width calculation described above) is also provided as an input to the heart rate module 410. The infrared and red sample packets, the saturation value and the output of the motion status module are provided to the motion artifact suppression module 580.

The average peak width value provides an input to a motion status module 584. In the present embodiment, if the peaks are wide, this is taken as an indication of motion. If motion is not detected, spectral estimation on the signals is carried out directly without motion artifact suppression.

In the case of motion, motion artifacts are suppressed using the motion artifact suppression module 580. The motion artifact suppression module 580 is nearly identical to the saturation transform module 406. The motion artifact suppression module 580 provides an output which connects as an input to the second spectral estimation module 588. The first and second spectral estimation modules 586, 588 have outputs which provide inputs to the spectrum analysis module 590. The spectrum analysis module 590 also receives an input which is the output of the motion status module 584. The output of the spectrum analysis module 590 is the initial heart rate determination of the heart rate module 410 and is provided as input to the slew rate limiting

module 592. The slew rate limiting module 592 connects to the output filter 594. The output filter 594 also receives an input from the output filter coefficient module 596. The output filter 594 provides the filtered heart rate for the display 336 (FIG. 11).

In the case of no motion, one of the signals (the infrared signal in the present embodiment) is subjected to DC removal and bandpass filtering as represented in the DC removal and bandpass filter module 578. The DC removal and bandpass filter module 578 provide the same filtering as the DC removal and bandpass filter modules 5536, 538. During no motion conditions, the filtered infrared signal is provided to the first spectral estimation module 586.

In the present embodiment, the spectral estimation comprises a Chirp Z transform that provides a frequency spectrum of heart rate information. The Chirp Z transform is used rather than a conventional Fourier Transform because a frequency range for the desired output can be designated in a Chirp Z transform. Accordingly, in the present embodiment, a frequency spectrum of the heart rate is provided between 30 and 250 beats/minute. In the present embodiment, the frequency spectrum is provided to a spectrum analysis module 590 which selects the first harmonic from the spectrum as the pulse rate. Usually, the first harmonic is the peak in the frequency spectrum that has the greatest magnitude and represents the pulse rate. However, in certain conditions, the second or third harmonic can exhibit the greater magnitude. With this understanding, in order to select the first harmonic, the first peak that has an amplitude of at least 1/20 th of the largest peak in the spectrum is selected). This minimizes the possibility of selecting as the heart rate a peak in the Chirp Z transform caused by noise.

In the case of motion, a motion artifact suppression is completed on the snapshot with the motion artifact suppression module 580. The motion artifact suppression module 580 is depicted in greater detail in FIG. 21. As can be seen in FIG. 21, the motion artifact suppression module 580 is nearly identical to the saturation transform module 406 (FIG. 18). Accordingly, the motion artifact suppression module has a motion artifact reference processor 570 and a motion artifact correlation canceler 571.

The motion artifact reference processor 570 is the same as the reference processor 530 of the saturation transform module 406. However, the reference processor 570 utilizes the saturation value from the saturation module 408, rather than completing an entire saturation transform with the 117 saturation scan values. The reference processor 570, therefore, has a saturation equation module 581, a reference generator 582, a DC removal module 583, and a bandpass filter module 585. These modules are the same as corresponding modules in the saturation transform reference processor 530. In the present embodiment, the saturation equation module 581 receives the arterial saturation value from the saturation calculation module 408 rather than doing a saturation axis scan as in the saturation transform module 406. This is because the arterial saturation has been selected, and there is no need to perform an axis scan. Accordingly, the output of the saturation equation module 581 corresponds to the proportionality constant $r_a$ (i.e., the expected red to infrared ratio for the arterial saturation value). Otherwise, the reference processor 570 performs the same function as the reference processor 530 of the saturation transform module 406.

The motion artifact correlation canceler 571 is also similar to the saturation transform correlation canceler 531 (FIG. 18). However, the motion artifact suppression correlation

5,632,272

49                                                                50

canceler **571** uses a slightly different motion artifact joint process estimator **572**. Accordingly, the motion artifact suppression correlation canceler **571** has a joint process estimator **572** and a low-pass filter **573**. The motion artifact joint process estimator **572** differs from the saturation transform joint process estimator **550** in that there are a different number of cells (between 6 and 10 in the present embodiment), as selected by the Number of Cells input **574**, in that the forgetting parameter differs (0.98 in the present embodiment), and in that the time delay due to adaptation differs. The low-pass filter **573** is the same as the low pass filter **552** of the saturation transform correlation canceler **531**.

Because only one saturation value is provided to the reference processor, only one output vector of 270 samples results at the output of the motion artifact suppression correlation canceler **571** for each input packet of 570 samples. In the present embodiment, where the infrared wavelength is provided as a first input to the correlation canceler, the output of the correlation canceler **571** provides a clean infrared waveform. It should be understood that, as described above, the infrared and red wavelength signals could be switched such that a clean red waveform is provided at the output of the motion artifact suppression correlation canceler **571**. The output of the correlation canceler **571** is a clean waveform because the actual saturation value of the patient is known which allows the reference processor **570** to generate a noise reference for inputting to the correlation canceler **571** as the reference signal. The clean waveform at the output of the motion artifact suppression module **580** is a clean plethysmograph waveform which can be forwarded to the display **336**.

As described above, an alternative joint process estimator uses the QRD least squares lattice approach (FIG. 8a, 9a and 10a). Accordingly, the joint process estimator **573** (as well as the joint process estimator **550**) could be replaced with a joint process estimator executing the QRD least squares lattice operation.

FIG. 21a depicts an alternative embodiment of the motion artifact suppression module with a joint process estimator **572a** replacing the joint process estimator **572**. The joint process estimator **572a** comprises a QRD least squares lattice system as in FIG. 10a. In accordance with this embodiment, different initialization parameters are used as necessary for the QRD algorithm.

The initialization parameters are referenced in FIG. 21a as "Number of Cells," "Lambda," "MinSumErr," "GamsInit," and "SumErrInit." Number of Cells and Lambda correspond to like parameters in the joint process estimator **572**. GamsInit corresponds to the $\gamma$ initialization variable for all stages except the zero order stage, which as set forth in the QRD equations above is initialized to '1'. SumErrInit provides the $\delta$ initialization parameter referenced above in the QRD equations. In order to avoid overflow, the larger of the actual calculated denominator at each division in the QRD equations and MinSumErr is used. In the present embodiment, the preferred initialization parameters are as follows:

Number of Cells=6

Lambda=0.8

MinSumErr=$10^{-20}$

GamsInit=$10^{-2}$

SumErrInit=$10^{-6}$.

The clean waveform output from the motion artifact suppression module **580** also provides an input to the second spectral estimation module **588**. The second spectral estimation module **588** performs the same Chirp Z transform as

the first spectral estimation module **586**. In the case of no motion, the output from the first spectral estimation module **586** is provided to the spectrum analysis module **586**; in the case of motion, the output from the second spectral estimation module **588** is provided to a spectrum analysis module **590**. The spectrum analysis module **590** examines the frequency spectrum from the appropriate spectral estimation module to determine the pulse rate. In the case of motion, the spectrum analysis module **590** selects the peak in the spectrum with the highest amplitude, because the motion artifact suppression module **580** attenuates all other frequencies to a value below the actual heart rate peak. In the case of no motion, the spectrum analysis module selects the first harmonic in the spectrum as the heart rate as described above.

The output of the spectrum analysis module **590** provides the raw heart rate as an input to the slew rate limiting module **592**, which provides an input to an output filter **594**. In the present embodiment, the slew rate limiting module **592** prevents changes greater that 20 beats/minute per 2 second interval.

The output filter **594** comprises an exponential smoothing filter similar to the exponential smoothing filter described above with respect to the clip and smooth filter **566**. The output filter is controlled via an output filter coefficient module **596**. If motion is large, this filter is slowed down, if there is little or no motion, this filter can sample much faster and still maintain a clean value. The output from the output filter **594** is the pulse of the patient, which is advantageously provided to the display **336**.

Alternative To Saturation Transform Module—Bank Of Filters

An alternative to the saturation transform of the saturation transform module **406** can be implemented with a bank of filters as depicted in FIG. 23. As seen in FIG. 23, two banks of filters, a first filter bank **600** and a second filter bank **602** are provided. The first filter bank **600** receives a first measured signal $S_{\lambda b}(t)$ (the infrared signal samples in the present embodiment) on a corresponding first filter bank input **604**, and the second filter bank **602** receives a second measured signal $S_{\lambda a}(t)$ (the red samples in the present embodiment) on a corresponding second filter bank input **606**. In a preferred embodiment, the first and second filter banks utilize static recursive polyphase bandpass filters with fixed center frequencies and corner frequencies. Recursive polyphase filters are described in an article Harris, et. al. "Digital Signal Processing With Efficient Polyphase Recursive All-Pass filters" attached hereto as Appendix A. However, adaptive implementations are also possible. In the present implementation, the recursive polyphase bandpass filter elements are each designed to include a specific center frequency and bandwidth.

There are N filter elements in each filter bank. Each of the filter elements in the first filter bank **600** have a matching (i.e., same center frequency and bandwidth) filter element in the second filter bank **602**. The center frequencies and the corner frequencies of N elements are each designed to occupy N frequency ranges, 0 to $F_1$, $F_1$–$F_2$, $F_2$–$F_3$, $F_3$–$F_4$. . . . $F_{N-1}$–$F_N$ as shown in FIG. 23.

It should be understood that the number of filter elements can range from 1 to infinity. However, in the present embodiment, there are approximately 120 separate filter elements with center frequencies spread evenly across a frequency range of 25 beats/minute–250 beats/minute.

The outputs of the filters contain information about the primary and secondary signals for the first and second measured signals (red and infrared in the present example) at the specified frequencies. The outputs for each pair of

5,632,272

51

matching filters (one in the first filter bank **600** and one in the second filter bank **602**) are provided to saturation determination modules **610**. FIG. 23 depicts only one saturation determination module **610** for ease of illustration. However, a saturation determination module can be provided for each matched pair of filter elements for parallel processing. Each saturation determination module has a ratio module **616** and a saturation equation module **618**.

The ratio module **616** forms a ratio of the second output to the first output. For instance, in the present example, a ratio of each red RMS value to each corresponding infrared RMS value (Red/IR) is completed in the ratio module **616**. The output of the ratio module **616** provides an input to the saturation equation module **618** which references a corresponding saturation value for the input ratio. The output of the saturation equation modules **618** are collected (as represented in the histogram module **620**) for each of the matched filter pairs. However, the data collected is initially a function of frequency and saturation. In order to form a saturation transform curve similar to the curve depicted in FIG. 22, a histogram or the like is generated as in FIG. 24. The horizontal axis represents the saturation value, and the vertical axis represents a summation of the number of points (outputs from the saturation equation modules **618**) collected at each saturation value. In other words, if the output of the saturation equation module **618** for ten different matched filter pairs indicates a saturation value of 98%, then a point in the histogram of FIG. 24 would reflect a value of 10 at 98% saturation. This results in a curve similar to the saturation transform curve of FIG. 22. This operation is completed in the histogram module **620**.

The results of the histogram provide a power curve similar to the power curve of FIG. 22. Accordingly, the arterial saturation can be calculated from the histogram by selecting the peak (greatest number of occurrences in the area of interest) corresponding to the highest saturation value (e.g., the peak 'c' in Figure peaks corresponding to the highest saturation value peak. Similarly, the venous or background saturation can be determined from the histogram by selecting the peak corresponding to the lowest saturation value (e.g., the peak 'd' in FIG. 24), in a manner similar to the processing in the saturation calculation module **408**.

It should be understood that as an alternative to the histogram, the output saturation (not necessarily a peak in the histogram) corresponding to the highest saturation value could be selected as the arterial saturation with the corresponding ratio representing $r_a$. Similarly, the output saturation corresponding to the lowest saturation value could be selected as the venous or background saturation with the corresponding ratio representing $r_v$. For example, in this embodiment, the entry 'a' in the histogram of FIG. 24 would be chosen as the arterial saturation and the entry in the histogram 'b' with the lowest saturation value would be chosen as the venous or background saturation.

### ALTERNATIVE DETERMINATION OF COEFFICIENTS $r_a$ AND $r_v$

As explained above, in accordance with the present invention, primary and secondary signal portions, particularly for pulse oximetry, can be modeled as follows:

$$S_{red} = s_1 + n_1 \quad \text{(red)} \qquad (89)$$

$$S_{IR} = s_2 + n_2 \quad \text{(infrared)} \qquad (90)$$

$$s_1 = r_a s_2 \text{ and } n_1 = r_v n_2 \qquad (91)$$

Substituting Equation (91) into Equation (89) provides the following:

52

$$S_{red} = r_a s_2 + r_v n_2 \quad \text{(red)} \qquad (92)$$

Note that $S_{red}$ and $S_{IR}$ are used in the model of equations (89)–(92). This is because the discussion below is particularly directed to blood oximetry. $S_{red}$ and $S_{IR}$ correspond to $S_1$ and $S_2$ in the preceding text, and the discussion that follows could be generalized for any measure signal $S_1$ and $S_2$.

As explained above, determining $r_a$ and $r_v$ (which correspond to arterial and venous blood oxygen saturation via a saturation equation) can be accomplished using the saturation transform described above doing a scan of many possible coefficients. Another method to obtain $r_a$ and $r_v$ based on red and infrared data is to look for $r_a$ and $r_v$, which minimize the correlation between $s_k$ and $n_k$, assuming $s_k$ is at least somewhat (and preferably substantially) uncorrelated with $n_k$ (where k=1 or 2). These values can be found by minimizing the following statistical calculation function for k=2:

$$\text{Correlation}(s_2, n_2) = |\Sigma_i \, s_2(S_{red}, S_{IR}, r_a, r_v) n_2(S_{red}, S_{IR}, r_a, r_v)| \qquad (93)$$

where i represents time.

It should be understood that other correlation functions such as a normalized correlation could also be used.

Minimizing this quantity often provides a unique pair of $r_a$ and $r_v$ if the noise component is uncorrelated to the desired signal component. Minimizing this quantity can be accomplished by solving Equations (90) and (92) for $s_2$ and $n_2$, and finding the minimum of the correlation for possible values of $r_a$ and $r_v$. Solving for $s_2$ and $n_2$ provides the following:

$$\begin{pmatrix} S_{red} \\ S_{IR} \end{pmatrix} = \begin{pmatrix} r_a & r_v \\ 1 & 1 \end{pmatrix} \begin{pmatrix} s_2 \\ n_2 \end{pmatrix}$$

inverting the two-by-two matrix provides:

Thus,

$$\begin{pmatrix} r_a & r_v \\ 1 & 1 \end{pmatrix}^{-1} = \frac{1}{r_a - r_v} \begin{pmatrix} 1 & -r_v \\ -1 & r_a \end{pmatrix}$$

$$\begin{pmatrix} s_2 \\ n_2 \end{pmatrix} = \frac{1}{r_a - r_v} \begin{pmatrix} 1 & -r_v \\ -1 & r_a \end{pmatrix} \begin{pmatrix} S_{red} \\ S_{IR} \end{pmatrix}$$

or:

$$s_2 = \frac{1}{r_a - r_v} \, (S_{red} - r_v \, S_{IR})$$

$$n_2 = \frac{1}{r_a - r_v} \, (-S_{red} + r_a \, S_{IR})$$

Preferably, the correlation of equation (93) is enhanced with a user specified window function as follows:

$$\text{Correlation}(s_2, n_2) = | \sum_{i=1}^{N} w_i s_2(S_{red}, S_{IR}, r_a, r_v) n_2(S_{red}, S_{IR}, r_a, r_v)| \qquad (93a)$$

The Blackman Window is the presently preferred embodiment. It should be understood that there are many additional functions which minimize the correlation between signal and noise. The function above is simply one. Thus,

5,632,272

53

$$Correlation(s_2, n_2) = \left| \sum_{i=1}^{N} \left[ \frac{w_i}{(r_a - r_v)^2} (S_{red_i} - r_v S_{IR_i}) (-S_{red_i} - r_a S_{IR_i}) \right] \right| \quad (93b)$$

$$= \frac{1}{(r_a - r_v)^2} \left| - \sum_{i=1}^{N} (S_{red_i})^2 w_i + (r_a + r_v) \sum_{i=1}^{N} S_{IR_i} S_{red_i} w_i + \sum_{i=1}^{N} (S_{IR_i})^2 w_i \right|$$

In order to implement the minimization on a plurality of discrete data points, the sum of the squares of the red sample points, the sum of the squares of the infrared sample points, and the sum of the product of the red times the infrared sample points are first calculated (including the window function, $w_i$):

$$RR = \sum_{i=1}^{N} (S_{red_i})^2 w_i$$

$$II = \sum_{i=1}^{N} (S_{IR_i})^2 w_i$$

$$IRR = \sum_{i=1}^{N} (S_{IR_i}) (S_{red_i}) w_i$$

These values are used in the correlation equation (93b). Thus, the correlation equation becomes an equation in terms of two variables, $r_a$ and $r_v$. To obtain $r_a$ and $r_v$, an exhaustive scan is executed for a good cross-section of possible values for $r_a$ and $r_v$ (e.g., 20–50 values each corresponding to saturation values ranging from 30–105). The minimum of the correlation function is then selected and the values of $r_a$ and $r_v$ which resulted in the minimum are chosen as $r_a$ and $r_v$.

Once $r_a$ and $r_v$ have been obtained, arterial oxygen saturation and venous oxygen saturation can be determined by provided $r_a$ and $r_v$ to a saturation equation, such as the saturation equation 502 of the statistics module 404 which provides an oxygen saturation value corresponding to the ratios $r_a$ and $r_v$.

In a further implementation to obtain $r_a$ and $r_v$, the same signal model set forth above is again used. In order to determine $r_a$ and $r_v$, in accordance with this implementation, the energy in the signal $s_2$ is maximized under the constraint that $s_2$ is uncorrelated with $n_2$. Again, this implementation is based upon minimizing the correlation between $s$ and $n$ and on the signal model of the present invention where the signal $s$ relates to the arterial pulse and the signal $n$ is the noise (containing information on the venous blood, as well as motion artifacts and other noise); $r_a$ is the ratio (RED/IR) related to arterial saturation and $r_v$ is the ratio (RED/IR) related to venous saturation. Accordingly, in this implementation of the present invention, $r_a$ and $r_v$ are determined such that the energy of the signal $s_2$ is maximized where $s_2$ and $n_2$ are uncorrelated. The energy of the signal $s_2$ is given by the following equation:

54

$$ENERGY(s_2) = \frac{1}{(r_a - r_v)^2} \sum_{i=1}^{N} (S_{red} - r_v S_{IR})^2 \quad (94)$$

$$= \frac{1}{(r_a - r_v)^2} \sum_{i=1}^{N} (S_{red_i}^2) - 2r_v \sum_{i=1}^{N} (S_{red_i} S_{IR_i}) + r_v^2 \sum_{i=1}^{N} (S_{IR_i}^2) \quad (95)$$

$$= \frac{1}{(r_a - r_v)^2} [R_1 - 2r_v R_{1,2} + r_v^2 R_2] \quad (96)$$

where $R_1$ is the energy of the red signal, $R_2$ is the energy of the infrared signal and $R_{1,2}$ is the correlation between the red and infrared signals.

The correlation between $s_2$ and $n_2$ is given by

$$Correlation(s_2, n_2) = \frac{1}{(r_a - r_v)^2} \sum_{i=1}^{N} (S_{red_i} - r_v S_{IR_i}) (-S_{red_i} + r_a S_{IR_i}) \quad (97)$$

$$= \frac{1}{(r_a - r_v)^2} [-R_1 + (r_a + r_v)R_{1,2} - r_v r_a R_2]$$

As explained above, the constraint is that $s_k$ and $n_k$ (k =2 for the present example) are uncorrelated. This "decorrelation constraint" is obtained by setting the correlation of Equation (97) to zero as follows:

$$-R_1 + (r_a + r_v)R_{1,2} - r_a r_v R_2 = 0 \quad (98)$$

In other words, the goal is to maximize equation (94) under the constraint of equation (98).

In order to obtain the goal, a cost function is defined (e.g., a Lagrangian optimization in the present embodiment) as follows:

$$J(r_a, r_v, \mu) = \frac{1}{(r_a - r_v)^2} [R_1 - 2r_v R_{1,2} + r_v^2 R_2 + \mu(-R_1 + (r_a + r_v)R_{1,2} - r_a r_v R_2)] \quad (99)$$

where $\mu$ is the Lagrange multiplier. Finding the value of $r_a$, $r_v$ and $\mu$ that solve the cost function can be accomplished using a constrained optimization method such as described in Luenberger, *Linear & Nonlinear Programming*, Addison-Wesley, 2d Ed., 1984.

Along the same lines, if we assume that the red and infrared signals $S_{red}$ and $S_{IR}$ are non-static, the functions $R_1$, $R_2$ and $R_{1,2}$ defined above are time dependent. Accordingly, with two equations, two unknowns can be obtained by expressing the decorrelation constraint set forth in equation (98) at two different times. The decorrelation constraint can be expressed at two different times, $t_1$ and $t_2$, as follows:

$$-R_1(t_1) + (r_a + r_v)R_{12}(t_1) - r_a r_v R_2(t_1) = 0 \quad (100)$$

$$-R_1(t_2) + (r_a + r_v)R_{12}(t_2) - r_a r_v R_2(t_2) = 0 \quad (101)$$

Because equations (100) and (101) are non-linear in $r_a$ and $r_v$, a change of variables allows the use of linear techniques to solve these two equations. Accordingly, with $x = r_a + r_v$; $y = r_a r_v$, equations (100) and (101) become

$$R_{12}(t_1)x - R_2(t_1)y = R_1(t_1) \quad (102)$$

$$R_{12}(t_2)x - R_2(t_2)y = R_1(t_2) \quad (103)$$

5,632,272

## 55

These equation (102) and (103) can be solved for x and y.
Then, solving for $r_a$ and $r_v$ from the changes of variables
equations provides the following:

$$r_v + \frac{y}{r_v} = x \Rightarrow r_v^2 - xr_v + y = 0 \qquad (104)$$

Solving equation (104) results in two values for $r_v$. In the
present embodiment, the $r_v$ value that results in $x^2 - r_v y > 0$ is
selected. If both values of $r_v$ result in $x^2 - r_v y > 0$, the $r_v$ that
maximizes the energy of $s_2$ (Energy($s_2$)) at $t_2$ is selected, $r_v$
is then substituted into the equations above to obtain $r_a$.
Alternatively $r_a$ can be found directly in the same manner $r_v$
was determined.

### Alternative To Saturation Transform—Complex FFT

The blood oxygen saturation, pulse rate and a clean
plethysmographic waveform of a patient can also be
obtained using the signal model of the present invention
using a complex FFT, as explained further with reference to
FIGS. 25A–25C. In general, by utilizing the signal model of
equations (89)–(92) with two measured signals, each with a
first portion and a second portion, where the first portion
represents a desired portion of the signal and the second
portion represents the undesired portion of the signal, and
where the measured signals can be correlated with coeffi-
cients $r_a$ and $r_v$, a fast saturation transform on a discrete basis
can be used on the sample points from the output of the
decimation operation 402.

FIG. 25A corresponds generally to FIG. 14, with the fast
saturation transform replacing the previously described satu-
ration transform. In other words, the operations of FIG. 25A
can replace the operations of FIG. 14. As depicted in FIG.
25A, the fast saturation transform is represented in a fast
saturation transform/pulse rate calculation module 630. As
in FIG. 14, the outputs are arterial oxygen saturation, a clean
plethysmographic waveform, and pulse rate. FIG. 25B and
25C illustrate additional detail regarding the fast saturation
transform/pulse rate calculation module 630. As depicted in
FIG. 25B, the fast saturation transform module 630 has
infrared log and red log modules 640, 642 to perform a log
normalization as in the infrared and red log modules 480,
482 of FIG. 17. Similarly, there are infrared DC removal and
red DC removal modules 644, 646. In addition, there are
infrared and red high-pass filter modules 645, 647, window
function modules 648, 640, complex FFT modules 652, 654,
select modules 653, 655, magnitude modules 656, 658,
threshold modules 660, 662, a point-by-point ratio module
670, a saturation equation module 672, and a select satura-
tion module 680. There are also phase modules 690, 692, a
phase difference module 694, and a phase threshold module
696. The output of the select saturation module 680 provides
the arterial saturation on an arterial saturation output line
682.

In this alternative embodiment, the snapshot for red and
infrared signals is 562 samples from the decimation module
402. The infrared DC removal module 644 and the red DC
removal module 646 are slightly different from the infrared
and red DC removal modules 484, 486 of FIG. 17. In the
infrared and red DC removal modules 644, 646 of FIG. 25B,
the mean of all 563 sample points for each respective
channel is calculated. This mean is then removed from each
individual sample point in the respective snapshot in order
to remove the baseline DC from each sample. The outputs of
the infrared and red DC removal modules 644, 646 provide
inputs to respective infrared high-pass filter module 645 and
red high-pass filter module 647.

The high-pass filter modules 645, 647 comprise FIR
filters with 51 taps for coefficients. Preferably, the high-pass

## 56

filters comprise Chebychev filters with a side-lobe level
parameter of 30 and a corner frequency of 0.5 Hz (i.e., 30
beats/minute). It will be understood that this filter could be
varied for performance. With 562 sample points entering the
high-pass filters, and with 51 taps for coefficients, there are
512 samples provided from these respective infrared and red
snapshots at the output of the high-pass filter modules. The
output of the high-pass filter modules provides an input to
the window function modules 648, 650 for each respective
channel.

The window function modules 648, 650 perform a con-
ventional windowing function. A Kaiser windowing func-
tion is used in the present embodiment. The functions
throughout FIG. 25B maintain a point-by-point analysis. In
the present embodiment, the time bandwidth product for the
Kaiser window function is 7. The output of the window
function modules provides an input to the respective com-
plex Fast Fourier Transform (FFT) modules 652, 654.

The complex FFT modules 652,654 perform complex
FFTs on respective infrared and red channels on the data
snapshots. The data from the complex FFTs is then analyzed
in two paths, once which examines the magnitude and one
which examines the phase from the complex FFT data
points. However, prior to further processing, the data is
provided to respective infrared and red select modules 653,
655 because the output of the FFT operation will provide
repetitive information from 0–½ the sampling rate and from
½ the sampling rate to the sampling rate. The select modules
select only samples from 0–½ the sampling rate (e.g.,
0–31.25 Hz in the present embodiment) and then select from
those samples to cover a frequency range of the heart rate
and one or more harmonics of the heart rate. In the present
embodiment, samples which fall in the frequency range of
20 beats per minute to 500 beats per minute are selected.
This value can be varied in order to obtain harmonics of the
heart rate as desired. Accordingly, the output of the select
modules results in less than 256 samples. In the present
embodiment, the sample points 2–68 of the outputs of the
FFTs are utilized for further processing.

In the first path of processing, the output from the select
modules 653, 655 are provided to respective infrared and red
magnitude modules 656, 658. The magnitude modules 656,
658 perform a magnitude function wherein the magnitude on
a point-by-point basis of the complex FFT points is selected
for each of the respective channels. The outputs of the
magnitude modules 656, 658 provide an input to infrared
and red threshold modules 660, 662.

The threshold modules 660, 662 examine the sample
points, on a point-by-point basis, to select those points
where the magnitude of an individual point is above a
particular threshold which is set at a percentage of the
maximum magnitude detected among all the remaining
points in the snapshots. In the present embodiment, the
percentage for the threshold operation is selected as 1% of
the maximum magnitude.

After thresholding, the data points are forwarded to a
point-by-point ratio module 670. The point-by-point ratio
module takes the red over infrared ratio of the values on a
point-by-point basis. However, a further test is performed to
qualify the points for which a ratio is taken. As seen in FIG.
25B, the sample points output from the select modules 653,
655 are also provided to infrared and red phase modules 690,
692. The phase modules 690,692 select the phase value from
the complex FFT points. The output of the phase modules
690, 692 is then presented to a phase difference module 694.

The phase difference module 694 calculates the difference
in phase between the corresponding data points from the
phase modules 690, 692. If the magnitude of the phase

5,632,272

<table>
<tr><td>57</td><td>58</td></tr>
</table>

difference between any two corresponding points is less than a particular threshold (e.g., 0.1 radians) in the present embodiment), then the sample points qualify. If the phase of two corresponding sample points is too far apart, then the sample points are not used. The output of the phase threshold module **696** provides an enable input to the RED/IR rate module **670**. Accordingly, in order for the ratio of a particular pair of sample points to be taken, the three tests are executed:

6. the red sample must pass the red threshold **660**;

7. the infrared sample must pass the infrared threshold **662**; and

8. the phase between the two points must be less than the predefined threshold as determined in the phase threshold **696**.

For those sample points which qualify, a ratio is taken in the ratio module **670**. For those points which do not qualify, the saturation is set to zero at the output of the saturation equation **672**.

The resulting ratios are provided to a saturation equation module which is the same as the saturation equation modules **502**, **520** in the statistics module **504**. In other words, the saturation equation module **672** accepts the ratio on a point-by-point basis and provides as an output a corresponding saturation value corresponding to the discrete ratio points. The saturation points output from the saturation equation module **672** provide a series of saturation points which could be plotted as saturation with respect to frequency. The frequency reference was entered into the points at the complex FFT stage.

The arterial (and the venous) saturation can then be selected, as represented in the select arterial saturation module **680**, in one of two methods according to the present invention. According to one method, the arterial saturation value can be selected simply as the point corresponding to the largest saturation value for all points output from the saturation equation module **672** for a packet. Alternatively, a histogram similar to the histogram of FIG. **22** can be generated in which the number of saturation values at different frequencies (points) are summed to form a histogram of the number of occurrences for each particular saturation value. In either method, the arterial saturation can be obtained and provided as an output to the select arterial saturation module on the arterial saturation output line **682**. In order to obtain the venous saturation, the minimum arterial saturation value, of points that exhibit non-zero value, is selected rather than the maximum arterial saturation value. The saturation can be provided to the display **336**.

The fast saturation transform information can also be used to provide the pulse rate and the clean plethysmographic wave form as further illustrated in FIG. **25C**. In order to obtain the pulse rate and a clean plethysmographic wave form, several additional functions are necessary. As seen in FIG. **25C**, the pulse rate and clean plethysmographic wave form are determined using a window function module **700**, a spectrum analysis module **702** and an inverse window function module **704**.

As depicted in FIG. **25C**, the input to the window function module **700** is obtained from the output of the complex FFT modules **652** or **654**. In the present embodiment, only one measured signal is necessary. Another input to the window function module **700** is the arterial saturation obtained from the output of the select arterial saturation module **680**.

The window function module performs a windowing function selected to pass those frequencies that significantly correlate to the frequencies which exhibited saturation values very close to the arterial saturation value. In the present embodiment, the following windowing function is selected:

$$ 1 - \left[ \frac{SAT_{art} - SAT_n}{100} \right]^{15} \qquad (105) $$

where $SAT_n$ equals the saturation value corresponding to each particular frequency for the sample points and $SAT_{art}$ represents the arterial saturation as chosen at the output of the select arterial saturation module **680**. This window function is applied to the window function input representing the complex FFT of either the red or the infrared signal. The output of the window function module **700** is a red or infrared signal represented with a frequency spectrum as determined by the FFT, with motion artifacts removed by the windowing function. It should be understood that many possible window functions can be provided. In addition, with the window function described above, it should be understood that using a higher power will provide more noise suppression.

In order to obtain pulse rate, the output points from the window function module **700** are provided to a spectrum analysis module **702**. The spectrum analysis module **702** is the same as the spectrum analysis module **590** of FIG. **20**. In other words, the spectrum analysis module **702** determines the pulse rate by determining the first harmonic in the frequency spectrum represented by the output points of the windowing function **700**. The output of spectrum analysis module **702** is the pulse rate.

In order to obtain a clean plethysmographic waveform, the output of the windowing function **700** is applied to an inverse window function module **704**. The inverse window function module **704** completes an inverse of the Kaiser window function of the window function module **648** or **650** of FIG. **25B**. In other words, the inverse window function **704** does a point-by-point inverse of the Kaiser function for points that are still defined. The output is a clean plethysmographic waveform.

Accordingly, by using a complex FFT and windowing functions, the noise can be suppressed from the plethysmographic waveform in order to obtain the arterial saturation, the pulse rate, and a clean plethysmographic waveform. It should be understood that although the above description relates to operations primarily in the frequency domain, operations that obtain similar results could also be accomplished in the time domain.

Relation to Generalized Equations

The measurements described for pulse oximetry above are now related back to the more generalized discussion above. The signals (logarithm converted) transmitted through the finger **310** at each wavelength λa and λb are:

$$ S_{\lambda a}(t) = S_{\lambda red1}(t) = \epsilon_{Hb02,\lambda a} c^A_{Hb02} x^A(t) + \epsilon_{Hb,\lambda a} c^A_{Hb} x^A(t) + \epsilon_{Hb02,\lambda a c} c^V_{Hb02} x^V(t) + \epsilon_{Hb,\lambda a} c^V_{Hb} x^V(t) + n_{\lambda a}(t); \qquad (105a) $$

$$ S_{\lambda a}(t) = \epsilon_{Hb02,\lambda a} c^A_{Hb02} x^A(t) + \epsilon_{Hb,\lambda a} c^A_{Hb} x^A(t) + n_{\lambda a}(t); \qquad (105b) $$

$$ S_{\lambda a}(t) = s_{\lambda a}(t) + n_{\lambda a}(t); \qquad (105c) $$

$$ S_{\lambda b}(t) = S_{\lambda red2}(t) = \epsilon_{Hb02,\lambda b} c^A_{Hb02} x^A(t) + \epsilon_{Hb,\lambda b} c^A_{Hb} x^A(t) + \epsilon_{Hb02,\lambda bc} c^V_{Hb02} x^V(t) + \epsilon_{Hb,\lambda b} c^V_{Hb} x^V(t) + n_{\lambda b}(t); \qquad (106a) $$

$$ S_{\lambda b}(t) = \epsilon_{Hb02,\lambda b} c^A_{Hb02} x^A(t) + \epsilon_{Hb,\lambda b} c^A_{Hb} x^A(t) + n_{\lambda b}(t) \qquad (106b) $$

$$ S_{\lambda b}(t) = s_{\lambda b}(t) + n_{\lambda b}(t) \qquad (106c) $$

The variables above are best understood as correlated to FIG. **6c** as follows: assume the layer in FIG. **6c** containing $A_3$ and $A_4$ represents venous blood in the test medium, with $A_3$ representing deoxygenated hemoglobin (Hb) and $A_4$ representing oxygenated hemoglobin (HB02) in the venous

5,632,272

59

blood. Similarly, assume that the layer in FIG. 6c containing $A_5$ and $A_6$ represents arterial blood in the test medium, with As representing deoxygenated hemoglobin (Hb) and $A_6$ representing oxygenated hemoglobin (HB02) in the arterial blood. Accordingly, $c^vHb02$ represents the concentration of oxygenated hemoglobin in the venous blood, $c^vHb$ represents the concentration of deoxygenated hemoglobin in the venous blood, $x^v$ represents the thickness of the venous blood (e.g., the thickness the layer containing $A_3$ and $A_4$). Similarly, $c^AHbO2$ represents the concentration of oxygenated hemoglobin in the arterial blood, $c^AHb$ represents the concentration of deoxygenated hemoglobin in the arterial blood, and $x^A$ represents the thickness of the arterial blood (e.g., the thickness of the layer containing $A_5$ and $A_6$).

The wavelengths chosen are typically one in the visible red range, i.e., $\lambda a$, and one in the infrared range, i.e., $\lambda b$. Typical wavelength values chosen are $\lambda a=660$ nm and $\lambda b =910$ nm. In accordance with the constant saturation method, it is assumed that $c^A_{HbO2}(t)/C^A_{Hb}(t)=constant_1$ and $c^v_{Hb02}(t)/c^v_{Hb}(t)=constant_2$. The oxygen saturation of arterial and venous blood changes slowly, if at all, with respect to the sample rate, making this a valid assumption. The proportionality coefficients for equations (105) and (106) can then be written as:

$$r_a(t)=\frac{\epsilon_{Hb02,\lambda a}c^A_{HbO2}x(t)+\epsilon_{Hb,\lambda a}c_{Hb}x(t)}{\epsilon_{Hb02,\lambda b}c^A_{Hb02}x(t)+\epsilon_{Hb,\lambda b}c^A_{Hb}x(t)} \qquad (107)$$

$$s_{\lambda a}(t)=r_a(t)s_{\lambda b}(t) \qquad (108a)$$

$$n_{\lambda a}(t)\neq r_a(t)n_{\lambda b}(t) \qquad (109a)$$

$$n_{\lambda a}(t)=r_v(t)n_{\lambda b}(t) \qquad (108b)$$

$$s_{\lambda a}(t)\neq r_v(t)s_{\lambda b}(t) \qquad (109b)$$

In pulse oximetry, it is typically the case that both equations (108) and (109) can be satisfied simultaneously.

Multiplying equation (106) by $r_a(t)$ and then subtracting equation (106) from equation (105), a non-zero secondary reference signal $n'(t)$ is determined by:

$$n'(t)=S_{\lambda a}(t)-r_a(t)S_{\lambda b}(t) \qquad (110a)$$

$$=\epsilon_{Hb02,\lambda a}c^v_{Hb02}x^v(t)+\epsilon_{Hb,\lambda a}c^v_{Hb}x^v(t)+n_{\lambda a}(t)$$

$$-r_a(t)[\epsilon_{Hb02,\lambda b}c^v_{Hb02}x^v(t)+\epsilon_{Hb,\lambda b}c^v_{Hb}x^v(t)+n_{\lambda b}(t)]. \qquad (111a)$$

Multiplying equation (106) by $r_v(t)$ and then subtracting equation (106) from equation (105), a non-zero primary reference signal $s'(t)$ is determined by:

$$s'(t)=S_{\lambda a}(t)-r_v(t)S_{\lambda a}(t) \qquad (110b)$$

$$=s_{\lambda a}(t)-r_v(t)s_{\lambda b}(t) \qquad (111b)$$

The constant saturation assumption does not cause the venous contribution to the absorption to be canceled along with the primary signal portions $s_{\lambda a}(t)$ and $S_{\lambda a}(t)$. Thus, frequencies associated with both the low frequency modulated absorption due to venous absorption when the patient is still and the modulated absorption due to venous absorption when the patient is moving are represented in the secondary reference signal $n'(t)$. Thus, the correlation canceler or other methods described above remove or derive both erratically modulated absorption due to venous blood in the finger under motion and the constant low frequency cyclic absorption of venous blood.

To illustrate the operation of the oximeter of FIG. 11 to obtain clean waveform, FIGS. 26 and 27 depict signals measured for input to a reference processor of the present

60

invention which employs the constant saturation method, i.e., the signals $S_{\lambda a}(t)=S_{\lambda red}(t)$ and $S_{\lambda b}(t)=S_{\lambda IR}(t)$. A first segment $26a$ and $27a$ of each of the signals is relatively undisturbed by motion artifact, i.e., the patient did not move substantially during the time period in which these segments were measured. These segments $26a$ and $27a$ are thus generally representative of the primary plethysmographic waveform at each of the measured wavelengths. A second segment $26b$ and $27b$ of each of the signals is affected by motion artifact, i.e., the patient did move during the time period in which these segments were measured. Each of these segments $26b$ and $27b$ shows large motion induced excursions in the measured signal. A third segment $26c$ and $27c$ of each of the signals is again relatively unaffected by motion artifact and is thus generally representative of the primary plethysmographic waveform at each of the measured wavelengths.

FIG. 28 shows the secondary reference signal $n'(t)=n_{\lambda a}(t)-r_a n_{\lambda b}(t)$, as determined by a reference processor of the present invention. Again, the secondary reference signal $n'(t)$ is correlated to the secondary signal portions $n_{\lambda a}$ and $n_{\lambda b}$. Thus, a first segment $28a$ of the secondary reference signal $n'(t)$ is generally flat, corresponding to the fact that there is very little motion induced noise in the first segments $26a$ and $27a$ of each signal. A second segment $28b$ of the secondary reference signal $n'(t)$ exhibits large excursions, corresponding to the large motion induced excursions in each of the measured signals. A third segment $28c$ of the noise reference signal $n'(t)$ is generally flat, again corresponding to the lack of motion artifact in the third segments $26c$ and $27c$ of each measured signal.

It should also be understood that a reference processor could be utilized in order to obtain the primary reference signal $s'(t)=s_{\lambda a}-r_v s_{\lambda b}(t)$. The primary reference signal $s'(t)$ would be generally indicative of the plethysmograph waveform.

FIGS. 29 and 30 show the approximations $s''_{\lambda a}(t)$ and $S''_{\lambda b}(t)$ to the primary signals $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ as estimated by a correlation canceler using a secondary reference signal $n'(t)$. Note that the scale of FIGS. 26 through 30 is not the same for each figure to better illustrate changes in each signal. FIGS. 29 and 30 illustrate the effect of correlation cancellation using the secondary reference signal $n'(t)$ as determined by the reference processor. Segments $29b$ and $30b$ are not dominated by motion induced noise as were segments $26b$ and $27b$ of the measured signals. Additionally, segments $29a$, $30a$, $29c$, and $30c$ have not been substantially changed from the measured signal segments $26a$, $27a$, $26c$, and $27c$ where there was no motion induced noise.

It should be understood that approximation $n''_{\lambda a}(t)$ and $n''_{\lambda b}(t)$ to the secondary signals $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ as estimated by a correlation canceler using a primary reference signal $s'(t)$ can also be determined in accordance with the present invention.

METHOD FOR ESTIMATING PRIMARY AND SECONDARY SIGNAL PORTIONS OF MEASURED SIGNALS IN A PULSE OXIMETER

Implementing the various embodiments of the correlation canceler described above in software is relatively straightforward given the equations set forth above, and the detailed description above. However, a copy of a computer program subroutine, written in the C programming language, which calculates a primary reference signal $s'(t)$ using the constant saturation method and, using a joint process estimator 572 which implements a joint process estimator using the equations (54)–(64) is set forth in Appendix B. This joint process

5,632,272

61

62

estimator estimates a good approximation to the primary signal portions of two measured signals, each having a primary portion which is correlated to the primary reference signal s'(t) and a secondary portion which is correlated to the secondary reference signal n'(t). This subroutine is another way to implement the steps illustrated in the flowchart of FIG. 9 for a monitor particularly adapted for pulse oximetry. The two signals are measured at two different wavelengths λa and λb, where λa is typically in the visible region and λb is typically in the infrared region. For example, in one embodiment of the present invention, tailored specifically to perform pulse oximetry using the constant saturation method, λa=660 nm and λb=940 nm.

The correspondence of the program variables to the variables defined in equations (54)–(64) in the discussion of the joint process estimator is as follows:

$\Delta_m(t)$=nc[m].Delta

$\Gamma_{f,m}(t)$=nc[m].fref

$\Gamma_{b,m}(t)$=nc[m].bref

$f_m(t)$=nc[m].ferr

$b_m(t)$=nc[m].berr

$\Im_m(t)$=nc[m].Fswsqr

$\beta_m(t)$=nc[m].Bswsqr

$\gamma_m(t)$=nc[m].Gamma

$\rho_{m,\lambda a}(t)$=nc[m].Roh_a

$\rho_{m,\lambda b}(t)$=nc[m].Roh_b

$e_{m,\lambda a}(t)$=nc[m].err_a

$e_{m,\lambda b}(t)$=nc[m].err_b

$\kappa_{m,\lambda a}(t)$=nc[m].K_a

$\kappa_{m,\lambda b}(t)$=nc[m].K_b

A first portion of the program performs the initialization of the registers 90, 92, 96, and 98 and intermediate variable values as in the "INITIALIZED CORRELATION CANCELER" action block 120. A second portion of the program performs the time updates of the delay element variables 110 with the value at the input of each delay element variable 110 is stored in the delay element variable 110 as in the "TIME UPDATE OF LEFT [Z⁻¹] ELEMENTS" action block 130. The calculation of saturation is performed in a separate module. Various methods for calculation of the oxygen saturation are known to those skilled in the art. One such calculation is described in the articles by G. A. Mook, et al, and Michael R. Neuman cited above. Once the concentration of oxygenated hemoglobin and deoxygenated hemoglobin are determined, the value of the saturation is determined similarly to equations (72) through (79) wherein measurements at times $t_1$ and $t_2$ are made at different, yet proximate times over which the saturation is relatively constant. For pulse oximetry, the average saturation at time $t=(t_1+t_2)/2$ is then determined by:

$$Sat_{arterial}(t) = \frac{c^A_{HbO2}(t)}{c^A_{HbO2}(t) + c^A_{Hb}(t)} \tag{112a}$$

$$= \frac{\in_{Hb,\lambda a} - \in_{Hb,\lambda b}(\Delta s_{\lambda a}/\Delta s_{\lambda b})}{\in_{Hb,\lambda a} - \in_{HbO2,\lambda a} - (\in_{Hb,\lambda b} - \in_{HbO2,\lambda b})(\Delta s_{\lambda a}/\Delta s_{\lambda b})} \tag{112b}$$

$$Sat_{venous}(t) = \frac{c^V_{HbO2}(t)}{c^V_{HbO2}(t) + c^V_{Hb}(t)} \tag{113a}$$

$$= \frac{\in_{Hb,\lambda a} - \in_{Hb,\lambda b}(\Delta n_{\lambda a}/\Delta n_{\lambda b})}{\in_{Hb,\lambda a} - \in_{HbO2,\lambda a} - (\in_{Hb,\lambda b} - \in_{HbO2,\lambda b})(\Delta n_{\lambda a}/\Delta n_{\lambda b})} \tag{113b}$$

A third portion of the subroutine calculates the primary reference or secondary reference, as in the "CALCULATE PRIMARY OR SECONDARY REFERENCE (s'(t) or n'(t)) FOR TWO MEASURED SIGNAL SAMPLES" action block 140 for the signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ using the proportionality constants $r_a(t)$ and $r_v(t)$ determined by the constant saturation method as in equation (3). The saturation is calculated in a separate subroutine and a value of $r_a(t)$ or $r_v(t)$ is imported to the present subroutine for estimating either the primary portions $s_{\lambda a}(t)$ and $s_{\lambda b}(t)$ or the secondary portions $n_{\lambda a}(t)$ and $n_{\lambda b}(t)$ of the composite measured signals $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$.

A fourth portion of the program performs Z-stage update as in the "ZERO STAGE UPDATE" action block 150 where the Z-stage forward prediction error $F_o(t)$ and Z-stage backward prediction error $b_o(t)$ are set equal to the value of the reference signal n'(t) or s'(t) just calculated. Additionally zero-stage values of intermediate variables $\Im_o$ and $\mu_o(t)$(nc [m].Fswsqr and nc[m].Bswsqr in the program) are calculated for use in setting registers 90, 92, 96, and 98 values in the least-squares lattice predictor 70 in the regression filters 80a and 80b.

A fifth portion of the program is an iterative loop wherein the loop counter, M, is reset to zero with a maximum of m=NC_CELLS, as in the "m=0" action block 160 in FIG. 9. NC_CELLS is a predetermined maximum value of iterations for the loop. A typical value for NC_CELLS is between 6 and 10, for example. The conditions of the loop are set such that the loop iterates a minimum of five times and continues to iterate until a test for conversion is met or m −NC_CELLS. The test for conversion is whether or not the sum of the weighted sum of four prediction errors plus the weighted sum of backward prediction errors is less than a small number, typically 0.00001 (i.e., $\Im_m(t)+\beta m(t) \leqq 0.00001$).

A sixth portion of the program calculates the forward and backward reflection coefficient $\Gamma_{m,f}(t)$ and $\Gamma_{m,b}(t)$ register 90 and 92 values (nc[m].fref and nc[m].bref in the program) as in the "ORDER UPDATE $m^{th}$-STAGE OF LSL-PREDICTOR" action block 170. Then forward and backward prediction errors $f_m(t)$ and $b_m(t)$ (nc[m].ferr and nc[m] .berr in the program) are calculated. Additionally, intermediate variables $\Im_m(t)$, $\beta m(t)$, and $\gamma(t)$ (nc[m].Fswsqr, nc[m].Bswsqr, nc[m]. gamma in the program) are calculated. The first cycle of the loop uses the value for nc[0] .Fswsqr and nc[0].Bswsqr calculated in the ZERO STAGE UPDATE portion of the program.

A seventh portion of the program, still within the loop begun in the fifth portion of the program, calculates the regression coefficient register 96 and 98 values $\kappa_{m,\lambda a}(t)$ and $\kappa_{m,\lambda b}(t)$ (nc[m].K_a and nc[m].K_b in the program) in both regression filters, as in the "ORDER UPDATE $m^{th}$ STAGE

5,632,272

63

OF REGRESSION FILTER(S)" action block **180**. Intermediate error signals and variables $e_{m,\lambda a}(t)$, $e_{m,\lambda b}(t)$, $\rho_{m,\lambda a}(t)$, and $\rho_{m,\lambda b}(t)$ (nc[m].err__a and nc[m].err__b, nc[m]. roh__a, and nc[m].roh__b in the subroutine) are also calculated.

The loop iterates until the test for convergence is passed. The test for convergence of the joint process estimator is performed each time the loop iterates analogously to the "DONE" action block **190**. If the sum of the weighted sums of the forward and backward prediction errors $\Im_m(t)+\beta m(t)$ is less than or equal to 0.00001, the loop terminates. Otherwise, sixth and seventh portions of the program repeat.

The output of the present subroutine is a good approximation to the primary signals $s"_{\lambda a}(t)$ and $s"_{\lambda b}(t)$ or the secondary signals $n"_{\lambda a}(t)$ and $n"_{\lambda b}(t)$ for the set of samples $S_{\lambda a}(t)$ and $S_{\lambda b}(t)$ input to the program. After approximations to the primary signal portions or the secondary signals portions of many sets of measured signal samples are estimated by the joint process estimator, a compilation of the outputs provides waves which are good approximations to the plethysmographic wave or motion artifact at each wavelength, $\lambda a$ and $\lambda b$.

It should be understood that the subroutine of Appendix B is merely one embodiment which implements the equations (54)–(64). Although implementation of the normalized and QRD-LSL equations is also straightforward, a subroutine for the normalized equations is attached as Appendix C, and a subroutine for the QRD-LSL algorithm is attached as Appendix D.

While one embodiment of a physiological monitor incorporating a processor of the present invention for determining a reference signal for use in a correlation canceler, such as an adaptive noise canceler, to remove or derive primary and secondary components from a physiological measurement has been described in the form of a pulse oximeter, it will be obvious to one skilled in the art that other types of physiological monitors may also employ the above described techniques.

Furthermore, the signal processing techniques described in the present invention may be used to compute the arterial and venous blood oxygen saturations of a physiological system on a continuous or nearly continuous time basis. These calculations may be performed, regardless of whether or not the physiological system undergoes voluntary motion.

Furthermore, it will be understood that transformations of measured signals other than logarithmic conversion and determination of a proportionality factor which allows removal or derivation of the primary or secondary signal portions for determination of a reference signal are possible. Additionally, although the proportionality factor r has been described herein as a ratio of a portion of a first signal to a portion of a second signal, a similar proportionality constant determined as a ratio of a portion of a second signal to a portion of a first signal could equally well be utilized in the processor of the present invention. In the latter case, a secondary reference signal would generally resemble $n'(t)= n_{\lambda b}(t)-rn_{\lambda a}(t)$.

Furthermore, it will be understood that correlation cancellation techniques other than joint process estimation may be used together with the reference signals of the present invention. These may include but are not limited to least mean square algorithms, wavelet transforms, spectral estimation techniques, neural networks, Weiner and Kalman filters among others.

One skilled in the art will realize that many different types of physiological monitors may employ the teachings of the present invention. Other types of physiological monitors include, but are in not limited to, electro cardiographs, blood

64

pressure monitors, blood constituent monitors (other than oxygen saturation) monitors, capnographs, heart rate monitors, respiration monitors, or depth of anesthesia monitors. Additionally, monitors which measure the pressure and quantity of a substance within the body such as a breathalizer, a drug monitor, a cholesterol monitor, a glucose monitor, a carbon dioxide monitor, a glucose monitor, or a carbon monoxide monitor may also employ the above described techniques.

Furthermore, one skilled in the art will realize that the above described techniques of primary or secondary signal removal or derivation from a composite signal including both primary and secondary components can also be performed on electrocardiography (ECG) signals which are derived from positions on the body which are close and highly correlated to each other. It should be understood that a tripolar Laplacian electrode sensor such as that depicted in FIG. **31** which is a modification of a bipolar Laplacian electrode sensor discussed in the article "Body Surface Laplacian ECG Mapping" by Bin He and Richard J. Cohen contained in the journal IEEE Transactions on Biomedical Engineering, Vol. 39, No. 11, November 1992 could be used as an ECG sensor. It must also be understood that there are a myriad of possible ECG sensor geometry's that may be used to satisfy the requirements of the present invention. The same type of sensor could also be used for EEG and EMG measurements.

Furthermore, one skilled in the art will realize that the above described techniques can also be performed on signals made up of reflected energy, rather than transmitted energy. One skilled in the art will also realize that a primary or secondary portion of a measured signal of any type of energy, including but not limited to sound energy, X-ray energy, gamma ray energy, or light energy can be estimated by the techniques described above. Thus, one skilled in the art will realize that the techniques of the present invention can be applied in such monitors as those using ultrasound where a signal is transmitted through a portion of the body and reflected back from within the body back through this portion of the body. Additionally, monitors such as echo cardiographs may also utilize the techniques of the present invention since they too rely on transmission and reflection.

While the present invention has been described in terms of a physiological monitor, one skilled in the art will realize that the signal processing techniques of the present invention can be applied in many areas, including but not limited to the processing of a physiological signal. The present invention may be applied in any situation where a signal processor comprising a detector receives a first signal which includes a first primary signal portion and a first secondary signal portion and a second signal which includes a second primary signal portion and a second secondary signal portion. Thus, the signal processor of the present invention is readily applicable to numerous signal processing areas.

What is claimed is:

1. In a signal processor for processing at least two measured signals $S_1$ and $S_2$ each containing a primary signal portion $s$ and a secondary signal portion $n$, said signals $S_1$ and $S_2$ being in accordance with the following relationship:

$$S_1 = s_1 + n_1$$

$$S_2 = s_2 + n_2$$

where $s_1$ and $s_2$, and $n_1$ and $n_2$ are related by:

$$s_1 = r_a s_2 \text{ and } n_1 = r_v n_2$$

and where $r_a$ and $r_v$ are coefficients,

a method comprising the steps of:

5,632,272

| 65 | 66 |

determining a value for the coefficient $r_a$ which minimizes correlation between $s_1$ and $n_1$;

calculating the blood oxygen saturation from said value of $r_a$; and

displaying the blood oxygen saturation on a display.

2. In a signal processor for processing at least first and second measured signals $S_1$ and $S_2$ each containing a primary signal portion s and a secondary signal portion n, said signals $S_1$ and $S_2$ being in accordance with the following relationship:

$$S_1 = s_1 + n_1$$
$$S_2 = s_2 + n_2$$

where $s_1$ and $s_2$, and $n_1$ and $n_2$ are related by:

$$s_1 = r_a s_2 \text{ and } n_1 = r_v n_2$$

and where $r_a$ and $r_v$ are coefficients,

a method comprising the steps of:

determining a value for the coefficient $r_a$ which minimizes correlation between $s_1$ and $n_1$; and

processing at least one of the first and second signals using the determined value for $r_a$ to significantly reduce n from at least one of the first or second measured signal to form a clean signal.

3. The method of claim 2, further comprising the step of displaying the resulting clean signal on a display.

4. The method of claim 2, wherein said first and second signals are physiological signals, said method further comprising the step of processing said clean signal to determine a physiological parameter from said first and second measured signals.

5. The method of claim 4, wherein said physiological parameter is arterial oxygen saturation.

6. The method of claim 4, wherein said physiological parameter is an ECG signal.

7. The method of claim 2, wherein the primary signal portion of said measured signals is indicative of a heart plethysmograph, said method further comprising the step of calculating the pulse rate.

8. A physiological monitor comprising:

a first input configured to receive a first measured signal $S_1$ having a primary portion, $s_1$, and a secondary portion $n_1$;

a second input configured to received a second measured signal $S_2$ having a primary portion $s_2$ and a secondary portion $n_2$, said first and said second measured signals $S_1$ and $S_2$ being in accordance with the following relationship:

$$S_1 = s_1 + n_1$$
$$S_2 = s_2 + n_2$$

where $s_1$ and $s_2$, and $n_1$ and $n_2$ are related by:

$$s_1 = r_a s_2 \text{ and } n_1 = r_v n_2$$

and where $r_a$ and $r_v$ are coefficients;

a transform module responsive to said first and said second measured signals and responsive to a plurality of possible values for $r_a$ to provide at least one power curve as an output;

an extremum calculation module responsive to said at least one power curve to select a value for $r_a$ which minimizes the correlation between s and n, and to calculate from said value for $r_a$ a corresponding saturation value as an output; and

a display module responsive to the saturation value output of said extremum calculation module to display said saturation value.

9. In a signal processor for processing at least firs and second measured signals, each containing a primary signal portion and a secondary signal portion, said first and second signals substantially adhering to a predefined signal model, a method comprising the steps of:

sampling said first and second signals over a period to obtain a first series of data points representing said first signal over said period and a second series of data points representing said second signal over said period;

transforming said first series of data points into a first transformed series of points having at least a frequency component and a magnitude component and transforming said second series of data points into a second transformed series of points having at least a frequency component and a magnitude component;

comparing said first and second transformed series of points to obtain a third series of comparison values having a magnitude component and at least a frequency component;

selecting at least one of said comparison values that has a magnitude within a selected threshold; and

from said selected at least one comparison value, determining a resulting value consistent with the predefined signal model.

10. The method of claim 9, wherein said step of comparing comprises determining a series of ratios on a point-by point basis of the first transformed series of points to said second transformed series of points, and wherein said step of selecting at least one of said comparison values comprises the step of selecting the lower of the ratios.

11. The method of claim 10, wherein said step of determining a resulting value comprises calculating a blood oxygen saturation from the selected lower of the ratios.

12. The method of claim 9, wherein said resulting value is blood oxygen saturation.

13. The method of claim 9, wherein said resulting value is pulse rate.

14. In a signal processor for processing at least first and second measured signals, each containing a primary signal portion and a secondary signal portion, said first and second signals substantially adhering to a signal model for blood constituent saturation, a method comprising the steps of:

sampling said first and second signals over a period to obtain a first series of data points representing said first signal over said period and a second series of data points representing said second signal over said period;

transforming said first and second series of data points from time domain to frequency domain to obtain a first transformed series of points and a second transformed series of points, said first and second transformed series of points having a magnitude component and at least a frequency component;

determining a series of ratios of magnitudes with respect to frequency of ones of said first transformed series of points to ones of said second transformed series of points;

selecting at least one of the ratios from said series of ratios that has a magnitude within a selected threshold; and

from said selected at least one of the ratios, determining a resulting value consistent with the signal model.

15. The method of claim 14, wherein said ratios correspond to blood oxygen saturation, said step of selecting at least one of said ratios comprises selecting at least one of the ratios corresponding to the higher values of blood oxygen saturation.

5,632,272

67

**16.** The method of claim **15**, wherein said step of determining a resulting value comprises calculating the blood oxygen saturation from the selected at least one of the ratios.

**17.** The method of claim **16**, further comprising the steps of:

combining with a window function at least one of said first transformed series of points or said second transformed series of points with said resulting value; and

performing a spectrum analysis on the combination to obtain the pulse rate.

**18.** The method of claim **16**, wherein said resulting value is blood oxygen saturation.

**19.** The method of claim **16**, further comprising the steps of:

using a window function, combining at least one of said first transformed series of points or said second transformed series of points with said resulting value; and

performing an inverse window function to obtain a plethysmographic waveform.

**20.** In a signal processor for processing at least first and second measured signals, each containing a primary signal portion and a secondary signal portion, said first and second signals substantially adhering to a signal model, a method comprising the steps of:

68

sampling said first and second signals over a period to obtain a first series of data points representing said first signal over said period and a second series of data points representing said second signal over said period;

performing a fast saturation transform with said first and second series of data points to obtain a series of transformed data points in said frequency domain;

determining a selected saturation value from said series of transformed data points.

**21.** The method of claim **20**, wherein said selected saturation value is arterial blood oxygen saturation.

**22.** The method of claim **20**, wherein said selected saturation value is venous blood oxygen saturation.

**23.** The method of claim **20**, wherein said step of performing said fast saturation transform comprises calculating first and second pluralities of intermediary transformed points from said first and second series of data points, said method further comprising the step of determining a pulse rate from said selected saturation value and from said first plurality of intermediary transformed points.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 5,632,272

DATED         : May 27, 1997

INVENTOR(S) : Diab et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 66, Line 1, "firs" should be deleted and --first--inserted.

Signed and Sealed this

Twenty-ninth Day of May, 2001

*Nicholas P. Godici*

Attest:

NICHOLAS P. GODICI

Attesting Officer

*Acting Director of the United States Patent and Trademark Office*

# Exhibit 8

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

US005797841A

# United States Patent [19]

Delonzor et al.

[11] **Patent Number:** 5,797,841

[45] **Date of Patent:** Aug. 25, 1998

[54] **SHUNT BARRIER IN PULSE OXIMETER SENSOR**

[75] Inventors: **Russ Delonzor**, Union City; **Paul D. Mannheimer**, Danville; **Michael E. Fein**, Mountain View; **Don Hannula**, San Luis Obispo, all of Calif.

[73] Assignee: **Nellcor Puritan Bennett Incorporated**, Pleasanton, Calif.

[21] Appl. No.: **611,151**

[22] Filed: **Mar. 5, 1996**

[51] Int. Cl.$^6$ ........................................ A61B 5/00

[52] U.S. Cl. ..................... **600/323**; 600/322; 600/344; 600/310; 250/221

[58] Field of Search ................. 128/633, 664–7; 356/39–41; 250/227.11, 200, 221; 600/310. 322, 323, 326, 344

[56] **References Cited**

U.S. PATENT DOCUMENTS

3,769,974  11/1973  Smart et al. ............................. 128/633

5,090,410  2/1992  Saper et al. ............................. 128/633
5,099,842  3/1992  Mannheimer et al. .................. 128/633
5,285,783  2/1994  Secker ...................................... 128/633
5,402,777  4/1995  Warring et al. ......................... 128/633

FOREIGN PATENT DOCUMENTS

0127947  12/1984  European Pat. Off. ............... 128/633

Primary Examiner—Jennifer Bahr
Assistant Examiner—Bryan K. Yarnell
Attorney, Agent, or Firm—Townsend and Townsend and Crew LLP

[57] **ABSTRACT**

A pulse oximeter sensor having an emitter(s) and a detector, with a layer having a first portion over the emitter and a second portion of layer over the detector is provided. A barrier is included between the first and second portions of the overlying layer to substantially block radiation of the wavelengths emitted by the emitter(s). Preferably, the barrier reduces the radiation shunted to less than 10% of the radiation detected, and more preferably to less than 1% of the radiation detected.

**9 Claims, 6 Drawing Sheets**





*FIG. 1*
PRIOR ART



*FIG. 2*
PRIOR ART

U.S. Patent          Aug. 25, 1998          Sheet 2 of 6          5,797,841



*FIG. 3A*

*FIG. 3B*



*FIG. 4*

**U.S. Patent**          Aug. 25, 1998          Sheet 3 of 6          **5,797,841**



*FIG. 5*



*FIG. 6*

**U.S. Patent**        Aug. 25, 1998        Sheet 4 of 6        **5,797,841**



*FIG. 7*



*FIG. 8*



FIG. 9



FIG. 10



FIG. 11

FIG. 12



*FIG. 13*

*FIG. 14*

5,797,841

## 1

### SHUNT BARRIER IN PULSE OXIMETER SENSOR

### BACKGROUND OF THE INVENTION

The present invention relates to pulse oximeter sensors, and in particular to methods and apparatus for preventing the shunting of light between the emitter and detector without passing through blood-perfused tissue.

Pulse oximetry is typically used to measure various blood flow characteristics including, but not limited to, the blood-oxygen saturation of hemoglobin in arterial blood, the volume of individual blood pulsations supplying the tissue, and the rate of blood pulsations corresponding to each heartbeat of a patient. Measurement of these characteristics has been accomplished by use of a non-invasive sensor which scatters light through a portion of the patient's tissue where blood perfuses the tissue, and photoelectrically senses the absorption of light in such tissue. The amount of light absorbed is then used to calculate the amount of blood constituent being measured.

The light scattered through the tissue is selected to be of one or more wavelengths that are absorbed by the blood in an amount representative of the amount of the blood constituent present in the blood. The amount of transmitted light scattered through the tissue will vary in accordance with the changing amount of blood constituent in the tissue and the related light absorption. For measuring blood oxygen level, such sensors have typically been provided with a light source that is adapted to generate light of at least two different wavelengths, and with photodetectors sensitive to both of those wavelengths, in accordance with known techniques for measuring blood oxygen saturation.

Known non-invasive sensors include devices that are secured to a portion of the body, such as a finger, an ear or the scalp. In animals and humans, the tissue of these body portions is perfused with blood and the tissue surface is readily accessible to the sensor.

One problem with such sensors is the detection of ambient light by the photodetector, which can distort the signal. Another problem is the shunting of light directly from the photo-emitter to the photodetector without passing through blood-perfused tissue. FIG. 1 illustrates two different types of light shunting that can interfere with proper detection of oxygen saturation levels. As shown in FIG. 1, a sensor 10 is wrapped around the tip of a finger 12. The sensor includes a light emitter 14 and a light detector 16. Preferably, light from emitter 14 passes through finger 12 to be detected at detector 16, except for amounts absorbed by the blood-perfused tissue.

A first type of shunting, referred to as type 1 shunting, is shunting inside the sensor body as illustrated by light path 18, shown as a wavy line in FIG. 1. Light shunts through the sensor body with the sensor body acting like a light guide or light pipe, directing light from the emitter to the detector.

A second type of shunting, referred to as type 2 shunting, is illustrated by line 20 in FIG. 1. This type of light exits the sensor itself, but reaches the detector without passing through the finger. In the embodiment shown, the light can go around the side of the finger, perhaps by being piped by the sensor body to the edges of the sensor and then jumping through the air gap between the two edges which are wrapped around the side of the finger.

The problem of light shunting can be exacerbated by layers placed over the emitter and detector. Often, it is desirable not to have the emitter and detector in direct contact with the patient's skin because motion artifacts can be reduced by placing a thin layer of adhesive between these components and the skin. Thus, the emitter and detector are typically covered with a clear layer which isolates them from the patient, but allows light to transmit through. The feature of allowing light to transmit through the layer also provides the capability for the clear layer to provide a wave guide effect to shunt light around the finger to the detector.

Such layers covering the emitter and detector can be originally included in the sensor, or can be added during a reinforcing or modifying procedure, or during a remanufacture of the sensor. In a remanufacture of a sensor, a sensor which has been used may have its outer, adhesive transparent layer removed. Such a layer is shown in FIG. 2 as a transparent layer 22 over a sensor 10. Layer 22 is an adhesive, transparent layer placed over a substrate layer 24, upon which emitter 14 and detector 16 are mounted, along with any other associated electronics. Layer 22 thus serves both to protect the emitter and detector from the patient, and to adhere the sensor to the patient. During remanufacture, this layer can be stripped off, and a new layer placed thereon.

Alternately, layer 22 may be left in place. Such a sensor, with an adhesive outer layer, may be a disposable sensor, since it would not be desirable to have the same adhesive used from one patient to another, and an adhesive is difficult to clean without removing the adhesive. Accordingly, a modification of such a sensor may involve laminating sensor 10 to cover over the adhesive, by adding an additional lamination layer 23 (shown partially broken away) over layer 22. The lamination layer is itself another layer for shunting light undesirably from the emitter to the detector. Once laminated, in one method, the sensor is then placed into a pocket 26 of a sheath 32. Sheath 32 includes a transparent cover 28 on an adhesive layer 30. Layer 30 is adhesive for attaching to a patient. Layer 28 may also optionally be adhesive-coated on the side which faces the patient. Such a modified sensor can be reused by using a new sheath 32. Transparent layer 28 forms yet another shunting path for the light.

A commercially available remanufactured sensor, similar in design to the sensor of FIG. 2, is available from Medical Taping Systems, Inc. Another example of a sheath or sleeve for a sensor is shown in U.S. Pat. No. 5,090,410, assigned to Datascope Investment Corp.

In addition, when a sheath such as 32 is folded over the end of a patient's finger, it has a tendency to form wrinkles, with small air gaps in-between the wrinkled portions. The air gaps can actually exacerbate the shunting problem, with light jumping more easily through the air gaps from one portion of the transparent layer to another.

Other types of sensors have not used a solid transparent layer 22 as shown in FIG. 2. For instance, the Nellcor Puritan Bennett R-15 Oxisensor® and N-25 Neonatal/Adult Oxisensor products use a white-colored substrate with separate transparent strips placed over the emitter and detector (such as strips 11 and 13 illustrated in FIG. 1). The transparent strips are adhesive for adhering to the patient. Since two strips are used, an air gap (gap 15 in FIG. 1) occurs between the transparent layers. As noted above, light can jump such an air gap, and thus a gap by itself may not eliminate all shunting problems. The use of a dark-colored substrate may reduce the amount of shunting, if the selected color is opaque to the wavelengths of interest from the emitter, 650 nm red and 905 nm infrared in a typical implementation. However, the white substrate typically used in the R-15 and N-25 sensors is substantially translucent and thus has limited light blocking qualities.

5,797,841

**3**

It has been found that shunted light can significantly affect the accuracy of oxygen saturation readings using a pulse oximeter. Accordingly, there is a need to develop a barrier to such light to improve the accuracy of pulse oximeter sensors.

## SUMMARY OF THE INVENTION

The present invention provides a sensor having an emitter (s) and a detector, with a layer having a first portion over the emitter and a second portion over the detector. A shunt barrier is included between the first and second portions of the overlying layer to substantially block transmission of radiation of the wavelengths emitted by the emitter(s). Preferably, the shunt barrier reduces the radiation shunted to less than 10% of the total radiation detected, and more preferably to less than 1% of the total radiation detected, when the sensor is used on patients having the most opaque tissue of all patients in the target population.

In particular for a remanufactured or reinforced or modified sensor, the barrier is added in at least one, and more preferably in all, of the extra layers added or replaced during the remanufacturing, reinforcing or modifying process.

The barrier of the present invention may take a number of specific forms. In one embodiment, a woven or fiber material is included between the emitter and detector. In another embodiment, the layer in-between the emitter and detector is pigmented with a color which is substantially opaque for the wavelengths of interest, while the portion above the emitter and detector is substantially transparent. In another embodiment, the entire layer is partially opaque, but is thin enough so that light transmitted through is able to penetrate the partially opaque layer, while light travelling the length of the layer would have a greater distance to travel and would be substantially absorbed.

Another shunt barrier is the insertion of perforations in the layer between the emitter and detector. The perforations may provide air gaps, which still will shunt some light, or may be filled with other material or have the insides of the perforations colored with an opaque color.

In another embodiment, the layer between the emitter and detector is made very thin, such as by embossing, welding or heat sealing. The thinness of the material will limit its effectiveness as a light pipe in the wavelengths of interest, red and infrared.

In another embodiment, a deformable, opaque material, such as foam, is included between the emitter and detector, to be compressed upon application to a finger or other body part and fill any gap that might otherwise form through wrinkles or otherwise upon application of the sensor.

In another embodiment, an adhesive is applied in a gap between two layers over the emitter and detector, to cause an underlying layer to come in contact with the patient, thus filling the air gap and preventing shunting along that path.

While most of the illustrative examples given in this specification are shown as sensors adapted to be wrapped onto a digit, so that light is transmitted through the digit, it will be clear to those skilled in the art that the design principles illustrated may be applied to any "transmittance" or "reflectance" sensors for pulse oximetry. A typical reflectance sensor is the Nellcor Puritan Bennett RS-10.

For a further understanding of the nature and advantages of the invention, reference should be made to the following description taken in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagram illustrating the shunting that occurs upon the placement of a sensor over a finger;

**4**

FIG. 2 is a diagram of a sensor being placed within a reusable sheath in a sensor modification operation;

FIGS. 3A and 3B are diagrams of one embodiment of a shunt barrier showing an opaque film abutting both an air gap and another layer;

FIG. 4 is a diagram of a sensor with a woven or fiber material for a shunt barrier;

FIG. 5 is a diagram of a sensor with a partially opaque material for a shunt barrier, with a trade-off between transmission intensity and preventing shunting;

FIG. 6 is a diagram of a sensor using perforations as a shunt barrier;

FIG. 7 is a diagram of a sensor with a thinned layer between emitter and detector as a shunt barrier;

FIG. 8 is a diagram of a sensor using differential coloring as a shunt barrier;

FIG. 9 is a diagram of a sensor using an adhesive in a gap between layers over the emitter and detector for a shunt barrier;

FIG. 10 is a diagram of a sensor using a foam pad between the emitter and detector as a shunt barrier;

FIG. 11 is a diagram of a sensor using a solid barrier as a shunt barrier;

FIG. 12 is a diagram of a sensor showing the use of overlapping layers as a shunt barrier;

FIG. 13 is a diagram of a sensor using a barrier of metal traces forming a tortuous path between emitter and detector as a shunt barrier; and

FIG. 14 is a diagram of a sheath incorporating a colored ring around the emitter and detector windows as a shunt barrier.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

FIGS. 3A and 3B illustrate the use of an opaque film adjacent another layer or an air gap to absorb shunting light. FIG. 3A shows the opaque film 34, before assembly being placed over layers 36, 36' separated by an air gap 38. Layers 36, 36' may be mounted on a common substrate (not shown). Holes 40 and 42 are shown for the emitter and detector. Alternately, these can be windows or simply a solid portion of a transparent layer. FIG. 3B shows the assembled lower layer and opaque film layer 34. As light attempts to shunt from emitter area 40 to detector area 42, either passing through the air gap 38 or through layers 36 and 36', it will bounce back and forth between the boundaries of the layer and through the air gap. Some of the light that would normally hit the top end of layer 36 or 36' and bounce back into the middle of the layer, will instead pass into and be absorbed by opaque layer 34, which is tightly coupled to the layers 36 and 36'.

FIG. 4 illustrates the use of a woven or fiber material 44 on layers 36 and 36', and filling the air gap 38 of FIG. 3A. Fibers in the material will absorb light, thus attenuating light attempting to shunt from emitter area 40 to detector area 42. An additional cover layer 46 may be placed over the assembly, and which will need to be at least partially transparent for light to escape and be detected. Layer 46 can function as another shunting layer. By abutting up against the woven or fiber material 44, light will be absorbed out of that layer in the same manner as the opaque film 34 of FIG. 3A and 3B. Alternately, the fiber and woven material can be inserted into layer 46 between the emitter and detector.

FIG. 5 shows an alternate embodiment in which a layer 50 is used with an emitter 52 placed on top of it. Alternately,

5,797,841

**5**

layer 50 could have holes 54 and 56 over the emitter and detector, with the emitter 52 being placed through hole 54 onto an underlying layer. A partially opaque layer 58 is placed above emitter 52 in the embodiment shown. Layer 58 may extend a portion of the way or all of the way over to where the detector is. The opacity of layer 58 is chosen in conjunction with its thickness to allow transmission of substantially all of the light from emitter 52 through the layer, while substantially reducing the amount of light shunted in a path transverse the layer from the emitter to the detector. Layer 58 preferably attenuates the shunted light so that it is less than 10%, and more preferably less than 1% of the total light received by the detector. Additionally, of the light detected by the detector and converted into electrical signal, the portion of the electrical signal due to shunted light is preferably less than 10% and more preferably less than 1% of the signal value.

The layer may be made substantially opaque through coloring. One such color would be a grey createad by suspension of carbon black particles in the base material of the layer. This would be substantially opaque to both red and infrared.

FIG. 6 shows another embodiment of the invention in which a layer 60 over an emitter 62 and detector 64 has a series of perforations 66. These perforations block the light path and scatter the light attempting to shunt between the emitter 62 and detector 64 through layer 60. Although light tends to jump air gaps, by providing multiple air gaps in different orientations, the light can be somewhat effectively scattered. Alternately, the perforations could be filled with a colored filling material or putty to block the light that might otherwise jump the air gaps, or could have the inside walls of the perforations colored. Alternately, embossing (or other variations in thickness) could be used rather than perforations.

FIG. 7 illustrates a layer 70 having an emitter 72 and detector 74, covered by another layer 76. Layer 76 may be partially transparent for light to exit from emitter 72 and re-enter to detector 74. Layer 76 has a thinned portion 78, and layer 70 has a corresponding thinned portion 79. These portions make the layers thin in that area, thus limiting the amount of light that may be shunted. The layer could be made thin by a number of techniques, such as embossing, welding or heat sealing. The width of the thinned area could be varied, and the shape could be varied as desired. For instance, the thinned area could extend around the sides of the emitter and detector, to prevent shunting of light from the edges of the layers when they are wrapped around a finger.

The thinness of the layer contributes to absorption of the light because light which is travelling in a thin layer will more often bounce off the layer boundaries than it would in a thick layer. This provides more chances to escape the layer and be lost or absorbed in an adjoining layer with absorption characteristics.

The thickness is preferably less than 0.25 mm and more preferably no more than 0.025 mm. The length of the thin section is preferably greater than 1 mm and more preferably greater than 3 mm.

The thin layer approach could be applied to a remanufacture or other modification of a sensor which involves adding a layer over the emitter and detector. The entire layer could be made thin, preferably less than 0.25 mm, more

**6**

preferably no more than 0.025 mm, in order to limit its shunting effect.

FIG. 8 shows a sensor having a layer 80 for an emitter 81 and a detector 82, having transparent windows 83 and 84, respectively. A substrate layer 85 supports the emitter and detector, with light being transmitted through transparent window 83 and received through window 84. In one embodiment, the entire layer 80 is opaque, leaving transparent portions 83 and 84. Alternately, the entire layer 80 may be transparent, or of one color with the windows of another or transparent. In addition, a portion 86 of layer 80 between the emitter and detector may be colored a substantially opaque color to prevent the shunting of light of the wavelengths of interest. In alternate embodiments, portion 86 may be of different shapes, and may partially or totally enclose the windows for the emitter and detector.

FIG. 9 shows another embodiment of a sensor according to the present invention mounted on a finger 90. Two portions of a first layer, 91, 91' have the emitter 92 and detector 93, respectively, attached to them. A break between layers 91 and 91' is provided in between the emitter and detector, which will be at the tip of finger 90. Normally, this gap would provide an air gap through which light can be shunted between the emitter and detector across the top of the finger. However, by using a backing layer 94, with an adhesive in the portion between layers 91 and 91', this layer can stick to the tip of finger 90, removing the air gap and thus substantially preventing shunting between the layers.

An alternate embodiment is shown in FIG. 10, with the finger 100 having a sensor with layers 91 and 91' and emitter 92 and detector 93 as in FIG. 9. Here, however, a separate layer 94 is provided with a foam or other resilient or compressible pad 96 mounted on layer 94 between layers 91 and 91'. This material will compress against the tip of the finger, thus also blocking the air gap and preventing the shunting of light if the material is made of a substantially opaque material, such as a color that is substantially opaque to the wavelengths of interest (e.g., red and infrared), or is made of woven material or other material opaque to the light.

FIG. 11 is another embodiment of the present invention showing a layer 110 having an emitter 112 and a detector 114 mounted thereon. A covering, transparent layer 116 provides a covering and a window for the transmission and detection of light. Shunting of light is prevented by crimping the layers with a metal or other crimp 118, 120. The metal or other material is substantially opaque to the shunted light of the wavelengths of interest, and completely penetrates the layer, or substantially penetrates the layer.

FIG. 12 shows an alternate embodiment in which a layer 121 has an emitter 122 and a detector 124 (both shown in phantom) mounted thereon. Over the emitter area is a first transparent layer 126, with a second transparent layer 128 over the detector 124. As can be seen, the two layers are overlapping, with the end 129 of layer 128 being on top of layer 126. Thus, instead of an air gap, any shunted light from layer 128 is deflected to be above layer 126, and vice versa. Alternately, since the light will originate from the emitter, it may be more preferable to have the layer overlaying the emitter be on top of the layer overlaying the detector. In the overlapping portion, a radiation blocking layer may be included, such as a colorded adhesive.

5,797,841

7

FIG. 13 shows an alternate embodiment of the present invention in which a flexible circuit is printed onto a layer 130. As shown, emitter 132 and detector 134 are mounted on the flexible layer 130. A covering layer 133 is provided. Layers 130 and 133 may be partially or substantially opaque to prevent the shunting of light. In between the layers, metal traces 136 and 138 can be used to block the shunting of light. Instead of making these traces run lengthwise, leaving a clear path between the emitter and detector, they instead follow a tortuous path. This tortuous path not only goes lengthwise, but also goes across the width of the layer 130, thus providing a barrier to block shunting the light between the emitter and detector.

FIG. 14 shows another embodiment of the present invention for modifying a sheath such as sheath 32 of FIG. 2. FIG. 14 shows a sheath 140 having a first, adhesive layer 142, and a second layer 144 being transparent and forming a pocket for the insertion of a sensor. Layer 144 has opaque colored rings 146 and 148 surrounding windows 147 and 149, respectively. These windows allow the transmission of light to and from the emitter and detector, while the opaque rings prevent the shunting of light through transparent layer 144. Alternately, more or less of the transparent layer 144 could be colored with an opaque color to prevent the shunting of light.

Alternately, in the embodiment of FIG. 14, windows 147 and 149 could be one color, while areas 146 and 148, which may extend over the rest of the layer 144, could be of a second color. The second color would be chosen to prevent shunting, while the first color would be chosen to allow the transmission of light while also being of a color which is compatible with the calibration data for an oximeter sensor. If the color over the emitter and detector is not chosen properly, it may interfere with the choice of a proper calibration curve in the oximeter sensor for the particular wavelength of the emitter being used. Typically, LEDs of slightly varying wavelengths are used, with a coding resistor indicating the exact wavelength. The coding resistor is used to choose a particular calibration curve of coefficients in the oximeter sensor. Thus, by using a differentially-colored sheath or reinforcing laminate or other layer, with the layer near the emitter and detector chosen to be white, clear or other color which does not interfere with the calibration, shunting can be prevented while allowing the sensor to be used without affecting its standard calibration. Preferably, the regions over the emitter and detector have a radius extending at least 2 mm. beyond the borders of the emitter and detector, and preferably at least 5 mm beyond the borders of the emitter and detector.

Any of the shunt barriers described above could be incorporated into layer 144 of sheath 140 of FIG. 14. Alternately, or in addition, the shunt barriers could be incorporated into a lamination or other layer placed over a sensor in a modifying process. Such a modifying process may, for instance, place a non-adhesive layer over an adhesive layer to convert a disposable sensor into a reusable sensor. The shunt barriers described above may also be in an original layer in a sensor, or in a replacement layer added in a remanufacturing process for recycling disposable sensors.

As will be understood by those of skill in the art, the present invention may be embodied in other specific forms without departing from the spirit or essential characteristics thereof. Accordingly, the foregoing description is intended to be illustrative, but not limiting, of the scope of the invention which is set forth in the following claims.

8

What is claimed is:

1. A sensor comprising:

at least one emitter;

a detector;

a covering layer having a first portion over the emitter and a second portion over the detector;

a shunt barrier positioned between said first and second portions of said covering layer to substantially block radiation of the wavelengths emitted by said emitter, such that less than 10% of the radiation detected by said detector is shunted radiation;

wherein there is a break between said first and second portions of said covering layer, said shunt barrier comprising an underlying layer bridging said break and having an adhesive surface.

2. The sensor of claim 1 wherein said shunt barrier blocks said shunted radiation such that less than 1% of the radiation detected by said detector is shunted radiation.

3. The sensor of claim 1 wherein said radiation comprises a first wavelength spectrum in the red wavelength range and a second wavelength spectrum in the infrared range.

4. The sensor of claim 1 wherein said sensor is a pulse oximeter sensor.

5. A modified pulse oximeter sensor, having at least one new layer, comprising:

a red wavelength spectrum emitter and an infrared wavelength spectrum emitter;

a detector;

a new layer having a first portion over said emitters and a second portion over the detector;

a shunt barrier positioned between said first and second portions of said new layer to substantially block radiation of the wavelengths emitted by said emitters, such that less than 5% of the radiation detected by said detector is shunted radiation;

wherein said new layer is a laminated layer.

6. The modified sensor of claim 5 wherein said new layer replaces a layer on an unmodified sensor.

7. The modified sensor of claim 5 wherein said new layer is an additional layer added to said sensor.

8. The modified sensor of claim 5 wherein said shunt barrier blocks said shunted radiation such that less than 1% of the radiation detected by said detector is shunted radiation.

9. A modified pulse oximeter sensor, having at least one new layer, comprising:

a red wavelength spectrum emitter and an infrared wavelength spectrum emitter;

a detector;

a new layer having a first portion over said emitters and a second portion over the detector;

a shunt barrier positioned between said first and second portions of said new layer to substantially block radiation of the wavelengths emitted by said emitters, such that less than 5% of the radiation detected by said detector is shunted radiation;

wherein there is a break between said first and second portions of said new layer, said shunt barrier comprising an underlying layer bridging said break and having an adhesive surface.

*   *   *   *   *

# Exhibit 9

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

US005800348A

# United States Patent [19]

## Kaestle

| [11] | Patent Number: | 5,800,348 |
|---|---|---|
| [45] | Date of Patent: | Sep. 1, 1998 |

[54] **APPARATUS AND METHOD FOR MEDICAL MONITORING, IN PARTICULAR PULSE OXIMETER**

[75] Inventor: **Siegfried Kaestle**, Nufringen, Germany

[73] Assignee: **Hewlett-Packard Company**, Palo Alto, Calif.

[21] Appl. No.: **710,794**

[22] Filed: **Sep. 23, 1996**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 565,879, Dec. 1, 1995, abandoned.

[30] **Foreign Application Priority Data**

| Aug. 31, 1995 | [EP] | European Pat. Off. | 95113654 |
|---|---|---|---|
| Aug. 6, 1996 | [EP] | European Pat. Off. | 96112658 |

[51] **Int. Cl.[6]** .................................................. **A61B 5/00**
[52] **U.S. Cl.** ............................. **600/322**; 600/323; 600/336
[58] **Field of Search** .................................. 128/633, 664–7, 128/719; 356/39–41; 600/322, 323, 336, 339, 340, 341, 473, 476, 478, 479

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| 4,867,571 | 9/1989 | Frick et al. | 128/633 |
|---|---|---|---|
| 5,158,082 | 10/1992 | Jones . | |
| 5,349,953 | 9/1994 | McCarthy et al. . | |

#### FOREIGN PATENT DOCUMENTS

| 0102816A3 | 8/1983 | European Pat. Off. . |
|---|---|---|
| 0502717A1 | 3/1992 | European Pat. Off. . |

*Primary Examiner*—Jennifer Bahr
*Assistant Examiner*—Bryan K. Yarnell

[57] **ABSTRACT**

A method for measuring medical parameters of a patient by radiation of electromagnetic waves into a sample and for measurement and subsequent analysis of the electromagnetic waves which have passed through the sample, the following steps are carried out. First and second modulation signals are generated having equal frequencies and a first phase difference of substantially 90°. Irradiating a first electromagnetic wave of a first wavelength into the sample, under control of the first modulation signal. Irradiating the sample with a second electromagnetic wave of a second wavelength, under control of the second modulation signal. Receiving electromagnetic waves of both wavelengths which have passed through the sample and demodulating the received signals by multiplying the same with a first sinusoidal demodulation signal and with a second sinusoidal demodulation signal having the first phase difference with respect to the first sinusoidal signal, the first and second sinusoidal demodulation signals having the same frequency as the first and second modulation signals, such as to generate a first and a second demodulated signal. The first and the second sinusoidal demodulated signals are set so as to have a phase difference relative to the first and second modulation signals corresponding to a system phase shift.

**77 Claims, 9 Drawing Sheets**





FIG.1
PRIOR ART



FIG.2

FIG.3a

FIG.3b

FIG.3c

PRIOR ART

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 138 of 834   Page ID #:20322



FIG. 4
PRIOR ART



FIG. 5
PRIOR ART



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10

**U.S. Patent**          Sep. 1, 1998          Sheet 9 of 9          **5,800,348**



FIG. 11



FIG. 12



FIG. 13

5,800,348

**1**

## APPARATUS AND METHOD FOR MEDICAL MONITORING, IN PARTICULAR PULSE OXIMETER

### REFERENCE TO A RELATED APPLICATION

This application is a continuation-in-part application of the U.S. application Ser. No. 08/565,879, filed Dec. 1, 1995, now abandoned.

### FIELD OF THE INVENTION

This invention relates to an apparatus for measuring medical parameters of a patient by irradiation of electromagnetic waves into a sample or material and for measurement and subsequent analysis of the electromagnetic waves which have passed through said sample or material, and to a related method. More specifically and in one particular embodiment, the invention relates to the field of pulse oximetry.

### DESCRIPTION OF THE PRIOR ART

Optical methods for measuring medical parameters of a patient are well-known in the art. These include, for example, blood flow measurement, measurement of the perfusion, blood gas analysis, infrared gas analyzers etc., and in particular pulse oximetry. What is common to all of these methods is that light of the visible or adjoining spectra (such as infrared), or other electromagnetic waves, are irradiated into the tissue of a patient, into a sample taken from a patient (such as a blood sample) or into air inspired or expired by the patient. The light transmitted through, or reflected by such sample or material is then analyzed for changes of its characteristics, such as absorbance, wavelength etc., in order to determine a medical parameter of interest. It is understood that such methods are not limited to the use of electromagnetic waves of optical nature (i.e., in the visible spectrum), but that they may use other waves in the electromagnetic spectrum as well. Further, such methods may use the in vivo, as well as the in vitro approach, i.e., they may be focused on the analysis of the patient (e.g., its tissue), or on samples taken from a patient.

In order to increase the clarity and comprehensibility of this description, the underlying problems will now be explained by means of one specific example, namely pulse oximetry. However, it is understood that this does by no means limit the scope of the present invention which is, in fact, also applicable for the measurement of other medical parameters.

Pulse oximetry is a non-invasive technique to evaluate the condition of a patient. Usually, a sensor or a probe comprises light emitting means such as light-emitting diodes (LEDs). Two or more of these LEDs with different wavelengths (e.g., red and infrared) may be used. The emitted light is directed into the tissue of the patient, and light receiving means such as photodiodes or phototransistors measure the amount of transmitted or reflected light. In the case of transmission measurement, the transmitter and receiver diodes are arranged opposite to each other with respect to the human tissue, whereas in the case of reflection measurement, they are arranged on the same side of the tissue.

The measured intensity can be used to calculate oxygen saturation in the arterial blood of the patient if measured at least at two wavelengths. The mathematical background therefor, which makes use of Lambert-Beer's law, has been described in sufficient detail in a multiplicity of former publications. See, for example, EP-A-262 778 which contains a rather good breakdown of the theory.

**2**

Usually, the sensor detachably connected to the pulse oximeter comprises at least two LEDs emitting light of a wavelength of e.g. 660 nm (Nanometers)—red—and 900 nm-infrared. The intensity of the emitted light can be modulated by the oximeter in that the exciting current of the LEDs is varied. The photocurrent received by the receiving element is measured by the oximeter and used to calculate the oxygen saturation of the arterial blood.

In today's oximeters, a hardware circuit contained in the front-end portion of an appropriate monitor makes use of a time multiplex approach, where the LEDs are switched on and off one after the other (see U.S. Pat. No. 4,407,290; U.S. Pat. No. 4,523,279 or U.S. Pat. No. 3,847,483). The train of pulses usually consists of a minimum of 3 phases: an active red, an active infrared and a dark phase, where the ambient light is measured during the latter phase. Actually, there can be more than 3 phases to allow for more LEDs to be powered in one multiplexing time frame or additional dark phases. The phases are often of similar duration. The modulation frequency (repetition rate of the whole frame) ranges e.g. from 200 Hz to 2 kHz. This frequency should not be mixed up with the frequency of the light emitted by the LED's. In fact, the common modulation method uses pulse trains with pulses of rectangular shape to excite the LEDs, wherein the first pulse excites the red LED, the second pulse the infrared LED, and an interval without excitation is used to measure the ambient light (called "dark phase" in this context).

It has turned out, however, that such known oximeters, although widely used today in clinical practice (simply because they offer a non-invasive technology), provide limited performance only and, in particular, limited measurement accuracy. This happens mainly when sources of interference, such as neon lamps, UV lamps and other emitters of light, influence the optical path between the LEDs and the photoreceiver. The susceptibility of prior art oximeters to such sources of interference has been known by skilled people; however, no attempts have been made so far to evaluate the reasons therefor. In fact, the following considerations (which explain the mechanism of distortion of oximetry signals) reflect already the inventor's thoughts on this problem, which in turn led him to the present invention, and can insofar already be considered as forming a part of, or—to some extent—the basis of the invention.

The frequency spectrum of a time multiplex signal (as described above) at the receiving photo diode consists of a couple of elements. The first is, of course, the spectral line of the LED modulation frequency. Other spectral lines of reduced amplitude appear at the harmonics of the basic modulation frequency, due to the fact that the spectrum of a pulse sequence contains spectral lines at multiples of the pulse repetition frequency. Such harmonics of significant amplitude appear up to an order of several tens.

Further, all spectral lines are not sharp lines, but rather broadened to some extent, such that they cover small bands in the spectrum. This is due to the fact that the signals are further modulated by the variation of the blood pulse (which contains components up to approx. 10 Hertz). This variation of the blood pulse is actually of interest for medical monitoring. Its frequency may be used to derive the patient's heart rate, and its amplitude is actually required to calculate oxygen saturation.

The blood pulse therefore broadens the spectral lines of the modulation frequency and its harmonics for about ±10 Hertz. This is also called "physiological bandwidth", due to its origin in the physiological signal.

The details and drawbacks of the prior art technology will now be discussed with reference to the drawings.

5,800,348

3

FIG. 1 depicts the essential functional blocks of a prior art oximeter. A microprocessor 1 controls operation of the oxygen saturation parameter. It generates digitally represented pulses for excitation of the LEDs. These are fed, via line 2, to digital-to-analog converter 3 which outputs analog signals of rectangular shape and feeds them, via line 4, to amplifier 5.

Dotted line 6 represents schematically the interface between the monitor and the sensor. That is, line 7 is physically a cable which connects the sensor and the monitor, and all elements left to dotted line 7 are in practice incorporated into the sensor. The sensor contains at least 2 LEDs 8 and 9 which emit light into the tissue of a patient, here a finger 10. Light transmitted through finger 10 reaches photodiode 11 and is fed, via line 12, to another amplifier 13. The amplified analog signal produced by amplifier 13 is fed (line 14) to a demodulation and filter section 14. This demodulation section comprises a demultiplexer 14a which feeds the amplified signal, depending on its time slot, to three different paths 14b to 14d which implement a low-pass/sample and hold function each. Demultiplexer 14a is controlled such that signals received during operation of LED 8 are fed to path 14b, signals received during operation of LED 9 are fed to path 14c, and signals received during the dark or ambient phase (LED's 8 and 9 switched off) are fed to path 14d.

Each of paths 14b to 14d operates as an independent low-pass filter—see, e.g., resistor 14e and capacitor 14f in path 14b—; the capacitor acts insofar also as a sample and hold device. The three paths 14b to 14d are then combined again by multiplexer 14g (which is synchronized with demultiplexer 14a, see dotted line 14h), and the signals are fed to analog-to-digital converter (ADC) 15. This ADC samples the incoming signals, typically once per channel, but a higher sampling rate is also possible. In other words, if a pulse is sent to the red LED 8, it is sensed once by ADC 15 to determine its amplitude, and the variation of the amplitude in succeeding pulse trains reflects pulsatile variation of the arterial blood.

The digitized signal reaches, via line 16, microprocessor 1 which performs the necessary calculations to determine oxygen saturation. The results are then displayed on a display 17.

FIG. 2 is a timing diagram of the pulse train used to excite LEDs 8 and 9. A first pulse 18 controls red LED 8 (FIG. 1), and a second pulse 19 infrared LED 9. When both LEDs have been excited in sequence, a dark phase 20 is provided which is used on the receiver side to measure the amount of ambient light. At t=$T_{LED}$, the whole pattern starts again from the beginning. Thus, the modulation frequency is defined by

$$f_{LED} = \frac{1}{T_{LED}} \qquad (1)$$

FIGS. 3a to 3c depict the same pattern at the receiver side, separated according to paths 14b to 14d (FIG. 1), i.e., when the pulses have passed the human tissue. FIG. 3a shows the pulse of the red LED 8 (path 14b), FIG. 3b the pulse of the infrared LED 9 (path 14c), and FIG. 3c the signal detected on path 14d (ambient light). One will note that the red and infrared pulses (FIGS. 3a and 3b) are

1. attenuated by a more or less fixed amount which is caused by nonpulsating tissue (DC attenuation);
2. subject to different attenuation in the red and infrared channel, as shown by the different amplitudes of red pulse 21 and infrared pulse 22; and that
3. their amplitudes are modulated with a slow frequency shown by dotted lines 23a and 23b (the frequency is

4

even exaggerated in FIGS. 3a and 3b for the purpose of demonstration), i.e., their amplitudes vary slowly over time. This slow frequency—in the range of 1 to 10 Hertz—reflects the blood pulsation in blood vessels hit by the light emitted by LEDs 8 and 9 and carries the physiological information required to calculate oxygen saturation. It is therefore called "physiological signal", and the associated frequency band "physiological bandwidth". It will also be noted that the superimposed physiological signal has a very small amplitude, as compared to the overall amplitude of the received pulses.

In contrast, the pulse of FIG. 3c which represents ambient light is not modulated by pulsating tissue (ref. no. 23c).

The pulse trains shown in FIGS. 3a to 3c are fed, via multiplexer 14g (FIG. 1), to the input of ADC 15. According to the prior art approach, ADC 15 takes at least one sample of the received pulse at t=$T_1$, t=$T_2$ and t=$T_3$. These samples represent the amplitudes of the red pulse, the infrared pulse and the ambient light, respectively. The technique discussed here corresponds to a demodulation with a rectangular or square wave.

Now let us consider what happens in the frequency domain. FIG. 4 depicts the spectrum of the signal transmitted through the patient's tissue and amplified, but prior to demodulation and sampling, i.e., as it appears on line 14 (FIG. 1). The basic LED modulation frequency $F_{LED}$ is shown as spectral line 24. This is not a "sharp" spectral line. Instead, it is slightly broadened, due to the physiological signal (as discussed above) which in turn modulates the LED signal. The effect is that the LED modulation spectral line appears in fact as a small-band spectrum with a bandwidth of approx. ±10 Hertz around the center of its base frequency.

Reference numbers 24a and 24b designate harmonics of the basic LED modulation frequency, i.e., $2*f_{LED}$ and $3*f_{LED}$. It is understood that these harmonics appear also broadened by the physiological bandwidth, i.e., they are centered at ±10 Hertz around the corresponding harmonic frequency.

In contrast, reference number 25 represents the spectral line of the mains (power line)—at $f_{Line}$—which is the major source of interference; typically, at 50 Hertz (Europe) or 60 Hertz (United States). It is understood that, although the power line has always a specific frequency, this frequency is subject to variations (however small and slow) of the mains frequency. This variability or tolerance band is indicated by dashed box 25'.

The spectrum also contains harmonics of the basic mains frequency $f_{Line}$. These are denoted as 25a through 25g in FIG. 4 and represent frequencies of $2*f_{Line}$ to $8*f_{Line}$ (it will be appreciated that harmonics of even higher order do also exist, but have not been drawn in FIG. 4). Like the basic mains frequency, their harmonics are also spread, see dotted boxes 25a' through 25g'. The diagram shows that the higher the order of the harmonics, the higher the possible variations in frequency.

FIG. 4 reveals also another effect. That is, some of the harmonics of the LED modulation frequency $f_{LED}$, and of the mains frequency $f_{Line}$, are quite close to each other. A typical example is shown by reference number 26. The third order harmonics 24b of the LED modulation frequency, and the seventh order harmonics 25f of the mains frequency, are quite close to each other ($3*f_{LED} \approx 7*f_{Line}$). This means that there is frequent interference in the related bands, in particular in consideration of the broad tolerance band 25f' associated with the seventh order harmonics 25f of the mains frequency. But there are also other doubtful cases, such as

5,800,348

| 5 | 6 |

indicated by dotted circle 27. Although there is in fact some distance between the second order harmonics 24a of the LED modulation frequency and the fifth order harmonics 25d of the mains frequency, there is still an overlap if we consider the whole tolerance band 25d' associated with $5*f_{Line}$. In other words, if the frequency of the power line deviates slightly from its nominal value, its fifth order harmonic might approach the second order harmonic of the LED modulation frequency, such that there is at least sporadic interference. If we proceed to higher order harmonics, there will always be a danger of interference, just because the tolerance band associated with the harmonics of the mains frequency becomes broader and broader, such that the associated spectra overlap. This is shown by spectra 25e', 25f' and 25g'. It is evident that for these higher frequencies, 15 any harmonic of the LED modulation frequency will necessarily fall into at least one bandwidth of the harmonics of the mains frequency.

One might now ask the question how such interference of the harmonics influences the base band and thus the results 20 of oxygen saturation measurement. The underlying mechanism is demonstrated in FIG. 5.

According to the prior art approach, the received signal is demodulated by demultiplexer 14a. (This kind of demodulation corresponds to synchronous AM demodulation with a 25 square wave, as e.g. described in U.S. Pat. No. 4,807,630). Demodulation with a square wave has the effect that all kinds of difference and sum frequencies—in particular, of the harmonics—appear in the base band close to the signal of interest; i.e., the harmonics are folded down into the base 30 band. This effect is, by way of example, illustrated in FIG. 5. This figure is based on the understanding that the LED sampling frequency is equal to the LED modulation frequency. (Every channel—red, infrared, dark—is separately sampled and demodulated). 35

However, the harmonics of the mains frequency are only one source of interference which may distort the useful signal for determining oxygen saturation. In a clinical environment, the pulse oximetry sensor picks up ambient light and various electromagnetic noise. The major source 40 for ambient light is room illumination with fluorescence ceiling lamps which gives broad spectral bands with harmonics at harmonics of the power line frequencies, typically 50 Hertz or 60 Hertz. However, electrical noise also comes very often from the power line and shows up as harmonics 45 of the mains frequency. Other well known sources for largely interfering electrical noise are electro-surgery devices used in the operating rooms. They can be very broad-band and at any frequency.

As explained above, the spectra of the signal at multiples 50 of the LED modulation frequency overlap very likely with the spectra of the optical or electrical noise components. Any noise lines in one of the LED modulation bands will be demodulated and intrinsically folded down to the base band and contribute to poor signal-to-noise ratios (S/N). A very dangerous 55 situation for the patient can occur in the monitoring of neonates. These are often treated with very bright UV lamps for the bilirubin photo therapy. As they produce poor signals because of a poor vascular perfusion, the amount of ambient light can cause even situations with a signal-to-noise 60 ratio<1. A pulse oximeter is very likely to be mislead in these situations. It can derive values for pulse rate, oxygen saturation and perfusion index which are wrong because the input signals are dominated by noise instead of patient signals. EP0502717 A1disloses means and methods for 65 evaluating the concentration of a constituent in an object by measuring the transmission of light of two wavelengths

therethrough. First and second light emitters emit light at respective, first and second different wavelengths. A modulator/driver drives the light emitters with respective first and second carriers which vary as a function of time, the carriers being of the same carrier frequency having a phase difference other than 0 and other than an integer multiple of 180°. A detector receives light from the first and second light emitters after the same has passed through the object and generates a resulting detector signal carrying information relating to transmission of the object at both wavelengths. A first demodulated signal which is a sum of a component proportional to the object's transmission at the first wavelength and one or more carrier modulated components is generated by a demodulator from the detector signal in a first channel, whereas a second demodulated signal which is a sum of a component proportional to the object's transmission at the second wavelength and one or more carrier modulated components is generated by the demodulator in a second channel. The carrier modulated components of the signals are filtered out of the first and second channels by a demodulated signal filter.

The demodulator multiplies the detector signal in the first channel with a sinusoidal signal in phase with the first carrier to generate the first demodulated signal, and multiplies the detector signal in the second channel with a sinusoidal signal in phase with the second carrier to generate the second demodulated signal. Therefore, in accordance with the disclosure of EP 0502717 A1, the sinusoidal signal for demodulating the detector signals in the first and the second channel are in phase with the first carrier and the second carrier, respectively. This demodulation method is disadvantageously to the effect that there exists a cross-talking between the first and the second channels, and therefore no accurate evaluation of the concentration of a constituent in an object is possible.

## SUMMARY OF THE INVENTION

Starting from this prior art, it is the object of the present invention to provide methods and apparatus for accurately measuring and analysing medical parameters using at least two different electromagnetic waves having different wavelengths, wherein a cross-talking between channels in which received electromagnetic waves of different wavelength are analysed is reduced.

The present invention is based on the perception that in prior art analysis systems for measuring medical parameters, for example the system that is disclosed in EP 0502717 A1, an accurate measurement and subsequent analysis of medical parameters is impossible due to a phase shift which is introduced by the system between the electromagnetic waves which are used to irradiate a sample and the electromagnetic waves which are used for analysis. Therefore, the present invention provides methods and apparatus for measuring medical parameters of a patient by irradiation of electromagnetic waves into a sample and for measurement and subsequent analysis of the electromagnetic waves which have passed through said sample, wherein the system phase shift is compensated during the analysis of the received electromagnetic waves.

In accordance with a first aspect, the above object is achieved by a method for measuring medical parameters of a patient by irridation of electro-magnetic waves into a sample and for measurement and subsequent analysis of the electromagnetic waves which have passed through said sample, said method comprising the steps of:

    generating first and second modulation signals of the same frequencies and having a first phase difference of substantially 90°;

5,800,348

7

irriditing a first electromagnetic wave of a first wave-
length into said sample under control of said first
modulation signal;

irriditing a second electromagnetic wave of a second
wavelength different from the first one into said sample
under control of said second modulation signal;

receiving electromagnetic waves of both wavelengths
which have passed through said sample;

demodulating signals representative of the received elec-
tromagnetic waves by multiplying the same with a first
sinusoidal demodulation signal and with a second sinu-
soidal demodulation signal having the first phase dif-
ference with respect to said first sinusoidal signal, said
first and second sinusoidal demodulation signals hav-
ing the same frequency as said first and second modu-
lation signals, such as to generate a first and a second
demodulated signal;

wherein the first and the second sinusoidal demodulation
signals have a phase difference relative to the first and
second modulation signals corresponding to a system
phase shift; and

analysing said demodulated signals.

In accordance with this first aspect of the present inven-
tion the first and second sinusoidal demodulation signals
comprise a phase difference relative to the first and second
modulation signals which corresponds to the system phase
shift, whereby the influence of the system phase shift on the
result of the analysis is eliminated and therefore a cross-
talking between channels is reduced.

In accordance with a second aspect, the above object is
achieved by a method for measuring medical parameters of
a patient by irridation of electromagnetic waves into a
sample and for measurement and subsequent analysis of the
electromagnetic waves which have passed through said
sample, said method comprising the steps of:

generating first and second modulation signals of the
same frequencies and having a first phase difference of
substantially 90°;

irriditing a first electromagnetic wave of a first wave-
length into said sample under control of said first
modulation signal;

irriditing a second electromagnetic wave of a second
wavelength different from the first one into said sample
under control of said second modulation signal;

receiving electromagnetic waves of both wavelengths
which have passed through said sample;

demodulating signals repesentative of the received elec-
tromagnetic waves by multiplying the same with a first
sinusoidal demodulation signal and with a second sinu-
soidal demodulation signal having the first phase dif-
ference with respect to said first sinusoidal signal, said
first and second sinusoidal demodulation signals hav-
ing the same frequency as said first and second modu-
lation signals, such as to generate a first and a second
demodulated signal;

analysing said demodulated signals taking into account a
system phase shift.

In accordance with the second aspect of the present
invention, demodulating signals of received electromagnetic
waves are demodulated by sinusoidal demodulation signals
to generate a first and a second demodulated signal. These
first and second demodulated signals are analysed, for
example by a microprocessor, under consideration of a
system phase shift. On the basis of this system phase shift a
correction matrix is calculated which is used to correct the

8

demodulated signals in order to eliminate the influence of
the system phase shift on the result of the analysis. In
accordance with this second aspect of the present invention,
the influence of the system phase shift on the result of the
analysis can be eliminated by software, for example in the
central processing unit of the system.

In accordance with a third aspect, the above object is
achieved by a method for measuring medical parameters of
a patient by irridation of electromagnetic waves into a
sample and for measurement and subsequent analysis of the
electromagnetic waves which have passed through said
sample, said method comprising the steps of:

generating first and second modulation signals of the
same frequencies and having a first phase difference of
substantially 90°;

irriditing a first electromagnetic wave of a first wave-
length into said sample under control of said first
modulation signal;

irriditing a second electromagnetic wave of a second
wavelength different from the first one into said sample
under control of said second modulation signal;

receiving electromagnetic waves of both wavelengths
which have passed through said sample;

generating delayed received electromagnetic waves by
adding a phase shift to the received electromagnetic
waves which yields, together with a system phase shift,
a total phase shift of the received electromagnetic
waves relative to the first and second electromagnetic
waves of substantially an integral multiple of 360°;

demodulating signals representative of the delayed
received electromagnetic waves by multiplying the
same with a first sinusoidal demodulation signal and
with a second sinusoidal demodulation signal having
the first phase difference with respect to said first
sinusoidal signal, said first and second sinusoidal
demodulation signals having the same frequency as
said first and second modulation signals, such as to
generate a first and a second demodulated signal; and

analysing said demodulated signals.

In accordance with the third aspect of the present
invention, the influence of the system phase shift on the
result of the analysis is eliminated by adding a phase shift to
the received electromagnetic waves, such that a total phase
shift of the received electromagnetic waves relative to
transmitted electromagnetic waves is substantially an inte-
gral multiple of 360°. This total phase shift of an integral
multiple of 360° makes sure that a cross-talking between
channels of the received electromagnetic waves is reduced.

In accordance with a fourth aspect, the above object is
achieved by an apparatus for measuring medical parameters
of a patient by irridation of electromagnetic waves into a
sample and for measurement and subsequent analysis of the
electromagnetic waves which have passed through said
sample, said apparatus comprising:

means for generating first and second modulation signals
of the same frequencies and having a first phase dif-
ference of substantially 90°;

means for irriditing a first electromagnetic wave of a first
wavelength into said sample under control of said first
modulation signal;

means for irriditing a second electromagnetic wave of a
second wavelength different from the first one into said
sample under control of said second modulation signal;

means for receiving electromagnetic waves of both wave-
lengths which have passed through said sample;

5,800,348

9

means for demodulating signals repesentative of the
received electromagnetic waves by multiplying the
same with a first sinusoidal demodulation signal and
with a second sinusoidal demodulation signal having
the first phase difference with respect to said first
sinusoidal signal, said first and second sinusoidal
demodulation signals having the same frequency as
said first and second modulation signals, such as to
generate a first and a second demodulated signal;

wherein the first and the second sinusoidal demodulation
signals have a phase difference relative to the first and
second modulation signals corresponding to a system
phase shift; and

means for analysing said demodulated signals.

In accordance with a fifth aspect, the above object is
achieved by an apparatus for measuring medical parameters
of a patient by irradiation of electromagnetic waves into a
sample and for measurement and subsequent analysis of the
electromagnetic waves which have passed through said
sample, said method comprising the steps of:

means for generating first and second modulation signals
of the same frequencies and having a first phase dif-
ference of substantially 90°;

means for irridating a first electromagnetic wave of a first
wavelength into said sample under control of said first
modulation signal;

means for irridating a second electromagnetic wave of a
second wavelength different from the first one into said
sample under control of said second modulation signal;

means for receiving electromagnetic waves of both wave-
lengths which have passed through said sample;

means for demodulating signals representative of the
received electromagnetic waves by multiplying the
same with a first sinusoidal demodulation signal and
with a second sinusoidal demodulation signal having
the first phase difference with respect to said first
sinusoidal signal, said first and second sinusoidal
demodulation signals having the same frequency as
said first and second modulation signals, such as to
generate a first and a second demodulated signal; and

means for analysing said demodulated signals taking into
account a system phase shift.

In accordance with a sixth aspect, the above object is
achieved by an apparatus for measuring medical parameters
of a patient by irradiation of electromagnetic waves into a
sample and for measurement and subsequent analysis of the
electromagnetic waves which have passed through said
sample, said apparatus comprising:

means for generating first and second modulation signals
of the same frequencies and having a first phase dif-
ference of substantially 90°;

means for irridating a first electromagnetic wave of a first
wavelength into said sample under control of said first
modulation signal;

means for irridating a second electromagnetic wave of a
second wavelength different from the first one into said
sample under control of said second modulation signal;

means for receiving electromagnetic waves of both wave-
lengths which have passed through said sample;

means for generating delayed received electromagnetic
waves by adding a phase shift to the received electro-
magnetic waves which yields, together with a system
phase shift, a total phase shift of the received electro-
magnetic waves relative to the first and second elec-
tromagnetic waves of substantially an integral multiple
of 360°;

10

means for demodulating signals representative of the
delayed received electromagnetic waves by multiply-
ing the same with a first sinusoidal demodulation signal
and with a second sinusoidal demodulation signal hav-
ing the first phase difference with respect to said first
sinusoidal signal, said first and second sinusoidal
demodulation signals having the same frequency as
said first and second modulation signals, such as to
generate a first and a second demodulated signal; and

means for analysing said demodulated signals.

In accordance with a preferred embodiment of the present
invention, the frequency of the modulation signals is deter-
mined to be approximately f=275 Hertz. This selection
guarantees that the main spectral line of the modulation
frequency is placed optimally between harmonics of the
noise bands for 50 Hz and 60 Hz mains frequency, even if
there is a variation or instability in the mains frequency (see
detailed description). Therefore, this selection of the modu-
lation frequency further contributes to a noise-free, reliable
measurement.

The modulation signals themselves may be sine waves, in
which case the mathematical theory becomes particularly
easy. However, square or rectangular waves may be used as
well. Square waves are easy to generate and have another
related advantage: That is, the duty cycle may be easily
varied without changing the fundamental frequency, in order
to adapt the signal strength in various channels. (The shape
of the modulation signals should not be mixed up with the
signals used for demodulation; according to the invention,
the latter have always to be sinusoidal signals).

In a preferred embodiment of the invention, a low pass
filter is provided through which the output signal of the
multiplier circuit is fed. Likewise, it is advantageous to use
a bandfilter connected between the receiver of the electro-
magnetic waves and the demodulator. This bandfilter blocks
the harmonics, and even the fundamental frequencies of any
noise, and further operates as an anti-aliasing filter for
subsequent analog-to-digital conversion.

As already mentioned, one major application of the inven-
tion is pulse oximetry. In this case, the biological material
examined in vivo is the patient's tissue. The electromagnetic
waves are preferably waves selected from the visible and the
adjoining spectra of light, in particular red and/or infrared
light. The emitters of light are advantageously light-emitting
diodes which are of small size and easy to incorporate into
a sensor.

BRIEF DESCRIPTION OF THE DRAWINGS

Preferred embodiments of the present invention will now
be explained, by means of non-limiting examples, with
reference to the accompanying drawings, in which:

FIG. 1 depicts a block diagram of a prior art oximeter,

FIG. 2 is a timing diagram of the pulse train emitted by
a prior art oximeter,

FIGS. 3a to 3c are timing diagrams of the pulse trains
received by a prior art oximeter,

FIG. 4 is the spectrum of a prior art time multiplex
oximeter prior to demodulation,

FIG. 5 depicts the effect of demodulation on the spectrum
in prior art oximeters,

FIG. 6 is a block diagram of a pulse oximeter according
to the present invention,

FIG. 7 depicts the shape and timing of the pulses used to
control the light-emitting diodes,

FIG. 8 is a block diagram of the digital signal processor,

5,800,348

11

FIG. 9 is an example of a spectrum processed by an apparatus according to the present invention,

FIG. 10 shows the effect of the quadrature modulation technique according to the present invention on the signal-to-noise improvements,

FIG. 11 and FIG. 12 are vector diagrams for illustrating phase shift measurements, and

FIG. 13 is a schematic representation for illustrating direct phase measurement on an unfiltered signal.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS OF THE INVENTION

FIGS. 1 through 5 illustrating the prior art approach have already been discussed above, such that there is no need to consider them further.

FIG. 6 depicts a block diagram of a two-wavelength pulse oximeter according to the invention. A microcontroller or CPU (central processing unit) 28 controls overall operation of the oximeter. In particular, it starts the measurements, adjusts the gain and controls the timing of LED excitation. Further, most of the signal processing, in particular calculation of the pulse oximetry values (oxygen saturation), of the pulse rate, the perfusion indicator and plethysmographic waveforms is performed by CPU 28. Such algorithms— specifically suited for artifact suppression are, for example, described in another patent, U.S. Pat. No. 5,299,120, originating from the inventor of the present case. CPU 28 may further communicate with other equipment, such as a host monitor 29, via a digital link 30. The host monitor is equipped with data and waveform display capabilities, controls the alarm limits etc. It is, however, understood that the display of data, manual input etc. could also be performed locally. Further, CPU 28 may even communicate with larger systems such as hospital information systems or central stations.

The control signals for driving, i.e., for switching the LEDs are fed from CPU 28, via line 31, to an LED driver circuit 32 (the digital-to-analog converter is not shown here and may be integrated in CPU 28). LED driver circuit 32 contains current sources which operate light emitting diodes (LEDs) 33 and 34 in switched mode.

In FIG. 6, a red LED is designated as 33, and an infrared LED as 34. Both LEDs, as well as a photodiode 35, are integrated into an appropriate sensor. Such sensors are well-known in the art and need not be discussed in detail here. Reference is made, for example, to DE-C-37 03 458. The rest of the elements shown in FIG. 6 are not incorporated in the sensor, but in an appropriate monitor, a signal pick-up box or the like.

LED driver circuit 32 operates LEDs 33 and 34 in antiparallel mode. That is, red LED 33 is operated by pulses of one polarity, and infrared LED 34 is operated by pulses of the opposite polarity. This design requires less connections between the sensor and the associated monitor, although it is not a necessary prerequisite for practising the present invention.

The timing of the pulses generated by LED driver circuit 32 will now be discussed with reference to FIG. 7. In the shown example, these pulses are of rectangular shape, although they could also be shaped as a sine, or incorporate any other suitable shape.

The pulse driving the red LED 33 is designated as 36. Another pulse 37 (of opposite polarity, not shown in FIG. 7) drives infrared LED 34. The whole pattern restarts at $t=T_{LED}$, such that a time interval of $T_{LED}$ defines a complete

12

cycle of 360°. An important design feature of the timing chosen in the pulse oximeter according to the invention is that the pulses of the red and the infrared LED, respectively, are offset by 90°, see reference number 38. (In terms of timing, this phase shift corresponds to $T_{LED}/4$). The reference lines for the 90° phase shift are the center of the red and infrared pulse, respectively. This is of importance if a duty cycle adjustment is necessary or desirable to balance the red and infrared signals. Such duty cycle adjustment means to adapt the pulse length of either or both of the pulses, as indicated by arrows 39a to 39d.

Returning now to FIG. 6, the light pulses generated by LEDs 33 and 34 pass human tissue, as indicated by a finger 40, and are received by photodiode 35.

The output signal of the photodiode is fed to a photo amplifier 41. This photo amplifier converts the photo current of the photodiode into a voltage. In contrast to prior art time multiplex systems, its bandwidth can be limited to $f_{PLED}$ in the present invention. Its gain is selected as high as possible, but within the limits of the maximum expected photo currents.

Reference number 42 designates a band filter. The main purpose of that stage is to block out-of-the band noise and to serve as an anti-aliasing filter for analog-to-digital sampling. The passband is designed as narrow as possible around the center frequency $f_{LED}$. The bandwidth is only slightly broader than the bandwidth of the physiological blood pulse signal. Any harmonics of the LED sampling frequency can be blocked out as they do not contribute to the demodulated signal.

Programmable gain amplifier 43 (controlled by CPU 28, see line 44) ensures that the filtered signal fits within the input range of analog-to-digital converter (ADC) 45. It is therefore used to adapt to the large dynamic variability of the photoelectrical signal. As pulse oximetry sensors are used on very different body locations, the different tissue types and thickness between emitters and receivers result in largely different light intensities. The gain of that amplifier is controlled by the CPU to adapt the output amplitude to fit the full scale input range of the analog-to-digital converter for good quantization.

Digital signal processor (DSP) 46 represents, to some extent, the "heart" of the present invention. It demodulates the received, filtered and digitized pulses with sinusoidal functions. In the shown embodiment, this demodulation is performed in the digital domain—i.e., by a digital processor—, and in fact the functionality of DSP 46 may be provided by CPU 28 as well. However, this is not a necessary requirement; DSP 46 may also be a separate signal processor in digital or analog technology. The major functions of DSP 46 are demodulation, low pass filtering and down sampling.

In order to explain the functionality provided by DSP 46, reference is now made to FIG. 8. The output signal of ADC 45, A(t), is fed to two multipliers 47 and 48, which perform a multiplication with sinusoidal functions $\sin(\omega_{LED}t)$ and $\cos(\omega_{LED}t)$, respectively. The skilled man will immediately note that the use of sine and cosine functions corresponds to a phase shift of 90°, just because $\sin(90°+\alpha)=\cos(\alpha)$. The demodulated signals are now fed, via lines 49 and 50, to respective digital low pass filters 51 and 52. Their functionality will be discussed in greater detail below.

For the following discussion of the mathematical theory, it will be assumed that the LEDs are driven so that the optical emissions of the LEDs are pure sine waves, shifted by 90° in phase, e.g. the red LED with a sine and the infrared

5,800,348

13

LED with a cosine. In the actual embodiment, this is not the case, as shown above; however, the mathematical background may be explained more easily by the assumption of sinusoidal driving.

The output of ADC 45, i.e., the input signal to DSP 46 is then

$$A(t)=A_R(t)+A_{IR}(t) \qquad (2)$$

with

$$A_R(t)=A_R*\sin\ (2\pi*f_{LED}*t+\phi) \qquad (3a)$$

$$A_{IR}(t)=A_{IR}*\cos\ (2\pi*f_{LED}*t+\phi) \qquad (3b)$$

wherein $\phi$ is the phase shift between the optical LED signal and the digitized photo receiver signal at the ADC output, herein also referred to as system phase shift, and $\omega_{LED}=2\pi*f_{LED}$.

$A_R$ and $A_{IR}$ themselves are modulated by the patient's blood pulse:

$$A_R=S_R(t) \qquad (4a)$$

$$A_{IR}=S_{IR}(t) \qquad (4b)$$

wherein $S_R(t)$ and $S_{IR}(t)$ are composed of a DC and an AC component. (The DC component represents the constant tissue absorption, whereas the AC component is related to the variable absorbance due to pulsatile blood volume change).

Demodulation as multiplication with sine waves reveals then at the outputs of multipliers 47 and 48:

$$D_R(t)=A(t)*M_R(t) \qquad (5a)$$

$$D_{IR}(t)=A(t)*M_{IR}(t) \qquad (5b)$$

with

$$M_R(t)=\sin\ (\omega_{LED}*t+\sigma) \qquad (5c)$$

and

$$D_{IR}(t)=\cos\ (\omega_{LED}*t+\sigma) \qquad (5d)$$

As will be explained below in more detail, the CPU is programmed to determine the system phase shift $\phi$ in order to make the demodulator phase shift $\sigma$ equal to the system phase shift $\phi$.

Given that the demodulator phase a is made equal to the system phase shift $\phi$ ($\sigma=\phi$) and solving the equation results in the following fractions:

$$D_R(t)=\tfrac{1}{2}A_R-\tfrac{1}{2}A_R*\cos\ (2\omega_{LED}*t+2\phi)+\tfrac{1}{2}A_{IR}*\sin\ (2\omega_{LED}*t+2\phi) \qquad (6a)$$

$$D_{IR}(t)=\tfrac{1}{2}A_{IR}-\tfrac{1}{2}A_{IR}*\cos\ (2\omega_{LED}*t+2\phi)+\tfrac{1}{2}A_R*\sin\ (2\omega_{LED}*t+2\phi) \qquad (6b)$$

So far, the demodulated signals contain both the sum and difference frequencies. These signals are then fed through digital low pass filters 51 and 52 which have a cut-off frequency just beyond the physiological bandwidth of the blood pulse. In an ideal low pass filter, this operation cuts off all harmonics of the modulation frequency $f_{LED}$.

In this case, the output of low-pass filters 51 and 52 is

$$L_R(t)=\tfrac{1}{2}A_R \qquad (7a)$$

$$L_{IR}(t)=\tfrac{1}{2}A_{IR} \qquad (7b)$$

These signals correspond ideally to the optical absorption of the red and infrared signals at the photodiode. Note that

14

signals $A_R$ and $A_{IR}$ are not constant, but are modulated by the blood pulsation itself.

Signals $L_R(t)$ and $L_{IR}(t)$ are now small-band signals, which means that the data rate is reduced to a level desirable by standard down-sampling techniques. It is further understood that all other frequencies in the received signal, like electrical or optical interference, are blocked completely by the method according to the present invention. The result is very pure, noise-free signal reconstruction. Therefore fore, it is possible to choose an interference-free modulation band, even at lowest frequencies. In the preferred embodiment of the present invention, the LED modulation frequency is selected as $f_{LED}=275$ Hertz.

In order to explain the advantages of the present invention, as compared to the prior art time multiplex approach, and in particular the advantages of demodulation with sine waves, preferably with a phase offset of 90°, reference is now made to FIG. 9. This figures depicts a typical spectrum in a representation similar to FIG. 4. However, FIG. 9 depicts even a more sensitive case, just because some of the harmonics of the LED modulation frequency, and some harmonics of the mains frequency coincide. Reference numbers 53 and 54 relate to such cases:

$$2*f_{LED}=3*f_{Line}(Ref.\ no.\ 53) \qquad (8a)$$

$$4*f_{LED}=6*f_{Line}(Ref.\ no.\ 54) \qquad (8b)$$

The demodulation technique according to the present invention is, however, still able to filter the harmonics of the mains frequency out, as will now be shown by means of FIG. 10.

The quadrature demodulation technique according to the present invention, in combination with sampling, produces a shift of the related spectra, together with the generation of sum and difference frequency. The amount of frequency shift is $f_{demod}$, i.e., the frequency of the sine functions used for demodulation, which is in this case identical to the LED modulation frequency $f_{LED}$. The shifted spectra (two in total) are shown in FIG. 10, namely the spectrum shifted by $+f_{demod}$ (upper diagram) and the spectrum shifted by $-f_{demod}$ (second diagram from top). (The frequency designations are, except of the shift, identical in both diagrams, so they are only shown in the upper one).

The resulting spectrum is shown in the lower diagram. A low pass filters out the base band and blocks all higher frequencies (its attenuation characteristics is designated by reference number 55). As can be easily observed, the baseband signal does not contain any noise resulting from the harmonics of the power line or other sources of interference, which makes up the great advantage of the present invention over the prior art approach.

What follows is a detailed description of preferred embodiments of the present invention which are useful to eliminate the influence of the system phase shift $\phi$ out of the result of the analysis.

In accordance with the first embodiment, the system phase shift $\phi$ of the system, shown for example in FIG. 6, is determined, and on the basis of the determined system phase shift $\phi$ the phase shift $\sigma$ of the sinusoidal demodulation signals with respect to the first and second modulation signals is adjusted.

An important function is the capability to measure the phase shift $\phi$ of the system. This phase shift $\phi$ is defined as the phase difference between the excitation signals which drive each LED and the receiving signal as sampled by the A/D converter.

A software routine in the CPU performs that measurement routinely at power up and selected events during normal

5,800,348

| 15 | 16 |

operation. Events can be programmed time intervals, a change of the sensor connected, changing the gain of programmable gain amplifier, and thereby its filter characteristics, and so on.

Subsequently, a particular embodiment of a procedure for determining the system phase shift φ is described.

Firstly, the normal operating mode is interrupted. The red LED is disabled, whereas the infrared LED is driven in its normal mode. Then, in the preferred embodiment, a default phase σ equal σ$_{DEF}$ is applied to the demodulator. After a waiting time of some milliseconds, until the low pass filters have settled, the real-time values in the red channel L$_R$' and the infrared channel L$_{IR}$' are stored. On the basis of this stored real-time values the correct phase shift σ to be applied to the demodulator is calculated, see the following equation. Afterwards, the correct phase shift σ is applied to the demodulator.

Subsequently, the red LED is enabled again. After having awaited until low pass filters have settled again, the normal operating mode is resumed.

The calculation of the correct phase shift σ is done by the following equation:

$$\varepsilon = \arctan\left(\frac{L'_R}{L'_{IR}}\right)$$

The vector diagram shown in FIG. 11 shows the situation during the phase measurement. The arrow designated by L'$_R$ represents the red demodulation vector.

The arrow designated by L'$_{IR}$ represents the infrared demodulation vector. The arrow arranged between these arrows represents the received electromagnetic wave A(t). It is: A(t)=A$_{IR}$(t) since A$_R$(t)=0 during phase measurement. This phase adjust vector diagram represents the situation prior to adjustment.

The value of the demodulated signal in the red channel would be close to 0, if the default phase (σ$_{DEF}$) was already correct. In general, a cross-talk L$_R$' from the infrared exitation exists because the default phase (or the phase from a prior adjustment) is only close to the correct value, that means the correction angle ε≠0.

The vector diagram shown in FIG. 12 shows the situation after having applied the phase adjustment. The arrow on the left hand side L$_R$ represents the adjusted red demodulation vector. The arrow on the right hand side L$_{IR}$ represents the adjusted infrared demodulation vector. The middle arrow represents the received electromagnetic waves A(t) being a combination of the electromagnetic wave A$_R$(t) (red excitation) and the electromagnetic wave A$_{IR}$(t) (infrared excitation). As can be seen from FIG. 12, the correct phase shift a to be applied to the demodulator corresponds to the system phase shift φ.

The advantage of this auto-phase-adjust is that it compensates for any phase shifts and drifts which can occur for reason of temperature, aging and component tolerances. It also adapts to changing sensor characteristics. A further advantage of this implementation of automatic adjust is that it can be applied without interruption of the continuous plethysmographic wave form, if the pleth signal is derived from the infrared LED.

It is understood that the role of red and infrared could be exchanged without changing the fundamental idea.

Another advantage of adjusting the demodulation phase to match the system phase, σ=φ, is that the demodulated and filtered signal L$_R$ and L$_{IR}$ are only positive. This avoids restricting the numeric range by a factor of two in order to allow for signed integer values.

What follows is a preferred embodiment of a further method to compensate for the system phase shift φ in accordance with the present invention. The method described below determines the system phase too as explained above, but does not apply a compensation afterwards. It rather uses the determined or measured phase φ in a correction calculation.

In the beginning, the demodulator is running with any fixed phase. In the example below it is set to σ=σ$_{DEF}$=0 for simplification of the equations.

Using equations (1) to (5d) yields:

$$D_R(t)=\tfrac{1}{2}A_R[\cos(\phi)-\cos(2\omega_{LED}*t+\sigma)]+\tfrac{1}{2}A_{IR}[\sin(-\phi)\sin(2\omega_{LED}*t+\sigma)] \quad (14a)$$

$$D_{IR}(t)=\tfrac{1}{2}A_R[\sin(\phi)+\sin(2\omega_{LED}*t+\sigma)]+\tfrac{1}{2}A_{IR}[\cos(\phi)*\cos(2\omega_{LED}*t+\sigma)] \quad (15a)$$

Setting σ=0 yields:

$$D_R(t)=\tfrac{1}{2}A_R[\cos(\phi)-\cos(2\omega_{LED}*t)]+\tfrac{1}{2}A_{IR}[\sin(-\phi)\sin(2\omega_{LED}*t)] \quad (14b)$$

$$D_{IR}(t)=\tfrac{1}{2}A_R[\sin(\phi)+\sin(2\omega_{LED}*t)]+\tfrac{1}{2}A_{IR}[\cos(\phi)*\cos(2\omega_{LED}*t)] \quad (15b)$$

After low-pass filtering the output signals are:

$$L_R(t)=\tfrac{1}{2}A_R*\cos(\phi)+\tfrac{1}{2}A_{IR}*\sin(-\phi) \quad (16)$$

$$L_{IR}(t)=\tfrac{1}{2}A_R*\sin(\phi)+\tfrac{1}{2}A_{IR}*\cos(\phi) \quad (17)$$

On the basis of equation (16) and equation (17) a matrix can be defined:

$$[C]=\begin{bmatrix}\cos\phi & -\sin\phi \\ \sin\phi & \cos\phi\end{bmatrix} \quad (18)$$

The electromagnetic waves received by photodiode 35 can be written as an input vector:

$$[A]=\begin{bmatrix}A_R \\ A_{IR}\end{bmatrix} \quad (19)$$

After the demodulation by DSP 46 an output vector can be defined:

$$[L]=\begin{bmatrix}L_R \\ L_{IR}\end{bmatrix} \quad (20)$$

On the basis of the matrix [C], the input vector [A], and the output vector [L], the original signals (A$_R$ and A$_{IR}$) can be recovered continuously by computing the matrix correction:

$$[A]=[C]^{-1}\cdot[L] \quad (12)$$

$[C]^{-1}$ is the inverse matrix of [C].

The phase measurement procedure is described below.

Firstly, the normal operating mode is interrupted, the red LED is disabled and the infrared LED is continuously driven in normal mode. After waiting for some milliseconds until the low-pass filters have settled, real-time values in the "red" channel L$_R$' and the "infrared" channel L$_{IR}$' are stored. Subsequently, the system phase shift φ is calculated on the basis of equation (13). The red LED is enabled again, and after a waiting time, until low-pass filters have settled, the normal operating mode is resumed.

The normal operating mode in this case means applying equation (21) with the previously determined phase shift φ. The correction calculation described above can be performed for example by the CPU 28.

Another method to overcome signal cross-coupling between "red" and "infrared" channels in accordance with

5,800,348

17

the present invention is to use an all-pass filter anywhere in
the signal path between photoreceiver and demodulator. The
all-pass filter has the function of a phase shifter. This all-pass
filter should have a phase shift $\delta$ at the excitation base
frequency $f_{LED}$ which yields to:

$$\delta + \phi = n * 360° \qquad (22)$$

with $n=1,2,\ldots$

Such a filter would be ideally realized in the digital
domain with programmable filter constants. The phase char-
acteristics of such a all-pass filter in the digital domain can
be adjusted according to a measured or determined system
phase shift. In this case, the phase measurement procedure
would be as follows.

In the beginning, the normal operating mode is
interrupted, the red LED is disabled, the infrared LED is
continuously driven, and the all-pass function is switched off
(by-pass etc.). Thereafter, there is a waiting time for some
milliseconds until the low-pass filters have settled. After this
waiting time, the real-time values in the "red" channel $L_{R}'$
and the "infrared" channel $L_{IR}'$, are stored. On the basis of
these stored values and equation (13) the system phase shift
$\phi$ is calculated.

Subsequently, the phase shift $\delta$ which the all-pass filter
should have is determined according equation (22). On the
basis of this determined phase shift filter, the appropriate
filter constants for this type of all-pass filter are selected.
After having enabled the red LED again and having waited,
until low-pass filters have settled, the normal operating
mode is resumed. The normal operating mode in this case
means activating the all-pass function in the signal flow with
the determined characteristics in order to produce a phase
shift $\delta$ of the received electromagnetic waves in the signal
path between photoreceiver and modulator.

Besides the method to measure the phase of the incoming
signal relative to the transmitted electromagnetic waves as
described above there exist other methods to measure this
phase. A common step is always to change at least one of the
LED's intensity by a known amount. The procedure
explained above is a special case where the red LED's
intensity is set to 0. This gives a best measurement resolution
and makes calculation easier.

However, it is understood that any known change of one
or a combination of the two LED's intensities could be used
to determine the phase. An advantage of switching the
intensity only to a reduced level, like 0.5, would be the
possibility to continue with a normal SpO₂ measurement
without interruption.

Referring to FIG. 13, a further method to determine the
system phase shift $\phi$ is described. In this measurement, the
difference in the zero-crossing between the incoming signal
$A(t)$ and the LED drive signal $J_{R}(t)$ and $J_{IR}(t)$ is measured
before demodulation, rather than measuring the amplitudes
of the incoming signals on the low-pass filtered side. In FIG.
13, the incoming signal $A(t)$ is shown as a sinusoidal wave
form. The "infrared" excitation wave is shown as a quare
waveform $J_{IR}(t)$. As can be seen from FIG. 13, the phase
difference $\phi$ of this two waveforms which corresponds to the
system phase shift $\phi$ is determined on the basis of a negative
zero-crossing of both these signals. The phase shift deter-
mined by this method can be used in the same way as the
phase shift determined on the basis of equation (13).

It will be appreciated by those skilled in the art that the
principle of sinusoidal demodulation as disclosed herein is
also applicable to multi-wavelength oximetry. If a third and
forth LED is used, a further LED modulation frequency has

18

to be selected. In general, for n LEDs, n/2 modulation
frequencies have to be used, just because each frequency
channel can contain 2 independent information data in
quadrature mode. The only condition for these different
modulation frequencies is that they are offset by more than
the physiological bandwidth of the blood pulse.

It is also clear that the sinusoidal demodulation can be
applied in a two LED pulse oximeter without the quadrature
concept, but with only the sinusoidal demodulation, if there
is a different modulation frequency chosen for each LED.

The great advantage of interference immunity of this
system may also be applied to other sensoric measurements
where ambient noise is an issue, not only in medical
instrumentation. It is always possible where an excitation is
used for stimulation. Examples are impedance measure-
ments in bridges like pressure strain gauges or spectrometer
devices with chopped sources.

What is claimed is:

1. Method for measuring medical parameters of a patient
by irradiation of electromagnetic waves into a sample and
for measurement and subsequent analysis of the electromag-
netic waves which have passed through said sample, said
method comprising the steps of:

    (1.1) generating first and second modulation signals hav-
        ing equal frequencies and having a first phase differ-
        ence of substantially 90°;

    (1.2) irradiating a first electromagnetic wave of a first
        wavelength into said sample under control of said first
        modulation signal;

    (1.3) irradiating a second electromagnetic wave of a
        second wavelength different from the first one into said
        sample under control of said second modulation signal;

    (1.4) receiving electromagnetic waves of both wave-
        lengths which have passed through said sample;

    (1.5) demodulating signals representative of the received
        electromagnetic waves by multiplying the same with a
        first sinusoidal demodulation signal and with a second
        sinusoidal demodulation signal having the first phase
        difference with respect to said first sinusoidal signal,
        said first and second sinusoidal demodulation signals
        having an identical frequency as said first and second
        modulation signals, such as to generate a first and a
        second demodulated signal;

wherein the first and the second sinusoidal demodulation
signals have a phase difference relative to the first and
second modulation signals corresponding to a system phase
shift; and

    (1.6) analyzing said demodulated signals.

2. Method according to claim 1, comprising the step of
determining said system phase shift and the step of adjusting
said phase shift of the first and second sinusoidal signals
relative to the first and second modulation signals in accor-
dance with said determined system phase shift.

3. Method according to claim 2, wherein said determining
said system phase shift includes the steps of:

    reducing an amplitude of one of the first and second
        electromagnetic waves;

    measuring amplitudes of the first and second demodu-
        lated signals; and

    determining the system phase shift on the basis of the
        measured amplitudes of the first and the second
        demodulated signal.

4. Method according to claim 2, wherein said determining
said system phase shift includes the steps of:

    reducing an amplitude of one of the first and second
        electromagnetic waves; and

5,800,348

### 19

determining the difference in a zero-crossing between the received electromagnetic waves and the other of the first and second electromagnetic waves.

5. Method according to claim 1, wherein the frequency of said first and second modulation signals is basically f=275 Hertz.

6. Method according to claim 1, wherein said first and second modulation signals are square-wave signals.

7. Method according to claim 1, wherein said first and second modulation signals are sinusoidal signals.

8. Method according to claim 1 comprising the step of low-pass filtering the demodulated signals.

9. Method according to claim 1 comprising the step of band-pass filtering the received electromagnetic waves before the demodulation step.

10. Method according to claim 1, wherein said electromagnetic waves are waves selected from the visible and/or the adjoining spectra of light.

11. Method according to claim 1, wherein said medical parameter is oxygen saturation.

12. Method according to claim 1, wherein said electromagnetic waves are waves selected from red or infra-red light.

13. Method for measuring medical parameters of a patient by irradiation of electromagnetic waves into a sample and for measurement and subsequent analysis of the electromagnetic waves which have passed through said sample, said method comprising the steps of:

(12.1) generating first and second modulation signals having equal frequencies and having a first phase difference of substantially 90°;

(12.2) irradiating a first electromagnetic wave of a first wavelength into said sample under control of said first modulation signal;

(12.3) irradiating a second electromagnetic wave of a second wavelength different from the first one into said sample under control of said second modulation signal;

(12.4) receiving electromagnetic waves of both wavelengths which have passed through said sample;

(12.5) demodulating signals representative of the received electromagnetic waves by multiplying the same with a first sinusoidal demodulation signal and with a second sinusoidal demodulation signal having the first phase difference with respect to said first sinusoidal signal, said first and second sinusoidal demodulation signals having the same frequency as said first and second modulation signals, such as to generate a first and a second demodulated signal;

(12.6) analyzing said demodulated signals taking into account a system phase shift.

14. Method according to claim 13, wherein said analysing step comprises the steps of:

determining said system phase shift; and

correcting said demodulated signals on the basis of said determined system phase shift.

15. Method according to claim 14, wherein said determining said system phase shift includes the steps of:

reducing an amplitude of one of the first and second electromagnetic waves;

measuring of amplitudes of the first and second demodulated signals; and

determining the system phase shift on the basis of the measured amplitudes of the first and the second demodulated signal.

16. Method according to claim 15, wherein the reducing of the amplitude of one of the first and second electromag-

### 20

netic waves comprises turning off the amplitude of this electromagnetic wave.

17. Method according to claim 14, wherein said determining said system phase shift includes the steps of:

reducing an amplitude of one of the first and second electromagnetic waves; and

determining a difference in a zero-crossing between the received electromagnetic waves and the other of the first and second electromagnetic waves.

18. Method according to claim 13, wherein said analysing step comprises the steps of:

determining the system phase shift;

calculating a matrix [C] based on the system phase shift according to

$$[C] = \begin{bmatrix} \cos\phi & -\sin\phi \\ \sin\phi & \cos\phi \end{bmatrix};$$

calculating an inverse matrix $[C]^{-1}$ based on the matrix [C];

determining an output vector

$$[L] = \begin{bmatrix} L_R \\ L_{IR} \end{bmatrix}$$

based on the amplitudes $L_R$, $L_{IR}$ of the demodulated signals; and

calculating a corrected output vector $[A]=[C]^{-1}\cdot[L]$.

19. Method according to claim 13, wherein the frequency of said first and second modulation signals is basically f=275 Hertz.

20. Method according to claim 13, wherein said first and second modulation signals are square-wave signals.

21. Method according to claim 13, wherein said first and second modulation signals are sinusoidal signals.

22. Method according to claim 13, comprising the step of low-pass filtering the demodulated signals.

23. Method according to claim 13 comprising the step of band-pass filtering the received electromagnetic waves before the demodulation step.

24. Method according to claim 13, wherein said electromagnetic waves are waves selected from the visible and/or the adjoining spectra of light.

25. Method according to claim 13, wherein said medical parameter is oxygen saturation.

26. Method according to claim 13, wherein said electromagnetic waves are waves selected from red or infra-red light.

27. Method for measuring medical parameters of a patient by irradiation of electromagnetic waves into a sample and for measurement and subsequent analysis of the electromagnetic waves which have passed through said sample, said method comprising the steps of:

(25.1) generating first and second modulation signals having equal frequencies and having a first phase difference of substantially 90°;

(25.2) irradiating a first electromagnetic wave of a first wavelength into said sample under control of said first modulation signal;

(25.3) irradiating a second electromagnetic wave of a second wavelength different from the first one into said sample under control of said second modulation signal;

(25.4) receiving electromagnetic waves of both wavelengths which have passed through said sample;

5,800,348

21

(25.5) generating delayed received electromagnetic waves by adding a phase shift to the received electromagnetic waves which yields, together with a system phase shift, a total phase shift of the received electromagnetic waves relative to the first and second electromagnetic waves of substantially an integral multiple of 360°;

(25.6) demodulating signals representative of the delayed received electromagnetic waves by multiplying the same with a first sinusoidal demodulation signal and with a second sinusoidal demodulation signal having the first phase difference with respect to said first sinusoidal signal, said first and second sinusoidal demodulation signals having an identical frequency as said first and second modulation signals, such as to generate a first and a second demodulated signal; and

(25.7) analyzing said demodulated signals.

28. Method according to claim 27, wherein said phase shift is added to the received electromagnetic waves by a digital all pass filter comprising programmable filter constants.

29. Method according to claim 27, wherein said phase shift is adjusted in accordance with the steps of:

reducing an amplitude of one of the first and second electromagnetic waves;

measuring of amplitudes of the first and second demodulated signals;

determining the system phase shift on the basis of the measured amplitudes of the first and second demodulated signals; and

adjusting the phase shift to yield together with the system phase shift a phase shift of an integral multiple of 360°.

30. Method according to claim 29, wherein the reducing of the amplitude of one of the first and second electromagnetic waves comprises turning off the amplitude of this electromagnetic wave.

31. Method according to claim 27, wherein the frequency of said first and second modulation signals is basically f=275 Hertz.

32. Method according to claim 27, wherein said first and second modulation signals are square-wave signals.

33. Method according to claim 27, wherein said first and second modulation signals are sinusoidal signals.

34. Method according to claim 27 comprising the step of low-pass filtering the demodulated signals.

35. Method according to claim 27, wherein said electromagnetic waves are waves selected from the visible and/or the adjoining spectra of light.

36. Method according to claim 27, wherein said medical parameter is oxygen saturation.

37. Method according to claim 36 comprising the step of band-pass filtering the received electromagnetic waves before the demodulation step.

38. Method according to claim 27, wherein said electromagnetic waves are waves selected from red or infra-red light.

39. Apparatus for measuring medical parameters of a patient by irradiation of electromagnetic waves into a sample and for measurement and subsequent analysis of the electromagnetic waves which have passed through said sample, said apparatus comprising:

means for generating first and second modulation signals having equal frequencies and having a first phase difference of substantially 90°;

means for irradiating a first electromagnetic wave of a first wavelength into said sample under control of said first modulation signal;

22

means for irradiating a second electromagnetic wave of a second wavelength different from the first one into said sample under control of said second modulation signal;

means for receiving electromagnetic waves of both wavelengths which have passed through said sample;

means for demodulating signals representative of the received electromagnetic waves by multiplying the same with a first sinusoidal demodulation signal and with a second sinusoidal demodulation signal having the first phase difference with respect to said first sinusoidal signal, said first and second sinusoidal demodulation signals having the same frequency as said first and second modulation signals, such as to generate a first and a second demodulated signal;

wherein the first and the second sinusoidal demodulation signals have a phase difference relative to the first and second modulation signals corresponding to a system phase shift; and

means for analyzing said demodulated signals.

40. Apparatus according to claim 39, comprising further a means for determining said system phase shift and for adjusting said phase shift of the first and second sinusoidal signals relative to the first and second modulation signals in accordance with said determined system phase shift.

41. Apparatus according to claim 39, wherein the frequency of said first and second modulation signals is basically f=275 Hertz.

42. Apparatus according to claim 39, wherein said first and second modulation signals are square-wave signals.

43. Apparatus according to claim 39, wherein said first and second modulation signals are sinusoidal signals.

44. Apparatus according to claim 39 comprising a low pass filter through which the demodulated signals are fed.

45. Apparatus according to claim 39 comprising a band-filter connected between said means for receiving electromagnetic waves and said demodulating means.

46. Apparatus according to claim 39, wherein said electromagnetic waves are waves selected from the visible and/or the adjoining spectra of light.

47. Apparatus according to claim 39, wherein said apparatus is a pulse oximeter, and said medical parameter is oxygen saturation.

48. Apparatus according to claim 39, wherein said irradiating means are light-emitting diodes.

49. Method according to claim 39, wherein said electromagnetic waves are waves selected from red or infra-red light.

50. Apparatus for measuring medical parameters of a patient by irradiation of electromagnetic waves into a sample and for measurement and subsequent analysis of the electromagnetic waves which have passed through said sample, said method comprising the steps of:

means for generating first and second modulation signals having equal frequencies and having a first phase difference of substantially 90°;

means for irradiating a first electromagnetic wave of a first wavelength into said sample under control of said first modulation signal;

means for irradiating a second electromagnetic wave of a second wavelength different from the first one into said sample under control of said second modulation signal;

means for receiving electromagnetic waves of both wavelengths which have passed through said sample;

5,800,348

23

means for demodulating signals representative of the received electromagnetic waves by multiplying the same with a first sinusoidal demodulation signal and with a second sinusoidal demodulation signal having the first phase difference with respect to said first sinusoidal signal, said first and second sinusoidal demodulation signals having an identical frequency as said first and second modulation signals, such as to generate a first and a second demodulated signal; and

means for analyzing said demodulated signals taking into account a system phase shift.

**51.** Apparatus according to claim **50**, wherein said means for analyzing comprises:

means for determining said system phase shift; and

means for correcting said demodulated signals on the basis of said determined system phase shift.

**52.** Apparatus according to claim **50**, wherein said means for analyzing comprises:

means for determining the system phase shift;

means for calculating a matrix [C] based on the system phase shift according to

$$[C] = \begin{bmatrix} \cos\phi & -\sin\phi \\ \sin\phi & \cos\phi \end{bmatrix};$$

means for calculating an inverse matrix $[C]^{-1}$ based on the matrix [C];

means for determining an output vector

$$[L] = \begin{bmatrix} L_R \\ L_{IR} \end{bmatrix}$$

based on the amplitudes $L_R$, $L_{IR}$ of the demodulated signals; and

means for calculating a corrected output vector $[A]=[C]^{-1}.[L]$.

**53.** Apparatus according to claim **50**, wherein said means for determining said system phase shift comprises:

means for reducing an amplitude of one of the first and second electromagnetic waves;

means for measuring of amplitudes of the first and second demodulated signals; and

means for determining the system phase shift on the basis of the measured amplitudes of the first and the second demodulated signal.

**54.** Apparatus according to claim **53**, wherein said means for reducing of the amplitude of one of the first and second electromagnetic waves comprises means for turning off the amplitude of this electromagnetic wave.

**55.** Apparatus according to claim **50**, wherein said means for determining said system phase shift comprises:

means for reducing the amplitude of one of the first and second electromagnetic waves; and

means for determining the difference in a zero-crossing between the received electromagnetic waves and the other of the first and second electromagnetic waves.

**56.** Apparatus according to claim **50**, wherein the frequency of said first and second modulation signals is basically f=275 Hertz.

**57.** Apparatus according to claim **50**, wherein said first and second modulation signals are square-wave signals.

24

**58.** Apparatus according to claim **50**, wherein said first and second modulation signals are sinusoidal signals.

**59.** Apparatus according to claim **50** comprising a low pass filter through which the demodulated signals are fed.

**60.** Apparatus according to claim **50** comprising a band-filter connected between said means for receiving electromagnetic waves and said demodulating means.

**61.** Apparatus according to claim **50**, wherein said electromagnetic waves are waves selected from the visible and/or the adjoining spectra of light.

**62.** Apparatus according to claim **50**, wherein said apparatus is a pulse oximeter, and said medical parameter is oxygen saturation.

**63.** Apparatus according to claim **50**, wherein said irradiating means are light-emitting diodes.

**64.** Method according to claim **50**, wherein said electromagnetic waves are selected from red or infra-red light.

**65.** Apparatus for measuring medical parameters of a patient by irradiation of electromagnetic waves into a sample and for measurement and subsequent analysis of the electromagnetic waves which have passed through said sample, said apparatus comprising:

means for generating first and second modulation signals having equal frequencies and having a first phase difference of substantially 90°;

means for irradiating a first electromagnetic wave of a first wavelength into said sample under control of said first modulation signal;

means for irradiating a second electromagnetic wave of a second wavelength different from the first one into said sample under control of said second modulation signal;

means for receiving electromagnetic waves of both wavelengths which have passed through said sample;

means for generating delayed received electromagnetic waves by adding a phase shift to the received electromagnetic waves which yields, together with a system phase shift, a total phase shift of the received electromagnetic waves relative to the first and second electromagnetic waves of substantially an integral multiple of 360°;

means for demodulating signals representative of the delayed received electromagnetic waves by multiplying the same with a first sinusoidal demodulation signal and with a second sinusoidal demodulation signal having the first phase difference with respect to said first sinusoidal signal, said first and second sinusoidal demodulation signals having an identical frequency as said first and second modulation signals, such as to generate a first and a second demodulated signal; and

means for analyzing said demodulated signals.

**66.** Apparatus according to claim **65**, comprising a digital all pass filter comprising programmable filter constants for adding said phase shift to the received electromagnetic waves.

**67.** Apparatus according to claim **65**, further comprising:

means for reducing an amplitude of one of the first and second electromagnetic waves;

means for measuring of amplitudes of the first and second demodulated signals;

means for determining the system phase shift on the basis of the measured amplitudes of the first and second demodulated signals; and

5,800,348

25

means for adjusting the phase shift to yield together with the system phase shift a phase shift of an integral multiple of 360°.

68. Apparatus according to claim 65, wherein said means for reducing an amplitude of one of the first and second electromagnetic waves comprises means for turning off the amplitude of this electromagnetic wave.

69. Apparatus according to claim 65, wherein the frequency of said first and second modulation signals is basically f=275 Hertz.

70. Apparatus according to claim 65, wherein said first and second modulation signals are square-wave signals.

71. Apparatus according to claim 65, wherein said first and second modulation signals are sinusoidal signals.

72. Apparatus according to claim 65 comprising a low pass filter through which the demodulated signals are fed.

26

73. Apparatus according to claim 65 comprising a band-filter connected between said means for receiving electromagnetic waves and said demodulating means.

74. Apparatus according to claim 65, wherein said electromagnetic waves are waves selected from the visible and/or the adjoining spectra of light.

75. Apparatus according to claim 65, wherein said apparatus is a pulse oximeter, and said medical parameter is oxygen saturation.

76. Apparatus according to claim 65, wherein said irradiating means are light-emitting diodes.

77. Method according to claim 65, wherein said electromagnetic waves are waves selected from red or infra-red light.

* * * * *

# Exhibit 10

to the Declaration of Michael J.R. Polson,
Ph.D. in Support of Apple Inc.'s Motion to
Compel Plaintiffs to Comply with
Section 2019.210

US005823950A

# United States Patent [19]

## Diab et al.

[11] **Patent Number:** 5,823,950

[45] **Date of Patent:** Oct. 20, 1998

[54] **MANUAL AND AUTOMATIC PROBE CALIBRATION**

[75] Inventors: **Mohamed Kheir Diab**, Mission Viejo; **Massi E. Kiani**, Laguna Niguel; **Charles Robert Ragsdale**, Newport Beach; **James M. Lepper, Jr.**, Trabuco Canyon, all of Calif.

[73] Assignee: **Masimo Corporation**, Irvine, Calif.

[21] Appl. No.: **745,474**

[22] Filed: **Nov. 12, 1996**

**Related U.S. Application Data**

[62] Division of Ser. No. 478,493, Jun. 7, 1995.

[51] **Int. Cl.**[6] ...................................................... **A61B 5/00**
[52] **U.S. Cl.** ........................... **600/310**; 600/323; 250/226
[58] **Field of Search** .................................. 128/633, 664, 128/665; 356/39, 41, 416, 419; 250/226; 600/310, 311, 318, 322, 323, 324, 326, 328, 330, 473, 476

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,463,142 | 8/1969 | Harte . |
| 3,647,299 | 3/1972 | Lavalle . |
| 3,740,570 | 6/1973 | Kaelin et al. . |
| 3,799,672 | 3/1974 | Vurek . |
| 4,086,915 | 5/1978 | Kofsky et al. . |
| 4,169,976 | 10/1979 | Cirri . |
| 4,308,456 | 12/1981 | Van Der Gaag et al. .............. 356/416 |
| 4,346,590 | 8/1982 | Brown . |
| 4,407,290 | 10/1983 | Wilber . |
| 4,449,821 | 5/1984 | Lee . |
| 4,621,643 | 11/1986 | New, Jr. et al. . |
| 4,653,498 | 3/1987 | New, Jr. et al. . |
| 4,700,708 | 10/1987 | New, Jr. et al. . |
| 4,770,179 | 9/1988 | New, Jr. et al. . |
| 4,848,901 | 7/1989 | Hood, Jr. . |
| 4,877,322 | 10/1989 | Hill ......................................... 600/318 |
| 4,913,150 | 4/1990 | Cheung et al. . |
| 5,308,919 | 5/1994 | Minnich ................................... 128/633 |
| 5,515,169 | 5/1996 | Cargill et al. ........................... 356/416 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 019478 | 11/1980 | European Pat. Off. . |
| 5275746 | 10/1993 | Japan . |
| 88/10462 | 12/1988 | WIPO . |

OTHER PUBLICATIONS

Reynolds, K.J., et al. "Temperature Dependence of LED and its Theoretical Effect on Pulse Oximetry", *British Journal of Anaesthesia*, 1991, vol. 67, pp. 638–643.

de Kock, J.P. et al., "The Effect of Varying LED Intensity on Pulse Oximeter Accuracy", *Journal of Medical Engineering & Technology*, vol. 15, No. 3, May/Jun. 1991, pp. 111–116.

*Primary Examiner*—Jennifer Bahr
*Assistant Examiner*—Eric F. Winakur
*Attorney, Agent, or Firm*—Knobbe, Martens, Olson & Bear, LLP

[57] **ABSTRACT**

The method and apparatus of the present invention provides a system wherein light-emitting diodes (LEDs) can be tuned within a given range by selecting their operating drive current in order to obtain a precise wavelength. The present invention further provides a manner in which to calibrate and utilize an LED probe, such that the shift in wavelength for a known change in drive current is a known quantity. In general, the principle of wavelength shift for current drive changes for LEDs is utilized in order to allow better calibration and added flexibility in the use of LED sensors, particularly in applications when the precise wavelength is needed in order to obtain accurate measurements. The present invention also provides a system in which it is not necessary to know precise wavelengths of LEDs where precise wavelengths were needed in the past. Finally, the present invention provides a method and apparatus for determining the operating wavelength of a light emitting element such as a light emitting diode.

**12 Claims, 20 Drawing Sheets**





*FIG. 1* (PRIOR ART)



FIG. 2



*FIG.3A*



*FIG.3B*

*FIG.4A*





*FIG.4B*



FIG. 5A

FIG. 5B



FIG.6

*FIG. 7*



*FIG. 8*



*FIG. 8A*





FIG. 9A

FIG. 9B

**U.S. Patent**     Oct. 20, 1998     Sheet 12 of 20     **5,823,950**

*FIG. IOA*



*FIG. IOB*



*FIG. IOC*





FIG. 10D



FIG. II



FIG. IIA



*Fig. 12*

*Fig. 12A*



*Fig. 12B*



*Fig. 12C*



*Fig. 13*

*Fig. 14*

*Fig. 15*

*Fig. 15A*

*Fig. 15B*

*Fig. 15C*



*Fig. 15D*



5,823,950

| 1 | 2 |

# MANUAL AND AUTOMATIC PROBE CALIBRATION

This application is a divisional of U.S. patent application Ser. No. 08/478,493, filed Jun. 7, 1995.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to more effective calibration and use of light-emitting diodes. More particularly, the present invention relates to an apparatus and method of calibrating and using light-emitting diodes in a sensor for use with an oximeter system.

### 2. Description of the Related Art

Light-emitting diodes (LEDs) are used in many applications. In certain applications, knowledge of the particular wavelength of operation of the LED is required to obtain accurate measurements. One such application is noninvasive oximeters conventionally used to monitor arterial oxygen saturation.

In conventional oximetry procedures to determine arterial oxygen saturation, light energy is transmitted from LEDs, each having a respective wavelength, through human tissue carrying blood. Generally, the LEDs are part of a sensor attached to an oximeter system. In common usage, the sensor is attached to a finger or an earlobe. The light energy, which is attenuated by the blood, is detected with a photodetector and analyzed to determine the oxygen saturation. Additional constituents and characteristics of the blood, such as the saturation of carboxyhemoglobin and scattering can be monitored by utilizing additional LEDs with additional wavelengths.

U.S. Pat. No. 4,653,498 to New, Jr., et al., discloses a pulse oximeter that utilizes two LEDs to provide incident light energy of two different, but carefully selected, wavelengths.

In conventional oximeters, the wavelength of each LED in a sensor must be precisely known in order to calculate accurately the oxygen saturation. However, the sensors are detachable from the oximeter system to allow for replacement or disinfection.

When a sensor is replaced, the LEDs of the new sensor may have a slightly different wavelength for the predetermined LED drive current due to manufacturing tolerances. Accordingly, conventional oximeters provide for indicating to the oximeter the particular wavelength of the LEDs for a given sensor. In one known system, a resistor is used to code each transmission LEDs. The resistor is selected to have a value indicative of the wavelength of the LED. The oximeter reads the resistor value on the sensor and utilizes the value of the resistor to determine the actual wavelength of the LEDs. This calibration procedure is described in U.S. Pat. No. 4,621,643, assigned to Nellcor, Inc. Such a prior art sensor is depicted in FIG. **1**.

## SUMMARY OF THE INVENTION

In conventional oximeters which provide an indication of the operational wavelength of each LED for each sensor, the oximeter systems are programmed to perform the desired calculations for various wavelengths. This complicates the design of the oximeter system, and therefore, adds expense to the oximeter system. Accordingly, it would be advantageous to provide sensors which exhibit the same wavelength characteristics from sensor to sensor.

In addition, conventional sensors require an additional LED for each additional wavelength desired. For replaceable sensors, each LED can add significant total additional cost because of the large number of sensors that are used in hospitals and the like. Therefore, it would be desirable to provide a sensor which provides more than one wavelength from a single LED.

Many LEDs are observed to exhibit a wavelength shift in response to a change in drive current, drive voltage, temperature, or other tuning parameters such as light directed on the LED. The present invention involves an improved method and apparatus to calibrate LEDs by utilizing this wavelength shift. In addition, the present invention involves utilizing the wavelength shift to allow a single LED to provide more than one operating wavelength. The addition of a wavelength provides the ability to monitor additional parameters in a medium under test without adding an LED. In oximetry, this allows monitoring of additional constituents in the blood without adding additional LEDs to the oximeter sensor.

The present invention also involves an application of the wavelength shift in LEDs to obtain physiological data regarding the oxygen saturation of blood without knowing the precise operational wavelength of an LED in the sensor.

One aspect of the present invention provides a tuned light transmission network for transmitting light energy at a preselected wavelength. The network has a current source configured to provide a preselected source current with a light emitting diode coupled to the current source. The light emitting diode is of the type that exhibits a shift in wavelength with a shift in a selected tuning parameter. Advantageously, the tuning parameter is drive current or drive voltage. A tuning resistor connected in parallel with the light emitting diode has a value selected to draw at least a first portion of the preselected source current such that a second portion of the preselected source current passes through the light emitting diode. The second portion of the preselected source current is selected to cause the light emitting diode to generate light energy of a preselected wavelength.

In the present embodiment, the tuned light transmission network also comprises a detector responsive to light energy from the light emitting diode to generate an output signal indicative of the intensity of the light energy.

Another aspect of the present invention involves a method for precalibrating a light generating sensor. The method involves a number of steps. A first level of current passing through a light source as required to operate the light source at a preselected wavelength is determined. A second level of current is then defined. The second level of current is higher than the first level of current. The second level of current forms a drive current. A resistor is then selected which when coupled in parallel with the light source forms a tuned light source network. The resistor is selected such that when it is connected in parallel with the light source, it draws a sufficient amount of the drive current such that the first level of current passes through the light source.

Another aspect of the present invention is a method of providing two wavelengths from a single light emitting diode. A light emitting diode is selected of the type that exhibits a wavelength shift with a change in drive current through the light emitting diode for a range of drive currents. A source of electrical energy is coupled to the light emitting diode to provide the drive currents. The light emitting diode is driven with a first level of drive current within the range of drive current to cause the light emitting diode to become active and operate at a first wavelength in response to the first level of drive currents. The light emitting diode is then

5,823,950

3

driven with a second level of drive current within the range of drive current and different from the first level of drive current to cause the light emitting diode to become active and operate at a second wavelength in response to the second level of drive current.

In an embodiment where the light emitting diode is configured to transmit light energy to a medium under test, the method comprises further steps. While the light emitting diode is operating at the first wavelength, light is transmitted as a first light energy at the first wavelength through the medium under test. The first wavelength is chosen for a first predetermined attenuation characteristic of the light energy as it propagates through the medium under test. The attenuated light energy is measured from the light emitting diode with a photodetector. In addition, while the light emitting diode is operating at the second wavelength, light energy is transmitted at the second wavelength through the medium under test. The second wavelength is chosen for a second predetermined attenuation characteristic of the light energy as it propagates through the medium under test. The attenuated light energy is measured at the second wavelength from the light emitting diode.

In one advantageous embodiment, the method is used to determine the oxygen saturation of blood, and the medium under test comprises a portion of the human body having flowing blood. In this embodiment, the method further involves coupling the source of energy to a second light emitting diode which operates at a third wavelength distinct from the first and the second wavelengths. Further, the change in wavelength between the first and second wavelengths has a preselected value. Third light energy is transmitted at the third wavelength through the medium under test, and the third light energy is measured after propagation through the medium under test. Based upon the measurements, the oxygen saturation of the blood is determined.

In one embodiment, parameters in addition to oxygen saturation may also be determined relating to the medium under test when the first wavelength has a known value, and the change in wavelength between the first and the second wavelengths has a preselected value. In this embodiment, value of the second wavelength is determined, and another parameter is calculated relating to the blood. In one embodiment, the another parameter is the saturation of carboxyhemoglobin. Alternatively, another parameter is scattering. Yet another parameter is Methhemoglobin.

Advantageously, using the apparatus described above for tuning, the first light emitting diode is adjusted with an adjusting resistor such that the change in wavelength for an incremental change in current matches a preselected wavelength change. Preferably, adjusting involves placing the adjusting resistor in parallel with the first light emitting diode, and selecting the value of the adjusting resistor to cause the first light emitting diode to exhibit the preselected change for the incremental change in current.

Yet a further aspect of the present invention provides an oximeter sensor having a first light emitting device configured to generate a light at a first known wavelength with a resistor in parallel with the first light emitting device. Preferably, the light emitting device comprises a light emitting diode. In one embodiment, the resistor comprises an encoding resistor having a value indicative of the first known wavelength value. The value of the encoding resistor is sufficiently high such that the encoding resistor draws effectively insignificant current during active operation of the first light emitting device.

4

In another embodiment, the resistor comprises a security resistor having a value indicative that the oximeter sensor is of a predetermined type. In addition, the value of the security resistor is sufficiently high such that the security resistor draws effectively insignificant current during active operation of the first light emitting device.

Still a further aspect of the present invention involves a method of tuning a light emitting diode to operate at a preselected wavelength within a range of wavelengths. the method involves selecting a light emitting diode that exhibits a wavelength shift in response to a change in drive current within a range of drive current and driving the light emitting diode with a first drive current. The wavelength of the light emitting diode during operation at the first drive current is measured, and, if the light emitting diode is not operating at the preselected wavelength, the drive current is adjusted within the range of drive current to a second drive current such that the light emitting diode operates at the preselected wavelength.

Another aspect of the present invention involves a sensor configured to transmit and detect light. The sensor has at least one light emitting element, the light emitting element having an emission with a centroid transmission wavelength. The sensor further has first and second photodetectors, the emission of the light emitting element being within the response of the first and second photodetectors. A light directing member is configured to direct light from the at least one light emitting element to the first and second photodetectors. A filter positioned between the second photodetector and the at least one light emitting element has a transition band selected to encompass the centroid transmission wavelength.

In one embodiment, the sensor comprises an oximeter sensor, and the at least one light emitting element comprises first and second light emitting diodes. Advantageously, the first light emitting diode has a centroid wavelength in the red range and the second light emitting diode has a centroid wavelength in the infrared range. Advantageously, the filter has a transition band which encompasses the centroid wavelength of the first light emitting diode.

In one advantageous embodiment, the light directing member comprises an integrating optical sphere having the first and second photodetectors positioned about the sphere so as to receive substantially equivalent portions of light from the at least one light emitting element.

In another embodiment, light directing member comprises a beam splitting member positioned to substantially equally divide light from the at least one light emitting member and to direct substantially equal portions of the light to the first and second photodetectors.

Still another aspect of the present invention involves a method of determining the centroid wavelength of a light emitting element. The method involves providing a set of a plurality of predetermined ratios, each of the plurality of predetermined ratios corresponding to an associated centroid wavelength. Light is transmitted from the light emitting element to a first light detecting element to obtain a first intensity, and light is transmitted from the light emitting element through a filter which attenuates the light to a second light detecting element to obtain a second intensity. A ratio of the second intensity to the first intensity is then calculated. The ratio is compared to the set of predetermined ratios to reference the centroid wavelength of the light emitting element.

In one embodiment, the first and second light detecting elements comprise the same light detecting element.

5,823,950

| 5 | 6 |

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 represents a calibrated prior art oximeter probe;

FIG. 2 depicts a representational graph illustrating the relationship between the extinction coefficients of three constituents of blood with respect to the transmission wavelength of light transmitted through the blood;

FIGS. 3A and 3B depict exemplary LED characteristics;

FIG. 4A depicts a representation of a tuned oximeter sensor according to one aspect of the present invention;

FIG. 4B depicts an oximeter system with a digit for monitoring;

FIGS. 5A and 5B depict a representational diagram of one embodiment of a resistor for use in accordance with the present invention;

FIG. 6 depicts the averaging effect in the wavelength of two simultaneously active LEDs with close transmission wavelengths;

FIG. 7 depicts an embodiment of an oximeter sensor according to another aspect of the present invention; and

FIGS. 8 and 8A depict exemplary embodiments of improved calibrated oximeter sensors;

FIGS. 9A and 9B depict alternative embodiments sensors in accordance with of one aspect of the present invention relating to detecting the wavelength of light emitting diodes;

FIGS. 10A, 10B, 10C, and 10D depict graphs relating to the wavelength detection aspect of the present invention; and

FIGS. 11 and 11A depict graphs of filter response curves for various filters in accordance with the wavelength detection aspect of the present invention.

FIGS. 12–15 depict four different probe configurations for use with the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention has applicability to the use of medical probes and LEDs in general. However, an understanding is facilitated with the following description of the application of the principles of the present invention to oximetry.

The advantages of noninvasive techniques in monitoring the arterial oxygen (or other constituents) saturation of a patient are well-known. In oximetry, light of a known wavelength is transmitted through a medium (e.g., a human digit such as a finger) under test. The light energy is partially absorbed and scattered by the constituents that make up the medium as the light propagates through the medium. The absorption and scattering of the light energy by any given constituent depends upon the wavelength of the light passing through the constituent, as well as several other parameters. The absorption by a constituent is characterized with what is known as the extinction coefficient.

FIG. 2 represents an exemplary graph 100 of the relationship between the extinction coefficient of three possible constituents of blood with respect to the wavelength of light. Specifically, a first curve 102 illustrates the relationship between the extinction coefficient of oxyhemoglobin (oxygenated hemoglobin) with respect to the transmission wavelength; a second curve 104 illustrates the relationship between the extinction coefficient of reduced hemoglobin with respect to the transmission wavelength; and a third curve 106 illustrates the relationship between the extinction coefficient of carboxyhemoglobin (hemoglobin containing carbon monoxide) with respect to the transmission wavelength. This relationship is well understood in the art.

One wavelength is required for each separate constituent in the medium. The wavelengths used for oximetry are chosen to maximize sensitivity of the measurement (i.e., oxygen saturation, etc.). These principles are well understood in the art.

The amplitude of the energy incident on a homogeneous media having at least one constituent under test is approximately related to the amplitude of the energy transmitted through the media as follows:

$$I = I_o e^{-\sum_{i=1}^{N} d_i \epsilon_i c_i} \tag{1}$$

where $I_o$ is the energy incident on the medium, I is the attenuated signal, $d_i$ is the thickness of the $i_{th}$ constituent through which light energy passes, $\epsilon_i$ is the extinction (or absorption) coefficient of the $i_{th}$ constituent through which the light energy passes (the optical path length of the $i_{th}$ constituent), and $c_i$ is the concentration of the $i_{th}$ constituent in thickness $d_i$. As well-understood in the art, this basic relationship is utilized to obtain oxygen saturation using conventional oximetry techniques.

It should be understood that the above equation is simplified for discussion purposes. Other factors such as multiple scattering also contribute to the resulting attenuation of the light energy. Multiple scattering is discussed in a paper by Joseph M. Schmitt entitled, "Simple Photon Diffusion Analysis of the Effects of Multiple Scattering on Pulse Oximetry," *IEEE Transactions on Biomedical Engineering*, vol. 38, no. 12, Dec. 1991.

However, for further discussion purposes, the simplified equation (1) will be utilized. In procedures based on oximetry technology, the accuracy of the physiological measurement is impacted by the accuracy of the wavelength of the transmission LEDs because, as depicted in FIG. 2, the extinction coefficient is dependent upon the wavelength of the transmission LED. In order to obtain oxygen saturation, two LEDs, one in the red wavelength range and one in the infrared wavelength range, are typically utilized in order to obtain the saturation measurement for a patient. Further, as set forth in Equation (1), the extinction coefficient is a critical variable in the equation. Accordingly, it is important that the oximeter be provided with information as to the specific wavelength of the transmission LEDs for the sensor. However, the wavelength of different LEDs, although manufactured for a specified wavelength, varies for the same drive current from LED to LED due to manufacturing tolerances. Wavelength Tuned LEDs

One aspect of the present invention provides an apparatus and method for tuning each LED in a sensor such that the operating wavelengths for LEDs do not vary significantly from sensor to sensor. The tuning is performed by utilizing the wavelength shift exhibited in many LEDs in response to a change in drive current. FIGS. 3A and 3B illustrate this wavelength shift principle in two graphs. The graph 110 of FIG. 3A depicts (with a curve 112) current in the vertical axis versus voltage in the horizontal axis for a typical LED. The graph 110 of FIG. 3A is well-understood in the art. In the area referenced between the axis indicated A and B, just beyond the shoulder of the curve 112, the wavelength of certain LEDs shifts in a substantially linear fashion in response to a corresponding change in drive current or voltage. The amount of wavelength shift per incremental change in drive current typically differs for each LED (designed for the same wavelength), just as the operating wavelength for LEDs (designed for a specific wavelength) varies for the same drive current from LED to LED.

FIG. 3B depicts an exemplary graph 120 of the wavelength of an LED in response to the drive current in the area

5,823,950

7

of the shoulder depicted in FIG. 3A. This graph depicts in a
curve **122** an exemplary wavelength shift for an LED in the
red range in response to drive current changes. The slope of
the curve **122** depicted in FIG. 3B varies from LED to LED,
as does the wavelength range. However, for conventional
LEDs used in blood oximetry, an incremental shift in drive
current through the LEDs causes some incremental shift in
the wavelength. Because this relationship is substantially
linear in the area just beyond the shoulder of the curve **112**
depicted in FIG. 3A, in one preferred embodiment, the shift
is obtained in the area beyond the shoulder. The graph of
FIG. 3B is not meant to represent all LEDs, but merely to
represent one possible wavelength shift corresponding to a
particular change in drive current.

Accordingly, one way to obtain a selected wavelength is
to drive the LEDs with the current necessary to obtain the
wavelength. However, such embodiment would require an
oximeter design which varies the LED drive current for each
sensor.

In one advantageous embodiment, in order to avoid the
added complexity of oximeter system design, a resistor is
placed in parallel with an LED in order to adjust the drive
current through the LED to a level which will result in a
selected wavelength. In such embodiment, the oximeter
system is designed to operate at the selected wavelength for
each LED in the sensor. And, the oximeter need only provide
a fixed drive current. Accordingly, in one embodiment, the
design of the oximeter is simpler in that it need not take into
account variations of wavelength from sensor to sensor. The
oximeter can simply be designed to operate at the selected
wavelengths and have a fixed drive current.

Each LED sensor manufactured for the oximeter is tuned,
using the wavelength shift, such that the LEDs in the sensor
generate light at the selected wavelengths for the oximeter.
FIG. 4 depicts one embodiment of a tuned sensor **150**,
connected to an exemplary oximeter system **152**, according
to the LED tuning aspect of the present invention.

The sensor **150** is illustrated with a first light source **160**
and a second light source **170**, typically LEDs. A first tuning
resistor **162** connected in parallel with the first LED **160**
forms a first tuned LED network **164**. Similarly, a second
tuning resistor **172** is connected in parallel with the second
LED **170** to form a second tuned LED network **174**. The
sensor **150** further comprises a photodetector **180**. A power
source in the oximeter system, such as an LED driver **182**,
is coupled to the tuned LED networks **164, 174** in order to
provide a predetermined drive current at the input of the
tuned LED networks **164, 174**. Advantageously, the LED
driver **182** provides current to only one of the tuned LED
networks **164, 174** at any given time. The photodetector **180**
is coupled to receiving and conditioning circuitry **184** in the
oximeter system **152**. In operation, the photodetector
receives the attenuated light energy and responds with an
output signal representing the intensity of the alternative
light energy. The oximeter system **152** further comprises a
controller **190** with supporting resources and a display **192**.
The oximeter system receives the signals obtained from the
sensor **150** and analyzes the signals to determine informa-
tion regarding the medium through which the light energy
has been transmitted. It should be understood that the
oximeter system is depicted in simplified form for discus-
sion purposes. Oximeter systems are well known in the art.
One possible oximeter system comprises the oximeter sys-
tem disclosed in pending U.S. patent application Ser. No.
08/320,154 filed Oct. 7, 1994, which has been assigned to
the assignee of the present application. Other oximeter
systems are well known and can be designed to operate at
the selected wavelengths.

8

As depicted in FIG. 4B, for oximetry, a typical medium
may include a finger **200** or an earlobe, as well-known in the
art. Media such as the finger and earlobe typically comprise
a number of constituents such as skin, tissue, muscle, arterial
blood and venous blood (having several constituents each),
and fat. Each constituent absorbs and scatters light energy of
a particular wavelength differently due to different extinc-
tion coefficients. In general operation, the first LED **162**
emits incident light in response to the drive current from the
LED driver **182**. The light propagates through the medium
under test. As the transmitted light propagates through the
medium, it is partially absorbed by the medium. The attenu-
ated light emerging from the medium is received by the
photodetector **180**. The photodetector **180** produces an elec-
trical signal indicative of the intensity of the attenuated light
energy incident on the photodetector **180**. This signal is
provided to the oximeter system **152**, which analyzes the
signal to determine the characteristics of a selected constitu-
ent of the medium through which the light energy has
passed.

The tuning is now explained with reference to the first
LED **160**. The tuning is also applicable to the second LED
**172**. As explained above, in response to a particular drive
current, different LEDs respond with different wavelengths,
even though the LEDs were manufactured to generate the
same wavelength. Tuning the first LED **160** in accordance
with the present invention involves determining the amount
of current required to operate the first LED **160** at the
selected wavelength and adjusting the current through the
first LED **160** in order to obtain the selected wavelength.

For instance, typical operational values for red LEDs used
in oximetry range between 645 nm and 670 nm. For a
particular embodiment of an oximeter, the oximeter may be
designed to operate with a selected wavelength within that
range, for example, 670 nm. However, the LEDs manufac-
tured to produce the selected wavelength of 670 nm involve
manufacturing tolerances typically in the range of ±2–10 nm
for the same drive current. However, for a typical LED used
in oximetry, the drive current can be varied in order to obtain
the desired output wavelength for the LED. For instance, as
illustrated in FIG. 3B, the represented LED has an operating
wavelength of 660 nm for the typical 50 mA drive current.
If the drive current is increased to approximately 85 mA, the
operating wavelength becomes the selected wavelength of
the present example (670 nm). The present invention takes
advantage of the observed wavelength shift in response to a
drive current change to tune each LED to obtain the selected
wavelength, such as 670 nm.

For purposes of discussion, the first LED **160** is defined
to exhibit the wavelength characteristic depicted in FIG. 3B.
To tune the first LED **160**, the drive current from the LED
driver **182** is assumed to be preset or fixed. In the present
embodiment, the drive current is preferably somewhat larger
than the drive current necessary to drive the first LED **160**
alone (e.g., 100 mA or more). This is because the first tuning
resistor **162** carries some of the fixed drive current from the
LED driver **182**. The first tuning resistor **162** is selected to
draw an appropriate amount of the fixed drive current to
adjust the amount of current flowing through the first LED
**160** to result in the selected output wavelength. In the
present example, the resistor is chosen to carry approxi-
mately 15 mA (of the 100 mA from the LED driver **182**) in
order to reduce the current through the first LED **160** to
approximately 85 mA to obtain the 670 nm selected wave-
length. Accordingly, each LED can be driven with the same
fixed drive current from the LED driver **182**, yet the current
through any particular LED differs in accordance with the

5,823,950

9

value of the associated tuning resistor. In this manner, the LED driver **182** can be designed to provide the same fixed drive current for every sensor connected to the oximeter. The oximeter system **152** is thus designed to make its calculation based on the assumption that the corresponding wavelengths remain constant from sensor to sensor.

One particular advantageous method of selecting the tuning resistor involves the use of a semiconductor substrate resistor, such as the resistor **210** depicted in FIGS. **5A** and **5B**. The resistor **210** depicted in FIG. **5A** comprises a semiconductor substrate **212**, a resistive coating pad **214**, and connective conductors **216**, **218**. In one embodiment a tunable LED **220** (i.e., an LED that exhibits wavelength shift with drive current change) is connected in parallel with the semiconductor substrate resistor **210**. The fixed (preset) drive current is then applied with a current source **222** to the network formed by the substrate resistor **210** and the tunable LED **220**. The operating wavelength of the tunable LED **220** is measured. Preferably, the initial substrate resistor has less resistance than will be necessary to obtain the desired output wavelength. A laser is used to scribe the resistive pad **214**, as depicted by the line **224** in FIG. **5B**. The scribe line **224** effectively removes a portion of the resistive pad **214**, and thereby increases the resistance of the remaining resistive pad **214**, as well known in the art. Using the laser, the increase in resistance can be controlled very precisely. The resistive pad **214** can be laser trimmed until the current through the tunable LED **220** causes the tunable LED **220** to generate the selected operating wavelength. The resulting resistor/LED pair forms a tuned LED network. This tuning method is advantageous because of the precision and the resulting low-cost of the tuned LED.

Other methods of selecting the first tuning resistor **162**, such as calculating the wavelength shift for a given current change for the first LED **160**, and then selecting the appropriate resistor to cause the correct amount of current to flow through the LED to obtain the selected operating wavelength, can also be used. Similarly, a potentiometer could be used. Preferably, each LED for each sensor is tuned in a similar manner such that the operating wavelength is a selected operating wavelength for the sensor. For instance, a two wavelength oximeter operating may have selected wavelengths for the two LEDS of 670 nm and 905 nm. For each sensor, a first LED is tuned for the 670 nm selected wavelength, and a second LED is tuned for the 905 nm selected wavelength.

In sum, the tuning aspect of the present invention involves using the principle of wavelength shift in an LED to tune each LED to obtain a respective selected operating wavelength.

It should be understood that for some LEDs, the manufacturing tolerance may be too far from the respective selected wavelength to enable the use of the shift in wavelength to properly tune the LED; or the wavelength shift may be insufficient to obtain the selected wavelength. In one embodiment, such LEDs would not be utilized, and would be considered out of tolerance. Alternatively, if the obtainable wavelength shift is not sufficient to allow for proper tuning, it is also possible to use two LEDs having wavelengths very near each other and near the selected wavelength. One LED has a wavelength below the selected wavelength, and one LED has a wavelength above the selected wavelength. As the graph of FIG. **6** illustrates, when two LEDs are both active and placed adjacent one another, the light from the two LEDs combines to form a combined wavelength which is the average wavelength of the two LEDs. The combined wavelength has a broader wavelength

10

range, but has a known average. Preferably, to fine tune the average wavelength, the wavelength shift of one or both of the two LEDs can be utilized using tuning resistors as described above such that the average wavelength is the selected wavelength. Accordingly, two LEDs (preferably tuned in accordance with the present invention as a pair) can be used to obtain the selected wavelength for operation in a given oximeter.

As another alternative, if sufficient wavelength shift is not available to allow for tuning all LEDs to the selected wavelengths, a few selected wavelengths could be used. For instance, for determining oxygen saturation, the selected red wavelengths could be 660 nm, 670 nm and 680 nm. The selected infrared wavelengths could be 900 nm, 920 nm, and 940 nm, independent of the red wavelengths. Each sensor would be tuned using the tuning resistors described above such that the red and infrared LEDs operate at one of the selected red and infrared wavelengths, respectively. An indicator would then be provided on the sensor, or the connector attached to the sensor, to allow the oximeter to determine which of the selected wavelengths is present on the sensor attached to the oximeter. Alternatively, a wavelength detection device could be provided with the oximeter system to determine which of the selected wavelengths is present in a sensor attached to the oximeter system. Although this embodiment requires some means for the oximeter to determine which of the selected wavelengths is present on the attached sensor, the selected wavelengths are precise from sensor to sensor.

Two-Wavelength LED

Another aspect of the present invention involves using the principle of wavelength shift in an LED for a given change in current in order to use a single LED to provide two operating wavelengths. This is advantageous in making physiological measurements, such as blood oximetry measurements, because for each additional wavelength added, the saturation of an additional constituent in the blood can be measured. For instance, with a two-wavelength oximeter, only the ratio of one of two constituents to the total of the two constituents (e.g., oxygen saturation) can be accurately monitored. If oxygen saturation is monitored with two wavelengths, other constituents which are significantly present in the blood affect the measurement of oxygen saturation.

If an additional constituent present in the blood has a significant effect upon the oxygen saturation reading for a particular patient, the failure to detect the constituent can be detrimental to the patient. An example of a constituent which, when present in the blood, will significantly impact the oxygen saturation reading provided by a two-wavelength oximeter is carbon monoxide. This is because the extinction coefficient magnitude for carboxyhemoglobin (depicted in the curve **106** of FIG. **2**) approaches the extinction coefficient of oxyhemoglobin (depicted in the curve **102** of FIG. **2**) for light energy in the range of 660 nm. Therefore, carboxyhemoglobin may be detected as oxyhemoglobin. This leads to a false indication of the oxygen saturation (i.e., overestimation) in the blood using a two-wavelength oximeter. In this manner, the attending physician may fail to detect the lack of oxygen, and the increase of carbon monoxide in a patient. If an additional transmission wavelength is provided on the sensor, the oximeter can monitor another constituent, such as carboxyhemoglobin.

In accordance with the present invention, the principle of wavelength shift in an LED is utilized in order to drive one LED with two appropriate drive current levels to provide two distinct wavelengths. In its simplest form, this is accom-

5,823,950

11

plished by first driving an LED (which exhibits wavelength shift with drive current change) with a first known drive current to a first known wavelength, and then driving the same LED with a second known current to a second known wavelength.

FIG. 7 depicts one advantageous embodiment of a sensor 250 for blood oximetry measurements coupled to an oximeter system 252 designed in accordance with this aspect of the present invention. The sensor 250 comprises a first LED 254 and a second LED 256. For blood oximetry the first LED 254 preferably operates in the red wavelength range and the second LED 256 preferably operates in the infrared wavelength range. The sensor 250 further comprises a photodetector 258. The photodetector 258 is coupled to receiving and conditioning circuitry 262. The oximeter system is under the control of a controller 264 and has a display 266. As well-understood in the art, an LED driver 260 sequentially drives the LEDs 254, 256 with a predetermined drive current. The photodetector 258 detects the light energy, attenuated by the medium under test. The oximeter 252 receives and analyzes the signal from the photodetector 258 to determine information regarding the medium through which the light energy has been transmitted. As with the embodiment of FIG. 4, the oximeter system 252 is depicted in simplified form. Appropriate oximeter systems include the system disclosed in copending U.S. patent application Ser. No. 08/320,154, filed Oct. 7, 1994, which has been assigned to the assignee of the present application. Other monitors well understood in the art also exist. The oximeter system 252 is modified in accordance with the present invention to drive the shifting LED as described below.

In the present example for blood oximetry, the first LED 254 is the shifting LED and is used to provide two wavelengths. In order to accurately provide two wavelengths, the wavelength shift principle is utilized. According to one embodiment, LEDs are evaluated at the time a sensor is manufactured, and an indicator is provided on the sensor which can be read by the oximeter system 252 to indicate the drive current change necessary in order to effectuate a desired shift in wavelength. Indicators may comprise a resistor on the sensor or sensor connector, a memory on the sensor or sensor connector, or a similar device. Alternatively, the indicator can provide a indication to the oximeter of the amount of wavelength shift which is obtained due to a preset drive current change. Another alternative is to provide a wavelength detector 268 for the oximeter, which allows the oximeter system 252 to detect the transmission wavelength of an active LED. Wavelength detectors, such as a monochrometer, are well known in the art. However, conventional monochrometers are expensive and bulky. This description sets forth a more practical approach to detecting wavelength below. In this embodiment, the LED driver 260 changes the drive current until the desired wavelength is obtained, utilizing the wavelength detector 268 to monitor the wavelength.

In one preferred embodiment allowing for a simpler oximeter design, in order to accurately provide two wavelengths with a single LED such as the first LED 254, a network 270 of a slope adjusting resistor 272 and the first LED 254 is slope adjusted such that a preselected change in drive current (ΔI) entering the first slope adjusted network, causes a preselected shift in wavelength (Δλ) in,the first LED 254. In other words, as depicted in FIG. 3B, each LED exhibits an inherent slope of the curve 122. However, the slope of this curve often differs from LED to LED, even for LEDs rated for a particular wavelength. In order for an oximeter to be designed for simplicity in obtaining a repeat-

12

able preselected wavelength shift, it is advantageous to have the preselected wavelength shift (Δλ) for each first LED in different sensors correspond to the same preselected drive current change (ΔI). Accordingly, it is desirous that the first LED (for the present example) on different probes respond with the same preselected change in wavelength for the same change in drive current provided by the LED driver 260. In other words, it is advantageous that the slope of the curve 100 depicted in FIG. 3B be the same for each corresponding LED network, since it is not typically the same for each individual LED. In this manner, the oximeter is designed to drive the LEDs with two drive current levels, where the two drive current levels are preselected and remain constant from sensor to sensor.

Just as the first tuning resistor 162 tunes the first LED 160 to a particular selected wavelength for a selected drive current, a slope adjusting resistor, such as the slope adjusting resistor 272, can be used to alter the slope of the curve 122 exhibited for the particular corresponding LED network (e.g., the first slope adjusted LED network 270). In most instances, the slope adjusting resistor 272, if used to alter the slope, cannot also be used to tune the precise wavelength of the first LED 254. However, other methods and procedures to indicate to the oximeter what the particular wavelength of operation of the first LED for a given drive current can be utilized. For instance, an indicator (such as a resistor or low cost memory device) can be provided with the sensor 250 which can be read by the oximeter 252, which indicator provides the initial operating wavelength of the slope adjusted LED network 270.

Slope adjustment can be accomplished in the same manner as described above with respect to the semiconductor substrate resistor 210. However, the substrate resistor functions as the slope adjusting resistor rather than a wavelength tuning resistor (i.e., the substrate resistor is adjusted to cause a preselected change in wavelength for a preselected change in drive current for the LED/resistor network). In other words, for the first LED 254, the substrate resistor 210 depicted in FIG. 5A and 5B is coupled to the first LED 254 to form the slope adjusting resistor 272. A laser is used to trim the resistor until the preselected change in drive current for the network 270 results in the preselected change in wavelength for the first LED 254.

It should be noted that if LEDs are available that exhibit the same wavelength shift with respect to the same change in drive current, the first slope adjusting resistor 272 is unnecessary.

For determining oxygen saturation, the second LED 256 operates at a fixed infrared wavelength (e.g., 905 nm). Preferably, if the infrared LEDs exhibit manufacturing tolerances, the infrared LEDs can be tuned using a tuning resistor 274, in the same manner as the tuning resistor 162 of FIG. 4, to operate at the selected infrared wavelength. With a tuned second (infrared) LED 256 and a slope adjusted first LED 254 (configured to provide two wavelengths), measurements at three wavelengths can be taken using the sensor 250.

In use, the sensor 250 of FIG. 7 is first driven with an initial drive current to cause the first LED 254 to generate light energy of a first wavelength (e.g., 660 nm). The attenuated signal at this first wavelength is detected by the photodetector 258 and received by the oximeter 252. Next, the first slope adjusted LED 254 is driven with a new drive current varied by the preselected change in drive current to cause the preselected wavelength shift to obtain a second wavelength (e.g., 675). As long as the initial wavelength is provided to the oximeter system 252, and the slope (change

5,823,950

**13**

in wavelength due to change in current) of the first LED network **270** is properly adjusted to match the preselected slope, the second wavelength will also be a known quantity. A third measurement is taken by driving the second LED **256** and receiving the attenuated signal with the photodetector **258**. Measurements are stored in the oximeter system **252**. Based upon the three measurements taken, the arterial saturation of two constituents of blood may be determined (e.g., oxyhemoglobin and carboxyhemoglobin), thus providing more precise information regarding the physiological makeup of the blood of a patient under test.

In an oximeter system where monitoring of carbon monoxide and oxygen is desired, the first wavelength may be 660 nm, the second wavelength may be 675 nm or 680 nm and the third wavelength will be an infrared wavelength such as 900 nm or 905 nm. With these three wavelengths provided by two LEDs, the saturation of both oxyhemoglobin and carboxyhemoglobin in blood can be determined. The use of two LEDs to perform measurements at three wavelengths reduces the cost of the sensor, which is particularly advantageous if the sensor is a disposable or replaceable sensor.

In addition to the uses described above, it should also be noted that the wavelength shift principal described above could be used to obtain an additional wavelength with one LED for use in the ratiometric method of determining blood oxygen as described in copending U.S. patent application Ser. No. 07/672,890, filed Nov. 21, 1991, which has been assigned to the assignee of the present application.

Measurements Without Precise Wavelength Information

A further aspect of the present invention involves an apparatus and method of measuring the saturation of a selected constituent in a medium under test (e.g., oxyhemoglobin in blood) without knowing the precise operational wavelength of one LED. According to this aspect of the present invention, if the wavelength shift for an LED is known for a known change in drive current, the operational wavelength for the LED need not be known if other information is also available, as further explained below.

As explained above, obtaining a known wavelength shift for a selected change in current can be accomplished by adjusting presently existing LEDs, such that the LEDs react to a preselected change in drive current ($\Delta I$) with a preselected change in wavelength ($\Delta \lambda$). Alternatively, if LEDs are available having a repeatable (from LED to LED) change in wavelength for a selected change in current, those LEDs can be used without adjustment. An understanding of this aspect of the present invention is explained with reference to arterial oxygen saturation determination using two-wavelength oximeters.

As explained above, FIG. **2** depicts a graph illustrating the relationship between the typical extinction coefficient for three constituents of blood with respect to the transmission wavelength of light transmitted through the blood. For purposes of determining oxygen saturation, the first curve **102** and second curve **104** are of interest.

As illustrated by the first curve **102**, the extinction coefficient of oxyhemoglobin for light transmitted between approximately 665 nm (indicated as $\lambda_1$ on the graph) and 690 nm (indicated as $\lambda_2$ on the graph) is substantially constant (more apparent when the Y-axis of FIG. **2** is not a log scale axis). When light within that same range (i.e., $\lambda_1 - \lambda_2$) is transmitted through reduced hemoglobin (the second curve **104**), the extinction coefficient of the reduced hemoglobin exhibits a substantially linear relationship as a function of transmission wavelength. These known properties of blood constituents are utilized in the apparatus and method of the present invention to obtain information

**14**

regarding the oxygen saturation (or other constituent saturation) of the blood without knowing the particular wavelength of one of two LEDs.

Assuming that incident light is represented by the letter $I_o$ and the attenuated signal is represented by I, the attenuated signal is represented by Equation (1) above. In other words, for the LED sensor **250** of FIG. **7**, the attenuated signal I is received by the photodetector **258** and is a function of the ambient transmission, as set forth in Equation (1).

Where light of wavelength $\lambda$ is transmitted through tissue with blood containing two forms of hemoglobin (oxyhemoglobin and reduced hemoglobin), Equation (1) can be expanded for these two constituents of blood:

$$I = I_o(e^{-\sum\limits_{j=1}^{N} \epsilon_j d_j c_j}) \, (e^{-d\epsilon_{1\lambda}c_1}) \, (e^{-d\epsilon_{2\lambda}c_2}) \tag{2}$$

where:

d is the thickness of the medium.

$\epsilon_{1\lambda}$ is the absorption coefficient of reduced hemoglobin at wavelength $\lambda$,

$\epsilon_{2\lambda}$ is the absorption coefficient of oxyhemoglobin at wavelength $\lambda$,

$c_1$ is the concentration of reduced hemoglobin,

$c_2$ is the concentration of oxyhemoglobin,

$\epsilon_j$ is the absorption coefficient of the $j^{th}$ layer of attenuating material (not including oxyhemoglobin and reduced hemoglobin),

$d_j$ is the thickness of the $j^{th}$ layer of attenuation material (not including oxyhemoglobin and reduced hemoglobin), and

$c_j$ is the concentration of the $j^{th}$ layer of attenuating material (not including oxyhemoglobin and reduced hemoglobin).

Equation (2) can be further expressed as follows:

$$S = \ln\left(\frac{I}{I_{BL}}\right) = -d(\epsilon_{1\lambda}c_1 + \epsilon_{2\lambda}c_2) \tag{3}$$

where:

$$I_{BL} = I_o(e^{-\sum\limits_{j=1}^{n} \epsilon_j d_j c_j}) = \text{baseline}$$

s is a value obtained by measuring I with the photodetector and calculating the ratio of I to $I_{BL}$ after taking the natural log.

For determining oxygen saturation, where the light is transmitted at a first red wavelength $\lambda_1$, Equation (3) is expressed as follows:

$$S_1 = \ln\left(\frac{I}{I_{BL}}\right)\bigg|_{\lambda_1} = -d(\epsilon_{1\lambda_1}c_1 + \epsilon_{2\lambda_1}c_2) \tag{4}$$

Where light is transmitted at an infrared wavelength $\lambda_{IR}$, Equation (3) is expressed as follows:

$$S_{IR} = \ln\left(\frac{I}{I_{BL}}\right)\bigg|_{\lambda_{IR}} = -d(\epsilon_{1\lambda_{IR}}c_1 + \epsilon_{2\lambda_{IR}}c_2) \tag{5}$$

When the wavelength $\lambda_1$ and the wavelength $\lambda_{IR}$ are both known, the oxygen saturation can be determined, as well understood in the art. This is briefly illustrated with the following derivation:

$$\text{LET } N_1 = \frac{S_1}{d} \text{ and } N2 = \frac{S_{IR}}{d} \tag{6}$$

Equations (4) and (5) become:

$$N_1 = C_2\epsilon_{2\lambda_1} + C_1\epsilon_{1\lambda_1} \tag{7}$$

5,823,950

**15**

$$N_2 = C_2 \epsilon_{2\lambda_{IR}} + C_1 \epsilon_{1\lambda_{IR}} \tag{8}$$

In matrix notation, Equations (7) and (8) become:

$$A = \begin{pmatrix} \epsilon_{2\lambda_1} & \epsilon_{1\lambda_1} \\ \epsilon_{2\lambda_{IR}} & \epsilon_{1\lambda_{IR}} \end{pmatrix} X = \begin{pmatrix} C_2 \\ C_1 \end{pmatrix} B = \begin{pmatrix} N_1 \\ N_2 \end{pmatrix} \tag{9}$$

$$A \cdot X = B \;\rightarrow\; \begin{pmatrix} \epsilon_{2\lambda_1} & \epsilon_{1\lambda_1} \\ \epsilon_{2\lambda_{IR}} & \epsilon_{1\lambda_{IR}} \end{pmatrix} \begin{pmatrix} C_2 \\ C_1 \end{pmatrix} = \begin{pmatrix} N_1 \\ N_2 \end{pmatrix}$$

$$\text{Or:}\; \begin{pmatrix} C_2 \\ C_1 \end{pmatrix} = \begin{pmatrix} \epsilon_{2\lambda_1} & \epsilon_{1\lambda_1} \\ \epsilon_{2\lambda_{IR}} & \epsilon_{1\lambda_{IR}} \end{pmatrix}^{-1} \begin{pmatrix} N_1 \\ N_2 \end{pmatrix}$$

As well understood in the art, oxygen saturation is defined as the following ratio:

$$\text{Hence:}\; \begin{pmatrix} C_2 \\ C_1 \end{pmatrix} = \begin{bmatrix} \dfrac{(\epsilon_{1\lambda_{IR}} N_1 - \epsilon_{1\lambda_1} N_2)}{(\epsilon_{2\lambda_1}\epsilon_{1\lambda_{IR}} - \epsilon_{1\lambda_1}\epsilon_{2\lambda_{IR}})} \\[2ex] \dfrac{(-\epsilon_{2\lambda_{IR}} N_1 + \epsilon_{2\lambda_1} N_2)}{(\epsilon_{2\lambda_1}\epsilon_{1\lambda_{IR}} - \epsilon_{1\lambda_1}\epsilon_{2\lambda_{IR}})} \end{bmatrix} \tag{10}$$

$$\text{oxygen:}\; SAT = \dfrac{C_2}{C_2 + C_1} \;\rightarrow\; \dfrac{1}{SAT} = \dfrac{C_2 + C_1}{C_2}$$

$$\text{Or:}\; \dfrac{1}{SAT} = 1 + \dfrac{C_1}{C_2} \tag{11}$$

$$\text{Hence:}\; \dfrac{C_1}{C_2} = \dfrac{\dfrac{(-\epsilon_{2\lambda_{IR}} N_1 + \epsilon_{2\lambda_1} N_2)}{(\epsilon_{2\lambda_1}\epsilon_{1\lambda_{IR}} - \epsilon_{1\lambda_1}\epsilon_{2\lambda_{IR}})}}{\dfrac{(\epsilon_{1\lambda_{IR}} N_1 - \epsilon_{1\lambda_1} N_2)}{(\epsilon_{2\lambda_1}\epsilon_{1\lambda_{IR}} - \epsilon_{1\lambda_1}\epsilon_{2\lambda_{IR}})}}$$

$$\text{Substituting:}\; N_1 = \dfrac{S_1}{d} \text{ and } N_2 = \dfrac{S_{IR}}{d}$$

and multiplying the numerator and denominator by −1:

$$\text{and Simplifying:}\; \dfrac{C_1}{C_2} = \epsilon_{2\lambda_1} \dfrac{\left( \dfrac{S_1}{d} - \dfrac{S_{IR}}{d} \right)}{\left( -\epsilon_{1\lambda_{IR}}\dfrac{S_1}{d} + \epsilon_{1\lambda_1}\dfrac{S_{IR}}{d} \right)}$$

Multiplying numerator and denominator by d:

$$\dfrac{C_1}{C_2} = \epsilon_{2\lambda_1} \dfrac{(S_1 - S_{IR})}{(-\epsilon_{1\lambda_{IR}} S_1 + \epsilon_{1\lambda_1} S_{IR})} \tag{12}$$

Substituting Equation (12) into Equation (11) above:

$$\dfrac{1}{SAT} = \epsilon_{2\lambda_1} \dfrac{(S_1 - S_{IR})}{(-\epsilon_{1\lambda_{IR}} S_1 + \epsilon_{1\lambda_1} S_{IR})} + 1 \tag{13}$$

$$\text{Simplifying:}\; \dfrac{1}{SAT} = \dfrac{(\epsilon_{2\lambda_1} S_1 - \epsilon_{2\lambda_1} S_2 - \epsilon_{1\lambda_{IR}} S_1 + \epsilon_{1\lambda_1} S_2)}{-\epsilon_{1\lambda_{IR}} S_1 + \epsilon_{1\lambda_1} S_2)}$$

AND FINALLY:

$$SAT = \dfrac{(\epsilon_{1\lambda_{IR}} S_1 + \epsilon_{1\lambda_1} S_2)}{(-\epsilon_{2\lambda_1} S_1 + \epsilon_{2\lambda_1} S_2 + \epsilon_{1\lambda_{IR}} S_1 - \epsilon_{1\lambda_1} S_2)}$$

When the wavelength $\lambda_1$ and the $\lambda_{IR}$ are both known, the extinction coefficients, $\epsilon_{1\lambda_1}$, $\epsilon_{2\lambda_1}$, $\epsilon_{1\lambda_{IR}}$ and $\epsilon_{2\lambda_{IR}}$, for the corresponding constituents at $\lambda_1$ and $\lambda_{IR}$ are also known. As explained above, $S_1$ and $S_{IR}$ can be obtained by measuring I and $I_o$ and taking the natural log of this ratio at the various wavelengths during operation. Accordingly, all of the variables in the saturation equation are known or obtainable through measurement.

**16**

However, if the wavelengths for the transmission LEDs are not specifically known, the extinction coefficients $\epsilon$ will not be known. In accordance with one aspect of the present invention, the oxygen saturation can be computed without knowing the precise wavelength of one of the LEDs. For purposes of discussion herein, the LED in the red range is chosen for illustration of this aspect of the present invention. In accordance with the present invention, and as explained above, the red LED can be adjusted to exhibit a preselected wavelength shift, even though the precise wavelength may not be known. Accordingly, the red LED can be driven with two different drive currents to obtain two different wavelengths, the shift between which is preselected and known. However, as explained above, the precise wavelength may be unknown without some indication of at least the starting wavelength. In accordance with the present invention, as long as the preselected wavelength shift is known, the starting wavelength need not be known.

In an application where the extinction coefficients vary with respect to shifts in wavelength on the order of 1–3 nm, it would be possible to determine the wavelength without prior information regarding the wavelength or the wavelength shift. This would be accomplished by calculating the desired measurement (e.g., oxygen saturation) at several (e.g., two or more) different LED drive currents and using the change in the measurement in connection with an empirically generated data set (i.e., curves) of measurements with respect to wavelengths to determine the wavelength of the LED.

If the preselected wavelength shift is utilized, the oximeter system can make measurements at three wavelengths $\lambda_1$, $\lambda_2$ and $\lambda_{IR}$. Thus, a third equation in addition to Equations (3) and (4) is obtained.

Where the light is transmitted at a second red wavelength $\lambda_2$, Equation (3) is expressed as follows:

$$S_2 = \ln[I/I_{BL}]_{\lambda_2} = -d(\epsilon_{1\lambda_2} c_1 + \epsilon_{2\lambda_2} c_2) \tag{14}$$

As depicted in FIG. 2, within the range of 650 nm–700 nm, the extinction coefficient does not significantly change. More particularly, within the range of $\lambda_1$–$\lambda_2$=665 mm–690 mm,

$$\epsilon_{2\lambda_2} \approx \epsilon_{2\lambda_1} \tag{15}$$

Furthermore within the same range,

$$\epsilon_{1\lambda_2} = (\alpha_{1\lambda_1} - \Delta\epsilon_1) \tag{16}$$

$\Delta\epsilon_1$ is known for a known wavelength shift within the described range, because the change in the extinction coefficient $\Delta\epsilon_1$ is substantially linear.

Substituting Equations (14) and (15) into Equation (4), (5), and (14) results in the following equations:

$$S_1 = -d(\epsilon_{1\lambda_1} c_1 + \epsilon_{2\lambda_1} c_2) \tag{17}$$

$$S_{IR} = -d(\epsilon_{1\lambda_{IR}} c_1 + \epsilon_{2\lambda_{IR}} c_2) \tag{18}$$

$$S_2 = -d((\epsilon_{1\lambda_1} - \Delta\epsilon_1) c_1 + \epsilon_{2\lambda_1} c_2) \tag{19}$$

As explained above, $S_1$, $S_2$, and $S_{IR}$ are calculated by measuring I and $I_{BL}$. Accordingly, $S_1$, $S_2$, and $S_{IR}$ are known values. The extinction coefficients $\epsilon_1$ and $\epsilon_2$ for the infrared wavelength LED are assumed to be known because in the infrared wavelength of interest (e.g., 850 mm–920 nm), and more particularly 890 nm–910 nm), the extinction coefficient is substantially constant for both curves **102** and **104**. In another embodiment, the accuracy would be improved slightly by tuning the LED. The extinction coefficients for

5,823,950

17

oxyhemoglobin at $\lambda_1$ and $\lambda_2$ are also known, as long as the wavelength is in the range where the extinction coefficient remains constant. In the present example, this range is defined as 665 nm to 690 nm. Furthermore, because the change in the absorption coefficient $(\Delta\epsilon_1)$ for reduced hemoglobin is known for a known wavelength shift between $\lambda_1 - \lambda_2 = 665$ nm–690 nm, $\Delta\epsilon_1$ is also a known quantity because $\epsilon_1$ is linear with $\lambda$. The total thickness of the medium, d, generally is unknown for most applications. However, for the determination of oxygen saturation, as illustrated above, the thickness (d) cancels because saturation is a ratio.

Accordingly, for the determination of oxygen saturation, Equations (17), (18), and (19) provide three equations with three unknowns $(\epsilon_{1\lambda_1}, c_1$ and $c_2)$. Algebraic techniques following those of Equations (6) to (13) may be applied to solve the three equations to obtain the oxygen saturation ratio of $c_2/(c_1 + c_2)$. Accordingly, it is not necessary to know the precise operating wavelength of the first LED 254, as long as the operating wavelength for the first LED 254 is in a known range where a preselected change in drive current causes a preselected change in the wavelength, and where the extinction coefficient of one constituent is constant and the extinction coefficient of the second constituent is substantially linear such that the change in the extinction coefficient for a preselected change in wavelength is also known.

Accordingly, this aspect of the present invention permits the user to obtain physiological data without knowing the precise operational frequency of an LED.

Improved Calibration of LED Sensor

An additional aspect of the present invention involves an improved calibration technique for an oximeter sensor where a resistor is utilized to code the LED rather than tune the LED. As depicted in the prior art calibrated oximeter probe of FIG. 1, an encoding resistor 300 utilizes a separate electrical connection lead and connects to a common ground lead 304. With the ever increasing use of replaceable or disposable sensors, any reduction in the complexity of the replaceable sensor can result in a significant cost savings over time. In accordance with present invention, the characteristics of an LED as depicted in FIG. 3A can be utilized to provide a more cost effective coded or calibrated oximeter probe where the coding or calibration is provided using a coding resistor.

In accordance with this aspect of the present invention, one of the LED electrical connections can also be used for the coding resistor. FIG. 8 depicts a schematic diagram of an exemplary oximeter sensor where a coding resistor 332 can be read using one of the LED electrical connections rather than a separate electrical connection. A sensor 310 comprises a first LED 312, a second LED 314 and a photodetector 316. The first LED 312 has a first corresponding electrical connection 318; the second LED 314 has a second corresponding electrical connection 320; and the photodetector 316 has a corresponding electrical connection 322. Each of the LEDs 312, 314 and the photodetector 316 are connected at their outputs to a common ground electrical connection 330. In the present embodiment, the coding resistor 332 is coupled in parallel with the first LED 312 or the second LED 314. In this embodiment, the coding resistor 332 is not provided to tune the first LED 312 or to slope adjust the first LED network, but is provided as an indicator which can be read by an attached oximeter system 340. The resistor can be used to indicate the operating wavelength of the first and second LEDs 312, 314, or more advantageously, to indicate the type of probe. In other words, the value of the

18

coding resistor 332 can be selected to indicate that the probe is an adult probe, a pediatric probe, a neonatal probe, a disposable probe or a reusable probe. In one preferred embodiment, coding resistors could be provided across each of the LEDs 312, 314 to allow additional information about the probe to be coded without added leads. However, any resistor or impedance device could be used without it being used in parallel with the LEDs to encode the change in wavelength or other information for the LEDs.

For instance, the coding resistor could be utilized for security purposes. In other words, the value of the coding resistor, and the placement across the LED 312 could be used to ensure that the probe is configured properly for the oximeter. For instance, the coding resistor could be utilized to indicate that the probe is from an authorized supplier such as a "Masimo" standard probe, "Patient Monitoring Company 1" probe, "Patient Monitoring Company 2" probe, etc.

In addition, it should be noted that the resistor need not be a passive element. Coding information could also be provided through an active circuit such as a transistor network, memory chip, or other identification device, for instance Dallas Semiconductor DS 1990 or DS 2401 or other automatic identification chip.

In order to read the coding resistor 332, the oximeter system 340 drives the first LED 312/coding resistor 332 combination at a level that is low enough that the LED draws effectively insignificant current because of the exponential relationship between I and V, as illustrated in the graph of FIG. 3A. As well understood in the art, the LED becomes active in the area of the shoulder, designated with the A axis indicator. Below the voltage level at A, the LED is effectively inactive and draws effectively insignificant current. In other words, the current through the first LED 312 is negligible. Significantly all of the current through the first electrical connection 318 flows through the coding resistor 332.

The current which flows through the coding resistor for the voltage applied is measured by the oximeter system by measuring the current through the first electrical connection 318. In turn, the oximeter system 340 determines the value of the coding resistor 332 which is preselected to indicate the type of probe, the operating wavelength or other parameters about the probe. In essence, by reducing the drive voltage across the first electrical connection 318 and ground to a low level that does not activate the first LED 312, the first LED 312 is effectively removed from the electrical circuit. In the present embodiment, it has been found that for conventional LEDs in the red and IR range, 0.5 V is a particularly advantageous voltage. At 0.5 V, current through the LED is generally less than 1 $\mu$A (an insignificant amount).

Preferably, the coding resistor 332 is chosen to be of a sufficiently high value that when the current supply to the first electrical connection 318 rises to a level sufficient to drive the first LED 312, the coding resistor 332 is effectively removed from the electrical circuit because of its high resistance as compared to the resistance of the first LED 312 at active operating currents.

Accordingly, a coding resistor can be used in connection with an oximeter LED sensor without the addition of an electrical connector dedicated to the coding resistor. This reduces the cost of the sensor in accordance with the present invention.

In one advantageous embodiment, the oximeter can monitor the coding resistor continuously by providing a 0.5 V coding resistor reading signal at a frequency different from the LED drive current. For instance, if the LED drive current is turned on and off at a frequency of 625 Hz, the 0.5 V

5,823,950

19

coding resistor reading voltage can be provided at a fre-
quency much lower than 625 Hz, such that the 625 Hz signal
can be easily filtered with a low pass filter with a cutoff
significantly below 625 Hz, but with a pass band which
allows the 0.5 V signal to pass. This would allow the
oximeter to continuously monitor the coding resistor 332 in
case of a change in the sensor by the system operator.

This particularly advantageous embodiment of using the
coding resistor 332 can also be utilized with a conventional
back-to-back configuration for the red and infrared LEDs, as
is typical in oximeters. Such a configuration is depicted in
FIG. 8A. FIG. 8A is similar to FIG. 8, except that the first
LED 312 and the second LED 314 are connected in a
back-to-back configuration such that the first electrical con-
nection 318 is required and the voltage can be alternated
from positive to negative to draw current through either the
second LED 314 or the first LED 312. This eliminates the
need for an electrical connection to the oximeter probe,
thereby further reducing the cost of the probe. In the
back-to-back configuration of FIG. 8A, if the second LED
314 is a red LED with a knee of approximately 2.0 V and
that the second LED 312 is an infrared (IR) LED with a knee
of approximately 1.5 V, a positive voltage is advantageously
applied to the first electrical connection 318 at approxi-
mately 0.5 V in order to measure the coding resistor 332.
Because the knee for the red LED is 2.0 V, very little (less
than 1 $\mu$A) current will flow through the red LED and
essentially no current will flow through the infrared LED
312 (because the infrared LED 312 is reverse biased). In
such a scenario, the current which passes through the
network of the first LED 312, the second LED 314, and the
coding resistor 332 is approximately equal to the current
through the coding resistor 332. The resistance of the coding
resistor 332 is then easily determined via Ohms Law by
dividing the voltage applied to the network by the current
which flows through the network. Care must be taken to
insure that the element (active or passive) does not create
electromagnetic noise which could lead to reduced system
signal to noise ratio.

Wavelength Detection

As briefly discussed above, in certain circumstances, it is
useful directly to obtain information regarding the wave-
length of an LED connected to an oximeter. As illustrated in
FIG. 7, a wavelength detector 268 can be provided.
However, a wavelength detector requires some configura-
tion operations to be performed by the operator. In a hospital
environment, it is advantageous to simplify the use of the
oximeter. Accordingly, in another embodiment, each LED
sensor is configured with a wavelength detection configu-
ration. FIGS. 9A and 9B depict diagrams of possible
embodiments of LED sensors configured with filters. These
sensor configurations can be used to obtain the wavelength
of the LED for the sensor.

As depicted in FIG. 9A, a sensor 400 comprises a trans-
mission LED network 402, a first photodetector 404, a
second photodetector 406, a diffuser 407, a beam splitter
408, an optical filter 410 and an optional optical filter 411.
The transmission LED network 402, the first photodetector
404 and the second photodetector 406 all couple to an
oximeter system 412. A third photodetector 413 is also
depicted in dotted line to illustrate the photodetector for the
oximetry measurement. This third photodetector 413 is not
discussed in the following discussion which relates to the
calibration portion of the oximeter probe 400. The transmis-
sion LED network 402 preferably comprises at least two
LEDs, one in the red wavelength range (e.g., 660 nm) and
one in the infrared wavelength range (e.g., 905 nm). Deter-

20

mining the wavelength of one of the LEDs in the LED
network 402 using the configuration of the sensor 400
depicted in FIG. 9A is described below.

As seen in FIG. 9A, the LED network 402 transmits light
414 which first passes through the diffuser 407. The diffuser
407 is provided advantageously in the preferred embodiment
in order to remove polarization of the light because the beam
splitter 408 is sensitive to polarized light, and most LEDs
transmit some percentage of polarized light. The light then
passes to the beam splitter 408 where it is divided. The beam
splitter 408 is preferably coated with a material which is
partially reflective to light of the wavelength of the LEDs of
interest in the LED network 402. Advantageously, the beam
splitter 408 reflects approximately one-half of the light 414
and directs it to the first photodetector 404. The remainder
of the light passes through the beam splitter 408 and through
the filter 410 and is received by the second photodetector
406. The oximeter system 412 receives the intensity reading
from the first and second photodetectors 404, 406 and
utilizes the relative intensities from the first and second
photodetectors 404, 406 to determine the centroid of the
emission wavelength for the LEDs 402, as further explained
below.

As is well understood in the art, obtaining a beam splitter
to precisely divide the light by 50 percent would be costly
to construct. However, it is not necessary to obtain a 50
percent split of the light because imprecision can be accom-
modated with calibration. In an embodiment where no
second filter 411 is provided, the system can be calibrated by
activating the infrared LED. This is possible because the first
filter 410 is transparent to the infrared wavelength, and thus,
each photodetector 404, 406 senses the same signal. In such
an embodiment, the intensity outputs from the first and
second photodetectors 404, 406 can be compared and equal-
ized through calibration constants during run-time. This
compensates for imprecision in the photodetectors, beam
splitter 408 and diffuser 407.

In an embodiment where the infrared is not used to
calibrate, the photodetectors 404, 406, the beam splitter 408
and the diffuser 407 can be calibrated prior to delivery with
a passive or active coding element 415 for each device. It
should be understood that the box 415 represents one or
more coding elements. It should also be understood that a
single coding element could be used for all of the optical
devices within the box 515. Preferably, the elements pro-
vided for calibration (those within the box in dotted lines
labelled 515) in this embodiment are positioned in a reusable
portion of the probe such that the increased expense is not
too significant.

The filter 410 may also have imprecision due to tempera-
ture sensitivity and imprecision of manufacturing process.
Therefore, in order to calibrate for imprecision with respect
to the filter 410 (preferably a shot glass) due to shift in
temperature, a temperature detector 405 is provided in a
preferred embodiment. Because temperature sensitivity in
shot glass filters are well known, by detecting the
temperature, the shift in filter characteristics can also be
determined. With respect to the imprecision in
manufacturing, a passive or active coding element 415 can
be provided on the probe to provide information about the
variation from a selected (ideal) filter characteristic
(transition band for filter).

Another preferred embodiment utilizing a filter configu-
ration is depicted in FIG. 9B. FIG. 9B depicts a sensor
having a transmission LED network 420, a diffuser 421, a
first photodetector 422, and a second photodetector 424. As
in FIG. 9A, a third photodetector 431 is depicted represent-

5,823,950

21                                                      22

ing the photodetector used for oximetry measurements. The first and second photodetectors **422, 424** are positioned at the interior periphery of an integrating optical sphere **426**, or the like. As can be seen in FIG. **9B**, the integrating optical sphere **426** has an aperture **428** through which light **429** from the LED network **420** is directed for monitoring and for wavelength determination. The light which enters the aperture is reflected about the interior of the optical sphere **426**, without significant absorption. Advantageously, the interior of the integrating optical sphere is reflective to the wavelengths of the light from the LED network **420**. In addition, the interior of the integrating optical sphere **426** scatters the light. Advantageously, the first and second photodetectors **422, 424** are spaced laterally across the integrating optical sphere, with the aperture **428** positioned equidistance between the first and second photodetectors **422, 424**. In this manner, each of the first and second photodetectors **422, 424** receive substantially the same amount of light originating from the LED network **420**.

As with the embodiment of FIG. **9A**, the second photodetector **424** has an associated low pass optical filter **430**, through which the light incident on the second photodetector **424** passes prior to reaching the second photodetector **424**. Accordingly, like the embodiment of FIG. **9A**, the second photodetector **424** in FIG. **9B** receives light attenuated by the filter **430**, and the first photodetector **422** receives light unattenuated by the filter **430**.

As with the embodiment of FIG. **9A**, as is well understood in the art, obtaining an integrating optical sphere precisely integrate the light would be costly to construct. However, again, it is not necessary to obtain a perfect integrating sphere because imprecision in the sphere (as well as in other elements) can be accommodated with calibration. For instance, the system of FIG. **9B** can be calibrated by activating the infrared LED if no infrared filter (corresponding to the filter **411** in FIG. **9A**) is used. This is possible because the filter **430** is transparent to the infrared wavelength, and thus, each photodetector **422, 424** senses unfiltered signal (which ideally would be the same). In such an embodiment, the intensity outputs from the first and second photodetectors **422, 424** can be compared and equalized through calibration constants during run-time. This compensates for imprecision in the photodetectors, optical sphere, and diffuser.

As with the embodiment of FIG. **9A**, if the infrared is not used to calibrate, the photodetectors **422, 424**, the optical sphere **426**, and the diffuser **421** can be calibrated prior to delivery with passive or active coding element(s) **432** for each device.

As with the embodiment of FIG. **9A**, the filter **430** may have imprecision due to temperature sensitivity and imprecision due to manufacturing. Therefore, in order to calibrate for imprecision with respect to the filter **430** (preferably a shot glass) due to shift in temperature and manufacturing tolerances, a temperature detector **425** is provided in a preferred embodiment, as with the embodiment of FIG. **9A**. With respect to the imprecision in manufacturing, a passive or active coding element **432** can be provided on the probe to provide information about the variation from a selected (ideal) filter characteristic (transition band for filter).

It should also be understood, that in one embodiment, a single memory element or other passive or active element (**415, 432**) could be provided with enough identification capability to provide characteristic information for each of the diffuser, the photodetectors, filters, and the beam splitter (or optical sphere). For instance, a memory device or transistor network could be provided with several bits of information for device.

In the present embodiment, with red (e.g., 640–680 nm) and infrared (e.g., 900–940 nm) LEDs in the LED networks **402, 420** of FIGS. **9A** and **9E**, the wavelength of the red LED is the most critical for blood oximetry. Accordingly, accurate determination of the centroid operating wavelength of the red LED in the LED networks **402, 420** is desired. In this case, the filters **410, 430** advantageously are selected to partially attenuate light in the red wavelength range, and pass light in the infrared range unattenuated.

The principle by which the sensors of FIG. **9A** and **9B** can be used to identify the wavelength of the LEDs for those sensors is now described. As well understood in the art, LEDs for use in blood oximetry and the like have an emission characteristic similar to the emission curve depicted with the curve **440** of FIG. **10A**. As depicted in FIG. **10A**, the ideal LED has a centroid wavelength at $\lambda_0$ (e.g., 660 nm) However, as well understood, the actual centroid wavelength for a batch of LEDs with a target centroid wavelength of $\lambda_0$ differs due to manufacturing tolerances. For instance, the emission curve may be shifted to the right as in the dotted emission curve **440A** depicted in FIG. **10A**. The actual centroid wavelength is significant in accurate oximetry measurements.

The filters **410, 430** preferably have a response as depicted by the curve **450** in FIG. **10B**. With a filter chosen with the middle of its transition band selected at the target centroid wavelength, $\lambda_0$, the filter transition band advantageously extends from a lower anticipated wavelength $\lambda_1$ to an upper anticipated wavelength $\lambda_2$. The range $(\lambda_1-\lambda_2)$ preferably encompasses the anticipated variance in wavelengths for LEDs due to manufacturing tolerances. In other words, the manufacturing tolerance range for LEDs manufactured to have a target wavelength of $\lambda_0$, should not extend beyond the upper or lower bounds of the filter transition band.

For LEDs having a centroid wavelength in the area of the transition band of the filter, a ratio of the overall intensity detected from a sensor LED without filtering to the intensity of the same sensor LED detected with filtering provides useful information, as further explained.

FIG. **10C** is illustrative of the ratio for an LED having a wavelength just above than the target wavelength $\lambda_0$. The LED emission without filtering is represented by the LED emission curve **440A**. The emission with filtering is depicted by the filtered emission curve **441**. The filtered emission curve **441** represents the filter response multiplied by the LED emission without filtering as well understood for filtered emission. The significant ratio is the ratio of the area under the filtered LED emission curve **441** (illustrated with cross hatching) to the area of under the unfiltered LED emission curve **440A**. It will be understood that this ratio will vary from 0–1, for LEDs with a centroid in the range $\lambda_1-\lambda_2$, and assuming the same filter response.

This ratio of the two areas can be determined from the ratio of intensities received from the photodetectors **404, 406** or **422, 424** as follows: Let the normalized intensity of the unfiltered light $I_L(\lambda)$ [and the intensity of the filtered light, $I_f(\lambda)$] be represented by the following equation.

$$I_L(\lambda) = \left[ \frac{1}{1+(\lambda+\lambda_0)^2} \right]^2 \tag{30}$$

The energy of the unfiltered light as received by the photodetector **404, 422** can be expressed as the integral over the range of wavelengths of the LED emission as follows:

$$E(\lambda_2,\lambda_1)_{(no\ filter)} = \int^{\lambda_2}_{\lambda_1} I_L(\lambda)P(\lambda)d\lambda \tag{31}$$

5,823,950

23

where $I_L(\lambda)$ is the LED emission vs. wavelength ($\lambda$) and P($\lambda$) is the photodiode response vs. wavelength ($\lambda$).

For simplicity, where the photodiode response is "1" (P($\lambda$)=1) in the range of interest ($\lambda_1 - \lambda_2$) (in other words, the light emitted from the LED falls within the range of the LED), the signal of the first photodetector **404**, **422** (no filter) will be as follows:

$$E(\lambda_2,\lambda_1)_{(no\ filter)} = \int^{\lambda_2}_{\lambda_1} I_L(\lambda)d\lambda \qquad (32)$$

Similarly, the energy of the light received by the second photodetector **406**, **424** which has passed through the filter **410**, **430** can be expressed as follows:

$$E(\lambda_2,\lambda_1)_{(with\ filter)} = \int^{\lambda_2}_{\lambda_1} F(\lambda)I_L(\lambda)d\lambda \qquad (33)$$

If all LEDs for a batch of sensors have the same peak emission and bandwidth in the area of interest ($\lambda_1 - \lambda_2$), and can be represented by the same equation (30) except for a multiplicative constant $I_o$, then a normalized ratio of the energies can be defined as follows:

$$E_{(norm)} = \frac{E(\lambda_2,\lambda_1)_{(with\ filter)}}{E(\lambda_2,\lambda_1)_{(no\ filter)}} = \frac{I_o \int^{\lambda_2}_{\lambda_1} F(\lambda)I_L(\lambda)d\lambda}{I_o \int^{\lambda_2}_{\lambda_1} I_L(\lambda)d\lambda} \qquad (34)$$

$$E_{(norm)}(\lambda) = \frac{I_o \int^{\lambda_2}_{\lambda_1} F(\lambda)I_L(\lambda)d(\lambda)}{I_o \int^{\lambda_2}_{\lambda_1} I_L(\lambda)d\lambda} = \frac{\int^{\lambda_2}_{\lambda_1} F(\lambda)I_L(\lambda)d\lambda}{constant}$$

The generalized ratio of equation (34) is a ratio of the entire area of the LED emission attenuated by filtering (designated with cross-hatching in FIG. **10**C) to the area under the entire LED emission curve.

The function $E_{norm}$ is single valued and monotonic in the area ($\lambda_1 - \lambda_2$) and depends only on the centroid wavelength shift of the LED with respect to the center-of the transition band, $\lambda_O$, of the filter.

Accordingly, for a filter with a center of the transition band at $\lambda_o$, the ratio of the energy detected by second photodetector (filter present) to the energy detected by the first photodetector (filter not present) in the wavelength range ($\lambda_1 - \lambda_2$), will be a value between 0 and 1. The precise ratio depends upon the centroid wavelength for the LED under test. As can be seen from FIG. **10**C, as the centroid wavelength increases toward $\lambda_2$, the ratio approaches "1", and as the centroid wavelength approaches $\lambda_1$, the ratio approaches "0". This relationship is depicted in FIG. **10**D for $\lambda_1 = -610$ nm and $\lambda_2 = -710$ nm.

In use, a ratio can be calculated to correspond to each possible LED wavelength in the range ($\lambda_1 - \lambda_2$). For instance, a test batch of LEDs representing the range of wavelengths ($\lambda_1 - \lambda_2$) can be used to obtain corresponding ratios of the intensity of filtered light to unfiltered light. An accurate wavelength detection device, such as a monochrometer, can be used to measure the centroid wavelength for each tested LED. The centroid wavelength can be stored for each tested LED in association with the measured ratio for each tested LED. This leads to a normalized photodiode response, which can be referenced to obtain the wavelength of an LED having an unknown wavelength in the wavelength range ($\lambda_1 - \lambda_2$).

In other words, for any LED having a centroid wavelength in the range ($\lambda_1 - \lambda_2$), with a sensor as depicted in FIGS. **9**A

24

and **9**B, the wavelength of the LED for the sensor can be determined by taking the ratio of the intensities of the second and first photodetectors, and using the ratio to reference the normalized photodiode response to find the wavelength. In the present embodiment, this is accomplished with a look-up table stored in a memory for the oximeter system. The look-up table stores the ratio values corresponding to associated wavelength values.

Accordingly, with the sensor embodiments of FIGS. **9**A and **9**B, the oximeter simply continually initiates measurements for calibration purposes. The oximeter, using the method described above, calculates the ratio between the two intensities (filtered and unfiltered) and obtains the respective wavelength for the sensor. This is for testing purposes. Accordingly, the LEDs or shot glass purchased advantageously should produce a ration less than 1 and greater than 0, otherwise the LED wavelength will be undeterminable. In case the ratio equals 1 or zero, the system should either not operate or use a calibration equation that is closest to the extreme (e.g., for ratio=0, assume wavelength is 630 nm and for a ratio=1, assume wavelength is 670 nm in the present embodiment).

As mentioned above, knowledge about the precise wavelength of the red LED in an oximeter probe is generally more critical than knowledge of the precise wavelength of the infrared LED. Accordingly, the filters of the sensors of FIGS. **9**A and **9**B are chosen with the center of their transition band, $\lambda_O$, in the red wavelength range. As seen from the filter response curve of FIG. **10**B, if the center of the transition band is in the red range, the infrared light will not be attenuated by the filter.

Examples of preferable filter responses are depicted in FIG. **11**. FIG. **11** depicts the response curve for three filters, adequate for the present invention, depending upon the expected wavelengths. A first filter has the center of its transition band at 645 nm, a second filter has the center of its transition band at 665 nm and a third filter has the center of its transition band at 695 nm. Other filters are also appropriate depending upon the target centroid wavelength.

However, it should be understood that the principle explained above could also be used for the infrared LED, if the filters are chosen with the center of their transition band at $\lambda_O$ selected at the anticipated or target infrared wavelength (e.g., 905 nm). In addition, the second filter **411** (FIG. **9**A) can be provided as a filter, with the center of its transition band selected at the anticipated or target infrared wavelength in order to calibrate the infrared LED as well. In other words, the second filter **411** would pass red wavelengths (would be transparent to the red LED light) and would have its transition band centered around 900 or 905 nm. Such a filter is depicted in FIG. **11**A.

The wavelength detection described above could also be implemented with a sensor having only one photodetector, and a removable filter. The operator would initiate an intensity measurement as prompted by the oximeter without the filter. Then, the operator would place the filter in the light path between the LED and the photodetector, and initiate a second reading. The ratio of the second reading to the first reading provides the ratio $I_{norm}$, which is used to reference the operating wavelength.

Probe Examples

FIGS. **12**–**14** illustrate three different of probes used in medical monitoring of patients.

FIG. **12** depicts a wrap-around type probe **500** with an associated connector **502** coupled to a cable **504** which couples to an oximeter system (not shown in FIG. **12**). FIG. **12**A depicts the bottom of the connector **502**. FIG. **12**B depicts a bottom view of the wrap-around probe of FIG. **12**,

5,823,950

25

and FIG. 12C depicts a side view of the wrap-around probe of FIG. 12. The wrap around probe 500 has an LED emitter 506, a photodetector 508 at the end of a cavity 509, a flexible circuit 510, and friction electrical connection fingers 512. The probe 500 also has a connection port 519. In one embodiment, where the probe would be used for the calibratable probe of FIGS. 9A, the wrap-around probe would also have a light tunnel 514 (FIG. 12B) to channel some of the light from the emitter 506 to the connector 502. In such an embodiment, all of the probe calibration elements marked in the dashed line 515, 515A in FIGS. 9A and 9B are positioned in a cavity 516 (FIG. 12A) which receives the light channeled through the light tunnel 514 and coupled to the connector 502 via an aperture 518 at the end of the light tunnel 514. As seen in FIG. 12A, electrical friction connectors 520 on the connector are configured to couple with the electrical connectors 512 of the wrap-around probe 500. The flexible circuit connects the emitters 506 and the detector 508 to the connection fingers 512.

In use, the wrap-around probe is placed on the digit of a patient, and the photodetector 508 is positioned opposite the emitter 506 so as to receive light from the emitter 506 attenuated by transmission through a fleshy medium.

FIG. 13 depicts another embodiment of a wrap-around probe 530 for medical monitoring of infants. The probe has a first flexible portion 532 configured to be wrapped about the digit of a neonate. attached to the first flexible portion 532 is a second flexible member carrying emitters 534 (LEDs) and photodetector 536. In one embodiment where the calibration probe of FIG. 9A is implemented with the probe of FIG. 13, a fiber optic 538 is provided to carry part of the light from the emitter 534 to the connector port 540 of the probe 530. In this manner, the same connector 502 having a photodetector can be utilized with the infant style probe of FIG. 13. Alternatively, a light channel or tunnel could be used instead of the fiber optic to carry a portion of the light from the emitter 534 to the connector port 540. The same connector 542 is used for the neonatal probe 530. Accordingly, as with the embodiment of FIG. 12, all of the calibration elements within the dotted box 515, 515A of FIGS. 9A and 9B are positioned within the connector 502.

FIG. 14 depicts yet another probe for use in medical monitoring. The probe of FIG. 14 comprises a clip-on probe 550 which couples via a cable 552 to a connector port 554 which is the same as the connector port 540 of FIG. 13 and the connector port 519 of FIG. 12. The clip-on probe carries emitters 556 and a photodetector 558. With this embodiment, some light from the emitters 556 enters a fiber optic 560 which channels light to the connector port 554 as in the embodiment of FIG. 13. Again, the probe calibrations elements within the same connector 502 are preferably contained within the connector 502 which is advantageously the same as the connector for the embodiments of FIGS. 12 and 13.

FIGS. 15–15D depict yet another embodiment of a wrap-around probe 600 comprising a flexible wrap portion 602 with an associated connector 604 coupled to a cable 506 which couples to an oximeter system (not shown in FIG. 15). FIG. 15 depicts a perspective view of the entire probe 600. FIG. 15A depicts the underside of the connector 604. FIG. 15C depicts a top view of the wrap portion 602 and FIG. 15D depicts a bottom view of the wrap portion 602. The connector 604 has two portions: an emitter portion 610 and a connection portion 612. The emitter portion 610 advantageously contains the emitters (such as LEDs) for the selected wavelengths. This emitter portion 610 can be reused for a period of time, preferably weeks to months, thereby allowing for further reduced cost of the wrap-around probe 602 which is disposable after each use. In other words, emitters need not be provided for each wrap portion 602. Yet, the

26

emitter portion 610 is removably coupled to the connection portion 612 of the connector 604, allowing the connection portion 612 to be reusable for a much longer period of time.

In this embodiment, the wrap portion 602 is flexible and disposable after each use with a very low cost. The wrap portion has a flexible layer 626 made from polymer or other flexible materials and has a connector port 614 on the flexible layer 626. The connector port 614 has electrical finger friction connectors 616 which are adapted to couple to electrical finger friction connectors 620 (FIG. 15A) on the bottom of the connection portion 612 of the connector 604. The electrical finger friction connectors 616 for the wrap portion 602 couple to a flexible circuit 618 which connects to a detector 622 which is shielded (not shown) for the detector 622. Two of the connections couple to the detector 622 and the third is for the shield which is preferably a conventional Faraday shield to protect the detector from electromagnetic interference and the like.

The wrap around probe 600 has an aperture 624 that provides a window for the transmission of light energy from the emitters in the emitter portion 610. The emitters are positioned to transmit light through an aperture 628 (FIG. 15A) in the emitter portion 610 which is configured to match with the aperture 624 in the wrap portion 602 when the connector 604 is positioned in the connection port 614. Thus, the light transmits from the emitters in the emitter portion 610 through the aperture 628 in the emitter portion 610 and through the aperture 624 in the wrap portion 602 when the connector 604 is inserted into the connector port 614 and the emitters are activated.

In use, the wrap portion 602 is wrapped around a digit of the patient (e.g., a finger) and the detector 622 is positioned to receive light transmitted through the aperture 624 and through at least a portion of the digit. For instance, the wrap portion 602 can be wrapped around a finger in a manner that the detector 622 is opposite the aperture 624 from which light energy is transmitted.

In one embodiment, the probe 600 is used for the calibratable probe of FIGS. 9A and 9B. In this embodiment, the connection portion 612 has the elements in the dotted boxes 515 and 515A of FIGS. 9A and 9B positioned in the connection portion 612. In this manner, the calibration elements are reusable, yet work with the LEDS in the emitter portion 610 to form a calibratable embodiment. In such an embodiment, the emitters are positioned in the emitter portion 610 such that the majority of the light energy transmits through the aperture 628 and that some light energy transmits to a light aperture 620 in the end of the connection portion 612 (FIG. 15B). The connection portion 612 contains the calibration elements depicted in the boxes 515 and 515A (FIGS. 9A AND 9B) housed in the connection portion 612.

FIG. 15B depicts an end view of the connection portion 612 depicting the light channel 620 and two electrical connector 613A, 613B which provide connections for LEDs (red and infrared connected back-to-back in the present embodiment) in the emitter portion.

It will be understood that the apparatus and method of the present invention may be employed in any circumstance where a measurement of transmitted or reflected energy is required, including but not limited to measurements taken on a finger, an earlobe, or a lip. Thus, there are numerous other embodiments which will be obvious to one skilled in the art. Furthermore, the apparatus and method of the present invention may be employed for any LED application that is wavelength sensitive. The present invention may thus be embodied in other specific forms without departing from its spirit or essential characteristics. The described embodiments are to be considered in all respects only as illustrative and not restrictive. The scope of the invention is, therefore, indicated by the following appended claims. All changes

5,823,950

27

which come within the meaning and range of equivalency of these claims are to be embraced within their scope.

What is claimed is:

**1**. A medical probe configured to transmit and detect light, said medical probe adapted to be positioned adjacent tissue material, said medical probe comprising:

at least one light emitting element, said light emitting element having an emission with a centroid transmission wavelength, said medical probe configured with said light emitting element such that when said medical probe is positioned adjacent said tissue material, at least a portion of said emission passes through said tissue material;

wavelength detection instrumentation comprising:

first and second photodetectors, said emission within the response of said first and second photodetectors;

a light directing member configured to direct light from said at least one light emitting element to said first and second photodetectors, said light directing member comprising an integrating optical sphere having said first and second photodetectors positioned about said sphere so as to receive substantially equivalent portions of light from said at least one light emitting element; and

a filter positioned between said second photodetector and said at least one light emitting element, said filter having a transition band selected to encompass said centroid transmission wavelength; and

an interface adapted to couple the medical probe to a medical instrument.

**2**. The medical probe of claim **1**, said medical probe comprising an oximeter probe, said at least one light emitting element comprising first and second light emitting diodes, said first light emitting diode having a centroid wavelength in the red range and said second light emitting diode having a centroid wavelength in the infrared range, said filter having a transition band which encompasses the centroid wavelength of said first light emitting diode.

**3**. The medical probe of claim **1**, wherein one of said first and second photodetectors is mounted such that when said medical probe is positioned adjacent said tissue material, said one of said photodetectors is positioned to receive light from said at least one light emitting element which has passed through said tissue material.

**4**. The medical probe of claim **1**, further comprising a third photodetector, said third photodetector positioned such that when said medical probe is positioned adjacent said tissue material, said third photodetector is positioned to receive light from said at least one light emitting element which has passed through said tissue material.

**5**. A method of determining the wavelength of a light emitting element positioned on a medical sensor probe, said method comprising the steps of:

providing a set of a plurality of predetermined ratios, each of said plurality of predetermined ratios corresponding to an associated centroid wavelength;

contemporaneously with or just prior to patient monitoring, transmitting light from said light emitting element to a first light detecting element to obtain a first intensity;

transmitting light from said light emitting element through a filter which attenuates the light to a second light detecting element to obtain a second intensity;

calculating a ratio of said second intensity to said first intensity; and

comparing said ratio to said set of predetermined ratios to reference the centroid wavelength of said light emitting element.

28

**6**. The method of claim **5**, wherein said first and second light detecting elements comprise the same light detecting element, said steps of transmitting occurring sequentially.

**7**. An oximeter sensor configured to transmit light and detect light, said oximeter sensor adapted to be positioned adjacent tissue material, said oximeter sensor comprising:

at least a first light emitting element, said light emitting element configured with said oximeter sensor such that when said oximeter sensor is positioned adjacent said tissue material, a first portion of light from said light emitting element will pass through said tissue material;

a light diffuser, said light diffuser adapted to remove polarization of light emitted from said light emitting element;

a wavelength detection device comprising:

at least two photodetectors; and

at least one filter positioned such that light from said light emitting element passes through said filter prior to detection by at least one of said at least two photodetectors; and

an interface coupled to said at least two photodetectors and to said light emitting element and adapted to couple said oximeter sensor to an oximeter instrument.

**8**. The oximeter sensor of claim **7**, wherein one of said first and second photodetectors is mounted such that when said oximeter sensor is positioned adjacent said tissue material, said one of said photodetectors is positioned to receive light from said at least a first light emitting element which has passed through said tissue material.

**9**. The oximeter sensor of claim **7**, further comprising a third photodetector, said third photodetector positioned such that when said oximeter sensor is positioned adjacent said tissue material, said third photodetector is positioned to receive at least a portion light from said at least a first light emitting element which has passed through said tissue material.

**10**. The oximeter sensor of claim **9**, further comprising a light directing member, said light directing member configured to direct substantially equal portions of at least a portion of the light from said at least a first light emitting element to said first and second photodetectors.

**11**. The oximeter sensor of claim **7**, further comprising a second light emitting element, said at least a first light emitting element having a centroid wavelength in the red range, and said second light emitting element having a centroid wavelength in the infrared range.

**12**. A method of determining the wavelength of a light emitting element for a medical probe, said method comprising the steps of:

providing a set of a plurality of predetermined ratios, each of said plurality of predetermined ratios corresponding to an associated centroid wavelength;

in the clinical setting, transmitting light from said light emitting element to a first light detecting element to obtain a first intensity;

transmitting light from said light emitting element through a filter which attenuates the light to a second light detecting element to obtain a second intensity;

calculating a ratio of said second intensity to said first intensity; and

comparing said ratio to said set of predetermined ratios to reference the centroid wavelength of said light emitting element.

* * * * *

# Exhibit 11

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

US005921921A

# United States Patent [19]

## Potratz et al.

[11] **Patent Number:** 5,921,921

[45] **Date of Patent:** Jul. 13, 1999

[54] **PULSE OXIMETER WITH SIGMA-DELTA CONVERTER**

[75] Inventors: **Robert Stephen Potratz**, Overland Park, Kans.; **Michael W. Nootbaar**, Benica, Calif.

[73] Assignee: **Nellcor Puritan-Bennett**, Pleasanton, Calif.

[21] Appl. No.: **08/769,148**

[22] Filed: **Dec. 18, 1996**

[51] **Int. Cl.⁶** ...................................................... **A61B 5/00**

[52] **U.S. Cl.** .............................................................. **600/323**

[58] **Field of Search** ...................................... 600/322, 323, 600/330, 324, 336; 356/41; 341/143

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,621,643 | 11/1986 | New, Jr. et al. . |
| 4,700,708 | 10/1987 | New, Jr. et al. . |
| 4,770,179 | 9/1988 | New, Jr. et al. . |
| 4,802,486 | 2/1989 | Goodman et al. . |
| 4,830,014 | 5/1989 | Goodman et al. . |
| 4,869,254 | 9/1989 | Stone et al. . |
| 4,892,101 | 1/1990 | Cheung et al. ........................... 600/324 |
| 4,911,167 | 3/1990 | Corenman et al. . |
| 4,928,692 | 5/1990 | Goodman et al. . |
| 4,934,372 | 6/1990 | Corenman et al. . |
| 5,078,136 | 1/1992 | Stone et al. . |
| 5,190,038 | 3/1993 | Polson et al. ........................... 600/330 |
| 5,337,230 | 8/1994 | Baumgartner et al. ................. 600/508 |
| 5,348,004 | 9/1994 | Hollub ..................................... 600/330 |
| 5,351,685 | 10/1994 | Potratz . |
| 5,368,026 | 11/1994 | Swedlow et al. . |
| 5,471,209 | 11/1995 | Sutterlin et al. ........................ 341/143 |
| 5,533,507 | 7/1996 | Potratz . |

*Primary Examiner*—Cary O'Connor
*Assistant Examiner*—Eric F. Winakur
*Attorney, Agent, or Firm*—Hovey, Williams, Timmons & Collins

[57]                **ABSTRACT**

A preferred oximeter detects the transillumination by red and infrared light of a portion of an in vivo subject and produces analog signals representative thereof on two channels. Sigma-delta modulators sample the analog signals on each channel. A digital filter processor digitally filters the sample signals from both modulators to produce respective digital signals with multi-bit resolution.

**55 Claims, 5 Drawing Sheets**

Microfiche Appendix Included
(1 Microfiche, 54 Pages)





**U.S. Patent**          Jul. 13, 1999          Sheet 2 of 5          **5,921,921**



*Fig. 2A.*

**U.S. Patent**          Jul. 13, 1999          Sheet 3 of 5          **5,921,921**



*Fig. 2B.*

U.S. Patent          Jul. 13, 1999          Sheet 4 of 5          5,921,921



Fig.2C

**U.S. Patent**          Jul. 13, 1999          Sheet 5 of 5          **5,921,921**



*Fig. 4A.*



*Fig. 4B.*

5,921,921

**1**

# PULSE OXIMETER WITH SIGMA-DELTA CONVERTER

## RELATED APPLICATIONS

Not applicable.

## FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not applicable.

## MICROFICHE APPENDIX

A microfiche appendix containing a source code of a computer program useful in accordance with the present invention is appended hereto as 1 sheet of micro-fiche containing 54 frames incorporated as part of the disclosure hereof.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to the field of oximeters for determining the oxygen saturation in the blood of a subject. More particularly, the invention is concerned with an oximeter using sigma-delta analog to digital converters.

2. Description of the Prior Art

Prior art oximeters detect the transillumination by red and infrared light of a body portion of an in vivo subject in order to determine the blood oxygen saturation of the subject. Analog detector signals representative of the transillumination are converted to digital signals and then processed to determine blood oxygen saturation. The digital signals need to present high resolution in order to provide sufficient accuracy. Typically, conventional analog to digital converters have been used such as sample and hold converters. A converter is needed for each red and infrared channel and for the calibration channel. The use of three converters represents substantial cost and adds to the size of the circuitry.

Other prior art oximeters have used an off-the-shelf converter chip for each channel that includes a sigma-delta modulator and digital filtering on the same chip. This still requires the use of three converters and does not allow flexibility in selecting digital signal resolution.

## SUMMARY OF THE INVENTION

The present invention solves the prior art problems discussed above and provides a distinct advance in the state of the art. More particularly, the oximeter hereof eliminates the need for separate analog to digital converters for each channel thereby reducing the cost, complexity and size of the circuitry.

The preferred oximeter includes a probe for producing and detecting transillumination, including transmittance and reflectance, of a body portion of in vivo subject by two wavelengths of radiation preferably red and infrared light and for producing analog signals representative thereof, converter circuitry for converting the analog signals to digital signals, and a signal processor for processing the digital signals in order to determine blood oxygen saturation of the subject. The converter circuitry includes a sigma-delta modulator for each of the red and infrared channels for producing respective sample signals, and a single digital filter processor for receiving the sample signals from both modulators and for producing the respective digital signals. The preferred oximeter also includes a sigma-delta modulator for the calibration channel and the digital filter processor handles the signals from this modulator as well.

**2**

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an electrical block diagram illustrating the preferred oximeter of the present invention;

FIG. 2A is an electrical schematic of the interface, LED drive and LED's of FIG. 1;

FIG. 2B is an electrical schematic of the interface, analog signal conditioning circuit and detector of FIG. 1;

FIG. 2C is an electrical schematic of the interface and red and infrared channel sigma-delta modulators of FIG. 1;

FIG. 3 is an electrical schematic of the RCAL drive, RCAL sigma-delta modulator and interface of FIG. 1;

FIG. 4A is a simplified partial schematic of a preferred application specific integrated circuit for use in the oximeter of FIG. 1; and

FIG. 4B is a timing diagram for the switches of FIG. 4A.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 is an electrical block diagram illustrating the preferred oximeter 10 of the present invention. Oximeter 10 includes probe 12 and oximeter circuitry 14. Probe 12 is configured for attaching to a subject's body portion such as a finger and includes red light emitting diode (LED) 16, infrared LED 18, detector 19 and a calibration resistor designated RCAL. The preferred probe 12 is described in U.S. Pat. Nos. 4,770,179, 4,621,643, 4,700,708 and 4,830, 014, the disclosures of which are hereby incorporated by reference.

Oximeter circuitry 14 includes interface 20, LED drive 22, analog signal conditioning circuit 24, red channel sigma-delta modulator 26, infrared channel sigma-delta modulator 28, RCAL drive 30 and RCAL sigma-delta modulator 32. Circuitry 14 further includes central processing unit (CPU) 34 that receives from interface 20 multibit signals representative of the transmittance of red and infrared light from LED 16, 18 to detector 20 through the subject's body portion. From this information, CPU 34 then determines the blood oxygen saturation of the subject in the manner described in U.S. Pat. Nos. 5,533,507 and 5,351,685, the disclosures of which are hereby incorporated by reference. The present invention is concerned with a method and apparatus for providing the needed signals to CPU 34.

## LED DRIVE

FIG. 2A is an electrical diagram illustrating LED's 16,18, interface 20, LED drive 22 and the connections therebetween. Interface 20 is preferably a microprocessor (type PIC16C63) under control of the program shown in the microfiche appendix incorporated as part of the disclosure hereof. Interface 20 is also connected with other components. These other components and connections are illustrated in FIGS. 2B and 2C. In general, inputs to interface 20 are received at terminals RB0–RB7 and outputs are provided at terminals RC0–RC7 and RA0–RA5. In addition to the components illustrated, a conventional 10 MHZ oscillator is connected to terminals 9 and 10.

In general, interface 20 controls the operation of LED drive 22 in order to alternately activate LED's 16,18 and to control individually the intensities of LED's 16,18 when activated. The control is designed so that the signals received by detector 20 and provided to circuit 24 are in the desired range for optimal sensitivity and resolution.

In operation, interface 20 produces a first pulse width modulated (PWM) signal from terminal RC1. The pulse width of this signal represents the level of maximum intensity of LED's 16,18. The PWM signal is filtered and

5,921,921

3

smoothed by R35 (10K) and capacitor C11 (0.47 uF) to produce a D.C. voltage corresponding to the duty cycle of the PWM signal as a drive reference to terminal Z of switch U17 (type CD40536).

Interface 20 provides a second PWM signal from terminal RC2 to U17 terminal C. This second PWM signal determines the relative intensities of LED's 16,18. With a logic low signal at terminal C, terminal Z is connected to Z0 which also provides the drive reference voltage to Z0. However, a logic high signal at terminal C disconnects Z from Z0. Thus, the output from terminal Z0 is a square wave having a maximum voltage equal to the drive reference on terminal Z and having a duty cycle according to the second PWM signal on terminal C. This is the reference signal for the intensity of red LED 16 and is filtered and smoothed by resistors R30 (80.6K), R31 (11K), R33 (174K) and R32 (174K) along with capacitors C18 (0.1 uF), C19 (0.1 uF) and C20 (0.1 uF) connected as shown. The resulting D.C. voltage is supplied as the red reference to terminal Z1 of switch U3 (type CD4053S).

The output from terminal Z1 of switch U17 is a square wave with a duty cycle complementary to that on Z0. For example, if the duty cycle on Z0 is 75%, then the duty cycle on Z1 would be 25%. The output from Z1 is provided to switch U3 at terminal Z0 as the infrared (IR) reference voltage. Filtering and smoothing are provided by resistors R34 (80.6K), R27 (10K), R29 (174K) and R28 (174K) and capacitors C17 (0.1 uF) and C20 (0.1 uF).

As will be appreciated, the duty cycle on U17 terminal C controls the ratio of the intensities on LED's 16,18. Moreover, very fine control of LED intensity is possible because 256 counts of resolution are available for the drive reference at terminal Z and a further 256 counts resolution are available at terminal C with regard to the intensity duty cycle. Such precision has not been possible with prior art oximeters.

Switch U3 controls the alternating activation of LED's 16,18 in response to control signals received at terminals A, B and C from interface 20 terminal RA3. This control signal is a 50% duty cycle signal at twice the frequency of LED illumination. In other words, each LED is activated for only the initial half of its cycle and off during the second half to provide a quiescent time for zeroing in analog signal conditioning circuit 24.

With U3 terminals A, B and C logic low, IR reference voltage at Zo is connected to terminal Z and from there to the noninverting input (pin 3) of comparator U12. Capacitor C23 (4.7 pF) provides feedback between the output of comparator U12 and the inverting input (pin 4). This comparator controls current flow through LED's 16,18 in accordance with the reference signal provided on pin 3.

The output from comparator U12 is connected to switch U17 terminal Y0 and, on the IR part of the cycle, to terminal Y and from there to switch U3 terminal Y. With switch U3 terminal B logic low, terminal Y is connected to terminal Y0 and from there to the base of transistor Q12 (type MPSA06S). This transistor controls the current flow through IR LED 18 and through resistor R48 (10.0) to ground. Resistor R33 (10K) provides pull down to the base of Q12. The current through resistor R48 produces a representative voltage provided by way of resistor R41 (22.1K) as feedback to the inverting input of comparator U12. Interface 20 terminal RA2 provides a control signal by way of diode CR1 (IN9149) and resistor R37 (100K) to the inverting input of comparator U12. A high signal from interface 20 turns off U12 which in turn provides redundant turn off for the LED's. By so doing, current surges through the LED's are

4

avoided during turn on which in turn eliminates a source of interference to the detector signals.

The logic low signal at switch U3 terminal B connects ground at terminal X by way of resistor R45 (3.32K) to terminal X0 and from there to the base of transistor Q14 (type MPSA56S). This low signal turns on transistor Q14 to provide supply voltage to the anode of IR LED 18. Resistor R40 (10K) interconnects the base and emitter of transistor Q14.

When it is time to activate red LED 16, interface 20 produces a logic high signal at switch U3 terminals A, B and C. This connects terminal Z1 to Z to provide red reference voltage to comparator U12. The logic high signal disconnects X0 from X allowing the base voltage on transistor Q14 to rise turning off this supply, but allowing the voltage to rise on the base of transistor Q13 (type MPSA56S) by way of resistor R46 (10K). Transistor Q13 provides supply voltage to the anode of red LED 16.

The logic high signal to switch U3 terminal B disconnects Y0 from Y turning off transistor Q12 and connects terminal Y to Y1 and from there to the base of transistor Q11 (type MPSA06S). Transistor Q11 turns on and begins to conduct through red LED 16 and resistor R48. Resistor R40 (10K) provides pull down to the base of transistor Q11.

LED drive 22 also includes a protection subcircuit for preventing excess current flow through LED's 16,18 in the event of a shorted lead of probe 12. The protection subcircuit includes transistors Q1, Q2 and Q16 (all type 2N3906S). Transistor Q16 enables the protection subcircuit by providing supply voltage to transistors Q1 and Q2 in response to a logic low signal from interface 20 terminal RB2 by way of resistor R3 (20K) to the base of transistor Q16. During normal operation, transistor Q16 is activated but can be turned off during testing.

A short to ground on the cathode of IR LED 18, for example, causes the current flow to bypass transistor Q12 and resistor R48 leading to excess current flow through the LED. This can cause excessive heat. If this occurs, the base of transistor Q2 is pulled down to the ground fault through resistors R1 (20K) and R44 (20K). When this occurs, transistor Q2 turns on supplying base current to transistor Q13 which then turns off, thereby interrupting supply voltage to IR LED 18. Similarly, if the fault is on the cathode of red LED 16, the base of transistor Q1 is pulled down through resistors R44 and R2 (20K) which supplies base current to turn off transistor Q14 and interrupts supply voltage to LED 18.

ANALOG SIGNAL CONDITIONING CIRCUIT

Detector 19 receives and detects light from LED's 16,18. This detected light represents the absorption by the subject of the two frequencies of light which in turn represents the blood oxygen level of the subject. Analog signal conditioning circuit 24 filters and amplifies the analog signal from detector 20 and further separates the signal into red and IR channels presented to sigma-delta modulators 26 and 28.

Detector 19 is connected between the inverting terminals (pins 2 and 6) of two halves of operational amplifier U4 (type AD822). The noninverting terminals (pins 3 and 5) are connected to ground which produces a virtual ground on the inverting terminals. Resistor R69 (249K) and capacitor C35 (100 pF) are connected in parallel between the noninverting input and the output of the first half. Similarly, resistor R70 (249K) and capacitor C34 (100 pF) are connected across the noninverting input and the output of the second half. With this configuration, the output from the first half is a positive voltage signal proportional to the current through detector 20, and the output from the second half is a negative voltage signal proportional to the current through detector 20.

5,921,921

| 5 | 6 |

Circuit 24 provides two stages of gain with each stage providing a gain of up to 16 for a total possible gain of 256. The outputs from amplifier U4 are presented to the first stage. In particular, the positive voltage signal is AC coupled by way of capacitor C1 (0.1 uF) and resistor R79 (49.9K) to the inverting terminal (pin 8) of differential amplifier U11 (type LT1013S). Similarly, the negative voltage signal is AC coupled by way of capacitor C2 (0.1 uF) and resistor R78 (49.9K) with the noninverting input (pin 1) of amplifier U11. Resistor R77 (49.9K) provides feedback from the output of amplifier U11 to the inverting input. The AC coupling filters the DC components from the voltage signals and the output from amplifier U11 is an AC signal with one portion representing red light and the other portion representing IR light received by detector 20.

The output (pin 7) for the first half of amplifier U11 is provided by way of resistor R51 (49.9K) to the inverting input (pin 4) of the other half of amplifier U11. The noninverting input is connected to the ground. The gain of this stage is determined by the feedback from the amplifier output (pin 5) to the noninverting input (pin 4) and is selectable between a gain of 0.5 and 8 for a gain range of 16. Specifically, capacitor C4 (47 pF) is connected between pins 4 and 5 as are series connected resistors R52 (24.9K) and resistor R42 (374K). These two resistors provide a gain of 8. However, switch U15 bypasses resistor R42 upon receipt of a logic high signal from interface 20 terminal RB3 in order to select a gain of 0.5. The software in interface 20 selects the gain as needed in order to keep signal levels in the optimal range for accuracy.

The output from amplifier U11 (pin 5) is provided by way of resistor R61 (12.1K) to the second stage and in particular, to amplifier U1 noninverting input pin 1. Capacitor C3 (4700 pF) is also connected to this input and together with resistor R61 provides signal filtering. Resistor R76 (374K) is connected between the output (pin 7) and the inverted input (pin 8) of amplifier U1.

Additionally, resistors R74 (12.1K) and R53 (374K) are connected to the inverting terminal with the other sides connected to switch U17 terminals X1 and X0 respectively. Under control of interface U20, either of terminals X0 or X1 are connected to ground through terminal X to connect resistor R53 or R74. This selects the gain of this stage as either 2 or 32.

The output from amplifier U1 is connected by way of capacitor C6 (0.1 uF) and resistor R72 (100K) to the inverting input of amplifier U16. This output is also connected by way of capacitor C36 to switch U15. The noninverting input of amplifier U16 is connected to the other side of switch U15 and also to one side of resistor R73 (100K). Resistor R71 (100K) interconnects U16 output pin 7 and pin 6. Under the control of interface 20, switch U15 closes during the quiescent period between activations of LED's 16,18 in order to eliminate the effects of ambient light and other noise sources on detector 20.

The output (pin 7) from amplifier U16 is connected to the next stage for demultiplexing the signal, that is, for separating the signal into red and IR channels. Specifically, the output from amplifier U16 is connected to red channel switch U15 pin 15 and IR channel switch U15 pin 2. Switch U15 pin 14 is connected to ground by way of resistor R28 (10K) and pin 3 is connected to ground by way of resistor R60 (10K). When red LED 16 is activated, interface 20 activates terminal RAO at logic high to close the switch between U15 pins 15 and 14 in order to provide the red channel signal to sigma-delta modulator 26. Similarly, when IR LED 18 is activated, interface 20 activates terminal RAI

at logic high to close the switch between U15 pins 2 and 3 in order to provide the IR channel signal to sigma-delta modulator 28.

Comparator U7 compares the output from U16 with a reference voltage on resistor R23 (1.62K) which is part of a voltage divider including series connected resistors R24 and R25 (24.9K each) and transistor Q15 (type 2N3906S) with the emitter connected to a voltage source at 10 volts. Resistor R4 (49.9K) interconnects the base and emitter of Q15 and resistor R26 (49.9K) interconnects the base of Q15 with the output of Q16.

The output from U7 is connected to interface 20, terminal RB4 and indicates whether the output from U16 is above the reference on R23. If yes, then interface 20 does not switch in additional gain which would saturate the amplification. If no, the additional gain is added. A high output from U4 to the base of Q15 shuts off this transistor which in turn reduces the reference voltage to U7 to zero. As a result, the output from U7 is zero to interface 20 indicating that the gain is too high. Interface 20 responds by reducing the gain.

RED AND IR CHANNEL SIGMA-DELTA MODULA-TORS

Sigma-delta modulators 26,28 are identical in structure and operation as illustrated in FIG. 2C. Accordingly, only the operation of the red channel modulator 26 is discussed in detail. Modulator 26 provides two stages of integration. Specifically, the red channel analog signal from conditioning circuit 24 is received by way of resistors R67 (174K) and R66 (174K) at the noninverting terminal (pin 3) of integrator U10 (type LT1013S). Capacitors C31 (0.1 uF) and C30 (0.1 uF) are connected as shown and cooperate with resistors R66 and R67 to provide input filtering. Series coupled capacitor C33 (0.1 uF) and resistor R62 (49.9K) interconnect the output of U10 and the inverting input (pin 4), which is also connected to ground by way of resistor R65 (49.9K).

The output from amplifier U10 (pin 5) is connected by way of resistor R64 (100K) to second stage integrator U10 (type LT1013S) inverting terminal (pin 8). Capacitor C32 (0.01 uF) interconnects the output (pin 7) of U10 with pin 8. The noninverting terminal is connected to ground.

The output from integrator U10 is provided by way of resistor R21 (10K) to the inverting terminal of comparator U7 (type LP365S) with the noninverting terminal connected to ground. Bias current is provided by way of resistor R16 (1.8M) and reference voltage is provided to the output (pin 14) of U7 by way of resistor R20 (10K). The output from comparator U7 is provided to interface 20 at terminal RB7. The comparator output is a digital signal with a duty cycle representing the red channel analog signal voltage level.

In operation, interface 20 generates feedback for the modulator process by providing the comparator output at terminal RB7 as output on terminal RC7. This feedback is provided from terminal RC7 by way of resistor R49 (150K) and resistor R63 (200K) to the inverting (pin 4) of integrator U10, as is conventional.

However, in the present invention, interface 20 selects the duty cycle of the feedback on terminal RC7 in order to select the gain through sigma-delta modulator 26 as a programmable gain. More particularly, the sampling rate at interface 20 terminal RB7 is 4.883 KHz. With a clock speed of 10 MHZ, this provides a maximum sample time of 512 cycles. The software controls the number of cycles that feedback is provided on terminal RC7 and thereby controls the gain through modulator 26. For example, by providing gain for 256 of the 512 cycles, modulator 26 provides a gain of 2. The gain is selected to provide the optimal range depending upon the level of the signal. For example, if the red channel analog signal is weak, the gain through modulator 26 is increased.

5,921,921

7

Interface 20 performs digital signal filtering of the digital signal received at terminal RB7 from modulator 26. In particular, the software performs divide-by-64 decimation filtering by performing six stages of divide-by-2 decimation filtering. This results in 78 samples per second as the update rate. The output from the decimation filtering is then filtered by a fourth order Bessel filter resulting in an output digital signal representative of the red channel analog signal with a resolution of at least 17 bits and a bandwidth of 5 Hz updated 78 times per second. The result is a red output digital signal provided to CPU 34. Modulator 28 performs the same conversion as modulator 26 but for the IR channel analog signal and interface 20 performs the same filtering in order to provide an IR output digital signal to CPU 34.

In the preferred embodiment, the parameters of sampling rate, filter cutoff and update rate are controlled by the programming in interface 20. By doing so, these parameters can be selected as needed for optimal performance in a given application. That is, control of these parameters in software provides flexibility and ease of changes. In the prior art, these parameters have been designed in hardware, which does not allow for flexibility or changes.

RCAL DRIVE AND SIGMA-DELTA CONVERSION

RCAL drive 30 illustrated in FIG. 3 includes resistor R39 (10K) and parallel coupled capacitor C22 (0.1 uF). Resistor R39 is coupled in series with resistor RCAL as a voltage divider network between reference voltage and ground. The voltage across at least one RCAL resistor is proportional to the resistance value and can be readily determined with the reference voltage being known, preferably utilizing encoded, preselected information indicative of at least one LED wavelength, e.g., calibration information which is correlated with resistance. Thus, the RCAL voltage signal, as an analog encoded signal, is representative of the resistance and is provided by way of resistor R17 (174K) and capacitor C18 (0.1 uF), connected as shown in FIG. 3, which provide signal filtering. The filtered RCAL analog signal is then provided to RCAL sigma-delta modulator 32.

Sigma-delta modulator 32 includes a one stage integrator U12 (type LT1013S) and comparator U7 (type LP365S). Integrator U12 receives the filter RCAL analog signal at the noninverting input (pin 1) and provides an output on pin 7 to comparator noninverting input pin 8. Capacitor C21 (0.033 uF) interconnects the U12 output (pin 7) with the inverting input (pin 8) of comparator U7. Reference voltage is provided to the inverting input of U7 by way of resistor R14 and resistor R15 (10K) connects the inverting input to ground. Reference voltage is provided to the output (pin 2) of U7 by way of resistor R36 (10K).

The output from U7 is a digital signal, as a third sample signal, representative of the RCAL analog signal and is provided to interface 20 terminal RB0. Interface 20 provides sigma-delta feedback from terminal RCO by way of resistor R38 (100K) to the inverting input of integrator U12. Interface 20 then performs conventional digital filtering to produce a digital signal output with multibit resolution, preferably of 17-bit resolution, as a digital encoded signal, to CPU 34, which processes the signal in the manner described in U.S. Pat. No. 4,770,179 previously hereby incorporated by reference.

In another aspect of the present invention, it will be recognized by those skilled in the art that certain combinations of circuit functions can be adapted to application specific integrated circuit (ASIC) embodiments. An example of such an ASIC embodiment, components 22–32 can be included as part of an application specific integrated circuit (ASIC). More particularly, LED drive 22, condition-

8

ing circuit 24, modulators 26,28, RCAL drive 30 and modulator 32 are all configured as and produced as part of an ASIC, with modifications as needed for production on an ASIC. With this configuration, the major components of oximeter 10 would include probe 12, the ASIC, interface 20, CPU 34, the power supply and the display. This provides substantial advantages in terms of cost, size and power usage, and greatly simplifies inventory control, assembly and maintenance.

FIG. 4A is a simplified, partial schematic of the preferred ASIC 36 illustrating detector 19, red channel sigma-delta modulator 26, infrared channel sigma-delta modulator 28, interface 20 and switch pairs φA, φB, φC, φD and φE, operated under ASIC control. In this embodiment, signal conditioning circuit 24 is not used because other techniques available with ASICs are used for changing circuit gain. FIG. 4B is a timing diagram illustrating the operation of switches φA–E relative to the on/off cycles of LEDs 16,18.

As discussed above and illustrated in the first timing graph of FIG. 4B, the operation alternates between the infrared cycle and the red cycle. Each LED 16,18 is energized only during the first half of its cycle, i.e., the "on" portion, as illustrated in the second timing graph for infrared LED 18.

In the operation of the IR cycle, switches φA and φB are open during the first half of the on portion. (Third and fourth timing graphs.) Switches φA then close during the second half of the on portion of the IR cycle. When this occurs, detector 19 is connected between the noninverting and inverting terminals of operational amplifier (op amp) 38. Additionally, the anode of detector 19 is also connected to summing node 40, which is, in turn, connected to current source 42 by way of control switch 44 controlled by interface 20. Interface 20 operates control switch 44 with fixed width pulses in order to control the feedback to modulator 28. The number of closings of switch 44 represents the measure of current flow through detector 19.

Assuming control switch 44 is open initially, current flow through detector 19 drives the output voltage from op amp 38 to a negative value. This output is supplied to the inverting terminal of integrator 46 and results in a high level output from integrator 46, which is supplied to interface 20. In response to this high level output from integrator 46, interface 20 applies pulses to close switch 44. Each closure of switch 44 allows current source 42 to draw current from summing node 40 thereby driving the output of op amp 38 positive. This positive voltage is supplied to the inverting input of integrator 46. In time, in accordance with the value of capacitor 48, this positive input to integrator 46 will result in a lower output from integrator 46. Interface 20 continues to apply closing pulses to switch 44 at a rate sufficient to reduce the output from integrator 46 to a steady state balance (mid range). The pulse rate to switch 44 at the steady state condition represents the current flow through detector 19 and thereby represents the amount of transillumination of IR light through the subject's body portion.

The second half of the IR cycle is quiescent period in which IR LED is off. During the second portion of the off period, switches φB close. This connects detector 19 across the inputs to op amp 38, but with the cathode of detector 19 connected to the inverting input and to summing node 40. Interface 20 determines the current flow through detector 19 during this off period with switches φB closed. The current flow during this second portion of the off period represents ambient light and other sources and as used by interface 20 to compensate for these effects, that is, to zero the current readings.

5,921,921

**9**

The operation of red channel modulator **26** is the same as that of the IR channel modulator **28** except that it occurs during the red cycle using switches φC and φD. Switch φE is closed whenever switches φA–D are open. This shorts detector **19** and keeps the voltage at zero to prevent switch transients when switches φA–D make transition to the closed positions.

With an ASIC configuration, the gains through modulators **26,28** can be modified by adding and switching between additional current sources as a coarse adjustment and by changing the pulse width of the pulses to switch **44** as a fine adjustment. In addition, capacitors can be switched in and out to the circuit to change the response time of integrator **46**.

In view of the preferred embodiments discussed above, those skilled in the art will now appreciate the many advantages of the present invention. These also include the ability for the circuit to adjust automatically the various gains without manual intervention. That is, the software in interface **20** automatically adjusts the gains within the sigma-delta converter itself. This ensures precision and accuracy over a wide range of detector signal levels.

Additionally, the integrated design of the ASIC also enables the use of low power supply voltages. Prior art oximeters use a current to voltage converter at the detector input which, for range and noise reasons, requires a large power supply voltage, typically +/–10 V. The preferred design eliminates the need for a current to voltage converter. Moreover, by using a ground sensing amplifier in the first integrator and biasing a second integrator to a reference voltage between ground and the positive supply (Vref), this design can operate on a single, low voltage supply such as +5 V or even +3.3 V.

The integrators shown in this design are representative of just one embodiment. Those skilled in the art will appreciate that the present invention encompasses other techniques for making integrators in an ASIC, such as switched capacitors and operational transconductance amplifiers.

The above discussion and related illustrations are directed primarily to preferred embodiments and practices of the invention. However, it is believed that numerous changes and modifications in the actual implementation of the concepts described will be apparent to those skilled in the art and it is contemplated that such changes and modifications may be made without departing from the scope of the invention as defined by the following claims.

What is claimed is:

1. An oximeter apparatus comprising:

sensor means for producing first and second analog signals respectively representative of the transillumination of a body portion of an in vivo subject by respective first and second wavelengths of radiation;

converter means for receiving and converting said first and second analog signals into respective first and second digital signals; and

signal processing means for receiving and processing said first and second digital signals for determining blood oxygen saturation of the subject,

said converter means including

a first sigma-delta modulator for receiving said first analog signal and for producing a first sample signal representative thereof,

a second sigma-delta modulator for receiving said second analog signal and for producing a second sample signal representative thereof, and

a digital filter processor having means for receiving both of said first and second sample signals and

**10**

responsive thereto for digitally filtering said sample signals in order to produce said respective first and second digital signals,

said digital filter processor including programming for digitally filtering said sample signals in order to produce said first and second digital signals, and for controlling the input sampling rate from said modulators and controlling the filter corner frequency and output update rate of said first and second digital signals.

2. The apparatus as set forth in claim **1**, said digital filter processor including means for successive decimation filtering of said sample signals.

3. The apparatus as set forth in claim **1**, said digital filter processor including means for producing said first and second digital signals representative of said first and second analog signals with at least seventeen bit resolution respectively.

4. The apparatus as set forth in claim **1**, said digital filter processor including a microprocessor.

5. The apparatus as set forth in claim **1**, said modulators including over-sampling modulators.

6. The apparatus as set forth in claim **1**, said modulators including second order modulators.

7. The apparatus as set forth in claim **1**, said modulators including second order, over-sampling modulators, said digital filter processor including means for successive decimation filtering of said sample signals, said digital filter processor including means for producing said first and second digital signals representative of said first and second analog signals with at least seventeen bit resolution, said digital filter processor including a microprocessor.

8. The apparatus as set forth in claim **1**, said digital filter processor including means for sampling at a rate of about 4.8 KHz and performing six stages of decimation filtering to produce an update rate of about 78 samples per second.

9. The apparatus as set forth in claim **1**, said sensor means disposed in a probe having means for coupling said probe with said apparatus.

10. The apparatus as set forth in claim **1**, said sensor means including a probe including

first light emitting means for emitting light of said first wavelength having a first known wavelength value,

light sensing means for sensing the light emitted by said first light emitting means, and

encoding means for providing encoded signals indicative of at least said first known wavelength value.

11. The apparatus as set forth in claim **10** further including

a second light emitting means for emitting light of said second wavelength having a second known wavelength value,

said light sensing means including the means for sensing the light emitted from said second light emitting means,

said encoding means including means for providing encoded signals indicative of at least said second known wavelength value.

12. The apparatus as set forth in claim **10**, said encoding means including an electrical impedance element, the value of which is selected to correlate with said known wavelength value.

13. The apparatus as set forth in claim **12**, said electrical impedance element including a resistor.

14. The apparatus as set forth in claim **13**, said encoded signals including voltage signals produced by passing a current through said resistor.

15. The apparatus as set forth in claim **1**, said sensor means including a non-invasive, electro-optical sensor probe configured for disposition onto a surface of the subject.

5,921,921

11

**16**. The apparatus as set forth in claim **15**, said sensor probe being configured for flexibly conforming to the surface of the subject.

**17**. The apparatus as set forth in claim **15**, said sensor probe configured for removable disposition onto the surface of the subject.

**18**. The apparatus as set forth in claim **1**, said wavelengths falling respectively in the infrared and red regions.

**19**. The apparatus as set forth in claim **1**, said sensor means including first and second light emitting diodes for producing said first and second wavelengths of light, respectively.

**20**. The apparatus as set forth in claim **1**, said converter means including gain adjusting means for adjusting the gains of said modulators in response to variations in said first and second analog signals.

**21**. The apparatus as set forth in claim **20**, said adjusting means including programming within said digital filter processor for controlling the operation thereof.

**22**. The apparatus as set forth in claim **20**, said converter means including signal amplifiers for amplifying said first and second analog signals, said gain adjusting means including means for adjusting the gain of said amplifiers.

**23**. The apparatus as set forth in claim **20**, said converter means including means for providing feedback from said digital filter processor to said modulators, said gain adjusting means including feedback adjusting means for selectively adjusting said feedback in order to selectively adjust the gains of said modulators.

**24**. The apparatus as set forth in claim **23**, said feedback adjusting means including programming in said digital filter processor for controlling the operation thereof.

**25**. An oximeter apparatus comprising:

sensor means for producing first and second analog signals respectively representative of the transillumination of a body portion of an in vivo subject by respective first and second wavelengths of radiation;

converter means for receiving and converting said first and second analog signals into respective first and second digital signals; and

signal processing means for receiving and processing said first and second digital signals for determining blood oxygen saturation of the subject,

said converter means including

a first sigma-delta modulator for receiving said first analog signal and for producing a first sample signal representative thereof,

a second sigma-delta modulator for receiving said second analog signal and for producing a second sample signal representative thereof, and

a digital filter processor having means for receiving both of said first and second sample signals and responsive thereto for digitally filtering said sample signals in order to produce said respective first and second digital signals,

said converter means including gain adjusting means for adjusting the gains of said modulators in response to variations in said first and second analog signals,

said adjusting means including programming within said digital filter processor,

said converter means including signal amplifiers for amplifying said first and second analog signals, said gain adjusting means including switching means for selectively switching resistance in connection with said amplifiers for adjusting the gains thereof.

**26**. The apparatus as set forth in claim **25**, said adjusting means including programming within said digital processor operable for controlling said switching means.

12

**27**. An oximeter apparatus comprising:

sensor means for producing first and second analog signals respectively representative of the transillumination of a body portion of an in vivo subject by respective first and second wavelengths of radiation;

converter means for receiving and converting said first and second analog signals into respective first and second digital signals; and

signal processing means for receiving and processing said first and second digital signals for determining blood oxygen saturation of the subject,

said converter means including

a first sigma-delta modulator for receiving said first analog signal and for producing a first sample signal representative thereof,

a second sigma-delta modulator for receiving said second analog signal and for producing a second sample signal representative thereof, and

a digital filter processor having means for receiving both of said first and second sample signals and responsive thereto for digitally filtering said sample signals in order to produce said respective first and second digital signals,

said converter means including gain adjusting means for adjusting the gains of said modulators in response to variations in said first and second analog signals,

said first and second analog signals including respective first and second current signals, said converter means including means connecting said first and second current signals directly to amplifiers of said first and second sigma-delta modulators respectively without current to voltage conversion of said current signals.

**28**. The apparatus as set forth in claim **27**, said converter means including gain adjusting means for adjusting the gains of said modulators in response to variations in said first and second analog signals.

**29**. The apparatus as set forth in claim **28**, said converter means including feedback means for providing feedback signals in the nature of square waves having respective pulse widths as feedback from said digital filter processor to said modulators, said gain adjusting means including means for selectively adjusting said pulse widths in order to selectively adjust the gains of said modulators.

**30**. The apparatus as set forth in claim **29**, said feedback means including programming in said digital filter processor for controlling the operation thereof.

**31**. The apparatus as set forth in claim **28**, said converter means including current sources connected with said modulators in a configuration for interacting with said current signals, said gain adjusting means including means for selectively switching said current sources in order to adjust the gains of said modulators.

**32**. An oximeter apparatus comprising:

sensor means for producing first and second analog signals respectively representative of the transillumination of a body portion of an in vivo subject by respective first and second wavelengths of radiation:

converter means for receiving and converting said first and second analog signals into respective first and second digital signals; and

signal processing means for receiving and processing said first and second digital signals for determining blood oxygen saturation of the subject,

said converter means including

a first sigma-delta modulator for receiving said first analog signal and for producing a first sample signal representative thereof,

5,921,921

13

a second sigma-delta modulator for receiving said second analog signal and for producing a second sample signal representative thereof, and

a digital filter processor having means for receiving both of said first and second sample signals and responsive thereto for digitally filtering said sample signals in order to produce said respective first and second digital signals,

said converter means including gain adjusting means for adjusting the gains of said modulators in response to variations in said first and second analog signals,

said modulators including respective ground sensing amplifiers as first integrators and second integrators biased to a reference voltage between ground and supply voltage, said supply voltage being no greater than about +5 V.

33. An oximeter apparatus comprising:

sensor means for producing first and second analog signals respectively representative of the transillumination of a body portion of an in vivo subject by respective first and second wavelengths of radiation;

converter means for receiving and converting said first and second analog signals into respective first and second digital signals; and

signal processing means for receiving and processing said first and second digital signals for determining a blood oxygen saturation of the subject,

said converter means including

a first sigma-delta modulator for receiving said first analog signal and for producing a first sample signal representative thereof,

a second sigma-delta modulator for receiving said second analog signal and for producing a second sample signal representative thereof, and

a digital filter processor having means for receiving both of said first and second sample signals and responsive thereto for digitally filtering said sample signals in order to produce said respective first and second digital signals, said oximeter further including

first and second light emitting diodes for producing said respective first and second wavelengths,

a drive circuit for selectively activating said diodes, and

deactivating means for determining the occurrence of a short circuit connected to said diodes and responsive thereto for deactivating said diodes.

34. An oximeter apparatus comprising:

sensor means for producing first and second analog signals respectively representative of the transillumination of a body portion of an in vivo subject by respective first and second wavelengths of radiation;

converter means for receiving and converting said first and second analog signals into respective first and second digital signals; and

signal processing means for receiving and processing said first and second digital signals for determining blood oxygen saturation of the subject,

said converter means including

a first sigma-delta modulator for receiving said first analog signal and for producing a first sample signal representative thereof,

a second sigma-delta modulator for receiving said second analog signal and for producing a second sample signal representative thereof, and

14

a digital filter processor having means for receiving both of said first and second sample signals and responsive thereto for digitally filtering said sample signals in order to produce said respective first and second digital signals,

said sensor means including

a detachable probe configured for disposition onto a surface of a subject, said probe having first and second light emitting diodes for producing said first and second wavelengths of light respectively in the red and infrared bands and having a photo detector for producing said first and second analog signals,

a drive circuit having means for selectively activating said diodes, and

encoding means for providing analog encoded signals indicative of the wavelengths of light emitted by said diodes and including an impedance element included as part of said probe and operable for producing a voltage as said analog encoded signals,

said apparatus further including a third sigma-delta modulator having means for receiving said analog encoded signals and for producing a third sample signal representative thereof,

said digital signal filter processor having means for receiving said third sample signal and responsive thereto for digitally filtering said third sample signal for producing a digital encoded signal,

said signal processing means including means for receiving and processing said digital encoded signal for use in calibrating said apparatus.

35. A method of determining the blood oxygen saturation of an in vivo subject comprising the steps of:

(a) producing first and second analog signals respectively representative of the transillumination of a body portion of the subject by respective first and second wavelengths of light;

(b) converting said first and second analog signals into respective first and second digital signals; and

(c) processing said first and second digital signals for determining the blood oxygen saturation of the subject,

step (b) further including the steps of

using a first sigma-delta modulator for receiving said first analog signal and for producing a first sample signal representative thereof,

using a second sigma-delta modulator for receiving said second analog signal and for producing a second sample signal representative thereof, and

providing both of said first and second sample signals to a digital filter processor and therein digitally filtering said sample signals in order to produce said respective first and second digital signals,

step (b) further including the steps of using programming in said digital filter processor for digitally filtering said sample signals in order to produce said first and second digital signals, and for controlling the input sampling rate from said modulators and controlling the filter corner frequency and output update rate of said first and second digital signals.

36. The method as set forth in claim 35, step (b) including the step of using second order, over-sampling modulators as said modulators.

37. The method as set forth in claim 35, step (b) including the step of performing successive decimation filtering of said sample signals.

38. The method as set forth in claim 35, step (b) including the step of producing said first and second digital signals

5,921,921

**15**

representative of said first and second analog signals with at least seventeen bit resolution.

**39.** The method as set forth in claim **35**, step (b) including the step of using a microprocessor as said digital filter processor.

**40.** The method as set forth in claim **35**, step (b) including the step of using over-sampling modulators as said modulators.

**41.** The method as set forth in claim **40**, step (b) including the step of using second order modulators as said modulators.

**42.** The method as set forth in claim **35**, step (b) including sampling at a rate of about 4.8 KHz and performing six stages of decimation filtering to produce an update rate of about 78 samples per second.

**43.** The method as set forth in claim **35**, step (b) further including the step of adjusting the gains of said modulators in response to variations in said first and second analog signals.

**44.** The method as set forth in claim **43**, step (b) further including the step of using programming within said digital filter processor for said adjusting.

**45.** The method as set forth in claim **43**, step (b) further including the step of using amplifiers for amplifying said first and second analog signals and selectively adjusting the gain of said amplifiers.

**46.** A method of determining the blood oxygen saturation of an in vivo subject comprising the steps of:

(a) producing first and second analog signals respectively representative of the transillumination of a body portion of the subject by respective first and second wavelengths of light;

(b) converting said first and second analog signals into respective first and second digital signals; and

(c) processing said first and second digital signals for determining the blood oxygen saturation of the subject,

step (b) further including the steps of

using a first sigma-delta modulator for receiving said first analog signal and for producing a first sample signal representative thereof,

using a second sigma-delta modulator for receiving said second analog signal and for producing a second sample signal representative thereof, and

providing both of said first and second sample signals to a digital filter processor and therein digitally filtering said sample signals in order to produce said respective first and second digital signals,

step (b) further including the step of adjusting the gains of said modulators in response to variations in said first and second analog signals,

step (b) further including the step of using amplifiers for amplifying said first and second analog signals and selectively adjusting the gain of said amplifiers, said method further including the step of selectively switching resistance in connection with said amplifiers for adjusting the gains thereof.

**47.** The method as set forth in claim **46**, step (b) further including the step of using programming within said digital processor operable for controlling said switching.

**48.** A method of determining the blood oxygen saturation of an in vivo subject comprising the steps of:

(a) producing first and second analog signals respectively representative of the transillumination of a body portion of the subject by respective first and second wavelengths of light;

(b) converting said first and second analog signals into respective first and second digital signals; and

**16**

(c) processing said first and second digital signals for determining the blood oxygen saturation of the subject,

step (b) further including the steps of

using a first sigma-delta modulator for receiving said first analog signal and for producing a first sample signal representative thereof,

using a second sigma-delta modulator for receiving said second analog signal and for producing a second sample signal representative thereof, and

providing both of said first and second sample signals to a digital filter processor and therein digitally filtering said sample signals in order to produce said respective first and second digital signals,

step (b) further including the step of adjusting the gains of said modulators in response to variations in said first and second analog signals,

step (b) further including the step of providing feedback from said digital filter processor to said modulators and adjusting said feedback in order to selectively adjust the gains of said modulators.

**49.** The method as set forth in claim **48**, step (b) further including the step of using programming in said digital filter processor for adjusting said feedback.

**50.** A method of determining the blood oxygen saturation of an in vivo subject comprising the steps of:

(a) producing first and second analog signals respectively representative of the transillumination of a body portion of the subject by respective first and second wavelengths of light;

(b) converting said first and second analog signals into respective first and second digital signals; and

(c) processing said first and second digital signals for determining the blood oxygen saturation of the subject,

step (b) further including the steps of

using a first sigma-delta modulator for receiving said first analog signal and for producing a first sample signal representative thereof,

using a second sigma-delta modulator for receiving said second analog signal and for producing a second sample signal representative thereof, and

providing both of said first and second sample signals to a digital filter processor and therein digitally filtering said sample signals in order to produce said respective first and second digital signals,

step (b) further including the step of adjusting the gains of said modulators in response to variations in said first and second analog signals,

said first and second analog signals including respective first and second current signals, step (b) further including the step of connecting said first and second current signals to amplifiers of said first and second sigma-delta modulators respectively without current to voltage conversion of said current signals.

**51.** The method as set forth in claim **50**, step (b) further including the step of using current sources connected with said modulators in a configuration for interacting with said current signals and selectively switching said current sources in order to adjust the gains of said modulators.

**52.** The method as set forth in claim **50**, said modulators including respective ground sensing amplifiers as first integrators and second integrators biased to a reference voltage between ground and supply voltage, step (b) further including the step of providing said supply voltage no greater than about +5 V.

**53.** A method of determining the blood oxygen saturation of an in vivo subject comprising the steps of:

5,921,921

17

(a producing first and second analog signals respectively representative of the transillumination of a body portion of the subject by respective first and second wavelengths of light;

(b converting said first and second analog signals into respective first and second digital signals; and

(c) processing said first and second digital signals for determining the blood oxygen saturation of the subject,

step (b) further including the steps of

    using a first sigma-delta modulator for receiving said first analog signal and for producing a first sample signal representative thereof,

    using a second sigma-delta modulator for receiving said second analog signal and for producing a second sample signal representative thereof, and

    providing both of said first and second sample signals to a digital filter processor and therein digitally filtering said sample signals in order to produce said respective first and second digital signals,

step (b) further including the step of adjusting the gains of said modulators in response to variations in said first and second analog signals,

step (b) further including the step of providing feedback signals in the nature of square waves having respective pulse widths as feedback from said digital filter processor to said modulators, and selectively adjusting said pulse widths in order to selectively adjust the gains of said modulators.

**54**. The method as set forth in claim **53**, step (b) further including the step of using programming in said digital filter processor for controlling said pulse widths.

**55**. A method of determining the blood oxygen saturation of an in vivo subject comprising the steps of:

18

(a) producing first and second analog signals respectively representative of the transillumination of a body portion of the subject by respective first and second wavelengths of light;

(b) converting said first and second analog signals into respective first and second digital signals; and

(c) processing said first and second digital signals for determining the blood oxygen saturation of the subject,

step (b) further including the steps of

    using a first sigma-delta modulator for receiving said first analog signal and for producing a first sample signal representative thereof,

    using a second sigma-delta modulator for receiving said second analog signal and for producing a second sample signal representative thereof, and

    providing both of said first and second sample signals to a digital filter processor and therein digitally filtering said sample signals in order to produce respective first and second digital signals,

step (b) further including the step of adjusting the gains of said modulators in response to variations in said first and second analog signals,

step (b) further including the steps of using first and second light emitting diodes for producing said respective first and second wavelengths, using a drive circuit for selectively activating said diodes, and determining the occurrence of a short circuit connected to said diodes and responsive thereto for deactivating said diodes.

* * * * *

# Exhibit 12

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

US006229856B1

(12) **United States Patent**     (10) **Patent No.:**    **US 6,229,856 B1**

Diab et al.            (45) **Date of Patent:**      **May 8, 2001**

(54) **METHOD AND APPARATUS FOR DEMODULATING SIGNALS IN A PULSE OXIMETRY SYSTEM**

(75) Inventors: **Mohamed K. Diab**, Mission Viejo; **Walter M. Weber**, Laguna Hills; **Ammar Al-Ali**, Costa Mesa, all of CA (US)

(73) Assignee: **Masimo Corporation**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/058,799**

(22) Filed: **Apr. 10, 1998**

**Related U.S. Application Data**

(60) Provisional application No. 60/043,620, filed on Apr. 14, 1997.

(51) **Int. Cl.**[7] ..................................................... **H03K 9/00**
(52) **U.S. Cl.** ................................................ **375/316; 375/340**
(58) **Field of Search** ...................................... 375/206, 208, 375/267, 316, 324, 340, 346, 348, 347; 600/323, 336

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 35,122 | 12/1995 | Coreman et al. | 600/324 |
| 3,638,640 | 2/1972 | Shaw | 600/323 |
| 3,704,706 | 12/1972 | Herczfeld et al. | 600/324 |
| 4,407,290 | 10/1983 | Wilber | 600/330 |
| 4,773,422 | 9/1988 | Isaacson et al. | 600/326 |
| 4,785,463 * | 11/1988 | Janc et al. | 375/206 |
| 4,824,242 | 4/1989 | Frick et al. | 356/41 |
| 4,848,901 | 7/1989 | Hood, Jr. | 356/41 |
| 4,863,265 | 9/1989 | Flower et al. | 356/41 |
| 4,867,571 | 9/1989 | Frick et al. | 356/41/36 |
| 4,948,248 | 8/1990 | Lehman | 356/40 |
| 5,276,705 * | 1/1994 | Higgins | 375/208 |
| 5,349,952 | 9/1994 | McCarthy et al. | 600/473 |
| 5,521,938 * | 5/1996 | Stewart et al. | 375/206 |
| 5,579,341 * | 11/1996 | Smith et al. | 375/267 |

| | | | |
|---|---|---|---|
| 5,640,416 * | 6/1997 | Chalmers | 375/206 |
| 5,940,346 * | 8/1999 | Sadowsky et al. | 367/128 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3328862 | 1/1995 | (DE) | | G01N/2/125 |
| 0335357 | 10/1989 | (EP) | | A61B/5/00 |
| 0761159 | 3/1997 | (EP) | | A61B/5/00 |
| WO 94/09698 | 5/1994 | (WO) . | | |

* cited by examiner

*Primary Examiner*—Stephen Chin
*Assistant Examiner*—Chih M. Far
(74) *Attorney, Agent, or Firm*—Knobbe, Martens, Olson & Bear, LLP

(57) **ABSTRACT**

A method and an apparatus measure blood oxygenation in a subject. A first signal source applies a first input signal during a first time interval. A second signal source applies a second input signal during a second time interval. A detector detects a first parametric signal responsive to the first input signal passing through a portion of the subject having blood therein. The detector also detects a second parametric signal responsive to the second input signal passing through the portion of the subject. The detector generates a detector output signal responsive to the first and second parametric signals. A signal processor receives the detector output signal and demodulates the detector output signal by applying a first demodulation signal to a signal responsive to the detector output signal to generate a first output signal responsive to the first parametric signal. The signal processor applies a second demodulation signal to the signal responsive to the detector output signal to generate a second output signal responsive to the second parametric signal. The first demodulation signal and the second demodulation signal both include at least a first component having a first frequency and a first amplitude and a second component having a second frequency and a second amplitude. The second frequency is a harmonic of the first frequency. The second amplitude is related to the first amplitude to minimize crosstalk from the first parametric signal to the second output signal and to minimize crosstalk from the second parametric signal to the first output signal.

**14 Claims, 18 Drawing Sheets**





FIG. 1



*FIG.2*



*FIG. 3*



FIG. 4



*FIG.5*



*FIG.6*



*FIG. 7*

FIG. 8

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 219 of 834   Page ID #:20403



*FIG. 9*



*FIG. 10*

*FIG. 11*



*FIG. 12*

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 222 of 834   Page ID #:20406



FIG. 13



*FIG. 14*



*FIG. 15*

U.S. Patent     May 8, 2001     Sheet 14 of 18     US 6,229,856 B1



FIG.16



FIG. 17



FIG. 18



*FIG. 19*



FIG.20

US 6,229,856 B1

1

## METHOD AND APPARATUS FOR DEMODULATING SIGNALS IN A PULSE OXIMETRY SYSTEM

### REFERENCE TO PRIOR RELATED APPLICATION

This application claims priority from U.S. Provisional Patent Application No. 60/043,620 filed Apr. 14, 1997 and entitled "METHOD AND APPARATUS FOR DEMODULATING SIGNALS IN A PULSE OXIMETRY SYSTEM." This application also claims priority from U.S. patent application Ser. No. 09/005,898 filed Jan. 12, 1998 and entitled "METHOD AND APPARATUS FOR DEMODULATING SIGNALS IN A PULSE OXIMETRY SYSTEM", U.S. Pat. No. 5,919,134, issued on Jul. 6, 1999.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to the field of signal processing, and, more particularly, relates to the field of processing of signals generated in a physiological monitoring system, such as, for example, in a system for measuring blood oxygen saturation using pulse oximetry.

2. Description of the Related Art

The present invention will be described herein in connection with a pulse oximetry apparatus and a method, which are used to measure blood oxygen saturation in a subject, such as, for example, a human patient. The teachings of the present invention can be used in other applications wherein useable signal information is obtained in a noisy environment.

In an exemplary pulse oximetry apparatus and a corresponding method, blood oxygen saturation is determined by transmitting pulses of electromagnetic energy through a portion of a subject which has blood flowing therein (e.g., through a finger, through an ear lobe, or other portion of the body where blood flows close to the skin). In the examples described herein, the pulses of electromagnetic energy comprise periodic pulses of red light having wavelengths of approximately 660 nanometers, for example, and periodic pulses of infrared light having wavelengths of approximately 905 nanometers. As described, for example, in U.S. Pat. No. 5,482,036 and in U.S. Pat. No. 5,490,505, the pulses of red light and the pulses of infrared light are applied with the same periodicity but in an alternating and non-overlapping manner. In particular, in preferred embodiments, the red pulses are active for approximately 25% of each cycle and the infrared pulses are also active for approximately 25% of each cycle. The red pulses are separated in time from the infrared pulses such that both pulses are inactive for approximately 25% of each cycle between a red pulse and the next infrared pulse and both pulses are inactive for approximately 25% of each cycle between an infrared pulse and the next red pulse. (Although described herein below in connection with pulses having 25% duty cycles, it should be understood by persons of skill in the art that the duty cycles of the pulses can be changed in some applications.) After propagating through the portion of the subject, the red pulses and the infrared pulses are detected by a detector which is responsive to light at both wavelengths and which generates an electrical signal which has a predictable relationship to the intensity of the electromagnetic energy incident on the detector. The electrical signal is processed in accordance with the present invention to provide a representation of the blood oxygen saturation of the subject.

2

In conventional time division multiplexing (TDM) demodulation that uses rectangular waves to drive the red and infrared LEDs, the conventional process of demodulation using square waves can result in the aliasing of the ambient noise components that come close to the sidebands of harmonics and the fundamental frequency of the rectangular waves, and the noise components are thus collapsed into the output signal generated by the demodulation. In particular, it is very difficult to avoid including harmonics of the line frequency in the demodulated output signal.

### SUMMARY OF THE INVENTION

The present invention avoids the problems associated with conventional demodulation and separation of TDM signals. In particular, the present invention avoids the problem of aliasing of the ambient noise into the passband of the system by selectively demodulating certain harmonics of the TDM signal. For example, in one embodiment, only two harmonics (e.g., the fundamental and the first harmonic) are demodulated. In other embodiments, more harmonics are demodulated. The present invention specifically addresses solutions to problems caused by crosstalk resulting from filtering and also resulting from demodulating with only certain harmonics instead of demodulating with all harmonics as is done using conventional square wave demodulation. In a digital implementation of the present invention, the output of the photodetector is initially sampled at a very high frequency (e.g., 46,875 Hz), and the signals are decimated (where decimation is lowpass filtering followed by sample rate compression) such that the final output signals are generated at a relatively low sampling rate (e.g., 62.5 Hz) which provides increased resolution at the output. Thus, bandwidth is traded for resolution in the output signal, thus increasing the signal to noise ratio.

One aspect of the present invention is an apparatus for measuring blood oxygenation in a subject. The apparatus comprises a first signal source which applies a first input signal during a first time interval. A second signal source applies a second input signal during a second time interval. A detector detects a first parametric signal responsive to the first input signal passing through a portion of the subject having blood therein. The detector also detects a second parametric signal responsive to the second input signal passing through the portion of the subject. The detector generates a detector output signal responsive to the first and second parametric signals. A signal processor receives the detector output signal. The signal processor demodulates the detector output signal by applying a first demodulation signal to a signal responsive to the detector output signal to generate a first output signal responsive to the first parametric signal and by applying a second demodulation signal to the signal responsive to the detector output signal to generate a second output signal responsive to the second parametric signal. Each of the first demodulation signal and the second demodulation signal comprises at least a first component having a first frequency and a first amplitude and a second component having a second frequency and a second amplitude. The second frequency is a harmonic of the first frequency. The second amplitude is selected to be related to the first amplitude to minimize crosstalk from the first parametric signal to the second output signal and to minimize crosstalk from the second parametric signal to the first output signal. In one embodiment, the second amplitude is determined by turning off one of the first and second signal sources and measuring the crosstalk between one of the parametric signals and the non-corresponding output signal while varying the second amplitude. A second amplitude is selected that minimizes the measured crosstalk.

US 6,229,856 B1

3

Another aspect of the present invention is a method of minimizing crosstalk between two signals generated by applying a first pulse and a second pulse to measure a parameter. The first pulse and the second pulse are applied periodically at a first repetition rate defining a period. The first pulse is generated during a first interval in each period, and the second pulse is generated during a second interval in each period. The second interval is spaced apart from the first interval. The first and second pulses produce first and second parametric signals responsive to the parameter. The first and second parametric signals are received by a single detector that outputs a composite signal responsive to the first and second parametric signals. The method comprises the step of applying a first demodulation signal to the composite signal to generate a first demodulated output signal wherein the first demodulation signal comprises at least a first component having a first frequency corresponding to the first repetition rate. The first component has a first amplitude. The first demodulation signal further comprises a second component having a second frequency that is a harmonic of the first frequency. The second component has a second amplitude which has a selected proportional relationship to the first amplitude. The method further includes the step of applying a second demodulation signal to the composite signal to generate a second demodulated output signal. The second demodulation signal comprises the first component at the first frequency and the first amplitude and further comprises the second component at the second frequency and the second amplitude. At least one of the first and second components of the second demodulation signal has a selected phase difference with respect to the corresponding one of the first and second components of the first demodulation signal. The method further includes the steps of lowpass filtering the first demodulated output signal to generate a first recovered output signal responsive to the first parametric signal; and lowpass filtering the second demodulated output signal to generate a second recovered output signal responsive to the second parametric signal.

Preferably, the selected phase difference is $\pi$. Also preferably, the first pulse and the second pulse are generally rectangular pulses having a respective duty cycle. The rectangular pulses comprise a plurality of sinusoidal components including a fundamental component corresponding to the first frequency and a first harmonic component corresponding to the second frequency. The fundamental component has a fundamental component amplitude and the first harmonic component has a first harmonic component amplitude. The first harmonic component amplitude is related to the fundamental harmonic component amplitude by a first proportionality value. The second amplitude of the second component of the first demodulation signal is related to the first amplitude of the first component of the first demodulation signal by a second proportionality value which is approximately the inverse of the first proportionality value.

The method in accordance with this aspect of the invention preferably includes the further steps of sampling the composite signal when neither the first pulse nor the second pulse is active to obtain a sampled signal; and measuring the sampled signal to determine a noise level of the parametric signals.

In a further embodiment according to this aspect of the present invention, the method further includes the steps of performing a transform on the composite signal to generate a spectra of the composite signal; sampling the spectra at a plurality of frequencies other than at predetermined ranges of frequencies around the first frequency and around har-

4

monics of the first frequency; determining an average of the magnitudes of the sampled plurality of frequencies; and comparing the average to a selected threshold to determine whether the average magnitude exceeds the selected threshold.

Another aspect of the present invention is a method of demodulating a composite signal generated by applying first and second periodic pulses of electromagnetic energy to a system having a parameter to be measured and by receiving signals responsive to the electromagnetic energy after having passed through the system and being affected by the parameter being measured. The signals are received as a composite signal having components responsive to the first and second pulses. The method comprises the step of applying a first demodulation signal to the composite signal to generate a first demodulated signal. The first demodulation signal comprises a first component having a first frequency corresponding to a repetition frequency of the first and second pulses and comprises a second component having a frequency that is a harmonic of the first frequency. The first component has a first amplitude and the second component has a second amplitude. The second amplitude has a predetermined relationship to the first amplitude. The predetermined relationship is selected to cause the first demodulated signal to have low frequency components responsive only to the first pulse. The method includes the further step of lowpass filtering the first demodulated signal to generate a first output signal. The first output signal varies in response to an effect of the parameter on the electromagnetic energy received from the first pulse.

Preferably, the method in accordance with this aspect of the invention includes the further step of applying a second demodulation signal to the composite signal to generate a second demodulated signal. The second demodulation signal has first and second components corresponding to the first and second components of the first demodulation signal. At least one of the first and second components of the second demodulation signal has a selected phase relationship with the corresponding one of the first and second components of the first demodulation signal. The method includes the further step of lowpass filtering the second demodulated signal to generate a second output signal. The second output signal varies in response to an effect of the parameter on the electromagnetic energy received from the second pulse.

Another aspect of the present invention is a pulse oximetry system that comprises a modulation signal generator. The modulation signal generator generates a first modulation signal that comprises a first pulse that repeats at a first repetition frequency. The first pulse has a duty cycle of less than 50%. The modulation signal generator generates a second modulation signal comprising a second pulse that also repeats at the first repetition frequency. The second pulse has a duty cycle of less than 50%. The second pulse occurs at non-overlapping times with respect to the first pulse. Each of the first and second pulses comprises a plurality of components wherein a first component has a frequency corresponding to the repetition frequency and wherein a second component has a second frequency corresponding to twice the first frequency. The second component has an amplitude which has a first predetermined relationship to an amplitude of the first component. A first transmitter emits electromagnetic energy at a first wavelength in response to the first pulse; and a second transmitter emits electromagnetic energy at a second wavelength in response to the second pulse. A detector receives electromagnetic energy at the first and second wavelengths after passing through a portion of a subject and generates a

US 6,229,856 B1

5

detector output signal responsive to the received electro-
magnetic energy. The detector output signal includes a
signal component responsive to attenuation of the electro-
magnetic energy at the first wavelength and a signal com-
ponent responsive to attenuation of the electromagnetic
energy at the second wavelength. A first demodulator mul-
tiplies the detector signal by a first demodulation signal and
generates a first demodulated output signal. The first
demodulation signal comprises a first component having the
first frequency and having a first amplitude. The first
demodulation signal also comprises a second component
having the second frequency and having a second amplitude.
The second amplitude has a second predetermined relation-
ship to the first amplitude. The second predetermined rela-
tionship is approximately inversely proportional to the first
predetermined relationship. A second demodulator multi-
plies the detector signal by a second demodulation signal
and generates a second demodulated output signal. The
second demodulation signal comprises a first component
having the first frequency and having the first amplitude.
The second demodulation signal further comprises a second
component having the second frequency and having the
second amplitude. At least one component of the second
demodulation signal has a selected phase relationship with a
corresponding one component of the first demodulation
signal. Preferably, the selected phase relationship is a π
phase difference.

Another embodiment incorporates decimation before
demodulation. In yet another embodiment, a multi-channel
demodulator, with or without pre-demodulation decimation
is disclosed.

In yet another embodiment, an adaptive algorithm is used
to control the operation of pre-demodulation decimators and
post-demodulation decimators. The adaptive algorithm may
control both the characteristics of a lowpass filter in the
decimator and the decimation rate provided by a signal rate
compressor in the decimator.

Another embodiment of the invention is a method for
selecting a sample rate that reduces the interference caused
by ambient light.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be described below in connec-
tion with the accompanying drawing figures in which:

FIG. 1 illustrates an exemplary block diagram of a rep-
resentation of a signal processing system in accordance with
the present invention used to determine blood oxygen satu-
ration in a subject;

FIG. 2 illustrates exemplary waveforms of the current
through the LEDs in FIG. 1 and the resulting intensities of
the red light and the infrared light generated by the LEDs;

FIG. 3 illustrates a block diagram of the overall process-
ing system in accordance with the present invention;

FIG. 4 illustrates a frequency spectra of the first modu-
lation signal $M_1(t)$ for n=0, 1, 2, . . . , where the horizontal
axis represents frequency and the vertical axis represents the
energy in the DC and harmonic components of the signal;

FIG. 5 illustrates an exemplary spectrum of the first and
second harmonics of the present invention when the funda-
mental frequency is selected to be 316.7 Hz in comparison
to the fundamental and harmonics of conventional 60 Hz
power;

FIG. 6 illustrates the effect of the value of B on the
measured signal output $S_2(t)$ responsive to the red modula-
tion pulses as the value of B is varied while the infrared
modulation pulses are off;

6

FIG. 7 illustrates a preferred embodiment of the present
invention implemented in a digital processing system;

FIG. 8 illustrates a detailed block diagram of the demodu-
lation portion of the present invention;

FIG. 9 illustrates a detailed block diagram of the modu-
lation portion of the present invention;

FIG. 10 illustrates the red drive waveform and the infrared
drive waveform generated by the modulation portion of FIG.
9;

FIG. 11 illustrates the demodulation waveforms generated
by the demodulation portion of FIG. 8;

FIG. 12 illustrates a method of time domain sampling the
digital detection signal during the times when both the red
pulses and the infrared pulses are off to obtain information
regarding the level of ambient noise;

FIG. 13 illustrates a block diagram of a system that
performs the time domain sampling of FIG. 12;

FIG. 14 illustrates a method of frequency domain sam-
pling to determine the noise floor at frequencies other than
the signal frequencies;

FIG. 15 illustrates a block diagram of a system that
performs the frequency domain sampling of FIG. 14;

FIG. 16 illustrates a block diagram of the overall pro-
cessing system in accordance with a pre-demodulation deci-
mation embodiment of the present invention;

FIG. 17 illustrates a block diagram of a multi-channel
processing system in accordance with a pre-demodulation
decimation embodiment of the present invention;

FIG. 18 illustrates a block diagram of an adaptive multi-
channel processing system in accordance with a pre-
demodulation decimation embodiment of the present inven-
tion;

FIG. 19 illustrates a flowchart of a method for choosing
the modulation frequency and decimation rate in order to
minimize the affects of ambient light; and

FIG. 20 is a graph to be used in connection with graphical
method for designing a demodulation system to minimize
interference due to ambient light.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT

FIG. 1 illustrates an exemplary block diagram of a rep-
resentation of a signal processing system 100 in accordance
with the present invention used to determine blood oxygen
saturation in a subject, such as, for example, a human
subject. In the example presented, the measurements are
performed on a portion of the subject, such as a finger 102
illustrated in FIG. 1. An LED modulation circuit 104 drives
a pair of back-to-back light emitting diodes (LEDs) 106, 108
by applying a periodic signal to the two light emitting diodes
106, 108. The LED 106 is selected to emit electromagnetic
energy in the red visible light range, and has a wavelength
of, for example, approximately 660 nanometers. The LED
108 is selected to emit electromagnetic energy in the infrared
range, and has a wavelength of, for example, approximately
905 nanometers. The LED modulation circuit 104 supplies
current in alternating directions so that the two LEDs 106,
108 are activated one at a time. In particular, as illustrated by
a current waveform 120 in FIG. 2, current is first applied in
a forward direction with respect to the red LED 106 during
a first time interval 122 having a duration τ. Thereafter, no
current is applied to either LED during a second time
interval 124 having a like duration τ. Then, current is applied
in a forward direction with respect to the infrared LED 108

US 6,229,856 B1

7

during a third time interval **126**, also having a duration τ. Then, no current is applied to either LED during a fourth time interval **128** having a like duration τ. Thereafter, the current is again applied in the forward direction for the red LED **106** during a fifth time interval **130** which corresponds to the first time interval **122**. It can be seen that the overall cycle repeats with a period of duration T equal to 4τ. The red LED **106** emits light only when the current is applied in the forward direction with respect to the red LED **106**. Thus, as illustrated by a red intensity waveform **132**, the red LED **106** emits light as a pulse **134** during the first time interval **122** and as a pulse **136** during the fifth time interval **130**, and so on. The red pulses repeat with a periodicity equal to T. Similarly, the infrared LED **108** emits infrared light only when the current is applied in the forward direction with respect to the infrared LED **108**. Thus, as illustrated by an infrared intensity waveform **140**, the infrared LED **108** emits infrared light as a pulse **142** during the third interval **126**. A next infrared pulse **144** occurs at an interval T after the infrared pulse **142**. Thus, the infrared pulses also repeat with a periodicity equal to T. It can be seen that the red pulses and the infrared pulses each have a duty cycle of 25%, and the red pulses and the infrared pulses are separated by intervals of one-fourth of each period T (i.e., the beginning of one pulse occurs an interval τ after the end of the previous pulse).

As further illustrated in FIG. **1**, the electromagnetic energy pulses from the red LED **106** and the infrared LED **108** are applied to the finger **102**. A detector **150** is positioned to receive the electromagnetic energy after the energy has passed through a portion of the finger **102**. The detector **150** is selected to be responsive to both the red light and the infrared light and to generate an output signal responsive to the intensity of the energy received from each source. An exemplary current output signal from the detector **150** is represented by a waveform **152** in FIG. **2**. As illustrated, the detector signal waveform **152** comprises a first pulse **154** responsive to the first red pulse **134**, a second pulse **156** responsive to the infrared pulse **142** and a third pulse **158** responsive to the second red pulse **136**. During the time between the first pulse **154** and the second pulse **156**, the detector signal waveform **152** comprises noise **160**, and during the time between the second pulse **156** and the third pulse **158**, the detector signal waveform **150** comprises noise **162**. The signal pulses **154**, **156** and **158** also include noise superimposed thereon. Although shown as repeating noise, it should be understood that the noise varies with time. For example, noise caused by ambient light will vary with a periodicity corresponding to the 50 Hz or 60 Hz power frequency and their harmonics, particularly when the ambient light is provided by fluorescent lights which generate significant noise at the first harmonic (i.e., 100 Hz or 120 Hz) and the third harmonic (i.e., 200 Hz or 240 Hz).

The output of the detector **150** is applied as an input to a signal processor block **170** which processes the detector signal and generates a first signal $S_1(t)$ responsive to the detected intensity of the red light incident on the detector **150** and generates a second signal $S_2(t)$ responsive to the detected intensity of the infrared light incident on the detector **150**. As illustrated, the signal processing block **170** is synchronized with the LED modulator **104** via a set of control lines **180**. As will be discussed below, the control lines **180** advantageously communicate signals which provide timing information that determines when to activate the red LED **106** and when to activate the infrared LED **108**.

FIG. **3** is a pictorial representation of a model of an exemplary system which incorporates the present invention.

8

The red LED **106** provides a light intensity represented as $I_{RD}$, and the infrared LED **108** provides a light intensity represented as $I_{IR}$. The effects of turning the LEDs **106**, **108** on and off on periodic bases are modeled by a first multiplier or modulator **190** which applies a first modulation signal $M_1(t)$ to the red light intensity to generate a modulated red signal $I_{RDMOD}(t)$ and by a second multiplier or modulator **192** which applies a second modulation signal $M_2(t)$ to the infrared light intensity to generate a modulated infrared signal $I_{IRMOD}(t)$. The modulated light red signal and the modulated infrared signal are applied to the finger **102**, or other body portion, as described above. The finger **102** has blood flowing therein and is represented in FIG. **3** as a block **102**. The blood in the finger **102** has a volume and scattering components which vary throughout each cardiac cycle. The blood carries oxygen and other materials therein. The oxygen content is a function of both the blood volume and the concentration of the oxygen in the blood volume. The concentration of the oxygen in the blood volume is generally measured as blood oxygen saturation for reasons which are described in full in the above-identified issued U.S. Pat. Nos. 5,482,036 and 5,490,505. As further described in the two referenced patents, the blood oxygen saturation is determined by comparing the relative absorption of the red light and the infrared light in the finger **102**. The comparison is complicated by the noise caused by movement, ambient light, light scattering, and other factors.

In FIG. **3**, a pair of signals $S_1(t)$ and $S_2(t)$ represent the effect of the time-varying volume and scattering components of the blood in the finger **102** on the red light and the infrared light, respectively, passing through the finger **102** from the LEDs **106**, **108** to the detector **150**. The red light signal portion $S_1(t)$ is caused by the variable attenuation of the red light passing through the finger **102**. The infrared light signal portion $S_2(t)$ is caused by the variable attenuation of the infrared light passing through the finger **102**. To show the effect of the variable attenuations, the signal portion $S_1(t)$ is illustrated as being applied to a first attenuation modulator **191** which multiplies the signal $S_1(t)$ by the modulated red output $I_{RDMOD}(t)$ of the first modulator **190**. Similarly, the infrared light signal portion $S_2(t)$ is illustrated as being applied to a second attenuation modulator **193** which multiplies the signal $S_2(t)$ by the modulated infrared output $I_{IRMOD}(t)$ of the second modulator **192**. The outputs of the first and second attenuation modulators **191**, **193** are provided to the receiving photodetector **150**. The photodetector **150** is modeled as adder **194** and an adder **196**. The outputs of the first and second attenuation modulators **191**, **193** are provided to the adder **194** to generate a composite signal M(t) where:

$$M(t)=S_1(t)M_1(t)+S_2(t)M_2(t). \tag{1}$$

The signal M(t) from the adder **194** is provided to the adder **196** where the signal M(t) is added to a signal n(t) which represents a composite noise signal caused by ambient light, electromagnetic pickup, and the like, which are also detected by the photodetector **150**. The output of the adder **196** is a signal M'(t)=M(t)+n(t) which includes noise components as well as the signal components. The noise components include DC components and harmonics of the power line frequency that appear in the ambient light. In addition, as will be discussed in more detail below, the signal M'(t) may also include noise at higher frequencies caused, for example, by other devices such as electrocauterization equipment, or the like.

The M'(t) signal output of the third adder **196** (i.e., the output of the detector **150**) is applied to the input of the

US 6,229,856 B1

9
10

signal processing block **170**. Within the signal processing
block **170**, the signal M'(t) is first passed through a fixed gain
amplifier **197** and then through an analog bandpass filter
**198**. The analog bandpass filter **198** has a passband selected
to pass signals in the range of 20 Hz to 10,000 Hz. Thus, the
analog bandpass filter **198** removes a significant portion of
the noise below 10 Hz. The signal components responsive to
the blood oxygen saturation are frequency shifted by the
operation of the two modulation signals $M_1(t)$ and $M_2(t)$ and
are passed by the analog bandpass filter **198**.

In the preferred embodiment, the output of the analog
bandpass filter **198** is sampled by an analog-to-digital con-
verter **199** and converted therein to digital signals. For
example, the signals are preferably sampled at 46,875
samples per second. The output of the analog-to-digital
converter **199** is a signal MF(k).

The signal MF(k) is provided as a first input to a first
demodulating multiplier **210**. The signal MF(k) is also
provided as a first input to a second demodulating multiplier
**212**. A first demodulating signal $D_1(k)$ is provided as a
second input to the first demodulating multiplier **210**, and a
second demodulating signal $D_2(k)$ is provided as a second
input to the second demodulating multiplier **212**. The output
of the first demodulating multiplier **210** is provided as an
input to a first lowpass filter **220**, and the output of the
second demodulating multiplier is provided as an input to a
second lowpass filter **222**. The bandwidths of the lowpass
filters **220, 222** are preferably approximately 10 Hz.

The output of the first lowpass filter **220** is a signal $\hat{S}_1(t)$,
which, as discussed below, is an estimate of the signal $S_1(t)$.
The output of the second lowpass filter **222** is a signal $\hat{S}_2(t)$,
which, as discussed below, is an estimate of the signal $S_2(t)$.
As will be shown below, the selection of the first demodu-
lating signal $D_1(k)$ and the second demodulating signal
$D_2(k)$ in accordance with the present invention substantially
reduces or eliminates the effects of noise in the two output
signals $\hat{S}_1(t)$ and $\hat{S}_2(t)$ and also substantially reduces or
eliminates crosstalk between the two signals.

In the preferred embodiment of the present invention, the
sample rates of the outputs of the lowpass filter **220** and the
lowpass filter **222** are compressed by respective sample rate
compressors **221** and **223**. In particular, the sample rate
compressors **221, 223** reduce the sample rate by 750 to a
sample rate of, for example, 62.5 Hz to provide an output
which can be further processed in accordance with the
methods and apparatuses described in the above-referenced
patents. The sample rate compressions which occur in the
sample rate compressors **221, 223** reduce the rate at which
the output signals $\hat{S}_1(t)$ and $\hat{S}_2(t)$ need to be processed while
maintaining the sample rate well above the 0–10 Hz fre-
quency content of the signals of interest. The outputs of the
filters **220, 222**, or the sample rate compressors **221, 223**, if
included, are provided on respective output lines **224** and
**226**.

In order to facilitate an understanding of how the present
invention operates in demodulating the output signal MF(k)
from the analog-to-digital converter **199**, the modulation
signals $M_1(t)$ and $M_2(t)$ will first be described in terms of
their frequency components. One skilled in the art will
appreciate that the modulation signals $M_1(t)$ and $M_2(t)$ can
each be represented as a Fourier cosine series expansion

$$\left(\text{e.g.,} \sum_{n=0}^{\infty} a_n \cos(n\omega t), \text{ where } \omega = 2\pi/T\right)$$

representing the fundamental and harmonic frequencies of
the rectangular signal pulses. One skilled in the art will

understand that the Fourier series expansion includes
phases; however, by suitably selecting the time origin, the
phases are set to zero. A component which is 180° out of
phase with a corresponding component will advantageously
be represented by a minus sign before the coefficient.

FIG. 4 illustrates a frequency spectra of the first modu-
lation signal $M_1(t)$ for n=0, 1, 2, . . . , where the horizontal
axis represents frequency, with the energy in the DC com-
ponent along the vertical axis and increasing harmonics of
the fundamental frequency along the horizontal axis. The
length of each component of $M_1(t)$ along the vertical axis
represents the energy E(n) in each component of the fre-
quency spectra. The first component to the right of the
vertical axis is at the fundamental frequency (i.e., 1/T),
which is designated herein as $f_0$; however, it should be
understood that the fundamental frequency $f_0$ corresponds to
n=1. The second component to the right of the vertical axis
is the first harmonic $f_1$ (i.e., n=2), which has a frequency
which is twice the fundamental frequency. The third com-
ponent to the right of the vertical axis is the second harmonic
$f_2$ (i.e., n=3), which has a frequency which is three times the
fundamental frequency. The components to the right of the
second harmonic are numbered accordingly. (Note, other
conventions identify the fundamental frequency as the first
harmonic, and designate the second harmonic as the fre-
quency that is twice the fundamental frequency. The iden-
tification of the fundamental frequency as $f_0$ is used in the
discussion that follows.)

In FIG. 4, a modulation envelope **230** is shown in dashed
lines. The modulation envelope **230** represents the magni-
tudes of the fundamental and the harmonics of the signal
$M_1(t)$. The shape of the envelope is determined by the
modulation signal $M_1(t)$ which, for a repeating rectangular
pulse train starting at time t=0 and having a normalized
amplitude of 1, can be expressed as:

$$M_1(t) = \frac{\tau}{T} \sum_{n=0}^{\infty} \text{sinc}\left(\frac{n\tau}{T}\right)\cos\left(\frac{2\pi nt}{T}\right) \tag{2}$$

Where sinc is the function (sin πx)/πx (i.e., sinc(nτ/T)=sin
(nπτ/T)/(nπτ/T)). In the example shown, τ=¼T. (Note that
for sampled signals, the envelope is more accurately repre-
sented as sinα/sinβ; however, as well known in the art, for
the frequencies of interest, the sinc function is a suitable
approximation.) Thus, the frequency spectra has nulls at
n=4, n=8, n=12, and so on, corresponding to the third
harmonic $f_3$, the seventh harmonic $f_7$, the eleventh harmonic
$f_{11}$, and so on. Note that Equation 2 is an idealized form of
the equation for $M_1(t)$, and that in general:

$$M_1(t) = \frac{\tau}{T} \sum_{n=0}^{\infty} a_n \text{sinc}\frac{n\tau}{T} e^{-jn\omega_0 nt} \tag{3}$$

where $a_n$ is a complex number. In the discussion that
follows, the values of $a_n$ are assumed to be real numbers
only.

A similar frequency spectra (not shown) for the modula-
tion signal $M_2(t)$ is determined by the expression:

$$M_2(t) = \frac{\tau}{T} \sum_{n=0}^{\infty} (-1)^n \text{sinc}\left(\frac{n\tau}{T}\right)\cos\left(\frac{2\pi nt}{T}\right) \tag{4}$$

An envelope for the frequency spectra of second modu-
lation signal $M_2(t)$ will have the same magnitudes; however,

US 6,229,856 B1

11

it should be understood that because of the $(-1)^n$ term in the expression for $M_2(t)$, the fundamental $f_0$ and every even harmonic (i.e., $f_2$, $f_4$, etc.) are 180° out of phase with the corresponding harmonic of the first modulation signal $M_1(t)$.

In FIG. 3, the analog-to-digital converter 199 converts the signal M'(t) to a sequence of sampled digital values MF(k) at a sampling rate of, for example, 46,875 samples per second. As discussed above, the first demodulating multiplier 210 multiplies the output MF(k) of the converter 199 by the first demodulating signal $D_1(k)$ to generate the first output sequence $\hat{S}_1(k)$, and the second demodulating multiplier 212 multiplies the output MF(k) by the second demodulating signal $D_2(k)$ to generate the second output sequence $\hat{S}_2(k)$. The multiplication by the multipliers 210, 212 can also be expressed as follows:

$$\hat{S}_1(k)=LP[MF(k)D_1(k)] \tag{5}$$

and

$$\hat{S}_2(k)=LP[MF(k)D_2(k)] \tag{6}$$

where LP is the transfer function of the lowpass filter 220 and of the lowpass filter 222. If, for simplicity, the noise is assumed to be zero, then:

$$M'(t)=S_1(t)M_1(t)+S_2(t)M_2(t) \tag{7}$$

Therefore:

$$\hat{S}_1(k)=LP[[S_1(k)M_1(k)+S_2(k)M_2(k)]D_1(k)] \tag{8}$$

and thus

$$\hat{S}_1(k)=LP[[S_1(k)M_1(k)]D_1(k)+[S_2(k)M_2(k)]D_1(k)] \tag{9}$$

Similarly:

$$\hat{S}_2(k)=LP[[S_2(k)M_2(k)]D_2(k)+[S_1(k)M_1(k)]D_2(k)] \tag{10}$$

Since LP is a linear operator, the right-hand side of Equations 9 and 10 can be split into two terms. The first term on the right-hand side of each of Equations 9 and 10 above is the desired signal portion of the equation, and the second term on the right-hand side of each of the equations is the crosstalk portion. Thus, in order to reduce the crosstalk to zero, the second term of each of Equations 9 and 10 is set to zero:

$$LP[S_2(k)M_2(k)D_1(k)]=0 \tag{11}$$

and

$$LP[S_1(k)M_1(k)D_2(k)]=0 \tag{12}$$

By setting the second terms to zero, Equations 9 and 10 reduce to:

$$\hat{S}_1(k)=LP[S_1(k)M_1(k)D_1(k)] \tag{13}$$

and

$$\hat{S}_2(k)=LP[S_2(k)M_2(k)D_2(k)] \tag{14}$$

One goal of the present invention is to select the demodulating signals $D_1(k)$ and $D_2(k)$ to satisfy Equations 11 and 12 to thereby reduce Equations 9 and 10 to Equations 13 and 14. This is accomplished by utilizing Equations 2 and 3 to simplify the two equations by selectively using components of the two modulating signals $M_1(t)$ and $M_2(t)$ to generate the demodulating sequences $D_1(k)$ and $D_2(k)$.

12

In order to simplify the discussion, Equation 2 can be rewritten as:

$$M_1(t)=\sum_{n=1}^{\infty} E(n)\cos(n\omega t) \tag{15}$$

where E(n) is the sinc envelope for the fundamental frequency $f_0$ (n=1) and the harmonics $f_1$ (n=2), $f_2$ (n=3), and so on, where $\cos(n\omega t)$ represents the cosine term $\cos(2\pi nt/T)$, where $\omega=2\pi/T$. (Note, as discussed above, for discrete sampled signals, the actual envelope of E(n) is a $\sin\alpha/\sin\beta$ function; however, for the frequencies of interest, the sinc function is a suitable representation.)

As discussed above, the DC term (n=0) does not need to be considered because of the operation of the filter 198, and the analog-to-digital converter 199, as well as the action of the demodulation, which shift any unwanted DC or low frequency signals having a frequency less than approximately 10 Hz (hereinafter near-DC signals) to higher frequencies before lowpass filtering. As a further simplification, the magnitude of the fundamental term in Equation 15 is normalized to a value of 1 (i.e., E(1)=1). Note that the normalization results in the need for a scale factor, which will be discussed below. Thus, Equation 15 becomes:

$$M_1(t)=\cos\omega t+a\cos2\omega t+b\cos3\omega t+c\cos4\omega t+\ldots \tag{16}$$

The demodulation signal $D_1(t)$ is defined as:

$$D_1(t)=\cos\omega t+B\cos2\omega t \tag{17}$$

For reasons set forth below, only the first two cosine terms are needed.

Similarly, the second modulating signal $M_2(t)$ becomes:

$$M_2(t)=-\cos\omega t+a\cos2\omega t-b\cos3\omega t+c\cos4\omega t+\ldots \tag{18}$$

and the second demodulating signal $D_2(t)$ is defined as:

$$D_2(t)=-\cos\omega t+B\cos2\omega t \tag{19}$$

Note that the signs of the fundamental and odd harmonics in Equation 18 are 180° out of phase with the corresponding terms in Equation 16.

Note, as will be developed more fully below, by including only the fundamental (cos ωt) and the first harmonic (cos 2ωt) in each of the demodulation signals, only the signals proximate to the fundamental and first harmonic need to be considered. By eliminating higher harmonics, the effects of the higher harmonics of the power line frequency are also eliminated in the output signals generated by the present invention.

Assume that the filter 198 and the analog-to-digital converter 199 do not affect the magnitude of the signal MF(k) with respect to M'(t) for the frequencies having significant energy. Therefore, starting with Equation 7 above, M'(t) can be written as:

$$M'(t)=S_1(t)[\cos\omega t+a\cos2\omega t+b\cos3\omega t+\ldots]$$

$$+S_2(t)[-\cos\omega t+a\cos2\omega t-b\cos3\omega t+\ldots] \tag{20}$$

When the first demodulating multiplier 210 multiplies M'(t) by $D_1(t)$, the terms on the right-hand side of Equation 20 are multiplied by the terms on the right-hand side of Equation 17. Thus:

US 6,229,856 B1

**13**

$$M'(t)D_1(t)=S_1(t)[\cos \omega t+a \cos 2\omega t+b \cos 3\omega t+ \ldots ][\cos \omega t+B \cos 2\omega t]$$

$$+S_2(t)[-\cos \omega t+a \cos 2\omega t-b \cos 3\omega t+ \ldots ][\cos \omega t+B \cos 2\omega t] \quad (21)$$

The term $S_1(t)[\cos \omega t+a \cos 2\omega t+b \cos 3\omega t+ \ldots ][\cos \omega t+B \cos 2\omega t]$ is the signal term which is to be preserved, and the term $S_2(t)[-\cos \omega t+a \cos 2\omega t-b \cos 3\omega t+ \ldots ][\cos \omega t+B \cos 2\omega t]$ is the crosstalk term to be eliminated.

Expanding the crosstalk term from Equation 21, generates:

$$crosstalk=S_2(t)[-\cos^2 \omega t-B \cos \omega t \cos 2\omega t+a \cos \omega t \cos \omega t+aB \cos^2 2\omega t$$

$$-b \cos 3\omega t \cos \omega t-bB \cos 3\omega t \cos 2\omega t+ \ldots ] \quad (22)$$

Using the identity, $\cos(x)\cos(y)=\tfrac{1}{2}[\cos(x+y)+\cos(x-y)]$, the crosstalk term from Equation 22 becomes:

$$crosstalk=S_2(t)[-\tfrac{1}{2}(\cos 2\omega t+1)+((a-B)/2)[\cos 3\omega t+\cos \omega t]$$

$$+(aB/2)[\cos 4\omega t+1]-(b/2)[\cos 4\omega t+\cos 2\omega t]$$

$$-(bB/2)[\cos 5\omega t+\cos \omega t]+ \ldots ] \quad (23)$$

The remaining terms in Equation 23 will all have a factor of $\cos \omega t$ or higher. Thus, Equation 23, when fully expanded only includes near-DC terms:

$$crosstalk_{DC}=LP[S_2(t)[(aB/2)-\tfrac{1}{2}]] \quad (24)$$

where $S_2(t)$ corresponds to the infrared portion of the original plethysmograph signal which has a bandwidth of interest of approximately 0 to 10 Hz. Any components present above 10 Hz will be eliminated by the action of the lowpass filter **220**. Thus, it can be seen that only the signals of interest are folded back to DC or near-DC. By using the lowpass filter **220**, the DC terms and near-DC terms can be isolated so that only the DC terms and near-DC terms of the crosstalk are presented at the output of the lowpass filter **220**. Thus, in order to eliminate the crosstalk, the crosstalk terms in Equation 24 need to be set to zero:

$$LP[S_2(t)[aB/2-\tfrac{1}{2}]]=0 \quad (25)$$

Thus:

$$B=1/a \quad (26)$$

The result in Equation 26 can also be expressed using a geometric interpretation of vector projection (i.e., dot products) of $S_2(t)$ and $S_1(t)$ wherein the projection of $S_2(t)$ onto $D_1(t)$ is equal to zero and the projection of $S_2(t)$ onto $D_2(t)$ is maximized. In other words, express $S_1(t)$, $S_2(t)$, $D_1(t)$ and $D_2(t)$ as vectors of samples in an n-dimensional sample space (e.g., $S_1(t)$ is represented as a vector $S_1$ of samples $S_1(k)$). For example, in a preferred embodiment, n=148, and thus $S_1, S_2, D_1$ and $D_2$ are vectors of 148 samples each. The first crosstalk term is $S_1 \cdot D_1$. The second crosstalk term is $S_2 \cdot D_1$. The first signal output is $S_1 \cdot D_1$. The second signal output is $S_2 \cdot D_2$. Select the vectors $D_1$ and $D_2$ to drive the crosstalk terms to zero.

The relationship in Equation 26 also works to preserve the signal term. In particular, the signal term in Equation 21 can be expanded and lowpass filtered in the same manner as the crosstalk term to obtain:

$$signal=\hat{S}_1(t)=LP[S_1(t)[(aB/2)+\tfrac{1}{2}]] \quad (27)$$

Using the relationship from Equation 26, then Equation 27 becomes:

**14**

$$signal=\hat{S}_1(t)=LP[S_1(t)[(a/2a)+\tfrac{1}{2}]]=LP[S_1(t)]=S_1(t) \quad (28)$$

It can be readily shown that the same relationship holds for the crosstalk term and the signal term for the signal $S_2(t)$ by defining the second demodulation signal $D_2(t)$ as:

$$D_2(t)=-\cos \omega t+B \cos 2\omega t \quad (b \ 29)$$

and multiplying $M_2(t)$ by $D_2(t)$. After expanding the crosstalk and signal terms and eliminating the terms above 10 Hz, it can be shown that by selecting B=1/a, the crosstalk term is canceled and the signal term $S_2(t)$ is recovered.

From the foregoing, it can be seen that by choosing the relationship between the magnitude of B as the reciprocal of a, then the crosstalk terms are eliminated and the signal terms are preserved. Note that neither A nor B is an absolute value. As set forth in Equation 16, a is the magnitude of the $\cos 2\omega t$ term of $M_1(t)$ when the magnitude of the $\cos \omega t$ term of $M_1(t)$ is normalized to 1. Similarly, from Equation 17, B is the magnitude of the $\cos 2\omega t$ term of $D_1(t)$ when the $\cos \omega t$ term of $D_1(t)$ is normalized to 1.

It should be understood that both $D_1(t)$ and $D_2(t)$ can include higher harmonic terms; however, such additional terms could result in increased sensitivity to the noise of fluorescent lights and the like because of the harmonics of the 60 Hz power line frequency (or the 50 Hz power line frequency in other countries). For example, FIG. **5** illustrates an exemplary spectrum of the first and second harmonics of the present invention when the fundamental frequency is selected to be 316.7 Hz. Thus, the first harmonic frequency is 633.4 Hz. Note that the variations in the signals caused by blood flow throughout a cardiac cycle causes the fundamental and harmonics of modulation frequency to be surrounded by sidebands representing the frequency content of the plethysmograph. For example, in FIG. **5**, the first and second harmonics are at 316.7 Hz and 633.4 Hz, ±10 Hz.

As further illustrated in FIG. **5**, the conventional 60 Hz power line frequency has harmonics at 120 Hz, 180 Hz, 240, etc. Thus, the nearest harmonics of the power line frequency to the first harmonic of the present invention are at 300 Hz and 360 Hz, and the nearest harmonics of the power line frequency to the second harmonic of the present invention are 600 Hz and 660 Hz. Similarly, if used in a country having a 50 Hz power line frequency, the nearest harmonics to the first harmonic of the present invention are 300 Hz and 350 Hz, and the nearest harmonics to the second harmonic of the present invention are 600 Hz and 650 Hz. Even if the power frequency were to vary by up to 1.5 percent, the noise generated by the ambient light from fluorescent lamps, or the like, would not be at the first and second harmonic frequencies of the present invention. The fundamental frequency has thus been selected to avoid power line caused ambient noise at the first and second harmonic frequencies.

The foregoing discussion assumed that the filter **198** did not significantly affect the amplitude of the filtered signal. If the filter **198** does have an affect on the amplitude, then B will be a constant times the value of B determined above:

$$B=k/a \quad (30)$$

where k depends on the relative attenuation of the first harmonic and the second harmonic through the filter **198**.

Although the value of the coefficient B can be calculated as set forth above, the calculations may be complicated if the filter **198** or the modulators **190**, **192** introduce phase changes which cause the calculations to be performed on complex numbers. For example, if the modulation signals $M_1(t)$ and $M_2(t)$ are not rectangular waves which have 25% duty cycles and which are precisely 180° out of phase, as

US 6,229,856 B1

15

16

illustrated herein, then the coefficients of the frequency components of the modulation signals may be complex to account for the phase relationships, and thus, the coefficients of the demodulation signals may be complex.

As illustrated in FIG. 6, the value of B can also be determined empirically by performing a initial measurement with one channel (i.e., either the red pulse or the infrared pulse turned off) and minimizing the crosstalk. In particular, during the initial measurement, the waveform 140 in FIG. 2 is set to a continuous zero value so that no infrared pulses are generated. Thus, the detector 150 (FIG. 1) receives only the light generated by the red LED 106. Thus, $M_2(t)$ is set to zero, and Equation 10 for $\hat{S}_2(t)$ becomes:

$$\hat{S}_2(t) = LP[S_1(t)M_1(t)D_2(t)] \tag{31}$$

It can be seen that $\hat{S}_2(t)$ includes only a crosstalk portion, which can be measured on the output from the second lowpass filter 222. Thus, by varying the value B while monitoring the magnitude or the RMS (root-mean-squared) value of the output signal $\hat{S}_2(t)$, a minimum magnitude $\hat{S}_2(t)_{min}$ for the output signal $\hat{S}_2(t)$ can be found which corresponds to the best value $B_{BEST}$ for B. In an ideal system, the best value for B corresponds to a zero value for the output signal $\hat{S}_2(t)$; however, in a real environment, the best value of B may correspond to a non-zero value for $\hat{S}_2(t)$ (i.e., a minimum error for $\hat{S}_2(t)$). It should be understood that the value of $B_{BEST}$ can also be determined by tuning the red LED 106 and varying B while monitoring $\hat{S}_1(t)$ until $\hat{S}_1(t)$ is minimized.

From the foregoing, it can be seen that the effect of the modulation signals $D_1(t)$ and $D_2(t)$ is to shift the DC or near-DC noise terms up in frequency while shifting the signals of interest at the harmonics back to DC or near-DC, which in effect interchanges the noise spectra and the signal spectra so that the noise spectra can be eliminated by the action of the lowpass filters 220, 222, leaving only the signals of interest.

FIG. 7 illustrates a preferred embodiment of the present invention which implements the functions described above in a digital system. Preferably, the digital system comprises a digital signal processor (not shown), and the blocks described herein comprise data structures within the digital signal processor and software routines that implement the processes described below. In particular, the present invention comprises an LED demodulation block 300 which receives a digital configuration signal on a bus 310, a clock signal on a line 312 and a digital detector signal on a bus 314 as inputs. The digital configuration signal bus 310 provides a way to change the configuration of the LED demodulation block 300 to accommodate different LEDs and different detection algorithms. Preferably, the clock signal on the line 312 is a 46,875 Hz (46.875 kHz) square wave signal which is used to synchronize the timing functions of the present invention The digital detector signal on the line 314 is the output of the analog-to-digital converter 199. The analog-to-digital converter 199 is connected to the output of the detector 150 (via the amplifier 197 and the filter 198) and samples the output of the detector 150 at 46,875 samples per second to provide a stream of sampled digital values of the red light and infrared light incident on the detector 150.

The LED modulation block 300 generates a demodulated red signal output on a bus 340 and generates a demodulated infrared signal output on a bus 342. The demodulated red signal output is passed through the low pass filter 220 and is output therefrom as the signal $\hat{S}_1(t)$. The demodulated infra-red signal output is passed through the low pass filter 222 and is output therefrom as the signal $\hat{S}_2(t)$. As further

illustrated in FIG. 8, the LED demodulation block 300 comprises a modulo-M block 350, an LED demodulation state table block 352, the first demodulating multiplier 210 and the second demodulating multiplier 212.

The modulo-M block 350 receives the main 46,875 Hz clock signal on the line 312 as one input and receives a MODULUS signal on a bus 354 as a second input. The bus 354 forms a portion of the configuration bus 310. The modulo-M block 350 divides the clock signal by the MODULUS signal and generates a RESIDUE signal (described below) on a bus 356 which is provided as one input to the LED demodulation state table block 352. The LED demodulation state table block 352 also receives the configuration signals on the configuration bus 310.

The LED demodulation state table is responsive to the residue signal and the configuration signals to generate the first demodulating signal $D_1(t)$ on a bus 360 and to generate the second demodulating signal $D_2(t)$ on a bus 362. The first demodulating signal $D_1(t)$ is provided as one input to the first demodulating multiplier 210, as described above. The second demodulating signal $D_2(t)$ is provided as one input to the second demodulating multiplier 212, as described above. The first demodulating multiplier 210 and the second demodulating multiplier 212 receive the digital detector signal on the line 314 as respective second inputs. The demodulating multipliers 210, 212 multiply the digital detector signal by the first demodulating signal $D_1(t)$ and the second demodulating signal $D_2(t)$, respectively, to generate a demodulated red signal and a demodulated infrared signal on the buses 340 and 342, respectively. Because the outputs of the two demodulating multipliers 210 and 212 include the terms cos $\omega t$, cos $2\omega t$, and higher, the demodulated signals on the buses 340 and 342 are provided as respective inputs to the low pass filters 220 and 222 to pass only the near-DC terms, as discussed above. The outputs of the lowpass filters 220 and 222 on the buses 344 and 346, respectively, are the $\hat{S}_1(t)$ signal and the $\hat{S}_2(t)$ signal which contain only the near-DC terms, which, in accordance with the discussion presented above represent the original input signals $S_1(t)$ and $S_2(t)$ with the unwanted noise substantially reduced or eliminated. The two signals $\hat{S}_1(t)$ and $\hat{S}_2(t)$ are then applied to computation circuitry (not shown) which computes the blood oxygen saturation and other cardiographic parameters in a manner described in the above-cited U.S. Pat. Nos. 5,482,036 and 5,490,505.

The residue signal generated as the output from the modulo-M block 350 is a multiple bit signal that counts from 0 to MODULUS-1. In the preferred embodiment described herein, MODULUS has a value of 148. Thus, the RESIDUE output of the modulo-M block 350 counts from 0 to 147. The RESIDUE output of the modulo-M block 350 is a number that is provided as the input to the LED demodulation state table block 352. As illustrated in FIG. 9, the RESIDUE output on the bus 356 corresponds to the signal 180 in FIG. 1 and is also provided to the input of an LED modulation state table block 370 which, together with an LED driver circuit 372, comprise the modulation block 104 (FIG. 1) which generates the drive signals to the red LED 106 and the infrared LED 108. As described above, the red LED 106 and the infrared LED 108 generate the modulation signals $M_1(t)$ and $M_2(t)$, respectively, which effectively operate as carriers for the plethysmograph waveform to be measured. In particular, as illustrated by a red drive timing waveform 374 and by a infrared drive timing waveform 376 in FIG. 10, the modulation state table block 370 generates a red signal pulse 378 during the time when the RESIDUE signal increments from 0 to 36. Then, the modulation state table block 370

US 6,229,856 B1

17

generates neither a red signal pulse nor an infrared signal pulse during the time when the RESIDUE signal increments from 37 to 73. Then, the modulation state table block 370 generates the infrared signal pulse 380 during the time when the RESIDUE signal increments from 74 to 110. Then, the modulation state table block 370 again generates neither a red signal pulse nor an infrared signal pulse during the time when the RESIDUE signal increments from 111 to 147. The RESIDUE signal then resets to 0 and the process repeats continuously.

The red signal pulse 378 and the infrared signal pulse 380 from the modulation state table block 370 are provided as inputs to the LED driver circuit 372 which turns on the red LED 106 when the red signal pulse 376 is active and turns on the infrared LED 108 when the infrared signal pulse 378 is active by generating the current waveform 120 illustrated in FIG. 2. The circuitry for converting the red signal pulse 376 and the infrared signal pulse 378 to the bi-directional current pulses of the waveform 120 is conventional and does not need to be described herein.

In the preferred embodiment, the LED demodulation state table block 352 implements demodulation equations which generally correspond to the Equations 17 and 19 described above. In particular, the LED demodulation state table block 352 receives the RESIDUE as one input to the state table and steps through the state table based upon the current value of the RESIDUE. The LED demodulation state table block 352 generates two output values for each value of the RESIDUE, wherein the first output value is the first demodulation signal $D_1(t)$ on the signal bus 360, and the second output value is the second demodulation signal $D_2(t)$ on the signal bus 362.

In particular, the LED demodulation state table block 352 implements the following forms of the demodulation signal $D_1(t)$ and the $D_2(t)$ equations:

$$D_1(t) = -SCL\left(\cos\left[2\pi\left(\frac{R - 18.5 - HW\Delta}{Modulus}\right)\right] + HWD\left(\cos\left[4\pi\left(\frac{R - 18.5 - HW\Delta}{Modulus}\right)\right]\right)\right) \quad (32)$$

and

$$D_2(t) = -SCL\left(\cos\left[2\pi\left(\frac{R - 18.5 - HW\Delta}{Modulus}\right)\right] - HWD\left(\cos\left[4\pi\left(\frac{R - 18.5 - HW\Delta}{Modulus}\right)\right]\right)\right) \quad (33)$$

In Equations 32 and 33, the value SCL is a scale factor which determines the magnitudes of the two demodulation signals and which is used to compensate for the normalization discussed above and to compensate for other factors, such as, for example, non-ideal rectangular pulses. The method of determining the scale factor will be set forth below. In one particularly preferred embodiment, the value of SCL is 2.221441469. The value HWD is a hardware distortion factor, which corresponds to the value of B discussed above. The determination of the value B was described above, and will be described again below in connection with this preferred embodiment. In one particularly preferred embodiment where the pulses applied to the red LED 106 and the infrared LED 108 are idealized rectangular waves having 25% duty cycles, the value of HWD can be calculated to be 1.414213562. This ideal value for HWD can be determined by recognizing that the value of the coefficient A for the cos 2ωt terms in Equations 16 and 18 is determined by the sinc function. When the coefficient of the cos ωt term is normal-

18

ized to 1, as in the two equations, then the value of the coefficient a is equal to √2/2. Thus, the ideal value for B (i.e., HWD) is √2. Of course, the actual value of the coefficient B, and thus HWD, will vary when the red pulses and the infrared pulses are not true rectangular waves. Since, in actual embodiments, the pulses will have finite rise times and fall times, the optimum value of HWD is preferably found empirically in the manner described below.

The value 18.5 in Equations 32 and 33 is used to align the demodulation waveforms with the modulation waveforms so that the peak of the cosine functions corresponds to the midpoints of each of the modulation waveforms. The value HWΔ is a hardware delay factor which may be needed in certain embodiments to compensate for delays in the analog processing, the digital processing or both, which cause the demodulation signals $D_1(t)$ and $D_2(t)$ to be out of phase with the modulation signals $M_1(t)$ and $M_2(t)$. In an ideal environment, the value of the hardware delay factor is 0. However, in one particularly preferred embodiment, the value of the hardware delay factor is 39. The modulus was described above and is basically the number of steps in each period of the waveforms. In the embodiment described herein, the modulus is 148. The value R is the RESIDUE, which varies from 0 to modulus-1, and thus, in the preferred embodiment, R varies from 0 to 147.

In operation, the clock signal on the line 312 causes the modulo-M block 350 to generate the RESIDUE signal, as described above. The RESIDUE value is applied to the LED modulation block 104 which generates the modulation signals $M_1(t)$ and $M_2(t)$, as described above. The RESIDUE value is also applied to the LED demodulation state table block 352 which generates a new value for $D_1(t)$ and a new value for $D_2(t)$ for each new RESIDUE value. Thus, 148 values of $D_1(t)$ and $D_2(t)$ are generated for each complete cycle. Because the clock signal is operating at 46,875 Hz, the modulation signals $M_1(t)$ and $M_2(t)$ and the demodulation signals $D_1(t)$ and $D_2(t)$ have a fundamental frequency of 316.722973 Hz, which as discussed above, does not correspond to any harmonic of conventional 50 Hz or 60 Hz power line frequencies.

The HWΔ (hardware delay factor) value, the HWD (hardware distortion factor) value and the SCL (scaling factor) value are found empirically as follows. First, the ideal values of the hardware delay the factor, the hardware distortion factor and the scale factor are applied to the Equations 32 and 33 in the LED demodulation state table block 352 (i.e., HW 32 0, HWD=1.414213562, and SCL=2.221441469). To determine the optimum value of the hardware delay factor, the second modulation signal $M_2(t)$ is set to a constant value of zero (i.e., the infrared LED is maintained in its OFF state). The red LED pulses are applied as set forth above, and the digital detector output signal from the analog-to-digital converter is monitored and compared to the modulation signal $M_1(t)$. The relative delay between the beginning of the modulation signal $M_1(t)$ and the detection of the beginning of the responsive output from the analog-to-digital converter is the optimum hardware delay factor (HWΔ) value. In one exemplary embodiment, the optimum value of the hardware delay factor is 39.

After determining the value of the hardware delay factor and applying it to Equations 32 and 33, the ideal value of the hardware distortion factor and the ideal value of the scale factor are applied to the two equations. Again, with the red LED pulses applied to the red LED 106 and no pulses applied to the infrared LED, the value of the hardware distortion factor is slowly varied from its ideal value while

US 6,229,856 B1

19

the DC component of the demodulated infrared signal output on the line 342 is monitored. The value of the hardware distortion factor is varied until the measured DC component is minimized, and the value of the hardware distortion factor corresponding to the minima DC component is selected as the optimum value for the hardware distortion factor.

Next, with the value of the hardware delay factor and the value of the hardware distortion factor set to their respective optimum values, as determined above, the value of the scale factor (SCL) is initially set to 1. Again, with the modulation system generating pulses only to the red LED 106, the DC component of the demodulated red signal output on the line 340 is measured. In addition, the difference in amplitude between the on state and the off state of the digital detector signal from the filter 198 is measured. The ratio of the measured amplitude difference to the measured DC component of the demodulated red signal output is selected as the optimum value for the scale factor.

An exemplary demodulation waveform $D_1(t)$ is illustrated by a waveform 400 in FIG. 11 and an exemplary demodulation waveform $D_2(t)$ is illustrated by a waveform 402 in FIG. 11. The demodulation waveforms in FIG. 11 are illustrated with the hardware delay factor set to 0 in order to align the waveforms with the modulation waveforms in FIG. 10. It should be understood that when the hardware delay factor is non-zero, the demodulation waveforms in FIG. 11 will be shifted in phase with respect to the modulation waveforms in FIG. 10.

Although described above in connection with the variation of the amplitude of the first harmonic component of the demodulation signals in order to minimize the crosstalk, it should be understood that the relative amplitude of the second harmonic component of the demodulation signals with respect to the amplitude of the fundamental component of the demodulation signals is determined by the relationship of the amplitude of the first harmonic component of the modulation signals to the amplitude of the fundamental component of the modulation signals. The relationship of the amplitude of the first harmonic component of the modulation signals depends in part upon the duty cycles of the modulation signals. If the modulation duty cycles are varied, the amplitude of the first harmonic component of the modulation signals changes. Thus, the crosstalk may also be minimized by holding the amplitudes of the components of the demodulation signals constant while varying the duty cycles of the modulation signals. One skilled in the art will appreciate that other variations in the modulation and demodulation signals may also be used to minimize the crosstalk between the two output signals.

A plurality of signals $S_1, S_2, S_3 \ldots S_n$ can be demodulated and the crosstalk between signals reduced to a minimum by application of the foregoing invention to more than two signals.

Additional information can advantageously be derived from the digitized detection signal on the bus 314 and can be used to provide indications regarding the reliability of the demodulated signals generated as described above. In particular, although the present system is capable of demodulating the $\hat{S}_1(t)$ signal and the $\hat{S}_2(t)$ signal in the presence of significant ambient noise from light and other sources, it is possible that the level of the ambient noise is sufficiently high to affect the demodulated signals. FIGS. 12 and 13 illustrate a time domain method and system for determining the ambient noise level, and FIGS. 14 and 15 illustrate a frequency domain method and system for determining the ambient noise level.

As illustrated in FIG. 12, the digital detection signal 152 is sampled by a sample signal represented by a waveform

20

500, which comprises a plurality of sampling pulses 502. The sampling pulses 502 are timed to occur during the intervals between the red pulses 134, 136 and the infrared pulses 142, 144 when no red light and no infrared light should be detected by the detector 150 (FIG. 1). Thus, any energy detected during the sample intervals is primarily caused by ambient light and other noise sources. As illustrated, the sampling pulses 502 preferably occur at the approximate midpoint of each interval between the red and infrared pulses.

As illustrated in FIG. 13, the digital detection signal bus 314 is provided as an input to a time domain sampler 520. The time domain sampler 520 also receives the RESIDUE signal on the bus 356 as a second input. The time domain sampler is responsive to the RESIDUE signal to sample the digital detection signal at times when the value of the RESIDUE signal corresponds to the quiescent times of the red pulses 134, 136 and the infrared pulses 142, 144. As described above, the red pulses 134, 136 are generated when the RESIDUE signal has values between 0 and 36, and the infrared pulses are generated when the RESIDUE signal has values between 74 and 110. Thus, assuming no hardware delay, the sampling pulses 502 are preferably generated, for example, when the RESIDUE signal has a value of 55 and when the RESIDUE signal has a value of 129, which positions the sampling pulses at the approximate midpoints of the quiescent intervals between the pulses. As discussed above, the actual system has a hardware delay caused by processing times. Thus, if the system has a hardware delay factor of, for example, 39, the sampling pulses 502 are shifted in time to occur when the RESIDUE signal has a value of 94 and a value of 20 (168 modulo$_{148}$). The sample times used by the time domain sampler 520 are advantageously determined by configuration signals received via the digital configuration bus 310, described above. For example, the time domain sampler 520 can be initially set to sample at RESIDUE signal values of 55 and 129, and the value of the hardware delay value factor (HWΔ) communicated by the digital configuration bus 310 is added to both values to shift the sample to the correct sample interval.

As illustrated in FIG. 14, a detection signal spectra 550 includes the two frequency components corresponding to the fundamental and first harmonic of the modulation signal at 316.7 Hz and 633.4 Hz, respectively. The spectra 550 further includes the fundamental and multiple harmonics of the 60 Hz power line frequency. In addition, the spectra 550 includes noise at a multitude of frequencies which may be caused by various sources. One particularly troublesome source of noise encountered in pulse oximetry systems is an electrocauterization device, which uses a high frequency electrical current to make surgical incisions and to cauterize the surrounding blood vessels at the same time. Although primarily high frequency noise sources, such devices also generate significant noise at lower frequencies because of arcing. When an electrocauterization device is operated close to a pulse oximeter detector, the noise generated by the device can overwhelm the signals generated by the pulse oximetry detector. In other words, the noise floor can be greater than the detectable signal from the pulse oximetry detector.

It is desirable to detect when the noise floor is too high so that the pulse oximetry system can indicate that the demodulated signals may not be reliable. In order to determine the level of the noise floor, the present invention samples the spectra 550 to determine the content of the frequency components detected at frequencies other than the fundamental and harmonic frequencies of the modulation signals.

US 6,229,856 B1

21

In particular, as illustrated by a sample control signal **560** in
FIG. **14**, the portions of the spectra **550** which do not include
the fundamental and harmonics of the modulation signal are
sampled. Thus, in the preferred embodiment, the magnitudes
of the spectra at 316.7 Hz, 633.4 Hz, 950.1 Hz, etc., are not
sampled. Furthermore, because a band of frequencies around
the fundamental and harmonics of the modulation signal
also include significant information caused by the modula-
tion of the red pulses and the infrared pulses by the changes
in blood flow during each cardiac cycle. Thus, as illustrated
in FIG. **14**, in the preferred embodiment, a band of frequen-
cies surrounding the fundamental and harmonic frequencies
of the modulation signals (i.e., the sidebands discussed
above) are not included in the samples. For example, a band
of at least ±10 Hz around each of the fundamental and
harmonic frequencies is not included in the samples.

The intensities at the sampled frequencies are averaged,
and an output signal is generated which represents the
average intensity of the noise signals. Other portions (not
shown) of the digital processing system advantageously
monitor the average intensity of the noise signals, and, if the
average intensity exceeds a selected threshold based upon
the size of the measured plethysmograph, then the demodu-
lated output signals from the system are considered as being
unreliable and should not be used.

FIG. **15** illustrates a preferred embodiment of a system
that determines the noise floor, as described above. The
system of FIG. **15** includes a Fast Fourier Transform block
**600** which receives a plurality of samples from the digitized
detector bus **314** and generates a transformed output on a bus
**610**. The transformed output on the bus **610** represents the
spectra of the samples. In the preferred embodiment, a
sufficient number of samples are taken to represent approxi-
mately 44 milliseconds of data so that at least two cycles of
the 60 Hz power are included within the samples. For
example, approximately 1,024 samples can be taken during
the 44 millisecond interval at a sample rate of approximately
23.4 kHz (e.g., one-half the system timing rate). The spectra
for a 44-millisecond interval are provided as inputs to a
spectral sampler **620** which eliminates the samples in the
±10 Hz bands around the fundamental and harmonic fre-
quencies of the modulation signals. The output of the
spectral sampler **620** is provided on a bus **630** and is thereby
provided as an input to an averager **640**. The averager **640**
averages the sampled noise spectra which it receives and
provides an averaged output on a bus **650**. The averaged
output on the bus **650** represents the noise floor and is
provided to other portions of the digital processing system
where it is compared to the selected threshold to determine
whether the noise floor is excessive. The threshold is not
necessarily fixed, but is dependent on the strength of the
plethysmograph, which in turn depends upon the perfusion
of blood in the body portion being measured.

The embodiment of FIG. **15** can also advantageously be
used to determine whether the ambient noise is primarily at
60 Hz, corresponding to power line frequencies in the
United States and Canada, or at 50 Hz, corresponding to
power line frequencies in Europe. The foregoing modulation
frequency of 316.7 Hz is selected to avoid the harmonics of
the 60 Hz power line frequency as well as the 50 Hz power
line frequency. If a significant shift in the power line
frequency is detected such that aliasing of the ambient noise
occurs at the frequencies of interest, then the modulation
frequency can be changed to displace the modulation har-
monics farther from the harmonics of the power line
frequency, such as, for example, by changing the 46,875 Hz
sampling frequency, or by changing the modulus.

22

Pre-Demodulation Decimation

For convenience, the previous embodiments do not show
the signal MF(k) being decimated before demodulation.
However, as discussed in more detail below, the signal
MF(k) can advantageously be decimated prior to demodu-
lation. The pre-demodulation decimation technique can
reduce the computational burden required to perform the
demodulation operations, primarily because the decimated
sample rate is lower than the original (undecimated) sample
rate. Computation can also be reduced because, as will be
seen, the numerical sequences used in the demodulator are,
in some circumstances, shorter than the sequences given in
Equations 32 and 33. Pre-demodulation decimation is a
generalization of the previous embodiments and reduces to
the previous embodiments when the pre-demodulation deci-
mation rate is one.

FIG. **16** is a pictorial representation of a system that
incorporates pre-demodulation filtering and decimation.
FIG. **16** is similar to FIG. **3**, and like numbers refer to like
elements in the two figures. FIG. **16** shows the first modu-
lator **191** having a signal input $S_1(t)$ and a modulation input
$M_1(t)$. The second modulator **193** has a signal input $S_2(t)$ and
a modulation input $M_2(t)$. The pair of signals $S_1(t)$ and $S_2(t)$
represent the effect of the time-varying volume and scatter-
ing components of the blood in a finger (or other body part)
on the red light and the infrared light, respectively, passing
through the finger. The red light portion $S_1(t)$ is
caused by the variable attenuation of the red light passing
through the finger **102** (shown in FIG. **1**). The infrared light
signal portion $S_2(t)$ is caused by the variable attenuation of
the infrared light passing through the finger **102**. The outputs
of the first and second modulators **191**, **193** are provided to
the receiving photodetector **150**. The photodetector **150** is
modeled as an adder **194** and an adder **196**. The outputs of
the first and second modulators **191**, **193** are provided to the
adder **194** to generate a composite signal M(t) where:

$$M(t)=S_1(t)M_1(t)+S_2(t)M_2(t). \qquad (34)$$

The output signal M(t) from the adder **194** is provided to
an adder **196** where a signal n(t) is added to the signal M(t).
The signal n(t) represents a composite noise signal caused
by ambient light (including DC and harmonics of the power
line frequency), electromagnetic pickup, and the like, which
are also detected by the photodetector **150**. In addition, the
signal n(t) may also include noise at higher frequencies
caused, for example, by other devices such as electrocau-
terization equipment, or the like. The output of the adder **196**
is a signal M'(t)=M(t)+n(t) which includes noise components
as well as the signal components.

The M'(t) signal output of the adder **196** (i.e., the output
of the detector **150**) is applied to the input of a signal
processing block **1600**. Within the signal processing block
**1600**, the signal M'(t) is first passed through the amplifier
**197** and then through the analog bandpass filter **198**. The
analog bandpass filter **198** provides anti-aliasing and
removal of low frequency noise and DC. The filter **198** has
a passband selected to pass signals in the preferred range of
20 Hz to 10,000 Hz. The analog bandpass filter **198** removes
a significant portion of the noise below 20 Hz. The signal
components responsive to the blood oxygen saturation are
frequency shifted by the operation of the two modulation
signals $M_1(t)$ and $M_2(t)$ and are passed by the analog
bandpass filter **198**.

In one embodiment, the output of the analog bandpass
filter **198** is sampled by the analog-to-digital converter **199**
and converted therein to digital signals. In one embodiment,
the signals are sampled at 46,875 samples per second. The

US 6,229,856 B1

23

digital signals from the analog-to-digital converter **199** are provided as inputs to a lowpass digital filter **1620**. Output signals from the digital filter **1620** are provided to a sample rate compression block **1622** that reduces (compresses) the sample rate by a decimation rate $R_1$. The lowpass digital filter **1620** and sample rate compressor **1622** together comprise a decimator **1621** (decimation comprises lowpass filtering followed by sample rate compression). The digital filter **1620** provides anti-aliasing filtering and the sample rate compression block **1622** preferably operates at a sampling rate of at least twice the highest frequency of interest as determined by the digital filter **1620**. In one embodiment, the sample rate compression block **1622** reduces the sample rate by a factor of $R_1$=37, corresponding to the number of samples during the period $\tau$ as illustrated in FIG. **10**. The output of the sample rate compression block **1622** provides one sample per time period $\tau$ and thus four samples per time period T. The output of the sample rate compression block **1622** is a signal MF(k) (where k is a discrete index) which comprises approximately 1,266 samples per second.

The signal MF(k) is provided as a first input to a first mixer **1624**. The signal MF(k) is also provided as a first input to a second mixer **1626**. A first demodulating signal $D_1$(k) is provided as a second input to the first mixer **1624**, and a second demodulating signal $D_2$(k) is provided as a second input to the second mixer **1626**. The output of the first mixer **1624** is provided as an input to a first lowpass filter **1630**, and the output of the second mixer is provided as an input to a second lowpass filter **1640**. The bandwidths of the lowpass filters **1630**, **1640** are preferably approximately 10 Hz. The signal MF(k) is also provided as a first input to a noise channel mixer **1628**. A noise demodulating signal $D_0$(k) is provided as a second input to the noise channel mixer **1628**. The output of the noise channel mixer **1628** is provided to an input of a low pass filter **1650**. The output of the low pass filter **1650** is provided to a sample rate compression block **1652**. The output of the sample rate compression block **1652** is an estimate of the noise n(t). The output of the lowpass filters **1630** is provided to an input of a sample rate compressor **1632** and the output of the lowpass filter **1640** is provided to an input of a sample rate compressor **1642**. The lowpass filter **1630** and the sample rate compressor **1632** together comprise a decimator **1631**. The lowpass filter **1640** and the sample rate compressor **1642** together comprise a decimator **1641**.

The output of the decimator **1631** is a signal $\hat{S}_1$(k), which, as discussed below, is an estimate of the signal $S_1$(k). The output of the decimator **1641** is a signal $\hat{S}_2$(k), which, as discussed below, is an estimate of the signal $S_2$(k). As will be shown below, the selection of the first demodulating signal $D_1$(k) and the second demodulating signal $D_2$(k) in accordance with the present invention can reduce or eliminate the effects of noise in the two output signals $\hat{S}_1$(k) and $\hat{S}_2$(k) and also reduce or eliminate crosstalk between the two signals.

The decimators **1632**, **1642** decimate by a decimation rate $R_2$. In a preferred embodiment, the decimators **1632**, **1642** decimate by a decimation rate R2=20 to a sample rate of, for example, 63.3 Hz to provide a decimated output which can be further processed in accordance with the methods and apparatuses described in the above-referenced patents. The decimations which occur in the decimators **1632**, **1642** reduce the rate at which the output signals $\hat{S}_1$(k) and $\hat{S}_2$(k) need to be processed while maintaining the sample rate well above the 10 Hz frequency content of the signals of interest. The outputs of the decimators **1632**, **1642** are provided on respective output lines **1634** and **1644**.

24

Decimating the signal MF(k) prior to demodulation, although not an approximation technique, can be simplified by assuming that each desired signal $S_i$(t) does not change appreciably during each period $\tau$. In many applications it is reasonable to assume that the desired signals $S_1$(t) and $S_2$(t) will not change significantly during the time interval $\tau$ shown in FIG. **2**. One skilled in the art will recognize that a sufficient condition for this assumption is that the highest significant frequency components in $S_1$(t) and $S_2$(t) are much lower than the modulation frequency. In the pulse-oximetry application the highest frequency of interest is typically around 10 Hz, which is far below the 316.7 Hz fundamental of the modulation. Since n(t) is not a desired signal, no such assumption is necessary for n(t). Thus, while n(t) may vary erratically over a modulation cycle, the signals $S_1$(t) and $S_2$(t) do not. Therefore, it is possible to perform pre-demodulation decimation that has little effect on $S_1$(t) and $S_2$(t) but may shape n(t) into n'(t). The measured signal is decimated by a factor $R_1$=Q (where Q is the number of samples in a time period $\tau$) and then demodulated.

Assuming $R_1$=Q, then the spectral domain representation of the signal MF(k) at the output of the sample rate compression block **1622** is given by (approximately):

$$MF(f) = \frac{1}{T} \sum_{n=-\infty}^{\infty} \left[ S_1\left(f - \frac{n}{T}\right) + (-1)^n S_2\left(f - \frac{n}{T}\right) \right] + \qquad (35)$$
$$\frac{4}{T} \sum_{m=-\infty}^{\infty} n'\left(f - \frac{4m}{T}\right)$$

Since the sample rate compression block **1622** decimates at the same rate as the number of samples per period $\tau$, the decimation removes any $\tau$ dependence in the expression for MF(f). The frequency components indexed by m increase four times faster than the frequency components indexed by n. This occurs because the modulated signals $S_1$(t) and $S_2$(t), which are indexed by n, occur in only one fourth of the samples, but the noise n(t), which is indexed by m, occurs in every sample.

The demodulation operation can be performed either in the frequency or the time domain. A method for frequency domain demodulation of the signal MF(k) can be obtained by rewriting Equation 35 as:

$$MF(f) = \ldots MF_{-2}(f) + MF_{-1}(f) + MF_0(f) + MF_1(f) + MF_2(f) + \ldots \quad (36)$$

where

$$MF_{-2}(f) = [S_1(f) + S_2(f)]/T$$
$$MF_{-1}(f) = [S_1(f) - S_2(f)]/T$$
$$MF_0(f) = [S_1(f) + S_2(f) + 4n'(f)]/T$$
$$MF_1(f) = [S_1(f) - S_2(f)]/T$$
$$MF_2(f) = [S_1(f) + S_2(f)]/T$$
$$MF_3(f) = [S_1(f) - S_2(f)]/T$$
$$MF_4(f) = [S_1(f) + S_2(f) + 4n'(f)]/T \qquad (37)$$

Where n'(k) is the decimated noise signal n(t). Estimates for the signal $S_1$(f) can be obtained by shifting the spectra of $MF_1$(f) and $MF_2$(f) by −1/T and −2/T, respectively, and then dividing the sum of the resultant by 2. Likewise, $S_2$(f) can be obtained by dividing the difference of the resultant spectra by 2. In other words:

US 6,229,856 B1

**25**

$$\hat{S}_1(f) = MF_1(f-1/T) + MF_2(f-2/T)$$

$$\hat{S}_2(f) = MF_1(f-1/T) - MF_2(f-2/T) \tag{38}$$

Demodulation in the time domain is a more elegant method for obtaining $S_1(k)$ and $S_2(k)$. Time domain demodulation is obtained by using the frequency shift property of the Fourier transform given by:

$$F(\omega + \omega_0) \pm \equiv e^{-j\omega_0 t} f(t) \tag{39}$$

According to Equation 39, the frequency domain terms $MF_i(f)$ are related by a time shift in the time domain and this property can be used to generate the demodulation sequences $D_0$–$D_2$. A more complete development of this process (for the general case of N channels) is provided in Equations 42–50 below and in the text accompanying those equations. For the present case, where N=2, using equations 42–50 gives:

$$D_0(k) = 0,1,0,1, \ldots$$

$$D_1(k) = 1,-0.5,0,-0.5, \ldots$$

$$D_2(k) = 0,-0.5,1,-0.5, \ldots \tag{40}$$

The sequences shown in Equation 40 are repeating sequences of the four values shown. Thus, the demodulation waveforms are no more than short repeating sequences of simple coefficients. Since the samples $MF(k)$ are time domain sequences, demodulation simply involves multiplying the samples $MF(k)$ by the sequences in Equation 40. For example, the sequence of coefficients $D_0(k) = (0, 1, 0, 1, \ldots)$ is provided to the multiplier **1628** to demodulate the signal $MF(k)$ and produce the estimate of n(k). Similarly, the sequence of coefficients $D_1(k) = (1,-0.5,0,-0.5, \ldots)$ is provided to the multiplier **1624** to demodulate the signal $MF(k)$ and produce the estimate of $S_1(k)$.

Multiple Channel Modulation and Demodulation

The two-channel pre-demodulation decimation technique described in the previous section can be extended to multi-channel systems having more than two desired signals. FIG. 17 illustrates an expansion of the two-channel modulator into a multi-channel modulator/demodulator. FIG. 17 shows the first modulator **191** and the second modulator **193** as shown in FIG. 16. Further, FIG. 17 shows a third modulator **1701** and an $N^{th}$ modulator **1702**. The signal input $S_1(t)$ and a modulation input $M_1(t)$ are provided to the first modulator **191**. The signal input $S_2(t)$ and a modulation input $M_2(t)$ are provided to the second modulator **193**. A signal input $S_3(t)$ and a modulation input $M_3(t)$ are provided to the third modulator **1701**. A signal input $S_N(t)$ and a modulation input $M_N(t)$ are provided to the $N^{th}$ modulator **1702**.

The photodetector **150** is modeled as an adder **194** and an adder **196**. The outputs of the modulators **191, 193, 1701**, and **1703** are added together in the adder **194**, to generate a composite signal M(t) where:

$$M(t) = S_1(t)M_1(t) + S_2(t)M_2(t) + S_3(t)M_3(t) + \ldots + S_N(t)M_N(t) \tag{41}$$

The signal M(t) from the adder **194** is provided to the adder **196** where the signal M(t) is added to the signal n(t) which represents a composite noise signal caused by ambient light, electromagnetic pickup, and the like, which are also detected by the photodetector **150**. The output of the adder **196** is the signal M'(t)=M(t)+n(t), which includes the noise components as well as the signal components.

The M'(t) signal output of the adder **196** (i.e., the output of the detector **150**) is applied to the input of the signal-

**26**

processing block **1700**. Within the signal-processing block **1700**, the signal M'(t) is first passed through an amplifier **197** and then through the analog bandpass filter **198**. The analog bandpass filter **198** provides anti-aliasing and removal of low frequency noise and DC. The desired signal components in the signals $S_i(t)$ are frequency shifted by the operation of the modulation signals $M_i(t)$ and are passed by the analog bandpass filter **198**.

The output of the analog bandpass filter **198** is sampled by the analog-to-digital converter **199** and converted therein to digital signals and provided to an input of the lowpass digital filter **1620**. Output signals from the digital filter **1620** are provided to a sample rate compression block **1622**, which reduces the sample rate by a decimation factor $R_1$. Together, the digital filter **1620** and the sample rate compression block **1622** comprise a decimator **1621**. The output of the sample rate compression block **1622** is a signal MF(k). The signal MF(k) is provided as: the first input to the first mixer **1624**; the first input to the second mixer **1626**; a first input to a third mixer **1710**; a first input to an N Th mixer **1712**; and a first input to a noise channel mixer **1713**. A first demodulating signal $D_1(k)$ is provided as a second input to the first mixer **1624**. A second demodulating signal $D_2(k)$ is provided as a second input to the second mixer **1626**. A third demodulating signal $D_3(k)$ is provided to the third mixer **1710**. A fourth demodulating signal $D_N(k)$ is provided to the $N^{th}$ mixer **1712**. A noise demodulating signal $D_0(k)$ is provided to the noise channel mixer **1713**. The outputs of the mixers **1624, 1626, 1710, 1712,** and **1713** are provided as respective inputs of the lowpass filters **1630, 1640, 1720, 1730,** and **1740**. The outputs of the lowpass filters **1630, 1640, 1720, 1730,** and **1740** are provided as respective inputs of the decimators **1632, 1642, 1721, 1731** and **1741**. Each of the decimators **1632, 1642, 1721, 1731** and **1741** reduces the sample rate by a decimation rate $R_2$.

The output of the sample rate compressor **1632** is a signal $\hat{S}_1(k)$, which, as discussed below, is an estimate of the signal $S_1(k)$. Likewise, the output of the sample rate compressor **1642** is an estimate of $S_2(t)$, the output of the sample rate compressor **1721** is an estimate of the signal $S_3(t)$, the output of the sample rate compressor **1731** is an estimate of the signal $S_N(t)$, and the output of the sample rate compressor **1741** is an estimate of the signal n(t).

As will be shown below, the selection of the demodulating signals $D_i(t)$ for i=0 . . . N in accordance with the present invention can substantially reduce or eliminate the effects of noise in the output signals $\hat{S}_i(k)$ and n(k), and can also substantially reduce or eliminate crosstalk between the signals.

As shown in FIG. 17, a set of N+1 signals $S_i[k]$ i=1 . . . N, and n(k) are sampled at a rate T/QN, where T is a modulation period. For simplicity, the decimation rate $R_1$ is assumed to be the same as the factor Q. The assumption that $R_1 = Q$ is not a necessary assumption, but rather is used here to simplify the mathematics. The signals are combined according to the formula:

$$S(k) = M_1(k)S_1(k) + M_2(k)S_2(k) + M_3(k)S_3(k) + \ldots + M_N(k) \\ S_N(k) + n(k) \tag{42}$$

Using the symbol * to denote the convolution operator, the terms $M_i(k)$ are given by:

$$M_1(k) = \Delta(2Nt/T) * P_1(t)|_{t=kT/QN}$$

$$M_2(k) = \Delta(2Nt/T) * P_2(t)|_{t=kT/QN}$$

$$M_N(k) = \Delta(2Nt/T) * P_N(t)|_{t=kT/QN} \tag{43}$$

US 6,229,856 B1

27

where

$$\Delta(x) = \begin{cases} 1 & \text{if } |x| \le 0.5 \\ 0 & \text{otherwise} \end{cases} \tag{44}$$

and

$$P_1(t) = \sum_{n=-\infty}^{\infty} \delta(t - nT) \tag{45}$$

(where $\delta(k)$ is the Kroneker delta function, which is 1 for k=0, and 0 for all other values of k), and

$$P_i(t) = P_1\left(t - \frac{(i-1)T}{N}\right) \text{ for } i = 2 \dots N \tag{46}$$

After the pre-demodulation and sample rate compression stage 1622, which decimates by a factor Q, the signal in the frequency domain is given approximately by

$$MF(f) = \frac{1}{T} \sum_{n=-\infty}^{\infty} \left[ S_1\left(f - \frac{n}{T}\right) + \xi_1^n S_2\left(f - \frac{2n}{T}\right) + \dots + \right. \tag{47}$$

$$\left. \xi_{N-1}^n S_N\left(f - \frac{Nn}{T}\right) \right] + \frac{2N}{T} \sum_{m=-\infty}^{\infty} S_n\left(f - \frac{2Nm}{T}\right)$$

where

$$\xi_k^n = e^{j\frac{2\pi kn}{N}} \tag{48}$$

The demodulator sequences are then given by:

$$D_0(k) = \frac{(1 - (-1)^k)}{2} \tag{49}$$

$$D_1(k) = P_1(k) - \frac{D_0(k)}{N}$$

$$D_2(k) = P_2(k) - \frac{D_0(k)}{N}$$

$$\vdots$$

$$D_N(k) = P_N(k) - \frac{D_0(k)}{N}$$

where

$$P_1(k) = P_1(t)\big|_{t=\frac{kT}{2N}}, P_2(k) = P_2(t)\big|_{t=\frac{kT}{2N}}, \dots, P_N(k) = P_N(t)\big|_{t=\frac{kT}{2N}} \tag{50}$$

The post demodulation lowpass filters 1630, 1640, 1720, 1730 and 1740, and the post demodulation sample rate compression stages 1632, 1642, 1721, 1731 and 1741 suppress high frequency artifacts which are produced by the modulation/demodulation process. Note that Equation 49 reduces to Equation 40 for N=2.

Adaptive Demodulation

The multi-channel pre-demodulation decimation technique described in the previous section can be extended to an adaptive multi-channel system having an adjustable pre-demodulation decimation rate and an adjustable post-demodulation decimation rate. FIG. 18 illustrates an expansion of the multichannel modulator into a adaptive multichannel modulator/demodulator 1800. FIG. 18 shows the first modulator 191 and the $N^{th}$ modulator 1702 as shown in FIG. 17. The signal input $S_1(t)$ and a modulation input $M_1(t)$

28

are provided to the first modulator 191. A signal input $S_N(t)$ and a modulation input $M_N(t)$ are provided to the $N^{th}$ modulator 1702.

The photodetector 150 is modeled as an adder 194 and an adder 196. The outputs of the modulators 191, 193, 1701, and 1703 are added together in the adder 194, to generate a composite signal M(t) where:

$$M(t) = S_1(t)M_1(t) + \dots + S_N(t)M_N(t) \tag{51}$$

The signal M(t) from the adder 194 is provided to the adder 196 where the signal M(t) is added to the signal n(t) which represents a composite noise signal caused by ambient light, electromagnetic pickup, and the like, which are also detected by the photodetector 150. The output of the adder 196 is the signal M'(t)=M(t)+n(t), which includes noise components as well as the signal components.

The M'(t) signal output of the adder 196 (i.e., the output of the detector 150) is applied to the input of the signal-processing block 1800. Within the signal-processing block 1800, the signal M'(t) is first passed through the amplifier 197 and then through the analog bandpass filter 198. The analog bandpass filter 198 provides anti-aliasing and removal of low frequency noise and DC. The desired signal components in the signals $S_i(t)$ are frequency shifted by the operation of the modulation signals $M_i(t)$ and are passed by the analog bandpass filter 198.

The output of the analog bandpass filter 198 is sampled by the analog-to-digital converter 199 and converted therein to digital signals and provided to an input of a decimation block 1820. The adaptive decimation block 1820 comprises a digital lowpass filter and a sample rate compressor that reduces the sample rate by the decimation rate $R_1$. The filter coefficients and decimation rate $R_1$ are provided to a control input of the adaptive decimation block 1820 by an output of an adaptive algorithm block 1850. Equation 35 assumes that the decimation rate $R_1$ is equal to Q. However, in general, the value of Q may be different than the decimation rate $R_1$. The output of the adaptive decimation block 1820 is a signal MF(k).

The signal MF(k) is provided to the first input of the first mixer 1624, to the first input of the N 'th mixer 1712, and to the first input of the noise channel mixer 1713. A first demodulating signal $D_1(k)$ is provided to a second input of the first mixer 1624 from a signal generator 1841. The fourth demodulating signal $D_N(k)$ is provided to the $N^{th}$ mixer 1712 from an output of a signal generator 1831. The noise demodulating signal $D_0(k)$ is provided to the noise channel mixer 1713 from an output of a signal generator 1832. A control input to each of the signal generators 1831, 1832, and 1841 is provided by the output of the adaptive algorithm 1850. In yet another embodiment, the adaptive algorithm 1850 may also be controlled by other signal processing elements downstream of the signal processor 1800.

The outputs of the mixers 1713, 1624, and 1712 are provided as respective inputs to adaptive decimation blocks 1840, 1830, and 1834 respectively. Each of the adaptive decimation blocks 1840, 1830, and 1834 has a control input provided by the output of the adaptive algorithm block 1850. The output of the adaptive decimation block 1840 is an estimate of the signal n(t) and it is provided to an input of the adaptive algorithm block 1850. In an alternate embodiment, the signal estimates $\hat{S}_i(k)$ are also provided to the adaptive algorithm block 1850.

An output of the decimator 1830 is a signal $\hat{S}_1(k)$, which, as discussed above, is an estimate of the signal $S_1(k)$. Likewise, the output of the decimation block 1834 is an estimate of the signal $S_N(t)$. As shown above, the selection

US 6,229,856 B1

29

30

of the demodulating signals $D_i(t)$ for i=0 . . . N in accordance with the present invention substantially reduces or eliminates the effects of noise in the output signals $\hat{S}_i(k)$ and n(k), and also substantially reduces or eliminates crosstalk between the signals.

As shown in FIG. **18**, a set of N+1 signals $S_i[k]$ i=1 . . . N, and n(k) are sampled at a rate T/QN, where T is a modulation period, and $R_1$ is the decimation rate of the decimation block **1820**. The signals are combined according to the formula:

$$S(k)=M_1(k)S_1(k)+ \ . \ . \ . \ +M_N(k)S_N(k)+n(k) \tag{52}$$

Each of the adaptive decimators **1820**, **1840**, **1830**, and **1834** comprises a digital lowpass filter and a sample rate compressor. The characteristics of the digital lowpass filters (e.g., the number of filter coefficients and values of the filter coefficients) and the sample rate compression factor of each adaptive decimator is provided to a control input of the adaptive decimator. The control inputs are driven by an adaptive algorithm **1850**. The signal generators **1831**, **1832** and **1841** generate the demodulation sequences for the demodulators **1624**, **1712**, and **1713** respectively. The demodulation sequences produced by the signal generators **1831**, **1832** and **1841** are controlled by the adaptive algorithm **1850**.

The adaptive algorithm adjusts the pre-demodulation decimation rate $R_1$ (in the adaptive demodulator **1820**), and the post-demodulation decimation rate $R_2$ (in the adaptive demodulators **1830**, **1834** and **1840**) according to the noise in the noise estimate ñ(k) **1746** and (optionally according to the signals $\hat{S}_i(k)$. The product $R_1R_2$ is the total decimation rate from the signal S(k) at the output of the A/D converter **199** to the signals $\hat{S}_i(k)$ at the output of the signal processing block **1800**. The adaptive algorithm may adjust $R_1$ and $R_2$ such that the product $R_1R_2$ varies, or the adaptive algorithm may adjust $R_1$ and $R_2$ such that the product $R_1R_2$ is substantially constant. Typically, the adaptive algorithm will keep the $R_1R_2$ product constant so that the signal processing blocks downstream of the signal processor **1800** will operate at a substantially constant sample rate.

Typically, each of the signal generators **1841**, **1831** and **1832** generates a repeating sequence of numbers. The number of elements in the sequence is a function of the decimation factor $R_1$. As discussed above in connection with FIG. **3**, when $R_1$=1, there are preferably 148 values in each demodulation sequence. As discussed above in connection with FIG. **17**, when $R_1$=37, there are preferably only 4 values in the demodulation sequences.

The adaptive algorithm selects $R_1$, $R_2$, and the filter transfer functions in the adaptive decimators **1820**, **1830**, **1834**, and **1840** to improve the quality of the output signals $\hat{S}_i(k)$. For example, in high ambient noise environments, the higher order harmonics of the output signals are often contaminated by ambient noise (as discussed in connection with FIGS. **14** and **20**). Thus, the higher order harmonics are preferably not demodulated when ambient noise is present. To avoid demodulation of the higher order harmonics the adaptive demodulator **1850** can set $R_1$=1 and $R_2$=37, and thereby demodulate according to the method described in connection with FIGS. **3–14**. Alternatively, the adaptive demodulator **1850** can set $R_1$=37, set $R_2$=1, and set the transfer function of the lowpass filter in the adaptive decimator **1820** to provide a very fast rolloff (thereby filtering out the higher order harmonics).

Conversely, in low ambient noise environments, the higher order harmonics of the output signal are less contaminated by ambient noise, and thus the higher order

harmonics may be demodulated. In one embodiment, to demodulate the higher order harmonics, the adaptive demodulator **1850** can set $R_1$=37 and set $R_2$=1, to demodulate according to the method described in connection with FIG. **17**. This is especially advantageous when perfusion is low, because, when perfusion is low the output signals $\hat{S}_i(k)$ are typically very weak and are contaminated by random noise. Demodulating more of the higher order harmonics increases the signal-to-noise ratio because it adds the harmonics (which are correlated) to the output signals, and tends to average out the noise (which is uncorrelated). Thus, the signal strength increases, and the noise is reduced.

One skilled in the art will recognize that the examples in the preceding two paragraphs are merely two points on a continuum and that the adaptive algorithm **1850** can generate many desirable solutions on the continuum.

Ambient Light Rejection

In the pulse oximeter, one of the major contributors to the noise signal n(t) is ambient light that is detected by the photodetector **150**. One aspect of the present invention advantageously provides a method for choosing the modulation sampling rate $f_s$ and the factor Q so that the effects of ambient light can be removed by the post demodulation filtering and decimation stages. Note that Q is the number of samples during the on period (i.e., modulation signal sample turn on time Q) and is preferably also the decimation rate $R_1$ for the pre-demodulation sample rate compressor **1622** (in general the values of Q and $R_1$ may be different). The particular embodiment described by Equation 35 assumes that the value Q is also used as decimation rate $R_1$ for the pre-demodulation decimator **1820**.

In the system shown in FIGS. **3** and **16**, which demodulates two harmonics, the period of a modulation cycle is given by:

$$T=4Q/f_s \tag{53}$$

where $f_s$ is the sample rate. Defining the two line equations

$$y(f_a,n)=nf_a-1/T$$
$$z(f_a,n)=nf_a-2/T \tag{54}$$

where

$\quad f_a$=line frequencies of concern

$\quad n$=line frequency harmonic numbers of concern $\tag{55}$

then the effects due to ambient light will be minimized when

$$|y(f_a,n)| \geq SBF$$
$$|z(f_a,n)| \geq SBF \tag{56}$$

where SBF is the stop band frequency of the post demodulation and decimation stages (e.g., the 10 Hz lowpass filter **1630** and the sample rate compressor **1632**, etc.).

FIG. **19** is a flowchart showing a method for selecting $f_s$ and Q. The method begins at a process block **1902** wherein the ambient light frequencies $f_a$ and important harmonic components n are identified. Important harmonics are defined as those harmonics that will degrade system performance below acceptable levels when detected by the detector **150**. The process then advances from the process block **1902** to a process block **1904**. In the process block **1904**, the values of $f_a$ and n identified in the process block **1902** are used in conjunction with Equation 54 to identify a collection of acceptable values of T. Upon completion of the process block **1904**, the process advances to a process block **1906**.

US 6,229,856 B1

31

32

In the process **1906**, suitable values of $f_s$ and Q are chosen using the values of T obtained in the process block **1904** and the equation $T=4Q/f_s$. One skilled in the art will recognize that, since T is proportional to the ratio of $Q/f_s$, knowing T will not uniquely determine either $f_s$ or Q.

For example, given power line frequencies of 50±1 Hz and 60±1 Hz then the range of $f_a$ is given by approximately the union of the interval 49–51 Hz and the interval 59–61 Hz, which can be expressed mathematically as:

$$f_a=[49,51]\cup[59,61] \qquad (57)$$

Assuming that all harmonics up to the 18th harmonic are to be suppressed, then n=1 . . . 18. In a preferred embodiment, using these values for $f_a$ and n, application of the method in FIG. **19** results in $f_s$=46,875 Hz and acceptable Q values of 37 and 41.

The process leading to Equation 57 is illustrated graphically by FIG. **20**, where the harmonics of the ambient light frequency $f_a$ (in Hz) are plotted versus the plethysmograph signal frequency (also in Hz). FIG. **20** has an x-axis showing the ambient light frequency from 44 Hz to 64 Hz. The ambient light frequency will usually correspond to the frequency of the power lines, which is nominally 60 Hz (in the U.S.) and 50 Hz (outside the U.S.). However, power line frequency regulation typically varies somewhat, and thus FIG. **20** shows frequencies above and below the nominal frequencies.

FIG. **20** also shows a y-axis showing the plethysmograph signal frequency from –10 Hz to 10 Hz. One skilled in the art will recognize that negative frequencies occur in the mathematics described above. In particular, a signal that is modulated from baseband up to some carrier frequency will exhibit two sidebands, a sideband above the carrier frequency corresponding to the frequency of the baseband signal, and a sideband below the carrier frequency corresponding to the negative of the baseband frequency. Thus, when dealing with modulation and demodulation, it is convenient to deal with positive and negative frequencies.

FIG. **20** also shows harmonic lines corresponding to the 5th, 6th, 7th, 10th, 11th, 12th, 13th, and 14th harmonics of the ambient light frequency. The harmonic lines correspond to the harmonics produced in the plethysmograph signal by the demodulation (mixing down) of harmonics of the power line frequency. The lines in FIG. **20** are calculated using Equation 54 for 1/T=316.72 Hz. Some of the harmonic lines correspond to $y(f_a,n)$ and some correspond to $z(f_a,n)$ from Equation 54. Harmonic lines that are not shown (e.g., the line corresponding to the 8th harmonic) fall outside the displayed limits of the x-axis and y-axis.

FIG. **20** can be used to determine the stop band frequencies as shown in Equation 56. For example, the harmonic lines in FIG. **20** show that for an ambient light frequency of 49 Hz, the 13th harmonic of the ambient light frequency will appear in the plethysmograph signal at approximately 3 Hz. Thus, FIG. **20** shows that for plethysmograph bandwidth of 10 Hz, none of the first 14 harmonics of the ambient light will appear in the plethysmograph signal for ambient light frequencies between approximately 61.2 Hz and approximately 58.5 Hz, which is consistent with Equation 57. The first ambient harmonics that do appear for a plethysmograph bandwidth of 10 Hz are the 5th harmonic and the 11th harmonic.

Other Embodiments

In the preferred embodiment of the present invention, the hardware described above is implemented in a digital signal processor and associated circuitry. The LED modulation block **104** and the LED demodulation state table block **352**

comprise algorithms implemented by program code executed by the digital signal processor. In addition, the configuration variables, such as for example, the hardware delay value, the hardware distortion value and the hardware scale value are provided as inputs to the digital signal processor when it is set up. For example, the main operating program of the digital signal processor may be stored in non-volatile ROM or PROM, and the variables may be stored in flash memory during a setup procedure. Techniques for communicating to and from a digital signal processor during such setup procedures are well known to persons of skill in the art, and will not be described in detail herein. For example, the configuration bus **310**, discussed above, represents a communication path to the flash memory during such a setup procedure. The data provided to the configuration bus **310** may be provided by a system operator (not shown) or the data may be provided from look-up tables (not shown) maintained for different embodiments of the LEDs **106**, **108** and the detector **150**.

Although described above in connection with a pulse oximetry system wherein a parameter to be measured is the attenuation of red and infrared light passing through a portion of a subject's body, it should be understood that the method and apparatus described herein can also be used for other measurements where two or more signals are passed through a system to be analyzed. In particular, the present invention can be used to demodulate two combined parametric signals responsive to the system to be analyzed where the two parametric signals have a predetermined timing relationship between them, as described herein.

One skilled in the art will recognize that the lowpass filters provided in connection with the decimation blocks may provide other filter functions in addition to lowpass filtering. Thus, for example, the lowpass filters **1620**, **1622**, **1630**, **1640**, **1650**, **1720**, **1730**, and **1740**, and the decimators **1820**, **1830**, **1834**, and **1840** may provide other filter functions (in addition to lowpass filtering) such as, for example, bandpass filtering, bandstop filtering, etc. Moreover, the post-demodulation decimation rate $R_2$ need not be the same for each output channel. Thus, for example, in FIG. **18**, the decimator **1840** may have a first decimation rate $R_2=r_1$ while the decimators **1830** and **1834** have a second decimation rate $R_2=r_2$.

Although described above in connection with a particular embodiment of the present invention, it should be understood the description of the embodiment is illustrative of the invention and are not intended to be limiting. Various modifications and applications may occur to those skilled in the art without departing from the true spirit and scope of the invention as defined in the appended claims.

What is claimed is:

1. A method of demodulating a composite signal generated by applying a plurality of periodic pulse trains of electromagnetic energy to a system having a parameter to be measured and by receiving signals responsive to said electromagnetic energy after having passed through said system and being affected by said parameter being measured, said signals receiving as a composite signal having components responsive to said plurality of periodic pulse trains, each of said components corresponding to one each of said pulse trains, said method comprising the steps of:

  sampling said composite signal using an analog to digital converter to produce a sequence of digital values;

  decimating said sequence of digital values to produce a decimated sequence of values;

  providing said decimated sequence of values to a first input of each multiplier in a plurality of multipliers;

US 6,229,856 B1

33

providing a plurality of sequences of demodulation coefficients to a second input of each of said multipliers such that each multiplier is provided a unique sequence of demodulation coefficients, each of said sequences configured to demodulate a selected frequency portion of said composite signal; and

lowpass filtering the output of each of said multipliers such that the output signal of each of said lowpass filters approximately corresponds to one each of said components.

**2**. The method of claim **1**, wherein each of said sequences comprises a sampled data representation of a demodulation signal comprising a selected set of harmonics.

**3**. The method of claim **1**, wherein each of said sequences comprises a sampled data representation of an analog demodulation signal comprising a selected number of harmonics.

**4**. The method of claim **3**, wherein said sampled data representation is generated by a software algorithm.

**5**. The method of claim **1**, wherein each of said sequences corresponds to a demodulation signal comprising a selected set of low-order harmonics.

**6**. The method of claim **5**, wherein said low-order harmonics are selected to avoid demodulating harmonics of said composite signal that are contaminated by noise.

**7**. The method of claim **1**, wherein each of said sequences is a time-shifted replica of a defined sequence.

**8**. The method of claim **1**, wherein each of said sequences describes a plurality of selected harmonics of said composite signal.

**9**. The method of claim **1**, wherein each of said sequences describes a plurality of low-order harmonics of said composite signal.

34

**10**. An apparatus for demodulating a multi-channel composite signal comprising:

a sequence generator for generating a band-limited demodulation sequence, said demodulation sequence comprising a plurality of harmonics of a carrier frequency to demodulate a composite signal modulated by said carrier; and

a demodulator having a first input for receiving said demodulation sequence, a second input for receiving said composite signal, and an output to provide a demodulated signal.

**11**. An apparatus for demodulating a multi-channel composite signal comprising:

a sequence generator for generating a demodulation sequence, said demodulation sequence comprising a plurality of harmonics of a composite signal to demodulate said harmonics of said composite signal;

demodulator means for demodulating said composite signal, by using said demodulation sequence, to produce a demodulated signal.

**12**. The apparatus of claim **11**, wherein said demodulation sequence is configured to avoid demodulating undesired frequency components of said composite signal.

**13**. The apparatus of claim **11**, further comprising means for filtering and decimating said demodulated signal.

**14**. The apparatus of claim **11**, further comprising means for adaptively filtering and decimating said demodulated signal.

*     *     *     *     *

# Exhibit 13

to the Declaration of Michael J.R. Polson,
Ph.D. in Support of Apple Inc.'s Motion to
Compel Plaintiffs to Comply with
Section 2019.210

US006745061B1

(12) **United States Patent**          (10) Patent No.:     **US 6,745,061 B1**

Hicks et al.                          (45) Date of Patent:      **Jun. 1, 2004**

(54) **DISPOSABLE OXIMETRY SENSOR**

(75) Inventors: **Christopher Hicks**, Boulder, CO (US);
**Norma M. Prince**, Lyons, CO (US)

(73) Assignee: **Datex-Ohmeda, Inc.**, Madison, WI
(US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/225,940**

(22) Filed: **Aug. 21, 2002**

(51) **Int. Cl.**[7] ................................................. **A61B 5/00**
(52) **U.S. Cl.** ....................................... **600/344**; 600/323
(58) **Field of Search** ................................ 600/310, 322,
600/323, 340, 344

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,825,872 A | 5/1989 | Tan et al. | |
| 4,830,014 A | 5/1989 | Goodman et al. | |
| 4,865,038 A | 9/1989 | Rich et al. | |
| 4,964,408 A | 10/1990 | Hink et al. | |
| 5,041,187 A | 8/1991 | Hink et al. | |
| 5,237,994 A | 8/1993 | Goldberger | |
| 5,246,003 A | 9/1993 | DeLonzor | |
| 5,249,576 A | 10/1993 | Goldberger et al. | |
| 5,263,244 A | 11/1993 | Centa et al. | |
| 5,425,360 A | 6/1995 | Nelson | |
| 5,427,093 A | * 6/1995 | Ogawa et al. | 600/323 |
| 5,452,717 A | 9/1995 | Branigan et al. | |
| 5,469,845 A | 11/1995 | DeLonzor et al. | |
| 5,520,177 A | 5/1996 | Ogawa et al. | |

| | | | |
|---|---|---|---|
| 5,671,529 A | 9/1997 | Nelson | 29/825 |
| 5,678,544 A | 10/1997 | DeLonzor et al. | |
| 5,782,757 A | * 7/1998 | Diab et al. | 600/323 |
| RE36,000 E | 12/1998 | Swedlow et al. | |
| 5,913,819 A | 6/1999 | Taylor et al. | 600/323 |
| 6,014,576 A | 1/2000 | Raley | 600/344 |
| 6,073,038 A | 6/2000 | Wang et al. | 600/323 |

* cited by examiner

*Primary Examiner*—Eric F. Winakur
(74) *Attorney, Agent, or Firm*—Marsh Fischmann &
Breyfogle LLP

(57) **ABSTRACT**

The invention is directed to a disposable oximetry sensor
having an integrally formed connector. In one aspect, the
sensor includes a clear flexible substrate on which a light
emitter and/or light detector (collectively active component
(s)) are mounted to allow those components to emit/detect
light though the clear substrate and a second patient-side
surface of that substrate. The clear substrate will generally
contain one or more electrically conductive traces, prefer-
ably formed through a printing process, for interconnection
to the active components. In this regard, the clear substrate
acts as the electrical connector and lens structure for the
active components reducing the overall part count for the
sensor's assembly. Additional materials/layers may be added
to the sensor including an adhesive layer, a compressible
material layer, a light blocking layer, and/or a heat sink for
thermal management. Generally, any additional layers/
materials applied the patient-side of the clear substrate will
be substantially transparent to allow light curing of adhe-
sives utilized to connect components to the sensor though
the patient-side surface of the sensor during production.

**34 Claims, 13 Drawing Sheets**





(PRIOR ART)
FIG.1

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 250 of 834   Page ID #:20434



**(PRIOR ART)**

# FIG.2



**(PRIOR ART)**

# FIG.4



**(PRIOR ART)**

# FIG.3



FIG.5



FIG.6



FIG.7



## FIG.8a



## FIG.8b



## FIG.9



## FIG.10



**FIG.11**



FIG.12



FIG.13



FIG.14a

FIG.14b

FIG.14c

FIG.14d



FIG.15

US 6,745,061 B1

1

## DISPOSABLE OXIMETRY SENSOR

### FIELD OF THE INVENTION

The present invention is generally directed to photoplethysmographic measurement instruments, and more specifically to disposable pulse oximetry sensors.

### BACKGROUND

A common technique used to monitor blood oxygen levels is pulse oximetry. In this regard, it is known that the light transmissivity and color of blood is a function of the oxygen saturation of the heme in the blood's hemoglobin. For example, heme that is saturated with oxygen appears bright red because saturated heme is relatively permeable to red light. In contrast, heme that is deoxygenated appears dark and bluish as it is less permeable to red light. A pulse oximeter system measures the oxygen content of arterial blood by utilizing a pulse oximetry sensor to first illuminate the blood with, for example, red and infrared radiation and determine the corresponding amounts of red and infrared radiation that are absorbed by the heme in the blood. In turn, such light absorption amounts may be employed by a pulse oximetry monitor in conjunction with known calibration information to determine blood oxygen levels.

Pulse oximetry sensors generally include one or more light emitters, a detector(s), and a means for holding these components relative to a patient's tissue. These sensors may generally be classified as reusable or disposable. Reusable sensors typically are more intricate and designed for multiple uses on multiple patients. In this regard, reusable sensors generally must be cleaned between use on different patients. Disposable sensors are typically simplified sensors that are used for a predetermined period on a single patient and discarded. Accordingly, disposable sensors may in some instances be more desirable than their reusable counterparts.

### SUMMARY OF THE INVENTION

Accordingly, one object of the present invention is to provide a disposable pulse oximetry sensor that has a reduced part count and it therefore easily produced.

Another objective of the present invention is to provide a pulse oximetry sensor that lends itself to production through an automated process.

A further objective of the present invention is to provide a disposable sensor that is economical to manufacture and use while providing required sensor performance.

The inventors of the present invention have recognized the increased need for the use of disposable medical sensors and in particular disposable pulse oximetry sensors. This increased need arises due to, inter alia, concerns in properly cleaning medical instruments between uses of communicable diseases, such as AIDS and Hepatitis B. In this regard, patients as well as hospitals may prefer using new medical instruments, that is, medical instruments that have not been used previously. Additionally, the inventors have recognized that although reusable pulse oximetry sensors tend to initially be more expensive, their ability to be reused may lower their per-use cost below that of disposable pulse oximetry sensors currently existing, leaving hospitals and patients torn between their preferences and the financial realities of the health care system. Accordingly, the inventors have devised a reduced part count pulse oximetry sensor that is easily produced resulting in a disposable pulse oximetry sensor that is cost effective on a per-use basis in comparison with reusable pulse oximetry sensors.

2

One or more of the above objectives and additional advantages are indeed realized by the present invention where, in one aspect, a pulse oximetry sensor having an integrally formed connector is provided. The sensor includes a substantially clear flexible substrate that may be conformed about a portion of a patient's tissue, such as a finger. This flexible clear substrate may be formed from any material that provides the desired flexibility and is substantially transparent, allowing for emitting and detecting light signals through this clear substrate. A particularly apt substrate may be made from a polymer thick film (PTF) such as polyester. Mounted on a top surface of the clear flexible substrate is at least one active pulse oximetry component. That is, at least one light emitter, such as a light emitting diode, and/or a light detector, such as a photodiode. Particularly, these active components are mounted on the top surface of the clear substrate such that they emit/detect light through the clear substrate and its bottom surface. In this regard, the clear substrate acts as a lens covering the active surfaces of the light emitter and/or light detector and reducing the overall part count required for the pulse oximetry sensor. Further, as noted, the sensor has an integrally formed connector that allows the flexible substrate to be interconnected to, for example, an electrical pin connector connected to a pulse oximetry monitor.

Various refinements exist of the features noted in relation to the subject first aspect of the present invention. Further features may also be incorporated into the subject first aspect of the present invention as well. These refinements and additional features may exist individually or in any combination. For example, the bottom surface of the clear flexible substrate (i.e., the patient side of the sensor) may contain an adhesive and/or a release liner covering the adhesive for selectively securing the sensor to a patient's tissue. Additionally, a compressible material layer may be disposed on the patient side surface of the flexible sensor for increased patient comfort. Preferably, any compressible material layer utilized will contain apertures aligned with each light emitter and/or light detector mounted on the top side of the clear flexible substrate, allowing light to be emitted and/or detected through these apertures free from interference. Further, the flexible sensor may contain a light blocking layer applied to the top surface of the clear flexible substrate to minimize the effect of ambient light sources upon the sensor. This light blocking layer may include a separate substrate interconnected to the clear flexible substrate or some sort of opaque coating applied to the top surface of the clear flexible substrate.

Regardless of which additional features the sensor utilizes, in a one embodiment, all materials applied to the bottom surface (i.e., patient side) of the clear flexible substrate contain a substantially clear portion aligned with the active pulse oximetry components. As will be appreciated, this provides for increased light transfer between a light emitter and/or detector upon application to an appendage as well as allowing for the utilization of light (e.g., ultra violet (UV) light or high intensity visible light) to cure various light-curable adhesives that may be used to mount one or more of the components to the clear flexible substrate during manufacture. For example, the light emitter and/or detector may be encapsulated on top of the clear substrate using a light-curable clear adhesive to stabilize the emitter/detector as well as provide increased focusing of light into or from the clear substrate. Light may be applied through these layers and the bottom surface of the clear substrate to cure the adhesive(s). In a further embodiment, all the materials applied to the bottom surface of the clear substrate will be

US 6,745,061 B1

**3**

at least partially transparent materials to allow light curable adhesives to be utilized in laminating the various materials together. In addition, or alternatively, thermal and/or mechanical pressure may be utilized to initiate or complete the cure of adhesives as well as thermally bond (i.e., laminate) one or more of the various material layers together.

In a second aspect of the present invention, a pulse oximetry sensor is provided comprising a substantially clear flexible substrate that may be conformed about a patient's tissue having, mounted on its top surface, at least one active pulse oximetry component. Again these active components (i.e., light emitter and/or light detector) are mounted on the clear substrate's top surface such that they emit/detect light through the clear substrate and its bottom surface. Further, the sensor includes at least one electrically conductive trace formed on the clear flexible substrate. The electrically conductive trace(s) is formed on the same surface (i.e., top surface) on which the emitters/detectors are mounted and provides an electrical connection between the integrally formed connector and the active components. This trace may be formed of any appropriate conductive material so long as it allows the substrate to freely flex. Examples of appropriate materials include thin metallic foils (e.g., 0.001 in) that may be stamped onto and/or melted into the clear substrate and conductive inks that may be printed onto the clear substrate.

Light emitters and detectors typically include a semiconductor die that contains first and second electrical contact pads that must be electrically interconnected with a power source to function. In this regard the light emitter and/or detector will be electrically interconnected to at least one electronically conductive trace. That is the emitter/detector may be mounted such that it electrically contacts the conductive trace using, for example, a conductive epoxy to attach an electrical contact pad on the emitter/detector to one or more electrically conductive traces.

Various refinements exist of the features in relation to the subject second aspect of the present invention. For example, the clear flexible substrate may have a plurality of electrical conductive traces formed on the surface containing the emitter and/or detector. In this regard, the active components (i.e., emitter and detector) may each be electrically interconnected to first and second electrical traces. That is, each active component may be electrically interconnected to "out" and "return" legs of what forms an electrical circuit when the sensor is connected to a pulse oximetry monitor. Further, the subject second aspect of the present invention may utilize any additional components interconnected to the flexible substrate such as those discussed above in reference to the first aspect of the present invention. Again, any additional components interconnected to the bottom surface of the subject second aspect of the present invention will preferably be at least partially transparent to realize the above described benefits.

In one embodiment of the second aspect of the present invention, the conductive traces are formed on the clear flexible substrate using a conductive ink, such as a silver epoxy, that is deposited onto the clear substrate. In this regard, the conductive traces may be deposited on the clear flexible substrate using a printing process such as, but not limited to, inkjet printing, screen printing, or pad printing. As will be appreciated, the use of ink printing allows for formation of conductive traces on the clear flexible substrate in a simplified manner in comparison to the utilization of, for example, chemical etching of a conductive surface such as copper, the use of a stamped lead frame, and/or the use of discrete wire conductors.

**4**

In a related aspect of the present invention, a pulse oximetry sensor is provided having a clear flexible substrate with at least one electrically conductive trace formed thereon and at least one light emitter electrically interconnected to one or more of those traces. The sensor further includes a thermal element adapted to transfer thermal energy away from the light emitter. As will be appreciated, when the light emitter is active (i.e., emitting light) the light emitter and the clear substrate to which it is mounted may become uncomfortably warm. This is especially evident where conductive ink traces are utilized on the clear flexible substrate, as conductive ink traces may not have enough thermal mass to effectively transfer heat away from the light emitter. Accordingly, undue heat build up around the light emitter may result in patient discomfort and/or tissue damage. Though in the present invention the thermal element is utilized to counteract the reduced thermal mass resulting from use of printed conductive traces, it will be appreciated that a thermal element may also be utilized with any pulse oximetry sensor to reduce potentially damaging heat concentrations. The thermal element may be formed of any material having high thermal conductivity such as, but not limited to, a copper sheet or washer that is thermally connected to the light emitter. In any case, the thermal element acts as a heat sink operable to draw heat away from the light emitter and dissipate that heat over an increased area to prevent excessive heat build up in a single area adjacent to a patient's tissue.

A related aspect of the present invention provides a sensor utilizing a clear flexible substrate on which a light emitter and/or detector is mounted for emitting/detecting light through the clear flexible substrate. This sensor further incorporates an insulative layer in a face-to-face relationship with at least a portion of a patient side surface (i.e., the bottom surface of the clear substrate) for creating a temperature differential between a patient's tissue and the bottom surface of the clear flexible substrate. As noted above, sensor active components and, in particular, the light emitting components may become uncomfortably warm during normal usage. In this regard, the insulative layer may be disposed on the bottom surface of the clear flexible substrate to provide a thermal buffer or "stand-off" between a patient's tissue and the bottom surface of the clear substrate.

In one embodiment, this insulative layer will contain apertures aligned with each of the active components mounted on the top surface of the clear flexible substrate. This arrangement allows the active components to emit/detect light free from interference. In a further embodiment utilizing the insulative layer, a substantially clear interconnecting layer will be interconnected to patient side surface of the insulative layer allowing the apertures within the insulative layer to be sandwiched between the clear interconnecting layer and the patient surface of the clear substrate. As will be appreciated, this produces an air pocket of "dead" air space between the patient's tissue and the bottom surface of the clear substrate, further reducing the possibility of undue heat build up against a patient's tissue. This pocket is preferably sealed to prevent the pocket deflation when the sensor is applied to the patient's tissue. Adhesives and/or thermal bonding of the various layers may be utilized to producing a sealed pocket.

In a further related aspect of the present invention, the flexible pulse oximetry sensor utilizes a first substrate having a top surface with one or more electrically conductive traces formed thereon and a second flexible substrate having a bottom surface with one or more electrical conductive

US 6,745,061 B1

5

traces formed thereon. In this embodiment, one or more active sensor components (i.e. light emitters/detectors) are physically and electronically mounted to one of the substrates as well as being electrically interconnected to a conductive trace on the second flexible substrate. In this regard, the first and second flexible substrates may be disposed in a face-to-face relationship where the top and bottom surfaces containing the electrically conductive traces are disposed towards one another. As will be appreciated, this provides a sensor where the electrical traces, such as printed conductive ink traces, as well as the active sensor components are sandwiched between the first and second substrates and are thereby protected from the environment.

One or more of the above noted objectives and advantages may also be realized by an inventive method for forming a pulse oximetry sensor. The inventive method includes the steps of mounting onto the top surface of a substantially clear substrate, a light emitter for emitting light through the bottom surface of the substrate and/or a light detector for detecting light through the bottom surface of the substrate. The step of mounting may further include the step of electrically connecting the emitter/detector to one or more electrical traces associated with the clear substrate using, for example, a conductive epoxy. The mounting step may also include encapsulating the emitter/detector with a clear adhesive for increasing the light focusing capabilities of that component. The method further includes the step of applying light through the bottom surface of the clear substrate to at least partially cure one or more light-curable adhesives used for mounting emitters/detectors to the clear substrate.

A method is also provided for producing a flexible sensor having an integrally formed cord as well as an integrally formed connector. The process includes the steps of depositing at least one electrically conductive trace between first and second points on the surface of a flexible substrate sheet, which may be a clear flexible substrate. In order to produce an integrally formed cord having a length greater than that of the longest edge of the flexible substrate sheet, these traces are formed in a concentric pattern, continuously winding about a first point and gradually approaching a second point. For example, a first point may be located near the middle of a substantially square substrate sheet while the second point is located at one of the corners of the substrate sheet. The electrical traces connect the first and second points by winding about the first point in, for example, a circular or rectangular spiral pattern until they reach the second point. In one embodiment, the electrically conductive traces are formed between the first and second points on the substrate sheet using a conductive ink printing processes. Additionally, at least one light emitter and/or light detector are mounted on the flexible substrate and are electrically interconnected the conductive traces. Preferably, these emitters/detectors are mounted at the end of a trace to maximize the resulting length of the cord. Finally, the flexible substrate is cut between concentric windings of the electrical trace between the first and second points to form a flexible concentric strip having at least one electrically conductive trace between its first and second ends. This flexible concentric strip is then straightened to provide a flexible sensor having an integrally formed cord.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows an exploded perspective view of a prior art pulse oximetry sensor;

FIG. 2 shows a plan view of the metallic lead frame utilized with the pulse oximetry sensor of FIG. 1;

6

FIG. 3 shows a cross sectional view of a photodetector attached to the lead frame of FIG. 2 taken along section lines A–A';

FIG. 4 shows a plan view of the metallic lead frame of FIG. 2 utilizing an adhesive encapsulant to stabilize the active components;

FIG. 5 shows a top plan view of a disposable sensor in accordance with the present invention;

FIG. 6 shows a cross sectional view of the layers making up the disposable sensor of FIG. 5 taken along section lines A–A';

FIG. 7 shows a plan view of one embodiment of the electrically conductive traces formed on the top surface of the sensor of FIG. 5;

FIG. 8a shows a cross sectional view of one of the active components interconnected to the top surface of the disposable sensor of FIG. 5 taken along section lines B–B';

FIG. 8b shows a cross sectional view of an alternate connection one of the active components interconnected to the top surface of the disposable sensor of FIG. 5 taken along section lines B–B';

FIG. 9 shows a perspective view of one embodiment the integral connector of the disposable sensor of FIG. 5;

FIG. 10 shows a stiffener utilized with the integral connector of FIG. 9;

FIG. 11 shows a cross sectional view of an alternate combination of layers making up the disposable sensor of FIG. 5 taken along section lines A–A', wherein said sensor includes a thermal element;

FIG. 12 shows a plan view of a flexible sensor in accordance with the present invention that utilizes two flexible substrates having electrically conductive traces formed thereon;

FIG. 13 shows a plan view of a flexible sensor of the present invention having an integrally formed cord;

FIGS. 14a–d shows a process for straightening the cord of the flexible sensor of FIG. 13;

FIG. 15 shows a fresnel lens that may be incorporated into the clear substrate of any of the above embodiments of the sensor.

## DETAILED DESCRIPTION

FIGS. 1–4 illustrate one embodiment of a prior art flexible oximetry sensor. FIG. 1 shows an exploded view of the sensor assembly 350. Included within the assembly 350 are upper and lower flexible members 304 and 300, respectively. These members 300, 304 are thermally bonded to one another sandwiching a leadframe 308 between their inside surfaces. This leadframe 308 contains active components (i.e., LEDs and a photodetector) for use in oximetry measurements, as will be more fully discussed in reference to FIG. 2. As will be appreciated, at least one of the flexible members 300 and 304 contains apertures 360, 362 aligned with the active components to allow a line of sight to exist between these active components and to a patient's tissue upon sensor application. The sensor assembly 350 also contains a pin connector 346 interconnected to a cable 364 that is soldered to the leadframe 308. The pin connector 346 is used to connect sensor assembly 350 to an oximetry monitor (not shown).

FIG. 2 shows a close-up view of the leadframe 308. The leadframe 308 is preferably composed of the conducting material, such as copper, and is preformed (e.g., stamp pressed or chemically etched) into a shape and size for use

US 6,745,061 B1

7

with the upper and lower flexible members **304** and **300**. The lead frame contains a plurality of conductive traces **310–320** for conducting electrical signals through the sensor's active components **330–334**. In particular the active components include LEDs **330**, **332** and photodetector **334**. These components **330–334** are each electrically interconnected to two of the traces to forms an electrical circuit there through. FIG. **3** shows a side view of the interconnection of the photodetector **334** to the leadframe **308** along section lines A–A'. It will be appreciated that the LED's **330** and **332** are interconnected in a substantially identical manner albeit to different electrical traces. As shown, the photodetector **334** contains first and second contact pads **336** and **338** located on its top and bottom surfaces, respectively. The bottom contact pad **338** as well as the photodetector **334** is interconnected to trace **320** by a conductive adhesive bond **322**. In this regard, a drop of the conductive adhesive may be placed on the surface of the trace **320** after which the photodetector **334** is pressed into the conductive adhesive thereby creating an electrical interconnection between the bottom contact pad **338** and the trace **320**. The conductive adhesive is then cured using, for example, heat. All the active components **330–334** are mounted directly to a trace **312**, **318**, and **320** which has a width greater than the respective component **330–330** mounted thereon. Accordingly, the emitting and detecting surfaces of the components **330–334** are necessarily mounted such that they emit/detect in a direction other than the direction of the trace on which they are mounted. As shown in FIG. **3**, the photodetector's active surface is located on its top surface. Likewise, the active surfaces of the LEDs **330** and **332** are mounted to emit from their top surfaces, however, it will be appreciated that the LEDs **330**, **332** also emit a substantial portion of light through their side surfaces. To complete the electrical circuit through the photodetector **334** the top contact pad **336** is interconnected to a second electrical trace **310**. This connection is made using a ductile connector wire **324** (e.g., gold) that is wire bonded to the top contact pad **336**, routed to the second electrical trace **310**, and wire bonded to the second trace **310**.

The ductile wire connector **324** is made of a small gauge wire. Additionally, the individual traces **310–320** must remain electrically isolated from one another to prevent electrical shorting there between. Therefore, in order to stabilize the wire connector **324** and isolate the traces **310–320** a clear nonconductive adhesive is utilized to encapsulate the active components **330–334** and portions of the traces **310–320**. That is, a first adhesive drop **332** encapsulates the LEDs **330**, **332** and a portion of all the traces **310–320** while a second adhesive drop **332** encapsulates the photodetector **334** and traces **320** and **310**. These adhesive drops **332** are cured using UV light, light and/or heat to form clear solids which provide structural stability for the sensor **350** as well as lenses to help direct light emitted or received by the active components **330–334**.

As will be appreciated, the prior art sensor **350** requires the forming of a conductive lead frame **308**, application of active components **330–334** using a conductive adhesive, curing of the conductive adhesive, wire bonding, application and curing of clear adhesive bubbles to stabilize the sensor assembly **350**, soldering the lead frame **308** to a pin connector **346** and finally sandwiching the lead frame assembly between the upper and lower flexible members **300** and **304**.

FIG. **5** shows a top view of one embodiment of a low cost oximeter sensor assembly **30** having an integral connector **34**, in accordance with the present invention. Generally, the sensor **30** is formed having a flexible sheet-like laminate **50**

8

structure which includes first and second opposing wings **52**, **54**, as well as a finger-tip projection **56** oriented between and projecting perpendicular to the wings **52**, **54**. The wings **52**, **54**, along with the finger-tip projection **56**, are used for flexibly wrapping the sensor **30** about a finger **60** (shown in phantom) such that one or more LED's **40**, **42** are disposed on a first surface of the finger and a photodetector **38** is disposed on an opposing surface of the finger. It will be noted that the sensor **30** may be differently shaped for use with other patient extremities. The top "non-patient" side of the laminate structure **50** further contains a plurality of electrically conductive traces **70**, **72**, **74**, **76**. These traces **70**, **72**, **74**, **76** electrically interconnect the active sensor components **38–44** to an electric power source and monitor (not shown). In particular, the sensor **30** contains a photodetector **38** interconnected to trace **70** and two light emitting diodes (LEDs) **40**, **42** interconnected to traces **72** and **74**, respectively. Additionally, the sensor **30** contains an identification means **44** interconnected to trace **76**. This identification means **44** may be any component or combination of components. For example, the identification means **44** may comprise one or more passive and/or active electrical components (e.g., resistors, diodes, zener diodes, etc.) or memory device (e.g., a programmable integrated chip, etc.) used to provide some sort of sensor **30** identification information. IN turn, upon reading the identification means **44**, an oximetry monitor (not shown) may apply appropriate calibration values related to, for example, the center wavelengths of the LEDs **40**, **42** for a particular sensor **30**. The active components **38–44** may be encapsulated with a clear drop **110** of adhesive (as shown in phantom lines surrounding the active components **38–44**) to provide structural stability and improved optical characteristics, as will be discussed herein. FIG. **6** shows an exploded cross sectional view along projection line A–A' of the sensor **30** shown in FIG. **5**. Identical components in FIGS. **5** and **6** are identified with the same reference numbers. FIG. **6** shows the different layers utilized to form the flexible substance of the present embodiment of the "laminate" sensor **30** of the present invention. Included in the laminate's layers are a clear substrate **80**, an interconnecting layer **82** with a patient side adhesive surface **83** and a clear release liner **84** in face-to-face contact with the adhesive surface **83**. A foam layer **86** is also disposed between a portion of the clear substrate layer **80** and the interconnecting layer **82**. This foam layer **86** provides for increased patient comfort by providing cushioning and a thermal barrier between the patient's tissue and the LED's **40**, **42** (LED **40** is disposed directly behind LED **42** and, therefore, not shown directly in this view), as will be more fully discussed herein. Each of the laminate's layers **80–86** are flexible such that the sensor **30** is able to conform to a patient's tissue and hold the LED's **40**, **42** and the photodetector **38** relative to the tissue. Further, the interconnecting layer **82** and clear substrate **80** are made of the same/similar material, such as polyester, polyethylene, polypropylene, or polyamide so that during manufacture of the sensor **30**, the clear substrate **80** and interconnecting layer **82** may be thermally bonded to one another using heat and pressure. Thermal bonding eliminates the need of a separate adhesive for attaching the clear substrate **80** and interconnecting layer **82** and also provides a method for securely holding the foam layer **86** in place (i.e., sandwiching the foam between the layers). Additionally, the heat form the thermal bonding step may be utilized to cure adhesives utilized to attach various components to the sensor **30**. The foam layer **86** may be made of material similar to the clear substrate **80** and interconnecting layer **82** such that the foam

US 6,745,061 B1

9

layer 86 at least partially bonds to these layers 80, 82 during manufacture. The release liner 84 is made of a dissimilar material to prevent it from bonding to the interconnecting layer 82, thereby allowing it to remain removable prior to sensor application.

The release liner 84, the interconnecting layer 82, the foam layer 86 and the clear substrate layer 80 are formed of materials that are substantially transparent to ultraviolet (UV) light. This allows UV light to pass through these layers 80–86 such that any adhesives used to attach the LEDs 40, 42 and photodetector 38 to the electrical traces 70–76 and/or to the clear substrate 80 (i.e., adhesive drop 110) may be cured with light (i.e., UV or visible depending on the adhesives) applied through the bottom of the flexible substrate 50 at or near the end of the manufacturing process. The foam layer 86 contains a plurality of apertures 88–92 (Aperture 90 is aligned with LED 4 in FIG. 6 and is therefore not shown) aligned with the active components 38–44 for curing purposes. Further, the foam layer 86 is partially transparent, allowing a predetermined portion of light to pass through for curing and/or monitoring purposes. In the present embodiment, where there is no light blocking layer on the top side of the laminate 50, the use of substantially UV transparent materials allows for curing any adhesives with UV/light sources from either side of the sensor 30. This is especially important in other embodiments where a light blocking layer is applied to the flexible substrate 50 top surface, as will be more fully discussed herein. Alternately, thermal energy used to bond the laminate layers 50 may also be utilized to cure the adhesives used to bond the electrical components 38–44 to the sensor 50.

As noted, the clear substrate 80 is formed of a polymer thick film such as polyester, polyethylene, polypropylene, or polyamide. The clear substrate 80 provides a mounting surface for the LED's 40, 42 and photodetector 38. In this regard, these components are mounted in contact with the clear substrate 80 such that the clear substrate 80 acts at least partially as a lens, eliminating the need of separately formed lens structures for the sensor 30. However, it will be appreciated that the drops 110 of clear adhesive may also provide some focusing function for the LEDs 40, 42. That is, the adhesive drops 110 may reflect light emitted through, for example, side surfaces of the LEDs 40, 42 through the clear substrate 80.

The foam layer 86, as noted, contains three apertures 88–92, one for each of the LEDs 40, 42 and one for the photodetector 38. Accordingly, these apertures 88–92 are aligned with the LEDs 40, 42 and photodetector 38 upon assembly such that a clear line of sight exists between the LEDs 40, 42 and photodiode 38 when the sensor 30 is applied to the patient's finger 60. The LED apertures 88, 90 provide an additional benefit in that they create a trapped air pocket between the bottom surface of the clear substrate layer 80 and the interconnecting layer 82. During operation of the sensor 30, the LEDs 42, 40 produce heat which may cause the clear substrate 80 to become uncomfortably warm. Sensors utilizing copper lead frames, or copper traces formed using conventional printed board technology generally provide enough of a "heat sink" to conduct excess heat away from the LED area, preventing undue heat build up. However, in the present invention, where the traces 70–76 are formed using conductive ink, heat dissipation can become problematic. In this regard the air pocket formed by the foam layer apertures 88, the clear substrate 80 and the interconnecting layer 82, creates a thermally insulative buffer between the patient's finger 60 and the clear substrate

10

80. This buffer eliminates or substantially reduces the potential for tissue damage. As will be appreciated, this air pocket may be airtight. That, is the pocket may be sealed when the clear substrate 80 and interconnecting layer 82 are thermally bonded together.

FIG. 7 shows a close up view of electrical traces of 70–76 and the electrical components 38, 40, 42 and 44 attached thereto. As shown, each trace 70–76 includes two substantially parallel electrically conductive paths a and b, which are electrically insulated from one another. The first half of these electrical paths (70a–76a) form "out" legs of electrical circuits and the second parallel paths (72b–76b) form the "return" legs of the electrical circuits once the sensor's active components 38–44 are interconnected to their respective traces 70–76. The traces 70–76 of the present embodiment are formed on the top surface of the clear substrate 80 using a conductive ink (e.g., epoxy with silver). This conductive ink my be deposited on the clear substrate 80 using any of a number of known ink deposition techniques such as silk screening, pad printing or inkjet printing. During the ink deposition process, the remainder of the surface of the clear substrate 80 not covered by the conductive traces 70–76 (and not to be covered by the LED 40, 42 or Photodetector 38) may also be covered by an opaque nonconductive ink. That is, the non-patient side of the clear substrate 80 may be "painted" to provide a light blocking shield for the sensor 30. Finally, any sensor identification marks may also be printed on the sensor during the ink deposition process(es). Alternatively, the traces 70–76 may include metallic conductors formed on the clear substrate using conventional printed board technology or hot foil stamping. The use of copper/metallic traces may allow for conducting heat away from the LEDs 40 during sensor operation. In addition, the metallic traces may provide for additional light reflection, providing increased signal transfer through the patient's finger 60.

FIGS. 8a and 8b illustrate alternate embodiments for attaching the LEDs 40, 44, photodetector 38 and identification means 44 to the traces 70–76 on the clear substrate 80. In particular, FIGS. 8a and 8b show a cross sectional view along projection line B—B' of the sensor 30 shown in FIG. 1. Though FIGS. 8a and 8b describe the attachment of LED 42 to electrical trace 72, it is to be understood that any or all of the active components 33–44 of the sensor 30 contain similar structures and may be interconnected to their respective traces 70–76 in a substantially identical manner. As shown in both FIGS. 8a and 8b, LED 42 contains a first electrical contact pad 102 and a second electrical contact pad 104. These electrical contact pads 102, 104 are interconnectable with the out leg 72a and return leg 72b of electrical trace 72. In accordance with the present invention, the LED 42 is mounted such that it emits light through the clear substrate 80 which, in turn, acts as a lens for the LED 42.

In FIG. 8a, LED 42 is shown as a "flip chip" having both electrical contact pads 102, 104 located on the same surface of the LED 42. Further, the first and second electrical contact pads 102, 104 are located on the same surface as the LED's light emitting surface. In this regard, the electrical contact pads 102, 104 are easily interconnected to the out and return legs 72a and 72b on the clear substrate 80 using an electrically conductive adhesive to form conductive bonds 112, 113 between the trace legs 72a, 72b and the contact pads 102, 104.

FIG. 8b illustrates an alternative embodiment for use when LED 42 contains first and second electrical contact pads 102, 104 oriented on opposing faces of the LED 42. In this arrangement, a bead of the conductive adhesive is used

US 6,745,061 B1

11

to interconnect the top electrical contact pad **104** to the return leg **72***b* of the trace **72**. That is, the electrically conductive adhesive is used to create an electrical conduit **114**. The bottom contact pad **102** is again directly interconnected to the out leg **72***a* of the electrical trace **72** using a conductive bond **112**. As will be appreciated, in both embodiments using the electrically conductive adhesive eliminates the need for wire bonding and/or soldering of the LED **42** to the trace **72**. The conductive bonds **112**, **113** and/or **114** may then cured (i.e. thermally or with light).

In addition to being attached to the clear substrate via the electrically conductive bonds **112**, **113** and/or **114**, a clear adhesive is used to attach LED **42** to the clear substrate **82**. The clear adhesive creates an adhesive drop **110** that encapsulates the entire LED **42** and the electrical connections to the electrical traces. Upon curing, the adhesive drop **110** provides stability for the electrical connections and also increases light focusing through the clear substrate **80** by refracting light emanating through the sides of the LED **42** through the clear substrate **80**. As will be appreciated, the LED **42** must attached to the electrical out and return legs (**72***a* and **72***b*) of the electrical trace **72** with the conductive adhesive **112** prior to encapsulating the LED **42**. The clear adhesive may then be applied around and flowed into any spaces beneath the LED **42** to secure the LED **42** to the clear substrate **80**. Preferably, the clear adhesive covers the entire LED **42**, thereby encapsulating the LED **42** within the drop **110**. The clear adhesive may then be cured thermally or by utilizing light that may be applied from above or beneath the sensor laminate **50** as described above. If the conductive adhesive is viscous enough to maintain the bond between the contact pads **102** and **104** and traces **72***a* and **72***b* during encapsulation, curing of the conductive and clear adhesives may be done simultaneously.

FIGS. **9** and **10** illustrate various components of the integral connector **34** formed on one end of the sensor **30**. The integral connector **34** is designed to interface to the connector plug **38** which is interconnected with an oximetry monitor (not shown). Generally, the connector plug **38** contains an opening **120** having a plurality of contact pins **122** which are operable to interconnect with the traces **70–74** located on the clear substrate **80**. The contact pins **122** act as springs such that upon insertion of the integral connector **34** within the connector plug opening **120** the contact pins **120** maintain contact pressure with the traces **70–76**. As will be appreciated, a contact pin exists for each out leg and each return leg of each of the traces **70–76**. As shown in FIG. **10**, the integral connector **34** is formed by folding the laminate **50** along a fold line **64** such that the traces **70–76** on the non-patient surface of the clear substrate are exposed on both sides of the integral connector **34**. In order to provide the structural integrity necessary for the connector **34** to interface with the connector plug **38**, a stiffener **36** is inserted in the fold of the laminate structure **50**. This stiffener **36** may be made of any suitable material that has a relative stiffness greater than that of the flexible substrate **50**. Preferably, the stiffener **66** will be made of a similar material to the flexible substrate **50** rest of the sensor **30** such that it may be thermally bonded in place. The stiffener **36** provides structural stiffness, allowing a technician to interconnect the integral connector **34** with the connector plug **38**. Additionally, the stiffener **36** provides volume within the fold such that the connector pins **122** within the connector plug **38** may effectively contact with the traces **70–76** upon insertion.

FIGS. **11** and **12** illustrate another embodiment of the sensor in accordance with the present invention. This second

12

embodiment is similar in structure to the first embodiment shown in FIGS. **5** and **6**, however, this embodiment further utilizes a cover layer **94** covering the top surface of the clear substrate. FIG. **11** shows a plan view of the top surface of the clear substrate **80** and the bottom surface of the cover layer **94**. FIG. **12** shows an exploded side view along projection line C–C' of FIG. **11** and includes the cover layer **94**. The cover layer **94** covers substantially the entire top surface of the clear substrate **80**, excluding the portion of the clear substrate that makes up the integral connector **34**. The cover film layer **94** is generally an opaque flexile layer made of a material similar to the clear substrate **80** and is utilized for its light blocking characteristics. As with the embodiment of FIGS. **5** and **6**, the cover layer **94** may be thermally bonded to the clear substrate **80** during manufacture. In addition, the embodiment shown in FIGS. **11** and **12** includes a heat sink **92** that is disposed between the clear substrate **80** and the cover layer **94** in the region of the LEDs **40**, **42**. Upon sensor assembly, the heat sink **92** is "sandwiched" between the cover layer **94** and the clear substrate **80**. The heat sink may be any thermally conductive material, such as a copper disk, that provides adequate heat transfer away from the LEDs **40**, **42** to prevent the LEDs **40**, **42** from overheating during sensor operation. This heat sink **92** is especially desirable when conductive inks are utilized to form the traces **70–76**, as conductive inks generally do not provide enough thermal mass to provide adequate heat transfer away from the LEDs **40**, **42**, which can lead to patient discomfort and/or tissue damage (i.e. burns).

In the embodiment of FIGS. **11** and **12** the cover layer **94** contains one or more of the traces **70–76** utilized for connecting the active components **38**, **42**, **40**, **44** of the sensor **30**. FIG. **12** shows a plan view of the bottom of the cover layer **94** and the top of the clear substrate **80** prior to lamination (not to scale). For clarity herein only LED **40** and the electrical traces connected thereto are described. In particular, the LED **40** contains a contact pad **104** interconnected to the clear substrate layer **80** (See FIG. **8***b*) and a contact pad **102** on its top surface. Accordingly, the cover layer **94** contains one of the out or return legs (i.e., a or b) of electrical trace **72** to facilitate electrical connection. As noted for simplicity, only one electrical component (LED **40**) and its corresponding trace **72** are illustrated, however it is to be understood all the traces **70–76** for all active components are formed in a like manner. In this embodiment, the LED's bottom contact pad **104** (not shown) is electrically interconnected with trace **72***b* located on the clear substrate **80** using, for example, a conductive adhesive. The LED's top contact pad **102** is interconnected to trace **72***a* located on the bottom surface of the cover layer **94**. As will be appreciated, upon lamination of the sensor **30** the cover layer trace **72***a* is electrically isolated from the corresponding clear substrate layer traces **72***b*. That is, each trace leg a and b is offset or jogged such that they take an individual path to and from the LED **40**. Finally, to utilize the integral connector **34** in accordance with the present invention, both legs a and b of the conductive traces **72** must be disposed on the outside of the clear substrate **80** when folded. Accordingly, the cover layer **94** does not extend to the sensor's integral connector **34** section (see FIG. **12**). To provide electrical connections to the cover layer trace **74***a*, the cover layer trace **74***a* further contains a contact pad **74***c* that is able to electrically mate with a contact pad **74***d* on the clear substrate **80** when the cover layer **94** and clear substrate **80** are contacted. The clear substrate contact pad **72***d* further contains an electrical trace **74***e* that leads to the integral connector **34**. Upon sensor lamination, the contact

US 6,745,061 B1

13

pads **74c**, **74d** are thermally and electrically bonded and provide electrical connection to the integral connector **34**.

The cover layer **94** provides for added sensor structural integrity and additional protection for the electrical components **38–44**. As will be appreciated, when the cover layer **94** is utilized, all the electrical components **38–44** are sandwiched between the cover layer **94** and clear substrate **80**. As these layers are thermally bonded in the lamination of the sensor **30**, the resulting laminate **50** has its active components **38–44** securely embedded within, providing a sensor assembly having increased resiliency.

FIG. **13** shows another embodiment of the present invention. In this embodiment, the clear structure **80** and the conductive traces **70–76** are formed in a square concentric spiral pattern on a single sheet of laminate. The concentric sensor **130** contains LEDs **40, 42** a photodetector **38** and an identification means **44** all located at the end of the concentric traces **70–76** near the middle of the sheet of laminate. In accordance with the present invention, the LED's **40, 42** and the photodetector **38** may be mounted such that they emit/detect through a clear substrate. The concentric sensor **130** may utilize any combination of layers as described in relation to the embodiments above. What is important is that the concentric sensor provides a sensor having an integrally formed cable that is formed on a single "sheet" of laminate while producing an integral cable that is longer than the outside dimensions of the sheet. In this regard, after the traces are applied to the laminate sheet, the sheet is cut between the concentric traces **70–76** to produce a integral cable **35** that has a square spiral shape (see FIG. **14a**). In order to straighten the cable, the square corners **140** of the sensor **130** are each first folded back at a 45 degree angle (See FIG. **14b**) and then refolded straight forward (see FIG. **14c**), allowing the integral cable **35** to take the form of a long strip (FIG. **14d**). As will be appreciated, the integral cable allows the connection of the sensor **130** to a monitor to be made at an increased distance away from the patient's tissue.

As will be appreciated, any of the previous embodiments may further utilize additional layers/materials to provide further enhanced sensor characteristics. For example, as shown in FIG. **15**, a separate lens structure may be utilized if the refractive properties of the clear substrate **80** are not sufficient to properly direct/focus the light emitted/received by the emitters/detector **40, 42** and/or **38.14** In this regard, a lens, such as a fresnel lens **200**, may be integrally formed into the clear substrate **80**. Alternatively the clear substrate **80** may be over-molded onto an existing lens **200**. In either case, an LED **40** may be mounted upon the back surface of the lens **200** to allow the light emitting from the LED **40** to be concentrated into a more unidirectional light beam.

The foregoing description of the present invention has been presented for purposes of illustration and description. Furthermore, the description is not intended to limit the invention to the form disclosed herein. Consequently, variations and modifications commensurate with the above teachings, and skill and knowledge of the relevant art, are within the scope of the present invention. The embodiments described hereinabove are further intended to explain best modes known of practicing the invention and to enable others skilled in the art to utilize the invention in such, or other embodiments and with various modifications required by the particular application(s) or use(s) of the present invention. It is intended that the appended claims be construed to include alternative embodiments to the extent permitted by the prior art.

14

What is claimed is:

1. A flexible pulse oximetry sensor, said sensor comprising:
   a substantially clear flexible substrate having first and second surfaces;
   at least one of:
      a light emitter mounted on said first surface of said clear substrate for emitting light through said substrate and said second surface; and
      a light detector mounted on said first surface of said clear substrate for detecting light through said second surface and said substrate and providing a signal indicative of said detected light; and
   a substantially clear adhesive for at least partially attaching by way of direct interconnection said at least one of said light emitter and said light detector to said clear substrate.

2. The pulse oximetry sensor of claim 1, further comprising:
   a substantially clear adhesive on said second surface for securing said sensor to a patient's tissue.

3. The pulse oximetry sensor of claim 2, further comprising:
   a substantially clear release liner for covering said adhesive, wherein said release liner may be selectively removed prior to application of said sensor to a patient's tissue.

4. The pulse oximetry sensor of claim 1, wherein said clear adhesive encapsulates said at least one of said light emitter and said light detector.

5. The pulse oximetry sensor of claim 1, wherein said clear adhesive is light curable.

6. The pulse oximetry sensor of claim 1, further comprising:
   a substantially clear interconnecting layer interconnected to at least a portion of said second surface of said clear substrate;
   an at least partially transparent compressible layer disposed between at least a portion of said interconnecting layer and said clear substrate; and
   a substantially clear adhesive on at least a portion of said second surface for securing said sensor to a patient's tissue.

7. The pulse oximetry sensor of claim 6, wherein said compressible layer has a transparency index of at least 0.4.

8. The pulse oximetry sensor of claim 6, wherein said compressible layer contains at least a first aperture for each said light emitter and said light detector, wherein each said aperture is aligned with each said light emitter and light detector to allow light to pass through said aperture free from interference.

9. The pulse oximetry sensor of claim 8, wherein said interconnecting layer, said aperture and said clear substrate form an air pocket.

10. The pulse oximetry sensor of claim 9, wherein said air pocket is air tight.

11. The pulse oximetry sensor of claim 1, wherein said sensor contains at least one light emitter, further comprising:
   a thermal element being adapted to transfer thermal energy away from said at least one light emitter.

12. The pulse oximetry sensor of claim 1, wherein said clear flexible substrate further comprises a lens integrally formed within said substrate to focus light relative to said at least one of light emitter and light detector.

13. The pulse oximetry sensor of claim 1, wherein said substantially clear flexible substrate at least partially forms a connector adapted to connect said pulse oximetry sensor to a monitor.

US 6,745,061 B1

15

14. A flexible pulse oximetry sensor, said sensor comprising:

a substantially clear flexible substrate having a first surface with at least one electrically conductive trace formed thereon; and

at least one of:

a light emitter mounted on said first surface of said clear substrate and electrically interconnected to at least one said trace, said light emitter for emitting light through said substrate and a second surface of said substrate; and

a light detector mounted on said first surface of said clear substrate and electrically interconnected to at least one said trace, said light detector for detecting light through said second surface and said substrate and providing a signal indicative of said detected light.

15. The pulse oximetry sensor of claim 14, further comprising:

a substantially clear adhesive on said second surface for securing said sensor to a patient's tissue.

16. The pulse oximetry sensor of claim 15, wherein said at least one electrically conductive trace is formed from a conductive ink deposited onto said clear substrate.

17. The pulse oximetry sensor of claim 16, wherein said conductive ink is deposited on said first surface using a printing process.

18. The pulse oximetry sensor of claim 15, wherein said at least one electrically conductive trace is formed from a metallic foil stamped onto said clear substrate.

19. The pulse oximetry sensor of claim 14, wherein said substantially clear flexible substrate at least partially forms a connector adapted to connect said pulse oximetry sensor to a monitor.

20. A flexible pulse oximetry sensor, said sensor comprising:

a substantially clear flexible substrate having at least one electrically conductive trace formed on a first surface;

at least a first light emitter electrically interconnected to at least one said electrically conductive trace on said flexible substrate, said light emitter for emitting light through said substrate relative to a patient's tissue; and

a thermal element being adapted to transfer thermal energy away from said at least one light emitter when said light emitter is emitting light; and

an adhesive on said second surface of said flexible substrate for securing said sensor to a patient's tissue.

21. The pulse oximetry sensor of claim 20, wherein said at least one electrically conductive trace is formed from a conductive ink printed on said flexible substrate.

22. The pulse oximetry sensor of claim 20, wherein said thermal element comprises a thermally conductive material at least partially covering said first surface.

23. The pulse oximetry sensor of claim 22, wherein said thermally conductive material is electrically isolated from said at least one electrically conductive trace.

24. The pulse oximetry sensor of claim 20, wherein said substantially clear flexible substrate at least partially forms a connector adapted to connect said pulse oximetry sensor to a monitor.

25. A flexible pulse oximetry sensor, said sensor comprising:

a substantially clear flexible substrate having first and second surfaces; and

at least one of:

a light emitter mounted on said first surface of said clear substrate for emitting light through said substrate and said second surface; and

16

a light detector mounted on said first surface of said clear substrate for detecting light through said second surface and said substrate and providing a signal indicative of said detected light; and

an insulative layer in a face to face relationship with at least a portion of said second surface for creating a temperature differential between a patient's tissue and said second surface opposite said at least one emitter and detector.

26. The pulse oximetry sensor of claim 25, further comprising:

a substantially clear interconnecting layer interconnected to at least a portion of said insulative layer; and

an adhesive on the bottom surface of said interconnecting layer for attaching said sensor to a patient's tissue.

27. The pulse oximetry sensor of claim 26, wherein said insulative layer contains at least a first aperture for each said light emitter and each said light detector, wherein said aperture is aligned with said light emitter and said light detector to allow light to pass through said aperture free from interference.

28. The pulse oximetry sensor of claim 27, wherein said clear substrate second surface, said aperture and said interconnecting layer are adapted to create an air pocket between said substrate and a patient's tissue.

29. The pulse oximetry sensor of claim 28, wherein said air pocket is substantially sealed.

30. The pulse oximetry sensor of claim 25, wherein said substantially clear flexible substrate at least partially forms a connector adapted to connect said pulse oximetry sensor to a monitor.

31. A flexible pulse oximetry sensor, said sensor comprising:

a first flexible substrate having a first surface with at least a first electrically conductive trace thereon,

a second flexible substrate having a first surface having at least a first electrically conductive trace thereon, wherein said first substrate first surface and second substrate first surface are in a face to face relationship and wherein one of said substrates is substantially clear,

at least one of:

a light emitter mounted on the first surface of one of said first and second substrates, wherein said light emitter is electrically interconnected to at least one trace on said first substrate and at least one trace on said second substrate and wherein said light emitter emits light through said substantially clear substrate; and

a light detector mounted on the first surface of one of said first and second substrates, wherein said light detector is electrically interconnected to at least one trace on said first substrate and at least one trace on said second substrate and wherein said light detector detects light though said substantially clear substrate; and

an adhesive on a second surface of one of said first and second substrates for securing said sensor to a patient's tissue.

32. The sensor of claim 31, wherein said first substrate traces and second substrate traces are electrically isolated.

33. The sensor of claim 31, wherein at least one of said light emitter and light detector is mounted to said clear substrate allowing light to be one of emitted through said clear substrate and detected through said clear substrate.

34. The sensor of claim 31, wherein the other of said first and second substrates is substantially opaque.

* * * * *

# Exhibit 14

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

US007003338B2

(12) **United States Patent**   (10) **Patent No.:**   **US 7,003,338 B2**
Weber et al.   (45) **Date of Patent:**   **Feb. 21, 2006**

(54) **METHOD AND APPARATUS FOR REDUCING COUPLING BETWEEN SIGNALS**

(75) Inventors: **Walter M. Weber**, Laguna Hills, CA (US); **Ammar Al-Ali**, Costa Mesa, CA (US)

(73) Assignee: **Masimo Corporation**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 106 days.

(21) Appl. No.: **10/615,333**

(22) Filed: **Jul. 8, 2003**

(65) **Prior Publication Data**

US 2005/0010092 A1    Jan. 13, 2005

(51) **Int. Cl.**
*A61B 5/00*    (2006.01)
(52) **U.S. Cl.** ...................................... **600/336**; 600/323
(58) **Field of Classification Search** ........ 600/322–323, 600/336
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,960,128 A | 10/1990 | Gordon et al. | |
| 5,163,438 A | 11/1992 | Gordon et al. | |
| 5,337,744 A | 8/1994 | Branigan | |
| 5,431,170 A | 7/1995 | Mathews | |
| 5,452,717 A | 9/1995 | Branigan et al. | |
| 5,482,036 A | 1/1996 | Diab et al. | |
| 5,490,505 A | 2/1996 | Diab et al. | |
| 5,494,043 A | 2/1996 | O'Sullivan et al. | |
| 5,533,511 A | 7/1996 | Kaspari et al. | |
| 5,590,649 A | 1/1997 | Caro et al. | |
| 5,632,272 A | 5/1997 | Diab et al. | |
| 5,638,816 A | 6/1997 | Kiani-Azarbayjany et al. | |
| 5,638,818 A | 6/1997 | Diab et al. | |
| 5,645,440 A | 7/1997 | Tobler et al. | |
| 5,685,299 A | 11/1997 | Diab et al. | |

| | | | |
|---|---|---|---|
| D393,830 S | 4/1998 | Tobler et al. | |
| 5,743,262 A | 4/1998 | Lepper, Jr. et al. | |
| 5,758,644 A | 6/1998 | Diab et al. | |
| 5,760,910 A | 6/1998 | Lepper, Jr. et al. | |
| 5,769,785 A | 6/1998 | Diab et al. | |
| 5,782,757 A | 7/1998 | Diab et al. | |
| 5,785,659 A | 7/1998 | Caro et al. | |
| 5,791,347 A | 8/1998 | Flaherty et al. | |
| 5,810,734 A | 9/1998 | Caro et al. | |
| 5,823,950 A | 10/1998 | Diab et al. | |
| 5,830,131 A | 11/1998 | Caro et al. | |
| 5,833,618 A | 11/1998 | Caro et al. | |
| 5,860,919 A | 1/1999 | Kiani-Azarbayjany et al. | |
| 5,890,929 A | 4/1999 | Mills et al. | |
| 5,904,654 A | 5/1999 | Wohltmann et al. | |
| 5,919,134 A * | 7/1999 | Diab ........................... 600/323 |

(Continued)

*Primary Examiner*—Eric F. Winakur
(74) *Attorney, Agent, or Firm*—Knobbe Martens Olson & Bear LLP

(57) **ABSTRACT**

A method and an apparatus for separating a composite signal into a plurality of signals is described. A signal processor receives a composite signal and separates a composite signal in to separate output signals. Feedback from one or more of the output signals is provided to a configuration module that configures the signal processor to improve a quality of the output signals. In one embodiment, the signal processor separates the composite signal by applying a first demodulation signal to the composite signal to generate a first output signal. In one embodiment, the signal processor also applies a second demodulation signal to the composite signal to generate a second output signal. In one embodiment, a phase and/or amplitude of the first demodulation signal and a phase and/or amplitude of the second demodulation signal are selected to reduce crosstalk. In one embodiment, the composite signal is obtained from a detector in a system for measuring one or more blood constituents.

**11 Claims, 4 Drawing Sheets**



**US 7,003,338 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,934,925 A | 8/1999 | Tobler et al. |
| 5,940,182 A | 8/1999 | Lepper, Jr. et al. |
| 5,995,855 A | 11/1999 | Kiani et al. |
| 5,995,858 A * | 11/1999 | Kinast ........................ 600/323 |
| 5,997,343 A | 12/1999 | Mills et al. |
| 6,002,952 A | 12/1999 | Diab et al. |
| 6,011,986 A | 1/2000 | Diab et al. |
| 6,027,452 A | 2/2000 | Flaherty et al. |
| 6,036,642 A | 3/2000 | Diab et al. |
| 6,045,509 A | 4/2000 | Caro et al. |
| 6,067,462 A | 5/2000 | Diab et al. |
| 6,081,735 A | 6/2000 | Diab et al. |
| 6,088,607 A | 7/2000 | Diab et al. |
| 6,110,522 A | 8/2000 | Lepper, Jr. et al. |
| 6,151,516 A | 11/2000 | Kiani-Azarbayjany et al. |
| 6,152,754 A | 11/2000 | Gerhardt et al. |
| 6,157,850 A | 12/2000 | Diab et al. |
| 6,165,005 A | 12/2000 | Mills et al. |
| 6,184,521 B1 | 2/2001 | Coffin, IV et al. |
| 6,206,830 B1 | 3/2001 | Diab et al. |
| 6,229,856 B1 | 5/2001 | Diab et al. |
| 6,236,872 B1 | 5/2001 | Diab et al. |
| 6,256,523 B1 | 7/2001 | Diab et al. |
| 6,263,222 B1 | 7/2001 | Diab et al. |
| 6,278,522 B1 | 8/2001 | Lepper, Jr. et al. |
| 6,280,213 B1 | 8/2001 | Tobler et al. |
| 6,285,896 B1 | 9/2001 | Tobler et al. |
| 6,334,065 B1 | 12/2001 | Al-Ali et al. |
| 6,349,228 B1 | 2/2002 | Kiani et al. |
| 6,360,114 B1 | 3/2002 | Diab et al. |
| 6,371,921 B1 | 4/2002 | Caro et al. |
| 6,377,829 B1 | 4/2002 | Al-Ali |
| 6,388,240 B1 | 5/2002 | Schulz et al. |
| 6,397,091 B1 | 5/2002 | Diab et al. |
| 6,430,525 B1 | 8/2002 | Weber et al. |
| 6,463,311 B1 | 10/2002 | Diab |
| 6,470,199 B1 | 10/2002 | Kopotic et al. |
| 6,501,975 B1 | 12/2002 | Diab et al. |
| 6,515,273 B1 | 2/2003 | Al-Ali |
| 6,525,386 B1 | 2/2003 | Mills et al. |
| 6,526,300 B1 | 2/2003 | Kiani et al. |
| 6,541,756 B1 | 4/2003 | Schulz et al. |
| 6,542,764 B1 | 4/2003 | Al-Ali et al. |
| 6,580,086 B1 | 6/2003 | Schulz et al. |
| 6,584,336 B1 | 6/2003 | Ali et al. |
| 6,597,933 B1 | 7/2003 | Kiani et al. |
| 6,606,511 B1 | 8/2003 | Ali et al. |
| 6,632,181 B1 | 10/2003 | Flaherty et al. |
| 6,640,116 B1 | 10/2003 | Diab |
| 6,643,530 B1 | 11/2003 | Diab et al. |
| 6,650,917 B1 | 11/2003 | Diab et al. |
| 6,654,624 B1 | 11/2003 | Diab et al. |
| 6,658,276 B1 | 12/2003 | Kianl et al. |
| 6,671,531 B1 | 12/2003 | Al-Ali et al. |
| 6,678,543 B1 | 1/2004 | Diab et al. |
| 6,684,090 B1 | 1/2004 | Ali et al. |
| 6,697,656 B1 | 2/2004 | Al-Ali |
| 6,697,658 B1 | 2/2004 | Al-Ali |
| RE38,476 E | 3/2004 | Diab et al. |
| 6,699,194 B1 | 3/2004 | Diab et al. |
| 6,714,804 B1 | 3/2004 | Al-Ali et al. |
| RE38,492 E | 4/2004 | Diab et al. |
| 6,725,075 B1 | 4/2004 | Al-Ali |
| 6,745,060 B1 | 6/2004 | Diab et al. |
| 6,760,607 B1 | 7/2004 | Al-Ali |
| 6,770,028 B1 | 8/2004 | Ali et al. |
| 6,771,994 B1 | 8/2004 | Kiani et al. |
| 6,792,300 B1 | 9/2004 | Diab et al. |
| 6,813,511 B1 | 11/2004 | Diab et al. |
| 6,816,741 B1 | 11/2004 | Diab et al. |
| 6,822,564 B1 | 11/2004 | Al-Ali |
| 6,826,419 B1 | 11/2004 | Diab et al. |
| 6,830,711 B1 | 12/2004 | Mills et al. |

* cited by examiner



FIG. 1



*FIG. 2*



FIG. 3



FIG. 4

US 7,003,338 B2

**1**

## METHOD AND APPARATUS FOR REDUCING COUPLING BETWEEN SIGNALS

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to the field of signal processing, and, more particularly, relates to multi-channel demodulators for demodulating mixed signals, such as, for example, signals generated in a pulse oximetry system.

2. Description of the Related Art

In many multi-channel measurement and communication systems, crosstalk between channels and corruption of data within the channels are significant problems. Such problems can arise from variations in manufacturing tolerances, movement, propagation delays, phase shifts, temperature effects, degradation of components due to age or other factors, noise, etc.

A pulse oximetry system is one example of a system where the above-referenced problems are found. In a pulse oximetry system, blood oxygen saturation is determined by transmitting pulses of electromagnetic energy through a portion of a subject having blood flowing therein (e.g., through a finger, through an ear lobe, or other portion of the body where blood flows close to the skin). The pulses of electromagnetic energy comprise periodic pulses of red light having wavelengths of approximately 660 nanometers, for example, and periodic pulses of infrared light having wavelengths of approximately 905 nanometers.

After propagating through the portion of the subject, the red pulses and the infrared pulses are detected by a detector which is responsive to light at both wavelengths and which generates an electrical signal that has a relationship to the intensity of the electromagnetic energy incident on the detector. The detector output is a two-channel signal having a first signal component corresponding to the detected red pulses and a second signal component corresponding to the detected infrared pulses.

The two-channel signal is demodulated to recover separate signals corresponding to the first signal component and the second signal component. However, prior art demodulators are not sufficiently accurate enough to completely separate the two signal components in all cases. Thus, it is not uncommon for the first demodulator output signal (corresponding to the first signal component) to contain residual components of the second signal component and vice versa. This crosstalk between the first and second signal components reduces the accuracy of the recovered first and second signals. In multi-channel systems with more than two channels, crosstalk can occur between all of the channels, again reducing accuracy.

### SUMMARY OF THE INVENTION

The present invention solves these and other problems by separating a combined multi-channel signal into a plurality of output signals in a manner that reduces crosstalk and other contamination in the plurality of output signals. In one embodiment, the separator includes a multi-channel demodulator that is first configured using nominal values for the various components in the signal path. In one embodiment, the multi-channel demodulator is further configured using data obtained from calibration measurements. In one embodiment, the calibration measurements are made during an initialization period. In one embodiment, the calibration measurements are made frequently, continuously, or at selected intervals. In one embodiment, calibrations are per-

**2**

formed on at least one of, initialization, on command, on attachment of a new sensor, continuously, and/or interspersed with measurements. In one embodiment of a system for measuring one or more blood constituents, the calibration measurements are made when the system detects that a patient has been connected to the system. In one embodiment, the multi-channel demodulator is further configured at regular intervals by re-running the calibration measurements. In one embodiment, the multi-channel demodulator comprises an optimizing demodulator. In one embodiment, crosstalk in the multi-channel demodulator is reduced by computing an amplitude and/or phase adjustment of one or more demodulation signals that are provided respectively to one or more mixers.

In one embodiment, an apparatus for measuring blood oxygenation in a subject includes a first signal source which applies a first input signal during a first time interval. A second signal source applies a second input signal during a second time interval. A detector detects a first parametric signal responsive to the first input signal passing through a portion of the subject having blood therein and detects a second parametric signal responsive to the second input signal passing through the portion of the subject. The detector generates a detector output signal responsive to the first and second parametric signals. A signal processor receives the detector output signal and demodulates the detector output signal by applying a first demodulation signal to a signal responsive to the detector output signal to generate a first demodulator output signal and applying a second demodulation signal to the signal responsive to the detector output signal to generate a second demodulator output signal. In one embodiment, the first demodulation signal has at least one component comprising a first frequency, a first phase, and a first amplitude; and the second demodulation signal has at least one component comprising a second frequency, a second phase, and a second amplitude. In one embodiment, the first phase and the second phase are chosen to reduce crosstalk from the first parametric signal to the second demodulator output signal and to reduce crosstalk from the second parametric signal to the first demodulator output signal. In one embodiment, the first amplitude and the second amplitude are chosen to reduce crosstalk from the first parametric signal to the second demodulator output signal and to reduce crosstalk from the second parametric signal to the first demodulator output signal. In one embodiment, at least one of the first amplitude, the first phase, the second amplitude, and the second phase are chosen to reduce crosstalk from the first parametric signal to the second demodulator output signal and to reduce crosstalk from the second parametric signal to the first demodulator output signal.

In one embodiment, at least one of the first amplitude, the first phase, the second amplitude, and the second phase is determined by turning off one of the first and second signal sources and measuring the crosstalk between one of the parametric signals and the non-corresponding output signal.

One embodiment includes a method of reducing crosstalk between two signals generated by applying a first pulse and a second pulse to measure a parameter. The first pulse and the second pulse are applied periodically at a repetition rate defining a period. The first pulse is generated during a first interval in each period and the second pulse is generated during a second interval in each period. In one embodiment, the second interval is spaced apart from the first interval. In one embodiment, the second interval overlaps at least a portion of the first interval. The first and second pulses produce first and second parametric signals responsive to the

US 7,003,338 B2

3

parameter. The first and second parametric signals are received by a detector which outputs a composite signal responsive to the first and second parametric signals. The method includes applying a first demodulation signal to the composite signal to generate a first demodulated output signal. The first demodulation signal includes at least one component having at least a first amplitude and a first phase. The method further includes applying a second demodulation signal to the composite signal to generate a second demodulated output signal. The second demodulation signal includes at least one component having at least a second amplitude and a second phase. The method further includes lowpass filtering the first demodulated output signal to generate a first recovered output signal responsive to the first parametric signal, and lowpass filtering the second demodulated output signal to generate a second recovered output signal responsive to the second parametric signal. The method also includes choosing at least one of the first phase, the first amplitude, the second phase, and the second amplitude to reduce crosstalk components in the first recovered output signal and the second recovered output signal. In one embodiment, the method also includes choosing the first phase and/or the second phase to reduce crosstalk components in the first recovered output signal and the second recovered output signal.

In one embodiment, the first phase and the second phase are chosen by applying a first light pulse pattern during a first time period and measuring the first recovered output during the first time period as a first calibration output, and measuring the second recovered output during the first time period as a second calibration output. The method includes applying a second light pulse pattern during a second time period and measuring the first recovered output during the first time period as a third calibration output and measuring the second recovered output during the second time period as a fourth calibration output. The method farther includes computing the first phase and the second phase from at least the first calibration output, the second calibration output, the third calibration output, and the fourth calibration output.

In one embodiment the first phase is computed from a ratio of the first calibration output and the second calibration output.

In one embodiment, the first demodulation signal includes a sum of a first demodulation component having a first amplitude and a second demodulation component having a second amplitude. The second demodulation component is in quadrature with the first demodulation component and the act of choosing the first phase involves choosing the first amplitude and the second amplitude. In one embodiment the quadrature components are sinusoidal and cosinusoidal.

In one embodiment, the first demodulation signal includes a sum of a sinusoidal component having a first amplitude and a cosinusoidal component having a second amplitude. The first amplitude and the second amplitude are chosen by a least squares minimization of an error corresponding to the crosstalk. In one embodiment, the error is integrated over a time period corresponding to an integer number of cycles of the sinusoidal component.

In one embodiment, a first demodulation signal is applied to a composite signal having first and second coefficients to generate a first demodulated signal. The first demodulation signal includes a first component having a first amplitude and a second component having a second amplitude. The first and second components being in quadrature. The second amplitude has a predetermined relationship to the first amplitude. The predetermined relationship is selected to cause the first demodulated signal to have lower frequency components that include a primary component corresponding primarily to the first desired component and a residual

4

component corresponding to the second component. The first demodulated signal is lowpass filtered to generate a first output signal. At least one of the first amplitude and the second amplitude are adjusted to reduce the residual component with respect to the primary component.

In one embodiment, a pulse oximetry system includes a modulation signal generator. The modulation signal generator generates a first modulation signal including a first pulse at a repetition frequency having a first duty cycle. The modulation signal generator generates a second modulation signal including a second pulse which also repeats at the repetition frequency and having a second duty cycle. The second pulse can be non-overlapping with respect to the first pulse, or the second pulse can partially or completely overlap the first pulse. The first and second pulses include a plurality of components wherein a first component has a frequency corresponding to the repetition frequency and a second component has a second frequency corresponding to twice the first frequency. A first transmitter emits electromagnetic energy at a first wavelength in response to the first pulse. A second transmitter emits electromagnetic energy at a second wavelength in response to the second pulse. A detector receives electromagnetic energy at the first and second wavelengths after passing through a portion of a subject. The detector generates a detector output signal responsive to the received electromagnetic energy. The detector output signal includes a signal component responsive to attenuation of the electromagnetic energy at the first wavelength and a signal component responsive to attenuation of the electromagnetic energy at the second wavelength. A first demodulator multiplies the detector signal by a first demodulation signal and generates a first demodulated output signal. A second demodulator multiplies the detector signal by a second demodulation signal and generates a second demodulated output signal. A configuration module configures the first demodulation signal and the second demodulation signal to substantially separate the first demodulator output and the second demodulator output.

In one embodiment, the configuration module selects a phase relationship between the first demodulation signal and the second demodulation signal.

In one embodiment, the configuration module configures the first demodulation signal and the second demodulation signal using, at least in part, data obtained during a calibration period. In one embodiment, the calibration data includes first and second calibration data corresponding to the first and second demodulated output signals during a first time period, and third and fourth calibration data corresponding to the first and second demodulated output signals during a second time period. In one embodiment, the second transmitter is turned off during the first time period, and the first transmitter is turned off during the second time period.

In one embodiment, the configuration module configures the first demodulation signal and the second demodulation signal by adjusting initial parameters that define the first demodulation signal and the second demodulation signal. The configuration module adjusts the initial parameters using, at least in part, the calibration data obtained during a calibration period.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be described below in connection with the accompanying figures.

FIG. 1 is a block diagram of a multi-channel processing system that uses feedback from one or more outputs to configure the operation of a signal separator that separates a composite signal into a plurality of output signals.

FIG. 2 is a block diagram of a two-channel signal processing system to determine blood oxygen saturation in a

5

subject, wherein illumination is provided by back-to-back Light-Emitting Diodes (LEDs).

FIG. 3 is a block diagram of a multi-channel signal processing system to determine blood constituents (e.g., oxygen saturation) in a subject, wherein illumination is provided by N diodes or illumination sources.

FIG. 4 is a block diagram of a specific embodiment of the multi-channel processing system of FIG. 1.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 shows a topology of a multi-channel measurement or communication system 100. The system 100 has a signal combiner 103 for combining one or more input signals $S_1 \ldots S_N$ into a composite signal and a signal separator 104 for separating the composite signal into one or more output signals $\hat{S}_1 \ldots \hat{S}_M$. The output signals $\hat{S}_1 \ldots \hat{S}_M$ can include estimates of the input signals $S_1 \ldots S_N$. The input signals $S_1 \ldots S_N$ are corrupted by pre-combination distortion 101–102 respectively, and, optionally, by combination distortion in the signal combiner 103. The combiner 103 combines the N input signals into a composite signal (or composite signals). The combiner 401 can combine signals by addition, subtraction, multiplication, division, modulation, non-linear processes, linear processes, estimation, combinations thereof, etc. The composite signal is provided through a communication channel to the separator 104. The composite signal is distorted by communication channel distortion 110. The separator 104 separates the composite signal into M output signals, where M can be less than N, greater than N, or equal to N. In one embodiment, the separator also provides one or more additional output signals $\hat{n}_0 \ldots \hat{n}_K$ corresponding to estimates of other signals, such as, for example, noise signals, error signals, etc.

Due to errors in the system 100, the output signals $\hat{S}_1 \ldots \hat{S}_M$ are typically not exact copies of the input signals, but rather are estimates of the input signals. The accuracy of these estimates is a measure of system performance. The pre-combination distortion 101–102, the combiner distortion, and/or the channel distortion 110 tend to introduce crosstalk between the channels and thereby corrupt the output signals. The pre-combination distortion 101–102, combiner distortion, and the channel distortion 110 can be caused by variations in manufacturing tolerances, delay, movement, temperature effects, degradation of components due to age or other factors, noise, etc.

A module 105 is provided to configure the separator 104 to improve the quality of the separation function and thereby improve the quality of the output signals. One or more of the output signals from the separator are provided to the module 105 to provide feedback regarding the quality of the output signals and/or feedback regarding the operation of the separator 104. The module 105 uses feedback from one or more of the output signals $\hat{S}_1 \ldots \hat{S}_M$ (and, optionally, the output signals $\hat{n}_0 \ldots \hat{n}_K$) to monitor the quality of the separation function and to provide control information to control the operation of the separator. In one embodiment, the module 105 is configured by using configuration data obtained from the combiner 103. Such configuration data can be obtained by calibration procedures that test the operation of the combiner 103 before or during system use.

In one embodiment, the module 105 configures demodulators in the signal separator 104 using, at least in part, calibration data obtained during a calibration period. For example, in one embodiment involving a two channel system, the calibration data includes first and second calibration

6

data corresponding to the first and second output signals during a first time period, and third and fourth calibration data corresponding to the first and second demodulated output signals during a second time period. In one embodiment, the second transmitter is turned off during the first time period, and the first transmitter is turned off during the second time period. In one embodiment, the module 105 configures the first demodulation signal and the second demodulation signal by adjusting initial parameters that define the first demodulation signal and the second demodulation signal. The configuration module adjusts the initial parameters using, at least in part, the calibration data obtained during a calibration period.

FIG. 2 is a block diagram of a two-channel signal processing system 200 that fits the general topology shown in FIG. 1. The system 200 is configured to determine one or more blood constituents in a subject, such as, for example, a human subject. In the example presented, the measurements are performed on a portion of the subject, such as a finger 202 illustrated in FIG. 2A. An LED modulation circuit 204 drives a pair of back-to-back light emitting diodes (LEDs) 206, 208 by applying a periodic signal to the two light emitting diodes 206, 208. Light from the diodes 206, 208 passes through the finger 202 and is detected by a detector 250. An output from the detector 250 is provided to a signal processing block 270. A control output from the signal processing block 270 is provided to the LED modulation circuit 204. The signal processing block 270 also provides outputs $\hat{S}_1$ and $\hat{S}_2$ corresponding to the light detected from the diodes 206, 208, and, optionally, output signals $\hat{n}_0 \ldots \hat{n}_K$ corresponding to estimates of noise or other signals.

In one embodiment, the LED 206 is selected to emit electromagnetic energy in the red visible light range, and has a wavelength of, for example, approximately 660 nanometers. The LED 208 is selected to emit electromagnetic energy in the infrared range, and has a wavelength of, for example, approximately 905 nanometers. The LED modulation circuit 204 supplies current to activate the LEDs 206 and 208. Each LED is activated for a time period r which can be different for the different LEDs. The pulses from the LEDs 206 and 208 repeat with a periodicity T.

FIG. 3 is a block diagram of a multi-channel signal processing system 300 that also fits the topology shown in FIG. 1. Like the system 200, the system 300 is configured to determine blood oxygen saturation or other blood constituents in a subject, such as, for example, a human subject. In FIG. 3, an LED modulation circuit 314 drives N diodes, where N is two or greater, thus allowing greater flexibility than the system 200. In FIG. 3, the diodes 206 and 208 are shown, along with an N'th diode 309, it being understood that the diode 309 is omitted if N=2. The LED modulation circuit 314 is configured to allow the diodes 206, 208, and 309 to be driven independently such that the diodes can be driven at separate times or in overlapping time periods if desired. Light from the diodes 206, 208, 309 passes through the finger 202 and is detected by the detector 250. The output from the detector 250 is provided to a signal processing block 371. A control output from the signal processing block 371 is provided to the LED modulation circuit 314. The signal processing block 371 also provides outputs $S_1$ through $S_M$, where M is greater than or equal to one, but need not be equal to N.

FIG. 4 shows one embodiment of an adjustable multi-channel modulator/demodulator system 400. The system 400 is based on the topology of the system 100 and can be used in a system for measuring blood constituents (e.g.,

US 7,003,338 B2

7

pulse oximetry, carboxyhemoglobin, etc.) as shown in FIGS. 2 and 3. In the system **400**, an input $S_1(t)$ and a modulation input $M_1(t)$ are provided to a first modulator **491**. A signal input $S_N(t)$ and a modulation input $M_N(t)$ are provided to an $N^{th}$ modulator **402**.

The photodetector **250** is modeled as an adder **405**. The outputs of the modulators **491** and **402** are added together in the adder **405**, in the presence of noise n(t) to generate a composite signal M(t) where:

$$S(t)=S_1(t)M_1(t)+ \ldots +S_N(t)M_N(t)+n(t) \qquad (1)$$

The S(t) signal output of the adder **405** (i.e., the output of the detector **250**) is applied to the input of a signal-processing block **410**. Within the signal-processing block **410**, the signal S(t) is passed through an amplifier **497** and through an analog bandpass filter **498**. The analog bandpass filter **498** provides anti-aliasing and removal of low frequency noise and DC. The desired signal components in the signals $S_i(t)$ are frequency shifted by the operation of the modulation signals $M_i(t)$ and are passed by the analog bandpass filter **498**.

The output of the analog bandpass filter **498** is sampled by an analog-to-digital converter **499** and converted therein to digital signals and provided to an input of an optional decimation block **420**.

The filtered (and, optionally, decimated) signal S(t) is sampled to produce a sampled-data signal S(k) that is provided to the first input of the first mixer **424**, to the first input of the N'th mixer **412**, and to the first input of a noise channel mixer **413**. A first demodulating signal $D_1(k)$ is provided to a second input of a first mixer **424** from a signal generator **431**. The $N^{th}$ demodulating signal $D_N(k)$ is provided to an $N^{th}$ mixer **412** from an output of a signal generator **432**. The noise demodulating signal $D_0(k)$ is provided to the noise channel mixer **413** from an output of a signal generator **441**. A control input to each of the signal generators **431**, **432**, and **441** is provided by the output of the adjuster algorithm **450**. In yet another embodiment, the adjuster algorithm **450** may also be controlled by other signal processing elements downstream of the signal processor **400**.

The outputs of the mixers **413**, **424**, and **412** are provided as respective inputs to decimation blocks **440**, **430**, and **434** respectively. Each of the decimation blocks **440**, **430**, and **434** has a control input provided by the output of the adjuster algorithm block **450**. The output of the decimation block **440** is an estimate of the signal n(t) and it is provided to an input of the adjuster algorithm block **450**. In an alternate embodiment, the signal estimates $\hat{S}_i(k)$ are also provided to the adjuster algorithm block **450**.

An output of the decimator **430** is a signal $\hat{S}_1(k)$, which, as discussed above, is an estimate of the signal $S_1(k)$ (where $S_1(k)$ corresponds to a sampled-data representation of $S_1(t)$). Likewise, the output of the decimation block **434** is an estimate of the signal $S_N(t)$. As shown above, the selection of the demodulating signals $D_i(t)$ for $i=0 \ldots N$ in accordance with the present invention substantially reduces or eliminates the effects of noise in the output signals $\hat{S}_i(k)$ and n(k), and also substantially reduces or eliminates crosstalk between the signals.

When the system **400** is used in connection with a blood constituent measurement system as shown in FIGS. 2 and 3, the red LED **206** provides a light intensity represented as $I_{RD}$, and the infrared LED **208** provides a light intensity represented as $I_{IR}$. The effects of turning the LEDs **206**, **208** on and off on a periodic bases are modeled by the first multiplier or modulator **290** which applies a first modulation signal $M_1(t)$ to the red light intensity to generate a modulated red signal $I_{RDMOD}(t)$ and by a second multiplier the modulator **292** which applies a second modulation signal $M_2(t)$ to

8

the infrared light intensity to generate a modulated infrared signal $I_{IRMOD}(t)$. The modulated light red signal and the modulated infrared signal are applied to the finger **202**, or other body portion, as described above. The blood in the finger **202** has a volume and scattering components, which vary throughout each cardiac cycle. The blood carries oxygen and other materials therein. The oxygen content is a function of both the blood volume and the concentration of the oxygen in the blood volume. The concentration of the oxygen in the blood volume is generally measured as blood oxygen saturation for reasons which are described in full in U.S. Pat. Nos. 5,482,036 and 5,490,505, both of which are hereby incorporated by reference in their entirety. As further described in the two referenced patents, the blood oxygen saturation is determined by comparing the relative absorption of the red light and the infrared light in the finger **202**. The comparison is complicated by the noise caused by movement, ambient light, light scattering, and other factors. The signals $S_1(t)$ and $S_2(t)$ represent the effect of the time-varying volume and scattering components of the blood in the finger **202** on the red light and the infrared light, respectively, passing through the finger **202** from the LEDs **206**, **208** to the detector **250**.

As shown in FIG. 4, a set of N+1 signals $S_i[k]i=1 \ldots N$, and n(k) are sampled at a desired sample rate. The signals are combined according to the formula:

$$S(k)=M_1(k)S_1(k)+ \ldots +M_N(k)S_N(k)+n(k) \qquad (2)$$

In one embodiment, each of the decimators **420**, **440**, **430**, and **434** includes a digital lowpass filter and a sample rate compressor. In one embodiment, the characteristics of the digital lowpass filters (e.g., the number of filter coefficients and values of the filter coefficients) and the sample rate compression factor of each decimator are fixed. In one embodiment, the characteristics of the digital lowpass filters (e.g., the number of filter coefficients or values of the filter coefficients) and the sample rate compression factor of each decimator are provided by the adjustment algorithm **450**. The signal generators **431**, **432** and **441** generate the demodulation sequences for the demodulators **424**, **412**, and **413** respectively. The demodulation sequences produced by the signal generators **431**, **432** and **441** are controlled by the adjuster algorithm **450**.

In one embodiment, the adjuster algorithm **450** adjusts the pre-demodulation decimation rate $R_1$ (in the demodulator **420**), and the post-demodulation decimation rate $R_2$ (in the demodulators **430**, **434** and **440**) according to the noise in the noise estimate $\hat{n}(k)$ and (optionally) according to the signals $\hat{S}_i(k)$. The product $R_1R_2$ is the total decimation rate from the signal S(k) at the output of the A/D converter **499** to the signals $\hat{S}_i(k)$ at the output of the signal processing block **400**. The adjuster algorithm may adjust $R_1$ and $R_2$ such that the product $R_1R_2$ varies, or the adjuster algorithm may adjust $R_1$ and $R_2$ such that the product $R_1R_2$ is substantially constant. Typically, the adjuster algorithm will keep the $R_1R_2$ product constant so that the signal processing blocks downstream of the signal processor **400** will operate at a substantially constant sample rate.

In one embodiment, the adjuster algorithm **450** adjusts the demodulation signals $D_i(k)$ to reduce or eliminate crosstalk. In one embodiment, the adjuster algorithm **450** reduces crosstalk by configuring the demodulators, as discussed in more detail below.

One skilled in the art will recognize that lowpass filters provided in connection with the decimation blocks can provide other filter functions in addition to lowpass filtering. Thus, for example, the lowpass filters **420**, **430**, **440**, and **450**, and the decimators **420**, **430**, **434**, and **440** can provide other filter functions (in addition to lowpass filtering) such as, for example, bandpass filtering, bandstop

US 7,003,338 B2

9

filtering, etc. Moreover, the post-demodulation decimation rate $R_2$ need not be the same for each output channel. Thus, for example, in FIG. 4, the decimator **440** can have a first decimation rate $R_2=r_1$ while the decimators **430** and **434** have a second decimation rate $R_2=r_2$.

The demodulators above are described in terms of digital signal processing on sampled data. Thus, the demodulator signals are written $D_i(k)$. The demodulators and the filtering associated with the demodulators can be done in using analog processing (using time-domain demodulator signals $D_i(t)$) or on sampled data signals (using digital-domain demodulator signals $D_i(k)$). For convenience, the following development describes the demodulator signals primarily in the time domain, with the understanding that the modulators can be implemented using digital signal processing or analog processing.

The characteristics of the demodulation signals $D_1(t)$ and $D_2(t)$ affect how much crosstalk is seen in the output signals. In an diagonal system, that is, when the demodulator has been diagonalized, there is, ideally, no crosstalk. The first output signal $\hat{S}_1(t)$ is an estimate (or approximation) to the signal $S_1(t)$. Similarly, the second output signal $\hat{S}_2(t)$ is an estimate (or approximation) to the signal $S_2(t)$. When the composite signal $S(t)$ is a linear combination of the signals $S_i(t)$, then the relationship between the signals $S_i(t)$ and the signals $\hat{S}_i(t)$. When $M_1=\cos\,\omega t$, $M_2=\sin\,\omega t$, $n(t)=0$, and there is no distortion (e.g., no pre-combination, combiner, or channel distortion) then:

$$S(t)=S_1(t)\cos\,\omega t+S_2(t)\sin\,\omega t \qquad (3)$$

Then:

$$\hat{S}_1(t)=LP[D_1(t)S(t)] \qquad (4)$$

$$\hat{S}_2(t)=LP[D_2(t)S(t)] \qquad (5)$$

If:

$$D_1(t)=2\cos\,\omega t \qquad (6)$$

$$D_2(t)=2\sin\,\omega t \qquad (7)$$

then

$$D_1(t)S(t) = 2S_1(t)\cos^2\omega t + 2S_2(t)\sin\omega t\cos\omega t \qquad (8)$$

$$= S_1(t) - S_1(t)\cos2\omega t + S_2(t)\sin2\omega t$$

After lowpass filtering to remove the terms with a frequency of $2\omega t$ and higher,

$$\hat{S}_1(t)=S_1(t) \qquad (9)$$

Similarly for

$$\hat{S}_2(t)=LP[D_2(t)S(t)] \qquad (10)$$

then

$$D_2(t)S(t) = 2S_1(t)\sin\omega t\cos\omega t + 2S_2(t)\sin^2\omega t \qquad (11)$$

$$= S_2(t) - S_2(t)\cos2\omega t + S_1(t)\sin2\omega t$$

After lowpass filtering to remove the terms with a frequency of $2\omega t$

$$\hat{S}_1(t)=S_2(t) \qquad (12)$$

10

In the above analysis, it was assumed that there are no time delays or phase shifts in the signal $S(t)$, and thus, configuration is relatively straightforward

When an unknown delay (or phase error) is introduced, then the signals are no longer diagonal. Consider, for example, the situation when a delay $\Delta$ is introduced into the composite signal. Then:

$$S(t)=\cos\,\omega(t-\Delta)S_1(t-\Delta)+\sin\,\omega(t-\Delta)S_2(t-\Delta)$$

It then follows that:

$$\hat{S}_1(t) = LP[2\cos\omega t(\cos\omega(t-\Delta)S_1(t-\Delta) + \sin\omega(t-\Delta)S_2(t-\Delta))] =$$

$$LP[2\cos\omega t(\cos\omega\cos\omega\Delta + \sin\omega t\sin\omega\Delta)S_1(t-\Delta)] +$$

$$LP[2\cos\omega t(\sin\omega t\cos\omega\Delta - \cos\omega t\sin\omega\Delta)S_2(t-\Delta)] =$$

$$\cos\omega\Delta S_1(t-\Delta) - \sin\omega\Delta S_2(t-\Delta)$$

The above equations can be expressed in matrix form as:

$$\begin{bmatrix} \hat{S}_1(t) \\ \hat{S}_2(t) \end{bmatrix} = \begin{bmatrix} \cos\omega\Delta & -\sin\omega\Delta \\ \sin\omega\Delta & \cos\omega\Delta \end{bmatrix}\begin{bmatrix} S_1(t-\Delta) \\ S_2(t-\Delta) \end{bmatrix} \qquad (13)$$

Then

$$\begin{bmatrix} S_1(t-\Delta) \\ S_2(t-\Delta) \end{bmatrix} = \begin{bmatrix} \cos\omega\Delta & \sin\omega\Delta \\ -\sin\omega\Delta & \cos\omega\Delta \end{bmatrix}\begin{bmatrix} \hat{S}_1(t) \\ \hat{S}_2(t) \end{bmatrix} \qquad (14)$$

The above equation can be expressed as

$$\begin{bmatrix} S_1(t-\Delta) \\ S_2(t-\Delta) \end{bmatrix} = \begin{bmatrix} \cos\omega\Delta & \sin\omega\Delta \\ -\sin\omega\Delta & \cos\omega\Delta \end{bmatrix} \cdot LP\begin{bmatrix} D_1(t)S(t) \\ D_2(t)S(t) \end{bmatrix} \qquad (15)$$

$$= LP\left[\begin{bmatrix} \cos\omega\Delta & \sin\omega\Delta \\ -\sin\omega\Delta & \cos\omega\Delta \end{bmatrix}\begin{bmatrix} D_1(t) \\ D_2(t) \end{bmatrix}S(t)\right]$$

$$= LP\left[\begin{bmatrix} \bar{D}_1(t) \\ \bar{D}_2(t) \end{bmatrix}S(t)\right]$$

where

$$\bar{D}_1(t) = \cos\omega\Delta D_1(t) + \sin\omega\Delta D_2(t)$$

$$= 2\cos\omega\Delta\cos\omega t + 2\sin\omega\Delta\sin\omega t$$

and similarly for $\bar{D}_2(t)$. Thus the modified demodulation functions $\bar{D}_1(t)$ and $\bar{D}_2(t)$ can be expressed as a linear combination of basis functions. If the time delay $\Delta$ can be predicted, then the demodulator functions can be calculated and programmed into the communication system. However, in many cases the time delay $\Delta$ is not known or changes over time. As described below, the demodulator functions can be determined by system calibration procedures.

When an unknown phase shift (or phase error) is introduced, then there may be crosstalk in the system. Consider, for example, the situation when a phase error $\phi_1$ occurs in the signal $S_1(t)$ and a phase error $\phi_2$ occurs in the signal $S_2(t)$. The phase errors can be caused by intrinsic properties of the components, intrinsic properties of the system, component variations, time delays, etc. In the presence of the phase errors:

US 7,003,338 B2

11

12

$$D_1(t)S(t) = 2A_1S_1(t)\sin(\omega t + \phi_1)\sin\omega t + 2A_2S_2(t)\cos(\omega t + \phi_2)\sin\omega t = \quad (16)$$

$$2A_1S_1(t)\sin\omega t[\sin\omega t\cos\phi_1 + \sin\omega t\sin\phi_1] +$$

$$2A_2S_2(t)\sin\omega t[\cos\omega t\cos\phi_2 + \sin\omega t\sin\phi_2] =$$

$$A_1S_1(t)\cos\phi_1 - A_1S_1(t)\cos\phi_1\cos2\omega t + A_1S_1(t)\sin\phi_1\sin2\omega t +$$

$$A_2S_2(t)\cos\phi_2\sin2\omega t - A_2S_2(t)\sin\phi_2 + A_2S_2(t)\sin\phi_2\cos2\omega t$$

Thus, after lowpass filtering

$$\hat{S}_1(t) = A_1S_1(t)\cos\,\phi_1 - A_2S_2(t)\sin\,\phi_2 \quad (17)$$

The above equation shows crosstalk because $\hat{S}_1(t)$ depends in part on components of $S_2(t)$ when $A_2 \neq 0$ and $\phi_2 \neq n\pi$ where $n=0,\pm1,\pm2\ldots$.

Similarly,

$$\hat{S}_2(t) = A_1S_1(t)\sin\,\phi_1 + A_2S_2(t)\cos\,\phi_2 \quad (18)$$

The above equations can be expressed in matrix form as:

$$\begin{bmatrix} \hat{S}_1(t) \\ \hat{S}_2(t) \end{bmatrix} = \begin{bmatrix} A_1\cos\phi_1 & -A_2\sin\phi_2 \\ A_1\sin\phi_1 & A_2\cos\phi_2 \end{bmatrix} \begin{bmatrix} S_1(t) \\ S_2(t) \end{bmatrix} \quad (19)$$

After inversion

$$\begin{bmatrix} S_1(t) \\ S_2(t) \end{bmatrix} = \frac{1}{\cos(\phi_1 - \phi_2)} \begin{bmatrix} \dfrac{\cos\phi_2}{A_1} & \dfrac{\sin\phi_1}{A_1} \\ -\dfrac{\sin\phi_2}{A_2} & \dfrac{\cos\phi_1}{A_2} \end{bmatrix} \begin{bmatrix} \hat{S}_1(t) \\ \hat{S}_2(t) \end{bmatrix} \quad (20)$$

$$\begin{bmatrix} S_1(t) \\ S_2(t) \end{bmatrix} = \frac{1}{\cos(\phi_1 - \phi_2)} \begin{bmatrix} \dfrac{\cos\phi_2}{A_1} & \dfrac{\sin\phi_1}{A_1} \\ -\dfrac{\sin\phi_2}{A_2} & \dfrac{\cos\phi_1}{A_2} \end{bmatrix} \begin{bmatrix} D_1(t) \\ D_2(t) \end{bmatrix} S(t) \quad (21)$$

Then

$$\begin{bmatrix} S_1(t) \\ S_2(t) \end{bmatrix} = \begin{bmatrix} \overline{D}_1(t) \\ \overline{D}_2(t) \end{bmatrix} S(t) \quad (22)$$

Where $\overline{D}_i(t)$ are modified demodulation functions, given by:

$$\begin{bmatrix} \overline{D}_1(t) \\ \overline{D}_2(t) \end{bmatrix} = \frac{1}{\cos(\phi_1 - \phi_2)} \begin{bmatrix} \dfrac{\cos\phi_2\sin\omega t + \sin\phi_1\cos\omega t}{A_1} \\ \dfrac{-\sin\phi_2\sin\omega t + \cos\phi_1\cos\omega t}{A_2} \end{bmatrix} \quad (23)$$

The modified demodulation functions have the form

$$\overline{D}_i(t) = \sum_{j=1}^{N} \alpha_j \Phi_j(t) \quad (24)$$

Choosing the coefficients $\alpha_j$ to eliminate crosstalk configures the modulator.

In one embodiment, the coefficients $\alpha_j$ can be fixed coefficients computed using known properties of the system. However, as system properties change over time, such fixed coefficients may lead to unacceptably high levels of crosstalk. Moreover, variations from device to device may cause the fixed coefficients to give unacceptably high levels of crosstalk.

Higher performance (that is, lower crosstalk) can be obtained by computing the coefficients as part of a system calibration or initialization procedure. Such calibration can be performed during system startup (e.g., when the system is turned on, or when the system begins processing data, etc.) and/or at regular intervals. In one embodiment, the adjuster algorithm 450 computes the coefficients $\alpha_j$ from the calibration data. In one embodiment, the coefficients $\alpha_j$ are chosen by making four calibration-type measurements to measure four parameters $\xi_{11}$, $\xi_{12}$, $\xi_{21}$, and $\xi_{22}$, where:

$$\xi_{11} = \hat{S}_1|_{S_1=A, \ S_2=0} = Aa_1 \cos \phi_1 \quad (25)$$

$$\xi_{12} = \hat{S}_1|_{S_1=0, \ S_2=B} = -Ba_2 \sin \phi_2 \quad (26)$$

$$\xi_{21} = \hat{S}_2|_{S_1=A, \ S_2=0} = Aa_1 \sin \phi_1 \quad (27)$$

$$\xi_{22} = \hat{S}_2|_{S_1=0, \ S_2=B} = Ba_2 \cos \phi_2 \quad (28)$$

where A and B are amplitudes. Then

$$a_1 = \frac{\sqrt{\xi_{11}^2 + \xi_{21}^2}}{A} \quad (29)$$

$$a_2 = \frac{\sqrt{\xi_{12}^2 + \xi_{22}^2}}{B} \quad (30)$$

$$\tan\phi_1 = \frac{\xi_{21}}{\xi_{11}} \quad (31)$$

$$\tan\phi_2 = -\frac{\xi_{12}}{\xi_{22}} \quad (32)$$

From the above equations, it is evident that crosstalk depends only on $\phi_1$ and $\phi_2$. Moreover, $\phi_1$ and $\phi_2$ can be chosen to eliminate crosstalk without knowing A or B. This is useful for systems such as pulse oximetry systems where absolute measurements of a channel are difficult or impractical, but where relative measurements (e.g., channel-to-channel measurements) are practical.

The demodulation signals $D_i(t)$ can be generated using the values of $\phi_1$ and $\phi_2$ from the above equations. Alternatively, the demodulation signals $D_i(t)$ can be generated from quadrature components as:

$$D_1(t) = b_{11} \sin \omega t + b_{12} \cos \phi t \quad (33)$$

$$D_2(t) = b_{21} \sin \omega t + b_{22} \cos \phi t \quad (34)$$

where the coefficients $b_{ij}$ are computed from $\phi_1$ and $\phi_2$.

In one embodiment, the demodulation functions are adapted from baseline coefficients, which are then improved through a calibration or initialization procedure to produce actual coefficients. The baseline coefficients are typically obtained from known properties of the system. The actual coefficients are usually relatively close in value to the baseline coefficients. This provides one way to assess the operational status of the system and to evaluate the calibration procedure. In one embodiment, if the actual coefficients are too different from the baseline parameters then it is assumed that the calibration procedure failed in some manner or that the equipment has failed in some manner, and appropriate measures can be taken (e.g., alert the operator, sound a warning, etc.)

US 7,003,338 B2

13

To find the actual coefficients, the demodulation functions are initially given by:

$$D_1(t) = \alpha_{11} \sin \omega t + \alpha_{12} \cos \phi t \qquad (35)$$

$$D_2(t) = \alpha_{21} \sin \omega t + \alpha_{22} \cos \phi t \qquad (36)$$

Where the coefficients $\alpha_{ij}$ are the baseline coefficients determined from known or assumed properties of the signal S(t). For example, in one embodiment $\alpha_{ij} = \delta_{ij}$. In one embodiment, where initial estimates are available for $\phi_1$ and $\phi_2$, then the values of $\alpha_{ij}$ can be computed as discussed above.

The crosstalk reduction obtained using demodulation functions based on the coefficients $\alpha_{ij}$ can often be improved by computing new coefficients $\overline{\alpha}_{ij}$ and corresponding new demodulation functions $\overline{D}_i(t)$ where:

$$\overline{D}_1(t) = \overline{\alpha}_{11} \sin \omega t + \overline{\alpha}_{12} \cos \phi t \qquad (37)$$

$$\overline{D}_2(t) = \overline{\alpha}_{21} \sin \omega t + \overline{\alpha}_{22} \cos \phi t \qquad (38)$$

The process of finding the coefficients $\overline{\alpha}_{ij}$ begins by measuring two data sets, $x_1(t)$ and $x_2(t)$, as follows:

$$x_1(t) = S(t)|_{S_1=A,\ S_2=0} \qquad (39)$$

$$x_2(t) = S(t)|_{S_1=0,\ S_2=B} \qquad (40)$$

The data sets $x_1(t)$ and $x_2(t)$ are used to enforce the following constraint:

$$\int_0^{nT} x_i(t)\overline{D}_i(t)d = 0 \qquad (41)$$

where i=1, 2, n=1, 2, 3 . . . , and T is a time period corresponding to one complete modulation cycle. From the above constraint and the definitions of the demodulation functions, it follows that:

$$\overline{\alpha}_{11}\int_0^{nT} x_1(t)\sin \omega t dt + \overline{\alpha}_{12}\int_0^{nT} x_1(t)\cos \omega t dt = 0 \qquad (42)$$

$$\overline{\alpha}_{21}\int_0^{nT} x_2(t)\sin \omega t dt + \overline{\alpha}_{22}\int_0^{nT} x_2(t)\cos \omega t dt = 0 \qquad (43)$$

It is convenient to define

$$\gamma_{11} = \int_0^{nT} x_1(t)\sin \omega t dt \qquad (44)$$

$$\gamma_{12} = \int_0^{nT} x_1(t)\cos \omega t dt \qquad (45)$$

$$\gamma_{21} = \int_0^{nT} x_2(t)\sin \omega t dt \qquad (46)$$

$$\gamma_{22} = \int_0^{nT} x_2(t)\cos \omega t dt \qquad (47)$$

and to define

14

$$\beta_{ij} = \frac{\gamma_{ij}}{\left[\sum_k \gamma_{ik}^2\right]^{1/2}} \qquad (48)$$

where

$$\sum_k \beta_{ik}^2 = 1 \qquad (49)$$

Then

$$\overline{\alpha}_{11}\beta_{11} + \overline{\alpha}_{12}\beta_{12} = 0 \qquad (50)$$

$$\alpha_{21}\beta_{21} + \alpha_{22}\beta_{22} = 0 \qquad (51)$$

In one embodiment, to reduce crosstalk, it is desired to find the coefficients $\overline{\alpha}_{ij}$ closest (in the sense of minimizing some specified error, such as, for example, a least squared error) to the coefficients $\alpha_{ij}$ such that the above constraints are satisfied. One solution, obtained by minimizing the least squared error is:

$$\overline{\alpha}_{ij} = \alpha_{ij} - \left(\sum_k \alpha_{ik}\beta_{ik}\right)\beta_{ij} \qquad (52)$$

The term in parentheses can be described as the baseline crosstalk.

One of ordinary skill in the art will recognize that optimization methods other than least squares can be used. The solution methods for configuration are, for simplicity, described above in terms of a two-channel system. Using the above teachings, the extension to multi-channel systems is straightforward.

Although described above in connection with a particular embodiment of the present invention, it should be understood the description of the embodiment is illustrative of the invention and are not intended to be limiting. Although described above in connection with a pulse oximetry system wherein a parameter to be measured is the attenuation of red and infrared light passing through a portion of a subject's body, it should be understood that the method and apparatus described herein can also be used for other measurements where two or more signals are passed through a system to be analyzed. In particular, the present invention can be used to demodulate two combined parametric signals responsive to the system to be analyzed where the two parametric signals have a predetermined timing relationship between them, as described herein. The invention can be used in connection with various physiological parameter measurement systems, such as, for example, systems that measure blood constituents, blood oxygen carboxyhemoglobin, methemoglobin, glucose, etc. Various modifications and applications may occur to those skilled in the art without departing from the true spirit and scope of the invention as defined in the appended claims.

What is claimed is:

1. A method of reducing crosstalk between two signals generated by applying a first pulse and a second pulse to measure a parameter, wherein said first pulse and said second pulse are applied periodically at a first repetition rate defining a period, and wherein said first pulse is generated during a first interval in each period and said second pulse is generated during a second interval in each period, said

US 7,003,338 B2

15

first and second pulses producing first and second parametric signals responsive to said parameter, said first and second parametric signals being received by a detector which outputs a composite signal responsive to said first and second parametric signals, said method comprising:

applying a first demodulation signal to said composite signal to generate a first demodulated output signal, said first demodulation signal comprising at least one component having at least a first amplitude and a first phase;

applying a second demodulation signal to said composite signal to generate a second demodulated output signal, said second demodulation signal comprising at least one component having at least a second amplitude and a second phase;

lowpass filtering said first demodulated output signal to generate a first recovered output signal responsive to said first parametric signal;

lowpass filtering said second demodulated output signal to generate a second recovered output signal responsive to said second parametric signal; and

choosing at least one of said first phase, said second phase, said first amplitude, and said second amplitude to reduce crosstalk components in said first recovered output signal and said second recovered output signal based at least in part on data obtained from said detector during a calibration procedure, wherein said choosing comprises:

applying said first light pulse during a first time period and measuring said first recovered output during said first time period as a first calibration output and measuring said second recovered output during said first time period as a second calibration output;

applying said second light pulse during a second time period and measuring said first recovered output during said first time period as a third calibration output and measuring said second recovered output during said second time period as a fourth calibration output; and

computing said first demodulation signal from at least said first calibration output, said second calibration output, said third calibration output, and said fourth calibration output.

**2**. The method of claim **1**, wherein at least a portion of said first demodulation signal is computed from a ratio of said first calibration pulse and said second calibration pulse.

**3**. A method of reducing crosstalk between two signals generated by applying a first pulse and a second pulse to measure a parameter, wherein said first pulse and said second pulse are applied periodically at a first repetition rate defining a period, and wherein said first pulse is generated during a first interval in each period and said second pulse is generated during a second interval in each period, said first and second pulses producing first and second parametric signals responsive to said parameter, said first and second parametric signals being received by a detector which outputs a composite signal responsive to said first and second parametric signals, said method comprising:

applying a first demodulation signal to said composite signal to generate a first demodulated output signal, said first demodulation signal comprising at least one component having at least a first amplitude and a first phase;

applying a second demodulation signal to said composite signal to generate a second demodulated output signal, said second demodulation signal comprising at least one component having at least a second amplitude and a second phase;

16

lowpass filtering said first demodulated output signal to generate a first recovered output signal responsive to said first parametric signal;

lowpass filtering said second demodulated output signal to generate a second recovered output signal responsive to said second parametric signal; and

choosing at least one of said first phase, said second phase, said first amplitude, and said second amplitude to reduce crosstalk components in said first recovered output signal and said second recovered output signal based at least in part on data obtained from said detector during a calibration procedure, wherein said first demodulation signal comprises a sum of a first demodulation component having a first amplitude and a second demodulation component having a second amplitude, said second demodulation component in quadrature with said first demodulation component and wherein choosing said first phase comprises choosing said first amplitude and said second amplitude.

**4**. A method of reducing crosstalk between two signals generated by applying a first pulse and a second pulse to measure a parameter, wherein said first pulse and said second pulse are applied periodically at a first repetition rate defining a period, and wherein said first pulse is generated during a first interval in each period and said second pulse is generated during a second interval in each period, said first and second pulses producing first and second parametric signals responsive to said parameter, said first and second parametric signals being received by a detector which outputs a composite signal responsive to said first and second parametric signals, said method comprising:

applying a first demodulation signal to said composite signal to generate a first demodulated output signal, said first demodulation signal comprising at least one component having at least a first amplitude and a first phase;

applying a second demodulation signal to said composite signal to generate a second demodulated output signal, said second demodulation signal comprising at least one component having at least a second amplitude and a second phase;

lowpass filtering said first demodulated output signal to generate a first recovered output signal responsive to said first parametric signal;

lowpass filtering said second demodulated output signal to generate a second recovered output signal responsive to said second parametric signal; and

choosing at least one of said first phase, said second phase, said first amplitude, and said second amplitude to reduce crosstalk components in said first recovered output signal and said second recovered output signal based at least in part on data obtained from said detector during a calibration procedure, wherein said first demodulation signal comprises a sum of a sinusoidal component having a first amplitude and a cosinusoidal component having a second amplitude, and wherein choosing said first phase comprises choosing said first amplitude and said second amplitude by using a least squares minimization of an error corresponding to said crosstalk.

**5**. The method of claim **4**, wherein said error is integrated over a time period.

**6**. The method of claim **4**, wherein said error is integrated over a time period corresponding to an integer number of cycles of said sinusoidal component.

US 7,003,338 B2

17

7. A pulse oximetry system, comprising:

a modulation signal generator, said modulation signal generator generating a first modulation signal comprising a first pulse which repeats at a first repetition frequency, said first pulse having a duty cycle, said modulation signal generator generating a second modulation signal comprising a second pulse which also repeats at said first repetition frequency, said second pulse having a duty cycle, said second pulse occurring at non-overlapping times with respect to said first pulse, said first and second pulses comprising a plurality of components wherein a first component has a frequency corresponding to said repetition frequency and a second component has a second frequency corresponding to twice said first frequency, said second component having an amplitude which has a first predetermined relationship to an amplitude of said first component;

a first transmitter which emits electromagnetic energy at a first wavelength in response to said first pulse;

a second transmitter which emits electromagnetic energy at a second wavelength in response to said second pulse;

a detector which receives electromagnetic energy at said first and second wavelengths after passing through a portion of a subject and which generates a detector output signal responsive to the received electromagnetic energy, said detector output signal including a signal component responsive to attenuation of said electromagnetic energy at said first wavelength and a signal component responsive to attenuation of said electromagnetic energy at said second wavelength;

a first demodulator which multiplies said detector signal by a first demodulation signal and generates a first demodulated output signal;

a second demodulator which multiplies said detector signal by a second demodulation signal and generates a second demodulated output signal; and

a configuration module to configure said first demodulation signal and said second demodulation signal to

18

substantially diagonalize said first demodulator and said second demodulator.

8. The pulse oximetry system of claim 7, wherein said configuration module selects a phase relationship between said first demodulation signal and said second demodulation signal.

9. The pulse oximetry system of claim 7, wherein said configuration module configures said first demodulation signal and said second demodulation signal using, at least in part, data obtained during a calibration period.

10. The pulse oximetry system of claim 7, wherein said configuration module configures said first demodulation signal and said second demodulation signal using, at least in part, calibration data obtained during a calibration period, said calibration data comprising first and second calibration data corresponding to said first and second demodulated output signals during a first time period and third and fourth calibration data corresponding to said first and second demodulated output signals during a second time period, said second transmitter turned off during said first time period, said first transmitter turned off during said second time period.

11. The pulse oximetry system of claim 7, wherein said configuration module configures said first demodulation signal and said second demodulation signal by adjusting initial parameters that define said first demodulation signal and said second demodulation signal, said configuration module adjusting said initial parameters using, at least in part, calibration data obtained during a calibration period, said calibration data comprising first and second calibration data corresponding to said first and second demodulated output signals during a first time period and third and fourth calibration data corresponding to said first and second demodulated output signals during a second time period, said second transmitter turned off during said first time period, said first transmitter turned off during said second time period.

* * * * *

# Exhibit 15

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

US008185180B2

(12) **United States Patent**
Diab et al.

(10) Patent No.: **US 8,185,180 B2**
(45) Date of Patent: **May 22, 2012**

(54) **METHOD AND APPARATUS FOR DEMODULATING SIGNALS IN A PULSE OXIMETRY SYSTEM**

(75) Inventors: **Mohamed K. Diab**, Mission Viejo, CA (US); **Walter M. Weber**, Laguna Hills, CA (US); **Ammar Al-Ali**, Costa Mesa, CA (US)

(73) Assignee: **MASIMO Corporation**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1281 days.

(21) Appl. No.: **11/842,106**

(22) Filed: **Aug. 20, 2007**

(65) **Prior Publication Data**

US 2008/0033265 A1     Feb. 7, 2008

**Related U.S. Application Data**

(60) Continuation of application No. 11/750,930, filed on May 18, 2007, which is a continuation of application No. 11/311,213, filed on Dec. 19, 2005, now Pat. No. 7,221,971, which is a continuation of application No. 10/700,324, filed on Nov. 3, 2003, now Pat. No. 7,003,339, which is a division of application No. 09/735,960, filed on Dec. 13, 2000, now Pat. No. 6,643,530, which is a division of application No. 09/058,799, filed on Apr. 10, 1998, now Pat. No. 6,229,856, which is a continuation-in-part of application No. 09/005,898, filed on Jan. 12, 1998, now Pat. No. 5,919,134.

(60) Provisional application No. 60/043,620, filed on Apr. 14, 1997.

(51) **Int. Cl.**
*A61B 5/1455*     (2006.01)

(52) **U.S. Cl.** .......................... **600/336**; 600/310; 600/322

(58) **Field of Classification Search** ................. 600/310, 600/322, 323, 336
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,638,640 A | 2/1972 | Shaw |
| 3,704,706 A | 12/1972 | Herczfeld et al. |
| 4,407,290 A | 10/1983 | Wilber |
| 4,773,422 A | 9/1988 | Isaacson et al. |
| 4,781,195 A | 11/1988 | Martin |
| 4,785,463 A | 11/1988 | Janc et al. |
| 4,824,242 A | 4/1989 | Frick et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

DE     3328862 A1     2/1985

(Continued)

*Primary Examiner* — Eric Winakur
(74) *Attorney, Agent, or Firm* — Knobbe Martens Olson & Bear LLP

(57)     **ABSTRACT**

A method and an apparatus measure blood oxygenation in a subject. A light source is activated to cause a first emission at a first wavelength and a second emission at a second wavelength. A detector detects a composite signal indicative of an attenuation of the first and second wavelengths by tissue of a patient. The composite signal is demodulated into a first intensity signal and a second intensity signal. Blood oxygenation in the subject is determined from the first and second intensity signals. In one embodiment, demodulation is based at least in part on a period when at least one of the wavelengths is not activated. In one embodiment, a modulation of the first and second wavelengths is determined in order to avoid frequencies of ambient noise. In one embodiment, the composite signal's sampling rate is reduced before and/or after demodulation.

**16 Claims, 18 Drawing Sheets**



**US 8,185,180 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,848,901 | A | 7/1989 | Hood, Jr. |
| 4,863,265 | A | 9/1989 | Flower et al. |
| 4,867,571 | A | 9/1989 | Frick et al. |
| 4,948,248 | A | 8/1990 | Lehman |
| 5,193,543 | A | 3/1993 | Yelderman |
| 5,276,705 | A | 1/1994 | Higgins |
| 5,349,952 | A | 9/1994 | McCarthy et al. |
| RE35,122 | E | 12/1995 | Corenman et al. |
| 5,521,938 | A | 5/1996 | Stewart et al. |
| 5,555,882 | A | 9/1996 | Richardson et al. |
| 5,579,341 | A | 11/1996 | Smith et al. |
| 5,640,416 | A | 6/1997 | Chalmers |
| 5,800,348 | A * | 9/1998 | Kaestle ........................ 600/322 |
| 5,919,134 | A | 7/1999 | Diab |
| 5,940,346 | A | 8/1999 | Sadowsky et al. |
| 6,229,856 | B1 | 5/2001 | Diab et al. |
| 6,643,530 | B2 | 11/2003 | Diab et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 335 357 | 3/1989 |
| EP | 0 761 159 A2 | 8/1996 |
| JP | 2002-51129 | 4/2002 |
| WO | WO 94/09698 | 5/1994 |
| WO | WO 98/46125 | 4/1998 |
| WO | WO 99/52420 | 10/1999 |

* cited by examiner



*FIG. 1*



FIG.2



FIG.3



FIG. 4



*FIG.5*



*FIG.6*



*FIG. 7*



*FIG. 8*



FIG. 9





*FIG. 12*

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 299 of 834   Page ID
#:20483



*FIG. 13*



*FIG. 14*



*FIG. 15*



*FIG. 16*



FIG. 17



FIG. 18



*FIG. 19*

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 306 of 834   Page ID #:20490



FIG. 20

US 8,185,180 B2

**1**

## METHOD AND APPARATUS FOR DEMODULATING SIGNALS IN A PULSE OXIMETRY SYSTEM

### PRIORITY CLAIMS AND REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 11/750,930, filed May 18, 2007, which is a continuation of U.S. application Ser. No. 11/311,213 (now U.S. Pat. No. 7,221,971), filed Dec. 19, 2005, which is a continuation of U.S. application Ser. No. 10/700,324 (now U.S. Pat. No. 7,003,339), filed Nov. 3, 2003, which is a divisional of U.S. application Ser. No. 09/735,960 (now U.S. Pat. No. 6,643, 530) filed Dec. 13, 2000, which is a divisional of U.S. application Ser. No. 09/058,799 (now U.S. Pat. No. 6,229,856) filed Apr. 10, 1998, which is a continuation-in-part of U.S. application Ser. No. 09/005,898 (now U.S. Pat. No. 5,919, 134) filed Jan. 12, 1998 which claims priority from U.S. Provisional Application No. 60/043,620 filed Apr. 14, 1997.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to the field of signal process- ing, and, more particularly, relates to the field of processing of signals generated in a physiological monitoring system, such as, for example, in a system for measuring blood oxygen saturation using pulse oximetry.

2. Description of the Related Art

The present invention will be described herein in connection with a pulse oximetry apparatus and a method, which are used to measure blood oxygen saturation in a subject, such as, for example, a human patient. The teachings of the present invention can be used in other applications wherein useable signal information is obtained in a noisy environment.

In an exemplary pulse oximetry apparatus and a corresponding method, blood oxygen saturation is determined by transmitting pulses of electromagnetic energy through a portion of a subject which has blood flowing therein (e.g., through a finger, through an ear lobe, or other portion of the body where blood flows close to the skin). In the examples described herein, the pulses of electromagnetic energy comprise periodic pulses of red light having wavelengths of approximately 660 nanometers, for example, and periodic pulses of infrared light having wavelengths of approximately 905 nanometers. As described, for example, in U.S. Pat. No. 5,482,036 and in U.S. Pat. No. 5,490,505 the pulses of red light and the pulses of infrared light are applied with the same periodicity but in alternating and non-overlapping manner. In particular, in preferred embodiments, the red pulses are active for approximately 25% of each cycle and the infrared pulses are also active for approximately 25% of each cycle. The red pulses are separated in time from the infrared pulses such that both pulses are inactive for approximately 25% of each cycle between a red pulse and the next infrared pulse and both pulses are inactive for approximately 25% of each cycle between an infrared pulse and the next red pulse. (Although described herein below in connection with pulses having 25% duty cycles, it should be understood by persons of skill in the art that the duty cycles of the pulses can be changed in some applications.) After propagating through the portion of the subject, the red pulses and the infrared pulses are detected by a detector which is responsive to light at both wavelengths and which generates an electrical signal which has a predictable relationship to the intensity of the electromagnetic energy incident on the detector. The electrical signal is pro-

**2**

cessed in accordance with the present invention to provide a representation of the blood oxygen saturation of the subject. In conventional time division multiplexing (TDM) demodulation that uses rectangular waves to drive the red and infrared LEDs, the conventional process of demodulation using square waves can result in the aliasing of the ambient noise components that come close to the sidebands of harmonics and the fundamental frequency of the rectangular waves, and the noise components are thus collapsed into the output signal generated by the demodulation. In particular, it is very difficult to avoid including harmonics of the line frequency in the demodulated output signal.

In conventional time division multiplexing (TDM) demodulation that uses rectangular waves to drive the red and infrared LEDs, the conventional process of demodulation using square waves can result in the aliasing of the ambient noise components that come close to the sidebands of harmonics and the fundamental frequency of the rectangular waves, and the noise components are thus collapsed into the output signal generated by the demodulation. In particular, it is very difficult to avoid including harmonics of the line frequency in the demodulated output signal.

### SUMMARY OF THE INVENTION

The present invention avoids the problems associated with conventional demodulation and separation of TDM signals. In particular, the present invention avoids the problem of aliasing of the ambient noise into the passband of the system by selectively demodulating certain harmonics of the TDM signal. For example, in one embodiment, only two harmonics (e.g., the fundamental and the first harmonic) are demodulated. In resulting from demodulating with only certain harmonics instead of demodulating with all harmonics as is done using conventional square wave demodulation. In a digital implementation of the present, invention, the output of the photodetector is initially sampled at a very high frequency (e.g., 46,875 Hz), and the signals are decimated (where decimation is lowpass filtering followed by sample rate compression) such that the final output signals are generated at a relatively low sampling rate (e.g., 62.5 Hz) which provides increased resolution at the output. Thus, bandwidth is traded for resolution in the output signal, thus increasing the signal to noise ratio.

One aspect of the present invention is an apparatus for measuring blood oxygenation in a subject. The apparatus comprises a first signal source which applies a first input signal during a first time interval. A second signal source applies a second input signal during a second time interval. A detector detects a first parametric signal responsive to the first input signal passing through a portion of the subject having blood therein. The detector also detects a second parametric signal responsive to the second input signal passing through the portion of the subject. The detector generates a detector output signal responsive to the first and second parametric signals. A signal processor receives the detector output signal. The signal processor demodulates the detector output signal by applying a first demodulation signal to a signal responsive to the detector output signal to generate a first output signal responsive to the first parametric signal and by applying a second demodulation signal to the signal responsive to the detector output signal to generate a second output signal responsive to the second parametric signal. Each of the first demodulation signal and the second demodulation signal comprises at least a first component having a first frequency and a first amplitude and a second component having a second frequency and a second amplitude. The second frequency is a

US 8,185,180 B2

**3**

harmonic of the first frequency. The second amplitude is selected to be related to the first amplitude to minimize crosstalk from the first parametric signal to the second output signal and to minimize crosstalk from the second parametric signal to the first output signal. In one embodiment, the second amplitude is determined by turning off one of the first and second signal sources and measuring the crosstalk between one of the parametric signals and the non-corresponding output signal while varying the second amplitude. A second amplitude is selected that minimizes the measured crosstalk.

Another aspect of the present invention is a method of minimizing crosstalk between two signals generated by applying a first pulse and a second pulse to measure a parameter. The first pulse and the second pulse are applied periodically at a first repetition rate defining a period. The first pulse is generated during a first interval in each period, and the second pulse is generated during a second interval in each period. The second interval is spaced, apart from the first interval. The first and second pulses produce first and second parametric signals responsive to the parameter. The first and second parametric signals are received by a single detector that outputs a composite signal responsive to the first and second parametric signals. The method comprises the step of applying a first demodulation signal to the composite signal to generate a first demodulated output signal wherein the first demodulation signal comprises at least a first component having a first frequency corresponding to the first repetition rate. The first component has a first amplitude. The first demodulation signal further comprises a second component having a second frequency that is a harmonic of the first frequency. The second component has a second amplitude which has a selected proportional relationship to the first amplitude. The method further includes the step of applying a second demodulation signal to the composite signal to generate a second demodulated output signal. The second demodulation signal comprises the first component at the first frequency and the first amplitude and further comprises the second component at the second frequency and the second amplitude. At least one of the fast and second components of the second demodulation signal has a selected phase difference with respect to the corresponding one of the first and second components of the first demodulation signal. The method further includes the steps of lowpass filtering the first demodulated output signal to generate a first recovered output signal responsive to the first parametric signal; and lowpass filtering the second demodulated output signal to generate a second recovered output signal responsive to the second parametric signal.

Preferably, the selected phase difference is π. Also preferably, the first pulse and the second pulse are generally rectangular pulses having a respective duty cycle. The rectangular pulses comprise a plurality of sinusoidal components including a fundamental component corresponding to the first frequency and a first harmonic component corresponding to the second frequency. The fundamental component has a fundamental component amplitude and the first harmonic component has a first harmonic component amplitude. The first harmonic component amplitude is related to the fundamental harmonic component amplitude by a first proportionality value. The second amplitude of the second component of the first demodulation signal is related to the first amplitude of the first component of the first demodulation signal by a second proportionality value which is approximately the inverse of the first proportionality value.

The method in accordance with this aspect of the invention preferably includes the further steps of sampling the composite signal when neither the first pulse nor the second pulse is

**4**

active to obtain a sampled signal; and measuring the sampled signal to determine a noise level of the parametric signals.

In a further embodiment according to this aspect of the present invention, the method further includes the steps of performing a transform on the composite signal to generate a spectra of the composite signal; sampling the spectra at a plurality of frequencies other than at predetermined ranges of frequencies around the first frequency and around harmonics of the first frequency; determining an average of the magnitudes of the sampled plurality of frequencies; and comparing the average to a selected threshold to determine whether the average magnitude exceeds the selected threshold.

Another aspect of the present invention is a method of demodulating a composite signal generated by applying first and second periodic pulses of electromagnetic energy to a system having a parameter to be measured and by receiving signals responsive to the electromagnetic energy after having passed through the system and being affected by the parameter being measured. The signals are received as a composite signal having components responsive to the first and second pulses. The method comprises the step of applying a first demodulation signal to the composite signal to generate a first demodulated signal. The first demodulation signal comprises a first component having a first frequency corresponding to a repetition frequency of the first and second pulses and comprises a second component having a frequency that is a harmonic of the first frequency. The first component has a first amplitude and the second component has a second amplitude. The second amplitude has a predetermined relationship to the first amplitude. The predetermined relationship is selected to cause the first demodulated signal to have low frequency components responsive only to the first pulse. The method includes the further step of lowpass filtering the first demodulated signal to generate a first output signal. The first output signal varies in response to an effect of the parameter on the electromagnetic energy received from the first pulse.

Preferably, the method in accordance with this aspect of the invention includes the further step of applying a second demodulation signal to the composite signal to generate a second demodulated signal. The second demodulation signal has first and second components corresponding to the first and second components of the first demodulation signal. At least one of the first and second components of the second demodulation signal has a selected phase relationship with the corresponding one of the first and second components of the first demodulation signal. The method includes the further step of lowpass filtering the second demodulated signal to generate a second output signal. The second output signal varies in response to an effect of the parameter on the electromagnetic energy received from the second pulse.

Another aspect of the present invention is a pulse oximetry system that comprises a modulation signal generator. The modulation signal generator generates a first modulation signal that comprises a first pulse that repeats at a first repetition frequency. The first pulse has a duty cycle of less than 50%. The modulation signal generator generates a second modulation signal comprising a second pulse that also repeats at the first repetition frequency. The second pulse has a duty cycle of less than 50%. The second pulse occurs at non-overlapping times with respect to the first pulse. Each of the first and second pulses comprises a plurality of components wherein a first component has a frequency corresponding to the repetition frequency and wherein a second component has a second frequency corresponding to twice the first frequency. The second component has an amplitude which has a first predetermined relationship to an amplitude of the first component. A first transmitter emits electromagnetic energy at a first

US 8,185,180 B2

5

6

wavelength in response to the first pulse; and a second transmitter emits electromagnetic energy at a second wavelength in response to the second pulse. A detector receives electromagnetic energy at the first and second wavelengths after passing through a portion of a subject and generates a detector output signal responsive to the received electromagnetic energy. The detector output signal includes a signal component responsive to attenuation of the electromagnetic energy at the first wavelength and a signal component responsive to attenuation of the electromagnetic energy at the second wavelength. A first demodulator multiplies the detector signal try a first demodulation signal and generates a first demodulated output signal. The first demodulation signal comprises a first component having the first frequency and having a first amplitude. The first demodulation signal also comprises a second component having the second frequency and having a second amplitude. The second amplitude has a second predetermined relationship to the first amplitude. The second predetermined relationship is approximately inversely proportional to the first predetermined relationship. A second demodulator multiplies the detector signal by a second demodulation signal and generates a second demodulated output signal. The second demodulation signal comprises a first component having the first frequency and having the first amplitude. The second demodulation signal further comprises a second component having the second frequency and having the second amplitude. At least one component of the second demodulation signal has a selected phase relationship with a corresponding one component of the first demodulation signal. Preferably, the selected phase relationship is a π phase difference.

Another embodiment incorporates declination before demodulation. In yet another embodiment, a multi-channel demodulator, with or without pre-demodulation decimation is disclosed.

In yet another embodiment, an adaptive algorithm is used to control the operation of pre-demodulation decimators and post-demodulation decimators. The adaptive algorithm may control both the characteristics of a lowpass filter in the decimator and the decimation rate provided by a signal rate compressor in the decimator.

Another embodiment of the invention is a method for selecting a sample rate that reduces the interference caused by ambient light.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be described below in connection with the accompanying drawing figures in which:

FIG. 1 illustrates an exemplary block diagram of a representation of a signal processing system in accordance with the present invention used to determine blood oxygen saturation in a subject;

FIG. 2 illustrates exemplary waveforms of the current through the LEDs in FIG. 1 and the resulting intensities of the red light and the infrared light generated by the LEDs;

FIG. 3 illustrates a block diagram of the overall processing system in accordance with the present invention;

FIG. 4 illustrates a frequency spectra of the first modulation signal MI(t) for n=0, 1, 2, . . . , where the horizontal axis represents frequency and the vertical axis represents the energy in the DC and harmonic components of the signal;

FIG. 5 illustrates an exemplary spectrum of the first and second harmonics of the present invention when the fundamental frequency is selected to be 316.7 Hz in comparison to the fundamental and harmonics of conventional 60 Hz power;

FIG. 6 illustrates the effect of the value of B on the measured signal output $\hat{S}_2$ (t) responsive to the red modulation pulses as the value of B is varied while the infrared modulation pulses are off;

FIG. 7 illustrates a preferred embodiment of the present invention implemented in a digital processing system;

FIG. 8 illustrates a detailed block diagram of the demodulation portion of the present invention;

FIG. 9 illustrates a detailed block diagram of the modulation portion of the present invention;

FIG. 10 illustrates the red drive waveform and the infrared drive waveform generated by the modulation portion of FIG. 9;

FIG. 11 illustrates the demodulation waveforms generated by the demodulation portion of FIG. 8;

FIG. 12 illustrates a method of time domain sampling the digital detection signal during the times when both the red pulses and the infrared pulses are off to obtain information regarding the level of ambient noise;

FIG. 13 illustrates a block diagram of a system that performs the time domain sampling of FIG. 12;

FIG. 14 illustrates a method of frequency domain sampling to determine the noise floor at frequencies other than the signal frequencies;

FIG. 15 illustrates a block diagram of a system that performs the frequency domain sampling of FIG. 14;

FIG. 16 illustrates a block diagram of the overall processing system in accordance with a pre-demodulation decimation embodiment of the present invention;

FIG. 17 illustrates a block diagram of a multi-channel processing system in accordance with a pre-demodulation decimation embodiment of the present invention;

FIG. 18 illustrates a block diagram of an adaptive multi-channel processing system in accordance with a pre-demodulation decimation embodiment of the present invention;

FIG. 19 illustrates a flowchart of a method for choosing the modulation frequency and decimation rate in order to minimize the affects of ambient light; and

FIG. 20 is a graph to be used in connection with graphical method for designing a demodulation system to minimize interference due to ambient light.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 illustrates an exemplary block diagram of a representation of a signal presented, the measurements are performed on a portion of the subject, such as a finger 102 illustrated in FIG. 1. An LED modulation circuit 104 drives a pair of back-to-back light emitting diodes (LEDs) 106, 108 by applying a periodic signal to the two light emitting diodes 106, 108. The LED 106 is selected to emit electromagnetic energy in the red visible light range, and has a wavelength of, for example, approximately 660 nanometers. The LED 108 is selected to emit electromagnetic energy in the infrared range, and has a wavelength of, for example, approximately 905 nanometers. The LED modulation circuit 104 supplies current in alternating directions so that the two LEDs 106, 108 are activated one at a time. In particular, as illustrated by a current waveform 120 in FIG. 2, current is first applied in a forward direction with respect to the red LED 106 during a first time interval 122 having a duration τ. Thereafter, no current is applied to either LED during a second time interval 124 having a like duration τ. Then, current is applied in a forward direction with respect to the infrared LED 108 during a third time interval 126, also having a duration τ. Then, no current is applied to either LED during a fourth time interval

US 8,185,180 B2

7

128 having a like duration τ. Thereafter, the current is again applied in the forward direction for the red LED **106** during a fifth time interval **130** which corresponds to the first time interval **122**. It can be seen that the overall cycle repeats with a period of duration T equal to 4τ. The red LED **106** emits light only when the current is applied in the forward direction with respect to the red LED **106**. Thus, as illustrated by a red intensity waveform **132**, the red LED **106** emits light as a pulse **134** during the first time interval **122** and as a pulse **136** during the fifth time interval **130**, and so on. The red pulses repeat with a periodicity equal to T. Similarly, the infrared LED **108** emits infrared light only when the current is applied in the forward direction with respect to the infrared LED **108**. Thus, as illustrated by an infrared intensity waveform **140**, the infrared LED **108** emits infrared light as a pulse **142** during the third interval **126**. A next infrared pulse **144** occurs at an interval T after the infrared pulse **142**. Thus, the infrared pulses also repeat with a periodicity equal to T. It can be seen that the red pulses and the infrared pulses each have a duty cycle of 25%, and the red pulses and the infrared pulses are separated by intervals of one-fourth of each period T (i.e., the beginning of one pulse occurs an interval τ after the end of the previous pulse).

As further illustrated in FIG. **1**, the electromagnetic energy pulses from the red LED **106** and the infrared LED **108** are applied to the finger **102**. A detector **150** is positioned to receive the electromagnetic energy after the energy has passed through a portion of the finger **102**. The detector **150** is selected to be responsive to both the red light and the infrared light and to generate an output signal responsive to the intensity of the energy received from each source. An exemplary current output signal from the detector **150** is represented by a waveform **152** in FIG. **2**. As illustrated, the detector signal waveform **152** comprises a first pulse **154** responsive to the first red pulse **134**, a second pulse **156** responsive to the infrared pulse **142** and a third pulse **158** responsive to the second red pulse **136**. During the time between the first pulse **154** and the second pulse **156**, the detector signal waveform **152** comprises noise **160**, and during the time between the second pulse **156** and the third pulse **158**, the detector signal waveform **150** comprises noise **162**. The signal pulses **154**, **156** and **158** also include noise superimposed thereon. Although shown as repeating noise, it should be understood that the noise varies with time. For example, noise caused by ambient light will vary with a periodicity corresponding to the 50 Hz or 60 Hz power frequency and their harmonics, particularly when the ambient light is provided by fluorescent lights which generate significant noise at the first harmonic (i.e., 100 Hz or 120 Hz) and the third harmonic (i.e., 200 Hz or 240 Hz).

The output of the detector **150** is applied as an input to a signal processor block **170** which processes the detector signal and generates a first signal $\hat{S}_1(t)$ responsive to the detected intensity of the red light incident on the detector **150** and generates a second signal $\hat{S}_2(t)$ responsive to the detected intensity of the infrared light incident on the detector **150**. As illustrated, the signal processing block **170** is synchronized with the LED modulator **104** via a set of control lines **180**. As will be discussed below, the control lines **180** advantageously communicate signals which provide timing information that determines when to activate the red LED **106** and when to activate the infrared LED **108**.

FIG. **3** is a pictorial representation of a model of an exemplary system which incorporates the present invention. The red LED **106** provides a light intensity represented as IRD, and the infrared LED **108** provides a light intensity represented as $I_{IR}$. The effects of turning the LEDs **106**, **108** on and

8

off on periodic bases are modeled by a first multiplier or modulator **190** which applies a first modulation signal $M_1(t)$ to the red light intensity to generate a modulated red signal $I_{IRMOD}(t)$ and by a second multiplier or modulator **192** which applies a second modulation signal $M_2(t)$ to the infrared light intensity to generate a modulated infrared signal $I_{IRMOD}(t)$. The modulated light red signal and the modulated infrared signal are applied to the finger **102**, or other body portion, as described above. The finger **102** has blood flowing therein and is represented in FIG. **3** as a block **102**. The blood in the finger **102** has a volume and scattering components which vary throughout each cardiac cycle. The blood carries oxygen and other materials therein. The oxygen content is a function of both the blood volume and the concentration of the oxygen in the blood volume. The concentration of the oxygen in the blood volume is generally measured as blood oxygen saturation for reasons which are described in full in the above-identified issued U.S. Pat. Nos. 5,482,036 and 5,490,505. As further described in the two referenced patents, the blood oxygen saturation is determined by comparing the relative absorption of the red light and the infrared light in the finger **102**. The comparison is complicated by the noise caused by movement, ambient light, light scattering, and other factors.

In FIG. **3**, a pair of signals $S_1(t)$ and $S_2(t)$ represent the effect of the time-varying volume and scattering components of the blood in the finger **102** on the red light and the infrared light, respectively, passing through the finger **102** from the LEDs **106**, **108** to the detector **150**. The red light signal portion $S_1(t)$ is caused by the variable attenuation of the red light passing through the finger **102**. The infrared light signal portion $S_2(t)$ is caused by the variable attenuation of the infrared light passing through the finger **102**. To show the effect of the variable attenuations, the signal portion $S_1(t)$ is illustrated as being applied to a first attenuation modulator **191** which multiplies the signal $S_1(t)$ by the modulated red output $I_{IRMOD}(t)$ of the first modulator **190**. Similarly, the infrared light signal portion $S_2(t)$ is illustrated as being applied to a second attenuation modulator **193** which multiplies the signal $S_2(t)$ by the modulated infrared output $I_{IRMOD}(t)$ of the second modulator **192**. The outputs of the first and second attenuation modulators **191**, **193** are provided to the receiving photodetector **150**. The photodetector **150** is modeled as adder **194** and an adder **196**. The outputs of the first and second attenuation modulators **191**, **193** are provided to the adder **194** to generate a composite signal M(t) where:

$$M(t)=S_1(t)M_1(t)+S_2(t)M_2(t). \qquad (1)$$

The signal M(t) from the adder **194** is provided to the adder **196** where the signal M(t) is added to a signal n(t) which represents a composite noise signal caused by ambient light, electromagnetic pickup, and the like, which are also detected by the photodetector **150**. The output of the adder **196** is a signal M'(t)=M(t)+n(t) which includes noise components as well as the signal components. The noise components include DC components and harmonics of the power line frequency that appear in the ambient light. In addition, as will be discussed in more detail below, the signal M'(t) may also include noise at higher frequencies caused, for example, by other devices such as electrocauterization equipment, or the like.

The M'(t) signal output of the third adder **196** (i.e., the output of the detector **150**) is applied to the input of the signal processing block **170**. Within the signal processing block **170**, the signal M'(t) is first passed through a fixed gain amplifier **197** and then through an analog bandpass filter **198**. The analog bandpass filter **198** has a passband selected to pass signals in the range of 20 Hz, to 10,000 Hz. Thus, the analog bandpass filter **198** removes a significant portion of the noise

US 8,185,180 B2

9

below 10 Hz. The signal components responsive to the blood
oxygen saturation are frequency shifted by the operation of
the two modulation signals $M_1(t)$ and $M_2(t)$ and are passed by
the analog bandpass filter **198**.

In the preferred embodiment, the output of the analog
bandpass filter **198** is sampled by an analog-to-digital con-
verter **199** and converted therein to digital signals. For
example, the signals are preferably sampled at 46,875
samples per second. The output of the analog-to-digital con-
verter **199** is a signal MF(k).

The signal MF(k) is provided as a first input to a first
demodulating multiplier **210**. The signal MF(k) is also pro-
vided as a first input to a second demodulating multiplier **212**.
A first demodulating signal $D_1(k)$ is provided as a second
input to the first demodulating multiplier **210**, and a second
demodulating signal $D_2(k)$ is provided as a second input to
the second demodulating multiplier **212**. The output of the
first demodulating multiplier **210** is provided as an input to a
first lowpass filter **220**, and the output of the second demodu-
lating multiplier is provided as an input to a second lowpass
filter **222**. The bandwidths of the lowpass filters **220**, **222** are
preferably approximately 10 Hz.

The output of the first lowpass filter **220** is a signal $\hat{S}_1(t)$,
which, as discussed below, is an estimate of the signal $\hat{S}_1(t)$.
The output of the second lowpass filter **222** is a signal $\hat{S}_2(t)$,
which, as discussed below, is an estimate of the signal $\hat{S}_2(t)$.
As will be shown below, the selection of the first demodulat-
ing signal $D_1(k)$ and the second demodulating signal $D_2(k)$ in
accordance with the present invention substantially reduces
or eliminates the effects of noise in the two output signals
$\hat{S}_1(t)$ and $\hat{S}_1(t)$ and also substantially reduces or eliminates
crosstalk between the two signals.

In the preferred embodiment of the present invention, the
sample rates of the outputs of the lowpass filter **220** and the
lowpass filter **222** are compressed by respective sample rate
compressors **221** and **223**. In particular, the sample rate com-
pressors **221**, **223** reduce the sample rate by 750 to a sample
rate of, for example, 62.5 Hz to provide an output which can
be further processed in accordance with the methods and
apparatuses described in the above-referenced patents. The
sample rate compressions which occur in the sample rate
compressors **221**, **223** reduce the rate at which the output
signals $\hat{S}_1(t)$ and $\hat{S}_2(t)$ need to be processed while maintaining
the sample rate well above the 0-10 Hz frequency content of
the signals of interest. The outputs of the filters **220**, **222**, or
the sample rate compressors **221**, **223**, if included, are pro-
vided on respective output lines **224** and **226**.

In order to facilitate an understanding of how the present
invention operates in demodulating the output signal MF(k)
from the analog-to-digital converter **199**, the modulation sig-
nals $M_1(t)$ and $M_2(t)$) will first be described in terms of their
frequency components. One skilled in the art will appreciate
that the modulation signals $M_1(t)$ and $M_2(t)$ can each be
represented as a Fourier cosine series expansion (e.g.,

$$\sum_{n=0}^{\infty} a_n \cos(n\omega t),$$

where $\omega=2\pi/T$ representing the fundamental and harmonic
frequencies of the rectangular signal pulses. One skilled in the
art will understand that the Fourier series expansion includes
phases; however, by suitably selecting the time origin, the
phases are set to zero. A component which is 180° out of
phase with a corresponding component will advantageously
be represented by a minus sign before the coefficient.

10

FIG. **4** illustrates a frequency spectra of the first modula-
tion signal $M_1(t)$ for n=0, 1, 2, . . . , where the horizontal axis
represents frequency, with the energy in the DC component
along the vertical axis and increasing harmonics of the fun-
damental frequency along the horizontal axis. The length of
each component of $M_1(t)$ along the vertical axis represents the
energy E(n) in each component of the frequency spectra. The
first component to the right of the vertical axis is at the
fundamental frequency (i.e., 1/T), which is designated herein
as $f_0$; however, it should be understood that the fundamental
frequency $f_0$ corresponds to n=1. The second component to
the right of the vertical axis is the first harmonic $f_1$ (i.e., n=2),
which has a frequency which is twice the fundamental fre-
quency. The third component to the right of the vertical axis is
the second harmonic $f_2$ (i.e., n=3), which has a frequency
which is three times the fundamental frequency. The compo-
nents to the right of the second harmonic are numbered
accordingly. (Note, other conventions identify the fundamen-
tal frequency as the first harmonic, and designate the second
harmonic as the frequency that is twice the fundamental fre-
quency. The identification of the fundamental frequency as $f_0$
is used in the discussion that follows.)

In FIG. **4**, a modulation envelope **230** is shown in dashed
lines. The modulation envelope **230** represents the magni-
tudes of the fundamental and the harmonics of the signal
$M_1(t)$. The shape of the envelope is determined by the modu-
lation signal $M_1(t)$ which, for a repeating rectangular pulse
train starting at time t=0 and having a normalized amplitude
of 1, can be expressed as:

$$M_1(t) = \frac{\tau}{T}\sum_{n=0}^{\infty} \text{sinc}\left(\frac{n\tau}{T}\right)\cos\left(\frac{2\pi nt}{T}\right) \qquad (2)$$

Where sin c is the function $(\sin \pi x)/\pi x$ (i.e., sin $c(\pi \tau/T)=\sin$
$(n\pi\tau/T)/(n\pi\tau/T)$). In the example shown, $\tau=\frac{1}{4}T$. (Note that
for sampled signals, the envelope is more accurately repre-
sented as sin $\alpha/\sin \beta$; however, as well known in the art, for the
frequencies of interest, the sin c function is a suitable approxi-
mation.) Thus, the frequency spectra has nulls at n=4, n=8,
n=12, and so on, corresponding to the third harmonic $f_3$, the
seventh harmonic $f_7$, the eleventh harmonic $f_{11}$, and so on.
Note that Equation 2 is an idealized form of the equation for
$M_1(t)$, and that in general:

$$M_1(t) = \frac{\tau}{T}\sum_{n=0}^{\infty} a_n \text{sinc}\frac{n\tau}{T} e^{-j\omega_0 nt} \qquad (3)$$

where $a_n$ is a complex number. In the discussion that follows,
the values of $a_n$ are assumed to be real numbers only.

A similar frequency spectra (not shown) for the modulation
signal $M_2(t)$ is determined by the expression:

$$M_2(t) = \frac{\tau}{T}\sum_{n=0}^{\infty} (-1)^n \text{sinc}\left(\frac{n\tau}{T}\right)\cos\left(\frac{2\pi nt}{T}\right) \qquad (4)$$

An envelope for the frequency spectra of second modula-
tion signal $M_2(t)$ will have the same magnitudes; however, it
should be understood that because of the $(-1)^n$ term in the
expression for $M_2(t)$, the fundamental $f_0$ and every even har-
monic (i.e., $f_2$, $f_4$, etc.) are 180° out of phase with the corre-
sponding harmonic of the first modulation signal $M_1(t)$.

US 8,185,180 B2

**11**

In FIG. **3**, the analog-to-digital converter **199** converts the signal MF'(t) to a sequence of sampled digital values MF(k) at a sampling rate of, for example, 46,875 samples per second. As discussed above, the first demodulating multiplier **210** multiplies the output MF(k) of the converter **199** by the first demodulating, signal $D_1(k)$ to generate the first output sequence $\hat{S}_1(k)$, and the second demodulating multiplier **212** multiplies the output MF(k) by the second demodulating signal $D_2(k)$ to generate the second output sequence $\hat{S}_2(k)$. The multiplication by the multipliers **210**, **212** can also be expressed as follows:

$$\hat{S}_2(k)=LP[MF(k)D_1(k)] \qquad (5)$$

and

$$\hat{S}_2(k)=LP[MF(k)D_2(k)] \qquad (6)$$

where LP is the transfer function of the lowpass filter **220** and of the lowpass filter **222**. If, for simplicity, the noise is assumed to be zero, then:

$$M'(t)=S_1(t)M_1(t)+S_2(t)M_2(t) \qquad (7)$$

Therefore:

$$\hat{S}_1(k)=LP[[S_1(k)M_1(k)+S_2(k)M_2(k)]D_1(k)] \qquad (8)$$

and thus

$$\hat{S}_1(k)=LP[[S_1(k)M_1(k)]D_1(k)+[S_2(k)M_2(k)]D_1(k)] \qquad (9)$$

Similarly:

$$\hat{S}_2(k)=LP[[S_2(k)M_2(k)]D_2(k)+[S_1(k)M_1(k)]D_2(k)] \qquad (10)$$

Since LP is a linear operator, the right-hand side of Equations 9 and 10 can be split into two terms. The first term on the right-hand side of each of Equations 9 and 10 above is the desired signal portion of the equation, and the second term on the right-hand side of each of the equations is the crosstalk portion. Thus, in order to reduce the crosstalk to zero, the second term of each of Equations 9 and 10 is set to zero:

$$LP[S_2(k)M_2(k)D_1(k)]=0 \qquad (11)$$

and

$$LP[S_1(k)M_1(k)D_2(k)]=0 \qquad (12)$$

By setting the second terms to zero, Equations 9 and 10 reduce to:

$$\hat{S}_1(k)=LP[S_1(k)M_1(k)D_1(k)] \qquad (13)$$

and

$$\hat{S}_2(k)=LP[S_2(k)M_2(k)D_2(k)] \qquad (14)$$

One goal of the present invention is to select the demodulating signals $D_1(k)$ and $D_2(k)$ to satisfy Equations 11 and 12 to thereby reduce Equations 9 and 10 to Equations 13 and 14. This is accomplished by utilizing Equations 2 and 3 to simplify the two equations by selectively using components of the two modulating signals $M_1(t)$ and $M_2(t)$ to generate the demodulating sequences $D_1(k)$ and $D_2(k)$.

**12**

In order to simplify the discussion, Equation 2 can be rewritten as:

$$M_1(t)=\sum_{n=1}^{\infty} E(n)\cos(n\omega t) \qquad (15)$$

where E(n) is the sin c envelope for the fundamental frequency $f_0$ (n=1) and the harmonics $f_1$ (n=2), $f_2$ (n=3), and so on, where cos(nωt) represents the cosine term cos(2πnt/T), where ω=2π/T. (Note, as discussed above, for discrete sampled signals, the actual envelope of E(n) is a sin α/sin β function; however, for the frequencies of interest, the sine function is a suitable representation.)

As discussed above, the DC term (n=0) does not need to be considered because of the operation of the filter **198**, and the analog-to-digital converter **199**, as well as the action of the demodulation, which shift any unwanted DC or low frequency signals having a frequency less than approximately 10 Hz (hereinafter near-DC signals) to higher frequencies before lowpass filtering. As a further simplification, the magnitude of the fundamental term in Equation 15 is normalized to a value of 1 (i.e., E(1)=1). Note that the normalization results in the need for a scale factor, which will be discussed below. Thus, Equation 15 becomes:

$$M_1(t)=\cos \omega t+a \cos 2\omega t+b \cos 3\omega t+c \cos 4\omega t+ \dots \qquad (16)$$

The demodulation signal $D_1(t)$ is defined as:

$$D_1(t)=\cos \omega t+B \cos 2\omega t \qquad (17)$$

For reasons set forth below, only the first two cosine terms are needed.

Similarly, the second modulating signal $M_2(t)$ becomes:

$$M_2(t)=-\cos \omega t+a \cos 2\omega t-b \cos 3\omega t+c \cos 4\omega t+ \dots \qquad (18)$$

and the second demodulating signal $D_2(t)$ is defined as:

$$D_2(t)=-\cos \omega t+B \cos 2\omega t \qquad (19)$$

Note that the signs of the fundamental and odd harmonics in Equation 18 are 180° out of phase with the corresponding terms in Equation 16.

Note, as will be developed more fully below, by including only the fundamental s (cos ωt) and the first harmonic (cos 2ωt) in each of the demodulation signals, only the signals proximate to the fundamental and first harmonic need to be considered. By eliminating higher harmonics, the effects of the higher harmonics of the power line frequency are also eliminated in the output signals generated by the present invention.

Assume that the filter **198** and the analog-to-digital converter **199** do not affect the magnitude of the signal MF(k) with respect to M'(t) for the frequencies having significant energy. Therefore, starting with Equation 7 above, M'(t) can be written as:

$$M'(t)=S_1(t)[\cos \omega t+a \cos 2\omega t+b \cos 3\omega t+ \dots ]+S_2(t) \\ [-\cos \omega t+a \cos 2\omega t-b \cos 3\omega t+ \dots ] \qquad (20)$$

When the first demodulating multiplier **210** multiplies M(t) by DI(t), the terms on the right-hand side of Equation 20 are multiplied by the terms on the right-hand side of Equation 17. Thus:

$$M'(t)D_1(t)=S_1(t)[\cos \omega t+a \cos 2\omega t+b \cos 3\omega t \dots ][\cos \\ \omega t+B \cos 2\omega t]+S_2(t)[-\cos \omega t+a \cos 2\omega t-b \\ \cos 3\omega t+ \dots ][\cos \omega t+B \cos 2\omega t] \qquad (21)$$

The term $S_1(t)[\cos \omega t+a \cos 2\omega t+b \cos 3\omega t+ \dots ][\cos \omega t+B \cos 2\omega t]$ is the signal term which is to be preserved, and the

US 8,185,180 B2

**13**

term $S_2(t)[-\cos \omega t + a \cos 2\omega t - b \cos 3\omega t + \ldots ][\cos \omega t + B \cos 2\omega t]$ is the crosstalk term to be eliminated.

Expanding the crosstalk term from Equation 21, generates:

$$crosstalk = S_2(t)[-\cos^2 \omega t - B \cos \omega t \cos 2\omega t + a \cos 2\omega t \cos \omega t + aB \cos^2 2\omega t - b \cos 3\omega t \cos \omega t - bB \cos 3\omega t \cos 2\omega t + \ldots] \qquad (22)$$

Using the identity, $\cos(x)\cos(y) = \frac{1}{2}[\cos(x+y) + \cos(x-y)]$, the crosstalk term from Equation 22 becomes:

$$crosstalk = S_2(t)[-\frac{1}{2}(\cos 2\omega t + 1) + ((a - B)/2)[\cos 3\omega t + \cos \omega t] + (aB/2)[\cos 4\omega t + 1] - (b/2)[\cos 4\omega t + \cos 2\omega t] - (bB/2)[\cos 5\omega t + \cos \omega t] + \ldots] \qquad (23)$$

The remaining terms in Equation 23 will all have a factor of cos rot or higher. Thus, Equation 23, when fully expanded only includes near-DC terms:

$$crosstalk_{DC} = LP[S_2(t)[aB/2) - \frac{1}{2}]] \qquad (24)$$

where $S2(t)$ corresponds to the infrared portion of the original plethysmograph signal which has a bandwidth of interest of approximately 0 to 10 Hz. Any components present above 10 Hz will be eliminated by the action of the lowpass filter **220**. Thus, it can be seen that only the signals of interest are folded back to DC or near-DC. By using the lowpass filter **220**, the DC terms and near-DC terms can be isolated so that only the DC terms and near-DC terms of the crosstalk are presented at the output of the lowpass filter **220**. Thus, in order to eliminate the crosstalk, the crosstalk terms in Equation 24 need to be set to zero:

$$LP[S_2(t)[aB/2 - \frac{1}{2}]] = 0 \qquad (25)$$

Thus:

$$B = 1/a \qquad (26)$$

The result in Equation 26 can also be expressed using a geometric interpretation of vector projection (i.e., dot products) of $S_2(t)$ and $S_1(t)$ wherein the projection of $S_2(t)$ onto $D_1(t)$ is equal to zero and the projection of $S_2(t)$ onto $D_2(t)$ is maximized. In other words, express $S_1(t)$, $S_2(t)$, $D_1(t)$ and $D_2(t)$ as vectors of samples in an n-dimensional sample space (e.g., $S_1(t)$ is represented as a vector $S_1$ of samples $S_1(k)$). For example, in a preferred embodiment, n=148, and thus $S_1$, $S_2$, $D_1$ and $D_2$ are vectors of 148 samples each. The first crosstalk term is $S_1 \bullet D_2$. The second crosstalk term is $S_2 \bullet D_1$. The first signal output is $S_1 - D_1$. The second signal output is $S_2 \bullet D_2$. Select the vectors $D_1$ and $D_2$ to drive the crosstalk terms to zero.

The relationship in Equation 26 also works to preserve the signal term. In particular, the signal term in Equation 21 can be expanded and lowpass filtered in the same manner as the crosstalk term to obtain:

$$signal = \hat{S}_1(t) = LP[S_1(t)[(aB/2) + \frac{1}{2}]] \qquad (27)$$

Using the relationship from Equation 26, then Equation 27 becomes:

$$signal = \hat{S}_1(t) = LP[S_1(t)[(a/2a) + \frac{1}{2}] = LP[S_1(t)] = S_1(t) \qquad (28)$$

It can be readily shown that the same relationship holds for the crosstalk term and 5 the signal term for the signal $S_2(t)$ by defining the second demodulation signal $D_2(t)$ as:

$$D_2(t) = -\cos \omega t + B \cos 2\omega t \qquad (29)$$

and multiplying $M2(t)$ by $D2(t)$. After expanding the crosstalk and signal terms and eliminating the terms above 10 Hz, it can be shown that by selecting $B = 1/a$, the crosstalk term is canceled and the signal term $S_2(t)$ is recovered.

From the foregoing, it can be seen that by choosing the relationship between the magnitude of B as the reciprocal of

**14**

a, then the crosstalk terms are eliminated and the signal terms are preserved. Note that neither A nor B is an absolute value. As set forth in Equation 16, a is the magnitude of the cos $2\omega t$ term of $M_1(t)$ when the magnitude of the cos $\omega t$ term of $M_1(t)$ is normalized to 1. Similarly, from Equation 17, B is the magnitude of the cos $2\omega t$ term of $D_1(t)$ when the cos $\omega t$ term of $D_1(t)$ is normalized to 1.

It should be understood that both $D_1(t)$ and $D_2(t)$ can include higher harmonic terms; however, such additional terms could result in increased sensitivity to the noise of fluorescent lights and the like because of the harmonics of the 60 Hz power line frequency (or the 50 Hz power line frequency in other countries). For example, FIG. **5** illustrates an exemplary spectrum of the first and second harmonics of the present invention when the fundamental frequency is selected to be 316.7 Hz. Thus, the first harmonic frequency is 633.4 Hz. Note that the variations in the signals caused by blood flow throughout a cardiac cycle causes the fundamental and harmonics of modulation frequency to be surrounded by sidebands representing the frequency content of the plethysmograph. For example, in FIG. **5**, the first and second harmonics are at 316.7 Hz and 633.4 Hz, ±10 Hz.

As further illustrated in FIG. **5**, the conventional 60 Hz power line frequency has harmonics at 120 Hz, 180 Hz; 240, etc. Thus, the nearest harmonics of the power line frequency to the first harmonic of the present invention are at 300 Hz and 360 Hz, and the nearest harmonics of the power line frequency to the second harmonic of the present invention are 600 Hz. and 660 Hz. Similarly, if used in a country having a 50 Hz power line frequency, the nearest harmonics to the first harmonic of the present invention are 300 Hz and 350 Hz, and the nearest harmonics to the second harmonic of the present invention are 600 Hz and 650 Hz. Even if the power frequency were to vary by up to 1.5 percent, the noise generated by the ambient light from fluorescent lamps, or the like, would not be at the first and second harmonic frequencies of the present invention. The fundamental frequency has thus been selected to avoid power line caused ambient noise at the first and second harmonic frequencies.

The foregoing discussion assumed that the filter **198** did not significantly affect the amplitude of the filtered signal. If the filter **198** does have an affect on the amplitude, then B will be a constant times the value of B determined above:

$$B = k/a \qquad (30)$$

where k depends on the relative attenuation of the first harmonic and the second harmonic through the filter **198**.

Although the value of the coefficient B can be calculated as set forth above, the calculations may be complicated if the filter **198** or the modulators **190**, **192** introduce phase changes which cause the calculations to be performed on complex numbers. For example, if the modulation signals $M_1(t)$ and $M_2(t)$ are not rectangular waves which have 25% duty cycles and which are precisely 180° out of phase, as illustrated herein, then the coefficients of the frequency components of the modulation signals may be complex to account for the phase relationships, and thus, the coefficients of the demodulation signals may be complex.

As illustrated in FIG. **6**, the value of B can also be determined empirically by performing a initial measurement with one channel (i.e., either the red pulse or the infrared pulse turned off) and minimizing the crosstalk. In particular, during the initial measurement, the waveform **140** in FIG. **2** is set to a continuous zero value so that no infrared pulses are generated. Thus, the detector **150** (FIG. **1**) receives only the light

US 8,185,180 B2

15

generated by the red LED **106**. Thus, $M_2(t)$ is set to zero, and Equation 10 for $\hat{S}_2$ (t) becomes:

$$\hat{S}_2(t)=LP[S_1(t)M_1(t)D_2(t)] \qquad (31)$$

It can be seen that $\hat{S}_2$ (t) includes only a crosstalk portion, which can be measured on the output from the second low-pass filter **222**. Thus, by varying the value B while monitoring the magnitude or the RMS (root-mean-squared) value of the output signal $\hat{S}_2$ (t), a minimum magnitude $\hat{S}_2$ (t)$_{min}$, for the output signal $\hat{S}_2$ (t) can be found which corresponds to the best value $B_{BEST}$ for B. In an ideal system, the best value for B corresponds to a zero value for the output signal $\hat{S}_2$ (t); however, in a real environment, the best value of B may correspond to a non-zero value for $\hat{S}_2$ (t) (i.e., a minimum error for $\hat{S}_2$ (t)). It should be understood that the value of $B_{BEST}$ can also be determined by turning off the red LED **106** and varying B while monitoring $\hat{S}_1$ (t) until $\hat{S}_1$ (t) is minimized.

From the foregoing, it can be seen that the effect of the modulation signals $D_1(t)$ and $D_2(t)$ is to shift the DC or near-DC noise terms up in frequency while shifting the signals of interest at the harmonics back to DC or near-DC, which in effect interchanges the noise spectra and the signal spectra so that the noise spectra can be eliminated by the action of the lowpass filters **220**, **222**, leaving only the signals of interest.

FIG. **7** illustrates a preferred embodiment of the present invention which implements the functions described above in a digital system. Preferably, the digital system comprises a digital signal processor (not shown), and the blocks described herein comprise data structures within the digital signal processor and software routines that implement the processes described below. In particular, the present invention comprises an LED demodulation block **300** which receives a digital configuration signal on a bus **310**, a clock signal on a line **312** and a digital detector signal on a bus **314** as inputs. The digital configuration signal bus **310** provides a way to change the configuration of the LED demodulation block **300** to accommodate different LEDs and different detection algorithms. Preferably, the clock signal on the line **312** is 'a 46,875 Hz (46.875 kHz) square wave signal which is used to synchronize the timing functions of the present invention. The digital detector signal on the line **314** is the output of the analog-to-digital converter **199**. The analog-to-digital converter **199** is connected to the output of the detector **150** (via the amplifier **197** and the filter **198**) and samples the output of the detector **150** at 46,875 samples per second to provide a stream of sampled digital values of the red light and infrared light incident on the detector **150**.

The LED modulation block **300** generates a demodulated red signal output on a bus **340** and generates a demodulated infrared signal output on a bus **342**. The demodulated red signal output is passed through the low pass filter **220** and is output therefrom as the signal $\hat{S}_1$ (t). The demodulated infrared signal output is passed through the low pass filter **222** and is output therefrom as the signal $\hat{S}_2$ (t). As further illustrated in FIG. **8**, the LED demodulation block **300** comprises a modulo-M block **350**, an LED demodulation state table block **352**, the first demodulating multiplier **210** and the second demodulating multiplier **212**.

The modulo-M block **350** receives the main 46,875 Hz clock signal on the line **312** as one input and receives a MODULUS signal on a bus **354** as a second input. The bus **354** forms a portion of the configuration bus **310**. The modulo-M block **350** divides the clock signal by the MODU-LUS signal and generates a RESIDUE signal (described below) on a bus **356** which is provided as one input to the LED

16

modulation state table block **352**. The LED modulation state table block **352** also receives the configuration signals on the configuration bus **310**.

The LED demodulation state table is responsive to the residue signal and the configuration signals to generate the first demodulating signal $D_1(t)$ on a bus **360** and to generate the second demodulating signal $D_2(t)$ on a bus **362**. The first demodulating signal $D_1(t)$ is provided as one input to the first demodulating multiplier **210**, as described above. The second demodulating signal $D_2(t)$ is provided as one input to the second demodulating multiplier **212**, as described above. The first demodulating multiplier **210** and the second demodulating multiplier **212** receive the digital detector signal on the line **314** as respective second inputs. The demodulating multipliers **210**, **212** multiply the digital detector signal by the first demodulating signal $D_1(t)$ and the second demodulating signal $D_2(t)$, respectively, to generate a demodulated red signal and a demodulated infrared signal on the buses **340** and **342**, respectively. Because the outputs of the two demodulating multipliers **210** and **212** include the terms cos ωt, cos 2ωt, and higher, the demodulated signals on the buses **340** and **342** are provided as respective inputs to the low pass filters **220** and **222** to pass only the near-DC terms, as discussed above. The outputs of the lowpass filters **220** and **222** on the buses **344** and **346**, respectively, are the $\hat{S}_1$ (t) signal and the $\hat{S}_2$ (t) signal which contain only the near-DC terms, which, in accordance with the discussion presented above represent the original input signals $S_1(t)$ and $S_2(t)$ with the unwanted noise substantially reduced or eliminated. The two signals $\hat{S}_1$ (t) and $\hat{S}_2$ (t) are then applied to computation circuitry (not shown) which computes the blood oxygen saturation and other cardiographic parameters in a manner described in the above-cited U.S. Pat. Nos. 5,482,036 and 5,490,505.

The residue signal generated as the output from the modulo-M block **350** is a multiple bit signal that counts from 0 to MODULUS−1. In the preferred embodiment described herein, MODULUS has a value of 148. Thus, the RESIDUE output of the modulo-M block **350** counts from 0 to 147. The RESIDUE output of the modulo-M block **350** is a number that is provided as the input to the LED demodulation state table block **352**. As illustrated in FIG. **9**, the RESIDUE output on the bus **356** corresponds to the signal **180** in FIG. **1** and is also provided to the input of an LED modulation state table block **370** which, together with an LED driver circuit **372**, comprise the modulation block **104** (FIG. **1**) which generates the drive signals to the red LED **106** and the infrared LED **108**. As described above, the red LED **106** and the infrared LED **108** generate the modulation signals $M_1(t)$ and $M_2(t)$, respectively, which effectively operate as carriers for the plethysmograph waveform to be measured. In particular, as illustrated by a red drive timing waveform **374** and by a infrared drive timing waveform **376** in FIG. **10**, the modulation state table block **370** generates a red signal pulse **378** during the time when the RESIDUE signal increments from 0 to 36. Then, the modulation state table block **370** generates neither a red signal pulse nor an infrared signal pulse during the time when the RESIDUE signal increments from 37 to 73. Then, the modulation state table block **370** generates the infrared signal pulse **380** during the time when the RESIDUE signal increments from 74 to 110. Then, the modulation state table block **370** again generates neither a red signal pulse nor an infrared signal pulse during the time when the RESIDUE signal, increments from 111 to 147. The RESIDUE signal then resets to 0 and the process repeats continuously.

The red signal pulse **378** and the infrared signal pulse **380** from the modulation state table block **370** are provided as inputs to the LED driver circuit **372** which turns on the red

US 8,185,180 B2

17

LED **106** when the red signal pulse **376** is active and turns on the infrared LED **108** when the infrared signal pulse **378** is active by generating the current waveform **120** illustrated in FIG. **2**. The circuitry for converting the red signal pulse **376** and the infrared signal pulse **378** to the bi-directional current pulses of the waveform **120** is conventional and does not need to be described herein.

In the preferred embodiment, the LED demodulation state table block **352** implements demodulation equations which generally correspond to the Equations 17 and 19 described above. In particular, the LED demodulation state table block **352** receives the RESIDUE as one input to the state table and steps through the state table based upon the current value of the RESIDUE. The LED demodulation state table block **352** generates two output values for each value of the RESIDUE, wherein the first output value is the first demodulation signal $D_1(t)$ on the signal bus **360**, and the second output value is the second demodulation signal $D_2(t)$ on the signal bus **362**.

In particular, the LED demodulation state table block **352** implements the following forms of the demodulation signal $D_1(t)$ and the $D_2(t)$ equations:

$$D_1(t) = -SCL\left(\cos\left[2\pi\left(\frac{R - 18.5 - HW\Delta}{Modulus}\right)\right] + HWD\left(\cos\left[4\pi\left(\frac{R - 18.5 - HW\Delta}{Modulus}\right)\right]\right)\right) \quad (32)$$

and

$$D_2(t) = -SCL\left(\cos\left[2\pi\left(\frac{R - 18.5 - HW\Delta}{Modulus}\right)\right] - HWD\left(\cos\left[4\pi\left(\frac{R - 18.5 - HW\Delta}{Modulus}\right)\right]\right)\right) \quad (33)$$

In Equations 32 and 33, the value SCL is a scale factor which determines the magnitudes is of the two demodulation signals and which is used to compensate for the normalization discussed above and to compensate for other factors; such as, for example, non-ideal rectangular pulses. The method of determining the scale factor will be set forth below. In one particularly preferred embodiment, the value of SCL is 2.221441469. The value HWD is a hardware distortion factor, which corresponds to the value of B discussed above. The determination of the value B was described above, and will be described again below in connection with this preferred embodiment. In one particularly preferred embodiment where the pulses applied to the red LED **106** and the infrared LED **108** are idealized rectangular waves having 25% duty cycles, the value of HWD can be calculated to be 1.414213562. This ideal value for HWD can be determined by recognizing that the value of the coefficient A for the cos 2ωt terms in Equations 16 and 18 is determined by the sine function. When the coefficient of the cos ωt term is normalized to 1, as in the two equations, then the value of the coefficient a is equal to √2/2. Thus, the ideal value for B (i.e., HWD) is √2. Of course, the actual value of the coefficient B, and thus HWD, will vary when the red pulses and the infrared pulses are not true rectangular waves. Since, in actual embodiments, the pulses will have finite rise times and fall times, the optimum value of HWD is preferably found empirically in the manner described below.

The value 18.5 in Equations 32 and 33 is used to align the demodulation waveforms with the modulation waveforms so that the peak of the cosine functions corresponds to the mid-points of each of the modulation waveforms. The value HWΔ is a hardware delay factor which may be needed in certain

18

embodiments to compensate for delays in the analog processing, the digital processing or both, which cause the demodulation signals $D_1(t)$ and $D_2(t)$ to be out of phase with the modulation signals $M_1(t)$ and $M_2(t)$. In an ideal environment, the value of the hardware delay factor is 0. However, in one particularly preferred embodiment, the value of the hardware delay factor is 39. The modulus was described above and is basically the number of steps in each period of the waveforms. In the embodiment described herein, the modulus is 148. The value R is the RESIDUE, which varies from 0 to modulus−1, and thus, in the preferred embodiment, R varies from 0 to 147.

In operation, the clock signal on the line **312** causes the modulo-M block **350** to generate the RESIDUE signal, as described above. The RESIDUE value is applied to the LED modulation block **104** which generates the modulation signals $M_1(t)$ and $M_2(t)$, as described above. The RESIDUE value is also applied to the LED demodulation state table block **352** which generates a new value for $D_1(t)$ and a new value for $D_2(t)$ for each new RESIDUE value. Thus, 148 values of $D_1(t)$ and $D_2(t)$ are generated for each complete cycle. Because the clock signal is operating at 46,875 Hz, the modulation signals $M_1(t)$ and $M_2(t)$ and the demodulation signals $D_1(t)$ and $D_2(t)$ have a fundamental frequency of 316.722973 Hz, which, as discussed above, does not correspond to any harmonic of conventional 50 Hz or 60 Hz power line frequencies.

The HWΔ (hardware delay factor) value, the HWD (hardware distortion factor) value and the SCL (scaling factor) value are found empirically as follows. First, the ideal values of the hardware delay factor, the hardware distortion factor and the scale factor are applied to the Equations 32 and 33 in the LED demodulation state table block **352** (i.e., HWΔ=0, HWD=1.414213562, and SCL=2221441469). To determine the optimum value of the hardware delay factor, the second modulation signal M2($t$) is set to a constant value of zero (i.e., the infrared LED is maintained in its OFF state). The red LED pulses are applied as set forth above, and the digital detector output signal from the analog-to-digital converter is monitored and compared to the modulation signal MI($t$). The relative delay between the beginning of the modulation signal M1($t$) and the detection of the beginning of the responsive output from the analog-to-digital converter is the optimum hardware delay factor (HWΔ) value. In one exemplary embodiment, the optimum value of the hardware delay factor is 39.

After determining the value of the hardware delay factor and applying it to Equations 32 and 33, the ideal value of the hardware distortion factor and the ideal value of the scale factor are applied to the two equations. Again, with the red LED pulses applied to the red LED **106** and no pulses applied to the infrared LED, the value of the hardware distortion factor is slowly varied from its ideal value while the DC component of the demodulated infrared signal output on the line **342** is monitored. The value of the hardware distortion factor is varied until the measured DC component is minimized, and the value of the hardware distortion factor corresponding to the minimal DC component is selected as the optimum value for the hardware distortion factor.

Next, with the value of the hardware delay factor and the value of the hardware distortion factor set to their respective optimum values, as determined above, the value of the scale factor (SCL) is initially set to 1. Again, with the modulation system generating pulses only to the red LED **106**, the DC component of the demodulated red signal output on the line **340** is measured. In addition, the difference in amplitude between the on state and the off state of the digital detector

US 8,185,180 B2

19

signal from the filter **198** is measured. The ratio of the measured amplitude difference to the measured DC component of the demodulated red signal output is selected as the optimum value for the scale factor.

An exemplary demodulation waveform $D_1(t)$ is illustrated by a waveform **400** in FIG. **11** and an exemplary demodulation waveform $D_2(t)$ is illustrated by a waveform **402** in FIG. **11**. The demodulation waveforms in FIG. **11** are illustrated with the hardware delay factor set to 0 in order to align the waveforms with the modulation waveforms in FIG. **10**. It should be understood that when the hardware delay factor is non-zero, the demodulation waveforms in FIG. **11** will be shifted in phase with respect to the modulation waveforms in FIG. **10**.

Although described above in connection with the variation of the amplitude of the first harmonic component of the demodulation signals in order to minimize the crosstalk, it should be understood that the relative amplitude of the second harmonic component of the demodulation signals with respect to the amplitude of the fundamental component of the demodulation signals is determined by the relationship of the amplitude of the first harmonic component of the modulation signals to the amplitude of the fundamental component of the modulation signals. The relationship of the amplitude of the first harmonic component of the modulation signals depends in part upon the duty cycles of the modulation signals. If the modulation duty cycles are varied, the amplitude of the first harmonic component of the modulation signals changes. Thus, the crosstalk may also be minimized by holding the amplitudes of the components of the demodulation signals constant while varying the duty cycles of the modulation signals. One skilled in the art will appreciate that other variations in the modulation and demodulation signals may also be used to minimize the crosstalk between the two output signals.

A plurality of signals $S_1, S_2, S_3 \ldots S_n$ can be demodulated and the crosstalk between signals reduced to a minimum by application of the foregoing invention to more. than two signals.

Additional information can advantageously be derived from the digitized detection signal on the bus **314** and can be used to provide indications regarding the reliability of the demodulated signals generated as described above. In particular, although the present system is capable of demodulating the $\hat{S}_1$ (t) signal and the $\hat{S}_2$ (t) signal in the presence of significant ambient noise from light and other sources, it is possible that the level of the ambient noise is sufficiently high to affect the demodulated signals. FIGS. **12** and **13** illustrate a time domain method and system for determining the ambient noise level, and FIGS. **14** and **15** illustrate a frequency domain method and system for determining the ambient noise level.

As illustrated in FIG. **12**, the digital detection signal **152** is sampled by a sample signal represented by a waveform **500**, which comprises a plurality of sampling pulses **502**. The sampling pulses **502** are timed to occur during the intervals between the red pulses **134**, **136** and the infrared pulses **142**, **144** when no red light and no infrared light should be detected by the detector **150** (FIG. **1**). Thus, any energy detected during the sample intervals is primarily caused by ambient light and other noise sources. As illustrated, the sampling pulses **502** preferably occur at the approximate midpoint of each interval between the red and infrared pulses.

As illustrated in FIG. **13**, the digital detection signal bus **314** is provided as an input to a time domain sampler **520**. The time domain sampler **520** also receives the RESIDUE signal on the bus **356** as a second input. The time domain sampler is

20

responsive to the RESIDUE signal to sample the digital detection signal at times when the value of the RESIDUE signal corresponds to the quiescent times of the red pulses **134**, **136** and the infrared pulses **142**, **144**. As described above, the red pulses **134**, **136** are generated when the RESIDUE signal has values between 0 and 36, and the infrared pulses are generated when the RESIDUE signal has values between 74 and 110. Thus, assuming no hardware delay, the sampling pulses **502** are preferably generated, for example, when the RESIDUE signal has a value of 55 and when the RESIDUE signal has a value of 129, which positions the sampling pulses at the approximate midpoints of the quiescent intervals between the pulses. As discussed above, the actual system has a hardware delay caused by processing times. Thus, if the system has a hardware delay factor of, for example, 39, the sampling pulses **502** are shifted in time to occur when the RESIDUE signal has a value of 94 and a value of 20 (168 modulo 14 g). The sample times used by the time domain sampler **520** are advantageously determined by configuration signals received via the digital configuration bus **310**, described above. For example, the time domain sampler **520** can be initially set to sample at RESIDUE signal values of 55 and 129, and the value of the hardware delay value factor (HWΔ) communicated by the digital configuration bus **310** is added to both values to shift the sample to the correct sample interval.

As illustrated in FIG. **14**, a detection signal spectra **550** includes the two frequency components corresponding to the fundamental and first harmonic of the modulation signal at 316.7 Hz and 633.4 Hz, respectively. The spectra **550** further includes the fundamental and multiple harmonics of the 60 Hz power line frequency. In addition, the spectra **550** includes noise at a multitude of frequencies which may be caused by various sources. One particularly troublesome source of noise encountered in pulse oximetry systems is an electrocauterization device, which uses a high frequency electrical current to make surgical incisions and to cauterize the surrounding blood vessels at the same time. Although primarily high frequency noise sources, such devices also generate significant noise at lower frequencies because of arcing. When an electrocauterization device is operated close to a pulse oximeter detector, the noise generated by the device can overwhelm the signals generated by the pulse oximetry detector. In other words, the noise floor can be greater than the detectable signal from the pulse oximetry detector.

It is desirable to detect when the noise floor is too high so that the pulse oximetry system can indicate that the demodulated signals may not be reliable. In order to determine the level of the noise floor, the present invention samples the spectra **550** to determine the content of the frequency components detected at frequencies other than the fundamental and harmonic frequencies of the modulation signals. In particular, as illustrated by a sample control signal **560** in FIG. **14**, the portions of the spectra **550** which do not include the fundamental and harmonics of the modulation signal are sampled. Thus, in the preferred embodiment, the magnitudes of the spectra at 316.7 Hz, 633.4 Hz, 950.1 Hz, etc., are not sampled. Furthermore, because a band of frequencies around the fundamental and harmonics of the modulation signal also include significant information caused by the modulation of the red pulses and the infrared pulses by the changes in blood flow during each cardiac cycle. Thus, as illustrated in FIG. **14**, in the preferred embodiment, a band of frequencies surrounding the fundamental and harmonic frequencies of the modulation signals (i.e., the sidebands discussed above) are not included in the samples. For example, a band of at least ±10

US 8,185,180 B2

21                                                          22

Hz around each of the fundamental and harmonic frequencies is not included in the samples.

The intensities at the sampled frequencies are averaged, and an output signal is generated which represents the average intensity of the noise signals. Other portions (not shown) of the digital processing system advantageously monitor the average intensity of the noise signals, and, if the average intensity exceeds a selected threshold based upon the size of the measured plethysmograph, then the demodulated output signals from the system are considered as being unreliable and should not be used.

FIG. **15** illustrates a preferred embodiment of a system that determines the noise floor, as described above. The system of FIG. **15** includes a Fast Fourier Transform block **600** which receives a plurality of samples from the digitized detector bus **314** and generates a transformed output on a bus **610**. The transformed output on the bus **610** represents the spectra of the samples. In the preferred embodiment, a sufficient number of samples are taken to represent approximately 44 milliseconds of data so that at least two cycles of the 60 Hz power are included within the samples. For example, approximately 1,024 samples can be taken during the 44-millisecond interval at a sample rate of approximately 23.4 kHz (e.g., one-half the system timing rate). The spectra for a 44-millisecond interval are provided as inputs to a spectral sampler **620** which eliminates the samples in the $\pm 10$ Hz bands around the fundamental and harmonic frequencies of the modulation signals. The output of the spectral sampler **620** is provided on a bus **630** and is thereby provided as an input to an averager **640**. The averager **640** averages the sampled noise (spectra which it receives and provides an averaged output on a bus **650**. The averaged output on the bus **650** represents the noise floor and is provided to other portions of the digital processing system where it is compared to the selected threshold to determine whether the noise floor is excessive. The threshold is not necessarily fixed, but is dependent on the strength of the plethysmograph, which in turn depends upon the perfusion of blood in the body portion being measured.

The embodiment of FIG. **15** can also advantageously be used to determine whether the ambient noise is primarily at 60 Hz, corresponding to power line frequencies in the United States and Canada, or at 50 Hz, corresponding to power line frequencies in Europe. The foregoing modulation frequency of 316.7 Hz is selected to avoid the harmonics of the 60 Hz power line frequency as well as the 50 Hz power line frequency. If a significant shift in the power line frequency is detected such that aliasing of the ambient noise occurs at the frequencies of interest, then the modulation frequency can be changed to displace the modulation harmonics farther from the harmonics of the power line frequency, such as, for example, by changing the 46,875 Hz sampling frequency, or by changing the modulus.

Pre-Demodulation Decimation

For convenience, the previous embodiments do not show the signal MF(k) being decimated before demodulation. However, as discussed in more detail below, the signal MF(k) can advantageously be decimated prior to demodulation. The pre-demodulation decimation technique can reduce the computational burden required to perform the demodulation operations, primarily because the decimated sample rate is lower than the original (undecimated) sample rate. Computation can also be reduced because, as will be seen, the numerical sequences used in the demodulator are, in some circumstances, shorter than the sequences given in Equations 32 and 33. Pre-demodulation decimation is a generalization

of the previous embodiments and reduces to the previous embodiments when the pre-demodulation decimation rate is one.

FIG. **16** is a pictorial representation of a system that incorporates pre-demodulation filtering and decimation. FIG. **16** is similar to FIG. **3**, and like numbers refer to like elements in the two figures. FIG. **16** shows the first modulator **191** having a signal input $S_1(t)$ and a modulation input $M_1(t)$. The second modulator **193** has a signal input $S_2(t)$ and a modulation input $M_2(t)$. The pair of signals $S_1(t)$ and $S_2(t)$ represent the effect of the time-varying volume and scattering components of the blood in a finger (or other body part) on the red light and the infrared light, respectively, passing through the finger. The red light signal portion $S_1(t)$ is caused by the variable attenuation of the red light passing through the finger **102** (shown in FIG. **1**). The infrared light signal portion $S_2(t)$ is caused by the variable attenuation of the infrared light passing through the finger **102**. The outputs of the first and second modulators **191**, **193** are provided to the receiving photodetector **150**. The photodetector **150** is modeled as an adder **194** and an adder **196**. The outputs of the first and second modulators **191**, **193** are provided to the adder **194** to generate a composite signal M(t) where:

$$M(t)=S_1(t)M_1(t)+S_2(t)M_2(t)). \qquad (34)$$

The output signal M(t) from the adder **194** is provided to an adder **196** where a signal n(t) is added to the signal M(t). The signal n(t) represents a composite noise signal caused by ambient light (including DC and harmonics of the power line frequency), electromagnetic pickup, and the like, which are also detected by the photodetector **150**. In addition, the signal n(t) may also include noise at higher frequencies caused, for example, by other devices such as electrocauterization equipment, or the like. The output of the adder **196** is a signal M'(t)=M(t)+n(t) which includes noise components as well as the signal components.

The M'(t) signal output of the adder **196** (i.e., the output of the detector **150**) is applied to the input of a signal processing block **1600**. Within the signal processing block **1600**, the signal M'(t) is first passed through the amplifier **197** and then through the analog bandpass filter **198**. The analog bandpass filter **198** provides anti-aliasing and removal of low frequency noise and DC. The filter **198** has a passband selected to pass signals in the preferred range of 20 Hz to 10,000 Hz. The analog bandpass filter **198** removes a significant portion of the noise below 20 Hz. The signal components responsive to the blood oxygen saturation are frequency shifted by the operation of the two modulation signals $M_1(t)$ and $M_2(t)$ and are passed by the analog bandpass filter **198**.

In one embodiment, the output of the analog bandpass filter **198** is sampled by the analog-to-digital converter **199** and converted therein to digital signals. In one embodiment, the signals are sampled at 46,875 samples per second. The digital signals from the analog-to-digital converter **199** are provided as inputs to a lowpass digital filter **1620**. Output signals from the digital filter **1620** are provided to a sample rate compression block **1622** that reduces (compresses) the sample rate by a decimation rate $R_1$. The lowpass digital filter **1620** and sample rate compressor **1622** together comprise a decimator **1621** (decimation comprises lowpass filtering followed by sample rate compression). The digital filter **1620** provides anti-aliasing filtering and the sample rate compression block **1622** preferably operates at a sampling rate of at least twice the highest frequency of interest as determined by the digital filter **1.620**. In one embodiment, the sample rate compression block **1622** reduces the sample rate by a factor of $R_1$=37, corresponding to the number of samples during the period $\tau$ as

US 8,185,180 B2

23                                                                                    24

illustrated in FIG. **10**. The output of the sample rate compression block **1622** provides one sample per time period τ and thus four samples per time period T. The output of the sample rate compression block **1622** is a signal MF(k) (where k is a discrete index) which comprises approximately 1,266 samples per second.

The signal MF(k) is provided as a first input to a first mixer **1624**. The signal MF(k) is also provided as a first input to a second mixer **1626**. A first demodulating signal $D_1(k)$ is provided as a second input to the first mixer **1624**, and a second demodulating signal $D_2(k)$ is provided as a second input to the second mixer **1626**. The output of the first mixer **1624** is provided as an input to a first lowpass filter **1630**, and the output of the second mixer is provided as an input to a second lowpass filter **1640**. The bandwidths of the lowpass filters **1630**, **1640** are preferably approximately 10 Hz. The signal MF(k) is also provided as a first input to a noise channel mixer **1628**. A noise demodulating signal $D_n(k)$ is provided as a second input to the noise channel mixer **1628**. The output of the low pass filter **1650** is provided to a sample rate compression block **1652**. The output of the sample rate compression block **1652** is an estimate of the noise n(t). The output of the lowpass filters **1630** is provided to an input of a sample rate compressor **1632** and the output of the lowpass filter **1640** is provided to an input of a sample rate compressor **1642**. The lowpass filter **1630** and the sample rate compressor **1632** together comprise a decimator **1631**. The lowpass filter **1640** and the sample rate compressor **1642** together comprise a decimator **1641**.

The output of the decimator **1631** is a signal $\hat{S}_1(k)$, which, as discussed below, is an estimate of the signal $S_1(k)$. The output of the decimator **1641** is a signal $\hat{S}_2(k)$, which, as discussed below, is an estimate of the signal $S_2(k)$. As will be shown below, the selection of the first demodulating signal $D_1(k)$ and the second demodulating signal $D_2(k)$ in accordance with the present invention can reduce or eliminate the effects of noise in the two output signals $\hat{S}_1(k)$ and $\hat{S}_2(k)$ and also reduce or eliminate crosstalk between the two signals.

The decimators **1632**, **1642** decimate by a decimation rate $R_2$. In a preferred embodiment, the decimators **1632**, **1642** decimate by a decimation rate R**2**=20 to a sample rate of, for example, 63.3 Hz to provide a decimated output which can be further processed in accordance with the methods and apparatuses described in the above-referenced patents. The decimations which occur in the decimators **1632**, **1642** reduce the rate at which the output signals $\hat{S}_1(k)$ and $\hat{S}_2(k)$ need to be processed while maintaining the sample rate well above the 10 Hz frequency content of the signals of interest. The outputs of the decimators **1632**, **1642** are provided on respective output lines **1634** and **1644**.

Decimating the signal MF(k) prior to demodulation, although not an approximation technique, can be simplified by assuming that each desired signal $S_1(t)$ does not change appreciably during each period τ. In many applications it is reasonable to assume that the desired signals $S_1(t)$ and $S_2(t)$ will not change significantly during the time interval τ shown in FIG. **2**. One skilled in the art will recognize that a sufficient condition for this assumption is that the highest significant frequency components in $S_1(t)$ and $S_2(t)$ are much lower than the modulation frequency. In the pulse-oximetry application the highest frequency of interest is typically around 10 Hz, which is far below the 316.7 Hz fundamental of the modulation. Since n(t) is not a desired signal, no such assumption is necessary for n(t). Thus, while n(t) may vary erratically over a modulation cycle, the signals $S_1(t)$ and $S_2(t)$ do not. Therefore, it is possible to perform pre-demodulation decimation that has little effect on $S_1(t)$ and $S_2(t)$ but may shape

n(t) into n'(t). The measured signal is decimated by a factor $R_1$=Q (where Q is the number of samples in a time period τ) and then demodulated.

Assuming $R_1$=Q, then the spectral domain representation of the signal MF(k) at the output of the sample rate compression block **1622** is given by (approximately):

$$MF(f) = \frac{1}{T} \sum_{n=-\infty}^{\infty} \left[ S_1\left(f - \frac{n}{T}\right) + (-1)^n S_2\left(f - \frac{n}{T}\right) \right] + \frac{4}{T} \sum_{m=-\infty}^{\infty} n'\left(f - \frac{4m}{T}\right) \tag{35}$$

Since the sample rate compression block **1622** decimates at the same rate as the number of samples per period τ, the decimation removes any τ dependence in the expression for MF(f). The frequency components indexed by m increase four times faster than the frequency components indexed by n. This occurs because the modulated signals $S_1(t)$ and $S_2(t)$, which are indexed by n, occur in only one fourth of the samples, but the noise n(t), which is indexed by m, occurs in every sample.

The demodulation operation can be performed either in the frequency or the time domain. A method for frequency domain demodulation of the signal MF(k) can be obtained by rewriting Equation 35 as:

$$MF(f) = \dots MF_{-2}(f) + MF_{-1}(f) + MF_o(f) + MF_1(f) + MF_2(f) + \dots \tag{36}$$

where

$$MF_{-2}(f) = [S_1(f) + S_2(f)]/T$$

$$MF_{-1}(f) = [S_1(f) - S_2(f)]/T$$

$$MF_o(f) = [S_1(f) + S_2(f) + S_2(f) + 4n'(f)]/T$$

$$MF_1(f) = [S_1(f) - S_2(f)]/T$$

$$MF_2(f) = [S_1(f) - S_2(f)]/T$$

$$MF_3(f) = [S_1(f) - S_2(f)]/T$$

$$MF_4(f) = [S_1(f) + S_2(f) + S_2(f) + 4n'(f)]/T \tag{37}$$

Where n'(k) is the decimated noise signal n(t). Estimates for the signal $S_1(f)$ can be obtained by shifting the spectra of $MF_1(f)$ and $MF_2(f)$ by $-1/T$ and $-2/T$, respectively, and then dividing the sum of the resultant by 2. Likewise, $S_2(f)$ can be obtained by dividing the difference of the resultant spectra by 2. In other words:

$$\hat{S}_1(f) = MF_1(f - 1/T) + MF_2(f - 2/T) \tag{38}$$

$$\hat{S}_2(f) = MF_1(f - 1/T) + MF_2(f - 2/T)$$

Demodulation in the time domain is a more elegant method for obtaining $S_1(k)$ and $S_2(k)$. Time domain demodulation is obtained by using the frequency shift property of the Fourier transform given by:

$$F(\omega + \omega_o) \overset{\Longleftrightarrow}{} e^{-j\omega_o t} f(t) \tag{39}$$

According to Equation 39, the frequency domain terms $MF_1(f)$ are related by a time shift in the time domain and this property can be used to generate the demodulation sequences $D_0$-$D_2$. A more complete development of this process (for the general case of N channels) is provided in Equations 42-50

US 8,185,180 B2

25                                                          26

below and in the text accompanying those equations. For the present case, where N=2, using equations 42-50 gives:

$$D_0(k)=0, 1, 0, 1, \ldots$$

$$D_1(k)=1, -0.5, 0, -0.5, \ldots$$

$$D_2(k)=0, -0.5, 1, -0.5, \ldots \quad (40)$$

The sequences shown in Equation 40 are repeating sequences of the four values shown. Thus, the demodulation waveforms are no more than short repeating sequences of simple coefficients. Since the samples MF(k) are time domain sequences, demodulation simply involves multiplying the samples MF(k) by the sequences in Equation 40. For example, the sequence of coefficients $D_o(k)=(0, 1, 0, 1, \ldots)$ is provided to the multiplier 1628 to demodulate the signal MF(k) and produce the estimate of n(k). Similarly, the sequence of coefficients $D_1(k)=(1, -0.5, 0, -0.5, \ldots)$ is provided to the multiplier 1624 to demodulate the signal MF(k) and produce the estimate of $S_1(k)$.

Multiple Channel Modulation and Demodulation

The two-channel pre-demodulation decimation technique described in the previous section can be extended to multichannel systems having more than two desired signals. FIG. 17 illustrates an expansion of the two-channel modulator into a multi-channel modulator/demodulator. FIG. 17 shows the first modulator 191 and the second modulator 193 as shown in FIG. 16. Further, FIG. 17 shows a third modulator 1701 and an $N^{th}$ modulator 1702. The signal input $S_1(t)$ and a modulation input $M_1(t)$ are provided to the first modulator 191. The signal input $S_2(t)$ and a modulation input $M_2(t)$ are provided to the second modulator 193. A signal input $S_3(t)$ and a modulation input $M_3(t)$ are provided to the third modulator 1701. A signal input $S_N(t)$ and a modulation input $M_N(t)$ are provided to the $N^{th}$ modulator 1702.

The photodetector 150 is modeled as an adder 194 and an adder 196. The outputs of the modulators 191, 193, 1701, and 1703 are added together in the adder 194, to generate a composite signal M(t) where:

$$M(t)=S_1(t)M_1(t)+S_2(t)M_2(t)+S_3(t)M_3(t)+ \ldots +S_N(t)M_N(t) \quad (41)$$

The signal M(t) from the adder 194 is provided to the adder 196 where the signal M(t) is added to the signal n(t) which represents a composite noise signal caused by ambient light, electromagnetic pickup, and the like, which are also detected by the photodetector 150. The output of the adder 196 is the signal M'(t)=M(t)+n(t), which includes the noise components as well as the signal components.

The M'(t) signal output of the adder 196 (i.e., the output of the detector 150) is applied to the input of the signal-processing block 1700. Within the signal-processing block 1700, the signal M'(t) is first passed through an amplifier 197 and then through the analog bandpass filter 198. The analog bandpass filter 198 provides anti-aliasing and removal of low frequency noise and DC. The desired signal components in the signals $S_1\{t\}$ are frequency shifted by the operation of the modulation signals $M_1(t)$ and are passed by the analog bandpass filter 198.

The output of the analog bandpass filter 198 is sampled by the analog-to-digital converter 199 and converted therein to digital signals and provided to an input of the lowpass digital filter 1620. Output signals from the digital filter 1620 are provided to a sample rate compression block 1622, which reduces the sample rate by a decimation factor $R_1$. Together, the digital filter 1620 and the sample rate compression block 1622 comprise a decimator 1621. The output of the sample rate compression block 1622 is a signal MF(k). The signal

MF(k) is provided as: the first input to the first mixer 1624; the first input to the second mixer 1626; a first input to a third mixer 1710; a first input to an $N^{th}$ mixer 1712; and a first input to a noise channel mixer 1713. A first demodulating signal $D_1(k)$ is provided as a second input to the first mixer 1624. A second demodulating signal $D_2(k)$ is provided as a second input to the second mixer 1626. A third demodulating signal $D_3(k)$ is provided to the third mixer 1710. A fourth demodulating signal $D_N(k)$ is provided to the $N^{th}$ mixer 1712. A noise demodulating signal $D_o(k)$ is provided to the noise channel mixer 1713. The outputs of the mixers 1624, 1626, 1710, 1712, and 1713 are provided as respective inputs of the lowpass filters 1630, 1640, 1720, 1730, and 1740. The outputs of the lowpass filters 1630, 1640, 1720, 1730, and 1740 are provided as respective inputs of the decimators 1632, 1642, 1721, 1731 and 1741. Each of the decimators 1632, 1642, 1721, 1731 and 1741 reduces the sample rate by a decimation rate $R_2$.

The output of the sample rate compressor 1632 is a signal $\hat{S}_1(k)$, which, as discussed below, is an estimate of the signal $S_1(k)$. Likewise, the output of the sample rate compressor 1642 is an estimate of $S_2(t)$, the output of the sample rate compressor 1721 is an estimate of the signal $S_3(t)$, the output of the sample rate compressor 1731 is an estimate of the signal $S_N(t)$, and the output of the sample rate compressor 1741 is an estimate of the signal n(t).

As will be shown below, the selection of the demodulating signals $D_i(t)$ for i=O . . . N in accordance with the present invention can substantially reduce or eliminate the effects of noise in the output signals $\hat{S}_1(k)$ and n(k), and can also substantially reduce or eliminate crosstalk between the signals.

As shown in FIG. 17, a set of N+1 signals $S_1[k]i=1 \ldots N$, and n(k) are sampled at a rate T/QN, where T is a modulation period. For simplicity, the decimation rate $R_1$ is assumed to be the same as the factor Q. The assumption that $R_1=Q$ is not a necessary assumption, but rather is used here to simplify the mathematics. The signals are combined according to the formula:

$$S(k)=M_1(k)S_1(k)+M_2(k)S_2(k)+M_3(k)S_3(k)+ \ldots +M_N(k)S_N(k)+n(k) \quad (42)$$

Using the symbol * to denote the convolution operator, the terms $M_i(k)$ are given by:

$$M_1(k)=\Lambda(2Nt/T)*P_1(t)|_{t=kT/QN}$$

$$M_2(k)=\Lambda(2Nt/T)*P_1(t)|_{t=kT/QN}$$

$$M_3(k)=\Lambda(2Nt/T)*P_1(t)|_{t=kT/QN} \quad (43)$$

where

$$\Delta(x) = \begin{cases} 1 & \text{if } |x| \le 0.5 \\ 0 & \text{otherwise} \end{cases} \quad (44)$$

and

$$P_1(t) = \sum_{n=-\infty}^{\infty} \delta(t-nT) \quad (45)$$

(where δ(k) is the Kröneker delta function, which is 1 for k=0, and 0 for all other values of k), and

US 8,185,180 B2

27

$$P_1 = P_1\left(t - \frac{(i-1)T}{N}\right) \text{ for } i = 2 \ldots N \quad (46)$$

After the pre-demodulation and sample rate compression stage **1622**, which decimates by a factor Q, the signal in the frequency domain is given approximately by

$$MF(f) = \frac{1}{T}\sum_{n=-\infty}^{\infty}\left[S_1\left(f - \frac{n}{T}\right) + \varepsilon_1^n S_2\left(f - \frac{2n}{T}\right) + \ldots + \right. \quad (47)$$
$$\left. \varepsilon_{N-1}^n S_N\left(f - \frac{Nn}{T}\right)\right] + \frac{2N}{T}\sum_{m=-\infty}^{\infty} S_n\left(f - \frac{2Nm}{T}\right)$$

where

$$\varepsilon_k^n = e^{\frac{j2\pi kn}{N}} \quad (48)$$

The demodulator sequences are then given by:

$$D_0(k) = \frac{(1 - (-1)^k}{2} \quad (49)$$
$$D_1(k) = P_1(k) = \frac{D_0(k)}{N}$$
$$D_2(k) = P_2(k) = \frac{D_0(k)}{N}$$
$$D_N(k) = P_N(k) = \frac{D_0(k)}{N}$$

where

$$P_1(K) = P_1(t)|_t = \frac{kT}{2N}, P_2(k) = P_2(t) \mid t = \frac{kT}{2N}, \ldots , \quad (50)$$
$$P_N(k) = P_N(t)|_t = \frac{kT}{2N}$$

The post demodulation lowpass filters **1630**, **1640**, **1720**, **1730** and **1740**, and the post demodulation sample rate compression stages **1632**, **1642**, **1721**, **1731** and **1741** suppress high frequency artifacts which are produced by the modulation/demodulation process. Note that Equation 49 reduces to Equation 40 for N=2.

Adaptive Demodulation

The multi-channel pre-demodulation decimation technique described in the previous section can be extended to an adaptive multi-channel system having an adjustable pre-demodulation decimation rate and an adjustable post-demodulation decimation rate. FIG. **18** illustrates an expansion of the multi-channel modulator into a adaptive multi-channel modulator/demodulator **1800**. FIG. **18** shows the first modulator **191** and the N[th] modulator **1702** as shown in FIG. **17**. The signal input $S_1(t)$ and a modulation input $M_1(t)$ are provided to the first modulator **191**. A signal input $S_N(t)$ and a modulation input $M_N(t)$ are provided to the N[th] modulator **1702**.

The photodetector **150** is modeled as an adder **194** and an adder **196**. The outputs of the modulators **191**, **193**, **1701**, and **1703** are added together in the adder **194**, to generate a composite signal M(t) where:

$$M(t) = S_1(t)M_1(t) + \ldots + S_N(t)M_N(t) \quad (51)$$

The signal M(t) from the adder **194** is provided to the adder **196** where the signal M(t) is added to the signal n(t) which represents a composite noise signal caused by ambient light, electromagnetic pickup, and the like, which are also detected

28

by the photodetector **150**. The output of the adder **196** is the signal M'(t)=M(t)+n(t), which includes noise components as well as the signal components.

The M'(t) signal output of the adder **196** (i.e., the output of the detector **150**) is applied to the input of the signal processing block **1800**. Within the signal processing block **1800**, the signal M'(t) is first passed through, the amplifier **197** and then through the analog bandpass filter **198**. The analog bandpass filter **198** provides anti-aliasing and removal of low frequency noise and DC. The desired signal components in the signals $S_1(t)$ are frequency shifted by the operation of the modulation signals $M_1(t)$ and are passed by the analog bandpass filter **198**.

The output of the analog bandpass filter **198** is sampled by the analog-to-digital converter **199** and converted therein to digital signals and provided to an input of a decimation block **1820**. The adaptive decimation block **1820** comprises a digital lowpass filter and a sample rate compressor that reduces the sample rate by the decimation rate $R_1$. The filter coefficients and decimation rate $R_1$ are provided to a control input of the adaptive decimation block **1820** by an output of an adaptive algorithm block **1850**. Equation 35 assumes that the decimation rate $R_1$ is equal to Q. However, in general, the value of Q may be different than the decimation rate $R_1$. The output of the adaptive decimation block **1820** is a signal MF(k).

The signal MF(k) is provided to the first input of the first mixer **1624**, to the first input of the N[th] mixer **1712**, and to the first input of the noise channel mixer **1713**. A first demodulating signal $D_1(k)$ is provided to a second input of the first mixer **1624** from a signal generator **1841**. The fourth demodulating signal $D_N(k)$ is provided to the N[th] mixer **1712** from an output of a signal generator **1831**. The noise demodulating signal $D_N(k)$ is provided to the noise channel mixer **1713** from an output of a signal generator **1832**. A control input to each of the signal generators **1831**, **1832**, and **1841** is provided by the output of the adaptive algorithm **1850**. In yet another embodiment, the adaptive algorithm **1850** may also be controlled by other signal processing elements downstream of the signal processor **1800**.

The outputs of the mixers **1713**, **1624**, and **1712** are provided as respective inputs to adaptive decimation blocks **1840**, **1830**, and **1834** respectively. Each of the adaptive decimation blocks **1840**, **1830**, and **1834** has a control input provided by the output of the adaptive algorithm block **1850**. The output of the adaptive decimation block **1.840** is an estimate of the signal n(t) and it is provided to an input of the adaptive algorithm block **1850**. In an alternate embodiment, the signal estimates $\hat{S}_i(k)$ are also provided to the adaptive algorithm block **1850**.

An output of the decimator **1830** is a signal $\hat{S}_1(k)$, which, as discussed above, is an estimate of the signal $S_1(k)$. Likewise, the output of the decimation block **1834** is an estimate of the signal $S_N(k)$. As shown above, the selection of the demodulating signals $D_i(t)$ for i=0 . . . N in accordance with the present invention substantially reduces or eliminates the effects of noise in the output signals $\hat{S}_i(k)$ and n(k), and also substantially reduces or eliminates crosstalk between the signals.

As shown in FIG. **18**, a set of N+l signals $S_1[k]$i=1 . . . N, and n(k) are sampled at a rate T/QN, where T is a modulation period, and, $R_1$ is the decimation rate of the decimation block **1820**. The signals are combined according to the formula:

$$S(k) = M_1(k)S_1(k) + \ldots + M_N(k)S_N(k) + n(k) \quad (52)$$

Each of the adaptive decimators **1820**, **1840**, **1830**, and **1834** comprises a digital **5** lowpass filter and a sample rate

US 8,185,180 B2

29

compressor. The characteristics of the digital lowpass filters
(e.g., the number of filter coefficients and values of the filter
coefficients) and the sample rate compression factor of each
adaptive decimator is provided to a control input of the adap-
tive decimator. The control inputs are driven by an adaptive
algorithm **1850**. The signal generators **1831**, **1832** and **1841**
generate the demodulation sequences for the demodulators
**1624**, **1712**, and **1713** respectively. The demodulation
sequences produced by the signal generators **1831**, **1832** and
**1841** are controlled by the adaptive algorithm **1850**.

The adaptive algorithm adjusts the pre-demodulation deci-
mation rate $R_1$ (in the adaptive demodulator **1820**), and the
post-demodulation decimation rate $R_2$ (in the adaptive
demodulators **1830**, **1834** and **1840**) according to the noise in
the noise estimate n(k) **1746** and (optionally) according to the
signals $\hat{S}_i(k)$. The product $R_1 R_2$ is the total decimation rate
from the signal S(k) at the output of the A/D converter **199** to
the signals $\hat{S}_i(k)$ at the output of the signal processing block
**1800**. The adaptive algorithm may adjust $R_1$ and $R_2$ such that
the product $R_1 R_2$ varies, or the adaptive algorithm may adjust
$R_1$ and $R_2$ such that the product $R_1 R_2$ is substantially constant.
Typically, the adaptive algorithm will keep the $R_1 R_2$ product
constant so that the signal processing blocks downstream of
the signal processor **1800** will operate at a substantially con-
stant sample rate.

Typically, each of the signal generators **1841**, **1831** and
**1832** generates a repeating sequence of numbers. The number
of elements in the sequence is a function of the decimation
factor $R_1$. As discussed above in connection with FIG. **3**,
when $R_1=1$, there are preferably 148 values in each demodu-
lation sequence. As discussed above in connection with FIG.
**17**, when $R_1=37$, there are preferably only 4 values in the
demodulation sequences.

The adaptive algorithm selects $R_1$, $R_2$, and the filter trans-
fer functions in the adaptive decimators **1820**, **1830**, **1834**,
and **1840** to improve the quality of the output signals $\hat{S}_i(k)$.
For example, in high ambient noise environments, the higher
order harmonics of the output signals are often contaminated
by ambient noise (as discussed in connection with FIGS. **14**
and **20**). Thus, the higher order harmonics are preferably not
demodulated when ambient noise is present. To avoid
demodulation of the higher order harmonics the adaptive
demodulator **1850** can set $R_1=1$ and $R_2=37$, and thereby
demodulate according to the method described in connection
with FIGS. **3-14**. Alternatively, the adaptive demodulator
**1850** can set $R_1=37$, set $R_2=1$, and set the transfer function of
the lowpass filter in the adaptive decimator **1820** to provide a
very fast rolloff (thereby filtering out the higher order har-
monics).

Conversely, in low ambient noise environments, the higher
order harmonics of the output signal are less contaminated by
ambient noise, and thus the higher order harmonics may be
demodulated. In one embodiment, to demodulate the higher
order harmonics, the adaptive demodulator **1850** can set
$R_1=37$ and set $R_2=1$, to demodulate according to the method
described in connection with FIG. **17**. This is especially
advantageous when perfusion is low, because, when perfu-
sion is low the output signals $\hat{S}_i(k)$ are typically very weak and
are contaminated by random noise. Demodulating more of
the higher order harmonics increases the signal-to-noise ratio
because it adds the harmonics (which are correlated) to the
output signals, and tends to average out the noise (which is
uncorrelated). Thus, the signal strength increases, and the
noise is reduced.

One skilled in the art will recognize that the examples in the
preceding two paragraphs are merely two points on a con-

30

tinuum and that the adaptive algorithm **1850** can generate
many desirable solutions on the continuum.

Ambient Light Rejection

In the pulse oximeter, one of the major contributors to the
noise signal n(t) is ambient light that is detected by the pho-
todetector **150**. One aspect of the present invention advanta-
geously provides a method for choosing the modulation sam-
pling rate $f_s$ and the factor Q so that the effects of ambient light
can be removed by the post demodulation filtering and deci-
mation stages. Note that Q is the number of samples during
the on period (i.e., modulation signal sample turn on time Q)
and is preferably also the decimation rate $R_1$ for the pre-
demodulation sample rate compressor **1622** (in general the
values of Q and $R_1$ may be different). The particular embodi-
ment described by Equation 35 assumes that the value Q is
also used as decimation rate $R_1$ for the pre-demodulation
decimator **1820**.

In the system shown in FIGS. **3** and **16**, which demodulates
two harmonics, the period of a modulation cycle is given by:

$$T=4Q/f_s \qquad (53)$$

where f is the sample rate. Defining the two line equations

$$y(f_o, n) = nf_o - \frac{1}{T} \qquad (54)$$

where

$$f_o = \text{line frequencies of concern} \qquad (55)$$

$$n = \text{line frequency harmonic numbers of concern}$$

then the effects due to ambient light will be minimized when

$$|y(f_o, n| \geq SBF$$

$$|z(f_o, n| \geq SBF \qquad (56)$$

where SBF is the stop band frequency of the post demodula-
tion and decimation stages (e.g., the 10 Hz lowpass filter **1630**
and the sample rate compressor **1632**, etc.).

FIG. **19** is a flowchart showing a method for selecting $f_s$ and
Q. The method begins at a process block **1902** wherein the
ambient light frequencies $f_a$ and important harmonic compo-
nents n are identified. Important harmonics are defined as
those harmonics that will degrade system performance below
acceptable levels when detected by the detector **150**. The
process then advances from the process block **1902** to a
process block **1904**. In the process block **1904**, the values of
$f_a$ and n identified in the process block **1902** are used in con-
junction with Equation 54 to identify a collection of
acceptable values of T. Upon completion of the process block
**1904**, the process advances to a process block **1906**. In the
process **1906**, suitable values of $f_s$ and Q are chosen using the
values of T obtained in the process block **1904** and the equa-
tion $T=4Q/f_s$. One skilled in the art will recognize that, since
T is proportional to the ratio of $Q/f_s$, knowing T will not
uniquely determine either $f_s$ or Q.

For example, given power line frequencies of 50±1 Hz and
60±1 Hz then the range of $f_a$ is given by approximately the
union of the interval 49-51 Hz and the interval 59-61 Hz,
which can be expressed mathematically as:

$$f_o = [49,51] \cup [59,61] \qquad (57)$$

Assuming that all harmonics up to the 18th harmonic are to
be suppressed, then n=1 . . . 18. In a preferred embodiment,

US 8,185,180 B2

**31**

using these values for $f_a$ and n, application of the method in FIG. **19** results in $f_s$=46,875 Hz and acceptable Q values of 37 and 41.

The process leading to Equation 57 is illustrated graphically by FIG. **20**, where the harmonics of the ambient light frequency $f_a$ (in Hz) are plotted versus the plethysmograph signal frequency (also in Hz). FIG. **20** has an x-axis showing the ambient light frequency from 44 Hz to 64 Hz. The ambient light frequency will usually correspond to the frequency of the power lines, which is nominally 60 Hz (in the U.S.) and 50 Hz (outside the U.S.). However, power line frequency regulation typically varies somewhat, and thus FIG. **20** shows frequencies above and below the nominal frequencies.

FIG. **20** also shows a y-axis showing the plethysmograph signal frequency from −10 Hz to 10 Hz. One skilled in the art will recognize that negative frequencies occur in the mathematics described above. In particular, a signal that is modulated from baseband up to some carrier frequency will exhibit two sidebands, a sideband above the carrier frequency corresponding to the frequency of the baseband signal, and a sideband below the carrier frequency corresponding to the negative of the baseband frequency. Thus, when dealing with modulation and demodulation, it is convenient to deal with positive and negative frequencies.

FIG. **20** also shows harmonic lines corresponding to the 5th, 6th, 71h, 10t, 11th, 12th, 13th, and 14th harmonics of the ambient light frequency. The harmonic lines correspond to the harmonics produced in the plethysmograph signal by the demodulation (mixing down) of harmonics of the power line frequency. The lines in FIG. **20** are calculated using Equation 54 for 1/T=316.72 Hz. Some of the harmonic lines correspond to $y(f_a,n)$ and some correspond to $z(f_a,n)$ from Equation 54. Harmonic lines that are not shown (e.g., the line corresponding to the 8th harmonic) fall outside the displayed limits of the x-axis and y-axis.

FIG. **20** can be used to determine the stop band frequencies as shown in Equation 56. For example, the harmonic lines in FIG. **20** show that for an ambient light frequency of 49 Hz, the 13'x' harmonic of the ambient light frequency will appear in the plethysmograph signal at approximately 3 Hz. Thus, FIG. **20** shows that for plethysmograph bandwidth of 10 Hz, none of the first 14 harmonics of the ambient light will appear in the plethysmograph signal for ambient light frequencies between approximately 612 Hz and approximately 58.5 Hz, which is consistent with Equation 57. The first ambient harmonics that do appear for a plethysmograph bandwidth of 10 Hz are the 5th harmonic and the 11 m harmonic.

### Other Embodiments

In the preferred embodiment of the present invention, the hardware described above is implemented in a digital signal processor and associated circuitry. The LED modulation block **104** and the LED demodulation state table block **352** comprise algorithms implemented by program code executed by the digital signal processor. In addition, the configuration variables, such as for example, the hardware delay value, the hardware distortion value and the hardware scale value are provided as inputs to the digital signal processor when it is set up. For example, the main operating program of the digital signal processor may be stored in non-volatile ROM or PROM, and the variables may be stored in flash memory during a setup procedure. Techniques for communicating to and from a digital signal processor during such setup procedures are well known to persons of skill in the art, and will not be described in detail herein. For example, the configuration bus **310**, discussed above, represents a communication path to

**32**

the flash memory during such a setup procedure. The data provided to the configuration bus **310** may be provided by a system operator (not shown) or the data may be provided from look-up tables (not shown) maintained for different embodiments of the LEDs **106**, **108** and the detector **150**.

Although described above in connection with a pulse oximetry system wherein a parameter to be measured is the attenuation of red and infrared light passing through a portion of a subject's body; it should be understood that the method and apparatus described herein can also be used for other measurements where two or more signals are passed through a system to be analyzed. In particular, the present invention can be used to demodulate two combined parametric signals responsive to the system to be analyzed where the two parametric signals have a predetermined timing relationship between them, as described herein.

One skilled in the art will recognize that the lowpass filters provided in connection with the decimation blocks may provide other filter functions in addition to lowpass filtering. Thus, for example, the lowpass filters **1620**, **1622**, **1630**, **1640**, **1650**, **1720**, **1730**, and **1740**, and the decimators **1820**, **1830**, **1834**, and **1840** may provide other filter functions (in addition to lowpass filtering) such as, for example, bandpass filtering, bandstop filtering, etc. Moreover, the post-demodulation decimation rate $R_2$ need not be the same for each output channel. Thus, for example, in FIG. **18**, the decimator **1840** may have a first decimation rate $R_2=r_1$ while the decimators **1830** and **1834** have a second decimation rate $R_2=r_2$.

Although described above in connection with a particular embodiment of the present invention, it should be understood the description of the embodiment is illustrative of the invention and are not intended to be limiting. Various modifications and applications may occur to those skilled in the art without departing from the true spirit and scope of the invention as defined in the appended claims.

What is claimed is:

**1**. A method of determining an indication of a physiological parameter by demodulating a composite output signal from a detector of a noninvasive optical sensor, the method comprising:

outputting activation signals to activate one or more light sources to cause emissions at least two different wavelengths; wherein the activation signals include at least one period of inactivation;

receiving a detected composite signal indicative of an attenuation by said body tissue of said at least two different wavelengths;

demodulating said composite signal into a first intensity signal responsive to said attenuation of at least a first of the at least two wavelengths, a second intensity signal responsive to said attenuation of at least a second of the at least two wavelengths and a third signal representative of a non-physiological portion of the composite signal, wherein said demodulation is based at least in part on the inactivation; and

determining an indication of a physiological parameter of said body tissue based on one or more of said first and second intensity signals.

**2**. The method of claim **1**, wherein demodulating further comprises using a demodulation constraint.

**3**. The method of claim **2**, wherein using a demodulation constraint further comprises adjusting said demodulation constraint based at least in part on the composite signal.

**4**. The method of claim **3**, wherein adjusting said demodulation constraint based at least in part on the composite signal further comprises using feedback.

US 8,185,180 B2

33

**5**. A method of determining an indication of a physiological parameter by demodulating a composite output signal from a detector of a noninvasive optical sensor, the method comprising:

activating at least one light source to cause a first emission at a first wavelength; activating the at least one light source to cause a second emission at a second wavelength at least once before a reactivation of the at least one light source; wherein activating includes inactivating the at least one light source to cause no signal emissions;

detecting the composite output signal indicative of an attenuation by said body tissue of said first and second emissions;

demodulating said composite output signal into a first intensity signal responsive to said attenuation of said first emission, into a second intensity signal responsive to said attenuation of said second emission and into a third signal representative of a non-physiological portion of the output signal, wherein said demodulation is based at least in part on the inactivation; and

determining an indication of a physiological parameter of said body tissue based on one or more of said first and second intensity signals.

**6**. The method of claim **5**, wherein demodulating further comprises using a demodulation constraint.

**7**. The method of claim **6**, wherein using a demodulation constraint further comprises adjusting said demodulation constraint based at least in part on the output signal.

**8**. The method of claim **7**, wherein adjusting said demodulation constraint based at least in part on the output signal further comprises using feedback.

**9**. A system for determining an indication of a physiological parameter by demodulating a composite output signal from a detector of a noninvasive oximetry optical sensor, the system comprising:

an input configured to receive a composite signal indicative of an attenuation by body tissue of a first and second emission, said composite signal including at least one inactivation of said first and second emissions; and

a processor configured to demodulate said composite signal into a first intensity signal responsive to said attenuation of said first emission and into a second intensity signal responsive to said attenuation of said second

34

emission and into a third signal representative of a non-physiological portion of the output signal, wherein said demodulation is based at least in part on the inactivation; wherein said processor is further configured to determine an indication of a physiological parameter of said body tissue based on one or more of said first and second intensity signals.

**10**. The system of claim **9**, wherein said processor is further configured to determine a demodulation constraint and used said demodulation constraint to demodulate said composite signal.

**11**. The method of claim **10**, wherein said demodulation constraint is adjusted based at least in part on the output signal.

**12**. The method of claim **11**, wherein said demodulation constraint is adjusted using feedback.

**13**. A method of determining an indication of a physiological parameter by demodulating a composite output signal from a detector of a noninvasive optical sensor, the method comprising:

receiving a composite output signal indicative of an attenuation by a body tissue of a first and second emission of a light source, said composite signal including at least one inactivation of said first and second emissions;

demodulating said composite output signal into a first intensity signal responsive to said attenuation of said first emission, into a second intensity signal responsive to said attenuation of said second emission and into a third signal representative of a non-physiological portion of the output signal, wherein said demodulation is based at least in part on the inactivation; and

determining an indication of a physiological parameter of said body tissue based on one or more of said first and second intensity signals.

**14**. The method of claim **13**, wherein demodulating further comprises using a demodulation constraint.

**15**. The method of claim **14**, wherein using a demodulation constraint comprises determining a demodulation coefficient which reduces crosstalk.

**16**. The method of claim **13**, wherein demodulating further comprises demodulating a predetermined number of harmonics of said first and second emissions.

\*    \*    \*    \*    \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 8,185,180 B2                           Page 1 of 2
APPLICATION NO. : 11/842106
DATED            : May 22, 2012
INVENTOR(S)     : Mohamed K. Diab et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Drawings

On Sheet 8 of 18 (Reference Numeral 372) (FIG. 9), Line 3, change "CURCUIT" to --CIRCUIT--.

In the Specification

In Column 2, Lines 3-12 after "of the subject." delete "In conventional time division ..............demodulated output signal.".

In Column 2, Line 36, change "present," to --present--.

In Column 3, Line 18, change "spaced," to --spaced--.

In Column 3, Line 39, change "fast" to --first--.

In Column 5, Line 12 (Approx.), change "try" to --by--.

In Column 5, Line 61, change "MI(t)" to --$M_1$(t)--.

In Column 7, Line 51, change "the-detector" to --the detector--.

In Column 7, Line 65, change "IRD," to --$I_{RD}$,--.

In Column 8, Line 66, change "20 Hz," to --20 Hz--.

In Column 9, Line 16, change "$D_2$(k))" to --$D_2$(k)--.

In Column 9, Line 31, change "$\hat{S}_1$(t) and $\hat{S}_1$(t)" to --$\hat{S}_1$(t) and $\hat{S}_2$(t)--.

In Column 9, Line 51, change "$M_2$(t))" to --$M_2$(t)--.

In Column 11, Line 6, change "demodulating," to --demodulating--.

In Column 11, Line 13 (Approx.), change "$\hat{S}_2(k)=LP[MF(k)D_1(k)]$" to --$\hat{S}_1(k)=LP[MF(k)D_1(k)]$--.

In Column 12, Line 44 (Approx.), change "fundamental s" to --fundamental--.

In Column 12, Line 58 (Approx.), change "M(t)" to --M'(t)--.

Signed and Sealed this
Fifteenth Day of April, 2014

*Michelle K. Lee*

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*

**CERTIFICATE OF CORRECTION (continued)**                                    Page 2 of 2
**U.S. Pat. No. 8,185,180 B2**

In Column 12, Line 59 (Approx.), change "DI(t)," to --$D_1$(t),--.

In Column 13, Line 14, change "rot" to --$\omega$t--.

In Column 13, Line 16 (Approx.), change "crosstalk$_{DC}$=$LP[S_2(t)[aB/2)$-½]]" to

--crosstalk$_{DC}$=$LP[S_2(t)[(aB/2)$-½]]--.

In Column 13, Line 18 (Approx.), change "S2(t)" to --$S_2$(t)--.

In Column 13, Line 44 (Approx.), change "$S_1$-$D_1$." to --$S_1 \cdot D_1$--.

In Column 13, Line 58 (Approx.), change "and 5" to --and--.

In Column 13, Line 62, change "M2(t) by D2(t)." to --$M_2$(t) by $D_2$(t).--.

In Column 14, Line 25, change "Hz; 240," to --Hz, 240 Hz,--.

# Exhibit 16

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

US008471713B2

(12) **United States Patent**
Poeze et al.

(10) **Patent No.:**     **US 8,471,713 B2**
(45) **Date of Patent:**        **Jun. 25, 2013**

(54) **INTERFERENCE DETECTOR FOR PATIENT MONITOR**

(75) Inventors: **Jeroen Poeze**, Mission Viejo, CA (US); **Jesse Chen**, Lake Forest, CA (US); **Mathew Paul**, Irvine, CA (US); **Marcelo Lamego**, Coto De Caza, CA (US); **Massi Joe E. Kiani**, Laguna Niguel, CA (US)

(73) Assignee: **Cercacor Laboratories, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 367 days.

(21) Appl. No.: **12/841,965**

(22) Filed: **Jul. 22, 2010**

(65) **Prior Publication Data**

US 2011/0109459 A1     May 12, 2011

**Related U.S. Application Data**

(60) Provisional application No. 61/228,495, filed on Jul. 24, 2009.

(51) **Int. Cl.**
*G08B 23/00*        (2006.01)

(52) **U.S. Cl.**
USPC ........................ **340/573.1**; 340/679; 340/3.43

(58) **Field of Classification Search**
USPC ............... 340/573.1, 679, 691.1, 691.6, 3.43, 340/815.45, 815.46; 324/613; 600/585, 500, 600/323; 128/900
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,960,128 | A | 10/1990 | Gordon et al. |
| 4,964,408 | A | 10/1990 | Hink et al. |
| 5,041,187 | A | 8/1991 | Hink et al. |
| 5,069,213 | A | 12/1991 | Polczynski |
| 5,163,438 | A | 11/1992 | Gordon et al. |
| 5,319,355 | A | 6/1994 | Russek |
| 5,337,744 | A | 8/1994 | Branigan |
| 5,341,805 | A | 8/1994 | Stavridi et al. |
| D353,195 | S | 12/1994 | Savage et al. |
| D353,196 | S | 12/1994 | Savage et al. |
| 5,377,676 | A | 1/1995 | Vari et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

WO      WO 2008/141306      11/2008

OTHER PUBLICATIONS

International Search Report and Written Opinion of the International Searching Authority issued in Application No. PCT/US2010/043120, mailed Oct. 27, 2010 in 15 pages.

*Primary Examiner* — Toan N Pham

(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear LLP

(57)          **ABSTRACT**

A system is disclosed for detecting and calculating the level of ambient and/or environmental noise, such as electromagnetic interference generated by electric power lines, ambient lights, light dimmers, television or computer displays, power supplies or transformers, and medical equipment. In some embodiments, the system performs frequency analysis on the interference signal detected by light photodetectors and determines the power of the interference signal concentrated in the analyzed frequency bands. The worst-case interference level can be determined by selecting the maximum from the computed power values. In some embodiments, the determined interference signal power can be compared with the noise tolerance of a patient monitoring system configured to reliably and non-invasively detect physiological parameters of a user. The results of the comparison can be presented to the user audio-visually. In some embodiments, the system can be used to perform spot check measurements of electromagnetic interference.

**25 Claims, 10 Drawing Sheets**



**US 8,471,713 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D359,546 | S | 6/1995 | Savage et al. |
| 5,431,170 | A | 7/1995 | Mathews |
| D361,840 | S | 8/1995 | Savage et al. |
| D362,063 | S | 9/1995 | Savage et al. |
| 5,452,717 | A | 9/1995 | Branigan et al. |
| D363,120 | S | 10/1995 | Savage et al. |
| 5,456,252 | A | 10/1995 | Vari et al. |
| 5,479,934 | A | 1/1996 | Imran |
| 5,482,036 | A | 1/1996 | Diab et al. |
| 5,490,505 | A | 2/1996 | Diab et al. |
| 5,494,043 | A | 2/1996 | O'Sullivan et al. |
| 5,533,511 | A | 7/1996 | Kaspari et al. |
| 5,534,851 | A | 7/1996 | Russek |
| 5,561,275 | A | 10/1996 | Savage et al. |
| 5,562,002 | A | 10/1996 | Lalin |
| 5,590,649 | A | 1/1997 | Caro et al. |
| 5,602,924 | A | 2/1997 | Durand et al. |
| 5,632,272 | A | 5/1997 | Diab et al. |
| 5,638,816 | A | 6/1997 | Kiani-Azarbayjany et al. |
| 5,638,818 | A | 6/1997 | Diab et al. |
| 5,645,440 | A | 7/1997 | Tobler et al. |
| 5,685,299 | A | 11/1997 | Diab et al. |
| D393,830 | S | 4/1998 | Tobler et al. |
| 5,743,262 | A | 4/1998 | Lepper, Jr. et al. |
| 5,758,644 | A | 6/1998 | Diab et al. |
| 5,760,910 | A | 6/1998 | Lepper, Jr. et al. |
| 5,769,785 | A | 6/1998 | Diab et al. |
| 5,782,757 | A | 7/1998 | Diab et al. |
| 5,785,659 | A | 7/1998 | Caro et al. |
| 5,791,347 | A | 8/1998 | Flaherty et al. |
| 5,810,734 | A | 9/1998 | Caro et al. |
| 5,823,950 | A | 10/1998 | Diab et al. |
| 5,830,131 | A | 11/1998 | Caro et al. |
| 5,833,618 | A | 11/1998 | Caro et al. |
| 5,860,919 | A | 1/1999 | Kiani-Azarbayjany et al. |
| 5,890,929 | A | 4/1999 | Mills et al. |
| 5,904,654 | A | 5/1999 | Wohltmann et al. |
| 5,919,134 | A | 7/1999 | Diab |
| 5,934,925 | A | 8/1999 | Tobler et al. |
| 5,940,182 | A | 8/1999 | Lepper, Jr. et al. |
| 5,995,855 | A | 11/1999 | Kiani et al. |
| 5,997,343 | A | 12/1999 | Mills et al. |
| 6,002,952 | A | 12/1999 | Diab et al. |
| 6,011,986 | A | 1/2000 | Diab et al. |
| 6,027,452 | A | 2/2000 | Flaherty et al. |
| 6,036,642 | A | 3/2000 | Diab et al. |
| 6,045,509 | A | 4/2000 | Caro et al. |
| 6,067,462 | A | 5/2000 | Diab et al. |
| 6,081,735 | A | 6/2000 | Diab et al. |
| 6,088,607 | A | 7/2000 | Diab et al. |
| 6,110,522 | A | 8/2000 | Lepper, Jr. et al. |
| 6,124,597 | A | 9/2000 | Shehada et al. |
| 6,128,521 | A | 10/2000 | Marro et al. |
| 6,129,675 | A | 10/2000 | Jay |
| 6,144,868 | A | 11/2000 | Parker |
| 6,151,516 | A | 11/2000 | Kiani-Azarbayjany et al. |
| 6,152,754 | A | 11/2000 | Gerhardt et al. |
| 6,157,850 | A | 12/2000 | Diab et al. |
| 6,165,005 | A | 12/2000 | Mills et al. |
| 6,184,521 | B1 | 2/2001 | Coffin, IV et al. |
| 6,206,830 | B1 | 3/2001 | Diab et al. |
| 6,229,856 | B1 | 5/2001 | Diab et al. |
| 6,232,609 | B1 | 5/2001 | Snyder et al. |
| 6,236,872 | B1 | 5/2001 | Diab et al. |
| 6,241,683 | B1 | 6/2001 | Macklem et al. |
| 6,253,097 | B1 | 6/2001 | Aronow et al. |
| 6,256,523 | B1 | 7/2001 | Diab et al. |
| 6,263,222 | B1 | 7/2001 | Diab et al. |
| 6,278,522 | B1 | 8/2001 | Lepper, Jr. et al. |
| 6,280,213 | B1 | 8/2001 | Tobler et al. |
| 6,285,896 | B1 | 9/2001 | Tobler et al. |
| 6,301,493 | B1 | 10/2001 | Marro et al. |
| 6,317,627 | B1 | 11/2001 | Ennen et al. |
| 6,321,100 | B1 | 11/2001 | Parker |
| 6,325,761 | B1 | 12/2001 | Jay |
| 6,334,065 | B1 | 12/2001 | Al-Ali et al. |
| 6,343,224 | B1 | 1/2002 | Parker |
| 6,349,228 | B1 | 2/2002 | Kiani et al. |
| 6,360,114 | B1 | 3/2002 | Diab et al. |
| 6,368,283 | B1 | 4/2002 | Xu et al. |
| 6,371,921 | B1 | 4/2002 | Caro et al. |
| 6,377,829 | B1 | 4/2002 | Al-Ali |
| 6,388,240 | B2 | 5/2002 | Schulz et al. |
| 6,397,091 | B2 | 5/2002 | Diab et al. |
| 6,430,437 | B1 | 8/2002 | Marro |
| 6,430,525 | B1 | 8/2002 | Weber et al. |
| 6,463,311 | B1 | 10/2002 | Diab |
| 6,470,199 | B1 | 10/2002 | Kopotic et al. |
| 6,501,975 | B2 | 12/2002 | Diab et al. |
| 6,505,059 | B1 | 1/2003 | Kollias et al. |
| 6,515,273 | B2 | 2/2003 | Al-Ali |
| 6,519,487 | B1 | 2/2003 | Parker |
| 6,525,386 | B1 | 2/2003 | Mills et al. |
| 6,526,300 | B1 | 2/2003 | Kiani et al. |
| 6,541,756 | B2 | 4/2003 | Schulz et al. |
| 6,542,764 | B1 | 4/2003 | Al-Ali et al. |
| 6,580,086 | B1 * | 6/2003 | Schulz et al. .................. 250/557 |
| 6,584,336 | B1 | 6/2003 | Ali et al. |
| 6,595,316 | B2 | 7/2003 | Cybulski et al. |
| 6,597,932 | B2 | 7/2003 | Tian et al. |
| 6,597,933 | B2 | 7/2003 | Kiani et al. |
| 6,606,511 | B1 | 8/2003 | Ali et al. |
| 6,632,181 | B2 | 10/2003 | Flaherty et al. |
| 6,639,668 | B1 | 10/2003 | Trepagnier |
| 6,640,116 | B2 | 10/2003 | Diab |
| 6,643,530 | B2 | 11/2003 | Diab et al. |
| 6,650,917 | B2 | 11/2003 | Diab et al. |
| 6,654,624 | B2 | 11/2003 | Diab et al. |
| 6,658,276 | B2 | 12/2003 | Kiani et al. |
| 6,661,161 | B1 | 12/2003 | Lanzo et al. |
| 6,671,531 | B2 | 12/2003 | Al-Ali et al. |
| 6,678,543 | B2 | 1/2004 | Diab et al. |
| 6,684,090 | B2 | 1/2004 | Ali et al. |
| 6,684,091 | B2 | 1/2004 | Parker |
| 6,697,656 | B1 | 2/2004 | Al-Ali |
| 6,697,657 | B1 | 2/2004 | Shehada et al. |
| 6,697,658 | B2 | 2/2004 | Al-Ali |
| RE38,476 | E | 3/2004 | Diab et al. |
| 6,699,194 | B1 | 3/2004 | Diab et al. |
| 6,714,804 | B2 | 3/2004 | Al-Ali et al. |
| RE38,492 | E | 4/2004 | Diab et al. |
| 6,721,582 | B2 | 4/2004 | Trepagnier et al. |
| 6,721,585 | B1 | 4/2004 | Parker |
| 6,725,075 | B2 | 4/2004 | Al-Ali |
| 6,728,560 | B2 | 4/2004 | Kollias et al. |
| 6,735,459 | B2 | 5/2004 | Parker |
| 6,745,060 | B2 | 6/2004 | Diab et al. |
| 6,760,607 | B2 | 7/2004 | Al-Ali |
| 6,770,028 | B1 | 8/2004 | Ali et al. |
| 6,771,994 | B2 | 8/2004 | Kiani et al. |
| 6,792,300 | B1 | 9/2004 | Diab et al. |
| 6,813,511 | B2 | 11/2004 | Diab et al. |
| 6,816,741 | B2 | 11/2004 | Diab |
| 6,822,564 | B2 | 11/2004 | Al-Ali |
| 6,826,419 | B2 | 11/2004 | Diab et al. |
| 6,830,711 | B2 | 12/2004 | Mills et al. |
| 6,850,787 | B2 | 2/2005 | Weber et al. |
| 6,850,788 | B2 | 2/2005 | Al-Ali |
| 6,852,083 | B2 | 2/2005 | Caro et al. |
| 6,861,639 | B2 | 3/2005 | Al-Ali |
| 6,898,452 | B2 | 5/2005 | Al-Ali et al. |
| 6,920,345 | B2 | 7/2005 | Al-Ali et al. |
| 6,931,268 | B1 | 8/2005 | Kiani-Azarbayjany et al. |
| 6,934,570 | B2 | 8/2005 | Kiani et al. |
| 6,939,305 | B2 | 9/2005 | Flaherty et al. |
| 6,943,348 | B1 | 9/2005 | Coffin, IV |
| 6,950,687 | B2 | 9/2005 | Al-Ali |
| 6,961,598 | B2 | 11/2005 | Diab |
| 6,970,792 | B1 | 11/2005 | Diab |
| 6,979,812 | B2 | 12/2005 | Al-Ali |
| 6,985,764 | B2 | 1/2006 | Mason et al. |
| 6,993,371 | B2 | 1/2006 | Kiani et al. |
| 6,996,427 | B2 | 2/2006 | Ali et al. |
| 6,999,904 | B2 | 2/2006 | Weber et al. |
| 7,003,338 | B2 | 2/2006 | Weber et al. |
| 7,003,339 | B2 | 2/2006 | Diab et al. |
| 7,015,451 | B2 | 3/2006 | Dalke et al. |

**US 8,471,713 B2**

Page 3

| | | |
|---|---|---|
| 7,024,233 B2 | 4/2006 | Ali et al. |
| 7,027,849 B2 | 4/2006 | Al-Ali |
| 7,030,749 B2 | 4/2006 | Al-Ali |
| 7,039,449 B2 | 5/2006 | Al-Ali |
| 7,041,060 B2 | 5/2006 | Flaherty et al. |
| 7,044,918 B2 | 5/2006 | Diab |
| 7,067,893 B2 | 6/2006 | Mills et al. |
| 7,096,052 B2 | 8/2006 | Mason et al. |
| 7,096,054 B2 | 8/2006 | Abdul-Hafiz et al. |
| 7,132,641 B2 | 11/2006 | Schulz et al. |
| 7,142,901 B2 | 11/2006 | Kiani et al. |
| 7,149,561 B2 | 12/2006 | Diab |
| 7,158,769 B2 * | 1/2007 | Okanoue et al. ........... 455/226.1 |
| 7,186,966 B2 | 3/2007 | Al-Ali |
| 7,190,261 B2 | 3/2007 | Al-Ali |
| 7,215,984 B2 | 5/2007 | Diab |
| 7,215,986 B2 | 5/2007 | Diab |
| 7,221,971 B2 | 5/2007 | Diab |
| 7,225,006 B2 | 5/2007 | Al-Ali et al. |
| 7,225,007 B2 | 5/2007 | Al-Ali |
| RE39,672 E | 6/2007 | Shehada et al. |
| 7,239,905 B2 | 7/2007 | Kiani-Azarbayjany et al. |
| 7,245,953 B1 | 7/2007 | Parker |
| 7,254,429 B2 | 8/2007 | Schurman et al. |
| 7,254,431 B2 | 8/2007 | Al-Ali |
| 7,254,433 B2 | 8/2007 | Diab et al. |
| 7,254,434 B2 | 8/2007 | Schulz et al. |
| 7,272,425 B2 | 9/2007 | Al-Ali |
| 7,274,955 B2 | 9/2007 | Kiani et al. |
| D554,263 S | 10/2007 | Al-Ali |
| 7,280,858 B2 * | 10/2007 | Al-Ali et al. .................. 600/323 |
| 7,289,835 B2 | 10/2007 | Mansfield et al. |
| 7,292,883 B2 | 11/2007 | De Felice et al. |
| 7,295,866 B2 | 11/2007 | Al-Ali |
| 7,328,053 B1 | 2/2008 | Diab et al. |
| 7,332,784 B2 | 2/2008 | Mills et al. |
| 7,340,287 B2 | 3/2008 | Mason et al. |
| 7,341,559 B2 | 3/2008 | Schulz et al. |
| 7,343,186 B2 | 3/2008 | Lamego et al. |
| D566,282 S | 4/2008 | Al-Ali et al. |
| 7,355,512 B1 | 4/2008 | Al-Ali |
| 7,356,365 B2 | 4/2008 | Schurman |
| 7,371,981 B2 | 5/2008 | Abdul-Hafiz |
| 7,373,193 B2 | 5/2008 | Al-Ali et al. |
| 7,373,194 B2 | 5/2008 | Weber et al. |
| 7,376,453 B1 | 5/2008 | Diab et al. |
| 7,377,794 B2 | 5/2008 | Al Ali et al. |
| 7,377,899 B2 | 5/2008 | Weber et al. |
| 7,383,070 B2 | 6/2008 | Diab et al. |
| 7,415,297 B2 | 8/2008 | Al-Ali et al. |
| 7,428,432 B2 | 9/2008 | Ali et al. |
| 7,438,683 B2 | 10/2008 | Al-Ali et al. |
| 7,440,787 B2 | 10/2008 | Diab |
| 7,454,240 B2 | 11/2008 | Diab et al. |
| 7,467,002 B2 | 12/2008 | Weber et al. |
| 7,469,157 B2 | 12/2008 | Diab et al. |
| 7,471,969 B2 | 12/2008 | Diab et al. |
| 7,471,971 B2 | 12/2008 | Diab et al. |
| 7,483,729 B2 | 1/2009 | Al-Ali et al. |
| 7,483,730 B2 | 1/2009 | Diab et al. |
| 7,489,958 B2 | 2/2009 | Diab et al. |
| 7,496,391 B2 | 2/2009 | Diab et al. |
| 7,496,393 B2 | 2/2009 | Diab et al. |
| D587,657 S | 3/2009 | Al-Ali et al. |
| 7,499,741 B2 | 3/2009 | Diab et al. |
| 7,499,835 B2 | 3/2009 | Weber et al. |
| 7,500,950 B2 | 3/2009 | Al-Ali et al. |
| 7,509,154 B2 | 3/2009 | Diab et al. |
| 7,509,494 B2 | 3/2009 | Al-Ali |
| 7,510,849 B2 | 3/2009 | Schurman et al. |
| 7,526,328 B2 | 4/2009 | Diab et al. |
| 7,530,942 B1 | 5/2009 | Diab |
| 7,530,949 B2 | 5/2009 | Al Ali et al. |
| 7,530,955 B2 | 5/2009 | Diab et al. |
| 7,563,110 B2 | 7/2009 | Al-Ali et al. |
| 7,596,398 B2 | 9/2009 | Al-Ali et al. |
| 7,618,375 B2 | 11/2009 | Flaherty |
| D606,659 S | 12/2009 | Kiani et al. |
| 7,647,083 B2 | 1/2010 | Al-Ali et al. |
| D609,193 S | 2/2010 | Al-Ali et al. |
| D614,305 S | 4/2010 | Al-Ali et al. |
| RE41,317 E | 5/2010 | Parker |
| 7,729,733 B2 | 6/2010 | Al-Ali et al. |
| 7,734,320 B2 | 6/2010 | Al-Ali |
| 7,761,127 B2 | 7/2010 | Al-Ali et al. |
| 7,761,128 B2 | 7/2010 | Al-Ali et al. |
| 7,764,982 B2 | 7/2010 | Dalke et al. |
| D621,516 S | 8/2010 | Kiani et al. |
| 7,791,155 B2 | 9/2010 | Diab |
| 7,801,581 B2 | 9/2010 | Diab |
| 7,822,452 B2 | 10/2010 | Schurman et al. |
| RE41,912 E | 11/2010 | Parker |
| 7,844,313 B2 | 11/2010 | Kiani et al. |
| 7,844,314 B2 | 11/2010 | Al-Ali |
| 7,844,315 B2 | 11/2010 | Al-Ali |
| 7,865,222 B2 | 1/2011 | Weber et al. |
| 7,873,497 B2 | 1/2011 | Weber et al. |
| 7,880,606 B2 | 2/2011 | Al-Ali |
| 7,880,626 B2 | 2/2011 | Al-Ali et al. |
| 7,891,355 B2 | 2/2011 | Al-Ali et al. |
| 7,894,868 B2 | 2/2011 | Al-Ali et al. |
| 7,899,507 B2 | 3/2011 | Al-Ali et al. |
| 7,899,518 B2 | 3/2011 | Trepagnier et al. |
| 7,904,132 B2 | 3/2011 | Weber et al. |
| 7,909,772 B2 | 3/2011 | Popov et al. |
| 7,910,875 B2 | 3/2011 | Al-Ali |
| 7,919,713 B2 | 4/2011 | Al-Ali et al. |
| 7,937,128 B2 | 5/2011 | Al-Ali |
| 7,937,129 B2 | 5/2011 | Mason et al. |
| 7,937,130 B2 | 5/2011 | Diab et al. |
| 7,941,199 B2 | 5/2011 | Kiani |
| 7,951,086 B2 | 5/2011 | Flaherty et al. |
| 7,957,780 B2 | 6/2011 | Lamego et al. |
| 7,962,188 B2 | 6/2011 | Kiani et al. |
| 7,962,190 B1 | 6/2011 | Diab et al. |
| 7,976,472 B2 | 7/2011 | Kiani |
| 7,988,637 B2 | 8/2011 | Diab |
| 7,990,382 B2 | 8/2011 | Kiani |
| 7,991,446 B2 | 8/2011 | Al-Ali et al. |
| 8,000,761 B2 | 8/2011 | Al-Ali |
| 8,008,088 B2 | 8/2011 | Bellott et al. |
| RE42,753 E | 9/2011 | Kiani-Azarbayjany et al. |
| 8,019,400 B2 | 9/2011 | Diab et al. |
| 8,028,701 B2 | 10/2011 | Al-Ali et al. |
| 8,029,765 B2 | 10/2011 | Bellott et al. |
| 8,036,728 B2 | 10/2011 | Diab et al. |
| 8,046,040 B2 | 10/2011 | Ali et al. |
| 8,046,041 B2 | 10/2011 | Diab et al. |
| 8,046,042 B2 | 10/2011 | Diab et al. |
| 8,048,040 B2 | 11/2011 | Kiani |
| 8,050,728 B2 | 11/2011 | Al-Ali et al. |
| 2007/0043269 A1 | 2/2007 | Mannheimer et al. |
| 2009/0156924 A1 | 6/2009 | Shariati et al. |

\* cited by examiner



FIG. 1



FIG. 2



**FIG. 3**



FIG. 4A



FIG. 4B

U.S. Patent          Jun. 25, 2013          Sheet 6 of 10          US 8,471,713 B2



FIG. 4C



FIG. 5



**FIG. 6A**





**FIG. 6E**          **FIG. 6F**



**FIG. 6G**



**FIG. 6H**

US 8,471,713 B2

**1**

## INTERFERENCE DETECTOR FOR PATIENT MONITOR

### REFERENCE TO RELATED APPLICATIONS

The present application claims priority benefit under 35 U.S.C. §119(e) from U.S. Provisional Application No. 61/228,495, filed Jul. 24, 2009, entitled "Interference Detector for Patient Monitor," which is incorporated herein by reference.

The present application is related to U.S. Pat. No. 5,919, 134, filed Jan. 12, 1998, entitled "Method and Apparatus for Demodulating Signals in Pulse Oximetry Systems"; and U.S. Pat. No. 6,526,300, filed Jun. 16, 200, entitled "Pulse Oximeter Probe-Off Detection System, both of which are incorporated herein by reference.

### BACKGROUND OF THE INVENTION

The present disclosure relates in general to patient monitoring systems including a patient monitor, one or more optical sensors, and a communication cable or device transferring signals between the monitor and the sensor(s).

Standard of care in caregiver environments includes patient monitoring through spectroscopic analysis using, for example, oximeter technologies commercially available from Masimo Corporation of Irvine. Devices capable of spectroscopic analysis generally include light sources transmitting optical radiation into a measurement site, such as, body tissue carrying pulsing blood. After attenuation (e.g. via transmission through tissue, reflectance, etc.) by tissue and fluids of the measurement site, one or more photodetection devices detects the attenuated light and outputs one or more detector signals responsive to the detected attenuated light. One or more signal processing devices process the detector(s) signal(s) and output a measurement indicative of a blood constituent of interest, such as, glucose, oxygen, methemoglobin, total hemoglobin, other physiological parameters, or other data or combinations of data useful in determining a state or trend of wellness of a patient. Such combinations often include statistical analysis of one or more measurements or combinations of different parameter measurements into useful information.

In addition to the foregoing, considerable efforts have been made to develop noninvasive oximeter techniques for measuring other blood analytes or patient parameters, including for example, glucose, total hemoglobin, or the like. Unfortunately, some of these parameters have proven to be difficult to measure using noninvasive spectroscopy. For example, the biologic tissue and water of a measurement site have a high intrinsic absorption at many of the wavelengths of light that are useful in measuring blood glucose. Moreover, blood glucose exists in relatively low concentrations comparatively with other blood analytes. Furthermore, different patients will have large variations in the optical properties of their skin and blood composition.

Moreover, ambient and/or environment interference (i.e., noise) can adversely affect the measurement accuracy. Interference is generated by many commonly-used electrical devices. In a typical household for example, electric power lines and outlets, ambient lights, light dimmers, television or computer displays, and power supplies or transformers generate electromagnetic interference. For example, noise caused by ambient light will generally vary with a periodicity corresponding to a 50 Hz or 60 Hz fundamental frequency and its harmonics. As will be understood by those of skill in the art, the ambient light frequency is a function of the frequency of electricity powering the ambient lights and other interfering devices and/or the frequency of naturally occurring light. The ambient light frequency will, accordingly, change depending on the power system used to operate the devices creating the ambient light. Harmonics of the fundamental ambient light frequency are important because the ambient light can still cause significant interference at the harmonic frequencies. This is particularly true when the ambient light is provided by fluorescent lights which generate significant noise at the second harmonic (i.e., 100 Hz or 120 Hz) and the fourth harmonic (i.e., 200 Hz or 240 Hz). In addition in typical care environments medical equipment (e.g., electrocauterization devices) also generates significant electromagnetic interference. These and other challenges make signal information indicative of physiological parameters (e.g., glucose) difficult to differentiate from the interference signal. Moreover, patients and other users often desire glucose and other physiological parameter data in at least spot check measurements in a wide variety of care and non-care environments where interference levels are unknown.

### SUMMARY OF THE INVENTION

In some embodiments of the present disclosure, an interference detector configured to reliably measure the levels of ambient and/or environment interference is described. The detector utilizes frequency analysis to determine and calculate interference levels in the frequency bands of interest. Such bands of interest can be configured to be those frequencies used for analysis during measuring the various physiological parameters. For example, a modulated light signal attenuated by body tissue or fluids can comprise physiological information at the fundamental frequency and harmonic frequencies of the carrier signal (e.g., a periodic pulse train). Interference levels can be measured at the fundamental frequency and harmonic frequencies to determine the likelihood of obtaining reliable measurements of physiological parameters in the presence of ambient and/or environment noise.

In some embodiments of the present disclosure, the interference levels can be computed as energy or power of interference signals concentrated at the frequencies of interest. The maximum measured power can be used to determine the worst-case effect of ambient and/or environmental interference on the accuracy of measurements of physiological parameters. This maximum measured power can be compared with a threshold to obtain an objective determination of the significance of the interference and its expected degradation of the accuracy of the measurements. The threshold can be selected as a multiple of the noise floor of the interference detector or, in other words, the measured noise signal that is inherently present in the system because of thermal noise, shot noise, and the like. The noise floor further establishes a limit on the smallest measurement that can be reliably preformed by the system. The multiple of the noise floor and the threshold can be varied depending on the type of physiological parameter being measured by the device.

In some embodiments of the present disclosure, the interference detector can be configured to provide audio-visual indication of the measured interference levels, relative to the threshold, to the user. Visual indication can comprise displaying bar graphs, charts, graphs, and the like of the measured, relative interference levels. Audio indication can comprise speaking the severity of the measured, relative interference levels. Audio-visual indication can be helpful in spot check measurement situations because the user can be quickly informed as to the expected accuracy of the measurement of physiological parameters. In addition, the user can be quickly

US 8,471,713 B2

3

alerted in situations where ambient and/or environmental interference can significantly degrade the measurement accuracy or cause the measurements be unreliable.

For purposes of summarizing the invention, certain aspects, advantages and novel features of the invention have been described herein. Of course, it is to be understood that not necessarily all such aspects, advantages or features will be embodied in any particular embodiment of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

The following drawings and the associated descriptions are provided to illustrate embodiments of the present disclosure and do not limit the scope of the claims.

FIG. **1** illustrates a perspective view of an exemplary patient monitoring system including exemplary visual indicia of an output of an interference detector, according to an embodiment of the disclosure.

FIG. **2** illustrates an exemplary block diagram of a patient monitor and the interference detector of the patient monitoring system of FIG. **1**.

FIG. **3** illustrates an exemplary hardware block diagram of a digital signal processor and signal extractor of the patient monitor of FIG. **2**.

FIG. **4**A-C illustrate exemplary functional block diagrams of a digital signal processor and signal extractor and interference detector of the patient monitor of FIG. **2**.

FIG. **5** illustrates an interference detection process, according to an embodiment of the disclosure.

FIGS. **6**A-H illustrate exemplary user interface indicia indicating use of and output from the interference detector of FIG. **1**.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Ambient and/or environment interference (i.e., noise) can adversely affect the measurement accuracy of non-invasive patient monitoring systems, such as systems capable of measuring glucose, oxygen, methemoglobin, total hemoglobin, and other physiological parameters. To perform the measurements, these systems typically utilize signal processing analysis of optical radiation (e.g., light) signal detected by photodetectors after it has been attenuated by body tissue and fluids. However, significant interference is generated by many commonly-used electrical devices, such as electric power lines and outlets, ambient lights, light dimmers, television or computer displays, power supplies or transformers, and medical equipment (e.g., electrocauterization devices). It can be difficult to differentiate signal information indicative of physiological parameters from the interference. Moreover, patients and other users often desire glucose and other physiological parameter data in at least spot check measurements in a wide variety of care and non-care environments where the interference levels are unknown.

Existing solutions for measuring the interference levels can be inadequate, especially in spot check situations. For example, one approach is to measure the interference at the same time as performing measurements of physiological parameters. However, this can be unreliable because interference may be highly non-stationary and non-periodic, may have short-duration components with significant energy levels, and so on. Accordingly, such measurements of interference levels can be inaccurate and unreliable.

In some embodiments of the present disclosure, an interference detector configured to reliably measure the interference levels is described. The detector utilizes frequency

4

analysis to determine and calculate interference levels in the frequency bands of interest. Such bands of interest can be configured to be those frequencies used for analysis during measuring the various physiological parameters. For example, a modulated light signal attenuated by body tissue or fluids can comprise physiological information at the fundamental frequency and harmonic frequencies of the carrier signal (e.g., a periodic pulse train). Interference levels can be measured at the fundamental frequency and harmonic frequencies to determine the likelihood of obtaining reliable measurements of physiological parameters in the presence of ambient and/or environment noise. In some embodiments, the interference levels can be used to determine a best modulation rate that will result in the least interference to the desired signal.

In some embodiments of the present disclosure, the interference levels can be computed as energy or power of interference signals concentrated at the frequencies of interest. The maximum measured power can be used to determine the worst-case effect of ambient and/or environmental interference on the accuracy of measurements of physiological parameters. This maximum measured power can be compared with a threshold to obtain an objective determination of the significance of the interference and its expected degradation of the accuracy of the measurements. The threshold can be selected as a multiple of the noise floor of the interference detector or, in other words, the measured noise signal that is inherently present in the system because of thermal noise, shot noise, and the like. The noise floor further establishes a limit on the smallest measurement that can be reliably performed by the system. The multiple of the noise floor and the threshold can be varied depending on the type of physiological parameter being measured by the device.

In some embodiments of the present disclosure, the interference detector can be configured to provide audio-visual indication of the measured interference levels, relative to the threshold, to the user. Visual indication can comprise displaying bar graphs, charts, graphs, and the like of the measured, relative interference levels. Audio indication can comprise speaking the severity of the measured, relative interference levels. Audio-visual indication can be helpful in spot check measurement situations because the user can be quickly informed as to the expected accuracy of the measurement of physiological parameters. In addition, the user can be quickly alerted in situations where ambient and/or environmental interference can significantly degrade the measurement accuracy or cause the measurements be unreliable.

To facilitate a complete understanding of the invention, the remainder of the detailed description describes the invention with reference to the drawings, wherein like reference numbers are referenced with like numerals throughout.

FIG. **1** illustrates a perspective view of a patient monitoring system **100**, according to an embodiment of the disclosure. The system **100** includes a portable patient monitor **103** capable of noninvasively determining one or more psychological parameters and also interference levels. The portable patient monitor **103** communicates with an optical sensor **101** through a cable **112**. In some embodiments, the patient monitor **103** drives the sensor **101** to emit light of different wavelength into a body tissue (not shown). The sensor **101** detects the light after attenuation by the body tissue and outputs a signal indicative of the amount of light received by the sensor **101** (which can include attenuation) through the cable **112**. In addition, in some embodiments, the monitor **103** communicates with a temperature sensor and a memory device associated with one or more of the sensor **101** and the cable **112**, through the cable **112**. In some embodiments, the monitor

US 8,471,713 B2

5

103 communicates with other storage devices and remote
devices via a network interface (not shown).

The patient monitor can comprise a display **110** and one or
more control buttons **108**. In some embodiments, the display
**110** can be a touch sensitive display that can include one or
more virtual controls and/or changing display and/or control
screens. The display **110** can be configured to display a wide
variety of measured psychological parameters in a manner
that provides for quick and efficient conveyance of informa-
tion to a user. For example, the display **110** can show values
for blood oxygen saturation, pulse, glucose, methemoglobin,
total hemoglobin, and the like. In addition, as shown in FIG.
**1**, the display **110** can convey visual indicia of the detected
noise interference levels. For example, the display **110** can be
configured to output a bar graph where, as explained in more
detail below, green shading corresponds to low level interfer-
ence levels and red shading corresponds to high interference
levels.

FIG. **2** illustrates a block diagram of a patient monitor and
interference detector of the patient monitoring system **200**,
such as, for example, the monitoring system **100** of FIG. **1**. As
shown in FIG. **2**, the monitoring system **200** includes a sensor
**202** and a patient monitor **203**, communicating through a
cable **212**. In some embodiments, the sensor **202** includes a
plurality of emitters **204** (e.g., eight emitters as is shown in
FIG. **1**) irradiating a body tissue **205** with light and one or
more detectors **206** (e.g., four detectors as shown in FIG. **2**)
capable of detecting light after attenuation by the tissue **205**.
In some embodiments, the sensor **202** can be configured such
that one or more detectors **206** detect ambient and/or envi-
ronment interference levels after attenuation by the tissue
**205**.

The sensor **202** can additionally comprise a temperature
sensor **207**, such as a thermistor or a thermocouple, and a
memory device **208**, such non-volatile (e.g., an EEPROM) or
volatile memory. The sensor **202** also includes a plurality of
conductors communicating signals to and from its compo-
nents, including temperature sensor conductors **209**, detector
composite signal conductors **210**, memory device conductors
**214**, and emitter drive signal conductors **216**. In some
embodiments, the sensor conductors **209**, **210**, **214**, **216** com-
municate their signals to the monitor **203** through the cable
**212**. In some embodiments, the cable **212** includes a plurality
of shielded conductors.

Although disclosed with reference to the cable **212**, a
skilled artisan will recognize from the disclosure herein that
the communication to and from the sensor **202** may advanta-
geously include a wide variety of cables, cable designs, public
or private communication networks or computing systems,
wired or wireless communications (such as Ethernet, Blue-
tooth or WiFi, including IEEE 802.11x), mobile communica-
tions, combinations of the same, or the like.

In some embodiments, the temperature sensor **207** moni-
tors the temperature of the sensor **202** and its components,
such as, for example, the emitters **204**. For example, in some
embodiments, the temperature sensor **207** comprises or com-
municates with a thermal bulk mass having sufficient thermal
conduction to generally approximate a real-time temperature
of a substrate of the light emitters **204**. In some embodiments,
the monitor **203** may advantageously use the temperature
sensor **207** output to, among other things, ensure patient
safety, especially in applications with sensitive tissue **205**. In
some embodiments, the monitor **203** may advantageously use
the temperature sensor **207** output and monitored operating
current or voltages to correct for operating conditions of the
sensor **202**.

6

The memory **208** can comprise any one or more of a wide
variety of memory devices known to a skilled artisan from
the disclosure herein, including non-volatile memory, vola-
tile memory, or combination thereof. The memory **208** can be
configured to store some or all of a wide variety data and
information, including, for example, information on the type
or operation of the sensor **202**, type of patient or body tissue
**205**, buyer or manufacturer information, sensor characteris-
tics including the number of wavelengths capable of being
emitted, emitter specifications, emitter drive requirements,
demodulation data, calculation mode data, calibration data,
software or firmware such as scripts, executable code, or the
like, sensor electronic elements, sensor life data indicating
whether some or all sensor components have expired and
should be replaced, encryption information, monitor or algo-
rithm upgrade instructions or data, or the like. In some
embodiments, the memory device **208** may also include emit-
ter wavelength correction data. In some embodiments, the
monitor **203** can read the memory **208** to determine one, some
or all of a wide variety of data and information stored. As is
shown in FIG. **2**, a digital signal processor **228** can commu-
nicate with the memory device **208**, by using a memory
reader, memory writer, or the like.

The monitor **203** can comprise a front end signal condi-
tioner **222** configured to receive, through the conductors **210**,
the analog composite detector signal from the detectors **206**.
The signal conditioner **222** can normalize the analog com-
posite detector signal by adjusting the signal's gain, remove
unwanted frequency components by passing the signal
through a band-pass or a low-pass filter, normalize the phase
of the signal by passing it through an all-pass filter with the
desired phase response, and the like. The signal conditioner
**222** includes one or more outputs communicating with an
analog-to-digital converter **226** ("A/D converter"). In some
embodiments, the A/D converter **226** may comprise a delta-
sigma converter to provide better linearity and signal-to-noise
performance, which, among other things, advantageously
enhances measurements during lower perfusion. The reduced
signal-to-noise may also improve measurement quality by
providing better rejection of ambient and/or environment
interference (e.g., from electrocauterization devices). The
A/D converter **226** includes inputs communicating with the
output of the front end signal conditioner **222** and the output
of the temperature sensor **207**. The converter **226** also
includes outputs for communicating the digitized composite
detector signal values and temperature sensor readings to the
processor **228**.

The processor **228** can output an emitter driver current
control signal **230** to a digital-to-analog converter **232** ("D/A
converter"). The D/A converter **232** can supply control infor-
mation to emitter driving circuitry **234**, which in turns drives
the plurality of emitters **204** on the sensor **202** over conduc-
tors **216**. In some embodiments, the emitter driving circuitry
**234** drives eight emitters capable of emitting light at eight
predefined wavelengths, although the circuitry **234** can drive
any number of emitters. In addition, one or more emitters
could emit light at the same or substantially the same wave-
length to provide redundancy. The circuitry **234** can be con-
figured to modulate the emitters **204**, by turning them on and
off, as to produce pulse trains of light at the corresponding
wavelengths. In some embodiments, the circuitry **234** can be
configured to turn the emitters **204** off as to cause the detec-
tors **206** to detect the level of ambient or environment noise,
which can additionally modulate by the rectangular pulse
train carrier signal. Further details of modulation are dis-
closed in U.S. Pat. No. 6,229,856, issued on May 8, 2001, the
disclosure of which is incorporated by reference herein.

US 8,471,713 B2

7

The processor **228** can process digitized composite detector signal values and calculate physiological parameter information, such as blood oxygen saturation, pulse, glucose, methemoglobin, total hemoglobin, and the like. The processor **228** comprises an interference detector **240** configured to calculate the levels of ambient and/or environment interference comprised in the composite detector signal. In some embodiments, the processor **228** can read the information stored in the memory device **208** and use the retrieved information for calculation of physiological parameter information and/or interference levels.

The processor **228** can communicate with the audio/visual interface **236**, for example, to display the measured and calculated parameters or interference levels.

The audio/visual interface **236** can be configured as a display device capable of providing indicia representative of the calculated physiological parameters of the tissue **205** at the measurement site and of the calculated interference levels. In some embodiments, the audio/visual interface **236** can display trending data for one or more of the measured or determined parameters or interference levels. Moreover, an artisan will recognize from the disclosure herein many display options for the data available from the processor **228**.

In addition, the processor **228** can communicate with local and/or remote storage **241** and local and/or remote network devices through network interface **242**. Storage **241** can be configured as non-volatile memory, volatile memory or combination thereof. Storage **241** can be in the form of a hard disk, flash memory card, or other suitable computer accessible memory. In some embodiments, the processor **228** can store a variety of information in the storage **241**, such as calculated physiological parameter information and interference levels. This information can be later retrieved and used in future calculations. In some embodiments, the processor can communicate variety of information to network devices over the network interface **242**. The network interface **242** can be configured with a wide variety of cables, cable designs, public or private communication networks or computing systems, wired or wireless communications (such as Ethernet, Bluetooth or WiFi, including IEEE 802.11x), mobile communications, combinations of the same, or the like. The processor **228** can exchange a variety of information with network devices, such as calculated physiological parameter information and interference levels.

FIG. **3** illustrates a hardware block diagram of a digital signal processor and signal extractor **328** of the patient monitor, such as, for example, the processor **228** of FIG. **2**. As shown in FIG. **3**, the processor **328** can comprise a core processor **302** and a microcontroller **304**. According to some embodiments, the core processor can comprise a digital signal processor based on the Super Harvard ARChitecture ("SHARC"), such as those commercially available from Analog Devices. FIG. **3** shows various exemplary component details of typical SHARC processors. However, a skilled artisan will recognize from the disclosure herein a wide variety of data and/or signal processors capable of executing programs for determining physiological parameters from input data, preferably a digital signal processor that can handle at least 16, 32, or 40 bits of floating point or fixed point for precision. According to some embodiments, the microcontroller **304** controls system management, including, for example, communications of calculated parameter data, interference levels, and the like to an audio/visual interface; communication of information to an from remote or local network devices or storage; and the like. In some embodiments, the microcontroller **304** may also act as a watchdog

8

circuit by, for example, monitoring the activity of the core processor **302** and resetting it when appropriate.

FIG. **4**A illustrates a functional block diagram of a digital signal processor and interference detector **428** of the patient monitor, such as, for example, the processor **228** of FIG. **2**. As is shown in FIG. **4**A, the input to the processor and interference detector **428** can be a digitized composite detector signal $x_k(n)$ **401**A. In some embodiments, the digitized composite detector signal **401**A, $x_k(n)$, can represent digitized samples of a signal from a single detector **206** (i.e., k can correspond to the number of detectors **206**) and a separate signal processing, modeling, and computation path as shown in FIG. **4**A can be used for each signal $x_k(n)$. In some embodiments, the composite detector signal **401**A can comprise the interference signal detected by the detectors **206**, without any light data.

In some embodiments a demodulation module **403**A models and demodulates the digitized composite detector signal **401**A (e.g., a 48 KHz composite signal) to separate the composite signal into signals related to each emitted wavelength and to remove the frequency components of the carrier signal. In addition, the demodulation module **403**A can be configured to model and demodulate the digitized composite detector signal to separate the interference signal into interference signals related to each emitted wavelength and to remove the frequency components of the carrier signal. In some embodiments the demodulation module **403**A can be configured to model and demodulate digitized composite detector signal data into N (e.g., 8) channels of demodulated data. Each channel can be configured to correspond to a different frequency and/or phase characteristics. For example, each channel can correspond to a fundamental frequency and its harmonics of the rectangular light pulse train carrier signal modulated by the light signal emitted by an emitter **204**. Furthermore, as explained below, several channels can share the same frequency characteristic, and, in such embodiments, phase can be used to distinguish these channels.

The multiple channels of demodulated data samples can be presented to a decimation module **404**A, which is configured to reduce the sampling rate by eliminating samples and, additionally, may provide signal conditioning and filtering. Because decimation reduces the number of data samples, it can reduce computational burden on the digital signal processor and interference detector **428** and, additionally, reduce power consumption of the patient monitor. In some embodiments, a 48 KHz demodulated multiple channel data stream can be decimated to 62.5 Hz.

To determine the interference levels, the multiple channels of demodulated and decimated data can be presented to an energy detector **405**A. In some embodiments, the composite detector signal $x_k(n)$ **401**A can comprise only the interference signal, as the emitters **204** can be configured (e.g., by the circuitry **234**) to be off. Then, the multiple channels of demodulated and decimated data comprise interference signals, and the energy detector **405**A can be configured to compute the energy or power of the interference signals. In some embodiments, as is explained below, the energy detector **405**A can compute the average power of the interference signal on each of the decimation channels and to select the maximum power value as the interference output.

To compute physiological parameter information, such as blood oxygen saturation, pulse, glucose, methemoglobin, total hemoglobin, and the like, the multiple channels of demodulated and decimated data can be presented to a parameter calculator **406**A. The parameter calculator **406**A can model, condition, and process the data according to various algorithms for computation of physiological information, as

US 8,471,713 B2

9

is described in U.S. application Ser. No. 11/367,017 (filed Mar. 1, 2006), the disclosure of which is incorporated by reference herein.

FIG. 4B illustrates a functional block diagram of an interference detector 440B of the patient monitor, such as, for example, the processor 428 of FIG. 4A. As is shown in FIG. 4B, the input to the interference detector 440B can be a digitized composite detector signal $x_k(n)$ 401B. In some embodiments, the digitized composite detector signal 401B, $x_k(n)$, can represent digitized samples of a signal from a single detector 206 (i.e., k can correspond to the number of detectors 206) and, as is explained below, a separate interference detector (such as the detector 440B) can be used for each signal $x_k(n)$. In some embodiments, the composite detector signal 401B can comprise the interference signal detected by the detectors 206, without any light data. This can be accomplished, for example, by configuring the circuitry 234 of FIG. 2 to keep the emitters 204 off and by configuring the detectors 206 to detect only the ambient and/or environment interference levels attenuated by the tissue 205.

A demodulation module 403B models and demodulates the digitized composite detector signal $x_k(n)$ 401B (e.g., a 48 KHz composite signal) to separate the interference signal into interference signals related to each emitted wavelength and to remove the frequency components of the carrier signal. As is illustrated in FIG. 4B, in some embodiments the demodulation module 403B can be configured to model and demodulate the digitized composite detector signal 401B into N (e.g., 8) channels of demodulated data. Each channel can be configured to correspond to a different frequency (i.e., sin(t) and cos(t) components of each harmonic, as is further explained below) of the modulated light signal produced by an emitter 204.

In some embodiments, a modulated light signal can be produced by modulating a periodic, rectangular pulse train (i.e., the carrier signal) by the light produced by the emitters 204. The circuit 234 can be configured such that only one emitter 204 (e.g., light emitting diodes) is active at any given time period. For example, if there are two emitters 204 (e.g., red and infrared light emitting diodes), the circuit 234 can apply current to activate the first emitter during a first time interval of duration $\tau_1$, while keeping the second emitter inactive. Thereafter, no current can be applied to either emitter during a second time interval of duration $\tau_2$. Then, the current can be applied to activate the second emitter during a third time interval of duration $\tau_3$, while keeping the first emitter inactive. Finally, the modulation cycle can be completed by applying no current to either emitter during a fourth time interval $\tau_4$. Thereafter, the cycle can be repeated by restarting with the first interval. All four time intervals $\tau_1$, $\tau_3$, $\tau_3$, and $\tau_4$ can be of the same duration $\tau$. Accordingly, the carrier signal, a periodic, rectangular pulse train having a pulse width $\tau$ and a period of $4\tau$ and corresponding Fourier coefficients of $\tau F_0 \ast \mathrm{sinc}(k F_0 \tau)$, where $F_0$ is the fundamental frequency (i.e. inverse of the period) and $k=\pm 1, \pm 2, \ldots$, is modulated by the light emitted by the emitters 204. The Fourier coefficients correspond to the fundamental frequency and its harmonics (or integer multiples of the fundamental frequency). The circuit 234 can be configured to similarly modulate any number of carrier signals by any number of emitters 204, such as 8 emitters.

In order to recover the intensity of the light signal, attenuated through the tissue 205 and detected by the detectors 206, the demodulation module 403B can be configured to model and analyze the composite detector signal 401B at the fundamental frequency $F_0$ and the harmonics of the periodic pulse train ("frequencies of interest"). This can be accomplished by

10

shifting the envelope of the modulated signal (i.e. composite detector signal), or part of the envelope that comprises a significant energy of the intensity signal, to a frequency of interest and then applying a filter to remove components at other higher frequencies. In some embodiments, several frequencies of interest can be used and shifting of the envelope can be accomplished by multiplying the modulated signal by a cosine or sine signal having the frequency corresponding to the frequency of interest. A skilled artisan will recognize from the disclosure herein that frequencies of interest can be frequencies other than the fundamental frequency $F_0$ and its harmonics and demodulations methods other than shifting the signal envelope can be used.

In some embodiments, the demodulation module 403B can be further configured to reduce or eliminate in the composite detector signal crosstalk between the light signals output by different emitters 204. For example, if there are two emitters 204 (e.g., red and infrared light emitting diode), crosstalk in the composite detector signal can be defined as the effect of the red light signal on the infrared light signal and vice versa. Such crosstalk can be minimized or eliminated by selecting appropriate demodulating signals and multiplying these by the composite detector signal. In some embodiments as is explained in the above-identified issued U.S. Pat. No. 6,229, 856, demodulating signals reducing or eliminating crosstalk can be configured as cosine signals with frequencies of the fundamental frequency $F_0$ and harmonics of the carrier pulse train: $C_1 \cos(2\pi F_0 t), C_2 \cos(4\pi F_0 t), C_3 \cos(6\pi F_0 t)$, and so on (where $C_1, C_2, C_3, \ldots$ are constants selected to minimize or eliminate crosstalk).

Additionally, selecting frequencies of interest can result in reducing the effect of at least some types and intensities of ambient or environment noise on the light intensity signals. For example, the fundamental frequency $F_0$ can be selected as 316.7 Hz (i.e., with harmonics at 316.7 n Hz, where n is an integer value) to reduce or eliminate the effect of power line noise (60 Hz or 50 Hz fundamental frequency with harmonics at 60n Hz or 50n Hz, where n is an integer value). Accordingly, the nearest harmonic of power line noise to the light signal intensity comprised by the modulated pulse train having the fundamental frequency of 316.7 Hz would be 300 and 360 Hz, for 60 Hz power line frequency, and 300 and 350 Hz, for 50 Hz power line frequency. This would provide a frequency separation of noise and light intensity. In some embodiments, the fundamental frequency $F_0$ can be selected as 330 Hz to provide the separation.

Accordingly, in some embodiments, the demodulation module 403B of the interference detector 440B can be configured to model and analyze the composite detector signal 401B, which comprises interference, at the fundamental frequency $F_0$ and its harmonics. Accordingly, the demodulation module 403B operates at the modulation frequency and its harmonics as applied to demodulate the modulated composite light signal. As is explained above, interference signals having components at these frequencies of interest can significantly degrade the recovery of the light intensity signals from the composite detector signal. Therefore, it is advantageous to determine the level of interference at these frequencies of interest and to compute the likelihood of successful recovery and processing of the light intensity signals given in the presence of ambient and/or environment interference. In some embodiments, the demodulation module 403B can be configured to model the interference signal at the fundamental frequency and the second, third, and fourth harmonics. However, a skilled artisan will recognize a wide variety of signal modeling combinations from the disclosure herein.

US 8,471,713 B2

11

Furthermore, the demodulation module **403**B can be configured to model the full energy spectrum of the interference signal at the frequencies of interest. This can be accomplished by capturing the energy of the interference signal at the frequencies of interest regardless of the phase variation of the interference signal at those frequencies. In some embodiments, this can be accomplished by using both cosine and sine as demodulating signals. Because cosine and sine signals of the same frequency are $\pi/2$ radians out of phase, using these as complementary demodulating signals can model and capture all of the potential interference signal energy at the frequencies of interest. In some embodiments, the spectrum of the interference signal can be modeled by using only a cosine or only a sine demodulating signal. A skilled artisian will recognize a wide variety of demodulating signals, such as orthogonal signals, from the disclosure herein.

As is illustrated in FIG. **4**B, the demodulation module **403**B can model the full spectrum of the interference signal at the fundamental frequency $F_0$ and the harmonics $2F_0$, $3F_0$, and $4F_0$. Both sine and cosine demodulating signals can be used. The digitized composite detector signal $x_g(n)$ **401**B can be multiplied by $\sin(2\pi f_0/F_s n)$ at **410** and by $\cos(2\pi f_0/F_s n)$ at **420** to model the full spectrum of the interference signal at the fundamental frequency $F_0$ ($F_s$ is the sampling frequency). The digitized composite detector signal $x_g(n)$ **401**B can be multiplied by $\sin(4\pi F_0/F_s n)$ at **430** and by $\cos(4\pi F_0/F_s n)$ at **440** to model the full spectrum of the interference signal at the second harmonic $2F_0$. The digitized composite detector signal $x_g(n)$ **401**B can be multiplied by $\sin(6\pi F_0/F_s n)$ at **450** and by $\cos(6\pi F_0/F_s n)$ at **460** to model the full spectrum of the interference signal at the third harmonic $3F_0$. Finally, the digitized composite detector signal $x_g(n)$ **401**B can be multiplied by $\sin(8\pi F_0/F_s n)$ at **470** and by $\cos(8\pi F_0/F_s n)$ at **480** to model the full spectrum of the interference signal at the third harmonic $4F_0$. As is illustrated, N=8 channels of demodulated interference signal data can be produced.

The demodulated interference signal data can be presented to a decimation module **404**B, which reduces the sampling rate by eliminating samples and, additionally, may provide signal conditioning and filtering. Because decimation reduces the number of data samples, it can reduce computational burden on the interference detector **440**B and, additionally, reduce power consumption of the patient monitor. As is illustrated in FIG. **4**B, the decimation module **404**B can be configured as a series of downsample-by-2 blocks, each of which reduces the sampling rate by a factor of 2 by discarding every other signal sample. In order to satisfy the sampling theorem and to avoid aliasing, each of the downsample-by-2 blocks should be preceded by a low-pass filter having a cutoff frequency of $F_s/2^m$, where m is the number of the downsample-by-2 block in the series. Performing the low-pass filtering can result in the elimination of the components at other higher frequencies that do not carry any potentially useful information after the demodulation has been performed. Accordingly, the first channel of demodulated interference signal data (after being multiplied by $\sin(2\pi F_0/F_s n)$ at **410**) can be filtered at **411** by a low-pass filter having a cut-off frequency of $F_s/2$, and can be subsequently decimated by a factor of 2 at **412**. Subsequently, the remaining data samples of the first channel can be similarly filtered and decimated until, after being filtered by a low-pass filter **413** having a cut-off frequency of $F_s/2^m$ and decimated by a factor of 2 by a downsample-by-2 block at **414**, the data samples are reduced to the desired sampling rate. This can performed for each channel of demodulated interference signal data, as is illustrated in FIG. **4**B. In some embodiments a 48 KHz demodulated multiple channel data stream can be decimated

12

to 62.5 Hz by a string of $\log_2(48000/62.5)$ (or approximately 10) downsample-by-2 blocks, each preceded by an anti-aliasing low-pass filter. In some embodiments dowsample-by-M blocks can be used instead, each of which reduces the sampling rate by a factor of M. In some embodiments (e.g., when a sigma-delta analog-to-digital converter is used), dowsample-by-L and downsample-by-M blocks can be used instead, each of which reduces the sampling rate by a factors of L and M. In some embodiments, a single downsample block can be used to achieve the desired sampling rate. A skilled artisian will recognize a wide variety of signal decimation techniques from the disclosure herein.

The demodulated, decimated interference signal data can be presented to an energy detector **405**B for calculation of interference levels. A signal's energy can be calculated by summing up squared absolute values of the signal samples. As is illustrated in FIG. **4**B, the demodulated, decimated data samples of the first channel are squared at **415**. This can be performed for each channel of demodulated, decimated interference signal data. In some embodiments, the squared samples can be summed up. In some embodiments in addition to being summed up, the squared samples can also be filtered by a moving average filter. A moving average filter has low-pass characteristics and, accordingly, smoothes the signal by removing high-frequency components (e.g., short ambient or environment noise transients). A moving average filter can be configured with weighted or non-weighted filter coefficients. For example, a simple, non-weighted moving average filter sums up all the squared samples and divides the resulting sum by the number of samples. This results in computing the average power of the signal. As is illustrated in FIG. **4**B, the calculated energy signal of the first channel is smoothed by the moving average filter **416** to determine the average power (or simply power) of the signal. As is illustrated, this can be performed on each channel of demodulated, decimated data to determine the power of the interference signal on each channel. In some embodiments, root mean square power of the signal on each channel can be computed by further calculating a square root of the computed power.

In some embodiments, the calculated energy or power computed for complementary cosine and sine channels sharing the same frequency can be summed in order to determine energy or power of the interference signal at each frequency of interest. As is explained above, because cosine and sine signals of the same frequency are $\pi/2$ radians out of phase, using both as complementary demodulating signals can model and capture all of the potential interference signal energy at the frequencies of interest. As is illustrated in FIG. **4**B, at **490** the computed power values are added up in order determine the full spectrum power of the interference signal at the fundamental frequency $F_0$. Similar additions can be performed on other channels in order to determine the full spectrum power of the interference signal at the second ($2F_0$), third ($3F_0$), and fourth ($4F_0$) harmonics.

The interference level (or output) computed by the interference detector **440**B for the digitized composite detector signal $x_g(n)$ **401**B can be the maximum computed energy or power at the frequencies of interest. As is illustrated in FIG. **4**B, at **495** such maximum can be selected as the output of the interference detector **440**B. The maximum computed signal energy or power of the interference signal can represent the worst-case conditions for measuring physiological parameter information. In some embodiments, all computed interference signal energies or powers can be output. In some embodiments, the computed values can be further processed, such as averaged, filtered, and the like. A skilled artisian will

US 8,471,713 B2

13

recognize a wide variety of approaches to compute the interference output from the disclosure herein.

FIG. 4C illustrates a functional block diagram of an interference detector 440C of the patient monitor, such as, for example, the processor 428 of FIG. 4A. In embodiments comprising multiple detectors 206, computation of the interference levels can be performed separately on each composite detector signal captured by each of the detectors 206. As is shown in FIG. 4C, the interference detector 440C comprises four interference detectors 402C, each configured for calculating the interference level for the composite detector signal, $x_1(n)$ through $x_4(n)$, obtained from each of four detectors 206. Each of the interference detectors 402C can be configured as the detector 440B of FIG. 4B, and can output the maximum computed interference signal energy or power. At 496C, the maximum interference signal energy (or power) can be selected as selected as output. This can represent the worst-case conditions for measuring physiological parameter information. In some embodiments, all computed interference signal energies or powers can be output. In some embodiments, the computed values can be further processed, such as averaged, filtered, and the like. A skilled artisan will recognize a wide variety of approaches to compute the interference level from the disclosure herein.

FIG. 5 illustrates an interference detection process performed by a patient monitoring system, such as the patient monitoring system 200 of FIG. 2. At step 501 the analog composite detector signal is received from the detector(s) 206. The signal can be configured to comprise only the interference signal without any light intensity components. At step 502, the composite detector signal is conditioned by, for example, adjusting or normalizing the signal's gain, removing unwanted frequency components by passing the signal through a band-pass or a low-pass filter, normalizing the phase of the signal by passing it through an all-pass filter with the desired phase response, and the like. At step 503, the conditioned composite detector signal is digitized into samples by performing A/D conversion. At step 504, the digitized composite detector signal is demodulated into one or more data channels. Demodulated signal data can be obtained by shifting the frequency spectrum of the digitized composite detector signal to frequencies and phases of interest, by, for example, multiplying by cosine and/or sine functions of the desired frequency and phase. At step 505, the demodulated signal channels can be compressed by decimation. Decimation reduces the number of samples comprised by each channel. Also, in order to avoid aliasing of the channel data, decimation should be preceded by low-pass filtering and removing unwanted higher frequency components from the channels. At step 506, the energy of the digitized composite detector channel data is determined. For example, this can be accomplished by calculating the power of the signal on each channel by summing up the squared values of samples on each channel and dividing by the number of samples. In some embodiments, the maximum computed power is selected across all channels to represent the worst-case (i.e. maximum) power of the detected interference signal.

The maximum computed energy or power of the interference signal (or interference output) can be communicated to the user at 507. In some embodiments, the interference output can be presented to the user visually as, for example, in a bar graph. As is illustrated in FIG. 5, the interference output can be compared to a threshold. In some embodiments, the threshold can be configured as a multiple of the noise floor of the patient monitoring system. The noise floor of a system is a measure of the noise signal created inherently (i.e., without application of any input signal) by the electronic components

14

of the system due to thermal noise, shot noise, and the like. The noise floor further establishes a limit on the smallest measurement that can be reliably performed by the system. Furthermore, the noise floor of a system can be measured experimentally. For example, the noise floor of a system for measuring the concentration of total hemoglobin in blood, such as 10 ppm. Accordingly, the threshold can be set according to the type of physiological parameter the patient monitoring system is configured to measure. In some embodiments, the threshold multiplier can be configurable and programmable.

As is illustrated in FIG. 5, at 510 the interference output can be compared to the threshold. When the interference output is smaller or equal to the threshold, the bar graph can be updated at 511 with green color (or shading) of height or width proportional to the threshold. For example, the height or width of the green bar can be computed as (threshold−interference output)/threshold. As another example, the computed value can be expressed as a percentage. When the interference output is greater than the threshold, the bar graph can be updated at 512 with red color (or shading) of height or width proportional to the threshold.

For example, the height or width of the red bar can be computed as (interference output−threshold)/threshold. As another example, the computed value can be expressed as a percentage. A skilled artisan will recognize that other computation formulas or colors can be used to alert the user to the interference output of the patient monitor.

FIGS. 6A-D illustrate user interface indicia indicating use of and output from the interference detector, such the interference detector of FIG. 1. FIG. 6A illustrates a speedometer gauge-type visual display 600A of the calculated interference output. The dial 601A comprises numbers (0-9) indicating the severity of the interference output. The threshold can, for example, correspond to approximately the middle of the dial (i.e. number 6). The arrow 602A is configured to point to the calculated interference output relative to the threshold. The dial can be further shaded to for quick visual indication of the severity of the calculated interference output. For example, the shading under the range 0-3 can be green to indicate low interference levels, the shading under the range 3-6 can be yellow to indicate moderate interference levels, and the shading under the range 6-9 can be red to indicate severe interference levels.

FIG. 6B illustrates a bar graph-type visual display 600B. The green color or shading 603B indicates the percentage of the computed interference output relative to the threshold. For example, when the threshold is 10 and the computed interference output is 2, the green color or shading 603B can display 80% (i.e., 100%×(10−2)/10) and its width can be indicative of this percentage value. The red color or shading 604B likewise indicates the percentage of the interference output relative to the threshold. In the above example, the red color or shading 604B can display 20% and its width can be indicative of this percentage value. Alternatively, the red color or shading may not be displayed unless the computed interference output exceeds the threshold. For example, when the threshold is 10 and the computed interference output is 20, the red color or shading 604B can display 200% (i.e. 100%×20/10) with the width covering the entire bar graph display 600B. The green color or shading 603B may not be displayed in this case. In some embodiments, the threshold can correspond to the middle of the bar graph display 600B and the green and red color or shading can be computed and displayed accordingly. In some embodiments, other colors (e.g., yellow) can be also displayed.

US 8,471,713 B2

15

FIG. **6**C illustrates a bar graph-type visual display **600**C. The green color or shading indicates the percentage of the computed interference output relative to the threshold, without displaying the percentage value. For example, when the threshold is 10 and the computed interference output is 6, the green color or shading **605**C can be displayed with a width of 40% (i.e., 100%×(10−6)/10) of the bar graph display **600**C. The red color or shading **606**C likewise indicates the percentage of the interference output relative to the threshold. In the above example, the red color or shading **606**C can be displayed with a width of 60%. Alternatively, the red color or shading may not be displayed unless the computed interference output exceeds the threshold. For example, when the threshold is 10 and the computed interference output is 11, the red color or shading **606**C can be displayed with a width of 110% (i.e. 100%×11/10) or covering the entire bar graph display **600**C. The green color or shading **605**C may not be displayed in this case. In some embodiments, the threshold can correspond to the middle of the bar graph display **600**C and the green and red color or shading can be computed and displayed accordingly. In some embodiments, other colors (e.g., yellow) can be also displayed.

FIG. **6**D illustrates a bar graph-type visual display **600**D which is similar to **600**C but is vertical. The green color or shading indicates the percentage of the computed interference output relative to the threshold, without displaying the percentage value. For example, when the threshold is 10 and the computed interference output is 3, the green color or shading **607**D can be displayed with a height of 70% (i.e., 100%×(10−3)/10) of the bar graph display **600**D. The red color or shading **608**D likewise indicates the percentage of the interference output relative to the threshold. In the above example, the red color or shading **608**D can be displayed with a height of 40% of the bar graph display **600**D. Alternatively, the red color or shading may not be displayed unless the computed interference output exceeds the threshold. For example, when the threshold is 10 and the computed interference output is 12, the red color or shading **608**D can be displayed with the height of 120% (i.e. 100%×12/10) or covering the entire bar graph display **600**D. The green color or shading **607**D may not be displayed in this case. In some embodiments, the threshold can correspond to the middle of the bar graph display **600**D and the green and red color or shading can be computed and displayed accordingly. In some embodiments, other colors (e.g., yellow) can be also displayed. FIGS. **6**E-**6**H also illustrate alternative displays utilizing different colors, graphics, shapes and indications, including, for example, happy or sad faces, indicator bars, indicator lights, etc.

In some embodiments, the patient monitor can be configured to provide audio notification to the user. For example, after computing the interference output and comparing it to the threshold, the patient monitor can sound the phrase "Safe to Measure" when the interference output is below the threshold. As another example, the patient monitor can sound the phrase "Danger" when the interference output is close or above the threshold. A skilled artisian will recognize a variety of audio/visual notification techniques from the disclosure herein.

Although the interference detector for a patient monitor is disclosed with reference to its preferred embodiment, the invention is not intended to be limited thereby. Rather, a skilled artisan will recognize from the disclosure herein a wide number of alternatives for the interference detector for patient monitor. For example, the patient monitor can "lock out" the user from performing measurements of physiologi-

16

cal parameters when the computed interference levels are determined to significantly degrade the accuracy of the measurements.

In addition to those processes described above, other processes and combination of processes will be apparent to those of skill in the art from the present disclosure. Those of skill will further appreciate that the various illustrative logical blocks, modules, and steps described in connection with the embodiments disclosed herein may be implemented as electronic hardware, computer software, or combinations of both. To clearly illustrate this interchangeability of hardware and software, various illustrative components, blocks, modules, and steps have been described above generally in terms of their functionality. Whether such functionality is implemented as hardware or software depends upon the particular application and design constraints imposed on the overall system. Skilled artisans can implement the described functionality in varying ways for each particular application, but such implementation decisions should not be interpreted as causing a departure from the scope of the present invention.

The various illustrative logical blocks, modules, and steps described in connection with the embodiments disclosed herein can be implemented or performed with a general purpose processor, a digital signal processor (DSP), an application specific integrated circuit (ASIC), a field programmable gate array (FPGA) or other programmable logic device, discrete gate or transistor logic, discrete hardware components, or any combination thereof designed to perform the functions described herein. A general purpose processor can be a microprocessor, conventional processor, controller, microcontroller, state machine, etc. A processor can also be implemented as a combination of computing devices, e.g., a combination of a DSP and a microprocessor, a plurality of microprocessors, one or more microprocessors in conjunction with a DSP core, or any other such configuration. In addition, the term "processing" is a broad term meant to encompass several meanings including, for example, implementing program code, executing instructions, manipulating signals, filtering, performing arithmetic operations, and the like.

The modules can include, but are not limited to, any of the following: software or hardware components such as software, object-oriented software components, class components and task components, processes, methods, functions, attributes, procedures, subroutines, segments of program code, drivers, firmware, microcode, circuitry, data, databases, data structures, tables, arrays, or variables.

The steps of a method or algorithm described in connection with the embodiments disclosed herein can be embodied directly in hardware, in a software module executed by a processor, or in a combination of the two. A software module can reside in RAM memory, flash memory, ROM memory, EPROM memory, EEPROM memory, registers, hard disk, a removable disk, a CD-ROM, a DVD, or any other form of storage medium known in the art. A storage medium is coupled to the processor such that the processor can read information from, and write information to, the storage medium. In the alternative, the storage medium can be integral to the processor. The processor and the storage medium can reside in an ASIC. The ASIC can reside in a user terminal. In the alternative, the processor and the storage medium can reside as discrete components in a user terminal.

Although the foregoing invention has been described in terms of certain preferred embodiments, other embodiments will be apparent to those of ordinary skill in the art from the disclosure herein. Additionally, other combinations, omissions, substitutions and modifications will be apparent to the skilled artisan in view of the disclosure herein. It is contem-

US 8,471,713 B2

17
18

plated that various aspects and features of the invention described can be practiced separately, combined together, or substituted for one another, and that a variety of combinations and subcombinations of the features and aspects can be made and still fall within the scope of the invention. Furthermore, the systems described above need not include all of the modules and functions described in the preferred embodiments. Accordingly, the present invention is not intended to be limited by the reaction of the preferred embodiments, but is to be defined by reference to the appended claims.

Additionally, all publications, patents, and patent applications mentioned in this specification are herein incorporated by reference to the same extent as if each individual publication, patent, or patent application was specifically and individually indicated to be incorporated by reference.

What is claimed is:

**1**. A noninvasive monitor for determining measurement values for one or more physiological parameters of a monitored patient, the noninvasive monitor comprising a signal processor configured to:

receive one or more sensor signals from a sensor responsive to light attenuated by tissue of a monitored patient, said sensor including a light source and one or more detectors housed in a sensor housing that positions said light source and said one or more detectors proximate said tissue;

process said one or more sensor signals to determine measurement values for one or more physiological parameters of said monitored patient; and

determine an amount of ambient electronic interference proximate said sensor when said light source is off, and at least one of an audio or visual indication of said amount of ambient electronic interference, said audio or visual indication perceptible by a caregiver.

**2**. The noninvasive monitor of claim **1**, further comprising a display, and wherein said signal processor is further configured to output a display signal responsive to said amount of said ambient electronic interference, said display providing a visual cue responsive to said display signal.

**3**. The noninvasive monitor of claim **2**, wherein said visual cue comprises a meter.

**4**. The noninvasive monitor of claim **3**, further comprising a memory configured to store an interference threshold, and wherein said meter is configured to show said amount of ambient electronic interference relative said interference threshold.

**5**. The noninvasive monitor of claim **4**, wherein said meter comprises a continuum from low interference to high interference, and wherein said interference threshold is between said low and high.

**6**. The noninvasive monitor of claim **5**, wherein said meter comprises a bar graph.

**7**. The noninvasive monitor of claim **5**, wherein said meter comprises a moving electronic dial.

**8**. The noninvasive monitor of claim **5**, wherein said meter comprises a series of LEDs.

**9**. The noninvasive monitor of claim **5**, wherein said meter comprises an alphanumeric representation.

**10**. The noninvasive monitor of claim **5**, wherein said low is generally associated with green and high is generally associated with red.

**11**. The noninvasive monitor of claim **1**, wherein said signal processor is configured to continually determine said amount of ambient electronic interference when in an interference detection mode thereby allowing said caregiver to change locations and monitor said ambient electronic interference as they move.

**12**. The noninvasive monitor of claim **1**, further comprising a sound transducer, and wherein said signal processor is configured to output an audio signal responsive to said amount of said ambient electronic interference, said transducer providing an audio cue responsive to said audio signal.

**13**. The noninvasive monitor of claim **1**, wherein said signal processor is configured to determine said amount of ambient electronic interference after attenuation by said tissue.

**14**. The noninvasive monitor of claim **13**, wherein said signal processor is configured to determine levels of interference of said amount of ambient electronic interference at a plurality of frequencies and determine a likelihood of successful processing of said one or more sensor signals given said amount of ambient electronic interference.

**15**. The noninvasive monitor of claim **13**, wherein said signal processor is configured to determine said amount of ambient electronic interference based at least on said one or more sensor signals.

**16**. A method of determining whether a sensitive instrument will have difficulty determining accurate measurements of physiological parameters of a patient, the method comprising:

selecting an interference detection mode on a patient monitor, said patient monitor configured to receive from a sensor one or more sensor signals responsive to light attenuated by tissue of a monitored patient and process the one or more sensor signals to determine measurement values for one or more physiological parameters of said monitored patient, the sensor including a light source and one or more detectors housed in a sensor housing that positions the light source and said one or more detectors proximate said tissue;

electronically determining with a signal processor an amount of ambient electronic interference proximate said sensor; and

electronically outputting at least one of an audio or visual indication of said amount of ambient electronic interference, said audio or visual indication perceptible by a caregiver.

**17**. The method of claim **16**, wherein said outputting comprises displaying a visual cue.

**18**. The method of claim **17**, wherein said displaying said visual cue comprises changing a displayed measurement on at least one of a meter, a moving electronic dial, a bar graph, a series of LEDs, and an alphanumeric representation.

**19**. The method of claim **16**, wherein said outputting comprises producing an audio cue.

**20**. The method of claim **19**, wherein said producing said audio cue comprises changing at least one of pitch or volume along an audio continuum.

**21**. A patient monitor configured to determine whether the patient monitor will have difficulty determining accurate measurements of physiological parameters of a patient, the patient monitor comprising a memory and a processor configured to:

receive from a sensor one or more sensor signals responsive to light attenuated by tissue of a monitored patient, the sensor including a light source and one or more detectors housed in a sensor housing that positions the light source and said one or more detectors proximate said tissue;

process the one or more sensor signals to determine measurement values for one or more physiological parameters of said monitored patient;

receive a selected interference detection mode;

electronically determine an amount of ambient electronic interference proximate said sensor; and

US 8,471,713 B2

**19**

electronically output at least one of an audio or visual indication of said amount of ambient electronic interference, said audio or visual indication perceptible by a caregiver.

**22**. The patient monitor of claim **21**, wherein the processor is configured to output said visual indication.

**23**. The patient monitor of claim **22**, wherein the processor is configured to output said visual indication by changing a displayed measurement on at least one of a meter, a moving electronic dial, a bar graph, a series of LEDs, and an alphanumeric representation.

**24**. The patient monitor of claim **21**, wherein the processor is configured to output said audio indication.

**25**. The patient monitor of claim **24**, wherein the processor is configured to output said audio indication by changing at least one of pitch or volume along an audio continuum.

**20**

\*  \*  \*  \*  \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 8,471,713 B2                                   Page 1 of 1
APPLICATION NO.   : 12/841965
DATED             : June 25, 2013
INVENTOR(S)       : Poeze et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Specification

In column 6 at line 2, Change "artisian" to --artisan--.

In column 6 at line 42, Change "ND" to --A/D--.

In column 10 at line 9, Change "artisian" to --artisan--.

In column 10 at line 66, Change "artisian" to --artisan--.

In column 11 at line 14, Change "artisian" to --artisan--.

In column 12 at line 3, Change "dowsample-by-M" to --downsample-by-M--.

In column 12 at line 7, Change "dowsample-by-L" to --downsample-by-L--.

In column 12 at line 7, Change "downslample-by-M" to --downsample-by-M--.

In column 12 at line 11, Change "artisian" to --artisan--.

In column 12 at line 67, Change "artisian" to --artisan--.

In column 13 at line 22, Change "artisian" to --artisan--.

In column 14 at line 27, Change "artisian" to --artisan--.

In column 15 at line 58, Change "artisian" to --artisan--.

Signed and Sealed this
Tenth Day of June, 2014

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*

# Exhibit 17

to the Declaration of Michael J.R. Polson,
Ph.D. in Support of Apple Inc.'s Motion to
Compel Plaintiffs to Comply with
Section 2019.210

US008515509B2

(12) **United States Patent**      (10) **Patent No.:**     **US 8,515,509 B2**
Bruinsma et al.                     (45) **Date of Patent:**       **Aug. 20, 2013**

(54) **MULTI-STREAM EMITTER FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS**

(75) Inventors: **Johannes Bruinsma**, Mission Viejo, CA (US); **Marcelo Lamego**, Coto De Caza, CA (US); **Sean Merritt**, Lake Forest, CA (US); **Cristiano Dalvi**, Mission Viejo, CA (US); **Hung Vo**, Garden Grove, CA (US); **Jeroen Poeze**, Mission Viejo, CA (US); **Ferdyan Lesmana**, Irvine, CA (US); **Massi Joe E. Kiani**, Laguna Niguel, CA (US)

(73) Assignee: **Cercacor Laboratories, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 792 days.

(21) Appl. No.: **12/534,825**

(22) Filed: **Aug. 3, 2009**

(65) **Prior Publication Data**

US 2010/0030041 A1      Feb. 4, 2010

**Related U.S. Application Data**

(60) Provisional application No. 61/086,060, filed on Aug. 4, 2008, provisional application No. 61/086,108, filed on Aug. 4, 2008, provisional application No. 61/086,063, filed on Aug. 4, 2008, provisional application No. 61/086,057, filed on Aug. 4, 2008, provisional application No. 61/091,732, filed on Aug. 25, 2008.

(51) **Int. Cl.**
*A61B 5/00*          (2006.01)
(52) **U.S. Cl.**
USPC ........................................................ **600/322**

(58) **Field of Classification Search**
USPC .......................................................... 600/322
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,114,604 A      9/1978   Shaw et al.
4,258,719 A      3/1981   Lewyn
(Continued)

FOREIGN PATENT DOCUMENTS
EP       419223        3/1991
WO     WO93/12712      7/1993
WO     WO 00/25112     5/2000
OTHER PUBLICATIONS

International Search Report and Written Opinion for PCT/US2009/049638, mailed Jan. 7, 2010.

(Continued)

*Primary Examiner* — Clayton E LaBalle
*Assistant Examiner* — Dennis Hancock
(74) *Attorney, Agent, or Firm* — Knobbe Martens Olson & Bear, LLP

(57) **ABSTRACT**

The present disclosure relates to an emitter that is suitable for a noninvasive blood constituent sensor. The emitter is configured as a point optical source that comprises a plurality of LEDs that emit a sequence of pulses of optical radiation across a spectrum of wavelengths. In some embodiments, the plurality of sets of optical sources may each comprise at least one top-emitting LED and at least one super luminescent LED. In some embodiments, the emitter comprises optical sources that transmit optical radiation in the infrared or near-infrared wavelengths suitable for detecting glucose. In order to achieve the desired SNR for detecting analytes like glucose, the emitter may be driven using a progression from low power to higher power. In addition, the emitter may have its duty cycle modified to achieve a desired SNR.

**36 Claims, 65 Drawing Sheets**



**US 8,515,509 B2**

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,267,844 A | 5/1981 | Yamanishi | |
| 4,444,471 A | 4/1984 | Ford et al. | |
| 4,655,225 A * | 4/1987 | Dahne et al. | 600/316 |
| 4,755,676 A | 7/1988 | Gaalema et al. | |
| 4,781,195 A | 11/1988 | Martin | |
| 4,805,623 A | 2/1989 | Jöbsis | |
| 4,880,304 A | 11/1989 | Jaeb et al. | |
| 4,960,128 A | 10/1990 | Gordon et al. | |
| 4,964,408 A | 10/1990 | Hink et al. | |
| 5,028,787 A | 7/1991 | Rosenthal et al. | |
| 5,035,243 A | 7/1991 | Muz | |
| 5,041,187 A | 8/1991 | Hink et al. | |
| 5,069,213 A | 12/1991 | Polczynski | |
| 5,069,214 A | 12/1991 | Samaras et al. | |
| 5,077,476 A | 12/1991 | Rosenthal | |
| D326,715 S | 6/1992 | Schmidt | |
| 5,131,391 A | 7/1992 | Sakai et al. | |
| 5,137,023 A | 8/1992 | Mendelson et al. | |
| 5,163,438 A | 11/1992 | Gordon et al. | |
| 5,222,496 A | 6/1993 | Clarke et al. | |
| 5,249,576 A | 10/1993 | Goldberger et al. | |
| 5,278,627 A | 1/1994 | Aoyagi et al. | |
| 5,297,548 A | 3/1994 | Pologe | |
| 5,319,355 A | 6/1994 | Russek | |
| 5,337,744 A | 8/1994 | Branigan | |
| 5,337,745 A | 8/1994 | Benaron | |
| 5,341,805 A | 8/1994 | Stavridi et al. | |
| 5,362,966 A | 11/1994 | Rosenthal et al. | |
| D353,195 S | 12/1994 | Savage et al. | |
| D353,196 S | 12/1994 | Savage et al. | |
| 5,377,676 A | 1/1995 | Vari et al. | |
| D356,870 S | 3/1995 | Ivers et al. | |
| D359,546 S | 6/1995 | Savage et al. | |
| 5,431,170 A | 7/1995 | Mathews | |
| D361,840 S | 8/1995 | Savage et al. | |
| 5,437,275 A | 8/1995 | Amundsen et al. | |
| 5,441,054 A | 8/1995 | Tsuchiya | |
| D362,063 S | 9/1995 | Savage et al. | |
| 5,452,717 A | 9/1995 | Branigan et al. | |
| D363,120 S | 10/1995 | Savage et al. | |
| 5,456,252 A | 10/1995 | Vari et al. | |
| 5,479,934 A | 1/1996 | Imran | |
| 5,482,034 A | 1/1996 | Lewis et al. | |
| 5,482,036 A | 1/1996 | Diab et al. | |
| 5,490,505 A | 2/1996 | Diab et al. | |
| 5,494,043 A | 2/1996 | O'Sullivan et al. | |
| 5,511,546 A | 4/1996 | Hon | |
| 5,533,511 A | 7/1996 | Kaspari et al. | |
| 5,534,851 A | 7/1996 | Russek | |
| 5,553,615 A | 9/1996 | Carim et al. | |
| 5,553,616 A * | 9/1996 | Ham et al. | 600/316 |
| 5,561,275 A | 10/1996 | Savage et al. | |
| 5,562,002 A | 10/1996 | Lalin | |
| 5,590,649 A | 1/1997 | Caro et al. | |
| 5,602,924 A | 2/1997 | Durand et al. | |
| D378,414 S | 3/1997 | Allen et al. | |
| 5,632,272 A | 5/1997 | Diab et al. | |
| 5,638,816 A | 6/1997 | Kiani-Azarbayjany et al. | |
| 5,638,818 A | 6/1997 | Diab et al. | |
| 5,645,440 A | 7/1997 | Tobler et al. | |
| 5,676,143 A | 10/1997 | Simonsen et al. | |
| 5,685,299 A | 11/1997 | Diab et al. | |
| D390,666 S | 2/1998 | Lagerlof | |
| D393,830 S | 4/1998 | Tobler et al. | |
| 5,743,262 A | 4/1998 | Lepper, Jr. et al. | |
| 5,750,927 A | 5/1998 | Baltazar | |
| 5,752,914 A | 5/1998 | Delonzor et al. | |
| 5,758,644 A | 6/1998 | Diab et al. | |
| 5,760,910 A | 6/1998 | Lepper, Jr. et al. | |
| 5,769,785 A | 6/1998 | Diab et al. | |
| 5,782,757 A | 7/1998 | Diab et al. | |
| 5,785,659 A | 7/1998 | Caro et al. | |
| 5,791,347 A | 8/1998 | Flaherty et al. | |
| 5,792,052 A | 8/1998 | Isaacson et al. | |
| 5,810,734 A | 9/1998 | Caro et al. | |
| 5,823,950 A | 10/1998 | Diab et al. | |
| 5,826,885 A | 10/1998 | Helgeland | |
| 5,830,131 A | 11/1998 | Caro et al. | |
| 5,833,618 A | 11/1998 | Caro et al. | |
| D403,070 S | 12/1998 | Maeda et al. | |
| 5,860,919 A | 1/1999 | Kiani-Azarbayjany et al. | |
| 5,890,929 A | 4/1999 | Mills et al. | |
| 5,902,235 A | 5/1999 | Lewis et al. | |
| 5,904,654 A | 5/1999 | Wohltmann et al. | |
| 5,919,134 A | 7/1999 | Diab | |
| 5,934,925 A | 8/1999 | Tobler et al. | |
| 5,940,182 A | 8/1999 | Lepper, Jr. et al. | |
| D414,870 S | 10/1999 | Saltzstein et al. | |
| 5,995,855 A | 11/1999 | Kiani et al. | |
| 5,997,343 A | 12/1999 | Mills et al. | |
| 6,002,952 A | 12/1999 | Diab et al. | |
| 6,011,986 A | 1/2000 | Diab et al. | |
| 6,027,452 A | 2/2000 | Flaherty et al. | |
| 6,036,642 A | 3/2000 | Diab et al. | |
| 6,045,509 A | 4/2000 | Caro et al. | |
| 6,049,727 A * | 4/2000 | Crothall | 600/310 |
| 6,067,462 A | 5/2000 | Diab et al. | |
| 6,081,735 A | 6/2000 | Diab et al. | |
| 6,088,607 A | 7/2000 | Diab et al. | |
| 6,110,522 A | 8/2000 | Lepper, Jr. et al. | |
| 6,124,597 A | 9/2000 | Shehada | |
| 6,128,521 A | 10/2000 | Marro et al. | |
| 6,129,675 A | 10/2000 | Jay | |
| 6,144,866 A | 11/2000 | Miesel et al. | |
| 6,144,868 A | 11/2000 | Parker | |
| 6,151,516 A | 11/2000 | Kiani-Azarbayjany et al. | |
| 6,152,754 A | 11/2000 | Gerhardt et al. | |
| 6,157,850 A | 12/2000 | Diab et al. | |
| 6,165,005 A | 12/2000 | Mills et al. | |
| 6,172,743 B1 | 1/2001 | Kley et al. | |
| 6,181,958 B1 | 1/2001 | Steuer et al. | |
| 6,184,521 B1 | 2/2001 | Coffin, IV et al. | |
| 6,206,830 B1 | 3/2001 | Diab et al. | |
| 6,223,063 B1 | 4/2001 | Chaiken et al. | |
| 6,229,856 B1 | 5/2001 | Diab et al. | |
| 6,232,609 B1 | 5/2001 | Snyder et al. | |
| 6,236,872 B1 | 5/2001 | Diab et al. | |
| 6,241,683 B1 | 6/2001 | Macklem et al. | |
| 6,253,097 B1 | 6/2001 | Aronow et al. | |
| 6,256,523 B1 | 7/2001 | Diab et al. | |
| 6,263,222 B1 | 7/2001 | Diab et al. | |
| 6,278,522 B1 | 8/2001 | Lepper, Jr. et al. | |
| 6,278,889 B1 * | 8/2001 | Robinson | 600/322 |
| 6,280,213 B1 | 8/2001 | Tobler et al. | |
| 6,285,896 B1 | 9/2001 | Tobler et al. | |
| 6,301,493 B1 | 10/2001 | Marro et al. | |
| 6,317,627 B1 | 11/2001 | Ennen et al. | |
| 6,321,100 B1 | 11/2001 | Parker | |
| D452,012 S | 12/2001 | Phillips | |
| 6,334,065 B1 | 12/2001 | Al-Ali et al. | |
| 6,343,224 B1 | 1/2002 | Parker | |
| 6,345,194 B1 | 2/2002 | Nelson et al. | |
| 6,349,228 B1 | 2/2002 | Kiani et al. | |
| 6,353,750 B1 | 3/2002 | Kimura et al. | |
| 6,360,113 B1 | 3/2002 | Dettling | |
| 6,360,114 B1 | 3/2002 | Diab et al. | |
| 6,360,115 B1 | 3/2002 | Greenwald et al. | |
| D455,834 S | 4/2002 | Donars et al. | |
| 6,368,283 B1 | 4/2002 | Xu et al. | |
| 6,371,921 B1 | 4/2002 | Caro et al. | |
| 6,377,829 B1 | 4/2002 | Al-Ali | |
| 6,388,240 B2 | 5/2002 | Schulz et al. | |
| 6,397,091 B2 | 5/2002 | Diab et al. | |
| 6,430,437 B1 | 8/2002 | Marro | |
| 6,430,525 B1 | 8/2002 | Weber et al. | |
| D463,561 S | 9/2002 | Fukatsu et al. | |
| 6,463,311 B1 | 10/2002 | Diab | |
| 6,470,199 B1 | 10/2002 | Kopotic et al. | |
| 6,501,975 B2 | 12/2002 | Diab et al. | |
| 6,505,059 B1 | 1/2003 | Kollias et al. | |
| 6,515,273 B2 | 2/2003 | Al-Ali | |
| 6,519,487 B1 | 2/2003 | Parker | |
| 6,525,386 B1 | 2/2003 | Mills et al. | |
| 6,526,300 B1 | 2/2003 | Kiani et al. | |

**US 8,515,509 B2**

Page 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6,541,756 | B2 | 4/2003 | Schulz et al. | 7,096,054 | B2 | 8/2006 | Abdul-Hafiz et al. |
| 6,542,764 | B1 | 4/2003 | Al-Ali et al. | 7,132,641 | B2 | 11/2006 | Schulz et al. |
| 6,580,086 | B1 | 6/2003 | Schulz et al. | 7,142,901 | B2 | 11/2006 | Kiani et al. |
| 6,584,336 | B1 | 6/2003 | Ali et al. | 7,149,561 | B2 | 12/2006 | Diab |
| 6,595,316 | B2 | 7/2003 | Cybulski et al. | D535,031 | S | 1/2007 | Barrett et al. |
| 6,597,932 | B2 | 7/2003 | Tian et al. | D537,164 | S | 2/2007 | Shigemori et al. |
| 6,597,933 | B2 | 7/2003 | Kiani et al. | 7,186,966 | B2 | 3/2007 | Al-Ali |
| 6,606,509 | B2 | 8/2003 | Schmitt | 7,190,261 | B2 | 3/2007 | Al-Ali |
| 6,606,511 | B1 | 8/2003 | Ali et al. | 7,215,984 | B2 | 5/2007 | Diab |
| D481,459 | S | 10/2003 | Nahm | 7,215,986 | B2 | 5/2007 | Diab |
| 6,632,181 | B2 | 10/2003 | Flaherty et al. | 7,221,971 | B2 | 5/2007 | Diab |
| 6,636,759 | B2 | 10/2003 | Robinson | 7,225,006 | B2 | 5/2007 | Al-Ali et al. |
| 6,639,668 | B1 | 10/2003 | Trepagnier | 7,225,007 | B2 | 5/2007 | Al-Ali |
| 6,640,116 | B2 | 10/2003 | Diab | RE39,672 | E | 6/2007 | Shehada et al. |
| 6,643,530 | B2 | 11/2003 | Diab et al. | D547,454 | S | 7/2007 | Hsieh |
| 6,650,917 | B2 | 11/2003 | Diab et al. | 7,239,905 | B2 | 7/2007 | Kiani-Azarbayjany et al. |
| 6,654,624 | B2 | 11/2003 | Diab et al. | 7,245,953 | B1 | 7/2007 | Parker |
| 6,658,276 | B2 | 12/2003 | Kianl et al. | D549,830 | S | 8/2007 | Behar et al. |
| 6,661,161 | B1 | 12/2003 | Lanzo et al. | 7,254,429 | B2 | 8/2007 | Schurman et al. |
| 6,671,531 | B2 | 12/2003 | Al-Ali et al. | 7,254,431 | B2 | 8/2007 | Al-Ali |
| 6,678,543 | B2 | 1/2004 | Diab et al. | 7,254,433 | B2 | 8/2007 | Diab et al. |
| 6,684,090 | B2 | 1/2004 | Ali et al. | 7,254,434 | B2 | 8/2007 | Schulz et al. |
| 6,684,091 | B2 | 1/2004 | Parker | D550,364 | S | 9/2007 | Glover et al. |
| 6,697,656 | B1 | 2/2004 | Al-Ali | D551,350 | S | 9/2007 | Lorimer et al. |
| 6,697,657 | B1 | 2/2004 | Shehada et al. | 7,272,425 | B2 | 9/2007 | Al-Ali |
| 6,697,658 | B2 | 2/2004 | Al-Ali | 7,274,955 | B2 | 9/2007 | Kiani et al. |
| RE38,476 | E | 3/2004 | Diab et al. | D553,248 | S | 10/2007 | Nguyen |
| 6,699,194 | B1 | 3/2004 | Diab et al. | D554,263 | S | 10/2007 | Al-Ali |
| 6,714,804 | B2 | 3/2004 | Al-Ali et al. | 7,280,858 | B2 | 10/2007 | Al-Ali et al. |
| RE38,492 | E | 4/2004 | Diab et al. | 7,289,835 | B2 | 10/2007 | Mansfield et al. |
| 6,721,582 | B2 | 4/2004 | Trepagnier et al. | 7,292,883 | B2 | 11/2007 | De Felice et al. |
| 6,721,585 | B1 | 4/2004 | Parker | 7,295,866 | B2 | 11/2007 | Al-Ali |
| 6,725,075 | B2 | 4/2004 | Al-Ali | D562,985 | S | 2/2008 | Brefka et al. |
| 6,728,560 | B2 | 4/2004 | Kollias et al. | 7,328,053 | B1 | 2/2008 | Diab et al. |
| 6,735,459 | B2 | 5/2004 | Parker | 7,332,784 | B2 | 2/2008 | Mills et al. |
| 6,745,060 | B2 | 6/2004 | Diab et al. | 7,340,287 | B2 | 3/2008 | Mason et al. |
| 6,760,607 | B2 | 7/2004 | Al-Ali | 7,341,559 | B2 | 3/2008 | Schulz et al. |
| 6,770,028 | B1 | 8/2004 | Ali et al. | 7,343,186 | B2 | 3/2008 | Lamego et al. |
| 6,771,994 | B2 | 8/2004 | Kiani et al. | D566,282 | S | 4/2008 | Al-Ali et al. |
| 6,792,300 | B1 | 9/2004 | Diab et al. | D567,125 | S | 4/2008 | Okabe et al. |
| 6,813,511 | B2 | 11/2004 | Diab et al. | 7,355,512 | B1 | 4/2008 | Al-Ali |
| 6,816,241 | B2 | 11/2004 | Grubisic | 7,356,365 | B2 | 4/2008 | Schurman |
| 6,816,741 | B2 | 11/2004 | Diab | D569,001 | S | 5/2008 | Omaki |
| 6,822,564 | B2 | 11/2004 | Al-Ali | D569,521 | S | 5/2008 | Omaki |
| 6,826,419 | B2 | 11/2004 | Diab et al. | 7,371,981 | B2 | 5/2008 | Abdul-Hafiz |
| 6,830,711 | B2 | 12/2004 | Mills et al. | 7,373,193 | B2 | 5/2008 | Al-Ali et al. |
| 6,850,787 | B2 | 2/2005 | Weber et al. | 7,373,194 | B2 | 5/2008 | Weber et al. |
| 6,850,788 | B2 | 2/2005 | Al-Ali | 7,376,453 | B1 | 5/2008 | Diab et al. |
| 6,852,083 | B2 | 2/2005 | Caro et al. | 7,377,794 | B2 | 5/2008 | Al-Ali et al. |
| D502,655 | S | 3/2005 | Huang | 7,377,899 | B2 | 5/2008 | Weber et al. |
| 6,861,639 | B2 | 3/2005 | Al-Ali | 7,383,070 | B2 | 6/2008 | Diab et al. |
| 6,898,452 | B2 | 5/2005 | Al-Ali et al. | 7,415,297 | B2 | 8/2008 | Al-Ali et al. |
| 6,920,345 | B2 | 7/2005 | Al-Ali et al. | 7,428,432 | B2 | 9/2008 | Ali et al. |
| D508,862 | S | 8/2005 | Behar et al. | 7,438,683 | B2 | 10/2008 | Al-Ali et al. |
| 6,931,268 | B1 | 8/2005 | Kiani-Azarbayjany et al. | 7,440,787 | B2 | 10/2008 | Diab |
| 6,934,570 | B2 | 8/2005 | Kiani et al. | 7,454,240 | B2 | 11/2008 | Diab et al. |
| 6,939,305 | B2 | 9/2005 | Flaherty et al. | 7,467,002 | B2 | 12/2008 | Weber et al. |
| 6,943,348 | B1 | 9/2005 | Coffin, IV | 7,469,157 | B2 | 12/2008 | Diab et al. |
| 6,950,687 | B2 | 9/2005 | Al-Ali | 7,471,969 | B2 | 12/2008 | Diab et al. |
| D510,625 | S | 10/2005 | Widener et al. | 7,471,971 | B2 | 12/2008 | Diab et al. |
| 6,961,598 | B2 | 11/2005 | Diab | 7,483,729 | B2 | 1/2009 | Al-Ali et al. |
| 6,970,792 | B1 | 11/2005 | Diab | 7,483,730 | B2 | 1/2009 | Diab et al. |
| 6,979,812 | B2 | 12/2005 | Al-Ali | 7,489,958 | B2 | 2/2009 | Diab et al. |
| 6,985,764 | B2 | 1/2006 | Mason et al. | 7,496,391 | B2 | 2/2009 | Diab et al. |
| 6,993,371 | B2 | 1/2006 | Kiani et al. | 7,496,393 | B2 | 2/2009 | Diab et al. |
| D514,461 | S | 2/2006 | Harju | D587,657 | S | 3/2009 | Al-Ali et al. |
| 6,996,427 | B2 | 2/2006 | Ali et al. | 7,499,741 | B2 | 3/2009 | Diab et al. |
| 6,999,904 | B2 | 2/2006 | Weber et al. | 7,499,835 | B2 | 3/2009 | Weber et al. |
| 7,003,338 | B2 | 2/2006 | Weber et al. | 7,500,950 | B2 | 3/2009 | Al-Ali et al. |
| 7,003,339 | B2 | 2/2006 | Diab et al. | 7,509,154 | B2 | 3/2009 | Diab et al. |
| 7,015,451 | B2 | 3/2006 | Dalke et al. | 7,509,494 | B2 | 3/2009 | Al-Ali |
| 7,024,233 | B2 | 4/2006 | Ali et al. | 7,510,849 | B2 | 3/2009 | Schurman et al. |
| 7,027,849 | B2 | 4/2006 | Al-Ali | 7,526,328 | B2 | 4/2009 | Diab et al. |
| 7,030,749 | B2 | 4/2006 | Al-Ali | 7,530,942 | B1 | 5/2009 | Diab |
| 7,039,449 | B2 | 5/2006 | Al-Ali | 7,530,949 | B2 | 5/2009 | Al Ali et al. |
| 7,041,060 | B2 | 5/2006 | Flaherty et al. | 7,530,955 | B2 | 5/2009 | Diab et al. |
| 7,044,918 | B2 | 5/2006 | Diab | 7,563,110 | B2 | 7/2009 | Al-Ali et al. |
| 7,067,893 | B2 | 6/2006 | Mills et al. | 7,596,398 | B2 | 9/2009 | Al-Ali et al. |
| 7,096,052 | B2 | 8/2006 | Mason et al. | 7,606,606 | B2 | 10/2009 | Laakkonen |

**US 8,515,509 B2**

Page 4

| | | | |
|---|---|---|---|
| D603,966 | S | 11/2009 | Jones et al. |
| 7,618,375 | B2 | 11/2009 | Flaherty |
| D606,659 | S | 12/2009 | Kiani et al. |
| 7,647,083 | B2 | 1/2010 | Al-Ali et al. |
| D609,193 | S | 2/2010 | Al-Ali et al. |
| 7,657,294 | B2 | 2/2010 | Eghbal et al. |
| 7,657,295 | B2 | 2/2010 | Coakley et al. |
| 7,657,296 | B2 | 2/2010 | Raridan et al. |
| D614,305 | S | 4/2010 | Al-Ali et al. |
| RE41,317 | E | 5/2010 | Parker |
| 7,729,733 | B2 | 6/2010 | Al-Ali et al. |
| 7,734,320 | B2 | 6/2010 | Al-Ali |
| 7,761,127 | B2 | 7/2010 | Al-Ali et al. |
| 7,761,128 | B2 | 7/2010 | Al-Ali et al. |
| 7,764,982 | B2 | 7/2010 | Dalke et al. |
| D621,516 | S | 8/2010 | Kiani et al. |
| 7,791,155 | B2 | 9/2010 | Diab |
| 7,801,581 | B2 | 9/2010 | Diab |
| 7,822,452 | B2 | 10/2010 | Schurman et al. |
| RE41,912 | E | 11/2010 | Parker |
| 7,844,313 | B2 | 11/2010 | Kiani et al. |
| 7,844,314 | B2 | 11/2010 | Al-Ali |
| 7,844,315 | B2 | 11/2010 | Al-Ali |
| 7,865,222 | B2 | 1/2011 | Weber et al. |
| 7,873,497 | B2 | 1/2011 | Weber et al. |
| 7,880,606 | B2 | 2/2011 | Al-Ali |
| 7,880,626 | B2 | 2/2011 | Al-Ali et al. |
| 7,891,355 | B2 | 2/2011 | Al-Ali et al. |
| 7,894,868 | B2 | 2/2011 | Al-Ali et al. |
| 7,899,507 | B2 | 3/2011 | Al-Ali et al. |
| 7,899,518 | B2 | 3/2011 | Trepagnier et al. |
| 7,904,132 | B2 | 3/2011 | Weber et al. |
| 7,909,772 | B2 | 3/2011 | Popov et al. |
| 7,910,875 | B2 | 3/2011 | Al-Ali |
| 7,919,713 | B2 | 4/2011 | Al-Ali et al. |
| 7,937,128 | B2 | 5/2011 | Al-Ali |
| 7,937,129 | B2 | 5/2011 | Mason et al. |
| 7,937,130 | B2 | 5/2011 | Diab et al. |
| 7,941,199 | B2 | 5/2011 | Kiani |
| 7,951,086 | B2 | 5/2011 | Flaherty et al. |
| 7,957,780 | B2 | 6/2011 | Lamego et al. |
| 7,962,188 | B2 | 6/2011 | Kiani et al. |
| 7,962,190 | B1 | 6/2011 | Diab et al. |
| 7,976,472 | B2 | 7/2011 | Kiani |
| 7,988,637 | B2 | 8/2011 | Diab |
| 7,990,382 | B2 | 8/2011 | Kiani |
| 7,991,446 | B2 | 8/2011 | Ali et al. |
| 8,000,761 | B2 | 8/2011 | Al-Ali |
| 8,008,088 | B2 | 8/2011 | Bellott et al. |
| RE42,753 | E | 9/2011 | Kiani-Azarbayjany et al. |
| 8,019,400 | B2 | 9/2011 | Diab et al. |
| 8,028,701 | B2 | 10/2011 | Al-Ali et al. |
| 8,029,765 | B2 | 10/2011 | Bellott et al. |
| 8,036,728 | B2 | 10/2011 | Diab et al. |
| 8,046,040 | B2 | 10/2011 | Ali et al. |
| 8,046,041 | B2 | 10/2011 | Diab et al. |
| 8,046,042 | B2 | 10/2011 | Diab et al. |
| 8,048,040 | B2 | 11/2011 | Kiani |
| 8,050,728 | B2 | 11/2011 | Al-Ali et al. |
| RE43,169 | E | 2/2012 | Parker |
| 8,118,620 | B2 | 2/2012 | Al-Ali et al. |
| 8,126,528 | B2 | 2/2012 | Diab et al. |
| 8,128,572 | B2 | 3/2012 | Diab et al. |
| 8,130,105 | B2 | 3/2012 | Al-Ali et al. |
| 8,145,287 | B2 | 3/2012 | Diab et al. |
| 8,150,487 | B2 | 4/2012 | Diab et al. |
| 8,175,672 | B2 | 5/2012 | Parker |
| 8,180,420 | B2 | 5/2012 | Diab et al. |
| 8,182,443 | B1 | 5/2012 | Kiani |
| 8,185,180 | B2 | 5/2012 | Diab et al. |
| 8,190,223 | B2 | 5/2012 | Al-Ali et al. |
| 8,190,227 | B2 | 5/2012 | Diab et al. |
| 8,203,438 | B2 | 6/2012 | Kiani et al. |
| 8,203,704 | B2 | 6/2012 | Merritt et al. |
| 8,224,411 | B2 | 7/2012 | Al-Ali et al. |
| 8,228,181 | B2 | 7/2012 | Al-Ali |
| 8,229,533 | B2 | 7/2012 | Diab et al. |
| 2002/0016536 | A1 | 2/2002 | Benni |
| 2002/0052547 | A1 | 5/2002 | Toida |

| | | | |
|---|---|---|---|
| 2002/0091322 | A1* | 7/2002 | Chaiken et al. ............... 600/476 |
| 2002/0115918 | A1* | 8/2002 | Crowley ........................ 600/310 |
| 2004/0039272 | A1 | 2/2004 | Abdul-Hafiz et al. |
| 2004/0049237 | A1 | 3/2004 | Larson et al. |
| 2004/0054269 | A1* | 3/2004 | Rantala et al. ............... 600/322 |
| 2004/0054291 | A1 | 3/2004 | Schulz et al. |
| 2005/0162761 | A1 | 7/2005 | Hargis et al. |
| 2006/0167347 | A1* | 7/2006 | Xu et al. ....................... 600/310 |
| 2006/0189859 | A1 | 8/2006 | Kiani et al. |
| 2006/0208191 | A1* | 9/2006 | Kessler et al. .......... 250/339.13 |
| 2006/0211924 | A1* | 9/2006 | Dalke et al. ................... 600/310 |
| 2006/0258922 | A1 | 11/2006 | Mason et al. |
| 2007/0149865 | A1 | 6/2007 | Laakkonen |
| 2007/0165218 | A1 | 7/2007 | Qing et al. |
| 2007/0197886 | A1* | 8/2007 | Naganuma et al. ........... 600/322 |
| 2007/0293792 | A1 | 12/2007 | Sliwa et al. |
| 2008/0036855 | A1 | 2/2008 | Heenan |
| 2008/0071154 | A1* | 3/2008 | Hausmann et al. ........... 600/323 |
| 2008/0130232 | A1 | 6/2008 | Yamamoto |
| 2008/0139908 | A1 | 6/2008 | Kurth |
| 2008/0208006 | A1 | 8/2008 | Farr |
| 2009/0043180 | A1 | 2/2009 | Tschautscher et al. |
| 2009/0105565 | A1 | 4/2009 | Xu |
| 2009/0163775 | A1 | 6/2009 | Barrett et al. |
| 2009/0259114 | A1 | 10/2009 | Johnson et al. |
| 2010/0004518 | A1 | 1/2010 | Vo et al. |
| 2010/0049018 | A1 | 2/2010 | Duffy et al. |
| 2010/0090118 | A1 | 4/2010 | Rozenfeld |

OTHER PUBLICATIONS

Burritt, Mary F.; Current Analytical Approaches to Measuring Blood Analytes; vol. 36; No. 8(B); 1990.

Hall, et al., Jeffrey W.; Near-Infrared Spectrophotometry: A New Dimension in Clinical Chemistry; vol. 38; No. 9; 1992.

Kuenstner, et al., J. Todd; Measurement of Hemoglobin in Unlysed Blood by Near-Infrared Spectroscopy; vol. 48; No. 4, 1994.

Manzke, et al., B., Multi Wavelength Pulse Oximetry in the Measurement of Hemoglobin Fractions; vol. 2676.

Naumenko, E. K.; Choice of Wavelengths for Stable Determination of Concentrations of Hemoglobin Derivatives from Absorption Spectra of Erythrocytes; vol. 63; No. 1; pp. 60-66 Jan.-Feb. 1996; Original article submitted Nov. 3, 1994.

Schmitt, Joseph M.; Simple Photon Diffusion Anaylsis of the Effects of Multiple Scattering on Pulse Oximetry; Mar. 14, 1991; revised Aug. 30, 1991.

Schmitt, et al., Joseph M.; Measurement of Blood Hematocrit by Dual-Wavelength near-IR Photoplethysmography; vol. 1641; 1992.

Schnapp, et al., L.M.; Pulse Oximetry. Uses and Abuses.; Chest 1990; 98; 1244-1250 DOI 10.1378/Chest.98.5.1244.

International Search Report issued in Application No. PCT/US2009/052756, mailed Feb. 10, 2009 in 14 pages.

International Preliminary Report on Patentability and Written Opinion of the International Searching Authority issued in Application No. PCT/US2009/052756, mailed Feb. 8, 2011 in 8 pages.

International Preliminary Report on Patentability and Written Opinion of the International Searching Authority issued in Application No. PCT US2009/049638, mailed Jan. 5, 2011 in 9 pages.

PCT International Search Report, App. No. PCT/US2010/047899, Date of Actual Completion of Search: Jan. 26, 2011, 4 pages.

http://www.masimo.com/rainbow/pronto.htm Noninvasive & Immediate Hemoglobin Testing, printed on Aug. 20, 2009.

http://www.masimo.com/pulseOximeter/Rad5.htm; Signal Extraction Pulse Oximeter, printed on Aug. 20, 2009.

http://blogderoliveira.blogspot.com/2008_02_01_archive.html; Ricardo Oliveira, printed on Aug. 20, 2009.

http://www.masimo.com/rad-57/; Noninvasive Measurement of Methemoglobin, Carboxyhemoglobin and Oxyhemoglobin in the blood. Printed on Aug. 20, 2009.

http://amivital.ugr.es/blog/?tag+spo2;   Monitorizacion   de   la hemoglobina . . . y mucho mas, printed on Aug. 20, 2009.

http://www.masimo.com/spco/; Carboxyhemoglobin Noninvasive > Continuous > Immediate, printed on Aug. 20, 2009.

http://www.masimo.com/PARTNERS/WELCHALLYN.htm; Welch Allyn Expands Patient Monitor Capabilities with Masimo Pulse Oximetry Technology, printed on Aug. 20, 2009.

**US 8,515,509 B2**

Page 5

http://www.masimo.com/pulseOximeter/PPO.htm; Masimo Personal Pulse Oximeter, printed on Aug. 20, 2009.
http://www.masimo.com/generalFloor/system.htm; Masimo Patient SafetyNet System at a Glance, printed on Aug. 20, 2009.
http://www.masimo.com/partners/GRASEBY.htm; Graseby Medical Limited, printed on Aug. 20, 2009.

European Office Action issued in application No. 10763901.5 on Jan. 11, 2013.

* cited by examiner



FIG. 1



**FIG. 2A**



FIG. 2B



**FIG. 2C**



**FIG. 2D**



FIG. 3A



**FIG. 3B**



**FIG. 3C**



**FIG. 3D**



**FIG. 3E**



**FIG. 3F**



**FIG. 4A**



**FIG. 4B**



**FIG. 4C**



FIG. 5



**FIG. 6A**



**FIG. 6B**



**FIG. 6C**



**FIG. 6D**



**FIG. 6E**



**FIG. 7A**



**FIG. 7B**



**FIG. 8A**

**FIG. 8B**



**FIG. 8C**

**FIG. 8D**



FIG. 9





FIG. 10B



**FIG. 11A**



**FIG. 11B**



SUBSTRATE 1108

SUBMOUNT 1106

THERMISTOR 1120

SIDE EMITTING LEDS 1104

TOP EMITTING LEDS 1102

FIG. 11C



SUBSTRATE
1108

TOP EMITTING
LEDS
1102

THERMISTOR
1120

FIG. 11D



**FIG. 12A**



**FIG. 12B**



**FIG. 12C**



**FIG. 12D**



**FIG. 12E**

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 387 of 834   Page ID
#:20571



**FIG. 12F**



**FIG. 12G**



**FIG. 12H**



**FIG. 13**

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 391 of 834   Page ID #:20575



**FIG. 14A**

FROM EMITTERS



FIG. 14B



**FIG. 14C**



# FIG. 14D



**FIG. 14E**



**FIG. 14F**



310f

306f

**FIG. 14G**



**FIG. 14H**



**FIG. 14I**



FIG. 15A



**FIG. 15B**



**FIG. 15C**



**FIG. 15D**



**FIG. 15E**



FIG. 15F



**FIG. 15G**



**FIG. 15H**



FIG. 15I



**FIG. 15J**



FIG. 15J (CONT.)



4 PD PER STREAM ARCHITECTURE



1 PD PER STREAM ARCHITECTURE

# FIG. 15K



FIG. 15K (CONT.)



FIG. 15K (CONT.)



FIG. 15L



FIG.16A

FIG.16B

Case 8:20-cv-00048-JVS-JDE  Document 260-3  Filed 12/30/20  Page 416 of 834  Page ID #:20600



**FIG. 17**



**FIG. 18**



**FIG. 19**



**FIG. 20**



**FIG. 21**



**FIG. 22**

US 8,515,509 B2

**1**

# MULTI-STREAM EMITTER FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS

## RELATED APPLICATIONS

This application claims the benefit of priority under 35 U.S.C. §119(e) of the following U.S. Provisional Patent Applications:

| App. No. | Filing Date | Title | Attorney Docket |
|---|---|---|---|
| 61/086,060 | Aug. 4, 2008 | Multi-Stream Data Collection System For Non-Invasive Measurement of Glucose and Other Analytes | MLHUM.002PR |
| 61/086,108 | Aug. 4, 2008 | Multi-Stream Sensor Front Ends for Noninvasive Measurement of Glucose and Other Analytes | MLHUM.003PR |
| 61/086,063 | Aug. 4, 2008 | Multi-Stream Detector For Noninvasive Measurement Of Glucose And Other Analytes | MLHUM.004PR |
| 61/086,057 | Aug. 4, 2008 | Multi-Stream Emitter For Noninvasive Measurement Of Glucose And Other Analytes | MLHUM.005PR |
| 61/091,732 | Aug. 25, 2008 | Sensor For Improving Measurement Of Blood Constituents | MLHUM.011PR |

This application is related to the following U.S. patent applications:

| App. No. | Filing Date | Title | Attorney Docket |
|---|---|---|---|
| 12/497,528 | Jul. 2, 2009 | Noise Shielding for Noninvasive Device Contoured Protrusion for Improving | MLHUM.006A |
| 12/497,523 | Jul. 2, 2009 | Spectroscopic Measurement of Blood Constituents | MLHUM.007A |
| 12/498,506 | Jul. 2, 2009 | Heat Sink for Noninvasive Medical Sensor | MLHUM.011A |
| Unknown | Herewith | Multi-Stream Data Collection System for Non-Invasive Measurement of Blood Constituents | MLHUM.002A |
| Unknown | Herewith | Multi-Stream Sensor Front Ends for Non-Invasive Measurement of Blood Constituents | MLHUM.003A |
| Unknown | Herewith | Multi-Stream Sensor for Non-Invasive Measurement of Blood Constituents | MLHUM.004A |

The foregoing applications are hereby incorporated by reference in their entirety.

## BACKGROUND

The standard of care in caregiver environments includes patient monitoring through spectroscopic analysis using, for example, a pulse oximeter. Devices capable of spectroscopic analysis generally include a light source(s) transmitting optical radiation into or reflecting off a measurement site, such as, body tissue carrying pulsing blood. After attenuation by tissue and fluids of the measurement site, a photodetection device(s) detects the attenuated light and outputs a detector signal(s) responsive to the detected attenuated light. A signal processing device(s) process the detector(s) signal(s) and outputs a measurement indicative of a blood constituent of inter-

**2**

est, such as glucose, oxygen, met hemoglobin, total hemoglobin, other physiological parameters, or other data or combinations of data useful in determining a state or trend of wellness of a patient.

In noninvasive devices and methods, a sensor is often adapted to position a finger proximate the light source and light detector. For example, noninvasive sensors often include a clothespin-shaped housing that includes a contoured bed conforming generally to the shape of a finger.

## SUMMARY

The present disclosure relates to noninvasive methods, devices, and systems for measuring a blood analyte, such as glucose. In the present disclosure, blood analytes are measured noninvasively based on multi-stream infrared and near-infrared spectroscopy. In some embodiments, an emitter may include one or more sources that are configured as a point optical source. In addition, the emitter may be operated in a manner that allows for the measurement of an analyte like glucose. In embodiments, the emitter may comprise a plurality of LEDs that emit a sequence of pulses of optical radiation across a spectrum of wavelengths. In addition, in order to achieve the desired SNR for detecting analytes like glucose, the emitter may be driven using a progression from low power to higher power. The emitter may also have its duty cycle modified to achieve a desired SNR.

In an embodiment, a multi-stream emitter for a noninvasive, physiological device configured to transmit optical

US 8,515,509 B2

3

radiation in a tissue site comprises: a set of optical sources arranged as a point optical source; and a driver configured to drive the at least one light emitting diode and at least one optical source to transmit near-infrared optical radiation at sufficient power to measure an analyte in tissue that responds to near-infrared optical radiation.

In an embodiment, an emitter for a noninvasive, physiological device configured to transmit optical radiation in a tissue site comprises: a point optical source comprising an optical source configured to transmit infrared and near-infrared optical radiation to a tissue site; and a driver configured to drive the point optical source at a sufficient power and noise tolerance to effectively provide attenuated optical radiation from a tissue site that indicates an amount of glucose in the tissue site.

In an embodiment, a method of transmitting a stream of pulses of optical radiation in a tissue site is provided. At least one pulse of infrared optical radiation having a first pulse width is transmitted at a first power. At least one pulse of near-infrared optical radiation is transmitted at a power that is higher than the first power.

In an embodiment, a method of transmitting a stream of pulses of optical radiation in a tissue site is provided. At least one pulse of infrared optical radiation having a first pulse width is transmitted at a first power. At least one pulse of near-infrared optical radiation is then transmitted, at a second power that is higher than the first power.

For purposes of summarizing the disclosure, certain aspects, advantages and novel features of the inventions have been described herein. It is to be understood that not necessarily all such advantages can be achieved in accordance with any particular embodiment of the inventions disclosed herein. Thus, the inventions disclosed herein can be embodied or carried out in a manner that achieves or optimizes one advantage or group of advantages as taught herein without necessarily achieving other advantages as can be taught or suggested herein.

BRIEF DESCRIPTION OF THE DRAWINGS

Throughout the drawings, reference numbers can be reused to indicate correspondence between referenced elements. The drawings are provided to illustrate embodiments of the inventions described herein and not to limit the scope thereof.

FIG. 1 illustrates a block diagram of an example data collection system capable of noninvasively measuring one or more blood analytes in a monitored patient, according to an embodiment of the disclosure;

FIGS. 2A-2D illustrate an exemplary handheld monitor and an exemplary noninvasive optical sensor of the patient monitoring system of FIG. 1, according to embodiments of the disclosure;

FIGS. 3A-3C illustrate side and perspective views of an exemplary noninvasive sensor housing including a finger bed protrusion and heat sink, according to an embodiment of the disclosure;

FIG. 3D illustrates a side view of another example noninvasive sensor housing including a heat sink, according to an embodiment of the disclosure;

FIG. 3E illustrates a perspective view of an example noninvasive sensor detector shell including example detectors, according to an embodiment of the disclosure;

FIG. 3F illustrates a side view of an example noninvasive sensor housing including a finger bed protrusion and heat sink, according to an embodiment of the disclosure;

4

FIGS. 4A through 4C illustrate top elevation, side and top perspective views of an example protrusion, according to an embodiment of the disclosure;

FIG. 5 illustrates an example graph depicting possible effects of a protrusion on light transmittance, according to an embodiment of the disclosure;

FIGS. 6A through 6D illustrate perspective, front elevation, side and top views of another example protrusion, according to an embodiment of the disclosure;

FIG. 6E illustrates an example sensor incorporating the protrusion of FIGS. 6A through 6D, according to an embodiment of the disclosure;

FIGS. 7A through 7B illustrate example arrangements of conductive glass that may be employed in the system of FIG. 1, according to embodiments of the disclosure.

FIGS. 8A through 8D illustrate an example top elevation view, side views, and a bottom elevation view of the conductive glass that may be employed in the system of FIG. 1, according to embodiments of the disclosure;

FIG. 9 shows example comparative results obtained by an embodiment of a sensor;

FIGS. 10A and 10B illustrate comparative noise floors of various embodiments of the present disclosure;

FIG. 11A illustrates a block diagram of some of the components that may include an embodiment of a sensor, according to an embodiment of the disclosure;

FIG. 11B illustrates a configuration of emitting optical radiation into a measurement site for measuring blood constituents, according to an embodiment of the disclosure;

FIG. 11C illustrates another exemplary emitter that may be employed in the sensor according to an embodiment of the disclosure;

FIG. 11D illustrates another exemplary emitter that may be employed in the sensor according to an embodiment of the disclosure.

FIG. 12A illustrates an example detector portion that may be employed in an embodiment of a sensor, according to an embodiment of the disclosure;

FIGS. 12B through 12D illustrate exemplary arrangements of detectors that may be employed in an embodiment of the sensor, according to some embodiments of the disclosure;

FIGS. 12E through 12H illustrate exemplary structures of photodiodes that may be employed in embodiments of the detectors, according to some embodiments of the disclosure;

FIG. 13 illustrates an example multi-stream operation of the system of FIG. 1, according to an embodiment of the disclosure;

FIG. 14A illustrates another example detector portion having a partially cylindrical protrusion that can be employed in an embodiment of a sensor, according to an embodiment of the disclosure;

FIG. 14B depicts a front elevation view of the partially cylindrical protrusion of FIG. 14A;

FIGS. 14C through 14E illustrate embodiments of a detector submount;

FIGS. 14F through 14H illustrate embodiment of portions of a detector shell;

FIG. 14I illustrates a cutaway view of an embodiment of a sensor;

FIGS. 15A through 15F illustrate embodiments of sensors that include heat sink features;

FIGS. 15G and 15H illustrate embodiments of connector features that can be used with any of the sensors described herein;

FIG. 15I illustrates an exemplary architecture for a transimpedance-based front-end that may be employed in any of the sensors described herein;

US 8,515,509 B2

**5**

FIG. **15**J illustrates an exemplary noise model for configuring the transimpedance-based front-ends shown in FIG. **15**I;

FIG. **15**K shows different architectures and layouts for various embodiments of a sensor and its detectors;

FIG. **15**L illustrates an exemplary architecture for a switched-capacitor-based front-end;

FIGS. **16**A and **16**B illustrate embodiments of disposable optical sensors;

FIG. **17** illustrates an exploded view of certain components of an example sensor; and

FIGS. **18** through **22** illustrate various results obtained by an exemplary sensor of the disclosure.

DETAILED DESCRIPTION

The present disclosure generally relates to non-invasive medical devices. A sensor can include photocommunicative components, such as an emitter, a detector, and other components. The emitter is configured as a point optical source that comprises a plurality of LEDs that emit a sequence of pulses of optical radiation across a spectrum of wavelengths. In some embodiments, the plurality of sets of optical sources may each comprise at least one top-emitting LED and at least one super luminescent LED. In some embodiments, the emitter comprises optical sources that transmit optical radiation in the infrared or near-infrared wavelengths suitable for detecting blood analytes like glucose. In order to achieve the desired SNR for detecting analytes like glucose, the emitter may be driven using a progression from low power to higher power. In addition, the emitter may have its duty cycle modified to achieve a desired SNR.

The emitter may be constructed of materials, such as aluminum nitride and may include a heat sink to assist in heat dissipation. A thermistor may also be employed to account for heating effects on the LEDs. The emitter may further comprise a glass window and a nitrogen environment to improve transmission from the sources and prevent oxidative effects.

Detectors can then detect optical radiation from the measurement site. The optical sources and optical radiation detectors can operate at any appropriate wavelength, including, as discussed herein, infrared, near infrared, visible light, and ultraviolet. In addition, the optical sources and optical radiation detectors can operate at any appropriate wavelength, and such modifications to the embodiments desirable to operate at any such wavelength will be apparent to those skilled in the art.

In certain embodiments, multiple detectors are employed and arranged in a spatial geometry. This spatial geometry provides a diversity of path lengths among at least some of the detectors and allows for multiple bulk and pulsatile measurements that are robust. Each of the detectors can provide a respective output stream based on the detected optical radiation, or a sum of output streams can be provided from multiple detectors. In some embodiments, the sensor can also include other components, such as one or more heat sinks and one or more thermistors.

The sensor can be coupled to one or more monitors that process and/or display the sensor's output. The monitors can include various components, such as a sensor front end, a signal processor, a display, etc.

The sensor can be integrated with a monitor, for example, into a handheld unit including the sensor, a display and user controls. In other embodiments, the sensor can communicate with one or more processing devices. The communication can be via wire(s), cable(s), flex circuit(s), wireless technologies, or other suitable analog or digital communication methodolo

**6**

gies and devices to perform those methodologies. Many of the foregoing arrangements allow the sensor to be attached to the measurement site while the device is attached elsewhere on a patient, such as the patient's arm, or placed at a location near the patient, such as a bed, shelf or table. The sensor or monitor can also provide outputs to a storage device or network interface.

Reference will now be made to the Figures to discuss embodiments of the present disclosure.

FIG. **1** illustrates an example of a data collection system **100**. In certain embodiments, the data collection system **100** noninvasively measure a blood analyte, such as oxygen, carbon monoxide, methemoglobin, total hemoglobin, glucose, proteins, glucose, lipids, a percentage thereof (e.g., saturation) or for measuring many other physiologically relevant patient characteristics. The system **100** can also measure additional blood analytes and/or other physiological parameters useful in determining a state or trend of wellness of a patient.

The data collection system **100** can be capable of measuring optical radiation from the measurement site. For example, in some embodiments, the data collection system **100** can employ photodiodes defined in terms of area. In an embodiment, the area is from about 1 $mm^2$-5 $mm^2$ (or higher) that are capable of detecting about 100 nanoamps (nA) or less of current resulting from measured light at full scale. In addition to having its ordinary meaning, the phrase "at full scale" can mean light saturation of a photodiode amplifier (not shown). Of course, as would be understood by a person of skill in the art from the present disclosure, various other sizes and types of photodiodes can be used with the embodiments of the present disclosure.

The data collection system **100** can measure a range of approximately about 2 nA to about 100 nA full scale. The data collection system **100** can also include sensor front-ends that are capable of processing and amplifying current from the detector(s) at signal-to-noise ratios (SNRs) of about 100 decibels (dB) or more, such as about 120 dB in order to measure various desired analytes. The data collection system **100** can operate with a lower SNR if less accuracy is desired for an analyte like glucose.

The data collection system **100** can measure analyte concentrations, including glucose, at least in part by detecting light attenuated by a measurement site **102**. The measurement site **102** can be any location on a patient's body, such as a finger, foot, ear lobe, or the like. For convenience, this disclosure is described primarily in the context of a finger measurement site **102**. However, the features of the embodiments disclosed herein can be used with other measurement sites **102**.

In the depicted embodiment, the system **100** includes an optional tissue thickness adjuster or tissue shaper **105**, which can include one or more protrusions, bumps, lenses, or other suitable tissue-shaping mechanisms. In certain embodiments, the tissue shaper **105** is a flat or substantially flat surface that can be positioned proximate the measurement site **102** and that can apply sufficient pressure to cause the tissue of the measurement site **102** to be flat or substantially flat. In other embodiments, the tissue shaper **105** is a convex or substantially convex surface with respect to the measurement site **102**. Many other configurations of the tissue shaper **105** are possible. Advantageously, in certain embodiments, the tissue shaper **105** reduces thickness of the measurement site **102** while preventing or reducing occlusion at the measurement site **102**. Reducing thickness of the site can advantageously reduce the amount of attenuation of the light because there is less tissue through which the light must travel. Shaping the

US 8,515,509 B2

7

tissue in to a convex (or alternatively concave) surface can also provide more surface area from which light can be detected.

The embodiment of the data collection system **100** shown also includes an optional noise shield **103**. In an embodiment, the noise shield **103** can be advantageously adapted to reduce electromagnetic noise while increasing the transmittance of light from the measurement site **102** to one or more detectors **106** (described below). For example, the noise shield **103** can advantageously include a conductive coated glass or metal grid electrically communicating with one or more other shields of the sensor **101** or electrically grounded. In an embodiment where the noise shield **103** includes conductive coated glass, the coating can advantageously include indium tin oxide. In an embodiment, the indium tin oxide includes a surface resistivity ranging from approximately 30 ohms per square inch to about 500 ohms per square inch. In an embodiment, the resistivity is approximately 30, 200, or 500 ohms per square inch. As would be understood by a person of skill in the art from the present disclosure, other resistivities can also be used which are less than about 30 ohms or more than about 500 ohms. Other conductive materials transparent or substantially transparent to light can be used instead.

In some embodiments, the measurement site **102** is located somewhere along a non-dominant arm or a non-dominant hand, e.g., a right-handed person's left arm or left hand. In some patients, the non-dominant arm or hand can have less musculature and higher fat content, which can result in less water content in that tissue of the patient. Tissue having less water content can provide less interference with the particular wavelengths that are absorbed in a useful manner by blood analytes like glucose. Accordingly, in some embodiments, the data collection system **100** can be used on a person's non-dominant hand or arm.

The data collection system **100** can include a sensor **101** (or multiple sensors) that is coupled to a processing device or physiological monitor **109**. In an embodiment, the sensor **101** and the monitor **109** are integrated together into a single unit. In another embodiment, the sensor **101** and the monitor **109** are separate from each other and communicate one with another in any suitable manner, such as via a wired or wireless connection. The sensor **101** and monitor **109** can be attachable and detachable from each other for the convenience of the user or caregiver, for ease of storage, sterility issues, or the like. The sensor **101** and the monitor **109** will now be further described.

In the depicted embodiment shown in FIG. **1**, the sensor **101** includes an emitter **104**, a tissue shaper **105**, a set of detectors **106**, and a front-end interface **108**. The emitter **104** can serve as the source of optical radiation transmitted towards measurement site **102**. As will be described in further detail below, the emitter **104** can include one or more sources of optical radiation, such as LEDs, laser diodes, incandescent bulbs with appropriate frequency-selective filters, combinations of the same, or the like. In an embodiment, the emitter **104** includes sets of optical sources that are capable of emitting visible and near-infrared optical radiation.

In some embodiments, the emitter **104** is used as a point optical source, and thus, the one or more optical sources of the emitter **104** can be located within a close distance to each other, such as within about a 2 mm to about 4 mm. The emitters **104** can be arranged in an array, such as is described in U.S. Publication No. 2006/0211924, filed Sep. 21, 2006, titled "Multiple Wavelength Sensor Emitters," the disclosure of which is hereby incorporated by reference in its entirety. In particular, the emitters **104** can be arranged at least in part as described in paragraphs [0061] through [0068] of the afore-

8

mentioned publication, which paragraphs are hereby incorporated specifically by reference. Other relative spatial relationships can be used to arrange the emitters **104**.

For analytes like glucose, currently available non-invasive techniques often attempt to employ light near the water absorbance minima at or about 1600 nm. Typically, these devices and methods employ a single wavelength or single band of wavelengths at or about 1600 nm. However, to date, these techniques have been unable to adequately consistently measure analytes like glucose based on spectroscopy.

In contrast, the emitter **104** of the data collection system **100** can emit, in certain embodiments, combinations of optical radiation in various bands of interest. For example, in some embodiments, for analytes like glucose, the emitter **104** can emit optical radiation at three (3) or more wavelengths between about 1600 nm to about 1700 nm. In particular, the emitter **104** can emit optical radiation at or about 1610 nm, about 1640 nm, and about 1665 nm. In some circumstances, the use of three wavelengths within about 1600 nm to about 1700 nm enable sufficient SNRs of about 100 dB, which can result in a measurement accuracy of about 20 mg/dL or better for analytes like glucose.

In other embodiments, the emitter **104** can use two (2) wavelengths within about 1600 nm to about 1700 nm to advantageously enable SNRs of about 85 dB, which can result in a measurement accuracy of about 25-30 mg/dL or better for analytes like glucose. Furthermore, in some embodiments, the emitter **104** can emit light at wavelengths above about 1670 nm. Measurements at these wavelengths can be advantageously used to compensate or confirm the contribution of protein, water, and other non-hemoglobin species exhibited in measurements for analytes like glucose conducted between about 1600 nm and about 1700 nm. Of course, other wavelengths and combinations of wavelengths can be used to measure analytes and/or to distinguish other types of tissue, fluids, tissue properties, fluid properties, combinations of the same or the like.

For example, the emitter **104** can emit optical radiation across other spectra for other analytes. In particular, the emitter **104** can employ light wavelengths to measure various blood analytes or percentages (e.g., saturation) thereof. For example, in one embodiment, the emitter **104** can emit optical radiation in the form of pulses at wavelengths about 905 nm, about 1050 nm, about 1200 nm, about 1300 nm, about 1330 nm, about 1610 nm, about 1640 nm, and about 1665 nm. In another embodiment, the emitter **104** can emit optical radiation ranging from about 860 nm to about 950 nm, about 950 nm to about 1100 nm, about 1100 nm to about 1270 nm, about 1250 nm to about 1350 nm, about 1300 nm to about 1360 nm, and about 1590 nm to about 1700 nm. Of course, the emitter **104** can transmit any of a variety of wavelengths of visible or near-infrared optical radiation.

Due to the different responses of analytes to the different wavelengths, certain embodiments of the data collection system **100** can advantageously use the measurements at these different wavelengths to improve the accuracy of measurements. For example, the measurements of water from visible and infrared light can be used to compensate for water absorbance that is exhibited in the near-infrared wavelengths.

As briefly described above, the emitter **104** can include sets of light-emitting diodes (LEDs) as its optical source. The emitter **104** can use one or more top-emitting LEDs. In particular, in some embodiments, the emitter **104** can include top-emitting LEDs emitting light at about 850 nm to 1350 nm.

The emitter **104** can also use super luminescent LEDs (SLEDs) or side-emitting LEDs. In some embodiments, the emitter **104** can employ SLEDs or side-emitting LEDs to emit

US 8,515,509 B2

**9**

optical radiation at about 1600 nm to about 1800 nm. Emitter **104** can use SLEDs or side-emitting LEDs to transmit near infrared optical radiation because these types of sources can transmit at high power or relatively high power, e.g., about 40 mW to about 100 mW. This higher power capability can be useful to compensate or overcome the greater attenuation of these wavelengths of light in tissue and water. For example, the higher power emission can effectively compensate and/or normalize the absorption signal for light in the mentioned wavelengths to be similar in amplitude and/or effect as other wavelengths that can be detected by one or more photodetectors after absorption. However, the embodiments of the present disclosure do not necessarily require the use of high power optical sources. For example, some embodiments may be configured to measure analytes, such as total hemoglobin (tHb), oxygen saturation (SpO$_2$), carboxyhemoglobin, methemoglobin, etc., without the use of high power optical sources like side emitting LEDs. Instead, such embodiments may employ other types of optical sources, such as top emitting LEDs. Alternatively, the emitter **104** can use other types of sources of optical radiation, such as a laser diode, to emit near-infrared light into the measurement site **102**.

In addition, in some embodiments, in order to assist in achieving a comparative balance of desired power output between the LEDs, some of the LEDs in the emitter **104** can have a filter or covering that reduces and/or cleans the optical radiation from particular LEDs or groups of LEDs. For example, since some wavelengths of light can penetrate through tissue relatively well, LEDs, such as some or all of the top-emitting LEDs can use a filter or covering, such as a cap or painted dye. This can be useful in allowing the emitter **104** to use LEDs with a higher output and/or to equalize intensity of LEDs.

The data collection system **100** also includes a driver **111** that drives the emitter **104**. The driver **111** can be a circuit or the like that is controlled by the monitor **109**. For example, the driver **111** can provide pulses of current to the emitter **104**. In an embodiment, the driver **111** drives the emitter **104** in a progressive fashion, such as in an alternating manner. The driver **111** can drive the emitter **104** with a series of pulses of about 1 milliwatt (mW) for some wavelengths that can penetrate tissue relatively well and from about 40 mW to about 100 mW for other wavelengths that tend to be significantly absorbed in tissue. A wide variety of other driving powers and driving methodologies can be used in various embodiments.

The driver **111** can be synchronized with other parts of the sensor **101** and can minimize or reduce jitter in the timing of pulses of optical radiation emitted from the emitter **104**. In some embodiments, the driver **111** is capable of driving the emitter **104** to emit optical radiation in a pattern that varies by less than about 10 parts-per-million.

The detectors **106** capture and measure light from the measurement site **102**. For example, the detectors **106** can capture and measure light transmitted from the emitter **104** that has been attenuated or reflected from the tissue in the measurement site **102**. The detectors **106** can output a detector signal **107** responsive to the light captured or measured. The detectors **106** can be implemented using one or more photodiodes, phototransistors, or the like.

In addition, the detectors **106** can be arranged with a spatial configuration to provide a variation of path lengths among at least some of the detectors **106**. That is, some of the detectors **106** can have the substantially, or from the perspective of the processing algorithm, effectively, the same path length from the emitter **104**. However, according to an embodiment, at least some of the detectors **106** can have a different path length from the emitter **104** relative to other of the detectors

**10**

**106**. Variations in path lengths can be helpful in allowing the use of a bulk signal stream from the detectors **106**. In some embodiments, the detectors **106** may employ a linear spacing, a logarithmic spacing, or a two or three dimensional matrix of spacing, or any other spacing scheme in order to provide an appropriate variation in path lengths.

The front end interface **108** provides an interface that adapts the output of the detectors **106**, which is responsive to desired physiological parameters. For example, the front end interface **108** can adapt a signal **107** received from one or more of the detectors **106** into a form that can be processed by the monitor **109**, for example, by a signal processor **110** in the monitor **109**. The front end interface **108** can have its components assembled in the sensor **101**, in the monitor **109**, in connecting cabling (if used), combinations of the same, or the like. The location of the front end interface **108** can be chosen based on various factors including space desired for components, desired noise reductions or limits, desired heat reductions or limits, and the like.

The front end interface **108** can be coupled to the detectors **106** and to the signal processor **110** using a bus, wire, electrical or optical cable, flex circuit, or some other form of signal connection. The front end interface **108** can also be at least partially integrated with various components, such as the detectors **106**. For example, the front end interface **108** can include one or more integrated circuits that are on the same circuit board as the detectors **106**. Other configurations can also be used.

The front end interface **108** can be implemented using one or more amplifiers, such as transimpedance amplifiers, that are coupled to one or more analog to digital converters (ADCs) (which can be in the monitor **109**), such as a sigma-delta ADC. A transimpedance-based front end interface **108** can employ single-ended circuitry, differential circuitry, and/or a hybrid configuration. A transimpedance-based front end interface **108** can be useful for its sampling rate capability and freedom in modulation/demodulation algorithms. For example, this type of front end interface **108** can advantageously facilitate the sampling of the ADCs being synchronized with the pulses emitted from the emitter **104**.

The ADC or ADCs can provide one or more outputs into multiple channels of digital information for processing by the signal processor **110** of the monitor **109**. Each channel can correspond to a signal output from a detector **106**.

In some embodiments, a programmable gain amplifier (PGA) can be used in combination with a transimpedance-based front end interface **108**. For example, the output of a transimpedance-based front end interface **108** can be output to a PGA that is coupled with an ADC in the monitor **109**. A PGA can be useful in order to provide another level of amplification and control of the stream of signals from the detectors **106**. Alternatively, the PGA and ADC components can be integrated with the transimpedance-based front end interface **108** in the sensor **101**.

In another embodiment, the front end interface **108** can be implemented using switched-capacitor circuits. A switched-capacitor-based front end interface **108** can be useful for, in certain embodiments, its resistor-free design and analog averaging properties. In addition, a switched-capacitor-based front end interface **108** can be useful because it can provide a digital signal to the signal processor **110** in the monitor **109**.

As shown in FIG. **1**, the monitor **109** can include the signal processor **110** and a user interface, such as a display **112**. The monitor **109** can also include optional outputs alone or in combination with the display **112**, such as a storage device **114** and a network interface **116**. In an embodiment, the signal processor **110** includes processing logic that deter-

US 8,515,509 B2

**11**

mines measurements for desired analytes, such as glucose, based on the signals received from the detectors **106**. The signal processor **110** can be implemented using one or more microprocessors or subprocessors (e.g., cores), digital signal processors, application specific integrated circuits (ASICs), field programmable gate arrays (FPGAs), combinations of the same, and the like.

The signal processor **110** can provide various signals that control the operation of the sensor **101**. For example, the signal processor **110** can provide an emitter control signal to the driver **111**. This control signal can be useful in order to synchronize, minimize, or reduce jitter in the timing of pulses emitted from the emitter **104**. Accordingly, this control signal can be useful in order to cause optical radiation pulses emitted from the emitter **104** to follow a precise timing and consistent pattern. For example, when a transimpedance-based front end interface **108** is used, the control signal from the signal processor **110** can provide synchronization with the ADC in order to avoid aliasing, cross-talk, and the like. As also shown, an optional memory **113** can be included in the front-end interface **108** and/or in the signal processor **110**. This memory **113** can serve as a buffer or storage location for the front-end interface **108** and/or the signal processor **110**, among other uses.

The user interface **112** can provide an output, e.g., on a display, for presentation to a user of the data collection system **100**. The user interface **112** can be implemented as a touch-screen display, an LCD display, an organic LED display, or the like. In addition, the user interface **112** can be manipulated to allow for measurement on the non-dominant side of patient. For example, the user interface **112** can include a flip screen, a screen that can be moved from one side to another on the monitor **109**, or can include an ability to reorient its display indicia responsive to user input or device orientation. In alternative embodiments, the data collection system **100** can be provided without a user interface **112** and can simply provide an output signal to a separate display or system.

A storage device **114** and a network interface **116** represent other optional output connections that can be included in the monitor **109**. The storage device **114** can include any computer-readable medium, such as a memory device, hard disk storage, EEPROM, flash drive, or the like. The various software and/or firmware applications can be stored in the storage device **114**, which can be executed by the signal processor **110** or another processor of the monitor **109**. The network interface **116** can be a serial bus port (RS-232/RS-485), a Universal Serial Bus (USB) port, an Ethernet port, a wireless interface (e.g., WiFi such as any 802.1x interface, including an internal wireless card), or other suitable communication device(s) that allows the monitor **109** to communicate and share data with other devices. The monitor **109** can also include various other components not shown, such as a microprocessor, graphics processor, or controller to output the user interface **112**, to control data communications, to compute data trending, or to perform other operations.

Although not shown in the depicted embodiment, the data collection system **100** can include various other components or can be configured in different ways. For example, the sensor **101** can have both the emitter **104** and detectors **106** on the same side of the measurement site **102** and use reflectance to measure analytes. The data collection system **100** can also include a sensor that measures the power of light emitted from the emitter **104**.

FIGS. **2**A through **2**D illustrate example monitoring devices **200** in which the data collection system **100** can be housed. Advantageously, in certain embodiments, some or all of the example monitoring devices **200** shown can have a

**12**

shape and size that allows a user to operate it with a single hand or attach it, for example, to a patient's body or limb. Although several examples are shown, many other monitoring device configurations can be used to house the data collection system **100**. In addition, certain of the features of the monitoring devices **200** shown in FIGS. **2**A through 2D can be combined with features of the other monitoring devices **200** shown.

Referring specifically to FIG. **2**A, an example monitoring device **200**A is shown, in which a sensor **201**a and a monitor **209**a are integrated into a single unit. The monitoring device **200**A shown is a handheld or portable device that can measure glucose and other analytes in a patient's finger. The sensor **201**a includes an emitter shell **204**a and a detector shell **206**a. The depicted embodiment of the monitoring device **200**A also includes various control buttons **208**a and a display **210**a.

The sensor **201**a can be constructed of white material used for reflective purposes (such as white silicone or plastic), which can increase the usable signal at the detector **106** by forcing light back into the sensor **201**a. Pads in the emitter shell **204**a and the detector shell **206**a can contain separated windows to prevent or reduce mixing of light signals, for example, from distinct quadrants on a patient's finger. In addition, these pads can be made of a relatively soft material, such as a gel or foam, in order to conform to the shape, for example, of a patient's finger. The emitter shell **204**a and the detector shell **206**a can also include absorbing black or grey material portions to prevent or reduce ambient light from entering into the sensor **201**a.

In some embodiments, some or all portions of the emitter shell **204**a and/or detector shell **206**a can be detachable and/or disposable. For example, some or all portions of the shells **204**a and **206**a can be removable pieces. The removability of the shells **204**a and **206**a can be useful for sanitary purposes or for sizing the sensor **201**a to different patients. The monitor **209**a can include a fitting, slot, magnet, or other connecting mechanism to allow the sensor **201**c to be removably attached to the monitor **209**a.

The monitoring device **200**a also includes optional control buttons **208**a and a display **210**a that can allow the user to control the operation of the device. For example, a user can operate the control buttons **208**a to view one or more measurements of various analytes, such as glucose. In addition, the user can operate the control buttons **208**a to view other forms of information, such as graphs, histograms, measurement data, trend measurement data, parameter combination views, wellness indications, and the like. Many parameters, trends, alarms and parameter displays could be output to the display **210**a, such as those that are commercially available through a wide variety of noninvasive monitoring devices from Masimo® Corporation of Irvine, Calif.

Furthermore, the controls **208**a and/or display **210**a can provide functionality for the user to manipulate settings of the monitoring device **200**a, such as alarm settings, emitter settings, detector settings, and the like. The monitoring device **200**a can employ any of a variety of user interface designs, such as frames, menus, touch-screens, and any type of button.

FIG. **2**B illustrates another example of a monitoring device **200**B. In the depicted embodiment, the monitoring device **200**B includes a finger clip sensor **201**b connected to a monitor **209**b via a cable **212**. In the embodiment shown, the monitor **209**b includes a display **210**b, control buttons **208**b and a power button. Moreover, the monitor **209**b can advantageously include electronic processing, signal processing, and data storage devices capable of receiving signal data from said sensor **201**b, processing the signal data to determine one or more output measurement values indicative of one or more

US 8,515,509 B2

13

physiological parameters of a monitored patient, and displaying the measurement values, trends of the measurement values, combinations of measurement values, and the like.

The cable 212 connecting the sensor 201*b* and the monitor 209*b* can be implemented using one or more wires, optical fiber, flex circuits, or the like. In some embodiments, the cable 212 can employ twisted pairs of conductors in order to minimize or reduce cross-talk of data transmitted from the sensor 201*b* to the monitor 209*b*. Various lengths of the cable 212 can be employed to allow for separation between the sensor 201*b* and the monitor 209*b*. The cable 212 can be fitted with a connector (male or female) on either end of the cable 212 so that the sensor 201*b* and the monitor 209*b* can be connected and disconnected from each other. Alternatively, the sensor 201*b* and the monitor 209*b* can be coupled together via a wireless communication link, such as an infrared link, radio frequency channel, or any other wireless communication protocol and channel.

The monitor 209*b* can be attached to the patient. For example, the monitor 209*b* can include a belt clip or straps (see, e.g., FIG. 2C) that facilitate attachment to a patient's belt, arm, leg, or the like. The monitor 209*b* can also include a fitting, slot, magnet, LEMO snap-click connector, or other connecting mechanism to allow the cable 212 and sensor 201*b* to be attached to the monitor 209B.

The monitor 209*b* can also include other components, such as a speaker, power button, removable storage or memory (e.g., a flash card slot), an AC power port, and one or more network interfaces, such as a universal serial bus interface or an Ethernet port. For example, the monitor 209*b* can include a display 210*b* that can indicate a measurement for glucose, for example, in mg/dL. Other analytes and forms of display can also appear on the monitor 209*b*.

In addition, although a single sensor 201*b* with a single monitor 209*b* is shown, different combinations of sensors and device pairings can be implemented. For example, multiple sensors can be provided for a plurality of differing patient types or measurement sites or even patient fingers.

FIG. 2C illustrates yet another example of monitoring device 200C that can house the data collection system 100. Like the monitoring device 200B, the monitoring device 200C includes a finger clip sensor 201*c* connected to a monitor 209*c* via a cable 212. The cable 212 can have all of the features described above with respect to FIG. 2B. The monitor 209*c* can include all of the features of the monitor 200B described above. For example, the monitor 209*c* includes buttons 208*c* and a display 210*c*. The monitor 209*c* shown also includes straps 214*c* that allow the monitor 209*c* to be attached to a patient's limb or the like.

FIG. 2D illustrates yet another example of monitoring device 200D that can house the data collection system 100. Like the monitoring devices 200B and 200C, the monitoring device 200D includes a finger clip sensor 201*d* connected to a monitor 209*d* via a cable 212. The cable 212 can have all of the features described above with respect to FIG. 2B. In addition to having some or all of the features described above with respect to FIGS. 2B and 2C, the monitoring device 200D includes an optional universal serial bus (USB) port 216 and an Ethernet port 218. The USB port 216 and the Ethernet port 218 can be used, for example, to transfer information between the monitor 209*d* and a computer (not shown) via a cable. Software stored on the computer can provide functionality for a user to, for example, view physiological data and trends, adjust settings and download firmware updates to the monitor 209*b*, and perform a variety of other functions. The USB port 216 and the Ethernet port 218 can be included with the other monitoring devices 200A, 200B, and 200C described above.

14

FIGS. 3A through 3C illustrate more detailed examples of embodiments of a sensor 301*a*. The sensor 301*a* shown can include all of the features of the sensors 100 and 200 described above.

Referring to FIG. 3A, the sensor 301*a* in the depicted embodiment is a clothespin-shaped clip sensor that includes an enclosure 302*a* for receiving a patient's finger. The enclosure 302*a* is formed by an upper section or emitter shell 304*a*, which is pivotally connected with a lower section or detector shell 306*a*. The emitter shell 304*a* can be biased with the detector shell 306*a* to close together around a pivot point 303*a* and thereby sandwich finger tissue between the emitter and detector shells 304*a*, 306*a*.

In an embodiment, the pivot point 303*a* advantageously includes a pivot capable of adjusting the relationship between the emitter and detector shells 304*a*, 306*a* to effectively level the sections when applied to a tissue site. In another embodiment, the sensor 301*a* includes some or all features of the finger clip described in U.S. Publication No. 2006/0211924, incorporated above, such as a spring that causes finger clip forces to be distributed along the finger. Paragraphs [0096] through [0105], which describe this feature, are hereby specifically incorporated by reference.

The emitter shell 304*a* can position and house various emitter components of the sensor 301*a*. It can be constructed of reflective material (e.g., white silicone or plastic) and/or can be metallic or include metalicized plastic (e.g., including carbon and aluminum) to possibly serve as a heat sink. The emitter shell 304*a* can also include absorbing opaque material, such as, for example, black or grey colored material, at various areas, such as on one or more flaps 307*a*, to reduce ambient light entering the sensor 301*a*.

The detector shell 306*a* can position and house one or more detector portions of the sensor 301*a*. The detector shell 306*a* can be constructed of reflective material, such as white silicone or plastic. As noted, such materials can increase the usable signal at a detector by forcing light back into the tissue and measurement site (see FIG. 1). The detector shell 306*a* can also include absorbing opaque material at various areas, such as lower area 308*a*, to reduce ambient light entering the sensor 301*a*.

Referring to FIGS. 3B and 3C, an example of finger bed 310 is shown in the sensor 301*b*. The finger bed 310 includes a generally curved surface shaped generally to receive tissue, such as a human digit. The finger bed 310 includes one or more ridges or channels 314. Each of the ridges 314 has a generally convex shape that can facilitate increasing traction or gripping of the patient's finger to the finger bed. Advantageously, the ridges 314 can improve the accuracy of spectroscopic analysis in certain embodiments by reducing noise that can result from a measurement site moving or shaking loose inside of the sensor 301*a*. The ridges 314 can be made from reflective or opaque materials in some embodiments to further increase SNR. In other implementations, other surface shapes can be used, such as, for example, generally flat, concave, or convex finger beds 310.

Finger bed 310 can also include an embodiment of a tissue thickness adjuster or protrusion 305. The protrusion 305 includes a measurement site contact area 370 (see FIG. 3C) that can contact body tissue of a measurement site. The protrusion 305 can be removed from or integrated with the finger bed 310. Interchangeable, different shaped protrusions 305 can also be provided, which can correspond to different finger shapes, characteristics, opacity, sizes, or the like.

Referring specifically to FIG. 3C, the contact area 370 of the protrusion 305 can include openings or windows 320, 321, 322, and 323. When light from a measurement site

US 8,515,509 B2

15

passes through the windows **320**, **321**, **322**, and **323**, the light can reach one or more photodetectors (see FIG. 3E). In an embodiment, the windows **320**, **321**, **322**, and **323** mirror specific detector placements layouts such that light can impinge through the protrusion **305** onto the photodetectors. Any number of windows **320**, **321**, **322**, and **323** can be employed in the protrusion **305** to allow light to pass from the measurement site to the photodetectors.

The windows **320**, **321**, **322**, and **323** can also include shielding, such as an embedded grid of wiring or a conductive glass coating, to reduce noise from ambient light or other electromagnetic noise. The windows **320**, **321**, **322**, and **323** can be made from materials, such as plastic or glass. In some embodiments, the windows **320**, **321**, **322**, and **323** can be constructed from conductive glass, such as indium tin oxide (ITO) coated glass. Conductive glass can be useful because its shielding is transparent, and thus allows for a larger aperture versus a window with an embedded grid of wiring. In addition, in certain embodiments, the conductive glass does not need openings in its shielding (since it is transparent), which enhances its shielding performance. For example, some embodiments that employ the conductive glass can attain up to an about 40% to about 50% greater signal than non-conductive glass with a shielding grid. In addition, in some embodiments, conductive glass can be useful for shielding noise from a greater variety of directions than non-conductive glass with a shielding grid.

Turning to FIG. 3B, the sensor **301a** can also include a shielding **315a**, such as a metal cage, box, metal sheet, perforated metal sheet, a metal layer on a non-metal material, or the like. The shielding **315a** is provided in the depicted embodiment below or embedded within the protrusion **305** to reduce noise. The shielding **315a** can be constructed from a conductive material, such as copper. The shielding **315a** can include one or more openings or windows (not shown). The windows can be made from glass or plastic to thereby allow light that has passed through the windows **320**, **321**, **322**, and **323** on an external surface of the protrusion **305** (see FIG. 3C) to pass through to one or more photodetectors that can be enclosed or provided below (see FIG. 3E).

In some embodiments, the shielding cage for shielding **315a** can be constructed in a single manufactured component with or without the use of conductive glass. This form of construction may be useful in order to reduce costs of manufacture as well as assist in quality control of the components. Furthermore, the shielding cage can also be used to house various other components, such as sigma delta components for various embodiments of front end interfaces **108**.

In an embodiment, the photodetectors can be positioned within or directly beneath the protrusion **305** (see FIG. 3E). In such cases, the mean optical path length from the emitters to the detectors can be reduced and the accuracy of blood analyte measurement can increase. For example, in one embodiment, a convex bump of about 1 mm to about 3 mm in height and about 10 mm² to about 60 mm² was found to help signal strength by about an order of magnitude versus other shapes. Of course other dimensions and sizes can be employed in other embodiments. Depending on the properties desired, the length, width, and height of the protrusion **305** can be selected. In making such determinations, consideration can be made of protrusion's **305** effect on blood flow at the measurement site and mean path length for optical radiation passing through openings **320**, **321**, **322**, and **323**. Patient comfort can also be considered in determining the size and shape of the protrusion.

In an embodiment, the protrusion **305** can include a pliant material, including soft plastic or rubber, which can some-

16

what conform to the shape of a measurement site. Pliant materials can improve patient comfort and tactility by conforming the measurement site contact area **370** to the measurement site. Additionally, pliant materials can minimize or reduce noise, such as ambient light. Alternatively, the protrusion **305** can be made from a rigid material, such as hard plastic or metal.

Rigid materials can improve measurement accuracy of a blood analyte by conforming the measurement site to the contact area **370**. The contact area **370** can be an ideal shape for improving accuracy or reducing noise. Selecting a material for the protrusion **305** can include consideration of materials that do not significantly alter blood flow at the measurement site. The protrusion **305** and the contact area **370** can include a combination of materials with various characteristics.

The contact area **370** serves as a contact surface for the measurement site. For example, in some embodiments, the contact area **370** can be shaped for contact with a patient's finger. Accordingly, the contact area **370** can be sized and shaped for different sizes of fingers. The contact area **370** can be constructed of different materials for reflective purposes as well as for the comfort of the patient. For example, the contact area **370** can be constructed from materials having various hardness and textures, such as plastic, gel, foam, and the like.

The formulas and analysis that follow with respect to FIG. **5** provide insight into how selecting these variables can alter transmittance and intensity gain of optical radiation that has been applied to the measurement site. These examples do not limit the scope of this disclosure.

Referring to FIG. **5**, a plot **500** is shown that illustrates examples of effects of embodiments of the protrusion **305** on the SNR at various wavelengths of light. As described above, the protrusion **305** can assist in conforming the tissue and effectively reduce its mean path length. In some instances, this effect by the protrusion **305** can have significant impact on increasing the SNR.

According to the Beer Lambert law, a transmittance of light (l) can be expressed as follows: $l = l_o * e^{-m*b*c}$, where $l_o$ is the initial power of light being transmitted, m is the path length traveled by the light, and the component "b*c" corresponds to the bulk absorption of the light at a specific wavelength of light. For light at about 1600 nm to about 1700 nm, for example, the bulk absorption component is generally around 0.7 mm⁻¹. Assuming a typical finger thickness of about 12 mm and a mean path length of 20 mm due to tissue scattering, then $l = l_o * e^{(-20*0.7)}$.

In an embodiment where the protrusion **305** is a convex bump, the thickness of the finger can be reduced to 10 mm (from 12 mm) for some fingers and the effective light mean path is reduced to about 16.6 mm from 20 mm (see box **510**). This results in a new transmittance, $l_1 = l_o * e^{(-16.6*0.7)}$. A curve for a typical finger (having a mean path length of 20 mm) across various wavelengths is shown in the plot **500** of FIG. **5**. The plot **500** illustrates potential effects of the protrusion **305** on the transmittance. As illustrated, comparing l and $l_1$ results in an intensity gain of $e^{(-16.6*0.7)}/e^{(-20*0.7)}$, which is about a 10 times increase for light in the about 1600 nm to about 1700 nm range. Such an increase can affect the SNR at which the sensor can operate. The foregoing gains can be due at least in part to the about 1600 nm to about 1700 nm range having high values in bulk absorptions (water, protein, and the like), e.g., about 0.7 mm⁻¹. The plot **500** also shows improvements in the visible/near-infrared range (about 600 nm to about 1300 nm).

Turning again to FIGS. 3A through 3C, an example heat sink **350a** is also shown. The heat sink **350a** can be attached to, or protrude from an outer surface of, the sensor **301a**,

US 8,515,509 B2

17

thereby providing increased ability for various sensor components to dissipate excess heat. By being on the outer surface of the sensor 301a in certain embodiments, the heat sink 350a can be exposed to the air and thereby facilitate more efficient cooling. In an embodiment, one or more of the emitters (see FIG. 1) generate sufficient heat that inclusion of the heat sink 350a can advantageously allows the sensor 301a to remain safely cooled. The heat sink 350a can include one or more materials that help dissipate heat, such as, for example, aluminum, steel, copper, carbon, combinations of the same, or the like. For example, in some embodiments, the emitter shell 304a can include a heat conducting material that is also readily and relatively inexpensively moldable into desired shapes and forms.

In some embodiments, the heat sink 350a includes metalicized plastic. The metalicized plastic can include aluminum and carbon, for example. The material can allow for improved thermal conductivity and diffusivity, which can increase commercial viability of the heat sink. In some embodiments, the material selected to construct the heat sink 350a can include a thermally conductive liquid crystalline polymer, such as CoolPoly® D5506, commercially available from Cool Polymers®. Inc. of Warwick, R.I. Such a material can be selected for its electrically non-conductive and dielectric properties so as, for example, to aid in electrical shielding. In an embodiment, the heat sink 350a provides improved heat transfer properties when the sensor 301a is active for short intervals of less than a full day's use. In an embodiment, the heat sink 350a can advantageously provide improved heat transfers in about three (3) to about four (4) minute intervals, for example, although a heat sink 350a can be selected that performs effectively in shorter or longer intervals.

Moreover, the heat sink 350a can have different shapes and configurations for aesthetic as well as for functional purposes. In an embodiment, the heat sink is configured to maximize heat dissipation, for example, by maximizing surface area. In an embodiment, the heat sink 350a is molded into a generally curved surface and includes one or more fins, undulations, grooves, or channels. The example heat sink 350a shown includes fins 351a (see FIG. 3A).

An alternative shape of a sensor 301b and heat sink 350b is shown in FIG. 3D. The sensor 301b can include some or all of the features of the sensor 301a. For example, the sensor 301b includes an enclosure 302b formed by an emitter shell 304b and a detector shell 306b, pivotably connected about a pivot 303a. The emitter shell 304b can also include absorbing opaque material on one or more flaps 307b, and the detector shell 306a can also include absorbing opaque material at various areas, such as lower area 308b.

However, the shape of the sensor 301b is different in this embodiment. In particular, the heat sink 350b includes comb protrusions 351b. The comb protrusions 351b are exposed to the air in a similar manner to the fins 351a of the heat sink 350a, thereby facilitating efficient cooling of the sensor 301b.

FIG. 3E illustrates a more detailed example of a detector shell 306b of the sensor 301b. The features described with respect to the detector shell 306b can also be used with the detector shell 306a of the sensor 301a.

As shown, the detector shell 306b includes detectors 316. The detectors 316 can have a predetermined spacing 340 from each other, or a spatial relationship among one another that results in a spatial configuration. This spatial configuration can purposefully create a variation of path lengths among detectors 316 and the emitter discussed above.

In the depicted embodiment, the detector shell 316 can hold multiple (e.g., two, three, four, etc.) photodiode arrays that are arranged in a two-dimensional grid pattern. Multiple

18

photodiode arrays can also be useful to detect light piping (e.g., light that bypasses measurement site 102). In the detector shell 316, walls can be provided to separate the individual photodiode arrays to prevent or reduce mixing of light signals from distinct quadrants. In addition, the detector shell 316 can be covered by windows of transparent material, such as glass, plastic, or the like, to allow maximum or increased transmission of power light captured. In various embodiments, the transparent materials used can also be partially transparent or translucent or can otherwise pass some or all of the optical radiation passing through them. As noted, this window can include some shielding in the form of an embedded grid of wiring, or a conductive layer or coating.

As further illustrated by FIG. 3E, the detectors 316 can have a spatial configuration of a grid. However, the detectors 316 can be arranged in other configurations that vary the path length. For example, the detectors 316 can be arranged in a linear array, a logarithmic array, a two-dimensional array, a zig-zag pattern, or the like. Furthermore, any number of the detectors 316 can be employed in certain embodiments.

FIG. 3F illustrates another embodiment of a sensor 301f. The sensor 301f can include some or all of the features of the sensor 301a of FIG. 3A described above. For example, the sensor 301f includes an enclosure 302f formed by an upper section or emitter shell 304f, which is pivotably connected with a lower section or detector shell 306f around a pivot point 303f. The emitter shell 304f can also include absorbing opaque material on various areas, such as on one or more flaps 307f, to reduce ambient light entering the sensor 301f. The detector shell 306f can also include absorbing opaque material at various areas, such as a lower area 308f. The sensor 301f also includes a heat sink 350f, which includes fins 351f.

In addition to these features, the sensor 301f includes a flex circuit cover 360, which can be made of plastic or another suitable material. The flex circuit cover 360 can cover and thereby protect a flex circuit (not shown) that extends from the emitter shell 304f to the detector shell 306f. An example of such a flex circuit is illustrated in U.S. Publication No. 2006/0211924, incorporated above (see FIG. 46 and associated description, which is hereby specifically incorporated by reference). The flex circuit cover 360 is shown in more detail below in FIG. 17.

In addition, sensors 301a-f has extra length—extends to second joint on finger—Easier to place, harder to move due to cable, better for light piping

FIGS. 4A through 4C illustrate example arrangements of a protrusion 405, which is an embodiment of the protrusion 305 described above. In an embodiment, the protrusion 405 can include a measurement site contact area 470. The measurement site contact area 470 can include a surface that molds body tissue of a measurement site, such as a finger, into a flat or relatively flat surface.

The protrusion 405 can have dimensions that are suitable for a measurement site such as a patient's finger. As shown, the protrusion 405 can have a length 400, a width 410, and a height 430. The length 400 can be from about 9 to about 11 millimeters, e.g., about 10 millimeters. The width 410 can be from about 7 to about 9 millimeters, e.g., about 8 millimeters. The height 430 can be from about 0.5 millimeters to about 3 millimeters, e.g., about 2 millimeters. In an embodiment, the dimensions 400, 410, and 430 can be selected such that the measurement site contact area 470 includes an area of about 80 square millimeters, although larger and smaller areas can be used for different sized tissue for an adult, an adolescent, or infant, or for other considerations.

The measurement site contact area 470 can also include differently shaped surfaces that conform the measurement

US 8,515,509 B2

**19**

site into different shapes. For example, the measurement site contact area **470** can be generally curved and/or convex with respect to the measurement site. The measurement site contact area **470** can be other shapes that reduce or even minimize air between the protrusion **405** and or the measurement site. Additionally, the surface pattern of the measurement site contact area **470** can vary from smooth to bumpy, e.g., to provide varying levels of grip.

In FIGS. **4**A and **4**C, openings or windows **420**, **421**, **422**, and **423** can include a wide variety of shapes and sizes, including for example, generally square, circular, triangular, or combinations thereof. The windows **420**, **421**, **422**, and **423** can be of non-uniform shapes and sizes. As shown, the windows **420**, **421**, **422**, and **423** can be evenly spaced out in a grid like arrangement. Other arrangements or patterns of arranging the windows **420**, **421**, **422**, and **423** are possible. For example, the windows **420**, **421**, **422**, and **423** can be placed in a triangular, circular, or linear arrangement. In some embodiments, the windows **420**, **421**, **422**, and **423** can be placed at different heights with respect to the finger bed **310** of FIG. **3**. The windows **420**, **421**, **422**, and **423** can also mimic or approximately mimic a configuration of, or even house, a plurality of detectors.

FIGS. **6**A through **6**D illustrate another embodiment of a protrusion **605** that can be used as the tissue shaper **105** described above or in place of the protrusions **305**, **405** described above. The depicted protrusion **605** is a partially cylindrical lens having a partial cylinder **608** and an extension **610**. The partial cylinder **608** can be a half cylinder in some embodiments; however, a smaller or greater portion than half of a cylinder can be used. Advantageously, in certain embodiments, the partially cylindrical protrusion **605** focuses light onto a smaller area, such that fewer detectors can be used to detect the light attenuated by a measurement site.

FIG. **6**A illustrates a perspective view of the partially cylindrical protrusion **605**. FIG. **6**B illustrates a front elevation view of the partially cylindrical protrusion **605**. FIG. **6**C illustrates a side view of the partially cylindrical protrusion **605**. FIG. **6**D illustrates a top view of the partially cylindrical protrusion **605**.

Advantageously, in certain embodiments, placing the partially cylindrical protrusion **605** over the photodiodes in any of the sensors described above adds multiple benefits to any of the sensors described above. In one embodiment, the partially cylindrical protrusion **605** penetrates into the tissue and reduces the path length of the light traveling in the tissue, similar to the protrusions described above.

The partially cylindrical protrusion **605** can also collect light from a large surface and focus down the light to a smaller area. As a result, in certain embodiments, signal strength per area of the photodiode can be increased. The partially cylindrical protrusion **605** can therefore facilitate a lower cost sensor because, in certain embodiments, less photodiode area can be used to obtain the same signal strength. Less photodiode area can be realized by using smaller photodiodes (see, e.g., FIG. **14**). If fewer or smaller photodiodes are used, the partially cylindrical protrusion **605** can also facilitate an improved SNR of the sensor because fewer or smaller photodiodes can have less dark current.

The dimensions of the partially cylindrical protrusion **605** can vary based on, for instance, a number of photodiodes used with the sensor. Referring to FIG. **6**C, the overall height of the partially cylindrical protrusion **605** (measurement "a") in some implementations is about 1 to about 3 mm. A height in this range can allow the partially cylindrical protrusion **605** to penetrate into the pad of the finger or other tissue and reduce the distance that light travels through the tissue. Other

**20**

heights, however, of the partially cylindrical protrusion **605** can also accomplish this objective. For example, the chosen height of the partially cylindrical protrusion **605** can be selected based on the size of the measurement site, whether the patient is an adult or child, and so on. In an embodiment, the height of the protrusion **605** is chosen to provide as much tissue thickness reduction as possible while reducing or preventing occlusion of blood vessels in the tissue.

Referring to FIG. **6**D, the width of the partially cylindrical protrusion **605** (measurement "b") can be about 3 to about 5 mm. In one embodiment, the width is about 4 mm. In one embodiment, a width in this range provides good penetration of the partially cylindrical protrusion **605** into the tissue to reduce the path length of the light. Other widths, however, of the partially cylindrical protrusion **605** can also accomplish this objective. For example, the width of the partially cylindrical protrusion **605** can vary based on the size of the measurement site, whether the patient is an adult or child, and so on. In addition, the length of the protrusion **605** could be about 10 mm, or about 8 mm to about 12 mm, or smaller than 8 mm or greater than 12 mm.

In certain embodiments, the focal length (f) for the partially cylindrical protrusion **605** can be expressed as:

$$f = \frac{R}{n-1},$$

where R is the radius of curvature of the partial cylinder **608** and n is the index of refraction of the material used. In certain embodiments, the radius of curvature can be between about 1.5 mm and about 2 mm. In another embodiment, the partially cylindrical protrusion **605** can include a material, such as nBK7 glass, with an index of refraction of around 1.5 at 1300 nm, which can provide focal lengths of between about 3 mm and about 4 mm.

A partially cylindrical protrusion **605** having a material with a higher index of refraction such as nSF11 glass (e.g., n=1.75 at 1300 nm) can provide a shorter focal length and possibly a smaller photodiode chip, but can also cause higher reflections due to the index of refraction mismatch with air. Many types of glass or plastic can be used with index of refraction values ranging from, for example, about 1.4 to about 1.9. The index of refraction of the material of the protrusion **605** can be chosen to improve or optimize the light focusing properties of the protrusion **605**. A plastic partially cylindrical protrusion **605** could provide the cheapest option in high volumes but can also have some undesired light absorption peaks at wavelengths higher than 1500 nm. Other focal lengths and materials having different indices of refraction can be used for the partially cylindrical protrusion **605**.

Placing a photodiode at a given distance below the partially cylindrical protrusion **605** can facilitate capturing some or all of the light traveling perpendicular to the lens within the active area of the photodiode (see FIG. **14**). Different sizes of the partially cylindrical protrusion **605** can use different sizes of photodiodes. The extension **610** added onto the bottom of the partial cylinder **608** is used in certain embodiments to increase the height of the partially cylindrical protrusion **605**. In an embodiment, the added height is such that the photodiodes are at or are approximately at the focal length of the partially cylindrical protrusion **605**. In an embodiment, the added height provides for greater thinning of the measurement site. In an embodiment, the added height assists in deflecting light piped through the sensor. This is because light piped around the sensor passes through the side walls of the

US 8,515,509 B2

21

added height without being directed toward the detectors. The extension 610 can also further facilitate the protrusion 605 increasing or maximizing the amount of light that is provided to the detectors. In some embodiments, the extension 610 can be omitted.

FIG. 6E illustrates another view of the sensor 301f of FIG. 3F, which includes an embodiment of a partially cylindrical protrusion 605b. Like the sensor 301A shown in FIGS. 3B and 3C, the sensor 301f includes a finger bed 310f. The finger bed 310f includes a generally curved surface shaped generally to receive tissue, such as a human digit. The finger bed 310f also includes the ridges or channels 314 described above with respect to FIGS. 3B and 3C.

The example of finger bed 310f shown also includes the protrusion 605b, which includes the features of the protrusion 605 described above. In addition, the protrusion 605b also includes chamfered edges 607 on each end to provide a more comfortable surface for a finger to slide across (see also FIG. 14D). In another embodiment, the protrusion 605b could instead include a single chamfered edge 607 proximal to the ridges 314. In another embodiment, one or both of the chamfered edges 607 could be rounded.

The protrusion 605b also includes a measurement site contact area 670 that can contact body tissue of a measurement site. The protrusion 605b can be removed from or integrated with the finger bed 310f. Interchangeable, differently shaped protrusions 605b can also be provided, which can correspond to different finger shapes, characteristics, opacity, sizes, or the like.

FIGS. 7A and 7B illustrate block diagrams of sensors 701 that include example arrangements of conductive glass or conductive coated glass for shielding. Advantageously, in certain embodiments, the shielding can provide increased SNR. The features of the sensors 701 can be implemented with any of the sensors 101, 201, 301 described above. Although not shown, the partially cylindrical protrusion 605 of FIG. 6 can also be used with the sensors 701 in certain embodiments.

For example, referring specifically to FIG. 7A, the sensor 701a includes an emitter housing 704a and a detector housing 706. The emitter housing 704a includes LEDs 104. The detector housing 706a includes a tissue bed 710a with an opening or window 703a, the conductive glass 730a, and one or more photodiodes for detectors 106 provided on a submount 707a.

During operation, a finger 102 can be placed on the tissue bed 710a and optical radiation can be emitted from the LEDs 104. Light can then be attenuated as it passes through or is reflected from the tissue of the finger 102. The attenuated light can then pass through the opening 703a in the tissue bed 710a. Based on the received light, the detectors 106 can provide a detector signal 107, for example, to the front end interface 108 (see FIG. 1).

In the depicted embodiment, the conductive glass 730 is provided in the opening 703. The conductive glass 730 can thus not only permit light from the finger to pass to the detectors 106, but it can also supplement the shielding of the detectors 106 from noise. The conductive glass 730 can include a stack or set of layers. In FIG. 7A, the conductive glass 730a is shown having a glass layer 731 proximate the finger 102 and a conductive layer 733 electrically coupled to the shielding 790a.

In an embodiment, the conductive glass 730a can be coated with a conductive, transparent or partially transparent material, such as a thin film of indium tin oxide (ITO). To supplement electrical shielding effects of a shielding enclosure 790a, the conductive glass 730a can be electrically coupled to

22

the shielding enclosure 790a. The conductive glass 730a can be electrically coupled to the shielding 704a based on direct contact or via other connection devices, such as a wire or another component.

The shielding enclosure 790a can be provided to encompass the detectors 106 to reduce or prevent noise. For example, the shielding enclosure 790a can be constructed from a conductive material, such as copper, in the form of a metal cage. The shielding or enclosure a can include an opaque material to not only reduce electrical noise, but also ambient optical noise.

In some embodiments, the shielding enclosure 790a can be constructed in a single manufactured component with or without the use of conductive glass. This form of construction may be useful in order to reduce costs of manufacture as well as assist in quality control of the components. Furthermore, the shielding enclosure 790a can also be used to house various other components, such as sigma delta components for various embodiments of front end interfaces 108.

Referring to FIG. 7B, another block diagram of an example sensor 701b is shown. A tissue bed 710b of the sensor 701b includes a protrusion 705b, which is in the form of a convex bump. The protrusion 705b can include all of the features of the protrusions or tissue shaping materials described above. For example, the protrusion 705b includes a contact area 370 that comes in contact with the finger 102 and which can include one or more openings 703b. One or more components of conductive glass 730b can be provided in the openings 703. For example, in an embodiment, each of the openings 703 can include a separate window of the conductive glass 730b. In an embodiment, a single piece of the conductive glass 730b can use for some or all of the openings 703b. The conductive glass 730b is smaller than the conductive glass 730a in this particular embodiment.

A shielding enclosure 790b is also provided, which can have all the features of the shielding enclosure 790a. The shielding enclosure 790b is smaller than the shielding enclosure 790a; however, a variety of sizes can be selected for the shielding enclosures 790.

In some embodiments, the shielding enclosure 790b can be constructed in a single manufactured component with or without the use of conductive glass. This form of construction may be useful in order to reduce costs of manufacture as well as assist in quality control of the components. Furthermore, the shielding enclosure 790b can also be used to house various other components, such as sigma delta components for various embodiments of front end interfaces 108.

FIGS. 8A through 8D illustrate a perspective view, side views, and a bottom elevation view of the conductive glass described above with respect to the sensors 701a, 701b. As shown in the perspective view of FIG. 8A and side view of FIG. 8B, the conductive glass 730 includes the electrically conductive material 733 described above as a coating on the glass layer 731 described above to form a stack. In an embodiment where the electrically conductive material 733 includes indium tin oxide, surface resistivity of the electrically conductive material 733 can range approximately from 30 ohms per square inch to 500 ohms per square inch, or approximately 30, 200, or 500 ohms per square inch. As would be understood by a person of skill in the art from the present disclosure, other resistivities can also be used which are less than 30 ohms or more than 500 ohms. Other transparent, electrically conductive materials can be used as the material 733.

Although the conductive material 733 is shown spread over the surface of the glass layer 731, the conductive material 733 can be patterned or provided on selected portions of the glass

US 8,515,509 B2

23

layer **731**. Furthermore, the conductive material **733** can have uniform or varying thickness depending on a desired transmission of light, a desired shielding effect, and other considerations.

In FIG. **8**C, a side view of a conductive glass **830***a* is shown to illustrate an embodiment where the electrically conductive material **733** is provided as an internal layer between two glass layers **731**, **835**. Various combinations of integrating electrically conductive material **733** with glass are possible. For example, the electrically conductive material **733** can be a layer within a stack of layers. This stack of layers can include one or more layers of glass **731**, **835**, as well as one or more layers of conductive material **733**. The stack can include other layers of materials to achieve desired characteristics.

In FIG. **8**D, a bottom perspective view is shown to illustrate an embodiment where a conductive glass **830***b* can include conductive material **837** that occupies or covers a portion of a glass layer **839**. This embodiment can be useful, for example, to create individual, shielded windows for detectors **106**, such as those shown in FIG. **3**C. The conductive material **837** can be patterned to include an area **838** to allow light to pass to detectors **106** and one or more strips **841** to couple to the shielding **704** of FIG. **7**.

Other configurations and patterns for the conductive material can be used in certain embodiments, such as, for example, a conductive coating lining periphery edges, a conductive coating outlaid in a pattern including a grid or other pattern, a speckled conductive coating, coating outlaid in lines in either direction or diagonally, varied thicknesses from the center out or from the periphery in, or other suitable patterns or coatings that balance the shielding properties with transparency considerations.

FIG. **9** depicts an example graph **900** that illustrates comparative results obtained by an example sensor having components similar to those disclosed above with respect to FIGS. **7** and **8**. The graph **900** depicts the results of the percentage of transmission of varying wavelengths of light for different types of windows used in the sensors described above.

A line **915** on the graph **900** illustrates example light transmission of a window made from plain glass. As shown, the light transmission percentage of varying wavelengths of light is approximately 90% for a window made from plain glass. A line **920** on the graph **900** demonstrates an example light transmission percentage for an embodiment in which a window is made from glass having an ITO coating with a surface resistivity of 500 ohms per square inch. A line **925** on the graph **900** shows an example light transmission for an embodiment in which a window is made from glass that includes a coating of ITO oxide with a surface resistivity of 200 ohms per square inch. A line **930** on the graph **900** shows an example light transmission for an embodiment in which a window is made from glass that includes a coating of ITO oxide with a surface resistivity of 30 ohms per square inch.

The light transmission percentage for a window with currently available embedded wiring can have a light transmission percentage of approximately 70%. This lower percentage of light transmission can be due to the opacity of the wiring employed in a currently available window with wiring. Accordingly, certain embodiments of glass coatings described herein can employ, for example, ITO coatings with different surface resistivity depending on the desired light transmission, wavelengths of light used for measurement, desired shielding effect, and other criteria.

FIGS. **10**A through **10**B illustrate comparative noise floors of example implementations of the sensors described above. Noise can include optical noise from ambient light and elec-

24

tromagnetic noise, for example, from surrounding electrical equipment. In FIG. **10**A, a graph **1000** depicts possible noise floors for different frequencies of noise for an embodiment in which one of the sensors described above included separate windows for four (4) detectors **106**. One or more of the windows included an embedded grid of wiring as a noise shield. Symbols **1030**-**1033** illustrate the noise floor performance for this embodiment. As can be seen, the noise floor performance can vary for each of the openings and based on the frequency of the noise.

In FIG. **10**B, a graph **1050** depicts a noise floor for frequencies of noise **1070** for an embodiment in which the sensor included separate openings for four (4) detectors **106** and one or more windows that include an ITO coating. In this embodiment, a surface resistivity of the ITO used was about 500 ohms per square inch. Symbols **1080**-**1083** illustrate the noise floor performance for this embodiment. As can be seen, the noise floor performance for this embodiment can vary less for each of the openings and provide lower noise floors in comparison to the embodiment of FIG. **10**A.

FIG. **11**A illustrates an example structure for configuring the set of optical sources of the emitters described above. As shown, an emitter **104** can include a driver **1105**, a thermistor **1120**, a set of top-emitting LEDs **1102** for emitting red and/or infrared light, a set of side-emitting LEDs **1104** for emitting near infrared light, and a submount **1106**.

The thermistor **1120** can be provided to compensate for temperature variations. For example, the thermistor **1120** can be provided to allow for wavelength centroid and power drift of LEDs **1102** and **1104** due to heating. In addition, other thermistors (not shown) can be employed, for example, to measure a temperature of a measurement site. The temperature can be displayed on a display device and used by a caregiver. Such a thermistor can also be helpful in correcting for wavelength drift due to changes in water absorption, which can be temperature dependent, thereby providing more accurate data useful in detecting blood analytes like glucose. In addition, using a thermistor or other type of temperature sensitive device may be useful for detecting extreme temperatures at the measurement site that are too hot or too cold. The presence of low perfusion may also be detected, for example, when the finger of a patient has become too cold. Moreover, shifts in temperature at the measurement site can alter the absorption spectrum of water and other tissue in the measurement cite. A thermistor's temperature reading can be used to adjust for the variations in absorption spectrum changes in the measurement site.

The driver **1105** can provide pulses of current to the emitter **1104**. In an embodiment, the driver **1105** drives the emitter **1104** in a progressive fashion, for example, in an alternating manner based on a control signal from, for example, a processor (e.g., the processor **110**). For example, the driver **1105** can drive the emitter **1104** with a series of pulses to about 1 milliwatt (mW) for visible light to light at about 1300 nm and from about 40 mW to about 100 mW for light at about 1600 nm to about 1700 nm. However, a wide number of driving powers and driving methodologies can be used. The driver **1105** can be synchronized with other parts of the sensor and can minimize or reduce any jitter in the timing of pulses of optical radiation emitted from the emitter **1104**. In some embodiments, the driver **1105** is capable of driving the emitter **1104** to emit an optical radiation in a pattern that varies by less than about 10 parts-per-million; however other amounts of variation can be used.

The submount **1106** provides a support structure in certain embodiments for aligning the top-emitting LEDs **1102** and the side-emitting LEDs **1104** so that their optical radiation is

US 8,515,509 B2

25

transmitted generally towards the measurement site. In some embodiments, the submount **1106** is also constructed of aluminum nitride (AlN) or beryllium oxide (BEO) for heat dissipation, although other materials or combinations of materials suitable for the submount **1106** can be used.

FIG. **11**B illustrates a configuration of emitting optical radiation into a measurement site for measuring a blood constituent or analyte like glucose. In some embodiments, emitter **104** may be driven in a progressive fashion to minimize noise and increase SNR of sensor **101**. For example, emitter **104** may be driven based on a progression of power/current delivered to LEDs **1102** and **1104**.

In some embodiments, emitter **104** may be configured to emit pulses centered about 905 nm, about 1050 nm, about 1200 nm, about 1300 nm, about 1330 nm, about 1610 nm, about 1640 nm, and about 1665 nm. In another embodiment, the emitter **104** may emit optical radiation ranging from about 860 nm to about 950 nm, about 950 nm to about 1100 nm, about 1100 nm to about 1270 nm, about 1250 nm to about 1350 nm, about 1300 nm to about 1360 nm, and about 1590 nm to about 1700 nm. Of course, emitter **104** may be configured to transmit any of a variety of wavelengths of visible, or near-infrared optical radiation.

For purposes of illustration, FIG. **11**B shows a sequence of pulses of light at wavelengths of around 905 nm, around 1200 nm, around 1300 nm, and around 1330 nm from top emitting LEDs **1102**. FIG. **11**B also shows that emitter **104** may then emit pulses centered at around 1630 nm, around 1660 nm, and around 1615 nm from side emitting LEDs **1104**. Emitter **104** may be progressively driven at higher power/current. This progression may allow driver circuit **105** to stabilize in its operations, and thus, provide a more stable current/power to LEDs **1102** and **1104**.

For example, as shown in FIG. **11**B, the sequence of optical radiation pulses are shown having a logarithmic-like progression in power/current. In some embodiments, the timing of these pulses is based on a cycle of about 400 slots running at 48 kHz (e.g. each time slot may be approximately 0.02 ms or 20 microseconds). An artisan will recognize that term "slots" includes its ordinary meaning, which includes a time period that may also be expressed in terms of a frequency. In the example shown, pulses from top emitting LEDs **1102** may have a pulse width of about 40 time slots (e.g., about 0.8 ms) and an off period of about 4 time slots in between. In addition, pulses from side emitting LEDs **1104** (e.g., or a laser diode) may have a pulse width of about 60 time slots (e.g., about 1.25 ms) and a similar off period of about 4 time slots. A pause of about 70 time slots (e.g. 1.5 ms) may also be provided in order to allow driver circuit **1105** to stabilize after operating at higher current/power.

As shown in FIG. **11**B, top emitting LEDs **1102** may be initially driven with a power to approximately 1 mW at a current of about 20-100 mA. Power in these LEDs may also be modulated by using a filter or covering of black dye to reduce power output of LEDs. In this example, top emitting LEDs **1102** may be driven at approximately 0.02 to 0.08 mW. The sequence of the wavelengths may be based on the current requirements of top emitting LEDs **502** for that particular wavelength. Of course, in other embodiments, different wavelengths and sequences of wavelengths may be output from emitter **104**.

Subsequently, side emitting LEDs **1104** may be driven at higher powers, such as about 40-100 mW and higher currents of about 600-800 mA. This higher power may be employed in order to compensate for the higher opacity of tissue and water in measurement site **102** to these wavelengths. For example, as shown, pulses at about 1630 nm, about 1660 nm, and about

26

1615 nm may be output with progressively higher power, such as at about 40 mW, about 50 mW, and about 60 mW, respectively. In this embodiment, the order of wavelengths may be based on the optical characteristics of that wavelength in tissue as well as the current needed to drive side emitting LEDs **1104**. For example, in this embodiment, the optical pulse at about 1615 nm is driven at the highest power due to its sensitivity in detecting analytes like glucose and the ability of light at this wavelength to penetrate tissue. Of course, different wavelengths and sequences of wavelengths may be output from emitter **104**.

As noted, this progression may be useful in some embodiments because it allows the circuitry of driver circuit **1105** to stabilize its power delivery to LEDs **1102** and **1104**. Driver circuit **1105** may be allowed to stabilize based on the duty cycle of the pulses or, for example, by configuring a variable waiting period to allow for stabilization of driver circuit **1105**. Of course, other variations in power/current and wavelength may also be employed in the present disclosure.

Modulation in the duty cycle of the individual pulses may also be useful because duty cycle can affect the signal noise ratio of the system **100**. That is, as the duty cycle is increased so may the signal to noise ratio.

Furthermore, as noted above, driver circuit **1105** may monitor temperatures of the LEDs **1102** and **1104** using the thermistor **1120** and adjust the output of LEDs **1102** and **1104** accordingly. Such a temperature may be to help sensor **101** correct for wavelength drift due to changes in water absorption, which can be temperature dependent.

FIG. **11**C illustrates another exemplary emitter that may be employed in the sensor according to an embodiment of the disclosure. As shown, the emitter **104** can include components mounted on a substrate **1108** and on submount **1106**. In particular, top-emitting LEDs **1102** for emitting red and/or infrared light may be mounted on substrate **1108**. Side emitting LEDS **1104** may be mounted on submount **1106**. As noted, side-emitting LEDs **1104** may be included in emitter **104** for emitting near infrared light.

As also shown, the sensor of FIG. **11**C may include a thermistor **1120**. As noted, the thermistor **1120** can be provided to compensate for temperature variations. The thermistor **1120** can be provided to allow for wavelength centroid and power drift of LEDs **1102** and **1104** due to heating. In addition, other thermistors (not shown) can be employed, for example, to measure a temperature of a measurement site. Such a temperature can be helpful in correcting for wavelength drift due to changes in water absorption, which can be temperature dependent, thereby providing more accurate data useful in detecting blood analytes like glucose.

In some embodiments, the emitter **104** may be implemented without the use of side emitting LEDs. For example, certain blood constituents, such as total hemoglobin, can be measured by embodiments of the disclosure without the use of side emitting LEDs. FIG. **11**D illustrates another exemplary emitter that may be employed in the sensor according to an embodiment of the disclosure. In particular, an emitter **104** that is configured for a blood constituent, such as total hemoglobin, is shown. The emitter **104** can include components mounted on a substrate **1108**. In particular, top-emitting LEDs **1102** for emitting red and/or infrared light may be mounted on substrate **1108**.

As also shown, the emitter of FIG. **11**D may include a thermistor **1120**. The thermistor **1120** can be provided to compensate for temperature variations. The thermistor **1120** can be provided to allow for wavelength centroid and power drift of LEDs **1102** due to heating.

US 8,515,509 B2

27
28

FIG. **12**A illustrates a detector submount **1200** having photodiode detectors that are arranged in a grid pattern on the detector submount **1200** to capture light at different quadrants from a measurement site. One detector submount **1200** can be placed under each window of the sensors described above, or multiple windows can be placed over a single detector submount **1200**. The detector submount **1200** can also be used with the partially cylindrical protrusion **605** described above with respect to FIG. **6**.

The detectors include photodiode detectors **1-4** that are arranged in a grid pattern on the submount **1200** to capture light at different quadrants from the measurement site. As noted, other patterns of photodiodes, such as a linear row, or logarithmic row, can also be employed in certain embodiments.

As shown, the detectors **1-4** may have a predetermined spacing from each other, or spatial relationship among one another that result in a spatial configuration. This spatial configuration can be configured to purposefully create a variation of path lengths among detectors **106** and the point light source discussed above.

Detectors may hold multiple (e.g., two, three, four, etc.) photodiode arrays that are arranged in a two-dimensional grid pattern. Multiple photodiode arrays may also be useful to detect light piping (i.e., light that bypasses measurement site **102**). As shown, walls may separate the individual photodiode arrays to prevent mixing of light signals from distinct quadrants. In addition, as noted, the detectors may be covered by windows of transparent material, such as glass, plastic, etc., to allow maximum transmission of power light captured. As noted, this window may comprise some shielding in the form of an embedded grid of wiring, or a conductive layer or coating.

FIGS. **12**B through **12**D illustrate a simplified view of exemplary arrangements and spatial configurations of photodiodes for detectors **106**. As shown, detectors **106** may comprise photodiode detectors **1-4** that are arranged in a grid pattern on detector submount **1200** to capture light at different quadrants from measurement site **102**.

As noted, other patterns of photodiodes may also be employed in embodiments of the present disclosure, including, for example, stacked or other configurations recognizable to an artisan from the disclosure herein. For example, detectors **106** may be arranged in a linear array, a logarithmic array, a two-dimensional array, and the like. Furthermore, an artisan will recognize from the disclosure herein that any number of detectors **106** may be employed by embodiments of the present disclosure.

For example, as shown in FIG. **12**B, detectors **106** may comprise photodiode detectors **1-4** that are arranged in a substantially linear configuration on submount **1200**. In this embodiment shown, photodiode detectors **1-4** are substantially equally spaced apart (e.g., where the distance D is substantially the same between detectors **1-4**).

In FIG. **12**C, photodiode detectors **1-4** may be arranged in a substantially linear configuration on submount **1200**, but may employ a substantially progressive, substantially logarithmic, or substantially semi-logarithmic spacing (e.g., where distances D1>D2>D3). This arrangement or pattern may be useful for use on a patient's finger and where the thickness of the finger gradually increases.

In FIG. **12**D, a different substantially grid pattern on submount **1200** of photodiode detectors **1-4** is shown. As noted, other patterns of detectors may also be employed in embodiments of the present invention.

FIGS. **12**E through **12**H illustrate several embodiments of photodiodes that may be used in detectors **106**. As shown in these figures, a photodiode **1202** of detector **106** may comprise a plurality of active areas **1204**, These active areas **204** may be coupled together via a common cathode **1206** or anode **1208** in order to provide a larger effective detection area.

In particular, as shown in FIG. **12**E, photodiode **1202** may comprise two (2) active areas **1204**a and **1204**b. In FIG. **12**F, photodiode **1202** may comprise four (4) active areas **1204**c-f. In FIG. **12**G, photodiode **1202** may comprise three (3) active areas **1204**g-i. In FIG. **12**H, photodiode **1202** may comprise nine (9) active areas **1204**j-r. The use of smaller active areas may be useful because smaller active areas can be easier to fabricate and can be fabricated with higher purity. However, one skilled in the art will recognize that various sizes of active areas may be employed in the photodiode **1202**.

FIG. **13** illustrates an example multi-stream process **1300**. The multi-stream process **1300** can be implemented by the data collection system **100** and/or by any of the sensors described above. As shown, a control signal from a signal processor **1310** controls a driver **1305**. In response, an emitter **1304** generates a pulse sequence **1303** from its emitter (e.g., its LEDs) into a measurement site or sites **1302**. As described above, in some embodiments, the pulse sequence **1303** is controlled to have a variation of about 10 parts per million or less. Of course, depending on the analyte desired, the tolerated variation in the pulse sequence **1303** can be greater (or smaller).

In response to the pulse sequence **1300**, detectors **1** to n (n being an integer) in a detector **1306** capture optical radiation from the measurement site **1302** and provide respective streams of output signals. Each signal from one of detectors **1**-n can be considered a stream having respective time slots corresponding to the optical pulses from emitter sets **1**-n in the emitter **1304**. Although n emitters and n detectors are shown, the number of emitters and detectors need not be the same in certain implementations.

A front end interface **1308** can accept these multiple streams from detectors **1**-n and deliver one or more signals or composite signal(s) back to the signal processor **1310**. A stream from the detectors **1**-n can thus include measured light intensities corresponding to the light pulses emitted from the emitter **1304**.

The signal processor **1310** can then perform various calculations to measure the amount of glucose and other analytes based on these multiple streams of signals. In order to help explain how the signal processor **1310** can measure analytes like glucose, a primer on the spectroscopy employed in these embodiments will now be provided.

Spectroscopy is premised upon the Beer-Lambert law. According to this law, the properties of a material, e.g., glucose present in a measurement site, can be deterministically calculated from the absorption of light traveling through the material. Specifically, there is a logarithmic relation between the transmission of light through a material and the concentration of a substance and also between the transmission and the length of the path traveled by the light. As noted, this relation is known as the Beer-Lambert law.

The Beer-Lambert law is usually written as:

$$\text{Absorbance } A = m*b*c, \text{ where:}$$

m is the wavelength-dependent molar absorptivity coefficient (usually expressed in units of $M^{-1} \text{ cm}^{-1}$);

b is the mean path length; and

c is the analyte concentration (e.g., the desired parameter).

US 8,515,509 B2

29

In spectroscopy, instruments attempt to obtain the analyte concentration (c) by relating absorbance (A) to transmittance (T). Transmittance is a proportional value defined as:

$$T = l/l_o, \text{ where:}$$

l is the light intensity measured by the instrument from the measurement site; and

$l_o$ is the initial light intensity from the emitter.

Absorbance (A) can be equated to the transmittance (T) by the equation:

$$A = -\log T$$

Therefore, substituting equations from above:

$$A = -\log(l/l_o)$$

In view of this relationship, spectroscopy thus relies on a proportional-based calculation of $-\log(l/l_o)$ and solving for analyte concentration (c).

Typically, in order to simplify the calculations, spectroscopy will use detectors that are at the same location in order to keep the path length (b) a fixed, known constant. In addition, spectroscopy will employ various mechanisms to definitively know the transmission power ($l_o$), such as a photodiode located at the light source. This architecture can be viewed as a single channel or single stream sensor, because the detectors are at a single location.

However, this scheme can encounter several difficulties in measuring analytes, such as glucose. This can be due to the high overlap of absorption of light by water at the wavelengths relevant to glucose as well as other factors, such as high self-noise of the components.

Embodiments of the present disclosure can employ a different approach that in part allows for the measurement of analytes like glucose. Some embodiments can employ a bulk, non-pulsatile measurement in order to confirm or validate a pulsatile measurement. In addition, both the non-pulsatile and pulsatile measurements can employ, among other things, the multi-stream operation described above in order to attain sufficient SNR. In particular, a single light source having multiple emitters can be used to transmit light to multiple detectors having a spatial configuration.

A single light source having multiple emitters can allow for a range of wavelengths of light to be used. For example, visible, infrared, and near infrared wavelengths can be employed. Varying powers of light intensity for different wavelengths can also be employed.

Secondly, the use of multiple-detectors in a spatial configuration allow for a bulk measurement to confirm or validate that the sensor is positioned correctly. This is because the multiple locations of the spatial configuration can provide, for example, topology information that indicates where the sensor has been positioned. Currently available sensors do not provide such information. For example, if the bulk measurement is within a predetermined range of values, then this can indicate that the sensor is positioned correctly in order to perform pulsatile measurements for analytes like glucose. If the bulk measurement is outside of a certain range or is an unexpected value, then this can indicate that the sensor should be adjusted, or that the pulsatile measurements can be processed differently to compensate, such as using a different calibration curve or adjusting a calibration curve. These features and others allow the embodiments to achieve noise cancellation and noise reduction, which can be several times greater in magnitude that what is achievable by currently available technology.

30

In order to help illustrate aspects of the multi-stream measurement approach, the following example derivation is provided. Transmittance (T) can be expressed as:

$$T = e^{-m*b*c}$$

In terms of light intensity, this equation can also be rewritten as:

$$l/l_o = e^{-m*b*c}$$

Or, at a detector, the measured light (l) can be expressed as:

$$l = l_o * e^{-m*b*c}$$

As noted, in the present disclosure, multiple detectors (1 to n) can be employed, which results in $l_1 \ldots l_n$ streams of measurements. Assuming each of these detectors have their own path lengths, $b_1 \ldots b_n$, from the light source, the measured light intensities can be expressed as:

$$l_n = l_o * e^{-m*b_n*c}$$

The measured light intensities at any two different detectors can be referenced to each other. For example:

$$l_1/l_n = (l_o * e^{-mb_1c})/(l_o * e^{-mb_nc})$$

As can be seen, the terms, $l_o$, cancel out and, based on exponent algebra, the equation can be rewritten as:

$$l_1/l_n = e^{-m(b_1-b_n)c}$$

From this equation, the analyte concentration (c) can now be derived from bulk signals $l_1 \ldots l_n$ and knowing the respective mean path lengths $b_1$ and $b_n$. This scheme also allows for the cancelling out of $l_o$, and thus, noise generated by the emitter 1304 can be cancelled out or reduced. In addition, since the scheme employs a mean path length difference, any changes in mean path length and topological variations from patient to patient are easily accounted. Furthermore, this bulk-measurement scheme can be extended across multiple wavelengths. This flexibility and other features allow embodiments of the present disclosure to measure blood analytes like glucose.

For example, as noted, the non-pulsatile, bulk measurements can be combined with pulsatile measurements to more accurately measure analytes like glucose. In particular, the non-pulsatile, bulk measurement can be used to confirm or validate the amount of glucose, protein, etc. in the pulsatile measurements taken at the tissue at the measurement site(s) 1302. The pulsatile measurements can be used to measure the amount of glucose, hemoglobin, or the like that is present in the blood. Accordingly, these different measurements can be combined to thus determine analytes like blood glucose.

FIG. 14A illustrates an embodiment of a detector submount 1400a positioned beneath the partially cylindrical protrusion 605 of FIG. 6 (or alternatively, the protrusion 605b). The detector submount 1400a includes two rows 1408a of detectors 1410a. The partially cylindrical protrusion 605 can facilitate reducing the number and/or size of detectors used in a sensor because the protrusion 605 can act as a lens that focuses light onto a smaller area.

To illustrate, in some sensors that do not include the partially cylindrical protrusion 605, sixteen detectors can be used, including four rows of four detectors each. Multiple rows of detectors can be used to measure certain analytes, such as glucose or total hemoglobin, among others. Multiple rows of detectors can also be used to detect light piping (e.g., light that bypasses the measurement site). However, using more detectors in a sensor can add cost, complexity, and noise to the sensor.

Applying the partially cylindrical protrusion 605 to such a sensor, however, could reduce the number of detectors or

US 8,515,509 B2

31

rows of detectors used while still receiving the substantially same amount of light, due to the focusing properties of the protrusion **605** (see FIG. **14**B). This is the example situation illustrated in FIG. **14**—two rows **1408***a* of detectors **1410***a* are used instead of four. Advantageously, in certain embodiments, the resulting sensor can be more cost effective, have less complexity, and have an improved SNR, due to fewer and/or smaller photodiodes.

In other embodiments, using the partially cylindrical protrusion **605** can allow the number of detector rows to be reduced to one or three rows of four detectors. The number of detectors in each row can also be reduced. Alternatively, the number of rows might not be reduced but the size of the detectors can be reduced. Many other configurations of detector rows and sizes can also be provided.

FIG. **14**B depicts a front elevation view of the partially cylindrical protrusion **605** (or alternatively, the protrusion **605***b*) that illustrates how light from emitters (not shown) can be focused by the protrusion **605** onto detectors. The protrusion **605** is placed above a detector submount **1400***b* having one or more detectors **1410***b* disposed thereon. The submount **1400***b* can include any number of rows of detectors **1410**, although one row is shown.

Light, represented by rays **1420**, is emitted from the emitters onto the protrusion **605**. These light rays **1420** can be attenuated by body tissue (not shown). When the light rays **1420** enter the protrusion **605**, the protrusion **605** acts as a lens to refract the rays into rays **1422**. This refraction is caused in certain embodiments by the partially cylindrical shape of the protrusion **605**. The refraction causes the rays **1422** to be focused or substantially focused on the one or more detectors **1410***b*. Since the light is focused on a smaller area, a sensor including the protrusion **605** can include fewer detectors to capture the same amount of light compared with other sensors.

FIG. **14**C illustrates another embodiment of a detector submount **1400***c*, which can be disposed under the protrusion **605***b* (or alternatively, the protrusion **605**). The detector submount **1400***c* includes a single row **1408***c* of detectors **1410***c*. The detectors are electrically connected to conductors **1412***c*, which can be gold, silver, copper, or any other suitable conductive material.

The detector submount **1400***c* is shown positioned under the protrusion **605***b* in a detector subassembly **1450** illustrated in FIG. **14**D. A top-down view of the detector subassembly **1450** is also shown in FIG. **14**E. In the detector subassembly **1450**, a cylindrical housing **1430** is disposed on the submount **1400***c*. The cylindrical housing **1430** includes a transparent cover **1432**, upon which the protrusion **605***b* is disposed. Thus, as shown in FIG. **14**D, a gap **1434** exists between the detectors **1410***c* and the protrusion **605***b*. The height of this gap **1434** can be chosen to increase or maximize the amount of light that impinges on the detectors **1410***c*.

The cylindrical housing **1430** can be made of metal, plastic, or another suitable material. The transparent cover **1432** can be fabricated from glass or plastic, among other materials. The cylindrical housing **1430** can be attached to the submount **1400***c* at the same time or substantially the same time as the detectors **1410***c* to reduce manufacturing costs. A shape other than a cylinder can be selected for the housing **1430** in various embodiments.

In certain embodiments, the cylindrical housing **1430** (and transparent cover **1432**) forms an airtight or substantially airtight or hermetic seal with the submount **1400***c*. As a result, the cylindrical housing **1430** can protect the detectors **1410***c* and conductors **1412***c* from fluids and vapors that can cause corrosion. Advantageously, in certain embodiments, the

32

cylindrical housing **1430** can protect the detectors **1410***c* and conductors **1412***c* more effectively than currently-available resin epoxies, which are sometimes applied to solder joints between conductors and detectors.

In embodiments where the cylindrical housing **1430** is at least partially made of metal, the cylindrical housing **1430** can provide noise shielding for the detectors **1410***c*. For example, the cylindrical housing **1430** can be soldered to a ground connection or ground plane on the submount **1400***c*, which allows the cylindrical housing **1430** to reduce noise. In another embodiment, the transparent cover **1432** can include a conductive material or conductive layer, such as conductive glass or plastic. The transparent cover **1432** can include any of the features of the noise shields **790** described above.

The protrusion **605***b* includes the chamfered edges **607** described above with respect to FIG. **6**E. These chamfered edges **607** can allow a patient to more comfortably slide a finger over the protrusion **605***b* when inserting the finger into the sensor **301***f*.

FIG. **14**F illustrates a portion of the detector shell **306***f*, which includes the detectors **1410***c* on the substrate **1400***c*. The substrate **1400***c* is enclosed by a shielding enclosure **1490**, which can include the features of the shielding enclosures **790***a*, **790***b* described above (see also FIG. **17**). The shielding enclosure **1490** can be made of metal. The shielding enclosure **1490** includes a window **1492***a* above the detectors **1410***c*, which allows light to be transmitted onto the detectors **1410***c*.

A noise shield **1403** is disposed above the shielding enclosure **1490**. The noise shield **1403**, in the depicted embodiment, includes a window **1492***a* corresponding to the window **1492***a*. Each of the windows **1492***a*, **1492***b* can include glass, plastic, or can be an opening without glass or plastic. In some embodiments, the windows **1492***a*, **1492***b* may be selected to have different sizes or shapes from each other.

The noise shield **1403** can include any of the features of the conductive glass described above. In the depicted embodiment, the noise shield **1403** extends about three-quarters of the length of the detector shell **306***f*. In other embodiments, the noise shield **1403** could be smaller or larger. The noise shield **1403** could, for instance, merely cover the detectors **1410***c*, the submount **1400***c*, or a portion thereof. The noise shield **1403** also includes a stop **1413** for positioning a measurement site within the sensor **301***f*. Advantageously, in certain embodiments, the noise shield **1403** can reduce noise caused by light piping.

A thermistor **1470** is also shown. The thermistor **1470** is attached to the submount **1400***c* and protrudes above the noise shield **1403**. As described above, the thermistor **1470** can be employed to measure a temperature of a measurement site. Such a temperature can be helpful in correcting for wavelength drift due to changes in water absorption, which can be temperature dependent, thereby providing more accurate data useful in detecting blood analytes like glucose.

In the depicted embodiment, the detectors **1410***c* are not enclosed in the cylindrical housing **1430**. In an alternative embodiment, the cylindrical housing **1430** encloses the detectors **1410***c* and is disposed under the noise shield **1403**. In another embodiment, the cylindrical housing **1430** encloses the detectors **1410***c* and the noise shield **1403** is not used. If both the cylindrical housing **1403** and the noise shield **1403** are used, either or both can have noise shielding features.

FIG. **14**G illustrates the detector shell **306***f* of FIG. **14**F, with the finger bed **310***f* disposed thereon. FIG. **14**H illustrates the detector shell **306***f* of FIG. **14**G, with the protrusion **605***b* disposed in the finger bed **310***f*.

US 8,515,509 B2

33

FIG. **14**I illustrates a cutaway view of the sensor **301***f*. Not all features of the sensor **301***f* are shown, such as the protrusion **605***b*. Features shown include the emitter and detector shells **304***f*, **306***f*, the flaps **307***f*, the heat sink **350***f* and fins **351***f*, the finger bed **310***f*, and the noise shield **1403**.

In addition to these features, emitters **1404** are depicted in the emitter shell **304***f*. The emitters **1404** are disposed on a submount **1401**, which is connected to a circuit board **1419**. The emitters **1404** are also enclosed within a cylindrical housing **1480**. The cylindrical housing **1480** can include all of the features of the cylindrical housing **1430** described above. For example, the cylindrical housing **1480** can be made of metal, can be connected to a ground plane of the submount **1401** to provide noise shielding, and can include a transparent cover **1482**.

The cylindrical housing **1480** can also protect the emitters **1404** from fluids and vapors that can cause corrosion. Moreover, the cylindrical housing **1480** can provide a gap between the emitters **1404** and the measurement site (not shown), which can allow light from the emitters **1404** to even out or average out before reaching the measurement site.

The heat sink **350***f*, in addition to including the fins **351***f*, includes a protuberance **352***f* that extends down from the fins **351***f* and contacts the submount **1401**. The protuberance **352***f* can be connected to the submount **1401**, for example, with thermal paste or the like. The protuberance **352***f* can sink heat from the emitters **1404** and dissipate the heat via the fins **351***f*.

FIGS. **15**A and **15**B illustrate embodiments of sensor portions **1500**A, **1500**B that include alternative heat sink features to those described above. These features can be incorporated into any of the sensors described above. For example, any of the sensors above can be modified to use the heat sink features described below instead of or in addition to the heat sink features of the sensors described above.

The sensor portions **1500**A, **1500**B shown include LED emitters **1504**; however, for ease of illustration, the detectors have been omitted. The sensor portions **1500**A, **1500**B shown can be included, for example, in any of the emitter shells described above.

The LEDs **1504** of the sensor portions **1500**A, **1500**B are connected to a substrate or submount **1502**. The submount **1502** can be used in place of any of the submounts described above. The submount **1502** can be a non-electrically conducting material made of any of a variety of materials, such as ceramic, glass, or the like. A cable **1512** is attached to the submount **1502** and includes electrical wiring **1514**, such as twisted wires and the like, for communicating with the LEDs **1504**. The cable **1512** can correspond to the cables **212** described above.

Although not shown, the cable **1512** can also include electrical connections to a detector. Only a portion of the cable **1512** is shown for clarity. The depicted embodiment of the cable **1512** includes an outer jacket **1510** and a conductive shield **1506** disposed within the outer jacket **1510**. The conductive shield **1506** can be a ground shield or the like that is made of a metal such as braided copper or aluminum. The conductive shield **1506** or a portion of the conductive shield **1506** can be electrically connected to the submount **1502** and can reduce noise in the signal generated by the sensor **1500**A, **1500**B by reducing RF coupling with the wires **1514**. In alternative embodiments, the cable **1512** does not have a conductive shield. For example, the cable **1512** could be a twisted pair cable or the like, with one wire of the twisted pair used as a heat sink.

Referring specifically to FIG. **15**A, in certain embodiments, the conductive shield **1506** can act as a heat sink for the LEDs **1504** by absorbing thermal energy from the LEDs **1504**

34

and/or the submount **1502**. An optional heat insulator **1520** in communication with the submount **1502** can also assist with directing heat toward the conductive shield **1506**. The heat insulator **1520** can be made of plastic or another suitable material. Advantageously, using the conductive shield **1506** in the cable **1512** as a heat sink can, in certain embodiments, reduce cost for the sensor.

Referring to FIG. **15**B, the conductive shield **1506** can be attached to both the submount **1502** and to a heat sink layer **1530** sandwiched between the submount **1502** and the optional insulator **1520**. Together, the heat sink layer **1530** and the conductive shield **1506** in the cable **1512** can absorb at least part of the thermal energy from the LEDs and/or the submount **1502**.

FIGS. **15**C and **15**D illustrate implementations of a sensor portion **1500**C that includes the heat sink features of the sensor portion **1500**A described above with respect to FIG. **15**A. The sensor portion **1500**C includes the features of the sensor portion **1500**A, except that the optional insulator **1520** is not shown. FIG. **15**D is a side cutaway view of the sensor portion **1500**C that shows the emitters **1504**.

The cable **1512** includes the outer jacket **1510** and the conductive shield **1506**. The conductive shield **1506** is soldered to the submount **1502**, and the solder joint **1561** is shown. In some embodiments, a larger solder joint **1561** can assist with removing heat more rapidly from the emitters **1504**. Various connections **1563** between the submount **1502** and a circuit board **1519** are shown. In addition, a cylindrical housing **1580**, corresponding to the cylindrical housing **1480** of FIG. **14**I, is shown protruding through the circuit board **1519**. The emitters **1504** are enclosed in the cylindrical housing **1580**.

FIGS. **15**E and **15**F illustrate implementations of a sensor portion **1500**E that includes the heat sink features of the sensor portion **1500**B described above with respect to FIG. **15**B. The sensor portion **1500**E includes the heat sink layer **1530**. The heat sink layer **1530** can be a metal plate, such as a copper plate or the like. The optional insulator **1520** is not shown. FIG. **15**F is a side cutaway view of the sensor portion **1500**E that shows the emitters **1504**.

In the depicted embodiment, the conductive shield **1506** of the cable **1512** is soldered to the heat sink layer **1530** instead of the submount **1502**. The solder joint **1565** is shown. In some embodiments, a larger solder joint **1565** can assist with removing heat more rapidly from the emitters **1504**. Various connections **1563** between the submount **1502** and a circuit board **1519** are shown. In addition, the cylindrical housing **1580** is shown protruding through the circuit board **1519**. The emitters **1504** are enclosed in the cylindrical housing **1580**.

FIGS. **15**G and **15**H illustrate embodiments of connector features that can be used with any of the sensors described above with respect to FIGS. **1** through **15**F. Referring to FIG. **15**G, the circuit board **1519** includes a female connector **1575** that mates with a male connector **1577** connected to a daughter board **1587**. The daughter board **1587** includes connections to the electrical wiring **1514** of the cable **1512**. The connected boards **1519**, **1587** are shown in FIG. **15**H. Also shown is a hole **1573** that can receive the cylindrical housing **1580** described above.

Advantageously, in certain embodiments, using a daughter board **1587** to connect to the circuit board **1519** can enable connections to be made more easily to the circuit board **1519**. In addition, using separate boards can be easier to manufacture than a single circuit board **1519** with all connections soldered to the circuit board **1519**.

FIG. **15**I illustrates an exemplary architecture for front-end interface **108** as a transimpedance-based front-end. As noted,

US 8,515,509 B2

35

front-end interfaces **108** provide an interface that adapts the output of detectors **106** into a form that can be handled by signal processor **110**. As shown in this figure, sensor **101** and front-end interfaces **108** may be integrated together as a single component, such as an integrated circuit. Of course, one skilled in the art will recognize that sensor **101** and front end interfaces **108** may comprise multiple components or circuits that are coupled together.

Front-end interfaces **108** may be implemented using transimpedance amplifiers that are coupled to analog to digital converters in a sigma delta converter. In some embodiments, a programmable gain amplifier (PGA) can be used in combination with the transimpedance-based front-ends. For example, the output of a transimpedance-based front-end may be output to a sigma-delta ADC that comprises a PGA. A PGA may be useful in order to provide another level of amplification and control of the stream of signals from detectors **106**. The PGA may be an integrated circuit or built from a set of micro-relays. Alternatively, the PGA and ADC components in converter **900** may be integrated with the transimpedance-based front-end in sensor **101**.

Due to the low-noise requirements for measuring blood analytes like glucose and the challenge of using multiple photodiodes in detector **106**, the applicants developed a noise model to assist in configuring front-end **108**. Conventionally, those skilled in the art have focused on optimizing the impedance of the transimpedance amplifiers to minimize noise.

However, the following noise model was discovered by the applicants:

$$\text{Noise} = \sqrt{aR + bR^2}, \text{ where:}$$

aR is characteristic of the impedance of the transimpedance amplifier; and

$bR^2$ is characteristic of the impedance of the photodiodes in detector and the number of photodiodes in detector **106**.

The foregoing noise model was found to be helpful at least in part due to the high SNR required to measure analytes like glucose. However, the foregoing noise model was not previously recognized by artisans at least in part because, in conventional devices, the major contributor to noise was generally believed to originate from the emitter or the LEDs. Therefore, artisans have generally continued to focus on reducing noise at the emitter.

However, for analytes like glucose, the discovered noise model revealed that one of the major contributors to noise was generated by the photodiodes. In addition, the amount of noise varied based on the number of photodiodes coupled to a transimpedance amplifier. Accordingly, combinations of various photodiodes from different manufacturers, different impedance values with the transimpedance amplifiers, and different numbers of photodiodes were tested as possible embodiments.

In some embodiments, different combinations of transimpedance to photodiodes may be used. For example, detectors **1-4** (as shown, e.g., in FIG. **12A**) may each comprise four photodiodes. In some embodiments, each detector of four photodiodes may be coupled to one or more transimpedance amplifiers. The configuration of these amplifiers may be set according to the model shown in FIG. **15J**.

Alternatively, each of the photodiodes may be coupled to its own respective transimpedance amplifier. For example, transimpedance amplifiers may be implemented as integrated circuits on the same circuit board as detectors **1-4**. In this embodiment, the transimpedance amplifiers may be grouped into an averaging (or summing) circuit, which are known to those skilled in the art, in order to provide an output stream from the detector. The use of a summing amplifier to combine

36

outputs from several transimpedance amplifiers into a single, analog signal may be helpful in improving the SNR relative to what is obtainable from a single transimpedance amplifier. The configuration of the transimpedance amplifiers in this setting may also be set according to the model shown in FIG. **15J**.

As yet another alternative, as noted above with respect to FIGS. **12E** through **12H**, the photodiodes in detectors **106** may comprise multiple active areas that are grouped together. In some embodiments, each of these active areas may be provided its own respective transimpedance. This form of pairing may allow a transimpedance amplifier to be better matched to the characteristics of its corresponding photodiode or active area of a photodiode.

As noted, FIG. **15J** illustrates an exemplary noise model that may be useful in configuring transimpedance amplifiers. As shown, for a given number of photodiodes and a desired SNR, an optimal impedance value for a transimpedance amplifier could be determined.

For example, an exemplary "4 PD per stream" sensor **1502** is shown where detector **106** comprises four photodiodes **1502**. The photodiodes **1502** are coupled to a single transimpedance amplifier **1504** to produce an output stream **1506**. In this example, the transimpedance amplifier comprises 10 MΩ resistors **1508** and **1510**. Thus, output stream **1506** is produced from the four photodiodes (PD) **1502**. As shown in the graph of FIG. **15J**, the model indicates that resistance values of about 10 MΩ may provide an acceptable SNR for analytes like glucose.

However, as a comparison, an exemplary "1 PD per stream" sensor **1512** is also shown in FIG. **15J**. In particular, sensor **1512** may comprise a plurality of detectors **106** that each comprises a single photodiode **1514**. In addition, as shown for this example configuration, each of photodiodes **1514** may be coupled to respective transimpedance amplifiers **1516**, e.g., 1 PD per stream. Transimpedance amplifiers are shown having 40 MΩ resistors **1518**. As also shown in the graph of FIG. **15J**, the model illustrates that resistance values of 40 MΩ for resistors **1518** may serve as an alternative to the 4 photodiode per stream architecture of sensor **1502** described above and yet still provide an equivalent SNR.

Moreover, the discovered noise model also indicates that utilizing a 1 photodiode per stream architecture like that in sensor **1512** may provide enhanced performance because each of transimpedance amplifiers **1516** can be tuned or optimized to its respective photodiodes **1518**. In some embodiments, an averaging component **1520** may also be used to help cancel or reduce noise across photodiodes **1518**.

For purposes of illustration, FIG. **15K** shows different architectures (e.g., four PD per stream and one PD per stream) for various embodiments of a sensor and how components of the sensor may be laid out on a circuit board or substrate. For example, sensor **1522** may comprise a "4 PD per stream" architecture on a submount **700** in which each detector **106** comprises four (4) photodiodes **1524**. As shown for sensor **1522**, the output of each set of four photodiodes **1524** is then aggregated into a single transimpedance amplifier **1526** to produce a signal.

As another example, a sensor **1528** may comprise a "1 PD per stream" architecture on submount **700** in which each detector **106** comprises four (4) photodiodes **1530**. In sensor **1528**, each individual photodiode **1530** is coupled to a respective transimpedance amplifier **1532**. The output of the amplifiers **1532** may then be aggregated into averaging circuit **1520** to produce a signal.

As noted previously, one skilled in the art will recognize that the photodiodes and detectors may be arranged in differ-

US 8,515,509 B2

37

ent fashions to optimize the detected light. For example, sensor **1534** illustrates an exemplary "4 PD per stream" sensor in which the detectors **106** comprise photodiodes **1536** arranged in a linear fashion. Likewise, sensor **1538** illustrates an exemplary "1 PD per stream" sensor in which the detectors comprise photodiodes **1540** arranged in a linear fashion.

Alternatively, sensor **1542** illustrates an exemplary "4 PD per stream" sensor in which the detectors **106** comprise photodiodes **1544** arranged in a two-dimensional pattern, such as a zig-zag pattern. Sensor **1546** illustrates an exemplary "1 PD per stream" sensor in which the detectors comprise photodiodes **1548** also arranged in a zig-zag pattern.

FIG. **15**L illustrates an exemplary architecture for a switched-capacitor-based front-end. As shown, front-end interfaces **108** may be implemented using switched capacitor circuits and any number of front-end interfaces **108** may be implemented. The output of these switched capacitor circuits may then be provided to a digital interface **1000** and signal processor **110**. Switched capacitor circuits may be useful in system **100** for their resistor free design and analog averaging properties. In particular, the switched capacitor circuitry provides for analog averaging of the signal that allows for a lower smaller sampling rate (e.g., 2 KHz sampling for analog versus 48 KHz sampling for digital designs) than similar digital designs. In some embodiments, the switched capacitor architecture in front end interfaces **108** may provide a similar or equivalent SNR to other front end designs, such as a sigma delta architecture. In addition, a switched capacitor design in front end interfaces **108** may require less computational power by signal processor **110** to perform the same amount of decimation to obtain the same SNR.

FIGS. **16**A and **16**B illustrate embodiments of disposable optical sensors **1600**. In an embodiment, any of the features described above, such as protrusion, shielding, and/or heat sink features, can be incorporated into the disposable sensors **1600** shown. For instance, the sensors **1600** can be used as the sensors **101** in the system **100** described above with respect to FIG. **1**. Moreover, any of the features described above, such as protrusion, shielding, and/or heat sink features, can be implemented in other disposable sensor designs that are not depicted herein.

The sensors **1600** include an adult/pediatric sensor **1610** for finger placement and a disposable infant/neonate sensor **1602** configured for toe, foot or hand placement. Each sensor **1600** has a tape end **1610** and an opposite connector end **1620** electrically and mechanically interconnected via a flexible coupling **1630**. The tape end **1610** attaches an emitter and detector to a tissue site. Although not shown, the tape end **1610** can also include any of the protrusion, shielding, and/or heat sink features described above. The emitter illuminates the tissue site and the detector generates a sensor signal responsive to the light after tissue absorption, such as absorption by pulsatile arterial blood flow within the tissue site.

The sensor signal is communicated via the flexible coupling **1630** to the connector end **1620**. The connector end **1620** can mate with a cable (not shown) that communicates the sensor signal to a monitor (not shown), such as any of the cables or monitors shown above with respect to FIGS. **2**A through **2**D. Alternatively, the connector end **1620** can mate directly with the monitor.

FIG. **17** illustrates an exploded view of certain of the components of the sensor **301**/described above. A heat sink **1751** and a cable **1781** attach to an emitter shell **1704**. The emitter shell attaches to a flap housing **1707**. The flap housing **1707** includes a receptacle **1709** to receive a cylindrical housing **1480**/**1580** (not shown) attached to an emitter submount **1702**, which is attached to a circuit board **1719**.

38

A spring **1787** attaches to a detector shell **1706** via pins **1783**, **1785**, which hold the emitter and detector shells **1704**, **1706** together. A support structure **1791** attaches to the detector shell **1706**, which provides support for a shielding enclosure **1790**. A noise shield **1713** attaches to the shielding enclosure **1790**. A detector submount **1700** is disposed inside the shielding enclosure **1790**. A finger bed **1710** provides a surface for placement of the patient's finger. Finger bed **1710** may comprise a gripping surface or gripping features, which may assist in placing and stabilizing a patient's finger in the sensor. A partially cylindrical protrusion **1705** may also be disposed in the finger bed **1710**. As shown, finger bed **1710** attaches to the noise shield **1703**. The noise shield **1703** may be configured to reduce noise, such as from ambient light and electromagnetic noise. For example, the noise shield **1703** may be constructed from materials having an opaque color, such as black or a dark blue, to prevent light piping.

Noise shield **1703** may also comprise a thermistor **1712**. The thermistor **1712** may be helpful in measuring the temperature of a patient's finger. For example, the thermistor **1712** may be useful in detecting when the patient's finger is reaching an unsafe temperature that is too hot or too cold. In addition, the temperature of the patient's finger may be useful in indicating to the sensor the presence of low perfusion as the temperature drops. In addition, the thermistor **1712** may be useful in detecting a shift in the characteristics of the water spectrum in the patient's finger, which can be temperature dependent.

Moreover, a flex circuit cover **1706** attaches to the pins **1783**, **1785**. Although not shown, a flex circuit can also be provided that connects the circuit board **1719** with the submount **1700** (or a circuit board to which the submount **1700** is connected). A flex circuit protector **1760** may be provided to provide a barrier or shield to the flex circuit (not shown). In particular, the flex circuit protector **1760** may also prevent any electrostatic discharge to or from the flex circuit. The flex circuit protector **1760** may be constructed from well known materials, such as a plastic or rubber materials.

FIG. **18** shows the results obtained by an exemplary sensor **101** of the present disclosure that was configured for measuring glucose. This sensor **101** was tested using a pure water ex-vivo sample. In particular, ten samples were prepared that ranged from 0-55 mg/dL. Two samples were used as a training set and eight samples were then used as a test population. As shown, embodiments of the sensor **101** were able to obtain at least a standard deviation of 13 mg/dL in the training set and 11 mg/dL in the test population.

FIG. **19** shows the results obtained by an exemplary sensor **101** of the present disclosure that was configured for measuring glucose. This sensor **101** was tested using a turbid ex-vivo sample. In particular, 25 samples of water/glucose/Lyposin were prepared that ranged from 0-55 mg/dL. Five samples were used as a training set and 20 samples were then used as a test population. As shown, embodiments of sensor **101** were able to obtain at least a standard deviation of 37 mg/dL in the training set and 32 mg/dL in the test population.

FIGS. **20** through **22** shows other results that can be obtained by an embodiment of system **100**. In FIG. **20**, 150 blood samples from two diabetic adult volunteers were collected over a 10-day period. Invasive measurements were taken with a YSI glucometer to serve as a reference measurement. Noninvasive measurements were then taken with an embodiment of system **100** that comprised four LEDs and four independent detector streams. As shown, the system **100** obtained a correlation of about 85% and Arms of about 31 mg/dL.

US 8,515,509 B2

39

In FIG. **21**, 34 blood samples were taken from a diabetic adult volunteer collected over a 2-day period. Invasive measurements were also taken with a glucometer for comparison. Noninvasive measurements were then taken with an embodiment of system **100** that comprised four LEDs in emitter **104** and four independent detector streams from detectors **106**. As shown, the system **100** was able to attain a correlation of about 90% and Arms of about 22 mg/dL.

The results shown in FIG. **22** relate to total hemoglobin testing with an exemplary sensor **101** of the present disclosure. In particular, 47 blood samples were collected from nine adult volunteers. Invasive measurements were then taken with a CO-oximeter for comparison. Noninvasive measurements were taken with an embodiment of system **100** that comprised four LEDs in emitter **104** and four independent detector channels from detectors **106**. Measurements were averaged over 1 minute. As shown, the testing resulted in a correlation of about 93% and Arms of about 0.8 mg/dL.

Conditional language used herein, such as, among others, "can," "could," "might," "may," "e.g.," and the like, unless specifically stated otherwise, or otherwise understood within the context as used, is generally intended to convey that certain embodiments include, while other embodiments do not include, certain features, elements and/or states. Thus, such conditional language is not generally intended to imply that features, elements and/or states are in any way required for one or more embodiments or that one or more embodiments necessarily include logic for deciding, with or without author input or prompting, whether these features, elements and/or states are included or are to be performed in any particular embodiment.

While certain embodiments of the inventions disclosed herein have been described, these embodiments have been presented by way of example only, and are not intended to limit the scope of the inventions disclosed herein. Indeed, the novel methods and systems described herein can be embodied in a variety of other forms; furthermore, various omissions, substitutions and changes in the form of the methods and systems described herein can be made without departing from the spirit of the inventions disclosed herein. The claims and their equivalents are intended to cover such forms or modifications as would fall within the scope and spirit of certain of the inventions disclosed herein.

What is claimed is:

**1**. A multi-stream emitter for a noninvasive, physiological device configured to transmit optical radiation in a tissue site, said emitter comprising:
a set of optical sources comprising:
a top-emitting diode affixed to a first surface, and
a side-emitting diode affixed to a second surface, wherein the first surface is approximately perpendicular to the second surface; and
a driver configured to:
drive the top-emitting diode to transmit first infrared optical radiation at a first power into a tissue site of a patient, wherein the top-emitting diode is configured to emit the first infrared optical radiation in a first direction substantially perpendicular to the first surface; and
drive the side-emitting diode to transmit second infrared optical radiation at a second power into the tissue site of the patient, wherein the side-emitting diode is configured to emit the second infrared optical radiation in a second direction substantially parallel to the second surface, wherein the second power is greater than the first power; enabling measurement of an analyte in the tissue site of the patient.

40

**2**. The emitter of claim **1**, wherein the side-emitting diode comprises a super luminescent light emitting diode.

**3**. The emitter of claim **1**, wherein the side-emitting diode comprises a laser diode.

**4**. The emitter of claim **1** further comprising a submount that configures the set of optical sources as a single point source.

**5**. The emitter of claim **4** wherein the submount is configured to position the set of optical sources within a diameter of about 2 mm of each other.

**6**. The emitter of claim **4** wherein the submount is configured to position the set of optical sources within a diameter of about 4 mm of each other.

**7**. The emitter of claim **1**, wherein the top-emitting diode is configured to emit the first infrared optical radiation at a wavelength of approximately 900 to approximately 1350 nm.

**8**. The emitter of claim **1**, wherein the side-emitting diode is configured to emit the second infrared optical radiation at wavelengths of approximately 1600 to approximately 1800 nm.

**9**. The emitter of claim **1**, further comprising a heat sink thermodynamically coupled to the set of optical sources.

**10**. The emitter of claim **1**, further comprising at least one thermistor.

**11**. The emitter of claim **10**, wherein the at least one thermistor is configured to detect a temperature of at least one of the optical sources.

**12**. The emitter of claim **10**, wherein the at least one thermistor is configured to detect a temperature of the tissue site.

**13**. The emitter of claim **1**, wherein the set of optical sources comprises a plurality of side-emitting diodes.

**14**. The emitter of claim **1**, wherein the set of optical sources comprises a plurality of top-emitting diodes.

**15**. An emitter of a noninvasive optical sensor, the emitter configured to transmit optical radiation into a tissue site to be detected after attenuation by said tissue site and processed to determine one or more physiological parameters of a patient, said emitter comprising:
an optical source; including:
a top-emitting diode having a first surface connected to an electrical contact, and
a side-emitting diode having a second surface connected to an electrical contact; and
a driver:
configured to drive the top-emitting diode to transmit light at a first wavelength into the tissue site, wherein the top-emitting diode is configured to transmit light at the first wavelength in a first direction substantially perpendicular to the first surface; and
configured to drive the side-emitting diode to transmit light at a second wavelength into the tissue site, wherein the side-emitting diode is configured to transmit light at the second wavelength in a second direction substantially parallel to the second surface.

**16**. The emitter of claim **15**, wherein the second wavelength is between approximately 1650 nm and approximately 1800 nm.

**17**. The emitter of claim **15**, wherein the driver is configured to deliver a progression of about 1 mW for emitting the light at the first wavelength and about 40 to about 100 mW for emitting the light at the second wavelength.

**18**. The emitter of claim **15**, wherein the driver is configured to:
drive the top-emitting diode at a first power; and
drive the side-emitting diode at a second power, wherein the second power is greater than the first power.

US 8,515,509 B2

41

**19**. The emitter of claim **15**, wherein the top-emitting diode and the side-emitting diode are placed on orthogonal planes.

**20**. The emitter of claim **15**, wherein the top-emitting diode and the side-emitting diode do not face the same plane.

**21**. A method of transmitting a stream of pulses of optical radiation in a tissue site, said method comprising:

transmitting with a top-emitting diode affixed to a first surface, at a first power, at least one pulse of first infrared optical radiation having a first pulse width, wherein the top-emitting diode is configured to transmit light at the first infrared optical radiation in a first direction substantially perpendicular to the first surface; and

transmitting with a side-emitting diode affixed to a second surface not parallel to the first surface, at a second power, at least one pulse of second infrared optical radiation, wherein the side-emitting diode is configured to transmit light at the second infrared optical radiation in a second direction substantially parallel to the second surface.

**22**. The method of claim **21**, further comprising waiting for an idle period before transmitting at the second power.

**23**. The method of claim **21**, further comprising waiting for a stabilization period between transmitting at the second power and repeating transmission at the first power.

**24**. The method of claim **21**, further comprising adjusting the pulse widths of the at least one pulse of the first or the second infrared optical radiation.

**25**. The method of claim **21**, further comprising:

monitoring a temperature of sources of the first or the second infrared optical radiation; and

adjusting transmission of the at least one pulse of the first or the second infrared optical radiation based on the temperature.

**26**. The method of claim **21**, further comprising:

monitoring a temperature of the tissue site; and

adjusting transmission of the at least one pulse of the first or the second infrared optical radiation based on the temperature.

**27**. The method of claim **21**, further comprising synchronizing transmission of the pulses of the first and the second infrared optical radiation with a sampling frequency at a detector detecting optical radiation from the tissue site.

**28**. The method of claim **21**, wherein the stream of optical pulses are transmitted by optical sources that are within about a 2 mm diameter of each other.

**29**. The method of claim **21**, wherein the stream of optical pulses are transmitted by the top-emitting diode and the side-emitting diode that are within about a 4 mm diameter of each other.

42

**30**. The method of claim **21**, transmitting the at least one pulse of the first infrared optical radiation comprises transmitting at a wavelength of approximately 900 to approximately 1350 nm.

**31**. The method of claim **21**, transmitting the at least one pulse of the second infrared optical radiation comprises transmitting at a wavelength of approximately 1650 to approximately 1800 nm.

**32**. A light source for a noninvasive, physiological device configured to transmit optical radiation in a tissue site, said light source comprising:

a set of optical sources, the set of optical sources comprising:

a first emitting diode affixed to a first surface, and

a side emitting diode affixed to a second surface, said second surface being in a non-parallel plane to said first surface; and

a driver configured to:

drive the first emitting diode to transmit first optical radiation into a tissue site of a patient, wherein the first emitting diode is configured to emit the first optical radiation in a first direction, and

drive the second emitting diode to transmit second optical radiation into the tissue site of the patient, wherein the second emitting diode is configured to emit the second optical radiation in the first direction;

wherein the first direction is generally toward the tissue site of the patient, wherein the first optical radiation is emitted at a first intensity and the second optical radiation is emitted at a second intensity, the second intensity be substantially greater than the first intensity.

**33**. The light source of claim **32**, wherein the second emitting diode is configured to transmit optical radiation at wavelengths of approximately 1650 to approximately 1800 nm.

**34**. The light source of claim **32**, wherein the driver is configured to deliver a progression of about 1 mW for emitting the first optical radiation and about 40 to about 100 mW for emitting the second optical radiation.

**35**. The light source of claim **32**, wherein the first surface is approximately perpendicular to the second surface.

**36**. The light source of claim **32**, wherein the first emitting diode comprises one or more top-emitting diodes and the second emitting diode comprises one or more side-emitting diodes.

*    *    *    *    *

# Exhibit 18

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

US008740792B1

(12) **United States Patent** (10) **Patent No.: US 8,740,792 B1**
Kiani et al. (45) **Date of Patent: Jun. 3, 2014**

(54) **PATIENT MONITOR CAPABLE OF ACCOUNTING FOR ENVIRONMENTAL CONDITIONS**

(75) Inventors: **Massi Joe E. Kiani**, Laguna Niguel, CA (US); **Marcelo Lamego**, Coto De Caza, CA (US); **Michael O'Reilly**, Mission Viejo, CA (US)

(73) Assignee: **Masimo Corporation**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 149 days.

(21) Appl. No.: **13/179,017**

(22) Filed: **Jul. 8, 2011**

**Related U.S. Application Data**

(60) Provisional application No. 61/363,320, filed on Jul. 12, 2010.

(51) **Int. Cl.**
*A61B 5/00* (2006.01)

(52) **U.S. Cl.**
USPC .......................................... **600/301**; 600/323

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,960,128 | A | 10/1990 | Gordon et al. |
| 4,964,408 | A | 10/1990 | Hink et al. |
| 5,041,187 | A | 8/1991 | Hink et al. |
| 5,069,213 | A | 12/1991 | Polczynski |
| 5,163,438 | A | 11/1992 | Gordon et al. |
| 5,319,355 | A | 6/1994 | Russek |
| 5,337,744 | A | 8/1994 | Branigan |
| 5,341,805 | A | 8/1994 | Stavridi et al. |
| D353,195 | S | 12/1994 | Savage et al. |
| D353,196 | S | 12/1994 | Savage et al. |
| 5,377,676 | A | 1/1995 | Vari et al. |
| D359,546 | S | 6/1995 | Savage et al. |
| 5,431,170 | A | 7/1995 | Mathews |
| D361,840 | S | 8/1995 | Savage et al. |
| D362,063 | S | 9/1995 | Savage et al. |
| 5,452,717 | A | 9/1995 | Branigan et al. |
| D363,120 | S | 10/1995 | Savage et al. |
| 5,456,252 | A | 10/1995 | Vari et al. |
| 5,479,934 | A | 1/1996 | Imran |
| 5,482,036 | A | 1/1996 | Diab et al. |
| 5,490,505 | A | 2/1996 | Diab et al. |
| 5,494,043 | A | 2/1996 | O'Sullivan et al. |
| 5,533,511 | A | 7/1996 | Kaspari et al. |
| 5,534,851 | A | 7/1996 | Russek |
| 5,561,275 | A | 10/1996 | Savage et al. |
| 5,562,002 | A | 10/1996 | Lalin |
| 5,590,649 | A | 1/1997 | Caro et al. |
| 5,602,924 | A | 2/1997 | Durand et al. |
| 5,632,272 | A | 5/1997 | Diab et al. |
| 5,638,816 | A | 6/1997 | Kiani-Azarbayjany et al. |
| 5,638,818 | A | 6/1997 | Diab et al. |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 61/363,320, filed Jul. 2010, Kiani et al.

*Primary Examiner* — Gary Jackson
*Assistant Examiner* — Shirley Jian
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson and Bear, LLP

(57) **ABSTRACT**

A patient monitoring system includes a sensor, a patient monitor and an environmental conditions module. The patient monitor receives signals indicative of measurements of physiological parameters from the sensor, as well as data indicative of one or more environmental conditions from the environmental conditions module. The patient monitor determines one or more measurements of one or more physiological parameters based on the signals received from the sensor and the data indicative of one or more environmental conditions.

**20 Claims, 3 Drawing Sheets**



US 8,740,792 B1

Page 2

(56)　　　　**References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,645,440 A | 7/1997 | Tobler et al. |
| 5,685,299 A | 11/1997 | Diab et al. |
| 393,830 A | 4/1998 | Tobler et al. |
| 5,743,262 A | 4/1998 | Lepper, Jr. et al. |
| 5,758,644 A | 6/1998 | Diab et al. |
| 5,760,910 A | 6/1998 | Lepper, Jr. et al. |
| 5,769,785 A | 6/1998 | Diab et al. |
| 5,782,757 A | 7/1998 | Diab et al. |
| 5,785,659 A | 7/1998 | Caro et al. |
| 5,791,347 A | 8/1998 | Flaherty et al. |
| 5,810,734 A | 9/1998 | Caro et al. |
| 5,823,950 A | 10/1998 | Diab et al. |
| 5,830,131 A | 11/1998 | Caro et al. |
| 5,833,618 A | 11/1998 | Caro et al. |
| 5,860,919 A | 1/1999 | Kiani-Azarbayjany et al. |
| 5,890,929 A | 4/1999 | Mills et al. |
| 5,904,654 A | 5/1999 | Wohltmann et al. |
| 5,919,134 A | 7/1999 | Diab |
| 5,934,925 A | 8/1999 | Tobler et al. |
| 5,940,182 A | 8/1999 | Lepper, Jr. et al. |
| 5,995,855 A | 11/1999 | Kiani et al. |
| 5,997,343 A | 12/1999 | Mills et al. |
| 6,002,952 A | 12/1999 | Diab et al. |
| 6,011,986 A | 1/2000 | Diab et al. |
| 6,027,452 A | 2/2000 | Flaherty et al. |
| 6,036,642 A | 3/2000 | Diab et al. |
| 6,045,509 A | 4/2000 | Caro et al. |
| 6,067,462 A | 5/2000 | Diab et al. |
| 6,081,735 A | 6/2000 | Diab et al. |
| 6,088,607 A | 7/2000 | Diab et al. |
| 6,110,522 A | 8/2000 | Lepper, Jr. et al. |
| 6,124,597 A | 9/2000 | Shehada |
| 6,128,521 A | 10/2000 | Marro et al. |
| 6,129,675 A | 10/2000 | Jay |
| 6,144,868 A | 11/2000 | Parker |
| 6,151,516 A | 11/2000 | Kiani-Azarbayjany et al. |
| 6,152,754 A | 11/2000 | Gerhardt et al. |
| 6,157,850 A | 12/2000 | Diab et al. |
| 6,165,005 A | 12/2000 | Mills et al. |
| 6,184,521 B1 | 2/2001 | Coffin, IV et al. |
| 6,206,830 B1 | 3/2001 | Diab et al. |
| 6,229,856 B1 | 5/2001 | Diab et al. |
| 6,232,609 B1 | 5/2001 | Snyder et al. |
| 6,236,872 B1 | 5/2001 | Diab et al. |
| 6,241,683 B1 | 6/2001 | Macklem et al. |
| 6,253,097 B1 | 6/2001 | Aronow et al. |
| 6,256,523 B1 | 7/2001 | Diab et al. |
| 6,263,222 B1 | 7/2001 | Diab et al. |
| 6,278,522 B1 | 8/2001 | Lepper, Jr. et al. |
| 6,280,213 B1 | 8/2001 | Tobler et al. |
| 6,285,896 B1 | 9/2001 | Tobler et al. |
| 6,301,493 B1 | 10/2001 | Marro et al. |
| 6,317,627 B1 | 11/2001 | Ennen et al. |
| 6,321,100 B1 | 11/2001 | Parker |
| 6,325,761 B1 | 12/2001 | Jay |
| 6,334,065 B1 | 12/2001 | Al-Ali et al. |
| 6,343,224 B1 | 1/2002 | Parker |
| 6,349,228 B1 | 2/2002 | Kiani et al. |
| 6,360,114 B1 | 3/2002 | Diab et al. |
| 6,368,283 B1 | 4/2002 | Xu et al. |
| 6,371,921 B1 | 4/2002 | Caro et al. |
| 6,377,829 B1 | 4/2002 | Al-Ali |
| 6,388,240 B2 | 5/2002 | Schulz et al. |
| 6,397,091 B2 | 5/2002 | Diab et al. |
| 6,430,437 B1 | 8/2002 | Marro |
| 6,430,525 B1 | 8/2002 | Weber et al. |
| 6,463,311 B1 | 10/2002 | Diab |
| 6,470,199 B1 | 10/2002 | Kopotic et al. |
| 6,501,975 B2 | 12/2002 | Diab et al. |
| 6,505,059 B1 | 1/2003 | Kollias et al. |
| 6,515,273 B2 | 2/2003 | Al-Ali |
| 6,519,487 B1 | 2/2003 | Parker |
| 6,525,386 B1 | 2/2003 | Mills et al. |
| 6,526,300 B1 | 2/2003 | Kiani et al. |
| 6,541,756 B2 | 4/2003 | Schulz et al. |
| 6,542,764 B1 | 4/2003 | Al-Ali et al. |
| 6,580,086 B1 | 6/2003 | Schulz et al. |
| 6,584,336 B1 | 6/2003 | Ali et al. |
| 6,595,316 B2 | 7/2003 | Cybulski et al. |
| 6,597,932 B2 | 7/2003 | Tian et al. |
| 6,597,933 B2 | 7/2003 | Kiani et al. |
| 6,606,511 B1 | 8/2003 | Ali et al. |
| 6,632,181 B2 | 10/2003 | Flaherty et al. |
| 6,639,668 B1 | 10/2003 | Trepagnier |
| 6,640,116 B2 | 10/2003 | Diab |
| 6,643,530 B2 | 11/2003 | Diab et al. |
| 6,650,917 B2 | 11/2003 | Diab et al. |
| 6,654,624 B2 | 11/2003 | Diab et al. |
| 6,658,276 B2 | 12/2003 | Kianl et al. |
| 6,661,161 B1 | 12/2003 | Lanzo et al. |
| 6,671,531 B2 | 12/2003 | Al-Ali et al. |
| 6,678,543 B2 | 1/2004 | Diab et al. |
| 6,684,090 B2 | 1/2004 | Ali et al. |
| 6,684,091 B2 | 1/2004 | Parker |
| 6,697,656 B1 | 2/2004 | Al-Ali |
| 6,697,657 B1 | 2/2004 | Shehada et al. |
| 6,697,658 B2 | 2/2004 | Al-Ali |
| RE38,476 E | 3/2004 | Diab et al. |
| 6,699,194 B1 | 3/2004 | Diab et al. |
| 6,714,804 B2 | 3/2004 | Al-Ali et al. |
| RE38,492 E | 4/2004 | Diab et al. |
| 6,721,582 B2 | 4/2004 | Trepagnier et al. |
| 6,721,585 B1 | 4/2004 | Parker |
| 6,725,075 B2 | 4/2004 | Al-Ali |
| 6,728,560 B2 | 4/2004 | Kollias et al. |
| 6,735,459 B2 | 5/2004 | Parker |
| 6,745,060 B2 | 6/2004 | Diab et al. |
| 6,760,607 B2 | 7/2004 | Al-Ali |
| 6,770,028 B1 | 8/2004 | Ali et al. |
| 6,771,994 B2 | 8/2004 | Kiani et al. |
| 6,792,300 B1 | 9/2004 | Diab et al. |
| 6,813,511 B2 | 11/2004 | Diab et al. |
| 6,816,741 B2 | 11/2004 | Diab |
| 6,822,564 B2 | 11/2004 | Al-Ali |
| 6,826,419 B2 | 11/2004 | Diab et al. |
| 6,830,711 B2 | 12/2004 | Mills et al. |
| 6,850,787 B2 | 2/2005 | Weber et al. |
| 6,850,788 B2 | 2/2005 | Al-Ali |
| 6,852,083 B2 | 2/2005 | Caro et al. |
| 6,861,639 B2 | 3/2005 | Al-Ali |
| 6,898,452 B2 | 5/2005 | Al-Ali et al. |
| 6,920,345 B2 | 7/2005 | Al-Ali et al. |
| 6,931,268 B1 | 8/2005 | Kiani-Azarbayjany et al. |
| 6,934,570 B2 | 8/2005 | Kiani et al. |
| 6,939,305 B2 | 9/2005 | Flaherty et al. |
| 6,943,348 B1 | 9/2005 | Coffin, IV |
| 6,950,687 B2 | 9/2005 | Al-Ali |
| 6,961,598 B2 | 11/2005 | Diab |
| 6,970,792 B1 | 11/2005 | Diab |
| 6,979,812 B2 | 12/2005 | Al-Ali |
| 6,985,764 B2 | 1/2006 | Mason et al. |
| 6,993,371 B2 | 1/2006 | Kiani et al. |
| 6,996,427 B2 | 2/2006 | Ali et al. |
| 6,999,904 B2 | 2/2006 | Weber et al. |
| 7,003,338 B2 | 2/2006 | Weber et al. |
| 7,003,339 B2 | 2/2006 | Diab et al. |
| 7,015,451 B2 | 3/2006 | Dalke et al. |
| 7,024,233 B2 | 4/2006 | Ali et al. |
| 7,027,849 B2 | 4/2006 | Al-Ali |
| 7,030,749 B2 | 4/2006 | Al-Ali |
| 7,039,449 B2 | 5/2006 | Al-Ali |
| 7,041,060 B2 | 5/2006 | Flaherty et al. |
| 7,044,918 B2 | 5/2006 | Diab |
| 7,067,893 B2 | 6/2006 | Mills et al. |
| 7,096,052 B2 | 8/2006 | Mason et al. |
| 7,096,054 B2 | 8/2006 | Abdul-Hafiz et al. |
| 7,132,641 B2 | 11/2006 | Schulz et al. |
| 7,142,901 B2 | 11/2006 | Kiani et al. |
| 7,149,561 B2 | 12/2006 | Diab |
| 7,186,966 B2 | 3/2007 | Al-Ali |
| 7,190,261 B2 | 3/2007 | Al-Ali |
| 7,215,984 B2 | 5/2007 | Diab |
| 7,215,986 B2 | 5/2007 | Diab |
| 7,221,971 B2 | 5/2007 | Diab |

**US 8,740,792 B1**

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,225,006 B2 | 5/2007 | Al-Ali et al. | |
| 7,225,007 B2 | 5/2007 | Al-Ali | |
| RE39,672 E | 6/2007 | Shehada et al. | |
| 7,239,905 B2 | 7/2007 | Kiani-Azarbayjany et al. | |
| 7,245,953 B1 | 7/2007 | Parker | |
| 7,254,429 B2 | 8/2007 | Schurman et al. | |
| 7,254,431 B2 | 8/2007 | Al-Ali | |
| 7,254,433 B2 | 8/2007 | Diab et al. | |
| 7,254,434 B2 | 8/2007 | Schulz et al. | |
| 7,272,425 B2 | 9/2007 | Al-Ali | |
| 7,274,955 B2 | 9/2007 | Kiani et al. | |
| D554,263 S | 10/2007 | Al-Ali | |
| 7,280,858 B2 | 10/2007 | Al-Ali et al. | |
| 7,289,835 B2 | 10/2007 | Mansfield et al. | |
| 7,292,883 B2 | 11/2007 | De Felice et al. | |
| 7,295,866 B2 | 11/2007 | Al-Ali | |
| 7,328,053 B1 | 2/2008 | Diab et al. | |
| 7,332,784 B2 | 2/2008 | Mills et al. | |
| 7,340,287 B2 | 3/2008 | Mason et al. | |
| 7,341,559 B2 | 3/2008 | Schulz et al. | |
| 7,343,186 B2 | 3/2008 | Lamego et al. | |
| D566,282 S | 4/2008 | Al-Ali et al. | |
| 7,355,512 B1 | 4/2008 | Al-Ali | |
| 7,356,365 B2 | 4/2008 | Schurman | |
| 7,371,981 B2 | 5/2008 | Abdul-Hafiz | |
| 7,373,193 B2 | 5/2008 | Al-Ali et al. | |
| 7,373,194 B2 | 5/2008 | Weber et al. | |
| 7,376,453 B1 | 5/2008 | Diab et al. | |
| 7,377,794 B2 | 5/2008 | Al Ali et al. | |
| 7,377,899 B2 | 5/2008 | Weber et al. | |
| 7,383,070 B2 | 6/2008 | Diab et al. | |
| 7,415,297 B2 | 8/2008 | Al-Ali et al. | |
| 7,428,432 B2 | 9/2008 | Ali et al. | |
| 7,438,683 B2 | 10/2008 | Al-Ali et al. | |
| 7,440,787 B2 | 10/2008 | Diab | |
| 7,454,240 B2 | 11/2008 | Diab et al. | |
| 7,467,002 B2 | 12/2008 | Weber et al. | |
| 7,468,040 B2 * | 12/2008 | Hartley et al. | 600/529 |
| 7,469,157 B2 | 12/2008 | Diab et al. | |
| 7,471,969 B2 | 12/2008 | Diab et al. | |
| 7,471,971 B2 | 12/2008 | Diab et al. | |
| 7,483,729 B2 | 1/2009 | Al-Ali et al. | |
| 7,483,730 B2 | 1/2009 | Diab et al. | |
| 7,489,958 B2 | 2/2009 | Diab et al. | |
| 7,496,391 B2 | 2/2009 | Diab et al. | |
| 7,496,393 B2 | 2/2009 | Diab et al. | |
| D587,657 S | 3/2009 | Al-Ali et al. | |
| 7,499,741 B2 | 3/2009 | Diab et al. | |
| 7,499,835 B2 | 3/2009 | Weber et al. | |
| 7,500,950 B2 | 3/2009 | Al-Ali et al. | |
| 7,509,154 B2 | 3/2009 | Diab et al. | |
| 7,509,494 B2 | 3/2009 | Al-Ali | |
| 7,510,849 B2 | 3/2009 | Schurman et al. | |
| 7,526,328 B2 | 4/2009 | Diab et al. | |
| 7,530,942 B1 | 5/2009 | Diab | |
| 7,530,949 B2 | 5/2009 | Al Ali et al. | |
| 7,530,955 B2 | 5/2009 | Diab et al. | |
| 7,563,110 B2 | 7/2009 | Al-Ali et al. | |
| 7,572,225 B2 * | 8/2009 | Stahmann et al. | 600/484 |
| 7,596,398 B2 | 9/2009 | Al-Ali et al. | |
| 7,618,375 B2 | 11/2009 | Flaherty | |
| D606,659 S | 12/2009 | Kiani et al. | |
| 7,647,083 B2 | 1/2010 | Al-Ali et al. | |
| D609,193 S | 2/2010 | Al-Ali et al. | |
| D614,305 S | 4/2010 | Al-Ali et al. | |
| RE41,317 E | 5/2010 | Parker | |
| 7,729,733 B2 | 6/2010 | Al-Ali et al. | |
| 7,734,320 B2 | 6/2010 | Al-Ali | |
| 7,761,127 B2 | 7/2010 | Al-Ali et al. | |
| 7,761,128 B2 | 7/2010 | Al-Ali et al. | |
| 7,764,982 B2 | 7/2010 | Dalke et al. | |
| D621,516 S | 8/2010 | Kiani et al. | |
| 7,791,155 B2 | 9/2010 | Diab | |
| 7,801,581 B2 | 9/2010 | Diab | |
| 7,822,452 B2 | 10/2010 | Schurman et al. | |
| RE41,912 E | 11/2010 | Parker | |
| 7,844,313 B2 | 11/2010 | Kiani et al. | |
| 7,844,314 B2 | 11/2010 | Al-Ali | |
| 7,844,315 B2 | 11/2010 | Al-Ali | |
| 7,865,222 B2 | 1/2011 | Weber et al. | |
| 7,873,497 B2 | 1/2011 | Weber et al. | |
| 7,880,606 B2 | 2/2011 | Al-Ali | |
| 7,880,626 B2 | 2/2011 | Al-Ali et al. | |
| 7,891,355 B2 | 2/2011 | Al-Ali et al. | |
| 7,894,868 B2 | 2/2011 | Al-Ali et al. | |
| 7,899,507 B2 | 3/2011 | Al-Ali et al. | |
| 7,899,518 B2 | 3/2011 | Trepagnier et al. | |
| 7,904,132 B2 | 3/2011 | Weber et al. | |
| 7,909,772 B2 | 3/2011 | Popov et al. | |
| 7,910,875 B2 | 3/2011 | Al-Ali | |
| 7,919,713 B2 | 4/2011 | Al-Ali et al. | |
| 7,937,128 B2 | 5/2011 | Al-Ali | |
| 7,937,129 B2 | 5/2011 | Mason et al. | |
| 7,937,130 B2 | 5/2011 | Diab et al. | |
| 7,941,199 B2 | 5/2011 | Kiani | |
| 7,951,086 B2 | 5/2011 | Flaherty et al. | |
| 7,957,780 B2 | 6/2011 | Lamego et al. | |
| 7,962,188 B2 | 6/2011 | Kiani et al. | |
| 7,962,190 B1 | 6/2011 | Diab et al. | |
| 7,976,472 B2 | 7/2011 | Kiani | |
| 7,988,637 B2 | 8/2011 | Diab | |
| 7,990,382 B2 | 8/2011 | Kiani | |
| 7,991,446 B2 | 8/2011 | Ali et al. | |
| 7,993,279 B2 * | 8/2011 | Hartley et al. | 600/529 |
| 8,000,761 B2 | 8/2011 | Al-Ali | |
| 8,008,088 B2 | 8/2011 | Bellott et al. | |
| RE42,753 E | 9/2011 | Kiani-Azarbayjany et al. | |
| 8,019,400 B2 | 9/2011 | Diab et al. | |
| 8,028,701 B2 | 10/2011 | Al-Ali et al. | |
| 8,029,765 B2 | 10/2011 | Bellott et al. | |
| 8,036,728 B2 | 10/2011 | Diab et al. | |
| 8,046,040 B2 | 10/2011 | Ali et al. | |
| 8,046,041 B2 * | 10/2011 | Diab et al. | 600/323 |
| 8,046,042 B2 | 10/2011 | Diab et al. | |
| 8,048,040 B2 | 11/2011 | Kiani | |
| 8,050,728 B2 | 11/2011 | Al-Ali et al. | |
| 8,346,332 B2 * | 1/2013 | Kuhn et al. | 600/323 |
| 8,463,346 B2 * | 6/2013 | Kuhn et al. | 600/323 |
| 2005/0080348 A1 * | 4/2005 | Stahmann et al. | 600/529 |
| 2005/0085738 A1 * | 4/2005 | Stahmann et al. | 600/529 |
| 2008/0312548 A1 * | 12/2008 | Hartley et al. | 600/534 |

* cited by examiner



**FIG. 1**



**FIG. 2**



**FIG. 3**

US 8,740,792 B1

1

## PATIENT MONITOR CAPABLE OF ACCOUNTING FOR ENVIRONMENTAL CONDITIONS

### PRIORITY CLAIM TO RELATED PROVISIONAL APPLICATION

The present application claims the benefit under 35 U.S.C. §119(e) to U.S. Provisional Application No. 61/363,320, filed Jul. 12, 2010, entitled PATIENT MONITOR CAPABLE OF ACCOUNTING FOR ENVIRONMENTAL CONDITIONS, herein incorporated by reference in its entirety.

### BACKGROUND

Pulse oximetry utilizes a noninvasive sensor to measure various physiological parameters, such as oxygen saturation ($SpO_2$) and pulse rate of a person. The sensor has light emitting diodes (LEDs) that transmit optical radiation of various wavelengths into a tissue site and a detector that responds to the intensity of the optical radiation after attenuation by pulsatile arterial blood flowing within the tissue site. Pulse oximeters have gained rapid acceptance in a wide variety of medical applications, including surgical wards, intensive care and neonatal units, general wards, home care, physical training, and virtually all type of monitoring scenarios.

Pulse oximeters capable of reading through motion induced noise are disclosed in at least U.S. Pat. Nos. 6,770,028, 6,658,276, 6,584,336, 6,263,222, 6,157,850, 5,769,785, and 5,632,272, which are assigned to Masimo Corporation ("Masimo") of Irvine, Calif. and are incorporated by reference herein. Low noise pulse oximetry sensors are disclosed in one or more of U.S. Pat. Nos. 7,027,849, 6,985,764, 6,934,570 6,760,607 6,377,829 6,285,896 5,782,757 5,638,818, which are also assigned to Masimo and incorporated by reference herein. Moreover, pulse oximeters capable of reading through motion induced noise and low noise optical sensors including LNOP® disposable, reusable and/or multi-site sensors and Radical®, Rad-5™, Rad-8™, Rad-9™, PPO+™, and Pronto-7™ monitors are also available from Masimo.

Multiple parameter monitors and multiple wavelength sensors are described in U.S. patent application Ser. No. 11/367,033 entitled Noninvasive Multiple Parameter Patient Monitor filed Mar. 1, 2006 and U.S. patent application Ser. No. 11/367,013 entitled Multiple Wavelength Sensor Emitters filed Mar. 1, 2006, incorporated by reference herein. Multiple parameter monitors are capable of measuring various physiological parameters, such as oxygen saturation ($SpO_2$), hemoglobin (Hb), oxyhemoglobin ($HbO_2$), total hemoglobin (SpHb™), carboxyhemoglobin (SpCO®), methemoglobin (SpMet®), total oxygen content (SpOC™), perfusion index (PI), pleth variability index (PVI®), pulse rate (PR), and temperature. Moreover, multiple parameter monitors and multiple wavelength sensors include Rad-57™ and Radical-7™ monitors and Masimo Rainbow® brand adhesive and reusable sensors are available from Masimo. MS-brand processor boards incorporating SHARC® DSPs from Analog Devices, Inc. are also available from Masimo.

It has been discovered that variations in environmental conditions, such as atmospheric pressure, altitude, humidity, temperature, and the like can affect the readings of the physiological parameters by the pulse oximeter and multi-parameter monitors. Thus, varying environmental conditions can cause a pulse oximeter and/or a multi-parameter patient monitor to be less accurate.

### SUMMARY

An aspect of the disclosure is to provide a patient monitor capable of accounting for environmental conditions in pro-

2

cessing signals indicative of one or more physiological parameters. A patient monitor capable of measuring various physiological parameters, such as $SpO_2$, Hb, $HbO_2$, SpHb™, SpCO®, SpOC™, SpMet®, PI, PVI®, PR, patient temperature, and/or other parameters can also include an environmental conditions module. The environmental conditions module can provide the patient monitor with data indicative of various environmental conditions internal or external to the patient monitor, such as atmospheric pressure, altitude, humidity, temperature and the like. The patient monitor can use the data obtained from the environmental conditions module to process the signals indicative of one or more physiological parameters. By accounting for environmental conditions the patient monitor can improve accuracy, among other things.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates an embodiment of a patient monitoring system capable of accounting for environmental conditions in processing signals indicative of physiological parameters.

FIG. **2** is a block diagram illustrating an embodiment of a patient monitoring system.

FIG. **3** is a flow diagram illustrative of an embodiment of a routine implemented by a patient monitor for accounting for one or more environmental conditions to process data indicative of one or more physiological parameters.

### DETAILED DESCRIPTION

FIG. **1** illustrates an embodiment of a patient monitoring system **100** configured to determine physiological parameter measurements, such as $SpO_2$, Hb, $HbO_2$, SpHb™, SpCO®, SpOC™, SpMet®, PI, PVI®, PR, temperature, and/or other parameters based on one or more environmental conditions. The patient monitoring system **100** can account for various environmental conditions when calculating the physiological parameter measurements. The patient monitoring system **100** includes a patient monitor **102** in communication with a sensor **106** via a cable **104**. The sensor **106** monitors various physiological parameters of a patient and sends signals indicative of the one or more parameters to the patient monitor **102** for processing.

The patient monitor **102** generally includes a display **108**, control buttons **110**, and a speaker **112** for audible alerts. The display **108** is capable of displaying readings of various monitored patient parameters, which can include numerical readouts, graphical readouts, and the like. The display **108** can also display one or more environmental conditions, such as altitude, temperature, humidity, atmospheric pressure, and the like. Display **108** can be a liquid crystal display (LCD), a cathode ray tube (CRT), a plasma screen, a Light Emitting Diode (LED) screen, Organic Light Emitting Diode (OLED) screen, or any other suitable display. The patient monitor **102** can monitor $SpO_2$, Hb, $HbO_2$, SpHb™, SpCO®, SpOC™, SpMet®, PI, PVI®, PR, temperature, and/or other parameters. An embodiment of a patient monitoring system **100** according to the present disclosure is capable of measuring and displaying trending data of the various parameters, including environmental condition, and preferably is capable of conducting data analysis as to the trending. It is to be understood by one skilled in the art that the patient monitor **102** can come in various, shapes, sizes and configurations without departing from the spirit and scope of the description. For example, the patient monitor **102** can be larger, smaller, portable, comprise varying size displays **108**, and the like. In addition, as discussed below in greater detail with reference to FIG. **2**, the patient monitor **102** can also include an envi-

US 8,740,792 B1

**3**

ronmental conditions module, which can provide the patient monitor **102** with information regarding current and/or past environmental conditions. The information from the environmental conditions module can allow the patient monitor **102** to account for various environmental conditions when processing the signals indicative of one or more physiological parameters. As such, the patient monitor **102** can more accurately calculate the physiological parameters of a patient.

As will be discussed in greater detail below with reference to FIG. **2**, the sensor **106** can be one of many different types. For example, the sensor **106** can be disposable, reusable, multi-site, partially reusable, partially disposable, be adhesive or non-adhesive, monitor the physiological parameters using reflectance, transmittance, or transreflectance, and can be placed on a finger, hand, foot, forehead, or ear, and can be a stereo sensor or a two-headed sensor. Thus, one of skill in the art will appreciate that sensor **106** can be any number of different types of sensors without departing from the spirit and scope of the disclosure.

FIG. **2** is a block diagram illustrative of an embodiment of a patient monitoring system **100**. As shown in FIG. **2**, the patient monitoring system **100** can include a sensor **106** in communication with a patient monitor **102**. The sensor **106** can communicate with the patient monitor **102** via wired or wireless communication. The patient monitor **102** can include a processing board **204** and a host instrument **208**.

As shown in FIG. **2**, the sensor **106** includes a plurality of emitters **216** irradiating the body tissue **218** with differing wavelengths of light, and one or more detectors **220** capable of detecting the light after attenuation by the tissue **218** and transmitting representative signals to the patient monitor **102**. In an embodiment, the emitters **216** comprise a matrix of eight (8) emission devices mounted on a flexible substrate, the emission devices being capable of emitting eight (8) differing wavelengths of light. In other embodiments, the emitters **216** can comprise twelve (12) or sixteen (16) emitters, although other numbers of emitters are contemplated, including two (2) or more emitters. As shown in FIG. **2**, the sensor **106** can include other electrical components such as, for example, a memory device **222** comprising an EPROM, EEPROM, ROM, RAM, microcontroller, combinations of the same, and the like. In an embodiment, other sensor components can include a temperature determination device **223** or other mechanisms for, for example, determining real-time emission wavelengths of the emitters **216**.

The memory **222** can advantageously store some or all of a wide variety of data and information, including, for example, information on the type or operation of the sensor **106**; type or identification of sensor buyer or distributor or groups of buyer or distributors, sensor manufacturer information, sensor characteristics including the number of emitting devices, the number of emission wavelengths, data relating to emission centroids, data relating to a change in emission characteristics based on varying temperature, history of the sensor temperature, current, or voltage, emitter specifications, emitter drive requirements, demodulation data, calculation mode data, the parameters for which the sensor is capable of supplying sufficient measurement data (e.g., SpHb, SpCO, SpMet, Hb, HbO$_2$ and the like), calibration or parameter coefficient data, software such as scripts, executable code, and the like, sensor electronic elements, whether the sensor **106** is a disposable, reusable, multi-site, partially reusable, partially disposable sensor, whether it is an adhesive or non-adhesive sensor, whether the sensor **106** is a reflectance, transmittance, or transreflectance sensor, whether the sensor **106** is a finger, hand, foot, forehead, or ear sensor, whether the sensor **106** is a stereo sensor or a two-headed sensor, sensor life data indi-

**4**

cating whether some or all sensor components have expired and should be replaced, encryption information, keys, indexes to keys or hash functions, and the like, monitor or algorithm upgrade instructions or data, some or all of parameter equations, information about the patient, age, sex, medications, and other information that can be useful for the accuracy or alarm settings and sensitivities, trend history, alarm history, and the like. In an embodiment, the monitor can advantageously store data on the memory device, including, for example, measured trending data for any number of parameters for any number of patients, and the like, sensor use or expiration calculations, sensor history, and the like. Alternatively, memory device **222** can be in the patient monitor **102** on either the processing board **204** or the host instrument **208**

With further reference to FIG. **2**, processing board **204** can include a sensor interface **210**, a digital signal processor (DSP) **212**, and an instrument manager **214**. The sensor interface **210** receives the signals from the sensor detector(s) **210** and passes the signals to the DSP **212** for processing into representations of physiological parameters. The signals are then passed to the instrument manager **214**, which can further process the parameters for display by the host instrument **208**. Either or both of the DSP **212** and the instrument manager **214** can include a memory device capable of storing the instructions used to process the data and perform other tasks. In some embodiments, the DSP **212** also communicates with the memory **222**. The elements of processing board **204** provide processing of the sensor **106** signals.

In an embodiment, the processing board **204** further includes an environmental conditions module **230** in communication with the instrument manager **214**. Although not illustrated in FIG. **2**, the environmental conditions module **230** can also, or alternatively, be in direct communication with the DSP **212**. The environmental conditions module **230** can provide information relating to the environmental conditions internal or external to the patient monitor. As noted above, it has been discovered that varying environmental conditions, such as atmospheric pressure, altitude, humidity, temperature and the like can affect the output and/or processing of the measurements of physiological parameters. Thus, the patient monitor **102** can use the data provided by the environmental conditions module to account for environmental conditions when processing the signals indicative of one or more physiological parameters. Empirical data regarding the effects of environmental conditions on the processing of the physiological parameters can be obtained to determine the appropriate calibration requirements for the patient monitor **102**. For example, the physiological parameter measurement data collected from patients at a low altitude can be compared with similar data collected from patients at a higher altitude to determine the appropriate calibration requirements of the patient monitor **102**. In addition, or alternatively, blood samples of patients at both the high altitude and low altitude can be used to compare the non-invasive physiological parameter measurements with the invasive physiological parameter measurements to calibrate the patient monitor **102**. Similar data can be collected by comparing patient data collected at different temperatures, humidity, atmospheric pressure, and the like, using either the invasive physiological parameter measurement data, the non-invasive physiological parameter measurement data, or a combination of the two.

In an embodiment, the environmental conditions module **230** can comprise an altimeter, barometer, hygrometer, and/or thermometer, and the like. The altimeter can be a pressure altimeter, GPS altimeter, or similar device capable of approximating the altitude of an object above a predefined

US 8,740,792 B1

**5**

level. The barometer can be water-based, mercury based, aneroid based, a barograph, or similar device capable of measuring atmospheric pressure. The hygrometer can be any one of various devices, such as a psychrometer, known in the art that is capable of measuring humidity. The thermometer can be any one of various devices capable of measuring temperature. The environmental conditions module **230** can further comprise additional devices capable of measuring other environmental conditions.

The environmental conditions module **230** can further comprise a processing board or chip, a general purpose processor running appropriate software, or hardware capable of converting the various environmental readings, such as atmospheric pressure, altitude, humidity, and/or temperature, and the like, into a format that is useable by the DSP **212** and/or instrument manager **214**.

The environmental conditions module **230** can further be incorporated within the instrument manager **214** or be maintained as a separate component (as illustrated in FIG. **2**). The data received from the environmental conditions module **230** can be used by the instrument manager **214** and/or DSP **212** in determining SpO₂, Hb, HbO₂, SpHb™, SpCO®, SpOC™, SpMet®, PI, PVI®, PR, temperature, and/or other parameters. Thus, the patient monitor **102** can be configured to account for different environmental conditions, such as different altitude, different atmospheric pressure, different humidity, and/or different temperatures, in processing the measured parameters. The patient monitor can then display the physiological parameters in light of the environmental conditions, such as altitude, atmospheric pressure, humidity, and/or temperature. In other words, the patient monitor can correct for various environmental conditions to improve the accuracy of the physiological parameter measurements, or determine the measurements of the physiological parameters based on the environmental conditions.

The patient monitor **102** can account for the environmental conditions and process the various parameters dynamically and/or by using a lookup table. In accounting for the environmental conditions dynamically, the patient monitor **102** can use the data indicative of environmental conditions as it processes the signals indicative of one or more physiological parameters. In another embodiment, the patient monitor **102** can use a look up table residing on the processing board **204**, and/or host instrument **208** to account for the altitude and/or atmospheric pressure. The lookup table can include various ranges of environmental conditions and contain a value indicating how the various parameters should be processed in light of the environmental conditions. For example, for each increase in altitude by 10 ft., 100 ft, or 1000 ft., etc., the lookup table can contain a different value to be used to calculate the physiological parameter measurements at the specified altitude. Alternatively, the lookup table can include more than one environmental condition. For example, the lookup table can include ranges for temperature, altitude, atmospheric pressure, humidity and the like. Based on the combination of the measured temperature, altitude, atmospheric pressure, humidity, etc., the lookup table can provide a value to be used to calculate the physiological parameter measurements. The lookup table can in addition include the physiological parameter measurement or the signal received from the sensor as a variable. Thus, based on the measured temperature, altitude, atmospheric pressure, humidity, etc. and physiological parameter measurement or signal received from the sensor, the lookup table can output an adjusted physiological parameter measurement or an adjusted signal. In this manner, the use of the lookup table can decrease the amount of processing required by the patient monitor **102** in

**6**

accounting for different environmental conditions. Alternatively, the lookup table can be located in the environmental conditions module **230**.

In an alternative embodiment, the environmental conditions module **230** can be located on the sensor **106**. In such an embodiment, the sensor **106** can include a lookup table similar to that described above and/or can simply send the readings from the environmental conditions module **230** to the patient monitor **102** for processing.

In yet an alternative embodiment, the patient monitor can receive environmental conditions data, such as altitude, atmospheric pressure, humidity, and/or temperature, and the like, from a user or other external system, such as a computer, the Internet or an intranet, mobile device, and the like. In such an embodiment, the processing board **204** may not include an environmental conditions module **230**. As discussed above, the processing board **204** can account for the altitude and/or atmospheric pressure data received from an external device or user to determine the readings for various parameters. In an embodiment a user can enter the data indicative of environmental conditions using the control buttons **110**, keypad **228**, and/or display (**108**/**224**), or in some other manner. As mentioned previously, the patient monitor **102** can account for one or more environmental conditions dynamically and/or use a lookup table.

With continued reference to FIG. **2** the patient monitor **102** further includes the host instrument **208**. In an embodiment, the host instrument **208** communicates with the board **204** to receive signals indicative of one or more physiological parameters calculated by the DSP **212**. The host instrument **208** preferably includes one or more display devices **224** capable of displaying indicia representative of the calculated physiological parameters of the tissue **218** at the measurement site. In an embodiment, the display devices **224** can correspond with the display **108** of FIG. **1**. In an embodiment, the host instrument **208** can advantageously comprise a handheld housing capable of displaying one or more of PR, plethysmograph data, perfusion quality such as a perfusion quality index ("PITM"), signal or measurement quality ("SQ"), values and/or trends of blood constituents in body tissue including, for example, SpO₂, Hb, HbO₂, SpHb™, SpCO®, SpOC™, SpMet®, PI, PVI®, and the like. In other embodiments, the host instrument **208** is capable of displaying values for one or more blood glucose, bilirubin, and the like. The host instrument **208** can be capable of storing or displaying historical or trending data related to one or more of the measured values, combinations of the measured values, plethysmograph data, and the like. The host instrument **208** also includes an audio indicator **226** and user input device **228**, such as, for example, a keypad, touch screen, pointing device, voice recognition device, and the like, which can correspond to control buttons **110** of FIG. **1**.

In still additional embodiments, the host instrument **208** includes audio or visual alarms that alert caregivers that one or more physiological parameters are falling below predetermined safe thresholds. The host instrument **208** can include indications of the confidence a caregiver should have in the displayed data. In a further embodiment, the host instrument **208** can advantageously include circuitry capable of determining the expiration or overuse of components of the sensor **106**, including, for example, reusable elements, disposable elements, or combinations of the same.

Although described in terms of certain embodiments, other embodiments or combination of embodiments will be apparent to those of ordinary skill in the art from the disclosure herein. For example, the monitor **202** can comprise one or more monitoring systems monitoring parameters, such as, for

US 8,740,792 B1

7

example, vital signs, blood pressure, ECG or EKG, respiration, glucose, bilirubin, and the like. Such systems can combine other information with intensity-derived information to influence diagnosis or device operation. Moreover, the monitor **202** can advantageously include an audio system, preferably comprising a high quality audio processor and high quality speakers to provide for voiced alarms, messaging, and the like. In an embodiment, the monitor **202** can advantageously include an audio out jack, conventional audio jacks, headphone jacks, and the like, such that any of the display information disclosed herein can be audiblized for a listener. For example, the monitor **202** can include an audible transducer input (such as a microphone, piezoelectric sensor, and the like) for collecting one or more of heart sounds, lung sounds, trachea sounds, or other body sounds and such sounds can be reproduced through the audio system and output from the monitor **202**. Also, wired or wireless communications (such as Bluetooth or WiFi, including IEEE 801.11a, b, or g), mobile communications, combinations of the same, and the like, can be used to transmit the audio output to other audio transducers separate from the monitor **202**.

FIG. **3** is a flow diagram illustrative of one embodiment of a routine **300** implemented by the patient monitor **102** to determine one or more measurement of one or more physiological parameters based on one or more environmental conditions. One skilled in the relevant art will appreciate that the elements outlined for routine **300** can be implemented by one or many computing devices/components that are associated with the patient monitor **102**. Accordingly, routine **300** has been logically associated as being generally performed by the patient monitor **102**, and thus the following illustrative embodiments should not be construed as limiting.

At block **302**, the patient monitor **102** initiates routine **300**. At block **304**, the patient monitor **102** obtains data indicative of environmental conditions. The environmental conditions can include, but are not limited to, atmospheric pressure, altitude, humidity, temperature, and the like. The data can be obtained from the environmental conditions module **230** internal to the patient monitor, or from an external source as discussed previously. The sensors of the environmental conditions module **230** can be located inside or outside the patient monitor and can include an altimeter, barometer, hygrometer, thermometer, and the like, as described above with reference to FIG. **2**. In one embodiment, the environmental conditions module **230** can be located external to the patient monitor, such as, for example, in the sensor **106**. Alternatively, the data indicative of environmental conditions can be obtained from another computer, the Internet or an intranet, a user, mobile device, and the like. In an embodiment where the environmental conditions data is obtained from a user, the user can enter the data using the control buttons **110**, keypad **228**, and/or display (**108**/**224**).

At block **306**, the patient monitor **102** obtains signals indicative of one or more physiological parameters. The physiological parameters can include, but are not limited to SpO₂, SpHb™, SpCO®, SpOC™, SpMet®, PI, PVI®, PR, and the like. Typically, these signals are received from a sensor **106**, as described above with reference to FIG. **2**.

At block **308**, the patient monitor **102** determines physiological parameter measurements based on the signals indicative of one or more physiological parameters and the environmental conditions. The effects of the environmental conditions on the physiological parameter measurements can be determined based on empirically collected data from patients to form a calibration curve. The data from the patients can be collected in different environmental conditions using invasive and/or non-invasive measurement techniques, as

8

described in greater detail above. Using the calibration curve, the patient monitor can be configured to adjust the signals obtained from the sensor **106** to calculate an adjusted physiological parameter measurement based on the adjusted signal. Alternatively, the patient monitor can adjust the physiological parameter measurement based on the environmental conditions after the physiological parameter measurement has been calculated using the raw, or unadjusted, signals received from the sensor. A lookup table can be used in either case to adjust the signals or the physiological parameter measurement based on the environmental conditions, as described in greater detail above.

Furthermore, the patient monitor **102** can determine the physiological parameter measurements based on the environmental conditions in a variety of ways. In one embodiment, the patient monitor **102** is pre-configured, or pre-calibrated based on the environmental conditions. For example, a patient monitor located at an elevation of 5000 ft. can be calibrated differently than a patient monitor at sea level using the calibration curve. Patient monitors located in areas with different humidity, temperature, and/or atmospheric pressure can be similarly pre-calibrated. The calibrations can be encoded into the patient monitor so that all physiological parameter measurements are adjusted in a similar manner. The patient monitors can be calibrated during manufacturing, assembly, or at the patient site. In an alternative embodiment, the patient monitor determines the appropriate adjustments for the physiological parameter measurements based on recently determined environmental conditions. In this embodiment, a lookup table can be used to determine the appropriate adjustments based on the environmental conditions, as discussed in greater detail above. In an embodiment, the monitor can also be configured to adjust measurements during the course of monitoring. This can be advantageous, for example, during a life flight or other travel via air or over land where altitude and humidity changes occur during the course of monitoring.

Once the physiological parameter measurement has been determined based on environmental conditions, the patient monitor **102** outputs the physiological parameter measurement, as illustrated in block **310**. The patient monitor **102** can output the physiological parameter measurement to the display **224**, to another patient monitor, a computer, a database, a mobile device, or the like. The display **224** can display both the measurement based on environmental conditions as well as a measurement not accounting for the environmental conditions. In this way, a user can verify any differences between the two measurements.

With further reference to FIG. **3** it is to be understood that fewer or more blocks can be used and that the order of the blocks can be changed without affecting the nature or scope of the description. For example, the process **300** can obtain data indicative of one or more environmental conditions and obtain signals indicative of one or more physiological parameters simultaneously. In addition, the process **300** can include a block for referring to a lookup table to determine the adjustment for the physiological parameter measurement.

It will be appreciated by those skilled in the art and others that all of the functions described in this disclosure can be embodied in software executed by one or more processors of the disclosed components and mobile communication devices. The software can be persistently stored in any type of non-volatile storage.

Conditional language, such as, among others, "can," "could," "might," or "may," unless specifically stated otherwise, or otherwise understood within the context as used, is generally intended to convey that certain embodiments

US 8,740,792 B1

**9**

include, while other embodiments do not include, certain features, elements and/or steps. Thus, such conditional language is not generally intended to imply that features, elements and/or steps are in any way required for one or more embodiments or that one or more embodiments necessarily include logic for deciding, with or without party input or prompting, whether these features, elements and/or steps are included or are to be performed in any particular embodiment.

Any process descriptions, elements, or blocks in the flow diagrams described herein and/or depicted in the attached figures should be understood as potentially representing modules, segments, or portions of code which include one or more executable instructions for implementing specific logical functions or steps in the process. Alternate implementations are included within the scope of the embodiments described herein in which elements or functions may be deleted, executed out of order from that shown or discussed, including substantially concurrently or in reverse order, depending on the functionality involved, as would be understood by those skilled in the art. It will further be appreciated that the data and/or components described above may be stored on a computer-readable medium and loaded into memory of the computing device using a drive mechanism associated with a computer readable storing the computer executable components such as a CD-ROM, DVD-ROM, or network interface further, the component and/or data can be included in a single device or distributed in any manner. Accordingly, general purpose computing devices may be configured to implement the processes, algorithms and methodology of the present disclosure with the processing and/or execution of the various data and/or components described above.

It should be emphasized that many variations and modifications may be made to the above-described embodiments, the elements of which are to be understood as being among other acceptable examples. All such modifications and variations are intended to be included herein within the scope of this disclosure and protected by the following claims.

The invention claimed is:

**1**. A patient monitoring system configured to determine one or more measurements of one or more physiological parameters, the patient monitoring system comprising:

an environmental conditions module configured to determine one or more environmental conditions comprising at least one of atmospheric pressure, altitude, humidity, and temperature;

a physiological sensor configured to sense light after it has passed through tissue of a patient and generate a signal indicative of one or more physiological parameters in response to the sensed light; and

a patient monitor in communication with the physiological sensor and the environmental conditions module, wherein the patient monitor is configured to:

receive the signal,

determine one or more measurements of the one or more physiological parameters from the received signal, and

adjust the one or more measurements of the one or more physiological parameters based at least on the determined one or more environmental conditions.

**2**. The patient monitoring system of claim **1**, wherein the one or more physiological parameters comprise at least one of oxygen saturation ($SpO_2$), hemoglobin (Hb), oxyhemoglobin ($HbO_2$), total hemoglobin (SpHb™), carboxyhemoglobin (SpCO®), methemoglobin (SpMet®), total oxygen content (SpOC™), perfusion index (PI), pleth variability index (PVI®), pulse rate (PR), and temperature.

**10**

**3**. The patient monitoring system of claim **1**, wherein the environmental conditions module is located external to the patient monitor.

**4**. The patient monitoring system of claim **1**, wherein the patient monitor is further configured to adjust the one or more measurements of the one or more physiological parameters based at least on data collected from patients in different environmental conditions.

**5**. A patient monitoring system configured to determine one or more measurements of one or more physiological parameters, the patient monitoring system comprising:

an environmental conditions module configured to determine one or more environmental conditions, and comprising at least one of a barometer, an altimeter, a hygrometer, and a thermometer;

a physiological sensor configured to sense light after it has passed through tissue of a patient and generate a signal indicative of one or more physiological parameters in response to the sensed light; and

a patient monitor in communication with the physiological sensor and the environmental conditions module, wherein the patient monitor is configured to:

receive the signal,

determine one or more measurements of the one or more physiological parameters from the received signal, and

adjust the one or more measurements of the one or more physiological parameters based at least on the determined one or more environmental conditions.

**6**. A patient monitoring system configured to determine one or more measurements of one or more physiological parameters, the patient monitoring system comprising:

a physiological sensor configured to sense light after it has passed through tissue of a patient and generate a signal indicative of one or more physiological parameters based at least on the sensed light;

a patient monitor in communication with the physiological sensor; and

an environmental conditions module located within the patient monitor and configured to determine one or more environmental conditions,

wherein the patient monitor is configured to:

receive the signal,

determine one or more measurements of the one or more physiological parameters from the received signal, and

adjust the one or more measurements of the one or more physiological parameters based at least on the determined one or more environmental conditions.

**7**. A patient monitoring system configured to determine one or more measurements of one or more physiological parameters, the patient monitoring system comprising:

a physiological sensor configured to sense light after it has passed through tissue of a patient and generate a signal indicative of one or more physiological parameters based at least on the sensed light;

a patient monitor in communication with the physiological sensor; and

an environmental conditions module in communication with the patient monitor and configured to obtain data indicative of one or more environmental conditions from at least one of a separate patient monitor, a separate computer, a user, an intranet and Internet,

wherein the patient monitor is configured to:

receive the signal,

US 8,740,792 B1

11

determine one or more measurements of the one or more physiological parameters from the received signal, and

adjust the one or more measurements of the one or more physiological parameters based at least on the data indicative of one or more environmental conditions.

**8**. A patient monitoring system configured to determine one or more measurements of one or more physiological parameters, the patient monitoring system comprising:

a physiological sensor configured to sense light after it has passed through tissue of a patient and generate a signal indicative of one or more physiological parameters based at least on the sensed light;

an environmental conditions module configured to determine one or more environmental conditions; and

a patient monitor in communication with the physiological sensor and the environmental conditions module, wherein the patient monitor is configured to:

receive the signal,

determine one or more measurements of the one or more physiological parameters from the received signal, and

adjust the one or more measurements of the one or more physiological parameters based at least on the determined one or more environmental conditions,

wherein the patient monitor includes a lookup table comprising a plurality of values used to determine the one or more measurements of the one or more physiological parameters based at least on the one or more environmental conditions.

**9**. The patient monitoring system of claim **8**, wherein values in the lookup table are calculated based on empirically collected data from patients.

**10**. A patient monitor configured to determine one or more measurements of one or more physiological parameters, the patient monitor comprising:

an environmental conditions module configured to obtain data indicative of one or more environmental conditions comprising at least one of atmospheric pressure, altitude, humidity, and temperature; and

a processing board in communication with a physiological sensor and the environmental conditions module, wherein the patient monitor is configured to:

obtain at least one signal indicative of one or more physiological parameters from the physiological sensor, wherein the physiological sensor generates the at least one signal in response to light detected after it has passed through tissue of a patient,

determine one or more measurements of one or more physiological parameters from the at least one signal, and

adjust the one or more measurements of the one or more physiological parameters based at least on the data indicative of one or more environmental conditions.

**11**. The patient monitor of claim **10**, wherein the one or more physiological parameters comprise at least one of oxygen saturation ($SpO_2$), hemoglobin (Hb), oxyhemoglobin ($HbO_2$), total hemoglobin (SpHb™), carboxyhemoglobin (SpCO®), methemoglobin (SpMet®), total oxygen content (SpOC™), perfusion index (PI), pleth variability index (PVI®), pulse rate (PR), and temperature.

**12**. The patient monitor of claim **10**, wherein the processing board is further configured to adjust the one or more measurements of the one or more physiological parameters based at least on data collected from patients in different environmental conditions.

12

**13**. A patient monitor configured to determine one or more measurements of one or more physiological parameters, the patient monitor comprising:

an environmental conditions module configured to obtain data indicative of one or more environmental conditions, and comprising at least one of a barometer, an altimeter, a hygrometer, and a thermometer; and

a processing board in communication with the environmental conditions module and a physiological sensor, wherein the processing board is configured to:

obtain at least one signal indicative of one or more physiological parameters from the physiological sensor, wherein the physiological sensor generates the at least one signal in response to light detected after it has passed through tissue of a patient,

determine one or more measurements of one or more physiological parameters from the at least one signal, and

adjust the one or more measurements of one or more physiological parameters in response to the one or more environmental conditions.

**14**. A patient monitor configured to determine one or more measurements of one or more physiological parameters, the patient monitor comprising:

a processing board in communication with a physiological sensor; and

an environmental conditions module in communication with the patient monitor and configured to obtain data indicative of one or more environmental conditions from at least one of a separate processing board, a separate computer, a user, an intranet and Internet

wherein the processing board is configured to:

obtain at least one signal indicative of one or more physiological parameters from the physiological sensor, wherein the physiological sensor generates the at least one signal based at least on light detected after it has passed through tissue of a patient,

determine one or more measurements of one or more physiological parameters from the at least one signal, and

adjust the one or more measurements of the one or more physiological parameters based at least on the data indicative of one or more environmental conditions.

**15**. A patient monitor configured to determine one or more measurements of one or more physiological parameters, the patient monitor comprising:

an environmental conditions module configured to obtain data indicative of one or more environmental conditions; and

a processing board in communication with the environmental conditions module and a physiological sensor, wherein the processing board is configured to:

obtain at least one signal indicative of one or more physiological parameters from the physiological sensor, wherein the physiological sensor generates the at least one signal based at least on light detected after it has passed through tissue of a patient,

determine one or more measurements of one or more physiological parameters from the at least one signal, and

adjust the one or more measurements of the one or more physiological parameters based at least on the data indicative of one or more environmental conditions, wherein the patient monitor includes a lookup table comprising a plurality of values used to determine the

US 8,740,792 B1

13

one or more measurements of the one or more physiological parameters based at least on the one or more environmental conditions.

**16**. The patient monitor of claim **15**, wherein values in the lookup table are calculated based on empirically collected data from patients.

**17**. A computer-implemented method for determining one or more measurements of one or more physiological parameters, the computer-implemented method comprising:

under control of one or more computing devices:

obtaining data indicative of one or more environmental conditions comprising at least one of atmospheric pressure, altitude, humidity, and temperature;

obtaining a signal indicative of one or more physiological parameters from a physiological sensor, wherein the physiological sensor generates the signal in response to light detected after it has passed through tissue of a patient;

determining one or more measurements of the one or more physiological parameters from the signal; and

adjusting the one or more measurements of the one or more physiological parameters based at least on the one or more environmental conditions.

**18**. The computer-implemented method of claim **17**, wherein the one or more physiological parameters comprises at least one of oxygen saturation (SpO$_2$), hemoglobin (Hb),

14

oxyhemoglobin (HbO$_2$), total hemoglobin (SpHb™), carboxyhemoglobin (SpCO®), methemoglobin (SpMet®), total oxygen content (SpOC™), perfusion index (PI), pleth variability index (PVI®), pulse rate (PR), and temperature.

**19**. The computer-implemented method of claim **17**, wherein adjusting the one or more measurements of the one or more physiological parameters is further based at least on data collected from patients in different environmental conditions.

**20**. A computer-implemented method for determining one or more measurements of one or more physiological parameters, the computer-implemented method comprising:

obtaining data indicative of one or more environmental conditions from at least one of a barometer, an altimeter, a hygrometer, and a thermometer;

obtaining a signal indicative of one or more physiological parameters from a physiological sensor, wherein the physiological sensor generates the signal in response to light detected after it has passed through tissue of a patient;

determining one or more measurements of the one or more physiological parameters from the signal; and

adjusting the one or more measurements of the one or more physiological parameters based at least on the one or more environmental conditions.

\* \* \* \* \*

# Exhibit 19

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

US009192351B1

(12) **United States Patent**
Telfort et al.

(10) **Patent No.:**     **US 9,192,351 B1**
(45) **Date of Patent:**         **Nov. 24, 2015**

(54) **ACOUSTIC RESPIRATORY MONITORING SENSOR WITH PROBE-OFF DETECTION**

(75) Inventors: **Valery G. Telfort**, Laval (CA); **Dimitar Dimitrov**, Quebec (CA); **Mark Wylie**, Dorval (CA)

(73) Assignee: **MASIMO CORPORATION**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 290 days.

(21) Appl. No.: **13/554,929**

(22) Filed: **Jul. 20, 2012**

**Related U.S. Application Data**

(60) Provisional application No. 61/510,926, filed on Jul. 22, 2011.

(51) **Int. Cl.**
*A61B 7/00* (2006.01)
*A61B 7/04* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC  . *A61B 7/003* (2013.01); *A61B 7/04* (2013.01); *A61B 5/0006* (2013.01); *A61B 5/0205* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ........ A61B 7/003; A61B 7/04; A61B 5/0006; A61B 5/02438; A61B 5/02444; A61B 5/08; A61B 5/0816; A61B 5/145; A61B 5/4818; A61B 5/6822; A61B 5/6833; A61B 5/721; A61B 5/6843; A61B 5/7203; A61B 2560/0412; A61B 2562/0204; A61B 2562/182; A61B 2562/227; A61B 5/0205; Y10T 29/49005; H04R 1/46
USPC ............. 600/586, 301; 381/67, 150; 342/451, 342/463; 257/254, 416; 310/313 R, 322,

310/334; 340/856.4, 575
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,682,161  A      8/1972  Alibert
3,951,230  A      4/1976  Littmann
(Continued)

FOREIGN PATENT DOCUMENTS

CA          2490438        4/2003
CA          2262236        4/2008
(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 10/180,518, filed Jun. 27, 2002, Lanzo et al.
(Continued)

*Primary Examiner* — Brian Szmal
(74) *Attorney, Agent, or Firm* — Knobbe, Martens, Olson & Bear, LLP

(57) **ABSTRACT**

An acoustic sensor configured to non-invasively detect acoustic vibrations associated with a medical patient. The acoustic vibrations are indicative of one or more physiological parameters of the medical patient. The acoustic sensor can include a sensor support and at least one sound sensing membrane supported by the sensor support. The membrane can be configured to detect acoustic vibrations associated with a medical patient. The membrane may also be configured to produce a membrane signal corresponding to the acoustic vibrations when the acoustic sensor is attached to the medical patient. The acoustic sensor can also include a probe-off assembly supported by the sensor support. The probe-off assembly can be configured to produce a probe-off signal responsive to attachment of the acoustic sensor to the medical patient and detachment of the acoustic sensor from the medical patient.

**27 Claims, 14 Drawing Sheets**



**US 9,192,351 B1**

Page 2

(51) **Int. Cl.**

| | |
|---|---|
| A61B 5/08 | (2006.01) |
| A61B 5/00 | (2006.01) |
| A61B 5/024 | (2006.01) |
| A61B 5/0205 | (2006.01) |
| A61B 5/145 | (2006.01) |
| H04R 1/46 | (2006.01) |

(52) **U.S. Cl.**

CPC ......... *A61B 5/02438* (2013.01); *A61B 5/02444* (2013.01); *A61B 5/08* (2013.01); *A61B 5/0816* (2013.01); *A61B 5/145* (2013.01); *A61B 5/4818* (2013.01); *A61B 5/6822* (2013.01); *A61B 5/6833* (2013.01); *A61B 5/6843* (2013.01); *A61B 5/721* (2013.01); *A61B 5/7203* (2013.01); *A61B 2560/0412* (2013.01); *A61B 2562/0204* (2013.01); *A61B 2562/182* (2013.01); *A61B 2562/227* (2013.01); *H04R 1/46* (2013.01); *Y10T 29/49005* (2015.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,127,749 | A | 11/1978 | Atoji et al. |
| 4,254,302 | A | 3/1981 | Walshe |
| 4,326,143 | A | 4/1982 | Guth et al. |
| 4,413,202 | A | 11/1983 | Krempl et al. |
| 4,537,200 | A | 8/1985 | Widrow |
| 4,576,179 | A | 3/1986 | Manus et al. |
| 4,578,613 | A | 3/1986 | Posthuma de Boer et al. |
| 4,634,917 | A | 1/1987 | Dvorsky et al. |
| 4,672,976 | A | 6/1987 | Kroll |
| 4,805,633 | A | 2/1989 | Kotani et al. |
| 4,827,943 | A | 5/1989 | Bornn et al. |
| 4,884,809 | A | 12/1989 | Rowan |
| 4,924,876 | A | 5/1990 | Cameron |
| 4,947,859 | A | 8/1990 | Brewer et al. |
| 4,960,118 | A | 10/1990 | Pennock |
| 4,960,128 | A | 10/1990 | Gordon et al. |
| 4,964,408 | A | 10/1990 | Hink et al. |
| 4,982,738 | A | 1/1991 | Griebel |
| 5,003,605 | A | 3/1991 | Phillipps et al. |
| 5,033,032 | A | 7/1991 | Houghtaling |
| 5,036,857 | A | 8/1991 | Semmlow et al. |
| 5,041,187 | A | 8/1991 | Hink et al. |
| 5,069,213 | A | 12/1991 | Polczynski |
| 5,078,151 | A | 1/1992 | Laballery |
| 5,140,992 | A | 8/1992 | Zuckerwar et al. |
| 5,143,078 | A | 9/1992 | Mather et al. |
| 5,163,438 | A | 11/1992 | Gordon et al. |
| 5,269,314 | A | 12/1993 | Kendall et al. |
| 5,278,627 | A | 1/1994 | Aoyagi et al. |
| 5,319,355 | A | 6/1994 | Russek |
| 5,337,744 | A | 8/1994 | Branigan |
| 5,341,805 | A | 8/1994 | Stavridi et al. |
| D353,195 | S | 12/1994 | Savage et al. |
| D353,196 | S | 12/1994 | Savage et al. |
| 5,377,676 | A | 1/1995 | Vari et al. |
| 5,406,952 | A | 4/1995 | Barnes et al. |
| D359,546 | S | 6/1995 | Savage et al. |
| 5,431,170 | A | 7/1995 | Mathews |
| D361,840 | S | 8/1995 | Savage et al. |
| D362,063 | S | 9/1995 | Savage et al. |
| 5,448,996 | A | 9/1995 | Bellin et al. |
| 5,452,717 | A | 9/1995 | Branigan et al. |
| D363,120 | S | 10/1995 | Savage et al. |
| 5,456,252 | A | 10/1995 | Vari et al. |
| 5,479,934 | A | 1/1996 | Imran |
| 5,482,036 | A | 1/1996 | Diab et al. |
| 5,490,505 | A | 2/1996 | Diab et al. |
| 5,494,043 | A | 2/1996 | O'Sullivan et al. |
| 5,533,511 | A | 7/1996 | Kaspari et al. |
| 5,534,851 | A | 7/1996 | Russek |
| 5,539,831 | A | 7/1996 | Harley |
| 5,561,275 | A | 10/1996 | Savage et al. |

| | | | |
|---|---|---|---|
| 5,562,002 | A | 10/1996 | Lalin |
| 5,564,108 | A | 10/1996 | Hunsaker et al. |
| 5,578,799 | A | 11/1996 | Callahan et al. |
| 5,590,649 | A | 1/1997 | Caro et al. |
| 5,602,924 | A | 2/1997 | Durand et al. |
| 5,632,272 | A | 5/1997 | Diab et al. |
| 5,638,816 | A | 6/1997 | Kiani-Azarbayjany et al. |
| 5,638,818 | A | 6/1997 | Diab et al. |
| 5,645,440 | A | 7/1997 | Tobler et al. |
| 5,685,299 | A | 11/1997 | Diab et al. |
| D393,830 | S | 4/1998 | Tobler et al. |
| 5,738,106 | A | 4/1998 | Yamamori et al. |
| 5,743,262 | A | 4/1998 | Lepper, Jr. et al. |
| 5,758,644 | A | 6/1998 | Diab et al. |
| 5,760,910 | A | 6/1998 | Lepper, Jr. et al. |
| 5,769,785 | A | 6/1998 | Diab et al. |
| 5,782,757 | A | 7/1998 | Diab et al. |
| 5,785,659 | A | 7/1998 | Caro et al. |
| 5,791,347 | A | 8/1998 | Flaherty et al. |
| 5,810,734 | A | 9/1998 | Caro et al. |
| 5,812,678 | A | 9/1998 | Scalise et al. |
| 5,823,950 | A | 10/1998 | Diab et al. |
| 5,825,895 | A | 10/1998 | Grasfield et al. |
| 5,830,131 | A | 11/1998 | Caro et al. |
| 5,833,618 | A | 11/1998 | Caro et al. |
| 5,860,919 | A | 1/1999 | Kiani-Azarbayjany et al. |
| 5,890,929 | A | 4/1999 | Mills et al. |
| 5,904,654 | A | 5/1999 | Wohltmann et al. |
| 5,912,656 | A | 6/1999 | Tham et al. |
| 5,919,134 | A | 7/1999 | Diab |
| 5,934,925 | A | 8/1999 | Tobler et al. |
| 5,940,182 | A | 8/1999 | Lepper, Jr. et al. |
| 5,977,538 | A | 11/1999 | Unger et al. |
| 5,989,193 | A | 11/1999 | Sullivan |
| 5,995,855 | A | 11/1999 | Kiani et al. |
| 5,997,343 | A | 12/1999 | Mills et al. |
| 6,002,952 | A | 12/1999 | Diab et al. |
| 6,011,986 | A | 1/2000 | Diab et al. |
| 6,027,452 | A | 2/2000 | Flaherty et al. |
| 6,036,642 | A | 3/2000 | Diab et al. |
| 6,045,509 | A | 4/2000 | Caro et al. |
| 6,067,462 | A | 5/2000 | Diab et al. |
| 6,081,735 | A | 6/2000 | Diab et al. |
| 6,083,156 | A | 7/2000 | Lisiecki |
| 6,088,607 | A | 7/2000 | Diab et al. |
| 6,106,481 | A | 8/2000 | Cohen |
| 6,110,522 | A | 8/2000 | Lepper, Jr. et al. |
| 6,124,597 | A | 9/2000 | Shehada |
| 6,128,521 | A | 10/2000 | Marro et al. |
| 6,129,675 | A | 10/2000 | Jay |
| 6,144,868 | A | 11/2000 | Parker |
| 6,151,516 | A | 11/2000 | Kiani-Azarbayjany et al. |
| 6,152,754 | A | 11/2000 | Gerhardt et al. |
| 6,157,850 | A | 12/2000 | Diab et al. |
| 6,165,005 | A | 12/2000 | Mills et al. |
| 6,168,568 | B1 | 1/2001 | Gavriely |
| 6,184,521 | B1 | 2/2001 | Coffin, IV et al. |
| 6,206,830 | B1 | 3/2001 | Diab et al. |
| 6,210,344 | B1 | 4/2001 | Perin et al. |
| 6,229,856 | B1 | 5/2001 | Diab et al. |
| 6,232,609 | B1 | 5/2001 | Snyder et al. |
| 6,236,872 | B1 | 5/2001 | Diab et al. |
| 6,241,683 | B1 | 6/2001 | Macklem et al. |
| 6,248,083 | B1 | 6/2001 | Smith et al. |
| 6,253,097 | B1 | 6/2001 | Aronow et al. |
| 6,256,523 | B1 | 7/2001 | Diab et al. |
| 6,261,237 | B1 | 7/2001 | Swanson et al. |
| 6,263,222 | B1 | 7/2001 | Diab et al. |
| 6,275,594 | B1 | 8/2001 | Senoo et al. |
| 6,278,522 | B1 | 8/2001 | Lepper, Jr. et al. |
| 6,280,213 | B1 | 8/2001 | Tobler et al. |
| 6,285,896 | B1 | 9/2001 | Tobler et al. |
| 6,295,365 | B1 | 9/2001 | Ota |
| 6,301,493 | B1 | 10/2001 | Marro et al. |
| 6,317,627 | B1 | 11/2001 | Ennen et al. |
| 6,321,100 | B1 | 11/2001 | Parker |
| 6,325,761 | B1 | 12/2001 | Jay |
| 6,334,065 | B1 | 12/2001 | Al-Ali et al. |
| 6,343,224 | B1 | 1/2002 | Parker |

US 9,192,351 B1

Page 3

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,349,228 | B1 | 2/2002 | Kiani et al. |
| 6,360,114 | B1 | 3/2002 | Diab et al. |
| 6,368,283 | B1 | 4/2002 | Xu et al. |
| 6,371,921 | B1 | 4/2002 | Caro et al. |
| 6,377,829 | B1 | 4/2002 | Al-Ali |
| 6,388,240 | B2 | 5/2002 | Schulz et al. |
| 6,397,091 | B2 | 5/2002 | Diab et al. |
| 6,415,033 | B1 | 7/2002 | Halleck et al. |
| 6,423,013 | B1 | 7/2002 | Bakker et al. |
| 6,430,437 | B1 | 8/2002 | Marro |
| 6,430,525 | B1 | 8/2002 | Weber et al. |
| 6,438,238 | B1 | 8/2002 | Callahan |
| 6,463,311 | B1 | 10/2002 | Diab |
| 6,470,199 | B1 | 10/2002 | Kopotic et al. |
| 6,486,588 | B2 | 11/2002 | Doron et al. |
| 6,501,975 | B2 | 12/2002 | Diab et al. |
| 6,505,059 | B1 | 1/2003 | Kollias et al. |
| 6,515,273 | B2 | 2/2003 | Al-Ali |
| 6,517,497 | B2 | 2/2003 | Rymut et al. |
| 6,519,487 | B1 | 2/2003 | Parker |
| 6,525,386 | B1 | 2/2003 | Mills et al. |
| 6,526,300 | B1 | 2/2003 | Kiani et al. |
| 6,541,756 | B2 | 4/2003 | Schulz et al. |
| 6,542,764 | B1 | 4/2003 | Al-Ali et al. |
| 6,580,086 | B1 | 6/2003 | Schulz et al. |
| 6,584,336 | B1 | 6/2003 | Ali et al. |
| 6,595,316 | B2 | 7/2003 | Cybulski et al. |
| 6,597,932 | B2 | 7/2003 | Tian et al. |
| 6,597,933 | B2 | 7/2003 | Kiani et al. |
| 6,606,511 | B1 | 8/2003 | Ali et al. |
| 6,632,181 | B2 | 10/2003 | Flaherty et al. |
| 6,639,668 | B1 | 10/2003 | Trepagnier |
| 6,640,116 | B2 | 10/2003 | Diab |
| 6,643,530 | B2 | 11/2003 | Diab et al. |
| 6,650,917 | B2 | 11/2003 | Diab et al. |
| 6,654,624 | B2 | 11/2003 | Diab et al. |
| 6,658,276 | B2 | 12/2003 | Kiani et al. |
| 6,661,161 | B1 | 12/2003 | Lanzo et al. |
| 6,671,531 | B2 | 12/2003 | Al-Ali et al. |
| 6,678,543 | B2 | 1/2004 | Diab et al. |
| 6,684,090 | B2 | 1/2004 | Ali et al. |
| 6,684,091 | B2 | 1/2004 | Parker |
| 6,697,656 | B1 | 2/2004 | Al-Ali |
| 6,697,657 | B1 | 2/2004 | Shehada et al. |
| 6,697,658 | B2 | 2/2004 | Al-Ali |
| RE38,476 | E | 3/2004 | Diab et al. |
| 6,699,194 | B1 | 3/2004 | Diab et al. |
| 6,714,804 | B2 | 3/2004 | Al-Ali et al. |
| RE38,492 | E | 4/2004 | Diab et al. |
| 6,721,582 | B2 | 4/2004 | Trepagnier et al. |
| 6,721,585 | B1 | 4/2004 | Parker |
| 6,725,075 | B2 | 4/2004 | Al-Ali |
| 6,728,560 | B2 | 4/2004 | Kollias et al. |
| 6,735,459 | B2 | 5/2004 | Parker |
| 6,745,060 | B2 | 6/2004 | Diab et al. |
| 6,760,607 | B2 | 7/2004 | Al-Ali |
| 6,770,028 | B1 | 8/2004 | Ali et al. |
| 6,771,994 | B2 | 8/2004 | Kiani et al. |
| 6,792,300 | B1 | 9/2004 | Diab et al. |
| 6,813,511 | B2 | 11/2004 | Diab et al. |
| 6,816,741 | B2 | 11/2004 | Diab |
| 6,816,744 | B2 | 11/2004 | Garfield et al. |
| 6,822,564 | B2 | 11/2004 | Al-Ali |
| 6,826,419 | B2 | 11/2004 | Diab et al. |
| 6,830,711 | B2 | 12/2004 | Mills et al. |
| 6,850,787 | B2 | 2/2005 | Weber et al. |
| 6,850,788 | B2 | 2/2005 | Al-Ali |
| 6,852,083 | B2 | 2/2005 | Caro et al. |
| 6,861,639 | B2 | 3/2005 | Al-Ali |
| 6,898,452 | B2 | 5/2005 | Al-Ali et al. |
| 6,920,345 | B2 | 7/2005 | Al-Ali et al. |
| 6,931,268 | B1 | 8/2005 | Kiani-Azarbayjany et al. |
| 6,934,570 | B2 | 8/2005 | Kiani et al. |
| 6,937,736 | B2 | 8/2005 | Toda |
| 6,939,305 | B2 | 9/2005 | Flaherty et al. |
| 6,943,348 | B1 | 9/2005 | Coffin IV |
| 6,950,687 | B2 | 9/2005 | Al-Ali |
| 6,954,971 | B1 | 10/2005 | Bryant et al. |
| 6,961,598 | B2 | 11/2005 | Diab |
| 6,970,792 | B1 | 11/2005 | Diab |
| 6,979,812 | B2 | 12/2005 | Al-Ali |
| 6,985,764 | B2 | 1/2006 | Mason et al. |
| 6,993,371 | B2 | 1/2006 | Kiani et al. |
| 6,996,427 | B2 | 2/2006 | Ali et al. |
| 6,999,904 | B2 | 2/2006 | Weber et al. |
| 7,003,338 | B2 | 2/2006 | Weber et al. |
| 7,003,339 | B2 | 2/2006 | Diab et al. |
| 7,015,451 | B2 | 3/2006 | Dalke et al. |
| 7,024,233 | B2 | 4/2006 | Ali et al. |
| 7,027,849 | B2 | 4/2006 | Al-Ali |
| 7,030,749 | B2 | 4/2006 | Al-Ali |
| 7,035,684 | B2 | 4/2006 | Lee |
| 7,039,449 | B2 | 5/2006 | Al-Ali |
| 7,041,060 | B2 | 5/2006 | Flaherty et al. |
| 7,044,918 | B2 | 5/2006 | Diab |
| 7,067,893 | B2 | 6/2006 | Mills et al. |
| 7,096,052 | B2 | 8/2006 | Mason et al. |
| 7,096,054 | B2 | 8/2006 | Abdul-Hafiz et al. |
| 7,096,060 | B2 | 8/2006 | Arand et al. |
| 7,110,804 | B2 | 9/2006 | Baumer et al. |
| 7,132,641 | B2 | 11/2006 | Schulz et al. |
| 7,142,901 | B2 | 11/2006 | Kiani et al. |
| 7,149,561 | B2 | 12/2006 | Diab |
| 7,186,966 | B2 | 3/2007 | Al-Ali |
| 7,190,261 | B2 | 3/2007 | Al-Ali |
| 7,215,984 | B2 | 5/2007 | Diab |
| 7,215,986 | B2 | 5/2007 | Diab |
| 7,221,971 | B2 | 5/2007 | Diab |
| 7,225,006 | B2 | 5/2007 | Al-Ali et al. |
| 7,225,007 | B2 | 5/2007 | Al-Ali |
| RE39,672 | E | 6/2007 | Shehada et al. |
| 7,239,905 | B2 | 7/2007 | Kiani-Azarbayjany et al. |
| 7,245,953 | B1 | 7/2007 | Parker |
| 7,246,069 | B1 | 7/2007 | O'Hanlon et al. |
| 7,254,429 | B2 | 8/2007 | Schurman et al. |
| 7,254,431 | B2 | 8/2007 | Al-Ali |
| 7,254,433 | B2 | 8/2007 | Diab et al. |
| 7,254,434 | B2 | 8/2007 | Schulz et al. |
| 7,270,126 | B2 | 9/2007 | Wallace et al. |
| 7,272,425 | B2 | 9/2007 | Al-Ali |
| 7,274,955 | B2 | 9/2007 | Kiani et al. |
| D554,263 | S | 10/2007 | Al-Ali |
| 7,280,858 | B2 | 10/2007 | Al-Ali et al. |
| 7,289,835 | B2 | 10/2007 | Mansfield et al. |
| 7,292,883 | B2 | 11/2007 | De Felice et al. |
| 7,295,866 | B2 | 11/2007 | Al-Ali |
| 7,328,053 | B1 | 2/2008 | Diab et al. |
| 7,332,784 | B2 | 2/2008 | Mills et al. |
| 7,340,287 | B2 | 3/2008 | Mason et al. |
| 7,341,559 | B2 | 3/2008 | Schulz et al. |
| 7,343,186 | B2 | 3/2008 | Lamego et al. |
| D566,282 | S | 4/2008 | Al-Ali et al. |
| 7,355,512 | B1 | 4/2008 | Al-Ali |
| 7,356,365 | B2 | 4/2008 | Schurman |
| 7,361,148 | B2 | 4/2008 | Narimatsu |
| 7,368,855 | B2 | 5/2008 | Orten |
| 7,371,981 | B2 | 5/2008 | Abdul-Hafiz |
| 7,373,193 | B2 | 5/2008 | Al-Ali et al. |
| 7,373,194 | B2 | 5/2008 | Weber et al. |
| 7,376,453 | B1 | 5/2008 | Diab et al. |
| 7,377,794 | B2 | 5/2008 | Al-Ali et al. |
| 7,377,899 | B2 | 5/2008 | Weber et al. |
| 7,383,070 | B2 | 6/2008 | Diab et al. |
| 7,415,297 | B2 | 8/2008 | Al-Ali et al. |
| 7,428,432 | B2 | 9/2008 | Ali et al. |
| 7,438,683 | B2 | 10/2008 | Al-Ali et al. |
| 7,440,787 | B2 | 10/2008 | Diab |
| 7,454,240 | B2 | 11/2008 | Diab et al. |
| 7,467,002 | B2 | 12/2008 | Weber et al. |
| 7,469,157 | B2 | 12/2008 | Diab et al. |
| 7,469,158 | B2 | 12/2008 | Cutler et al. |
| 7,471,969 | B2 | 12/2008 | Diab et al. |
| 7,471,971 | B2 | 12/2008 | Diab et al. |
| 7,483,729 | B2 | 1/2009 | Al-Ali et al. |

## US 9,192,351 B1

Page 4

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,483,730 | B2 | 1/2009 | Diab et al. |
| 7,489,958 | B2 | 2/2009 | Diab et al. |
| 7,496,391 | B2 | 2/2009 | Diab et al. |
| 7,496,393 | B2 | 2/2009 | Diab et al. |
| D587,657 | S | 3/2009 | Al-Ali et al. |
| 7,499,741 | B2 | 3/2009 | Diab et al. |
| 7,499,835 | B2 | 3/2009 | Weber et al. |
| 7,500,950 | B2 | 3/2009 | Al-Ali et al. |
| 7,509,154 | B2 | 3/2009 | Diab et al. |
| 7,509,494 | B2 | 3/2009 | Al-Ali |
| 7,510,849 | B2 | 3/2009 | Schurman et al. |
| 7,515,044 | B2 | 4/2009 | Welch et al. |
| 7,526,328 | B2 | 4/2009 | Diab et al. |
| 7,530,942 | B1 | 5/2009 | Diab |
| 7,530,949 | B2 | 5/2009 | Al Ali et al. |
| 7,530,955 | B2 | 5/2009 | Diab et al. |
| 7,563,110 | B2 | 7/2009 | Al-Ali et al. |
| 7,596,398 | B2 | 9/2009 | Al-Ali et al. |
| 7,618,375 | B2 | 11/2009 | Flaherty |
| D606,659 | S | 12/2009 | Kiani et al. |
| 7,647,083 | B2 | 1/2010 | Al-Ali et al. |
| D609,193 | S | 2/2010 | Al-Ali et al. |
| 7,662,105 | B2 | 2/2010 | Hatlestad |
| D614,305 | S | 4/2010 | Al-Ali et al. |
| RE41,317 | E | 5/2010 | Parker |
| 7,729,733 | B2 | 6/2010 | Al-Ali et al. |
| 7,734,320 | B2 | 6/2010 | Al-Ali |
| 7,761,127 | B2 | 7/2010 | Al-Ali et al. |
| 7,761,128 | B2 | 7/2010 | Al-Ali et al. |
| 7,764,982 | B2 | 7/2010 | Dalke et al. |
| D621,516 | S | 8/2010 | Kiani et al. |
| 7,783,056 | B2 | 8/2010 | Wilmink |
| 7,791,155 | B2 | 9/2010 | Diab |
| 7,801,581 | B2 | 9/2010 | Diab |
| 7,806,226 | B2 | 10/2010 | Drummond et al. |
| 7,822,452 | B2 | 10/2010 | Schurman et al. |
| RE41,912 | E | 11/2010 | Parker |
| 7,844,313 | B2 | 11/2010 | Kiani et al. |
| 7,844,314 | B2 | 11/2010 | Al-Ali |
| 7,844,315 | B2 | 11/2010 | Al-Ali |
| 7,860,553 | B2 | 12/2010 | Govari et al. |
| 7,865,222 | B2 | 1/2011 | Weber et al. |
| 7,873,497 | B2 | 1/2011 | Weber et al. |
| 7,880,606 | B2 | 2/2011 | Al-Ali |
| 7,880,626 | B2 | 2/2011 | Al-Ali et al. |
| 7,891,355 | B2 | 2/2011 | Al-Ali et al. |
| 7,894,868 | B2 | 2/2011 | Al-Ali et al. |
| 7,899,507 | B2 | 3/2011 | Al-Ali et al. |
| 7,899,518 | B2 | 3/2011 | Trepagnier et al. |
| 7,904,132 | B2 | 3/2011 | Weber et al. |
| 7,909,772 | B2 | 3/2011 | Popov et al. |
| 7,910,875 | B2 | 3/2011 | Al-Ali |
| 7,919,713 | B2 | 4/2011 | Al-Ali et al. |
| 7,937,128 | B2 | 5/2011 | Al-Ali |
| 7,937,129 | B2 | 5/2011 | Mason et al. |
| 7,937,130 | B2 | 5/2011 | Diab et al. |
| 7,940,937 | B2 | 5/2011 | Smith |
| 7,941,199 | B2 | 5/2011 | Kiani |
| 7,951,086 | B2 | 5/2011 | Flaherty et al. |
| 7,957,780 | B2 | 6/2011 | Lamego et al. |
| 7,962,188 | B2 | 6/2011 | Kiani et al. |
| 7,962,190 | B1 | 6/2011 | Diab et al. |
| 7,976,472 | B2 | 7/2011 | Kiani |
| 7,976,480 | B2 | 7/2011 | Grajales et al. |
| 7,988,637 | B2 | 8/2011 | Diab |
| 7,988,688 | B2 | 8/2011 | Webb et al. |
| 7,990,382 | B2 | 8/2011 | Kiani |
| 7,991,165 | B2 | 8/2011 | Kassal et al. |
| 7,991,446 | B2 | 8/2011 | Al-Ali et al. |
| 8,000,761 | B2 | 8/2011 | Al-Ali |
| 8,008,088 | B2 | 8/2011 | Bellott et al. |
| RE42,753 | E | 9/2011 | Kiani-Azarbayjany et al. |
| 8,019,400 | B2 | 9/2011 | Diab et al. |
| 8,028,701 | B2 | 10/2011 | Al-Ali et al. |
| 8,029,765 | B2 | 10/2011 | Bellott et al. |
| 8,036,728 | B2 | 10/2011 | Diab et al. |
| 8,046,040 | B2 | 10/2011 | Ali et al. |
| 8,046,041 | B2 | 10/2011 | Diab et al. |
| 8,046,042 | B2 | 10/2011 | Diab et al. |
| 8,048,040 | B2 | 11/2011 | Kiani |
| 8,050,728 | B2 | 11/2011 | Al-Ali et al. |
| 8,092,396 | B2 | 1/2012 | Bagha et al. |
| 8,108,039 | B2 | 1/2012 | Saliga et al. |
| RE43,169 | E | 2/2012 | Parker |
| 8,118,620 | B2 | 2/2012 | Al-Ali et al. |
| 8,121,673 | B2 | 2/2012 | Tran |
| 8,126,528 | B2 | 2/2012 | Diab et al. |
| 8,128,572 | B2 | 3/2012 | Diab et al. |
| 8,130,105 | B2 | 3/2012 | Al-Ali et al. |
| 8,145,287 | B2 | 3/2012 | Diab et al. |
| 8,150,487 | B2 | 4/2012 | Diab et al. |
| 8,175,672 | B2 | 5/2012 | Parker |
| 8,180,420 | B2 | 5/2012 | Diab et al. |
| 8,182,443 | B1 | 5/2012 | Kiani |
| 8,185,180 | B2 | 5/2012 | Diab et al. |
| 8,190,223 | B2 | 5/2012 | Al-Ali et al. |
| 8,190,227 | B2 | 5/2012 | Diab et al. |
| 8,203,438 | B2 | 6/2012 | Kiani et al. |
| 8,203,704 | B2 | 6/2012 | Merritt et al. |
| 8,224,411 | B2 | 7/2012 | Al-Ali et al. |
| 8,228,181 | B2 | 7/2012 | Al-Ali et al. |
| 8,229,533 | B2 | 7/2012 | Diab et al. |
| 8,233,955 | B2 | 7/2012 | Al-Ali et al. |
| 8,241,223 | B2 | 8/2012 | Gavriely et al. |
| 8,244,325 | B2 | 8/2012 | Al-Ali et al. |
| 8,255,026 | B1 | 8/2012 | Al-Ali |
| 8,255,027 | B2 | 8/2012 | Al-Ali et al. |
| 8,255,028 | B2 | 8/2012 | Al-Ali et al. |
| 8,260,577 | B2 | 9/2012 | Weber et al. |
| 8,265,291 | B2 | 9/2012 | Bridger et al. |
| 8,265,723 | B1 | 9/2012 | Weber et al. |
| 8,274,360 | B2 | 9/2012 | Sampath et al. |
| 8,275,140 | B2 | 9/2012 | Smith |
| 8,301,217 | B2 | 10/2012 | Al-Ali et al. |
| 8,310,336 | B2 | 11/2012 | Muhsin et al. |
| 8,315,683 | B2 | 11/2012 | Al-Ali et al. |
| 8,320,576 | B1 | 11/2012 | Abbruscato |
| RE43,860 | E | 12/2012 | Parker |
| 8,337,403 | B2 | 12/2012 | Al-Ali et al. |
| 8,346,330 | B2 | 1/2013 | Lamego |
| 8,353,842 | B2 | 1/2013 | Al-Ali et al. |
| 8,355,766 | B2 | 1/2013 | Macneish, III et al. |
| 8,359,080 | B2 | 1/2013 | Diab et al. |
| 8,364,223 | B2 | 1/2013 | Al-Ali et al. |
| 8,364,226 | B2 | 1/2013 | Diab et al. |
| 8,374,665 | B2 | 2/2013 | Lamego |
| 8,385,995 | B2 | 2/2013 | Al-ali et al. |
| 8,385,996 | B2 | 2/2013 | Smith et al. |
| 8,388,353 | B2 | 3/2013 | Kiani et al. |
| 8,396,228 | B2 | 3/2013 | Bilan |
| 8,399,822 | B2 | 3/2013 | Al-Ali |
| 8,401,602 | B2 | 3/2013 | Kiani |
| 8,403,865 | B2 | 3/2013 | Halperin et al. |
| 8,405,608 | B2 | 3/2013 | Al-Ali et al. |
| 8,414,499 | B2 | 4/2013 | Al-Ali et al. |
| 8,418,524 | B2 | 4/2013 | Al-Ali |
| 8,423,106 | B2 | 4/2013 | Lamego et al. |
| 8,428,967 | B2 | 4/2013 | Olsen et al. |
| 8,430,817 | B1 | 4/2013 | Al-Ali et al. |
| 8,437,825 | B2 | 5/2013 | Dalvi et al. |
| 8,449,469 | B2 | 5/2013 | Banet et al. |
| 8,455,290 | B2 | 6/2013 | Siskavich |
| 8,457,703 | B2 | 6/2013 | Al-Ali |
| 8,457,707 | B2 | 6/2013 | Kiani |
| 8,463,349 | B2 | 6/2013 | Diab et al. |
| 8,466,286 | B2 | 6/2013 | Bellott et al. |
| 8,471,713 | B2 | 6/2013 | Poeze et al. |
| 8,473,020 | B2 | 6/2013 | Kiani et al. |
| 8,483,787 | B2 | 7/2013 | Al-Ali et al. |
| 8,489,364 | B2 | 7/2013 | Weber et al. |
| 8,498,684 | B2 | 7/2013 | Weber et al. |
| 8,509,867 | B2 | 8/2013 | Workman et al. |
| 8,515,509 | B2 | 8/2013 | Bruinsma et al. |
| 8,517,981 | B2 | 8/2013 | Zornow |

## US 9,192,351 B1

Page 5

(56)                    **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,523,781 | B2 | 9/2013 | Al-Ali |
| 8,526,665 | B2 | 9/2013 | Lutz et al. |
| 8,529,301 | B2 | 9/2013 | Al-Ali et al. |
| 8,532,727 | B2 | 9/2013 | Ali et al. |
| 8,532,728 | B2 | 9/2013 | Diab et al. |
| D692,145 | S | 10/2013 | Al-Ali et al. |
| 8,547,209 | B2 | 10/2013 | Kiani et al. |
| 8,548,548 | B2 | 10/2013 | Al-Ali |
| 8,548,550 | B2 | 10/2013 | Al-Ali et al. |
| 8,560,032 | B2 | 10/2013 | Al-Ali et al. |
| 8,560,034 | B1 | 10/2013 | Diab et al. |
| 8,570,167 | B2 | 10/2013 | Al-Ali |
| 8,570,503 | B2 | 10/2013 | Vo et al. |
| 8,571,618 | B1 | 10/2013 | Lamego et al. |
| 8,571,619 | B2 | 10/2013 | Al-Ali et al. |
| 8,577,431 | B2 | 11/2013 | Lamego et al. |
| 8,584,345 | B2 | 11/2013 | Al-Ali et al. |
| 8,588,880 | B2 | 11/2013 | Abdul-Hafiz et al. |
| 8,600,467 | B2 | 12/2013 | Al-Ali et al. |
| 8,606,342 | B2 | 12/2013 | Diab |
| 8,626,255 | B2 | 1/2014 | Al-Ali et al. |
| 8,630,691 | B2 | 1/2014 | Lamego et al. |
| 8,634,889 | B2 | 1/2014 | Al-Ali et al. |
| 8,641,595 | B2 | 2/2014 | Basinger |
| 8,641,631 | B2 | 2/2014 | Sierra et al. |
| 8,652,060 | B2 | 2/2014 | Al-Ali et al. |
| 8,663,107 | B2 | 3/2014 | Kiani |
| 8,666,468 | B1 | 3/2014 | Al-Ali |
| 8,667,967 | B2 | 3/2014 | Al-Ali et al. |
| 8,670,811 | B2 | 3/2014 | O'Reilly |
| 8,670,814 | B2 | 3/2014 | Diab et al. |
| 8,676,286 | B2 | 3/2014 | Weber et al. |
| RE44,823 | E | 4/2014 | Parker |
| 8,690,799 | B2 | 4/2014 | Telfort et al. |
| 8,702,627 | B2 | 4/2014 | Telfort et al. |
| 8,715,206 | B2 | 5/2014 | Telfort et al. |
| 8,755,535 | B2 | 6/2014 | Telfort et al. |
| 8,771,204 | B2 | 7/2014 | Telfort et al. |
| 8,790,268 | B2 | 7/2014 | Al-Ali et al. |
| 8,801,613 | B2 | 8/2014 | Al-Ali et al. |
| 8,821,415 | B2 | 9/2014 | Al-Ali et al. |
| 8,870,792 | B2 | 10/2014 | Al-Ali et al. |
| 2002/0161291 | A1 | 10/2002 | Kiani et al. |
| 2002/0193670 | A1 | 12/2002 | Garfield et al. |
| 2003/0015368 | A1 | 1/2003 | Cybulski et al. |
| 2004/0133087 | A1 | 7/2004 | Ali et al. |
| 2004/0158162 | A1 | 8/2004 | Narimatsu |
| 2004/0167416 | A1 | 8/2004 | Lee |
| 2004/0228494 | A1 | 11/2004 | Smith |
| 2005/0272987 | A1 | 12/2005 | Kiani-Azarbayjany et al. |
| 2005/0283059 | A1 | 12/2005 | Iyer et al. |
| 2006/0047215 | A1 | 3/2006 | Newman et al. |
| 2006/0144397 | A1 | 7/2006 | Wallace et al. |
| 2006/0184052 | A1 | 8/2006 | Iwasawa |
| 2006/0198533 | A1 | 9/2006 | Wang |
| 2006/0238333 | A1 | 10/2006 | Welch et al. |
| 2007/0049837 | A1 | 3/2007 | Shertukde et al. |
| 2007/0058818 | A1* | 3/2007 | Yoshimine ...................... 381/67 |
| 2007/0135725 | A1 | 6/2007 | Hatlestad |
| 2007/0173730 | A1 | 7/2007 | Bikko |
| 2007/0185397 | A1 | 8/2007 | Govari et al. |
| 2007/0282174 | A1 | 12/2007 | Sabatino |
| 2007/0282212 | A1 | 12/2007 | Sierra et al. |
| 2008/0039735 | A1 | 2/2008 | Hickerson |
| 2008/0076972 | A1 | 3/2008 | Dorogusker et al. |
| 2008/0077198 | A1 | 3/2008 | Webb et al. |
| 2008/0077435 | A1 | 3/2008 | Muradia |
| 2008/0097249 | A1 | 4/2008 | Pool et al. |
| 2008/0137876 | A1 | 6/2008 | Kassal et al. |
| 2008/0188733 | A1 | 8/2008 | Al-Ali et al. |
| 2008/0219464 | A1 | 9/2008 | Smith |
| 2009/0018429 | A1 | 1/2009 | Saliga et al. |
| 2009/0093687 | A1 | 4/2009 | Telfort et al. |
| 2009/0170664 | A1 | 7/2009 | Shirasaki et al. |
| 2009/0187065 | A1 | 7/2009 | Basinger |
| 2009/0299157 | A1 | 12/2009 | Telfort et al. |
| 2009/0316925 | A1 | 12/2009 | Eisenfeld et al. |
| 2010/0090901 | A1* | 4/2010 | Smith et al. ................... 342/451 |
| 2010/0094096 | A1 | 4/2010 | Petruzzelli et al. |
| 2010/0274099 | A1 | 10/2010 | Telfort et al. |
| 2011/0034831 | A1 | 2/2011 | Christensen et al. |
| 2011/0125060 | A1 | 5/2011 | Telfort et al. |
| 2011/0172551 | A1 | 7/2011 | Al-Ali |
| 2011/0172561 | A1 | 7/2011 | Kiani et al. |
| 2011/0196211 | A1 | 8/2011 | Al-Ali et al. |
| 2011/0209915 | A1 | 9/2011 | Fetcher et al. |
| 2011/0213271 | A1 | 9/2011 | Telfort et al. |
| 2011/0213272 | A1 | 9/2011 | Telfort et al. |
| 2011/0213273 | A1 | 9/2011 | Telfort et al. |
| 2011/0213274 | A1 | 9/2011 | Telfort et al. |
| 2011/0224567 | A1 | 9/2011 | Al-Ali |
| 2011/0288431 | A1 | 11/2011 | Alshaer et al. |
| 2012/0232427 | A1 | 9/2012 | Bakema et al. |
| 2012/0302920 | A1 | 11/2012 | Bridger et al. |
| 2013/0090567 | A1 | 4/2013 | Al Ali et al. |
| 2014/0081175 | A1 | 3/2014 | Telfort |
| 2014/0303520 | A1 | 10/2014 | Telfort et al. |
| 2014/0309559 | A1 | 10/2014 | Telfort et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 201497610 | 6/2010 |
| CN | 202005761 | 10/2011 |
| EP | 0716628 | 12/1998 |
| EP | 0659058 | 1/1999 |
| EP | 0956820 A1 | 11/1999 |
| EP | 1207536 | 5/2002 |
| EP | 1518442 | 3/2005 |
| EP | 2014234 | 1/2009 |
| EP | 2391273 | 12/2011 |
| EP | 2488106 | 8/2012 |
| EP | 2488978 | 8/2012 |
| EP | 2710959 | 3/2014 |
| EP | 2765909 | 8/2014 |
| FR | 2 847 796 | 6/2004 |
| GB | 2358546 | 11/1999 |
| JP | S53-094482 A | 8/1978 |
| JP | S56-031742 A | 3/1981 |
| JP | 60059900 | 4/1985 |
| JP | 6214898 | 1/1987 |
| JP | H04-317637 A | 11/1992 |
| JP | H07-152553 A | 6/1995 |
| JP | 01-309872 | 6/1998 |
| JP | 10-155755 | 6/1998 |
| JP | 2001-50713 | 5/1999 |
| JP | 2003-329719 | 11/2003 |
| JP | 2005-522292 A | 7/2005 |
| JP | 2005-531230 A | 10/2005 |
| JP | 2012-513872 | 12/2009 |
| JP | 2013-508029 | 10/2010 |
| JP | 2013-508030 | 10/2010 |
| NO | 20040819 | 4/2003 |
| WO | WO 94/05207 | 3/1994 |
| WO | WO 94/13207 | 6/1994 |
| WO | WO 95/29632 | 11/1995 |
| WO | WO 99/53277 | 10/1999 |
| WO | WO 00/10462 | 3/2000 |
| WO | WO 01/34033 | 5/2001 |
| WO | WO 01/78059 | 10/2001 |
| WO | WO 01/87005 | 11/2001 |
| WO | WO 01/97691 | 12/2001 |
| WO | WO 02/03042 | 1/2002 |
| WO | WO 02/24067 | 3/2002 |
| WO | WO 03/058646 | 7/2003 |
| WO | WO 03/087737 | 10/2003 |
| WO | WO 04/000111 | 12/2003 |
| WO | WO 2004/004411 | 1/2004 |
| WO | WO 2005/096931 | 10/2005 |
| WO | WO 2005/099562 | 10/2005 |
| WO | WO 2008/017246 | 2/2008 |
| WO | WO 2008/148172 | 12/2008 |
| WO | WO 2009/137524 | 11/2009 |
| WO | WO 2009/155593 | 12/2009 |
| WO | WO 2010/078168 | 7/2010 |

## US 9,192,351 B1

Page 6

(56)            **References Cited**

### FOREIGN PATENT DOCUMENTS

| WO | WO 2011/047207 | 4/2011 |
| WO | WO 2011/047209 | 4/2011 |
| WO | WO2011/047211 | 4/2011 |
| WO | WO 2011/047213 | 4/2011 |
| WO | WO 2011/047216 | 4/2011 |
| WO | WO 2013/056141 | 4/2013 |

### OTHER PUBLICATIONS

U.S. Appl. No. 12/905,530, filed Oct. 15, 2010, Al-Ali et al.
U.S. Appl. No. 12/905,489, filed Oct. 15, 2010, Weber et al.
U.S. Appl. No. 12/905,449, filed Oct. 15, 2010, Al-Ali et al.
U.S. Appl. No. 12/905,384, filed Oct. 15, 2010, Al-Ali et al.
U.S. Appl. No. 13/554,908, filed Jul. 20, 2012, Telfort et al.
U.S. Appl. No. 13/152,259, filed Jun. 2, 2011, Kiani.
Analog Devices, 12-Bit Serial Input Multiplying D/A Converter, Product Data Sheet, 2000.
Avago Technologies, "HCNR200 and HCNR201, High-Linearity Analog Optocouplers," Data Sheet, Avago Technologies, Nov. 18, 2008.
Images showing tear down of a Measurement Specialties' stethoscope, Images taken on Sep. 7, 2007, in 38 pages.
Sierra et al., Monitoring Respiratory Rate Based on Tracheal Sounds. First Experiences, Proceedings of the 26th Annual Int'l Conf. of the IEEE EMBS (Sep. 2004), 317-320.
WelchAllyn OEM Technologies, ECG ASIC, ECG 3-lead, 5-lead, 12-lead and RESP Signal Processing, ECG ASIC Part No. 000.91163 (2001).
Eldor et al., "A device for monitoring ventilation during anaesthesia; the paratracheal audible respiratory monitor", Canadian Journal of Anaesthesia, 1990, vol. 9, No. 1, p. 95-98.
US 8,740,816, 06/03/2014, Telfort et al. (withdrawn).
International Search Report & Written Opinion, PCT Application PCT/US2010/052758, Feb. 10, 2011; 12 pages.
International Search Report & Written Opinion, PCT Application PCT/US2010/058981, Feb. 17, 2011; 11 pages.

International Search Report and Written Opinion for PCT/US2009/042902, mailed Dec. 8, 2009.
International Search Report, PCT Application PCT/CA2003/000536, Dec. 11, 2003; 2 pages.
EP Office Action dated May 18, 2011 in application No. 03711767.8.
Japanese Office Action re Application No. 2007-506626, dated Mar. 1, 2011.
PCT Invitation to Pay Fees and Initial Search Report in PCT/US2010/052756, dated Oct. 5, 2011.
International Search Report & Written Opinion for PCT/US2010/052756, mailed Feb. 6, 2012; 17 pages.
PCT Invitation to Pay Fees and Initial Search Report in PCT/US2009/069287, dated Apr. 21, 2010.
International Search Report and Written Opinion issued in PCT Application No. PCT/US2009/069287, Jun. 30, 2010.
Office Action in Japanese Application No. 2011-544508 mailed Apr. 30, 2014.
EP Office Action dated Mar. 5, 2013 in application No. 10779086.7.
PCT Invitation to Pay Fees and Initial Search Report in PCT/US2010/052754, dated Mar. 15, 2011.
International Search Report and Written Opinion in PCT/US2010/052754 mailed Jul. 27, 2011.
International Preliminary Report on Patentability (IPRP) in PCT/US2010/052754, dated Apr. 26, 2012.
International Search Report and Written Opinion in PCTUS2010052760 mailed Mar. 8, 2011 in 11 pages.
International Search Report and Written Opinion in PCT/US2010/052763, mailed May 13, 2011.
International Preliminary Report on Patentability in PCT/US2010/052763 dated Apr. 17, 2012 in 9 pages.
International Search Report and Written Opinion dated Dec. 21, 2012 for PCT Application No. PCT/US2012/060084.
International Preliminary Report on Patentability dated Apr. 15, 2014 for PCT Application No. PCT/US2012/060084.
European Search Report for Application No. 13185148.7 dated Dec. 6, 2013.

* cited by examiner





FIG. 1C

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 466 of 834   Page ID
#:20650



**FIG. 2**



*FIG. 3*



*FIG. 4*



FIG. 5A



**FIG. 5B**



FIG. 5C

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 472 of 834   Page ID
#:20656



*FIG. 5D*



*FIG. 5E*

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 474 of 834   Page ID #:20658



FIG. 5F



**FIG. 6A**

**FIG. 6B**



**FIG. 7A**



**FIG. 7B**



**FIG. 8A**



**FIG. 8B**

US 9,192,351 B1

**1**

## ACOUSTIC RESPIRATORY MONITORING SENSOR WITH PROBE-OFF DETECTION

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of priority from U.S. Provisional Application No. 61/510,926, filed Jul. 22, 2011, which is incorporated in its entirety by reference herein.

### BACKGROUND

Certain existing patient monitoring systems include biological sound sensors that capture patient bodily sounds (e.g., heart, breathing, digestive system sounds, etc.) and physiological monitors which process the captured sounds to determine physiological parameters. Such systems generally rely on a robust connection between the sensor and the patient to reliably detect and process the targeted bodily sounds. As such, a faulty or unstable connection between the sensor and the patient (e.g., a "probe-off" condition) can lead to a number of problems, particularly where the patient monitor or medical personnel are not made aware of the issue.

When the physiological monitor is not aware of a faulty connection between the sensor and patient, the monitor may misinterpret readings detected by the sensor. For example, the monitor may indicate false alarm conditions. In one instance, where the system is configured to detect patient breathing sounds and determine a corresponding respiratory rate, the monitor may falsely determine that the patient is not breathing, instead of merely indicating that the sensor has detached from the patient's skin. The system may additionally detect significant amounts of environmental noise due to a probe-off condition, and then improperly present the detected noise as physiological signal. Moreover, medical personnel may similarly misinterpret results presented by the monitor when the personnel are not aware of a faulty connection, possibly leading to misdiagnoses or other issues.

For these and other reasons, there is a need for an acoustic physiological sensor having reliable and straightforward probe-off detection capability.

### SUMMARY

Embodiments of systems including an acoustic sensor and/or physiological monitor described herein are configured to provide accurate and robust measurement of bodily sounds under a variety of conditions, such as in noisy environments or in situations in which stress, strain, or movement can be imparted onto the sensor with respect to a patient. For example, in certain embodiments the sensor and/or monitor include probe-off detection capability that indicates the connection quality between the sensor and patient.

For purposes of summarizing the disclosure, certain aspects, advantages and novel features of the inventions have been described herein. It is to be understood that not necessarily all such advantages can be achieved in accordance with any particular embodiment of the inventions disclosed herein. Thus, the inventions disclosed herein can be embodied or carried out in a manner that achieves or optimizes one advantage or group of advantages as taught or suggested herein without necessarily achieving others.

An acoustic sensor is provided that is configured to noninvasively detect acoustic vibrations associated with a medical patient. The acoustic vibrations are indicative of one or more physiological parameters of the medical patient. According to various aspects, the sensor can include a sensor

**2**

support and at least one sound sensing membrane supported by the sensor support and configured to detect acoustic vibrations associated with a medical patient. The sensing membrane may also be configured to produce a membrane signal corresponding to the acoustic vibrations when the acoustic sensor is attached to the medical patient. The sensor can also include a probe-off assembly supported by the sensor support, where the probe off-assembly is configured to produce a probe-off signal responsive to attachment of the acoustic sensor to the medical patient and detachment of the acoustic sensor from the medical patient.

The probe-off signal may indicate a sensor connected condition when the sensor is attached to the patient and a sensor not connected condition when the sensor is not attached to the patient. The probe-off signal can also be indicative of the integrity of a connection between the acoustic sensor and the patient. In certain instances, the probe-off assembly has a switch configured to actuate in response to attachment of the sensor to the patient. The actuation of the switch can result in a corresponding change in the output of the probe-off assembly that is indicative of a probe-off condition. In certain embodiments, the probe-off assembly is positioned to actuate in response to a force that is in the direction of the patient's skin when the sensor is attached to the patient.

According to some aspects, a mechanically active portion of the at least one sound sensing membrane which moves in response to the acoustic vibrations is between the patient's skin and the probe-off assembly when the sensor is attached to the patient. Moreover, in some cases, at least a portion of the sensor support is between a patient contact surface of the sensor and the probe-off assembly.

The acoustic sensor may further include at least one attachment member supported by the sensor support and configured to move from a first position when not attached to the patient to a second position when attached to the medical patient. Moreover, the probe-off signal is responsive to the movement of the attachment member between the first position and the second position to indicate a change in the integrity of the connection between the acoustic sensor and the medical patient. In such cases, the probe-off assembly can further include a switch supported by the sensor support. Movement of the at least one attachment member from the first position to the second position may actuate the switch. The sensor can include a substantially rigid shell supported by the sensor support, where at least a portion of the shell is positioned over the switch.

The attachment member can include a resilient, elongate member, and in some cases the attachment member extends across the sensor support and beyond opposing sides of the sensor support. The attachment member may further include an adhesive adapted to secure the attachment member to the medical patient's skin.

The sensor may further include a resilient portion supported by the sensor support and arranged to bias the attachment member in the first position when the sensor is in an unattached state. The resilient portion can form a part of a casing stretched around and encasing at least a portion of the sensor support.

In some embodiments, a physiological monitor in communication with the acoustic sensor is responsive to the probe-off signal to determine either a sensor connected condition or a sensor not connected condition. The acoustic sensor can include an output that is responsive to both the membrane signal and to the probe-off signal. A sensing circuit responsive to the output may produce a sensor signal which is both indicative of the integrity of the connection between the acoustic sensor and the patient and which, when the acoustic

US 9,192,351 B1

**3**

sensor is attached to the medical patient, corresponds to the acoustic vibrations detected by the sensing membrane. In some cases, the sensing circuit is located on a cable positioned between the acoustic sensor and the physiological monitor. The cable may be configured to communicatively couple the acoustic sensor and the physiological monitor.

A method is also provided for determining a connection state between a non-invasive acoustic sensor and a medical patient. The method can include outputting from a non-invasive acoustic sensor, a signal indicating that the acoustic sensor is in an unattached state in response to at least one attachment member of the sensor being in a first position, the sensor configured to detect acoustic vibrations indicative of one or more physiological parameters of the medical patient. The method can further include outputting a signal from the sensor indicating that the acoustic sensor is in an attached state in response to the at least one attachment member moving from the first position to a second position. In some embodiments, the method includes outputting a signal from the sensor indicative of the one or more physiological parameters when the sensor is in the attached state.

According to additional aspects, a patient monitoring system is also provided that is configured to communicate with a non-invasive acoustic sensor. The monitoring system can include a communication port configured to receive at least one signal responsive to at least one output of a non-invasive acoustic sensor. The acoustic sensor may be configured to detect acoustic vibrations associated with a medical patient and include a probe-off assembly responsive to attachment and detachment of the acoustic sensor to and from a surface. The at least one output of the acoustic sensor can be responsive to the probe-off assembly and to the acoustic vibrations. The monitoring system can further include a processor communicatively coupled to the communication port and configured to, in response to the signal, determine whether the sensor is in an unattached state.

### BRIEF DESCRIPTION OF THE DRAWINGS

Throughout the drawings, reference numbers can be reused to indicate correspondence between referenced elements. The drawings are provided to illustrate embodiments of the inventions described herein and not to limit the scope thereof.

FIGS. **1**A-B are block diagrams illustrating physiological monitoring systems in accordance with embodiments of the disclosure.

FIG. **1**C is a top perspective view illustrating portions of a sensor system in accordance with an embodiment of the disclosure.

FIG. **2** is a block diagram illustrating a sensor incorporating probe-off componentry in accordance with an embodiment of the disclosure.

FIG. **3** is a schematic illustration of an embodiment of acoustic physiological sensing circuitry with a probe-off detection circuit.

FIG. **4** is a graphical illustration of the output of acoustic physiological sensing circuitry having a probe-off circuit detection circuit in accordance with certain embodiments as compared to the output of sensing circuitry not having a probe-off detection circuit.

FIG. **5**A is a top perspective view illustrating an embodiment of a sensor incorporating probe-off componentry in accordance with embodiments described herein.

FIGS. **5**B-**5**C are top and bottom exploded perspective views, respectively, of the sensor of FIG. **5**A.

**4**

FIG. **5**D is a side perspective view illustrating the acoustic coupler of the sensor of FIGS. **5**A-**5**C.

FIG. **5**E is a side perspective view illustrating the sensor of FIGS. **5**A-**5**C with the acoustic coupler and backbone removed.

FIG. **5**F is a partial cross-sectional view illustrating the sensor of FIGS. **5**A-**5**C along the dotted line shown in FIG. **5**A.

FIG. **6**A is a side perspective view illustrating an embodiment of a sensor in a sensor-off configuration.

FIG. **6**B is a side perspective view illustrating an embodiment of a sensor in a sensor-on configuration.

FIGS. **7**A-**7**B and **8**A-**8**B illustrate side perspective views of additional embodiments of sensors including probe-off componentry.

### DETAILED DESCRIPTION

Various embodiments will be described hereinafter with reference to the accompanying drawings. These embodiments are illustrated and described by example only, and are not intended to be limiting.

Probe-Off Overview

Embodiments described herein include sensors and sensor systems having probe-off detection componentry. For example, sensors and physiological monitors described herein include dedicated mechanical components and/or circuitry capable of providing an indication of the integrity of the connection between the sensor and the patient.

Where an acoustic sensor does not incorporate separate probe-off functionality, physiological monitors can in some cases nonetheless be configured to process signals received from the sensor to determine the connection state. However, in such cases, it can be difficult to provide a reliable determination. For example, the sensor may detect significant environmental noise when it is not connected to the patient. The environmental noise may closely resemble target bodily sounds, or may otherwise not be sufficiently different from the bodily sounds for the monitor to determine the connection state to a desirable degree of certainty. Thus, from physiological signals (such as acoustic readings) alone, it can be difficult to determine a connection state. Moreover, to the extent that monitors can determine the connection state in such cases, monitors may employ relatively complex signal processing algorithms to make the determination.

To address these and other potential issues, certain sensors described herein advantageously include dedicated componentry to provide reliable and cost-effective probe-off detection. As a few examples, the sensor may provide the monitor with a signal usable to determine the connection state, the sensor may directly provide the monitor with an indication of the connection state, or the sensor may provide an indication of the connection state directly to medical personnel.

Moreover, some of the probe-off techniques described herein advantageously incorporate or cooperate with portions of the sensor that also serve other, non-probe functions. For example, sensors can include attachment arms or other mechanisms that have adhesive surfaces, allowing a user to affix the sensor to the patient. The state of the attachment element is naturally indicative of whether or not the sensor is attached to the patient. Thus, utilizing the attachment mechanism with probe-off detection helps provide robust and straightforward probe-off capability. In some cases, the probe-off componentry responds to actuation of such attachment mechanisms. For example, movement of the attachment elements to affix the sensor to the patient may trigger a probe-off detection switch. The switch in turn outputs a signal

US 9,192,351 B1

**5**

usable by the monitor to determine whether or not the sensor is connected to the patient. In some cases, the resilient nature of an elastomeric casing is used in the probe-off detection. For example, the casing or a portion thereof cooperates with the probe-off componentry (e.g., a switch) and/or sensor attachment elements to provide probe-off reliable detection. Such techniques are described in greater detail below with respect to specific embodiments.

Moreover, according to certain aspects, the probe-off componentry can be positioned on the sensor to provide improved accuracy and reliability in probe-off detection and/or physiological measurement. In one case, the sensor includes an active portion, which includes a piezoelectric membrane and a patient contact surface. The active portion is generally designed to interact with the patient and move in response to bodily sounds. A switch of a probe-off assembly may be advantageously spaced from the active portion of the sensor, thereby preventing the switch from interfering with the operation of the active portion. Such an arrangement can also prevent the switch from becoming soiled or otherwise damaged, from interaction with the patient's skin for example.

The probe-off techniques described herein can be used in a variety of ways to improve patient monitoring. For example, the patient monitor can provide medical personnel with an indication of the quality of the attachment state of the sensor, such as "sensor connected," "sensor disconnected," "sensor improperly connected," an indication (e.g., a percentage or other alphanumeric indication) as to the degree of the connection quality, or some other indication of the connection quality. Additionally, by alerting the monitor and/or medical personnel to probe-off conditions, the probe-off componentry described herein reduces the risk that targeted physiological sounds will go un-monitored for extended periods of time.

Moreover, the sensor, monitor, and/or user may use the indication of the attachment state to avoid false positive (e.g., alarm) conditions. For example, where a system is monitoring patient breathing sounds and the sensor becomes disconnected, the monitor can use the probe-off functionality to avoid reporting a false alarm to medical personnel that the patient is not breathing. Instead, the monitor can report the probe-off and/or false alarm condition to personnel, who will in turn fix the faulty connection. A wide variety of other uses or combinations of the uses described herein are possible. For example, in one embodiment, the sensor or monitor stops detecting and/or reporting sound information when the sensor is not properly attached to a patient. Moreover, by alerting medical personnel to probe-off conditions, the probe-off module reduces the risk that the targeted physiological sounds will go un-monitored for extended periods of time.

While described with respect to acoustic sensors configured to detect physiological sounds of a patient, many of the techniques described herein are compatible with other types of patient sensors (e.g., pulse oximetry sensors, capnography sensors, and the like). Additionally, the term "probe-off" is not to be interpreted as limiting. Rather, the meaning of the term "probe-off" as used herein will be appreciated in view of its usage throughout the disclosure, and is often used, for example, to refer generally to the components and processes capable of determining an integrity of the connection between the sensor and the patient.

A contextual system overview is provided below with respect to FIGS. 1A-1C, and further embodiments incorporating probe-off functionality are then shown and described herein with respect to FIGS. 2-7B.

System Overview

In various embodiments, an acoustic sensor configured to operate with a physiological monitoring system includes an

**6**

acoustic signal processing system that measures and/or determines any of a variety of physiological parameters of a medical patient. For example, in an embodiment, the physiological monitoring system includes an acoustic monitor. The acoustic monitor may be an acoustic respiratory monitor which can determine any of a variety of respiratory parameters of a patient, including respiratory rate, expiratory flow, tidal volume, minute volume, apnea duration, breath sounds, riles, rhonchi, stridor, and changes in breath sounds such as decreased volume or change in airflow. In addition, in some cases the acoustic signal processing system monitors other physiological sounds, such as heart rate to help with probe off detection, heart sounds (S1, S2, S3, S4, and murmurs), and change in heart sounds such as normal to murmur or split heart sounds indicating fluid overload. Moreover, the acoustic signal processing system may (1) use a second probe over the chest for additional heart sound detection; (2) keep the user inputs to a minimum (example, height); and/or (3) use a Health Level 7 (HL7) interface to automatically input patient demography.

In certain embodiments, the physiological monitoring system includes an electrocardiograph (ECG or EKG) that measures and/or determines electrical signals generated by the cardiac system of a patient. The ECG includes one or more sensors for measuring the electrical signals. In some embodiments, the electrical signals are obtained using the same sensors used to obtain acoustic signals.

In still other embodiments, the physiological monitoring system includes one or more additional sensors used to determine other desired physiological parameters. For example, in some embodiments, a photoplethysmograph sensor determines the concentrations of analytes contained in the patient's blood, such as oxyhemoglobin, carboxyhemoglobin, methemoglobin, other dyshemoglobins, total hemoglobin, fractional oxygen saturation, glucose, bilirubin, and/or other analytes. In other embodiments, a capnograph determines the carbon dioxide content in inspired and expired air from a patient. In other embodiments, other sensors determine blood pressure, pressure sensors, flow rate, air flow, and fluid flow (first derivative of pressure). Other sensors may include a pneumotachometer for measuring air flow and a respiratory effort belt. In certain embodiments, these sensors are combined in a single processing system which processes signal output from the sensors on a single multi-function circuit board.

Referring to the drawings, FIGS. 1A through 1C illustrate example patient monitoring systems, sensors, and cables that can be used to provide acoustic physiological monitoring of a patient, such as respiratory monitoring, with probe-off detection. FIGS. 5A-5F, 6A-6G, and 7A-7B illustrate additional embodiments of sensors and systems incorporating probe-off detection.

FIG. 1A shows an embodiment of a physiological monitoring system 10. In the physiological monitoring system 10, a medical patient 12 is monitored using one or more sensors 13, each of which transmits a signal over a cable 15 or other communication link or medium to a physiological monitor 17. The physiological monitor 17 includes a processor 19 and, optionally, a display 11. The one or more sensors 13 include sensing elements such as, for example, acoustic piezoelectric devices, electrical ECG leads, pulse oximetry sensors, or the like. The sensors 13 can generate respective signals by measuring a physiological parameter of the patient 12. The signals are then processed by one or more processors 19. The one or more processors 19 then communicate the processed signal to the display 11 if a display 11 is provided. In an embodiment, the display 11 is incorporated in the physiological

US 9,192,351 B1

7                                                                                   8

monitor **17**. In another embodiment, the display **11** is separate from the physiological monitor **17**. The monitoring system **10** is a portable monitoring system in one configuration. In another instance, the monitoring system **10** is a pod, without a display, and is adapted to provide physiological parameter data to a display.

For clarity, a single block is used to illustrate the one or more sensors **13** shown in FIG. **1A**. It should be understood that the sensor **13** shown is intended to represent one or more sensors. In an embodiment, the one or more sensors **13** include a single sensor of one of the types described below. In another embodiment, the one or more sensors **13** include at least two acoustic sensors. In still another embodiment, the one or more sensors **13** include at least two acoustic sensors and one or more ECG sensors, pulse oximetry sensors, bioimpedance sensors, capnography sensors, and the like. In each of the foregoing embodiments, additional sensors of different types are also optionally included. Other combinations of numbers and types of sensors are also suitable for use with the physiological monitoring system **10**.

In some embodiments of the system shown in FIG. **1A**, all of the hardware used to receive and process signals from the sensors are housed within the same housing. In other embodiments, some of the hardware used to receive and process signals is housed within a separate housing. In addition, the physiological monitor **17** of certain embodiments includes hardware, software, or both hardware and software, whether in one housing or multiple housings, used to receive and process the signals transmitted by the sensors **13**.

As shown in FIG. **1B**, the acoustic sensor **13** can include a cable **25**. The cable **25** can include three conductors within an electrical shielding. One conductor **26** can provide power to a physiological monitor **17**, one conductor **28** can provide a ground signal to the physiological monitor **17**, and one conductor **28** can transmit signals from the sensor **13** to the physiological monitor **17**. For multiple sensors, one or more additional cables **115** can be provided.

In some embodiments, the ground signal is an earth ground, but in other embodiments, the ground signal is a patient ground, sometimes referred to as a patient reference, a patient reference signal, a return, or a patient return. In some embodiments, the cable **25** carries two conductors within an electrical shielding layer, and the shielding layer acts as the ground conductor. Electrical interfaces **23** in the cable **25** can enable the cable to electrically connect to electrical interfaces **21** in a connector **20** of the physiological monitor **17**. In another embodiment, the sensor **13** and the physiological monitor **17** communicate wirelessly.

FIG. **1C** illustrates an embodiment of a sensor system **100** including a sensor **101** suitable for use with any of the physiological monitors shown in FIGS. **1A** and **1B**. The sensor system **100** includes a sensor **101**, a sensor cable **117**, and a connector **105** attached to the sensor cable **117**. The sensor **101** includes a shell **102**, an acoustic coupler, **103** and a frame **104**, which may also be referred to as a sensor support, configured to house certain componentry of the sensor **101**, and an attachment portion **107** positioned on the sensor **101** and configured to attach the sensor **101** to the patient.

The sensor **101** can be removably attached to an instrument cable **111** via an instrument cable connector **109**. The instrument cable **111** can be attached to a cable hub **120**, which includes a port **121** for receiving a connector **112** of the instrument cable **111** and a second port **123** for receiving another cable. In certain embodiments, the second port **123** can receive a cable connected to a pulse oximetry or other sensor. In addition, the cable hub **120** could include additional ports in other embodiments for receiving additional cables.

The hub includes a cable **122** which terminates in a connector **124** adapted to connect to a physiological monitor (not shown). In another embodiment, no hub is provided and the acoustic sensor **101** is connected directly to the monitor, via an instrument cable **111** or directly by the sensor cable **117**, for example. Examples of compatible hubs are described in U.S. patent application Ser. No. 12/904,775, which is incorporated by reference in its entirety herein.

The component or group of components between the sensor **101** and the monitor in any particular embodiment may be referred to generally as a cabling apparatus. For example, where one or more of the following components are included, such components or combinations thereof may be referred to as a cabling apparatus: the sensor cable **117**, the connector **105**, the cable connector **109**, the instrument cable **111**, the hub **120**, the cable **122**, and/or the connector **124**. It should be noted that one or more of these components may not be included, and that one or more other components may be included between the sensor **101** and the monitor, forming the cabling apparatus.

In an embodiment, the acoustic sensor **101** includes one or more sensing elements (not shown), such as, for example, a piezoelectric device or other acoustic sensing device. Where a piezoelectric membrane is used, a thin layer of conductive metal can be deposited on each side of the film as electrode coatings, forming electrical poles. The opposing surfaces or poles may be referred to as an anode and cathode, respectively. Each sensing element can be configured to mechanically deform in response to sounds emanating from the patient (or other signal source) and generate a corresponding voltage potential across the electrical poles of the sensing element.

The shell **102** according to certain embodiments houses a frame (not shown) or other support structure configured to support various components of the sensor **101**. The one or more sensing elements can be generally wrapped in tension around the frame. For example, the sensing elements can be positioned across an acoustic cavity disposed on the bottom surface of the frame. Thus, the sensing elements according to some embodiments are free to respond to acoustic waves incident upon them, resulting in corresponding induced voltages across the poles of the sensing elements.

Additionally, the shell **102** can include an acoustic coupler (not shown), which advantageously improves the coupling between the source of the signal to be measured by the sensor (e.g., the patient's body) and the sensing element. The acoustic coupler **102** of one embodiment includes a bump positioned to apply pressure to the sensing element so as to bias the sensing element in tension. For example, the bump can be positioned against the portion of the sensing element that is stretched across the cavity of the frame. In one embodiment, the acoustic coupler further includes a protrusion (not shown) on the upper portion of the inner lining, which exerts pressure on the backbone **110** (discussed below) and other internal components of the sensor **101**.

The attachment portion **107** helps secure the sensor assembly **101** to the patient. The illustrated attachment portion **107** includes first and second attachment arms **106**, **108**. The attachment arms can be made of any number of materials, such as plastic, metal or fiber. Furthermore, the attachment arms can be integrated with the backbone (discussed below). The underside of the attachment arms **106**, **108** include patient adhesive (e.g., in some embodiments, tape, glue, a suction device, etc.), which can be used to secure the sensor **101** to a patient's skin. The example attachment portion **107** further includes a resilient backbone member **110** which extends into and forms a portion of the attachment arms **106**,

US 9,192,351 B1

**9**

**108**. The backbone **110** can be placed above or below the attachment arms **106**, **108**, or can be placed between an upper portion and a lower portion of the attachment arms **106**, **108**. Furthermore, the backbone can be constructed of any number of resilient materials, such as plastic, metal, fiber, combinations thereof, or the like.

As the attachment arms **106**, **108** are brought down into contact with the patient's skin on either side of the sensor **102**, the adhesive affixes to the patient. Moreover, the resiliency of the backbone **110** causes the sensor **101** to be beneficially biased in tension against the patient's skin and/or reduces stress on the connection between the patient adhesive and the skin. Further examples of compatible attachment portions, associated functionality and advantages are described in U.S. application Ser. No. 12/643,939 (the '939 application) previously incorporated by reference. For example, embodiments of attachment portions are shown in and described with respect to FIGS. 2B, 2C, 9A-9D and 10 of the '939 application, and are explicitly incorporated by reference herein.

Moreover, as will be described in greater detail, the attachment portion **107** can also advantageously work together with other sensor componentry to provide an indication to the monitor or to the user as to the attachment state of the sensor.

The acoustic sensor **101** can further include circuitry for detecting and transmitting information related to biological sounds to the physiological monitor. These biological sounds can include heart, breathing, and/or digestive system sounds, in addition to many other physiological phenomena. The acoustic sensor **101** in certain embodiments is a biological sound sensor, such as the sensors described herein. In some embodiments, the biological sound sensor is one of the sensors such as those described in U.S. patent application Ser. No. 12/044,883, filed Mar. 7, 2008, which is incorporated in its entirety by reference herein (the '883 application). In other embodiments, the acoustic sensor **101** is a biological sound sensor such as those described in U.S. Pat. No. 6,661,161 or U.S. patent application Ser. No. 12/643,939, filed on Dec. 21, 2009 (the '939 application), both of which are incorporated by reference herein in their entirety. Other embodiments include other suitable acoustic sensors. For example, in certain embodiments, compatible acoustic sensors can be configured to provide a variety of auscultation functions, including live and/or recorded audio output (e.g., continuous audio output) for listening to patient bodily or speech sounds. Examples of such sensors and sensors capable of providing other compatible functionality can be found in U.S. patent application Ser. No. 12/905,036 entitled PHYSIOLOGICAL ACOUSTIC MONITORING SYSTEM, filed on Oct. 14, 2010, previously incorporated by reference herein in its entirety.

While an example sensor system **100** has been provided, embodiments described herein are compatible with a variety of sensors and associated components.

Example Systems and Sensors Incorporating Probe-Off Functionality

FIG. **2** is a block diagram illustrating an acoustic sensor assembly **200** incorporating probe-off componentry, also referred to as a probe-off assembly, in accordance with an embodiment of the disclosure. The sensor assembly **200** includes a sensing element **202**, an attachment assembly **204**, a probe-off module **206** and an acoustic coupler **208**. The sensing element **202** of the example sensor **200** detects patient bodily sounds, and can be any of the acoustic sensing elements described herein, or some other type of sensing element.

The attachment assembly **204** generally attaches the sensor assembly to the patient, and can include an adhesive, such as

**10**

glue, tape, or the like. For example, the attachment assembly **204** can include the attachment arms **106**, **108** described above with respect to FIG. **1**C, or may be one of the attachment assemblies described below with respect to FIGS. **5**A-**5**B and **6**A-**8**B.

The probe-off module **206** generally provides an indication as to the quality of the connection between the sensor and the patient, such as whether or not the sensor **200** is properly attached to the patient. Compatible probe-off module **206** will be described in greater detail below. For example, as described with reference to FIGS. **4**, **5**A-**5**B, and **6**A-**8**B, in certain embodiments, the probe-off module **206** includes a switch (e.g., an electromechanical switch) that actuates in response to attachment and disconnection of the sensor from the patient.

Moreover, in various embodiments, the probe-off module **206** can be implemented using a variety of technologies and techniques, such as passive, active, electrical, electromagnetic, mechanical, or chemical technologies. For example, the probe-off module **206** can be implemented using skin resistance, capacitive touch, heat, IR light from the patient, ambient visible light, reflected or refracted light from the patient, frequency detection from a patient, magnetic field detection, EKG, ECG, magnetic switches, acoustic cavities, acoustic impedance, mechanical impedance, physical pushbuttons, physical switches, chemical reaction, combinations of the same and the like. In one embodiment, a IR (or heat) sensor detects the proximity of the patient to the sensor. As the sensor nears the patient and is attached to the patient, the IR sensor readings change. Once a threshold heat level is reached, a switch is activated. The threshold level can be set based on expected heat levels of the patient.

In an alternative embodiment, a chemical reaction between the patient's skin and the sensor causes the sensor to begin outputting data. For example, the patient's skin or oil from the patient's skin can be used to create a chemical reaction that activates the switch. In yet another embodiment, the probe-off module **206** can include an ohmmeter to detect the amount of resistance (or impedance) between two conductive points on the sensor. The two conductive points can be located on the portion of the sensor that comes in contact with the patient's skin. When the resistance between the two points meets a threshold level, the switch is activated. The threshold level can be set based on skin conductance or resistance. Similarly, a capacitive sensor disposed, for example, on the sensor **101** or positioned elsewhere on the patient can be used to detect when the patient's skin comes in contact with the sensor. Based on the readings, the switch can activate.

For example, in one embodiment, a conductive element or material is disposed on one or more of the following locations of the sensor **101** to thereby act as one or both of the two conductive points for determining resistance: one or both of the attachment arms **106/108**, the backbone **110**, the shell **102**, or the frame **104**. In one embodiment, the conductive element is a conductive film. A conductive film can be disposed on the skin-facing surface of the attachment arms **106**, **108**, for example. One material that may be used for the conductive film is silver chloride, although other materials may also be used. Instead of a conductive film, the conductive element may be a metal material. For instance, the backbone **110** can be made of conductive material such as copper or aluminum. One or both of the two conductive points on the sensor can also act as an ECG sensor. In another embodiment, one conductive point or element is disposed on the sensor, and a second conductive element is disposed elsewhere on the body, such as in a separate ECG lead.

US 9,192,351 B1

11

To improve conductivity between the conductive element or elements and the patient's skin, a gel material can be applied on the patient's skin prior to applying the conductive element to the patient's skin. In one embodiment, the sensor can include a gel layer on top of the conductive element or elements disposed on the sensor. The gel layer, if disposed on the shell 102 or frame 104, can also act as an acoustic medium that improves acoustic coupling between the sensor and the patient.

In yet another embodiment, a light meter is used to detect when the sensor is connected to the patient. The light meter can be located on the side of the sensor closest to the patient. When the sensor is in contact with the patient, light is obstructed from reaching the light meter. Based on a threshold light meter level, the switch is activated. Similarly, the light meter can measure reflected or refracted light from the patient to determine if the sensor is attached to the patient. An EKG or ECG device can also be used to detect whether the sensor is attached to the patient. Once the EKG or ECG device detects electrical activity from the patient's heart, the switch can be activated. Alternatively, a bioelectric sensor can attached to the sensor and used to detect electric potential or electromagnetic fields from the patient or the patient's skin. When the electric potential or electromagnetic field measurements reach a threshold level, the switch is activated. Furthermore, the sensor can be configured to activate when sounds within a particular frequency range and/or magnitude are observed by the sensor. In addition, a push button switch can be provided that is activated by a medical caregiver when the sensor is attached. Other methods can be used to implement the switch without departing from the spirit and scope of the description.

The acoustic coupler 208 generally improves the coupling between the source of the signal and the sensing element 202, and may comprise an elastomeric casing or any of the couplers described herein (e.g., with respect to FIGS. 5A-5F).

FIG. 3 is a schematic illustration of an embodiment of an acoustic sensing circuit 300. Certain portions of the illustrated circuit 300 form a part of an acoustic sensor which incorporates probe-off componentry. The example sensor has two sensing elements 302A, 302B (e.g., piezoelectric membranes) connected in the manner described below to provide a physiological signal. For example, certain portions of the sensing circuitry 300 may be included in any of the sensors described herein. In some embodiments, the sensing elements are arranged in a stacked configuration on a frame, as shown in and described herein with respect to FIGS. 5A-5F and 6A-6B. As will be described in further detail, certain other portions of the example sensing circuitry 300 may not be located on the sensor itself, but may instead be located on one or more other components of the physiological sensing system.

In addition, the example sensing circuit 300 includes probe-off circuitry configured to provide an indication as to the quality of the connection between the patient and the sensor. For example, the sensing circuit 300 or portions thereof may form a part of any of the probe-off componentry described herein.

The example sensing circuit 300 includes piezoelectric membranes 302A, 302B, a sensing device 306, power sources connections 312, 314, 316, and a switch 318. The output of the piezoelectric membrane 302A is connected to a positive terminal of the sensing device 306 and the output of the piezoelectric membrane 302B is connected to a negative, or inverting, terminal of the sensing device 306. The membranes 302A, 302B are also connected to a common ground 304. The sensing device 306 can include additional components, such

12

as feedback loops, feedback resistors, capacitors, and the like, which are not shown for the purposes of illustration. The piezoelectric membranes 302A, 302B generally detect mechanical vibrations (e.g., from patient physiological sounds) and generate corresponding electrical waveforms.

Referring to FIGS. 1 and 3, in the illustrated embodiments, the piezoelectric membranes 302A, 302B and the switch 318 are physically located on the sensor 101 itself, while the sensing device 306 is physically located on the instrument cable 111. For example, in one embodiment, the sensing device 306 is located on the sensor connector 109 of the instrument cable 111 which connects to the sensor cable 117. In another embodiment, the sensing device is located on the connector 112 of the instrument cable which connects to the hub 120. In other cases, the arrangement of the various components of the sensing circuitry can vary. For example, in various configurations, the sensing device 306 or a portion thereof may be positioned on the sensor 101 itself, on the connector 105 of the sensor cable 105, on the hub 120, on the monitor connector 124, the physiological monitor itself, or on any of the cables 117, 111, 122.

Moreover, the membranes 302A, 302B are configured such that the waveforms generated by the piezoelectric membranes 302A, 302B are of opposite polarity, or 180° or approximately 180° out of phase, providing improved signal-to-noise ratio as compared to embodiments including a single membrane. For example, the sensing device 306 is arranged as a differential amplifier and generally constructively combines the waveforms from the two piezoelectric membranes to create an output signal indicative of the sensed physiological sounds. In one example embodiment, the sensing device 306 is arranged as a differential amplifier, the power source connections 312, 314 provide 2.5V DC reference voltages, and the power source connection 316 is connected to a 5V DC power source. In such a configuration, during normal operation, when the switch 318 is open, the sensing device 306 provides an AC output signal representative of sounds detected by the sensing elements 302A, 302B, which swings around the 2.5V DC reference value between 0V and 5V. In other embodiments, the sensor 300 includes a single membrane, or includes more than two membranes.

The sensing device 306 can include one or more operational amplifiers. U.S. application Ser. No. 12/904,931 (the '931 application) includes further examples of sensing circuits that are compatible with the embodiments described herein (e.g., as shown in and described with respect to FIGS. 3A and 3B of the '931 application), and each of which are explicitly incorporated in their entirety by reference herein.

The circuit 300 can include componentry used in the probe-off determination, providing an indication as to the quality of the connection between the patient and the sensor. For example, the sensor may be configured such that the switch 318 closes when the sensor is not properly attached to the patient. When closed, the switch 318 is configured to electrically couple the positive terminal of the sensing device 306 to ground 304 (e.g., 0V). In certain configurations, such as where the sensing device 306 comprises a differential amplifier, the 0V input on the positive terminal will force the output of the sensing device 306 to 0V or substantially 0V. Thus, the output characteristic (e.g., frequency profile) of the sensing device 306 is advantageously significantly altered when the switch 318 is closed (probe-off condition) as compared to when the switch 318 is open (probe-on condition). In turn, the resulting change in the output characteristic can be used to determine the connection state of the sensor in a reliable and straightforward manner. For example, the monitor may receive and process the output of the sensing device

US 9,192,351 B1

13

306 or a version thereof to determine the sensor connection state. Thus, the use of the switch 318 to indicate whether the sensor is in an attached state can significantly improve the robustness of the probe-off detection, reducing possible instances where the monitor and/or medical personnel mis-interpret sensor readings. Furthermore, the use of the switch 318 can allow care providers to be able to place greater confidence in error or warning signals provided by the monitor. While one terminal of the switch 318 is tied to ground 304 (e.g., 0V) in the illustrated embodiment, in other configurations that terminal is tied to some other potential. For instance, the switch 318 may be connected to a node having some DC bias (e.g., 0.5V, 1V, 1.5V, 2V, or any other appropriate value). In such cases, and in a manner similar to the embodiment where 0V is used, the output characteristic (e.g., frequency profile) of the sensing device 306 will be significantly altered, providing a robust indication as to whether the sensor is in an attached state. In some embodiments, the sensing circuit 316 enters a saturation region when the sensor is in the probe-off state, when the switch 318 closes. For instance, in one configuration, the sensing device 306 comprises an operational amplifier, and when the switch 318 closes (e.g., due to a probe-off condition), the non-inverting terminal of the amplifier that is connected to the output of the first sensing element 302A and the output of the switch 318 is driven to the DC level represented by the node 304. In response, the operational amplifier attempts to set its inverting input to the same DC level as the non-inverting input, causing the amplifier to saturate. The saturation can be readily detected by subsequent componentry to determine a probe-off condition.

Moreover, the output of the sensing device 306 provides both the sensed physiological signal (when the sensor is connected), and an a reliable indication of the sensor connection state. Thus, this technique reduces cost and complexity associated with providing the probe-off functionality. For example, both the sensed signal and the probe-off indication can be communicated from the sensor to the monitor via a single output line, reducing cabling and interface complexity. In another embodiment, the sensor and monitor cable include an additional signal line for communicating the indication of the connection state to the monitor.

In some alternative implementations, the circuit 300 is configured such that the switch 318 or other probe-off componentry affects the frequency of the sensing circuit 300's output instead of, or in addition to, the level of the output voltage. For example, the sensing circuit 306 may output a signal having a predetermined frequency when the sensor is not properly connected to the patient. In such a case, the patient monitor recognizes the predetermined frequency as indicating that the circuit 300 is not properly connected.

In addition, the electrical arrangement of the switch 318 is not limited to the arrangement shown in FIG. 3, and can be coupled to the circuit 300 in a variety of ways. For example, in various embodiments, the switch 318 can be connected to the output of the sensing device 306 or to the negative terminal of the sensing device 306. This arrangement may be used in a configuration where sensing device 306 is located on the sensor 101, for example. In some instances, the output of the switch 318 is coupled to a separate control line that is dedicated to probe-off detection. This arrangement can simplify the processing done by the monitor in making the probe-off determination. In one such case, the separate control line (e.g., the output of the switch 318) is sent directly to the monitor from the sensor via a first lead and the physiological signal (e.g., the output of the sensing device 306) is sent to the monitor via a second lead. In yet another arrangement, the

14

switch is tied to both of the input lines to the sensing device 306 (the outputs of both sensing elements 302A, 302B). In some embodiments, the switch 318 is closed in the probe-off state, and open in the probe-on state. In certain embodiments, the switch 318 is open in the probe-off state, and closed in the probe-on state. Moreover, more than one switch connected in series or in parallel may be used in some other embodiments.

FIG. 4 shows a chart 400 including plots 406a, 406b, 408, 410 illustrating output characteristics of example sensing circuitry for example monitoring scenarios. The graph 400 includes an x-axis 402 corresponding to the input frequency of the detected sound signals, and a y-axis 404 corresponding to the amplitude, energy, or other measure of the output signal of the sensor. While the chart 400 will be described with respect to the sensing circuit 300 of FIG. 3 for the purposes of illustration, other compatible sensing circuits may operate in a similar manner.

Referring to FIGS. 3 and 4, in one embodiment, the x-axis 404 corresponds to the frequency of sounds incident on the sensing elements 302A, 302B, while the y-axis 402 corresponds to the detected acoustic signal or a modified version thereof. For example, the y-axis 402 may correspond to an amplified, filtered, attenuated, or otherwise processed version of the detected acoustic signal.

The plot 406a corresponds to the amplitude of the detected acoustic signal when the sensor is attached to the patient and is detecting relatively loud patient bodily sounds, such as breathing or heart sounds. For example, the plot 406 may correspond to the detected acoustic signal or a modified version thereof when the sensor is attached to the patient and the switch 318. The plot 406b, on the other hand, corresponds to the amplitude of the detected acoustic signal when the sensor is attached to the patient and is detecting relatively quiet patient bodily sounds. For example, the plot 406b may represent a situation where the sensor is positioned on a region of the patient (e.g., an appendage) that produces relatively quiet sounds. The plot 406b may alternatively represent a situation where the sensor is positioned on a region of the patient that normally produces relatively loud bodily sounds (e.g., throat or chest), but where the bodily sounds are not currently emanating from the patient, such as where the patient is not breathing.

The plot 408, on the other hand corresponds to the amplitude of the detected signal when the sensor is not attached to the patient, and for an embodiment in which the sensor does not include separate, distinct probe-off componentry. For example, the plot 408 may correspond to the output of the sensing device 306 for an embodiment of the circuit 300 not including the switch 318. In one monitoring scenario, the plot 408 corresponds to a moderate level of environmental noise being detected by a disconnected sensor.

Finally, the plot 410 corresponds to the detected acoustic signal when the sensor is not attached to a patient and where the sensor does include probe-off componentry. For example, the plot 410 corresponds to the detected acoustic signal where the switch 318 is closed.

As discussed, when the sensor is attached to a patient, the output generally corresponds to the detected physiological sounds of the patient. This is true in certain embodiments for input sounds corresponding to sounds in a range of frequencies below a first frequency 414, as indicated by the dotted line 412. For example, sounds below the first frequency 414 may correspond to a desired range of target physiological sounds (e.g., heart, breathing and/or digestive sounds), or to a range of sounds that are otherwise not filtered out by the physiological monitoring system during processing. On the other hand, sounds above the first frequency 414 are filtered

US 9,192,351 B1

15

out by the system (e.g., by the sensing circuitry 300 or the processing algorithm implemented by the physiological monitor). In one embodiment, the first frequency is about 1 kHz, and the desired range of target physiological sounds correspond to sounds having a frequency of less than 1 kHz. Other values for the first frequency 414 are possible, such as, for example, about 500 Hz, 1.5 kHz, 2 kHz, 5 kHz, 10 kHz, 50 kHz, 100 kHz, or some other value.

However, as shown by the second plot 408, when the sensor does not include separate, distinct probe-off componentry, the sensor may also produce a relatively highly amplified output signal for desired input frequencies (e.g., below the first frequency 414) even when the sensor is not attached to a patient. For example, the sensor may detect and amplify ambient noise or other sounds at frequencies in the desired range. Because the signal is still amplified significantly, the monitor or user may remain unaware of the probe-off condition and misinterpret the readings made by the sensor. Moreover, to the extent the monitor can determine the quality of the sensor connection, the determination may be relatively difficult to make and may be relatively unreliable.

Thus, it is desirable for the output characteristic of the sensor to provide a clear indication to the monitor (or user) when the sensor is not attached to a patient. For example, the plot 410 indicates that when separate, distinct probe-off componentry is used, the sensing circuitry 300 amplifies the ambient noise (or other un-targeted sounds) for the desired input frequencies much less than where no probe-off componentry is included (plot 408). Because there is a greater differentiation between the output characteristic of the sensor for when the sensor is attached versus when the sensor is not attached, the connection state of the sensor can be more readily determined, reducing erroneous alarms, improving monitoring reliability, etc.

As illustrated by the third plot 410, with the addition of probe-off circuitry, such as that described above with reference to FIG. 3, the detected output is advantageously significantly reduced when the sensor is not connected to the patient. For example, the output is reduced by an amount 402B as compared to embodiments where the sensor does not include probe-off functionality (plot 408), thereby reducing the likelihood of false readings and the like. For example, in one embodiment, the output is reduced by at least about 10 dB.

While the example sensing circuit 300 and the chart 400 have been provided for the purposes of illustration, a variety of compatible alternative configurations are possible. For example, in one embodiment, unlike the illustrated switch 318, the probe-off circuitry does not have a binary ("on", "off") output and instead provides an output having more granularity and corresponding to a degree of the quality of connection.

The mechanism for actuating the switch 318 and the switch 318 can be implemented using a variety of passive, active, electrical, electromagnetic, thermal, mechanical, and/or chemical techniques as mentioned above, with reference to FIG. 2. For example, the switch 318 or any of the switches described herein (e.g., the switches described with respect to FIGS. 5A-7B) may be implemented using a push-button, surface mount switch, transistor, MOSFET, metallic contact, spring, chemical compound, electromagnetic switch, optical switch, thermal switch, thermistor, etc.

Additionally, the circuit 300 may include a single sensing element in some instances, the sensing device 306 may include a different type of amplifier (e.g., a summing amplifier) or may be include some other type of appropriate circuitry for producing the physiological signal.

16

Example Sensor

FIG. 5A shows a top perspective view of an embodiment of a sensor 500 including probe-off detection capability. The sensor 500 and its corresponding components may be the sensor 101 as shown in FIG. 1C. The sensor 500 includes a sensor cover 501, acoustic coupler 502, and frame 504. The sensor 500 further includes an attachment portion having attachment arms 506A, 506B and a backbone 508, similar to the attachment arms 106, 108 and backbone 110 of FIG. 1C.

FIGS. 5B-5C illustrate exploded views of the example sensor 500 configured for probe-off detection and to detect acoustic physiological sounds from the patient. The example sensor 500 additionally provides improved signal-to-noise ratio ("SNR") using multiple sensing elements according to techniques described in greater detail in the '931 application, previously incorporated by reference in its entirety. Moreover, the sensor 500 includes a stacked, multiple sensing element configuration providing enhanced shielding and compatible with the techniques described above in greater detail in the '931 application.

The sensor 500 is generally attachable to a patient and can be coupled to a patient monitor. For example, the sensor 500 can be used with the system 10 of FIGS. 1A-1B. Moreover, the sensor 500 can be compatible with the sensor system 100 of FIG. 1C, and may be the sensor 101 of FIG. 1C.

Referring to FIG. 5B, the sensor 500 of certain embodiments includes an acoustic coupler 502, a printed circuit board (PCB) 530, a frame 504 with riser portions 534, first and second acoustic sensing elements 522, 526, and multiple adhesive layers 524, 527, 528. The sensor can further include a cover or shell 501. The acoustic coupler 502 houses the frame 504, which is generally configured to support various components of the sensor 500 in an assembled state, including the PCB 530, switch 518, sensing elements 522, 526, and adhesive layers 524, 527, 528. The sensing elements 522, 526, are piezoelectric films in the illustrated embodiment, although other types of sensing elements can be used. Moreover, while the sensor 500 includes multiple sensing elements beneficially arranged for improved sensing, the probe-off functionality and other aspects described herein are generally compatible with other designs, including single-sensing element designs. Further example sensing elements are described in both the '931 and '939 applications, and are explicitly incorporated by reference herein.

Furthermore, the sensor 500 includes a switch 518 configured to provide an indication of the integrity of the connection state of the sensor. The sensor 500 may include sensing circuitry, such as the sensing circuit 300 shown in and described above with respect to FIG. 3, for example, and the switch 518 may correspond to the switch 318 of FIG. 3.

The switch 518 is positioned in an upper cavity 516 (FIG. 5A) of the frame 504 above the PCB 530 such that the underside of the switch 518 comes in contact with an upper portion of the PCB 530. The switch 518 is advantageously spaced away from the skin (e.g., on top of the PCB 530 and below the coupler 502, as shown), which can increase reliability in probe-off detection. Where the switch 518 or other probe-off componentry are not spaced from the skin, but are instead placed in proximity to or touching the skin, there may be an increase in false probe-off readings. For example, in some cases the elasticity of the skin may allow the switch 518 to toggle even when the sensor 500 is properly attached to the patient. However, in some embodiments, the switch 518 can be placed in proximity to the skin.

Furthermore, placement of the switch 518 and/or other components of the probe-off assembly away from active portions of the sensor which interact with the patient (e.g., the

US 9,192,351 B1

**17**

membranes **522**, **526** and bottom portions of the coupler **502** and frame **504**) can provide certain advantages. For example, the switch **518** in certain embodiments faces in a direction that is substantially opposite the patient contact surface of the sensor **500**. For example, the switch **518** faces generally opposite the underside of the coupler **502**, frame **504** and/or sensing elements **522**, **526**. In this manner, when the sensor **500** is attached to the patient's skin, actuation forces incident on the switch **518** are in the direction of the patient's skin, rather than away from the patient's skin. Thus, actuation of the switch **518** will tend to improve the coupling between the patient and sensor **500** rather than tending to separate the patient and the sensor **500**. For example, such an arrangement can reduce the risk that the probe-off detection components will interfere with the active portions of the sensor, or vice versa, improving the accuracy and reliability of both probe-off detection and physiological measurement. Such placement can also reduce the risk that the probe-off componentry will become soiled or otherwise damaged from frequent interaction with the patient's skin, improving reliability. In some alternative embodiments, however, the switch **518** or other components of the probe-off assembly are placed on or near the skin or near the active portions of the sensor **500**.

In the illustrated embodiment, the switch **518** is electrically closed when the button is depressed, causing the sensing circuitry (not shown) to provide an indication that the sensor is in an unattached state. Once the sensor **500** is attached to a patient, the push-button releases, and the switch **518** electrically opens, allowing the sensor to output the detected physiological parameters. In another embodiment, the push button of the switch **518** releases in the unattached state and is depressed in the attached state.

Although illustrated as a push-button mechanical switch, the probe-off componentry can include a variety of different types of components instead of, or in addition to such a switch. Examples of some such alternative components are described above with reference to FIGS. **2** and **3**. In one embodiment, the backbone **508** includes a strain gauge configured to provide an output signal corresponding to an amount or characteristic of the flex in the backbone **508**. The output signal can be used to determine the attachment state of the sensor **500**.

The coupler shell **502** is generally configured to transmit vibrations received from the patient to the films **522**, **526** in the piezoelectric stack. The acoustic coupler **502** can include a lower exterior protrusion or bump **512** (FIGS. **5**C, **5**D) configured to press against the patient's body when the acoustic sensor **500** is fastened into place on the patient. The acoustic coupler **502** can also include a lower interior protrusion **514** (FIGS. **5**B, **5**D) designed to abut against the films **522**, **526** and to bias them in tension across the acoustic cavity **515** (FIG. **5**B).

The coupler **502** can further form a part of the probe-off componentry. For example, the coupler **502** includes an upper interior protrusion **510** (FIGS. **5**C, **5**D) designed to interact with the backbone **508** and the attachment arms **506**A, **506**B to toggle the switch **518**, depending on the attachment state of the sensor **500**.

Referring to FIGS. **5**A and **6**A, the attachment arms **506**A, **506**B, **606**A, **606**B (and the distal portions of the backbone **508**, **608** which extend into the attachment arms **506**A, **506**B, **606**A, **606**B, respectively) are biased upwards with respect to the sensor **600** in the unattached state. This is due to interior protrusion **510** of the coupler **502** (FIG. **5**D) abutting and exerting a downward force on the middle portion of the backbone **508**, **608**. For example, during assembly, the coupler **502** is stretched around the frame **504**, **604** and over the

**18**

backbone **508**, **608** which extends across the frame **504**, **604** and sits in the cutouts **535**. When the coupler **502** is allowed to "snap" or return back into its original shape, the inner protrusion **510** of the coupler **502** presses against the middle portion backbone **508**, **608**, thereby causing the backbone **508**, **608** to flex. The downward force also causes the center portion of the backbone **508**, **608** to depress the switch **518**, **620** in the default, detached configuration (FIGS. **5**A and **6**A). As such, the sensor **500**, **600** outputs a signal indicating the probe-off condition. Moreover, the cutouts **535** on the frame **504**, **604** exert a corresponding upward force on the portions of the backbone **508**, **608** that rest on the notches **535** (FIG. **5**B) of the frame **504**, **604** causing the arms **506**A, **506**B, **606**A, **606**B to flex upwards.

Conversely, as the attachment arms **506**A, **506**B, **606**A, **606**B are brought into contact with the patient during attachment of the sensor **500**, **600** to the patient, the backbone **508**, **608** flexes in generally the opposite direction. In this state, the center portion of the backbone **508**, **608** exerts an upward force against the upper interior protrusion **510** of the coupler **502**, causing the switch **518**, **620** to release (FIG. **6**B). The sensor then outputs a signal indicating that the sensor is properly attached to the patient.

The above-described flexed configuration provides a robust probe-off detection mechanism. For example, due to the flexed configuration, the attachment arms **506**A, **506**B, **606**A, **606**B and the center portion of the backbone **508**, **608** travel an increased distance during the transition from the unattached state to the attached state (FIGS. **6**A and **6**B). Moreover, the backbone **508**, **608** may generally "snap" between the two flexed configurations. The increased travel and/or snapping behavior can cause the backbone **508**, **608** to have two relatively discrete mechanical states based on the attachment state of the sensor. As such, the backbone **508**, **608** will toggle the switch in a relatively reliable manner when the sensor is attached and detached from the patient.

The coupler shell **502** can be similar to any of the acoustic couplers described in greater detail in the '931 application, for example. Use of the coupler to bias the backbone **508**, **608** and actuate the switch **518**, **620** can reduce the complexity of manufacturing process and/or the design of the switch **518**, **620** and can reduce the number of parts used to implement the probe-off capability. However, other compatible designs incorporate additional components to bias the backbone **508** and actuate the switch **518**, **620**.

Referring to FIG. **5**A, the sensor cover or shell **501** fits over the acoustic coupler **502** of the assembled sensor **500**, and has notches, or cutouts **533**, for the backbone **508** and the attachment arms **506**A, **506**B. The cover **501** is formed of a relatively rigid material (e.g., plastic) in some cases. The sensor cover **501** provides additional protection for the sensor **500**. For example, the cover **501** can prevent unwanted interaction with the probe-off componentry, reducing the risk of possible probe-off detection errors. For example, as discussed, when the sensor is in an attached state, the button **520** on the switch **518** is released. Without the cover **601**, if the patient, medical personnel or other source were to push down on the top of the acoustic coupler **502**, the coupler **502** and backbone **508** could move downwards, depressing the button **520**. The sensor would then improperly indicate that the sensor was in an unattached state. The cover **601** reduces the likelihood of such a situation occurring by providing a relatively rigid barrier between the external environment and the coupler **502**.

The remaining components of the sensor **500** can be assembled similarly to the sensors described in the '931 application. For example, the first piezoelectric film **526** is wrapped around a portion of the frame **504** and extends across

US 9,192,351 B1

**19**

an acoustic cavity **515** (FIG. **5**B) of the frame **504** in tension. When assembled, the adhesive portions **527**, **528** are positioned between interior opposing sides of the first film **526** and corresponding sides of the sensor frame **504**, thereby adhering the first film **526** in place with respect to the frame **504**.

The adhesive layer **524** is wrapped around the first sensing element **526**, and the second sensing element **522** is in turn wrapped around the adhesive layer **524**, generally forming a piezoelectric stack. As discussed in greater detail in the '931 application, the active portions of the films **522**, **526** that extend across the acoustic cavity **515** (FIG. **5**B) are thus generally free to move in response to received vibrations, enabling detection of a physiological signal when the sensor **500** is in an attached state. In certain embodiments, the acoustic cavity **515** (FIG. **5**B) or a portion thereof extends all the way through the frame **504**. For example, the cavity may form one or more holes in the interior portion of the frame **504**.

The PCB **530** is positioned in the upper cavity **516** (FIG. **5**A) such that the underside of the PCB **530** comes into contact with the regions **523**, **525** of the second film **522** and the regions **520**, **521** of the first film **526**. The flap **531** of the second film **522** rests on top of the PCB **530** in the illustrated embodiment, allowing electrical coupling of the first sensing element **526** to the PCB **530** and associated circuitry.

Generally, the piezoelectric films **522**, **526** can be any of those described herein. In the illustrated embodiment, for example, the films **522**, **526** are the piezoelectric films described in greater detail in the '931 application, previously incorporated by reference in its entirety, having flooded electrode surfaces **519**, **529**, respectively, which form the outer surfaces of the piezoelectric stack. Moreover, the films **522**, **526** include one or more vias or through holes extending an electrode from one surface of the films **522**, **526** to a corresponding region **520**, **523** on the opposing surface of the respective film **522**, **526**. As discussed above, this configuration enables coupling of the four electrodes (e.g., the anode and cathode for each film **526**, **522**) to the appropriate contacts on the underside of the PCB **222**.

For example, in one embodiment, the region **525** (FIG. **5**B) of the flooded cathode coating on the outer surface of the second film **522** touches one or more of the contacts **546** on the underside of the PCB **530** (FIG. **5**C. Meanwhile, the through-holed region **523** (FIG. **5**B) of the outer surface of the second film **522**, which includes an anode coating, touches the contact **544** on the underside of the PCB **530** (FIG. **5**C). Regarding the first film **526**, the region **521** (FIG. **5**B) of the cathode coating touches one or more of the contacts **540** on the underside of the PCB **530** (FIG. **5**C). Meanwhile, the through-holed region **520** (FIG. **5**B) of the inner surface of the first film **526**, which includes an anode coating, touches one or more of the contacts **542** on the underside of the PCB **530** (FIG. **5**C).

According to the above-described connection scheme, the films **522**, **526** can be coupled to circuitry (not shown) residing on the PCB **222** or other system component (e.g., the hub or monitor) to provide improved SNR and/or electrical shielding. For example, the electrodes of the films **522**, **526** can each be coupled to an input of an attenuation circuit (e.g., a differential amplifier) or ground (or other common potential), such as in the manner illustrated schematically with respect to FIG. **3** above. Specifically, although other connections schemes are possible, in one embodiment, the contact **540** (FIGURE C) on the PCB **530** couples the flooded, outer cathode of the second, exterior film **522** to ground, and the contact **544** couples the outer, flooded anode of the first, interior film **526** to ground. Moreover, the contacts **544**

**20**

couple the inner, un-flooded anode of the second, exterior film **522** to a first (e.g., positive) terminal of a difference amplifier or other noise attenuation circuit. Finally, the contacts **542** couple the un-flooded, inner cathode of the first, interior film **526** to a second (e.g., negative) terminal of the difference amplifier.

The frame **504** can include one or more pressure equalization pathways **532**. The pressure equalization pathways **532** provide an air communication pathway between the lower acoustic cavity **515** and ambient air pressure, and allow the sensor's membrane(s) or film(s) **522**, **526** to vibrate within the acoustic cavity **515** independent of skin elasticity or the force used to attach the sensor to a patient's skin. Further examples of pressure equalization pathways **532** are described in the '931 application, and are explicitly incorporated in their entirety by reference herein.

FIG. **5**D shows a side perspective view of an embodiment of an acoustic coupler **502**. As mentioned previously, the acoustic coupler **502** is configured to transmit vibrations received from the patient to the sensor membranes **522**, **526**, and houses the frame **504** and various components of the sensor including the switch **518**, PCB **530**, sensor membranes **522**, **526** and adhesive layers **524**, **527**, and **528**. The acoustic coupler **502** may be made of a flexible, resilient substance that is easily stretched or otherwise manipulated but returns to its original shape when no force is exerted against it. Possible materials may include, but are not limited to rubber, silicone, and other elastomers.

FIG. **5**E shows a side perspective view of the sensor **500** assembled, with the coupler **502**, attachment arms **506**A, **506**B, and backbone **508** removed. The frame **504** includes riser portions **534** with notches, or cutouts **535**, where the backbone **508** and attachment arms **506**A, **506**B rest when assembled. The frame **504** also includes a pathway **538** for a wire (not shown) to be coupled with the PCB **530**. As discussed previously, the frame **504** further includes equalization pathways **532**. Resting in the cavity **516** of the frame **504** lies the PCB **530**, secured by posts **536**. As mentioned above, with respect to FIGS. **5**B and **5**C, the sensor membranes **522**, **526** and adhesive layers **524**, **527**, **528** are wrapped around the frame **504**. The switch **518** sits atop the PCB **530** and sensor membrane **522**. As mentioned previously, when the sensor **500** is in an unattached state, a downward force is exerted on the switch **518** by the upper interior portion **510** of the acoustic coupler **502**, the attachment arms **506**A, **506**B and the backbone **508**.

FIG. **5**F, shows a cross-sectional view of an embodiment of the assembled sensor **500** along the line **5**F, illustrated in FIG. **5**A. In FIG. **5**F, the protrusion **510** of the coupler **502** urges the middle portion of the backbone **508** downward, depressing the switch. Downward movement of the attachment arms would cause the protrusion **510** to compress and/or cause the coupler **502** to stretch upwards with respect to the frame, allowing the switch **518** to release (FIG. **6**B).

FIG. **5**F further illustrates the placement of the various components of the sensor **500** in relation to each other in the assembled state. For example, the adhesives **527**, **528** wrap around rounded ends of the frame **504**. The first sensor membrane **526** wraps around the adhesives **527**, **528**, and the adhesive **524** wraps around the first sensor membrane **526**. Finally, a second sensor membrane **522** wraps around the adhesive **524**. The PCB **530** is secured by posts **536** to the frame **504**, and sits within the cavity **516** atop the wrapped sensor membranes **522**, **526** and adhesives **524**, **527**, **528**. The switch **518** sits atop the PCB **530**.

FIG. **5**F further illustrates the groove **538** formed in the frame **504** for accommodating the cable (not shown) and the

US 9,192,351 B1

21

frame equalization pathways **532**, described previously. Furthermore, FIG. **5**F illustrates the lower exterior protrusion **512** of the acoustic coupler **502** configured to improve the coupling between the source of the signal and the sensing element, and the lower interior protrusion **514** of the acoustic coupler **502** creating tension in the sensor membranes **522**, **526**, and adhesive **524**.

FIGS. **6**A-**6**B described above show side perspective views of a sensor **600** in detached and attached states, respectively. The sensor **600** is similar to the sensor **500** of FIGS. **5**A-**5**F, and includes attachment arms **606**A, **606**B, a backbone **608**, a frame **604** having riser portions **638** with notches **640**, and a switch **620**. For the purposes of illustration, the sensor is shown without the cover and acoustic coupler with the PCB **630** secured to the frame **604** by posts **636**.

### Additional Embodiments

FIGS. **7**A-**7**B and **8**A-**8**B are side perspective views of additional embodiments of the sensor described above. FIGS. **7**A-**7**B are block diagrams illustrating a sensor **700** wherein the springs **706**A, **706**B are used to toggle the switch **718**, depending on the attachment state of the sensor **700**. FIG. **7**A illustrates the sensor **700** in an unattached state, and FIG. **7**B illustrates the sensor **700** in an attached state.

Similar to sensor **500** of FIGS. **5**A-**5**F, sensor **700** includes an acoustic coupler **702** with a lower exterior protrusion **712**, frame **704**, attachment arms **706**A, **706**B, a sensor cover **710**, and a switch **718** placed on a PCB **714**, all of which are described in greater detail above. Although not illustrated in FIGS. **7**A and **7**B, the sensor **700** can further include a piezoelectric stack, described in greater detail above, additional protrusions in the coupler, and other components described above with reference to FIGS. **5**A-**5**F. Additionally, the sensor **700** includes springs **706**A, **706**B. A proximal side of the springs **706**A, **706**B is attached to the PCB **714**, the frame **704** and/or the coupler **702**. A distal side of the springs **706**A, **706**B is attached to an underside of the attachment arms **708**A, **708**B.

Moreover, when in an unattached state, the springs **706**A, **706**B exert an upward force against the attachment arms **708**A, **708**B, respectively. The upward force from the springs **706**A, **706**B raises the attachment arms **708**A, **708**B and the sensor cover **710**. The upward force also urges the attachment arms **708**A, **708**B and the cover **710** upward, preventing them from contacting the switch **718**. In this configuration, the switch **718** is released, causing the sensing circuitry (not shown) to output an indication that the sensor is in an unattached state. The attachment arms can be configured similar to the attachment arms and/or the backbone described above with reference to FIGS. **5**A-**5**F, **6**A, and **6**B. Furthermore, the attachment arms **708**A, **708**B can be upward biased similar to the attachment arms and backbone described above with reference to FIGS. **5**A-**5**F, **6**A, and **6**B.

FIG. **7**B is a side perspective view of the sensor **700** illustrating the situation where the sensor **700** is in an attached state, and where the spring **706**A, **706**B and distal portions of the attachment arms **708**A, **708**B are therefore downwardly biased, exerting a downward force against the switch **718**. When placing the sensor **700** in an attached state, the attachment arms **708**A, **708**B are biased downward with sufficient force to overcome the inherent upward bias of the springs **706**A, **706**B. The distal portions of the attachment arms **708**A, **708**B can be affixed to a patient using an adhesive on the underside of the attachment arms **708**A, **708**B. As the distal portions of the attachment arms **708**A, **708**B are biased downwards, the space between the switch **718** and attachment

22

arms **708**A, **708**B decreases until the middle portion of the attachment arms **708**A, **708**B exert a downward force against the switch **718**. The downward force of the attachment arms **708**A, **708**B on the switch **718** closes the switch **718**, and causes the sensing circuitry (not shown) to output an indication that the sensor **700** is in an attached state and/or allows the physiological parameters to be monitored.

FIGS. **8**A and **8**B illustrate additional embodiments of sensor **700**. For instance, in FIGS. **8**A and **8**B sensor **700** further includes a plastic plate **716**, and the springs **706**A', **706**B' are located above the attachment arms **708**A, **708**B and connect to the topside of attachment arms **708**A, **708**B. The attachment arms can be constructed similar to the attachment arms above with reference to FIGS. **7**A and **7**B. Furthermore, the attachment arms **708**A, **708**B can be upward biased similar to the attachment arms and backbone described above with reference to FIGS. **5**A-**5**F, **6**A, and **6**B.

FIG. **8**A illustrates the sensor **700** in a situation when it is not in an attached state. In this situation, the plastic plate **716** and cap **710** reside above the coupler **702** and switch **718**. The springs **706**A', **706**B' extend outwardly from the plastic plate **716** and are attached to the topside of distal portions of the attachment arms **708**A, **708**B. The switch **718** can be located above, below or protrude through a hole of the attachment arms **708**A, **708**B. The springs **706**A', **706**B' are upwardly biased causing an upward force to be exerted on the attachment arms **708**A, **708**B, forcing the distal portions of the attachment arms **708**A, **708**B upward. The space between the plastic plate **716** and the switch **718** allows the switch **718** to release, causing the sensing circuitry (not shown) to output an indication that the sensor **700** is in an unattached state.

FIG. **8**B illustrates the sensor **700** in an attached state. When the sensor **700** is placed in an attached state, the attachment arms **708**A, **708**B are biased downward with sufficient force to overcome the inherent upward bias of the springs **706**A, **706**B. The distal portions of the attachment arms **708**A, **708**B can be affixed to a patient using an adhesive on the underside of the attachment arms **708**A, **708**B. As the distal portions of the attachment arms **708**A, **708**B are biased downwards, the space between the switch **718** and plastic plate **716** decreases until the plastic plate **716** exerts a downward force against the switch **718**. The downward force of the plastic plate **716** on the switch **718** closes the switch **718** and causes the sensing circuitry (not shown) to output an indication that the sensor **700** is in an attached state and/or allows the physiological parameters to be monitored. Alternatively, when the attachment arms **708**A, **708**B are positioned above the switch **718**, the attachment arms **708**A, **708**B can be used to exert a downward force on the switch **718**.

Terminology

Embodiments have been described in connection with the accompanying drawings. However, it should be understood that the figures are not drawn to scale. Distances, angles, etc. are merely illustrative and do not necessarily bear an exact relationship to actual dimensions and layout of the devices illustrated. In addition, the foregoing embodiments have been described at a level of detail to allow one of ordinary skill in the art to make and use the devices, systems, etc. described herein. A wide variety of variation is possible. Components, elements, and/or steps can be altered, added, removed, or rearranged. While certain embodiments have been explicitly described, other embodiments will become apparent to those of ordinary skill in the art based on this disclosure.

Conditional language used herein, such as, among others, "can," "could," "might," "may," "e.g.," and the like, unless specifically stated otherwise, or otherwise understood within the context as used, is generally intended to convey that

US 9,192,351 B1

23

certain embodiments include, while other embodiments do not include, certain features, elements and/or states. Thus, such conditional language is not generally intended to imply that features, elements and/or states are in any way required for one or more embodiments or that one or more embodiments necessarily include logic for deciding, with or without author input or prompting, whether these features, elements and/or states are included or are to be performed in any particular embodiment.

Depending on the embodiment, certain acts, events, or functions of any of the methods described herein can be performed in a different sequence, can be added, merged, or left out all together (e.g., not all described acts or events are necessary for the practice of the method). Moreover, in certain embodiments, acts or events can be performed concurrently, e.g., through multi-threaded processing, interrupt processing, or multiple processors or processor cores, rather than sequentially.

The various illustrative logical blocks, modules, circuits, and algorithm steps described in connection with the embodiments disclosed herein can be implemented as electronic hardware, computer software, or combinations of both. To clearly illustrate this interchangeability of hardware and software, various illustrative components, blocks, modules, circuits, and steps have been described above generally in terms of their functionality. Whether such functionality is implemented as hardware or software depends upon the particular application and design constraints imposed on the overall system. The described functionality can be implemented in varying ways for each particular application, but such implementation decisions should not be interpreted as causing a departure from the scope of the disclosure.

The various illustrative logical blocks, modules, and circuits described in connection with the embodiments disclosed herein can be implemented or performed with a general purpose processor, a digital signal processor (DSP), an application specific integrated circuit (ASIC), a field programmable gate array (FPGA) or other programmable logic device, discrete gate or transistor logic, discrete hardware components, or any combination thereof designed to perform the functions described herein. A general purpose processor can be a microprocessor, but in the alternative, the processor can be any conventional processor, controller, microcontroller, or state machine. A processor can also be implemented as a combination of computing devices, e.g., a combination of a DSP and a microprocessor, a plurality of microprocessors, one or more microprocessors in conjunction with a DSP core, or any other such configuration.

The blocks of the methods and algorithms described in connection with the embodiments disclosed herein can be embodied directly in hardware, in a software module executed by a processor, or in a combination of the two. A software module can reside in RAM memory, flash memory, ROM memory, EPROM memory, EEPROM memory, registers, a hard disk, a removable disk, a CD-ROM, or any other form of computer-readable storage medium known in the art. An exemplary storage medium is coupled to a processor such that the processor can read information from, and write information to, the storage medium. In the alternative, the storage medium can be integral to the processor. The processor and the storage medium can reside in an ASIC. The ASIC can reside in a user terminal. In the alternative, the processor and the storage medium can reside as discrete components in a user terminal.

While the above detailed description has shown, described, and pointed out novel features as applied to various embodiments, it will be understood that various omissions, substitu-

24

tions, and changes in the form and details of the devices or algorithms illustrated can be made without departing from the spirit of the disclosure. As will be recognized, certain embodiments of the inventions described herein can be embodied within a form that does not provide all of the features and benefits set forth herein, as some features can be used or practiced separately from others. The scope of certain inventions disclosed herein is indicated by the appended claims rather than by the foregoing description. All changes which come within the meaning and range of equivalency of the claims are to be embraced within their scope.

What is claimed is:

**1**. An acoustic sensor configured to non-invasively detect acoustic vibrations associated with a medical patient, said acoustic vibrations indicative of one or more physiological parameters of the medical patient, said acoustic sensor comprising:

a sensor support;

at least one sound sensing membrane supported by the sensor support and configured to detect acoustic vibrations associated with a medical patient and produce a membrane signal corresponding to the acoustic vibrations based at least in part on an attached state of the acoustic sensor; and

a probe-off assembly supported by the sensor support, the probe-off assembly configured to produce a probe-off signal responsive to the attached state of the acoustic sensor and/or to a detached state of the acoustic sensor, wherein at least a portion of the sensor support is between a patient contact surface of the acoustic sensor and the probe-off assembly.

**2**. The acoustic sensor of claim **1**, wherein the probe-off signal indicates a sensor connected condition based at least in part on the attached state of the acoustic sensor and a sensor not connected condition based at least in part on the detached state of the acoustic sensor.

**3**. The acoustic sensor of claim **1**, wherein the probe-off signal is indicative of an integrity of a connection between the acoustic sensor and the medical patient.

**4**. The acoustic sensor of claim **1**, wherein the probe-off assembly comprises a switch configured to actuate in response to the attached state of the acoustic sensor.

**5**. The acoustic sensor of claim **1**, wherein the probe-off assembly is positioned to actuate in response to a force that is in a direction of the medical patient's skin to place the acoustic sensor in the attached state.

**6**. The acoustic sensor of claim **1**, wherein a physiological monitor in communication with the acoustic sensor is responsive to the probe-off signal to determine a sensor connected condition or a sensor not connected condition.

**7**. The acoustic sensor of claim **6**, wherein the acoustic sensor comprises an output that is responsive to both the membrane signal and to the probe-off signal.

**8**. The acoustic sensor of claim **7**, wherein a sensing circuit responsive to the output produces a sensor signal indicative of an integrity of a connection between the acoustic sensor and the medical patient and based at least in part on the acoustic sensor being in the attached state corresponds to the acoustic vibrations detected by the sensing membrane.

**9**. The acoustic sensor of claim **8**, wherein the sensing circuit is located on a cable positioned between the acoustic sensor and the physiological monitor, wherein the cable communicatively couples the acoustic sensor to the physiological monitor.

**10**. An acoustic sensor configured to non-invasively detect acoustic vibrations associated with a medical patient, said

US 9,192,351 B1

25

acoustic vibrations indicative of one or more physiological parameters of the medical patient, said acoustic sensor comprising:

a sensor support;

at least one sound sensing membrane supported by the sensor support and configured to detect acoustic vibrations associated with a medical patient and produce a membrane signal corresponding to the acoustic vibrations based at least in part on an attached state of the acoustic sensor; and

a probe-off assembly supported by the sensor support, the probe-off assembly configured to produce a probe-off signal responsive to the attached state of the acoustic sensor and to a detached state of the acoustic sensor,

wherein a mechanically active portion of the at least one sound sensing membrane configured to move in response to the acoustic vibrations is further configured to be located between the medical patient's skin and the probe-off assembly when the sensor is in the attached state.

11. An acoustic sensor configured to non-invasively detect acoustic vibrations associated with a medical patient, said acoustic vibrations indicative of one or more physiological parameters of the medical patient, said acoustic sensor comprising:

a sensor support;

at least one sound sensing membrane supported by the sensor support and configured to detect acoustic vibrations associated with a medical patient and produce a membrane signal corresponding to the acoustic vibrations based at least in part on an attached state of the acoustic sensor;

a probe-off assembly supported by the sensor support, the probe-off assembly configured to produce a probe-off signal responsive to the attached state of the acoustic sensor and to a detached state of the acoustic sensor; and

at least one attachment member supported by the sensor support and located in a first position in the detached state of the acoustic sensor and located in a second position in the attached state of the acoustic sensor that is different than the first position,

wherein the probe-off signal is responsive to movement of the attachment member between the first position and the second position to indicate a change in an integrity of a connection between the acoustic sensor and the medical patient.

12. The acoustic sensor of claim 11, wherein the probe-off assembly further comprises a switch supported by the sensor support, and wherein movement of the at least one attachment member from the first position to the second position actuates the switch.

13. The acoustic sensor of claim 12, further comprising a rigid shell supported by the sensor support, at least a portion of the shell positioned over the switch.

14. The acoustic sensor of claim 11, wherein the attachment member comprises a resilient, elongate member.

15. The acoustic sensor of claim 11, wherein the attachment member extends across the sensor support and beyond opposing sides of the sensor support.

16. The acoustic sensor of claim 11, wherein the attachment member comprises an adhesive adapted to secure the attachment member to the medical patient's skin.

17. The acoustic sensor of claim 11, further comprising a resilient portion supported by the sensor support and arranged to bias the attachment member in the first position in the detached state of the acoustic sensor.

26

18. The acoustic sensor of claim 17, wherein the resilient portion forms a part of a casing stretched around and encasing at least a portion of the sensor support.

19. A method for determining a connection state between a non-invasive acoustic sensor and a medical patient, the method comprising:

outputting from a non-invasive acoustic sensor comprising a sensor support and a probe-off assembly, an attachment state signal indicating that the acoustic sensor is in an unattached state based at least in part on at least one attachment member of the acoustic sensor being in a first position, the acoustic sensor further comprising at least one sound sensing membrane configured to detect acoustic vibrations indicative of one or more physiological parameters of the medical patient;

outputting the attachment state signal from the acoustic sensor indicating that the acoustic sensor is in an attached state based at least in part on the at least one attachment member moving from the first position to a second position, wherein the attachment state signal indicates a change in an integrity of a connection between the acoustic sensor and the medical patient; and

outputting a data signal from the sensor indicative of the one or more physiological parameters based at least in part on the attachment state signal indicating that the acoustic sensor is in the attached state.

20. An acoustic sensor configured to non-invasively detect a probe-off condition, said acoustic sensor comprising:

a sensor support;

a sound sensing device supported by the sensor support and configured to detect acoustic vibrations associated with a medical patient and produce an acoustic signal corresponding to the acoustic vibrations; and

one or more probe-off elements coupled to at least one of the sensor support or the sound sensing device, the one or more probe-off elements configured to produce a signal indicative of a probe-off condition responsive to the acoustic sensor in a detached state and/or in an attached state, wherein at least a portion of the sensor support is between a patient contact surface of the acoustic sensor and the one or more probe-off elements.

21. The acoustic sensor of claim 20, wherein the one or more probe-off elements comprise a switch configured to actuate in response to attachment of the sensor to the medical patient.

22. The acoustic sensor of claim 20, wherein the one or more probe-off elements comprise two conductive elements applied to one or both of the sensor support and the sound sensing device.

23. The acoustic sensor of claim 22, wherein the two conductive elements comprise conductive films.

24. The acoustic sensor of claim 22, wherein the signal indicative of the probe-off condition comprises a resistance signal measured with respect to the two conductive elements.

25. The acoustic sensor of claim 24, wherein a value of the resistance signal that meets a threshold resistance is configured to indicate the probe-off condition.

26. An acoustic sensor configured to non-invasively detect a probe-off condition, said acoustic sensor comprising:

a sensor support;

a sound sensing device supported by the sensor support and configured to detect acoustic vibrations associated with a medical patient and produce an acoustic signal corresponding to the acoustic vibrations; and

one or more probe-off elements coupled to at least one of the sensor support or the sound sensing device, the one or more probe-off elements configured to produce a

US 9,192,351 B1

27

signal responsive to the acoustic sensor in a detached
state and/or in an attached state,

wherein a mechanically active portion of the sound sensing
device is configured to move in response to the acoustic
vibrations is further configured to be located between
the medical patient's skin and the one or more probe-off
elements based at least in part on the sensor being in the
attached state.

**27**. An acoustic sensor configured to non-invasively detect
a probe-off condition, said acoustic sensor comprising:

a sensor support;

a sound sensing device supported by the sensor support and
configured to detect acoustic vibrations associated with
a medical patient and produce an acoustic signal corre-
sponding to the acoustic vibrations;

one or more probe-off elements coupled to at least one of
the sensor support or the sound sensing device, the one
or more probe-off elements configured to produce a
signal responsive to the acoustic sensor in a detached
state and/or in an attached state; and

at least one attachment member supported by the sensor
support and located in a first position in the detached
state of the acoustic sensor and located in a second
position in the attached state of the acoustic sensor that
is different than the first position,

wherein the signal is responsive to movement of the attach-
ment member between the first position and the second
position to indicate a change in an integrity of a connec-
tion between the acoustic sensor and the medical patient.

\*   \*   \*   \*   \*

28

# Exhibit 20

to the Declaration of Michael J.R. Polson,
Ph.D. in Support of Apple Inc.'s Motion to
Compel Plaintiffs to Comply with
Section 2019.210

US009861305B1

(12) **United States Patent**
Weber et al.

(10) Patent No.: **US 9,861,305 B1**
(45) Date of Patent: **Jan. 9, 2018**

(54) **METHOD AND APPARATUS FOR CALIBRATION TO REDUCE COUPLING BETWEEN SIGNALS IN A MEASUREMENT SYSTEM**

(71) Applicant: **Masimo Corporation**, Irvine, CA (US)

(72) Inventors: **Walter M. Weber**, Laguna Hills, CA (US); **Ammar Al-Ali**, San Juan Capistrano, CA (US); **Mohamed K. Diab**, Ladera Ranch, CA (US); **Marcelo M. Lamego**, Cupertino, CA (US)

(73) Assignee: **Masimo Corporation**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/836,635**

(22) Filed: **Aug. 26, 2015**

**Related U.S. Application Data**

(63) Continuation of application No. 13/526,376, filed on Jun. 18, 2012, now abandoned, which is a continuation of application No. 11/871,636, filed on Oct. 12, 2007, now abandoned.

(60) Provisional application No. 60/851,112, filed on Oct. 12, 2006.

(51) **Int. Cl.**
*A61B 5/1455* (2006.01)
*A61B 5/00* (2006.01)
*A61B 5/1495* (2006.01)

(52) **U.S. Cl.**
CPC .......... *A61B 5/1455* (2013.01); *A61B 5/1495* (2013.01); *A61B 5/7228* (2013.01); *A61B 2562/0238* (2013.01)

(58) **Field of Classification Search**
CPC ... A61B 5/0002; A61B 5/0059; A61B 5/1455; A61B 5/14551; A61B 5/14552; A61B 5/14532; A61B 5/145; A61B 5/1495; A61B 5/72; A61B 5/7228

USPC .................................................. 600/310–344
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,942,877 A | 7/1990 | Sakai et al. |
| 4,960,128 A | 10/1990 | Gordon et al. |
| 4,964,408 A | 10/1990 | Hink et al. |
| 5,041,187 A | 8/1991 | Hink et al. |
| 5,069,213 A | 12/1991 | Polczynski |
| 5,163,438 A | 11/1992 | Gordon et al. |
| 5,319,355 A | 6/1994 | Russek |
| 5,337,744 A | 8/1994 | Branigan |
| 5,341,805 A | 8/1994 | Stavridi et al. |
| D353,195 S | 12/1994 | Savage et al. |
| D353,196 S | 12/1994 | Savage et al. |

(Continued)

OTHER PUBLICATIONS

US 8,845,543, 09/2014, Diab et al. (withdrawn)

Primary Examiner — Eric Winakur
Assistant Examiner — Chu Chuan (JJ) Liu
(74) Attorney, Agent, or Firm — Knobbe Martens Olson & Bear LLP

(57) **ABSTRACT**

A method and an apparatus for separating a composite signal into a plurality of signals is described. A signal processor receives a composite signal and separates a composite signal into separate output signals. Feedback from one or more of the output signals is provided to a configuration module that configures the signal processor to improve a quality of the output signals. In one embodiment, calibration data from multiple calibration data sets is used to configure the demodulation of the composite signal into separate output signals.

**12 Claims, 4 Drawing Sheets**



# US 9,861,305 B1

Page 2

(56)                **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,377,676 | A | 1/1995 | Vari et al. |
| D359,546 | S | 6/1995 | Savage et al. |
| 5,431,170 | A | 7/1995 | Mathews |
| D361,840 | S | 8/1995 | Savage et al. |
| D362,063 | S | 9/1995 | Savage et al. |
| 5,452,717 | A | 9/1995 | Branigan et al. |
| D363,120 | S | 10/1995 | Savage et al. |
| 5,456,252 | A | 10/1995 | Vari et al. |
| 5,460,182 | A | 10/1995 | Goodman et al. |
| 5,479,934 | A | 1/1996 | Imran |
| 5,482,036 | A | 1/1996 | Diab et al. |
| 5,490,505 | A | 2/1996 | Diab et al. |
| 5,494,043 | A | 2/1996 | O'Sullivan et al. |
| 5,533,511 | A | 7/1996 | Kaspari et al. |
| 5,534,851 | A | 7/1996 | Russek |
| 5,561,275 | A | 10/1996 | Savage et al. |
| 5,562,002 | A | 10/1996 | Lalin |
| 5,590,649 | A | 1/1997 | Caro et al. |
| 5,602,924 | A | 2/1997 | Durand et al. |
| 5,632,272 | A | 5/1997 | Diab et al. |
| 5,638,816 | A | 6/1997 | Kiani-Azarbayjany et al. |
| 5,638,818 | A | 6/1997 | Diab et al. |
| 5,645,440 | A | 7/1997 | Tobler et al. |
| 5,685,299 | A | 11/1997 | Diab et al. |
| D393,830 | S | 4/1998 | Tobler et al. |
| 5,743,262 | A | 4/1998 | Lepper, Jr. et al. |
| 5,758,644 | A | 6/1998 | Diab et al. |
| 5,760,910 | A | 6/1998 | Lepper, Jr. et al. |
| 5,769,785 | A | 6/1998 | Diab et al. |
| 5,774,213 | A | 6/1998 | Trebino et al. |
| 5,782,757 | A | 7/1998 | Diab et al. |
| 5,785,659 | A | 7/1998 | Caro et al. |
| 5,791,347 | A | 8/1998 | Flaherty et al. |
| 5,810,734 | A | 9/1998 | Caro et al. |
| 5,823,950 | A | 10/1998 | Diab et al. |
| 5,830,131 | A | 11/1998 | Caro et al. |
| 5,833,618 | A | 11/1998 | Caro et al. |
| 5,860,919 | A | 1/1999 | Kiani-Azarbayjany et al. |
| 5,890,929 | A | 4/1999 | Mills et al. |
| 5,904,654 | A | 5/1999 | Wohltmann et al. |
| 5,919,134 | A | 7/1999 | Diab |
| 5,934,925 | A | 8/1999 | Tobler et al. |
| 5,940,182 | A | 8/1999 | Lepper, Jr. et al. |
| 5,995,855 | A | 11/1999 | Kiani et al. |
| 5,997,343 | A | 12/1999 | Mills et al. |
| 6,002,952 | A | 12/1999 | Diab et al. |
| 6,011,986 | A | 1/2000 | Diab et al. |
| 6,027,452 | A | 2/2000 | Flaherty et al. |
| 6,036,642 | A | 3/2000 | Diab et al. |
| 6,045,509 | A | 4/2000 | Caro et al. |
| 6,067,462 | A | 5/2000 | Diab et al. |
| 6,081,735 | A | 6/2000 | Diab et al. |
| 6,088,607 | A | 7/2000 | Diab et al. |
| 6,110,522 | A | 8/2000 | Lepper, Jr. et al. |
| 6,124,597 | A | 9/2000 | Shehada |
| 6,128,521 | A | 10/2000 | Marro et al. |
| 6,129,675 | A | 10/2000 | Jay |
| 6,144,868 | A | 11/2000 | Parker |
| 6,151,516 | A | 11/2000 | Kiani-Azarbayjany et al. |
| 6,152,754 | A | 11/2000 | Gerhardt et al. |
| 6,157,850 | A | 12/2000 | Diab et al. |
| 6,165,005 | A | 12/2000 | Mills et al. |
| 6,184,521 | B1 | 2/2001 | Coffin, IV et al. |
| 6,206,830 | B1 | 3/2001 | Diab et al. |
| 6,229,856 | B1 | 5/2001 | Diab et al. |
| 6,232,609 | B1 | 5/2001 | Snyder et al. |
| 6,236,872 | B1 | 5/2001 | Diab et al. |
| 6,241,683 | B1 | 6/2001 | Macklem et al. |
| 6,253,097 | B1 | 6/2001 | Aronow et al. |
| 6,256,523 | B1 | 7/2001 | Diab et al. |
| 6,263,222 | B1 | 7/2001 | Diab et al. |
| 6,278,522 | B1 | 8/2001 | Lepper, Jr. et al. |
| 6,280,213 | B1 | 8/2001 | Tobler et al. |
| 6,285,896 | B1 | 9/2001 | Tobler et al. |
| 6,301,493 | B1 | 10/2001 | Marro et al. |
| 6,317,627 | B1 | 11/2001 | Ennen et al. |
| 6,321,100 | B1 | 11/2001 | Parker |
| 6,325,761 | B1 | 12/2001 | Jay |
| 6,334,065 | B1 | 12/2001 | Al-Ali et al. |
| 6,343,224 | B1 | 1/2002 | Parker |
| 6,349,228 | B1 | 2/2002 | Kiani et al. |
| 6,360,114 | B1 | 3/2002 | Diab et al. |
| 6,368,283 | B1 | 4/2002 | Xu et al. |
| 6,371,921 | B1 | 4/2002 | Caro et al. |
| 6,377,829 | B1 | 4/2002 | Al-Ali |
| 6,388,240 | B2 | 5/2002 | Schulz et al. |
| 6,397,091 | B2 | 5/2002 | Diab et al. |
| 6,430,437 | B1 | 8/2002 | Marro |
| 6,430,525 | B1 | 8/2002 | Weber et al. |
| 6,463,311 | B1 | 10/2002 | Diab |
| 6,470,199 | B1 | 10/2002 | Kopotic et al. |
| 6,501,975 | B2 | 12/2002 | Diab et al. |
| 6,505,059 | B1 | 1/2003 | Kollias et al. |
| 6,515,273 | B2 | 2/2003 | Al-Ali |
| 6,519,487 | B1 | 2/2003 | Parker |
| 6,525,386 | B1 | 2/2003 | Mills et al. |
| 6,526,300 | B1 | 2/2003 | Kiani et al. |
| 6,541,756 | B2 | 4/2003 | Schulz et al. |
| 6,542,764 | B1 | 4/2003 | Al-Ali et al. |
| 6,580,086 | B1 | 6/2003 | Schulz et al. |
| 6,584,336 | B1 | 6/2003 | Ali et al. |
| 6,595,316 | B2 | 7/2003 | Cybulski et al. |
| 6,597,932 | B2 | 7/2003 | Tian et al. |
| 6,597,933 | B2 | 7/2003 | Kiani et al. |
| 6,606,511 | B1 | 8/2003 | Ali et al. |
| 6,632,181 | B2 | 10/2003 | Flaherty et al. |
| 6,639,668 | B1 | 10/2003 | Trepagnier |
| 6,640,116 | B2 | 10/2003 | Diab |
| 6,643,530 | B2 | 11/2003 | Diab et al. |
| 6,650,917 | B2 | 11/2003 | Diab et al. |
| 6,654,624 | B2 | 11/2003 | Diab et al. |
| 6,658,276 | B2 | 12/2003 | Kiani et al. |
| 6,661,161 | B1 | 12/2003 | Lanzo et al. |
| 6,671,531 | B2 | 12/2003 | Al-Ali et al. |
| 6,678,543 | B2 | 1/2004 | Diab et al. |
| 6,684,090 | B2 | 1/2004 | Ali et al. |
| 6,684,091 | B2 | 1/2004 | Parker |
| 6,697,656 | B1 | 2/2004 | Al-Ali |
| 6,697,657 | B1 | 2/2004 | Shehada et al. |
| 6,697,658 | B2 | 2/2004 | Al-Ali |
| RE38,476 | E | 3/2004 | Diab et al. |
| 6,699,194 | B1 | 3/2004 | Diab et al. |
| 6,714,804 | B2 | 3/2004 | Al-Ali et al. |
| RE38,492 | E | 4/2004 | Diab et al. |
| 6,721,582 | B2 | 4/2004 | Trepagnier et al. |
| 6,721,585 | B1 | 4/2004 | Parker |
| 6,725,075 | B2 | 4/2004 | Al-Ali |
| 6,728,560 | B2 | 4/2004 | Kollias et al. |
| 6,735,459 | B2 | 5/2004 | Parker |
| 6,745,060 | B2 | 6/2004 | Diab et al. |
| 6,760,607 | B2 | 7/2004 | Al-Ali |
| 6,770,028 | B1 | 8/2004 | Ali et al. |
| 6,771,994 | B2 | 8/2004 | Kiani et al. |
| 6,792,300 | B1 | 9/2004 | Diab et al. |
| 6,813,511 | B2 | 11/2004 | Diab et al. |
| 6,816,741 | B2 | 11/2004 | Diab |
| 6,822,564 | B2 | 11/2004 | Al-Ali |
| 6,826,419 | B2 | 11/2004 | Diab et al. |
| 6,830,711 | B2 | 12/2004 | Mills et al. |
| 6,850,787 | B2 | 2/2005 | Weber et al. |
| 6,850,788 | B2 | 2/2005 | Al-Ali |
| 6,852,083 | B2 | 2/2005 | Caro et al. |
| 6,861,639 | B2 | 3/2005 | Al-Ali |
| 6,898,452 | B2 | 5/2005 | Al-Ali et al. |
| 6,920,345 | B2 | 7/2005 | Al-Ali et al. |
| 6,931,268 | B1 | 8/2005 | Kiani-Azarbayjany et al. |
| 6,934,570 | B2 | 8/2005 | Kiani et al. |
| 6,939,305 | B2 | 9/2005 | Flaherty et al. |
| 6,943,348 | B1 | 9/2005 | Coffin, IV |
| 6,950,687 | B2 | 9/2005 | Al-Ali |
| 6,961,598 | B2 | 11/2005 | Diab |
| 6,970,792 | B1 | 11/2005 | Diab |
| 6,979,812 | B2 | 12/2005 | Al-Ali |
| 6,985,764 | B2 | 1/2006 | Mason et al. |

## US 9,861,305 B1

Page 3

(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,993,371 | B2 | 1/2006 | Kiani et al. |
| 6,996,427 | B2 | 2/2006 | Ali et al. |
| 6,999,904 | B2 | 2/2006 | Weber et al. |
| 7,003,338 | B2 | 2/2006 | Weber et al. |
| 7,003,339 | B2 | 2/2006 | Diab et al. |
| 7,015,451 | B2 | 3/2006 | Dalke et al. |
| 7,024,233 | B2 | 4/2006 | Ali et al. |
| 7,027,849 | B2 | 4/2006 | Al-Ali |
| 7,030,749 | B2 | 4/2006 | Al-Ali |
| 7,039,449 | B2 | 5/2006 | Al-Ali |
| 7,041,060 | B2 | 5/2006 | Flaherty et al. |
| 7,044,918 | B2 | 5/2006 | Diab |
| 7,067,893 | B2 | 6/2006 | Mills et al. |
| 7,096,052 | B2 | 8/2006 | Mason et al. |
| 7,096,054 | B2 | 8/2006 | Abdul-Hafiz et al. |
| 7,132,641 | B2 | 11/2006 | Schulz et al. |
| 7,142,901 | B2 | 11/2006 | Kiani et al. |
| 7,149,561 | B2 | 12/2006 | Diab |
| 7,186,966 | B2 | 3/2007 | Al-Ali |
| 7,190,261 | B2 | 3/2007 | Al-Ali |
| 7,215,984 | B2 | 5/2007 | Diab |
| 7,215,986 | B2 | 5/2007 | Diab |
| 7,221,971 | B2 | 5/2007 | Diab |
| 7,225,006 | B2 | 5/2007 | Al-Ali et al. |
| 7,225,007 | B2 | 5/2007 | Al-Ali |
| RE39,672 | E | 6/2007 | Shehada et al. |
| 7,239,905 | B2 | 7/2007 | Kiani-Azarbayjany et al. |
| 7,245,953 | B1 | 7/2007 | Parker |
| 7,254,429 | B2 | 8/2007 | Schurman et al. |
| 7,254,431 | B2 | 8/2007 | Al-Ali |
| 7,254,433 | B2 | 8/2007 | Diab et al. |
| 7,254,434 | B2 | 8/2007 | Schulz et al. |
| 7,272,425 | B2 | 9/2007 | Al-Ali |
| 7,274,955 | B2 | 9/2007 | Kiani et al. |
| D554,263 | S | 10/2007 | Al-Ali |
| 7,280,858 | B2 | 10/2007 | Al-Ali et al. |
| 7,289,835 | B2 | 10/2007 | Mansfield et al. |
| 7,292,883 | B2 | 11/2007 | De Felice et al. |
| 7,295,866 | B2 | 11/2007 | Al-Ali |
| 7,328,053 | B1 | 2/2008 | Diab et al. |
| 7,332,784 | B2 | 2/2008 | Mills et al. |
| 7,340,287 | B2 | 3/2008 | Mason et al. |
| 7,341,559 | B2 | 3/2008 | Schulz et al. |
| 7,343,186 | B2 | 3/2008 | Lamego et al. |
| D566,282 | S | 4/2008 | Al-Ali et al. |
| 7,355,512 | B1 | 4/2008 | Al-Ali |
| 7,356,365 | B2 | 4/2008 | Schurman |
| 7,371,981 | B2 | 5/2008 | Abdul-Hafiz |
| 7,373,193 | B2 | 5/2008 | Al-Ali et al. |
| 7,373,194 | B2 | 5/2008 | Weber et al. |
| 7,376,453 | B1 | 5/2008 | Diab et al. |
| 7,377,794 | B2 | 5/2008 | Al-Ali et al. |
| 7,377,899 | B2 | 5/2008 | Weber et al. |
| 7,383,070 | B2 | 6/2008 | Diab et al. |
| 7,415,297 | B2 | 8/2008 | Al-Ali et al. |
| 7,428,432 | B2 | 9/2008 | Ali et al. |
| 7,438,683 | B2 | 10/2008 | Al-Ali et al. |
| 7,440,787 | B2 | 10/2008 | Diab |
| 7,454,240 | B2 | 11/2008 | Diab et al. |
| 7,467,002 | B2 | 12/2008 | Weber et al. |
| 7,469,157 | B2 | 12/2008 | Diab et al. |
| 7,471,969 | B2 | 12/2008 | Diab et al. |
| 7,471,971 | B2 | 12/2008 | Diab et al. |
| 7,483,729 | B2 | 1/2009 | Al-Ali et al. |
| 7,483,730 | B2 | 1/2009 | Diab et al. |
| 7,489,958 | B2 | 2/2009 | Diab et al. |
| 7,496,391 | B2 | 2/2009 | Diab et al. |
| 7,496,393 | B2 | 2/2009 | Diab et al. |
| D587,657 | S | 3/2009 | Al-Ali et al. |
| 7,499,741 | B2 | 3/2009 | Diab et al. |
| 7,499,835 | B2 | 3/2009 | Weber et al. |
| 7,500,950 | B2 | 3/2009 | Al-Ali et al. |
| 7,509,154 | B2 | 3/2009 | Diab et al. |
| 7,509,494 | B2 | 3/2009 | Al-Ali |
| 7,510,849 | B2 | 3/2009 | Schurman et al. |

| | | | |
|---|---|---|---|
| 7,526,328 | B2 | 4/2009 | Diab et al. |
| 7,530,942 | B1 | 5/2009 | Diab |
| 7,530,949 | B2 | 5/2009 | Al Ali et al. |
| 7,530,955 | B2 | 5/2009 | Diab et al. |
| 7,563,110 | B2 | 7/2009 | Al-Ali et al. |
| 7,596,398 | B2 | 9/2009 | Al-Ali et al. |
| 7,618,375 | B2 | 11/2009 | Flaherty |
| D606,659 | S | 12/2009 | Kiani et al. |
| 7,647,083 | B2 | 1/2010 | Al-Ali et al. |
| D609,193 | S | 2/2010 | Al-Ali et al. |
| D614,305 | S | 4/2010 | Al-Ali et al. |
| RE41,317 | E | 5/2010 | Parker |
| 7,729,733 | B2 | 6/2010 | Al-Ali et al. |
| 7,734,320 | B2 | 6/2010 | Al-Ali |
| 7,761,127 | B2 | 7/2010 | Al-Ali et al. |
| 7,761,128 | B2 | 7/2010 | Al-Ali et al. |
| 7,764,982 | B2 | 7/2010 | Dalke et al. |
| D621,516 | S | 8/2010 | Kiani et al. |
| 7,791,155 | B2 | 9/2010 | Diab |
| 7,801,581 | B2 | 9/2010 | Diab |
| 7,822,452 | B2 | 10/2010 | Schurman et al. |
| RE41,912 | E | 11/2010 | Parker |
| 7,844,313 | B2 | 11/2010 | Kiani et al. |
| 7,844,314 | B2 | 11/2010 | Al-Ali |
| 7,844,315 | B2 | 11/2010 | Al-Ali |
| 7,865,222 | B2 | 1/2011 | Weber et al. |
| 7,873,497 | B2 | 1/2011 | Weber et al. |
| 7,880,606 | B2 | 2/2011 | Al-Ali |
| 7,880,626 | B2 | 2/2011 | Al-Ali et al. |
| 7,891,355 | B2 | 2/2011 | Al-Ali et al. |
| 7,894,868 | B2 | 2/2011 | Al-Ali et al. |
| 7,899,507 | B2 | 3/2011 | Al-Ali et al. |
| 7,899,518 | B2 | 3/2011 | Trepagnier et al. |
| 7,904,132 | B2 | 3/2011 | Weber et al. |
| 7,909,772 | B2 | 3/2011 | Popov et al. |
| 7,910,875 | B2 | 3/2011 | Al-Ali |
| 7,919,713 | B2 | 4/2011 | Al-Ali et al. |
| 7,937,128 | B2 | 5/2011 | Al-Ali |
| 7,937,129 | B2 | 5/2011 | Mason et al. |
| 7,937,130 | B2 | 5/2011 | Diab et al. |
| 7,941,199 | B2 | 5/2011 | Kiani |
| 7,951,086 | B2 | 5/2011 | Flaherty et al. |
| 7,957,780 | B2 | 6/2011 | Lamego et al. |
| 7,962,188 | B2 | 6/2011 | Kiani et al. |
| 7,962,190 | B1 | 6/2011 | Diab et al. |
| 7,976,472 | B2 | 7/2011 | Kiani |
| 7,988,637 | B2 | 8/2011 | Diab |
| 7,990,382 | B2 | 8/2011 | Kiani |
| 7,991,446 | B2 | 8/2011 | Ali et al. |
| 8,000,761 | B2 | 8/2011 | Al-Ali |
| 8,008,088 | B2 | 8/2011 | Bellott et al. |
| RE42,753 | E | 9/2011 | Kiani-Azarbayjany et al. |
| 8,019,400 | B2 | 9/2011 | Diab et al. |
| 8,028,701 | B2 | 10/2011 | Al-Ali et al. |
| 8,029,765 | B2 | 10/2011 | Bellott et al. |
| 8,036,727 | B2 | 10/2011 | Schurman et al. |
| 8,036,728 | B2 | 10/2011 | Diab et al. |
| 8,046,040 | B2 | 10/2011 | Ali et al. |
| 8,046,041 | B2 | 10/2011 | Diab et al. |
| 8,046,042 | B2 | 10/2011 | Diab et al. |
| 8,048,040 | B2 | 11/2011 | Kiani |
| 8,050,728 | B2 | 11/2011 | Al-Ali et al. |
| RE43,169 | E | 2/2012 | Parker |
| 8,118,620 | B2 | 2/2012 | Al-Ali et al. |
| 8,126,528 | B2 | 2/2012 | Diab et al. |
| 8,128,572 | B2 | 3/2012 | Diab et al. |
| 8,130,105 | B2 | 3/2012 | Al-Ali et al. |
| 8,145,287 | B2 | 3/2012 | Diab et al. |
| 8,150,487 | B2 | 4/2012 | Diab et al. |
| 8,175,672 | B2 | 5/2012 | Parker |
| 8,180,420 | B2 | 5/2012 | Diab et al. |
| 8,182,443 | B1 | 5/2012 | Kiani |
| 8,185,180 | B2 | 5/2012 | Diab et al. |
| 8,190,223 | B2 | 5/2012 | Al-Ali et al. |
| 8,190,227 | B2 | 5/2012 | Diab et al. |
| 8,203,438 | B2 | 6/2012 | Kiani et al. |
| 8,203,704 | B2 | 6/2012 | Merritt et al. |
| 8,204,566 | B2 | 6/2012 | Schurman et al. |
| 8,219,172 | B2 | 7/2012 | Schurman et al. |

## US 9,861,305 B1

Page 4

(56)                    **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,224,411 | B2 | 7/2012 | Al-Ali et al. |
| 8,228,181 | B2 | 7/2012 | Al-Ali |
| 8,229,533 | B2 | 7/2012 | Diab et al. |
| 8,233,955 | B2 | 7/2012 | Al-Ali et al. |
| 8,244,325 | B2 | 8/2012 | Al-Ali et al. |
| 8,255,026 | B1 | 8/2012 | Al-Ali |
| 8,255,027 | B2 | 8/2012 | Al-Ali et al. |
| 8,255,028 | B2 | 8/2012 | Al-Ali et al. |
| 8,260,577 | B2 | 9/2012 | Weber et al. |
| 8,265,723 | B1 | 9/2012 | McHale et al. |
| 8,274,360 | B2 | 9/2012 | Sampath et al. |
| 8,301,217 | B2 | 10/2012 | Al-Ali et al. |
| 8,306,596 | B2 | 11/2012 | Schurman et al. |
| 8,310,336 | B2 | 11/2012 | Muhsin et al. |
| 8,315,683 | B2 | 11/2012 | Al-Ali et al. |
| RE43,860 | E | 12/2012 | Parker |
| 8,337,403 | B2 | 12/2012 | Al-Ali et al. |
| 8,346,330 | B2 | 1/2013 | Lamego |
| 8,353,842 | B2 | 1/2013 | Al-Ali et al. |
| 8,355,766 | B2 | 1/2013 | MacNeish, III et al. |
| 8,359,080 | B2 | 1/2013 | Diab et al. |
| 8,364,223 | B2 | 1/2013 | Al-Ali et al. |
| 8,364,226 | B2 | 1/2013 | Diab et al. |
| 8,374,665 | B2 | 2/2013 | Lamego |
| 8,385,995 | B2 | 2/2013 | Al-Ali et al. |
| 8,385,996 | B2 | 2/2013 | Smith et al. |
| 8,388,353 | B2 | 3/2013 | Kiani et al. |
| 8,399,822 | B2 | 3/2013 | Al-Ali |
| 8,401,602 | B2 | 3/2013 | Kiani |
| 8,405,608 | B2 | 3/2013 | Al-Ali et al. |
| 8,414,499 | B2 | 4/2013 | Al-Ali et al. |
| 8,418,524 | B2 | 4/2013 | Al-Ali |
| 8,423,106 | B2 | 4/2013 | Lamego et al. |
| 8,428,967 | B2 | 4/2013 | Olsen et al. |
| 8,430,817 | B1 | 4/2013 | Al-Ali et al. |
| 8,437,825 | B2 | 5/2013 | Dalvi et al. |
| 8,455,290 | B2 | 6/2013 | Siskavich |
| 8,457,703 | B2 | 6/2013 | Al-Ali |
| 8,457,707 | B2 | 6/2013 | Kiani |
| 8,463,349 | B2 | 6/2013 | Diab et al. |
| 8,466,286 | B2 | 6/2013 | Bellott et al. |
| 8,471,713 | B2 | 6/2013 | Poeze et al. |
| 8,473,020 | B2 | 6/2013 | Kiani et al. |
| 8,483,787 | B2 | 7/2013 | Al-Ali et al. |
| 8,489,364 | B2 | 7/2013 | Weber et al. |
| 8,498,684 | B2 | 7/2013 | Weber et al. |
| 8,504,128 | B2 | 8/2013 | Blank et al. |
| 8,509,867 | B2 | 8/2013 | Workman et al. |
| 8,515,509 | B2 | 8/2013 | Bruinsma et al. |
| 8,523,781 | B2 | 9/2013 | Al-Ali |
| 8,529,301 | B2 | 9/2013 | Al-Ali et al. |
| 8,532,727 | B2 | 9/2013 | Ali et al. |
| 8,532,728 | B2 | 9/2013 | Diab et al. |
| D692,145 | S | 10/2013 | Al-Ali et al. |
| 8,547,209 | B2 | 10/2013 | Kiani et al. |
| 8,548,548 | B2 | 10/2013 | Al-Ali |
| 8,548,549 | B2 | 10/2013 | Schurman et al. |
| 8,548,550 | B2 | 10/2013 | Al-Ali et al. |
| 8,560,032 | B2 | 10/2013 | Al-Ali et al. |
| 8,560,034 | B1 | 10/2013 | Diab et al. |
| 8,570,167 | B2 | 10/2013 | Al-Ali |
| 8,570,503 | B2 | 10/2013 | Vo et al. |
| 8,571,617 | B2 | 10/2013 | Reichgott et al. |
| 8,571,618 | B1 | 10/2013 | Lamego et al. |
| 8,571,619 | B2 | 10/2013 | Al-Ali et al. |
| 8,577,431 | B2 | 11/2013 | Lamego et al. |
| 8,581,732 | B2 | 11/2013 | Al-Ali et al. |
| 8,584,345 | B2 | 11/2013 | Al-Ali et al. |
| 8,588,880 | B2 | 11/2013 | Abdul-Hafiz et al. |
| 8,600,467 | B2 | 12/2013 | Al-Ali et al. |
| 8,606,342 | B2 | 12/2013 | Diab |
| 8,626,255 | B2 | 1/2014 | Al-Ali et al. |
| 8,630,691 | B2 | 1/2014 | Lamego et al. |
| 8,634,889 | B2 | 1/2014 | Al-Ali et al. |
| 8,641,631 | B2 | 2/2014 | Sierra et al. |
| 8,652,060 | B2 | 2/2014 | Al-Ali |
| 8,663,107 | B2 | 3/2014 | Kiani |
| 8,666,468 | B1 | 3/2014 | Al-Ali |
| 8,667,967 | B2 | 3/2014 | Al-Ali et al. |
| 8,670,811 | B2 | 3/2014 | O'Reilly |
| 8,670,814 | B2 | 3/2014 | Diab et al. |
| 8,676,286 | B2 | 3/2014 | Weber et al. |
| 8,682,407 | B2 | 3/2014 | Al-Ali |
| RE44,823 | E | 4/2014 | Parker |
| RE44,875 | E | 4/2014 | Kiani et al. |
| 8,690,799 | B2 | 4/2014 | Telfort et al. |
| 8,700,112 | B2 | 4/2014 | Kiani |
| 8,702,627 | B2 | 4/2014 | Telfort et al. |
| 8,706,179 | B2 | 4/2014 | Parker |
| 8,712,494 | B1 | 4/2014 | MacNeish, III et al. |
| 8,715,206 | B2 | 5/2014 | Telfort et al. |
| 8,718,735 | B2 | 5/2014 | Lamego et al. |
| 8,718,737 | B2 | 5/2014 | Diab et al. |
| 8,718,738 | B2 | 5/2014 | Blank et al. |
| 8,720,249 | B2 | 5/2014 | Al-Ali |
| 8,721,541 | B2 | 5/2014 | Al-Ali et al. |
| 8,721,542 | B2 | 5/2014 | Al-Ali et al. |
| 8,723,677 | B1 | 5/2014 | Kiani |
| 8,740,792 | B1 | 6/2014 | Kiani et al. |
| 8,754,776 | B2 | 6/2014 | Poeze et al. |
| 8,755,535 | B2 | 6/2014 | Telfort et al. |
| 8,755,856 | B2 | 6/2014 | Diab et al. |
| 8,755,872 | B1 | 6/2014 | Marinow |
| 8,761,850 | B2 | 6/2014 | Lamego |
| 8,764,671 | B2 | 7/2014 | Kiani |
| 8,768,423 | B2 | 7/2014 | Shakespeare et al. |
| 8,771,204 | B2 | 7/2014 | Telfort et al. |
| 8,777,634 | B2 | 7/2014 | Kiani et al. |
| 8,781,543 | B2 | 7/2014 | Diab et al. |
| 8,781,544 | B2 | 7/2014 | Al-Ali et al. |
| 8,781,549 | B2 | 7/2014 | Al-Ali et al. |
| 8,788,003 | B2 | 7/2014 | Schurman et al. |
| 8,790,268 | B2 | 7/2014 | Al-Ali |
| 8,801,613 | B2 | 8/2014 | Al-Ali et al. |
| 8,821,397 | B2 | 9/2014 | Al-Ali et al. |
| 8,821,415 | B2 | 9/2014 | Al-Ali et al. |
| 8,830,449 | B1 | 9/2014 | Lamego et al. |
| 8,831,700 | B2 | 9/2014 | Schurman et al. |
| 8,840,549 | B2 | 9/2014 | Al-Ali et al. |
| 8,847,740 | B2 | 9/2014 | Kiani et al. |
| 8,849,365 | B2 | 9/2014 | Smith et al. |
| 8,852,094 | B2 | 10/2014 | Al-Ali et al. |
| 8,852,994 | B2 | 10/2014 | Wojtczuk et al. |
| 8,868,147 | B2 | 10/2014 | Stippick et al. |
| 8,868,150 | B2 | 10/2014 | Al-Ali et al. |
| 8,870,792 | B2 | 10/2014 | Al-Ali et al. |
| 8,886,271 | B2 | 11/2014 | Kiani et al. |
| 8,888,539 | B2 | 11/2014 | Al-Ali et al. |
| 8,888,708 | B2 | 11/2014 | Diab et al. |
| 8,892,180 | B2 | 11/2014 | Weber et al. |
| 8,897,847 | B2 | 11/2014 | Al-Ali |
| 8,909,310 | B2 | 12/2014 | Lamego et al. |
| 8,911,377 | B2 | 12/2014 | Al-Ali |
| 8,912,909 | B2 | 12/2014 | Al-Ali et al. |
| 8,920,317 | B2 | 12/2014 | Al-Ali et al. |
| 8,921,699 | B2 | 12/2014 | Al-Ali et al. |
| 8,922,382 | B2 | 12/2014 | Al-Ali et al. |
| 8,929,964 | B2 | 1/2015 | Al-Ali et al. |
| 8,942,777 | B2 | 1/2015 | Diab et al. |
| 8,948,834 | B2 | 2/2015 | Diab et al. |
| 8,948,835 | B2 | 2/2015 | Diab |
| 8,965,471 | B2 | 2/2015 | Lamego |
| 8,983,564 | B2 | 3/2015 | Al-Ali |
| 8,989,831 | B2 | 3/2015 | Al-Ali et al. |
| 8,996,085 | B2 | 3/2015 | Kiani et al. |
| 8,998,809 | B2 | 4/2015 | Kiani |
| 9,028,429 | B2 | 5/2015 | Telfort et al. |
| 9,037,207 | B2 | 5/2015 | Al-Ali et al. |
| 9,066,666 | B2 | 6/2015 | Kiani |
| 9,066,680 | B1 | 6/2015 | Al-Ali et al. |
| 9,072,474 | B2 | 7/2015 | Al-Ali et al. |
| 9,084,569 | B2 | 7/2015 | Weber et al. |
| 9,095,316 | B2 | 8/2015 | Welch et al. |
| 9,106,038 | B2 | 8/2015 | Telfort et al. |

# US 9,861,305 B1

Page 5

(56)               **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 9,107,625 | B2 | 8/2015 | Telfort et al. |
| 9,107,626 | B2 | 8/2015 | Al-Ali et al. |
| 9,113,831 | B2 | 8/2015 | Al-Ali |
| 9,113,832 | B2 | 8/2015 | Al-Ali |
| 9,119,595 | B2 | 9/2015 | Lamego |
| 9,131,881 | B2 | 9/2015 | Diab et al. |
| 9,131,882 | B2 | 9/2015 | Al-Ali et al. |
| 9,131,883 | B2 | 9/2015 | Al-Ali |
| 9,131,917 | B2 | 9/2015 | Telfort et al. |
| 9,138,180 | B1 | 9/2015 | Coverston et al. |
| 9,138,182 | B2 | 9/2015 | Al-Ali et al. |
| 9,138,192 | B2 | 9/2015 | Weber et al. |
| 9,142,117 | B2 | 9/2015 | Muhsin et al. |
| 9,153,112 | B1 | 10/2015 | Kiani et al. |
| 9,153,121 | B2 | 10/2015 | Kiani et al. |
| 9,161,696 | B2 | 10/2015 | Al-Ali et al. |
| 9,161,713 | B2 | 10/2015 | Al-Ali et al. |
| 9,167,995 | B2 | 10/2015 | Lamego et al. |
| 9,176,141 | B2 | 11/2015 | Al-Ali et al. |
| 9,186,102 | B2 | 11/2015 | Bruinsma et al. |
| 9,192,312 | B2 | 11/2015 | Al-Ali |
| 9,192,329 | B2 | 11/2015 | Al-Ali |
| 9,192,351 | B1 | 11/2015 | Telfort et al. |
| 9,195,385 | B2 | 11/2015 | Al-Ali et al. |
| 9,211,072 | B2 | 12/2015 | Kiani |
| 9,211,095 | B1 | 12/2015 | Al-Ali |
| 9,218,454 | B2 | 12/2015 | Kiani et al. |
| 9,226,696 | B2 | 1/2016 | Kiani |
| 9,241,662 | B2 | 1/2016 | Al-Ali et al. |
| 9,245,668 | B1 | 1/2016 | Vo et al. |
| 9,259,185 | B2 | 2/2016 | Abdul-Hafiz et al. |
| 9,267,572 | B2 | 2/2016 | Barker et al. |
| 9,277,880 | B2 | 3/2016 | Poeze et al. |
| 9,289,167 | B2 | 3/2016 | Diab et al. |
| 9,295,421 | B2 | 3/2016 | Kiani et al. |
| 9,307,928 | B1 | 4/2016 | Al-Ali et al. |
| 9,323,894 | B2 | 4/2016 | Kiani |
| 9,326,712 | B1 | 5/2016 | Kiani |
| 9,333,316 | B2 | 5/2016 | Kiani |
| 9,339,220 | B2 | 5/2016 | Lamego et al. |
| 9,341,565 | B2 | 5/2016 | Lamego et al. |
| 9,351,673 | B2 | 5/2016 | Diab et al. |
| 9,351,675 | B2 | 5/2016 | Al-Ali et al. |
| 9,364,181 | B2 | 6/2016 | Kiani et al. |
| 9,368,671 | B2 | 6/2016 | Wojtczuk et al. |
| 9,370,325 | B2 | 6/2016 | Al-Ali et al. |
| 9,370,326 | B2 | 6/2016 | McHale et al. |
| 9,370,335 | B2 | 6/2016 | Al-Ali et al. |
| 9,375,185 | B2 | 6/2016 | Ali et al. |
| 9,386,953 | B2 | 7/2016 | Al-Ali |
| 9,386,961 | B2 | 7/2016 | Al-Ali et al. |
| 9,392,945 | B2 | 7/2016 | Al-Ali et al. |
| 9,397,448 | B2 | 7/2016 | Al-Ali et al. |
| 9,408,542 | B1 | 8/2016 | Kinast et al. |
| 9,436,645 | B2 | 9/2016 | Al-Ali et al. |
| 9,445,759 | B1 | 9/2016 | Lamego et al. |
| 9,466,919 | B2 | 10/2016 | Kiani et al. |
| 9,474,474 | B2 | 10/2016 | Lamego et al. |
| 9,480,422 | B2 | 11/2016 | Al-Ali |
| 9,480,435 | B2 | 11/2016 | Olsen |
| 9,492,110 | B2 | 11/2016 | Al-Ali et al. |
| 9,510,779 | B2 | 12/2016 | Poeze et al. |
| 9,517,024 | B2 | 12/2016 | Kiani et al. |
| 9,532,722 | B2 | 1/2017 | Lamego et al. |
| 9,538,949 | B2 | 1/2017 | Al-Ali et al. |
| 9,538,980 | B2 | 1/2017 | Telfort et al. |
| 2005/0010092 | A1* | 1/2005 | Weber .............. A61B 5/14551 |
| | | | 600/322 |
| 2005/0030834 | A1 | 2/2005 | Kim et al. |
| 2007/0282478 | A1 | 12/2007 | Al-Ali et al. |
| 2009/0247984 | A1 | 10/2009 | Lamego et al. |
| 2009/0275813 | A1 | 11/2009 | Davis |
| 2009/0275844 | A1 | 11/2009 | Al-Ali |
| 2009/0299157 | A1 | 12/2009 | Telfort et al. |
| 2010/0004518 | A1 | 1/2010 | Vo et al. |

| | | | |
|---|---|---|---|
| 2010/0030040 | A1 | 2/2010 | Poeze et al. |
| 2010/0261979 | A1 | 10/2010 | Kiani |
| 2011/0001605 | A1 | 1/2011 | Kiani et al. |
| 2011/0082711 | A1 | 4/2011 | Poeze et al. |
| 2011/0105854 | A1 | 5/2011 | Kiani et al. |
| 2011/0125060 | A1 | 5/2011 | Telfort et al. |
| 2011/0208015 | A1 | 8/2011 | Welch et al. |
| 2011/0209915 | A1 | 9/2011 | Telfort et al. |
| 2011/0213122 | A1 | 9/2011 | Al-Ali |
| 2011/0230733 | A1 | 9/2011 | Al-Ali |
| 2011/0237911 | A1 | 9/2011 | Lamego et al. |
| 2011/0237969 | A1 | 9/2011 | Eckerbom et al. |
| 2011/0288383 | A1 | 11/2011 | Diab |
| 2012/0041316 | A1 | 2/2012 | Al-Ali et al. |
| 2012/0046557 | A1 | 2/2012 | Kiani |
| 2012/0059267 | A1 | 3/2012 | Lamego et al. |
| 2012/0088984 | A1 | 4/2012 | Al-Ali et al. |
| 2012/0116175 | A1 | 5/2012 | Al-Ali et al. |
| 2012/0165629 | A1 | 6/2012 | Merritt et al. |
| 2012/0179006 | A1 | 7/2012 | Jansen et al. |
| 2012/0209082 | A1 | 8/2012 | Al-Ali |
| 2012/0209084 | A1 | 8/2012 | Olsen et al. |
| 2012/0227739 | A1 | 9/2012 | Kiani |
| 2012/0283524 | A1 | 11/2012 | Kiani et al. |
| 2012/0286955 | A1 | 11/2012 | Welch et al. |
| 2012/0296178 | A1 | 11/2012 | Lamego et al. |
| 2012/0319816 | A1 | 12/2012 | Al-Ali |
| 2012/0330112 | A1 | 12/2012 | Lamego et al. |
| 2013/0023775 | A1 | 1/2013 | Lamego et al. |
| 2013/0041591 | A1 | 2/2013 | Lamego |
| 2013/0045685 | A1 | 2/2013 | Kiani |
| 2013/0046204 | A1 | 2/2013 | Lamego et al. |
| 2013/0060108 | A1 | 3/2013 | Schurman et al. |
| 2013/0060147 | A1 | 3/2013 | Welch et al. |
| 2013/0096405 | A1 | 4/2013 | Garfio |
| 2013/0096936 | A1 | 4/2013 | Sampath et al. |
| 2013/0109935 | A1 | 5/2013 | Al-Ali et al. |
| 2013/0162433 | A1 | 6/2013 | Muhsin et al. |
| 2013/0190581 | A1 | 7/2013 | Al-Ali et al. |
| 2013/0197328 | A1 | 8/2013 | Diab et al. |
| 2013/0211214 | A1 | 8/2013 | Olsen |
| 2013/0243021 | A1 | 9/2013 | Siskavich |
| 2013/0253334 | A1 | 9/2013 | Al-Ali et al. |
| 2013/0267804 | A1 | 10/2013 | Al-Ali |
| 2013/0274571 | A1 | 10/2013 | Diab et al. |
| 2013/0274572 | A1 | 10/2013 | Al-Ali et al. |
| 2013/0296672 | A1 | 11/2013 | O'Neil et al. |
| 2013/0296713 | A1 | 11/2013 | Al-Ali et al. |
| 2013/0317370 | A1 | 11/2013 | Dalvi et al. |
| 2013/0324808 | A1 | 12/2013 | Al-Ali et al. |
| 2013/0331660 | A1 | 12/2013 | Al-Ali et al. |
| 2013/0331670 | A1 | 12/2013 | Kiani |
| 2013/0338461 | A1 | 12/2013 | Lamego et al. |
| 2014/0012100 | A1 | 1/2014 | Al-Ali et al. |
| 2014/0025306 | A1 | 1/2014 | Weber et al. |
| 2014/0034353 | A1 | 2/2014 | Al-Ali et al. |
| 2014/0051952 | A1 | 2/2014 | Reichgott et al. |
| 2014/0051953 | A1 | 2/2014 | Lamego et al. |
| 2014/0058230 | A1 | 2/2014 | Abdul-Hafiz et al. |
| 2014/0066783 | A1 | 3/2014 | Kiani et al. |
| 2014/0077956 | A1 | 3/2014 | Sampath et al. |
| 2014/0081100 | A1 | 3/2014 | Muhsin et al. |
| 2014/0081175 | A1 | 3/2014 | Telfort |
| 2014/0094667 | A1 | 4/2014 | Schurman et al. |
| 2014/0100434 | A1 | 4/2014 | Diab et al. |
| 2014/0114199 | A1 | 4/2014 | Lamego et al. |
| 2014/0120564 | A1 | 5/2014 | Workman et al. |
| 2014/0121482 | A1 | 5/2014 | Merritt et al. |
| 2014/0121483 | A1 | 5/2014 | Kiani |
| 2014/0125495 | A1 | 5/2014 | Al-Ali |
| 2014/0127137 | A1 | 5/2014 | Bellott et al. |
| 2014/0128696 | A1 | 5/2014 | Al-Ali |
| 2014/0128699 | A1 | 5/2014 | Al-Ali et al. |
| 2014/0129702 | A1 | 5/2014 | Lamego et al. |
| 2014/0135588 | A1 | 5/2014 | Al-Ali et al. |
| 2014/0142401 | A1 | 5/2014 | Al-Ali et al. |
| 2014/0142402 | A1 | 5/2014 | Al-Ali et al. |
| 2014/0163344 | A1 | 6/2014 | Al-Ali |
| 2014/0163402 | A1 | 6/2014 | Lamego et al. |

**US 9,861,305 B1**

Page 6

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2014/0166076 | A1 | 6/2014 | Kiani et al. |
| 2014/0171763 | A1 | 6/2014 | Diab |
| 2014/0180038 | A1 | 6/2014 | Kiani |
| 2014/0180154 | A1 | 6/2014 | Sierra et al. |
| 2014/0180160 | A1 | 6/2014 | Brown et al. |
| 2014/0187973 | A1 | 7/2014 | Brown et al. |
| 2014/0194709 | A1 | 7/2014 | Al-Ali et al. |
| 2014/0194711 | A1 | 7/2014 | Al-Ali |
| 2014/0194766 | A1 | 7/2014 | Al-Ali et al. |
| 2014/0200420 | A1 | 7/2014 | Al-Ali |
| 2014/0206963 | A1 | 7/2014 | Al-Ali |
| 2014/0213864 | A1 | 7/2014 | Abdul-Hafiz et al. |
| 2014/0243627 | A1 | 8/2014 | Diab et al. |
| 2014/0266790 | A1 | 9/2014 | Al-Ali et al. |
| 2014/0275808 | A1 | 9/2014 | Poeze et al. |
| 2014/0275835 | A1 | 9/2014 | Lamego et al. |
| 2014/0275871 | A1 | 9/2014 | Lamego et al. |
| 2014/0275872 | A1 | 9/2014 | Merritt et al. |
| 2014/0275881 | A1 | 9/2014 | Lamego et al. |
| 2014/0276115 | A1 | 9/2014 | Dalvi et al. |
| 2014/0288400 | A1 | 9/2014 | Diab et al. |
| 2014/0296664 | A1 | 10/2014 | Bruinsma et al. |
| 2014/0303520 | A1 | 10/2014 | Telfort et al. |
| 2014/0309506 | A1 | 10/2014 | Lamego et al. |
| 2014/0316217 | A1 | 10/2014 | Purdon et al. |
| 2014/0316218 | A1 | 10/2014 | Purdon et al. |
| 2014/0316228 | A1 | 10/2014 | Blank et al. |
| 2014/0323825 | A1 | 10/2014 | Al-Ali et al. |
| 2014/0323897 | A1 | 10/2014 | Brown et al. |
| 2014/0323898 | A1 | 10/2014 | Purdon et al. |
| 2014/0330092 | A1 | 11/2014 | Al-Ali et al. |
| 2014/0330098 | A1 | 11/2014 | Merritt et al. |
| 2014/0330099 | A1 | 11/2014 | Al-Ali et al. |
| 2014/0333440 | A1 | 11/2014 | Kiani |
| 2014/0336481 | A1 | 11/2014 | Shakespeare et al. |
| 2014/0343436 | A1 | 11/2014 | Kiani |
| 2014/0357966 | A1 | 12/2014 | Al-Ali et al. |
| 2015/0005600 | A1 | 1/2015 | Blank et al. |
| 2015/0011907 | A1 | 1/2015 | Purdon et al. |
| 2015/0012231 | A1 | 1/2015 | Poeze et al. |
| 2015/0018650 | A1 | 1/2015 | Al-Ali et al. |
| 2015/0025406 | A1 | 1/2015 | Al-Ali |
| 2015/0032029 | A1 | 1/2015 | Al-Ali et al. |
| 2015/0038859 | A1 | 2/2015 | Dalvi et al. |
| 2015/0045637 | A1 | 2/2015 | Dalvi |
| 2015/0051462 | A1 | 2/2015 | Olsen |
| 2015/0080754 | A1 | 3/2015 | Purdon et al. |
| 2015/0087936 | A1 | 3/2015 | Al-Ali et al. |
| 2015/0094546 | A1 | 4/2015 | Al-Ali |
| 2015/0097701 | A1 | 4/2015 | Al-Ali et al. |
| 2015/0099950 | A1 | 4/2015 | Al-Ali et al. |
| 2015/0099951 | A1 | 4/2015 | Al-Ali et al. |
| 2015/0099955 | A1 | 4/2015 | Al-Ali et al. |
| 2015/0101844 | A1 | 4/2015 | Al-Ali et al. |
| 2015/0106121 | A1 | 4/2015 | Muhsin et al. |
| 2015/0112151 | A1 | 4/2015 | Muhsin et al. |
| 2015/0116076 | A1 | 4/2015 | Al-Ali et al. |
| 2015/0126830 | A1 | 5/2015 | Schurman et al. |
| 2015/0133755 | A1 | 5/2015 | Smith et al. |
| 2015/0141781 | A1 | 5/2015 | Weber et al. |
| 2015/0165312 | A1 | 6/2015 | Kiani |
| 2015/0196237 | A1 | 7/2015 | Lamego |
| 2015/0201874 | A1 | 7/2015 | Diab |
| 2015/0208966 | A1 | 7/2015 | Al-Ali |
| 2015/0216459 | A1 | 8/2015 | Al-Ali et al. |
| 2015/0230755 | A1 | 8/2015 | Al-Ali et al. |
| 2015/0238722 | A1 | 8/2015 | Al-Ali |
| 2015/0245773 | A1 | 9/2015 | Lamego et al. |
| 2015/0245794 | A1 | 9/2015 | Al-Ali |
| 2015/0257689 | A1 | 9/2015 | Al-Ali et al. |
| 2015/0272514 | A1 | 10/2015 | Kiani et al. |
| 2015/0351697 | A1 | 12/2015 | Weber et al. |
| 2015/0351704 | A1 | 12/2015 | Kiani et al. |
| 2015/0359429 | A1 | 12/2015 | Al-Ali et al. |
| 2015/0366472 | A1 | 12/2015 | Kiani |
| 2015/0366507 | A1 | 12/2015 | Blank |
| 2015/0374298 | A1 | 12/2015 | Al-Ali et al. |
| 2015/0380875 | A1 | 12/2015 | Coverston et al. |
| 2016/0000362 | A1 | 1/2016 | Diab et al. |
| 2016/0007930 | A1 | 1/2016 | Weber et al. |
| 2016/0029932 | A1 | 2/2016 | Al-Ali |
| 2016/0029933 | A1 | 2/2016 | Al-Ali et al. |
| 2016/0045118 | A1 | 2/2016 | Kiani |
| 2016/0051205 | A1 | 2/2016 | Al-Ali et al. |
| 2016/0058338 | A1 | 3/2016 | Schurman et al. |
| 2016/0058347 | A1 | 3/2016 | Reichgott et al. |
| 2016/0066823 | A1 | 3/2016 | Kind et al. |
| 2016/0066824 | A1 | 3/2016 | Al-Ali et al. |
| 2016/0066879 | A1 | 3/2016 | Telfort et al. |
| 2016/0072429 | A1 | 3/2016 | Kiani et al. |
| 2016/0073967 | A1 | 3/2016 | Lamego et al. |
| 2016/0081552 | A1 | 3/2016 | Wojtczuk et al. |
| 2016/0095543 | A1 | 4/2016 | Telfort et al. |
| 2016/0095548 | A1 | 4/2016 | Al-Ali et al. |
| 2016/0103598 | A1 | 4/2016 | Al-Ali et al. |
| 2016/0113527 | A1 | 4/2016 | Al-Ali |
| 2016/0143548 | A1 | 5/2016 | Al-Ali |
| 2016/0166182 | A1 | 6/2016 | Al-Ali et al. |
| 2016/0166183 | A1 | 6/2016 | Poeze et al. |
| 2016/0166188 | A1 | 6/2016 | Bruinsma et al. |
| 2016/0166210 | A1 | 6/2016 | Al-Ali |
| 2016/0192869 | A1 | 7/2016 | Kiani et al. |
| 2016/0196388 | A1 | 7/2016 | Lamego |
| 2016/0197436 | A1 | 7/2016 | Barker et al. |
| 2016/0213281 | A1 | 7/2016 | Eckerbom et al. |
| 2016/0228043 | A1 | 8/2016 | O'Neil et al. |
| 2016/0233632 | A1 | 8/2016 | Scruggs et al. |
| 2016/0234944 | A1 | 8/2016 | Schmidt et al. |
| 2016/0270735 | A1 | 9/2016 | Diab et al. |
| 2016/0283665 | A1 | 9/2016 | Sampath et al. |
| 2016/0287090 | A1 | 10/2016 | Al-Ali et al. |
| 2016/0287786 | A1 | 10/2016 | Kiani |
| 2016/0296169 | A1 | 10/2016 | McHale et al. |
| 2016/0310052 | A1 | 10/2016 | Al-Ali et al. |
| 2016/0314260 | A1 | 10/2016 | Kiani |
| 2016/0324486 | A1 | 11/2016 | Al-Ali et al. |
| 2016/0324488 | A1 | 11/2016 | Olsen |
| 2016/0327984 | A1 | 11/2016 | Al-Ali et al. |
| 2016/0328528 | A1 | 11/2016 | Al-Ali et al. |
| 2016/0331332 | A1 | 11/2016 | Al-Ali |
| 2016/0367173 | A1 | 12/2016 | Dalvi et al. |
| 2017/0007134 | A1 | 1/2017 | Al-Ali et al. |
| 2017/0007190 | A1 | 1/2017 | Al-Ali et al. |
| 2017/0007198 | A1 | 1/2017 | Al-Ali et al. |
| 2017/0014084 | A1 | 1/2017 | Al-Ali et al. |
| 2017/0021099 | A1 | 1/2017 | Al-Ali et al. |

* cited by examiner





*FIG. 2*



*FIG. 3*



*FIG. 4*

US 9,861,305 B1

**1**

# METHOD AND APPARATUS FOR CALIBRATION TO REDUCE COUPLING BETWEEN SIGNALS IN A MEASUREMENT SYSTEM

## REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. application Ser. No. 13/526,376, filed Jun. 18, 2012, titled "METHOD AND APPARATUS FOR CALIBRATION TO REDUCE COUPLING BETWEEN SIGNALS IN A MEASUREMENT SYSTEM," which is a continuation of U.S. patent application Ser. No. 11/871,636, filed Oct. 12, 2007, titled "METHOD AND APPARATUS FOR CALIBRATION TO REDUCE COUPLING BETWEEN SIGNALS IN A MEASUREMENT SYSTEM", which claims priority benefit of U.S. Provisional Application No. 60/851,112, filed Oct. 12, 2006, titled "METHOD AND APPARATUS FOR CALIBRATION TO REDUCE COUPLING BETWEEN SIGNALS IN A MEASUREMENT SYSTEM", the entire contents of which is hereby incorporated by reference.

## BACKGROUND OF THE INVENTION

Field of the Invention

The present invention relates to the field of signal processing, and more particularly, relates to multi-channel demodulators for demodulating mixed signals, such as, for example, signals generated in a pulse oximetry system.

Description of the Related Art

In many multi-channel measurement and communication systems, crosstalk between channels and corruption of data within the channels are significant problems. Such problems can arise from variations in manufacturing tolerances, movement, propagation delays, phase shifts, temperature effects, degradation of components due to age or other factors, noise, etc.

A pulse oximetry system is one example of a system where the above-referenced problems are found. In a pulse oximetry system, blood oxygen saturation is determined by transmitting pulses of electromagnetic energy through a portion of a subject having blood flowing therein (e.g., through a finger, through an ear lobe, or other portion of the body where blood flows close to the skin). The pulses of electromagnetic energy comprise periodic pulses of red light having wavelengths of approximately 660 nanometers, for example, and periodic pulses of infrared light having wavelengths of approximately 905 nanometers.

After propagating through the portion of the subject, the red pulses and the infrared pulses are detected by a detector which is responsive to light at both wavelengths and which generates an electrical signal that has a relationship to the intensity of the electromagnetic energy incident on the detector. The detector output is a two-channel signal having a first signal component corresponding to the detected red pulses and a second signal component corresponding to the detected infrared pulses.

The two-channel signal is demodulated to recover separate signals corresponding to the first signal component and the second signal component. However, prior art demodulators are not sufficiently accurate enough to completely separate the two signal components in all cases. Thus, it is not uncommon for the first demodulator output signal (corresponding to the first signal component) to contain residual components of the second signal and vice versa. This crosstalk between the first and second signal components reduces the accuracy of the recovered first and second

**2**

signals. In multi-channel systems with more than two channels, crosstalk can occur between all of the channels, again reducing accuracy.

## SUMMARY OF THE INVENTION

The present invention solves these and other problems by separating a combined multi-channel signal into a plurality of output signals in a manner that reduces crosstalk and other contamination in the plurality of output signals. In one embodiment, the separator includes a multi-channel demodulator that is first configured using nominal values for the various components in the signal path. In one embodiment, the multi-channel demodulator is further configured using data obtained from calibration measurements. In one embodiment, the calibration measurements are made during an initialization period. In one embodiment, the calibration measurements are made frequently, continuously, or at selected intervals. In one embodiment, calibrations are performed on at least one of, initialization, on command, on attachment of a new sensor, continuously, and/or interspersed with measurements. In one embodiment of a system for measuring one or more blood constituents, the calibration measurements are made when the system detects that a patient has been connected to the system. In one embodiment, the multi-channel demodulator is further configured at regular intervals by re-running the calibration measurements. In one embodiment, the multi-channel demodulator comprises an optimizing demodulator. In one embodiment, crosstalk in the multi-channel demodulator is reduced by computing an amplitude and/or phase adjustment of one or more demodulation signals that are provided respectively to one or more mixers.

In one embodiment, an apparatus for measuring blood oxygenation in a subject includes a first signal source which applies a first input signal during a first time interval. A second signal source applies a second input signal during a second time interval. A detector detects a first parametric signal responsive to the first input signal passing through a portion of the subject having blood therein and detects a second parametric signal responsive to the second input signal passing through the portion of the subject. The detector generates a detector output signal responsive to the first and second parametric signals. A signal processor receives the detector output signal and demodulates the detector output signal by applying a first demodulation signal to a signal responsive to the detector output signal to generate a first demodulator output signal and applying a second demodulation signal to the signal responsive to the detector output signal to generate a second demodulator output signal. In one embodiment, the first demodulation signal has at least one component comprising a first frequency, a first phase, and a first amplitude; and the second demodulation signal has at least one component comprising a second frequency, a second phase, and a second amplitude. In one embodiment, the first phase and the second phase are chosen to reduce crosstalk from the first parametric signal to the second demodulator output signal and to reduce crosstalk from the second parametric signal to the first demodulator output signal. In one embodiment, the first amplitude and the second amplitude are chosen to reduce crosstalk from the first parametric signal to the second demodulator output signal and to reduce crosstalk from the second parametric signal to the first demodulator output signal. In one embodiment, at least one of the first amplitude, the first phase, the second amplitude, and the second phase are chosen to reduce crosstalk from the first parametric signal to

US 9,861,305 B1

3

the second demodulator output signal and to reduce cross-
talk from the second parametric signal to the first demodu-
lator output signal.

In one embodiment, at least one of the first amplitude, the
first phase, the second amplitude, and the second phase is
determined by turning off one of the first and second signal
sources and measuring the crosstalk between one of the
parametric signals and the non-corresponding output signal.

One embodiment includes a method of reducing crosstalk
between two signals generated by applying a first pulse and
a second pulse to measure a parameter. The first pulse and
the second pulse are applied periodically at a repetition rate
defining a period. The first pulse is generated during a first
interval in each period and the second pulse is generated
during a second interval in each period. In one embodiment,
the second interval is spaced apart from the first interval. In
one embodiment, the second interval overlaps at least a
portion of the first interval. The first and second pulses
produce first and second parametric signals responsive to the
parameter. The first and second parametric signals are
received by a detector which outputs a composite signal
responsive to the first and second parametric signals. The
method includes applying a first demodulation signal to the
composite signal to generate a first demodulated output
signal. The first demodulated signal includes at least one
component having at least a first amplitude and a first phase.
The method further includes applying a second demodula-
tion signal to the composite signal to generate a second
demodulated output signal. The second demodulation signal
includes at least one component having at least a second
amplitude and a second phase. The method further includes
lowpass filtering the first demodulated output signal to
generate a first recovered output signal responsive to the first
parametric signal, and lowpass filtering the second demodu-
lated output signal to generate a second recovered output
signal responsive to the second parametric signal. The
method also includes choosing at least one of the first phase,
the first amplitude, the second phase, and the second ampli-
tude to reduce crosstalk components in the first recovered
output signal and the second recovered output signal. In one
embodiment, the method also includes choosing the first
phase and/or the second phase to reduce crosstalk compo-
nents in the first recovered output signal and the second
recovered output signal.

In one embodiment, the first phase and the second phase
are chosen by applying a first light pulse pattern (activation
pattern) during a first time period and measuring the first
recovered output during the first time period as a first
calibration output, and measuring the second recovered
output during the first time period as a second calibration
output. The method includes applying a second light pulse
activation pattern during a second time period and measur-
ing the first recovered output during the first time period as
a third calibration output and measuring the second recov-
ered output during the second time period as a fourth
calibration output. The method further includes computing
the first phase and the second phase from at least the first
calibration output, the second calibration output, the third
calibration output, and the fourth calibration output.

In one embodiment, the first phase is computed from a
ratio of the first calibration output and the second calibration
output.

In one embodiment, the first demodulation signal includes
a sum of a first demodulation component having a first
amplitude and a second demodulation component having a
second amplitude. The second demodulation component is
in quadrature with the first demodulation component and the

4

act of choosing the first phase involves choosing the first
amplitude and the second amplitude. In one embodiment,
the quadrature components are sinusoidal and cosinusoidal.

In one embodiment, the first demodulation signal includes
a sum of a sinusoidal component having a first amplitude
and a cosinusoidal component having a second amplitude.
The first amplitude and the second amplitude are chosen by
a least squares minimization of an error corresponding to the
crosstalk. In one embodiment, the error is integrated over a
time period corresponding to an integer number of cycles of
the sinusoidal component.

In one embodiment, a first demodulation signal is applied
to a composite signal having first and second coefficients to
generate a first demodulated signal. The first demodulation
signal includes a first component having a first amplitude
and a second component having a second amplitude. The
first and second components being in quadrature. The sec-
ond amplitude has a predetermined relationship to the first
amplitude. The predetermined relationship is selected to
cause the first demodulated signal to have lower frequency
components that include a primary component correspond-
ing primarily to the first desired component and a residual
component corresponding to the second component. The
first demodulated signal is lowpass filtered to generate a first
output signal. At least one of the first amplitude and the
second amplitude are adjusted to reduce the residual com-
ponent with respect to the primary component.

In one embodiment, a pulse oximetry system includes a
modulation signal generator. The modulation signal genera-
tor generates a first modulation signal including a first pulse
at a repetition frequency having a first duty cycle. The
modulation signal generator generates a second modulation
signal including a second pulse which also repeats at the
repetition frequency having a second duty cycle. The
second pulse can be non-overlapping with respect to the first
pulse, or the second pulse can partially or completely
overlap the first pulse. The first and second pulses include a
plurality of components wherein a first component has a
frequency corresponding to the repetition frequency and a
second component has a second frequency corresponding to
twice the first frequency. A first transmitter emits electro-
magnetic energy at a first wavelength in response to the first
pulse. A second transmitter emits electromagnetic energy at
a second wavelength in response to the second pulse. A
detector receives electromagnetic energy at the first and
second wavelengths after passing through a portion of a
subject. The detector generates a detector output signal
responsive to the received electromagnetic energy. The
detector output signal includes a signal component respon-
sive to attenuation of the electromagnetic energy at the first
wavelength and a signal component responsive to attenua-
tion of the electromagnetic energy at the second wavelength.
A first demodulator multiplies the detector signal by a first
demodulation signal and generates a first demodulated out-
put signal. A second demodulator multiplies the detector
signal by a second demodulation signal and generates a
second demodulated output signal. A configuration module
configures the first demodulation signal and the second
demodulation signal to substantially separate the first
demodulator output and the second demodulator output.

In one embodiment, the configuration module selects a
phase relationship between the first demodulation signal and
the second demodulation signal.

In one embodiment, the configuration module configures
the first demodulation signal and the second demodulation
signal using, at least in part, data obtained during a calibra-
tion period. In one embodiment, the calibration data includes

US 9,861,305 B1

5

first and second calibration data corresponding to the first
and second demodulated output signals during a first time
period, and third and fourth calibration data corresponding
to the first and second demodulated output signals during a
second time period. In one embodiment, the second trans-
mitter is turned off during the first time period, and the first
transmitter is turned off during the second time period.

In one embodiment, the configuration module configures
the first demodulation signal and the second demodulation
signal by adjusting initial parameters that define the first
demodulation signal and the second demodulation signal.
The configuration module adjusts the initial parameters
using, at least in part, the calibration data obtained during a
calibration period.

One embodiment includes an apparatus for measuring one
or more blood constituents in a subject, wherein a first signal
source applies a first input signal during a first time interval,
a second signal source applies a second input signal during
a second time interval, and a third signal source applies a
second input signal during a third time interval. A detector
detects a first parametric signal responsive to the first input
signal passing through a portion of the subject having blood
therein, a second parametric signal responsive to the second
input signal passing through the portion of the subject, and
a third parametric signal responsive to the third input signal
passing through a portion of the subject having blood
therein. The detector generates a detector output signal
responsive to the first, second, and third parametric signals.
A signal processor receives the detector output signal, the
signal processor configured to demodulate the detector out-
put signal by applying a first demodulation signal to a signal
responsive to the detector output signal to generate a first
demodulator output signal, applying a second demodulation
signal to the signal responsive to the detector output signal
to generate a second demodulator output signal, and apply-
ing a third demodulation signal to the signal responsive to
the detector output signal to generate a third demodulator
output signal. The signal processor selects the first demodu-
lation signal, the second demodulation signal and the third
demodulation signal to reduce crosstalk between the first,
second, and third demodulator signals using, at least in part,
first and second calibration data. The first calibration data
includes calibration data wherein the first signal source, the
second signal source, and the third signal source are oper-
ated singly, and wherein the second calibration data com-
prises calibration data wherein the first signal source, the
second signal source, and the third signal source are oper-
ated in pairs.

One embodiment includes an apparatus for measuring one
or more parameters in a subject. The apparatus includes,
three or more sources, at least one detector configured to
sense electromagnetic radiation produced by the three or
more sources, an output of the at least one detector com-
prising a detector signal, and a signal processor. The signal
processor receives the detector output signal, the signal
processor configured to demodulate the detector output
signal by applying a first demodulation signal to a signal
responsive to the detector output signal to generate a first
demodulator output signal, applying a second demodulation
signal to the signal responsive to the detector output signal
to generate a second demodulator output signal, and apply-
ing a third demodulation signal to the signal responsive to
the detector output signal to generate a third demodulator
output signal. The signal processor selects the first demodu-
lation signal, the second demodulation signal and the third
demodulation signal to reduce crosstalk between the first,
second, and third demodulator signals using, at least in part,

6

calibration data, wherein the calibration data is obtained, at
least in part, by activating the three or more sources accord-
ing to a set of activation patterns, wherein the number of
activation patterns is greater than the number of sources in
the three or more sources. In one embodiment, the activation
patterns include a first set of patterns wherein each of the
three or more sources is activated singly, and a second set of
patterns wherein each of the three or more sources is
deactivated singly. In one embodiment, the activation pat-
terns include patterns wherein each of the three or more
sources is activated one at a time. In one embodiment, the
activation patterns include patterns wherein each of the three
or more sources is de-activated one at a time. In one
embodiment the activation patterns include patterns where
more than half of the sources are activated and the remaining
sources are not activated. In one embodiment the activation
patterns include patterns where, at any time, more than half
of the sources are not activated and the remaining sources
are activated.

One embodiment includes an apparatus for measuring one
or more blood constituents in a subject, where the apparatus
includes a first signal source which applies a first input
signal during a first time interval, a second signal source
which applies a second input signal during a second time
interval, a third signal source which applies a third input
signal during a third time interval, a detector, and a signal
processor. The detector detects a first parametric signal
responsive to the first input signal passing through a portion
of the subject having blood therein and detects a second
parametric signal responsive to the second input signal
passing through the portion of the subject, and a third
parametric signal responsive to the third input signal. The
detector generates a detector output signal responsive to the
first, second, and third parametric signals. The signal pro-
cessor which receives the detector output signal, the signal
processor demodulating the detector output signal by apply-
ing a first demodulation signal to a signal responsive to the
detector output signal to generate a first demodulator output
signal and applying a second demodulation signal to the
signal responsive to the detector output signal to generate a
second demodulator output signal, the first demodulation
signal determined at least in part from a first dataset wherein
each of the first, second, and third sources are activated one
at a time and a second dataset wherein each of the first,
second, and third sources are deactivated one at a time. In
one embodiment, the first dataset includes turning on only
one of the first, second, or third signal sources and measur-
ing the crosstalk between one of the parametric signals and
the non-corresponding output signals. In one embodiment, at
least a portion of the first dataset includes turning off only
one of the first, second, or third signal sources and measur-
ing the crosstalk between one of the parametric signals and
the non-corresponding output signals.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be described below in connec-
tion with the accompanying figures.

FIG. 1 is a block diagram of a multi-channel processing
system that uses feedback from one or more outputs to
configure the operation of a signal separator that separates a
composite signal into a plurality of output signals.

FIG. 2 is a block diagram of a two-channel signal pro-
cessing system to determine blood oxygen saturation in a
subject, wherein illumination is provided by back-to-back
Light-Emitting Diodes (LEDs).

US 9,861,305 B1

7

FIG. **3** is a block diagram of a multi-channel signal processing system to determine blood constituents (e.g., oxygen saturation) in a subject, wherein illumination is provided by N diodes or illumination sources.

FIG. **4** is a block diagram of a specific embodiment of the multi-channel processing system of FIG. **1**.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. **1** shows a topology of a multi-channel measurement or communication system **100**. The system **100** has a signal combiner **103** for combining one or more input signals $S_1 \ldots S_N$ into a composite signal and a signal separator **104** for separating the composite signal into one or more output signals $\hat{S}_1 \ldots \hat{S}_M$ The output signals $\hat{S}_1 \ldots \hat{S}_M$ can include estimates of the input signals $S_1 \ldots S_N$. The input signals $S_1 \ldots S_N$ are corrupted by pre -combination distortion **101**-**102** respectively, and optionally, by combination distortion in the signal combiner **103**. The combiner **103** combines the N input signals into a composite signal (or composite signals). The combiner **103** can combine signals by addition, subtraction, multiplication, division, modulation, non-linear processes, linear processes, estimation, combinations thereof, etc. The composite signal is provided through a communication channel to the separator **104**. The composite signal is distorted by communication channel distortion **110**. The separator **104** separates the composite signal into M output signals, where M can be less than N, greater than N, or equal to N. In one embodiment, the separator also provides one or more additional output signals $\hat{n}_0 \ldots \hat{n}_K$ corresponding to estimates of other signals, such as, for example, noise signals, error signals, etc.

Due to errors in the system **100**, the output signals $\hat{S}_1 \ldots \hat{S}_M$ are typically not exact copies of the input signals, but rather are estimates of the input signals. The accuracy of these estimates is a measure of system performance. The pre-combination distortion **101** -**102**, the combiner distortion, and/or the channel distortion **110** tend to introduce crosstalk between the channels and thereby corrupt the output signals. The pre-combination distortion **101**-**102**, combiner distortion, and the channel distortion **110** can be caused by variations in manufacturing tolerances, delay, movement, temperature effects, degradation of components due to age or other factors, noise, etc.

A module **105** is provided to configure the separator **104** to improve the quality of the separation function and thereby improve the quality of the output signals. One or more of the output signals from the separator are provided to the module **105** to provide feedback regarding the quality of the output signals and/or feedback regarding the operation of the separator **104**. The module **105** uses feedback from one or more of the output signals $\hat{S}_1 \ldots \hat{S}_M$ (and, optionally, the output signals $\hat{n}_0 \ldots \hat{n}_K$) to monitor the quality of the separation function and to provide control information to control the operation of the separator. In one embodiment, the module **105** is configured by using configuration data obtained from the combiner **103**. Such configuration data can be obtained by calibration procedures that test the operation of the combiner **103** before or during system use.

In one embodiment, the module **105** configures demodulators in the signal separator **104** using, at least in part, calibration data obtained during a calibration period. For example, in one embodiment involving a two channel system, the calibration data includes first and second calibration data corresponding to the first and second output signals during a first time period, and third and fourth calibration

8

data corresponding to the first and second demodulated output signals during a second time period. In one embodiment, the second transmitter is turned off during the first time period, and the first transmitter is turned off during the second time period. In one embodiment, the module **105** configures the first demodulation signal and the second demodulation signal by adjusting initial parameters that define the first demodulation signal and the second demodulation signal. The configuration module adjusts the initial parameters using, at least in part, the calibration data obtained during a calibration period.

FIG. **2** is a block diagram of a two-channel signal processing system **200** that fits the general topology shown in FIG. **1**. The system **200** is configured to determine one or more blood constituents in a subject, such as, for example, a human subject. In the example presented, the measurements are performed on a portion of the subject, such as a finger **202**. An LED modulation circuit **204** drives a pair of back-to-back light emitting diodes (LEDs) **206**, **208** by applying a periodic signal to the two light emitting diodes **206**, **208**. Light from the diodes **206**, **208** passes through the finger **202** and is detected by a detector **250**. An output from the detector **250** is provided to a signal processing block **270**. A control output from the signal processing block **270** is provided to the LED modulation circuit **204**. The signal processing block **270** also provides outputs $\hat{S}_1$ and $\hat{S}_2$ corresponding to the light detected from the diodes **206**, **208**, and, optionally, output signals $\hat{n}_0 \ldots \hat{n}_K$ corresponding to estimates of noise or other signals.

In one embodiment, the LED **206** is selected to emit electromagnetic energy in the red visible light range, and has a wavelength of, for example, approximately 660 nanometers. The LED **208** is selected to emit electromagnetic energy in the infrared range, and has a wavelength of, for example, approximately 905 nanometers. The LED modulation circuit **204** supplies current to activate the LEDs **206** and **208**. Each LED is activated for a time period τ which can be different for the different LEDs. The pulses from the LEDs **206** and **208** repeat with a periodicity T.

FIG. **3** is a block diagram of a multi-channel signal processing system **300** that also fits the topology shown in FIG. **1** Like the system **200**, the system **300** is configured to determine blood oxygen saturation or other blood constituents in a subject, such as, for example, a human subject. In FIG. **3**, an LED modulation circuit **314** drives N diodes, where N is two or greater, thus allowing greater flexibility than the system **200**. In FIG. **3**, the diodes **206** and **208** are shown, along with an N'th diode **309**, it being understood that the diode **309** is omitted if N=2. The LED modulation circuit **314** is configured to allow the diodes **206**, **208**, and **309** to be driven independently such that the diodes can be driven at separate times or in overlapping time periods if desired. Light from the diodes **206**, **208**, **309** passes through the finger **202** and is detected by the detector **250**. The output from the detector **250** is provided to a signal processing block **371**. A control output from the signal processing block **371** is provided to the LED modulation circuit **314**. The signal processing block **371** also provides outputs $S_1$ through $S_M$, where M is greater than or equal to one, but need not be equal to N.

FIG. **4** shows one embodiment of an adjustable multi-channel modulator/demodulator system **400**. The system **400** is based on the topology of the system **100** and can be used in a system for measuring blood constituents (e.g., pulse oximetry, carboxyhemoglobin, etc.) as shown in FIGS. **2** and **3**. In the system **400**, an input $S_1(t)$ and a modulation

US 9,861,305 B1

9

input $M_1(t)$ are provided to a first modulator **491**. A signal input $S_N(t)$ and a modulation input $M_N(t)$ are provided to an $N^{th}$ modulator **402**.

The photodetector **250** is modeled as an adder **405**. The outputs of the modulators **491** and **402** are added together in the adder **405**, in the presence of noise n(t) to generate a composite signal M(t) where:

$$S(t)=S_1(t)M_1(t)+\ldots+S_N(t)M_N(t)+n(t) \qquad (1)$$

The S(t) signal output of the adder **405** (i.e., the output of the detector **250**) is applied to the input of a signal-processing block **410**. Within the signal-processing block **410**, the signal S(t) is passed through an amplifier **497** and through an analog bandpass filter **498**. The analog bandpass filter **498** provides anti-aliasing and removal of low frequency noise and DC. The desired signal components in the signals $S_i(t)$ are frequency shifted by the operation of the modulation signals $M_i(t)$ and are passed by the analog bandpass filter **498**.

The output of the analog bandpass filter **498** is sampled by an analog-to-digital converter **499** and converted therein to digital signals and provided to an input of an optional decimation block **420**.

The filtered (and, optionally, decimated) signal S(t) is sampled to produce a sampled-data signal S(k) that is provided to the first input of the first mixer **424**, to the first input of the N 'th mixer **412**, and to the first input of a noise channel mixer **413**. A first demodulating signal $D_1(k)$ is provided to a second input of a first mixer **424** from a signal generator **431**. The $N^{th}$ demodulating signal $D_N(k)$ is provided to an $N^{th}$ mixer **412** from an output of a signal generator **432**. The noise demodulating signal $D_0(k)$ is provided to the noise channel mixer **413** from an output of a signal generator **441**. A control input to each of the signal generators **431**, **432**, and **441** is provided by the output of the adjuster algorithm **450**. In yet another embodiment, the adjuster algorithm **450** may also be controlled by other signal processing elements downstream of the signal processor **400**.

The outputs of the mixers **413**, **424**, and **412** are provided as respective inputs to decimation blocks **440**, **430**, and **434** respectively. Each of the decimation blocks **440**, **430**, and **434** has a control input provided by the output of the adjuster algorithm block **450**. The output of the decimation block **440** is an estimate of the signal n(t) and it is provided to an input of the adjuster algorithm block **450**. In an alternate embodiment, the signal estimates $\hat{S}_i(k)$ are also provided to the adjuster algorithm block **450**.

An output of the decimator **430** is a signal $\hat{S}_1(k)$, which, as discussed above, is an estimate of the signal $S_1(k)$ (where $S_1(k)$ corresponds to a sampled-data representation of $S_1(t)$). Likewise, the output of the decimation block **434** is an estimate of the signal $S_N(t)$. As shown above, the selection of the demodulating signals $D_i(t)$ for i=0 . . . N in accordance with the present invention substantially reduces or eliminates the effects of noise in the output signals $\hat{S}_i(k)$ and n(k), and also substantially reduces or eliminates crosstalk between the signals.

When the system **400** is used in connection with a blood constituent measurement system as shown in FIGS. **2** and **3**, the red LED **206** provides a light intensity represented as $I_{RD}$, and the infrared LED **208** provides a light intensity represented as $I_{IR}$. The effects of turning the LEDs **206**, **208** on and off on a periodic bases are modeled by the first multiplier or modulator **290** which applies a first modulation signal $M_1(t)$ to the red light intensity to generate a modulated red signal $I_{IRMOD}(t)$ and by a second multiplier the modu-

10

lator **292** which applies a second modulation signal $M_2(t)$ to the infrared light intensity to generate a modulated infrared signal $I_{IRMOD}(t)$. The modulated light red signal and the modulated infrared signal are applied to the finger **202**, or other body portion, as described above. The blood in the finger **202** has a volume and scattering components, which vary throughout each cardiac cycle. The blood carries oxygen and other materials therein. The oxygen content is a function of both the blood volume and the concentration of the oxygen in the blood volume. The concentration of the oxygen in the blood volume is generally measured as blood oxygen saturation for reasons which are described in full in U.S. Pat. Nos. 5,482,036 and 5,490,505, both of which are hereby incorporated by reference in their entirety. As further described in the two referenced patents, the blood oxygen saturation is determined by comparing the relative absorption of the red light and the infrared light in the finger **202**. The comparison is complicated by the noise caused by movement, ambient light, light scattering, and other factors. The signals $S_1(t)$ and $S_2(t)$ represent the effect of the time-varying volume and scattering components of the blood in the finger **202** on the red light and the infrared light, respectively, passing through the finger **202** from the LEDs **206**, **208** to the detector **250**.

As shown in FIG. **4**, a set of N+1 signals $S_i[k]$ i=1 . . . N, and n(k) are sampled at a desired sample rate. The signals are combined according to the formula:

$$S(k)=M_1(k)S_1(k)+\ldots+M_N(k)S_N(k)+n(k) \qquad (2)$$

In one embodiment, each of the decimators **420**, **440**, **430**, and **434** includes a digital lowpass filter and a sample rate compressor. In one embodiment, the characteristics of the digital lowpass filters (e.g., the number of filter coefficients and values of the filter coefficients) and the sample rate compression factor of each decimator are fixed. In one embodiment, the characteristics of the digital lowpass filters (e.g., the number of filter coefficients or values of the filter coefficients) and the sample rate compression factor of each decimator are provided by the adjustment algorithm **450**. The signal generators **431**, **432** and **441** generate the demodulation sequences for the demodulators **424**, **412**, and **413** respectively. The demodulation sequences produced by the signal generators **431**, **432** and **441** are controlled by the adjuster algorithm **450**.

In one embodiment, the adjuster algorithm **450** adjusts the pre-demodulation decimation rate $R_1$ (in the demodulator **420**), and the post-demodulation decimation rate $R_2$ (in the demodulators **430**, **434** and **440**) according to the noise in the noise estimate $\hat{n}(k)$ and (optionally) according to the signals $\hat{S}_i(k)$. The product $R_1R_2$ is the total decimation rate from the signal S(k) at the output of the A/D converter **499** to the signals $\hat{S}_i(k)$ at the output of the signal processing block **400**. The adjuster algorithm may adjust $R_1$ and $R_2$ such that the product $R_1R_2$ varies, or the adjuster algorithm may adjust $R_1$ and $R_2$ such that the product $R_1R_2$ is substantially constant. Typically, the adjuster algorithm will keep the $R_1R_2$ product constant so that the signal processing blocks downstream of the signal processor **400** will operate at a substantially constant sample rate.

In one embodiment, the adjuster algorithm **450** adjusts the demodulation signals $D_i(k)$ to reduce or eliminate crosstalk. In one embodiment, the adjuster algorithm **450** reduces crosstalk by configuring the demodulators, as discussed in more detail below.

One skilled in the art will recognize that the lowpass filters provided in connection with the decimation blocks can provide other filter functions in addition to lowpass

US 9,861,305 B1

11

filtering. Thus, for example, the lowpass filters **420**, **430**, **440**, and **450**, and the decimators **420**, **430**, **434**, and **440** can provide other filter functions (in addition to lowpass filtering) such as, for example, bandpass filtering, bandstop filtering, etc. Moreover, the post-demodulation decimation rate $R_2$ need not be the same for each output channel. Thus, for example, in FIG. **4**, the decimator **440** can have a first decimation rate $R_2=r_1$ while the decimators **430** and **434** have a second decimation rate $R_2=r_2$.

The demodulators above are described in terms of digital signal processing on sampled data. Thus, the demodulator signals are written $D_i(k)$. The demodulators and the filtering associated with the demodulators can be done in using analog processing (using time-domain demodulator signals $D_i(t)$) or on sampled data signals (using digital-domain demodulator signals $D_i(k)$). For convenience, the following development describes the demodulator signals primarily in the time domain, with the understanding that the modulators can be implemented using digital signal processing or analog processing.

The characteristics of the demodulation signals $D_1(t)$ and $D_2(t)$ affect how much crosstalk is seen in the output signals. In an diagonal system, that is, when the demodulator has been diagonalized, there is, ideally, no crosstalk. The first output signal $\hat{S}_1(t)$ is an estimate (or approximation) to the signal $S_1(t)$. Similarly, the second output signal $\hat{S}_2(t)$ is an estimate (or approximation) to the signal $S_2(t)$. When the composite signal $S(t)$ is a linear combination of the signals $S_i(t)$, then the relationship between the signals $\hat{S}_i(t)$ and the signals $\hat{S}_i(t)$. When $M_1=\cos \omega t$, $M_2=\sin \omega t$, $n(t)=0$, and there is no distortion (e.g., no pre-combination, combiner, or channel distortion) then:

$$S(t)=S_1(t)\cos \omega t+S_2(t)\sin \omega t \qquad (3)$$

Then:

$$\hat{S}_1(t)=LP[D_1(t)S(t)] \qquad (4)$$

$$\hat{S}_2(t)=LP[D_2(t)S(t)] \qquad (5)$$

If:

$$D_1(t)=2\cos \omega t \qquad (6)$$

$$D_2(t)=2\sin \omega t \qquad (7)$$

then

$$D_1(t)S(t)=2S_1(t)\cos^2 \omega t+2S_2(t)\sin \omega t \cos \omega t = S_1(t)-S_1(t)\cos 2\omega t+S_2(t)\sin 2\omega t \qquad (8)$$

After lowpass filtering to remove the terms with a frequency of $2\omega t$ and higher:

$$\hat{S}_1(t)=S_1(t) \qquad (9)$$

Similarly for

$$\hat{S}_2(t)=LP[D_2(t)S(t)] \qquad (10)$$

then

$$D_2(t)S(t)=2S_1(t)\sin \omega t \cos \omega t+2S_2(t)\sin^2 \omega t = S_2(t)-S_2(t)\cos 2 \omega t+S_1(t)\sin 2 \omega t \qquad (11)$$

After lowpass filtering to remove the terms with a frequency of $2 \omega t$:

$$\hat{S}_2(t)=S_2(t) \qquad (12)$$

In the above analysis, it was assumed that there are no time delays or phase shifts in the signal $S(t)$, and thus, configuration is relatively straightforward.

12

When an unknown delay (or phase error) is introduced, then the signals are no longer diagonal. Consider, for example, the situation when a delay $\Delta$ is introduced into the composite signal. Then:

$$S(t)=\cos \omega(t-\Delta)S_1(t-\Delta)+\sin \omega(t-\Delta)S_2(t-\Delta)$$

It then follows that:

$$\hat{S}_1(t)=LP[2\cos \omega t(\cos \omega(t-\Delta)S_1(t-\Delta)+\sin \omega(t-\Delta)S_2(t-\Delta))]=LP[2\cos \omega t(\cos \omega t \cos \omega \Delta+\sin \omega t \sin \omega \Delta)S_1(t-\Delta)]+LP[2\cos \omega t(\sin \omega t \cos \omega \Delta-\cos \omega t \sin \omega \Delta)S_2(t-\Delta)]=\cos \omega \Delta S_1(t-\Delta)-\sin \omega \Delta S_2(t-\Delta)$$

The above equations can be expressed in matrix form as:

$$\begin{bmatrix} \hat{S}_1(t) \\ \hat{S}_2(t) \end{bmatrix} = \begin{bmatrix} \cos \omega \Delta & -\sin \omega \Delta \\ \sin \omega \Delta & \cos \omega \Delta \end{bmatrix}\begin{bmatrix} S_1(t-\Delta) \\ S_2(t-\Delta) \end{bmatrix} \qquad (13)$$

Then

$$\begin{bmatrix} S_1(t-\Delta) \\ S_2(t-\Delta) \end{bmatrix} = \begin{bmatrix} \cos \omega \Delta & \sin \omega \Delta \\ -\sin \omega \Delta & \cos \omega \Delta \end{bmatrix}\begin{bmatrix} \hat{S}_1(t) \\ \hat{S}_2(t) \end{bmatrix} \qquad (14)$$

The above equation can be expressed as

$$\begin{bmatrix} S_1(t-\Delta) \\ S_2(t-\Delta) \end{bmatrix} = \begin{bmatrix} \cos \omega \Delta & \sin \omega \Delta \\ -\sin \omega \Delta & \cos \omega \Delta \end{bmatrix}\cdot LP\begin{bmatrix} D_1(t)S(t) \\ D_2(t)S(t) \end{bmatrix} \qquad (15)$$

$$= LP\left[\begin{bmatrix} \cos \omega \Delta & \sin \omega \Delta \\ -\sin \omega \Delta & \cos \omega \Delta \end{bmatrix}\begin{bmatrix} D_1(t) \\ D_2(t) \end{bmatrix}\right]S(t)$$

$$= LP\left[\begin{bmatrix} \overline{D}_1(t) \\ \overline{D}_2(t) \end{bmatrix}\right]S(t)$$

where

$$\overline{D}_1(t)=\cos \omega \Delta D_1(t)+\sin \omega \Delta D_2(t)=2\cos \omega \Delta \cos \omega t+2\sin \omega \Delta \sin \omega t$$

and similarly for $\overline{D}_2(t)$. Thus the modified demodulation functions $\overline{D}_1(t)$ and $\overline{D}_2(t)$ can be expressed as a linear combination of basis functions. If the time delay $\Delta$ can be predicted, then the demodulator functions can be calculated and programmed into the communication system. However, in many cases the time delay $\Delta$ is not known or changes over time. As described below, the demodulator functions can be determined by system calibration procedures.

When an unknown phase shift (or phase error) is introduced, then there may be crosstalk in the system. Consider, for example, the situation when a phase error $\varphi_1$ occurs in the signal $S_1(t)$ and a phase error $\varphi_2$ occurs in the signal $S_2(t)$. The phase errors can be caused by intrinsic properties of the components, intrinsic properties of the system, component variations, time delays, etc. In the presence of the phase errors:

$$D_1(t)S(t)=2A_1S_1(t)\sin (\omega t+\varphi_1)\sin \omega t+2A_2S_2(t)\cos (\omega t+\varphi_2)\sin \omega t=2A_1S_1(t)\sin \omega t[\sin \omega t \cos \varphi_1+\cos \omega t \sin \varphi_1]+2A_2S_2(t)\cos \omega t[\cos \omega t \cos \varphi_2-\sin \omega t \sin \varphi_2]=A_1S_1(t)\cos \varphi_1-A_1S_1(t)\sin \omega t \cos \omega t+A_1S_1(t)\cos \varphi_1 \sin 2\omega t+A_2S_2(t)\cos \varphi_2 \cos 2\omega t-A_2S_2(t)\sin \omega t \cos \varphi_2 \sin 2\omega t \qquad (16)$$

Thus, after lowpass filtering

$$\hat{S}_1(t)=A_1S_1(t)\cos \varphi_1-A_2S_2(t)\sin \varphi_2 \qquad (17)$$

US 9,861,305 B1

13

The above equation shows crosstalk because $\hat{S}_1(t)$ depends in part on components of $S_2(t)$ when $A_2 \neq 0$ and $\varphi_2 \neq n\pi$ where $n=0, \pm1, \pm2 \ldots$.

Similarly,

$$\hat{S}_2(t) = A_1 S_1(t) \sin \varphi_1 + A_2 S_2(t) \cos \varphi_2 \qquad (18)$$

The above equations can be expressed in matrix form as:

$$\begin{bmatrix} \hat{S}_1(t) \\ \hat{S}_2(t) \end{bmatrix} = \begin{bmatrix} A_1\cos\phi_1 & -A_2\sin\phi_2 \\ A_1\sin\phi_1 & A_2\cos\phi_2 \end{bmatrix}\begin{bmatrix} S_1(t) \\ S_2(t) \end{bmatrix} \qquad (19)$$

After inversion

$$\begin{bmatrix} S_1(t) \\ S_2(t) \end{bmatrix} = \frac{1}{\cos(\phi_1-\phi_2)}\begin{bmatrix} \frac{\cos\phi_2}{A_1} & \frac{\sin\phi_1}{A_1} \\ -\frac{\sin\phi_2}{A_2} & \frac{\cos\phi_1}{A_2} \end{bmatrix}\begin{bmatrix} \hat{S}_1(t) \\ \hat{S}_2(t) \end{bmatrix} \qquad (20)$$

$$\begin{bmatrix} S_1(t) \\ S_2(t) \end{bmatrix} = \frac{1}{\cos(\phi_1-\phi_2)}\begin{bmatrix} \frac{\cos\phi_2}{A_1} & \frac{\sin\phi_1}{A_1} \\ -\frac{\sin\phi_2}{A_2} & \frac{\cos\phi_1}{A_2} \end{bmatrix}\begin{bmatrix} D_1(t) \\ D_2(t) \end{bmatrix} S(t) \qquad (21)$$

Then

$$\begin{bmatrix} S_1(t) \\ S_2(t) \end{bmatrix} = \begin{bmatrix} \overline{D}_1(t) \\ \overline{D}_2(t) \end{bmatrix} S(t) \qquad (22)$$

Where $\overline{D}_i(t)$ are modified demodulation functions, given by:

$$\begin{bmatrix} \overline{D}_1(t) \\ \overline{D}_2(t) \end{bmatrix} = \frac{1}{\cos(\phi_1-\phi_2)}\begin{bmatrix} \frac{\cos\phi_2\sin\omega t + \sin\phi_1\cos\omega t}{A_1} \\ \frac{-\sin\phi_2\sin\omega t + \cos\phi_1\cos\omega t}{A_2} \end{bmatrix} \qquad (23)$$

The modified demodulation functions have the form

$$\overline{D}_i(t) = \sum_{j=1}^{N} \alpha_j \Phi_j(t) \qquad (24)$$

Choosing the coefficients $\alpha_j$ to eliminate crosstalk configures the modulator.

In one embodiment, the coefficients $\alpha_j$ can be fixed coefficients computed using known properties of the system. However, as system properties change over time, such fixed coefficients may lead to unacceptably high levels of crosstalk. Moreover, variations from device to device may cause the fixed coefficients to give unacceptably high levels of crosstalk.

Higher performance (that is, lower crosstalk) can be obtained by computing the coefficients as part of a system calibration or initialization procedure. Such calibration can be performed during system startup (e.g., when the system is turned on, or when the system begins processing data,

14

etc.) and/or at regular intervals. In one embodiment, the adjuster algorithm **450** computes the coefficients $\alpha_j$ from the calibration data. In one embodiment, the coefficients $\alpha_j$ are chosen by making four calibration-type measurements to measure four parameters $\xi_{11}$, $\xi_{12}$, $\xi_{21}$, and $\xi_{22}$ where:

$$\xi_{11} = \hat{S}_1|_{S_1=A,S_2=0} = A\alpha_1 \cos \varphi_1 \qquad (25)$$

$$\xi_{12} = \hat{S}_1|_{S_1=0,S_2=B} = -B\alpha_2 \sin \varphi_2 \qquad (26)$$

$$\xi_{21} = \hat{S}_2|_{S_1=A,S_2=0} = A \alpha_1 \sin \varphi_1 \qquad (27)$$

$$\xi_{22} = \hat{S}_2|_{S_1=0,S_2=B} = B\alpha_2 \cos \varphi_2 \qquad (28)$$

where A and B are amplitudes. Then

$$a_1 = \frac{\sqrt{\xi_{11}^2 + \xi_{21}^2}}{A} \qquad (29)$$

$$a_2 = \frac{\sqrt{\xi_{12}^2 + \xi_{22}^2}}{B} \qquad (30)$$

$$\tan\phi_1 = \frac{\xi_{21}}{\xi_{11}} \qquad (31)$$

$$\tan\phi_2 = -\frac{\xi_{12}}{\xi_{22}} \qquad (32)$$

From the above equations, it is evident that crosstalk depends only on $\varphi_1$ and $\varphi_2$. Moreover, $\varphi_1$ and $\varphi_2$ can be chosen to eliminate crosstalk without knowing A or B. This is useful for systems such as pulse oximetry systems where absolute measurements of a channel are difficult or impractical, but where relative measurements (e.g., channel-to-channel measurements) are practical.

The demodulation signals $D_i(t)$ can be generated using the values of $\varphi_1$ and $\varphi_2$ from the above equations. Alternatively, the demodulation signals $D_i(t)$ can be generated from quadrature components as:

$$D_1(t) = b_{11} \sin \omega t + b_{12} \cos \omega t \qquad (33)$$

$$D_2(t) = b_{21} \sin \omega t + b_{22} \cos \omega t \qquad (34)$$

where the coefficients $b_{ij}$ are computed from $\varphi_1$ and $\varphi_2$.

In one embodiment, the demodulation functions are adapted from baseline coefficients, which are then improved through a calibration or initialization procedure to produce actual coefficients. The baseline coefficients are typically obtained from known properties of the system. The actual coefficients are usually relatively close in value to the baseline coefficients. This provides one way to assess the operational status of the system and to evaluate the calibration procedure. In one embodiment, if the actual coefficients are too different from the baseline parameters then it is assumed that the calibration procedure failed in some manner or that the equipment has failed in some manner, and appropriate measures can be taken (e.g., alert the operator, sound a warning, etc.)

US 9,861,305 B1

15

16

To find the actual coefficients, the demodulation functions are initially given by:

$$D_1(t) = \alpha_{11}\sin\omega t + \alpha_{12}\cos\omega t \tag{35}$$

$$D_2(t) = \alpha_{21}\sin\omega t + \alpha_{22}\cos\omega t \tag{36}$$

Where the coefficients $\alpha_{ij}$ are the baseline coefficients determined from known or assumed properties of the signal S(t). For example, in one embodiment $\alpha_{ij} = \delta_{ij}$. In one embodiment, where initial estimates are available for $\varphi_1$ and $\varphi_2$, then the values of $\alpha_{ij}$ can be computed as discussed above.

The crosstalk reduction obtained using demodulation functions based on the coefficients $\alpha_{ij}$ can often be improved by computing new coefficients $\overline{\alpha}_{ij}$ and corresponding new demodulation functions $\overline{D}_i(t)$ where:

$$\overline{D}_1(t) = \overline{\alpha}_{11}\sin\omega t + \overline{\alpha}_{12}\cos\omega t \tag{37}$$

$$\overline{D}_2(t) = \overline{\alpha}_{21}\sin\omega t + \overline{\alpha}_{22}\cos\omega t \tag{38}$$

The process of finding the coefficients $\overline{\alpha}_{ij}$ begins by measuring two data sets, $x_1(t)$ and $x_2(t)$, as follows:

$$x_1(t) = S(t)|_{S_1 = A, S_2 = 0} \tag{39}$$

$$x_2(t) = S(t)|_{S_1 = 0, S_2 = B} \tag{40}$$

The data sets $x_1(t)$ and $x_2(t)$ are used to enforce the following constraint:

$$\int_0^{nT} x_i(t)\overline{D}_i(t)d = 0 \tag{41}$$

where i=1, 2, n=1, 2, 3 . . . , and T is a time period corresponding to one complete modulation cycle. From the above constraint and the definitions of the demodulation functions, it follows that:

$$\overline{\alpha}_{11}\int_0^{nT} x_1(t)\sin\omega t dt + \overline{\alpha}_{12}\int_0^{nT} x_1(t)\cos\omega t dt = 0 \tag{42}$$

$$\overline{\alpha}_{21}\int_0^{nT} x_2(t)\sin\omega t dt + \overline{\alpha}_{22}\int_0^{nT} x_2(t)\cos\omega t dt = 0 \tag{43}$$

It is convenient to define

$$\gamma_{11} = \int_0^{nT} x_1(t)\sin\omega t dt \tag{44}$$

$$\gamma_{12} = \int_0^{nT} x_1(t)\cos\omega t dt \tag{45}$$

$$\gamma_{21} = \int_0^{nT} x_2(t)\sin\omega t dt \tag{46}$$

$$\gamma_{22} = \int_0^{nT} x_2(t)\cos\omega t dt \tag{47}$$

and to define

$$\beta_{ij} = \frac{\gamma_{ij}}{\left[\sum_k \gamma_{ik}^2\right]^{1/2}} \tag{48}$$

where

$$\sum_k \beta_{ik}^2 = 1 \tag{49}$$

Then

$$\overline{\alpha}_{11}\beta_{11} = \overline{\alpha}_{12}\beta_{12} = 0 \tag{50}$$

$$\overline{\alpha}_{21}\beta_{21} = \overline{\alpha}_{22}\beta_{22} = 0 \tag{51}$$

In one embodiment, to reduce crosstalk, it is desired to find the coefficients $\overline{\alpha}_{ij}$ closest (in the sense of minimizing some specified error, such as, for example, a least squared error) to the coefficients $\alpha_{ij}$ such that the above constraints are satisfied. One solution, obtained by minimizing the least squared error is:

$$\overline{\alpha}_{ij} = \alpha_{ij} - \left(\sum_k \alpha_{ik}\beta_{ik}\right)\beta_{ij} \tag{52}$$

The term in parentheses can be described as the baseline crosstalk.

One of ordinary skill in the art will recognize that optimization methods other than least squares can be used. The solution methods for configuration are, for simplicity, described above in terms of a two-channel system. Using the above teachings, the extension to multi-channel systems is straightforward.

In one embodiment, systems with more than two channels can be calibrated using data from multiple calibration data sets. The calibration data sets can use different combinations of sources and/or different activation patterns of sources to provide additional information for calibration. Thus for example, in one embodiment, calibration measurements are obtained by activating the sources one at a time (with the other sources off) and calibration measurements are also obtained by deactivating one source at a time (with the other sources on). Both sets of calibrations measurements can then be used (in whole or in part) to calculate demodulation information.

In one such procedure for a system with 8 sources, data sets $x_1$-$x_{16}$ are obtained using the following activation patterns as follows:

$x_1$=LED 1 on (others off)

$x_2$=LED 2 on (others off)

.

.

.

US 9,861,305 B1

17

$x_8$=LED 8 on (others off)

$x_9$=LED 1 off (others on)

$x_{10}$=LED 2 off (others on)

.

.

.

$x_{16}$=LED 8 off (others on)

Then using the functions:

$$\phi_{2j,k} = \sin\left(2\pi f_j \frac{k}{T} + HW_j\right)$$

$$\phi_{2j+1,k} = \cos\left(2\pi f_j \frac{k}{T} + HW_j\right)$$

where $HW_j$ are hardware coefficients (such as, for example, known delays in the system), and $f_j$ are the modulation frequencies, then the $\zeta$ matrix can be computed as

$$\zeta_{i,j} = \sum_{k=1}^{\#\,points} x_{i,k}\phi_{j,k}$$

$$\zeta = \underbrace{\left[\begin{array}{ccc} \zeta_{1,1} & \cdots\cdots & \zeta_{1,8} \\ \vdots & & \vdots \\ \zeta_{8,1} & & \zeta_{8,8} \\ \vdots & & \vdots \\ \zeta_{16,1} & \cdots\cdots & \zeta_{16,8} \end{array}\right]}_{2\cdot order} \Bigg\} \text{number of channels}$$

Then, under the assumption that the number of channels is equal to 2 time the order, to compute the demodulation coefficients for channel j' the $\Lambda$ matrix can be computed as:

$$\Lambda = \underbrace{\left[\begin{array}{ccc} \zeta_{1,1} & \cdots & \zeta_{1,8} \\ \vdots & & \vdots \\ \zeta_{8,1} & & \zeta_{8,8} \\ \zeta_{8+j',1} & \cdots & \zeta_{8+j',8} \end{array}\right]}_{2\cdot order} \Bigg\} 2 order + 1$$

The QR decomposition of $\Lambda$ returns Q and R matrices where:
  Q is (2×order+1)×(2×order+1)
  R is (2×order+1)×(2×order)
Define

$j=1 \ldots 8=2 \times order$

$k=1 \ldots 8=2 \times order$

$A_{j,k}=R_{j,k}$ $b_k=Q_{j,k}\leftarrow j$'th row but only 2×order values

18

Then calculate where $\vec{\beta}$ where

$$\beta_{2\cdot order} = \frac{b_{2\cdot order}}{A_{2\cdot order,2\cdot order}}$$

and for i=2·order−1, . . . , 1

$$\beta_i = \frac{\left(b_i - \sum_{j=i+1}^{2\cdot order} A_{i,j}\beta_j\right)}{A_{i,i}}$$

After normalizing $\vec{\beta}$ by

$$\hat{\beta} = \frac{\vec{\beta}}{|\vec{\beta}|}$$

Then the new demodulation coefficient vectors are given by:

$$\hat{\alpha}_j = (\vec{\alpha}_j \cdot \hat{\beta})\hat{\beta}_j$$

where $\vec{\alpha}_j$ are the baseline and/or previous demodulation coefficient vectors.

To test crosstalk for the j$^{th}$ channel, compute

$$\xi_k = \sum_{i=1}^{2\cdot order} \zeta_{k,i}\hat{\alpha}_i \text{ (where $\hat{\alpha}$ corresponds to the $j^{th}$ channel)}$$

if k2≤2· order then:
when the j$^{th}$ channel is on:

$$crosstalk_{k*j} = 20\log\left(\frac{\xi_k}{\xi_j}\right)$$

when the j$^{th}$ is channel off

$$crosstalk_{k*j+2order} = 20\log\left(\frac{\xi_{k+2\cdot order}}{\xi_{j+2\cdot order}}\right)$$

The example above uses 8 sources by way of example and not by way of limitation. One of ordinary skill in the art will further recognize that other combinations and activation patterns can be used as well. For example, in one embodiment calibration measurements are obtained using activation patterns sources (LEDs) when less than half of the sources are activated, and calibration measurements are obtained using combinations when more than half of the sources are activated. With N sources, up to $2^N$ different combinations of activation patterns are possible using the N sources. Thus, one of ordinary skill in the art will recognize that in various embodiments, the demodulation coefficients can be calculated using calibration data from many different activation patterns of activated and deactivated sources. Further, in the above example, the number of channels was equal to 2 times the order. One of ordinary skill in the art will recognize that the above analysis can also be used whenever number of channels is less than or equal to 2×order.

Although described above in connection with a particular embodiment of the present invention, it should be understood the description of the embodiment is illustrative of the

US 9,861,305 B1

19

invention and are not intended to be limiting. Although described above in connection with a pulse oximetry system wherein a parameter to be measured is the attenuation of red and infrared light passing through a portion of a subject's body, it should be understood that the method and apparatus described herein can also be used for other measurements where two or more signals are passed through a system to be analyzed. In particular, the present invention can be used to demodulate two combined parametric signals responsive to the system to be analyzed where the two parametric signals have a predetermined timing relationship between them, as described herein. The invention can be used in connection with various physiological parameter measurement systems, such as, for example, systems that measure blood constituents, blood oxygen carboxyhemoglobin, methemoglobin, glucose, etc. Various modifications and applications may occur to those skilled in the art without departing from the true spirit and scope of the invention as defined in the appended claims.

What is claimed is:

**1**. An apparatus for measuring one or more blood constituents in a subject using a plurality of light emitters configured to emit different wavelengths of light one at a time during physiological measurements, said apparatus comprising:

a first light emitter which, during normal operation, emits light of a first wavelength during a first time interval;

a second light emitter which, during normal operation, emits light of a second wavelength during a second time interval;

a third light emitter which, during normal operation, emits light of a third wavelength during a third time interval;

a detector which detects the light emitted by the first, second and third signal sources after attenuation by tissue of a patient, said detector generating a detector output signal responsive to the detected light; and

a signal processor which receives said detector output signal, said signal processor configured to demodulate said detector output signal by applying a first demodulation signal to a signal responsive to said detector output signal to generate a first demodulator output signal corresponding to the light of the first wavelength, applying a second demodulation signal to said signal responsive to said detector output signal to generate a second demodulator output signal corresponding to the light of the second wavelength, and applying a third demodulation signal to said signal responsive to said detector output signal to generate a third demodulator output signal corresponding to the light of the third wavelength, said signal processor configured to select said first demodulation signal, said second demodulation signal and said third demodulation signal to reduce crosstalk between said first, second, and third demodulator signals using, at least in part, calibration data, wherein said calibration data comprises calibration data from a calibration procedure wherein said first light emitter, said second light emitter, and said third light emitter are operated two at a time during a second modulation operation period.

**2**. An apparatus for measuring one or more parameters in a subject using a plurality of light emitters configured to emit different wavelengths of light one at a time during physiological measurements, said apparatus comprising:

three or more sources;

at least one detector configured to sense electromagnetic radiation produced by said three or more sources, the detector outputting a detector signal; and

20

a signal processor which receives said detector output signal, said signal processor configured to demodulate said detector output signal by applying a first demodulation signal to detector signal to generate a first demodulator output signal, applying a second demodulation signal to said detector signal to generate a second demodulator output signal, and applying a third demodulation signal to said detector signal to generate a third demodulator output signal, said signal processor configured to select said first demodulation signal, said second demodulation signal and said third demodulation signal to reduce crosstalk between said first, second, and third demodulator signals using calibration data, wherein said calibration data is obtained by activating said three or more sources according to a set of activation patterns, wherein the number of activation patterns is greater than the number of sources in said three or more sources.

**3**. The apparatus of claim **2**, wherein said activation patterns comprise a first set of patterns wherein each of said three or more sources is activated singly, and a second set of patterns wherein each of said three or more sources is deactivated singly.

**4**. The apparatus of claim **2**, wherein said activation patterns comprise patterns wherein each of said three or more sources is activated one at a time.

**5**. The apparatus of claim **2**, wherein said activation patterns comprise patterns wherein each of said three or more sources is de-activated one at a time.

**6**. An apparatus for measuring one or more blood constituents in a subject using a plurality of light emitters configured to emit different wavelengths of light one at a time during physiological measurements, said apparatus comprising:

a first signal source which applies a first input signal during a first time interval during normal physiological measurements;

a second signal source which applies a second input signal during a second time interval during normal physiological measurements;

a third signal source which applies a third input signal during a third time interval during normal physiological measurements;

a detector which detects a first parametric signal responsive to said first input signal passing through a portion of said subject having blood therein and which detects a second parametric signal responsive to said second input signal passing through said portion of said subject, and a third parametric signal responsive to said third input signal, said detector generating a detector output signal responsive to said first, second, and third parametric signals; and

a signal processor which receives said detector output signal, said signal processor demodulating said detector output signal by applying a first demodulation signal to a signal responsive to said detector output signal to generate a first demodulator output signal and applying a second demodulation signal to said signal responsive to said detector output signal to generate a second demodulator output signal, said first demodulation signal determined at least in part from a first dataset wherein each of said first, second, and third sources are activated one at a time and a second dataset wherein each of said first, second, and third sources are deactivated one at a time.

**7**. The apparatus of claim **6**, wherein at least a portion of said first dataset comprises turning on only one of said first,

US 9,861,305 B1

21                                                22

second, or third signal sources and measuring the crosstalk between one of the parametric signals and the non-corresponding output signals.

**8**. The apparatus of claim **6**, wherein at least a portion of said first dataset comprises turning off only one of said first, second, or third signal sources and measuring the crosstalk between one of the parametric signals and the non-corresponding output signals.

**9**. The apparatus of claim **6**, wherein at least a portion of said first dataset comprises a set of activation patterns wherein less than half of said signal sources are active in each pattern.

**10**. The apparatus of claim **6**, wherein at least a portion of said first dataset comprises a set of activation patterns wherein more than half of said signal sources are active in each pattern.

**11**. The apparatus of claim **6**, further comprising a fourth source and wherein at least a portion of said first dataset comprises a set of unique activation patterns wherein a plurality of said sources are active and a plurality of said sources are not active in each pattern.

**12**. The apparatus of claim **6**, further comprising a fourth source and a fifth source and wherein at least a portion of said first dataset is obtained using a set of activation patterns wherein a plurality of said sources are active and a plurality of said sources are not active in each pattern and where each activation pattern is different.

\*    \*    \*    \*    \*

# Exhibit 21

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

Case 8:20-cv-00048-JVS-JDE   Document 360-8   Filed 12/30/20   Page 515 of 834   Page ID #:26064

US 20040024297A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2004/0024297 A1

Chen et al. (43) Pub. Date: Feb. 5, 2004

(54) METHOD FOR SPECTROPHOTOMETRIC BLOOD OXYGENATION MONITORING

(75) Inventors: **Bo Chen**, Derby, CT (US); **Paul B. Benni**, Stamford, CT (US)

Correspondence Address:
**Richard D. Getz**
**McCormick, Paulding & Huber LLP**
**CityPlace II**
**185 Asylum Street**
**Hartford, CT 06103 (US)**

(73) Assignee: **CAS Medical Systems, Inc.**, Branford, CT

(21) Appl. No.: 10/628,068

(22) Filed: Jul. 24, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/398,937, filed on Jul. 26, 2002. Provisional application No. 60/407,277, filed on Aug. 30, 2002.

**Publication Classification**

(51) Int. Cl.$^7$ ...................................................... A61B 5/00

(52) U.S. Cl. ............................................................. 600/323

(57) **ABSTRACT**

A method and apparatus for non-invasively determining the blood oxygen saturation level within a subject's tissue is provided that utilizes a near infrared spectrophotometric (NIRS) sensor capable of transmitting a light signal into the tissue of a subject and sensing the light signal once it has passed through the transmitting a light signal into the subject's tissue, wherein the transmitted light signal includes a first wavelength, a second wavelength, and a third wavelength; (2) sensing a first intensity and a second intensity of the light signal, along the first, second, and third wavelengths after the light signal travels through the subject at a first and second predetermined distance; (3) determining an attenuation of the light signal for each of the first, second, and third wavelengths using the sensed first intensity and sensed second intensity of the first, second, and third wavelengths; (4) determining a difference in attenuation of the light signal between the first wavelength and the second wavelength, and between the first wavelength and the third wavelength; and (5) determining the blood oxygen saturation level within the subject's tissue using the difference in attenuation between the first wavelength and the second wavelength, and the difference in attenuation between the first wavelength and the third wavelength.







Transmit Light Signal into Tissue at First Intensity (i.e., a "First Light Signal Intensity") along at least a First, a Second, and a Third Predetermined Wavelengths Using a NIRS Sensor
Sensing a First Intensity and a Second Intensity of the Light Signal After the Light Signal Travels Through the Subject at a First Predetermined Distance and a Second Predetermined Distance
Determine Attenuation of the Light Signal along the Predetermined Wavelengths Using the First and Second Light Signal Intensities
Determine the Difference in Attenuation as a function of Wavelength: i.e., between the First and the Second Predetermined Wavelengths, and between the First and the Third Predetermined Wavelengths
Empirically Determine Venous Blood Oxygen Saturation Level and Arterial Blood Oxygen Saturation Level Within the Tissue
Determine Calibration Constants $\Psi_{Hb02}$ and $\Psi_{Hb}$ Using the Empirically Determined Venous and Arterial Blood Oxygen Saturation Levels, Light Signal Attenuation and Statistical Analysis
Calibrate the NIRS Sensor

FIG. 4

1

## METHOD FOR SPECTROPHOTOMETRIC BLOOD OXYGENATION MONITORING

[0001] This application claims the benefit of the filing date of U.S. Provisional Applications 60/398,937, filed Jul. 26, 2002, and No. 60/407,277 filed Aug. 30, 2002.

[0002] This invention was made with Government support under Contract No. 1 R43NS045488-01 awarded by the Department of Health & Human Services. The Government has certain rights in the invention.

### BACKGROUND OF THE INVENTION

[0003] 1. Technical Field

[0004] This invention relates to methods for non-invasively determining biological tissue oxygenation in general, and to non-invasive methods utilizing near-infrared spectroscopy (NIRS) techniques in particular.

[0005] 2. Background Information.

[0006] The molecule that carries the oxygen in the blood is hemoglobin. Oxygenated hemoglobin is called oxyhemoglobin ($HbO_2$) and deoxygenated hemoglobin is deoxyhemoglobin (Hb). Total hemoglobin is the summation of the two states of hemoglobin (Total Hb=$HbO_2$+Hb), and is proportional to relative blood volume changes, provided that the hematocrit or hemoglobin concentration of the blood is unchanged. The mammalian cardiovascular system consists of a blood pumping mechanism (the heart), a blood transportation system (blood vessels), and a blood oxygenation system (the lungs). Blood oxygenated by the lungs passes through the heart and is pumped into the arterial vascular system. Under normal conditions, oxygenated arterial blood consists predominately of $HbO_2$. Large arterial blood vessels branch off into smaller branches called arterioles, which profuse throughout biological tissue. The arterioles branch off into capillaries, the smallest blood vessels. In the capillaries, oxygen carried by hemoglobin is transported to the cells in the tissue, resulting in the release of oxygen molecules ($HbO_2 \Rightarrow Hb$). Under normal conditions, only a fraction of the $HbO_2$ molecules give up oxygen to the tissue, depending on the cellular metabolic need. The capillaries then combine together into venules, the beginning of the venous circulatory system. Venules then combine into larger blood vessels called veins. The veins further combine and return to the heart, and then venous blood is pumped to the lungs. In the lungs, deoxygenated hemoglobin Hb collects oxygen becoming $HbO_2$ again and the circulatory process is repeated.

[0007] Oxygen saturation is defined as:

$$O_2 \text{ saturation } \% = \frac{HbO_2}{(HbO_2 + Hb)} * 100\% \qquad \text{(Eqn. 1)}$$

[0008] In the arterial circulatory system under normal conditions, there is a high proportion of $HbO_2$ to Hb, resulting in an arterial oxygen saturation (defined as $SaO_2$%) of 95-100%. After delivery of oxygen to tissue via the capillaries, the proportion of $HbO_2$ to Hb decreases. Therefore, the measured oxygen saturation of venous blood (defined as $SvO_2$%) is lower and may be about 70%.

[0009] One spectrophotometric method, called pulse oximetry, determines arterial oxygen saturation ($SaO_2$) of peripheral tissue (i.e. finger, ear, nose) by monitoring pulsatile optical attenuation changes of detected light induced by pulsatile arterial blood volume changes in the arteriolar vascular system. The method of pulse oximetry requires pulsatile blood volume changes in order to make a measurement. Since venous blood is not pulsatile, pulse oximetry cannot provide any information about venous blood.

[0010] Near-infrared spectroscopy (NIRS) is an optical spectrophotometric method of continually monitoring tissue oxygenation that does not require pulsatile blood volume to calculate parameters of clinical value. The NIRS method is based on the principle that light in the near-infrared range (700 to 1,000 nm) can pass easily through skin, bone and other tissues where it encounters hemoglobin located mainly within micro-circulation passages; e.g., capillaries, arterioles, and venules. Hemoglobin exposed to light in the near infra-red range has specific absorption spectra that varies depending on its oxidation state; i.e., oxyhemoglobin ($HbO_2$) and deoxyhemoglobin (Hb) each act as a distinct chromophore. By using light sources that transmit near-infrared light at specific different wavelengths, and measuring changes in transmitted or reflected light attenuation, concentration changes of the oxyhemoglobin ($HbO_2$) and deoxyhemoglobin (Hb) can be monitored. The ability to continually monitor cerebral oxygenation levels is particularly valuable for those patients subject to a condition in which oxygenation levels in the brain may be compromised, leading to brain damage or death.

[0011] The apparatus used in NIRS analysis typically includes a plurality of light sources, one or more light detectors for detecting reflected or transmitted light, and a processor for processing signals that represent the light emanating from the light source and the light detected by the light detector. Light sources such as light emitting diodes (LEDs) or laser diodes that produce light emissions in the wavelength range of 700-1000 nm at an intensity below that which would damage the biological tissue being examined are typically used. A photodiode or other light source detector is used to detect light reflected from or passed through the tissue being examined. The processor takes the signals from the light sources and the light detector and analyzes those signals in terms of their intensity and wave properties.

[0012] It is known that relative changes of the concentrations of $HbO_2$ and Hb can be evaluated using apparatus similar to that described above, including a processor programmed to utilize a variant of the Beer-Lambert Law, which accounts for optical attenuation in a highly scattering medium like biological tissue. The modified Beer-Lambert Law can be expressed as:

$$A_\lambda - log(I/I_o)_\lambda = \alpha_\lambda * C * d * B_\lambda + G \qquad \text{(Eqn.2)}$$

[0013] wherein "$A_\lambda$" represents the optical attenuation in tissue at a particular wavelength λ (units: optical density or OD); "$I_o$" represents the incident light intensity (units: W/cm²); "I" represents the detected light intensity; "$\alpha_\lambda$" represents the wavelength dependent absorption coefficient of the chromophore (units: $OD*cm^{-1}*\mu M^{-1}$); "C" represents the concentration of chromophore (units: μM); "d" represents the light source to detector (optode) separation distance (units: cm); "$B_\lambda$" represents the wavelength depen-

US 2004/0024297 A1

2

Feb. 5, 2004

dent light scattering differential pathlength factor (unitless); and "G" represents light attenuation due to scattering within tissue (units: OD). The product of "d*$B_\lambda$" represents the effective pathlength of photon traveling through the tissue.

[0014] Absolute measurement of chromophore concentration (C) is very difficult because G is unknown or difficult to ascertain. However, over a reasonable measuring period of several hours to days, G can be considered to remain constant, thereby allowing for the measurement of relative changes of chromophore from a zero reference baseline. Thus, if time $t_1$ marks the start of an optical measurement (i.e., a base line) and time $t_2$ is an arbitrary point in time after $t_1$, a change in attenuation ($\Delta A$) between $t_1$ and $t_2$ can be calculated, and variables G and $I_o$ will cancel out providing that they remain constant.

[0015] The change in chromophore concentration ($\Delta C = C(t_2) - C(t_1)$) can be determined from the change in attenuation $\Delta A$, for example using the following equation derived from the modified Beer-Lambert Law:

$$\Delta A_\lambda = -log(I_{t2}/I_{t1})_\lambda = \alpha_\lambda {}^* \Delta C {}^* d {}^* B_\lambda \qquad \text{(Eqn.3)}$$

[0016] Presently known NIRS algorithms that are designed to calculate the relative change in concentration of more than one chromophore use a multivariate form of Equation 2 or 3. To distinguish between, and to compute relative concentration changes in, oxyhemoglobin ($\Delta HbO_2$) and deoxyhemoglobin ($\Delta Hb$), a minimum of two different wavelengths are typically used. The concentration of the $HbO_2$ and Hb within the examined tissue is determined in $\mu$moles per liter of tissue ($\mu$M).

[0017] The above-described NIRS approach to determining oxygenation levels is useful, but it is limited in that it only provides information regarding a change in the level of oxygenation within the tissue. It does not provide a means for determining the absolute value of oxygen saturation within the biological tissue.

[0018] At present, information regarding the relative contributions of venous and arterial blood within tissue examined by NIRS is either arbitrarily chosen or is determined by invasive sampling of the blood as a process independent from the NIRS examination. For example, it has been estimated that NIRS examined brain tissue comprising about 60 to 80% blood venous and about 20 to 40% arterial blood. Blood samples from catheters placed in venous drainage sites such as the internal jugular vein, jugular bulb, or sagittal sinus have been used to evaluate NIRS measurements. Results from animal studies have shown that NIRS interrogated tissue consists of a mixed vascular bed with a venous-to-arterial ratio of about 2:1 as determined from multiple linear regression analysis of sagittal sinus oxygen saturation (SssO$_2$) and arterial oxygen saturation (SaO$_2$). An expression representing the mixed venous/arterial oxygen saturation (SmvO$_2$) in NIRS examined tissue is shown by the equation:

$$SmvO_2 = Kv {}^* SvO_2 + Ka {}^* SaO_2 \qquad \text{(Eqn.4)}$$

[0019] where "SvO$_2$" represents venous oxygen saturation; "SaO$_2$" represents arterial oxygen saturation; and Kv and Ka are the weighted venous and arterial contributions respectively, with Kv+Ka=1. The parameters Kv and Ka may have constant values, or they may be a function of SvO$_2$ and SaO$_2$. Determined oxygen saturation from the internal jugular vein (SijvO$_2$), jugular bulb (SjbO$_2$), or sagittal sinus

(SssO$_2$) can be used to represent SvO$_2$. Therefore, the value of each term in Equation 4 is empirically determined, typically by discretely sampling or continuously monitoring and subsequently evaluating patient arterial and venous blood from tissue that the NIRS sensor is examining, and using regression analysis to determine the relative contributions of venous and arterial blood independent of the NIRS examination.

[0020] To non-invasively determine oxygen saturation within tissue at certain depth, it is necessary to limit the influence from the superficial tissues. For example, to determine brain oxygen saturation of adult human with NIRS technology, the contamination from extracranial tissue (scalp and skull) must be eliminated or limited.

[0021] What is needed, therefore, is a method for non-invasively determining the level of oxygen saturation within biological tissue that can determine the absolute oxygen saturation value rather than a change in level; a method that provides calibration means to account for energy losses (i.e. light attenuation) due to light scattering within tissue, other background absorption losses from biological compounds, and other unknown losses including measuring apparatus variability; and a method that can non-invasively determine oxygen saturation within tissue at certain depth by limiting the influence from the superficial tissues.

DISCLOSURE OF THE INVENTION

[0022] It is, therefore, an object of the present invention to provide a method for non-invasively determining the absolute oxygen saturation value within biological tissue.

[0023] It is a further object of the present invention to provide a method that provides calibration means to account for energy losses due to scattering as well as other background absorption from biological compounds.

[0024] It is a still further object of the present invention to provide a method that can non-invasively determine oxygen saturation within tissue at certain depth that limits the influence from the superficial tissues.

[0025] According to the present invention, a method and apparatus for non-invasively determining the blood oxygen saturation level within a subject's tissue is provided that utilizes a near infrared spectrophotometric (NIRS) sensor capable of transmitting a light signal into the tissue of a subject and sensing the light signal once it has passed through the tissue via transmittance or reflectance. The method includes the steps of: (1) transmitting a light signal into the subject's tissue, wherein the transmitted light signal includes a first wavelength, a second wavelength, and a third wavelength; (2) sensing a first intensity and a second intensity of the light signal, along the first, second, and third wavelengths after the light signal travels through the subject at a first and second predetermined distance; (3) determining an attenuation of the light signal for each of the first, second, and third wavelengths using the sensed first intensity and sensed second intensity of the first, second, and third wavelengths; (4) determining a difference in attenuation of the light signal between the first wavelength and the second wavelength, and between the first wavelength and the third wavelength; and (5) determining the blood oxygen saturation level within the subject's tissue using the difference in attenuation between the first wavelength and the second

3

wavelength, and the difference in attenuation between the first wavelength and the third wavelength.

[0026] The present method makes it possible to account for energy losses (i.e. light attenuation) due to light scattering within tissue, other background absorption losses from biological compounds, and other unknown losses including measuring apparatus variability. By determining differential attenuation as a function of wavelength, the energy losses due to scattering as well as other background absorption from biological compounds are cancelled out or minimized relative to the attenuation attributable to deoxyhemoglobin, and attenuation attributable to oxyhemoglobin.

[0027] In order to account for the resulting minimized differential attenuation attributable to tissue light scattering characteristics, fixed light absorbing components, and measuring apparatus characteristics, each of the parameters must be measured or calibrated out. Since direct measurement is difficult, calibration to empirically determined data combined with data developed using the NIRS sensor is performed by using regression techniques. The empirically determined data is collected at or about the same time the data is developed with the NIRS sensor. Once the calibration parameters associated with attenuation attributable to tissue light scattering characteristics, fixed light absorbing components, and measuring apparatus characteristics have been determined, the NIRS sensor can be calibrated.

[0028] The calibrated sensor can then be used to accurately and non-invasively determine the total oxygen saturation level in the original subject tissue or other subject tissue. In addition, if effective pathlength of photon traveling through the tissue is known, for example, the separation distance ("d") between the light source to the light detector is known or is determinable, and the value of "$B_\lambda$", which represents the wavelength dependent light scattering differential pathlength factor, then the total amount of concentrations of deoxyhemoglobin (Hb) and oxyhemoglobin (HbO₂) within the examined tissue can be determined using the present method and apparatus.

[0029] The calibrated sensor can be used subsequently to calibrate similar sensors without having to invasively produce a blood sample. Hence, the present method and apparatus enables a non-invasive determination of the blood oxygen saturation level within tissue. For example, an operator can create reference values by sensing a light signal or other reference medium using the calibrated sensor. The operator can then calibrate an uncalibrated sensor by sensing the same light signal or reference medium, and subsequently adjusting the uncalibrated sensor into agreement with the calibrated sensor. Hence, once a reference sensor is created, other similar sensors can be calibrated without the need for invasive procedure.

[0030] There are, therefore, several advantages provided by the present method and apparatus. Those advantages include: 1) a practical non-invasive method and apparatus for determining oxygen saturation within tissue that can be used to determine the total blood oxygen saturation within tissue as opposed to a change in blood oxygen saturation; 2) a calibration method that accounts for energy losses (e.g., light attenuation) due to light scaterng within tissue, other background absorption losses from biological compounds, and other unknown losses including measuring apparatus variability; and 3) a practical non-invasive method and

apparatus for determining oxygen saturation within tissue that can distinguish between the contribution of oxygen saturation attributable to venous blood and that saturation attributable to arterial blood; 4) a practical non-invasive method and apparatus for determining oxygen saturation within tissue at certain depth that limits the influence from the superficial tissues.

[0031] In an alternative embodiment, aspects of the above-described methodology are combined with pulse oximetry techniques to provide a noninvasive method of distinguishing between blood oxygen saturation within tissue that is attributable to venous blood and that which is attributable to arterial blood. Pulse oximetry is used to determine arterial oxygen saturation, and the arterial oxygen saturation is, in turn, used to determine the venous oxygen saturation.

[0032] These and other objects, features, and advantages of the present invention method and apparatus will become apparent in light of the detailed description of the invention provided below and the accompanying drawings. The methodology and apparatus described below constitute a preferred embodiment of the underlying invention and do not, therefore, constitute all aspects of the invention that will or may become apparent by one of skill in the art after consideration of the invention disclosed overall herein.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0033] FIG. 1 is a diagrammatic representation of a NIRS sensor.

[0034] FIG. 2 is a diagrammatic representation of a NIRS sensor placed on a subject's head.

[0035] FIG. 3 is a diagrammatic view of a NIRS sensor.

[0036] FIG. 4 is a block diagram of the present methodology for calibrating a NIRS sensor.

[0037] FIG. 5 is a graph showing an exemplary plot of absorption coefficient vs. wavelength.

## DETAILED DESCRIPTION THE INVENTION

[0038] The present method of and apparatus for non-invasively determining the blood oxygen saturation level within a subject's tissue is provided that utilizes a near infrared spectrophotometric (NIRS) sensor that includes a transducer capable of transmitting a light signal into the tissue of a subject and sensing the light signal once it has passed through the tissue via transmittance or reflectance. The present method and apparatus can be used with a variety of NIRS sensors. The present method is not limited to use with this preferred NIRS sensor, however.

[0039] Referring to FIGS. 1-5, the preferred NIRS sensor includes a transducer portion 10 and processor portion 12. The transducer portion 10 includes an assembly housing 14 and a connector housing 16. The assembly housing 14, which is a flexible structure that can be attached directly to a subject's body, includes one or more light sources 18 and light detectors 19, 20. A disposable adhesive envelope or pad is used for mounting the assembly housing 14 easily and securely to the subject's skin. Light signals of known but different wavelengths from the light sources 18 emit through a prism assembly 22. The light sources 18 are preferably laser diodes that emit light at a narrow spectral bandwidth at predetermined wavelengths. In one embodiment, the laser

US 2004/0024297 A1

Feb. 5, 2004

4

diodes are mounted within the connector housing 16. The laser diodes are optically interfaced with a fiber optic light guide to the prism assembly 22 that is disposed within the assembly housing 14. In a second embodiment, the light sources 18 are mounted within the assembly housing 14. A first connector cable 26 connects the assembly housing 14 to the connector housing 16 and a second connector cable 28 connects the connector housing 16 to the processor portion 12. The light detector 20 includes one or more photodiodes. The photodiodes are also operably connected to the processor portion 12 via the first and second connector cables 26, 28. The processor portion 12 includes a processor for processing light intensity signals from the light sources 18 and the light detectors 19, 20.

[0040] The processor utilizes an algorithm that characterizes a change in attenuation as a function of the difference in attenuation between different wavelengths. The present method advantageously accounts for but minimizes the effects of pathlength and parameter "E", which represent energy losses (i.e. light attenuation) due to light scattering within tissue (G), other background absorption losses from biological compounds (F), and other unknown losses including measuring apparatus variability (N). E=G+F+N.

[0041] Refer to FIG. 1, the absorption $A_{b\lambda}$ detected from the deep light detector 20 comprises of attenuation and energy loss from both the deep and shallow tissue, while the absorption $A_{x\lambda}$ detected from the shallow light detector 19 comprises of attenuation and energy loss from shallow tissue only. Absorptions $A_{b\lambda}$ and $A_{x\lambda}$ can be expressed in the form of Equation 5 and Equation 6 below which is a modified version of Equation 2 that accounts for energy losses due to "E":

$$A_{b\lambda} = -log(I_b/I_o)\lambda = \alpha_\lambda * C_b * L_b + \alpha_\lambda * C_x * L_x + E_\lambda \qquad (Eqn.5)$$

$$A_{x\lambda} = log(I_x/I_o)\lambda = \alpha_\lambda * C_x * L_x + E_{x\lambda} \qquad (Eqn.6)$$

[0042] Substituting Equation 6, into Equation 5 yields A'$_\lambda$, which represents attenuation and energy loss from deep tissue only:

$$A'_\lambda = A_{b\lambda} - A_{x\lambda} = \alpha_\lambda * C_b * L_b + (E_\lambda - E_{x\lambda}) = -log\left(\frac{I_b}{I_x}\right)_\lambda \qquad (Eqn. 7)$$

[0043] Where L is the effective pathlength of the photon traveling through the deep tissue and A'$_1$ and A'$_2$ are the absorptions of two different wavelengths. Let E'$_\lambda$=E$_\lambda$-E$_{x\lambda}$, therefore:

$$A'_1 - A'_2 = \Delta A'_{12} \qquad (Eqn.8)$$

[0044] Substituting Equation 7 into Equation 8 for A'$_1$ and A'$_2$, $\Delta A'_{12}$ can be expressed as:

$$\Delta A'_{12} = \alpha_{\Delta 12} * C_b * L_b + \Delta E'_{12} \qquad (Eqn.9)$$

[0045] and rewritten Equation 9 in expanded form:

$$\Delta A'_{12} = \langle(\alpha_{r1} - \alpha_{r2})[Hb]_b + (\alpha_{o1} - \alpha_{o2})[HbO_2]_b\rangle L_b + (E'_1 - E'_2) \qquad (Eqn. 10)$$

$$= (\Delta \alpha_{r12} * [Hb]_b * L_b) + (\Delta \alpha_{o12} * [HbO_2]_b * L_b) + \Delta E'_{12}$$

[0046] where:

[0047] $(\Delta \alpha_{r12} * [Hb]_b * L_b)$ represents the attenuation attributable to Hb;

[0048] $(\Delta \alpha_{o12} * [HbO_2]_b * L_b)$ represents the attenuation attributable to $HbO_2$; and

[0049] $\Delta E_{12}'$ represents energy losses (i.e. light attenuation) due to light scattering within tissue, other background absorption losses from biological compounds, and other unknown losses including measuring apparatus variability.

[0050] The multivariate form of Equation 10 is used to determine $[HbO_2]_b$ and $[Hb]_b$ with three different wavelengths:

$$\begin{bmatrix} \Delta A'_{12} - \Delta E'_{12} \\ \Delta A'_{13} - \Delta E'_{13} \end{bmatrix}(L_b)^{-1} - \begin{bmatrix} \Delta \alpha_{r12} & \Delta \alpha_{o12} \\ \Delta \alpha_{r13} & \Delta \alpha_{o13} \end{bmatrix}\begin{bmatrix} [Hb]_b \\ [HbO_2]_b \end{bmatrix} \qquad (Eqn. 11)$$

[0051] Rearranging and solving for $[HbO_2]_b$ and $[Hb]_b$, simplifying the $\Delta \alpha$ matrix into $[\Delta \alpha']$:

$$\begin{bmatrix} \Delta A'_{12} \\ \Delta A'_{13} \end{bmatrix}[\Delta \alpha']^{-1}(L_b)^{-1} - \begin{bmatrix} \Delta E'_{12} \\ \Delta E'_{13} \end{bmatrix}[\Delta \alpha']^{-1}(L_b)^{-1} = \begin{bmatrix} [Hb]_b \\ [HbO_2]_b \end{bmatrix} \qquad (Eqn. 12)$$

[0052] Then combined matrices $[\Delta A'][\Delta \alpha']^{-1}=[A_c]$ and $[\Delta E][\Delta \alpha']^{-1}=[\Psi_c]$:

$$\begin{bmatrix} A_{Hb} \\ A_{HbO2} \end{bmatrix}(L_b)^{-1} - \begin{bmatrix} \Psi_{Hb} \\ \Psi_{HbO2} \end{bmatrix}(L_b)^{-1} = \begin{bmatrix} [Hb]_b \\ [HbO_2]_b \end{bmatrix} \qquad (Eqn. 13)$$

[0053] The parameters $A_{Hb}$ and $A_{HbO2}$ represent the product of the matrices $[(\Delta A_\lambda] \text{ and } [\Delta \alpha']^{-1}$ and the parameters $\Psi_{Hb}$ and $\Omega_{HbO2}$ represent the product of the matrices $[\Delta E'_\lambda]$ and $[\Delta \alpha']^{-1}$. To determine the level of cerebral blood oxygen saturation ($SnO_2$), Equation 13 is rearranged using the form of Equation 1 and is expressed as follows:

$$SnO_2\% = \frac{(A_{HbO_2} - \Psi_{HbO_2})}{(A_{HbO_2} - \Psi_{HbO_2} + A_{Hb} - \Psi_{Hb})} * 100\% \qquad (Eqn. 14)$$

[0054] Note that the effective pathlength $L_b$ cancels out in the manipulation from Equation 13 to Equation 14.

[0055] The value for $SnO_2$ is initially determined from $SmvO_2$ using Equation 4 and the empirically determined values for $SvO_2$ and $SaO_2$. The empirically determined values for $SvO_2$ and $SaO_2$ are based on data developed by discrete sampling or continuous monitoring of the subject's blood performed at or about the same time as the sensing of the tissue with the sensor. The temporal and physical proximity of the NIRS sensing and the development of the empirical data helps assure accuracy. The initial values for Kv and Ka within Equation 4 are clinically reasonable values for the circumstances at hand. The values for $A_{HbO2}$ and $A_{Hb}$ are determined mathematically using the values for $I_{b\lambda}$ and $I_{x\lambda}$ for each wavelength sensed with the NIRS sensor

5

(e.g., using Equation 5 and 6). The calibration parameters $\Psi_{Hb}$ and $\Psi_{HbO2}$, which account for energy losses due to scattering as well as other background absorption from biological compounds, are then determined using Equation 14 and non-linear regression techniques by correlation to different weighted values of $SvO_2$ and $SaO_2$; i.e., different values of Ka and Kv. Statistically acceptable values of Kv and Ka and $\Psi_{Hb}$ and $\Psi_{HbO2}$ are constant upon using the non-linear regression techniques. Experimental findings show that after proper selection of Ka and Kv, the calibration parameters $\Psi_{Hb}$ and $\Psi_{HbO2}$ are constant within a statistically acceptable margin of error for an individual NIRS sensor used to monitor brain oxygenation on different human subjects. In other words, once the sensor is calibrated it can be used on various human subjects and produce accurate information for each human subject. The same is true for animal subjects.

[0056] In an alternative method of determining the absolute oxygen saturation value Equation 7 is rewritten:

$$A'_\lambda - E'_\lambda = -log(I_b/I_x), -E'_\lambda = \alpha_\lambda * C * L_b = (\alpha_{o\lambda}[Hb]_b + \alpha_{o\lambda}[HbO_2]_b)L_b \quad \text{(Eqn. 15)}$$

[0057] For a two wavelength system, let "R" be a calibration index parameter:

$$R = \frac{A'_1 - E'_1}{A'_2 - E'_2} = \frac{(\alpha_{r1}[Hb]_b + \alpha_{o1}[HbO_2]_b)L_b}{(\alpha_{r2}[Hb]_b + \alpha_{o2}[HbO_2]_b)L_b} \quad \text{(Eqn. 16)}$$

$$= \frac{\alpha_{r1} + \alpha_{o1}\frac{[HbO_2]_b}{[Hb]_b}}{\alpha_{r2} + \alpha_{o2}\frac{[HbO_2]_b}{[Hb]_b}} = \frac{\alpha_{r1} + \alpha_{o1}\frac{SnO_2}{1 - SnO_2}}{\alpha_{r2} + \alpha_{o2}\frac{SnO_2}{1 - SnO_2}}$$

[0058] Canceling out $L_b$ and substituting:

$$\frac{[HbO_2]_b}{[Hb]_b} = \frac{SnO_2}{1 - SnO_2} \text{ form } SnO_2 = \frac{[HbO_2]_b}{[HbO_2]_b + [Hb]_b}$$

[0059] the following expression for $SnO_2$ is obtained:

$$SnO_2 = \frac{\alpha_{r1} - \alpha_{r2}R}{(\alpha_{r1} - \alpha_{o1}) + (\alpha_{r2} - \alpha_{r2})R} \quad \text{(Eqn. 17)}$$

[0060] The value of $A_1'$ and $A_2'$ are determined by measuring $I_b$ and $I_x$ for each wavelength. The parameters $E'_1$ and $E'_2$ can be considered as empirically determined calibration coefficients derived from the "best-fit" combinations of the weighted ratios of venous and arterial blood-oxygen saturation of the brain. By using non-linear regression techniques, the values of $E'_1$ and $E'_2$ are determined by correlating to different combinations of venous and arterial oxygen saturation weighted values to find the "best-fit" relationship of "R" as a function of $A_1'$, $A_2'$, $E'_1$ and $E'_2$ (Equation 17) to a specific ratio of venous and arterial saturation weighted values.

[0061] In the determination of the $SnO_2$ percentage, the effective photon pathlength $L_b$ cancels out. If, however, the photon pathlength is known or estimated, then the determination of the total value of Hb and/or $HbO_2$ is possible. For example, if a value for pathlength $L_b$ is input into Equation 13 along with the calibration values $\Psi_{Hb}$ and $\Psi_{HbO2}$, then the total value of Hb and/or $HbO_2$ can be calculated. According to Equation 2, pathlength L can be estimated from the product of "B*d". The light source to detector separation (optode) distance parameter "d" in the pathlength calculation is a measurable value and can be made constant by setting a fixed distance between light source to detector in the NIRS sensor design. Alternatively, the parameter "d" can be measured once the optodes are placed on the subject by use of calipers, ruler, or other distance measurement means. The pathlength differential factor "B" is more difficult LU measure and requires more sophisticated equipment. From a large data set of measured neonatal and adult head differential pathlength factor values, an estimation of the value of "B" can be determined within a statistically acceptable margin of error. Substitution of these predetermined values of "B" into Equation 13 results in the determination of the total values of Hb and $HbO_2$.

[0062] An alternative method of determining total values of Hb and $HbO_2$ combines Equation 3 and Equation 13 together. The multivariate form of Equation 3 is shown below:

$$\begin{bmatrix} -\log(I_2/I_{11})_{\lambda1}/L_{\lambda1} \\ -\log(I_2/I_{11})_{\lambda2}/L_{\lambda2} \\ -\log(I_3/I_{11})_{\lambda3}/L_{\lambda3} \end{bmatrix} = \begin{bmatrix} \alpha_{Hb\lambda1} & \alpha_{HbO_2\lambda1} \\ \alpha_{Hb\lambda2} & \alpha_{HbO_2\lambda2} \\ \alpha_{Hb\lambda3} & \alpha_{HbO_2\lambda3} \end{bmatrix} * \begin{bmatrix} \Delta Hb \\ \Delta HbO_2 \end{bmatrix} \quad \text{(Eqn. 18)}$$

[0063] At time $t=t_1$, the values of $\Delta Hb$ and $\Delta HbO_2$ are zero. Applying Equation 13, and knowing the calibration values of $\Psi_{Hb}$ and $\Psi_{HbO2}$ at a predetermined differential pathlength factor "B" and optode separation "d", the total absolute values of Hb and $HbO_2$ are determined at time $t=t_1$, which are represented by $[Hb]_{t1}$ and $[HbO_2]_{t1}$ respectively. At time $t=t_2$, the values of $\Delta Hb$ and $\Delta HbO_2$ are then determined using Equation 18. The total values of Hb and $HbO_2$ are then determined at time $t=t_2$ using the following equations:

$$[Hb]_{t2} = \Delta Hb(t_2) + [Hb]_{t1} \quad \text{(Eqn.19)}$$

$$[HbO_2]_{t2} = \Delta HbO_2(t_2) + [HbO_2]_{t1} \quad \text{(Eqn.20)}$$

[0064] Equations 19 and 20 are valid only if all the shared parameters in Equations 13 and 18 are exact. Reduced to practice, the advantage of combining Equations 13 and 18 result in improved signal to noise ratio (SNR) in the calculation of the total values for Hb and $HbO_2$. Conversely, improved SNR in the calculation of $SnO_2$ is also obtained from the following expression:

$$SnO_2\% = \frac{HbO_2}{HbO_2 + Hb} * 100\% \quad \text{(Eqn. 21)}$$

[0065] After the calibration parameters $\Psi_{Hb}$ and $\Psi_{HbO2}$ are determined using the above-described methodology for an individual NIRS sensor, this particular sensor is said to be calibrated. A calibrated NIRS sensor affords accurate measurement of total tissue oxygen saturation, $SnO_2$, by non-invasive means. The calibrated sensor can be used thereafter on any human patient, including adults and neonates. The

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 523 of 834   Page ID #:20707

same is true for animal subject if the sensor was calibrated on animals. Although the present method is described above in terms of sensing blood oxygenation within cerebral tissue, the present method and apparatus are not limited to cerebral applications and can be used to determine blood oxygenation within tissue found elsewhere within the subject's body.

[0066] According to an additional aspect of the present invention, the above-described method can also be used to establish a calibrated "reference" sensor that can be used to calibrate similar sensors through the use of a phantom sample (also referred to as a "reference sample"). The phantom sample has optical characteristics that are similar to the tissue being examined by the NIRS sensor. The calibrated reference NIRS sensor is used to sense the phantom sample and produce reference values. Similar, but uncalibrated, NIRS sensors can thereafter be calibrated by sensing the same phantom sample and adjusting either the hardware of the uncalibrated sensor or the output of the uncalibrated sensor until the output of the uncalibrated sensor agrees with the reference values produced by the calibrated reference sensor. Therefore, the calibration parameters $\Psi_{Hb}$ and $\Psi_{HbO2}$ for the uncalibrated sensor would be determined from the phantom sample. This technique makes it unnecessary to calibrate each new sensor in the manner described above, and thereby provides a relatively quick and cost effective way to calibrate NIRS sensors.

[0067] Besides Hb and $HbO_2$, other biological constituents of interest (e.g., cytochrome $aa_3$, etc.) could be determined using the multivariate forms of equations 2, 3, 6 or 7. For each additional constituent to be determined, an additional measuring wavelength will be needed.

[0068] In an alternative embodiment, the above-described methodology can be combined with pulse oximetry techniques to provide an alternative noninvasive method of distinguishing between oxygen saturation attributable to venous blood and that attributable to arterial blood. As demonstrated by Equation 4, $SmvO_2$ is determined by the ratio of venous oxygen saturation $SvO_2$ and arterial oxygen saturation $SaO_2$. A calibrated NIRS sensor affords accurate measurement of total tissue oxygen saturation, $SnO_2$, by using regression techniques by correlation to mixed venous oxygen saturation $SmvO_2$. Therefore, the following expression will result:

$$SnO_2 = SmvO_2 = K_v*SvO_2 + Ka*SaO_2 \qquad (Eqn. 22)$$

[0069] Non-invasive pulse oximetry techniques can be used to determine the arterial oxygen saturation ($SaO_2$) of peripheral tissue (i.e. finger, ear, nose) by monitoring pulsatile optical attenuation changes of detected light induced by pulsatile arterial blood volume changes in the arteriolar vascular system. Arterial blood oxygen saturation determined by pulse oximetry is clinically denoted as $SpO_2$. If NIRS monitoring and pulse oximetry monitoring are done simultaneously and $SpO_2$ is set equal to $SaO_2$ in Equation 23, then venous oxygen saturation can be determined from the following expression:

$$SvO_2 = \frac{SnO_2 - (Ka*SpO_2)}{Kv} \qquad (Eqn. 23)$$

[0070] For the brain, venous oxygen saturation $SvO_2$ would be determined from internal jugular vein ($SijvO_2$), jugular bulb ($SjbO_2$), or sagittal sinus ($SssO_2$) and the parameters Ka and Kv would be empirically determined during the calibration of the NIRS sensor. Under most physiological conditions, $SpO_2$ is representative of brain arterial oxygen saturation $SaO_2$. Therefore, depending on which venous saturation parameter was used to calibrate the NIRS sensor, this clinically important parameter (i.e., $SijvO2$, $SjbO_2$, or $SssO_2$) can be determined by Equation 24 by non-invasive means.

[0071] Since many changes and variations of the disclosed embodiment of the invention may be made without departing from the inventive concept, it is not intended to limit the invention otherwise than as required by the appended claims.

What is claimed is:

1. A method for non-invasively determining a blood oxygen saturation level within a subject's tissue using a near infrared spectrophotometric sensor, said method comprising the steps of:

transmitting a light signal into the subject's tissue using the sensor, wherein the transmitted light signal includes a first wavelength, a second wavelength, and a third wavelength;

sensing a first intensity and a second intensity of the light signal, using the sensor, along the first, second, and third wavelengths after the light signal travels through the subject at a first predetermined distance and a second predetermined distance;

wherein the sensor is calibrated using empirical data that relates to the subject's tissue that is sensed by the sensor to account for light signal attenuation resulting from light signal scattering within the subject's tissue;

determining an attenuation of the light signal for each of the first, second, and third wavelengths using the sensed first intensity and sensed second intensity of the first, second, and third wavelengths;

determining a difference in attenuation of the light signal between the first wavelength and the second wavelength, and between the first wavelength and the third wavelength;

determining the blood oxygen saturation level within the subject's tissue using the difference in attenuation between the first wavelength and the second wavelength, and the difference in attenuation between the first wavelength and the third wavelength.

2. The method of claim 1, wherein the sensor is calibrated using equation:

$$SmvO_2 = Kv*SvO_2 + Ka*SaO_2.$$

3. The method of claim 2, wherein the sensor is calibrated by using empirical data to determine a first calibration constant and a second calibration constant.

4. The method of claim 3, wherein the step of determining the blood oxygen saturation level within the subject's tissue utilizes the equation:

US 2004/0024297 A1

Feb. 5, 2004

7

$$Sn\,O_2\ \% = \frac{(A_{HbO_2} - \Psi_{HbO_2})}{(A_{HbO_2} - \Psi_{HbO_2} + A_{Hb} - \Psi_{Hb})} * 100\ \%$$

where $\Psi_{HbO_2}$ represents the first calibration constant, $\Psi_{Hb}$ represents the second calibration constant, $A_{HbO_2}$ represents a difference in attenuation of light signal attributable to oxyhemoglobin, and $A_{Hb}$ represents a difference in attenuation of light signal attributable to deoxyhemoglobin.

5. The method of claim 4, further comprising the steps of:

determining a photon pathlength $L_b$; and

determining a concentration of oxyhemoglobin and a concentration of deoxyhemoglobin within the subject's tissue using the first and second calibration constants.

6. The method of claim 5, wherein the concentration of oxyhemoglobin and the concentration of deoxyhemoglobin within the subject's tissue are determined using the equation:

$$\begin{bmatrix} A_{Hb} \\ A_{HbO_2} \end{bmatrix}(L_b)^{-1} - \begin{bmatrix} \Psi_{Hb} \\ \Psi_{HbO_2} \end{bmatrix}(L_b)^{-1} = \begin{bmatrix} [Hb]_b \\ [HbO_2]_b \end{bmatrix}.$$

7. The method of claim 6, wherein the step of determining a difference in attenuation of the light signal between the first wavelength and the second wavelength utilizes the equation:

$$\begin{aligned} \Delta A'_{12} &= A'_1 - A'_2 = -\log(I_b/I_x)_1 + \log(I_b/I_x)_2 \\ &= \{(\alpha_{r1} - \alpha_{r2})[Hb]_b + (\alpha_{o1} - \alpha_{o2})[\,HbO_2]_b\}L_b + (E'_1 - E'_2) \cdot \\ &= (\Delta\alpha_{r12}[Hb]_b + \Delta\alpha_{o12}[\,HbO_2]_b)L_b + \Delta E_{12} \end{aligned}$$

and the step of determining a difference in attenuation of the light signal between the first wavelength and the third wavelength utilizes the equation:

$$\begin{aligned} \Delta A'_{13} &= A'_1 - A'_3 = -\log(I_b/I_x)_1 + \log(I_b/I_x)_3 \\ &= \{(\alpha_{r1} - \alpha_{r3})[Hb]_b + (\alpha_{o1} - \alpha_{o3})[\,HbO_2]_b\}L_b + (E'_1 - E'_3) \cdot \\ &= (\Delta\alpha_{r13}[Hb]_b + \Delta\alpha_{o13}[\,HbO_2]_b)L_b + \Delta E_{13} \end{aligned}$$

8. The method of claim 7, wherein the step of determining an attenuation of the light signal utilizes the equation:

$$\begin{aligned} A'_\lambda &= -\log(I_b/I_x)_\lambda = (\alpha_{r\lambda}[Hb]_b + \alpha_{o1\lambda}[\,HbO_2]_b)L_b + E'_\lambda \\ &= (\alpha_{r\lambda}[Hb]_b + \alpha_{o\lambda}[\,HbO_2]_b)L_b + (E - E_x)_\lambda \end{aligned}$$

for one or more of the first, second, and third wavelengths.

9. The method of claim 1, wherein the step of determining a difference in attenuation of the light signal between the first wavelength and the second wavelength utilizes the equation:

$$\begin{aligned} \Delta A'_{12} &= A'_1 - A'_2 = -\log(I_b/I_x)_1 + \log(I_b/I_x)_2 \\ &= \{(\alpha_{r1} - \alpha_{r2})[Hb]_b + (\alpha_{o1} - \alpha_{o2})[\,HbO_2]_b\}L_b + (E'_1 - E'_2) \cdot \\ &= (\Delta\alpha_{r12}[Hb]_b + \Delta\alpha_{o12}[\,HbO_2]_b)L_b + \Delta E_{12} \end{aligned}$$

and the step of determining a difference in attenuation of the light signal between the first wavelength and the third wavelength utilizes the equation:

$$\begin{aligned} \Delta A'_{13} &= A'_1 - A'_3 = -\log(I_b/I_x)_1 + \log(I_b/I_x)_3 \\ &= \{(\alpha_{r1} - \alpha_{r3})[Hb]_b + (\alpha_{o1} - \alpha_{o3})[\,HbO_2]_b\}L_b + (E'_1 - E'_3) \cdot \\ &= (\Delta\alpha_{r13}[Hb]_b + \Delta\alpha_{o13}[\,HbO_2]_b)L_b + \Delta E_{13} \end{aligned}$$

10. The method of claim 9, wherein the step of determining an attenuation of the light signal of a wavelength $\lambda$ utilizes the equation:

$$A'_{\lambda(l)} = -\log(I_b/I_x)_\lambda = (\alpha_{r\lambda}[Hb]_b + \alpha_{o\lambda}[HbO_2]_b)L'_b + E'_{\lambda} = (\alpha_{r\lambda}[Hb]_b + \alpha_{o\lambda}[HbO_2]_b)L_b + (E - E_x)_\lambda$$

11. A method for determining a blood oxygen saturation level within a subject's tissue using a near infrared spectrophotometric sensor attached to the skin of the subject, said method comprising the steps of:

transmitting a light signal into the subject's tissue, wherein the transmitted light signal includes a first wavelength, a second wavelength, and a third wavelength;

sensing a first intensity and a second intensity of the light signal, using the sensor, along the first, second, and third wavelengths after the light sIgnal travels through the subject at a first predetermined distance and a second predetermined distance;

determining an attenuation of the light signal for each of the first, second, and third wavelengths using the first intensity and the sensed second intensity of the first, second, and third wavelengths;

determining a difference in attenuation of the light signal between the first wavelength and the second wavelength, and between the first wavelength and the third wavelength;

determining a first calibration constant and a second calibration constant using empirical data developed from the subject at or about the same time as when the sensing occurs;

determining the blood oxygen saturation level within the subject's tissue using the difference in attenuation between the first wavelength and the second wavelength, and the difference in attenuation between the first wavelength and the third wavelength, and the first calibration constant and the second calibration constant.

12. The method of claim 11 wherein the empirical data is collected by discretely sampling a venous blood source and an arterial blood source from the subject.

13. The method of claim 11 wherein the empirical data is collected by continuously monitoring a venous blood source and an arterial blood source from the subject.

8

**14**. The method of claim 11, wherein the sensor is calibrated using equation:

$$SmvO_2 = Kv * SvO_2 + Ka * SaO_2.$$

**15**. The method of claim 14, wherein the step of determining the blood oxygen saturation level within the subject's tissue utilizes the equation:

$$SnO_2\% = \frac{(A_{HbO_2} - \Psi_{HbO_2})}{(A_{HbO_2} - \Psi_{HbO_2} + A_{Hb} - \Psi_{Hb})} * 100\%$$

where $\Psi_{HbO_2}$ represents the first calibration constant, $\Psi_{Hb}$ represents the second calibration constant, $A_{HbO_2}$ represents a difference in attenuation of light signal attributable to oxyhemoglobin, and $A_{Hb}$ represents a difference in attenuation of light signal attributable to deoxyhemoglobin.

**16**. The method of claim 15, further comprising the steps of:

determining a photon pathlength $L_b$; and

determining the concentration of oxyhemoglobin and deoxyhemoglobin within the subject's tissue using the first and second calibration constants.

**17**. The method of claim 16, wherein the concentration of oxyhemoglobin and deoxyhemoglobin within the subject's tissue are determined using the equation:

$$\begin{bmatrix} A_{Hb} \\ A_{HbO_2} \end{bmatrix} (L_b)^{-1} - \begin{bmatrix} \Psi_{Hb} \\ \Psi_{HbO_2} \end{bmatrix} (L_b)^{-1} = \begin{bmatrix} Hb \\ HbO_2 \end{bmatrix}.$$

**18**. The method of claim 17, wherein the step of determining a difference in attenuation of the light signal between the first wavelength and the second wavelength utilizes the equation:

$$\Delta A'_{12} = A'_1 - A'_2 = -\log\left(\frac{I_b}{I_s}\right)_1 + \log\left(\frac{I_b}{I_s}\right)_2 =$$
$$\{(\alpha_{r1} - \alpha_{r2})[Hb]_b + (\alpha_{o1} - \alpha_{o2})[HbO_2]_b\}L_b + (E'_1 - E'_2) =$$
$$(\Delta\alpha_{r12}[Hb]_b + \Delta\alpha_{o12}[HbO_2]_b)L_b + \Delta E_{12}$$

and the step of determining a difference in attenuation of the light signal between the first wavelength and the third wavelength utilizes the equation:

$$\Delta A'_{13} = A'_1 - A'_3 = -\log\left(\frac{I_b}{I_s}\right)_1 + \log\left(\frac{I_b}{I_s}\right)_3 =$$
$$\{(\alpha_{r1} - \alpha_{r3})[Hb]_b + (\alpha_{o1} - \alpha_{o3})[HbO_2]_b\}L_b + (E'_1 - E'_3) =$$
$$(\Delta\alpha_{r13}[Hb]_b + \Delta\alpha_{o13}[HbO_2]_b)L_b + \Delta E_{13}$$

**19**. The method of claim 18, wherein the step of determining an attenuation of the light signal utilizes the equation:

$$A'_\lambda = -\log(I_b/I_s)_\lambda = (\alpha_{r\lambda}[Hb]_b + \alpha_{o\lambda}[HbO_2]_b)L_b + E'_\lambda = (\alpha_{r\lambda}[Hb]_b + \alpha_{o\lambda}[HbO_2]_b)L_b + (E - E_s)_\lambda$$

for one or more of the first, second, and third wavelengths.

**20**. The method of claim 11, wherein the step of determining a difference in attenuation of the light signal between the first wavelength and the second wavelength utilizes the equation:

$$\Delta A'_{12} = A'_1 - A'_2 = -\log\left(\frac{I_b}{I_s}\right)_1 + \log\left(\frac{I_b}{I_s}\right)_2 =$$
$$\{(\alpha_{r1} - \alpha_{r2})[Hb]_b + (\alpha_{o1} - \alpha_{o2})[HbO_2]_b\}L_b + (E'_1 - E'_2) =$$
$$(\Delta\alpha_{r12}[Hb]_b + \Delta\alpha_{o12}[HbO_2]_b)L_b + \Delta E_{12}$$

and the step of determining a difference in attenuation of the light signal between the first wavelength and the third wavelength utilizes the equation:

$$\Delta A'_{13} = A'_1 - A'_3 = -\log\left(\frac{I_b}{I_s}\right)_1 + \log\left(\frac{I_b}{I_s}\right)_3 =$$
$$\{(\alpha_{r1} - \alpha_{r3})[Hb]_b + (\alpha_{o1} - \alpha_{o3})[HbO_2]_b\}L_b + (E'_1 - E'_3) =$$
$$(\Delta\alpha_{r13}[Hb]_b + \Delta\alpha_{o13}[HbO_2]_b)L_b + \Delta E_{13}$$

**21**. The method of claim 20, wherein the step of determining a attenuation of the light signal utilizes the equation:

$$A'_\lambda = -\log(I_b/I_s)_\lambda = (\alpha_{r\lambda}[Hb]_b + \alpha_{o\lambda}[HbO_2]_b)L_b + E'_{\lambda} = (\alpha_{r\lambda}[Hb]_b + \alpha_{o\lambda}[HbO_2]_b)L_b + (E - E_s)_\lambda$$

for one or more of the first, second, and third wavelengths.

**22**. The method of claim 11, wherein the step of determining the blood oxygen saturation level within the subject's tissue utilizes the equation:

$$SnO_2\% = \frac{(A_{HbO_2} - \Psi_{HbO_2})}{(A_{HbO_2} - \Psi_{HbO_2} + A_{Hb} - \Psi_{Hb})} * 100\%$$

where $\Psi_{HbO_2}$ represents the first calibration constant, $\Psi_{Hb}$ represents the second calibration constant, $A_{HbO_2}$ represents a difference in attenuation of light signal attributable to oxyhemoglobin, and $A_{Hb}$ represents a difference in attenuation of light signal attributable to deoxyhemoglobin.

**23**. The method of claim 22, further comprising the steps of:

determining a photon pathlength $L_b$, and

determining the concentration of oxyhemoglobin and deoxyhemoglobin within the subject's tissue using the first and second calibration constants.

**24**. The method of claim 23, wherein the concentration of oxyhemoglobin and deoxyhemoglobin within the subject's tissue are determined using the equation:

$$\begin{bmatrix} A_{Hb} \\ A_{HbO_2} \end{bmatrix} (L_b)^{-1} - \begin{bmatrix} \Psi_{Hb} \\ \Psi_{HbO_2} \end{bmatrix} (L_b)^{-1} = \begin{bmatrix} Hb \\ HbO_2 \end{bmatrix}.$$

**25**. The method of claim 24, wherein the step of determining a difference in attenuation of the light signal between the first wavelength and the second wavelength utilizes the equation:

US 2004/0024297 A1                                        9

$$\Delta A'_{12} = A'_1 - A'_2 = -\log\left(\frac{I_b}{I_x}\right)_1 + \log\left(\frac{I_b}{I_x}\right)_2 =$$

$$\{(\alpha_{r1} - \alpha_{r2})[Hb]_b + (\alpha_{o1} - \alpha_{o2})[HbO_2]_b\}L_b + (E'_1 - E'_2) =$$

$$(\Delta\alpha_{r12}[Hb]_b + \Delta\alpha_{o12}[HbO_2]_b)L_b + \Delta E_{12}$$

$$\Delta A'_{13} = A'_1 - A'_3 = -\log\left(\frac{I_b}{I_x}\right)_1 + \log\left(\frac{I_b}{I_x}\right)_3 =$$

$$\{(\alpha_{r1} - \alpha_{r3})[Hb]_b + (\alpha_{o1} - \alpha_{o3})[HbO_2]_b\}L_b + (E'_1 - E'_3) =$$

$$(\Delta\alpha_{r13}[Hb]_b + \Delta\alpha_{o13}[HbO_2]_b)L_b + \Delta E_{13}$$

$$A'_\lambda = -\log(I_b/I_x)_\lambda = (\alpha_{r\lambda}[Hb]_b + \alpha_{o\lambda}[HbO_2]_b)L_b + E'_\lambda = (\alpha_{r\lambda}[Hb]_b + \alpha_{o\lambda}[HbO_2]_b)L_b + (E - E_x)_\lambda,$$

for one or more of the first, second, and third wavelengths.

27. A method for calibrating a near infrared spectrophotometric sensor for use in determining the blood oxygen saturation level within a subject's tissue, said method comprising the steps of:

transmitting a light signal into the subject's tissue, wherein the transmitted light signal includes a first wavelength, a second wavelength, and a third wavelength;

sensing a first intensity and a second intensity of the light signal, using the sensor, at the first, second, and third wavelengths after the light signal travels through the subject at a first and second predetermined distances;

determining an attenuation of the light signal for each of the first, second, and third wavelengths using the first intensity and the sensed second intensity of the first, second, and third wavelengths;

determining a difference in attenuation of the light signal between the first wavelength and the second wavelength, and between the first wavelength and the third wavelength;

determining a first calibration constant and a second calibration constant using empirical data developed from the subject at or about the same time as when the sensing occurs; and

calibrating the sensor using the first calibration constant and the second calibration constant.

28. The method of claim 27, wherein the empirical data is collected by discretely sampling a venous blood source and an arterial blood source from the subject.

29. The method of claim 27, wherein the empirical data is collected by continuously monitoring a venous blood source and an arterial blood source from the subject.

30. The method of claim 27, wherein the sensor is calibrated using equation:

$$SmvO_2 = Kv * SvO_2 + Ka * SaO_2.$$

31. The method of claim 30, wherein the step of determining the blood oxygen saturation level within the subject's tissue utilizes the equation:

$$SnO_2\% = \frac{(A_{HbO_2} - \Psi_{HbO_2})}{(A_{HbO_2} - \Psi_{HbO_2} + A_{Hb} - \Psi_{Hb})} * 100\%$$

where $\Psi_{HbO_2}$ represents the first calibration constant, $\Psi_{Hb}$ represents the second calibration constant, $A_{HbO_2}$ represents a difference in attenuation of light signal attributable to oxyhemoglobin, and $A_{Hb}$ represents a difference in attenuation of light signal attributable to deoxyhemoglobin.

32. The method of claim 31, further comprising the steps of:

determining a photon pathlength $L_b$, and

determining the concentration of oxyhemoglobin and deoxyhemoglobin within the subject's tissue using the first and second calibration constants.

33. The method of claim 32, wherein the concentration of oxyhemoglobin and deoxyhemoglobin within the subject's tissue are determined using the equation:

$$\begin{bmatrix} A_{Hb} \\ A_{HbO_2} \end{bmatrix}(L_b)^{-1} - \begin{bmatrix} \Psi_{Hb} \\ \Psi_{HbO_2} \end{bmatrix}(L_b)^{-1} = \begin{bmatrix} Hb \\ HbO_2 \end{bmatrix}.$$

34. The method of claim 33, wherein the step of determining a difference in attenuation of the light signal between the first wavelength and the second wavelength utilizes the equation:

$$\Delta A'_{12} = A'_{\lambda1} - A'_{\lambda2} = -\log\left(\frac{I_b}{I_x}\right)_1 + \log\left(\frac{I_b}{I_x}\right)_2 =$$

$$\{(\alpha_{r1} - \alpha_{r2})[Hb]_b + (\alpha_{o1} - \alpha_{o2})[HbO_2]_b\}L_b + (E'_1 - E'_2) =$$

$$(\Delta\alpha_{r12}[Hb]_b + \Delta\alpha_{o12}[HbO_2]_b)L_b + \Delta E_{12}$$

and the step of determining a difference in attenuation of the light signal between the first wavelength and the third wavelength utilizes the equation:

$$\Delta A'_{13} = A'_{\lambda1} - A'_{\lambda3} = -\log\left(\frac{I_b}{I_x}\right)_1 + \log\left(\frac{I_b}{I_x}\right)_3 =$$

$$\{(\alpha_{r1} - \alpha_{r3})[Hb]_b + (\alpha_{o1} - \alpha_{o3})[HbO_2]_b\}L_b + (E'_1 - E'_3) =$$

$$(\Delta\alpha_{r13}[Hb]_b + \Delta\alpha_{o13}[HbO_2]_b)L_b + \Delta E_{13}$$

35. The method of claim 34, wherein the step of determining an attenuation of the light signal utilizes the equation:

$$A'_\lambda = -\log(I_b/I_x)_\lambda = (\alpha_{r\lambda}[Hb]_b + \alpha_{o\lambda}[HbO_2]_b)L_b + E'_\lambda = (\alpha_{r\lambda}[Hb]_b + \alpha_{o\lambda}[HbO_2]_b)L_b + (E - E_x)_\lambda,$$

for one or more of the first, second, and third wavelengths.

36. A method for calibrating a NIRS sensor, said method comprising the steps of:

US 2004/0024297 A1

Feb. 5, 2004

10

transmitting a first light signal from a calibrated NIRS sensor into a reference sample, wherein the transmitted first light signal includes a first wavelength, a second wavelength, and a third wavelength;

sensing a first intensity and a second intensity of the first light signal with the calibrated NIRS sensor along the first, second, and third wavelengths after the first light signal travels through the reference sample;

determining a first attenuation of the first light signal for each of the first, second, and third wavelengths using the first intensity and the second intensity of the first light signal sensed with the calibrated NIRS sensor;

transmitting a second light signal from an uncalibrated second NIRS sensor into the reference sample at a predetermined first intensity, wherein the transmitted second light signal includes a first wavelength, a second wavelength, and a third wavelength;

sensing a second intensity of the second light signal with the uncalibrated second NIRS sensor along the first, second, and third wavelengths after the second light signal travels through the subject;

determining a second attenuation of the second light signal for each of the first, second, and third wavelengths using the predetermined first intensity and the second intensity of the first, second, and third wavelengths sensed with the uncalibrated second NIRS sensor;

adjusting the uncalibrated second NIRS sensor so that the second attenuation substantially agrees with the first attenuation.

**37.** A method for non-invasively determining a concentration of oxyhemoglobin and a concentration of deoxyhemoglobin within a subject's tissue using a near infrared spectrophotometric sensor, said method comprising the steps of:

(a) determining a blood oxygen saturation level with the subject's tissue by

transmitting a light signal into the subject's tissue from a NIRS sensor, wherein the transmitted light signal includes a first wavelength, a second wavelength, and a third wavelength;

sensing a first intensity and a second intensity of the light signal, using the sensor, along the first, second, and third wavelengths after the light signal travels through the subject at a first and second predetermined distances;

wherein the sensor is calibrated using empirical data that relates to the subject's tissue that is sensed by the sensor to account for light signal attenuation resulting from light signal scattering within the subject's tissue;

determining an attenuation of the light signal for each of the first, second, and third wavelengths using the first intensity and the sensed second intensity of the first, second, and third wavelengths;

determining a difference in attenuation of the light signal between the first wavelength and the second wavelength, and between the first wavelength and the third wavelength;

determining a first calibration constant and a second calibration constant using empirical data developed from the subject at or about the same time as when the sensing occurs;

determining the blood oxygen saturation level within the subject's tissue using the difference in attenuation between the first wavelength and the second wavelength, and the difference in attenuation between the first wavelength and the third wavelength, and the first calibration constant and the second calibration constant;

(b) determining a photon pathlength $L_b$, and

(c) determining the concentration of oxyhemoglobin and the concentration of deoxyhemoglobin within the subject's tissue using the first and second calibration constants.

**38.** The method of claim 37, wherein the concentration of oxyhemoglobin and the concentration of deoxyhemoglobin within the subject's tissue are determined using the equation:

$$\begin{bmatrix} A_{Hb} \\ A_{HbO2} \end{bmatrix} (L_b)^{-1} - \begin{bmatrix} \Psi_{Hb} \\ \Psi_{HbO2} \end{bmatrix} (L_b)^{-1} = \begin{bmatrix} Hb \\ HbO2 \end{bmatrix}$$

where $\Psi_{HbO2}$ represents the first calibration constant, $\Psi_{Hb}$ represents the second calibration constant, $A_{HbO2}$ represents a difference in attenuation of light signal attributable to oxyhemoglobin, and $A_{Hb}$ represents a difference in attenuation of light signal attributable to deoxyhemoglobin.

**39.** A method for non-invasively determining a concentration of oxyhemoglobin and a concentration of deoxyhemoglobin within a subject's tissue at an initial time t1 and a subsequent time t2 using a near infrared spectrophotometric sensor, said method comprising the steps of:

(a) determining a blood oxygen saturation level with the subject's tissue by

transmitting a light signal into the subject's tissue from a NIRS sensor, wherein the transmitted light signal includes a first wavelength, a second wavelength, and a third wavelength;

sensing a first intensity and a second intensity of the light signal, using the sensor, along the first, second, and third wavelengths after the light signal travels through the subject at a first and second predetermined distances;

wherein the sensor is calibrated using empirical data that relates to the subject's tissue that is sensed by the sensor to account for light signal attenuation resulting from light signal scattering within the subject's tissue;

determining an attenuation of the light signal for each of the first, second, and third wavelengths using the first intensity and the sensed second intensity of the first, second, and third wavelengths;

determining a difference in attenuation of the light signal between the first wavelength and the second wavelength, and between the first wavelength and the third wavelength;

determining a first calibration constant and a second calibration constant using empirical data developed from the subject at or about the same time as when the sensing occurs;

determining the blood oxygen saturation level within the subject's tissue using the difference in attenuation between the first wavelength and the second wavelength, and the difference in attenuation between the first wavelength and the third wavelength, and the first calibration constant and the second calibration constant;

(b) determining a photon pathlength $L_b$;

(c) determining the concentration of oxyhemoglobin and the concentration of deoxyhemoglobin within the subject's tissue at the initial time t1 using the equation:

$$\begin{bmatrix} A_{Hb} \\ A_{HbO_2} \end{bmatrix}(L_b)^{-1} - \begin{bmatrix} \Psi_{Hb} \\ \Psi_{HbO_2} \end{bmatrix}(L_b)^{-1} = \begin{bmatrix} Hb \\ HbO_2 \end{bmatrix}$$

where $\Psi_{HbO_2}$ represents the first calibration constant, $\Psi_{Hb}$ represents the second calibration constant, $A_{HbO_2}$ represents a difference in attenuation of light signal attributable to oxyhemoglobin, and $A_{Hb}$ represents a difference in attenuation of light signal attributable to deoxyhemoglobin; and

(d) determining a change in the concentration of oxyhemoglobin and a change in the concentration of deoxyhemoglobin from the initial time t1 to a subsequent second time t2, determined using the equation:

$$\begin{bmatrix} -\log\left(\frac{I_{t2}}{I_{t1}}\right)_{\lambda1}/L_{\lambda1} \\ -\log\left(\frac{I_{t2}}{I_{t1}}\right)_{\lambda2}/L_{\lambda2} \\ -\log\left(\frac{I_{t2}}{I_{t1}}\right)_{\lambda3}/L_{\lambda3} \end{bmatrix} = \begin{bmatrix} \alpha_{Hb\lambda1} & \alpha_{HbO_2\lambda1} \\ \alpha_{Hb\lambda2} & \alpha_{HbO_2\lambda2} \\ \alpha_{Hb\lambda3} & \alpha_{HbO_2\lambda3} \end{bmatrix} * \begin{bmatrix} \Delta Hb \\ \Delta HbO_2 \end{bmatrix}$$

;and

(e) determining the concentration of oxyhemoglobin and the concentration of deoxyhemoglobin within the subject's tissue at the subsequent time t2 using the equations:

$[Hb]_{t2} = \Delta Hb(t_2) + [Hb]_{t1}$ and

$[HbO_2]_{t2} = \Delta HbO_2(t_2) + [HbO_2]_{t1}$.

40. A method for non-invasively determining a blood oxygen saturation level within a subject's tissue using a near infrared spectrophotometric sensor, said method comprising the steps of:

transmitting a light signal into the subject's tissue using the sensor;

sensing a first intensity and a second intensity of the light signal, using the sensor, along the three or more selectively chosen wavelengths after the light signal travels through the subject at a first and second predetermined distances;

wherein the sensor is calibrated using empirical data that relates to the subject's tissue that is sensed by the sensor to account for light signal attenuation resulting from light signal scattering within the subject's tissue;

determining an attenuation of the light signal for at least "n" number of the selectively chosen wavelengths using the first intensity and the sensed second intensity of the selectively chosen wavelengths, where "n" is an integer equal to or greater than three;

determining a difference in attenuation of the light signal between a first wavelength and each of "n" number of the selectively chosen wavelengths;

determining the blood oxygen saturation level within the subject's tissue using the difference in attenuation between the first wavelength and each of the "n" number of other selectively chosen wavelengths.

41. A method for determining a blood oxygen saturation level within a subject's tissue using a near infrared spectrophotometric sensor attached to the skin of the subject, said method comprising the steps of:

transmitting a light signal into the subject's tissue;

sensing a first intensity and a second intensity of the light signal, using the sensor, along three or more selectively chosen wavelengths after the light signal travels through the subject at a first and second predetermined distances;

determining an attenuation of the light signal for at least "n" number of the selectively chosen wavelengths using the first intensity and the sensed second intensity of the selectively chosen wavelengths, where "n" is an integer equal to or greater than three;

determining a difference in attenuation of the light signal between a first wavelength and each of "n" number of the selectively chosen wavelengths;

determining a first calibration constant and a second calibration constant using empirical data developed from the subject at or about the same time as when the sensing occurs;

determining the blood oxygen saturation level within the subject's tissue using the difference in attenuation between the first wavelength and each of "n" number of the selectively chosen wavelengths, and the first calibration constant and the second calibration constant.

42. A method for non-invasively determining a blood oxygen saturation level within a subject's tissue using a near infrared spectrophotometric sensor, said method comprising the steps of:

transmitting a light signal into the subject's tissue using the sensor, wherein the transmitted light signal includes a first wavelength, and a second wavelength;

sensing a first intensity and a second intensity of the light signal, using the sensor, along the first wavelength, after the light signal travels through the subject at a first and a second predetermined distances;

sensing a third intensity and a fourth intensity of the light signal, using the sensor, along the second wavelength, after the light signal travels through the subject at said first and said second predetermined distances;

US 2004/0024297 A1                                                      Feb. 5, 2004

12

wherein the sensor is calibrated using empirical data that relates to the subject's tissue that is sensed by the sensor to account for light signal attenuation resulting from light signal scattering within the subject's tissue;

determining a first attenuation of the light signal for the first wavelength using said first intensity and said second intensity;

determining a second attenuation of the light signal for the second wavelength using said third intensity and said fourth intensity;

determining a ratio of said first and said second attenuations of the light signal for the first, and second wavelengths;

determining the blood oxygen saturation level within the subject's tissue using said ratio.

**43**. The method of claim 42, wherein the sensor is calibrated using equation:

$$SmvO_2 = Kv * SvO_2 + Ka * SaO_2.$$

**44**. The method of claim 43, wherein the sensor is calibrated by using empirical data to determine a first calibration constant and a second calibration constant.

**45**. The method of claim 44, wherein the step of determining the ratio R of attenuations of the light signal for the first, and second wavelengths utilizes the equation:

$$R = \frac{A'_1 - E'_1}{A'_2 - E'_2}$$

where $E'_1$ represents the first calibration constant, $E'_2$ represents the second calibration constant, $A'_1$ represents the first attenuation of light signal of the first wavelength, and $A'_2$ represents the second attenuation of light signal of the second wavelength.

**46**. The method of claim 45, wherein the step of determining the first attenuation of the first wavelength utilizes the equation:

$$-log(I_b/I_x)_1 = (\alpha_{r1}[Hb]_b + \alpha_{o1}[HbO_2]_b)L_b + (E-E_x)_1.$$

and the step of determining the second attenuation of the second wavelength utilizes the equation:

$$-log(I_b/I_x)_2 = (\alpha_{r2}[Hb]_b + \alpha_{o2}[HbO_2]_b)L_b + (E-E_x)_2.$$

**47**. The method of claim 43, wherein the step of determining the blood oxygen saturation level within the subject's tissue utilizes the equation:

$$SnO_2\% = \frac{\alpha_{r1} - \alpha_{r2}R}{(\alpha_{r1} - \alpha_{o1}) + (\alpha_{o2} - \alpha_{r2})R}100\%$$

where R represents the ratio of attenuations of the light signal for each of the first, and second wavelengths.

**48**. The method of claim 47, wherein the step of determining the ratio R of attenuations of the light signal for the first, and second wavelengths utilizes the equations:

$$R = \frac{A'_1 - E'_1}{A'_2 - E'_2}$$

where $E'_1$ represents the first calibration constant, $E'_2$ represents the second calibration constant, $A'_1$ represents the first attenuation of light signal of the first wavelength, and $A'_2$ represents the second attenuation of light signal of the second wavelength.

**49**. The method of claim 48, wherein the step of determining the first attenuation of the first wavelength utilizes the equation:

$$-log(I_b/I_x)_1 = (\alpha_{r1}[Hb]_b + \alpha_{o1}[HbO_2]_b)L_b + (E-E_x)_1.$$

and the step of determining the second attenuation of the second wavelength utilizes the equation:

$$-log(I_b/I_x)_2 = (\alpha_{r2}[Hb]_b + \alpha_{o2}[HbO_2]_b)L_b + (E-E_x)_2.$$

**50**. The method of claim 43, wherein the step of determining the blood oxygen saturation level within the subject's tissue comprising the steps of:

determining the attenuation ratio R of the light signal for each of the first, and second wavelengths;

determining the blood oxygen saturation level utilizing an empirical obtained calibration curve defining the relationship between the said attenuation ratio R with blood oxygen saturation.

**51**. The method of claim 50, wherein the step of determining the first attenuation of the first wavelength utilizes the equation:

$$A'_1 = -log(I_b/I_x)_1 = (\alpha_{r1}[Hb]_b + \alpha o1[HbO_2]_b)L_b + E'_1.$$

and the step of determining the second attenuation of the second wavelength utilizes the equation:

$$A'_2 = -log(I_b/I_x)_2 = (\alpha_{r2}[Hb]_b + \alpha_{o2}[HbO_2]_b)L_b + E'_2.$$

**52**. The method of claim 43, further comprising the steps of:

determining a photon pathlength $L_b$; and

determining a concentration of oxyhemoglobin and a concentration of deoxyhemoglobin within the subject's tissue using the first and second calibration constants.

**53**. The method of claim 51, wherein the concentration of oxyhemoglobin and the concentration of deoxyhemogiobin within the subject's tissue are determined using the equation:

$$\begin{bmatrix} A'_1 \\ A'_2 \end{bmatrix}\begin{bmatrix} \alpha_{r1} & \alpha_{o1} \\ \alpha_{r2} & \alpha_{o2} \end{bmatrix}^{-1}(L_\phi)^{-1} - \begin{bmatrix} E'_1 \\ E'_2 \end{bmatrix}\begin{bmatrix} \alpha_{r1} & \alpha_{o1} \\ \alpha_{r2} & \alpha_{o2} \end{bmatrix}^{-1}(L_\phi)^{-1} = \begin{bmatrix} [Hb]_b \\ [HbO_2]_b \end{bmatrix}$$

* * * * *

# Exhibit 22

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

Case 8:20-cv-00048-JVS-JDE Document 360-8 Filed 12/30/20 Page 531 of 834 Page ID #:28494

US 20100030040A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2010/0030040 A1**

Poeze et al. (43) **Pub. Date:** **Feb. 4, 2010**

(54) **MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS**

(75) Inventors: **Jeroen Poeze**, Mission Viejo, CA (US); **Marcelo Lamego**, Coto De Caza, CA (US); **Sean Merritt**, Lake Forest, CA (US); **Cristiano Dalvi**, Mission Viejo, CA (US); **Hung Vo**, Garden Grove, CA (US); **Johannes Bruinsma**, Mission Viejo, CA (US); **Ferdyan Lesmana**, Irvine, CA (US); **Massi Joe E. Kiani**, Laguna Niguel, CA (US)

Correspondence Address:
**KNOBBE MARTENS OLSON & BEAR LLP**
**2040 MAIN STREET, FOURTEENTH FLOOR**
**IRVINE, CA 92614 (US)**

(73) Assignee: **MASIMO Laboratories, Inc.**, Irvine, CA (US)

(21) Appl. No.: **12/534,827**

(22) Filed: **Aug. 3, 2009**

**Related U.S. Application Data**

(60) Provisional application No. 61/086,060, filed on Aug. 4, 2008, provisional application No. 61/086,108, filed on Aug. 4, 2008, provisional application No. 61/086, 063, filed on Aug. 4, 2008, provisional application No. 61/086,057, filed on Aug. 4, 2008, provisional application No. 61/091,732, filed on Aug. 25, 2008.

**Publication Classification**

(51) Int. Cl.
*A61B 5/1455* (2006.01)

(52) U.S. Cl. ........................................ **600/316**

(57) **ABSTRACT**

The present disclosure relates to noninvasive methods, devices, and systems for measuring various blood constituents or analytes, such as glucose. In an embodiment, a light source comprises LEDs and super-luminescent LEDs. The light source emits light at least wavelengths of about 1610 nm, about 1640 nm, and about 1665 nm. In an embodiment, the detector comprises a plurality of photodetectors arranged in a special geometry comprising one of a substantially linear substantially equal spaced geometry, a substantially linear substantially non-equal spaced geometry, and a substantially grid geometry.





**FIG. 1**

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 533 of 834   Page ID #:20717



**FIG. 2A**



FIG. 2B



**FIG. 2C**

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 536 of 834   Page ID #:20720



200D

DISPLAY
210d

110

mg/dL

SENSOR
201d

ETHERNET PORT
(OPTIONAL)
218

CABLE
212

USB INTERFACE
(OPTIONAL)
216

**FIG. 2D**



FIG. 3A



**FIG. 3B**



**FIG. 3C**



# FIG. 3D



**FIG. 3E**



**FIG. 3F**



**FIG. 4A**



**FIG. 4B**



**FIG. 4C**



FIG. 5



**FIG. 6A**



**FIG. 6B**

**FIG. 6C**



**FIG. 6D**

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 546 of 834   Page ID
#:20730



FIG. 6E



**FIG. 7A**



701B

EMITTER
HOUSING
704a

EMITTERS
104

FINGER 102

OPENING(S)
703b

TISSUE BED
710b

CONTACT AREA
770b

BUMP
705b

PHOTODIODES
106

CONDUCTIVE
GLASS 730b

SHIELDING 790b

DETECTOR
HOUSING/SHELL
706b

SUBMOUNT
707b

DETECTOR
SIGNAL
107

**FIG. 7B**



**FIG. 8A**

**FIG. 8B**

**FIG. 8C**



**FIG. 8D**

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 550 of 834   Page ID #:20734



FIG. 9



FIG. 10A



FIG. 10B



EMITTER 1104

TOP EMITTING
LEDS
1102

THERMISTOR
1120

DRIVER
1105

SIDE EMITTING
LEDS
1104

SUBMOUNT
1106

**FIG. 11A**

CONTROL
SIGNAL



**FIG. 11B**



FIG. 11C



TOP EMITTING
LEDS
1102

SUBSTRATE
1108

THERMISTOR
1120

**FIG. 11D**



**FIG. 12A**



**FIG. 12B**



**FIG. 12C**



**FIG. 12D**



**FIG. 12E**



**FIG. 12F**



**FIG. 12G**



**FIG. 12H**



**FIG. 13**

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 566 of 834   Page ID
#:20750



1408a

1410a

605

1400a

# FIG. 14A

FROM EMITTERS



**FIG. 14B**



# FIG. 14C

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 569 of 834   Page ID
#:20753



**FIG. 14D**

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 570 of 834   Page ID #:20754



**FIG. 14E**



**FIG. 14F**



310f

306f

# FIG. 14G



306f

605b

310f

**FIG. 14H**



**FIG. 14I**



**FIG. 15A**



**FIG. 15B**



FIG. 15C



FIG. 15D



**FIG. 15E**



**FIG. 15F**



**FIG. 15G**



**FIG. 15H**

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 583 of 834   Page ID #:20767



**FIG. 15I**

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 584 of 834   Page ID #:20768



**FIG. 15J**



**FIG. 15J (CONT.)**



4 PD PER STREAM ARCHITECTURE



1 PD PER STREAM ARCHITECTURE

# FIG. 15K



4 PD PER STREAM ARCHITECTURE

1 PD PER STREAM ARCHITECTURE

# FIG. 15K (CONT.)



FIG. 15K (CONT.)



**FIG. 15L**



FIG. 16A

FIG. 16B



**FIG. 17**

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 592 of 834   Page ID #:20776



**FIG. 18**



**FIG. 19**



**FIG. 20**



**FIG. 21**



**FIG. 22**

US 2010/0030040 A1

Feb. 4, 2010

1

# MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS

## RELATED APPLICATIONS

[0001] This application claims the benefit of priority under 35 U.S.C. §119(e) of the following U.S. Provisional Patent Applications:

| App. No. | Filing Date | Title | Attorney Docket |
|---|---|---|---|
| 61/086,060 | Aug. 4, 2008 | Multi-Stream Data Collection System For Non-Invasive Measurement of Glucose and Other Analytes | MLHUM.002PR |
| 61/086,108 | Aug. 4, 2008 | Multi-Stream Sensor Front Ends for Noninvasive Measurement of Glucose and Other Analytes | MLHUM.003PR |
| 61/086,063 | Aug. 4, 2008 | Multi-Stream Detector For Noninvasive Measurement Of Glucose And Other Analytes | MLHUM.004PR |
| 61/086,057 | Aug. 4, 2008 | Multi-Stream Emitter For Noninvasive Measurement Of Glucose And Other Analytes | MLHUM.005PR |
| 61/091,732 | Aug. 25, 2008 | Sensor For Improving Measurement Of Blood Constituents | MLHUM.011PR |

[0002] This application is related to the following U.S. patent application Ser. No.:

| App. No. | Filing Date | Title | Attorney Docket |
|---|---|---|---|
| 12/497,528 | Jul. 2, 2009 | Noise Shielding for Noninvasive Device Contoured Protrusion for Improving | MLHUM.006A |
| 12/497,523 | Jul. 2, 2009 | Spectroscopic Measurement of Blood Constituents | MLHUM.007A |
| 12/498,506 | Jul. 2, 2009 | Heat Sink for Noninvasive Medical Sensor | MLHUM.011A |
| Unknown | Herewith | Multi-Stream Sensor Front Ends for Non-Invasive Measurement of Blood Constituents | MLHUM.003A |
| Unknown | Herewith | Multi-Stream Sensor for Non-Invasive Measurement of Blood Constituents | MLHUM.004A |
| Unknown | Herewith | Multi-Stream Emitter for Non-Invasive Measurement of Blood Constituents | MLHUM.005A |

[0003] The foregoing applications are hereby incorporated by reference in their entirety.

## BACKGROUND

[0004] The standard of care in caregiver environments includes patient monitoring through spectroscopic analysis using, for example, a pulse oximeter. Devices capable of spectroscopic analysis generally include a light source(s) transmitting optical radiation into or reflecting off a measurement site, such as, body tissue carrying pulsing blood. After attenuation by tissue and fluids of the measurement site, a photodetection device(s) detects the attenuated light and outputs a detector signal(s) responsive to the detected attenuated light. A signal processing device(s) process the detector(s) signal(s) and outputs a measurement indicative of a blood constituent of interest, such as glucose, oxygen, met hemoglobin, total hemoglobin, other physiological parameters, or other data or combinations of data useful in determining a state or trend of wellness of a patient.

[0005] In noninvasive devices and methods, a sensor is often adapted to position a finger proximate the light source and light detector. For example, noninvasive sensors often include a clothespin-shaped housing that includes a contoured bed conforming generally to the shape of a finger.

## SUMMARY

[0006] This disclosure describes embodiments of noninvasive methods, devices, and systems for measuring a blood constituent or analyte, such as oxygen, carbon monoxide, methemoglobin, total hemoglobin, glucose, proteins, glucose, lipids, a percentage thereof (e.g., saturation) or for measuring many other physiologically relevant patient characteristics. These characteristics can relate, for example, to pulse rate, hydration, trending information and analysis, and the like.

[0007] In an embodiment, the system includes a noninvasive sensor and a patient monitor communicating with the noninvasive sensor. The non-invasive sensor may include different architectures to implement some or all of the disclosed features. In addition, an artisan will recognize that the noninvasive sensor may include or may be coupled to other com-

US 2010/0030040 A1

Feb. 4, 2010

2

ponents, such as a network interface, and the like. Moreover, the patient monitor may include a display device, a network interface communicating with any one or combination of a computer network, a handheld computing device, a mobile phone, the Internet, or the like. In addition, embodiments may include multiple optical sources that emit light at a plurality of wavelengths and that are arranged from the perspective of the light detector(s) as a point source.

[0008]   In an embodiment, a noninvasive device is capable of producing a signal responsive to light attenuated by tissue at a measurement site. The device may comprise an optical source and a plurality of photodetectors. The optical source is configured to emit optical radiation at least at wavelengths between about 1600 nm and about 1700 nm. The photodetectors are configured to detect the optical radiation from said optical source after attenuation by the tissue of the measurement site and each output a respective signal stream responsive to the detected optical radiation.

[0009]   In an embodiment, a noninvasive, physiological sensor is capable of outputting a signal responsive to a blood analyte present in a monitored patient. The sensor may comprise a sensor housing, an optical source, and photodetectors. The optical source is positioned by the housing with respect to a tissue site of a patient when said housing is applied to the patient. The photodetectors are positioned by the housing with respect to said tissue site when the housing is applied to the patient with a variation in path length among at least some of the photodetectors from the optical source. The photodetectors are configured to detect a sequence of optical radiation from the optical source after attenuation by tissue of the tissue site. The photodetectors may be each configured to output a respective signal stream responsive to the detected sequence of optical radiation. An output signal responsive to one or more of the signal streams is then usable to determine the blood analyte based at least in part on the variation in path length

[0010]   In an embodiment, a method of measuring an analyte based on multiple streams of optical radiation measured from a measurement site is provided. A sequence of optical radiation pulses is emitted to the measurement site. At a first location, a first stream of optical radiation is detected from the measurement site. At least at one additional location different from the first location, an additional stream of optical radiation is detected from the measurement site. An output measurement value indicative of the analyte is then determined based on the detected streams of optical radiation.

[0011]   For purposes of summarizing the disclosure, certain aspects, advantages and novel features of the inventions have been described herein. It is to be understood that not necessarily all such advantages can be achieved in accordance with any particular embodiment of the inventions disclosed herein. Thus, the inventions disclosed herein can be embodied or carried out in a manner that achieves or optimizes one advantage or group of advantages as taught herein without necessarily achieving other advantages as can be taught or suggested herein.

BRIEF DESCRIPTION OF THE DRAWINGS

[0012]   Throughout the drawings, reference numbers can be re-used to indicate correspondence between referenced elements. The drawings are provided to illustrate embodiments of the inventions described herein and not to limit the scope thereof.

[0013]   FIG. 1 illustrates a block diagram of an example data collection system capable of noninvasively measuring one or more blood analytes in a monitored patient, according to an embodiment of the disclosure;

[0014]   FIGS. 2A-2D illustrate an exemplary handheld monitor and an exemplary noninvasive optical sensor of the patient monitoring system of FIG. 1, according to embodiments of the disclosure;

[0015]   FIGS. 3A-3C illustrate side and perspective views of an exemplary noninvasive sensor housing including a finger bed protrusion and heat sink, according to an embodiment of the disclosure;

[0016]   FIG. 3D illustrates a side view of another example noninvasive sensor housing including a heat sink, according to an embodiment of the disclosure;

[0017]   FIG. 3E illustrates a perspective view of an example noninvasive sensor detector shell including example detectors, according to an embodiment of the disclosure;

[0018]   FIG. 3F illustrates a side view of an example noninvasive sensor housing including a finger bed protrusion and heat sink, according to an embodiment of the disclosure;

[0019]   FIGS. 4A through 4C illustrate top elevation, side and top perspective views of an example protrusion, according to an embodiment of the disclosure;

[0020]   FIG. 5 illustrates an example graph depicting possible effects of a protrusion on light transmittance, according to an embodiment of the disclosure;

[0021]   FIGS. 6A through 6D illustrate perspective, front elevation, side and top views of another example protrusion, according to an embodiment of the disclosure;

[0022]   FIG. 6E illustrates an example sensor incorporating the protrusion of FIGS. 6A through 6D, according to an embodiment of the disclosure;

[0023]   FIGS. 7A through 7B illustrate example arrangements of conductive glass that may be employed in the system of FIG. 1, according to embodiments of the disclosure.

[0024]   FIGS. 8A through 8D illustrate an example top elevation view, side views, and a bottom elevation view of the conductive glass that may be employed in the system of FIG. 1, according to embodiments of the disclosure;

[0025]   FIG. 9 shows example comparative results obtained by an embodiment of a sensor;

[0026]   FIGS. 10A and 10B illustrate comparative noise floors of various embodiments of the present disclosure;

[0027]   FIG. 11A illustrates an exemplary emitter that may be employed in the sensor, according to an embodiment of the disclosure;

[0028]   FIG. 11B illustrates a configuration of emitting optical radiation into a measurement site for measuring blood constituents, according to an embodiment of the disclosure;

[0029]   FIG. 11C illustrates another exemplary emitter that may be employed in the sensor according to an embodiment of the disclosure;

[0030]   FIG. 11D illustrates another exemplary emitter that may be employed in the sensor according to an embodiment of the disclosure;

[0031]   FIG. 12A illustrates an example detector portion that may be employed in an embodiment of a sensor, according to an embodiment of the disclosure;

[0032]   FIGS. 12B through 12D illustrate exemplary arrangements of detectors that may be employed in an embodiment of the sensor, according to some embodiments of the disclosure;

3

[0033]   FIGS. **12**E through **12**H illustrate exemplary structures of photodiodes that may be employed in embodiments of the detectors, according to some embodiments of the disclosure;

[0034]   FIG. **13** illustrates an example multi-stream operation of the system of FIG. **1**, according to an embodiment of the disclosure;

[0035]   FIG. **14**A illustrates another example detector portion having a partially cylindrical protrusion that can be employed in an embodiment of a sensor, according to an embodiment of the disclosure;

[0036]   FIG. **14**B depicts a front elevation view of the partially cylindrical protrusion of FIG. **14**A;

[0037]   FIGS. **14**C through **14**E illustrate embodiments of a detector submount;

[0038]   FIGS. **14**F through **14**H illustrate embodiment of portions of a detector shell;

[0039]   FIG. **14**I illustrates a cutaway view of an embodiment of a sensor;

[0040]   FIGS. **15**A through **15**F illustrate embodiments of sensors that include heat sink features;

[0041]   FIGS. **15**G and **15**H illustrate embodiments of connector features that can be used with any of the sensors described herein;

[0042]   FIG. **15**I illustrates an exemplary architecture for a transimpedance-based front-end that may be employed in any of the sensors described herein;

[0043]   FIG. **15**J illustrates an exemplary noise model for configuring the transimpedance-based front-ends shown in FIG. **15**I;

[0044]   FIG. **15**K shows different architectures and layouts for various embodiments of a sensor and its detectors;

[0045]   FIG. **15**L illustrates an exemplary architecture for a switched-capacitor-based front-end that may be employed in any of the sensors described herein;

[0046]   FIGS. **16**A and **16**B illustrate embodiments of disposable optical sensors;

[0047]   FIG. **17** illustrates an exploded view of certain components of an example sensor; and

[0048]   FIGS. **18** through **22** illustrate various results obtained by an exemplary sensor of the disclosure.

## DETAILED DESCRIPTION

[0049]   The present disclosure generally relates to non-invasive medical devices. In the present disclosure, a sensor can measure various blood constituents or analytes noninvasively using multi-stream spectroscopy. In an embodiment, the multi-stream spectroscopy can employ visible, infrared and near infrared wavelengths. As disclosed herein, the sensor is capable of noninvasively measuring blood analytes or percentages thereof (e.g., saturation) based on various combinations of features and components.

[0050]   The sensor can include photocommunicative components, such as an emitter, a detector, and other components. The emitter can include a plurality of sets of optical sources that, in an embodiment, are arranged together as a point source. The various optical sources can emit a sequence of optical radiation pulses at different wavelengths towards a measurement site, such as a patient's finger. Detectors can then detect optical radiation from the measurement site. The optical sources and optical radiation detectors can operate at any appropriate wavelength, including, as discussed herein, infrared, near infrared, visible light, and ultraviolet. In addition, the optical sources and optical radiation detectors can

operate at any appropriate wavelength, and such modifications to the embodiments desirable to operate at any such wavelength will be apparent to those skilled in the art.

[0051]   In certain embodiments, multiple detectors are employed and arranged in a spatial geometry. This spatial geometry provides a diversity of path lengths among at least some of the detectors and allows for multiple bulk and pulsatile measurements that are robust. Each of the detectors can provide a respective output stream based on the detected optical radiation, or a sum of output streams can be provided from multiple detectors. In some embodiments, the sensor can also include other components, such as one or more heat sinks and one or more thermistors.

[0052]   The sensor can be coupled to one or more monitors that process and/or display the sensor's output. The monitors can include various components, such as a sensor front end, a signal processor, a display, etc.

[0053]   The sensor can be integrated with a monitor, for example, into a handheld unit including the sensor, a display and user controls. In other embodiments, the sensor can communicate with one or more processing devices. The communication can be via wire(s), cable(s), flex circuit(s), wireless technologies, or other suitable analog or digital communication methodologies and devices to perform those methodologies. Many of the foregoing arrangements allow the sensor to be attached to the measurement site while the device is attached elsewhere on a patient, such as the patient's arm, or placed at a location near the patient, such as a bed, shelf or table. The sensor or monitor can also provide outputs to a storage device or network interface.

[0054]   Reference will now be made to the Figures to discuss embodiments of the present disclosure.

[0055]   FIG. **1** illustrates an example of a data collection system **100**. In certain embodiments, the data collection system **100** noninvasively measure a blood analyte, such as oxygen, carbon monoxide, methemoglobin, total hemoglobin, glucose, proteins, glucose, lipids, a percentage thereof (e.g., saturation) or for measuring many other physiologically relevant patient characteristics. The system **100** can also measure additional blood analytes and/or other physiological parameters useful in determining a state or trend of wellness of a patient.

[0056]   The data collection system **100** can be capable of measuring optical radiation from the measurement site. For example, in some embodiments, the data collection system **100** can employ photodiodes defined in terms of area. In an embodiment, the area is from about 1 mm$^2$-5 mm$^2$ (or higher) that are capable of detecting about 100 nanoamps (nA) or less of current resulting from measured light at full scale. In addition to having its ordinary meaning, the phrase "at full scale" can mean light saturation of a photodiode amplifier (not shown). Of course, as would be understood by a person of skill in the art from the present disclosure, various other sizes and types of photodiodes can be used with the embodiments of the present disclosure.

[0057]   The data collection system **100** can measure a range of approximately about 2 nA to about 100 nA full scale. The data collection system **100** can also include sensor front-ends that are capable of processing and amplifying current from the detector(s) at signal-to-noise ratios (SNRs) of about 100 decibels (dB) or more, such as about 120 dB in order to measure various desired analytes. The data collection system **100** can operate with a lower SNR if less accuracy is desired for an analyte like glucose.

[0058] The data collection system **100** can measure analyte concentrations, including glucose, at least in part by detecting light attenuated by a measurement site **102**. The measurement site **102** can be any location on a patient's body, such as a finger, foot, ear lobe, or the like. For convenience, this disclosure is described primarily in the context of a finger measurement site **102**. However, the features of the embodiments disclosed herein can be used with other measurement sites **102**.

[0059] In the depicted embodiment, the system **100** includes an optional tissue thickness adjuster or tissue shaper **105**, which can include one or more protrusions, bumps, lenses, or other suitable tissue-shaping mechanisms. In certain embodiments, the tissue shaper **105** is a flat or substantially flat surface that can be positioned proximate the measurement site **102** and that can apply sufficient pressure to cause the tissue of the measurement site **102** to be flat or substantially flat. In other embodiments, the tissue shaper **105** is a convex or substantially convex surface with respect to the measurement site **102**. Many other configurations of the tissue shaper **105** are possible. Advantageously, in certain embodiments, the tissue shaper **105** reduces thickness of the measurement site **102** while preventing or reducing occlusion at the measurement site **102**. Reducing thickness of the site can advantageously reduce the amount of attenuation of the light because there is less tissue through which the light must travel. Shaping the tissue in to a convex (or alternatively concave) surface can also provide more surface area from which light can be detected.

[0060] The embodiment of the data collection system **100** shown also includes an optional noise shield **103**. In an embodiment, the noise shield **103** can be advantageously adapted to reduce electromagnetic noise while increasing the transmittance of light from the measurement site **102** to one or more detectors **106** (described below). For example, the noise shield **103** can advantageously include a conductive coated glass or metal grid electrically communicating with one or more other shields of the sensor **101** or electrically grounded. In an embodiment where the noise shield **103** includes conductive coated glass, the coating can advantageously include indium tin oxide. In an embodiment, the indium tin oxide includes a surface resistivity ranging from approximately 30 ohms per square inch to about 500 ohms per square inch. In an embodiment, the resistivity is approximately 30, 200, or 500 ohms per square inch. As would be understood by a person of skill in the art from the present disclosure, other resistivities can also be used which are less than about 30 ohms or more than about 500 ohms. Other conductive materials transparent or substantially transparent to light can be used instead.

[0061] In some embodiments, the measurement site **102** is located somewhere along a non-dominant arm or a non-dominant hand, e.g., a right-handed person's left arm or left hand. In some patients, the non-dominant arm or hand can have less musculature and higher fat content, which can result in less water content in that tissue of the patient. Tissue having less water content can provide less interference with the particular wavelengths that are absorbed in a useful manner by blood analytes like glucose. Accordingly, in some embodiments, the data collection system **100** can be used on a person's non-dominant hand or arm.

[0062] The data collection system **100** can include a sensor **101** (or multiple sensors) that is coupled to a processing device or physiological monitor **109**. In an embodiment, the sensor **101** and the monitor **109** are integrated together into a single unit. In another embodiment, the sensor **101** and the monitor **109** are separate from each other and communicate one with another in any suitable manner, such as via a wired or wireless connection. The sensor **101** and monitor **109** can be attachable and detachable from each other for the convenience of the user or caregiver, for ease of storage, sterility issues, or the like. The sensor **101** and the monitor **109** will now be further described.

[0063] In the depicted embodiment shown in FIG. **1**, the sensor **101** includes an emitter **104**, a tissue shaper **105**, a set of detectors **106**, and a front-end interface **108**. The emitter **104** can serve as the source of optical radiation transmitted towards measurement site **102**. As will be described in further detail below, the emitter **104** can include one or more sources of optical radiation, such as LEDs, laser diodes, incandescent bulbs with appropriate frequency-selective filters, combinations of the same, or the like. In an embodiment, the emitter **104** includes sets of optical sources that are capable of emitting visible and near-infrared optical radiation.

[0064] In some embodiments, the emitter **104** is used as a point optical source, and thus, the one or more point optical sources of the emitter **104** can be located within a close distance to each other, such as within about a 2 mm to about 4 mm. The emitters **104** can be arranged in an array, such as is described in U.S. Publication No. 2006/0211924, filed Sep. 21, 2006, titled "Multiple Wavelength Sensor Emitters," the disclosure of which is hereby incorporated by reference in its entirety. In particular, the emitters **104** can be arranged at least in part as described in paragraphs [0061] through [0068] of the aforementioned publication, which paragraphs are hereby incorporated specifically by reference. Other relative spatial relationships can be used to arrange the emitters **104**.

[0065] For analytes like glucose, currently available non-invasive techniques often attempt to employ light near the water absorbance minima at or about 1600 nm. Typically, these devices and methods employ a single wavelength or single band of wavelengths at or about 1600 nm. However, to date, these techniques have been unable to adequately consistently measure analytes like glucose based on spectroscopy.

[0066] In contrast, the emitter **104** of the data collection system **100** can emit, in certain embodiments, combinations of optical radiation in various bands of interest. For example, in some embodiments, for analytes like glucose, the emitter **104** can emit optical radiation at three (3) or more wavelengths between about 1600 nm to about 1700 nm. In particular, the emitter **104** can emit optical radiation at or about 1610 nm, about 1640 nm, and about 1665 nm. In some circumstances, the use of three wavelengths within about 1600 nm to about 1700 nm enable sufficient SNRs of about 100 dB, which can result in a measurement accuracy of about 20 mg/dL or better for analytes like glucose.

[0067] In other embodiments, the emitter **104** can use two (2) wavelengths within about 1600 nm to about 1700 nm to advantageously enable SNRs of about 85 dB, which can result in a measurement accuracy of about 25-30 mg/dL or better for analytes like glucose. Furthermore, in some embodiments, the emitter **104** can emit light at wavelengths above about 1670 nm. Measurements at these wavelengths can be advantageously used to compensate or confirm the contribution of protein, water, and other non-hemoglobin species exhibited in measurements for analytes like glucose conducted between about 1600 nm and about 1700 nm. Of course, other wavelengths and combinations of wavelengths

US 2010/0030040 A1                                                                    Feb. 4, 2010

5

can be used to measure analytes and/or to distinguish other types of tissue, fluids, tissue properties, fluid properties, combinations of the same or the like.

[0068]   For example, the emitter **104** can emit optical radiation across other spectra for other analytes. In particular, the emitter **104** can employ light wavelengths to measure various blood analytes or percentages (e.g., saturation) thereof. For example, in one embodiment, the emitter **104** can emit optical radiation in the form of pulses at wavelengths about 905 nm, about 1050 nm, about 1200 nm, about 1300 nm, about 1330 nm, about 1610 nm, about 1640 nm, and about 1665 nm. In another embodiment, the emitter **104** can emit optical radiation ranging from about 860 nm to about 950 nm, about 950 nm to about 1100 nm, about 1100 nm to about 1270 nm, about 1250 nm to about 1350 nm, about 1300 nm to about 1360 nm, and about 1590 nm to about 1700 nm. Of course, the emitter **104** can transmit any of a variety of wavelengths of visible or near-infrared optical radiation.

[0069]   Due to the different responses of analytes to the different wavelengths, certain embodiments of the data collection system **100** can advantageously use the measurements at these different wavelengths to improve the accuracy of measurements. For example, the measurements of water from visible and infrared light can be used to compensate for water absorbance that is exhibited in the near-infrared wavelengths.

[0070]   As briefly described above, the emitter **104** can include sets of light-emitting diodes (LEDs) as its optical source. The emitter **104** can use one or more top-emitting LEDs. In particular, in some embodiments, the emitter **104** can include top-emitting LEDs emitting light at about 850 nm to 1350 nm.

[0071]   The emitter **104** can also use super luminescent LEDs (SLEDs) or side-emitting LEDs. In some embodiments, the emitter **104** can employ SLEDs or side-emitting LEDs to emit optical radiation at about 1600 nm to about 1800 nm. Emitter **104** can use SLEDs or side-emitting LEDs to transmit near infrared optical radiation because these types of sources can transmit at high power or relatively high power, e.g., about 40 mW to about 100 mW. This higher power capability can be useful to compensate or overcome the greater attenuation of these wavelengths of light in tissue and water. For example, the higher power emission can effectively compensate and/or normalize the absorption signal for light in the mentioned wavelengths to be similar in amplitude and/or effect as other wavelengths that can be detected by one or more photodetectors after absorption. However, the embodiments of the present disclosure do not necessarily require the use of high power optical sources. For example, some embodiments may be configured to measure analytes, such as total hemoglobin (tHb), oxygen saturation (SpO₂), carboxyhemoglobin, methemoglobin, etc., without the use of high power optical sources like side emitting LEDs. Instead, such embodiments may employ other types of optical sources, such as top emitting LEDs. Alternatively, the emitter **104** can use other types of sources of optical radiation, such as a laser diode, to emit near-infrared light into the measurement site **102**.

[0072]   In addition, in some embodiments, in order to assist in achieving a comparative balance of desired power output between the LEDs, some of the LEDs in the emitter **104** can have a filter or covering that reduces and/or cleans the optical radiation from particular LEDs or groups of LEDs. For example, since some wavelengths of light can penetrate through tissue relatively well, LEDs, such as some or all of the top-emitting LEDs can use a filter or covering, such as a cap or painted dye. This can be useful in allowing the emitter **104** to use LEDs with a higher output and/or to equalize intensity of LEDs.

[0073]   The data collection system **100** also includes a driver **111** that drives the emitter **104**. The driver **111** can be a circuit or the like that is controlled by the monitor **109**. For example, the driver **111** can provide pulses of current to the emitter **104**. In an embodiment, the driver **111** drives the emitter **104** in a progressive fashion, such as in an alternating manner. The driver **111** can drive the emitter **104** with a series of pulses of about 1 milliwatt (mW) for some wavelengths that can penetrate tissue relatively well and from about 40 mW to about 100 mW for other wavelengths that tend to be significantly attenuated in tissue. A wide variety of other driving powers and driving methodologies can be used in various embodiments.

[0074]   The driver **111** can be synchronized with other parts of the sensor **101** and can minimize or reduce jitter in the timing of pulses of optical radiation emitted from the emitter **104**. In some embodiments, the driver **111** is capable of driving the emitter **104** to emit optical radiation in a pattern that varies by less than about 10 parts-per-million.

[0075]   The detectors **106** capture and measure light from the measurement site **102**. For example, the detectors **106** can capture and measure light transmitted from the emitter **104** that has been attenuated or reflected from the tissue in the measurement site **102**. The detectors **106** can output a detector signal **107** responsive to the light captured or measured. The detectors **106** can be implemented using one or more photodiodes, phototransistors, or the like.

[0076]   In addition, the detectors **106** can be arranged with a spatial configuration to provide a variation of path lengths among at least some of the detectors **106**. That is, some of the detectors **106** can have the substantially, or from the perspective of the processing algorithm, effectively, the same path length from the emitter **104**. However, according to an embodiment, at least some of the detectors **106** can have a different path length from the emitter **104** relative to other of the detectors **106**. Variations in path lengths can be helpful in allowing the use of a bulk signal stream from the detectors **106**. In some embodiments, the detectors **106** may employ a linear spacing, a logarithmic spacing, or a two or three dimensional matrix of spacing, or any other spacing scheme in order to provide an appropriate variation in path lengths.

[0077]   The front end interface **108** provides an interface that adapts the output of the detectors **106**, which is responsive to desired physiological parameters. For example, the front end interface **108** can adapt a signal **107** received from one or more of the detectors **106** into a form that can be processed by the monitor **109**, for example, by a signal processor **110** in the monitor **109**. The front end interface **108** can have its components assembled in the sensor **101**, in the monitor **109**, in connecting cabling (if used), combinations of the same, or the like. The location of the front end interface **108** can be chosen based on various factors including space desired for components, desired noise reductions or limits, desired heat reductions or limits, and the like.

[0078]   The front end interface **108** can be coupled to the detectors **106** and to the signal processor **110** using a bus, wire, electrical or optical cable, flex circuit, or some other form of signal connection. The front end interface **108** can also be at least partially integrated with various components, such as the detectors **106**. For example, the front end interface

6

108 can include one or more integrated circuits that are on the same circuit board as the detectors 106. Other configurations can also be used.

[0079] The front end interface 108 can be implemented using one or more amplifiers, such as transimpedance amplifiers, that are coupled to one or more analog to digital converters (ADCs) (which can be in the monitor 109), such as a sigma-delta ADC. A transimpedance-based front end interface 108 can employ single-ended circuitry, differential circuitry, and/or a hybrid configuration. A transimpedance-based front end interface 108 can be useful for its sampling rate capability and freedom in modulation/demodulation algorithms. For example, this type of front end interface 108 can advantageously facilitate the sampling of the ADCs being synchronized with the pulses emitted from the emitter 104.

[0080] The ADC or ADCs can provide one or more outputs into multiple channels of digital information for processing by the signal processor 110 of the monitor 109. Each channel can correspond to a signal output from a detector 106.

[0081] In some embodiments, a programmable gain amplifier (PGA) can be used in combination with a transimpedance-based front end interface 108. For example, the output of a transimpedance-based front end interface 108 can be output to a PGA that is coupled with an ADC in the monitor 109. A PGA can be useful in order to provide another level of amplification and control of the stream of signals from the detectors 106. Alternatively, the PGA and ADC components can be integrated with the transimpedance-based front end interface 108 in the sensor 101.

[0082] In another embodiment, the front end interface 108 can be implemented using switched-capacitor circuits. A switched-capacitor-based front end interface 108 can be useful for, in certain embodiments, its resistor-free design and analog averaging properties. In addition, a switched-capacitor-based front end interface 108 can be useful because it can provide a digital signal to the signal processor 110 in the monitor 109.

[0083] As shown in FIG. 1, the monitor 109 can include the signal processor 110 and a user interface, such as a display 112. The monitor 109 can also include optional outputs alone or in combination with the display 112, such as a storage device 114 and a network interface 116. In an embodiment, the signal processor 110 includes processing logic that determines measurements for desired analytes, such as glucose, based on the signals received from the detectors 106. The signal processor 110 can be implemented using one or more microprocessors or subprocessors (e.g., cores), digital signal processors, application specific integrated circuits (ASICs), field programmable gate arrays (FPGAs), combinations of the same, and the like.

[0084] The signal processor 110 can provide various signals that control the operation of the sensor 101. For example, the signal processor 110 can provide an emitter control signal to the driver 111. This control signal can be useful in order to synchronize, minimize, or reduce jitter in the timing of pulses emitted from the emitter 104. Accordingly, this control signal can be useful in order to cause optical radiation pulses emitted from the emitter 104 to follow a precise timing and consistent pattern. For example, when a transimpedance-based front end interface 108 is used, the control signal from the signal processor 110 can provide synchronization with the ADC in order to avoid aliasing, cross-talk, and the like. As also shown, an optional memory 113 can be included in the front-end interface 108 and/or in the signal processor 110. This memory

113 can serve as a buffer or storage location for the front-end interface 108 and/or the signal processor 110, among other uses.

[0085] The user interface 112 can provide an output, e.g., on a display, for presentation to a user of the data collection system 100. The user interface 112 can be implemented as a touch-screen display, an LCD display, an organic LED display, or the like. In addition, the user interface 112 can be manipulated to allow for measurement on the non-dominant side of patient. For example, the user interface 112 can include a flip screen, a screen that can be moved from one side to another on the monitor 109, or can include an ability to reorient its display indicia responsive to user input or device orientation. In alternative embodiments, the data collection system 100 can be provided without a user interface 112 and can simply provide an output signal to a separate display or system.

[0086] A storage device 114 and a network interface 116 represent other optional output connections that can be included in the monitor 109. The storage device 114 can include any computer-readable medium, such as a memory device, hard disk storage, EEPROM, flash drive, or the like. The various software and/or firmware applications can be stored in the storage device 114, which can be executed by the signal processor 110 or another processor of the monitor 109. The network interface 116 can be a serial bus port (RS-232/RS-485), a Universal Serial Bus (USB) port, an Ethernet port, a wireless interface (e.g., WiFi such as any 802.1x interface, including an internal wireless card), or other suitable communication device(s) that allows the monitor 109 to communicate and share data with other devices. The monitor 109 can also include various other components not shown, such as a microprocessor, graphics processor, or controller to output the user interface 112, to control data communications, to compute data trending, or to perform other operations.

[0087] Although not shown in the depicted embodiment, the data collection system 100 can include various other components or can be configured in different ways. For example, the sensor 101 can have both the emitter 104 and detectors 106 on the same side of the measurement site 102 and use reflectance to measure analytes. The data collection system 100 can also include a sensor that measures the power of light emitted from the emitter 104.

[0088] FIGS. 2A through 2D illustrate example monitoring devices 200 in which the data collection system 100 can be housed. Advantageously, in certain embodiments, some or all of the example monitoring devices 200 shown can have a shape and size that allows a user to operate it with a single hand or attach it, for example, to a patient's body or limb. Although several examples are shown, many other monitoring device configurations can be used to house the data collection system 100. In addition, certain of the features of the monitoring devices 200 shown in FIGS. 2A through 2D can be combined with features of the other monitoring devices 200 shown.

[0089] Referring specifically to FIG. 2A, an example monitoring device 200A is shown, in which a sensor 201a and a monitor 209a are integrated into a single unit. The monitoring device 200A shown is a handheld or portable device that can measure glucose and other analytes in a patient's finger. The sensor 201a includes an emitter shell 204a and a detector shell 206a. The depicted embodiment of the monitoring device 200A also includes various control buttons 208a and a display 210a.

[0090] The sensor **201**a can be constructed of white material used for reflective purposes (such as white silicone or plastic), which can increase the usable signal at the detector **106** by forcing light back into the sensor **201**a. Pads in the emitter shell **204**a and the detector shell **206**a can contain separated windows to prevent or reduce mixing of light signals, for example, from distinct quadrants on a patient's finger. In addition, these pads can be made of a relatively soft material, such as a gel or foam, in order to conform to the shape, for example, of a patient's finger. The emitter shell **204**a and the detector shell **206**a can also include absorbing black or grey material portions to prevent or reduce ambient light from entering into the sensor **201**a.

[0091] In some embodiments, some or all portions of the emitter shell **204**a and/or detector shell **206**a can be detachable and/or disposable. For example, some or all portions of the shells **204**a and **206**a can be removable pieces. The removability of the shells **204**a and **206**a can be useful for sanitary purposes or for sizing the sensor **201**a to different patients. The monitor **209**a can include a fitting, slot, magnet, or other connecting mechanism to allow the sensor **201**c to be removably attached to the monitor **209**a.

[0092] The monitoring device **200**a also includes optional control buttons **208**a and a display **210**a that can allow the user to control the operation of the device. For example, a user can operate the control buttons **208**a to view one or more measurements of various analytes, such as glucose. In addition, the user can operate the control buttons **208**a to view other forms of information, such as graphs, histograms, measurement data, trend measurement data, parameter combination views, wellness indications, and the like. Many parameters, trends, alarms and parameter displays could be output to the display **210**a, such as those that are commercially available through a wide variety of noninvasive monitoring devices from Masimo® Corporation of Irvine, Calif.

[0093] Furthermore, the controls **208**a and/or display **210**a can provide functionality for the user to manipulate settings of the monitoring device **200**a, such as alarm settings, emitter settings, detector settings, and the like. The monitoring device **200**a can employ any of a variety of user interface designs, such as frames, menus, touch-screens, and any type of button.

[0094] FIG. **2**B illustrates another example of a monitoring device **200**B. In the depicted embodiment, the monitoring device **200**B includes a finger clip sensor **201**b connected to a monitor **209**b via a cable **212**. In the embodiment shown, the monitor **209**b includes a display **210**b, control buttons **208**b and a power button. Moreover, the monitor **209**b can advantageously include electronic processing, signal processing, and data storage devices capable of receiving signal data from said sensor **201**b, processing the signal data to determine one or more output measurement values indicative of one or more physiological parameters of a monitored patient, and displaying the measurement values, trends of the measurement values, combinations of measurement values, and the like.

[0095] The cable **212** connecting the sensor **201**b and the monitor **209**b can be implemented using one or more wires, optical fiber, flex circuits, or the like. In some embodiments, the cable **212** can employ twisted pairs of conductors in order to minimize or reduce cross-talk of data transmitted from the sensor **201**b to the monitor **209**b. Various lengths of the cable **212** can be employed to allow for separation between the sensor **201**b and the monitor **209**b. The cable **212** can be fitted with a connector (male or female) on either end of the cable **212** so that the sensor **201**b and the monitor **209**b can be

connected and disconnected from each other. Alternatively, the sensor **201**b and the monitor **209**b can be coupled together via a wireless communication link, such as an infrared link, radio frequency channel, or any other wireless communication protocol and channel.

[0096] The monitor **209**b can be attached to the patient. For example, the monitor **209**b can include a belt clip or straps (see, e.g., FIG. **2**C) that facilitate attachment to a patient's belt, arm, leg, or the like. The monitor **209**b can also include a fitting, slot, magnet, LEMO snap-click connector, or other connecting mechanism to allow the cable **212** and sensor **201**b to be attached to the monitor **209**B.

[0097] The monitor **209**b can also include other components, such as a speaker, power button, removable storage or memory (e.g., a flash card slot), an AC power port, and one or more network interfaces, such as a universal serial bus interface or an Ethernet port. For example, the monitor **209**b can include a display **210**b that can indicate a measurement for glucose, for example, in mg/dL. Other analytes and forms of display can also appear on the monitor **209**b.

[0098] In addition, although a single sensor **201**b with a single monitor **209**b is shown, different combinations of sensors and device pairings can be implemented. For example, multiple sensors can be provided for a plurality of different patient types or measurement sites or even patient fingers.

[0099] FIG. **2**C illustrates yet another example of monitoring device **200**C that can house the data collection system **100**. Like the monitoring device **200**B, the monitoring device **200**C includes a finger clip sensor **201**c connected to a monitor **209**c via a cable **212**. The cable **212** can have all of the features described above with respect to FIG. **2**B. The monitor **209**c can include all of the features of the monitor **200**B described above. For example, the monitor **209**c includes buttons **208**c and a display **210**c. The monitor **209**c shown also includes straps **214**c that allow the monitor **209**c to be attached to a patient's limb or the like.

[0100] FIG. **2**D illustrates yet another example of monitoring device **200**D that can house the data collection system **100**. Like the monitoring devices **200**B and **200**C, the monitoring device **200**D includes a finger clip sensor **201**d connected to a monitor **209**d via a cable **212**. The cable **212** can have all of the features described above with respect to FIG. **2**B. In addition to having some or all of the features described above with respect to FIGS. **2**B and **2**C, the monitoring device **200**D includes an optional universal serial bus (USB) port **216** and an Ethernet port **218**. The USB port **216** and the Ethernet port **218** can be used, for example, to transfer information between the monitor **209**d and a computer (not shown) via a cable. Software stored on the computer can provide functionality for a user to, for example, view physiological data and trends, adjust settings and download firmware updates to the monitor **209**b, and perform a variety of other functions. The USB port **216** and the Ethernet port **218** can be included with the other monitoring devices **200**A, **200**B, and **200**C described above.

[0101] FIGS. **3**A through **3**C illustrate more detailed examples of embodiments of a sensor **301**a. The sensor **301**a shown can include all of the features of the sensors **100** and **200** described above.

[0102] Referring to FIG. **3**A, the sensor **301**a in the depicted embodiment is a clothespin-shaped clip sensor that includes an enclosure **302**a for receiving a patient's finger. The enclosure **302**a is formed by an upper section or emitter shell **304**a, which is pivotally connected with a lower section

or detector shell **306***a*. The emitter shell **304***a* can be biased with the detector shell **306***a* to close together around a pivot point **303***a* and thereby sandwich finger tissue between the emitter and detector shells **304***a*, **306***a*.

[0103]　In an embodiment, the pivot point **303***a* advantageously includes a pivot capable of adjusting the relationship between the emitter and detector shells **304***a*, **306***a* to effectively level the sections when applied to a tissue site. In another embodiment, the sensor **301***a* includes some or all features of the finger clip described in U.S. Publication No. 2006/0211924, incorporated above, such as a spring that causes finger clip forces to be distributed along the finger. Paragraphs [0096] through [0105], which describe this feature, are hereby specifically incorporated by reference.

[0104]　The emitter shell **304***a* can position and house various emitter components of the sensor **301***a*. It can be constructed of reflective material (e.g., white silicone or plastic) and/or can be metallic or include metalicized plastic (e.g., including carbon and aluminum) to possibly serve as a heat sink. The emitter shell **304***a* can also include absorbing opaque material, such as, for example, black or grey colored material, at various areas, such as on one or more flaps **307***a*, to reduce ambient light entering the sensor **301***a*.

[0105]　The detector shell **306***a* can position and house one or more detector portions of the sensor **301***a*. The detector shell **306***a* can be constructed of reflective material, such as white silicone or plastic. As noted, such materials can increase the usable signal at a detector by forcing light back into the tissue and measurement site (see FIG. 1). The detector shell **306***a* can also include absorbing opaque material at various areas, such as lower area **308***a*, to reduce ambient light entering the sensor **301***a*.

[0106]　Referring to FIGS. 3B and 3C, an example of finger bed **310** is shown in the sensor **301***b*. The finger bed **310** includes a generally curved surface shaped generally to receive tissue, such as a human digit. The finger bed **310** includes one or more ridges or channels **314**. Each of the ridges **314** has a generally convex shape that can facilitate increasing traction or gripping of the patient's finger to the finger bed. Advantageously, the ridges **314** can improve the accuracy of spectroscopic analysis in certain embodiments by reducing noise that can result from a measurement site moving or shaking loose inside of the sensor **301***a*. The ridges **314** can be made from reflective or opaque materials in some embodiments to further increase SNR. In other implementations, other surface shapes can be used, such as, for example, generally flat, concave, or convex finger beds **310**.

[0107]　Finger bed **310** can also include an embodiment of a tissue thickness adjuster or protrusion **305**. The protrusion **305** includes a measurement site contact area **370** (see FIG. 3C) that can contact body tissue of a measurement site. The protrusion **305** can be removed from or integrated with the finger bed **310**. Interchangeable, different shaped protrusions **305** can also be provided, which can correspond to different finger shapes, characteristics, opacity, sizes, or the like.

[0108]　Referring specifically to FIG. 3C, the contact area **370** of the protrusion **305** can include openings or windows **320**, **321**, **322**, and **323**. When light from a measurement site passes through the windows **320**, **321**, **322**, and **323**, the light can reach one or more photodetectors (see FIG. 3E). In an embodiment, the windows **320**, **321**, **322**, and **323** mirror specific detector placements layouts such that light can impinge through the protrusion **305** onto the photodetectors. Any number of windows **320**, **321**, **322**, and **323** can be

employed in the protrusion **305** to allow light to pass from the measurement site to the photodetectors.

[0109]　The windows **320**, **321**, **322**, and **323** can also include shielding, such as an embedded grid of wiring or a conductive glass coating, to reduce noise from ambient light or other electromagnetic noise. The windows **320**, **321**, **322**, and **323** can be made from materials, such as plastic or glass. In some embodiments, the windows **320**, **321**, **322**, and **323** can be constructed from conductive glass, such as indium tin oxide (ITO) coated glass. Conductive glass can be useful because its shielding is transparent, and thus allows for a larger aperture versus a window with an embedded grid of wiring. In addition, in certain embodiments, the conductive glass does not need openings in its shielding (since it is transparent), which enhances its shielding performance. For example, some embodiments that employ the conductive glass can attain up to a about 40% to about 50% greater signal than non-conductive glass with a shielding grid. In addition, in some embodiments, conductive glass can be useful for shielding noise from a greater variety of directions than non-conductive glass with a shielding grid.

[0110]　Turning to FIG. 3B, the sensor **301***a* can also include a shielding **315***a*, such as a metal cage, box, metal sheet, perforated metal sheet, a metal layer on a non-metal material, or the like. The shielding **315***a* is provided in the depicted embodiment below or embedded within the protrusion **305** to reduce noise. The shielding **315***a* can be constructed from a conductive material, such as copper. The shielding **315***a* can include one or more openings or windows (not shown). The windows can be made from glass or plastic to thereby allow light that has passed through the windows **320**, **321**, **322**, and **323** on an external surface of the protrusion **305** (see FIG. 3C) to pass through to one or more photodetectors that can be enclosed or provided below (see FIG. 3E).

[0111]　In some embodiments, the shielding cage for shielding **315***a* can be constructed in a single manufactured component with or without the use of conductive glass. This form of construction may be useful in order to reduce costs of manufacture as well as assist in quality control of the components. Furthermore, the shielding cage can also be used to house various other components, such as sigma delta components for various embodiments of front end interfaces **108**.

[0112]　In an embodiment, the photodetectors can be positioned within or directly beneath the protrusion **305** (see FIG. 3E). In such cases, the mean optical path length from the emitters to the detectors can be reduced and the accuracy of blood analyte measurement can increase. For example, in one embodiment, a convex bump of about 1 mm to about 3 mm in height and about 10 mm$^2$ to about 60 mm$^2$ was found to help signal strength by about an order of magnitude versus other shapes. Of course other dimensions and sizes can be employed in other embodiments. Depending on the properties desired, the length, width, and height of the protrusion **305** can be selected. In making such determinations, consideration can be made of protrusion's **305** effect on blood flow at the measurement site and mean path length for optical radiation passing through openings **320**, **321**, **322**, and **323**. Patient comfort can also be considered in determining the size and shape of the protrusion.

[0113]　In an embodiment, the protrusion **305** can include a pliant material, including soft plastic or rubber, which can somewhat conform to the shape of a measurement site. Pliant materials can improve patient comfort and tactility by conforming the measurement site contact area **370** to the mea-

US 2010/0030040 A1

Feb. 4, 2010

9

surement site. Additionally, pliant materials can minimize or reduce noise, such as ambient light. Alternatively, the protrusion **305** can be made from a rigid material, such as hard plastic or metal.

[0114]   Rigid materials can improve measurement accuracy of a blood analyte by conforming the measurement site to the contact area **370**. The contact area **370** can be an ideal shape for improving accuracy or reducing noise. Selecting a material for the protrusion **305** can include consideration of materials that do not significantly alter blood flow at the measurement site. The protrusion **305** and the contact area **370** can include a combination of materials with various characteristics.

[0115]   The contact area **370** serves as a contact surface for the measurement site. For example, in some embodiments, the contact area **370** can be shaped for contact with a patient's finger. Accordingly, the contact area **370** can be sized and shaped for different sizes of fingers. The contact area **370** can be constructed of different materials for reflective purposes as well as for the comfort of the patient. For example, the contact area **370** can be constructed from materials having various hardness and textures, such as plastic, gel, foam, and the like.

[0116]   The formulas and analysis that follow with respect to FIG. **5** provide insight into how selecting these variables can alter transmittance and intensity gain of optical radiation that has been applied to the measurement site. These examples do not limit the scope of this disclosure.

[0117]   Referring to FIG. **5**, a plot **500** is shown that illustrates examples of effects of embodiments of the protrusion **305** on the SNR at various wavelengths of light. As described above, the protrusion **305** can assist in conforming the tissue and effectively reduce its mean path length. In some instances, this effect by the protrusion **305** can have significant impact on increasing the SNR.

[0118]   According to the Beer Lambert law, a transmittance of light (I) can be expressed as follows: $I = I_o * e^{-m*b*c}$, where $I_o$ is the initial power of light being transmitted, m is the path length traveled by the light, and the component "b*c" corresponds to the bulk absorption of the light at a specific wavelength of light. For light at about 1600 nm to about 1700 nm, for example, the bulk absorption component is generally around 0.7 mm[1]. Assuming a typical finger thickness of about 12 mm and a mean path length of 20 mm due to tissue scattering, then $I = I_o * e^{(-20*0.7)}$.

[0119]   In an embodiment where the protrusion **305** is a convex bump, the thickness of the finger can be reduced to 10 mm (from 12 mm) for some fingers and the effective light mean path is reduced to about 16.6 mm from 20 mm (see box **510**). This results in a new transmittance, $I_1 = I_o * e^{(-16.6*7)}$. A curve for a typical finger (having a mean path length of 20 mm) across various wavelengths is shown in the plot **500** of FIG. **5**. The plot **500** illustrates potential effects of the protrusion **305** on the transmittance. As illustrated, comparing I and $I_1$ results in an intensity gain of $e^{(-16.6*7)}/e^{(-20*0.7)}$, which is about a 10 times increase for light in the about 1600 nm to about 1700 nm range. Such an increase can affect the SNR at which the sensor can operate. The foregoing gains can be due at least in part to the about 1600 nm to about 1700 nm range having high values in bulk absorptions (water, protein, and the like), e.g., about 0.7 mm[−1]. The plot **500** also shows improvements in the visible/near-infrared range (about 600 nm to about 1300 nm).

[0120]   Turning again to FIGS. **3**A through **3**C, an example heat sink **350***a* is also shown. The heat sink **350***a* can be

attached to, or protrude from an outer surface of, the sensor **301***a*, thereby providing increased ability for various sensor components to dissipate excess heat. By being on the outer surface of the sensor **301***a* in certain embodiments, the heat sink **350***a* can be exposed to the air and thereby facilitate more efficient cooling. In an embodiment, one or more of the emitters (see FIG. **1**) generate sufficient heat that inclusion of the heat sink **350***a* can advantageously allows the sensor **301***a* to remain safely cooled. The heat sink **350***a* can include one or more materials that help dissipate heat, such as, for example, aluminum, steel, copper, carbon, combinations of the same, or the like. For example, in some embodiments, the emitter shell **304***a* can include a heat conducting material that is also readily and relatively inexpensively moldable into desired shapes and forms.

[0121]   In some embodiments, the heat sink **350***a* includes metalicized plastic. The metalicized plastic can include aluminum and carbon, for example. The material can allow for improved thermal conductivity and diffusivity, which can increase commercial viability of the heat sink. In some embodiments, the material selected to construct the heat sink **350***a* can include a thermally conductive liquid crystalline polymer, such as CoolPoly® D5506, commercially available from Cool Polymers®, Inc. of Warwick, R.I. Such a material can be selected for its electrically non-conductive and dielectric properties so as, for example, to aid in electrical shielding. In an embodiment, the heat sink **350***a* provides improved heat transfer properties when the sensor **301***a* is active for short intervals of less than a full day's use. In an embodiment, the heat sink **350***a* can advantageously provide improved heat transfers in about three (3) to about four (4) minute intervals, for example, although a heat sink **350***a* can be selected that performs effectively in shorter or longer intervals.

[0122]   Moreover, the heat sink **350***a* can have different shapes and configurations for aesthetic as well as for functional purposes. In an embodiment, the heat sink is configured to maximize heat dissipation, for example, by maximizing surface area. In an embodiment, the heat sink **350***a* is molded into a generally curved surface and includes one or more fins, undulations, grooves, or channels. The example heat sink **350***a* shown includes fins **351***a* (see FIG. **3**A).

[0123]   An alternative shape of a sensor **301***b* and heat sink **350***b* is shown in FIG. **3**D. The sensor **301***b* can include some or all of the features of the sensor **301***a*. For example, the sensor **301***b* includes an enclosure **302***b* formed by an emitter shell **304***b* and a detector shell **306***b*, pivotably connected about a pivot **303***a*. The emitter shell **304***b* can also include absorbing opaque material on one or more flaps **307***b*, and the detector shell **306***a* can also include absorbing opaque material at various areas, such as lower area **308***b*.

[0124]   However, the shape of the sensor **301***b* is different in this embodiment. In particular, the heat sink **350***b* includes comb protrusions **351***b*. The comb protrusions **351***b* are exposed to the air in a similar manner to the fins **351***a* of the heat sink **350***a*, thereby facilitating efficient cooling of the sensor **301***b*.

[0125]   FIG. **3**E illustrates a more detailed example of a detector shell **306***b* of the sensor **301***b*. The features described with respect to the detector shell **306***b* can also be used with the detector shell **306***a* of the sensor **301***a*.

[0126]   As shown, the detector shell **306***b* includes detectors **316**. The detectors **316** can have a predetermined spacing **340** from each other, or a spatial relationship among one another that results in a spatial configuration. This spatial configura-

US 2010/0030040 A1                                                                Feb. 4, 2010

10

tion can purposefully create a variation of path lengths among detectors **316** and the emitter discussed above.

[0127]   In the depicted embodiment, the detector shell **316** can hold multiple (e.g., two, three, four, etc.) photodiode arrays that are arranged in a two-dimensional grid pattern. Multiple photodiode arrays can also be useful to detect light piping (e.g., light that bypasses measurement site **102**). In the detector shell **316**, walls can be provided to separate the individual photodiode arrays to prevent or reduce mixing of light signals from distinct quadrants. In addition, the detector shell **316** can be covered by windows of transparent material, such as glass, plastic, or the like, to allow maximum or increased transmission of power light captured. In various embodiments, the transparent materials used can also be partially transparent or translucent or can otherwise pass some or all of the optical radiation passing through them. As noted, this window can include some shielding in the form of an embedded grid of wiring, or a conductive layer or coating.

[0128]   As further illustrated by FIG. **3**E, the detectors **316** can have a spatial configuration of a grid. However, the detectors **316** can be arranged in other configurations that vary the path length. For example, the detectors **316** can be arranged in a linear array, a logarithmic array, a two-dimensional array, a zig-zag pattern, or the like. Furthermore, any number of the detectors **316** can be employed in certain embodiments.

[0129]   FIG. **3**F illustrates another embodiment of a sensor **301**f. The sensor **301**f can include some or all of the features of the sensor **301**a of FIG. **3**A described above. For example, the sensor **301**f includes an enclosure **302**f formed by an upper section or emitter shell **304**f, which is pivotably connected with a lower section or detector shell **306**f around a pivot point **303**f. The emitter shell **304**f can also include absorbing opaque material on various areas, such as on one or more flaps **307**f, to reduce ambient light entering the sensor **301**f. The detector shell **306**f can also include absorbing opaque material at various areas, such as a lower area **308**f. The sensor **301**f also includes a heat sink **350**f, which includes fins **351**f.

[0130]   In addition to these features, the sensor **301**f includes a flex circuit cover **360**, which can be made of plastic or another suitable material. The flex circuit cover **360** can cover and thereby protect a flex circuit (not shown) that extends from the emitter shell **304**f to the detector shell **306**f. An example of such a flex circuit is illustrated in U.S. Publication No. 2006/0211924, incorporated above (see FIG. **46** and associated description, which is hereby specifically incorporated by reference). The flex circuit cover **360** is shown in more detail below in FIG. **17**.

[0131]   In addition, sensors **301**a-f has extra length—extends to second joint on finger—Easier to place, harder to move due to cable, better for light piping

[0132]   FIGS. **4**A through **4**C illustrate example arrangements of a protrusion **405**, which is an embodiment of the protrusion **305** described above. In an embodiment, the protrusion **405** can include a measurement site contact area **470**. The measurement site contact area **470** can include a surface that molds body tissue of a measurement site, such as a finger, into a flat or relatively flat surface.

[0133]   The protrusion **405** can have dimensions that are suitable for a measurement site such as a patient's finger. As shown, the protrusion **405** can have a length **400**, a width **410**, and a height **430**. The length **400** can be from about 9 to about 11 millimeters, e.g., about 10 millimeters. The width **410** can be from about 7 to about 9 millimeters, e.g., about 8 millime-

ters. The height **430** can be from about 0.5 millimeters to about 3 millimeters, e.g., about 2 millimeters. In an embodiment, the dimensions **400**, **410**, and **430** can be selected such that the measurement site contact area **470** includes an area of about 80 square millimeters, although larger and smaller areas can be used for different sized tissue for an adult, an adolescent, or infant, or for other considerations.

[0134]   The measurement site contact area **470** can also include differently shaped surfaces that conform the measurement site into different shapes. For example, the measurement site contact area **470** can be generally curved and/or convex with respect to the measurement site. The measurement site contact area **470** can be other shapes that reduce or even minimize air between the protrusion **405** and or the measurement site. Additionally, the surface pattern of the measurement site contact area **470** can vary from smooth to bumpy, e.g., to provide varying levels of grip.

[0135]   In FIGS. **4**A and **4**C, openings or windows **420**, **421**, **422**, and **423** can include a wide variety of shapes and sizes, including for example, generally square, circular, triangular, or combinations thereof. The windows **420**, **421**, **422**, and **423** can be of non-uniform shapes and sizes. As shown, the windows **420**, **421**, **422**, and **423** can be evenly spaced out in a grid like arrangement. Other arrangements or patterns of arranging the windows **420**, **421**, **422**, and **423** are possible. For example, the windows **420**, **421**, **422**, and **423** can be placed in a triangular, circular, or linear arrangement. In some embodiments, the windows **420**, **421**, **422**, and **423** can be placed at different heights with respect to the finger bed **310** of FIG. **3**. The windows **420**, **421**, **422**, and **423** can also mimic or approximately mimic a configuration of, or even house, a plurality of detectors.

[0136]   FIGS. **6**A through **6**D illustrate another embodiment of a protrusion **605** that can be used as the tissue shaper **105** described above or in place of the protrusions **305**, **405** described above. The depicted protrusion **605** is a partially cylindrical lens having a partial cylinder **608** and an extension **610**. The partial cylinder **608** can be a half cylinder in some embodiments; however, a smaller or greater portion than half of a cylinder can be used. Advantageously, in certain embodiments, the partially cylindrical protrusion **605** focuses light onto a smaller area, such that fewer detectors can be used to detect the light attenuated by a measurement site.

[0137]   FIG. **6**A illustrates a perspective view of the partially cylindrical protrusion **605**. FIG. **6**B illustrates a front elevation view of the partially cylindrical protrusion **605**. FIG. **6**C illustrates a side view of the partially cylindrical protrusion **605**. FIG. **6**D illustrates a top view of the partially cylindrical protrusion **605**.

[0138]   Advantageously, in certain embodiments, placing the partially cylindrical protrusion **605** over the photodiodes in any of the sensors described above adds multiple benefits to any of the sensors described above. In one embodiment, the partially cylindrical protrusion **605** penetrates into the tissue and reduces the path length of the light traveling in the tissue, similar to the protrusions described above.

[0139]   The partially cylindrical protrusion **605** can also collect light from a large surface and focus down the light to a smaller area. As a result, in certain embodiments, signal strength per area of the photodiode can be increased. The partially cylindrical protrusion **605** can therefore facilitate a lower cost sensor because, in certain embodiments, less photodiode area can be used to obtain the same signal strength. Less photodiode area can be realized by using smaller pho-

11

todiodes or fewer photodiodes (see, e.g., FIG. **14**). If fewer or smaller photodiodes are used, the partially cylindrical protrusion **605** can also facilitate an improved SNR of the sensor because fewer or smaller photodiodes can have less dark current.

[0140]   The dimensions of the partially cylindrical protrusion **605** can vary based on, for instance, a number of photodiodes used with the sensor. Referring to FIG. **6**C, the overall height of the partially cylindrical protrusion **605** (measurement "a") in some implementations is about 1 to about 3 mm. A height in this range can allow the partially cylindrical protrusion **605** to penetrate into the pad of the finger or other tissue and reduce the distance that light travels through the tissue. Other heights, however, of the partially cylindrical protrusion **605** can also accomplish this objective. For example, the chosen height of the partially cylindrical protrusion **605** can be selected based on the size of the measurement site, whether the patient is an adult or child, and so on. In an embodiment, the height of the protrusion **605** is chosen to provide as much tissue thickness reduction as possible while reducing or preventing occlusion of blood vessels in the tissue.

[0141]   Referring to FIG. **6**D, the width of the partially cylindrical protrusion **605** (measurement "b") can be about 3 to about 5 mm. In one embodiment, the width is about 4 mm. In one embodiment, a width in this range provides good penetration of the partially cylindrical protrusion **605** into the tissue to reduce the path length of the light. Other widths, however, of the partially cylindrical protrusion **605** can also accomplish this objective. For example, the width of the partially cylindrical protrusion **605** can vary based on the size of the measurement site, whether the patient is an adult or child, and so on. In addition, the length of the protrusion **605** could be about 10 mm, or about 8 mm to about 12 mm, or smaller than 8 mm or greater than 12 mm.

[0142]   In certain embodiments, the focal length (f) for the partially cylindrical protrusion **605** can be expressed as:

$$f = \frac{R}{n-1}.$$

where R is the radius of curvature of the partial cylinder **608** and n is the index of refraction of the material used. In certain embodiments, the radius of curvature can be between about 1.5 mm and about 2 mm. In another embodiment, the partially cylindrical protrusion **605** can include a material, such as nBK7 glass, with an index of refraction of around 1.5 at 1300 nm, which can provide focal lengths of between about 3 mm and about 4 mm.

[0143]   A partially cylindrical protrusion **605** having a material with a higher index of refraction such as nSF11 glass (e.g., n=1.75 at 1300 nm) can provide a shorter focal length and possibly a smaller photodiode chip, but can also cause higher reflections due to the index of refraction mismatch with air. Many types of glass or plastic can be used with index of refraction values ranging from, for example, about 1.4 to about 1.9. The index of refraction of the material of the protrusion **605** can be chosen to improve or optimize the light focusing properties of the protrusion **605**. A plastic partially cylindrical protrusion **605** could provide the cheapest option in high volumes but can also have some undesired light absorption peaks at wavelengths higher than 1500 nm. Other

focal lengths and materials having different indices of refraction can be used for the partially cylindrical protrusion **605**.

[0144]   Placing a photodiode at a given distance below the partially cylindrical protrusion **605** can facilitate capturing some or all of the light traveling perpendicular to the lens within the active area of the photodiode (see FIG. **14**). Different sizes of the partially cylindrical protrusion **605** can use different sizes of photodiodes. The extension **610** added onto the bottom of the partial cylinder **608** is used in certain embodiments to increase the height of the partially cylindrical protrusion **605**. In an embodiment, the added height is such that the photodiodes are at or are approximately at the focal length of the partially cylindrical protrusion **605**. In an embodiment, the added height provides for greater thinning of the measurement site. In an embodiment, the added height assists in deflecting light piped through the sensor. This is because light piped around the sensor passes through the side walls of the added height without being directed toward the detectors. The extension **610** can also further facilitate the protrusion **605** increasing or maximizing the amount of light that is provided to the detectors. In some embodiments, the extension **610** can be omitted.

[0145]   FIG. **6**E illustrates another view of the sensor **301**f of FIG. **3**F, which includes an embodiment of a partially cylindrical protrusion **605**b. Like the sensor **301**A shown in FIGS. **3**B and **3**C, the sensor **301**f includes a finger bed **310**f. The finger bed **310**f includes a generally curved surface shaped generally to receive tissue, such as a human digit. The finger bed **310**f also includes the ridges or channels **314** described above with respect to FIGS. **3**B and **3**C.

[0146]   The example of finger bed **310**f shown also includes the protrusion **605**b, which includes the features of the protrusion **605** described above. In addition, the protrusion **605**b also includes chamfered edges **607** on each end to provide a more comfortable surface for a finger to slide across (see also FIG. **14**D). In another embodiment, the protrusion **605**b could instead include a single chamfered edge **607** proximal to the ridges **314**. In another embodiment, one or both of the chamfered edges **607** could be rounded.

[0147]   The protrusion **605**b also includes a measurement site contact area **670** that can contact body tissue of a measurement site. The protrusion **605**b can be removed from or integrated with the finger bed **310**f. Interchangeable, differently shaped protrusions **605**b can also be provided, which can correspond to different finger shapes, characteristics, opacity, sizes, or the like.

[0148]   FIGS. **7**A and **7**B illustrate block diagrams of sensors **701** that include example arrangements of conductive glass or conductive coated glass for shielding. Advantageously, in certain embodiments, the shielding can provide increased SNR. The features of the sensors **701** can be implemented with any of the sensors **101**, **201**, **301** described above. Although not shown, the partially cylindrical protrusion **605** of FIG. **6** can also be used with the sensors **701** in certain embodiments.

[0149]   For example, referring specifically to FIG. **7**A, the sensor **701**a includes an emitter housing **704**a and a detector housing **706**. The emitter housing **704**a includes LEDs **104**. The detector housing **706**a includes a tissue bed **710**a with an opening or window **703**a, the conductive glass **730**a, and one or more photodiodes for detectors **106** provided on a submount **707**a.

[0150]   During operation, a finger **102** can be placed on the tissue bed **710**a and optical radiation can be emitted from the

LEDs **104**. Light can then be attenuated as it passes through or is reflected from the tissue of the finger **102**. The attenuated light can then pass through the opening **703***a* in the tissue bed **710***a*. Based on the received light, the detectors **106** can provide a detector signal **107**, for example, to the front end interface **108** (see FIG. **1**).

[0151] In the depicted embodiment, the conductive glass **730** is provided in the opening **703**. The conductive glass **730** can thus not only permit light from the finger to pass to the detectors **106**, but it can also supplement the shielding of the detectors **106** from noise. The conductive glass **730** can include a stack or set of layers. In FIG. **7A**, the conductive glass **730***a* is shown having a glass layer **731** proximate the finger **102** and a conductive layer **733** electrically coupled to the shielding **790***a*.

[0152] In an embodiment, the conductive glass **730***a* can be coated with a conductive, transparent or partially transparent material, such as a thin film of indium tin oxide (ITO). To supplement electrical shielding effects of a shielding enclosure **790***a*, the conductive glass **730***a* can be electrically coupled to the shielding enclosure **790***a*. The conductive glass **730***a* can be electrically coupled to the shielding **704***a* based on direct contact or via other connection devices, such as a wire or another component.

[0153] The shielding enclosure **790***a* can be provided to encompass the detectors **106** to reduce or prevent noise. For example, the shielding enclosure **790***a* can be constructed from a conductive material, such as copper, in the form of a metal cage. The shielding or enclosure a can include an opaque material to not only reduce electrical noise, but also ambient optical noise.

[0154] In some embodiments, the shielding enclosure **790***a* can be constructed in a single manufactured component with or without the use of conductive glass. This form of construction may be useful in order to reduce costs of manufacture as well as assist in quality control of the components. Furthermore, the shielding enclosure **790***a* can also be used to house various other components, such as sigma delta components for various embodiments of front end interfaces **108**.

[0155] Referring to FIG. **7B**, another block diagram of an example sensor **701***b* is shown. A tissue bed **710***b* of the sensor **701***b* includes a protrusion **705***b*, which is in the form of a convex bump. The protrusion **705***b* can include all of the features of the protrusions or tissue shaping materials described above. For example, the protrusion **705***b* includes a contact area **370** that comes in contact with the finger **102** and which can include one or more openings **703***b*. One or more components of conductive glass **730***b* can be provided in the openings **703**. For example, in an embodiment, each of the openings **703** can include a separate window of the conductive glass **730***b*. In an embodiment, a single piece of the conductive glass **730***b* can used for some or all of the openings **703***b*. The conductive glass **730***b* is smaller than the conductive glass **730***a* in this particular embodiment.

[0156] A shielding enclosure **790***b* is also provided, which can have all the features of the shielding enclosure **790***a*. The shielding enclosure **790***b* is smaller than the shielding enclosure **790***a*; however, a variety of sizes can be selected for the shielding enclosures **790**.

[0157] In some embodiments, the shielding enclosure **790***b* can be constructed in a single manufactured component with or without the use of conductive glass. This form of construction may be useful in order to reduce costs of manufacture as well as assist in quality control of the components. Further-

more, the shielding enclosure **790***b* can also be used to house various other components, such as sigma delta components for various embodiments of front end interfaces **108**.

[0158] FIGS. **8A** through **8D** illustrate a perspective view, side views, and a bottom elevation view of the conductive glass described above with respect to the sensors **701***a*, **701***b*. As shown in the perspective view of FIG. **8A** and side view of FIG. **8B**, the conductive glass **730** includes the electrically conductive material **733** described above as a coating on the glass layer **731** described above to form a stack. In an embodiment where the electrically conductive material **733** includes indium tin oxide, surface resistivity of the electrically conductive material **733** can range approximately from 30 ohms per square inch to 500 ohms per square inch, or approximately 30, 200, or 500 ohms per square inch. As would be understood by a person of skill in the art from the present disclosure, other resistivities can also be used which are less than 30 ohms or more than 500 ohms. Other transparent, electrically conductive materials can be used as the material **733**.

[0159] Although the conductive material **733** is shown spread over the surface of the glass layer **731**, the conductive material **733** can be patterned or provided on selected portions of the glass layer **731**. Furthermore, the conductive material **733** can have uniform or varying thickness depending on a desired transmission of light, a desired shielding effect, and other considerations.

[0160] In FIG. **8C**, a side view of a conductive glass **830***a* is shown to illustrate an embodiment where the electrically conductive material **733** is provided as an internal layer between two glass layers **731**, **835**. Various combinations of integrating electrically conductive material **733** with glass are possible. For example, the electrically conductive material **733** can be a layer within a stack of layers. This stack of layers can include one or more layers of glass **731**, **835**, as well as one or more layers of conductive material **733**. The stack can include other layers of materials to achieve desired characteristics.

[0161] In FIG. **8D**, a bottom perspective view is shown to illustrate an embodiment where a conductive glass **830***b* can include conductive material **837** that occupies or covers a portion of a glass layer **839**. This embodiment can be useful, for example, to create individual, shielded windows for detectors **106**, such as those shown in FIG. **3C**. The conductive material **837** can be patterned to include an area **838** to allow light to pass to detectors **106** and one or more strips **841** to couple to the shielding **704** of FIG. **7**.

[0162] Other configurations and patterns for the conductive material can be used in certain embodiments, such as, for example, a conductive coating lining periphery edges, a conductive coating outlaid in a pattern including a grid or other pattern, a speckled conductive coating, coating outlaid in lines in either direction or diagonally, varied thicknesses from the center out or from the periphery in, or other suitable patterns or coatings that balance the shielding properties with transparency considerations.

[0163] FIG. **9** depicts an example graph **900** that illustrates comparative results obtained by an example sensor having components similar to those disclosed above with respect to FIGS. **7** and **8**. The graph **900** depicts the results of the percentage of transmission of varying wavelengths of light for different types of windows used in the sensors described above.

13

[0164] A line 915 on the graph 900 illustrates example light transmission of a window made from plain glass. As shown, the light transmission percentage of varying wavelengths of light is approximately 90% for a window made from plain glass. A line 920 on the graph 900 demonstrates an example light transmission percentage for an embodiment in which a window is made from glass having an ITO coating with a surface resistivity of 500 ohms per square inch. A line 925 on the graph 900 shows an example light transmission for an embodiment in which a window is made from glass that includes a coating of ITO oxide with a surface resistivity of 200 ohms per square inch. A line 930 on the graph 900 shows an example light transmission for an embodiment in which a window is made from glass that includes a coating of ITO oxide with a surface resistivity of 30 ohms per square inch.

[0165] The light transmission percentage for a window with currently available embedded wiring can have a light transmission percentage of approximately 70%. This lower percentage of light transmission can be due to the opacity of the wiring employed in a currently available window with wiring. Accordingly, certain embodiments of glass coatings described herein can employ, for example, ITO coatings with different surface resistivity depending on the desired light transmission, wavelengths of light used for measurement, desired shielding effect, and other criteria.

[0166] FIGS. 10A through 10B illustrate comparative noise floors of example implementations of the sensors described above. Noise can include optical noise from ambient light and electromagnetic noise, for example, from surrounding electrical equipment. In FIG. 10A, a graph 1000 depicts possible noise floors for different frequencies of noise for an embodiment in which one of the sensors described above included separate windows for four (4) detectors 106. One or more of the windows included an embedded grid of wiring as a noise shield. Symbols 1030-1033 illustrate the noise floor performance for this embodiment. As can be seen, the noise floor performance can vary for each of the openings and based on the frequency of the noise.

[0167] In FIG. 10B, a graph 1050 depicts a noise floor for frequencies of noise 1070 for an embodiment in which the sensor included separate openings for four (4) detectors 106 and one or more windows that include an ITO coating. In this embodiment, a surface resistivity of the ITO used was about 500 ohms per square inch. Symbols 1080-1083 illustrate the noise floor performance for this embodiment. As can be seen, the noise floor performance for this embodiment can vary less for each of the openings and provide lower noise floors in comparison to the embodiment of FIG. 10A.

[0168] FIG. 11A illustrates an example structure for configuring the set of optical sources of the emitters described above. As shown, an emitter 104 can include a driver 1105, a thermistor 1120, a set of top-emitting LEDs 1102 for emitting red and/or infrared light, a set of side-emitting LEDs 1104 for emitting near infrared light, and a submount 1106.

[0169] The thermistor 1120 can be provided to compensate for temperature variations. For example, the thermistor 1120 can be provided to allow for wavelength centroid and power drift of LEDs 1102 and 1104 due to heating. In addition, other thermistors (not shown) can be employed, for example, to measure a temperature of a measurement site. The temperature can be displayed on a display device and used by a caregiver. Such a temperature can also be helpful in correcting for wavelength drift due to changes in water absorption, which can be temperature dependent, thereby providing more

accurate data useful in detecting blood analytes like glucose. In addition, using a thermistor or other type of temperature sensitive device may be useful for detecting extreme temperatures at the measurement site that are too hot or too cold. The presence of low perfusion may also be detected, for example, when the finger of a patient has become too cold. Moreover, shifts in temperature at the measurement site can alter the absorption spectrum of water and other tissue in the measurement cite. A thermistor's temperature reading can be used to adjust for the variations in absorption spectrum changes in the measurement site.

[0170] The driver 1105 can provide pulses of current to the emitter 1104. In an embodiment, the driver 1105 drives the emitter 1104 in a progressive fashion, for example, in an alternating manner based on a control signal from, for example, a processor (e.g., the processor 110). For example, the driver 1105 can drive the emitter 1104 with a series of pulses to about 1 milliwatt (mW) for visible light to light at about 1300 nm and from about 40 mW to about 100 mW for light at about 1600 nm to about 1700 nm. However, a wide number of driving powers and driving methodologies can be used. The driver 1105 can be synchronized with other parts of the sensor and can minimize or reduce any jitter in the timing of pulses of optical radiation emitted from the emitter 1104. In some embodiments, the driver 1105 is capable of driving the emitter 1104 to emit an optical radiation in a pattern that varies by less than about 10 parts-per-million; however other amounts of variation can be used.

[0171] The submount 1106 provides a support structure in certain embodiments for aligning the top-emitting LEDs 1102 and the side-emitting LEDs 1104 so that their optical radiation is transmitted generally towards the measurement site. In some embodiments, the submount 1106 is also constructed of aluminum nitride (AlN) or beryllium oxide (BEO) for heat dissipation, although other materials or combinations of materials suitable for the submount 1106 can be used.

[0172] FIG. 11B illustrates a configuration of emitting optical radiation into a measurement site for measuring a blood constituent or analyte like glucose. In some embodiments, emitter 104 may be driven in a progressive fashion to minimize noise and increase SNR of sensor 101. For example, emitter 104 may be driven based on a progression of power/current delivered to LEDs 1102 and 1104.

[0173] In some embodiments, emitter 104 may be configured to emit pulses centered about 905 nm, about 1050 nm, about 1200 nm, about 1300 nm, about 1330 nm, about 1610 nm, about 1640 nm, and about 1665 nm. In another embodiment, the emitter 104 may emit optical radiation ranging from about 860 nm to about 950 nm, about 950 nm to about 1100 nm, about 1100 nm to about 1270 nm, about 1250 nm to about 1350 nm, about 1300 nm to about 1360 nm, and about 1590 nm to about 1700 nm. Of course, emitter 104 may be configured to transmit any of a variety of wavelengths of visible, or near-infrared optical radiation.

[0174] For purposes of illustration, FIG. 11B shows a sequence of pulses of light at wavelengths of around 905 nm, around 1200 nm, around 1300 nm, and around 1330 nm from top emitting LEDs 1102. FIG. 11B also shows that emitter 104 may then emit pulses centered at around 1630 nm, around 1660 nm, and around 1615 nm from side emitting LEDs 1104. Emitter 104 may be progressively driven at higher power/current. This progression may allow driver circuit 105 to stabilize in its operations, and thus, provide a more stable current/power to LEDs 1102 and 1104.

14

[0175] For example, as shown in FIG. 11B, the sequence of optical radiation pulses are shown having a logarithmic-like progression in power/current. In some embodiments, the timing of these pulses is based on a cycle of about 400 slots running at 48 kHz (e.g. each time slot may be approximately 0.02 ms or 20 microseconds). An artisan will recognize that term "slots" includes its ordinary meaning, which includes a time period that may also be expressed in terms of a frequency. In the example shown, pulses from top emitting LEDs **1102** may have a pulse width of about 40 time slots (e.g., about 0.8 ms) and an off period of about 4 time slots in between. In addition, pulses from side emitting LEDs **1104** (e.g., or a laser diode) may have a pulse width of about 60 time slots (e.g., about 1.25 ms) and a similar off period of about 4 time slots. A pause of about 70 time slots (e.g. 1.5 ms) may also be provided in order to allow driver circuit **1105** to stabilize after operating at higher current/power.

[0176] As shown in FIG. 11B, top emitting LEDs **1102** may be initially driven with a power to approximately 1 mW at a current of about 20-100 mA. Power in these LEDs may also be modulated by using a filter or covering of black dye to reduce power output of LEDs. In this example, top emitting LEDs **1102** may be driven at approximately 0.02 to 0.08 mW. The sequence of the wavelengths may be based on the current requirements of top emitting LEDs **502** for that particular wavelength. Of course, in other embodiments, different wavelengths and sequences of wavelengths may be output from emitter **104**.

[0177] Subsequently, side emitting LEDs **1104** may be driven at higher powers, such as about 40-100 mW and higher currents of about 600-800 mA. This higher power may be employed in order to compensate for the higher opacity of tissue and water in measurement site **102** to these wavelengths. For example, as shown, pulses at about 1630 nm, about 1660 nm, and about 1615 nm may be output with progressively higher power, such as at about 40 mW, about 50 mW, and about 60 mW, respectively. In this embodiment, the order of wavelengths may be based on the optical characteristics of that wavelength in tissue as well as the current needed to drive side emitting LEDs **1104**. For example, in this embodiment, the optical pulse at about 1615 nm is driven at the highest power due to its sensitivity in detecting analytes like glucose and the ability of light at this wavelength to penetrate tissue. Of course, different wavelengths and sequences of wavelengths may be output from emitter **104**.

[0178] As noted, this progression may be useful in some embodiments because it allows the circuitry of driver circuit **1105** to stabilize its power delivery to LEDs **1102** and **1104**. Driver circuit **1105** may be allowed to stabilize based on the duty cycle of the pulses or, for example, by configuring a variable waiting period to allow for stabilization of driver circuit **1105**. Of course, other variations in power/current and wavelength may also be employed in the present disclosure.

[0179] Modulation in the duty cycle of the individual pulses may also be useful because duty cycle can affect the signal noise ratio of the system **100**. That is, as the duty cycle is increased so may the signal to noise ratio.

[0180] Furthermore, as noted above, driver circuit **1105** may monitor temperatures of the LEDs **1102** and **1104** using the thermistor **1120** and adjust the output of LEDs **1102** and **1104** accordingly. Such a temperature may be to help sensor **101** correct for wavelength drift due to changes in water absorption, which can be temperature dependent.

[0181] FIG. 11C illustrates another exemplary emitter that may be employed in the sensor according to an embodiment of the disclosure. As shown, the emitter **104** can include components mounted on a substrate **1108** and on submount **1106**. In particular, top-emitting LEDs **1102** for emitting red and/or infrared light may be mounted on substrate **1108**. Side emitting LEDS **1104** may be mounted on submount **1106**. As noted, side-emitting LEDs **1104** may be included in emitter **104** for emitting near infrared light.

[0182] As also shown, the sensor of FIG. 11C may include a thermistor **1120**. As noted, the thermistor **1120** can be provided to compensate for temperature variations. The thermistor **1120** can be provided to allow for wavelength centroid and power drift of LEDs **1102** and **1104** due to heating. In addition, other thermistors (not shown) can be employed, for example, to measure a temperature of a measurement site. Such a temperature can be helpful in correcting for wavelength drift due to changes in water absorption, which can be temperature dependent, thereby providing more accurate data useful in detecting blood analytes like glucose.

[0183] In some embodiments, the emitter **104** may be implemented without the use of side emitting LEDs. For example, certain blood constituents, such as total hemoglobin, can be measured by embodiments of the disclosure without the use of side emitting LEDs. FIG. 11D illustrates another exemplary emitter that may be employed in the sensor according to an embodiment of the disclosure. In particular, an emitter **104** that is configured for a blood constituent, such as total hemoglobin, is shown. The emitter **104** can include components mounted on a substrate **1108**. In particular, top-emitting LEDs **1102** for emitting red and/or infrared light may be mounted on substrate **1108**.

[0184] As also shown, the emitter of FIG. 11D may include a thermistor **1120**. The thermistor **1120** can be provided to compensate for temperature variations. The thermistor **1120** can be provided to allow for wavelength centroid and power drift of LEDs **1102** due to heating.

[0185] FIG. 12A illustrates a detector submount **1200** having photodiode detectors that are arranged in a grid pattern on the detector submount **1200** to capture light at different quadrants from a measurement site. One detector submount **1200** can be placed under each window of the sensors described above, or multiple windows can be placed over a single detector submount **1200**. The detector submount **1200** can also be used with the partially cylindrical protrusion **605** described above with respect to FIG. 6.

[0186] The detectors include photodiode detectors **1-4** that are arranged in a grid pattern on the submount **1200** to capture light at different quadrants from the measurement site. As noted, other patterns of photodiodes, such as a linear row, or logarithmic row, can also be employed in certain embodiments.

[0187] As shown, the detectors **1-4** may have a predetermined spacing from each other, or spatial relationship among one another that result in a spatial configuration. This spatial configuration can be configured to purposefully create a variation of path lengths among detectors **106** and the point light source discussed above.

[0188] Detectors may hold multiple (e.g., two, three, four, etc.) photodiode arrays that are arranged in a two-dimensional grid pattern. Multiple photodiode arrays may also be useful to detect light piping (i.e., light that bypasses measurement site **102**). As shown, walls may separate the individual photodiode arrays to prevent mixing of light signals from

distinct quadrants. In addition, as noted, the detectors may be covered by windows of transparent material, such as glass, plastic, etc., to allow maximum transmission of power light captured. As noted, this window may comprise some shielding in the form of an embedded grid of wiring, or a conductive layer or coating.

[0189]　FIGS. 12B through 12D illustrate a simplified view of exemplary arrangements and spatial configurations of photodiodes for detectors 106. As shown, detectors 106 may comprise photodiode detectors 1-4 that are arranged in a grid pattern on detector submount 1200 to capture light at different quadrants from measurement site 102.

[0190]　As noted, other patterns of photodiodes may also be employed in embodiments of the present disclosure, including, for example, stacked or other configurations recognizable to an artisan from the disclosure herein. For example, detectors 106 may be arranged in a linear array, a logarithmic array, a two-dimensional array, and the like. Furthermore, an artisan will recognize from the disclosure herein that any number of detectors 106 may be employed by embodiments of the present disclosure.

[0191]　For example, as shown in FIG. 12B, detectors 106 may comprise photodiode detectors 1-4 that are arranged in a substantially linear configuration on submount 1200. In this embodiment shown, photodiode detectors 1-4 are substantially equally spaced apart (e.g., where the distance D is substantially the same between detectors 1-4).

[0192]　In FIG. 12C, photodiode detectors 1-4 may be arranged in a substantially linear configuration on submount 1200, but may employ a substantially progressive, substantially logarithmic, or substantially semi-logarithmic spacing (e.g., where distances D1>D2>D3). This arrangement or pattern may be useful for use on a patient's finger and where the thickness of the finger gradually increases.

[0193]　In FIG. 12D, a different substantially grid pattern on submount 1200 of photodiode detectors 1-4 is shown. As noted, other patterns of detectors may also be employed in embodiments of the present invention.

[0194]　FIGS. 12E through 12H illustrate several embodiments of photodiodes that may be used in detectors 106. As shown in these figures, a photodiode 1202 of detector 106 may comprise a plurality of active areas 1204. These active areas 204 may be coupled together via a common cathode 1206 or anode 1208 in order to provide a larger effective detection area.

[0195]　In particular, as shown in FIG. 12E, photodiode 1202 may comprise two (2) active areas 1204a and 1204b. In FIG. 12F, photodiode 1202 may comprise four (4) active areas 1204c-f. In FIG. 12G, photodiode 1202 may comprise three (3) active areas 1204g-i. In FIG. 12H, photodiode 1202 may comprise nine (9) active areas 1204j-r. The use of smaller active areas may be useful because smaller active areas can be easier to fabricate and can be fabricated with higher purity. However, one skilled in the art will recognize that various sizes of active areas may be employed in the photodiode 1202.

[0196]　FIG. 13 illustrates an example multi-stream process 1300. The multi-stream process 1300 can be implemented by the data collection system 100 and/or by any of the sensors described above. As shown, a control signal from a signal processor 1310 controls a driver 1305. In response, an emitter 1304 generates a pulse sequence 1303 from its emitter (e.g., its LEDs) into a measurement site or sites 1302. As described above, in some embodiments, the pulse sequence 1303 is

controlled to have a variation of about 10 parts per million or less. Of course, depending on the analyte desired, the tolerated variation in the pulse sequence 1303 can be greater (or smaller).

[0197]　In response to the pulse sequence 1300, detectors 1 to n (n being an integer) in a detector 1306 capture optical radiation from the measurement site 1302 and provide respective streams of output signals. Each signal from one of detectors 1-n can be considered a stream having respective time slots corresponding to the optical pulses from emitter sets 1-n in the emitter 1304. Although n emitters and n detectors are shown, the number of emitters and detectors need not be the same in certain implementations.

[0198]　A front end interface 1308 can accept these multiple streams from detectors 1-n and deliver one or more signals or composite signal(s) back to the signal processor 1310. A stream from the detectors 1-n can thus include measured light intensities corresponding to the light pulses emitted from the emitter 1304.

[0199]　The signal processor 1310 can then perform various calculations to measure the amount of glucose and other analytes based on these multiple streams of signals. In order to help explain how the signal processor 1310 can measure analytes like glucose, a primer on the spectroscopy employed in these embodiments will now be provided.

[0200]　Spectroscopy is premised upon the Beer-Lambert law. According to this law, the properties of a material, e.g., glucose present in a measurement site, can be deterministically calculated from the absorption of light traveling through the material. Specifically, there is a logarithmic relation between the transmission of light through a material and the concentration of a substance and also between the transmission and the length of the path traveled by the light. As noted, this relation is known as the Beer-Lambert law.

[0201]　The Beer-Lambert law is usually written as:

$$Absorbance\ A = m*b*c, \text{ where:}$$

[0202]　m is the wavelength-dependent molar absorptivity coefficient (usually expressed in units of $M^1\ cm^{-1}$);

[0203]　b is the mean path length; and

[0204]　c is the analyte concentration (e.g., the desired parameter).

[0205]　In spectroscopy, instruments attempt to obtain the analyte concentration (c) by relating absorbance (A) to transmittance (T). Transmittance is a proportional value defined as:

$$T = I/I_o, \text{ where:}$$

[0206]　I is the light intensity measured by the instrument from the measurement site; and

[0207]　$I_o$ is the initial light intensity from the emitter.

[0208]　Absorbance (A) can be equated to the transmittance (T) by the equation:

$$A = -\log T$$

[0209]　Therefore, substituting equations from above:

$$A = -\log(I/I_o)$$

[0210]　In view of this relationship, spectroscopy thus relies on a proportional-based calculation of $-\log(I/I_o)$ and solving for analyte concentration (c).

[0211]　Typically, in order to simplify the calculations, spectroscopy will use detectors that are at the same location in order to keep the path length (b) a fixed, known constant. In addition, spectroscopy will employ various mechanisms to

definitively know the transmission power ($I_o$), such as a pho-todiode located at the light source. This architecture can be viewed as a single channel or single stream sensor, because the detectors are at a single location.

[0212]   However, this scheme can encounter several diffi-culties in measuring analytes, such as glucose. This can be due to the high overlap of absorption of light by water at the wavelengths relevant to glucose as well as other factors, such as high self-noise of the components.

[0213]   Embodiments of the present disclosure can employ a different approach that in part allows for the measurement of analytes like glucose. Some embodiments can employ a bulk, non-pulsatile measurement in order to confirm or validate a pulsatile measurement. In addition, both the non-pulsatile and pulsatile measurements can employ, among other things, the multi-stream operation described above in order to attain sufficient SNR. In particular, a single light source having multiple emitters can be used to transmit light to multiple detectors having a spatial configuration.

[0214]   A single light source having multiple emitters can allow for a range of wavelengths of light to be used. For example, visible, infrared, and near infrared wavelengths can be employed. Varying powers of light intensity for different wavelengths can also be employed.

[0215]   Secondly, the use of multiple-detectors in a spatial configuration allow for a bulk measurement to confirm or validate that the sensor is positioned correctly. This is because the multiple locations of the spatial configuration can pro-vide, for example, topology information that indicates where the sensor has been positioned. Currently available sensors do not provide such information. For example, if the bulk mea-surement is within a predetermined range of values, then this can indicate that the sensor is positioned correctly in order to perform pulsatile measurements for analytes like glucose. If the bulk measurement is outside of a certain range or is an unexpected value, then this can indicate that the sensor should be adjusted, or that the pulsatile measurements can be pro-cessed differently to compensate, such as using a different calibration curve or adjusting a calibration curve. This feature and others allow the embodiments to achieve noise cancella-tion and noise reduction, which can be several times greater in magnitude that what is achievable by currently available tech-nology.

[0216]   In order to help illustrate aspects of the multi-stream measurement approach, the following example derivation is provided. Transmittance (T) can be expressed as:

$$T = e^{-m * b * c}$$

[0217]   In terms of light intensity, this equation can also be rewritten as:

$$I/I_o = e^{-m * b * c}$$

[0218]   Or, at a detector, the measured light (I) can be expressed as:

$$I = I_o * e^{-m * b * c}$$

[0219]   As noted, in the present disclosure, multiple detec-tors (1 to n) can be employed, which results in $I_1 \ldots I_n$ streams of measurements. Assuming each of these detectors have their own path lengths, $b_1 \ldots b_n$, from the light source, the measured light intensities can be expressed as:

$$I_n/I_o = e^{-m * b_n * c}$$

[0220]   The measured light intensities at any two different detectors can be referenced to each other. For example:

$$I_1/I_n = (I_o * e^{-mb1c})/(I_o * e^{-mbnc})$$

[0221]   As can be seen, the terms, $I_o$, cancel out and, based on exponent algebra, the equation can be rewritten as:

$$I_1/I_n = e^{-m(b1-bn)c}$$

[0222]   From this equation, the analyte concentration (c) can now be derived from bulk signals $I_1 \ldots I_n$ and knowing the respective mean path lengths $b_1$ and $b_n$. This scheme also allows for the cancelling out of $I_o$, and thus, noise generated by the emitter 1304 can be cancelled out or reduced. In addition, since the scheme employs a mean path length dif-ference, any changes in mean path length and topological variations from patient to patient are easily accounted. Fur-thermore, this bulk-measurement scheme can be extended across multiple wavelengths. This flexibility and other fea-tures allow embodiments of the present disclosure to measure blood analytes like glucose.

[0223]   For example, as noted, the non-pulsatile, bulk mea-surements can be combined with pulsatile measurements to more accurately measure analytes like glucose. In particular, the non-pulsatile, bulk measurement can be used to confirm or validate the amount of glucose, protein, etc. in the pulsatile measurements taken at the tissue at the measurement site(s) 1302. The pulsatile measurements can be used to measure the amount of glucose, hemoglobin, or the like that is present in the blood. Accordingly, these different measurements can be combined to thus determine analytes like blood glucose.

[0224]   FIG. 14A illustrates an embodiment of a detector submount 1400a positioned beneath the partially cylindrical protrusion 605 of FIG. 6 (or alternatively, the protrusion 605b). The detector submount 1400a includes two rows 1408a of detectors 1410a. The partially cylindrical protrusion 605 can facilitate reducing the number and/or size of detec-tors used in a sensor because the protrusion 605 can act as a lens that focuses light onto a smaller area.

[0225]   To illustrate, in some sensors that do not include the partially cylindrical protrusion 605, sixteen detectors can be used, including four rows of four detectors each. Multiple rows of detectors can be used to measure certain analytes, such as glucose or total hemoglobin, among others. Multiple rows of detectors can also be used to detect light piping (e.g., light that bypasses the measurement site). However, using more detectors in a sensor can add cost, complexity, and noise to the sensor.

[0226]   Applying the partially cylindrical protrusion 605 to such a sensor, however, could reduce the number of detectors or rows of detectors used while still receiving the substan-tially same amount of light, due to the focusing properties of the protrusion 605 (see FIG. 14B). This is the example situ-ation illustrated in FIG. 14—two rows 1408a of detectors 1410a are used instead of four. Advantageously, in certain embodiments, the resulting sensor can be more cost effective, have less complexity, and have an improved SNR, due to fewer and/or smaller photodiodes.

[0227]   In other embodiments, using the partially cylindri-cal protrusion 605 can allow the number of detector rows to be reduced to one or three rows of four detectors. The number of detectors in each row can also be reduced. Alternatively, the number of rows might not be reduced but the size of the detectors can be reduced. Many other configurations of detec-tor rows and sizes can also be provided.

[0228]   FIG. 14B depicts a front elevation view of the par-tially cylindrical protrusion 605 (or alternatively, the protru-sion 605b) that illustrates how light from emitters (not shown) can be focused by the protrusion 605 onto detectors. The

protrusion **605** is placed above a detector submount **1400***b* having one or more detectors **1410***b* disposed thereon. The submount **1400***b* can include any number of rows of detectors **1410**, although one row is shown.

[0229]   Light, represented by rays **1420**, is emitted from the emitters onto the protrusion **605**. These light rays **1420** can be attenuated by body tissue (not shown). When the light rays **1420** enter the protrusion **605**, the protrusion **605** acts as a lens to refract the rays into rays **1422**. This refraction is caused in certain embodiments by the partially cylindrical shape of the protrusion **605**. The refraction causes the rays **1422** to be focused or substantially focused on the one or more detectors **1410***b*. Since the light is focused on a smaller area, a sensor including the protrusion **605** can include fewer detectors to capture the same amount of light compared with other sensors.

[0230]   FIG. **14**C illustrates another embodiment of a detector submount **1400***c*, which can be disposed under the protrusion **605***b* (or alternatively, the protrusion **605**). The detector submount **1400***c* includes a single row **1408***c* of detectors **1410***c*. The detectors are electrically connected to conductors **1412***c*, which can be gold, silver, copper, or any other suitable conductive material.

[0231]   The detector submount **1400***c* is shown positioned under the protrusion **605***b* in a detector subassembly **1450** illustrated in FIG. **14**D. A top-down view of the detector subassembly **1450** is also shown in FIG. **14**E. In the detector subassembly **1450**, a cylindrical housing **1430** is disposed on the submount **1400***c*. The cylindrical housing **1430** includes a transparent cover **1432**, upon which the protrusion **605***b* is disposed. Thus, as shown in FIG. **14**D, a gap **1434** exists between the detectors **1410***c* and the protrusion **605***b*. The height of this gap **1434** can be chosen to increase or maximize the amount of light that impinges on the detectors **1410***c*.

[0232]   The cylindrical housing **1430** can be made of metal, plastic, or another suitable material. The transparent cover **1432** can be fabricated from glass or plastic, among other materials. The cylindrical housing **1430** can be attached to the submount **1400***c* at the same time or substantially the same time as the detectors **1410***c* to reduce manufacturing costs. A shape other than a cylinder can be selected for the housing **1430** in various embodiments.

[0233]   In certain embodiments, the cylindrical housing **1430** (and transparent cover **1432**) forms an airtight or substantially airtight or hermetic seal with the submount **1400***c*. As a result, the cylindrical housing **1430** can protect the detectors **1410***c* and conductors **1412***c* from fluids and vapors that can cause corrosion. Advantageously, in certain embodiments, the cylindrical housing **1430** can protect the detectors **1410***c* and conductors **1412***c* more effectively than currently-available resin epoxies, which are sometimes applied to solder joints between conductors and detectors.

[0234]   In embodiments where the cylindrical housing **1430** is at least partially made of metal, the cylindrical housing **1430** can provide noise shielding for the detectors **1410***c*. For example, the cylindrical housing **1430** can be soldered to a ground connection or ground plane on the submount **1400***c*, which allows the cylindrical housing **1430** to reduce noise. In another embodiment, the transparent cover **1432** can include a conductive material or conductive layer, such as conductive glass or plastic. The transparent cover **1432** can include any of the features of the noise shields **790** described above.

[0235]   The protrusion **605***b* includes the chamfered edges **607** described above with respect to FIG. **6**E. These cham-

fered edges **607** can allow a patient to more comfortably slide a finger over the protrusion **605***b* when inserting the finger into the sensor **301***f*.

[0236]   FIG. **14**F illustrates a portion of the detector shell **306***f*, which includes the detectors **1410***c* on the substrate **1400***c*. The substrate **1400***c* is enclosed by a shielding enclosure **1490**, which can include the features of the shielding enclosures **790***a*, **790***b* described above (see also FIG. **17**). The shielding enclosure **1490** can be made of metal. The shielding enclosure **1490** includes a window **1492***a* above the detectors **1410***c*, which allows light to be transmitted onto the detectors **1410***c*.

[0237]   A noise shield **1403** is disposed above the shielding enclosure **1490**. The noise shield **1403**, in the depicted embodiment, includes a window **1492***a* corresponding to the window **1492***a*. Each of the windows **1492***a*, **1492***b* can include glass, plastic, or can be an opening without glass or plastic. In some embodiments, the windows **1492***a*, **1492***b* may be selected to have different sizes or shapes from each other.

[0238]   The noise shield **1403** can include any of the features of the conductive glass described above. In the depicted embodiment, the noise shield **1403** extends about three-quarters of the length of the detector shell **306***f*. In other embodiments, the noise shield **1403** could be smaller or larger. The noise shield **1403** could, for instance, merely cover the detectors **1410***c*, the submount **1400***c*, or a portion thereof. The noise shield **1403** also includes a stop **1413** for positioning a measurement site within the sensor **301***f*. Advantageously, in certain embodiments, the noise shield **1403** can reduce noise caused by light piping.

[0239]   A thermistor **1470** is also shown. The thermistor **1470** is attached to the submount **1400***c* and protrudes above the noise shield **1403**. As described above, the thermistor **1470** can be employed to measure a temperature of a measurement site. Such a temperature can be helpful in correcting for wavelength drift due to changes in water absorption, which can be temperature dependent, thereby providing more accurate data useful in detecting blood analytes like glucose.

[0240]   In the depicted embodiment, the detectors **1410***c* are not enclosed in the cylindrical housing **1430**. In an alternative embodiment, the cylindrical housing **1430** encloses the detectors **1410***c* and is disposed under the noise shield **1403**. In another embodiment, the cylindrical housing **1430** encloses the detectors **1410***c* and the noise shield **1403** is not used. If both the cylindrical housing **1430** and the noise shield **1403** are used, either or both can have noise shielding features.

[0241]   FIG. **14**G illustrates the detector shell **306***f* of FIG. **14**F, with the finger bed **310***f* disposed thereon. FIG. **14**H illustrates the detector shell **306***f* of FIG. **14**G, with the protrusion **605***b* disposed in the finger bed **310***f*.

[0242]   FIG. **14**I illustrates a cutaway view of the sensor **301***f*. Not all features of the sensor **301***f* are shown, such as the protrusion **605***b*. Features shown include the emitter and detector shells **304***f*, **306***f*, the flaps **307***f*, the heat sink **350***f* and fins **351***f*, the finger bed **310***f*, and the noise shield **1403**.

[0243]   In addition to these features, emitters **1404** are depicted in the emitter shell **304***f*. The emitters **1404** are disposed on a submount **1401**, which is connected to a circuit board **1419**. The emitters **1404** are also enclosed within a cylindrical housing **1480**. The cylindrical housing **1480** can include all of the features of the cylindrical housing **1430** described above. For example, the cylindrical housing **1480** can be made of metal, can be connected to a ground plane of

18

the submount **1401** to provide noise shielding, and can include a transparent cover **1482**.

[0244] The cylindrical housing **1480** can also protect the emitters **1404** from fluids and vapors that can cause corrosion. Moreover, the cylindrical housing **1480** can provide a gap between the emitters **1404** and the measurement site (not shown), which can allow light from the emitters **1404** to even out or average out before reaching the measurement site.

[0245] The heat sink **350**f, in addition to including the fins **351**f, includes a protuberance **352**f that extends down from the fins **351**f and contacts the submount **1401**. The protuberance **352**f can be connected to the submount **1401**, for example, with thermal paste or the like. The protuberance **352**f can sink heat from the emitters **1404** and dissipate the heat via the fins **351**f.

[0246] FIGS. **15**A and **15**B illustrate embodiments of sensor portions **1500**A, **1500**B that include alternative heat sink features to those described above. These features can be incorporated into any of the sensors described above. For example, any of the sensors above can be modified to use the heat sink features described below instead of or in addition to the heat sink features of the sensors described above.

[0247] The sensor portions **1500**A, **1500**B shown include LED emitters **1504**; however, for ease of illustration, the detectors have been omitted. The sensor portions **1500**A, **1500**B shown can be included, for example, in any of the emitter shells described above.

[0248] The LEDs **1504** of the sensor portions **1500**A, **1500**B are connected to a substrate or submount **1502**. The submount **1502** can be used in place of any of the submounts described above. The submount **1502** can be a non-electrically conducting material made of any of a variety of materials, such as ceramic, glass, or the like. A cable **1512** is attached to the submount **1502** and includes electrical wiring **1514**, such as twisted wires and the like, for communicating with the LEDs **1504**. The cable **1512** can correspond to the cables **212** described above.

[0249] Although not shown, the cable **1512** can also include electrical connections to a detector. Only a portion of the cable **1512** is shown for clarity. The depicted embodiment of the cable **1512** includes an outer jacket **1510** and a conductive shield **1506** disposed within the outer jacket **1510**. The conductive shield **1506** can be a ground shield or the like that is made of a metal such as braided copper or aluminum. The conductive shield **1506** or a portion of the conductive shield **1506** can be electrically connected to the submount **1502** and can reduce noise in the signal generated by the sensor **1500**A, **1500**B by reducing RF coupling with the wires **1514**. In alternative embodiments, the cable **1512** does not have a conductive shield. For example, the cable **1512** could be a twisted pair cable or the like, with one wire of the twisted pair used as a heat sink.

[0250] Referring specifically to FIG. **15**A, in certain embodiments, the conductive shield **1506** can act as a heat sink for the LEDs **1504** by absorbing thermal energy from the LEDs **1504** and/or the submount **1502**. An optional heat insulator **1520** in communication with the submount **1502** can also assist with directing heat toward the conductive shield **1506**. The heat insulator **1520** can be made of plastic or another suitable material. Advantageously, using the conductive shield **1506** in the cable **1512** as a heat sink can, in certain embodiments, reduce cost for the sensor.

[0251] Referring to FIG. **15**B, the conductive shield **1506** can be attached to both the submount **1502** and to a heat sink

layer **1530** sandwiched between the submount **1502** and the optional insulator **1520**. Together, the heat sink layer **1530** and the conductive shield **1506** in the cable **1512** can absorb at least part of the thermal energy from the LEDs and/or the submount **1502**.

[0252] FIGS. **15**C and **15**D illustrate implementations of a sensor portion **1500**C that includes the heat sink features of the sensor portion **1500**A described above with respect to FIG. **15**A. The sensor portion **1500**C includes the features of the sensor portion **1500**A, except that the optional insulator **1520** is not shown. FIG. **15**D is a side cutaway view of the sensor portion **1500**C that shows the emitters **1504**.

[0253] The cable **1512** includes the outer jacket **1510** and the conductive shield **1506**. The conductive shield **1506** is soldered to the submount **1502**, and the solder joint **1561** is shown. In some embodiments, a larger solder joint **1561** can assist with removing heat more rapidly from the emitters **1504**. Various connections **1563** between the submount **1502** and a circuit board **1519** are shown. In addition, a cylindrical housing **1580**, corresponding to the cylindrical housing **1480** of FIG. **14**I, is shown protruding through the circuit board **1519**. The emitters **1504** are enclosed in the cylindrical housing **1580**.

[0254] FIGS. **15**E and **15**F illustrate implementations of a sensor portion **1500**E that includes the heat sink features of the sensor portion **1500**B described above with respect to FIG. **15**B. The sensor portion **1500**E includes the heat sink layer **1530**. The heat sink layer **1530** can be a metal plate, such as a copper plate or the like. The optional insulator **1520** is not shown. FIG. **15**F is a side cutaway view of the sensor portion **1500**E that shows the emitters **1504**.

[0255] In the depicted embodiment, the conductive shield **1506** of the cable **1512** is soldered to the heat sink layer **1530** instead of the submount **1502**. The solder joint **1565** is shown. In some embodiments, a larger solder joint **1565** can assist with removing heat more rapidly from the emitters **1504**. Various connections **1563** between the submount **1502** and a circuit board **1519** are shown. In addition, the cylindrical housing **1580** is shown protruding through the circuit board **1519**. The emitters **1504** are enclosed in the cylindrical housing **1580**.

[0256] FIGS. **15**G and **15**H illustrate embodiments of connector features that can be used with any of the sensors described above with respect to FIGS. **1** through **15**F. Referring to FIG. **15**G, the circuit board **1519** includes a female connector **1575** that mates with a male connector **1577** connected to a daughter board **1587**. The daughter board **1587** includes connections to the electrical wiring **1514** of the cable **1512**. The connected boards **1519**, **1587** are shown in FIG. **15**H. Also shown is a hole **1573** that can receive the cylindrical housing **1580** described above.

[0257] Advantageously, in certain embodiments, using a daughter board **1587** to connect to the circuit board **1519** can enable connections to be made more easily to the circuit board **1519**. In addition, using separate boards can be easier to manufacture than a single circuit board **1519** with all connections soldered to the circuit board **1519**.

[0258] FIG. **15**I illustrates an exemplary architecture for front-end interface **108** as a transimpedance-based front-end. As noted, front-end interfaces **108** provide an interface that adapts the output of detectors **106** into a form that can be handled by signal processor **110**. As shown in this figure, sensor **101** and front-end interfaces **108** may be integrated together as a single component, such as an integrated circuit.

US 2010/0030040 A1                                          Feb. 4, 2010

19

Of course, one skilled in the art will recognize that sensor **101** and front end interfaces **108** may comprise multiple components or circuits that are coupled together.

[0259]   Front-end interfaces **108** may be implemented using transimpedance amplifiers that are coupled to analog to digital converters in a sigma delta converter. In some embodiments, a programmable gain amplifier (PGA) can be used in combination with the transimpedance-based front-ends. For example, the output of a transimpedance-based front-end may be output to a sigma-delta ADC that comprises a PGA. A PGA may be useful in order to provide another level of amplification and control of the stream of signals from detectors **106**. The PGA may be an integrated circuit or built from a set of micro-relays. Alternatively, the PGA and ADC components in converter **900** may be integrated with the transimpedance-based front-end in sensor **101**.

[0260]   Due to the low-noise requirements for measuring blood analytes like glucose and the challenge of using multiple photodiodes in detector **106**, the applicants developed a noise model to assist in configuring front-end **108**. Conventionally, those skilled in the art have focused on optimizing the impedance of the transimpedance amplifiers to minimize noise.

[0261]   However, the following noise model was discovered by the applicants:

$$\text{Noise} = \sqrt{aR + bR^2}, \text{ where:}$$

[0262]   aR is characteristic of the impedance of the transimpedance amplifier; and

[0263]   $bR^2$ is characteristic of the impedance of the photodiodes in detector and the number of photodiodes in detector **106**.

[0264]   The foregoing noise model was found to be helpful at least in part due to the high SNR required to measure analytes like glucose. However, the foregoing noise model was not previously recognized by artisans at least in part because, in conventional devices, the major contributor to noise was generally believed to originate from the emitter or the LEDs. Therefore, artisans have generally continued to focus on reducing noise at the emitter.

[0265]   However, for analytes like glucose, the discovered noise model revealed that one of the major contributors to noise was generated by the photodiodes. In addition, the amount of noise varied based on the number of photodiodes coupled to a transimpedance amplifier. Accordingly, combinations of various photodiodes from different manufacturers, different impedance values with the transimpedance amplifiers, and different numbers of photodiodes were tested as possible embodiments.

[0266]   In some embodiments, different combinations of transimpedance to photodiodes may be used. For example, detectors **1-4** (as shown, e.g., in FIG. **12**A) may each comprise four photodiodes. In some embodiments, each detector of four photodiodes may be coupled to one or more transimpedance amplifiers. The configuration of these amplifiers may be set according to the model shown in FIG. **15**J.

[0267]   Alternatively, each of the photodiodes may be coupled to its own respective transimpedance amplifier. For example, transimpedance amplifiers may be implemented as integrated circuits on the same circuit board as detectors **1-4**. In this embodiment, the transimpedance amplifiers may be grouped into an averaging (or summing) circuit, which are known to those skilled in the art, in order to provide an output stream from the detector. The use of a summing amplifier to combine outputs from several transimpedance amplifiers into a single, analog signal may be helpful in improving the SNR relative to what is obtainable from a single transimpedance amplifier. The configuration of the transimpedance amplifiers in this setting may also be set according to the model shown in FIG. **15**J.

[0268]   As yet another alternative, as noted above with respect to FIGS. **12**E through **12**H, the photodiodes in detectors **106** may comprise multiple active areas that are grouped together. In some embodiments, each of these active areas may be provided its own respective transimpedance. This form of pairing may allow a transimpedance amplifier to be better matched to the characteristics of its corresponding photodiode or active area of a photodiode.

[0269]   As noted, FIG. **15**J illustrates an exemplary noise model that may be useful in configuring transimpedance amplifiers. As shown, for a given number of photodiodes and a desired SNR, an optimal impedance value for a transimpedance amplifier could be determined.

[0270]   For example, an exemplary "4 PD per stream" sensor **1502** is shown where detector **106** comprises four photodiodes **1502**. The photodiodes **1502** are coupled to a single transimpedance amplifier **1504** to produce an output stream **1506**. In this example, the transimpedance amplifier comprises 10 MΩ resistors **1508** and **1510**. Thus, output stream **1506** is produced from the four photodiodes (PD) **1502**. As shown in the graph of FIG. **15**J, the model indicates that resistance values of about 10 MΩ may provide an acceptable SNR for analytes like glucose.

[0271]   However, as a comparison, an exemplary "1 PD per stream" sensor **1512** is also shown in FIG. **15**J. In particular, sensor **1512** may comprise a plurality of detectors **106** that each comprises a single photodiode **1514**. In addition, as shown for this example configuration, each of photodiodes **1514** may be coupled to respective transimpedance amplifiers **1516**, e.g., 1 PD per stream. Transimpedance amplifiers are shown having 40 MD resistors **1518**. As also shown in the graph of FIG. **15**J, the model illustrates that resistance values of 40 MΩ for resistors **1518** may serve as an alternative to the 4 photodiode per stream architecture of sensor **1502** described above and yet still provide an equivalent SNR.

[0272]   Moreover, the discovered noise model also indicates that utilizing a 1 photodiode per stream architecture like that in sensor **1512** may provide enhanced performance because each of transimpedance amplifiers **1516** can be tuned or optimized to its respective photodiodes **1518**. In some embodiments, an averaging component **1520** may also be used to help cancel or reduce noise across photodiodes **1518**.

[0273]   For purposes of illustration, FIG. **15**K shows different architectures (e.g., four PD per stream and one PD per stream) for various embodiments of a sensor and how components of the sensor may be laid out on a circuit board or substrate. For example, sensor **1522** may comprise a "4 PD per stream" architecture on a submount **700** in which each detector **106** comprises four (4) photodiodes **1524**. As shown for sensor **1522**, the output of each set of four photodiodes **1524** is then aggregated into a single transimpedance amplifier **1526** to produce a signal.

[0274]   As another example, a sensor **1528** may comprise a "1 PD per stream" architecture on submount **700** in which each detector **106** comprises four (4) photodiodes **1530**. In sensor **1528**, each individual photodiode **1530** is coupled to a

respective transimpedance amplifier **1532**. The output of the amplifiers **1532** may then be aggregated into averaging circuit **1520** to produce a signal.

[0275]   As noted previously, one skilled in the art will recognize that the photodiodes and detectors may be arranged in different fashions to optimize the detected light. For example, sensor **1534** illustrates an exemplary "4 PD per stream" sensor in which the detectors **106** comprise photodiodes **1536** arranged in a linear fashion. Likewise, sensor **1538** illustrates an exemplary "1 PD per stream" sensor in which the detectors comprise photodiodes **1540** arranged in a linear fashion.

[0276]   Alternatively, sensor **1542** illustrates an exemplary "4 PD per stream" sensor in which the detectors **106** comprise photodiodes **1544** arranged in a two-dimensional pattern, such as a zig-zag pattern. Sensor **1546** illustrates an exemplary "1 PD per stream" sensor in which the detectors comprise photodiodes **1548** also arranged in a zig-zag pattern.

[0277]   FIG. **15**L illustrates an exemplary architecture for a switched-capacitor-based front-end. As shown, front-end interfaces **108** may be implemented using switched capacitor circuits and any number of front-end interfaces **108** may be implemented. The output of these switched capacitor circuits may then be provided to a digital interface **1000** and signal processor **110**. Switched capacitor circuits may be useful in system **100** for their resistor free design and analog averaging properties. In particular, the switched capacitor circuitry provides for analog averaging of the signal that allows for a lower smaller sampling rate (e.g., 2 KHz sampling for analog versus 48 KHz sampling for digital designs) than similar digital designs. In some embodiments, the switched capacitor architecture in front end interfaces **108** may provide a similar or equivalent SNR to other front end designs, such as a sigma delta architecture. In addition, a switched capacitor design in front end interfaces **108** may require less computational power by signal processor **110** to perform the same amount of decimation to obtain the same SNR.

[0278]   FIGS. **16**A and **16**B illustrate embodiments of disposable optical sensors **1600**. In an embodiment, any of the features described above, such as protrusion, shielding, and/ or heat sink features, can be incorporated into the disposable sensors **1600** shown. For instance, the sensors **1600** can be used as the sensors **101** in the system **100** described above with respect to FIG. **1**. Moreover, any of the features described above, such as protrusion, shielding, and/or heat sink features, can be implemented in other disposable sensor designs that are not depicted herein.

[0279]   The sensors **1600** include an adult/pediatric sensor **1610** for finger placement and a disposable infant/neonate sensor **1602** configured for toe, foot or hand placement. Each sensor **1600** has a tape end **1610** and an opposite connector end **1620** electrically and mechanically interconnected via a flexible coupling **1630**. The tape end **1610** attaches an emitter and detector to a tissue site. Although not shown, the tape end **1610** can also include any of the protrusion, shielding, and/or heat sink features described above. The emitter illuminates the tissue site and the detector generates a sensor signal responsive to the light after tissue absorption, such as absorption by pulsatile arterial blood flow within the tissue site.

[0280]   The sensor signal is communicated via the flexible coupling **1630** to the connector end **1620**. The connector end **1620** can mate with a cable (not shown) that communicates the sensor signal to a monitor (not shown), such as any of the cables or monitors shown above with respect to FIGS. **2**A through **2**D. Alternatively, the connector end **1620** can mate directly with the monitor.

[0281]   FIG. **17** illustrates an exploded view of certain of the components of the sensor **301**f described above. A heat sink **1704** and a cable **1781** attach to an emitter shell **1704**. The emitter shell attaches to a flap housing **1707**. The flap housing **1707** includes a receptacle **1709** to receive a cylindrical housing **1480**/**1580** (not shown) attached to an emitter submount **1702**, which is attached to a circuit board **1719**.

[0282]   A spring **1787** attaches to a detector shell **1706** via pins **1783**, **1785**, which hold the emitter and detector shells **1704**, **1706** together. A support structure **1791** attaches to the detector shell **1706**, which provides support for a shielding enclosure **1790**. A noise shield **1713** attaches to the shielding enclosure **1790**. A detector submount **1700** is disposed inside the shielding enclosure **1790**. A finger bed **1710** provides a surface for placement of the patient's finger. Finger bed **1710** may comprise a gripping surface or gripping features, which may assist in placing and stabilizing a patient's finger in the sensor. A partially cylindrical protrusion **1705** may also be disposed in the finger bed **1710**. As shown, finger bed **1710** attaches to the noise shield **1703**. The noise shield **1703** may be configured to reduce noise, such as from ambient light and electromagnetic noise. For example, the noise shield **1703** may be constructed from materials having an opaque color, such as black or a dark blue, to prevent light piping.

[0283]   Noise shield **1703** may also comprise a thermistor **1712**. The thermistor **1712** may be helpful in measuring the temperature of a patient's finger. For example, the thermistor **1712** may be useful in detecting when the patient's finger is reaching an unsafe temperature that is too hot or too cold. In addition, the temperature of the patient's finger may be useful in indicating to the sensor the presence of low perfusion as the temperature drops. In addition, the thermistor **1712** may be useful in detecting a shift in the characteristics of the water spectrum in the patient's finger, which can be temperature dependent.

[0284]   Moreover, a flex circuit cover **1706** attaches to the pins **1783**, **1785**. Although not shown, a flex circuit can also be provided that connects the circuit board **1719** with the submount **1700** (or a circuit board to which the submount **1700** is connected). A flex circuit protector **1760** may be provided to provide a barrier or shield to the flex circuit (not shown). In particular, the flex circuit protector **1760** may also prevent any electrostatic discharge to or from the flex circuit. The flex circuit protector **1760** may be constructed from well known materials, such as a plastic or rubber materials.

[0285]   FIG. **18** shows the results obtained by an exemplary sensor **101** of the present disclosure that was configured for measuring glucose. This sensor **101** was tested using a pure water ex-vivo sample. In particular, ten samples were prepared that ranged from 0-55 mg/dL. Two samples were used as a training set and eight samples were then used as a test population. As shown, embodiments of the sensor **101** were able to obtain at least a standard deviation of 13 mg/dL in the training set and 11 mg/dL in the test population.

[0286]   FIG. **19** shows the results obtained by an exemplary sensor **101** of the present disclosure that was configured for measuring glucose. This sensor **101** was tested using a turbid ex-vivo sample. In particular, 25 samples of water/glucose/ Lyposin were prepared that ranged from 0-55 mg/dL. Five samples were used as a training set and 20 samples were then used as a test population. As shown, embodiments of sensor

**101** were able to obtain at least a standard deviation of 37 mg/dL in the training set and 32 mg/dL in the test population.

[0287] FIGS. **20** through **22** shows other results that can be obtained by an embodiment of system **100**. In FIG. **20**, 150 blood samples from two diabetic adult volunteers were collected over a 10-day period. Invasive measurements are taken with a YSI glucometer to serve as a reference measurement. Noninvasive measurements were then taken with an embodiment of system **100** that comprised four LEDs and four independent detector streams. As shown, the system **100** obtained a correlation of about 85% and Arms of about 31 mg/dL.

[0288] In FIG. **21**, 34 blood samples were taken from a diabetic adult volunteer collected over a 2-day period. Invasive measurements were also taken with a glucometer for comparison. Noninvasive measurements were then taken with an embodiment of system **100** that comprised four LEDs in emitter **104** and four independent detector streams from detectors **106**. As shown, the system **100** was able to attain a correlation of about 90% and Arms of about 22 mg/dL.

[0289] The results shown in FIG. **22** relate to total hemoglobin testing with an exemplary sensor **101** of the present disclosure. In particular, 47 blood samples were collected from nine adult volunteers. Invasive measurements were then taken with a CO-oximeter for comparison. Noninvasive measurements were taken with an embodiment of system **100** that comprised four LEDs in emitter **104** and four independent detector channels from detectors **106**. Measurements were averaged over 1 minute. As shown, the testing resulted in a correlation of about 93% and Arms of about 0.8 mg/dL.

[0290] Conditional language used herein, such as, among others, "can," "could," "might," "may," "e.g.," and the like, unless specifically stated otherwise, or otherwise understood within the context as used, is generally intended to convey that certain embodiments include, while other embodiments do not include, certain features, elements and/or states. Thus, such conditional language is not generally intended to imply that features, elements and/or states are in any way required for one or more embodiments or that one or more embodiments necessarily include logic for deciding, with or without author input or prompting, whether these features, elements and/or states are included or are to be performed in any particular embodiment.

[0291] While certain embodiments of the inventions disclosed herein have been described, these embodiments have been presented by way of example only, and are not intended to limit the scope of the inventions disclosed herein. Indeed, the novel methods and systems described herein can be embodied in a variety of other forms; furthermore, various omissions, substitutions and changes in the form of the methods and systems described herein can be made without departing from the spirit of the inventions disclosed herein. The claims and their equivalents are intended to cover such forms or modifications as would fall within the scope and spirit of certain of the inventions disclosed herein.

What is claimed is:

**1**. A noninvasive device capable of producing a signal responsive to light attenuated by tissue at a measurement site, the device comprising:

an optical source configured to emit optical radiation at least at wavelengths between about 1600 nm and about 1700 nm; and

a plurality of photodetectors each configured to detect the optical radiation from said optical source after attenua-

tion by said tissue of said measurement site and each output a respective signal stream responsive to said detected optical radiation.

**2**. The device of claim **1**, wherein the optical source is configured to emit optical radiation at wavelengths from about 1600 to about 1670 nm.

**3**. The device of claim **1**, wherein the optical source is configured to emit three wavelengths of optical radiation between about 1600 to about 1700 nm.

**4**. The device of claim **3**, wherein the optical source is configured to emit optical radiation at three wavelengths about 30 nm apart.

**5**. The device of claim **3**, wherein the optical source is configured to emit optical radiation at about 1610 nm, about 1645 nm, and about 1665 nm.

**6**. The device of claim **1**, comprising a patient monitor capable of processing the plurality of output signal streams to determine output values for one or more physiological parameters.

**7**. The device of claim **6**, wherein one of the one or more physiological parameters comprises glucose.

**8**. A noninvasive, physiological sensor capable of outputting a signal responsive to a blood analyte present in a monitored patient, said sensor comprising:

a sensor housing;

an optical source positioned by said housing with respect to a tissue site of a patient when said housing is applied to the patient; and

photodetectors positioned by said housing with respect to said tissue site when said housing is applied to the patient with a variation in path length among at least some of the photodetectors from the optical source, the photodetectors configured to detect a sequence of optical radiation from said optical source after attenuation by tissue of said tissue site, said photodetectors each configured to output a respective signal stream responsive to said detected sequence of optical radiation and wherein an output signal responsive to one or more of the signal streams is usable to determine the blood analyte based at least in part on the variation in path length.

**9**. The sensor of claim **8**, wherein the blood analyte comprises glucose, wherein the sensor comprises electronic circuitry configured to receive said signals responsive to said detected sequence of optical radiation and wherein said output signal is indicative of said glucose.

**10**. The sensor of claim **8**, comprising a display coupled to the sensor housing and configured to display information indicating the blood analyte.

**11**. The sensor of claim **6**, comprising a signal medium that is configured to connect to a processing device.

**12**. The sensor of claim **8**, further comprising an interface configured to provide the signal to a device external to the sensor.

**13**. The sensor of claim **12**, wherein the interface comprises at least one transimpedance amplifier configured to amplify the signal stream from the photodetectors.

**14**. The sensor of claim **12**, wherein the interface comprises at least one switched capacitor circuit configured to convert said signal stream from the photodetectors into digital information.

**15**. The sensor of claim **8**, wherein the housing comprises a shell constructed of material capable of reflecting at least some of the optical radiation back into the tissue site.

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 618 of 834   Page ID #:20802

**16**. The sensor of claim **6**, wherein the optical source comprises at least one set of sources comprising at least one light emitting diode and at least one super-luminescent light emitting diode.

**17**. The sensor of claim **16**, wherein the light emitting diode is configured to transmit optical radiation at a wavelength of approximately 900 to approximately 1300 nm.

**18**. The sensor of claim **16**, wherein the super-luminescent light emitting diode is configured to transmit optical radiation at a wavelength of approximately 1650 to approximately 1800 nm.

**19**. The sensor of claim **8**, wherein the photodetectors are housed within optically separate compartments that reduce mixing of optical radiation from different regions of the tissue site.

**20**. The sensor of claim **8**, further comprising an optical noise reducer capable of reducing ambient light from entering the tissue site.

**21**. The sensor of claim **8**, further comprising a heat sink configured to dissipate heat from the sensor.

**22**. The sensor of claim **8**, wherein the photodetectors are arranged in a special geometry.

**23**. The sensor of claim **22**, wherein the special geometry comprises a substantially linear geometry.

**24**. The sensor of claim **23**, wherein the special substantially linear geometry comprises substantially equal spacing.

**25**. The sensor of claim **23**, wherein the special substantially linear geometry comprises substantially unequal spacing.

**26**. The sensor of claim **23**, wherein the special substantially linear geometry comprises substantially logarithmic spacing.

**27**. The sensor of claim **23**, wherein the special substantially linear geometry comprises substantially progressive spacing.

**28**. The sensor of claim **22**, wherein the special geometry comprises a substantially grid geometry.

**29**. A method of measuring an analyte based on multiple streams of optical radiation measured from a measurement site, said method comprising:

emitting a sequence of optical radiation pulses to the measurement site;

detecting at a first location a first stream of optical radiation from the measurement site;

detecting at least at one additional location different from the first location an additional stream of optical radiation from the measurement site; and

determining an output measurement value indicative of the analyte based on the detected streams of optical radiation.

**30**. The method of claim **29**, wherein said analyte comprises glucose.

**31**. The method of claim **29**, further comprising converting the detected streams of optical radiation into a digital signal including a respective stream for each location.

**32**. The method of claim **29**, wherein said emitting comprises emitting light from at least one light emitting diode and at least one super-luminescent light emitting diode.

**33**. The method of claim **29**, wherein said emitting comprises emitting at least one pulse at a wavelength of approximately 900 to approximately 1300 nm.

**34**. The method of claim **29**, wherein said emitting comprises emitting at least one pulse at a wavelength of approximately 1650 to approximately 1800 nm.

\*   \*   \*   \*   \*

# Exhibit 23

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

Case 8:20-cv-00048-JVS-JDE   Document 360-2   Filed 12/30/20   Page 620 of 834   Page ID #:25424

US 20110237911A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2011/0237911 A1**

Lamego et al. (43) **Pub. Date:** **Sep. 29, 2011**

(54) **MULTIPLE-WAVELENGTH PHYSIOLOGICAL MONITOR**

(75) Inventors: **Marcelo M. Lamego**, Coto De Caza, CA (US); **Mohamed Diab**, Ladera Ranch, CA (US); **Walter M. Weber**, Laguna Hills, CA (US); **Ammar Al-Ali**, Tustin, CA (US); **Massi Joe E. Kiani**, Laguna Niguel, CA (US)

(73) Assignee: **MASIMO LABORATORIES, INC.**, Irvine, CA (US)

(21) Appl. No.: **13/073,778**

(22) Filed: **Mar. 28, 2011**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 12/045,309, filed on Mar. 10, 2008, which is a continuation of application No. 11/139,291, filed on May 27, 2005, now Pat. No. 7,343,186.

(60) Provisional application No. 61/318,735, filed on Mar. 29, 2010, provisional application No. 60/586,069, filed on Jul. 7, 2004.

**Publication Classification**

(51) **Int. Cl.**
*A61B 5/1455* (2006.01)

(52) **U.S. Cl.** ...................................................... **600/323**

(57) **ABSTRACT**

A physiological monitor for determining blood oxygen saturation of a medical patient includes a sensor, a signal processor and a display. The sensor includes at least three light emitting diodes. Each light emitting diode is adapted to emit light of a different wavelength. The sensor also includes a detector, where the detector is adapted to receive light from the three light emitting diodes after being attenuated by tissue. The detector generates an output signal based at least in part upon the received light. The signal processor determines blood oxygen saturation based at least upon the output signal, and the display provides an indication of the blood oxygen saturation.





**FIG. 1**     *(Prior Art)*



**FIG. 2**

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 622 of 834   Page ID #:20806



FIG. 3



FIG. 3A

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 624 of 834   Page ID
#:20808



FIG. 4



FIG. 5

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 626 of 834   Page ID #:20810



FIG. 6



FIG. 7



*FIG. 8*



FIG. 9



*FIG. 10*



*FIG. 10 A*



FIG. 11



FIG. 12

US 2011/0237911 A1

Sep. 29, 2011

1

## MULTIPLE-WAVELENGTH PHYSIOLOGICAL MONITOR

### RELATED APPLICATIONS

[0001]   This application claims priority from U.S. Provisional No. 61/318,735, filed Mar. 29, 2010 and is a continuation-in-part of U.S. application Ser. No. 12/045,309, filed Mar. 10, 2008, which is a continuation of U.S. application Ser. No. 11/139,291, filed May 27, 2005, now U.S. Pat. No. 7,343, 186, which claims priority from U.S. Provisional No. 60/586, 069, filed Jul. 7, 2004. All of the foregoing are expressly incorporated by reference herein.

### BACKGROUND

[0002]   1. Field
[0003]   The present invention relates to the field of signal processing. More specifically, the present invention relates to the processing of measured signals which contain a primary signal portion and a secondary signal portion for the removal or derivation of either signal portion. The present invention is especially useful for physiological monitoring systems, including blood oxygen saturation measurement systems and oximeters.
[0004]   2. Description of the Related Art
[0005]   Blood oxygen saturation measurement systems, oximeters, and physiological monitors of the prior art generally utilize two different wavelengths of light to determine a patient's blood oxygen saturation level. In general, such systems provide two wavelengths of light to a target location on a patient's body. The systems then measure at least one signal indicative of the transmission or reflection of the two light wavelengths with respect to the tissue at the target location.
[0006]   One such physiological monitor is taught by Diab et al. in U.S. Pat. No. 5,632,272, incorporated by reference herein in its entirety. One embodiment of Diab's physiological monitor provides light having a red wavelength and light having an infrared wavelength to one side of a patient's finger. A detector on the opposite side of the patient's finger measures the red and infrared wavelength light transmitted through the patient's finger and generates a measurement signal. A processor analyzes the measurement signal to determine red and infrared component signals. Possible saturation values are input to a saturation equation module which provides reference coefficients. The red or infrared component signal is processed with the reference coefficients to yield reference signal vectors.
[0007]   The reference signal vectors and the red or infrared component signal are processed by a correlation canceller to generate output vectors. The output vectors are input into a master power curve module, which provides a blood oxygen saturation value for each possible saturation value input to the saturation equation module. The patient's blood oxygen saturation is determined based upon the power curve module output.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0008]   FIG. 1 illustrates an arterial blood oxygen saturation curve in accordance with the prior art.
[0009]   FIG. 2 illustrates an arterial blood oxygen saturation curve of a multi-wavelength physiological monitor in accordance with one embodiment of the present invention.
[0010]   FIG. 3 is an example of a physiological monitor in accordance with one embodiment of the present invention.

[0011]   FIG. 3A illustrates one embodiment of the low noise emitter current driver of the physiological monitor of FIG. 3.
[0012]   FIG. 4 illustrates one embodiment of the front end analog signal conditioning circuitry and the analog to digital conversion circuitry of the physiological monitor of FIG. 3.
[0013]   FIG. 5 illustrates one embodiment of the digital signal processing circuitry of FIG. 3.
[0014]   FIG. 6 illustrates one embodiment of additional operations performed by the digital signal processing circuitry of FIG. 3.
[0015]   FIG. 7 illustrates one embodiment of the demodulation module of FIG. 6.
[0016]   FIG. 8 illustrates one embodiment of the sub-sampling module of FIG. 6.
[0017]   FIG. 9 illustrates one embodiment of the statistics module of FIG. 6.
[0018]   FIG. 10 illustrates a block diagram of the operations of one embodiment of the saturation transform module of FIG. 6.
[0019]   FIG. 10A illustrates an adaptive noise filter that may be used as the multi-variate process estimator of FIG. 10.
[0020]   FIG. 11 illustrates a saturation transform curve in accordance with one embodiment of the present invention.
[0021]   FIG. 12 illustrates a block diagram of the operation of one embodiment of the saturation calculation module of FIG. 6.

### DETAILED DESCRIPTION

[0022]   Spectroscopy is a common technique for measuring the concentration of organic and some inorganic constituents of a solution. The theoretical basis of this technique is the Beer-Lambert law, which states that the concentration $c_i$ of an absorbent in solution can be determined by the intensity of light transmitted through the solution, knowing the pathlength $d_\lambda$, the intensity of the incident light $I_{0,\lambda}$, and the extinction coefficient $\epsilon_{i,\lambda}$ at a particular wavelength $\lambda$. In generalized form, the Beer-Lambert law is expressed as:

$$I_\lambda = I_{0,\lambda} e^{-d_\lambda \cdot \mu_{0,\lambda}} \tag{1}$$

$$\mu_{0,\lambda} = \sum_{i=1}^{n} \epsilon_{i,\lambda} \cdot c_i \tag{2}$$

[0023]   where $\mu_{0,\lambda}$ is the bulk absorption coefficient and represents the probability of absorption per unit length. The minimum number of discrete wavelengths that may be required to solve Equations 1 and 2 is at least the number of significant absorbers that are present in the solution. Least squares or other estimation techniques can be used to approximate a solution to these equations for underdetermined or overdetermined systems. The system of equations is underdetermined if there are fewer equations or wavelengths than unknowns or significant absorbers (e.g., blood constituents). Conversely, the system is overdetermined if there are more equations than unknowns.
[0024]   A practical application of this technique is pulse oximetry, which utilizes a noninvasive sensor to measure blood oxygen saturation ($SpO_2$) and pulse rate. A multi-wavelength physiological monitor in accordance with one embodiment determines blood oxygen saturation by propagating multi-wavelength energy through a medium, such as a portion of a patient's body where blood flows close to the

2

body surface. For example, in one embodiment, energy is propagated through an ear lobe, a digit (such as a finger or toe), a forehead, or a scalp (such as a fetus's scalp). An attenuated signal is measured after energy propagation through, or reflection from the medium. The physiological monitor determines the saturation of oxygenated blood in the patient based at least in part upon the measured signal.

[0025]   It is well known by those of skill in the art that freshly oxygenated blood is pumped at high pressure from the heart into the arteries for use by the body. The volume of blood in the arteries varies with the heartbeat. This variation gives rise to a variation in energy absorption at the heartbeat rate, or the pulse.

[0026]   Oxygen depleted, or deoxygenated, blood is returned to the heart through the veins with unused oxygenated blood. Unlike the arteries, the volume of blood in the veins varies with the rate of breathing, which is typically much slower than the heartbeat. Since the blood pressure in the veins is typically much lower than that of the arteries, the volume of blood in the veins varies in response to motion, such as a patient raising or lowering her arm. Changes in blood volume within the veins cause changes in vein thicknesses. Therefore, when there is no motion induced variation in the thickness of the veins, venous blood causes a low frequency variation in energy absorption, which is related to the rate of breathing. However, when erratic, motion-induced variations in the thickness of the veins occur, the low frequency variation in absorption is coupled with an erratic variation in energy absorption due to the erratic motion.

[0027]   In one embodiment, absorption measurements are based upon the transmission of energy through a medium. In one embodiment, multiple light emitting diodes (LEDs) are positioned on one side of a portion of the body where blood flows close to the body's surface, such as a finger, and a photodetector is positioned on the opposite side of the surface. In another embodiment one or more such LEDs emit light of different wavelengths. In one embodiment, one LED emits a visible wavelength, such as red, and the other LED emits an infrared wavelength. However, one skilled in the art will realize that other wavelength combinations could be used.

[0028]   The finger comprises skin, tissue, muscle, both arterial blood and venous blood, fat, etc., each of which absorbs light energy differently due to different absorption coefficients, different concentrations, different thicknesses, and changing optical pathlengths. When the patient is not moving, absorption is substantially constant except for variations due to the flow of blood through the skin, tissue, muscle, etc. A constant attenuation can be determined and subtracted from the measured signal via traditional filtering techniques. However, when the patient moves, perturbations such as changing optical pathlengths occur. Such perturbations may be due to movement of background fluids, (such as venous blood, which has a different saturation than arterial blood). Therefore, the measured signal becomes erratic. Erratic, motion-induced noise typically cannot be predetermined and subtracted from the measured signal via traditional filtering techniques. Thus, determining the oxygen saturation of arterial blood and venous in erratic, motion-induced noise environments, blood becomes more difficult.

[0029]   In one embodiment, a physiological monitor measures light transmission through a patient's finger to determine arterial blood oxygen saturation. In some cases, however, the measured light signal contains noise, or other

secondary signal, due to an event, such as patient movement during signal measurement. In such case, the signal measured by the physiological monitor includes a primary portion, related to the blood oxygen saturation of the patient, and a secondary portion, related to the noisy, erratic, motion-induced secondary signal. The physiological monitor processes the measured signal to determine the patient's blood oxygen saturation based upon the signal's primary portion.

[0030]   In one embodiment, the physiological monitor utilizes a processor to determine a secondary reference signal $n'(t)$ or $N_{ref}$. The secondary reference signal $n'(t)$ is used to determine the primary portion of the measured signal. In one embodiment, the secondary reference signal $n'(t)$ is input to a multi-variate process estimator, which removes the erratic, motion-induced secondary signal portions from the measured signal. In another embodiment, the processor determines a primary signal reference signal $s'(t)$ which is used for display purposes or for input to a multi-variate process estimator to derive information about patient movement and venous blood oxygen saturation.

[0031]   FIG. 1 illustrates an arterial blood oxygen saturation curve 100 representative of the sensitivity of blood oxygen saturation systems of the prior art. Such systems utilize two different wavelengths of light (such as red and infrared wavelength light) to determine blood oxygen saturation. The wavelengths used may be, for example, about 660 nm and about 905 nm. At 660 nm, deoxyhemoglobin has a higher absorption than oxyhemoglobin, while the reverse is the case at 905 nm. This difference in absorption between oxyhemoglobin and deoxyhemoglobin allows for the calculation of blood oxygen saturation levels.

[0032]   In FIG. 1, arterial blood oxygen saturation ($SaO_2$) is represented on the y-axis of the curve 100. The x-axis represents ratios of a red wavelength light transmission signal and an infrared wavelength light transmission signal. An ideal saturation curve 102 would be highly accurate at all values. However, due to the limitations of using only two wavelengths of light, such systems typically operate between a lower range curve 104 and an upper range curve 106. Such blood oxygen saturation systems typically exhibit highly accurate, low tolerance 107 measurements at high saturation values 108, but at lower saturation values 110, that accuracy decreases, and increased tolerance 111 results.

[0033]   The arterial blood oxygen saturation curve 120 of a multi-wavelength physiological monitor in accordance with one embodiment of the present invention is shown in FIG. 2. The multi-wavelength system utilizes at least three different wavelengths of light ($\lambda_1, \lambda_2, \ldots \lambda_n$) to determine blood oxygen saturation. Arterial blood oxygen saturation ($S_aO_2$) is represented on the y-axis of the curve 120. The x-axis represents ratios of composite signals, each comprising signals based upon the light transmission of the various light wavelengths ($\lambda_1, \lambda_2, \ldots \lambda_n$). Each ratio r can be expressed by:

$$ r = \frac{\sum\limits_{i=1}^{n} \alpha_i NP_{RMS,i}}{\sum\limits_{i=1}^{n} \beta_i NP_{RMS,i}} $$

where n is the number of wavelengths of light utilized by the multi-wavelength physiological monitor, $NP_{RMS,i}$ is the normalized plethysmographic waveform of the ith wavelength

3

light source, and $\alpha_i$ and $\beta_i$ are vector coefficients of known constants that are determined based upon fitting and/or calibration using experimental data and/or model(s).

[0034]   The curve 120 contains lower and upper limit range curves 122, 124. However, the lower and upper limit range curves 122, 124 of the multi-wavelength physiological monitor are more linear than the lower and upper range curves 104, 106 of the dual-wavelength blood oximeter described above, as illustrated in FIG. 1. In addition, the lower and upper limit range curves 122, 124 of the multi-wavelength physiological monitor exhibit higher accuracy and lower tolerance 126 than the dual-wavelength blood oximeter of FIG. 1, particularly at lower arterial blood oxygen saturation levels. In certain cases, such as during the monitoring of neonates, or persons with low blood-oxygen saturation, it is desirable for the physiological monitor to exhibit increased accuracy at lower saturation levels. For example, when providing oxygen to a neonate, it is often critical that neither too much oxygen nor too little oxygen is provided. A multi-wavelength physiological monitor provides improved accuracy as well as an improved signal-to-noise ratio at lower perfusion levels.

[0035]   A multi-wavelength physiological monitor provides additional advantages over a two-wavelength device, as well. For example, utilizing multiple wavelengths provide a multi-dimensional calibration curve, which can be used to provide multiple degrees of freedom to compensate for variation in other physiologically-related parameters. As discussed above, when only two wavelengths are used but there are more than two significant absorbers in the patient's tissue, the system may be underdetermined. Therefore, adding wavelengths sensitive to additional significant absorbers can help the system compensate for the additional significant absorbers and enable more accurate calculation of the concentration of each absorber and the blood oxygen saturation. For example, an eight wavelength physiological monitor utilizes an eight-dimensional calibration curve, which provides eight degrees of freedom to compensate for various physiologically-related parameters. Such parameters can include, for example, noise, motion, various hemodynamic parameters, and/or blood constituent concentrations and/or levels. On the other hand, the system may be overdetermined if, for example, more wavelengths are used than there are significant absorbers and/or wavelengths are used for constituents not present in the particular patient's blood.

[0036]   Furthermore, traditional physiological monitors that utilize two light sources to derive a patient's plethysmographic signal generally require one light source's wavelength to fall in the red spectrum and the other light source's wavelength to fall in the infrared spectrum. However, a multi-wavelength physiological monitor advantageously provides the ability to utilize all infrared wavelength light sources and/or other non-red light sources to derive an accurate plethysmographic waveform. One advantage of utilizing non-red wavelength light sources (for example, all infrared wavelength light sources) is that the multi-wavelength physiological monitor can be further configured to determine several blood constituent concentrations based upon signals measured from just the non-red light sources. For example, such a multi-wavelength physiological monitor can determine levels and/or concentrations of: methemoglobin (MetHb), carboxyhemoglobin (COHb), low hemoglobin levels, high hemoglobin levels, bilirubin, methylene blue, deoxyhemoglobin, and lipids.

[0037]   The ability to measure a physiological parameter with a multi-dimensional system allows the system to compensate and account for the presence of other conditions that may affect the particular physiological parameter being measured. For example, many drugs cause the level of MetHb within a patient's blood to increase. MetHb also absorbs light at the two wavelengths used in a typical two-wavelength physiological monitor, which may cause inaccurate $S_pO_2$ readings. Increased levels of MetHb generally cause blood oxygen concentration level (e.g., $S_pO_2$) readings to decrease. A two-wavelength physiological monitor would provide reduced readings of blood oxygen concentration, but would not be able to identify the cause for the decreased reading, or to compensate for such readings. On the other hand, a multi-wavelength physiological monitor, such as any of the multi-wavelength physiological monitors described below, could not only identify the cause of decreased $S_pO_2$ readings, but also (or alternatively) compensate for such cause when calculating the patient's $S_pO_2$ level and/or signal. For example, to compensate for MetHb, one or more wavelengths sensitive to MetHb can be used. The wavelength(s) used can be, for example, about 760 nm and/or about 805 nm or the like. This allows for one or more additional equation (s) and degree(s) of freedom so that solving the system may account for the effect of the level of MetHb on blood oxygen saturation readings.

[0038]   Similarly, the system can compensate for other blood constituents with the addition of wavelengths sensitive to the other blood constituents of interest. For example, carboxyhemoglobin absorbs about the same amount of 660 nm light as oxyhemoglobin. Therefore, a typical two-wavelength physiological monitor can mistake carboxyhemoglobin for oxyhemoglobin, which can result in normal blood oxygen saturation level readings even though the actual level is abnormal. For example, for every about 1% of carboxyhemoglobin circulating in the blood, the monitor may over read by about 1%. Selecting one or more additional wavelengths sensitive to carboxyhemoglobin, for example, about 610, 630, and/or 640 or the like, can allow the system to compensate for this effect. The system can compensate for other blood constituents, such as deoxyhemoglobin or lipids, with the addition of wavelengths sensitive to those constituents. More wavelengths can allow the system to compensate for more variables.

[0039]   The various blood constituents mentioned above may not be orthogonal; rather they are often highly correlated with one another. Therefore, even using multiple wavelengths may not fully eliminate the effect of such constituents on the blood oxygen saturation level calculations, but it can reduce or minimize the effect and produce more accurate blood oxygen saturation level readings. In one embodiment, using eight wavelengths (including, for example, any of the wavelengths mentioned herein) can provide relatively more accurate readings of blood oxygen saturation levels relative to other numbers of wavelengths. However, the number of wavelengths that is most appropriate for a particular patient and that will provide the most accurate readings can vary based on such factors as the actual concentrations of blood constituents in the patient's blood, as well as the patient's condition, gender, age, or the like. In addition to improving the accuracy of blood oxygen saturation level readings, using multiple wavelengths can also provide relatively more accurate measurements of other parameters, including, for

4

example, the concentrations of any of the blood constituents or other parameters mentioned herein.

[0040]   In one embodiment, the multi-wavelength physiological monitor compensates for conditions, such as motion and/or blood constituents that would cause a standard two-wavelength system to over- or under-react to the presence of such condition. Such compensation provides a more accurate, stable reading or a patient's physiological condition, including, but not limited to, their blood oxygen concentration and/or plethysmographic signal.

[0041]   A schematic of one embodiment of a multi-wavelength physiological monitor for pulse oximetry is shown in FIGS. 3-5. FIG. 3 depicts a general hardware block diagram of a multi-wavelength pulse oximeter 299. A sensor 300 has n LEDs 302, which in one embodiment are at least three light emitters. The n LEDs 302 emit light of different wavelengths ($\lambda_1, \lambda_2, \ldots \lambda_n$). In one embodiment, the n LEDs 302 include four, six, eight or sixteen LEDs of different wavelengths. In one embodiment, the n LEDs 302 are placed adjacent a finger 310. A photodetector 320 receives light from the n LEDs 302 after it has been attenuated by passing through the finger. The photodetector 320 produces at least one electrical signal corresponding to the received, attenuated light. In one embodiment, the photodetector 320 is located opposite the n LEDs 302 on the opposite side of the finger 310. The photodetector 320 is connected to front end analog signal conditioning circuitry 330.

[0042]   The front end analog signal conditioning circuitry 330 has outputs that are coupled to an analog to digital conversion circuit 332. The analog to digital conversion circuit 332 has outputs that are coupled to a digital signal processing system 334. The digital signal processing system 334 provides desired parameters as outputs for a display 336. Outputs for the display 336 include, for example, blood oxygen saturation, heart rate, and a clean plethysmographic waveform.

[0043]   The signal processing system also provides an emitter current control output 337 to a digital-to-analog converter circuit 338. The digital-to-analog converter circuit 338 provides control information to emitter current drivers 340. The emitter drivers 340 are coupled to the n light emitters 302. The digital signal processing system 334 also provides a gain control output 342 for front end analog signal conditioning circuitry 330.

[0044]   FIG. 3A illustrates one embodiment of the drivers 340 and the digital to analog conversion circuit 338. As depicted in FIG. 3A, the digital-to-analog conversion circuit 338 includes first and second input latches 321, 322, a synchronizing latch 323, a voltage reference 324, and a digital to analog conversion circuit 325. The emitter current drivers 340 include first and second switch banks 326, 327, and n voltage to current converters 328. LED emitters 302 of FIG. 3 are coupled to the output of the emitter current drives 340.

[0045]   The driver depicted in FIG. 3A is advantageous in that the present inventors recognized that much of the noise in the oximeter 299 of FIG. 3 is caused by the LED emitters 302. Therefore, the emitter driver circuit of FIG. 3A is designed to minimize the noise from the emitters 302. The first and second input latches 321, 322 are connected directly to the DSP bus. Therefore, these latches significantly minimizes the bandwidth (resulting in noise) present on the DSP bus which passes through to the driver circuitry of FIG. 3A. The output of the first and second input latches only changes when these latched detect their address on the DSP bus. The first input latch 321 receives the setting for the digital to analog con-

verter circuit 325. The second input latch 322 receives switching control data for the switch banks 326, 327. The synchronizing latch 323 accepts the synchronizing pulses which maintain synchronization between the activation of emitters 302 and the analog to digital conversion circuit 332.

[0046]   The voltage reference is chosen as a low noise DC voltage reference for the digital to analog conversion circuit 325. In addition, in the present embodiment, the voltage reference has a lowpass output filter with a very low corner frequency (e.g., 1 Hz in the present embodiment). The digital to analog converter 325 also has a lowpass filter at its output with a very low corner frequency (e.g., 1 Hz). The digital to analog converter provides signals used to drive each of the emitters 302.

[0047]   In the present embodiment, the output of the voltage to current converters 328 are switched such that, only one emitter is active at any given time. In addition, the voltage to current converter for the inactive emitter is switched off at its input as well, such that it is deactivated. This reduces noise from the switching and voltage to current conversion circuitry. In the present embodiment, low noise voltage to current converters 328 are selected (e.g., Op 27 Op Amps), and the feedback loop is configured to have a low pass filter to reduce noise. In the present embodiment, the low pass filtering function of the voltage to current converters 328 has a corner frequency of just above 625 Hz, which is the switching speed for the emitters 302, as further discussed below. Accordingly, the driver circuit embodiment of FIG. 3A, minimizes the noise of the emitters 302.

[0048]   In general, the n light emitters 302 each emit light energy of a different wavelength, which is absorbed by the finger 310 and received by the photodetector 320. The photodetector 320 produces an electrical signal which corresponds to the intensity of the light energy striking the photodetector 320. The front end analog signal conditioning circuitry 330 receives the intensity signals and filters and conditions these signals as further described below for further processing. The resultant signals are provided to the analog-to-digital conversion circuitry 332, which converts the analog signals to digital signals for further processing by the digital signal processing system 334. The digital signal processing system 334 utilizes the signals in order to provide what will be called herein a "saturation transform." It should be understood, that for parameters other than blood saturation monitoring, the saturation transform could be referred to as a concentration transform, in-vivo transform, or the like, depending on the desired parameter. The term "saturation transform" is used to describe an operation which converts the sample data from time domain to saturation domain values, as will be apparent from the discussion below. In the present embodiment, the output of the digital signal processing system 334 provides clean plethysmographic waveforms of the detected signals and provides values for oxygen saturation and pulse rate to the display 336.

[0049]   It should be understood that in different embodiments of the present invention, one or more of the outputs may be provided. The digital signal processing system 334 also provides control for driving the n light emitters 302 with an emitter current control signal on the emitter current control output 337. This value is a digital value which is converted by the digital-to-analog conversion circuit 338, which provides a control signal to the emitter current drivers 340. The emitter current drivers 340 provide the appropriate current drive for

5

the n light emitters **302**. Further detail of the operation of the multi-wavelength physiological monitor for pulse oximetry is explained below.

[0050]  In the present embodiment, the n light emitters **302** are driven via the emitter current driver **340** to provide light transmission with digital modulation at 625 Hz. In the present embodiment, the n light emitters **302** are driven at a power level that provides an acceptable intensity for detection by the detector **320** and for conditioning by the front end analog signal conditioning circuitry **330**. Once this energy level is determined for a given patient by the digital signal processing system **334**, the current level for the n light emitters **302** is maintained substantially constant. It should be understood, however, that the current could be adjusted for changes in the ambient room light and other changes that would affect the voltage input to the front end analog signal conditioning circuitry **330**.

[0051]  In one embodiment, the n light emitters **302** are modulated as follows: for one complete 625 Hz cycle, each emitter **302** is activated for one ½n cycle, and off for the remaining (2n−1)/2n cycle. In order to only receive one signal at a time **302**, the emitters are cycled on and off alternatively, in sequence, with each only active for a ½n cycle per 625 Hz cycle, with a ½n cycle separating the active times. The light signal is attenuated (e.g., amplitude modulated) by the pumping of blood through the finger **310** (or other sample medium). The attenuated (e.g., amplitude modulated) signal is detected by the photodetector **320** at the 625 Hz carrier frequency for the multi-wavelength light. Because only a single photodetector **320** is used, the photodetector **320** receives all light wavelength signals to form a composite time division signal.

[0052]  The composite time division signal is provided to the front analog signal conditioning circuitry **330**. Additional detail regarding the front end analog signal conditioning circuitry **330** and the analog to digital converter circuit **332** is illustrated in FIG. **4**. As depicted in FIG. **4**, in one embodiment, the front end circuitry **330** has a preamplifier **342**, a high pass filter **344**, an amplifier **346**, a programmable gain amplifier **348**, and a low pass filter **350**. In one embodiment, the preamplifier **342** is a transimpedance amplifier that converts the composite current signal from the photodetector **320** to a corresponding voltage signal, and amplifies the signal. In the present embodiment, the preamplifier has a predetermined gain to boost the signal amplitude for ease of processing. In the present embodiment, the source voltages for the preamplifier **342** are −15 VDC and +15 VDC. As will be understood, the attenuated signal contains a component representing ambient light as well as a component representing the each of the multi-wavelengths of light over time. If there is light in the vicinity of the sensor **300** other than the multi-wavelengths of light from the n light emitters **302**, this ambient light is detected by the photodetector **320**. Accordingly, the gain of the preamplifier is selected in order to prevent the ambient light in the signal from saturating the preamplifier under normal and reasonable operating conditions.

[0053]  In one embodiment, the preamplifier **342** includes an Analog Devices AD743JR OpAmp. This transimpedance amplifier is particularly advantageous in that it exhibits several desired features for the system described, such as: low equivalent input voltage noise, low equivalent input current noise, low input bias current, high gain bandwidth product, low total harmonic distortion, high common mode rejection, high open loop gain, and a high power supply rejection ratio.

[0054]  The output of the preamplifier **342** is coupled to an input of the high pass filter **344**. The output of the preamplifier also provides a first input **346** to the analog to digital conversion circuit **332**. In the present embodiment, the high pass filter is a single-pole filter with a corner frequency of about ½-1 Hz. However, the corner frequency is readily raised to about 90 Hz in one embodiment. As will be understood, the 625 Hz carrier frequency of the multi-wavelength light signal is well above a 90 Hz corner frequency. The high-pass filter **344** has an output coupled as an input to an amplifier **346**. In the present embodiment, the amplifier **346** comprises a unity gain amplifier. However, the gain of the amplifier **346** is adjustable by the variation of a single resistor. The gain of the amplifier **346** is increased if the gain of the preamplifier **342** is decreased to compensate for the effects of ambient light.

[0055]  The output of the amplifier **346** provides an input to a programmable gain amplifier **348**. The programmable gain amplifier **348** also accepts a programming input from the digital signal processing system **334** on a gain control signal line **343**. In one embodiment, the gain of the programmable gain amplifier **348** is digitally programmable. The gain is adjusted dynamically at initialization or at sensor placement due to changes in the medium (e.g., the finger) and due to variations in the medium from patient to patient. Therefore, a dynamically adjustable amplifier is provided by the programmable gain amplifier **348** in order to obtain a signal suitable for processing.

[0056]  The programmable gain amplifier **348** is also advantageous in an alternative embodiment in which the emitter drive current is held constant. In the present embodiment, the emitter drive current is adjusted for each patient in order to obtain the proper dynamic range at the input of the analog to digital conversion circuit **332**. However, changing the emitter drive current can alter the emitter wavelength, which in turn affects the end result in oximetry calculations. Accordingly, in another embodiment, it is advantageous to fix the emitter drive current for all patients. In an alternative embodiment of the present invention, the programmable gain amplifier can be adjusted by the DSP in order to obtain a signal at the input to the analog to digital conversion circuit which is properly within the dynamic range (+3 V to −3 V in the present embodiment) of the analog to digital conversion circuit **332**. In this manner, the emitter drive current could be fixed for all patients, eliminating wavelength shift due to emitter current drive changes.

[0057]  The output of the programmable gain amplifier **348** couples as an input to a low-pass filter **350**. Advantageously, the low pass filter **350** is a single-pole filter with a corner frequency of approximately 10 kHz in the present embodiment. This low pass filter provides anti-aliasing in the present embodiment.

[0058]  The output of the low-pass filter **350** provides a second input **352** to the analog-to-digital conversion circuit **332**. In the present embodiment, the analog-to-digital conversion circuit **332** comprises a first analog-to-digital converter **354** and a second analog-to-digital converter **356**. Advantageously, the first analog-to-digital converter **354** accepts input from the first input **346** to the analog-to-digital conversion circuit **332**, and the second analog to digital converter **356** accepts input on the second input **352** to the analog-to-digital conversion circuitry **332**.

[0059]  In one embodiment, the first analog-to-digital converter **354** is a diagnostic analog-to-digital converter. The diagnostic task (performed by the digital signal processing

US 2011/0237911 A1

Sep. 29, 2011

6

system) is to read the output of the detector as amplified by the preamplifier **342** in order to determine if the signal is saturating the input to the high-pass filter **344**. In the present embodiment, if the input to the high pass filter **344** becomes saturated, the front end analog signal conditioning circuits **330** provides a "0" output. Alternatively, in another embodiment, a first analog-to-digital converter **354** is not used.

[0060] The second analog-to-digital converter **356** accepts the conditioned composite analog signal from the front end signal conditioning circuitry **330** and converts the signal to digital form. In the present embodiment, the second analog to digital converter **356** comprises a single-channel, delta-sigma converter. In the present embodiment, a Crystal Semiconductor CS5317-KS delta-sigma analog to digital converter is used. Such a converter is advantageous in that it is low cost and exhibits low noise characteristics. More specifically, a delta-sigma converter consists of two major portions: a noise modulator and a decimation filter. The selected converter uses a second order analog delta-sigma modulator to provide noise shaping. Noise shaping refers to changing the noise spectrum from a flat response to a response where noise at the lower frequencies has been reduced by increasing noise at higher frequencies. The decimation filter then cuts out the reshaped, higher frequency noise to provide 16-bit performance at a lower frequency. The present converter samples the data 128 times for every 16 bit data word that it produces. In this manner, the converter provides excellent noise rejection, dynamic range and low harmonic distortion, which help in critical measurement situations like low perfusion and electrocautery.

[0061] In addition, by using a single-channel converter, there is no need to tune two or more channels to each other. The delta-sigma converter is also advantageous in that it exhibits noise shaping, for improved noise control. An exemplary analog to digital converter is a Crystal Semiconductor CS5317. In the present embodiment, the second analog to digital converter **356** samples the signal at a 20 kHz sample rate. The output of the second analog to digital converter **356** provides data samples at 20 kHz to the digital signal processing system **334** (FIG. **3**).

[0062] The digital signal processing system **334** is illustrated in additional detail in FIG. **5**. In the present embodiment, the digital signal processing system includes a microcontroller **360**, a digital signal processor (DSP) **362**, a program memory **364**, a sample buffer **366**, a data memory **368**, a read only memory **370** and communication registers **372**. In one embodiment, the digital signal processor **362** is an Analog Devices AD 21020, although other digital signal processors may be employed, as is well known by those of skill in the art. In one embodiment, the microcontroller **360** comprises a Motorola 68HC05, with built in program memory. In the present embodiment, the sample buffer **366** is a buffer which accepts the 20 kHz sample data from the analog to digital conversion circuit **332** for storage in the data memory **368**. In the present embodiment, the data memory **368** comprises 32 kWords (words being 40 bits in the present embodiment) of static random access memory. Other chips, data rates and data memory configurations may be employed, as is well known to those of skill in the art.

[0063] In one embodiment, the microcontroller **360** is coupled to the DSP **362** via a conventional JTAG Tap line. The microcontroller **360** transmits the boot loader for the DSP **362** to the program memory **364** via the Tap line, and then allows the DSP **362** to boot from the program memory **364**. The boot

loader in program memory **364** then causes the transfer of the operating instructions for the DSP **362** from the read only memory **370** to the program memory **364**. Advantageously, the program memory **364** is a very high speed memory for the DSP **362**. The microcontroller **360** provides the emitter current control and gain control signals via the communications register **372**.

[0064] FIGS. **6-10** depict functional block diagrams of the operations of the multi-wavelength pulse oximeter **299** that in one embodiment are executed by the digital signal processing system **334**. The signal processing functions described below are carried out by the DSP **362** in the present embodiment, with the microcontroller **360** providing system management. In the present embodiment, the operation is software/firmware controlled. FIG. **6** depicts a generalized functional block diagram for the operations performed on the 20 kHz sample data entering the digital signal processing system **334**. As illustrated in FIG. **6**, a demodulation operation, as represented in a demodulation module **400**, is first performed. Sub-sampling, as represented by sub-sampling operation **402**, is then performed on the resulting data. Certain statistics are calculated, as represented in a statistics module **404**. A saturation transform is performed, as represented in a saturation transform module **406**, on the data resulting from the sub-sampling operation **402**. The data subjected to the statistics operations and the data subjected to the saturation transform operations are forwarded to saturation operations, as represented by a saturation calculation module **408** and pulse rate operations, as represented by pulse rate calculation module **410**.

[0065] In general, the demodulation operation separates each of the multi-wavelength signals from the composite signal and removes the carrier frequency, leaving raw data points. The raw data points are provided at intervals (e.g., at 625 Hz) to the sub-sampling operation **402**, which in one embodiment, reduces the samples by an order of 10 from samples at 625 Hz to samples at 62.5 Hz. The sub-sampling operation also provides some filtering on the samples. The resulting data is subjected to statistics and saturation transform operations **404**, **406** to calculate a saturation value, which is very tolerant to motion artifacts and other noise in the signal. The saturation value is ascertained in the saturation calculation module **408**, and a pulse rate and a clean plethysmographic waveform are obtained through the pulse rate module **410**. Additional details regarding the various operations are provided in connection with FIGS. **7-10**.

[0066] FIG. **7** illustrates one embodiment of the operation of the demodulation module **400**. One embodiment of a composite, modulated signal format is depicted in FIG. **7**. One full 625 Hz cycle of the n-wavelength, composite signal is depicted in FIG. **7** with the first $\frac{1}{2}$n cycle including the first light wavelength signal plus ambient light signal, the second $\frac{1}{2}$n cycle including an ambient light signal, the third $\frac{1}{2}$n cycle including the second light wavelength signal plus ambient light signal, and the fourth $\frac{1}{2}$n cycle including an ambient light signal. In one embodiment, this pattern repeats n times, wherein the $(2n-1)^{th}$ $\frac{1}{2}$ n cycle includes the $n^{th}$ light wavelength signal plus an ambient light signal, and the $2n^{th}$ cycle includes an ambient light signal.

[0067] Alternatively, in another embodiment, the first cycle of the composite signal includes the first light wavelength signal plus an ambient light signal, and the second cycle of the composite signal includes the second light wavelength signal plus an ambient light signal. This pattern repeats to the $n^{th}$ cycle of the composite signal, which includes the $n^{th}$ wave-

7

length signal plus an ambient light signal. In such embodiment, the $(n+1)^{th}$ cycle includes only an ambient light signal.

[0068]   As depicted in FIG. **7**, when a 20 kHz sampling frequency is utilized, the single full cycle at 625 Hz described above comprises 32 samples of 20 kHz data, eight samples relating to the first wavelength of light plus ambient light, eight samples relating to ambient light, eight samples relating to the second wavelength of light plus ambient light, finally eight samples related to ambient light, etc. This pattern repeats for each of the n wavelength of light.

[0069]   Because the signal processing system **334** controls the activation of the light emitters **302**, the entire system is synchronous. In one embodiment, the data is synchronously divided (and thereby demodulated) into 2n 8-sample packets, with a time division demultiplexing operation as represented in a demultiplexing module **421**. One eight-sample packet **422** represents the first wavelength of light plus ambient light signal, a second eight-sample packet **424** represents an ambient light signal, a third eight-sample packet (not shown) represents the attenuated second wavelength of light plus ambient light signal, a fourth eight-sample packet (not shown) represents the ambient light signal. This structure repeats until the $(2n-1)^{th}$ eight-sample packet **426**, which represents the attenuated $n^{th}$ wavelength of light plus ambient light signal, and $2n^{th}$ eight-sample packet **428**, which represents an ambient light signal. A select signal synchronously controls the demultiplexing operation so as to divide the time-division multiplexed composite signal at the input of the demultiplexer **421** into its n subparts.

[0070]   In one embodiment, the last several samples from each packet are then processed as follows. A sum of the last four samples from each packet is calculated, as represented in the summing operations **430** of FIG. **7**. In the present embodiment, the last four samples are used because a low pass filter in the analog to digital converter **356** of the present embodiment has a settling time. However, any number of samples may be so summed. The selection of the number of samples to be summed will be determined based at least in part on the settling time of the n LEDs **302** (not shown). Collecting the last four samples from each 8-sample packet allows the previous signal to clear. This summing operation provides an integration operation which enhances noise immunity. The sum of the respective ambient light samples is then subtracted from the sum of each of the individual wavelength signals, as represented in the subtraction modules **438**. It should be understood that in one embodiment, for n wavelengths of light, there will be n subtraction modules **438**. The subtraction operation provides some attenuation of the ambient light signal present in the data. In the present embodiment, it has been found that approximately 20 dB attenuation of the ambient light is provided by the operations of the subtraction modules **438**. The resultant individual wavelength sum values are divided by the number of samples summed in summing operations **430**. In the present embodiment, the sum values are divided by four, as represented in the divide modules **442**. Each resultant value provides one sample each of each of the individual wavelengths light signals at 625 Hz.

[0071]   It should be understood that the carrier frequency has been removed by the demodulation operation **400**. In one embodiment, the 625 Hz sample data at the output of the demodulation operation **400** is sample data without the carrier frequency. In order to satisfy Nyquist sampling requirements, less than 20 Hz is used (understanding that the human pulse is about 25 to 250 beats per minute, or about 0.4 Hz-4

Hz). Accordingly, the 625 Hz resolution is reduced to 62.5 Hz in the sub-sampling operation **402** (not shown). Although in the present embodiment the sub-sampling operation **400** effectively reduces the data rate by 10:1, other such sub-sampling ratios may be used. The term "sub-sampling," in addition to its ordinary meaning, is intended to include decimation and sub-sampling at any appropriate rate or ratio. Such methods are well known to those of skill in the art.

[0072]   FIG. **8** illustrates the operations of one embodiment of the sub-sampling module **402** of FIG. **6**. The multi-wavelength light sample data is provided at 625 Hz to corresponding buffers or filters **450**. It should be understood that in one embodiment, for n wavelengths of light, there are n corresponding buffers or filters **450**. In the present embodiment, the multi-wavelength light buffers/filters **450** are 519 samples deep, although other such buffers or filters may be used, as is well known to those of skill in the art. In one embodiment, the buffer filters **450** function as continuous first-in, first-out buffers (FIFO buffers). The 519 samples of each buffer filter **450** are subjected to low-pass filtering. Preferably, the low-pass filtering has a cutoff frequency of approximately 7.5 Hz with attenuation of approximately −110 dB. The buffer/filters **450** form a Finite Impulse Response (FIR) filter with coefficients for 519 taps. In order to reduce the sample frequency by ten, the low-pass filter calculation is performed every ten samples, as represented in sub-sample modules **454**. In other words, with the transfer of each new ten samples into the buffer/filters **450** a new low pass filter calculation is performed by multiplying the impulse response (coefficients) by the 519 filter taps. Each filter calculation provides one output sample for respective output buffers **458**. In the present embodiment, the output buffers **458** are also continuous FIFO buffers that hold 570 samples of data. The 570 samples provide respective samples or packets (also denoted "snapshot" herein) of samples. The output buffers **458** provide sample data to the statistics operation module **404**, saturation transform module **406**, and the pulse rate module **410**, as illustrated in FIG. **6**.

[0073]   FIG. **9** illustrates additional functional operation details of the statistics module **404**. In summary, the statistics module **404** provides first order oximetry calculations and RMS signal values for each of the n wavelengths of light. The statistics module **404** also provides a cross-correlation output which indicates a cross-correlation between the n wavelengths of light.

[0074]   As represented in FIG. **9**, the statistics module **404** receives n packets of samples from the output buffers **458** (not shown) of the sub-sampling module **402** of FIGS. **6** and **8**. In one embodiment, the samples include 570 samples at 62.5 Hz which represent the attenuated n wavelengths of light signals with the carrier frequency removed. Each packet is normalized with a log function, as represented in the n log modules **480**.

[0075]   The signals are then subjected to bandpass filtering, as represented in the n bandpass filter modules **488**. In the present embodiment, with 570 samples in each packet, the bandpass filters are configured with 301 taps to provide a FIR filter with a linear phase response and little or no distortion. In the present embodiment, the bandpass filter has a pass band from 34 beats/minute to 250 beats/minute. The 301 taps slide over each 570 sample packet in order to obtain 270 filtered samples for each of the n filtered wavelength signal. In one embodiment, the n bandpass filters **488** remove the DC in the

8

signal. However, in another embodiment, addition DC removal operations (not shown) may be provided to assist in DC removal.

[0076] After filtering, the last j samples from each packet (each packet now containing 270 samples in the present embodiment) are selected for further processing, as represented in the n select last j samples modules **492**. In one embodiment, j equals 120, and the last 120 samples are selected in the select last j samples modules **492**. In one embodiment, 120 samples are selected because the first 150 samples fall within the settling time for the saturation transfer module **406**. The saturation transfer module **406** processes the same data packets, as further discussed below.

[0077] In the present embodiment, saturation equation calculations are performed on each 120-sample packet. In the present embodiment, the saturation calculations are performed in two different ways. For one calculation, the 120-sample packets are processed to obtain each packet's overall RMS value, as represented in the $\lambda_1$ through $\lambda_n$ RMS modules **496**. It should be understood that in the present embodiment there are n such RMS modules, although as few as one RMS module may be used. The resultant RMS values for each of the n wavelengths of light provide input values to a first ratio operation **500**, which provides its output as an input to a saturation equation module **502**. The ratio operation **500** calculates a ratio of the various signals based upon the multi-wavelength model described above, and illustrated as:

$$ r = \frac{\sum_{i=1}^{n} \alpha_i NP_{RMS,i}}{\sum_{i=1}^{n} \beta_i NP_{RMS,i}} $$

[0078] The ratio of the intensity of different light wavelengths may be used to determine the oxygen saturation of the patient. In one embodiment, the ratio is provided to a saturation equation module **502**, which includes a look-up table, a polynomial, or the like. The saturation equation module **502** provides a saturation values at its output **504** based upon the ratio. In another embodiment, the n wavelengths' individual RMS values are also provided as outputs of the statistics operations module **404**.

[0079] The n 120-sample packets (corresponding to each of the n wavelengths of light) are subjected to a cross-correlation operation as represented in a first cross-correlation module **506**. The first cross-correlation module **506** determines if good correlation exists between the various light wavelength signals. This cross correlation is advantageous for detecting defective or otherwise malfunctioning detectors. The cross correlation is also advantageous in detecting when the signal model is satisfied. The signal model of the multi-wavelength physiological monitor is described in greater detail above with respect to FIG. **2**, and in greater detail below, with respect to FIG. **10**. If correlation becomes too low between the signals, the signal model is not satisfied. In order to determine whether the signal model is satisfied, the normalized cross correlation can be computed by the cross-correlation module **506** for each snapshot of data.

[0080] In one embodiment, correlation between any two wavelength signals $x_1$ and $x_2$ is determined according to:

$$ \frac{\sum_j x_{1,j} x_{2,j}}{\sqrt{\sum_j x_{1,j}} \sqrt{\sum_j x_{2,j}}} $$

For n wavelengths, a cross-correlation matrix, Corr $[x\,x^T]$, is determined, where $x \epsilon R^n$. In one embodiment, a minimum value of the cross-correlation matrix is determined. The minimum value may be determined by looking for the minimum value within the matrix, or the minimum eigenvalue of the matrix. Other methods may be used, as are well known to those of skill in the art.

[0081] If the cross-correlation minimum value is too low, the oximeter **299** provides a warning (e.g., audible, visual, etc.) to the operator. In the present embodiment, if a selected snapshot yields a normalized correlation of less than 0.75, the snapshot does not qualify. Signals which satisfy the signal model will have a correlation greater than the threshold.

[0082] In one embodiment, the 120-sample packets are also subjected to a second saturation operation and cross correlation in the same manner as described above, except the 120-sample packets are first divided into equal bins of samples (e.g., five bins of 24 samples each). The RMS, ratio, saturation, and cross correlation operations are performed on a bin-by-bin basis. These operations are represented in the divide into equal bins modules **510** the second RMS modules **514** the second ratio module **518**, the second saturation equation module **520**, and the second cross-correlation module **522**, as illustrated in FIG. **9**. In one embodiment, the divide into equal bins modules **510** divides the data into five equal bins. However, the divide into equal bins modules **510** may divide the data into any desirable number of equal bins, for example, 7 bins, 10 bins or 20 bins.

[0083] FIG. **10** illustrates additional detail regarding the saturation transform module **406** of FIG. **6**. As illustrated in FIG. **10**, the saturation transform module **406** includes log module **537**, bandpass filter module **538**, signal selector module **536**, reference generator **530**, a multi-variate process estimator **531**, a master power curve module **554**, a divide into equal bins module **556**, and a bin power curve module **533**. In another embodiment, the saturation transform module has a reference processor, a correlation canceller, and an integrator to provide a power curve for separate signal coefficients. Reference processors, correlation cancellers, and integrators are well known to those of skill in the art, and are described in U.S. Pat. Nos. 5,632,272 and 5,490,505, both of which are incorporated by reference herein in their entireties.

[0084] As depicted in FIG. **10**, the saturation transform module **406** receives the n packets (one packet for each wavelength of light) from the sub-sampling module **402** (not shown) of FIG. **6**. In one embodiment, each of the n packets contains 570 samples, although other sized packets may be employed. The data stored in the n packets, indicated in FIG. **10** as $\lambda_1$ Signal Data, $\lambda_2$ Signal Data, . . . $\lambda_n$ Signal Data, is processed by log module **537**. Log module **537** performs a logarithmic function on each of the n packets, similar to the log module **480** of the statistics module **404** described above with reference to FIG. **9**. The output of the log module **537** is input to a bandpass filter module **538**. In one embodiment, the bandpass filter module **538** performs the same type of filtering as the n bandpass filters **488** of the statistics module **404**

9

described above with reference to FIG. 9. Accordingly, each set of 570 samples subjected to bandpass filtering results in 270 remaining samples. The resulting data at the n outputs 542 of the bandpass filter module 538 are, in one embodiment, n vectors of 270 samples. Each output 542 represents the normalized plethysmographic waveform of the corresponding wavelength of light. The outputs 542 are provided to a signal selector module 536 and a reference generator 530.

[0085]   A plurality of possible saturation values (the "saturation axis scan," or SaO$_{2\_scan}$ values) are provided to the saturation reference processor 530 in addition to the normalized plethysmographic waveform outputs 542. In the present embodiment, 117 saturation values are provided as the saturation axis scan. In a preferred embodiment, the 117 saturation values range uniformly from a blood oxygen saturation of 34.8 to 105.0. Accordingly, in the present embodiment, the 117 saturation values provide an axis scan for the reference generator 530, which generates a reference signal N$_{ref}$ for use by the multi-variate process estimator 531.

[0086]   In the present embodiment, the multi-variate process estimator 531 includes a pseudo-inverse, as is known to those of skill in the art. In another embodiment, the multi-variate process estimator 531 is formed by a joint process estimator and a low pass filter. Details of a suitable joint process estimator are provided in U.S. Pat. No. 5,632,272, incorporated by reference herein. However, it will be understood by those of skill in the art that a variety of such processing structures may be utilized. For example, in another embodiment, a correlation canceller, an adaptive linear combiner, an adaptive noise filter (e.g., as shown in FIG. 10A), an adaptive noise canceller, an adaptive linear lattice, a neural network, a radial basis, or a voltera are used individually or in combination, instead of or in addition to the pseudo-inverse embodiment of the multi-variate process estimator 531. Such processing structures are well known to those of skill in the art, and require no further explanation herein.

[0087]   It should be understood that the scan values could be chosen to provide higher or lower resolution than 117 scan values. In one embodiment, the scan values are non-uniformly spaced.

[0088]   As illustrated in FIG. 10, the reference processor 530 accepts the saturation axis scan values as an input and provides a reference signal N$_{ref}$ as an output. However, in another embodiment, saturation axis scan values are provided to a saturation equation module (not shown). In such embodiment, the saturation equation module provides outputs "r$_n$," that correspond to the plurality of scan value discussed above. The saturation equation simply provides a known ratio that corresponds to the saturation value received as an input based upon data contained within a look-up table, or based upon a known polynomial relationship between the saturation axis scan values and the output "r$_n$."

[0089]   When a saturation equation module is employed, the ratio "r$_n$" is provided by the saturation equation module as an input to the reference generator 530, along with the sample packets for each of the n light wavelengths. When a saturation equation module is not employed, as illustrated in FIG. 10, a plurality of "r$_n$" values are provided as the saturation axis. In one embodiment, the "r$_n$" values are represented by ρ(SaO$_{2\_scan}$), a row vector of known constants. The reference generator 530 processes the inputs as follows.

[0090]   The reference generator 530 output N$_{ref}$ is a vector which equals ρ(SaO$_{2\_scan}$)x, where x is a vector of the normalized plethysmographic waveforms for each of the n wavelengths of light signals x$_i$ (such as outputs 542) and ρ(SaO$_{2\_scan}$) is a row vector of known constants.

$$\rho(SaO_{2\_scan})=f^{-1}(SaO_{2\_scan})b^T-a^T, \rho \in R^{1 \times n}.$$

[0091]   This noise reference signal can be derived from the following conditions and relationships. For example, in one embodiment, arterial blood oxygen saturation (SaO$_2$) is estimated with the following generalized ratiometric model:

$$SaO2 = f\left(\frac{a^T x_{a,rms}}{b^T x_{a,rms}} + \text{bias}\right), \text{ with } a, b, x_{a,rms} \in R^n \text{ and bias} \in R. \quad (1)$$

[0092]   Within the ratiometric model: (i) a, b and bias are known constants derived from and/or defined based on fitting and/or calibration using experimental data and/or one or more models; (ii) x$_{a,rms}$ is a vector of arterial rms-normalized plethysmographic data. For example, in the case of a nine-wavelength system, n=9, and each entry of x$_a$ is arterial rms-normalized plethysmographic data associated to a specific wavelength; and (iii) f:R→R is a functional mapping defining a "calibration" curve. It may assume any shape as long as it is invertible.

[0093]   In one embodiment, the venous component of the plethysmographic signal, n$_v$, is linearly added to the arterial plethysmographic signal such that:

$$x=x_a+n_v, x, x_a, n_v \in R^n. \quad (2)$$

[0094]   In the foregoing equation (2), x represents the instantaneous bulk normalized plethysmographic signal, composed of arterial, x$_a$, and venous, n$_v$, portions. The venous portion is assumed to be and/or corresponds to the noise component of the bulk normalized plethysmographic signal.

[0095]   In one embodiment, all the entries of n$_v$ have the same frequency content. For example, if n$_v$=[n$_1$ n$_2$ n$_3$]$^T$, then corr(n$_1$,n$_2$)=corr(n$_1$,n$_3$)=corr(n$_2$, n$_3$)=1, which implies that motion affects evenly all the wavelengths, since it is caused by a single noise source (e.g., the change in venous blood volume). Furthermore, x$_a$ and n$_v$ are assumed to be uncorrelated.

[0096]   In one embodiment, a venous noise reference signal is derived from the parameters and relationships provided above. For example, replacing in equation (1), the rms version, x$_{a,rms}$, with its instantaneous counterpart, x$_a$, it follows that,

$$(f^{-1}(SaO2)-\text{bias})b^T-a^T)x_a=0.$$

[0097]   Replacing x$_a$ with (2) yields:

$$(f^{-1}(SaO2)-\text{bias})b^T-a^T)n_v=((f^{-1}(SaO2)-\text{bias})b^T-a^T) \\ x. \quad (3)$$

[0098]   It follows from equation (3) that all entries of vector n$_v$ can be linearly related to a single source (for example, the change in venous blood due to motion, v$_v$) as follows:

$$n_v=\alpha v_v, \ \alpha \in R^n, \text{ and } v_v \in R. \quad (4)$$

[0099]   In one embodiment, the vector of parameters, α, is not a function of motion artifacts, but is instead a function of the physiological parameters of the site being used for measurement. Therefore, it has much slower variations when compared to the source of motion, v$_v$, and as a result, it can be assumed constant during a few arterial-plethysmographic cycles.

US 2011/0237911 A1

Sep. 29, 2011

10

[0100]   Replacing (4) in (3) yields:

$$((f^{-1}(SaO2)-bias)b^T-a^T)\alpha v_v=((f^{-1}(SaO2)-bias)b^T-a^T) \qquad (5)$$
$$x.$$

[0101]   During the time interval of a few plethysmographic cycles, if SaO2 is assumed to be a constant, it follows from (5) that:

$$\beta(SaO2)v_v=\rho(SaO2)x, \qquad (6)$$

where, β is a unknown scalar, is only a function of the saturation value, such that:

$$\beta(SaO2)=((f^{-1}(SaO2)-bias)b_T-a^T)\alpha, \beta \epsilon R,$$

and ρ is a row vector of known constants, is also only a function of the saturation value, such that:

$$\rho(SaO2)=((f^{-1}(SaO2)-bias)b^T-a^T), \rho \epsilon R^{lxn}.$$

[0102]   Equation (6) implies that if the correct value for SaO2 is applied to it, the venous noise signal will be a linear combination of the bulk plethysmographic signals, entries of vector x.

[0103]   Therefore, in equation (6), $\beta(SaO2)v_v$ is the noise reference signal that can be used in combination with an adaptive linear noise canceller to remove the venous noise signal from the bulk plethysmographic signal.

[0104]   As a result, the venous-noise-reference-signal equation can be written as:

$$N_{ref}=\rho(SaO2)x \qquad (7)$$

[0105]   The vector x is provided as the outputs 542 illustrated in FIG. 10. The SaO2_scan values are the "$r_n$" values provided as the saturation axis, and a and b are known constants defined based on fitting and/or calibration using experimental data and/or models. This operation is completed for each of the saturation scan values (e.g., 117 possible values in the present embodiment). Accordingly, the resultant data can be described as 117 reference signal vectors of 570 data points each, hereinafter referred to as the reference signal vectors. This data can be stored in an array or any such data structure as is well known to those of skill in the art.

[0106]   In the present embodiment, as described above, the outputs 542 are also provided to a signal selector module 536. One of the output signals 542 is selected by the signal selector module 536 for further processing by the multi-variate process estimator 531. The selected signal is referred to as $X_{sel}$. It is understood by those of skill in the art that any one of the output signals 542 may be selected by the signal selector module 536 for further processing.

[0107]   In one embodiment, the multi-variate process estimator 531 includes a pseudo-inverse, which is used to determine a weight vector w associated with the reference signal $N_{ref}$ and the selected signal. In one embodiment, the multi-variate process estimator 531 creates multiple single-column vectors of time-shifted data from the reference signal $N_{ref}$.

For example, in one embodiment, the multi-variate process estimator 531 creates single-column vectors A, where:

$$A = \left[\begin{bmatrix} N_{ref\_1} \\ N_{ref\_2} \\ N_{ref\_3} \\ N_{ref\_4} \\ \vdots \end{bmatrix} \begin{bmatrix} N_{ref\_7} \\ N_{ref\_8} \\ N_{ref\_9} \\ N_{ref\_10} \\ \vdots \end{bmatrix} \begin{bmatrix} N_{ref\_13} \\ N_{ref\_14} \\ N_{ref\_15} \\ N_{ref\_16} \\ \vdots \end{bmatrix} \cdots \right]$$

In such embodiment, a pseudo-inverse is determined as $(A^TA)^{-1}A^T$. The weight vector w may then be determined by multiplying the pseudo-inverse by the selected signal ($X_{sel}$) from the signal select module 536. The resulting weight vector w may be expressed as: $w=(A^TA)^{-1}A^Tx_{sel}$. The output vectors w of the multi-variate process estimator 531 are provided to a master power curve module 554 and a divide into equal bins module 556.

[0108]   The divide into equal bins module 556 divides each of the output vectors into bins having equal numbers of data points. In one embodiment, the divide into equal bins module 556 divides each of the output vectors into five bins, each containing the same number of data points (e.g., with 120 data points per vector, each bin could have 24 data points). Each bin is then provided to a bin power curves module 558.

[0109]   In one embodiment, the master power curve module 554 performs a saturation transform as follows. For each output vector, the sum of the squares of the data points is determined. This provides a sum of squares value corresponding to each output vector (each output vector corresponding to one of the saturation scan values). These values provide the basis for a master power curve 555, as further represented in FIG. 11. The horizontal axis of the power curve represents the saturation axis scan values and the vertical axis represents the sum of squares value (or output energy) for each output vector. In one embodiment, as depicted in FIG. 11, each of the sum of squares is plotted with the magnitude of the sum of squares value plotted on the vertical "energy output" axis at the point on the horizontal axis of the corresponding saturation scan value which generated that output vector. This results in a master power curve 558, an example of which is depicted in FIG. 11. This provides a saturation transform in which the spectral content of the attenuated energy is examined by looking at every possible saturation value and examining the output value for the assumed saturation value. As will be understood, where the inputs to the multi-variate process estimator 531 are mostly correlated, the sum of squares for the corresponding output vector of the multi-variate process estimator 531 will be very low. Conversely, where the correlation between the first and second inputs to the multi-variate process estimator 531 are not significantly correlated, the sum of squares of the output vector will be high. Accordingly, where the spectral content of the reference signal and the first input to the multi-variate process estimator 531 are made up mostly of physiological (e.g., movement of venous blood due to respiration) and non-physiological (e.g., motion induced) noise, the output energy will be low. Where the spectral content of the reference signal and the first input to the multi-variate process estimator 531 are not correlated, the output energy will be much higher.

[0110]   A corresponding transform is completed by the Bin Power Curves module 558, except a saturation transform power curve is generated for each bin. The resulting power curves are provided as the outputs of the saturation transform module 406.

[0111]   In general, in accordance with the signal model embodiment of the present invention, there will be two peaks in the power curves, as depicted in FIG. **11**. One peak corresponds to the arterial oxygen saturation of the blood, and one peak corresponds to the venous oxygen concentration of the blood. With reference to the signal model of the present invention, the peak corresponding to the highest saturation value (not necessarily the peak with the greatest magnitude) corresponds to the proportionality coefficient $r_a$. In other words, the proportionality coefficient $r_a$ corresponds to the ratio which will be measured for the arterial saturation. Similarly, peak that corresponds to the lowest saturation value (not necessarily the peak with the lowest magnitude) will generally correspond to the venous oxygen saturation, which corresponds to the proportionality coefficient $r_v$ in the signal model of the present invention. Therefore, the proportionality coefficient $r_v$ will be a ratio corresponding to the venous oxygen saturation.

[0112]   In order to obtain arterial oxygen saturation, the peak in the power curves corresponding to the highest saturation value could be selected. However, to improve confidence in the value, further processing is completed. FIG. **12** illustrates the operation of the saturation calculation module **408** based upon the output of the saturation transform module **406** and the output of the statistics module **404**. As depicted in FIG. **12**, the bin power curves and the bin statistics are provided to the saturation calculation module **408**. In the present embodiment, the master power curves are not provided to the saturation module **408** but can be displayed for a visual check on system operation. The bin statistics contain the normalized RMS values for each of the wavelengths signals, the seed saturation value, and a value representing the cross-correlation between the various wavelengths's signals, as described in greater detail above with respect to the statistics module **404** of FIG. **9**.

[0113]   The saturation calculation module **408** first determines a plurality of bin attributes as represented by the compute bin attributes module **560**. The compute bin attributes module **560** collects a data bin from the information from the bin power curves and the information from the bin statistics. In the present embodiment, this operation involves placing the saturation value of the peak from each power curve corresponding to the highest saturation value in the data bin. In the present embodiment, the selection of the highest peak is performed by first computing the first derivative of the power curve in question by convolving the power curve with a smoothing differentiator filter function. In the present embodiment, the smoothing differentiator filter function (using a FIR filter) has the following coefficients:

0.014964670230367

0.098294046682706

0.204468276324813

2.717182664241813

5.704485606695227

0.000000000000000

−5.704482606695227

−2.717182664241813

−0.204468276324813

−0.098294046682706

−0.014964670230367

[0114]   This filter performs the differentiation and smoothing. Next, each point in the original power curve in question is evaluated and determined to be a possible peak if the following conditions are met: (1) the point is at least 2% of the maximum value in the power curve; and (2) the value of the first derivative changes from greater than zero to less than or equal to zero. For each point that is found to be a possible peak, the neighboring points are examined and the largest of the three points is considered to be the true peak.

[0115]   The peak width for these selected peaks is also calculated. The peak width of a power curve in question is computed by summing all the points in the power curve and subtracting the product of the minimum value in the power curve and the number of points in the power curve. In the present embodiment, the peak width calculation is applied to each of the bin power curves. The maximum value is selected as the peak width.

[0116]   In addition, the RMS value from the entire snapshot, the individual wavelengths's RMS values, the seed saturation value for each bin, and the cross correlation between the n wavelengths's signals from the statistics module **404** are also placed in the data bin. The attributes are then used to determine whether the data bin consists of acceptable data, as represented in a bin qualifying logic module **562**.

[0117]   If the correlation is too low, the bin is discarded. If the saturation value of the selected peak for a given bin is lower than the seed saturation for the same bin, the peak is replaced with the seed saturation value. If any wavelength's RMS value is below a threshold, the bins are all discarded, and no saturation value is provided, because the measured signals are considered to be too small to obtain meaningful data. If no bins contain acceptable data, the exception handling module **563** provides a message to the display **336** that the data is erroneous.

[0118]   If some bins qualify, those bins that qualify as having acceptable data are selected, and those that do not qualify are replaced with the average of the bins that are accepted. Each bin is given a time stamp in order to maintain the time sequence. A voter operation **565** examines each of the bins and selects the three highest saturation values. These values are forwarded to a clip and smooth operation **566**.

[0119]   The clip and smooth operation **566** performs averaging with a low pass filter. The low pass filter provides adjustable smoothing as selected by a select smoothing filter module **568**. The select smoothing filter module **568** performs its operation based upon a confidence determination performed by a high confidence test module **570**. The high confidence test is an examination of the peak width for the bin power curves. The width of the peaks provides some indication of motion by the patient, wherein wider peaks indicate motion. Therefore, if the peaks are wide, the smoothing filter is slowed down. If peaks are narrow, the smoothing filter speed is increased. Accordingly, the smoothing filter **566** is adjusted based on the confidence level. The output of the clip and smooth module **566** provides the oxygen saturation values in accordance with one embodiment of the present invention.

[0120]   In one embodiment, the clip and smooth filter **566** takes each new saturation value and compares it to the current

US 2011/0237911 A1

Sep. 29, 2011

12

saturation value. If the magnitude of the difference is less than 16 (percent oxygen saturation) then the value is pass. Otherwise, if the new saturation value is less than the filtered saturation value, the new saturation value is changed to 16 less than the filtered saturation value. If the new saturation value is greater than the filtered saturation value, then the new saturation value is changed to 16 more than the filtered saturation value.

[0121]   During high confidence (no motion), the smoothing filter is a simple one-pole or exponential smoothing filter which in one embodiment is computed as follows:

$$y(n) = 0.6*x(n) + 0.4*y(n-1)$$

where x(n) is the clipped new saturation value, and y(n) is the filtered saturation value.

[0122]   During motion condition, a three-pole infinite impulse response (IIR) filter is used. Its characteristics are controlled by three time constants $t_a$, $t_b$, and $t_c$ with values of 0.985, 0.900, and 0.94 respectively. The coefficients for a direct form I, BR filter are computed from these time constants using the following relationships:

$$a_0 = 0$$

$$a_1 = t_b + (t_c)(t_a + t_b)$$

$$a_2 = (-t_b)(t_c)(t_a + t_b + (t_c)(t_a))$$

$$a_3 = (t_b)^2(t_c)^2(t_a)$$

$$b_0 = 1 - t_b - (t_c)(t_a + (t_c)(t_b))$$

$$b_1 = 2(t_b)(t_c)(t_a - 1)$$

$$b_2 = (t_b)(t_c)(t_b + (t_c)(t_a) - (t_b)(t_c)(t_a) - t_a$$

[0123]   It is well understood by those of skill in the art that the normalized plethysmographic waveforms of the multi-wavelength physiological monitor may be utilized to determine the pulse rate of the patient. For example, in one embodiment, the normalized plethysmographic waveforms of the multi-wavelength physiological monitor, illustrated as lines $\lambda_1$ RMS, $\lambda_2$ RMS, . . . $\lambda_n$ RMS in FIG. 9, or the outputs 542 of FIG. 10 may be used to determine the patient's pulse rate. In one embodiment, a Fourier transform is performed on at least one of the normalized plethysmographic waveforms to convert the data of the waveform from the time domain into the frequency domain using methods well known to those of skill in the art. In one embodiment, the first harmonic of the frequency data is identified as the patient's pulse rate.

[0124]   Other methods of determining pulse rate or heart rate from normalized plethysmographic data is disclosed in U.S. Pat. No. 5,632,272, incorporated by reference in its entirety herein.

[0125]   While a number of preferred embodiments of the invention and variations thereof have been described in detail, other modifications and methods of using and medical applications for the same will be apparent to those of skill in the art. Accordingly, it should be understood that various applications, modifications, and substitutions may be made of equivalents without departing from the spirit of the invention or the scope of the claims.

What is claimed is:

1. A physiological monitor for determining blood oxygen saturation of a patient, the physiological monitor comprising:
   a pulse oximetry sensor, wherein the pulse oximetry sensor comprises:
      three or more light emitting diodes, wherein each light emitting diode is operative to emit light of a different wavelength; and
      a detector adapted to receive light from the at least three light emitting diodes after being attenuated by tissue of a medical patient, wherein the detector provides an output signal based at least in part upon the received light; and
   a processor configured to compute a ratio based at least in part on three or more plethysmographic signals obtained from the output signal, the processor further configured to determine the blood oxygen saturation of said medical patient based upon said ratio and one or more blood constituents identified from said output signal.

2. The physiological monitor of claim 1, wherein the processor is further configured to determine the blood oxygen saturation of said medical patient by compensating the blood oxygen saturation with data regarding the one or more blood constituents.

3. The physiological monitor of claim 1, wherein the ratio comprises a quotient of a first value and a second value, wherein:
   the first value comprises a first sum of first electrical signals corresponding to the three or more light emitting diodes, the first electrical signals multiplied by a first set of vector coefficients; and
   the second value comprises a second sum of second electrical signals corresponding to the three or more light emitting diodes, the second electrical signals multiplied by a second set of vector coefficients.

4. The physiological monitor of claim 3, wherein the first and second sets of vector coefficients are determined based upon calibration data.

5. The physiological monitor of claim 3, wherein the first and second sets of vector coefficients are determined based upon fitting of experimental data.

6. The physiological monitor of claim 1, wherein the ratio is substantially linear over a range of ratio values, wherein the range of ratio values comprises from about 0.45 to about 1.6.

7. The physiological monitor of claim 1, wherein the ratio is substantially linear over a range of blood oxygen saturation values, wherein the range of blood oxygen saturation values comprises from about 75% to about 95%.

8. The physiological monitor of claim 1, wherein the blood constituent comprises methemoglobin.

9. The physiological monitor of claim 1, wherein the blood constituent comprises carboxyhemoglobin.

10. The physiological monitor of claim 1, wherein the blood constituent comprises a low hemoglobin level.

11. The physiological monitor of claim 1, wherein the blood constituent comprises a high hemoglobin level.

12. The physiological monitor of claim 1, wherein the blood constituent comprises bilirubin.

13. The physiological monitor of claim 1, wherein the blood constituent comprises methylene blue.

14. The physiological monitor of claim 1, wherein the blood constituent comprises deoxyhemoglobin.

15. The physiological monitor of claim 1, wherein the blood constituent comprises lipids.

13

**16**. The physiological monitor of claim **1**, wherein the ratio is configured to have reduced tolerance at lower blood oxygen saturation levels compared to a two wavelength blood oxygen saturation system.

**17**. A physiological monitor sensor comprising:

three or more emitters configured to transmit light through a tissue site of a medical patient; and

at least one detector configured to:

measure the light transmitted through the tissue site of the medical patient by the three or more emitters; and

generate at least one signal configured to be used by a processor to compute a ratio based at least in part on the at least one signal, the processor further configured to determine the blood oxygen saturation of said medical patient based upon said ratio and one or more blood constituents identified from said signal.

**18**. The sensor of claim **17**, wherein the sensor is capable of removable attachment to the tissue site of the medical patient.

**19**. The sensor of claim **17**, wherein the three or more emitters comprise eight emitters.

**20**. The sensor of claim **17**, wherein the ratio is substantially linear over a range of blood oxygen saturation values, wherein the range of blood oxygen saturation values comprises from about 75% to about 95%.

**21**. The sensor of claim **17**, wherein a blood oxygen saturation of the medical patient calculated based at least in part on the ratio is configured to exhibit higher accuracy at lower blood oxygen saturation levels compared to a two wavelength blood oxygen saturation system.

**22**. The sensor of claim **17**, wherein the one or more blood constituents comprises one or more of the following:

methemoglobin, carboxyhemoglobin, a low hemoglobin level, a high hemoglobin level, bilirubin, methylene blue, deoxyhemoglobin, or lipids.

**23**. A method of determining the blood oxygen saturation of a patient, the method comprising:

receiving at least three photoplethysmographic signals indicative of at least three wavelengths of light that have been attenuated by tissue;

determining at least three output signals based upon the at least three photoplethysmographic signals;

calculating a ratio based at least in part on the at least three output signals; and

determining a blood oxygen saturation based at least in part on the ratio and one or more blood constituents identified from said at least three photoplethysmographic signals.

**24**. The method of claim **23**, wherein the ratio exhibits greater linearity over a first range of ratio values compared to a linearity over a second range of ratio values in a two-wavelength blood oxygen saturation system.

**25**. The method of claim **23**, further comprising selecting a data signal corresponding to attenuated light from one of the at least three photoplethysmographic signals.

**26**. The method of claim **25**, further comprising providing a process estimator output using a multi-variate process estimator based at least in part upon the ratio and the selected data signal, such that a blood oxygen saturation of a patient may be calculated in response to the process estimator output.

**27**. The method of claim **26**, wherein the multi-variate process estimator comprises a pseudo-inverse.

**28**. The method of claim **23**, wherein the one or more blood constituents comprises one or more of the following:

methemoglobin, carboxyhemoglobin, a low hemoglobin level, a high hemoglobin level, bilirubin, methylene blue, deoxyhemoglobin, or lipids.

\*    \*    \*    \*    \*

# Exhibit 24

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

Case 8:20-cv-00048-JVS-JDE   Document 360-8   Filed 10/30/20   Page 648 of 834   Page ID
#:26816

US 20140275808A1

(19) **United States**

(12) **Patent Application Publication**      (10) Pub. No.: **US 2014/0275808 A1**

Poeze et al.                                  (43) **Pub. Date:      Sep. 18, 2014**

---

(54) **PATIENT MONITOR PLACEMENT INDICATOR**

(71) Applicant: **Cercacor Laboratories, Inc.**, Irvine, CA (US)

(72) Inventors: **Jeroen Poeze**, Mission Viejo, CA (US); **Marcelo M. Lamego**, Coto De Caza, CA (US)

(73) Assignee: **Cercacor Laboratories, Inc.**, Irvine, CA (US)

(21) Appl. No.: **14/209,844**

(22) Filed: **Mar. 13, 2014**

**Related U.S. Application Data**

(60) Provisional application No. 61/785,180, filed on Mar. 14, 2013.

**Publication Classification**

(51) **Int. Cl.**
    **A61B 5/00**          (2006.01)
(52) **U.S. Cl.**
    CPC ................. **A61B 5/684** (2013.01); **A61B 5/742** (2013.01); **A61B 5/7405** (2013.01)
    USPC ....................................................... **600/300**

(57)                    **ABSTRACT**

A monitoring device for measuring one or more physiological parameters of a medical patient can include a finger clip sensor connected to a monitor. A placement indicator helps the patient to properly position the sensor. The monitor can display a message alerting the patient to reposition the sensor. The device can delay measurement until the sensor is properly positioned.





FIG. 1



PATIENTS FINGER 201

CABLE 103

SENSOR 101

MONITOR 102

DISPLAY 104

100

FIG. 2



*Fig. 3*

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 652 of 834   Page ID #:20836



**Fig. 4**



*FIG. 5*

US 2014/0275808 A1                                                      Sep. 18, 2014

1

## PATIENT MONITOR PLACEMENT INDICATOR

### RELATED APPLICATIONS

#### Incorporation by Reference to Any Priority Applications

[0001]  Any and all applications for which a foreign or domestic priority claim is identified in the Application Data Sheet as filed with the present application are incorporated by reference under 37 CFR 1.57 and made a part of this specification.

### BACKGROUND

[0002]  **1**. Field of the Disclosure

[0003]  The disclosure herein relates generally to patient monitoring with non-invasive physiological sensors. More specifically, the present disclosure relates to devices and methods for aiding a patient in positioning the physiological sensor for more accurate results.

[0004]  **2**. Description of the Related Art

[0005]  The standard of care in caregiver environments includes patient monitoring through spectroscopic analysis using, for example, a pulse oximeter. Devices capable of spectroscopic analysis generally include a light source(s) transmitting optical radiation into or reflecting off a measurement site, such as, body tissue carrying pulsing blood. After attenuation by tissue and fluids of the measurement site, a photodetection device(s) detects the attenuated light and outputs a detector signal(s) responsive to the detected attenuated light. A signal processing device(s) process the detector(s) signal(s) and outputs a measurement indicative of a blood constituent of interest, such as glucose, oxygen, met hemoglobin, total hemoglobin, other physiological parameters, or other data or combinations of data useful in determining a state or trend of wellness of a patient.

[0006]  In noninvasive devices and methods, a sensor is often adapted to position a finger proximate the light source and light detector. For example, noninvasive sensors often include a clothespin-shaped housing that includes a contoured bed conforming generally to the shape of a finger. The contoured bed can help position and stabilize the finger for measurement.

### SUMMARY

[0007]  This disclosure describes embodiments of noninvasive methods, devices and systems for measuring physiologically relevant patient characteristics and for determining proper positioning of the physiological sensor for a specific patient. The monitoring device can determine a reference position of the sensor with respect to the patient when the sensor is properly positioned on the patient. After the reference position is determined, the monitoring device can use the reference position to help the patient maintain the position of the sensor in the appropriate position for clear and accurate measurements. In certain embodiments, when the device detects improper positioning, a display on a monitor alerts or provides an indication to the patient that the sensor is out of position. In some embodiments, the monitoring device can delay taking measurements until the sensor is returned to the reference position. In some embodiments, the display on a monitor associated with the sensor displays an interactive game for the patient to play, which can help the patient position the monitoring device.

[0008]  For purposes of summarizing the disclosure, certain aspects, advantages and novel features have been described herein. It is to be understood that not necessarily all such advantages can be achieved in accordance with any particular embodiment disclosed herein. Thus, the disclosure described herein can be embodied or carried out in a manner that achieves or optimizes one advantage or a group of advantages as taught herein without necessarily achieving other advantages as can be taught or suggested herein.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0009]  Throughout the drawings, reference numbers can be re-used to indicate correspondence between referenced elements. The drawings are provided to illustrate embodiments described herein and not to limit the scope thereof.

[0010]  FIG. **1** illustrates an exemplary handheld monitor and an exemplary noninvasive optical sensor of a patient monitoring system, according to embodiments of the disclosure.

[0011]  FIG. **2** illustrates a monitoring device in accordance with one embodiment with the sensor attached to a patient's finger.

[0012]  FIG. **3** illustrates a block diagram illustrating data processing of signals used for placement indication.

[0013]  FIG. **4** illustrates an embodiment of a flowchart for operation of the monitoring system utilizing sensor placement indication

[0014]  FIG. **5** illustrates an exemplary embodiment of an interactive game displayed on a monitor associated with a physiological sensor according to embodiments of the disclosure.

### DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

[0015]  A monitoring device in accordance with one embodiment of the present disclosure comprises a physiological sensor including a detector housing for attachment to a measurement site. The measurement site can be, for example, a patient's finger, and the detector housing can comprise a clothespin-shaped housing that includes a contoured bed conforming generally to the shape of a finger. The monitoring device further comprises one or more monitors that process and/or display the sensor's output and/or other information. The monitors can include various components, such as a sensor front end, a signal processor, a display, etc.

[0016]  The sensor can be integrated with a monitor, for example, into a handheld unit including the sensor, a display and user controls. In other embodiments, the physiological sensor can be connected to and communicate with the monitor(s) via a cable or a wireless connection. The communication can be via wire(s), cable(s), flex circuit(s), wireless technologies, or other suitable analog or digital communication methodologies and devices to perform those methodologies. Many arrangements allow the sensor to be attached to the measurement site while the monitor is attached elsewhere on a patient, such as the patient's arm, placed at a location near the patient, such as a bed, shelf or table, or held by the patient.

[0017]  Reference will now be made to the Figures to discuss embodiments of the present disclosure.

[0018]  FIG. **1** illustrates one example of a monitoring device **100**. In the depicted embodiment, the monitoring device **100** includes a finger clip sensor **101** connected to a monitor **102** via a cable **103**. In the embodiment shown, the monitor **102** includes a display **104**, control buttons **105** and a power button. Moreover, the monitor **102** can advantageously include electronic processing, signal processing, and data storage devices capable of receiving signal data from said sensor **101**, processing the signal data to determine one or more output measurement values indicative of one or more physiological parameters of a monitored patient, and displaying the measurement values, trends of the measurement values, combinations of measurement values, and the like. The electronic processing, signal processing, and data storage devices of the monitor **102** can also be capable of receiving data, processing the data, generating displays based at least in part on the data as further described below, and directing the system when to record measurements of the physiological parameters of interest.

[0019]  The cable **103** connecting the sensor **101** and the monitor **102** can be implemented using one or more wires, optical fiber, flex circuits, or the like. In some embodiments, the cable **103** can employ twisted pairs of conductors in order to minimize or reduce cross-talk of data transmitted from the sensor **101** to the monitor **102**. Various lengths of the cable **103** can be employed to allow for separation between the sensor **101** and the monitor **102**. The cable **103** can be fitted with a connector (male or female) on either end of the cable **103** so that the sensor **101** and the monitor **102** can be connected and disconnected from each other. Alternatively, the sensor **101** and the monitor **102** can be coupled together via a wireless communication link, such as an infrared link, radio frequency channel, or any other wireless communication protocol and channel.

[0020]  The monitor **102** can be attached to the patient. For example, the monitor **102** can include a belt clip or straps that facilitate attachment to a patient's belt, arm, leg or the like. The monitor **102** can also include a fitting, slot, magnet, LEMO snap-click connector or other connecting mechanism to allow the cable **103** and sensor **101** to be attached to the monitor **102**.

[0021]  The monitor **102** can also include other components, such as a speaker, power button, removable storage or memory (e.g., a flash card slot), an AC power port, and one or more network interfaces, such as a universal serial bus interface or an Ethernet port. For example, the monitor **102** can include a display **104** that can indicate measurements obtained by the physiological sensor, prompt a user for input, or display messages and/or games as discussed below.

[0022]  In addition, although a single sensor **101** with a single monitor **102** is shown, different combinations of sensors and device pairings can be implemented. For example, multiple sensors can be provided for a plurality of differing patient types or measurement sites or even patient fingers.

[0023]  Example monitoring devices are described in U.S. Publication No. 2010/0030040, filed Aug. 3, 2009, titled "Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents" and U.S. Publication No. 2010/0010326, filed Jul. 2, 2009, titled "Contoured Protrusion for Improving Spectroscopic Measurement of Blood Constituents," the disclosures of which are both hereby incorporated by reference in their entirety. An example commercial embodiment of a monitoring device is available from Masimo® Corporation of Irvine, Calif.

[0024]  FIG. **2** shows a monitoring device **100** in accordance with one embodiment of the present disclosure with the sensor attached to a patient's finger **201**. The patient' finger **201** has a range of movement within the sensor **101**. The patient's finger **201** can move in all directions, such as longitudinally, vertically, and from horizontally. When the patient's finger **201** is not correctly positioned with the sensor **101**, the sensor **101** can provide erroneous data.

[0025]  Before attaching the physiological sensor **101** to the patient and beginning monitoring, a user can input information regarding the patient, e.g., whether the patient is an adult or child, into the monitor **102** via, for example, control buttons **105** on the monitor housing or touch screen display buttons **305** (shown in FIG. **4**). In some embodiments, the system displays a message on the display **104** prompting the user to input such information regarding the patient or type of display desired.

[0026]  When the sensor **101** is placed on the patient's finger **201**, the monitor **102** determines a reference position for the sensor **101**. A patient's finger is used in this illustrative example, however, the principles discussed herein can apply equally to a sensor being positioned on any measurement site of a patient. The reference position is first determined after the sensor **101** has been properly positioned on the patient's finger **201**. A user, such as a caregiver, can help correctly position the sensor **101** on the patient's finger. In order to set the reference position the user can provide an indication (e.g., pushing a button) to the monitor **102** to store the current position as the reference position. The monitor **102** determines the reference position by calculating at least one reference transmittance value based on the positioning of the physiological sensor **101**. The reference transmittance values can be stored in nonvolatile storage within the monitor **102**. In some embodiments, multiple sets of reference transmittance values can be stored.

[0027]  The reference position stored by the monitor **102** is subsequently used by the monitor **102** to determine whether the patient's finger **201** is properly positioned within the sensor **101**. The monitor **102** can continuously monitor the position of the patient's finger **201** to determine whether it is correctly positioned within the sensor. In some embodiments, when the monitor **102** detects that patient's finger is not properly positioned within the sensor **101** for accurate measurements, the monitor **102** can delay processing measurements and trigger an appropriate display on the display **104** indicating that the sensor **101** needs to be repositioned. In some embodiments, the monitor **102** can detect the direction and the magnitude of the improper positioning of the sensor **101**. The display **104** can provide an indication directing the patient how to adjust the sensor **101** for more accurate measurements, for example, directing the patient to move the sensor **101** longitudinally. The system can continue to provide one or more indications until the sensor **101** is properly positioned by the patient. This feature can help alert the patient that the physiological sensor **101** is positioned incorrectly and needs to be readjusted. The monitor can use the reference position to provide instructions to the patient for positioning the physiological sensor without the aid of a medical practitioner. This can help reduce erroneous measurements caused by improper positioning of the physiological sensor.

[0028]  FIG. **3** is a block diagram illustrating a decimation process **300** for signals received from a physiological sensor **101**. At block **310**, the signal data received from the sensor

3

101 undergoes a first stage decimation. The first stage decimation can be performed on batches of signal data based on the size of an averaging window. After the first stage decimation at block **310**, the signal data can be filtered at block **320** or sent to a demultiplexer at block **340**. At block **320**, the signal data is filtered using a low pass filter and then sent to a demultiplexer at block **330**. The filtered signal data is used by the monitor **102** to perform additional signal processing steps in order to process the physiological signals based on the filtered signal data.

[0029]   Signal data for the placement indication algorithm is taken after the first stage decimation process and does not undergo filtering through the low pass filter at block **320**. The signal data for the placement indicator bypasses the low pass filter **320** and is demultiplexed at block **340**. The low pass filter adds additional processing time. By bypassing the low pass filter and using the unfiltered data for the placement indicator, the patient can receive indications that the sensor **101** is not properly positioned more frequently. In some embodiments the patient can receive positioning updates one or more times every second, whereas, filtering the signal data can require one or more seconds of additional processing. The additional time that is required to filter the signal data increases propagation delay and decreases responsiveness of the placement indicator, which can make it difficult for the patient to adjust the sensor in real-time. The signal data does not need to be filtered to calculate placement indication. The signal data that is being used for placement indication does not need to be as high quality as the data that is used to derive the physiological measurements. By using the signal data that has not been processed by the low pass filter reduces propagation delay and improves responsiveness of the placement indicator.

[0030]   The signal data is used to calculate at least one reference transmittance value in order to determine the reference position. The reference transmittance values are calculated and stored in non-volatile storage. The reference transmittance values in the placement indicator algorithm are compared with the operating transmittance values. The difference between the reference transmittance values and the operating transmittance values, as calculated, can be used as an indicator for placement. The closer the placement indicator is to zero, the closer the finger placement is to the finger placement when the reference transmittance values were acquired. The system can process the operating transmittance values in an open loop, so that the most current value is continuously being recalculated.

[0031]   A reference transmittance value can be calculated for each LED and channel combination that is being used to determine the placement indication. In some embodiments, all of the LEDs and channels are used to determine placement indication. In some embodiments a subset of the total number of LEDs and channels are used to determine placement indication. In some embodiments, wavelengths that experience high levels of scattering are not used for placement indication.

[0032]   The value for transmittance for each LED and channel combination is calculated using the following equation:

$$T = \frac{DC}{power \times PGA_{gain}} \qquad \text{Eq. 1}$$

[0033]   T=transmittance

[0034]   DC=measured DC intensity

[0035]   power=estimated LED power based on current and temperature

[0036]   PGA$_{gain}$=gain setting of programmable gain amplifier

[0037]   A transmittance value is calculated using the DC components of the signals. The power is based on the current and the temperature when the measurement is taken. The power compensates for changes in current and temperature in the operating transmittance values that are different from the values of current and temperature used to calculate the reference transmittance values. The monitor can have a transmittance calculator to calculate the transmittance value.

[0038]   The reference transmittance values and operating transmittance values for each LED and channel combination is used in the following equation to determine a placement indication.

$$P = -\sum_{i=1}^{n_1} \left| \frac{T_i' - T_i}{T_i'} \right| \qquad \text{Eq. 2}$$

$$IF \sum_{i=1}^{n_1} \frac{T_i' - T_i}{T_i'} < 0,$$

$$P = \sum_{i=1}^{n_1} \left| \frac{T_i' - T_i}{T_i'} \right| \text{ otherwise.}$$

[0039]   $T_i$=measured transmittance for channel/LED

[0040]   $T_i'$=reference transmittance for channel/LED

[0041]   n=number of LEDs times the number of channels

[0042]   P=placement indication

[0043]   Ideally, the calculated value of the placement indication, P, would be zero. As the value of the equation approaches zero, the position of the physiological sensor is closer to the reference position. The value of the placement indicator can be positive or negative. The calculated value of the placement indicator provides a magnitude of difference in positioning between the reference position and the current position of the patient's finger. As the finger is moved closer to the correct positioning, the value of the placement indicator will approach zero. The value of the placement indicator does not provide an absolute unit of measurement. Rather, the value is reduced as the finger approaches the reference position and increased as the finger moves away from the reference position. In some embodiments, the sensor can extrapolate direction based on the positive and negative values associated with the placement indicator value. As such, the system may be able to provide a visual indication to the patient of the approximate direction that the finger needs to be moved within the sensor to substantially align the position of the finger with the reference position. The current position of the finger can be different that the reference position in any direction (e.g., horizontally, vertically, longitudinally, etc.). The monitor can have a placement indication calculator to calculate the placement indication.

[0044]   Generally, the value of the placement indication will not be zero. Rather than have the patient constantly adjusting the position of the sensor, the monitoring system can have a placement indication threshold. The placement indication threshold is used to determine whether the finger is within an acceptable measurement tolerance. When the placement indi-

cation threshold is exceeded then the monitoring system can indicate to the patient that the sensor is not properly positioned.

[0045]   FIG. 4 illustrates a flowchart for operation of the monitoring system utilizing sensor placement indication 400. At block 410 reference transmittance values are determined. In some embodiments, the reference transmittance values can be determined based on all of the available signals from the sensor. In some embodiments, the reference transmittance is based on a subset of signals from the sensor. The reference transmittance value can be stored in the monitoring system.

[0046]   At block 420, the current operating transmittance values are calculated using the transmittance algorithm. The monitoring system can continuously calculate and update the transmittance values so that the patient has an updated value of the position of the sensor at regular intervals. In some embodiments, the transmittance values can be updated periodically, such as multiple times a second. In some embodiments, the transmittance values can be are updated at less frequent intervals. In some embodiments, the transmittance values are updated more frequently.

[0047]   At block 430, the placement indicator algorithm is used to determine the placement indicator transmittance value. The placement indicator transmittance value is compared to a threshold value. If the placement indicator transmittance value is greater than the threshold value then the process proceeds to block 440. If the placement indicator transmittance value is less than the threshold value the monitoring system returns to block 420 and continues to calculate the operating transmittance values. The monitoring system can continue to calculate the operating transmittance values for as long as the sensor is in use by the patient.

[0048]   At block 440, the monitoring system can indicate to the patient on a display of the monitor that the sensor is improperly positioned. In some embodiments, the indication to the patient can be an alarm that gets the attention of the patient, such as an audible sound. In some embodiments, the indication can provide a message to the patient that the sensor is improperly positioned. The message can provide text, numeric values and/or other visual cues that can help the patient to reposition the sensor. For example, as the patient repositions the sensor, the display can display arrows that help the patient reposition the patient reposition the sensor. In some embodiments, the indication can be an interactive indicator, such as a game, that is displayed and can help the patient reposition the sensor so that it is correctly positioned on the patient's finger. Games or other interactive displays can be beneficial in instructing pediatric patients that may have difficulty interpreting a textual or other indication. An embodiment of an interactive indicator is further illustrated with reference to FIG. 5.

[0049]   At block 450, the monitoring system can optionally delay measurements until the placement indicator transmittance value is below the threshold. In some embodiments, the monitoring system may continue to determine measurements even though the placement indicator threshold has been exceeded.

[0050]   In one embodiment illustrated in FIG. 5, the display 104 displays and initiates an interactive indicator, such as a movement or balance game rather than another type of indication, such as a textual, verbal, or symbolic indicator, in response to the detection of inappropriate positioning. A young child may not be able to read a message directing him or her to adjust the physiological sensor. Even if the child could read such a message, children often have difficulty remaining still even if asked or directed to do so. In certain embodiments, the display 104 is configured to display one or more games such that the patient is motivated by the game to move the physiological sensor to the appropriate position. In addition to helping the patient adjust the monitoring device in order to obtain accurate readings, such games can advantageously provide an activity to occupy and possibly distract the patient.

[0051]   In one embodiment, the game display comprises images of a teddy bear on a tightrope. Movement of the patient's finger and therefore the sensor corresponds to and causes movement of the bear. The game can provide indications of the direction that the patient needs to move the finger in order to move the bear to the proper position on the tightrope. In other similar embodiments, the bear can be replaced by an animal or human and the tightrope can be replaced by a balance beam, among other things.

[0052]   One or more indicators, such as interactive indicators (e.g., games) disclosed above, similar interactive indicators, or other indicators can be stored in the monitor's 102 data storage device. Additional games can be loaded to the monitor via a removable storage or memory (e.g., a flash card) or a network interface.

[0053]   After a user provides input to the monitor 102 indicating that the patient is a child or that a game is to be used rather than a verbal alert message, the display 104 can provide various game options available and prompt the user or patient to select one via a touch screen display or control buttons 105.

[0054]   While a number of preferred embodiments and variations thereof have been described in detail, other modifications and methods of using and medical applications for the same will be apparent to those of skill in the art. Accordingly, it should be understood that various applications, modifications and substitutions can be made of equivalents without departing from the spirit of the disclosure or the scope of the claims.

What is claimed is:

1. A noninvasive medical monitoring device, said monitoring device comprising:

  a physiological sensor configured to output at least one physiological signal; and

  a monitor comprising a display and a signal processing system comprising:

    a transmittance calculator configured to:

      calculate at least one reference transmittance value from said at least one physiological signal, wherein said at least one reference transmittance value is indicative of a reference position of said physiological sensor on a measurement site of a patient, and

      calculate at least one operating transmittance value from said at least one physiological signal, wherein said at least one operating transmittance value is indicative of a position of said physiological sensor on said measurement site of said patient,;

    a placement indication calculator configured to calculate a placement indication value based, at least in part, on said at least one reference transmittance value and said at least one operating transmittance value, wherein said placement indication value is indicative of said position of said physiological sensor on said measurement site relative to said reference position; and

a processing module configured to determine whether said placement indication value exceeds a placement indication threshold.

**2**. The noninvasive medical monitoring device of claim **1**, wherein said processing module is further configured to generate an output on said display based at least in part on said placement indication value.

**3**. The noninvasive medical monitoring device of claim **2**, wherein said output comprises one or more verbal messages.

**4**. The noninvasive medical monitoring device of claim **2**, wherein said output comprises a movement or balance game.

**5**. The noninvasive medical monitoring device of claim **1** further comprises a data storage device configured to store said at least one reference transmittance value.

**6**. The noninvasive medical monitoring device of claim **1**, wherein transmittance calculator is configured to calculate said at least one reference transmittance value based on an input received from a user.

**7**. The noninvasive medical monitoring device of claim **1**, wherein transmittance calculator is configured to calculate said at least one operating transmittance value periodically.

**8**. The noninvasive medical monitoring device of claim **1**, wherein transmittance calculator is configured to calculate said at least one operating transmittance value prior to filtering said at least one physiological signal with a low pass filter.

**9**. The noninvasive medical monitoring device of claim **1**, wherein said output indicates a magnitude and a direction of said position relative to said reference position.

**10**. A method of determining positioning of a sensor, said method comprising:

calculating at least one reference transmittance value from a first plurality of physiological signals received from a sensor on a measurement site of a patient, wherein said at least one reference transmittance value is indicative of a reference position of said sensor on said measurement site;

calculating at least one operating transmittance value from a second plurality of physiological signals received from said sensor, wherein said at least one operating transmittance value is indicative of a current position of said sensor on said measurement site;

calculating a placement indication value based, at least in part, on said at least one reference transmittance value and said at least one operating transmittance value;

determining whether said placement indication value exceeds a placement indicator threshold; and

generating an output on a display based at least in part on said placement indication value when said placement indication value exceeds said placement indicator threshold.

**11**. The method of claim **10**, wherein said output comprises an indicator for notifying said patient that said sensor is incorrectly positioned.

**12**. The method of claim **11**, wherein said indicator is an audible indicator.

**13**. The method of claim **11**, wherein said indicator is a visual indicator.

**14**. The method of claim **11**, wherein said indicator comprises at least one of a direction and a magnitude.

**15**. The method of claim **10** further comprising receiving an input to calculate said at least one reference transmittance value.

**16**. The method of claim **10** further comprising delaying determining a physiological measurement associated with said at least one physiological signal when said placement indicator value exceeds said placement indicator threshold.

**17**. A method of determining positioning of a sensor on a measurement site of a patient, said method comprising:

calculating a first value from a first set of physiological signal data received from said sensor, wherein said first value is indicative of a first position of said sensor on said measurement site;

calculating a second value from a second set of physiological signal data received from said sensor after calculating said first value, wherein said second value is indicative of a second position of said sensor on said measurement site;

comparing said first value and said second value; and

generating an indicator on a monitor based at least in part on the comparison between said first value and said second value.

**18**. The method of claim **17**, wherein said indicator notifies said patient that said sensor is incorrectly positioned.

**19**. The method of claim **17**, wherein said indicator is at least one of an audible indicator and a visual indicator.

**20**. The method of claim **17** further comprising receiving an input from a user prior to initiating calculating said first value.

**21**. The method of claim **17**, wherein calculating the said second value occurs at regular intervals.

**22**. A method of determining positioning of a sensor on a measurement site of a patient, said method comprising:

determining a reference position of said measurement site within said sensor, wherein in said reference position the sensor is correctly positioned on said measurement site of said patient;

determining whether a current position of said sensor is correctly positioned on said measurement site of said patient based, at least in part, on said reference position; and

generating instructions for said patient for moving said sensor to said reference position when said sensor is not correctly positioned.

**23**. The method of claim **22**, wherein determining the reference position further comprises calculating a first value from a first set of physiological signal data received from said sensor.

**24**. The method of claim **23**, wherein determining whether said current position of said sensor is correctly positioned further comprises calculating a second value from a second set of physiological signal data received from said sensor

**25**. The method of claim **22**, wherein said current position is a spatially different position from said reference position in at least one direction.

**26**. The method of claim **22** further comprising updating said instructions until said sensor is positioned within a threshold value associated with said reference position.

*   *   *   *   *

# Exhibit 25

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

Case 8:20-cv-00048-JVS-JDE   Document 360-3   Filed 12/30/20   Page 660 of 834   Page ID
#:28844



US 20150366507A1

(19) **United States**

(12) **Patent Application Publication**     (10) Pub. No.: **US 2015/0366507 A1**

Blank                                        (43) Pub. Date:      **Dec. 24, 2015**

(54) **PROXIMITY SENSOR IN PULSE OXIMETER**

(71) Applicant: **Cercacor Laboratories, Inc.**, Irvine, CA (US)

(72) Inventor: **Thomas B. Blank**, Laguna Beach, CA (US)

(21) Appl. No.: **14/743,479**

(22) Filed:      **Jun. 18, 2015**

**Related U.S. Application Data**

(60) Provisional application No. 62/014,611, filed on Jun. 19, 2014.

**Publication Classification**

(51) **Int. Cl.**
     *A61B 5/00*        (2006.01)
     *A61B 5/1455*      (2006.01)

(52) **U.S. Cl.**
     CPC ........... *A61B 5/6844* (2013.01); *A61B 5/14552* (2013.01); *A61B 5/6826* (2013.01); *A61B 5/486* (2013.01); *A61B 5/684* (2013.01); *A61B 2562/0257* (2013.01); *A61B 2562/0233* (2013.01)

(57)                **ABSTRACT**

Systems and methods are disclosed for proximity sensing in physiological sensors, and more specifically to using one or more proximity sensors located on or within a physiological sensor to determine the positioning of the physiological sensor on a patient measurement site. Accurate placement of a physiological sensor on the patient measurement site is a key factor in obtaining reliable measurement of physiological parameters of the patient. Proper alignment between a measurement site and a sensor optical assembly provides more accurate physiological measurement data. This alignment can be determined based on data from a proximity sensor or sensors placed on or within the physiological sensor.





FIG. 1A



FIG. 1B



FIG. 2A



**FIG. 2B**



**FIG. 2C**



**FIG. 3A**

Case 8:20-cv-00048-JVS-JDE  Document 260-3  Filed 12/30/20  Page 666 of 834  Page ID #:20850



# FIG. 3B



FIG. 4



**FIG. 5**

SENSOR APPLICATION POSITIONING DETECTION



600

START

605
PROVIDE PHYSIOLOGICAL SENSOR WITH PROXIMITY SENSOR

610
DETECT PATIENT MEASUREMENT SITE LOCATION USING PROXIMITY SENSOR

615
COMPARE MEASUREMENT SITE LOCATION TO PREFERRED POSITIONING

620
OUTPUT REPOSITIONING INDICATION

END

FIG. 6

OPTICAL ASSEMBLY REPOSITIONING



700

START

PROVIDE PHYSIOLOGICAL SENSOR
INCLUDING PROXIMITY SENSOR AND
OPTICAL ASSEMBLY

705

DETERMINE LONGITUDINAL DISPLACEMENT
OF FINGER IN PHYSIOLOGICAL SENSOR
USING PROXIMITY SENSOR

710

POSITIONED
CORRECTLY RELATIVE TO OPTICAL
ASSEMBLY?

715

YES

NO

MECHANICALLY REPOSITION OPTICAL
ASSEMBLY

720

END

FIG. 7

PROBE OFF DETERMINATION BASED ON PROXIMITY SENSING



FIG. 8

US 2015/0366507 A1

Dec. 24, 2015

1

## PROXIMITY SENSOR IN PULSE OXIMETER

### CROSS-REFERENCE TO RELATED APPLICATIONS

[0001]   This application claims the benefit of U.S. Provisional Application Ser. No. 62/014,611, filed Jun. 19, 2014, titled "PROXIMITY SENSOR IN PULSE OXIMETER," the entirety of which is hereby incorporated by reference.

### TECHNICAL FIELD

[0002]   The systems and methods disclosed herein are directed to patient monitoring, and, more particularly, to pulse oximeter patient monitors capable of capacitive proximity detection.

### BACKGROUND

[0003]   The standard of care in caregiver environments includes patient monitoring through spectroscopic analysis using, for example, a pulse oximeter. Devices capable of spectroscopic analysis generally include a light source(s) transmitting optical radiation into or reflecting off a measurement site, such as, body tissue carrying pulsing blood. After attenuation by tissue and fluids of the measurement site, a photodetection device(s) detects the attenuated light and outputs a detector signal(s) responsive to the detected attenuated light. A signal processing device(s) process the detector(s) signal(s) and outputs a measurement indicative of a blood constituent of interest, such as glucose, oxygen, methemoglobin, total hemoglobin, other physiological parameters, or other data or combinations of data useful in determining a state or trend of wellness of a patient.

[0004]   In noninvasive devices and methods, a sensor is often adapted to position a finger proximate the light source and light detector. For example, noninvasive finger clip sensors often include a clothespin-shaped housing that includes a contoured bed conforming generally to the shape of a finger.

[0005]   Accurate determination of physiological measurements is often dependent upon proper application of the optical sensor to the measurement site. Clip-type pulse oximeter sensors typically include a physical stop near the hinge of the housing to indicate desired placement of a user's finger or other measurement site within the sensor. However, the physical stop does not ensure that the patient's finger is positioned far enough into the sensor. In addition, even if a sensor is initially placed correctly, movement, either of the patient or of the sensor during artificial pulsing, can longitudinally displace the patient's finger within the sensor. This can result in the light source and detector of the oximeter being positioned around a portion of the finger that provides inaccurate physiological measurements.

### SUMMARY

[0006]   The foregoing and other problems are addressed, in some embodiments, by providing an oximeter with proximity sensing technology that can be used to determine whether the oximeter is correctly applied to a patient measurement site. For example, one or more capacitive sensor electrodes can provide an indication to a processor of the oximeter regarding whether the sensor is correctly positioned by sensing proximity to the skin of the measurement site. Capacitive sensor electrodes can provide data representing a distance or relative distance between the electrodes and skin of the measurement site. Due to the inverse relationship between capacitance and distance, the sensitivity to the distance between the measurement site and the capacitive sensor electrodes increases as the distance between the measurement site and the capacitive sensor electrodes decreases. Accordingly, in one embodiment, a plurality of capacitive sensor electrodes can be positioned at various locations within the oximeter housing to provide proximity accurate feedback when the measurement site is located at a number of different positions relative to the oximeter. Though discussed primarily herein in the context of capacitive sensor electrodes, proximity feedback in pulse oximeters can be provided in other examples by optical, mechanical, or electrical sensors interfacing with skin of a measurement site, or a combination of one or more of capacitive, optical, mechanical, and electrical sensors.

[0007]   In some embodiments, capacitive sensor electrodes can be used to determine the longitudinal displacement of a patient's finger within a clip-type pulse oximeter sensor housing. Using the determined displacement, the oximeter can determine whether to provide an indication to the patient or physician to reposition the oximeter. The oximeter can additionally or alternatively use the determined displacement to determine whether to mechanically reposition the optical assembly of the oximeter relative to the patient's finger. In oximeters implementing artificial pulsing, the capacitive sensor electrodes can periodically or continuously monitor the longitudinal displacement of the patient's finger within the sensor housing to determine a probe off condition. These examples illustrate some of the many benefits of an oximeter sensor having proximity sensing technology for determining positioning of the sensor relative to a measurement site.

[0008]   For purposes of summarizing the disclosure, certain aspects, advantages and novel features of the inventions have been described herein. It is to be understood that not necessarily all such advantages can be achieved in accordance with any particular embodiment of the inventions disclosed herein. Thus, the inventions disclosed herein can be embodied or carried out in a manner that achieves or optimizes one advantage or group of advantages as taught herein without necessarily achieving other advantages as can be taught or suggested herein.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0009]   Throughout the drawings, reference numbers can be re-used to indicate correspondence between referenced elements. The drawings are provided to illustrate embodiments of the inventions described herein and not to limit the scope thereof.

[0010]   FIG. 1A illustrates a high-level diagram of an embodiment of a physiological sensor having proximity sensing capabilities positioned around a patient measurement site.

[0011]   FIG. 1B illustrates another embodiment of the physiological sensor of FIG. 1A.

[0012]   FIG. 2A illustrates a perspective view of an embodiment of a physiological sensor having proximity sensing capabilities.

[0013]   FIGS. 2B and 2C illustrate an exploded view of two components of the physiological sensor of FIG. 2A when disassembled.

[0014]   FIG. 3A illustrates a perspective view of another embodiment of a physiological sensor having proximity sensing capabilities.

[0015]   FIG. 3B illustrates a perspective view of the physiological sensor of FIG. 3A in an open position.

2

[0016] FIG. 4 illustrates a high-level schematic block diagram of an embodiment of a physiological sensor having proximity sensing capabilities.

[0017] FIG. 5 illustrates a schematic diagram of an embodiment of a circuit for measuring proximity of a measurement site to a sensor.

[0018] FIG. 6 illustrates an example process for determining positioning during sensor application.

[0019] FIG. 7 illustrates an example process for repositioning an applied sensor based on proximity sensing.

[0020] FIG. 8 illustrates an example process for determining a probe off condition based on proximity sensing.

DETAILED DESCRIPTION

I. Introduction

[0021] Implementations described herein relate generally to proximity sensing in physiological sensors, and more specifically to using one or more proximity sensors located on or within a physiological sensor to determine the positioning of the physiological sensor on a patient measurement site. Accurate placement of a physiological sensor on the patient measurement site is a key factor in obtaining reliable measurement of physiological parameters of the patient. For example, in clip-type pulse oximeter sensors, longitudinal positioning of the patient's finger within the sensor housing determines which portion of the patient's finger is aligned with an optical assembly used to generate physiological measurement data for determining one or more physiological parameters. Proper alignment with the optical assembly covers a detector of the optical assembly with the patient's fingertip and reduces introduction of ambient light to the detector, and accordingly provides more accurate physiological measurement data. This alignment can be determined based on data from a proximity sensor or sensors placed on or within the physiological sensor. Suitable proximity sensors include one or more capacitive sensors, optical scanning sensors, electrical sensors, or mechanical contact sensors.

[0022] The proximity data generated by the proximity sensors on or within a pulse oximeter can enable provision of more accurate physiological measurement data. For example, the proximity sensors described herein can be used to provide an indication to the oximeter to generate feedback for a patient or physician to reposition an improperly aligned oximeter sensor. In another example, the proximity sensors can be used to provide alignment information for mechanically repositioning the optical assembly with respect to the oximeter housing and patient finger. As a further example, the proximity sensors can be used to determine a probe off condition indicating that physiological measurement data obtained during persistence of the probe off condition should be discarded due to improper alignment. In additional examples, the proximity sensors can be used to associate distance data with measurement data output by the sensor, e.g. for assigning a confidence value to the measurement data.

II. Overview of Example Proximity Sensing Physiological Monitoring Systems

[0023] FIGS. 1A and 1B illustrate embodiments of a high-level diagram of an embodiment of a physiological sensor having proximity sensing capabilities positioned around a patient measurement site. The sensor 100 can include a first housing component 110 including an emitter 120 and a sec-

ond housing component 115 including a detector 125. The sensor 100 can also include a physical stop 140 to guide the positioning of a patient finger 130 or other measurement site within the sensor 100. One or more proximity sensors 145 can be positioned on or within the sensor 100.

[0024] The emitter 120 can be configured to emit light having multiple primary wavelengths $\lambda_p$ into the tissue of the patient finger 130 or other measurement site. The emitter 120 can be comprised of one or more devices such as semiconductive light emitting diodes (LEDs), although it will be appreciated that other light generating devices may be used. The light emitter 120 may be chosen to emit light at a single known discrete wavelength, at multiple discrete wavelengths, or across a portion of the spectrum (such as that emitted by a "white light" LED), depending on the needs of the particular application. In one embodiment, the emitter 120 consists of two or more diodes emitting light energy in the infrared and red regions of the electromagnetic spectrum, and a parallel resistor (or resistors) used for security. The construction and operation of such light source drive circuitry is described in U.S. Pat. No. 5,758,644 incorporated herein by reference.

[0025] The detector 125 can be any suitable light energy detector responsive to light energy from the emitter, for example a semi-conductive photodetector. The emitter 120 and detector 125 can be aligned such that the detector 125 detects the emitted light after attenuation by the tissue of the patient finger 130.

[0026] The physical stop 140 can provide tactile feedback to a clinician or patient positioning the finger 130 within the sensor in order to achieve proper positioning. Proper positioning of the patient finger 130 or other tissue site relative to the detector 125 enables accurate physiological measurements to be made. In particular, the emitter 120 is placed so as to illuminate a blood-perfused tissue site 135, such as a nail bed, and the detector 125 is positioned so that only light transmitted by the emitter 120 and attenuated by pulsatile blood flowing within the tissue site 135 is received by the detector 125.

[0027] Physical stop 140 can prevent the tissue site 135 from being positioned beyond the emitter 120 and detector 125, that is, too far into the sensor 100. However, the physical stop 140 does not ensure that the tissue site 135 will be placed far enough within the sensor 100 for adequate transmission of light from the emitter 120 through the tissue site 135 to the detector 125 to enable clinically accurate physiological measurements. Accordingly, the sensor 100 can be provided with one or more proximity sensors 145 positioned within the sensor housing. The proximity sensor(s) 145 can be used to determine whether the tissue site 135 is positioned properly relative to the emitter 120 and detector 125.

[0028] Proximity sensor 145 can be a capacitive sensor, in some embodiments, that uses capacitance of the human body as an input to determine a distance between the patient's finger 130 and the proximity sensor 145. In another embodiment, proximity sensor 145 can be an optical scanning sensor, for example a camera or a near-infrared proximity sensor that uses light to determine how close or far the patient's finger 130 is from the proximity sensor 145. In still further embodiments, proximity sensor 145 can be a mechanical contact sensor that determines whether physical contact is made between the patient's finger 130 and the proximity sensor 145 mounted on the physical stop 140. Other sensors suitable for determining contact or distance between patient finger 130 and sensor 145 can be used in other embodiments.

US 2015/0366507 A1                                                          Dec. 24, 2015

3

[0029]   As illustrated by FIG. 1A, the physical stop **140** can include a proximity sensor **145**. The proximity sensor **145** of FIG. 1A can be used to determine the distance (or whether there is contact) between the location of the proximity sensor **145** on the physical stop **140** and the end of the patient's finger **130** nearest the stop **140**. The proximity sensor **145** can be positioned on the physical stop **140** so as to sense or contact a portion of the patient fingertip below the nail, in particular for embodiments in which a capacitive proximity sensor is implemented. As illustrated by FIG. 1B, an additional array of proximity sensors **145** can be positioned longitudinally along the finger bed of the second housing component **115**. The array **150** of proximity sensors can provide additional feedback regarding the longitudinal positioning of the patient finger **130** within the sensor **100**.

[0030]   As illustrated in FIGS. 2A and 2B, an embodiment of a sensor **200** can include a two-piece housing and an electrical supply and signal cable **210**. The housing consists of a first (upper) housing element **275** and a second (lower) housing element **255**, which can be rotatably attached to one another via a pivot element **265**. A light emitter can be disposed within the upper housing element **275**, while a detector can be disposed within the lower housing element **255**. The housing is adapted to receive the distal end of a finger as shown in the block diagrams of FIGS. 1A and 1B, with the "upper" housing element **275** engaging the upper surface of the finger, and the "lower" housing element engaging the lower surface of the finger. It will be recognized, however, that the sensor **200** may be used in any orientation, such as with the first housing element **275** being located below the second housing element **255**. Furthermore, the light emitter may alternatively be placed in the lower housing element **255**, and the detector in the upper housing element **275** if desired, subject to modification of other probe components as described further below. It is also noted that while the following discussion describes a series of exemplary embodiments based on measuring the optical characteristics of a finger, the sensor **200** may be adapted for use with any number of other body parts, such as earlobes or loose skin, with equal success. Additional details of an embodiment of the sensor are disclosed in U.S. Pat. No. 6,580,086 entitled "Shield Optical Probe and Method," filed on Oct. 19, 1999 and assigned to Masimo Corporation, the entirety of which is hereby incorporated by reference.

[0031]   The first and second housing elements **275**, **255** can be generally rectangular in form with a pivot element **265** disposed near a common end of each of the elongate housing elements **275**, **255**. The two housing elements **275**, **255** can be biased around the rotational axis of the pivot element by a biasing element, for example a hinge spring. The upper housing element **275** can be accordingly biased against the lower housing element **255** for secure placement on a patient finger or other measurement site. The user can grasp the sensor **200** between his or her fingers and separate the probe housing elements **275**, **255** by applying force counter to the spring biasing force. In this fashion, the user simply grasps the sensor **200**, opens it by applying a light force with the grasping fingers, and inserts the distal end of the patient's finger into the end **240** of the sensor **200**. Once the finger is inserted into the sensor **200**, the disproportionate compression of the finger (due to interaction of the angled housing elements **275**, **255** and the substantially cylindrical finger) and the aforementioned bias spring separating force act to lower housing elements **275**, **255** substantially parallel to each other, allow-

ing more of the surface area of the upper and lower support surface elements **225**, **230** to contact the finger, and for more even pressure distribution thereon. This assists with accurate positioning of the finger with respect to the emitter and detector for clinically accurate physiological measurement readings using the sensor **200**.

[0032]   As shown in more detail in FIGS. 2B and 2C, the housing elements **275**, **255** can include first (upper) and second (lower) support surface elements **225**, **230**, respectively, which provide support and alignment for the tissue material, such as the finger, when the sensor **200** is clamped thereon. The upper support surface element **225** can be fashioned from a substantially pliable polymer such as silicone rubber, so as to permit some deformation of the element **225** when in contact with the fairly rigid upper portion **280** of the patient's finger. The upper support surface element **225** further includes an optical energy shield **250** which protrudes from the upper support surface element **225**. The shield **250** can be sized and shaped so as to conform substantially to the outer circumference of the patient's finger, providing at least a partial seal against ambient light incident on the finger exterior and otherwise exposed portions of the finger. In this fashion, patients having fingers of different circumferences can be accommodated with the same sensor **200** due to use of shield **250**. The lower surface element **230** can be fashioned from a substantially solid and rigid (i.e., higher durometer) polymer. This harder, solid polymer can be used for the lower surface element **230** since the lower portion of the finger is generally more fleshy and deformable, thereby allowing the skin and tissue material thereof to deform and contour to the shape of the inner region **285** of the lower surface element. The inner regions **280**, **285** can be contoured to assist in mitigating the effects of patient movement during operation of the sensor **200**. Accordingly, the construction of the sensor **200** provides some alignment between the patient finger and the sensor **200** for proper positioning relative to the emitter and detector.

[0033]   The upper surface element **225** includes an aperture **215** for transmission of light therethrough after emission by the emitter in the upper housing element **275**. The lower surface element **230** includes an aperture **235** aligned with the detector for transmission of light therethrough after passing through the measurement site. The apertures **215**, **235** allow for light energy to be transmitted between the light emitter and tissue material of the measurement site, and similarly between the tissue material and detector. The first aperture **215** is also axially located with the second aperture **235** in the vertical dimension, such that when the probe **100** is in the closed configuration with the patient's finger disposed between the upper and lower finger support elements **225**, **230**, light emitted by the light source through the first aperture **215** is transmitted through the finger and the second aperture **235** and received by the detector. Hence, the light source, first aperture **215**, second aperture **235**, and detector are substantially axial in this configuration.

[0034]   The lower support element **230** is further provided with a physical stop **290** disposed near the pivot element of the sensor **200**. The physical stop **290** is oriented vertically with respect to the lower support element **230** so as to stop the distal end of the patient's finger from being inserted into the probe past a certain point, thereby facilitating proper alignment of the finger within the sensor **200**, especially with respect to the source and detector apertures **215**, **235**. While the present embodiment uses a semi-circular tab as the physi-

US 2015/0366507 A1

Dec. 24, 2015

4

cal stop **290**, it will be recognized that other configurations and locations of the physical stop **290** may be used. For example, the tab could be bifurcated with a portion being located on the upper support surface element **230**, and a portion on the lower support surface element **225**. Alternatively, the positioning element could be in the form of a tapered collar which receives, aligns, and restrains only the distal portion of the patient's finger. Many such alternative embodiments of the positioning element are possible, and considered to be within the scope of the present invention.

[0035]   A proximity sensor **295** is positioned on the physical stop **290** that can be used to determine whether the patient finger or other measurement site is positioned properly within the sensor **200**. As discussed above, proximity sensor **295** can be a capacitive sensor, an optical scanning sensor, or a mechanical contact sensor, or a combination of two or more of these sensors in some embodiments. Proximity sensor **295** provides feedback regarding distance or contact between the patient finger and the proximity sensor **295** located on physical stop **290**, and accordingly can be used to determine whether the patient finger is aligned with the emitter and detector of the sensor **200**. This feedback can be used to provide a repositioning indication to the user of the sensor **200**, to mechanically reposition the optical components of the sensor **200**, or for data filtering, as described in more detail below. Accordingly, the feedback from the proximity sensor **295** can enable more accurate physiological measurements using the sensor **200**.

[0036]   FIGS. **3**A and **3**B illustrate another embodiment of a sensor **300**. The sensor **300** shown can include all of the features of the sensors **100** and **200** described above.

[0037]   Referring to FIG. **3**A, the sensor **300** in the depicted embodiment is a clothespin-shaped clip sensor that includes an enclosure **302***a* for receiving a patient's finger. The enclosure **302***a* is formed by an upper housing or emitter shell **304***a*, which is pivotally connected with a lower housing or detector shell **306***a*. The emitter shell **304***a* can be biased with the detector shell **306***a* to close together around a pivot point **303***a* and thereby sandwich finger tissue between the emitter and detector shells **304***a, *306***a*.

[0038]   In an embodiment, the pivot point **303***a* advantageously includes a pivot capable of adjusting the relationship between the emitter and detector housings **304***a, *306***a* to effectively level the sections when applied to a tissue site. In another embodiment, the sensor **300** includes some or all features of the finger clip described in U.S. Pat. No. 8,437, 825, entitled "Contoured Protrusion for Improving Spectroscopic Measurement of Blood Constituents," filed on Jul. 2, 2009 and assigned to Cercacor Laboratories, the entirety of which is hereby incorporated by reference. For example, the sensor **300** can include a spring that causes finger clip forces to be distributed along the finger.

[0039]   The emitter housing **304***a* can position and house various emitter components of the sensor **301***a*. It can be constructed of reflective material (e.g., white silicone or plastic) and/or can be metallic or include metalicized plastic (e.g., including carbon and aluminum) to possibly serve as a heat sink including one or more fins **351***a*. The emitter housing **304***a* can also include absorbing opaque material, such as, for example, black or grey colored material, at various areas, such as on one or more flaps **307***a*, to reduce ambient light entering the sensor **301***a*. The emitter housing **304***a* can also include optical shield **307***a* to block ambient light from entering the sensor **300**.

[0040]   The detector housing **306***a* can position and house one or more detector portions of the sensor **301***a*. The detector housing **306***a* can be constructed of reflective material, such as white silicone or plastic. As noted, such materials can increase the usable signal at a detector by forcing light back into the tissue and measurement site (see FIG. **1**). The detector housing **306***a* can also include absorbing opaque material at various areas, such as lower area **308***a*, to reduce ambient light entering the sensor **301***a*.

[0041]   Referring to FIG. **3**B, an example of finger bed **310** is shown in the sensor **301***b*. The finger bed **310** includes a generally curved surface shaped generally to receive tissue, such as a human digit. The finger bed **310** includes one or more ridges or channels **314**. Each of the ridges **314** has a generally convex shape that can facilitate increasing traction or gripping of the patient's finger to the finger bed. Advantageously, the ridges **314** can improve the accuracy of spectroscopic analysis in certain embodiments by reducing noise that can result from a measurement site moving or shaking loose inside of the sensor **301***a*. The ridges **314** can be made from reflective or opaque materials in some embodiments to further increase signal to noise ration (SNR). In other implementations, other surface shapes can be used, such as, for example, generally flat, concave, or convex finger beds **310**.

[0042]   Finger bed **310** can also include an embodiment of a tissue thickness adjuster or protrusion **305**. The protrusion **305** includes a measurement site contact area **370** that can contact body tissue of a measurement site. The protrusion **305** can be removed from or integrated with the finger bed **310**. Interchangeable, different shaped protrusions **305** can also be provided, which can correspond to different finger shapes, characteristics, opacity, sizes, or the like. In some embodiments, protrusion **305** can include one or more proximity sensors to determine positioning of a patient finger over the protrusion **305**.

[0043]   The detector housing **306***a* can also include a physical stop **350** to prevent a patient's finger from being longitudinally placed too far into the sensor for proper alignment with the emitter and detector. Proper positioning of the patient finger or other tissue site relative to the detector enables accurate physiological measurements to be made. The physical stop **350** can include one or more proximity sensors **355** for determining distance or contact between the end of the patient's finger and the proximity sensor **355** to provide feedback regarding alignment of the patient's finger with the emitter and detector. As described above, the proximity sensor **355** can be a capacitive sensor, optical scanning sensor, or mechanical contact sensor. Data from proximity sensor **355** can be used to determine whether the patient finger is aligned with the emitter and detector of the sensor **300**. This feedback can be used to provide a repositioning indication to the user of the sensor **300**, to mechanically reposition the optical components of the sensor **200**, or for data filtering, as described in more detail below. Accordingly, the feedback from the proximity sensor **295** can enable more accurate physiological measurements using the sensor **200**.

[0044]   In a vascular bed the arterial vasculature is coupled mechanically to the venous vasculature through the tissues. Although this coupling is small, the optical arterial pulse, e.g. photo-plethysmograph, has invariably a small venous component. This component is not fixed across subjects but its average is indirectly calibrated for in the saturation calibration curve. Its effect on the arterial pulse is proportional to the coupling size as well as the difference between the arterial

and venous saturations at the site. Its effects may be explained by the reduction in the optical effect of venous coupling as the delta saturation between the arterial and the venous is reduced due to the increase in availability of plasma oxygen. Under this condition, the venous blood will look, optically, a lot like the arterial blood. Hence, the size of the Red photo-plethysmograph signal will shrink with respect to the IR indicating a shrinking ΔSat, i.e. higher venous saturation. In 1995, Masimo Corporation (Masimo) introduced a new technique for calculation the venous oxygen saturation (SpvO$_2$) by introducing an artificial pulse into the digit (see, e.g., U.S. Pat. No. 5,638,816, incorporated herein by reference).

[0045] The sensor 300 depicted in FIGS. 3A and 3B can be capable of introducing an artificial pulse into the measurement site. The sensor 300 can induce an artificial pulse at a frequency distinguishable from the frequency of a human arterial pulse. As a result, information related to both the arterial pulse as well as the artificial pulse is recoverable from the body. The redundant nature of both pieces of information provide additional information useful in determining physiological parameters.

[0046] Introducing an artificial excitation can cause perturbations in the blood flow similar to the effects of a heart beat. These artificial excitations can be used as an alternative to the natural pulse rate or in addition to the natural pulse rate. Artificial excitations have the added benefit that the excitations introduced are introduced at known frequencies. Thus, it is not necessary to first determine the pulse rate of an individual.

[0047] However, the movement required to generate the artificial pulse can cause movement of the sensor relative to the patient, introducing the variable of distance into denoising equations for the resultant sensor data. For example, the artificial pulse can dislodge the sensor 300 from the patient measurement site or misalign the measurement site with the emitter and detector of the sensor 300. Accordingly, sensor data from active pulse sensors typically is filtered to determine probe off and probe on conditions, where probe on conditions indicate reliable sensor data and probe off conditions include their ordinary broad meaning known to one of skill in the art, including designating improper application of an optical probe to a measurement site, for example due to movement of the sensor relative to the patient caused by artificial pulsing.

[0048] Data from the proximity sensor 355 within the sensor 300 can be used instead of or in addition to more complex data processing methods to determine a probe off condition due to improper alignment of the measurement site and the sensor. For example, if data from the proximity sensor 355 indicates that the measurement site is not properly aligned with the sensor 300, then the sensor 300 can determine a probe off condition for the duration of such data from the proximity sensor 335. Accordingly, data from proximity sensor 355 can provide a computationally simple and accurate means for determining the probe off condition.

[0049] In some embodiments, instead of or in addition to using proximity data to determine a probe off condition, data from the proximity sensor 355 can be used to generate a confidence value indicating potential accuracy of measurement data, e.g., plethysmographic data output by a pulse oximeter. For example, during operation a sensor can supply associated proximity data and plethysmographic data to a patient monitor without utilizing probe-off detection or probe repositioning. The patient monitor can then determine a con-

fidence value for each portion of the plethysmographic data based on the associated proximity data, for example a measured distance between a fingertip and a capacitive proximity sensor measured at substantially the same time as when the plethysmographic data was captured. Using the confidence values for the plethysmographic data (e.g., to discard certain portions of the plethysmographic data or to assign different weights to different portions of the plethysmographic data), the patient monitor can estimate pulse rates, respiration rates, and the like for the patient.

[0050] FIG. 4 illustrates a high-level schematic block diagram of an embodiment of a physiological sensor 400 having proximity sensing capabilities. The physiological sensor 400 includes an emitter 405, detector 410, processor 415, and capacitive sensor 420. In other embodiments the capacitive sensor 420 can be replaced or supplemented by the other types of proximity sensors discussed herein. Various embodiments of the sensor 400 can also include one or more of a set of optional components such as positioning feedback indicator 425, repositioning module 430, emitter drive 440, or detector drive 450. Though not illustrated, the sensor 400 can also include memory, a display, connection ports, user interface elements, alarms, and other components.

[0051] The emitter 405 can be capable of emitting light at one or a plurality of wavelengths $\lambda_P$ for noninvasive measurement of constituents of blood flowing within the tissue of a patient measurement site. The emitter 405 and detector 410 can be aligned so that some or all of the light $\lambda_P$ is incident on detector 410 after passage through the measurement site and attenuation by the constituents of the blood.

[0052] Intensity signals representing the light $\lambda_P$ incident on detector 410 can be sent to processor 415. Processor 415 can analyze the intensity signals and determine one or more physiological parameter values. For example, processor 415 can calculate a ratio of detected red and infrared intensities, and an arterial oxygen saturation value is empirically determined based on that ratio. Processor 415 can also perform noise filtering on the raw intensity signal data, and can determine probe off and probe on conditions for purposes of excluding unreliable data from use in calculating physiological parameters. Data from the capacitive sensor 420 can provide feedback regarding the distance of a patient measurement from the capacitive sensor, which can be compared to a threshold to determine whether the sensor and finger are improperly aligned. The determination of improper alignment can be used by the processor 415 in one embodiment to determine a probe off condition.

[0053] In some embodiments, the processor 415 can generate a repositioning signal based at least partly on the determination of improper alignment from capacitive sensor data. This signal can be sent, in one embodiment, to positioning feedback indicator 425. Positioning feedback indicator 425 can provide visual, audible, or tactile feedback to a user of sensor 400 to indicate whether the sensor should be repositioned. For example, sensor 400 may emit a beep or audible alarm when the sensor 400 is improperly positioned. Sensor 400 may also include one or more visual indications, for example LED lights, that can be used to provide positioning feedback to the user. For instance, a green light may be illuminated to indicate to the user that the sensor 400 is properly positioned. A red light may be illuminated to indicate to the user that sensor 400 is improperly positioned. As another example, sensor 400 may output text or voice commands indicating how far the user must adjust the sensor 400

US 2015/0366507 A1

Dec. 24, 2015

6

in order to achieve proper alignment based on the proximity sensor data. Positioning feedback indicator 425 can provide an initial positioning indication when the user first applies the sensor in one embodiment. In some embodiments, positioning feedback indicator 425 can periodically or continuously output positioning feedback to the user, for example for active pulse sensors introducing an artificial pulse during measurement.

[0054] The repositioning signal can be sent, in another embodiment, to repositioning module 430. Repositioning module 430 can use the repositioning signal to generate instructions for mechanical repositioning of the emitter 405 and detector 410, for example using emitter drive 440 and detector drive 435. In some embodiments, emitter drive 440 and detector drive 435 could be implemented together as a single optical assembly drive. Emitter drive 440 and detector drive 435 can be used to reposition the emitter 405 and detector 410, respectively, according to the data provided by the capacitive sensor 420 in order to align the emitter 405 and detector 410 with the measurement site.

[0055] As discussed above with respect to the embodiment of FIGS. 1A-3B, the capacitive sensor 420 can be placed within the body of the sensor 400 to gauge longitudinal displacement of a patient's finger relative to the sensor 400 and, more specifically, the optical assembly including the emitter 405 and detector 410. In some embodiments, multiple capacitive sensors can be positioned along a longitudinal axis of the sensor 400 for additional data as the patient's finger moves within the sensor housing.

III. Overview of Example Capacitive Proximity Sensor

[0056] FIG. 5 illustrates a schematic diagram of an embodiment of a circuit 500 that can be used to determine proximity of a patient measurement site to a physiological sensor. The circuit includes a capacitor 515 and a resistor 505. Here the capacitance, C, can be calculated according to Equation (1), below:

$$C \propto \frac{A}{d} \qquad (1)$$

where the capacitance, C, is proportional to the area, A, of the capacitor divided by the distance, d, between the capacitor plates. The capacitor 515 has two plates 510, 520. The first capacitive plate 510 is integrated or connected to the physiological sensor, for example a physical stop near the hinge of the housing of clip-type pulse oximeter, or in an array along the longitudinal axis of the surface of a finger bed of clip-type pulse oximeter. The second capacitor plate 520 is the skin surface of the patient measurement site, with the assumption that the patient is a capacitor. A typical adult has a capacitance of about 120 pF, however capacitance of different people will vary. Accordingly, the distance, d, between the capacitor plates 510, 520 represents the distance between the location of the capacitive sensor within the physiological sensor and the surface of the patient measurement site. In order to obtain the value of the distance, d, from Equation (1), the values of both the capacitance, C, and the area, A, must be known. The area can be predetermined based on the dimensions of the first capacitive plate 510.

[0057] The capacitance can be determined from the value of the resistance, R, of the resistor 505 and the value of a time constant, τ, of the circuit 500. The time constant of the circuit 500 can be calculated according to Equation (2), below:

$$\tau = RC \qquad (2)$$

where the time constant, τ, is equal to the resistance, R, times the capacitance, C. Hence, the distance, d, between the capacitor plates 510, 520 can be calculated through the combination of Equations (1) and (2) through the measurement of the circuit time constant. Accordingly, as a distance between a patient measurement site, such as a digit of a hand, and the capacitor plate 510 decreases, the time constant τ increases and the capacitance C increases.

[0058] In one embodiment, the time constant τ can be determined from the time required to trip a set voltage level, such as about 2.2 volts, given a power supply of known power, such as about 3.3 volts. Although not illustrated, a processor or microprocessor can be in communication with the circuit 500 to measure the time constant. The determined time constant τ can be used to calculate the capacitance, C, using Equation (2). The capacitance C can then used to calculate the distance or relative distance through Equation (1). Accordingly, as a distance between a patient measurement site, such as a digit of a hand, and the capacitor plate 510 decreases, the time constant τ increases and the capacitance C increases.

[0059] The value of the distance d can be used to provide a repositioning indication to the patient or physician, to mechanically reposition the optical assembly of an oximeter sensor, or to determine a probe off condition for removing potentially unreliable data from a physiological measurement data set. In some embodiments, a number of circuits 500 can be provided within an oximeter for precise determination of longitudinal displacement of a patient finger within the oximeter housing. Accordingly, at least one of the repositioning indication, optical assembly repositioning, or probe off can be based on a number of distance values corresponding to each of the circuits. Although an example capacitive circuit 500 is depicted, this is for purposes of illustration and in other embodiments other capacitive circuit arrangements can be used. For example, other suitable circuits can include amplifiers, additional resistors, and other elements, for instance to amply the signal to noise and to minimize changes to capacitance based on environmental changes.

IV. Overview of Example Proximity-Sensing Physiological Monitoring Processes

[0060] FIG. 6 illustrates an example process 600 for determining positioning during sensor application. The process 600 can be implemented on any physiological sensor including proximity sensing capabilities, for example the physiological sensors illustrated in FIGS. 1A-FIG. 4.

[0061] At block 605, a physiological sensor is provided with at least one proximity sensor. For example, one proximity sensor or an array of proximity sensors can be provided including capacitive, optical, electrical, or mechanical proximity sensors, or a combination thereof. The proximity sensor can be configured to determine distance or contact between a measurement site and itself, and can be positioned within the sensor so as to provide feedback regarding alignment of the measurement site and optical components of the sensor.

[0062] At block 610, the patient measurement site location is detected using the proximity sensor. For example, using a capacitive proximity sensor, a distance between a capacitive plate in the sensor and the capacitive skin of the patient can be determined. An optical scanning proximity sensor can also

determine a distance between the sensor and a patient measurement site. In another example, using a mechanical contact proximity sensor, it can be determined whether the patient measurement site has contacted the mechanical contact proximity sensor, such as by depressing a button.

[0063]    At block 615, the measurement site location can be compared to preferred positioning. The preferred positioning can include a range of placements relative to the optical components of the sensor that are likely to produce clinically accurate physiological measurements. To illustrate, if a capacitive proximity sensor is used on a physical stop in a pulse oximeter finger clip sensor such as is depicted in FIGS. 2A, 2B, 3A, or 3B, a distance of approximately 4 mm-10 mm between the capacitive proximity sensor and the patient fingertip can correspond to proper positioning of an adult finger with respect to an LED emitter and detector. In one embodiment, a distance of approximately 6 mm between the capacitive sensor and the fingertip can indicate preferred positioning of the finger within the sensor. Other ranges can be used to indicate preferred placement in other sensor configurations, for other finger sizes, or for other measurement sites.

[0064]    At block 620, the sensor can optionally cause the sensor to output a repositioning indication. For instance, in one embodiment of a pulse oximeter finger clip sensor such as is depicted in FIGS. 2A, 2B, 3A, or 3B having a capacitive sensor on a physical stop, if the capacitive proximity sensor data indicates that the patient fingertip is closer than approximately 4 mm to the capacitive sensor or farther than approximately 10 mm from the capacitive sensor, the sensor may output a repositioning indication. In some embodiments, the sensor may output a first positioning indication when the sensor is correctly positioned and may output a second positioning indication when the sensor is incorrectly positioned. The second positioning indication may be a visual, auditory, or tactile signal alerting the user that the sensor is incorrectly positioned, and in one example may include specific instructions regarding how to reposition the sensor for proper placement.

[0065]    Process 600 can be implemented when a user first applies a sensor to a measurement site to indicate proper positioning. In some embodiments, blocks 610-620 may be repeated one or more times during measurement to gauge whether the sensor positioning continues to be proper or whether the sensor should be repositioned. Repetition of this measurement site location detection and comparison portion of process 600 can be beneficial, in one example, in active pulse oximeters that introduce an artificial pulse to a measurement site and therefore possibly introduce movement of the sensor relative to the measurement site. Repetition of blocks 610-620 can also be beneficial, in another example, in patient monitoring situations in which the patient can move during the time in which the sensor is worn and therefore may dislodge the sensor.

[0066]    FIG. 7 illustrates an example process 700 for repositioning an applied sensor based on proximity sensing. The process 700 can be implemented by the components of any physiological sensor including proximity sensing capabilities, for example the physiological sensors illustrated in FIGS. 1A-FIG. 4.

[0067]    At block 705, a physiological sensor is provided with at least one proximity sensor. For example, one proximity sensor or an array of proximity sensors can be provided including capacitive, optical, electrical, or mechanical proximity sensors, or a combination thereof. The proximity sensor can be configured to determine distance or contact between a measurement site and itself, and can be positioned within the sensor so as to provide feedback regarding alignment of the measurement site and optical components of the sensor. The physiological sensor also includes an optical assembly, for instance an aligned emitter and detector as discussed above with respect to FIGS. 1A-FIG. 4, for generating intensity signals from which to determine physiological signals.

[0068]    At block 710, the sensor determines longitudinal displacement of a patient finger in the physiological sensor using the proximity sensor. Many pulse oximeters are contoured to naturally center a patient finger within the sensor, and therefore the proximity sensing discussed herein focuses primarily on determining longitudinal displacement. However, in other sensor embodiments displacement of the measurement site along a vertical or horizontal axis of the sensor may alternatively or additionally be determined. For example, using a capacitive proximity sensor, a distance between a capacitive plate in the sensor and the capacitive skin of the patient can be determined. An optical scanning proximity sensor can also determine a distance between the sensor and a patient measurement site. In another example, using a mechanical contact proximity sensor, it can be determined whether the patient measurement site has contacted the mechanical contact proximity sensor, such as by depressing a button.

[0069]    At block 715, the sensor determines whether it the patient measurement site is correctly positioned relative to the optical assembly based on the proximity sensor data. As discussed above, for capacitive proximity sensors the distance between the capacitive proximity sensor and the skin of the measurement site can be compared to a threshold or to a range of acceptable positions to determine whether the measurement site is correctly positioned. For a mechanical contact sensor producing a binary contact or no contact output, the correct positioning determination may be made based on the binary output.

[0070]    If the measurement site is positioned correctly relative to the optical assembly, then the process 700 ends. If the measurement site is not positioned correctly relative to the optical assembly, then the process 700 transitions to block 720 in which the sensor mechanically repositions the optical assembly to achieve proper alignment with the measurement site. For example, capacitive sensing data can be used to determine a distance to mechanically move the optical assembly along the longitudinal axis of the sensor.

[0071]    FIG. 8 illustrates an example process 800 for determining a probe off condition based on proximity sensing. The process 800 can be implemented by the components of any physiological sensor including proximity sensing capabilities, for example the physiological sensors illustrated in FIGS. 1A-FIG. 4. Some embodiments of process 800 can be implemented on an active pulse sensor capable of introducing an artificial pulse into a measurement site.

[0072]    At block 805, a physiological sensor is provided with at least one proximity sensor. For example, one proximity sensor or an array of proximity sensors can be provided including capacitive, optical, electrical, or mechanical proximity sensors, or a combination thereof. The proximity sensor can be configured to determine distance or contact between a measurement site and itself, and can be positioned within the sensor so as to provide feedback regarding alignment of the measurement site and optical components of the sensor.

8

[0073]   At block **810**, the sensor optionally introduces an artificial pulse to the patient measurement site, such as a finger positioned within a pulse oximeter. As discussed above, the artificial pulse can assist in obtaining more reliable measurement data, however it can also cause movement of the sensor relative to the measurement site, thereby affecting proper positioning of the sensor on the measurement site.

[0074]   At block **815**, the patient measurement site location is detected using the proximity sensor. As discussed above in some embodiments of a finger clip pulse oximeter the sensor may be placed on a physical stop, and may be oriented to determine longitudinal displacement of the patient finger within the sensor relative to the optically assembly. In one example, using a capacitive proximity sensor, a distance between a capacitive plate in the sensor and the capacitive skin of the patient can be determined. An optical scanning proximity sensor can also determine a distance between the sensor and a patient measurement site. In another example, using a mechanical contact proximity sensor, it can be determined whether the patient measurement site has contacted the mechanical contact proximity sensor, such as by depressing a button.

[0075]   At block **820**, the measurement site location can be compared to preferred positioning data to determine whether the oximeter is correctly applied to the measurement site. Preferred positioning data can be stored in memory of the oximeter, for example a read-only memory (ROM). The preferred positioning can include a range of placements relative to the optical components of the sensor that are likely to produce clinically accurate physiological measurements. In one embodiment, if a capacitive proximity sensor is used on a physical stop in a pulse oximeter finger clip sensor such as is depicted in FIGS. **2A**, **2B**, **3A**, or **3B**, a distance of approximately 4 mm-10 mm between the capacitive proximity sensor and the patient fingertip can correspond to proper positioning of an adult finger with respect to an LED emitter and detector. As an example, a distance of approximately 6 mm between the capacitive sensor and the fingertip can indicate preferred positioning of the finger within the sensor. As discussed above, other ranges can be used to indicate preferred placement in other sensor configurations, for other finger sizes, or for other measurement sites.

[0076]   At block **825**, the sensor determines based on the comparison of block **810** whether the oximeter is correctly applied to the measurement site. If the sensor is not correctly applied, then the process **800** transitions to block **830** in which the sensor, for example a processor of the sensor or a processor of another device connected to and receiving data from the sensor, determines a probe off condition for discarding the data taken while the sensor was not correctly applied. In some embodiments, a default may be to determine a probe on condition for including data, and data may only be discarded when a probe off condition is determined for a time or range of times during which sensor data was gathered at improper positioning.

[0077]   After determining the probe off condition at block **830**, or if the sensor is determined at block **825** to be correctly applied, the process **800** transitions to block **835** to determine whether measurement is continuing. If measurement continues, then the process **800** loops back to block **815** to determine the measurement site location and to repeat blocks **820** and **825**. Once measurement has concluded, for instance when the sensor is powered off or if the sensor detects that the

patient measurement site is no longer at least partially within the sensor housing, then the process **800** ends.

V. Terminology

[0078]   Although many of the examples discussed herein are in the context of pulse oximetry, this is for illustrative purposes only. The sensors, signal conditioning techniques, and proximity sensing applications discussed herein can be adapted for other physiological sensors monitoring other physiological parameters or multiple physiological parameters.

[0079]   Many other variations than those described herein will be apparent from this disclosure. For example, depending on the embodiment, certain acts, events, or functions of any of the algorithms described herein can be performed in a different sequence, can be added, merged, or left out all together (e.g., not all described acts or events are necessary for the practice of the algorithms). Moreover, in certain embodiments, acts or events can be performed concurrently, e.g., through multi-threaded processing, interrupt processing, or multiple processors or processor cores or on other parallel architectures, rather than sequentially. In addition, different tasks or processes can be performed by different machines and/or computing systems that can function together.

[0080]   The various illustrative logical blocks, modules, and algorithm steps described in connection with the embodiments disclosed herein can be implemented as electronic hardware, computer software, or combinations of both. To clearly illustrate this interchangeability of hardware and software, various illustrative components, blocks, modules, and steps have been described above generally in terms of their functionality. Whether such functionality is implemented as hardware or software depends upon the particular application and design constraints imposed on the overall system. The described functionality can be implemented in varying ways for each particular application, but such implementation decisions should not be interpreted as causing a departure from the scope of the disclosure.

[0081]   The various illustrative logical blocks and modules described in connection with the embodiments disclosed herein can be implemented or performed by a machine, such as a general purpose processor, a digital signal processor (DSP), an application specific integrated circuit (ASIC), a field programmable gate array (FPGA) or other programmable logic device, discrete gate or transistor logic, discrete hardware components, or any combination thereof designed to perform the functions described herein. A general purpose processor can be a microprocessor, but in the alternative, the processor can be a controller, microcontroller, or state machine, combinations of the same, or the like. A processor can also be implemented as a combination of computing devices, e.g., a combination of a DSP and a microprocessor, a plurality of microprocessors, one or more microprocessors in conjunction with a DSP core, or any other such configuration. Although described herein primarily with respect to digital technology, a processor can also include primarily analog components. For example, any of the signal processing algorithms described herein can be implemented in analog circuitry. A computing environment can include any type of computer system, including, but not limited to, a computer system based on a microprocessor, a mainframe computer, a digital signal processor, a portable computing device, a personal organizer, a device controller, and a computational engine within an appliance, to name a few.

[0082]   The steps of a method, process, or algorithm described in connection with the embodiments disclosed herein can be embodied directly in hardware, in a software module executed by a processor, or in a combination of the two. A software module can reside in RAM memory, flash memory, ROM memory, EPROM memory, EEPROM memory, registers, hard disk, a removable disk, a CD-ROM, or any other form of non-transitory computer-readable storage medium, media, or physical computer storage known in the art. An exemplary storage medium can be coupled to the processor such that the processor can read information from, and write information to, the storage medium. In the alternative, the storage medium can be integral to the processor. The processor and the storage medium can reside in an ASIC. The ASIC can reside in a user terminal. In the alternative, the processor and the storage medium can reside as discrete components in a user terminal.

[0083]   Conditional language used herein, such as, among others, "can," "might," "may," "e.g.," and the like, unless specifically stated otherwise, or otherwise understood within the context as used, is generally intended to convey that certain embodiments include, while other embodiments do not include, certain features, elements and/or states. Thus, such conditional language is not generally intended to imply that features, elements and/or states are in any way required for one or more embodiments or that one or more embodiments necessarily include logic for deciding, with or without author input or prompting, whether these features, elements and/or states are included or are to be performed in any particular embodiment. The terms "comprising," "including," "having," and the like are synonymous and are used inclusively, in an open-ended fashion, and do not exclude additional elements, features, acts, operations, and so forth. Also, the term "or" is used in its inclusive sense (and not in its exclusive sense) so that when used, for example, to connect a list of elements, the term "or" means one, some, or all of the elements in the list.

[0084]   Disjunctive language such as the phrase "at least one of X, Y, or Z," unless specifically stated otherwise, is otherwise understood with the context as used in general to present that an item, term, etc., may be either X, Y, or Z, or any combination thereof (e.g., X, Y, and/or Z). Thus, such disjunctive language is not generally intended to, and should not, imply that certain embodiments require at least one of X, at least one of Y, or at least one of Z to each be present.

[0085]   Unless otherwise explicitly stated, articles such as "a" or "an" should generally be interpreted to include one or more described items. Accordingly, phrases such as "a device configured to" are intended to include one or more recited devices. Such one or more recited devices can also be collectively configured to carry out the stated recitations. For example, "a processor configured to carry out recitations A, B and C" can include a first processor configured to carry out recitation A working in conjunction with a second processor configured to carry out recitations B and C.

[0086]   While the above detailed description has shown, described, and pointed out novel features as applied to various embodiments, it will be understood that various omissions, substitutions, and changes in the form and details of the devices or algorithms illustrated can be made without departing from the spirit of the disclosure. As will be recognized, certain embodiments of the inventions described herein can be embodied within a form that does not provide all of the features and benefits set forth herein, as some features can be

used or practiced separately from others. It should be emphasized that many variations and modifications may be made to the above-described embodiments, the elements of which are to be understood as being among other acceptable examples. All such modifications and variations are intended to be included herein within the scope of this disclosure and protected by the following claims.

What is claimed is:

1. A physiological monitoring system comprising:
a sensor housing configured to at least accept a measurement site of a patient, the sensor housing comprising:
   a first housing component including an emitter configured to at least emit light at one or more wavelengths when in use,
   a second housing component including a detector aligned with the emitter to detect at least a portion of the light, the detector configured to at least generate intensity signals representing detected light when in use, and
   a proximity sensor positioned on one or both of the first housing and the second housing; and
a processor configured to at least:
   receive data from the proximity sensor representing positioning of the measurement site relative to the proximity sensor, and
   based at least partly on the data from the proximity sensor, determine positioning of the measurement site relative to the emitter and the detector.

2. The system of claim 1, wherein the proximity sensor comprises a capacitor.

3. The system of claim 1, the second housing component comprising a physical stop positioned to contact the measurement site when inserted into the sensor housing and configured to assist in positioning the measurement site relative to the detector.

4. The system of claim 3, wherein the proximity sensor is located along a surface of the physical stop.

5. The system of claim 1, the second housing component comprising a finger bed including a generally curved surface shaped generally to receive the measurement site, the finger bed including an aperture over the detector.

6. The system of claim 5, further comprising a plurality of proximity sensors positioned in an array along a longitudinal axis of the finger bed.

7. The system of claim 1, wherein the proximity sensor comprises one or more of an optical, mechanical, or electrical sensor configured to interface with skin of a measurement site.

8. The system of claim 1, further comprising a processor configured to:
   determine improper alignment of the measurement site and detector based at least partly on the data from the proximity sensor; and
   generate a repositioning signal indicating that the measurement site should be repositioned within the sensor housing.

9. The system of claim 8, further comprising a positioning feedback indicator configured to receive the repositioning indication and output positioning feedback to a user of the system.

10. The system of claim 8, further comprising a repositioning module configured to receive the repositioning signal and to reposition one or both of the emitter and detector based at least partly on the repositioning signal.

US 2015/0366507 A1

Dec. 24, 2015

10

**11**. A physiological monitoring method comprising:

providing a physiological sensor housing configured to accept a measurement site of a patient, the sensor housing including an optical assembly and a proximity sensor;

detecting a location of the measurement site relative to the proximity sensor; and

based at least partly on the location of the measurement site, determining positioning of the measurement site relative to the optical assembly.

**12**. The method of claim **11**, further comprising generating capacitive sensor data representing a distance between the measurement site and the proximity sensor.

**13**. The method of claim **12**, wherein determining positioning of the measurement site relative to the optical assembly is based at least partly on the distance between the measurement site and the proximity sensor.

**14**. The method of claim **11**, further comprising generating a repositioning indication based at least partly on the positioning of the measurement site relative to the optical assembly.

**15**. The method of claim **14**, further comprising mechanically repositioning the optical assembly relative to the measurement site based at least partly on the repositioning feedback.

**16**. The method of claim **14**, further comprising generating repositioning feedback based at least partly on the positioning of the measurement site relative to the optical assembly and the repositioning indication.

**17**. The method of claim **16**, further comprising outputting the repositioning feedback to a user of the physiological sensor housing for assistance in manually repositioning of the measurement site within the physiological sensor.

**18**. The method of claim **16**, further comprising mechanically repositioning the optical assembly relative to the measurement site based at least partly on the repositioning feedback.

**19**. The method of claim **11**, further comprising comparing the positioning of the measurement site relative to the optical assembly to a preferred positioning.

**20**. The method of claim **19**, further comprising determining improper alignment based at least partly on comparing the positioning of the measurement site relative to the optical assembly to the preferred positioning.

**21**. The method of claim **20**, further comprising determining a probe off condition based on the improper alignment.

\* \* \* \* \*

# Exhibit 26

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

Case 8:20-cv-00048-JVS-JDE   Document 360-9   Filed 12/30/20   Page 683 of 834   Page ID #:25581

US 20160081552A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2016/0081552 A1
Wojtczuk et al. (43) **Pub. Date:** **Mar. 24, 2016**

(54) **ENHANCED VISIBLE NEAR-INFRARED PHOTODIODE AND NON-INVASIVE PHYSIOLOGICAL SENSOR**

(71) Applicant: **MASIMO SEMICONDUCTOR, INC.,** IRVINE, CA (US)

(72) Inventors: **Steven J. Wojtczuk**, Lexington, MA (US); **Xuebing Zhang**, Acton, MA (US); **William J. MacNeish, III**, Newport Beach, CA (US)

(21) Appl. No.: **14/858,639**

(22) Filed: **Sep. 18, 2015**

**Related U.S. Application Data**

(60) Provisional application No. 62/052,420, filed on Sep. 18, 2014.

**Publication Classification**

(51) **Int. Cl.**
*A61B 5/00* (2006.01)
*H01L 31/0203* (2006.01)
*H01L 31/0304* (2006.01)

(52) **U.S. Cl.**
CPC ........ *A61B 5/0059* (2013.01); *H01L 31/03046* (2013.01); *H01L 31/0203* (2013.01); *A61B 5/6801* (2013.01); *A61B 5/7278* (2013.01); *A61B 2562/0238* (2013.01)

(57) **ABSTRACT**

Embodiments of the present disclosure include a photodiode that can detect optical radiation at a broad range of wavelengths. The photodiode can be used as a detector of a non-invasive sensor, which can be used for measuring physiological parameters of a monitored patient. The photodiode can be part of an integrated semiconductor structure that generates a detector signal responsive to optical radiation at both visible and infrared wavelengths incident on the photodiode. The photodiode can include a layer that forms part of an external surface of the photodiode, which is disposed to receive the optical radiation incident on the photodiode and pass the optical radiation to one or more other layers of the photodiode.



Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 684 of 834   Page ID
#:20868



*FIG. 1*

Case 8:20-cv-00048-JVS-JDE  Document 260-3  Filed 12/30/20  Page 685 of 834  Page ID
#:20869



*FIG. 2*



FIG. 3

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 687 of 834   Page ID #:20871



*FIG. 4*

US 2016/0081552 A1                                                              Mar. 24, 2016

1

# ENHANCED VISIBLE NEAR-INFRARED PHOTODIODE AND NON-INVASIVE PHYSIOLOGICAL SENSOR

## RELATED APPLICATIONS

[0001]   Any and all applications for which a domestic priority claim is identified in the Application Data Sheet of the present application are hereby incorporated by reference under 37 CFR 1.57.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0002]   FIG. 1 illustrates a block diagram of an example data collection system capable of non-invasively measuring one or more analytes of a patient.

[0003]   FIG. 2 illustrates an example sensor operation process.

[0004]   FIG. 3 illustrates an example schematic diagram of a semiconductor device.

[0005]   FIG. 4 illustrates a graph of quantum efficiency versus optical radiation wavelength for various example photodiodes.

## DETAILED DESCRIPTION

### I. Introduction

[0006]   This disclosure in part describes embodiments of non-invasive methods, devices, and systems for measuring a blood analyte, such as oxygen, carbon monoxide, methemoglobin, total hemoglobin, glucose, proteins, lipids, a percentage thereof (for example, saturation) or for measuring many other physiologically relevant patient characteristics. These characteristics can relate, for example, to pulse rate, hydration, trending information and analysis, and the like. In certain embodiments, a non-invasive sensor can interface with tissue at a measurement site, irradiate the tissue, and detect optical radiation after attenuation by the tissue.

[0007]   This disclosure in part also describes embodiments of a semiconductor device, such as a photodiode, for detecting optical radiation at both visible and near-infrared wavelengths. The semiconductor device can, for example, be used as part of a non-invasive sensor to detect visible and near-infrared wavelengths of optical radiation after attenuation by tissue.

[0008]   Because individual detectors (for example, individual photodiodes) of non-invasive sensors may be responsive to a limited range of wavelengths of optical radiation, multiple detectors may be used in combination, in some instances, to construct a non-invasive sensor that detects optical radiation at a broad range of wavelengths of optical radiation. For example, it is common to use both an InGaAs photodiode in combination with a Si photodiode in order to measure a broader range of wavelengths. However, each additional detector included in a non-invasive sensor can utilize additional space within the sensor and cause the sensor to be larger or more complicated to assemble. Also, having two sensors at two different positions can affect the optical radiation path length of the respective detected optical radiation of each detector. This inherently introduces inaccuracies and may require, for instance, some post-processing compensation to account for the inaccuracies. Moreover, each additional detector can consume space that may be used in another way, such as to increase the size of one or more other detectors so that a stronger signal may be obtained.

[0009]   In some embodiments, a photodiode is disclosed herein that can detect optical radiation at a broad range of wavelengths obviating the necessity for two separate photodiodes as was previously utilized. The photodiode can be part of an integrated semiconductor structure that can generate a detector signal responsive to optical radiation at both visible and infrared wavelengths incident on the photodiode. The photodiode can include a window layer that forms part of an external surface of the photodiode. The external surface may be disposed to receive the optical radiation incident on the photodiode and pass the optical radiation to other layers of the photodiode. Advantageously, in certain embodiments, the thickness of the window layer can be minimized or the bandgap of the window layer can be maximized, or both, to increase the transmittance of the window layer for certain wavelengths of optical radiation and thus the responsiveness of photodiode to the certain wavelengths of optical radiation. For example, in one implementation, the photodiode can be an InGaAs photodiode with the window layer having a composition of InAlAs and a relatively thin thickness; this implementation can notably result in a high transmittance of optical radiation both in the near-infrared wavelengths and visible wavelengths.

[0010]   The photodiode of the preceding paragraph can be used, for example, as a detector in a non-invasive sensor. In addition, advantageously, the photodiode of the preceding paragraph can enable a non-invasive sensor to be constructed which has fewer detectors because the photodiode may serve to detect optical radiation at wavelengths traditionally detected using two or more separate detectors. For example, when the photodiode may be an enhanced InGaAs photodiode, as described herein, with a window layer having a InAlAs composition and a relatively thin thickness, the photodiode can enable the non-invasive sensor to detect optical radiation traditionally detected using one Si photodiode and one traditional InGaAs photodiode with a window layer having a InP composition and a relatively thicker thickness of about 500 nm. As a result, the non-invasive sensor constructed in accordance with the teachings of this disclosure may include fewer detectors or the size of one or more of the detectors can be increased so that the one or more detectors provide greater signal strength. In one example, the surface area covered by the enhanced InGaAs photodiode within the non-invasive sensor can be doubled because the Si photodiode may not be included within the non-invasive sensor, thereby allowing the signal strength of a detector signal output by the enhanced InGaAs photodiode to be doubled over that of the traditional InGaAs photodiode when combined with the Si photodiode.

[0011]   As used herein, optical radiation at visible wavelengths, in addition to having its ordinary meaning, can refer to optical radiation in the visible spectrum ranging from about 380 nm to about 750 nm. Additionally, as used herein, optical radiation at near-infrared wavelengths, in addition to having its ordinary meaning, can refer to optical radiation in the near-infrared spectrum ranging from about 750 nm to about 1700 nm.

[0012]   For purposes of summarizing the disclosure, certain aspects, advantages and novel features have been described herein. It is to be understood that not necessarily all such advantages can be achieved in accordance with any particular embodiment. Thus, the embodiments can be embodied or carried out in a manner that achieves or optimizes one advan-

US 2016/0081552 A1                                                            Mar. 24, 2016

2

tage or group of advantages as taught herein without necessarily achieving other advantages as can be taught or suggested herein.

## II. Patient Monitoring System with Non-Invasive Sensor

[0013]   FIG. **1** illustrates an example of a data collection system **100**. The data collection system **100** non-invasively can measure a blood analyte, such as oxygen, carbon monoxide, methemoglobin, total hemoglobin, glucose, proteins, glucose, lipids, a percentage thereof (e.g., saturation) or for measuring many other physiologically relevant patient characteristics. The data collection system **100** can also measure additional blood analytes or other physiological parameters useful in determining a state or trend of wellness of a patient.

[0014]   The data collection system **100** can measure analyte concentrations, including glucose, at least in part by detecting optical radiation attenuated by a measurement site **102**. The measurement site **102** can be any location on a patient's body, such as a finger, foot, ear lobe, or the like. For convenience, this disclosure is described primarily in the context of a finger measurement site **102**. However, the features of the embodiments disclosed herein can be used with other measurement sites **102**.

[0015]   In the depicted embodiment, the data collection system **100** includes an optional tissue thickness adjuster or tissue shaper **105**, which can include one or more protrusions, bumps, lenses, or other suitable tissue-shaping mechanisms. In certain embodiments, the tissue shaper **105** is a flat or substantially flat surface that can be positioned proximate the measurement site **102** and that can apply sufficient pressure to cause the tissue of the measurement site **102** to be flat or substantially flat. In other embodiments, the tissue shaper **105** is a convex or substantially convex surface with respect to the measurement site **102**.

[0016]   The data collection system **100** shown also includes an optional noise shield **103**. The noise shield **103** can be adapted to reduce electromagnetic noise while increasing the transmittance of optical radiation from the measurement site **102** to one or more detectors **106**. For example, the noise shield **103** can advantageously include a conductive coated glass or metal grid electrically communicating with one or more other shields of the sensor **101** or electrically grounded.

[0017]   The measurement site **102** can be located somewhere along a non-dominant arm or a non-dominant hand, e.g., a right-handed person's left arm or left hand. In some patients, the non-dominant arm or hand can have less musculature and higher fat content, which can result in less water content in that tissue of the patient. Tissue having less water content can provide less interference with the particular wavelengths that are absorbed in a useful manner by blood analytes like glucose. Accordingly, in some embodiments, the data collection system **100** can be used on a person's non-dominant hand or arm.

[0018]   The data collection system **100** can include a sensor **101** (or multiple sensors) that is coupled to a processing device or physiological monitor **109**. In some implementations, the sensor **101** and the monitor **109** can be integrated together into a single unit. In other implementations, the sensor **101** and monitor **109** can be separate from each other and communicate one with another in any suitable manner, such as via a wired or wireless connection. The sensor **101** and monitor **109** can be attachable and detachable from each other for the convenience of the user or caregiver,

for ease of storage, sterility issues, or the like. The sensor **101** and the monitor **109** will now be further described.

[0019]   In the depicted embodiment shown in FIG. **1**, the sensor **101** includes an emitter **104**, a set of detectors **106**, and a front-end interface **108**. The emitter **104** can serve as the source of optical radiation transmitted towards the measurement site **102**. The emitter **104** can include one or more sources of optical radiation, such as light-emitting diodes (LEDs), laser diodes, incandescent bulbs with appropriate frequency-selective filters, combinations of the same, or the like. In an embodiment, the emitter **104** includes sets of optical sources that are capable of emitting visible and near-infrared optical radiation.

[0020]   In some embodiments, the emitter **104** is used as a point optical source, and thus, the one or more optical sources of the emitter **104** can be located within a close distance to each other, such as within about a 2 mm to about 4 mm. The emitter **104** can be arranged in an array, such as is described in U.S. Patent Application Publication No. 2006/0211924, filed Sep. 21, 2006, titled "Multiple Wavelength Sensor Emitters," the disclosure of which is hereby incorporated by reference in its entirety. In particular, the emitter **104** can be arranged at least in part as described in paragraphs [0061] through [0068] of the aforementioned publication, which paragraphs are hereby incorporated specifically by reference. Other relative spatial relationships can be used to arrange the emitter **104**.

[0021]   The emitter **104** of the data collection system **100** can emit, for example, combinations of optical radiation in various bands of interest. For instance, for analytes like glucose, the emitter **104** can emit optical radiation at three (3) or more wavelengths between about 1600 nm to about 1700 nm. Measurements at these wavelengths can be advantageously used to compensate or confirm the contribution of protein, water, and other non-hemoglobin species exhibited in measurements for analytes like glucose conducted between about 1600 nm and about 1700 nm. Of course, other wavelengths and combinations of wavelengths can be used to measure analytes or to distinguish other types of tissue, fluids, tissue properties, fluid properties, combinations of the same or the like.

[0022]   The emitter **104** can emit optical radiation across other spectra for other analytes. In particular, the emitter **104** can employ optical radiation wavelengths to measure various blood analytes or percentages (e.g., saturation) thereof. For instance, the emitter **104** can emit optical radiation in the form of pulses at wavelengths about 905 nm, about 1050 nm, about 1200 nm, about 1300 nm, about 1330 nm, about 1610 nm, about 1640 nm, and about 1665 nm. In another embodiment, the emitter **104** can emit optical radiation ranging from about 860 nm to about 950 nm, about 950 nm to about 1100 nm, about 1100 nm to about 1270 nm, about 1250 nm to about 1350 nm, about 1300 nm to about 1360 nm, and about 1590 nm to about 1700 nm. Of course, the emitter **104** can transmit any of a variety of wavelengths of visible or near-infrared optical radiation.

[0023]   The data collection system **100** also includes a driver **111** that drives the emitter **104**. The driver **111** can be a circuit or the like that is controlled by the monitor **109**. For example, the driver **111** can provide pulses of current to the emitter **104**. In an embodiment, the driver **111** drives the emitter **104** in a progressive fashion, such as in an alternating manner. The driver **111** can drive the emitter **104** with a series of pulses of about 1 milliwatt (mW) for some wavelengths

that can penetrate tissue relatively well and from about 40 mW to about 100 mW for other wavelengths that tend to be significantly absorbed in tissue. A wide variety of other driving powers and driving methodologies can be used in various embodiments.

[0024]  The detectors **106** can capture and measure optical radiation from the measurement site **102**. For example, the detectors **106** can capture and measure optical radiation transmitted from the emitter **104** that has been attenuated or reflected from the tissue in the measurement site **102**. The detectors **106** can output a detector signal **107** responsive to the optical radiation captured or measured. The detectors **106** can be implemented using one or more photodiodes, phototransistors, or the like. Although the detectors **106** may be described as multiple detectors, in certain embodiments, the detectors **106** instead can be a single detector.

[0025]  In one implementation, the detectors **106** can include one or more photodiodes, such as at least one of the photodiodes described with respect to FIG. **3**. The photodiode can detect optical radiation at both visible and near-infrared wavelengths and generate one or more detector signals responsive to the detected optical radiation. The one or more detector signals can have a signal strength sufficient for the detector signal to be usable to determine measurement values for one or more physiological parameters of the patient from the optical radiation detected by the photodiode at both the visible and near-infrared wavelengths. For example, the photodiode can detect optical radiation having a wavelength of about 660 nm in the visible portion of the electromagnetic spectrum and optical radiation having a wavelength of about 1000 nm in the near-infrared portion of the electromagnetic spectrum and generate a detector signal based thereon.

[0026]  One or more photodiodes of the detectors **106** can be defined in terms of area. In an embodiment, the area of one photodiode can be from about 1 mm²-5 mm² (or higher) and capable of generating about 100 nanoamps (nA) or less of current resulting from measured optical radiation at full scale. In addition to having its ordinary meaning, the phrase "at full scale" can mean optical radiation saturation of a photodiode amplifier (not shown). The data collection system **100** can, for instance, measure from one photodiode an output current range of approximately about 2 nA to about 100 nA or more full scale. Various other sizes and types of photodiodes can be used with the embodiments of the present disclosure.

[0027]  The detectors **106** can be arranged with different spatial configurations, such as to provide or not provide a variation of path lengths among at least some of the detectors **106**. Some of the detectors **106** can have substantially, or from the perspective of the processing algorithm, effectively, the same path length from the emitter **104**. In one example, the detectors **106** can be arranged as is described in U.S. Patent Application Publication No. 2010/0026995, filed Aug. 3, 2009, titled "Multi-stream Sensor for Noninvasive Measurement of Blood Constituents," the disclosure of which is hereby incorporated by reference in its entirety. In particular, the detectors can be arranged at least in part as described with respect to FIGS. **3**E and **12A-12H** of the aforementioned publication, the associated paragraphs and figures of which are hereby incorporated specifically by reference.

[0028]  The front-end interface **108** provides an interface that adapts the output of the detectors **106**, which is responsive to desired physiological parameters. For example, the front-end interface **108** can adapt a signal **107** received from one or more of the detectors **106** into a form that can be

processed by the monitor **109**, for example, by a signal processor **110** in the monitor **109**. The front-end interface **108** can also amplify current from the detectors **106** at desired signal-to-noise ratios (SNRs), such as to a SNR about 80 decibels (dB), 100 dB, or 120 dB in order to measure various desired analytes. The front-end interface **108** can have its components assembled in the sensor **101**, in the monitor **109**, in connecting cabling (if used), combinations of the same, or the like. The location of the front-end interface **108** can be chosen based on various factors including space desired for components, desired noise reductions or limits, desired heat reductions or limits, and the like.

[0029]  The front-end interface **108** can be coupled to the detectors **106** and to the signal processor **110** using a bus, wire, electrical or optical cable, flex circuit, or some other form of signal connection. The front-end interface **108** can also be at least partially integrated with various components, such as the detectors **106**. For example, the front-end interface **108** can include one or more integrated circuits that are on the same circuit board as the detectors **106**. Other configurations can also be used.

[0030]  The front-end interface **108** can be implemented using one or more amplifiers, such as transimpedance amplifiers, that are coupled to one or more analog to digital converters (ADCs) (which can be in the monitor **109**), such as a sigma-delta ADC. A transimpedance-based front-end interface **108** can employ single-ended circuitry, differential circuitry, or a hybrid configuration. A transimpedance-based front-end interface **108** can be useful for its sampling rate capability and freedom in modulation/demodulation algorithms. For example, this type of front-end interface **108** can advantageously facilitate the sampling of the ADCs being synchronized with the pulses emitted from the emitter **104**.

[0031]  The ADC or ADCs can provide one or more outputs into multiple channels of digital information for processing by the signal processor **110** of the monitor **109**. Each channel can correspond to a signal output from a detector **106**.

[0032]  As shown in FIG. **1**, the monitor **109** can include the signal processor **110** and a user interface **112**, such as a display. The monitor **109** can also include optional outputs alone or in combination with the user interface **112**, such as a storage device **114** and a network interface **116**. The signal processor **110** can include processing logic that determines measurements for desired analytes, such as glucose, based on the signals received from the detectors **106**. The signal processor **110** can be implemented using one or more microprocessors or subprocessors (e.g., cores), digital signal processors, application specific integrated circuits (ASICs), field programmable gate arrays (FPGAs), combinations of the same, and the like.

[0033]  The signal processor **110** can provide various signals that control the operation of the sensor **101**. For example, the signal processor **110** can provide an emitter control signal to the driver **111**. This control signal can be useful in order to synchronize, minimize, or reduce jitter in the timing of pulses emitted from the emitter **104**. Accordingly, this control signal can be useful in order to cause optical radiation pulses emitted from the emitter **104** to follow a precise timing and consistent pattern. As also shown, an optional memory **113** can be included in the front-end interface **108** or in the signal processor **110**. This memory **113** can serve as a buffer or storage location for the front-end interface **108** or the signal processor **110**, among other uses.

[0034]   The user interface **112** can provide an output, for example, on a display, for presentation to a user of the data collection system **100**. The user interface **112** can be implemented as a touch-screen display, an LCD display, an organic LED display, or the like. In addition, the user interface **112** can be manipulated to allow for measurement on the non-dominant side of patient. For example, the user interface **112** can include a flip screen, a screen that can be moved from one side to another on the monitor **109**, or can include an ability to reorient its display indicia responsive to user input or device orientation. In alternative embodiments, the data collection system **100** can be provided without a user interface **112** and can simply provide an output signal to a separate display or system.

[0035]   A storage device **114** and a network interface **116** represent other optional output connections that can be included in the monitor **109**. The storage device **114** can include any computer-readable medium, such as a memory device, hard disk storage, EEPROM, flash drive, or the like. The various software or firmware applications can be stored in the storage device **114**, which can be executed by the signal processor **110** or another processor of the monitor **109**. The network interface **116** can be a serial bus port (RS-232/RS-485), a Universal Serial Bus (USB) port, an Ethernet port, a wireless interface (e.g., WiFi such as any 802.1x interface, including an internal wireless card), or other suitable communication device(s) that allows the monitor **109** to communicate and share data with other devices. The monitor **109** can also include various other components not shown, such as a microprocessor, graphics processor, or controller to output the user interface **112**, to control data communications, to compute data trending, or to perform other operations.

[0036]   Although not shown in the depicted embodiment, the data collection system **100** can include various other components or can be configured in different ways. For example, the sensor **101** can have both the emitter **104** and detectors **106** on the same side of the measurement site **102** and use reflectance to measure analytes. The data collection system **100** can also include a sensor that measures the power of optical radiation emitted from the emitter **104**. Moreover, although the detectors **106** may be initially constructed to include one of the photodiodes described with respect to FIG. **3**, the detectors **106** may also instead be retrofitted with one of the photodiodes described with respect to FIG. **3** in some implementations.

[0037]   FIG. **2** illustrates an example sensor operation process **200**. The process **200** illustrates an example operation of the sensor **101** and may be implemented by the various components shown in the data collection system **100**. For convenience, the process **200** is described in the context of the data collection system **100** but may instead be implemented by other systems described herein or other sensor systems not shown. The process **200** provides one example approach by which the sensor **101** can emit visible and near-infrared optical radiation wavelengths and detect with a photodiode, such as one of the photodiodes described with respect to FIG. **3**, the optical radiation after attenuation by tissue of a patient. Advantageously, in certain embodiments, the process **200** enables the sensor **101** to output from the photodiode a detector signal responsive to both visible and near-infrared wavelengths after attenuation by the tissue.

[0038]   At block **205**, the emitter **104** can receive a drive signal from the driver **111**. At block **210**, the drive signal can cause the emitter **104** to irradiate tissue of a patient at wave-

lengths of visible optical radiation and near-infrared optical radiation. At block **215**, a photodiode of the detectors **106** can detect the optical radiation after attenuation by the tissue. At block **220**, the photodiode of the detectors **106** can generate one or more detector signals responsive to the detected optical radiation at the visible and near-infrared wavelengths. For instance, the photodiode can generate one signal responsive to the detected optical radiation at the visible wavelength and another signal responsive to the detected optical radiation at the near-infrared wavelength when the visible and near-infrared wavelengths are emitted at different times, or the photodiode can output can output a combined signal responsive to the detected optical radiation at the visible and near-infrared wavelengths when the visible and near-infrared wavelengths are emitted at substantially the same time. At block **225**, the sensor **101** can output the one or more detector signals for processing by the signal processor **110** to determine measurement values for one or more physiological parameters of the patient.

### III. Example Photodiodes

[0039]   FIG. **3** illustrates an example schematic diagram of a semiconductor device **300**. The semiconductor device **300** can, for instance, be part of an integrated semiconductor structure including one or more other components. The semiconductor device **300** includes a distal side metal contact **302** and a proximal side metal contact **314**. The semiconductor device **300** further includes a semiconductor wafer **304**, an absorption region **306**, a detector window layer **308**, a diffusion region **310**, and a diffusion mask **312** that together can form a photodiode, such as a photodiode usable as one of the detectors **106** of FIG. **1**. Optical radiation can enter the photodiode through the detector window layer **308** before passing to other layers of the photodiode, such as the absorption region **306**. Although not illustrated, an anti-reflective coating can be applied to the surface of the photodiode, such as the detector window layer **308**, to increase the transmittance of the photodiode.

[0040]   In one implementation, the distal side metal contact **302** can be an n-type region contact and the proximal side metal contact **314** can be a p-type region contact. The semiconductor wafer **304** can, for instance, be an n-type InP wafer, which includes indium and phosphorous. The absorption region **306** can, for instance, be (i) an n-type or undoped InGaAs absorption region, which includes indium, gallium, and arsenic, (ii) an n-type or undoped InAlGaAs absorption region, which includes indium, aluminum, gallium, and arsenic, or (iii) an n-type or undoped InGaAsP region, which includes indium, gallium, arsenic, and phosphorous. The diffusion region **310** can, for instance, be a diffused region that turns n-type or undoped material into a p-type region to form a p-n semiconductor junction in selected areas defined by the diffusion mask **312**. The diffusion mask **312** can, for instance, be a SiN or $SiO_2$ diffusion mask. The photodiode, in one implementation, can accordingly be an InGaAs PIN photodiode.

[0041]   The detector window layer **308** can be a layer that is sufficiently thin so that the detector window layer **308** passes visible optical radiation for detection by the photodiode and yet provides passivation of the absorption region **306** and the diffusion region **310**, which can be a zinc-diffused P region, so that electron-hole pairs generated by the visible optical radiation, including short-wavelength optical radiation, near the surface of the photodiode (for example, in the P-region)

US 2016/0081552 A1

Mar. 24, 2016

5

have a lower recombination rate resulting in a quantum efficiency enhancement at visible wavelengths. For example, the detector window layer **308** can be a layer having a thickness of less than about 150 nm, such as a thickness ranging from about 25 nm to about 150 nm, from about 40 nm to about 130 nm, from about 50 nm to about 100 nm, or from about 45 nm to about 55 nm or a thickness of about 50 nm. Because the detector window layer **308** being thinner may result in more visible wavelengths passing into the photodiode, the detector window layer **308** can be desirably about 50 nm in certain implementations. The detector window layer **308** can be an epitaxially grown layer.

[0042]   In one example, the detector window layer **308** can be an InP layer, which includes indium and phosphorous. The InP layer can have a bandgap of about 1.34 eV at 25° C. If the InP layer is about 400 nm thick, the external quantum efficiency at 660 nm can be about 8%. If the InP layer may be made thinner such as around 50 nm, the external quantum efficiency at 660 nm can be about 58%. Thinner layers, such as about window layers having a thickness of about 25 nm, can be made, but if made too thin, the microfabrication procedures used to make the photodiode may, in some instances, slightly etch or oxide the window layers, leaving no or minimal window layer so that the surface of the InGaAs or InAlGaAs photodiode may be unpassivated and have a lower quantum efficiency for visible wavelengths (for example, shorter wavelengths) due to enhanced recombination of photogenerated carriers in the layer at the unpassivated surface. There can thus exist an optimum InP layer thickness between 0 nm and about 50 nm for such devices, in particular implementations.

[0043]   As another example, the detector window layer **308** can be an InAlAs layer, which includes indium, aluminum, and arsenic, which can either be of a composition whose atomic crystal lattice constant is lattice-matched or lattice mismatched to the absorption region **306** and semiconductor wafer **304**.

[0044]   Advantageously, in certain embodiments, the InAlAs layer can be desirably thin to efficiently pass visible optical radiation for detection by the photodiode, similar to the InP layer example explained in the preceding paragraph. In one implementation, the InAlAs layer can be formed of a composition of $In_{0.52}Al_{0.48}As$ that has a bandgap of about 1.52 eV at 25° C. and is lattice-matched to the semiconductor wafer **304**. It has been determined that the $In_{0.52}Al_{0.48}As$ layer can begin to strongly attenuate optical radiation at wavelengths shorter than about 817 nm as an attenuation wavelength of about 920 nm at 25° C. for an InP layer and therefore can result in a relatively higher external quantum efficiency. In another implementation, the InAlAs layer can be formed of a composition of $In_{0.46}Al_{0.54}As$ that has a larger bandgap of about 1.68 eV and is not lattice-matched to the semiconductor wafer **304**. It has been determined that the $In_{0.46}Al_{0.54}As$ layer can begin to strongly attenuate optical radiation at wavelengths shorter than about 739 nm and the external quantum efficiency for the photodiode with the $In_{0.46}Al_{0.54}As$ layer may be about 78% at a wavelength about 660 nm. Because the detector window layer **308** having a higher bandgap can result in more visible optical radiation passing into the photodiode, the detector window layer **308** can be desirably composed of $In_{0.46}Al_{0.54}As$ in certain implementations. Although the InAlAs composition may be lattice-mismatched to the crystal lattice constant of one or more of the underlying layers, is the layer can be generally sufficiently

thin so that the layer may be strained to fit on the underlying crystal lattice without generation of dislocation defects, a condition that can be known as pseudomorphic growth. The following Table 1 summarizes some measured data for the above-referenced window layers of a similar photodiode structure and compares them to a model result for a photodiode structure with a window layer composed of InP with a thickness of 400 nm.

TABLE 1

| Layer Composition | Thickness | Bandgap | Lattice-Matched | External Quantum Efficiency at 660 nm Wavelength |
|---|---|---|---|---|
| InP | 400 nm | 1.34 eV | Yes | 8% |
| InP | 50 nm | 1.34 eV | Yes | 58% |
| $In_{0.46}Al_{0.54}As$ | 50 nm | 1.68 eV | No | 78% |

[0045]   FIG. **4** illustrates a graph **400** of quantum efficiency versus optical radiation wavelength for various example photodiodes. The graph **400** illustrates that the teachings of this disclosure can enable the construction of a photodiode that has a relatively higher quantum efficiency at both visible and near-infrared wavelengths compared to a traditional photodiode. As used herein, external quantum efficiency, in addition to having its ordinary meaning, can refer to the ratio of the number of charge carriers collected to the number of photons of a given energy shining on the photodiode from outside the photodiode. The external quantum efficiency, for instance, can be proportional to the amount of current that a photodiode produces when irradiated by photons of a particular wavelength.

[0046]   The curve **402** depicts a model relationship between external quantum efficiency versus optical radiation wavelength for a traditional photodiode formed from the semiconductor device **300** where the absorption region **306** is an n-type InAlGaAs absorption region and the detector window layer **308** has a thickness of about 400 nm and is an InP layer. The curve **404** depicts the measured relationship between external quantum efficiency versus optical radiation wavelength for a photodiode formed from the semiconductor device **300** where the absorption region **306** is an n-type InAlGaAs absorption region and the detector window layer **308** has a thickness of about 50 nm and is an InP layer. The curve **406** depicts the measured relationship between external quantum efficiency versus optical radiation wavelength for a photodiode formed from the semiconductor device **300** where the absorption region **306** is an n-type InAlGaAs absorption region and the detector window layer **308** has a thickness of about 50 nm and is a lattice-mismatched $In_{0.46}Al_{0.54}As$ layer.

[0047]   As can be seen from curves **404** and **406** of the graph **400**, the quantum efficiency of an enhanced photodiode constructed in accordance with teachings of this disclosure can notably have an external quantum efficiency of greater than about 30% (such as an external quantum efficiency ranging from about 30% to about 90%, from about 50% to about 85%, or from about 60% to about 80% or an external quantum efficiency of about 50%, about 60%, about 70%, about 80% or about 90%) at wavelengths ranging from about 450 nm to 850 nm. Such an enhanced photodiode can accordingly be used, for instance, to detect optical radiation at wavelengths ranging from about 450 nm to about 850 nm, as well as from about 850 nm to about 1400 nm or 1430 nm.

US 2016/0081552 A1

Mar. 24, 2016

6

[0048] Although the curves **402**, **404**, and **406** depict the quantum efficiency versus optical radiation wavelength for a photodiode where the absorption region **306** is an n-type InAlGaAs absorption region, the absorption region **306** may in some cases instead be an n-type InGaAs absorption region as mentioned previously. If the curves **402**, **404**, and **406** were depicted for photodiodes including the n-type InGaAs absorption region, the responsiveness of the photodiodes would further extend to about 1700 nm rather than about 1430 nm as illustrated in the graph **400**. Therefore, in such implementations, an enhanced photodiode can be used, for instance, to detect optical radiation at wavelengths ranging from about 450 nm to about 850 nm, as well as from about 850 nm to about 1700 nm. In such implementations, the enhanced photodiode can, for instance, have an external quantum efficiency of greater than about 70% (such as an external quantum efficiency ranging from about 70% to about 95%, from about 80% to about 95%, from about 85% to about 95%, or from about 90% to about 95% or an external quantum efficiency of about 70%, about 80%, about 85%, about 90%, or about 95%) at wavelengths ranging from about 1400 nm to 1700 nm.

[0049] As illustrated by the graph **400**, an enhanced photodiode having the performance characteristics of the curve **404** can have an external quantum efficiency of about 9% at 400 nm, 28% at 450 nm, 41% at 500 nm, 49% at 550 nm, 52% at 600 nm, 55% at 650 nm, 58% at 700 nm, 62% at 750 nm, 65% at 800 nm, 71% at 850 nm, 75% at 900 nm, 82% at 950 nm, 85% at 1000 nm, 89% at 1050 nm, 89% at 1100 nm, 92% at 1150 nm, 92% at 1200 nm, 92% at 1250 nm, 92% at 1300 nm, 92% at 1350 nm, 85% at 1400 nm, and 5% at 1450 nm. In addition, as illustrated by the graph **400**, an enhanced photodiode having the performance characteristics of the curve **406** can have an external quantum efficiency of about 12% at 400 nm, 40% at 450 nm, 65% at 500 nm, 75% at 550 nm, 77% at 600 nm, 78% at 650 nm, 80% at 700 nm, 82% at 750 nm, 86% at 800 nm, 88% at 850 nm, 90% at 900 nm, 91% at 950 nm, 92% at 1000 nm, 94% at 1050 nm, 93% at 1100 nm, 96% at 1150 nm, 96% at 1200 nm, 95% at 1250 nm, 94% at 1300 nm, 92% at 1350 nm, 85% at 1400 nm, and 10% at 1450 nm. Moreover, an enhanced photodiode constructed in accordance with the teachings of this disclosure can thus have an external quantum efficiency of at least the external quantum efficiency of the curve **404** or the curve **406** at the various wavelengths illustrated in FIG. **4**, as well as at the additional range of wavelengths from about 1400 nm to 1700 nm as described herein. Furthermore, an enhanced photodiode constructed in accordance with the teachings of this disclosure can thus have an external quantum efficiency of at least 10% to 30% (for example, 10%, 15%, 20%, 25%, or 30%) at wavelengths ranging from 450 nm to 1400 nm, at least 10% to 65% (for example, 10%, 15%, 20%, 25%, 30%, 35%, 40%, 45%, 50%, 55%, 60%, or 65%) at wavelengths ranging from 500 nm to 1400 nm, at least 10% to 75% (for example, 10%, 15%, 20%, 25%, 30%, 35%, 40%, 45%, 50%, 55%, 60%, 65%, 70%, or 75%) at wavelengths ranging from 550 nm to 1400 nm, at least 10% to 75% (for example, 10%, 15%, 20%, 25%, 30%, 35%, 40%, 45%, 50%, 55%, 60%, 65%, 70%, or 75%) at wavelengths ranging from 600 nm to 1400 nm, at least 10% to 78% (for example, 10%, 15%, 20%, 25%, 30%, 35%, 40%, 45%, 50%, 55%, 60%, 6%, 70%, 75%, or 78%) at wavelengths ranging from 650 nm to 1400 nm, at least 15% to 80% (for example, 15%, 20%, 25%, 30%, 35%, 40%, 45%, 50%, 55%, 60%, 65%, 70%, 75%, or 80%) at wavelengths

ranging from 700 nm to 1400 nm, at least 20% to 80% (for example, 20%, 25%, 30%, 35%, 40%, 45%, 50%, 55%, 60%, 65%, 70%, 75%, or 80%) at wavelengths ranging from 750 nm to 1400 nm, at least 25% to 85% (for example, 25%, 30%, 35%, 40%, 45%, 50%, 55%, 60%, 65%, 70%, 75%, 80%, or 85%) at wavelengths ranging from 800 nm to 1400 nm, at least 30% to 85% (for example, 30%, 35%, 40%, 45%, 50%, 55%, 60%, 65%, 70%, 75%, 80%, or 85%) at wavelengths ranging from 850 nm to 1400 nm, at least 55% to 85% (for example, 55%, 60%, 65%, 70%, 75%, 80%, or 85%) at wavelengths ranging from 900 nm to 1400 nm, at least 85% at wavelengths ranging from 950 nm to 1400 nm, or at least 90% at wavelengths ranging from 900 nm to 1350 nm.

[0050] As illustrated by the graph **400**, an enhanced photodiode constructed in accordance with the teachings of this disclosure can have an external quantum efficiency ranging at least from about 9% to 12% at 400 nm, 28% to 40% at 450 nm, 41% to 65% at 500 nm, 49% to 75% at 550 nm, 52% to 77% at 600 nm, 55% to 78% at 650 nm, 58% to 80% at 700 nm, 62% to 82% at 750 nm, 65% to 86% at 800 nm, 71% to 88% at 850 nm, 75% to 90% at 900 nm, 82% to 91% at 950 nm, 85% to 92% at 1000 nm, 89% to 94% at 1050 nm, 89% to 93% at 1100 nm, 92% to 96% at 1150 nm, 92% to 96% at 1200 nm, 92% to 95% at 1250 nm, 92% to 94% at 1300 nm, 92% to 92% at 1350 nm, 85% to 85% at 1400 nm, and 5% to 10% at 1450 nm.

[0051] In some embodiments, when a photodiode has an external quantum efficiency at a particular wavelength that is below a threshold quantum efficiency level, an output current generated by the photodiode when irradiated by photons of the particular wavelength can be sufficiently low such that the photodiode may be considered to not detect the particular wavelength. This can, in some instances, be because the output current generated by the photodiode when irradiated by photons of the particular wavelength may be insufficient for use in confidently determining that the photodiode detected the particular wavelength. The threshold quantum efficiency level can vary, in certain embodiments, based at least on a system design in which the photodiode is used. For example, in certain medical device applications, such as in some example non-invasive sensor detector applications, the threshold quantum efficiency level can be about 30%, about 25%, about 20%, about 15%, or about 10%, such that when a photodiode detects particular wavelengths for which the photodiode has an external quantum efficiency below the threshold quantum efficiency level, the output current provided by the photodiode may be insufficient for the non-invasive sensor to confidently determine that the photodiode detected the particular wavelengths. Accordingly, in some instances, the photodiode may not be used to detect wavelengths for which the photodiode has an external quantum efficiency below the threshold quantum efficiency level, or the output current from the photodiode may be discarded as not providing usable information or information of sufficient quality if the output current is below a threshold current corresponding to the threshold quantum efficiency level.

[0052] Moreover, although some applications of the photodiode of the semiconductor device **300** are described in the context of a non-invasive sensor, the photodiode can be useful in numerous other applications. For example, the photodiode can be part of a spectrometer in industrial or manufacturing applications (for instance, in applications related to plastics, petroleum, chemical, or the like) and used to detect a broad range of electromagnetic radiation for detecting a spectrum of

electromagnetic radiation. As another example, the photo-diode can be part of a non-contact temperature measurement system and used to detect a broad range of electromagnetic radiation to determine a detected temperature. As a further example, the photodiode can be part of a flame monitoring or control system and used to detect one or more characteristics of a flame from the detected broad spectrum of electromagnetic radiation. Moreover, the photodiode can be part of a diode laser monitoring system (for instance, for telecommunications or lidar applications) and used to detect a broad range of electromagnetic radiation from one or more lasers.

### IV. Terminology

[0053]   Many other variations than those described herein will be apparent from this disclosure. For example, depending on the embodiment, certain acts, events, or functions of any of the algorithms described herein can be performed in a different sequence, can be added, merged, or left out altogether (e.g., not all described acts or events are necessary for the practice of the algorithms). Moreover, in certain embodiments, acts or events can be performed concurrently, e.g., through multi-threaded processing, interrupt processing, or multiple processors or processor cores or on other parallel architectures, rather than sequentially. In addition, different tasks or processes can be performed by different machines or computing systems that can function together.

[0054]   The various illustrative logical blocks, modules, and algorithm steps described in connection with the embodiments disclosed herein can be implemented as electronic hardware, computer software, or combinations of both. To clearly illustrate this interchangeability of hardware and software, various illustrative components, blocks, modules, and steps have been described above generally in terms of their functionality. Whether such functionality is implemented as hardware or software depends upon the particular application and design constraints imposed on the overall system. The described functionality can be implemented in varying ways for each particular application, but such implementation decisions should not be interpreted as causing a departure from the scope of the disclosure.

[0055]   The various illustrative logical blocks and modules described in connection with the embodiments disclosed herein can be implemented or performed by a machine, such as a general purpose processor, a digital signal processor (DSP), an application specific integrated circuit (ASIC), a field programmable gate array (FPGA) or other programmable logic device, discrete gate or transistor logic, discrete hardware components, or any combination thereof designed to perform the functions described herein. A general purpose processor can be a microprocessor, but in the alternative, the processor can be a controller, microcontroller, or state machine, combinations of the same, or the like. A processor can include electrical circuitry configured to process computer-executable instructions. In another embodiment, a processor includes an FPGA or other programmable device that performs logic operations without processing computer-executable instructions. A processor can also be implemented as a combination of computing devices, e.g., a combination of a DSP and a microprocessor, a plurality of microprocessors, one or more microprocessors in conjunction with a DSP core, or any other such configuration. A computing environment can include any type of computer system, including, but not limited to, a computer system based on a microprocessor, a mainframe computer, a digital signal processor, a portable computing device, a device controller, or a computational engine within an appliance, to name a few.

[0056]   The steps of a method, process, or algorithm described in connection with the embodiments disclosed herein can be embodied directly in hardware, in a software module stored in one or more memory devices and executed by one or more processors, or in a combination of the two. A software module can reside in RAM memory, flash memory, ROM memory, EPROM memory, EEPROM memory, registers, hard disk, a removable disk, a CD-ROM, or any other form of non-transitory computer-readable storage medium, media, or physical computer storage known in the art. An example storage medium can be coupled to the processor such that the processor can read information from, and write information to, the storage medium. In the alternative, the storage medium can be integral to the processor. The storage medium can be volatile or nonvolatile. The processor and the storage medium can reside in an ASIC.

[0057]   Conditional language used herein, such as, among others, "can," "might," "may," "e.g.," and the like, unless specifically stated otherwise, or otherwise understood within the context as used, is generally intended to convey that certain embodiments include, while other embodiments do not include, certain features, elements or states. Thus, such conditional language is not generally intended to imply that features, elements or states are in any way required for one or more embodiments or that one or more embodiments necessarily include logic for deciding, with or without author input or prompting, whether these features, elements or states are included or are to be performed in any particular embodiment. The terms "comprising," "including," "having," and the like are synonymous and are used inclusively, in an open-ended fashion, and do not exclude additional elements, features, acts, operations, and so forth. Also, the term "or" is used in its inclusive sense (and not in its exclusive sense) so that when used, for example, to connect a list of elements, the term "or" means one, some, or all of the elements in the list. Further, the term "each," as used herein, in addition to having its ordinary meaning, can mean any subset of a set of elements to which the term "each" is applied.

[0058]   Terms such as "substantially," "about," "approximately" or the like as used in referring to a relationship between two objects is intended to reflect not only an exact relationship but also variances in that relationship that may be due to various factors such as the effects of environmental conditions, common error tolerances, manufacturing variances, or the like. It should further be understood that although some values or other relationships may be expressed herein without a modifier, these values or other relationships may also be exact or may include a degree of variation due to various factors such as the effects of environmental conditions, common error tolerances, or the like. For example, when referring to wavelengths of electromagnetic radiation, about a specified wavelength can, in some contexts, refer to a wavelength variation of around less than 1% (such as a variation of 1%, 0.8%, 0.5%, or 0.3%) from the specified wavelength. Accordingly, an about 660 nm wavelength can refer to 660 nm±6 nm, 660 nm±5 nm, 660 nm±3 nm, or 660 nm±2 nm. As another example, when referring to a thickness of a layer, about a specified thickness can, in some contexts, refer to a thickness variation of around less than 5% (such as a variation of 5%, 3%, 2%, 1%, or 0.1%) from the specified thickness. Accordingly, an about 50 nm thickness can refer to 50 nm±2.5 nm, 50 nm±1.5 nm, 50 nm±1 nm, or 50 nm±0.5

US 2016/0081552 A1

Mar. 24, 2016

8

nm, or 50 nm±0.05 nm. As a further example, when referring to an eV of a bandgap, about a specified eV can, in some contexts, refer to an eV variation of around less than 2% (such as a variation of 2%, 1.5%, 1%, or 0.5%) from the specified eV. Accordingly, an about 1.52 eV bandgap can refer to 1.52 eV±0.03 eV, 1.52 eV±0.023 eV, 1.52 eV±0.015 eV, or 1.52 eV±0.008 eV. In another example, when referring to an external quantum efficiency of a layer, about a specified external quantum efficiency percentage can, in some contexts, refer to an external quantum efficiency percentage variation of around less than 3% (such as a variation of 3%, 2%, 1%, or 0.5%) from the specified external quantum efficiency percentage. Accordingly, an about 58% external quantum efficiency can refer to 58%±3%, 58%±2%, 58%±1%, or 58%±0.5%.

[0059]   Disjunctive language such as the phrase "at least one of X, Y and Z," unless specifically stated otherwise, is to be understood with the context as used in general to convey that an item, term, etc. may be either X, Y, or Z, or a combination thereof. Thus, such conjunctive language is not generally intended to imply that certain embodiments require at least one of X, at least one of Y and at least one of Z to each be present.

[0060]   Unless otherwise explicitly stated, articles such as "a" or "an" should generally be interpreted to include one or more described items. Accordingly, phrases such as "a device configured to" are intended to include one or more recited devices. Such one or more recited devices can also be collectively configured to carry out the stated recitations. For example, "a processor configured to carry out recitations A, B and C" can include a first processor configured to carry out recitation A working in conjunction with a second processor configured to carry out recitations B and C.

[0061]   While the above detailed description has shown, described, and pointed out novel features as applied to various embodiments, it will be understood that various omissions, substitutions, and changes in the form and details of the devices or algorithms illustrated can be made without departing from the spirit of the disclosure. As will be recognized, certain embodiments described herein can be embodied within a form that does not provide all of the features and benefits set forth herein, as some features can be used or practiced separately from others.

What is claimed:

1. A non-invasive physiological sensor which measures physiological parameters of a monitored patient, the sensor comprising:

an input configured to receive a drive signal from a driver circuit;

an emitter electrically coupled to the input and configured to emit optical radiation at one or more wavelengths responsive to the drive signal;

one or more detectors configured to be positioned proximate to the emitter and tissue of a patient by a sensor housing, the one or more detectors comprising one photodiode that is part of an integrated semiconductor structure, the one photodiode being configured to detect the optical radiation after attenuation by the tissue of the patient and generate a detector signal responsive to the detected optical radiation; and

an output electrically coupled to the one or more detectors and configured to output the detector signal,

wherein the one photodiode has an external quantum efficiency of at least 20% at wavelengths ranging from 450 nm to 1400 nm.

2. The sensor of claim 1, wherein the one photodiode is configured to generate the detector signal with a signal strength sufficient for the detector signal to be unable to determine measurement values for one or more physiological parameters of the patient from the optical radiation detected by the one photodiode at the wavelengths ranging from 450 nm to 1400 nm.

3. The sensor of claim 1, wherein the one photodiode has an external quantum efficiency of at least 60% at wavelengths ranging from 500 nm to 1400 nm.

4. The sensor of claim 3, wherein the one photodiode has an external quantum efficiency of at least 70% at wavelengths ranging from 600 nm to 1400 nm.

5. The sensor of claim 4, wherein the one photodiode has an external quantum efficiency of at least 80% at wavelengths ranging from 800 nm to 1400 nm.

6. The sensor of claim 1, wherein the one photodiode has an external quantum efficiency of about 40% at a wavelength of 450 nm, an external quantum efficiency of about 75% at a wavelength of 550 nm, an external quantum efficiency of about 80% at a wavelength of 700 nm, and an external quantum efficiency of about 95% at a wavelength of 1250 nm.

7. The sensor of claim 1, wherein the one photodiode has an external quantum efficiency greater than 70% at wavelengths ranging from 1400 nm to 1700 nm.

8. The sensor of claim 1, wherein the one photodiode comprises indium, gallium, and arsenic, and the one photodiode comprises a window layer comprising indium, aluminum, and arsenic.

9. A non-invasive physiological sensor which measures physiological parameters of a monitored patient, the sensor comprising:

an input configured to receive a drive signal from a driver circuit;

an emitter electrically coupled to the input and configured to emit optical radiation at one or more wavelengths responsive to the drive signal;

one or more detectors configured to be positioned proximate to the emitter and tissue of a patient by a sensor housing, the one or more detectors comprising one photodiode that is part of an integrated semiconductor structure, the one photodiode being configured to detect the optical radiation after attenuation by the tissue of the patient and generate a detector signal responsive to the detected optical radiation; and

an output electrically coupled to the one or more detectors and configured to output the detector signal,

wherein the one photodiode is configured to generate the detector signal with a signal strength sufficient for the detector signal to be usable to determine measurement values for one or more physiological parameters of the patient from the optical radiation detected by the one photodiode at the wavelengths ranging from 450 nm to 1400 nm, the one photodiode comprising a window layer having a thickness ranging from about 25 nm to about 150 nm, the window layer forming part of an external surface of the one photodiode and being disposed to receive the optical radiation incident on the one photodiode before the optical radiation passes to one or more other layers of the one photodiode.

US 2016/0081552 A1                                                Mar. 24, 2016

9

**10**. The sensor of claim **9**, wherein the thickness ranges from about 50 nm to about 100 nm.

**11**. The sensor of claim **9**, wherein the thickness is about 50 nm.

**12**. The sensor of claim **9**, wherein the window layer has a bandgap of about 1.52 eV at 25° C.

**13**. The sensor of claim **9**, wherein the window layer has a bandgap of about 1.68 eV at 25° C.

**14**. The sensor of claim **9**, wherein the window layer has a bandgap ranging from about 1.7 eV to about 1.9 eV at 25° C.

**15**. The sensor of claim **9**, wherein the one photodiode comprises indium, gallium, and arsenic, and the window layer comprises indium, aluminum, and arsenic.

**16**. The sensor of claim **9**, wherein the one photodiode comprises indium, gallium, and arsenic, and the window layer comprises indium and phosphorus.

**17**. The sensor of claim **9**, wherein the window layer is not lattice matched to a substrate of the one photodiode.

**18**. A non-invasive physiological sensor which measures physiological parameters of a monitored patient, the sensor comprising:

    an input configured to receive a drive signal from a driver circuit;

    an emitter electrically coupled to the input and configured to emit optical radiation at one or more wavelengths responsive to the drive signal;

    one or more detectors configured to be positioned proximate to the emitter and tissue of a patient by a sensor housing, the one or more detectors comprising one photodiode that is part of an integrated semiconductor structure, the one photodiode being configured to detect the optical radiation after attenuation by the tissue of the patient and generate a detector signal responsive to the detected optical radiation; and

an output electrically coupled to the one or more detectors and configured to output the detector signal,

wherein the one photodiode is configured to generate the detector signal with a signal strength sufficient for the detector signal to be usable to determine measurement values for one or more physiological parameters of the patient from the optical radiation detected by the one photodiode at the wavelengths ranging from 450 nm to 1400 nm, the one photodiode comprising indium, gallium, and arsenic.

**19**. The sensor of claim **18**, wherein the one photodiode comprises a window layer comprising indium, aluminum, and arsenic.

**20**. The sensor of claim **18**, wherein the one photodiode comprises a window layer comprising indium and phosphorus.

\* \* \* \* \*

# Exhibit 27

to the Declaration of Michael J.R. Polson,
Ph.D. in Support of Apple Inc.'s Motion to
Compel Plaintiffs to Comply with
Section 2019.210

Case 8:20-cv-00048-JVS-JDE   Document 360-9   Filed 12/30/20   Page 698 of 834   Page ID
#:49895

US 20160367173A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2016/0367173 A1**
Dalvi et al. (43) **Pub. Date:** **Dec. 22, 2016**

(54) **NON-INVASIVE OPTICAL PHYSIOLOGICAL DIFFERENTIAL PATHLENGTH SENSOR**

(71) Applicant: **Cercacor Laboratories, Inc.**, Irvine, CA (US)

(72) Inventors: **Cristiano Dalvi**, Lake Forest, CA (US); **Ferdyan Lesmana**, Irvine, CA (US); **Hung Vo**, Fountain Valley, CA (US); **Jeroen Poeze**, Rancho Santa Margarita, CA (US); **Jesse Chen**, Foothill Ranch, CA (US); **Kevin Pauley**, Lake Forest, CA (US); **Mathew Paul**, Irvine, CA (US); **Sean Merritt**, Lake Forest, CA (US); **Thomas B. Blank**, Laguna Beach, CA (US); **Massi Joe E. Kiani**, Laguna Niguel, CA (US)

(21) Appl. No.: **15/160,907**

(22) Filed: **May 20, 2016**

**Related U.S. Application Data**

(60) Provisional application No. 62/165,618, filed on May 22, 2015.

**Publication Classification**

(51) **Int. Cl.**
| | |
|---|---|
| *A61B 5/145* | (2006.01) |
| *A61B 5/1455* | (2006.01) |
| *A61B 5/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ........... *A61B 5/145* (2013.01); *A61B 5/14532* (2013.01); *A61B 5/0008* (2013.01); *A61B 5/0002* (2013.01); *A61B 5/6801* (2013.01); *A61B 5/14552* (2013.01)

(57) **ABSTRACT**

An optical physiological sensor configured to perform high speed spectral sweep analysis of sample tissue being measured to non-invasively predict an analyte level of a patient. An emitter of the optical physiological sensor can be regulated to operate at different temperatures to emit radiation at different wavelengths. Variation in emitter drive current, duty cycle, and forward voltage can also be used to cause the emitter to emit a range of wavelengths. Informative spectral data can be obtained during the sweeping of specific wavelength regions of sample tissue.





**FIG. 1**



**FIG. 2**



FIG. 3



**FIG. 4**

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 702 of 834   Page ID
#:20886



**FIG. 5**



FIG. 6



**FIG. 7**



**FIG. 8**



FIG. 9



FIG. 10A



FIG. 10B



FIG. 10C



**FIG. 10D**



**FIG. 11**

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 708 of 834   Page ID #:20892



*FIG. 12*

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 709 of 834   Page ID #:20893



*FIG. 13*



*FIG. 14*

US 2016/0367173 A1

Dec. 22, 2016

1

# NON-INVASIVE OPTICAL PHYSIOLOGICAL DIFFERENTIAL PATHLENGTH SENSOR

## INCORPORATION BY REFERENCE TO ANY PRIORITY APPLICATIONS

[0001]  This application claims priority benefit under 35 U.S.C. §119(e) of U.S. Provisional Application No. 62/165,618, filed May 22, 2015, titled "NON-INVASIVE OPTICAL PHYSIOLOGICAL SENSOR," and U.S. Provisional Application No. 62/233,126, filed Sep. 25, 2015, titled "NON-INVASIVE OPTICAL PHYSIOLOGICAL DIF-FERENTIAL PATHLENGTH SENSOR," each of which is hereby incorporated by reference in its entirety. Any and all applications for which a foreign or domestic priority claim is identified in the Application Data Sheet as filed with the present application are hereby incorporated by reference under 37 CFR 1.57.

## FIELD OF THE DISCLOSURE

[0002]  The present disclosure relates to the field of non-invasive optical based physiological monitoring sensors that have a differential pathlength for the light to traverse through tissue.

## BACKGROUND

[0003]  Devices capable of spectroscopic analysis generally include a light source(s) characterized by a plurality of wavelengths of known spectra transmitting optical radiation into or reflecting off a measurement site, such as, body tissue carrying pulsing blood and/or interstitial fluid. After attenuation by tissue and fluids of the measurement site, a photo-detection device(s) detects the attenuated light and outputs a detector signal(s) responsive to the detected attenuated light. A signal processing device(s) process the detector(s) signal (s) and outputs a measurement indicative of a blood and/or interstitial fluid constituent of interest, such as glucose, oxygen, methemoglobin, total hemoglobin, other physiological parameters, or other data or combinations of data useful in determining a physiological state or trend of wellness of a patient.

## SUMMARY

[0004]  This disclosure describes embodiments of non-invasive methods, devices, and systems for measuring a blood and/or interstitial fluid constituent (which may also be referred to as an analyte), and/or substance such as oxygen, carboxyhemoglobin, methemoglobin, total hemoglobin, glucose, proteins, lipids, a percentage thereof (e.g., saturation), or for measuring many other physiologically relevant patient characteristics. These characteristics can relate, for example, to pulse rate, hydration, trending information and analysis, and the like.

[0005]  In an embodiment, the system includes a non-invasive sensor and a patient monitor communicating with the non-invasive sensor. The non-invasive sensor may include different architectures to implement some or all of the disclosed features. In addition, an artisan will recognize that the non-invasive sensor may include or may be coupled to other components, such as a network interface, and the like. Moreover, the patient monitor may include a display device, a network interface communicating with anyone or combination of a computer network, a handheld computing device, a mobile phone, the Internet, or the like. In addition,

embodiments may include multiple optical sources that emit light at a plurality of wavelengths and that are arranged from the perspective of a light detector as a point source.

[0006]  In an embodiment, a non-invasive device is capable of producing a signal responsive to light attenuated by tissue at a measurement site. The device may comprise an optical source (made up of a plurality of light sources such as LEDs/SLEDs/Lasers within a 3 mm area) and one or a plurality of photodetectors. The one or plurality of photo-detectors can be configured to detect the optical radiation from the optical source after attenuation by the tissue of the measurement site. The one or plurality of photodetectors also output a respective signal stream responsive to the detected optical radiation.

[0007]  Certain embodiments of the present disclosure are configured to perform high speed spectral sweep analysis of the tissue being measured to non-invasively predict a patient's analyte levels, such as by way of non-limiting example, glucose levels. Informative spectral data can be obtained during the sweeping of specific wavelength regions of a patient's sample tissue. In previous configurations the spectral measurements are sensitive to sources of error, such as for example, fluctuations in the emitter (e.g., LED, SLED, and laser) power and temperature which can produce changes in the wavelength of emitted light. Rather than attempting to eliminate, to control, or to compensate for these sources of potential error, the present disclosure provides a system that uses these sources of fluctuation in the wavelength of the emitted light to its advantage. This sensitivity can be used advantageously to generate spectral sweeps over multiple wavelengths, by intentionally allowing the emitter temperature and/or the power to change. Accordingly, systems, devices and methods disclosed herein are used to monitor, control and/or adjust for, among other things, variations in emitter light source(s), emitter temperature(s), tissue temperature(s), and photodetector temperature (s) in order to use these sources to enhance the measurement process and reduce or eliminate unexpected or unwanted distortion in the collected spectral information that is reflective of blood and/or interstitial fluid constituents, such as, for example, glucose.

[0008]  In an embodiment, the emitter is configured to receive a drive signal controlled by the processor. The drive signal comprises a drive current and a duty cycle, and the processor is configured to control the drive current and duty cycle. The drive current per cycle does not necessarily have a constant value, but rather, it can change in a controlled manner during a cycle such as, for example, linearly or logarithmically. Variation of the drive current and/or duty cycle can cause the emitter to emit light at varying wavelengths and powers. In some embodiments, a thermal controller is thermally coupled to the emitter to monitor and/or control the temperature of the emitter. The emitter is in thermal communication with the thermal controller which may include a temperature sensor, a thermoelectric cooler (such as, for example, a Peltier device), and a heat sink. The thermal controller is configured to receive a control signal from the processor and in response to such signal, adjust the operational temperature of the emitter to cause the emitter to emit light at varying wavelengths.

[0009]  In some embodiments, data is collected at a high sampling rate (high speed) to obtain a larger quantity of spectral information than what can be collected using lower speed, averaged data collection methods. In some embodi-

2

ments, tissue optical volume is controlled by fixing the distance between the emitter(s) and detector(s) and by ensuring that the sample tissue fills the fixed distance for each measurement. The sample tissue being measured contains, among other things, accumulated interstitial fluid which possesses metabolic levels of blood constituents, such as glucose, in concentrations similar to that found in blood. The sample tissue size and volume is controlled to reduce distortion and to increase the quantity of useful spectral information collected. Accurate measurement and/or control of emitter temperature, tissue sample temperature, and photodetector temperature are obtained to help secure the collection of valuable and useful spectral information reflective of blood and/or interstitial fluid constituents, such as glucose.

[0010]   In some embodiments, control of the environment in which data is collected is maintained to reduce or eliminate sources of measurement variation. Illustratively, the temperature of the sample tissue may be measured to account for thermal fluctuations in the sample tissue which may affect the sensor measurements. Additionally, the temperature of the sample tissue may be controlled, by using, for example, a thermal controller or a thermoelectric cooler, to maintain the sample tissue at a constant temperature. In addition or alternatively, parts of the sensor may be controlled to match the sample tissue temperature measured.

[0011]   In certain embodiments, the temperature of the detector(s) is measured by, for example, a temperature sensor, to account for thermal fluctuations in the detector(s) and to compensate for such fluctuations in the processing of the obtained measurements. In some embodiments, a thermoelectric cooler may be used to maintain the detector(s) at a constant temperature.

[0012]   According to an embodiment, an optical physiological measurement system comprises an emitter configured to emit light at a plurality of wavelengths. The system includes a splitter configured to receive the emitted light and split it into a main (or primary, or first) beam and a set (or plurality) of auxiliary beams such as second beam, third beam etc. The system also includes a set (or plurality) of detectors. The first (or main) set of detectors is configured to detect the first (or main) beam of transmitted light after the first (or main) beam has been attenuated by a sample tissue being measured at a measuring site. The first set of detectors outputs a first signal responsive to the transmitted light of the first beam attenuated by the sample tissue at two different pathlengths. The system includes a second detector configured to detect the second beam of transmitted light and to output a second signal responsive to the detected light of the second beam. The second beam is attenuated by an absorber with flat spectral response; hence the second detector outputs a second signal proportional to the bulk emitted light, which characterizes its emitted power. The system includes a third detector configured to detect the third beam of emitted light after the third beam has been attenuated by a reference absorption material installed inside the system. The third detector outputs a third signal responsive to the detected light of the third beam attenuated by the reference absorption material at a desired spectral profile, which characterizes its emitted spectra. Alternatively the beam splitter may have additional auxiliary beams directed to additional absorption filters with diverse spectral responses in order to excite additional detectors responsive to the desired additional spectra. The system also includes a pro-

cessor configured to receive signals responsive to the first (or main) and all other auxiliary signals to determine a bulk absorbance of an analyte in the sample tissue.

[0013]   According to an embodiment, the system includes a splitter configured to receive and split the emitted light from said light source(s) into a plurality of beams (a first beam, a second beam, a third beam and a forth beam). The split beams are ideally equivalent to one another, with only a power scaling factor being the difference between any two beams. The spectral content of each beam shall be the same. The system also includes a first detector set configured to detect the first beam of emitted light after the first beam has been attenuated by a sample tissue being measured at a measuring site at two different paths through the tissue. The first detector outputs signals responsive to the detected light of the first beam through the two different paths of tissue. The system includes a second detector configured to detect the second beam of emitted light and to output a second signal responsive to the detected light of the second beam. The system includes a third detector configured to detect the third beam of emitted light after the third beam has been attenuated by a reference absorption material installed inside the system. The third detector outputs a third signal responsive to the detected light of the third beam. The system includes a fourth detector configured to detect the fourth beam of emitted light after the fourth beam has been attenuated by a second reference absorption material or other absorption material with known absorbance installed inside the system. The fourth detector outputs a fourth signal responsive to the detected light of the fourth beam. The system also includes a processor configured to receive signals responsive to the first, second, third and fourth signals to determine a bulk absorbance of an analyte in the sample tissue.

[0014]   According to an embodiment, a high speed data collection device is used to receive and convert the first, second, the third, the forth and any other desired output signals from an analog form to a digital form. The high speed data collection device includes a successive approximation register (SAR) analog-to-digital converter (ADC) to convert the plurality of detected signals from an analog form to a digital form for further processing.

[0015]   In an embodiment, a tissue restriction apparatus, including an enclosure to receive the sample tissue, is used to control a distance between the emitter and the first detector. The tissue restriction apparatus may include a vacuum device configured to accumulate the sample tissue within the tissue restriction device. The tissue restriction device may also be configured to apply a pressure force to be distributed along the sample tissue within the enclosure. Illustratively, by way of non-limiting example, the tissue restriction apparatus can include a spring that is configured to apply pressure to the sample tissue at the measurement site to cause the sample tissue to be distributed substantially evenly throughout the measurement site. In some embodiments, the spring is controllable to enable adjustment of the applied pressure to the sample tissue so as to avoid the potential for occlusion of blood and/or interstitial fluid within the sample tissue. A tissue water volume within the measurement site may also be measured or estimated and used to compensate for differences between different tissue types. Different tissues have different compositions, and therefore the amount of water in the tissue from one location or subject to another will change. An estimation of this

US 2016/0367173 A1

Dec. 22, 2016

3

volume may be determined based on age, gender, or other demographic information, or it may also be estimated through a pressure measurement.

[0016] According to an embodiment, a method of varying light emitted in a physiological sensor includes determining a temperature, a drive current, a forward voltage and a duty cycle. It is to be understood that each of these variables (temperature, drive current, forward voltage and duty cycle) may not need to be controlled to a constant value. Instead, each of these variables can be varied during measurement to achieve the purpose of varying the shape of light emitted in order to get the most information from the site. The method includes measuring a first indication of a physiological parameter. The method also includes altering at least one of the determined temperature, drive current, forward voltage, duty cycle, and shape of the emitter at a second time to cause the emitter to emit light at a second wavelength. The method further includes measuring a second indication of a physiological parameter. This method can be repeated as needed using different combinations of the variables to measure different indication(s) of a physiological parameter. Altering the determined temperature of the emitter can include using a circuitry-based temperature alteration device, which may include a Peltier device. Alternatively, the necessary temperature change can be obtained through the natural heat generated at the emitter device by the driving current and duty cycle according to the Joule's laws. In yet another embodiment, temperature control can be achieved passively using coupling fluid heated remotely to the desired temperature. In this embodiment, the fluid is dispensed to the measurement site area just prior to measurement and the site is brought into thermal equilibrium prior to measurement.

[0017] For purposes of summarizing the disclosure, certain aspects, advantages and novel features of the inventions have been described herein. It is to be understood that not necessarily all such advantages can be achieved in accordance with any particular embodiment of the inventions disclosed herein. Thus, the inventions disclosed herein can be embodied or carried out in a manner that achieves or optimizes one advantage or group of advantages as taught herein without necessarily achieving other advantages as can be taught or suggested herein.

BRIEF DESCRIPTION OF THE DRAWINGS

[0018] Throughout the drawings, reference numbers can be re-used to indicate correspondence between referenced elements. The drawings are provided to illustrate embodiments of the inventions described herein and not to limit the scope thereof.

[0019] FIG. 1 illustrates an embodiment of a physiological measurement system for non-invasively and invasively measuring blood analytes.

[0020] FIG. 2 illustrates a side view of an embodiment of a non-invasive sensor housing configured to measure a skin-fold pinch having a fixed distance between emitter(s) and detectors(s).

[0021] FIG. 3 illustrates a block diagram of an embodiment of a physiological measurements system.

[0022] FIG. 4 illustrates a schematic diagram of the current driver of an embodiment of a patient monitoring system.

[0023] FIG. 5 illustrates an example of a detector response based on wavelengths measured and temperature variations.

[0024] FIG. 6 illustrates a block diagram of an embodiment of a physiological measurement system configured to

perform high speed spectral sweep analysis with two different detectors sampling light from two different paths through the tissue.

[0025] FIG. 7 illustrates a signal processed by a low fidelity data collection board in which emitters are modulated to sweep through a range of wavelengths.

[0026] FIG. 8 illustrates a signal processed by a high fidelity, high speed data collection board in which emitters are modulated to sweep through a range of wavelengths.

[0027] FIG. 9 illustrates results from an implementation of the disclosed high speed spectral sweep analysis system.

[0028] FIGS. 10A-D illustrate zoomed-in results from an implementation of the disclosed high speed spectral sweep analysis system.

[0029] FIG. 11 illustrates correlation between a reference concentration of glucose in sample solutions and a predicted concentration of glucose as determined by the disclosed high speed spectral sweep analysis system.

[0030] FIG. 12 illustrates the sensor from FIG. 1 and FIG. 2 that has two different photodiodes sampling light from two different paths through the tissue.

[0031] FIG. 13 illustrates a cross-sectional view of the embodiment described in FIG. 12.

[0032] FIG. 14 illustrates a block diagram of an embodiment of a physiological measurement system configured to perform high speed spectral sweep analysis with a mechanical actuator that can adjust and control the sample tissue volume.

DETAILED DESCRIPTION

[0033] FIG. 1 illustrates an embodiment of a monitoring system 100 that advantageously provides relatively frequent non-invasive measurements of a blood and/or interstitial fluid parameter, such as, for example, glucose, interspersed with relatively infrequent invasive measurements of the parameter. The monitoring system 100 is capable of communicating with networks, such as by way of non-limiting examples, the Internet, a wide-area network, or a local-area network, via a cellular component, a Wi-Fi connection, a Bluetooth interface, or the like. The monitoring system 100 has a monitor 110, an optical sensor 120, a sensor cable 130 electrically and mechanically interconnecting the monitor 110 and sensor 120, and an optional monitor-integrated test strip reader 140 that accepts test strips 150 via a test strip slot 140. In an embodiment, the test strip reader measures blood glucose levels. In an embodiment, the monitoring system 100 individually calibrates the non-invasive optical sensor 120 measurements with intermittent test strip measurements to advantageously provide the accuracy of individualized test strip measurements at a much-reduced frequency of blood draws. Reduced blood draws is a substantial aid to persons who require frequent monitoring, for example in the case of monitoring blood glucose levels, to manage diabetes and related diseases. In an embodiment, the monitor 110 has a handheld housing including an integrated touch screen, or display 160 defining one or more input keys and providing a display of blood glucose levels among other features.

[0034] An optical sensor is described in detail with respect to U.S. patent application Ser. No. 13/646,659 titled Non-invasive Patient Assessment System and filed Oct. 5, 2012. A blood glucose monitor is described in detail with respect to U.S. patent application Ser. No. 13/308,461 titled Handheld Processing Device Including Medical Applications for Minimally and Non-invasive Glucose Measurements and

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 714 of 834   Page ID
#:20898

filed Nov. 30, 2011. Blood glucose monitors and sensors are described in detail with respect to U.S. patent application Ser. No. 13/449,307, titled Blood Analysis System, filed Apr. 17, 2012 and U.S. patent application Ser. No. 13/473,477, titled Personal Health Device, filed May 16, 2012. A blood glucose calibration system is described in detail with respect to U.S. patent application Ser. No. 13/726,539 titled Blood Glucose Calibration System and filed Dec. 24, 2012. All of the above referenced patent applications are assigned to Cercacor and incorporated by reference herein in their entireties.

[0035]   The monitor **110** can advantageously include electronic processing, signal processing, and data storage devices capable of receiving signal data from the sensor **120**, processing the signal data to determine one or more output measurement values indicative of one or more physiological parameters of a monitored patient, and displaying the measurement values, trends of the measurement values, combinations of measurement values, and the like.

[0036]   The cable **130** connecting the sensor **120** and the monitor **110** can be implemented using one or more wires, optical fiber, flex circuits, or the like. In some embodiments, the cable **130** can employ twisted pairs of conductors in order to minimize or reduce cross-talk of data transmitted from the sensor **120** to the monitor **110**. Various lengths of the cable **130** can be employed to allow for separation between the sensor **120** and the monitor **110**. The cable **130** can be fitted with a connector (male or female) on either end of the cable **130** so that the sensor **120** and the monitor **110** can be connected and disconnected from each other. Alternatively, the sensor **120** and the monitor **110** can be coupled together via a wireless communication link, such as an infrared link, radio frequency channel, or any other wireless communication protocol and channel.

[0037]   The monitor **110** can be attached to the patient. For example, the monitor **110** can include a belt clip or straps that facilitate attachment to a patient's belt, arm, leg, or the like. The monitor **110** can also include a fitting, slot, magnet, snap-click connector, or other connecting mechanism to allow the cable **130** and sensor **120** to be attached to the monitor **110**.

[0038]   The monitor **110** can also include other components, such as a speaker, power button, removable storage or memory (e.g., a flash card slot), an AC power port, and one or more network interfaces, such as a universal serial bus interface or an Ethernet port. For example, the monitor **110** can include a display **160** that can indicate a measurement of glucose, for example, in mg/dL. Other analytes and forms of display can also appear on the monitor **110**.

[0039]   In addition, although a single sensor **120** with a single monitor **110** is shown, different combinations of sensors and device pairings can be implemented. For example, multiple sensors can be provided for a plurality of differing patient types or measurement sites.

[0040]   In an alternative embodiment, the monitor **110** does not include a display or test strip reader. In such an embodiment, the monitor **110** is configured to wirelessly communicate with a user device, such as a smartphone. Alternatively the monitor can wirelessly communicate with a cloud-based computing network to upload data, download parameters, and post-process collected data if advantageously recommended or necessary. Measurements obtained by the monitor **110** are wirelessly communicated to the user device which is configured to receive and display the measurements and provide feedback to the user.

[0041]   FIG. **2** illustrates an embodiment of the non-invasive optical sensor **120** of FIG. **1**. The sensor **201** in the depicted embodiment is a hinged-clip type sensor that includes an enclosure **203** for receiving a skin-fold pinch (i.e., sample tissue) **202** of a patient. The enclosure **203** is formed by an upper section or emitter shell **204**, which is pivotably connected with a lower section or detector shell **206**. The emitter shell **204** can be biased with the detector shell **206** to close together around a pivot point **205** and thereby enclose sample tissue between the emitter and detector shells **204**, **206** at a measurement site.

[0042]   In an embodiment, the pivot point **205** advantageously includes a pivot capable of adjusting the relationship between the emitter and detector shells **204**, **206** to apply appropriate pressure to the skin-fold pinch **202** of the measurement site. In another embodiment, the sensor **201** includes a spring (not shown) that causes the pressure force to be distributed along the sample tissue **202**. The sensor includes a depth stop **208** which serves to define a fixed distance between the emitter shell **204** and the detector shell **206**, thereby defining a known path length between emitter(s) and detector(s).

[0043]   The pressure exerted by the spring can be controllably variable. In an embodiment, the spring pressure exerted on the skin-fold pinch **202** is taken into account during calculation of the measurement. For example, measurements taken by the optical sensor **201** are sensitive to pressure. The greater the pressure that is exerted on the skin-fold pinch **202**, the smaller the potential measured signal (which may also referred to as plethysmograph) becomes. With sufficient pressure, the sample tissue **202** can be occluded, and no plethysmograph will be detected. Spring pressure can also affect the shape of the plethysmograph and the physiological composition of the material affected by the pulse wave that generates the plethysmograph. For example, during glucose measurements, pressure applied by the spring can force glucose out and away from the sample tissue **202** in the measurement site. Thus, during measurement, a known spring pressure or effect on the sample tissue **202** in the measurement site can be taken into account to adjust the determined measurements. In some embodiments, spring pressure is predetermined at manufacture and encoded onto a memory device (not shown) in of the sensor **201**. In some embodiments, a pressure sensor or other type of sensor is used on the sensor **201** to determine a current pressure exerted by the spring. In some embodiments, a general estimate or compensation for spring pressure is used without measuring or otherwise determining specific spring pressure effects by each individual sensor **201**.

[0044]   The emitter shell **204** can position and house various emitter components of the sensor **201**. It can be constructed of reflective material (e.g., white silicone or plastic) and/or can be metallic or include metalized plastic (e.g., including carbon and aluminum) to possibly serve as a heat sink. The emitter shell **204** can also include absorbing opaque material, such as, for example, black or grey colored material, at various areas, such as on one or more flaps (not shown), to reduce access of ambient light entering the measurement site and the sensor **201**.

[0045]   The detector shell **206** can position and house one or more detector portions of the sensor **201**. The detector

5

shell **206** can be constructed of reflective material, such as white silicone or plastic. Such materials can increase the usable signal at a detector by forcing light back into the tissue and measurement site. The detector shell **206** can also include absorbing opaque material at various areas (not shown) to reduce ambient light entering the measurement site and the sensor **201**. The opaque material of the detector shell **206** may also serve the purpose of reducing light piping from the emitter **204** to the detector **206** and force all the light from the emitter to pass through the tissue sample.

[0046]   Care may be taken when physically coupling the surface of the skin **202** to the surface of the emitter shell **204** or detector shell **206**. In some embodiments a tissue shaper in the form of a cavity **203** is provided to permit the tissue sample to fill the space in an evenly distributed manner, without overlap of sample tissue **202**. In some embodiments a vacuum chamber (not shown) is used to help distribute the sample tissue **202** appropriately. The vacuum chamber can also provide a controlled amount of suction pressure to help achieve a proper distribution of blood and/or interstitial fluid within the sample tissue **202**.

[0047]   In certain embodiments, the optical properties of the sample tissue **202** can be stabilized by application of a coupling agent, such as, by way of non-limiting example, a perfluorinated liquid. One such perfluorinated liquid is known by the brand name Fluorinert™, manufactured by 3M Company, of St. Paul, Minn. A coupling agent reduces variations in surface reflection of the sample tissue **202**, thereby improving accuracy of the non-invasive measurement of the sample tissue **202**. An additional feature of the coupling agent is that it may provide temperature stabilization of the sample tissue **202**.

[0048]   FIG. **12** illustrates an embodiment of the non-invasive optical sensor **120** of FIG. **1**. The sensor **120** is similar to that described in FIG. **2** with the difference that FIG. **12** illustrates an embodiment with multiple photodiodes channels. The two photodiode channels, **1208**, **1210** are located at different heights from the emitters such that when the tissue fills the space between the emitter and detector it will create two distinct light paths that have different lengths. The height difference for the two photodiodes can be optimized at a height that doesn't stretch the skin too much, but allows for a maximum difference in heights. Stretching of the skin can cause scattering changes in the tissue which effects the optical signal detected. The ideal height difference would create minimal stretching in the skin, not have scattering transients during sensor placement and be repeatable for multiple sensor placements. The height difference between detectors would preferably be between 0.2 mm and 1 mm. The step between the two photodiode heights could be a right angle, but in a some embodiments it can be a 45 degree angle with rounded corners in order for the skin in the tissue sample to not get caught on a sharp edge. Other embodiments could include more of a curved surface than a straight surface. FIG. **12** depicts the two photodiodes **1208** and **1210** running from back to front of the sensor, but some embodiments can have the two photodiodes run transverse to the sensor head such that they both see similar parts of tissue. All other embodiments described for the sensor in FIG. **2** can still apply to the senor in FIG. **11**.

[0049]   FIG. **3** illustrates an example of a data collection system **300**, which can be embodied in the devices of FIGS. **1-2** and **12**. In certain embodiments, the data collection

system **300** non-invasively measures a blood and/or interstitial fluid analyte, such as, oxygen, carboxyhemoglobin, met-hemoglobin, total hemoglobin, glucose, proteins, lipids, a percentage thereof (e.g., saturation) or for measuring many other physiologically relevant patient characteristics, including other characteristics described herein. The system **300** can also measure additional blood and/or interstitial fluid analytes and/or other physiological parameters useful in determining a physiological state or trend of wellness of a patient.

[0050]   The data collection system **300** can be capable of measuring optical radiation from the measurement site. For example, in some embodiments, the data collection system **300** can employ photodiodes defined in terms of area. In an embodiment, the area is from about 0.25 mm²-5 mm² (or higher) that is capable of detecting about 100 nanoamps (nA) or less of current resulting from measured light at full scale. In addition to having its ordinary meaning, the phrase "at full scale" can mean light saturation of a photodiode amplifier (not shown) or the voltage swing across a region of the circuitry that is defined by its linear region within the limits of electrical analog and digital saturation. Of course, as would be understood by a person of skill in the art from the present disclosure, various other sizes and types of photodiodes can be used with the embodiments of the present disclosure with diverse capability of current detection.

[0051]   The data collection system **300** can measure a range of approximately about 1 nA to about 1000 nA full scale. The data collection system **300** can also include sensor front-ends that are capable of processing and amplifying current from the detector(s) at signal-to-noise ratios (SNRs) of about 100 decibels (dB) or more, such as about 120 dB in order provide sufficient signal quality to measure various desired analytes. The data collection system **300** can operate with a lower SNR if less accuracy and/or precision is desired for an analyte like glucose.

[0052]   The data collection system **300** can measure analyte concentrations, including glucose, at least in part by detecting light attenuated by sample tissue **302** at a measurement site. The sample tissue **302** can be at any location on a patient's body, such as a skin-fold pinch, the patient's purlicue (skin web between the thumb and index finger), ear lobe, nasal septum, finger, foot, or the like.

[0053]   In the depicted embodiment, the system **300** includes an optional tissue thickness adjuster or tissue shaper **305**, which can include one or more protrusions, bumps, lenses, vacuums, or other suitable tissue-shaping mechanisms. In certain embodiments, the tissue shaper **305** is a flat or substantially flat surface that can be positioned proximate the sample tissue **302** at the measurement site and that can apply sufficient pressure to cause the sample tissue **302** to be flat or substantially flat. In other embodiments, the tissue shaper **305** is a curved or substantially convex surface with respect to the measurement site. Many other configurations of the tissue shaper **305** are possible. Advantageously, in certain embodiments, the tissue shaper **305** reduces thickness of the sample tissue **302** at the measurement site while preventing or reducing occlusion. Reducing thickness of the sample tissue **302** can advantageously reduce the amount of attenuation of the emitted light because there is less tissue through which the light must

US 2016/0367173 A1

Dec. 22, 2016

6

travel. Shaping the tissue into a convex (or alternatively concave) surface can also provide more surface area from which light can be detected.

[0054] The embodiment of the data collection system **300** shown also includes an optional noise shield **303**. In an embodiment, the noise shield **303** can be advantageously adapted to reduce electromagnetic noise while increasing the transmittance of light from the sample tissue **302** to one or more detector(s) **306** (described below).

[0055] The data collection system **300** can include a sensor **301** (or multiple sensors) that is coupled to a processing device or physiological monitor **309**. In an embodiment, the sensor **301** and the monitor **309** are integrated together into a single unit. In another embodiment, the sensor **301** and the monitor **309** are separate from each other and communicate with one another in any suitable manner, such as via a wired or wireless connection. The sensor **301** and monitor **309** can be attachable and detachable from each other for the convenience of the user or caregiver, for ease of storage, for sterility issues, or the like. The sensor **301** and the monitor **309** will now be further described.

[0056] In the depicted embodiment shown in FIG. 3, the sensor **301** includes one or more emitters at a single or multiple locations **304**, a tissue shaper **305**, one or more detector(s) at a single or multiple locations **306**, and a front-end interface **308**. The emitters **304** can serve as the source of optical radiation transmitted towards a measurement site **302**. As will be described in further detail below, the emitters **304** can include one or more sources of optical radiation, such as LEDs (including, by way of non-limiting example, top-emitting LEDs, side-emitting LEDs, superluminescent LEDs), laser diodes, incandescent bulbs with appropriate frequency-selective filters, combinations of the same, or the like. In an embodiment, the emitters **304** include sets of optical sources that are capable of emitting visible and near-infrared optical radiation.

[0057] In some embodiments, the emitters **304** are used as a point optical source, and thus, the one or more optical sources of the emitters **304** can be located within a close distance to each other, such as within about 2 mm to about 4 mm from each other. The emitters **304** can be arranged in an array, such as is described in U.S. Publication No. 2006/0211924, filed Sep. 21, 2006, titled "Multiple Wavelength Sensor Emitters," the disclosure of which is hereby incorporated by reference in its entirety. In particular, the emitters **304** can be arranged at least in part as described in paragraphs [0061] through [0068] of the aforementioned publication, which paragraphs are hereby incorporated specifically by reference. Other relative spatial relationships can be used to arrange the emitters **304**.

[0058] The emitters **304** of the data collection system **300** can emit, in certain embodiments, combinations of optical radiation in various bands of interest. For example, in some embodiments, for analytes like glucose, the emitters **304** can emit optical radiation at three (3) or more wavelengths between about 1330 nm to about 1660 nm. Depending on the available technology of optical emitters and detectors, wavelength values up to 1700 nm or even 1800 nm can be used to improve the accuracy of an analyte. In particular, the emitters **304** can emit optical radiation at or about 1370 nm, about 1540 nm, about 1585 nm, and about 1610 nm. In some circumstances, the use of three wavelengths within about 1540 nm to about 1610 nm enables sufficient SNRs of about

100 dB, which can result in a measurement accuracy of about 10 mg/dL or better for analytes like glucose.

[0059] In other embodiments, the emitters **304** can use two (2) wavelengths within about 1540 nm to about 1610 nm, which can result in a measurement accuracy of about 20 mg/dL or better for analytes like glucose. Furthermore, in some embodiments, the emitters **304** can emit light at wavelengths above about 1670 nm. Measurements at these wavelengths can be advantageously used to compensate for or confirm the contribution of protein, water, and other non-hemoglobin species exhibited in measurements for analytes like glucose conducted between about 1540 nm and about 1610 nm. Of course, other wavelengths and combinations of wavelengths can be used to measure analytes and/or to distinguish other types of tissue, fluids, tissue properties, fluid properties, combinations of the same, or the like.

[0060] For example, the emitters **304** can emit optical radiation across other spectra for other analytes. In particular, the emitters **304** can employ light wavelengths to measure various blood analytes or percentages (e.g., saturation) thereof. For example, in one embodiment, the emitters **304** can emit optical radiation in the form of pulses at wavelengths about 905 nm, about 1050 nm, about 1200 nm, about 1300 nm, about 1330 nm, about 1610 nm, about 1640 nm, and about 1665 nm. In another embodiment, the emitters **304** can emit optical radiation ranging from about 860 nm to about 950 nm, about 950 nm to about 1100 nm, about 1100 nm to about 1270 nm, about 1250 nm to about 1350 nm, about 1300 nm to about 1360 nm, and about 1590 nm to about 1700 nm. Of course, the emitters **304** can transmit any of a variety or combination of wavelengths of ultra-violet, visible and near-infrared optical radiation.

[0061] Due to the different responses of analytes to the different wavelengths, certain embodiments of the data collection system **300** can advantageously use the measurements at these different wavelengths to improve the accuracy of measurements. For example, the measurements of water from visible and infrared light can be used to compensate for water absorbance that is exhibited in the near-infrared wavelengths.

[0062] As briefly described above, the emitters **304** can include sets of light-emitting diodes (LEDs) as their optical source. The emitters **304** can use one or more top-emitting LEDs. In particular, in some embodiments, the emitters **304** can include top-emitting LEDs emitting light at about 850 nm to about 1350 nm. The emitters **304** can also use superluminescent LEDs (SLEDs) or side-emitting LEDs. In some embodiments, the emitters **304** can employ SLEDs or side-emitting LEDs to emit optical radiation at about 1300 nm to about 1800 nm. Emitters **304** can use SLEDs or side-emitting LEDs to transmit near infrared optical radiation because these types of sources can transmit at high power or relatively high power, e.g., about 40 mW to about 150 mW. This higher power capability can be useful to compensate for or to overcome the greater attenuation of these wavelengths of light in tissue and water.

[0063] The data collection system **300** also includes a driver **311** that drives the emitters **304**. The driver **311** can be a circuit or the like that is controlled by the monitor **309**. For example, the driver **311** can provide pulses of current to the emitter **304**. In an embodiment, the driver **311** drives the emitters **304** in a progressive fashion, such as in an alternating manner. The driver **311** can drive the emitters **304**

7

with a series of pulses of about 1 milliwatt (mW) for some wavelengths that can penetrate tissue relatively well, and from about 40 mW to about 150 mW for other wavelengths that tend to be significantly absorbed in tissue. In an embodiment, an array of drivers can be used to drive multiple emitters at the same time at different duty cycles, different frequencies, and various current drives. As mentioned above, the current does not have to be a pulse or a series of pulses. For example a linear ramping, logarithmic or exponential current can be selected as the drive current during the cycles. A skilled artisan will appreciate that a wide variety of other driving powers and driving methodologies can be used in various embodiments.

[0064] The detector(s) 306 capture and measure light attenuated (or reflected) by the sample tissue 302 at the measurement site. For example, the detector(s) 306 can capture and measure light transmitted from the emitters 304 that has been attenuated or reflected from the sample tissue 302 in the measurement site. The detector(s) 306 can output a detector signal (which may also be referred to as measurement data) 307 responsive to the light captured or measured. The detector(s) 306 can be implemented using one or more photodiodes, phototransistors, or the like. The detector(s) can be placed within a defined location or sparsely placed over many locations. In an embodiment, the detector can include capabilities to detect light which is both transmitted through the tissue and reflected from the tissue. In an embodiment, the system uses measurements from both the transmitted and/or reflected light in the determination of physiological parameters. The system can also make a determination of which signal (transmitted through or reflected) provides the best signal and use that signal. Alternatively or in addition, the system can make a quality of signal determination for each of the transmitted through or reflected signals and use the quality information to weight the signals in order to determine a combined signal. The quality determination and combining of the signals can be performed at startup or throughout the measurement process.

[0065] The front end interface 308 provides an interface that adapts or conditions the output of the detector(s) 306, which is responsive to detected physiological parameters. For example, the front end interface 308 can adapt or condition a detector signal 307 received from one or more of the detector(s) 306 into a form that can be processed by the monitor 309, for example, by a signal processor 310 in the monitor 309. The front end interface 308 can have its components assembled in the sensor 301, in the monitor 309, in the connecting cabling 130 (if used), in combinations of the same, or the like. The location of the front end interface 308 can be chosen based on various factors including space desired for components, desired noise reductions or limits, desired heat reductions or limits, and the like.

[0066] The front end interface 308 can be coupled to the detector(s) 306 and to the signal processor 310 using a bus, wire, electrical or optical cable, flex circuit, or some other form of signal connection. The front end interface 308 can also be at least partially integrated with various components, such as the detector(s) 306. For example, part of the front end interface 308 can be built into the detector package while the remaining can be placed outside the detector package. The front end interface 308 can include one or more integrated circuits that are on the same circuit board as the detector(s) 306. Other configurations can also be used.

[0067] The front end interface 308 can be implemented using one or more amplifiers, such as transimpedance amplifiers (TIAs) that are coupled to one or more analog-to-digital converters (ADCs) (which can be in the monitor 309), such as a successive approximation register (SAR) ADC. A transimpedance-based front end interface 308 can employ single-ended circuitry, differential circuitry, and/or a hybrid configuration. A transimpedance-based front end interface 308 can be useful for its sampling rate capability and its freedom in modulation/demodulation algorithms. For example, this type of front end interface 308 can advantageously facilitate the sampling of the ADCs being synchronized with the pulses emitted from the emitters 304.

[0068] The ADC or ADCs can provide one or more outputs into multiple channels of digital information for processing by the signal processor 310 of the monitor 309. Each channel can correspond to a signal output from a detector 306.

[0069] In some embodiments, a programmable gain amplifier (PGA) can be used in combination with a transimpedance-based front end interface 308. For example, the output of a transimpedance-based front end interface 308 can be output to a PGA that is coupled with an ADC in the monitor 309. A PGA can be useful in order to provide another level of amplification and control of the stream of signals from the detector(s) 306. Alternatively, the PGA and ADC components can be integrated with the transimpedance-based front end interface 308 in the sensor 301.

[0070] In another embodiment, the front end interface 308 can be implemented using switched-capacitor circuits. A switched-capacitor-based front end interface 308 can be useful for, in certain embodiments, its resistor-free design and analog averaging properties. In addition, a switched-capacitor-based front end interface 308 can be useful because it can provide a digital signal to the signal processor 310 in the monitor 309.

[0071] As shown in FIG. 3, the monitor 309 can include the signal processor 310 and a user interface, such as a display 312. The monitor 309 can also include optional outputs alone or in combination with the display 312, such as a storage device 314 and a network interface 316. In an embodiment, the signal processor 310 includes processing logic that determines measurements for desired analytes, such as glucose, based on the signals received from the detector(s) 306. The signal processor 310 can be implemented using one or more microprocessors or subprocessors (e.g., cores), digital signal processors, application specific integrated circuits (ASICs), field programmable gate arrays (FPGAs), combinations of the same, and the like.

[0072] The signal processor 310 can provide various signals that control the operation of the sensor 301. For example, the signal processor 310 can provide emitter control signals to the driver 311. These control signals can be used to modulate the emitted wavelengths from the emitter(s) 304. As also shown, an optional memory 313 can be included in the front-end interface 308 and/or in the signal processor 310. This memory 313 can serve as a buffer or storage location for the front-end interface 308 and/or the signal processor 310, among other uses.

[0073] The user interface 312 can provide an output, e.g., on a display, for presentation to a user of the data collection system 300. The user interface 312 can be implemented as a touch-screen display, an LCD display, an organic LED display, or the like. In addition, the user interface 312 can be

US 2016/0367173 A1

Dec. 22, 2016

8

manipulated to allow for measurement on the non-dominant side of patient. For example, the user interface **312** can include a flip screen, a screen that can be moved from one side to another on the monitor **309**, or can include an ability to reorient its display indicia responsive to user input or device orientation. In alternative embodiments, the data collection system **300** can be provided without a user interface **312** and can simply provide an output signal to a separate display or system.

[0074] A storage device **314** and a network interface **316** represent other optional output connections that can be included in the monitor **309**. The storage device **314** can include any computer-readable medium, such as a memory device, hard disk storage, EEPROM, flash drive, or the like. The various software and/or firmware applications can be stored in the storage device **314**, which can be executed by the signal processor **310** or another processor of the monitor **309**. The network interface **316** can be a serial bus port (RS-232/RS-485), a Universal Serial Bus (USB) port, an Ethernet port, a wireless interface (e.g., Wi-Fi such as any 802.Ix interface, including an internal wireless card), or other suitable communication device(s) that allows the monitor **309** to communicate and share data with other devices. The monitor **309** can also include various other components not shown, such as a microprocessor, graphics processor, or controller to output the user interface **312**, to control data communications, to compute data trending, or to perform other operations.

[0075] Although not shown in the depicted embodiment, the data collection system **300** can include various other components or can be configured in different ways. For example, the sensor **301** can have both the emitter **304** and detector(s) **306** on the same side of the measurement site **302** and use reflectance to measure analytes. The data collection system **300** can also include a sensor that measures the power of light emitted from the emitter **304** by splitting the beam from the emitter **304** and directing to one of the photodiode channels **306** without passing the beam through the sample tissue **302**. The data collection system **300** can also include a sensor that measures light that has passed through a reference material in order to track wavelength shifts in the emitter **304**. Light that passes through the reference material will be attenuated in an known manner. Thus a change in wavelength will create a predictable change in real time. This will allow for real-time wavelength tracking that can be used to adjust for emitter variation and/or to determine whether the probe is accurate enough for use. One such reference material can be a cell filled with water. Another such reference material is didymium which has an absorption peak similar to water. Didymium's absorption peak is around 1490-1510 nm. If the reference material has an absorption that varies with temperature the temperature of the reference material can be monitored and used for compensation in an algorithm or the reference material can be controlled to a specified temperature.

[0076] FIG. 4 illustrates a block diagram of an embodiment of the system **400** illustrating further details of the devices of FIGS. 1-3. The system **400** includes an address controller **422**, a current controller **424**, and an address decoder **430**, among other components. The system **400** can function at least in part like one or more of the patient monitoring systems described in U.S. Pat. No. 8,688,183 (the '183 patent), such as with respect to at least FIGS. 4, 5, 7A, 7B, 8, and 9 of the '183 patent. The disclosure of the '183 patent is incorporated in its entirety by reference herein. In addition to the components of the patient monitoring systems described in the '183 patent, the system **400** includes an analog multiplexer (mux) **436**.

[0077] The components of the system **400** can advantageously enable use of addressing and an analog multiplexing. The addressing information can be used, in part, to limit or reduce a number of conductors that may be required for transmitting signals from, for example, the sensor **120** or the cable **130** to the monitor **110**. Accordingly, the potential of harmful crosstalk between conductors can be reduced as a result of fewer conductors. In addition, cables associated with the present disclosure may advantageously use fewer larger heavily shielded driver conductors, and therefore, may be less costly to produce and be less rigid or stiff and thus more ergonomic for a wearer of a sensor.

[0078] The address controller **422** and the current controller **424** can precisely control activation of the light source **434** in response to instructions (for instance, data, clock, and latch signals) from a processor **420**. Such control circuitry can be used to perform, for example, high speed spectral sweep analysis as described in more detail below. The address controller **422** can output an address, such as, for example, a binary number, to the decoder **430** via N conductors. The decoder **430** can decode the address received via the N conductors and identify particular LED(s) of the light source **434** to be connected to the current controller **424**. Once connected, current can flow through the particular LED, thereby activating it to irradiate tissue.

[0079] In an embodiment, one LED node may be energized at a time, and in further embodiments, time spacing or a gap can be provided between consecutive activations to guard against interference at the detector **306** by light of differing wavelengths. The gap, or no LED activation, can occur between activations of LEDs, and the gap can include one of the $2^N$ addressable locations such that an all-off condition is specifically addressable by the processor **420**.

[0080] The current controller **424** includes a digital-to-analog converter (DAC) **426** configured to convert digital signals from the processor **420** into analog output. The DAC **426** can control light saturation by allowing for the fine tuning of the output drive current. The DAC **426** can receive clock and data signals from the processor **420** and a latching signal dictating when the DAC should lock the data on the data signal and stabilize the output drive current.

[0081] The output of the DAC **426** is provided to a plurality of amplifiers **428** which, in an embodiment, can include precision voltage-to-current amplifiers (or transconductance amplifiers—TCA) that adjust output currents based on one or more input voltages. In this embodiment, the current controller **424** can output two different currents $i_1$ and $i_2$ via the plurality of amplifiers **428** according to, in some instances, the voltage output by the DAC **426** as well as an output signal from the analog mux **436**. The output of the plurality of amplifiers **428** can, in turn, be provided as the driving current to the LEDs of the light source **434**. FIG. 4 shows output current $i_1$ communicating with the nodes of a first group of LEDs, Group A, and the output current $i_2$ communicating with the nodes of a second group of LEDs, Group B. In one example, the output current $i_1$ may be about 0 to about 80 mA, while the output current $i_2$ may comprise about 0 to about 800 mA. An artisan will recognize that other embodiments may advantageously employ other currents and/or have more or less groups.

9

[0082] The address controller **422** can output the same address to the analog mux **436** via N conductors as was output to the decoder **430**. The address controller **422** can, for instance, output an address to the decoder **430** and the analog mux **436** in parallel with one another or at substantially the same time. The analog mux **436** can use the address received via the N conductors to identify an input of multiple inputs of the analog mux **436** that is associated with the address. For example, a received binary set of N bits can be identified as associated with a particular input of the analog mux **436** according to a mapping. In response to receiving the address from the address controller **422**, the analog mux **436** can connect the identified input of the analog mux **436** associated with the address to the output of the analog mux **436** to output a signal received via the identified input to the front-end interface **418** and the current controller **424**.

[0083] The decoder **430** and the analog mux **436** can furthermore have a common one-to-one mapping for a particular address to a particular LED of the light source **434**. When the decoder **430** may receive a particular address corresponding to activation of a particular LED of the light source **434**, the analog mux **436** can map the same particular address to an input of the analog mux **436** that may be connected to the drain of the LED of the same particular LED. Thus, when the decoder **430** activates the particular LED of the light source **434**, the analog mux **436** may function to pass the voltage associated with the activated LED to the front-end interface **418** and the current controller **424**. For example, if the address controller **422** outputs an address which the decoder **430** decodes to correspond to the output $D_2$, the decoder **430** can activate the output $D_2$ so that the corresponding LED of the light source **434** irradiates. At substantially the same time, the analog mux **436** can receive the same address and accordingly connect the input $A_0$ to the output of the analog mux **436**, so the analog mux **436** communicates the forward voltage $V_2$ of the irradiating LED to the front-end interface **418** and the plurality of amplifiers **428** of the current controller **424**. Information of the forward voltage of an activated LED can advantageously help to enhance the algorithms used to calculate the irradiated power and irradiated wavelength spectra, which will further be used to improve the accuracy of the measured analyte.

[0084] Of course, those skilled in the art will appreciate that the aforementioned methodology can be expanded using multiple address decoders, DACs and analog muxes to allow the multiple driving of multiple emitters at the same time. Furthermore, the availability of FPGAs (Field Programmable Gate Arrays) is making it possible to integrate multiple address decoder functionality into a single part. Also, FPGAs may be programmed to provide multiple shape/waveform of currents for the emitters.

[0085] The system **400** additionally or alternatively includes a temperature sensor **438**. The temperature sensor **438** can be used to measure the temperature near one or more of the LEDs of the light source **434** or for providing a measurement of the bulk temperature near the light source **434**. The temperature sensor **438** can provide a temperature signal responsive to the measured temperature to the front-end interface **418**. In an embodiment, the temperature sensor **438** can include multiple temperature sensors **436** positioned at different locations near the different LEDs of the light source **434**. The particular temperature sensor **438** may be closer to an activated LED of the light source **434** than another temperature sensor **438** of the multiple temperature

sensors **436** so that a more accurate temperature reading of the activated LED can be determined. The system can also include multiple temperature sensors to allow the temperature reading of the tissue sites, and detectors. Information of the temperature of an activated LED can advantageously help to enhance the algorithms used to correct for the irradiated power and irradiated wavelength spectra, which will further be used to improve the accuracy of the measured analyte.

[0086] The system **400** further includes a heat pump **440**. The heat pump **440** can be placed near one or more of the LEDs of the light source **434** and controlled by the processor **420** to remove, to add, or to control the heat near the light source **434**. The heat pump can also be used to control and change the temperature of the light source(s). In an embodiment, the heat pump **440** can be a Peltier pump or device. In another embodiment the heat pump **440** can be a passive heat sink. In another embodiment there could be no heat pump **440** in a case where it is desired for the temperature to sweep a large range in order to naturally sweep a large wavelength range. In an embodiment, the heat pump **440** can include multiple heat pumps disposed at different locations near the different LEDs of the light source **434**. The particular heat pump may be closer to an activated LED of the light source **434** so that more heat near the activated LED of the light source **434** can be controlled than if another heat pump of the multiple heat pumps were activated. In another embodiment, the decoder **430** itself can additionally or alternatively be used to control the heat pump **440**. Moreover, in some embodiments, one or more heat pumps can be disposed near one or more photodetectors **306** used to detect light irradiated by the light source **434**.

[0087] The front-end interface **418** can filter and pre-process received signals and output filtered and processed signals to the processor **420**. The front-end interface **418** may, for example, include one or more high-pass filters, analog line-drivers, programmable gain amplifiers (PGAs), analog-to-digital converters (ADCs), or the like for processing a voltage signal from the analog mux **436** or the temperature signal(s) from the temperature sensor(s) **438**.

[0088] While the processor **420** may receive the output filtered and processed signals from the front-end interface **418**, the processor **420** can use information from the received signals to control components of the system **400** and determine measurement values for one or more monitored parameters of a patient. In one example, the processor **420** can determine the forward voltage of an activated LED of the light source **434** to, for instance, control an emitted wavelength and power output of the activated LED. The processor **420** can also determine a temperature measured by the temperature sensor **438** to further refine this predicted centroid wavelength or wavelength distribution and power output of the activated LED. In addition, an estimated temperature of the activated LED can be compared, in some instances, to the temperature measured by the temperature sensor **438** to determine a difference between a bulk temperature and the temperature of the activated LED. The processor **420** can accordingly use this information to obtain more accurate and precise measurement values for the one or more monitored parameters. The relationships between an LED forward voltage, centroid wavelength, power output, junction temperature, duty cycle, and current are known to a skilled artisan and thus not described in herein. Example algorithms for determining measurement values can be

US 2016/0367173 A1

Dec. 22, 2016

10

found in U.S. Pat. No. 6,157,850 (the '850 patent). The disclosure relating to determination of measurements from sensor data in the disclosure of the '850 patent is incorporated in its entirety by reference herein.

[0089]  The output signal from the analog mux **436** can, in some embodiments, be used to control the currents $i_1$ and $i_2$ to vary the centroid wavelength (for example, by ±15 nm from a rated centroid wavelength) of an LED of the light source **424** so that the LED can irradiate tissue at different wavelengths of light.

[0090]  In yet another example, the processor **420** can control a bulk temperature or a temperature near an LED of the light source **434** using the heat pump **440**. The heat pump **440** can be used to maintain a constant temperature or achieve some desired temperature. Moreover, in some embodiments, the processor **420** can use the heat pump **442** to control a temperature near one or more photodiodes used to detect the light irradiated by an activated LED of the light source **434**.

[0091]  In some embodiments, for example in embodiments directed to implementing high speed spectral sweep analysis discussed in further detail below, the emitter **634** (e.g., LED) temperature, forward voltage and/or current are intentionally changed in order to change the wavelengths of light emitted by the emitters **434**. In an embodiment, a temperature, forward voltage and/or current of one or more emitters **434** is intentionally cycled in order to predictably change the wavelength of light emitted by the emitters **434**. For example, once the emitters **434** reach an initial known operational state, the temperature, forward voltage, and/or current of an emitter **434** can be intentionally changed to create a different operational state. This process can continue, cycling or sweeping the emitters **434** through different operational states. This process can be repeated during the course of measurement in order to make the emitters **434** irradiate light at different wavelengths and thus enabling collection of information about the sample tissue at different wavelengths. In some embodiments, temperatures are swept between about 15 degrees Celsius and about 45 degrees Celsius. In an embodiment, temperatures are swept between about 20 degrees Celsius and about 40 degrees Celsius. In some embodiments, the temperature of the emitters **434** is varied by altering the forward voltage, the drive current, the duty-cycle of the emitters **434**, or a combination of the above. In some embodiments the emitter **434** temperature is swept in an uncontrolled way by allowing the temperature to heat up naturally through the process of driving current through the LED.

[0092]  By varying emitter **434** temperatures and thereby causing the emitter **634** to sweep through a range of wavelengths, greater absorption information can be determined. For example, the information gained from sweeping the wavelengths can be used to characterize a slope of the absorption curve. This information can be used to obtain more accurate results. Emitter **434** temperature changes can also force emitted wavelengths to a predetermined, known centroid or interpolation point, reducing processing requirements and increasing accuracy. Additionally or alternatively, the act of sweeping emitter **434** temperatures effectively creates additional wavelengths without affecting path length or requiring a large number of emitters **434**. These additional wavelengths can be used in the calculation of the physiological parameters. SLED wavelengths can also be deconvolved such that the full wavelength information from the

SLED spectrum can be used rather than just a single average point (i.e., the SLED centroid wavelength), which will provide higher spectral resolution data. The deconvolution can be performed by characterizing the full spectral changes of a SLED at the drive current, duty cycle, and temperature that the SLED will be operated at and using this a priori spectral information to extract the full wavelength information during runtime.

[0093]  FIG. **5** illustrates generally a detection profile of an indium gallium arsenide (InGaAs) photodetector **306** based on wavelength and temperature. For certain wavelengths, for example around about 1500 nm, the detection profile is flat and detector **306** measurements are relatively unaffected by temperature shifts. However, for longer wavelengths beyond about 1520 nm, significant signal degradation can occur with temperature shifts. Thus, controlling the temperature of the detector **306**, particularly for certain wavelengths, can stabilize DC measurements to improve accuracy.

[0094]  Attention is now directed to embodiments of the present disclosure that are configured to perform high speed spectral sweep analysis to non-invasively predict, among other analytes, glucose in tissue. A spectrometer is disclosed that spans (or sweeps) specific wavelength regions and collects intensity data of light through tissue. The measured light intensity through the tissue ($I_T$) is divided by intensity fluctuations from the light source ($I_0$) to derive the sample tissue bulk absorbance ($Abs_T$). The relationship between these parameters can be expressed as:

$$\text{Transmittance} = \frac{I_T}{I_0} = 10^{-Abs_T} \qquad (1)$$

$$\text{Bulk Absorbance} = Abs_T = \text{LOG}_{10}\frac{I_0}{I_T} \qquad (2)$$

[0095]  Using empirical clinical data, an inverse model of the collected data at different blood glucose values can be created and used to predict glucose (or other analyte) values based on the measured tissue bulk absorbance ($Abs_T$) and other parameters collected by the high speed data collection system. Some other examples of parameters that can be used in the development of an inverse model include but are not limited to various measured temperatures (LED, tissue, ambient, photodiode, beam splitter, etc.) and absorbance of various reference materials measured real time. Such a model may be referred to as a "predictive calibration model." For illustration purposes, the present disclosure describes embodiments of systems, devices, and methods employing high speed spectral sweep analysis applied to a direct current (DC) measurement of glucose in tissue. However, one skilled in the art will recognize that the systems, devices, and methods disclosed herein can also be applied to alternating current (AC) measurements of glucose in tissue, as well as to other blood constituents.

[0096]  The disclosed systems, devices and methods for high speed spectral sweep analysis to non-invasively predict, among other things, glucose in tissue rely on careful control of the environment in which the data is collected. Informative spectral data can be obtained during the sweeping of specific wavelength regions of sample tissue. The spectral measurements are sensitive to sources of error, such as for example, fluctuations in power, temperature, and wavelength, among other things. Accordingly, systems,

11

devices and methods disclosed herein are used to monitor, control and/or adjust for, among other things, variations in emitter light source, emitter temperature, tissue temperature, and photodetector temperature to reduce or eliminate distortion in the collected spectral information that is reflective of blood constituents, such as, for example, glucose. Additionally, the disclosed high speed data collection systems, devices and methods are used to collect a larger quantity of spectral information than can be collected using lower speed, averaged data collection approaches. Tissue sample size is also controlled to reduce distortion and to increase the quantity of useful spectral information collected. Similarly, fixed distances between emitter and detector are implemented to secure useful spectral information. Accurate measurement and/or control of emitter temperature, tissue sample temperature, and photodetector temperature are also disclosed herein, again, to help secure the collection of valuable and useful spectral information reflective of blood constituents, such as glucose.

[0097]   FIG. 6 is a block diagram illustrating an embodiment of a data collection system 600 that can be configured to perform high speed spectral sweep analysis disclosed herein. In certain embodiments, the data collection system 600 non-invasively measures a blood analyte, such as, by way of non-limiting example, glucose. The data collection system 600 includes a sensor 601 configured to irradiate visible and/or infra-red light to a sample tissue 602 of a patient at a measurement site and then detect the optical radiation that is attenuated by the sample tissue 602. In some embodiments, optical radiation that is reflected by the sample tissue 602 can be detected. The sensor 601 includes one or more emitters 604 that generate the optical radiation, or light source 630. A thermal controller 620, which may also be referred to as a temperature regulation component, can be in thermal contact with the emitter 604 to monitor and/or control the thermal properties of the emitter 604 during operation. The thermal controller 620 can include a temperature sensor, such as for example, a thermistor, to measure the temperature of the emitter 604 during operation. The thermal controller 620 can also include a thermoelectric cooler (TEC), such as for example, a Peltier device, to lower the temperature of the emitter 604. However, one skilled in the art will recognize that the TEC can be electrically reversed to increase the temperature of the emitter. Therefore, through the use of an adequate electrical current, the emitter temperature can be fully and well controlled in a certain or desired range. A heat sink can be thermally coupled to a "hot end" of the TEC to dissipate heat. Thus, the thermal controller 620 serves as a circuitry based temperature alteration device. The thermal controller 620 communicates with a high speed data collection board/front end interface 608 to transmit temperature information of the emitter 604 to the high speed data collection board/front end interface 608. The temperature information can be transmitted to the signal processor 610, and the signal processor 610 can use the emitter 604 temperature information to adjust signal processing parameters to compensate for temperature variations of the emitter 604. According to an embodiment, the signal processor 610 is connected to the thermal controller 620 and therefore can transmit a thermal control signal 640 to the thermal controller 620 to regulate the temperature of the emitter 604 during operation. In some embodiments, regulation and control of the thermal controller 620 is performed by the high speed data collection

board/front end interface 608. In other embodiments, the signal processor and/or the high speed data collection board/front end interface 608 can control the thermal controller 620. Regulation of emitter 604 temperature can be used to vary (or sweep) the wavelength of the light source 630 at a desired rate or shape.

[0098]   Measurement of the emitter light source 630 within the emitter electronics package is performed to account for power changes to the optical radiation emitted by the emitter 604. Methods to obtain accurate measurement of the emitter light source 630 ($I_O$), including fluctuations thereto, are disclosed to help derive a sample tissue bulk absorbance ($Abs_T$) that is useful in predicting, for example, the glucose level of the sampled tissue. The light source 630 emitted from the emitter 604 is directed to a splitter 622. The splitter 622 splits the emitted light source 630 into a plurality of beams. For the purpose of this disclosure, it splits the light into a first beam 632, into a second beam 634 and into a third beam 638. The first beam 632 comprises a portion of the light source 630 that is emitted from the emitter 604 and used to irradiate the sample tissue 602 of the patient. The second beam 634 comprises a fractional portion of the light source 630 that is directed to a detector 624 configured to measure the fractional portion of the light source 630 for use in determining intensity fluctuations from the light source ($I_O$), which in turn, is used to derive the bulk absorbance ($Abs_T$) of the sample tissue 602. The third beam 638 comprises a fractional portion of the light source 630 that is directed to a reference absorption material 648 and to a detector 628 configured to measure the fractional portion of the light source 630 for use in determining spectral content of light source (fret), which in turn, is used to derive the bulk absorbance ($Abs_T$) of the sample tissue 602. The reference absorption material 648 shall have a known absorption profile. The ideal reference absorption material 648 shall be stable over time such that it does not shift with wavelength or with absorption. One example of a reference absorption material is water sealed in a cuvette. The advantage of water is that it has a similar absorption profile to the tissue sample site which gives it an advantage to be able to capture real-time wavelength changes. Another example of a reference absorption material 648 is didymium oxide glass. Other materials, including other rare earth oxide glass materials may be used as the reference absorption material 648. The reference absorption material 648 may also comprise a plastic such as polystyrene, polycarbonate, or an acrylic.

[0099]   In some embodiments, the emitter light source detector 624 is optically coupled to the emitter 604 to help prevent dissipation of, or interference from other light sources with, the second beam 634. In an embodiment, optical grade polytetrafluoroethylene (PTFE), also known by the brand name Teflon™, is used to mix, attenuate, and optically couple the emitter light source detector 624 to the emitter 604. Optical grade PTFE possesses optical properties that remain constant over a wide range of wavelengths, spanning from the ultraviolet to the near infrared wavelengths. When transmitting optical radiation in this range of wavelengths, the relation of PTFE's regular transmittance to diffuse transmittance is negligible, thereby serving as an optical coupler that can transmit optical radiation with minimal loss, distortion, or interference. Thus, optical grade PTFE is a suitable material to couple the fractional portion of the light source 630 from the emitter 604 to the emitter

12

light source detector **624**, which may be optically shielded to prevent losses or distortion.

[0100]   In an embodiment the emitter light source detector **624**, such as a photodiode, is optically coupled to the emitter **604** to measure the light generated by the emitter **604**. The emitter light source photodetector **624** is configured to sample a predetermined fraction of the light that will enter the sample tissue. The fractional portion of the emitted light that is measured by the emitter light source photodetector **624** is a complete, scaled representation of the light delivered to the sample tissue **602**, having a power and wavelength distribution, such that the ratio of

$$\frac{I_T}{I_0}$$

should not change with fluctuations in light source power due to temperature, drive current, duty cycle, or the like. The emitter light source photodetector **628** is configured to sample a predetermined fraction of the irradiated light that is directed to a reference spectral sample **648**. The fractional portion of the light that is measured by the photodetector **628** is an attenuated portion of the light delivered to the sample tissue **602**, having power and wavelength distribution attenuated by the reference sample **648** such that the ratio of

$$\frac{I_{REF}}{I_0}$$

should take into account the spectral information caused by the intentional changes in source temperature, drive current, duty cycle, or the like. In another embodiment there can be more than one reference sample **648** and photodetector reference channels **628**. A specific example would be one reference sample that is a pure water filled cuvette and another reference sample that is a cuvette filled with water and a predetermined concentration of glucose.

[0101]   Accordingly, the measured emitter light source ($I_0$) **650** and the measured light intensity transmitted through the tissue ($I_T$) **652** and **653** should change in the same proportion as do the power or wavelength fluctuations of the emitted optical radiation **630**. Similarly, the emitted light source (Iref) **658** should also change based on the spectral response of the filter **648**. In an embodiment, the first beam **632** comprises ninety-nine percent of the emitted light source **630**, and the second beam **634** and the third beam **638** comprise one percent of the emitted light source **630**. Of course, a skilled artisan will appreciate that other percentages may be used without departing from the teaching of the present disclosure.

[0102]   The sample tissue **602** may also be in thermal communication with a thermal controller **626** to monitor and/or regulate the temperature of the sample tissue **602** during measurement. As described above, the thermal controller can comprise a temperature sensor, a TEC, and a heat sink. As illustrated in FIG. **6**, the thermal controller **626** is connected to the high speed data collection board/front end interface **608** which is configured to receive signals from the various components of the sensor **601**, process (or pre-process) the signals, and transmit the processed (or pre-processed) signals to the signal processor **610**. The signal

processor **610** can use sample tissue **602** temperature information to adjust signal processing parameters to compensate for temperature variations in the sample tissue **602**. In some embodiments, the signal processor **610** is connected to the thermal controller **626** and therefore can transmit a thermal control signal **642** to the thermal controller **626** to regulate the temperature of the sample tissue **602** during operation. In other embodiments, control of the thermal controller is performed by the high speed data collection board/front end interface **608**. In other embodiments, the signal processor and/or the high speed data collection board/front end interface **608** can control the thermal controller **626**. In another embodiment the reference sample **648** can have an independent thermal controller (not shown) to control the reference sample to a fixed temperature or to match the temperature of the sample tissue **602**. The sensor can also be designed in a way to couple the reference material and the sample tissue such that they have the same or similar temperatures.

[0103]   The first beam **632**, directed at the sample tissue **602**, is attenuated by the sample tissue **602**. The attenuated light **636** and **637** are detected by multiple tissue light detectors **606** and **607** which measure the light intensity through the tissue ($I_{T1}$ and $I_{T2}$), corresponding to the attenuated light **636** and **637**. In some embodiments, the tissue light detectors **606** and **607** are placed at different locations in order to create different tissue paths that the light **636** and **637** pass through. In some embodiments, the tissue light detector **606** or **607** measures light that is reflected from the sample tissue **602**. The tissue light detectors **606** and **607** are connected to the high speed data collection board/front end interface **608** which is configured to receive signals from the various components of the sensor **601**, process (or pre-process) the signals, and transmit the processed (or pre-processed) signals to the signal processor **610**.

[0104]   The high speed data collection board/front end interface **608** is configured to support high speed spectral sweep analysis for non-invasive measurement and prediction of blood constituents, such as, for example, glucose. According to an implementation, a fully differential path is implemented using, for example, a transimpedance amplifier to reduce near field crosstalk and to provide immunity from noise. The high speed data collection board/front-end interface **608** is simplified (as compared to other embodiments previously described) by removing certain stages included in other embodiments of the front end interface. For example, a programmable gain amplifier (PGA) stage can be eliminated, a high pass filter stage can be eliminated, and a single-ended to differential-ended stage can be eliminated. A field programmable gate array (or similar type of device) can be used to implement a multi-stream, high-throughput serial bus to support the high speed data collection to implement the methods of high speed spectral sweep analysis disclosed herein. Moreover, high accuracy, successive approximation register ADCs can be used (as opposed to other types of ADCs) to reduce or to substantially eliminate ringing effects during spectral sweeping. A person skilled in the art may recognize that the herein described ringing is frequently observed on data processed by digital filters such as, for example, a FIR filter.

[0105]   The data collection system **600** also includes a monitor **609** comprising the signal processor **610**, a user interface connected to the signal processor, a storage device **614** and a network interface device **616**, which are connected to the signal processor **610**. As shown in FIG. **6**, the

US 2016/0367173 A1                                                                                                    Dec. 22, 2016

13

monitor **609** can include the signal processor **610** and a user interface, such as a display **612**. The monitor **609** can also include optional outputs alone or in combination with the display **612**, such as a storage device **614** and a network interface **616**. In an embodiment, the signal processor **610** includes processing logic that determines measurements for desired analytes, such as glucose, based on the signals received from the detectors **606**, **624**. The signal processor **610** can be implemented using one or more microprocessors or subprocessors (e.g., cores), digital signal processors, application specific integrated circuits (ASICs), field programmable gate arrays (FPGAs), combinations of the same, and the like.

[0106] Wavelength sweeping can be performed, among other methods, by controlling and/or changing the temperature of the emitter **604**, by controlling and/or changing the current delivered to the emitter **604**, by controlling and/or changing the duty cycle of the signal that drives the emitter **604**, and in some instances, by allowing the temperature of the emitter **604** to fluctuate freely. Some embodiments of the disclosed high speed spectral sweep analysis systems, devices, and methods include the use of at least one emitter **604** capable of emitting wavelengths that are useful in detecting blood constituents, such as, for example, glucose. The emitter **604** serves as the source of optical radiation transmitted toward the measurement site. The emitter **604** can include one or more sources of optical radiation, such as light-emitting diodes ("LEDs") including, by way of non-limiting example, top-emitting LEDs, side-emitting LEDs, super-luminescent LEDs ("SLEDs"), laser diodes, incandescent bulbs with appropriate frequency-selective filters, combinations of the same, or the like. In an embodiment, the emitter **604** includes sets of optical sources **604** that are capable of emitting visible and near-infrared optical radiation. Each emitter **604** is manufactured to emit optical radiation at a specific centroid wavelength, within certain tolerances. However, in practical implementation the wavelength emitted by an emitter **604** can fluctuate based on, for example, variations in the temperature of the emitter **604**, the amount of current supplied to the emitter **604**, and the duty cycle (i.e., the percentage of time within a period that a signal is active) of the signal that drives the emitter **604**. By controlling these parameters, among others, the systems, devices and methods disclosed herein can cause the emitter **604** to sweep through a range of wavelengths to support collection of valuable spectral information.

[0107] Wavelength sweeping can be implemented by controlling the temperature of the emitter(s) **604** to intentionally vary the wavelength of optical radiation **630** emitted from the emitter(s) **604**. In an embodiment, the thermal controller **620** comprising a thermoelectric cooler can be used to help perform such temperature control. The principle of thermoelectric cooling, based on the Peltier effect (also known generally as the thermoelectric effect), creates heat flux at a junction between two different types of materials. A Peltier device, which may function as a cooler, a heater, or a thermoelectric heat pump, is a solid state device configured to transfer thermal energy from one side of the device to the other side of the device, with the consumption of electrical energy, depending on the direction of the applied current. A Peltier device may also be referred to as a Peltier heat pump, a solid state refrigerator, or a thermoelectric cooler (TEC). A Peltier device can be used for heating, cooling or as a temperature controller that both heats and cools. However,

the most commonly used application of Peltier devices is for cooling. Advantages of Peltier devices include the ability to control temperatures to within fractions of a degree, controllability by varying input voltage or current, lack of moving parts, lack of circulating liquid (e.g., a refrigerant), long life, high reliability, flexible shape and form factors, and small size. In operation as a thermoelectric cooler a voltage is applied across the device which leads to a difference in temperature between the two sides of the TEC. As DC current flows through the device, heat is transferred from one side of the device to the other. Thus one side becomes cooler while the other side becomes hotter. The hotter side of the device can be attached to a heat sink to dissipate some of the generated heat and maintain the "hot side" of the device at a desired temperature, such as, for example, ambient temperature. The cooler side of the device can be maintained below ambient temperature.

[0108] Variation of the drive current **654** delivered to an emitter **604** can also cause the emitter **604** to sweep through a range of wavelengths. The signal processor **610** can control the current controller, or driver **611**, to vary the current delivered to the emitter **604** in a manner such that the emitter **604** sweeps through a desired range of wavelengths, by way of non-limiting example, by changing the current in a linear fashion or other types of waveforms. In some embodiments the signal processor **610** can vary the duty cycle of the signal **654** that drives the emitter **604** in a manner to cause the light source **604** to sweep through a desired range of wavelengths. In some embodiments the emitter **604** is a SLED. The emitter **604** may also be allowed to sweep through a range of wavelengths based on the naturally-occurring changes in temperature of the emitter **604**. Additionally, control of the emitter's **604** natural heating and cooling times can be modified by changing heat sinking properties of the electronics package in which the emitter **604** is implemented.

[0109] In an embodiment configured to predict glucose levels, a wavelength range from approximately 1300 nm to approximately 1650 nm is used. This wavelength range can be spanned, or swept, by selecting a number of distinct wavelengths to separate glucose from water. In an embodiment, three distinct wavelengths are selected, and in an embodiment four distinct wavelengths are selected. One skilled in the art will appreciate that different numbers of distinct wavelengths may be used without departing from the teaching of the present description. In an embodiment, the distinct wavelengths can be used to measure and correct for fluctuations of temperature in the sample tissue **602** being measured. In an embodiment configured to predict glucose levels, a wavelength range of approximately 1330 nm to approximately 1400 nm may be used. This wavelength range can be spanned by a single emitter **604**, such as, for example, a super-luminescent LED. Additionally, this wavelength range can be used to correct for scattering and temperature fluctuations in the tissue being measured. In an embodiment, a wavelength range of approximately 500 nm to approximately 1750 nm may be used to measure constituents of blood, such as, by way of non-limiting example, various hemoglobin constituents, cholesterol, lipids, and the like.

[0110] Systems, devices and methods directed at collecting data at high speeds (as compared to relatively lower speed, averaged data collection methods frequently used in pulse oximetry systems) are used to capture spectral information that is useful in predicting, for example, glucose

14

levels in tissue. Emitters **604** are typically modulated at a duty cycle of approximately ten percent, though it is understood that various other duty cycles can be used. During the time that the emitter **604** is active (i.e., emitting light), the junction temperature of the emitter **604** increases. The temperature increase causes a power drop and a red shift of wavelength, which may be referred to as a "high speed crown." A spectral sweep occurs during the high speed crown which provides valuable spectral information that is useful in determining constituents in tissue, such as for example, glucose. A skilled artisan will appreciate that "red shift" means an increase in the wavelength, while a "blue shift" means a decrease in the wavelength of emitted light.

[0111] A challenge in the signal processing of high speed crowns is that noise in the form of ringing can be present. Such ringing-based noise can prevent successful extraction of the valuable spectral information contained in the high speed crown. The ringing is an inherent property of certain analog-to-digital converters (ADCs) commonly used in processing the collected high speed crown data, such as, for example, sigma-delta ADCs and oversampling type ADCs, to name a few. FIG. **7** illustrates examples of noise caused by ringing. As shown, the effect of ringing distorts the spectral information that is useful in determining constituents in blood.

[0112] It is possible to substantially reduce or effectively eliminate this ringing phenomenon by using high-accuracy, successive approximation register (SAR) ADCs to acquire raw high speed crown data. FIG. **8** illustrates examples of high speed crowns acquired by a high accuracy SAR ADC. As shown, the signals processed using a high-accuracy SAR ADC eliminate the distortion caused by ringing, thereby making it possible to obtain the valuable spectral information in the high speed crowns for use in determining constituents in blood, such as glucose. High speed crowns of a given LED can be used to calculate a tissue absorption segment over the spectral sweep that occurs in the crown by using equation 2 above. The tissue absorption segments can be combined from different crowns into tissue absorption bands. An example of tissue absorption bands for three SLEDs is provided in FIG. **9**. Further deconvolution of multiple LED spectra can be performed in order to capture a full wavelength, high resolution tissue absorption profile by using a priori information of an LED's full spectrum characterized at different currents, duty cycles and temperatures.

[0113] In the present disclosure, the size of the sample tissue **602** is also controlled to reduce distortion and to increase the quantity of useful spectral information collected. Similarly, a fixed distance between emitter **604** and detector **606** is implemented to secure useful spectral information. According to certain embodiments for measuring glucose, the sample tissue **602** contains interstitial fluid which can have varying amounts of glucose to be measured.

[0114] Interstitial fluid comprises a thin layer of fluid that surrounds the cells of a body. In humans, interstitial fluid makes up approximately forty percent of the water in the body and thus accounts for approximately one-sixth of a human's body weight. Interstitial fluid serves as a source of fuel for cells, comprising glucose, salt, fatty acids, and minerals including calcium, magnesium, and potassium. Blood capillaries provide the nutrients to the interstitial fluid. Accordingly, levels of a blood constituent, such as glucose, in interstitial fluid can reflect (with an acceptable

degree of accuracy) levels of that constituent in blood. In certain embodiments of the present disclosure, skin is used as the sample tissue **602** on which measurements are taken.

[0115] To reduce variability of measurements, thickness of the sample tissue **602** is controlled in a manner such that the distance between the emitter **604** and the detectors **606** and **607** is fixed. In some embodiments, the thickness of the sample tissue **602** can be controlled to have different distances between the emitter **604** and the different detectors **606** and **607**. In some embodiments, in order to have the sample tissue **602** fit within the fixed distance between the emitter **604** and the detectors **606** and **607** without stretching or deforming the tissue in an undesirable way an application of a coupling agent, such as, by way of non-limiting example, a perfluorinated liquid. In some embodiments, the webbing between a subject's thumb and index finger is used as the sample tissue **602**. In some embodiments, a skin-fold pinch, which may be collected anywhere on the patient's body, comprises the sample tissue **602**. A skilled artisan will appreciate that many other portions of a subject's body may serve as sources of sample tissue **602** without departing from the teachings of the present disclosure. A skilled artisan will also appreciate that many more detectors placed at different locations can be used without departing from the teachings of the present disclosure.

[0116] Referring again to FIG. **6**, in some embodiments, the temperature of the sample tissue **602** is controlled and/or compensated for during non-invasive measurement. Water absorption of optical radiation increases significantly at a wavelength of 1450 nm. However, as the temperature of water increases, the absorption wavelength decreases (i.e., blue shifts). As discussed above, to predict glucose levels, a wavelength range from approximately 1300 nm to approximately 1650 nm may be used. Thus, the absorbance of interstitial fluid (comprising mostly of water) in the sample tissue **602** drops as its temperature increases. To compensate for variability in tissue temperature a thermometer (or other temperature sensor known in the art) may be used to determine the sample tissue **602** temperature during measurement by the sensor **601**. In an embodiment the temperature sensor is included in the thermal controller **626**. Additionally, temperature modeling may be used to determine average sample tissue **602** temperatures or a distribution of sample tissue temperatures through the sample tissue volume. The temperature information can be used to adjust for changes in absorbance of the interstitial fluid to help determine a more accurate measurement of the sample tissue **602** bulk absorbance. In other embodiments, the thermal controller **626** which may comprise passive or active temperature control structures, may be used to control the sample tissue **602** temperature. For example, a TEC coupled to a heat sink can be used to regulate the temperature of the sample tissue **602**. In some instances, the sample tissue **602** temperate can be regulated to within 1 degree Celsius. In some embodiments, a temperature sensor is configured to measure the sample tissue **602** temperature during sensor **601** operation. The predictive calibration model can be based on variable tissue temperature (as measured by the sample tissue **602** temperature sensor) to compensate for water absorbance changes due to temperature fluctuations.

[0117] Changes in temperature of detectors **606**, **607**, **624**, **628** (e.g., photodiodes) can degrade the integrity of signals used to measure blood constituents. The present disclosure provides systems, devices and methods for controlling and/

US 2016/0367173 A1

Dec. 22, 2016

15

or compensating for fluctuations of temperature of detectors **606**, **607**, **624**, **628** employed during non-invasive sample tissue measurements. In some embodiments, thermistors (or other temperature sensors) can be coupled to the photodetectors **606**, **607**, **624**, **628** to monitor and/or correct for photodiode temperature variation. In some embodiments, a thermal controller **620**, **626**, comprising a temperature sensor, a thermoelectric cooler, and a heat sink, may be used to regulate photodiode **606**, **607**, **624**, **628** temperature(s) to within one-tenth or less of a degree Celsius.

[0118]   In an embodiment, a TEC (not shown) is provided to control the temperature of the photodetectors **606**, **607**, **624**, **628**. In an embodiment, an integrating sphere having port holes through which emitted light **630** can be transmitted can be used as the beam splitter. The integrating sphere can be coated with a diffuse material such as Spectralon, optical PTFE or diffuse gold to improve the mixing of the light. Other diffuse coatings that have a flat spectral response can be used as well. The emitted light **630** is directed through a first portal into the integrating sphere. The integrating sphere acting as the beam splitter splits the emitted light **630**, allowing a fraction of the emitted light **634** to transmit into an optical coupler that is coupled directly to the emitter light source photodetector **624**. The emitter light source photodetector **624** is optically shielded to avoid dissipation of, and interference with, the fractional portion of the emitted light **634** that is directed to the photodetector **624**. The emitter light source photodetector **624** is also thermally shielded to minimize susceptibility to thermal fluctuations which might affect the accuracy of the photodetector's **624** measurements. Similarly, a fraction of the emitted light is directed to the detector **628** which is coupled to a reference absorption material **648**. The remainder of the emitted light **632** is directed to the sample tissue **602** through a second portal of the integrating sphere **660**. In an embodiment, the beam splitter **622** passes 99% of the emitted light **630** to the sample tissue **602**, and it passes 1% of the emitted light **630** to the emitter light source photodetectors **624**, **628**. A skilled artisan will understand and appreciate that other proportions of the emitted light can be split between the emitted light source photodetectors **624**, **628** and the sample tissue **602**.

[0119]   In an embodiment, rather than controlling the thickness of the sample tissue **602** the absorbance of the Sample Tissue **1402** can be controlled. FIG. **14** illustrates a possible way to control absorbance of the Sample Tissue **1402**. Using an actuator to control the distance between the Emitter **1404** and the tissue Detector **1206** the Sample Tissue **1402** thickness can be adjusted. As the actuator closes the absorbance of the Sample Tissue **1402** will decrease. In order to make the Sample Tissue thickness increase negative pressure can be applied to both sides of the Sample Tissue such that the interface at both sides is pulled into a tissue receptacle **1403** and **1405**. As the actuator opens the Sample Tissue thickness will increase and pull water into the tissue volume and therefore the absorbance will increase. By using the actuator with the vacuum the system can adjust to hold the water volume (or absorbance) in the Sample Tissue constant over time and from measurement to measurement. This can allow for improved placement repeatability and a more controlled data set when generating a calibration curve. The actuator control can also be used to change the thickness of the tissue in a controlled way in order to collect optical data at multiple Sample Tissue thicknesses.

[0120]   FIG. **9** illustrates results from an implementation of the disclosed high speed spectral sweep analysis system which was implemented to measure sample solutions (representing sample tissue **602**) of having varying concentrations of glucose in water. A thermal controller **620**, controlled by the high speed data collection board **606**, was thermally coupled to SLED emitters **604** to vary the temperature of the SLED emitters **604** during operation. A second thermal controller **626**, controlled by the high speed data collection board **606**, was thermally coupled to the sample solution (representing sample tissue **602**) to maintain the sample solution's to a known temperature e.g., at 24° C. A temperature sensor was connected to the photodetector **606** measuring light attenuated by the sample solution to monitor temperature fluctuations of the detector **606**. Control of the temperature of the photodetectors **606**, **624** was performed by placing the entire sensor **601** including the photodetectors **606**, **624** in an environmental chamber (not shown) configured to maintain a controlled ambient temperature of e.g. 24° C. The measured light intensity through the tissue ($I_T$) was measured by the photodetector **606**, while the light intensity from the SLED emitters **604** ($I_O$) was measured by the photodetector **624**. The distance between the emitter **604** and the detector **606** was known and fixed. The sample solutions were randomized to have differing concentrations of glucose ranging from 0 to 600 mg/dL each day, and the system operated for four consecutive days (after three days used for training). Based on the provided measurements, the signal processor **606** determined the bulk absorbance ($Abs_T$) of the sample solution.

[0121]   As illustrated in FIG. **9**, the three SLED emitters **604** discontinuously spanned a wavelength range between 1520 nm and 1615 nm. By varying driver current to, and temperature of, the SLED emitters, the emitted wavelengths were varied, thereby providing a sweep of wavelengths to provide spectral information to be analyzed by the disclosed system. In particular, a first emitter **604** configured to emit light at a wavelength of 1540 nm swept an approximate range of wavelengths between 1520 nm and 1550 nm. A second emitter **604** configured to emit light at a wavelength of 1585 nm swept an approximate range of wavelengths between 1576 nm and 1582 nm. A third emitter **604** configured to emit light at a wavelength of 1605 nm swept an approximate range of wavelengths between 1588 nm and 1615 nm. The sweeps were implemented by adjusting the drive current for each emitter to three discrete levels (700 mA, 450 mA, and 200 mA), and by adjusting the temperature of each emitter **604** to three discrete temperatures (24° C., 30° C., and 36° C.), yielding nine separate emitted wavelengths for each of the three emitters, comprising a total of twenty-seven measurements. The values plotted in FIG. **9** reflect the derived bulk absorbance ($Abs_T$) for each of the twenty-seven measurements. Below the plotted values is a curve **1202** representing the absolute water spectrum obtained by use of a benchtop spectrophotometer system, generated for purposes of comparison. The plotted values, generated by the disclosed high speed spectral sweep analysis correlate with the curve **1202**, demonstrating validity of the disclosed high speed spectral sweep analysis systems, devices and methods for determining bulk absorbance of a sample tissue.

[0122]   As previously described with respect to FIG. **8**, signals processed using a high-accuracy SAR ADC eliminate the distortion caused by ringing, thereby making it

16

possible to obtain the valuable spectral information in the high speed crowns for use in determining constituents in blood, such as glucose. High speed crowns of a given LED can be used to calculate a tissue absorption segment over the spectral sweep that occurs in the crown by using equation 2 above. The tissue absorption segments can be combined from different crowns into tissue absorption bands. An example of tissue absorption bands for three SLEDs is provided in FIG. **9**. Further deconvolution of multiple LED spectra can be performed in order to capture a full wavelength, high resolution tissue absorption profile by using a priori information of an LED's full spectrum characterized at different currents, duty cycles and temperatures.

[0123] FIG. **10**A illustrates the averaged wavelengths of overlapped data (i.e., data collected on multiple days having differing concentrations of glucose ranging from 0 to 600 mg/dL) corresponding to the discontinuously swept wavelength ranges between 1520 nm and 1615 nm of FIG. **9**. In particular, the overlapped data reflects measurements of the different sample solutions (representing sample tissue **602**) having varying concentrations of glucose. The graphed data of FIG. **10**A exhibit sensitivity to glucose as the detected concentrations of glucose correspond to the various concentrations of glucose of the sample solutions. FIGS. **10**B-D present enlarged portions of the data presented in FIG. **10**A. In particular, FIG. **10**B illustrates an enlarged portion of the graph depicted in FIG. **10**A, centered around the wavelength of 1540 nm; FIG. **10**C illustrates an enlarged portion of the graph depicted in FIG. **10**A, centered around the wavelength of 1585 nm; and FIG. **10**C illustrates an enlarged portion of the graph depicted in FIG. **10**A, centered around the wavelength of 1605 nm. As can be seen more clearly in the enlarged portions depicted in FIGS. **10**B-D, the plotted lines illustrate sensitivity to glucose. FIG. **11** illustrates correlation between the reference concentration of glucose in solution (on the x-axis) and the predicted concentration as determined by the disclosed high speed spectral sweep analysis systems, devices and methods (on the y-axis). The average root mean square deviation is 14 mg/dL, corresponding to acceptable measurement accuracy levels for analytes like glucose.

[0124] FIG. **13** is a cross-sectional view of an embodiment described in FIG. **12** where the two photodiode channels are oriented transverse to the sensor head and are placed on sample tissue opposite the emitter(s) **1301** and at two distinct distances $d_1$ **1321** and $d_2$ **1322**. The detectors **1311** and **1312** receive signals $I_{T1}$ and $I_{T2}$ respectively. The tissue sample can be separated into multiple compartments. A simple compartment model includes a layer of epidermis on top and bottom at the outermost surfaces which are in contact with the emitter(s) **1301** and detectors **1311** and **1312**. For the shorter distance $d_2$ the tissue can be compressed such that the two layers of skin are in contact and the epidermis and dermis are compressed such that just a small amount of extra cellular fluid occupies the optical path. For the larger distance $d_1$ the tissue spacing allows interstitial fluid, the extra cellular fluid to fill the gap within the optical path. The two distinct signals measured on the tissue $I_{T1}$ and $I_{T2}$ allow for both data streams to be processed in fitting for glucose. Within the tissue the glucose resides predominantly in the interstitial fluid, so the signal $I_{T1}$ will contain the predominant glucose signal in contrast $I_{T2}$ will have a minimal glucose signal since the interstitial fluid has all been pushed out due to compression of the tissue. Such detector

geometry can be used for measurement of glucose as well as tissue hydration and other tissue constituents. Given the difference in pathlengths the following equations can be used to formalize the measured signal. As with pulse oximetry the difference in the two pathlengths can be used to describe an AC signal and a DC signal and ratios of the various signals can be taken to calibrate out any effect of the instrument response of the system.

[0125] Another embodiment of a differential pathlength sensor could be to use a system with a minimum of one photodiode such as the sensor depicted in FIG. **2**. As described previously the sensor includes a depth stop **208** which serves to define a fixed distance between the emitter shell **204** and the detector shell **206**, thereby defining a known path length between emitter(s) and detector(s). The sensor could be designed such that the depth stop is mechanically adjustable to multiple known distances such that using the same emitter(s) and detector(s) paired one can take measurements while actively changing the path length of the tissue between the emitter(s) and detector(s). One advantage to this embodiment would be that the same detector(s) would be used for all the data acquired, which could be advantages if there were photodiode properties that could change from one photodiode to another such as the spectral responsivity of the photodiode. A disadvantage is that the data must be collected at different points in time and therefore the tissue could be changing in time.

[0126] Although the preceding paragraphs describe specific embodiments where the components of the disclosed systems and devices can be included in one of the monitor **110**, **309**, or **609**, the sensor **120**, **301**, **400**, or **601**, and the cable **130**, the disclosure is not intended to be limited thereby. Rather, a skilled artisan will recognize from the disclosure herein that the components can individually be placed anywhere along the monitoring path in the monitor **110**, **309**, or **609**, in the sensor **120**, **301**, **400**, or **601**, or in the cable **130**, or in connectors associated with any of the foregoing, so long as the components may continue to perform their desired functionality. Further, one or more of the components may not be included in the system **400** in some implementations. For instance, the system **400** may not include one or both of the temperature sensor **438** and the heat pump **440**.

[0127] Embodiments have been described in connection with the accompanying drawings. However, it should be understood that the figures are not drawn to scale. Distances, angles, etc. are merely illustrative and do not necessarily bear an exact relationship to actual dimensions and layout of the devices illustrated. In addition, the foregoing embodiments have been described at a level of detail to allow one of ordinary skill in the art to make and use the devices, systems, methods, etc. described herein. A wide variety of variation is possible. Components, elements, and/or steps can be altered, added, removed, or rearranged. While certain embodiments have been explicitly described, other embodiments will become apparent to those of ordinary skill in the art based on this disclosure.

[0128] Conditional language used herein, such as, among others, "can," "could," "might," "may," "e.g.," and the like, unless specifically stated otherwise, or otherwise understood within the context as used, is generally intended to convey that certain embodiments include, while other embodiments do not include, certain features, elements and/or states. Thus, such conditional language is not generally intended to

US 2016/0367173 A1

Dec. 22, 2016

17

imply that features, elements and/or states are in any way required for one or more embodiments or that one or more embodiments necessarily include logic for deciding, with or without author input or prompting, whether these features, elements and/or states are included or are to be performed in any particular embodiment.

[0129] Depending on the embodiment, certain acts, events, or functions of any of the methods described herein can be performed in a different sequence, can be added, merged, or left out altogether (e.g., not all described acts or events are necessary for the practice of the method). Moreover, in certain embodiments, acts or events can be performed concurrently, e.g., through multi-threaded processing, interrupt processing, or multiple processors or processor cores, rather than sequentially.

[0130] The various illustrative logical blocks, modules, circuits, and algorithm steps described in connection with the embodiments disclosed herein can be implemented as electronic hardware, computer software, or combinations of both. To clearly illustrate this interchangeability of hardware and software, various illustrative components, blocks, modules, circuits, and steps have been described above generally in terms of their functionality. Whether such functionality is implemented as hardware or software depends upon the particular application and design constraints imposed on the overall system. The described functionality can be implemented in varying ways for each particular application, but such implementation decisions should not be interpreted as causing a departure from the scope of the disclosure.

[0131] The various illustrative logical blocks, modules, and circuits described in connection with the embodiments disclosed herein can be implemented or performed with a general purpose processor, a digital signal processor (DSP), an application specific integrated circuit (ASIC), a field programmable gate array (FPGA) or other programmable logic device, discrete gate or transistor logic, discrete hardware components, or any combination thereof designed to perform the functions described herein. A general purpose processor can be a microprocessor, but in the alternative, the processor can be any conventional processor, controller, microcontroller, or state machine. A processor can also be implemented as a combination of computing devices, e.g., a combination of a DSP and a microprocessor, a plurality of microprocessors, one or more microprocessors in conjunction with a DSP core, or any other such configuration.

[0132] The blocks of the methods and algorithms described in connection with the embodiments disclosed herein can be embodied directly in hardware, in a software module executed by a processor, or in a combination of the two. A software module can reside in RAM memory, flash memory, ROM memory, EPROM memory, EEPROM memory, registers, a hard disk, a removable disk, a CD-ROM, or any other form of computer-readable storage medium known in the art. An exemplary storage medium is coupled to a processor such that the processor can read information from, and write information to, the storage medium. In the alternative, the storage medium can be integral to the processor. The processor and the storage medium can reside in an ASIC. The ASIC can reside in a user terminal. In the alternative, the processor and the storage medium can reside as discrete components in a user terminal.

[0133] While the above detailed description has shown, described, and pointed out novel features as applied to

various embodiments, it will be understood that various omissions, substitutions, and changes in the form and details of the devices or algorithms illustrated can be made without departing from the spirit of the disclosure. As will be recognized, certain embodiments of the inventions described herein can be embodied within a form that does not provide all of the features and benefits set forth herein, as some features can be used or practiced separately from others. The scope of certain inventions disclosed herein is indicated by the appended claims rather than by the foregoing description. All changes which come within the meaning and range of equivalency of the claims are to be embraced within their scope.

1. A physiological measurement system based on optical transmission spectroscopy comprising:
   an emitter configured to emit light at a wavelength;
   a first detector set at a shorter transmission path configured to detect a first beam of transmitted light, the detected light being attenuated by a sample tissue, the first detector further configured to output a first signal responsive to the detected light of the first beam;
   a second detector fixed at a second, longer transmission path configured to detect a second beam of transmitted light and to output a second signal responsive to the detected light of the second beam; and a processor configured to receive signals responsive to the first and second signals to determine a bulk absorbance of an analyte in the sample tissue.

2. The optical physiological measurement system of claim 1, further comprising a first thermal controller, thermally coupled to the emitter, the first thermal controller configured to regulate a temperature of the emitter.

3. The optical physiological measurement system of claim 2, wherein the first thermal controller comprises a temperature sensor, a thermoelectric cooler, and a heat sink.

4. The optical physiological measurement system of claim 2, wherein the first thermal controller is further configured to modulate the temperature of the emitter to cause the emitter to emit light comprising a range of wavelengths.

5. The optical physiological measurement system of claim 4, wherein the thermal controller further comprises a thermoelectric cooler.

6. The optical physiological measurement system of claim 5, wherein the thermoelectric cooler comprises a Peltier device.

7. The optical physiological measurement system of claim 2, wherein the emitter further comprises an operational temperature and wherein the first thermal controller is further configured to cause a change to the emitter's operational temperature.

8. The optical physiological measurement system of claim 1, wherein the second detector is optically shielded.

9. The optical physiological measurement system of claim 1, comprising a second thermal controller, thermally coupled to the first detector, configured to control the temperature of the first detector.

10. The optical physiological measurement system of claim 9, comprising a third thermal controller, thermally coupled to the second detector, configured to control the temperature of the second detector.

11. The optical physiological measurement system of claim 1, wherein the analyte is at least one of glucose, water content, and hydration.

12. (canceled)

**13**. The optical physiological measurement system of claim **10**, further comprising a fourth thermal controller, thermally coupled to the sample tissue, the fourth thermal controller configured to measure a temperature of the sample tissue.

**14**. The optical physiological measurement system of claim **13**, wherein the fourth thermal controller is further configured to regulate the temperature of the sample tissue.

**15**. The optical physiological measurement system of claim **1**, wherein the emitter is further configured to receive a drive signal, and wherein the processor is further configured to control the drive signal delivered to the emitter.

**16**. The optical physiological measurement system of claim **15**, wherein the drive signal further comprises a drive current and a duty cycle, and wherein the processor is further configured to control and vary the drive current and/or the duty cycle.

**17**. The optical physiological measurement system of claim **1**, further comprising an emitter that has an emission area between 1 mm-10 mm diameter.

**18**. The optical physiological measurement system of claim **1**, wherein a difference in distance between the emitter and the first detector and the emitter and the second detector is 0.2 mm to 1 mm.

**19**.-**66**. (canceled)

**67**. A method of varying light emitted in a physiological optical sensor, the method comprising:

determining a temperature, a drive current, a forward voltage, and a duty cycle of a light emitter that emits light at a first wavelength at a first time;

measuring a first indication of a physiological parameter;

altering at least one of the determined temperature, drive current, forward voltage, and duty cycle of the emitter at a second time to cause the emitter to emit light at a second wavelength; and

measuring a second indication of a physiological parameter.

**68**. The method of claim **67**, wherein altering the determined temperature of the emitter comprises using a circuitry-based temperature alteration device or a thermal controller.

**69**. (canceled)

**70**. The method of claim **68**, wherein the circuitry-based temperature alteration device or the thermal controller comprises a Peltier device.

**71**. (canceled)

**72**.-**86**. (canceled)

* * * * *

# Exhibit 28

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

US 20170000394A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2017/0000394 A1
Al-Ali et al. (43) Pub. Date: **Jan. 5, 2017**

(54) **ADVANCED PULSE OXIMETRY SENSOR**

(71) Applicant: **MASIMO CORPORATION**, Irvine, CA (US)

(72) Inventors: **Ammar Al-Ali**, San Juan Capistrano, CA (US); **Stephen Scruggs**, Newport Beach, CA (US)

(21) Appl. No.: **15/195,199**

(22) Filed: **Jun. 28, 2016**

**Related U.S. Application Data**

(60) Provisional application No. 62/188,430, filed on Jul. 2, 2015.

**Publication Classification**

(51) **Int. Cl.**
| | |
|---|---|
| A61B 5/1455 | (2006.01) |
| A61B 5/00 | (2006.01) |
| A61B 5/024 | (2006.01) |
| A61B 5/145 | (2006.01) |

(52) **U.S. Cl.**
CPC ....... *A61B 5/14552* (2013.01); *A61B 5/14546* (2013.01); *A61B 5/7278* (2013.01); *A61B 5/0002* (2013.01); *A61B 5/6826* (2013.01); *A61B 5/6832* (2013.01); *A61B 5/14532* (2013.01); *A61B 5/02416* (2013.01); *A61B 5/4875* (2013.01); *A61B 5/742* (2013.01); *A61B 2562/04* (2013.01)

(57) **ABSTRACT**

A non-invasive, optical-based physiological monitoring system is disclosed. One embodiment includes an emitter configured to emit light. A diffuser is configured to receive and spread the emitted light, and to emit the spread light at a tissue measurement site. The system further includes a concentrator configured to receive the spread light after it has been attenuated by or reflected from the tissue measurement site. The concentrator is also configured to collect and concentrate the received light and to emit the concentrated light to a detector. The detector is configured to detect the concentrated light and to transmit a signal representative of the detected light. A processor is configured to receive the transmitted signal and to determine a physiological parameter, such as, for example, arterial oxygen saturation, in the tissue measurement site.





FIG. 1
(PRIOR ART)

FIG. 2



FIG. 3

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 732 of 834   Page ID #:20916



# FIG. 4A



FIG. 4B



FIG. 5



FIG. 6
(PRIOR ART)

FIG. 7A

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 736 of 834   Page ID #:20920



FIG. 7B



FIG. 8

US 2017/0000394 A1

Jan. 5, 2017

1

# ADVANCED PULSE OXIMETRY SENSOR

## INCORPORATION BY REFERENCE TO ANY PRIORITY APPLICATIONS

[0001] This present application claims priority benefit under 35 U.S.C. §119(e) from U.S. Provisional Application No. 62/188,430, filed Jul. 2, 2015, entitled "Advanced Pulse Oximetry Sensor," which is incorporated by reference herein. Any and all applications for which a foreign or domestic priority claim is identified in the Application Data Sheet as filed with the present application are hereby incorporated by reference under 37 CFR 1.57.

## FIELD OF THE DISCLOSURE

[0002] The present disclosure relates to the field of non-invasive optical-based physiological monitoring sensors, and more particularly to systems, devices and methods for improving the non-invasive measurement accuracy of oxygen saturation, among other physiological parameters.

## BACKGROUND

[0003] Spectroscopy is a common technique for measuring the concentration of organic and some inorganic constituents of a solution. The theoretical basis of this technique is the Beer-Lambert law, which states that the concentration $c_i$ of an absorbent in solution can be determined by the intensity of light transmitted through the solution, knowing the pathlength $d_{80}$, the intensity of the incident light $I_{0,\lambda}$, and the extinction coefficient $\epsilon_{i,\lambda}$ at a particular wavelength $\lambda$.

[0004] In generalized form, the Beer-Lambert law is expressed as:

$$I_\lambda = I_{0,\lambda} e^{-d_\lambda \cdot \mu_{a,\lambda}} \qquad (1)$$

$$\mu_{a,\lambda} = \sum_{i=1}^{n} \varepsilon_{i,\lambda} \cdot c_i \qquad (2)$$

where $\Xi_{a,\lambda}$ is the bulk absorption coefficient and represents the probability of absorption per unit length. The minimum number of discrete wavelengths that are required to solve equations 1 and 2 is the number of significant absorbers that are present in the solution.

[0005] A practical application of this technique is pulse oximetry, which utilizes a noninvasive sensor to measure oxygen saturation and pulse rate, among other physiological parameters. Pulse oximetry relies on a sensor attached externally to the patient to output signals indicative of various physiological parameters, such as a patient's blood constituents and/or analytes, including for example a percent value for arterial oxygen saturation, among other physiological parameters. The sensor has an emitter that transmits optical radiation of one or more wavelengths into a tissue site and a detector that responds to the intensity of the optical radiation after absorption by pulsatile arterial blood flowing within the tissue site. Based upon this response, a processor determines the relative concentrations of oxygenated hemoglobin ($HbO_2$) and deoxygenated hemoglobin (Hb) in the blood so as to derive oxygen saturation, which can provide early detection of potentially hazardous decreases in a patient's oxygen supply.

[0006] A pulse oximetry system generally includes a patient monitor, a communications medium such as a cable, and/or a physiological sensor having one or more light emitters and a detector, such as one or more light-emitting diodes (LEDs) and a photodetector. The sensor is attached to a tissue site, such as a finger, toe, earlobe, nose, hand, foot, or other site having pulsatile blood flow which can be penetrated by light from the one or more emitters. The detector is responsive to the emitted light after attenuation or reflection by pulsatile blood flowing in the tissue site. The detector outputs a detector signal to the monitor over the communication medium. The monitor processes the signal to provide a numerical readout of physiological parameters such as oxygen saturation (SpO2) and/or pulse rate. A pulse oximetry sensor is described in U.S. Pat. No. 6,088,607 entitled Low Noise Optical Probe; pulse oximetry signal processing is described in U.S. Pat. Nos. 6,650,917 and 6,699,194 entitled Signal Processing Apparatus and Signal Processing Apparatus and Method, respectively; a pulse oximeter monitor is described in U.S. Pat. No. 6,584,336 entitled Universal/Upgrading Pulse Oximeter; all of which are assigned to Masimo Corporation, Irvine, Calif., and each is incorporated by reference herein in its entirety.

[0007] There are many sources of measurement error introduced to pulse oximetry systems. Some such sources of error include the pulse oximetry system's electronic components, including emitters and detectors, as well as chemical and structural physiological differences between patients. Another source of measurement error is the effect of multiple scattering of photons as the photons pass through the patient's tissue (arterial blood) and arrive at the sensor's light detector.

## SUMMARY

[0008] This disclosure describes embodiments of non-invasive methods, devices, and systems for measuring blood constituents, analytes, and/or substances such as, by way of non-limiting example, oxygen, carboxyhemoglobin, methemoglobin, total hemoglobin, glucose, proteins, lipids, a percentage thereof (e.g., saturation), pulse rate, perfusion index, oxygen content, total hemoglobin, Oxygen Reserve Index™ (ORI™) or for measuring many other physiologically relevant patient characteristics. These characteristics can relate to, for example, pulse rate, hydration, trending information and analysis, and the like.

[0009] In an embodiment, an optical physiological measurement system includes an emitter configured to emit light of one or more wavelengths. The system also includes a diffuser configured to receive the emitted light, to spread the received light, and to emit the spread light over a larger tissue area than would otherwise be penetrated by the emitter directly emitting light at a tissue measurement site. The tissue measurement site can include, such as, for example, a finger, a wrist, or the like. The system further includes a concentrator configured to receive the spread light after it has been attenuated by or reflected from the tissue measurement site. The concentrator is also configured to collect and concentrate the received light and to emit the concentrated light to a detector. The detector is configured to detect the concentrated light and to transmit a signal indicative of the detected light. The system also includes a processor configured to receive the transmitted signal indicative of the detected light and to determine, based on an

amount of absorption, an analyte of interest, such as, for example, arterial oxygen saturation or other parameter, in the tissue measurement site.

[0010]   In certain embodiments of the present disclosure, the diffuser comprises glass, ground glass, glass beads, opal glass, or a microlens-based, band-limited, engineered diffuser that can deliver efficient and uniform illumination. In some embodiments the diffuser is further configured to define a surface area shape by which the emitted spread light is distributed onto a surface of the tissue measurement site. The defined surface area shape can include, by way of non-limiting example, a shape that is substantially rectangular, square, circular, oval, or annular, among others.

[0011]   According to some embodiments, the optical physiological measurement system includes an optical filter having a light-absorbing surface that faces the tissue measurement site. The optical filter also has an opening that is configured to allow the spread light, after being attenuated by the tissue measurement site, to be received by the concentrator. In an embodiment, the opening has dimensions, wherein the dimensions of the opening are similar to the defined surface area shape by which the emitted spread light is distributed onto the surface of the tissue measurement site. In an embodiment, the opening has dimensions that are larger than the defined surface area shape by which the emitted spread light is distributed onto the surface of the tissue measurement site. In other embodiments, the dimensions of the opening in the optical filter are not the same as the diffuser opening, but the dimensions are larger than the detector package.

[0012]   In other embodiments of the present disclosure, the concentrator comprises glass, ground glass, glass beads, opal glass, or a compound parabolic concentrator. In some embodiments the concentrator comprises a cylindrical structure having a truncated circular conical structure on top. The truncated section is adjacent the detector. The light concentrator is structured to receive the emitted optical radiation, after reflection by the tissue measurement site, and to direct the reflected light to the detector.

[0013]   In accordance with certain embodiments of the present disclosure, the processor is configured to determine an average level of the light detected by the detector. The average level of light is used to determine a physiological parameter in the tissue measurement site.

[0014]   According to another embodiment, a method to determine a constituent or analyte in a patient's blood is disclosed. The method includes emitting, from an emitter, light of at least one wavelength; spreading, with a diffuser, the emitted light and emitting the spread light from the diffuser to a tissue measurement site; receiving, by a concentrator, the spread light after the spread light has been attenuated by the tissue measurement site; concentrating, by the concentrator, the received light and emitting the concentrated light from the concentrator to a detector; detecting, with the detector, the emitted concentrated light; transmitting, from the detector, a signal responsive to the detected light; receiving, by a processor, the transmitted signal responsive to the detected light; and processing, by the processor, the received signal responsive to the detected light to determine a physiological parameter.

[0015]   In some embodiments, the method to determine a constituent or analyte in a patient's blood includes filtering, with a light-absorbing detector filter, scattered portions of the emitted spread light. According to an embodiment, the

light-absorbing detector filter is substantially rectangular in shape and has outer dimensions in the range of approximately 1-5 cm in width and approximately 2-8 cm in length, and has an opening through which emitted light may pass, the opening having dimensions in the range of approximately 0.25-3 cm in width and approximately 1-7 cm in length. In another embodiment, the light-absorbing detector filter is substantially square in shape and has outer dimensions in the range of approximately 0.25-10 cm$^2$, and has an opening through which emitted light may pass, the opening having dimensions in the range of approximately 0.1-8 cm$^2$. In yet another embodiment, the light-absorbing detector filter is substantially rectangular in shape and has outer dimensions of approximately 3 cm in width and approximately 6 cm in length, and has an opening through which emitted light may pass, the opening having dimensions of approximately 1.5 cm in width and approximately 4 cm in length.

[0016]   In still other embodiments of the method to determine a constituent or analyte in a patient's blood, spreading, with a diffuser, the emitted light and emitting the spread light from the diffuser to a tissue measurement site is performed by at least one of a glass diffuser, a ground glass diffuser, a glass bead diffuser, an opal glass diffuser, and an engineered diffuser. In some embodiments the emitted spread light is emitted with a substantially uniform intensity profile. And in some embodiments, emitting the spread light from the diffuser to the tissue measurement site includes spreading the emitted light so as to define a surface area shape by which the emitted spread light is distributed onto a surface of the tissue measurement site.

[0017]   According to yet another embodiment, a pulse oximeter is disclosed. The pulse oximeter includes an emitter configured to emit light at one or more wavelengths. The pulse oximeter also includes a diffuser configured to receive the emitted light, to spread the received light, and to emit the spread light directed at a tissue measurement sight. The pulse oximeter also includes a detector configured to detect the emitted spread light after being attenuated by or reflected from the tissue measurement site and to transmit a signal indicative of the detected light. The pulse oximeter also includes a processor configured to receive the transmitted signal and to process the received signal to determine an average absorbance of a blood constituent or analyte in the tissue measurement site over a larger measurement site area than can be performed with a point light source or point detector. In some embodiments, the diffuser is further configured to define a surface area shape by which the emitted spread light is distributed onto a surface of the tissue measurement site, and the detector is further configured to have a detection area corresponding to the defined surface area shape by which the emitted spread light is distributed onto the surface of the tissue measurement site. According to some embodiments, the detector comprises an array of detectors configured to cover the detection area. In still other embodiments, the processor is further configured to determine an average of the detected light.

[0018]   For purposes of summarizing, certain aspects, advantages and novel features of the disclosure have been described herein. It is to be understood that not necessarily all such advantages can be achieved in accordance with any particular embodiment of the systems, devices and/or methods disclosed herein. Thus, the subject matter of the disclosure herein can be embodied or carried out in a manner that

3

achieves or optimizes one advantage or group of advantages as taught herein without necessarily achieving other advantages as can be taught or suggested herein.

BRIEF DESCRIPTION OF THE DRAWINGS

[0019]   Throughout the drawings, reference numbers can be re-used to indicate correspondence between referenced elements. The drawings are provided to illustrate embodiments of the disclosure described herein and not to limit the scope thereof.

[0020]   FIG. 1 illustrates a conventional approach to two-dimensional pulse oximetry in which the emitter is configured to emit optical radiation as a point optical source.

[0021]   FIG. 2 illustrates the disclosed three-dimensional approach to pulse oximetry in which the emitted light irradiates a substantially larger volume of tissue as compared to the point source approach described with respect to FIG. 1.

[0022]   FIG. 3 illustrates schematically a side view of a three-dimensional pulse oximetry sensor according to an embodiment of the present disclosure.

[0023]   FIG. 4A is a top view of a portion of a three-dimensional pulse oximetry sensor according to an embodiment of the present disclosure.

[0024]   FIG. 4B illustrates the top view of a portion of the three-dimensional pulse oximetry sensor shown in FIG. 4A, with the addition of a tissue measurement site in operational position.

[0025]   FIG. 5 illustrates a top view of a three-dimensional pulse oximetry sensor according to an embodiment of the present disclosure.

[0026]   FIG. 6 illustrates a conventional two-dimensional approach to reflective pulse oximetry in which the emitter is configured to emit optical radiation as a point optical source.

[0027]   FIG. 7A is a simplified schematic side view illustration of a reflective three-dimensional pulse oximetry sensor according to an embodiment of the present disclosure.

[0028]   FIG. 7B is a simplified schematic top view illustration of the three-dimensional reflective pulse oximetry sensor of FIG. 7A.

[0029]   FIG. 8 illustrates a block diagram of an example pulse oximetry system capable of noninvasively measuring one or more blood analytes in a monitored patient, according to an embodiment of the disclosure.

DETAILED DESCRIPTION

[0030]   FIG. 1 illustrates schematically a conventional pulse oximetry sensor having a two-dimensional (2D) approach to pulse oximetry. As illustrated, the emitter 104 is configured to emit optical radiation as a point optical source, i.e., an optical radiation source that has negligible dimensions such that it may be considered as a point. This approach is referred to herein as "two-dimensional" pulse oximetry because it applies a two-dimensional analytical model to the three-dimensional space of the tissue measurement site 102 of the patient. Point optical sources feature a defined, freely selectable, and homogeneous light beam area. Light beams emitted from LED point sources often exhibit a strong focus which can produce a usually sharply-defined and evenly-lit illuminated spot often with high intensity dynamics. Illustratively, when looking at the surface of the tissue measurement site 102 (or "sample tissue"),

which in this example is a finger, a small point-like surface area of tissue 204 is irradiated by a point optical source. In some embodiments, the irradiated circular area of the point optical source is in the range between 8 and 150 microns. Illustratively, the emitted point optical source of light enters the tissue measurement site 102 as a point of light. As the light penetrates the depth of the tissue 102, it does so as a line or vector, representing a two-dimensional construct within a three-dimensional structure, namely the patient's tissue 102.

[0031]   Use of a point optical source is believed to reduce variability in light pathlength which would lead to more accurate oximetry measurements. However, in practice, photons do not travel in straight paths. Instead, the light particles scatter, bouncing around between various irregular objects (such as, for example, red blood cells) in the patient's blood. Accordingly, photon pathlengths vary depending on, among other things, their particular journeys through and around the tissue at the measurement site 102. This phenomenon is referred to as "multiple scattering." In a study, the effects of multiple scattering were examined by comparing the results of photon diffusion analysis with those obtained using an analysis based on the Beer-Lambert law, which neglects multiple scattering in the determination of light pathlength. The study found that that the difference between the average lengths of the paths traveled by red and infrared photons makes the oximeter's calibration curve (based on measurements obtained from normal subjects) sensitive to the total attenuation coefficients of the tissue in the two wavelength bands used for pulse oximetry, as well as to absorption by the pulsating arterial blood.

[0032]   FIG. 2 illustrates schematically the disclosed systems, devices, and methods to implement three-dimensional (3D) pulse oximetry in which the emitted light irradiates a larger volume of tissue at the measurement site 102 as compared to the 2D point optical source approach described with respect to FIG. 1. In an embodiment, again looking at the surface of the tissue measurement site 102, the irradiated surface area 206 of the measurement site 102 is substantially rectangular in shape with dimensions in the range of approximately 0.25-3 cm in width and approximately 1-6 cm in length. In another embodiment, the irradiated surface area 206 of the measurement site 102 is substantially rectangular in shape and has dimensions of approximately 1.5 cm in width and approximately 2 cm in length. In another embodiment, the irradiated surface area 206 of the measurement site 102 is substantially rectangular in shape and has dimensions of approximately 0.5 cm in width and approximately 1 cm in length. In another embodiment, the irradiated surface area 206 of the measurement site 102 is substantially rectangular in shape has dimensions of approximately 1 cm in width and approximately 1.5 cm in length. In yet another embodiment, the irradiated surface area 206 of the measurement site 102 is substantially square in shape and has dimensions in a range of approximately $0.25\text{-}9$ cm$^2$. In certain embodiments, the irradiated surface area 206 of the measurement site 102 is within a range of approximately 0.5-2 cm in width, and approximately 1-4 cm in length. Of course a skilled artisan will appreciate that many other shapes and dimensions of irradiated surface area 206 can be used. Advantageously, by irradiating the tissue measurement site 102 with a surface area 206, the presently disclosed systems, devices, and methods apply a three-dimensional

analytical model to the three-dimensional structure being measured, namely, the patient's sample tissue 102.

[0033] According to the Beer-Lambert law, the amount of light absorbed by a substance is proportional to the concentration of the light-absorbing substance in the irradiated solution (i.e., arterial blood). Advantageously, by irradiating a larger volume of tissue 102, a larger sample size of light attenuated (or reflected) by the tissue 102 is measured. The larger, 3D sample provides a data set that is more representative of the complete interaction of the emitted light as it passes through the patient's blood as compared to the 2D point source approach described above with respect to FIG. 1. By taking an average of the detected light, as detected over a surface area substantially larger than a single point, the disclosed pulse oximetry systems, devices, and methods will yield a more accurate measurement of the emitted light absorbed by the tissue, which will lead to a more accurate oxygen saturation measurement.

[0034] FIG. 3 illustrates schematically a side view of a pulse oximetry 3D sensor 300 according to an embodiment of the present disclosure. In the illustrated embodiment, the 3D sensor 300 irradiates the tissue measurement site 102 and detects the emitted light, after being attenuated by the tissue measurement site 102. In other embodiments, for example, as describe below with respect to FIGS. 7A and 7B, the 3D sensor 300 can be arranged to detect light that is reflected by the tissue measurement site 102. The 3D sensor 300 includes an emitter 302, a light diffuser 304, a light-absorbing detector filter 306, a light concentrator 308, and a detector 310. In some optional embodiments, the 3D sensor 300 further includes a reflector 305. The reflector 305 can be a metallic reflector or other type of reflector. Reflector 305 can be a coating, film, layer or other type of reflector. The reflector 305 can serve as a reflector to prevent emitted light from emitting out of a top portion of the light diffuser 304 such that light from the emitter 302 is directed in the tissue rather than escaping out of a side or top of the light diffuser 304. Additionally, the reflector 305 can prevent ambient light from entering the diffuser 304 which might ultimately cause errors within the detected light. The reflector 305 also prevent light piping that might occur if light from the detector 302 is able to escape from the light diffuser 304 and be pipped around a sensor securement mechanism to detector 310 without passing through the patient's tissue 102.

[0035] The emitter 302 can serve as the source of optical radiation transmitted towards the tissue measurement site 102. The emitter 302 can include one or more sources of optical radiation, such as LEDs, laser diodes, incandescent bulbs with appropriate frequency-selective filters, combinations of the same, or the like. In an embodiment, the emitter 302 includes sets of optical sources that are capable of emitting visible and near-infrared optical radiation. In some embodiments, the emitter 302 transmits optical radiation of red and infrared wavelengths, at approximately 650 nm and approximately 940 nm, respectively. In some embodiments, the emitter 302 includes a single source optical radiation.

[0036] The light diffuser 304 receives the optical radiation emitted from the emitter 302 and spreads the optical radiation over an area, such as the area 206 depicted in FIG. 2. In some embodiments, the light diffuser 304 is a beam shaper that can homogenize the input light beam from the emitter 302, and define the way (e.g., the shape or pattern) the emitted light is distributed to the tissue measurement site

102. Examples of materials that can be used to realize the light diffuser 304 include, without limitation, a white surface, glass, ground glass, glass beads, polytetrafluoroethylene (also known as Teflon®), opal glass, and greyed glass, to name a few. Additionally, engineered diffusers can be used to realize the diffuser 304 by providing customized light shaping with respect to intensity and distribution. Such diffusers can, for example, deliver substantially uniform illumination over a specified target area (such as, for example, irradiated surface area 206) in an energy-efficient manner. Examples of engineered diffusers can include molded plastics with specific shapes, patterns or textures designed to diffuse the emitter light across the entirety of the patient's tissue surface.

[0037] Advantageously, the diffuser 304 can receive emitted light in the form of a point optical source and spread the light to fit a desired surface area on a plane defined by the surface of the tissue measurement site 102. In an embodiment, the diffuser 304 is made of ground glass which spreads the emitted light with a Gaussian intensity profile. In another embodiment the diffuser 304 includes glass beads. In some embodiments, the diffuser 304 is constructed so as to diffuse the emitted light in a Lambertian pattern. A Lambertian pattern is one in which the radiation intensity is substantially constant throughout the area of dispersion. One such diffuser 304 is made from opal glass. Opal glass is similar to ground glass, but has one surface coated with a milky white coating to diffuse light evenly. In an embodiment, the diffuser 304 is capable of distributing the emitted light on the surface of a plane (e.g., the surface of the tissue measurement site 102) in a predefined geometry (e.g., a rectangle, square, or circle), and with a substantially uniform intensity profile and energy distribution. In some embodiments, the efficiency, or the amount of light transmitted by the diffuser 304, is greater than 70% of the light emitted by the emitter 302. In some embodiments, the efficiency is greater than 90% of the emitted light. Other optical elements known in the art may be used for the diffuser 304.

[0038] In an embodiment, the diffuser 304 has a substantially rectangular shape having dimensions within a range of approximately 0.5-2 cm in width and approximately 1-4 centimeters in length. In another embodiment, the substantially rectangular shape of the diffuser 304 has dimensions of approximately 0.5 cm in width and approximately 1 cm in length. In another embodiment, the diffuser's 304 substantially rectangular shape has dimensions of approximately 1 cm in width and approximately 1.5 cm in length. In yet another embodiment, the diffuser 304 has a substantially square shape with dimensions in the range of approximately 0.25-10 cm².

[0039] The light-absorbing detector filter 306, which is also depicted in FIG. 4A in a top view, is a planar surface having an opening 402 through which the emitted light may pass after being attenuated by the tissue measurement site 102. In the depicted embodiment, the opening 402 is rectangular-shaped, with dimensions substantially similar to the irradiated surface area 206. According to an embodiment, the light-absorbing detector filter is substantially rectangular in shape and has outer dimensions of 4 cm in width and 8 cm in length, and has an opening through which emitted light may pass, the opening having dimensions of 2 cm in width and 5 cm in length. In another embodiment, the light-absorbing detector filter is substantially rectangular in shape and has outer dimensions in the range of 1-3 cm in width and

5

2-8 cm in length, and has an opening through which emitted light may pass, the opening having dimensions in the range of 0.25-2 cm in width and 1-4 cm in length. In yet another embodiment, the light-absorbing detector filter is substantially rectangular in shape and has outer dimensions of 3 cm in width and 6 cm in length, and has an opening through which emitted light may pass, the opening having dimensions of 1.5 cm in width and 4 cm in length.

[0040]   The top surface of the light-absorbing filter 306 (facing the tissue measurement site 102 and the emitter 302) is coated with a material that absorbs light, such as, for example, black pigment. Many other types of light-absorbing materials are well known in the art and can be used with the detector filter 306. During operation, light emitted from the emitter 302 can reflect off of the tissue measurement site 102 (or other structures within the 3D sensor 300) to neighboring portions of the 3D sensor 300. If those neighboring portions of the 3D sensor 300 possess reflective surfaces, then the light can reflect back to the tissue measurement site 102, progress through the tissue and arrive at the detector 310. Such multiple scattering can result in detecting photons whose pathlengths are considerably longer than most of the light that is detected, thereby introducing variations in pathlength which will affect the accuracy of the measurements of the pulse oximetry 3D sensor 300. Advantageously, the light-absorbing filter 306 reduces or eliminates the amount of emitted light that is reflected in this manner because it absorbs such reflected light, thereby stopping the chain of scattering events. In certain embodiments, the sensor-facing surfaces of other portions of the 3D sensor 300 are covered in light-absorbing material to further decrease the effect of reflective multiple scattering.

[0041]   The light concentrator 308 is a structure to receive the emitted optical radiation, after attenuation by the tissue measurement site 102, to collect and concentrate the dispersed optical radiation, and to direct the collected and concentrated optical radiation to the detector 310. In an embodiment, the light concentrator 308 is made of ground glass or glass beads. In some embodiments, the light concentrator 308 includes a compound parabolic concentrator.

[0042]   As described above with respect to FIG. 1, the detector 310 captures and measures light from the tissue measurement site 102. For example, the detector 310 can capture and measure light transmitted from the emitter 302 that has been attenuated by the tissue in the measurement site 102. The detector 310 can output a detector signal responsive to the light captured or measured. The detector 310 can be implemented using one or more photodiodes, phototransistors, or the like. In addition, a plurality of detectors 310 can be arranged in an array with a spatial configuration corresponding to the irradiated surface area 206 to capture the attenuated or reflected light from the tissue measurement site.

[0043]   Referring to FIG. 4A, a top view of a portion of the 3D sensor 300 is provided. The light-absorbing detector filter 306 is illustrated having a top surface coated with a light-absorbing material. The light-absorbing material can be a black opaque material or coating or any other dark color or coating configured to absorb light. Additionally, a rectangular opening 402 is positioned relative to the light concentrator 308 (shown in phantom) and the detector 310 such that light may pass through the rectangular opening 402, into the light concentrator 308, and to the detector 310. FIG. 4B illustrates the top view of a portion of the 3D sensor

300 as in FIG. 4A, with the addition of the tissue measurement site 102 in operational position. Accordingly, the rectangular opening 402, the light concentrator 308 and the detector 310 are shown in phantom as being under the tissue measurement site 102. In FIGS. 4A and 4B, the light concentrator 308 is shown to have dimensions significantly larger than the dimensions of the rectangular opening 402. In other embodiments, the dimensions of the light concentrator 308, the rectangular opening 402, and the irradiated surface area 206 are substantially similar.

[0044]   FIG. 5 illustrates a top view of a 3D pulse oximetry sensor 500 according to an embodiment of the present disclosure. The 3D sensor 500 is configured to be worn on a patient's finger 102. The 3D sensor 500 includes an adhesive substrate 502 having front flaps 504 and rear flaps 506 extending outward from a center portion 508 of the 3D sensor 500. The center portion 508 includes components of the 3D pulse oximetry sensor 300 described with respect to FIGS. 3, 4A and 4B. On the front side of the adhesive substrate 502 the emitter 302 and the light diffuser 304 are positioned. On the rear side of the adhesive substrate 502 the light-absorbent detector filter 306, the light concentrator 308 and the detector 310 are positioned. In use, the patient's finger serving as the tissue measurement site 102 is positioned over the rectangular opening 402 such that when the front portion of the adhesive substrate is folded over on top of the patient's finger 102, the emitter 302 and the light diffuser 304 are aligned with the measurement site 102, the filter 306, the light concentrator 308 and the detector 310. Once alignment is established, the front and rear flaps 504, 506 can be wrapped around the finger measurement site 102 such that the adhesive substrate 502 provides a secure contact between the patient's skin and the 3D sensor 500. FIG. 5 also illustrates an example of a sensor connector cable 510 which is used to connect the 3D sensor 500 to a monitor 809, as described with respect to FIG. 8.

[0045]   FIG. 6 is a simplified schematic illustration of a conventional, 2D approach to reflective pulse oximetry in which the emitter is configured to emit optical radiation as a point optical source. Reflective pulse oximetry is a method by which the emitter and detector are located on the same side of the tissue measurement site 102. Light is emitted into a tissue measurement site 102 and attenuated. The emitted light passes into the tissue 102 and is then reflected back to the same side of the tissue measurement site 102 as the emitter. As illustrated in FIG. 6, a depicted reflective 2D pulse oximetry sensor 600 includes an emitter 602, a light block 606, and a detector 610. The light block 606 is necessary because the emitter 602 and the detector 610 are located on the same side of the tissue measurement site 102. Accordingly, the light block 606 prevents incident emitter light, which did not enter the tissue measurement site 102, from arriving at the detector 610. The depicted 2D pulse oximetry sensor 600 is configured to emit light as a point source. As depicted in FIG. 6, a simplified illustration of the light path 620 of the emitted light from the emitter 602, through the tissue measurement site 102, and to the detector 610 is provided. Notably, a point source of light is emitted, and a point source of light is detected. As discussed above with respect to FIG. 1, use of a point optical source can result in substantial measurement error due to pathlength variability resulting from the multiple scatter phenomenon. The sample space provided by a 2D point optical emitter source

6

is not large enough to account for pathlength variability, which will skew measurement results.

[0046]   FIGS. 7A and 7B are simplified schematic side and top views, respectively, of a 3D reflective pulse oximetry sensor **700** according to an embodiment of the present disclosure. In the illustrated embodiment, the 3D sensor **700** irradiates the tissue measurement site **102** and detects the emitted light that is reflected by the tissue measurement site **102**. The 3D sensor **700** can be placed on a portion of the patient's body that has relatively flat surface, such as, for example a wrist, because the emitter **702** and detector **710** are on located the same side of the tissue measurement site **102**. The 3D sensor **700** includes an emitter **702**, a light diffuser **704**, a light block **706**, a light concentrator **708**, and a detector **710**.

[0047]   As previously described, the emitter **702** can serve as the source of optical radiation transmitted towards the tissue measurement site **102**. The emitter **702** can include one or more sources of optical radiation. Such sources of optical radiation can include LEDs, laser diodes, incandescent bulbs with appropriate frequency-selective filters, combinations of the same, or the like. In an embodiment, the emitter **702** includes sets of optical sources that are capable of emitting visible and near-infrared optical radiation. In some embodiments, the emitter **702** transmits optical radiation red and infrared wavelengths, at approximately 650 nm and approximately 940 nm, respectively. In some embodiments, the emitter **702** includes a single source of optical radiation.

[0048]   The light diffuser **704** receives the optical radiation emitted from the emitter **302** and homogenously spreads the optical radiation over a wide, donut-shaped area, such as the area outlined by the light diffuser **704** as depicted in FIG. 7B. Advantageously, the diffuser **704** can receive emitted light in the form of a 2D point optical source (or any other form) and spread the light to fit the desired surface area on a plane defined by the surface of the tissue measurement site **102**. In an embodiment, the diffuser **704** is made of ground glass or glass beads. A skilled artisan will understand that may other materials can be used to make the light diffuser **704**.

[0049]   The light blocker **706** includes an annular ring having a cover portion **707** sized and shaped to form a light isolation chamber for the light concentrator **708** and the detector **710**. (For purposes of illustration, the light block cover **707** is not illustrated in FIG. 7B.) The light blocker **706** and the cover **707** can be made of any material that optically isolates the light concentrator **708** and the detector **710**. The light isolation chamber formed by the light blocker **706** and cover **708** ensures that the only light detected by the detector **710** is light that is reflected from the tissue measurement site.

[0050]   The light concentrator **708** is a cylindrical structure with a truncated circular conical structure on top, the truncated section of which is adjacent the detector **710**. The light concentrator **708** is structured to receive the emitted optical radiation, after reflection by the tissue measurement site **102**, and to direct the reflected light to the detector **710**. In an embodiment, the light concentrator **708** is made of ground glass or glass beads. In some embodiments, the light concentrator **708** includes a compound parabolic concentrator.

[0051]   As previously described, the detector **710** captures and measures light from the tissue measurement site **102**.

For example, the detector **710** can capture and measure light transmitted from the emitter **702** that has been reflected from the tissue in the measurement site **102**. The detector **710** can output a detector signal responsive to the light captured or measured. The detector **710** can be implemented using one or more photodiodes, phototransistors, or the like. In addition, a plurality of detectors **710** can be arranged in an array with a spatial configuration corresponding to the irradiated surface area depicted in FIG. 7B by the light concentrator **708** to capture the reflected light from the tissue measurement site.

[0052]   Advantageously, the light path **720** illustrated in FIG. 7A depicts a substantial sample of reflected light that enter the light isolation chamber formed by the light blocker **706** and cover **707**. As previously discussed, the large sample of reflected light (as compared to the reflected light collected using the 2D point optical source approach) provides the opportunity to take an average of the detected light, to derive a more accurate measurement of the reflected light absorbed by the tissue, which will lead to a more accurate oxygen saturation measurement.

[0053]   Referring now to FIG. 7B, a top view of the 3D sensor **700** is illustrated with both the emitter **702** and the light blocker cover **707** removed for ease of illustration. The outer ring illustrates the footprint of the light diffuser **704**. As light is emitted from the emitter **702** (not shown in FIG. 7B), it is diffused homogenously and directed to the tissue measurement site **102**. The light blocker **706** forms the circular wall of a light isolation chamber to keep incident light from being sensed by the detector **710**. The light blocker cover **707** blocks incidental light from entering the light isolation chamber from above. The light concentrator **710** collects the reflected light from the tissue measurement site **102** and funnels it upward toward the detector **710** at the center of the 3D sensor **700**.

[0054]   FIG. 8 illustrates an example of an optical physiological measurement system **800**, which may also be referred to herein as a pulse oximetry system **800**. In certain embodiments, the pulse oximetry system **800** noninvasively measures a blood analyte, such as oxygen, carboxyhemoglobin, methemoglobin, total hemoglobin, glucose, proteins, lipids, a percentage thereof (e.g., saturation), pulse rate, perfusion index, oxygen content, total hemoglobin, Oxygen Reserve Index™ (ORI™) or many other physiologically relevant patient characteristics. These characteristics can relate to, for example, pulse rate, hydration, trending information and analysis, and the like. The system **800** can also measure additional blood analytes and/or other physiological parameters useful in determining a state or trend of wellness of a patient.

[0055]   The pulse oximetry system **800** can measure analyte concentrations at least in part by detecting optical radiation attenuated by tissue at a measurement site **102**. The measurement site **102** can be any location on a patient's body, such as a finger, foot, earlobe, wrist, forehead, or the like.

[0056]   The pulse oximetry system **800** can include a sensor **801** (or multiple sensors) that is coupled to a processing device or physiological monitor **809**. In an embodiment, the sensor **801** and the monitor **809** are integrated together into a single unit. In another embodiment, the sensor **801** and the monitor **809** are separate from each other and communicate with one another in any suitable manner, such as via a wired or wireless connection. The sensor **801**

and monitor **809** can be attachable and detachable from each other for the convenience of the user or caregiver, for ease of storage, sterility issues, or the like.

[0057]   In the depicted embodiment shown in FIG. **8**, the sensor **801** includes an emitter **804**, a detector **806**, and a front-end interface **808**. The emitter **804** can serve as the source of optical radiation transmitted towards measurement site **102**. The emitter **804** can include one or more sources of optical radiation, such as light emitting diodes (LEDs), laser diodes, incandescent bulbs with appropriate frequency-selective filters, combinations of the same, or the like. In an embodiment, the emitter **804** includes sets of optical sources that are capable of emitting visible and near-infrared optical radiation.

[0058]   The pulse oximetry system **800** also includes a driver **811** that drives the emitter **804**. The driver **111** can be a circuit or the like that is controlled by the monitor **809**. For example, the driver **811** can provide pulses of current to the emitter **804**. In an embodiment, the driver **811** drives the emitter **804** in a progressive fashion, such as in an alternating manner. The driver **811** can drive the emitter **804** with a series of pulses for some wavelengths that can penetrate tissue relatively well and for other wavelengths that tend to be significantly absorbed in tissue. A wide variety of other driving powers and driving methodologies can be used in various embodiments. The driver **811** can be synchronized with other parts of the sensor **801** to minimize or reduce jitter in the timing of pulses of optical radiation emitted from the emitter **804**. In some embodiments, the driver **811** is capable of driving the emitter **804** to emit optical radiation in a pattern that varies by less than about 10 parts-per-million.

[0059]   The detector **806** captures and measures light from the tissue measurement site **102**. For example, the detector **806** can capture and measure light transmitted from the emitter **804** that has been attenuated or reflected from the tissue at the measurement site **102**. The detector **806** can output a detector signal **107** responsive to the light captured and measured. The detector **806** can be implemented using one or more photodiodes, phototransistors, or the like. In some embodiments, a detector **806** is implemented in detector package to capture and measure light from the tissue measurement site **102** of the patient. The detector package can include a photodiode chip mounted to leads and enclosed in an encapsulant. In some embodiments, the dimensions of the detector package are approximately 2 square centimeters. In other embodiments, the dimensions of the detector package are approximately 1.5 centimeters in width and approximately 2 centimeters in length.

[0060]   The front-end interface **808** provides an interface that adapts the output of the detectors **806**, which is responsive to desired physiological parameters. For example, the front-end interface **808** can adapt the signal **807** received from the detector **806** into a form that can be processed by the monitor **809**, for example, by a signal processor **810** in the monitor **809**. The front-end interface **808** can have its components assembled in the sensor **801**, in the monitor **809**, in a connecting cabling (if used), in combinations of the same, or the like. The location of the front-end interface **808** can be chosen based on various factors including space desired for components, desired noise reductions or limits, desired heat reductions or limits, and the like.

[0061]   The front-end interface **808** can be coupled to the detector **806** and to the signal processor **810** using a bus,

wire, electrical or optical cable, flex circuit, or some other form of signal connection. The front-end interface **808** can also be at least partially integrated with various components, such as the detectors **806**. For example, the front-end interface **808** can include one or more integrated circuits that are on the same circuit board as the detector **806**. Other configurations can also be used.

[0062]   As shown in FIG. **8**, the monitor **909** can include the signal processor **810** and a user interface, such as a display **812**. The monitor **809** can also include optional outputs alone or in combination with the display **812**, such as a storage device **814** and a network interface **816**. In an embodiment, the signal processor **810** includes processing logic that determines measurements for desired analytes based on the signals received from the detector **806**. The signal processor **810** can be implemented using one or more microprocessors or sub-processors (e.g., cores), digital signal processors, application specific integrated circuits (ASICs), field programmable gate arrays (FPGAs), combinations of the same, and the like.

[0063]   The signal processor **810** can provide various signals that control the operation of the sensor **801**. For example, the signal processor **810** can provide an emitter control signal to the driver **811**. This control signal can be useful in order to synchronize, minimize, or reduce jitter in the timing of pulses emitted from the emitter **804**. Accordingly, this control signal can be useful in order to cause optical radiation pulses emitted from the emitter **804** to follow a precise timing and consistent pattern. For example, when a transimpedance-based front-end interface **808** is used, the control signal from the signal processor **810** can provide synchronization with an analog-to-digital converter (ADC) in order to avoid aliasing, cross-talk, and the like. As also shown, an optional memory **813** can be included in the front-end interface **808** and/or in the signal processor **810**. This memory **813** can serve as a buffer or storage location for the front-end interface **808** and/or the signal processor **810**, among other uses.

[0064]   The user interface **812** can provide an output, e.g., on a display, for presentation to a user of the pulse oximetry system **800**. The user interface **812** can be implemented as a touch-screen display, a liquid crystal display (LCD), an organic LED display, or the like. In alternative embodiments, the pulse oximetry system **800** can be provided without a user interface **812** and can simply provide an output signal to a separate display or system.

[0065]   The storage device **814** and a network interface **816** represent other optional output connections that can be included in the monitor **809**. The storage device **814** can include any computer-readable medium, such as a memory device, hard disk storage, EEPROM, flash drive, or the like. The various software and/or firmware applications can be stored in the storage device **814**, which can be executed by the signal processor **810** or another processor of the monitor **809**. The network interface **816** can be a serial bus port (RS-232/RS-485), a Universal Serial Bus (USB) port, an Ethernet port, a wireless interface (e.g., WiFi such as any 802.1x interface, including an internal wireless card), or other suitable communication device(s) that allows the monitor **809** to communicate and share data with other devices. The monitor **809** can also include various other components not shown, such as a microprocessor, graphics

processor, or controller to output the user interface **812**, to control data communications, to compute data trending, or to perform other operations.

[0066] Although not shown in the depicted embodiment, the pulse oximetry system **800** can include various other components or can be configured in different ways. For example, the sensor **801** can have both the emitter **804** and detector **806** on the same side of the tissue measurement site **102** and use reflectance to measure analytes.

[0067] Although the foregoing disclosure has been described in terms of certain preferred embodiments, many other variations than those described herein will be apparent to those of ordinary skill in the art.

[0068] Conditional language used herein, such as, among others, "can," "might," "may," "e.g.," and the like, unless specifically stated otherwise, or otherwise understood within the context as used, is generally intended to convey that certain embodiments include, while other embodiments do not include, certain features, elements and/or states. Thus, such conditional language is not generally intended to imply that features, elements and/or states are in any way required for one or more embodiments or that one or more embodiments necessarily include logic for deciding, with or without author input or prompting, whether these features, elements and/or states are included or are to be performed in any particular embodiment. The terms "comprising," "including," "having," and the like are synonymous and are used inclusively, in an open-ended fashion, and do not exclude additional elements, features, acts, operations, and so forth. Also, the term "or" is used in its inclusive sense (and not in its exclusive sense) so that when used, for example, to connect a list of elements, the term "or" means one, some, or all of the elements in the list. Further, the term "each," as used herein, in addition to having its ordinary meaning, can mean any subset of a set of elements to which the term "each" is applied.

[0069] While the above detailed description has shown, described, and pointed out novel features as applied to various embodiments, it will be understood that various omissions, substitutions, and changes in the form and details of the systems, devices or algorithms illustrated can be made without departing from the spirit of the disclosure. As will be recognized, certain embodiments of the disclosure described herein can be embodied within a form that does not provide all of the features and benefits set forth herein, as some features can be used or practiced separately from others.

[0070] The term "and/or" herein has its broadest, least limiting meaning which is the disclosure includes A alone, B alone, both A and B together, or A or B alternatively, but does not require both A and B or require one of A or one of B. As used herein, the phrase "at least one of" A, B, "and" C should be construed to mean a logical A or B or C, using a non-exclusive logical or.

[0071] The apparatuses and methods described herein may be implemented by one or more computer programs executed by one or more processors. The computer programs include processor-executable instructions that are stored on a non-transitory tangible computer readable medium. The computer programs may also include stored data. Non-limiting examples of the non-transitory tangible computer readable medium are nonvolatile memory, magnetic storage, and optical storage. Although the foregoing disclosure has been described in terms of certain preferred

embodiments, other embodiments will be apparent to those of ordinary skill in the art from the disclosure herein. Additionally, other combinations, omissions, substitutions and modifications will be apparent to the skilled artisan in view of the disclosure herein. Accordingly, the present invention is not intended to be limited by the description of the preferred embodiments, but is to be defined by reference to claims.

[0072] Additionally, all publications, patents, and patent applications mentioned in this specification are herein incorporated by reference to the same extent as if each individual publication, patent, or patent application were specifically and individually indicated to be incorporated by reference.

What is claimed is:

1. An optical physiological measurement system comprising:

an emitter which emits light of a wavelength;

a diffuser which receives, spreads and emits the spread light, wherein the emitted spread light is directed at a tissue measurement site of a patient; and

a detector configured to detect the emitted light after attenuation by tissue of the patient, the detector further configured to transmit a signal responsive to the detected light.

2. The optical physiological measurement system of claim 1, further comprising a concentrator which receives the spread light after attenuation by tissue of the patient, concentrates the received spread light and emits the concentrated light in the direction of the detector.

3. The optical physiological measurement system of claim 1, further comprising a processor configured to receive the transmitted signal responsive to the detected light and to determine a physiological parameter.

4. The optical physiological measurement system of claim 3, wherein the parameter is arterial oxygen saturation.

5. The optical physiological measurement system of claim 1, wherein the diffuser comprises at least one of a glass diffuser, ground glass diffuser, a glass bead diffuser, an opal glass diffuser, and an engineered diffuser.

6. The optical physiological measurement system of claim 1, wherein the diffuser emits the spread light with a substantially uniform intensity profile.

7. The optical physiological measurement system of claim 1, wherein the diffuser defines a surface area shape by which the emitted spread light is distributed onto a surface of the tissue measurement site.

8. The optical physiological monitor of claim 7, further comprising a detector filter having a light-absorbing surface facing the tissue measurement site and an opening, the opening having dimensions, wherein the dimensions of the opening are substantially similar to the defined surface area shape by which the emitted spread light is distributed onto the surface of the tissue measurement site.

9. The optical physiological measurement system of claim 7, wherein the surface area shape is rectangular.

10. The optical physiological measurement system of claim 9, wherein the rectangular surface area shape has dimensions within a range of approximately 0.25 cm to 3 cm in width and a range of approximately 1 cm to 6 cm in length.

11. The optical physiological measurement system of claim 9, wherein the rectangular surface area shape has dimensions in the range of approximately 0.1 cm to 2 cm in width and approximately 0.5 cm to 5 cm in length.

**12**. The optical physiological measurement system of claim **9**, wherein the rectangular surface area shape has dimensions of approximately 1 centimeter in width and approximately 1.5 centimeters in length.

**13**. The optical physiological measurement system of claim **7**, wherein the surface area shape is square.

**14**. The optical physiological measurement system of claim **13**, wherein the square surface area shape has dimensions in the range of approximately 0.25 cm² to 10 cm².

**15**. The optical physiological measurement system of claim **9**, further comprising a detector filter comprising a light-absorbing surface facing the tissue measurement site and an opening, the opening having dimensions, wherein the dimensions of the opening are substantially similar to dimensions of the rectangular shape.

**16**. The optical physiological measurement system of claim **1**, wherein the concentrator comprises at least one of glass, ground glass, glass beads, opal glass, and a compound parabolic concentrator.

**17**. The optical physiological measurement system of claim **1**, further comprising a detector filter comprising a light-absorbing surface facing the tissue measurement site and an opening, wherein the opening is configured to allow the spread light, after being attenuated by or reflected from the tissue measurement site, to be received by the concentrator.

**18**. A method to determine a constituent or analyte in a patient's blood, the method comprising:

emitting, from an emitter, light of a wavelength;

spreading, with a diffuser, the emitted light and emitting the spread light from the diffuser to a tissue measurement site, wherein the diffuser spreads the light over a greater area of the tissue measurement site than would otherwise be illuminated by the emitter directly emitting light at a tissue measurement site; and

detecting, with the detector, the emitted concentrated light.

**19**. The method of claim **18**, further comprising receiving, by a concentrator, the emitted spread light after the spread light has been attenuated by or reflected from the tissue measurement site and concentrating, by the concentrator, the received light and emitting the concentrated light from the concentrator to a detector.

**20**. The method of claim **18**, further comprising transmitting, from the detector, a signal responsive to the detected light; receiving, by a processor, the transmitted signal responsive to the detected light; and processing, by the processor, the received signal responsive to the detected light to determine a physiological parameter.

**21**. The method of claim **18**, further comprising filtering, with a light-absorbing detector filter, scattered portions of the emitted spread light.

**22**. The method of claim **18**, wherein spreading, with a diffuser, the emitted light and emitting the spread light from the diffuser to a tissue measurement site is performed by at least one of a glass diffuser, a glass bead diffuser, an opal glass diffuser, and an engineered diffuser.

**23**. The method of claim **18**, wherein spreading, with a diffuser, the emitted light and emitting the spread light from the diffuser to a tissue measurement site further comprises spreading the emitted light with a substantially uniform intensity profile.

**24**. The method of claim **18**, wherein spreading, with a diffuser, the emitted light and emitting the spread light from

the diffuser to a tissue measurement site further comprises spreading the emitted light so as to define a surface area shape by which the emitted spread light is distributed onto a surface of the tissue measurement site.

**25**. The method of claim **18**, wherein concentrating, by the concentrator, the received light and emitting the concentrated light from the concentrator to a detector is performed by at least one of a glass concentrator, a glass bead concentrator, an opal glass concentrator, and a compound parabolic concentrator.

**26**. A pulse oximeter sensor comprising:

an emitter configured to emit light at a wavelength;

a diffuser configured to receive the emitted light, to spread the received light, and to emit the spread light, wherein the emitted spread light is directed at a tissue measurement site; and

a detector configured to detect the emitted spread light, the spread light having been attenuated by the tissue measurement site, the detector further configured to output a signal responsive to the detected light.

**27**. The pulse oximeter sensor of claim **26**, further comprising a concentrator which concentrates the emitted light after it has been attenuated by the tissue measurement site and directs the concentrated light toward the detector.

**28**. The pulse oximeter sensor of claim **26**, wherein the detector is further configured to output the signal response to the detected light to a processor configured to receive the signal responsive to the detected light and to determine a physiological parameter.

**29**. The pulse oximeter sensor of claim **26**, wherein the diffuser is further configured to define a surface area shape by which the emitted spread light is distributed onto a surface of the tissue measurement site.

**30**. The pulse oximeter sensor of claim **29**, wherein the detector is further configured to have a detection area corresponding to the defined surface area shape by which the emitted spread light is distributed onto the surface of the tissue measurement site.

**31**. The pulse oximeter sensor of claim **30**, wherein the detector further comprises an array of detectors configured to cover the detection area.

**32**. A pulse oximeter sensor comprising:

an emitter configured to emit light at a wavelength;

a concentrator which concentrates the emitted light after it has been attenuated by the tissue measurement site; and

a detector configured to detect the emitted spread, the spread light having been attenuated by or reflected from the tissue measurement site, the detector further configured to output a signal responsive to the detected light.

**33**. The pulse oximeter sensor of claim **32**, wherein the detector is further configured to transmit the output signal responsive to the detected light to a processor configured to receive the signal responsive to the detected light and to determine a physiological parameter.

**34**. The pulse oximeter sensor of claim **32**, wherein the concentrator is further configured to define a surface area shape by which the emitted spread light is received from a surface of the tissue measurement site.

**35**. The pulse oximeter sensor of claim **34**, wherein the concentrator is further configured to have a detection area

corresponding to the defined surface area shape by which the emitted spread light is distributed onto the surface of the tissue measurement site.

**36**. The pulse oximeter sensor of claim **35**, wherein the detector further comprises an array of detectors configured to cover the detection area.

\* \* \* \* \*

# Exhibit 29

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

e 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 749 of 834   Pag
#:20933

# DESIGN OF PULSE OXIMETERS



EDITED BY

## J G WEBSTER

## IoP

© IOP Publishing Ltd 1997

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without the prior permission of the publisher. Multiple copying is permitted in accordance with the terms of licences issued by the Copyright Licensing Agency under the terms of its agreement with the Committee of Vice-Chancellors and Principals.

*British Library Cataloguing-in-Publication Data*

A catalogue record for this book is available from the British Library.

ISBN 0 7503 0467 7

*Library of Congress Cataloging-in-Publication Data are available*

The Editor has attempted to trace the copyright holder of all the figures and tables reproduced in this publication and apologizes to copyright holders if permission to publish in this form has not been obtained.

Series Editors:
   **R F Mould**, Croydon, UK
   **C G Orton**, Karamanos Cancer Institute, Detroit, USA
   **J A E Spaan**, University of Amsterdam, The Netherlands
   **J G Webster**, University of Wisconsin-Madison, USA

Published by Institute of Physics Publishing, wholly owned by The Institute of Physics, London

Institute of Physics Publishing, Dirac House, Temple Back, Bristol BS1 6BE, UK

US Editorial Office: Institute of Physics Publishing, The Public Ledger Building, Suite 1035, 150 South Independence Mall West, Philadelphia, PA 19106, USA

Prepared by the Editor using Microsoft Word 6

Printed in Great Britain by J W Arrowsmith Ltd, Bristol

## 6.3 OPTICAL CONCERNS

Since this is a system with an optical interface, it is important to minimize the effects from light other than the optical signals of interest. One way to minimize unwanted light incident upon the detector is to place some type of light filter over the detector. This allows light of wavelengths of interest to pass through the filter but does not allow light of other wavelengths to pass through the filter. For the pulse oximeter to work effectively, most of the light being transmitted from the LEDs must not reach the photodiode unless it has passed through tissue containing arterial blood.

### 6.3.1 Optical filtering

Optical filtering, placed between sources of light and the photodiode, is used to limit the spectral response of the photodiode. A number of optical filter types can be used. Cheung *et al* (1993) recommend a red Kodak No. 29 wratten gel filter to eliminate the flickering effect of fluorescent light. However, these external filters do not appear to be used much in actual pulse oximetry designs. In addition, the photodiode mounting package may contain filtering material. Many photodiodes are mounted in clear plastic which absorbs UV wavelengths (Burr-Brown 1994a,b,c). This is useful to filter out some of the unwanted effects of fluorescent lighting on the photodiode. Many photodiodes are available in a variety of packaging types each of which filters out selected wavelengths of light.

### 6.3.2 Optical interference

To minimize errors, the pulse oximeter designer must attempt to limit the light reaching the photodiode to that which has traveled through tissue containing arterial blood (Nellcor 1993). This can be accomplished through thoughtful LED/photodiode placement. Light impervious barriers should be placed between LEDs and the photodiode in all areas where the emitted light could reach the photodiode without passing through tissue (New and Corenman 1987). Two additional measures can be taken to ensure this (figure 6.6). One is to decrease the angle of incidence to the photodiode. The second is to coat the housing around the photodiode with a material that does not scatter or reflect light.

There are two types of optical interference that may cause problems for the photodiode. The first is excessive ambient light. The source of this type of error may be surgical lamps, fluorescent lights, infrared heat lamps and direct sunlight. Usually this type of interference will saturate the photodiode so that no pulse can be distinguished, however some of these sources may result in apparently normal but inaccurate readings. The second source of interference is optical cross-talk. This type of interference typically may occur when multiple probes are used in close proximity. In this case, light from one LED probe is sensed by the photodiode of another probe.

## 6.4 AMPLIFIERS

Since photodiodes generate an output current, an amplifier must be used to translate that current into a voltage for use by the pulse oximeter. Transimpedance amplifiers, or current-to-voltage converters, are amplifiers that

# Exhibit 30

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

# Multirate Digital Signal Processing

## Ronald E. Crochiere
## Lawrence R. Rabiner



PRENTICE-HALL SIGNAL PROCESSING SERIES
ALAN V. OPPENHEIM, SERIES EDITOR



*Library of Congress Cataloging in Publication Data*

Crochiere, Ronald E.
  Multirate digital signal processing.

  (Prentice-Hall signal processing series)
  Includes index.
  1. Signal processing—Digital techniques.
I. Rabiner, Lawrence R.      II. Title.
III. Series.
TK5102.5.C76     1983     621.38'043     82-23113
ISBN 0-13-605162-6


Text processing: *Donna Manganelli*
Editorial/production and supervision by *Barbara Cassel* and *Mary Carnis*
Cover design: *Mario Piazza*
Manufacturing buyer: *Anthony Caruso*

© 1983 by Prentice-Hall, Inc., Englewood Cliffs, New Jersey 07632


All rights reserved. No part of this book may be
reproduced, in any form or by any means,
without permission in writing from the publisher.

Printed in the United States of America

10  9  8  7  6  5  4  3  2  1

ISBN  0-13-605162-6  ,



Prentice-Hall International, Inc., *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Prentice-Hall of Southeast Asia Pte. Ltd., *Singapore*
Whitehall Books Limited, *Wellington, New Zealand*

how sampling rate conversion concepts can be used to form efficient implementations of a variety of digital signal processing operations, such as digital filtering, phase shifting, modulation, and filter banks.

## 1.1 SAMPLING RATE CONVERSION

The process of digitally converting the sampling rate of a signal from a given rate $F = 1/T$ to a different rate $F' = 1/T'$ is called *sampling rate conversion*. When the new sampling rate is higher than the original sampling rate, that is,

$$F' > F \qquad (1.4a)$$

or

$$T' < T \qquad (1.4b)$$

the process is generally called *interpolation* since we are creating samples of the original physical process from a reduced set of samples. Historically, the mathematical process of interpolation, or "reading between the lines," received widespread attention from mathematicians who were interested in the problem of tabulating useful mathematical functions. The question was how often a given function had to be tabulated (sampled) so that someone could use some simple interpolation rule to obtain accurate values of the function at any higher sampling rate [1.5]. Not only did this work lead to an early appreciation of the sampling process, but it also led to several interesting classes of "interpolation functions" which could provide almost arbitrarily high accuracy in the interpolated values, provided that sufficient tabulated values of the function were available.

The process of digitally converting the sampling rate of a signal from a given rate $F$ to a lower rate $F'$, that is,

$$F' < F \qquad (1.5a)$$

or

$$T' > T \qquad (1.5b)$$

is called *decimation*.[1] It will be shown in Chapter 3 that decimation and interpolation of signals are dual processes - e.g. a digital system that implements a decimator can be transformed into a dual digital system that implements an interpolator using straightforward transformation techniques.

[1] Strictly speaking, decimation means a reduction by 10%. In signal processing, decimation has come to mean a reduction in sampling rate by any factor.

$$x(n) = \frac{1}{2\pi} \int_{-\pi}^{\pi} X(e^{j\omega}) e^{j\omega n} \, d\omega \qquad (2.16)$$

Combining Eqs. (2.15) and (2.16), we get

$$\frac{1}{2\pi} \int_{-\pi}^{\pi} X(e^{j\omega}) e^{j\omega n} \, d\omega = \frac{1}{2\pi} \int_{-\infty}^{\infty} X_C(j\Omega) e^{j\Omega nT} \, d\Omega \qquad (2.17)$$

By expressing the right-hand side of Eq. (2.17) as a sum of integrals (each of width $2\pi/T$), we get

$$\frac{1}{2\pi} \int_{-\infty}^{\infty} X_C(j\Omega) e^{j\Omega nT} \, d\Omega = \frac{1}{2\pi} \sum_{l=-\infty}^{\infty} \int_{(2l-1)\pi/T}^{(2l+1)\pi/T} X_C(j\Omega) e^{j\Omega nT} \, d\Omega$$

$$= \frac{1}{2\pi} \sum_{l=-\infty}^{\infty} \int_{-\pi/T}^{\pi/T} \left[ X_C \left( j\Omega + j\frac{2\pi l}{T} \right) \right] e^{j\Omega nT} e^{j2\pi ln} \, d\Omega$$

$$= \frac{1}{2\pi} \int_{-\pi/T}^{\pi/T} \left[ \sum_{l=-\infty}^{\infty} X_C \left( j\Omega + j\frac{2\pi l}{T} \right) \right] e^{j\Omega nT} \, d\Omega \qquad (2.18)$$

since $e^{j2\pi ln} = 1$ for all integer values of $l$ and $n$. Combining Eqs. (2.17) and (2.18), setting $\Omega = \omega/T$ and $\Omega_F = 2\pi/T$, gives

$$\frac{1}{2\pi} \int_{-\pi}^{\pi} [X(e^{j\omega})] e^{j\omega n} \, d\omega = \frac{1}{2\pi} \int_{-\pi}^{\pi} \left[ \frac{1}{T} \sum_{l=-\infty}^{\infty} X_C(j\Omega + jl\Omega_F) \right] e^{j\omega n} \, d\omega \quad (2.19)$$

Finally, by equating terms within the brackets, we get

$$X(e^{j\omega}) = \frac{1}{T} \sum_{l=-\infty}^{\infty} X_C(j(\Omega + l\Omega_F)) = \frac{1}{T} \sum_{l=-\infty}^{\infty} X_C \left( \frac{j}{T}(\omega + 2\pi l) \right) \quad (2.20)$$

Equation (2.20) provides the fundamental link between continuous and digital systems. The correspondence between these relations and the spectral interpretation of the PAM signal $X_C(j\Omega) * S(j\Omega)$ in Figure 2.3 is also apparent; that is, the spectrum of the digital signal corresponds to harmonically translated and amplitude scaled repetitions of the analog spectrum.

### 2.1.3  The Sampling Theorem

Given the analog signal $x_C(t)$ it is always possible to obtain the digital signal $x(n)$. However, the reverse process is not always true; that is, $x_C(t)$ uniquely specifies

$x(n)$; but $x(n)$ does not necessarily uniquely specify $x_C(t)$. In practice it is generally desired to have a unique correspondence between $x(n)$ and $x_C(t)$ and the conditions under which this uniqueness holds is given by the well-known *sampling theorem*:

> If a continuous signal $x_C(t)$ has a bandlimited Fourier transform $X_C(j\Omega)$, that is, $|X_C(j\Omega)| = 0$ for $|\Omega| \geqslant 2\pi F_C$, then $x_C(t)$ can be uniquely reconstructed without error from equally spaced samples $x_C(nT)$, $-\infty < n < \infty$, if $F \geqslant 2F_C$, where $F = 1/T$ is the sampling frequency.

The sampling theorem can be conveniently understood in terms of the spectral interpretations of the sampling process and Eq. (2.20). Figure 2.4 shows an example of the spectrum of a bandlimited signal [part (a)] and the resulting spectrum of the digital signal for a sampling period which is shorter than required by the sampling theorem [part (b)], a sampling period equal to that required by the sampling theorem [part (c)], and a sampling period longer than required by the sampling theorem [part d)]. From Fig. 2.4 we readily see that for parts (b) and (c) (when the conditions of the sampling theorem are met) the higher-order spectral components (the terms in Eq. (2.20) for $|l| \geqslant 1$) do not overlap the baseband and distort the digital spectrum. Thus one basic interpretation of the sampling theorem is that the spectrum of the sampled signal must be the same as (to within a constant multiplier) the spectrum of the continuous signal for the baseband of frequencies $(-2\pi F_C < \Omega < 2\pi F_C)$.



**Figure 2.4**   Spectral interpretations of the sampling theorem.

## 2.1.4  Reconstruction of an Analog Signal from its Samples

The major consequence of the sampling theorem is that the original sequence $x_C(t)$ can be uniquely and without error reconstructed from its samples $x(n)$ if the samples are obtained at a sufficiently high rate. To see how this reconstruction is accomplished, we consider the spectrum of the continuous-time modulated signal $x_C(t)s(t)$ as shown in Figure 2.3(c). This spectrum is identical to that of the sampled signal $x(n)$. To recover $X_C(j\Omega)$ from the convolution $X_C(j\Omega) * S(j\Omega)$, we merely have to filter the signal $x_C(t)s(t)$ by an ideal lowpass filter whose cutoff frequency is between $2\pi F_C$ and $\Omega_F - 2\pi F_C$. This processing is illustrated in Figure 2.5. To implement this process, an ideal digital-to-analog converter is required to get $x_C(t)s(t)$ from $x(n)$. Assuming that we do not worry about the realizability of such an ideal converter, the reconstruction formula from Figure 2.5 is



**Figure 2.5**  Sampling and reconstruction of a continuous signal.

$$x_C(t) = \int_{\tau=-\infty}^{\infty} x_C(\tau)s(\tau)\hat{h}(t-\tau)\,d\tau \qquad (2.21)$$

and applying Eqs. (2.2) to (2.4) gives

$$x_C(t) = \sum_{n=-\infty}^{\infty} x(n)\hat{h}(t-nT) \qquad (2.22)$$

For an ideal lowpass filter with cutoff frequency $F_{\text{LP}}$, the ideal impulse response $\hat{h}_I(t)$ is of the form

$$\hat{h}_I(t) = \frac{\sin(2\pi F_{\text{LP}}t)}{2\pi F_{\text{LP}}t} \qquad (2.23)$$

Generally, $F_{\text{LP}}$ is chosen as

$$F_{\text{LP}} = \frac{F}{2} = \frac{1}{2T} \qquad (2.24)$$

leading to the well-known reconstruction formula

ase 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 759 of 834   Page #:20943

$$x_C(t) = \sum_{n=-\infty}^{\infty} x(n) \left[ \frac{\sin\left[\pi(t - nT)/T\right]}{\pi(t - nT)/T} \right] \qquad (2.25)$$

Figure 2.6 illustrates the application of Eq. (2.25) to a typical signal. It is seen that the ideal lowpass filter acts like an interpolator for the bandlimited signal $x_C(t)$, allowing the determination of *any* value of $x_C(t)$ from the *infinite* set of its samples taken at a sufficiently high rate.



**Figure 2.6**  Illustration of a bandlimited reconstruction from shifted and scaled lowpass filter responses.

In practice the "ideal" filter is unrealizable because it requires values of $x(n)$ for $-\infty < n < \infty$ in order to evaluate a single value of $x_C(t)$. Therefore, some realizable approximation to $\hat{h}_I(t)$ must be used. Figure 2.7 illustrates an example of an impulse response for a realizable reconstruction or interpolating lowpass filter, $\hat{h}(t)$, that extends over·a finite number of samples of $x(n)$. In this figure we show plots of $x_C(t)$ (bottom figure) and $x(n)$, and the range of $\hat{h}(t-nT)$ evaluated in the region of the $n_0$th sample [i.e., at $t = n_0 T$ (top figure)]. To the extent that the frequency response of the actual lowpass filter approximates the ideal lowpass filter, the reconstruction error of $x_C(t)$ can be kept small.

## 2.1.5  Summary of the Implications of the Sampling Theorem

The main result of the sampling theorem is that there is a minimum rate (related directly to the bandwidth of the signal) at which a signal can be sampled and for which theoretically exact reconstruction of the signal is possible from its samples. If the signal is sampled below this minimum rate, then distortions, in the form of spectral foldover or *aliasing* [e.g., see Fig. 2.4(d)], occur from which no recovery is



**Figure 2.7**  Illustration of reconstruction of a bandlimited signal from its samples using a nonideal finite duration impulse response lowpass filter.



**Figure 2.8**  Representation of a practical sampling system with prefiltering to avoid aliasing.

generally possible.  Thus to ensure that the conditions of the sampling theorem are met for a given application, the signal to be sampled is generally first filtered by a lowpass filter whose cutoff frequency is less than (or equal to) half the sampling frequency.  Such a filter is often called an *anti-aliasing prefilter* because its purpose is to guarantee that no aliasing occurs due to sampling.  Thus the standard representation of a system for sampling a signal (analog-to-digital conversion) is as shown in Fig. 2.8.  We will see in the following sections that a lowpass filter of the type shown in Fig. 2.8 is required for almost all sampling rate conversion systems.

## 2.2  SAMPLING RATE CONVERSION — AN ANALOG INTERPRETATION

The process of sampling rate conversion is one of converting the sequence $x(n)$ obtained from sampling $x_C(t)$ with a period $T$, to another sequence $y(m)$ obtained from sampling $x_C(t)$ with a period $T'$.  The most straightforward way to perform this conversion is to reconstruct $x_C(t)$ (or the lowpass filtered version of it)

by integer factors, and interpolation by integer factors [2.3]. We then consider the general case of a sampling rate change by a factor of $L/M$.

## 2.3.2  Sampling Rate Reduction — Decimation by an Integer Factor $M$

Consider the process of reducing the sampling rate (decimation) of $x(n)$ by an integer factor $M$, that is,

$$\frac{T'}{T} = \frac{M}{1} \qquad (2.49)$$

Then the new sampling rate is

$$F' = \frac{1}{T'} = \frac{1}{MT} = \frac{F}{M} \qquad (2.50)$$

Assume that $x(n)$ represents a full band signal; that is, its spectrum is nonzero for all frequencies in the range $-F/2 \leqslant f \leqslant F/2$, with $\omega = 2\pi fT$:

$$|X(e^{j\omega})| \neq 0, \ |\omega| = |2\pi fT| \leqslant \frac{2\pi FT}{2} = \pi \qquad (2.51)$$

except possibly at an isolated set of points. Based on the analog interpretation of sampling we see that in order to lower the sampling rate and to avoid aliasing at this lower rate, it is necessary to filter the signal $x(n)$ with a *digital* lowpass filter that approximates the ideal characteristic

$$\widetilde{H}(e^{j\omega}) = \begin{cases} 1, & |\omega| \leqslant \dfrac{2\pi F'T}{2} = \dfrac{\pi}{M} \\ 0, & \text{otherwise} \end{cases} \qquad (2.52)$$

The sampling rate reduction is then achieved by forming the sequence $y(m)$ by saving only every $M$th sample of the filtered output. This process is illustrated in Fig. 2.15(a). If we denote the actual lowpass filter unit sample response as $h(n)$, then we have

$$w(n) = \sum_{k=-\infty}^{\infty} h(k)x(n-k) \qquad (2.53)$$

where $w(n)$ is the filtered output as seen in Fig. 2.15(a). The final output $y(m)$ is then obtained as

*5*

# Multistage  Implementations
# of  Sampling  Rate  Conversion

## 5.0  INTRODUCTION

We have shown several times throughout this book that a general conceptual model for changing the sampling rate of a signal by the rational factor $L/M$ is of the type shown in Fig. 5.1.  It was shown in Chapter 2 that the processing involved in implementing this model could be viewed as a two-stage system:   first interpolating the sequence by a factor of $L$, followed by a stage of decimation by a factor of $M$. We showed in Chapter 3 that the computational load in implementing this system (i.e., the digital filtering operations) could be efficiently performed at the lowest sampling rate of the system and in Chapter 4 we discussed filter designs for this single-stage approach.   In  this  chapter  we  consider  cascaded  (multistage) implementations of these sampling rate conversion systems for even greater efficiencies in some cases.  We will concentrate primarily on integer conversion ratios; however, the concepts can be readily applied to rational ratios as well, particularly at the last stage of conversion.



**Figure 5.1**   General structure for sampling rate conversion by a ratio of $L/M$.

The  concept  of  using  a  series  of  stages  to  implement  a  sampling  rate conversion system can be applied to the case of integer interpolators and decimators [5.1-5.4], as shown in Fig. 5.2.  Consider first a system for decimating a signal by

an integer factor of $M$, as shown in Fig. 5.2(a). We denote the original sampling frequency of the input signal, $x(n)$, as $F_0$, and the final sampling frequency of the decimated signal $y(m)$ as $F_0/M$. If the decimation ratio $M$ can be factored into the product

$$M = \prod_{i=1}^{I} M_i \qquad (5.1)$$

where each $M_i$, $i = 1, 2, ..., I$, is an integer, we can express this network in the form shown in Fig. 5.2(b) (see Section 3.1.2). This structure, by itself, does not provide any inherent advantage over the structure of Fig. 5.2(a). However, if we modify the structure by introducing a lowpass filter between *each* of the sampling rate compressors, we obtain the structure of Fig. 5.2(c). This structure has the property that the sampling rate reduction occurs in a series of $I$ stages, where each stage (shown within dashed boxes) is an *independent* decimation stage. Note that the intermediate sampling frequencies at the output of the stages are denoted as $F_1$, $F_2$, ..., $F_I$ for stages $i = 1, 2, ..., I$, respectively.



**Figure 5.2**  Steps in constructing a multistage decimator for decimation by a factor $M$.

Similarly, for an $I$-stage 1-to-$L$ interpolator, if the overall interpolation rate, $L$, can be factored into the product

$$L = \prod_{i=1}^{I} L_i \qquad (5.2)$$

then the general single-stage interpolator structure of Fig. 5.3(a) can be converted

into the multistage structure of Fig. 5.3(c). Again each of the stages within the structure of Fig. 5.3(b) is an *independent* interpolation stage. The reader should note that the stages of the interpolator structure in Fig. 5.3(c) are numbered in *reverse* order (i.e., the output stage is stage 1, and the input stage is stage $I$). This is often done for notational convenience to emphasize the transpose relationship between multistage decimators and interpolators (see Section 3.1.3). As will be seen later, an $I$-stage interpolator can be designed by designing an $I$-stage decimator and taking its transpose. Since the transposition operation reverses the direction of all signal paths in the structure, the output stage of the multistage decimator becomes the input stage of the multistage interpolator. Thus it is convenient, notationally, to number the interpolator stages in reverse order, as shown in Fig. 5.3. For the same reason the input sampling frequency of the multistage interpolator is labeled $F_I$ and the output sampling frequency is labeled $F_0$. The input and output sampling frequencies for stage $i$ of the multistage interpolator are $F_i$ and $F_{i-1}$, respectively, as seen in Fig. 5.3. Because of this transpose relationship between multistage decimators and interpolators we will generally discuss only decimator designs in this chapter, with the understanding that the same operations can be applied to interpolators by the process of transposition.



**Figure 5.3**  Steps in constructing a multistage interpolator for interpolation by a factor $L$.

The obvious question that arises from the discussion above is why consider such multistage structures. At first glance it would appear as if we are greatly increasing the overall computation (since we have inserted filters between each stage) of the structure. This, however, is precisely the opposite of what occurs in

practice. The reasons for considering multistage structures, of the types shown in
Figs. 5.2(c) and 5.3(c), are:

1.  Significantly reduced computation to implement the system
2.  Reduced storage in the system
3.  Simplified filter design problem (i.e., wider normalized transition bands
    allowed at each stage)
4.  Reduced finite-word-length effects (i.e., round-off noise and coefficient
    sensitivity) in the implementations of the digital filters

These structures however are not without some drawbacks. They include:

1.  Increased control structure required to implement a multistage process
2.  Difficulty in choosing the appropriate values of $I$ of Eq. (5.1) or (5.2) and
    the best factors $L_i$ (or $M_i$)

It is the purpose of this chapter to show why and how a multistage implementation
of a sampling rate conversion system can be (and generally is) more efficient than
the standard single-stage structure for the following cases:

1.  $L \gg 1$ $(M = 1)$ case 1
2.  $M \gg 1$ $(L = 1)$ case 2
3.  $L/M \approx 1$ but $L \gg 1, M \gg 1$ case 3

Cases 1 and 2 are high-order interpolation and decimation systems, and case 3 is
when a slight change in sampling rate is required (e.g., $L/M = 80/69$).

## 1 COMPUTATIONAL EFFICIENCY OF A TWO-STAGE STRUCTURE—A DESIGN EXAMPLE

Since the motivation for considering multistage implementations of sampling rate
conversion systems is the potential reduction in computation, it is worthwhile
presenting a simple design example that illustrates the manner in which the
computational efficiency is achieved.

The design example is one in which a signal, $x(n)$, with sampling rate of
10,000 Hz, is to be decimated by a factor of $M = 100$ to give the signal $y(m)$ at a
100-Hz rate. Figure 5.4(a) shows the standard, single-stage, decimation network
which implements the desired process. It is assumed that the passband of the
signal is from 0 to 45 Hz, and that the band from 45 to 50 Hz is a transition band.
We also assume that a passband ripple of 0.01 and a stopband ripple of 0.001 are
required. Hence the specifications of the required lowpass filter are as shown in
Fig. 5.4(b). We assume, for simplicity, that the design formula for FIR equiripple
designs

$$N \approx \frac{D_\infty(\delta_p, \delta_s)}{\Delta F / F} \tag{5.3}$$

can be used to give the number of taps, $N$, of a symmetric FIR filter with maximum passband ripple $\delta_p$, maximum stopband ripple $\delta_s$, transition width $\Delta F$, and sampling frequency $F$ (an explanation of this form of the equation is given in Section 5.3.1). For the lowpass filter of Fig. 5.4(b) we have

$$\Delta F = 50 - 45 = 5 \text{ Hz}$$
$$F = 10,000 \text{ Hz}$$
$$\delta_p = 0.01$$
$$\delta_s = 0.001$$
$$D_\infty(\delta_p, \delta_s) = 2.54$$

giving, from Eq. (5.3), $N \approx 5080$. Let the overall computation, in multiplications per second (MPS) necessary to implement this system be denoted by $R_T^*$ where the * denotes *multiplication* rate. [Later we will let $R_T^+$ denote total computation in additions per second (APS)]. Then it can be shown that

$$R_T^* \approx \frac{NF}{2M} = \frac{(5080)(10,000)}{2(100)} = 254,000 \quad \text{MPS}$$

that is, a total of 254,000 multiplications per second is required to implement the system of Fig. 5.4(a) [assuming an efficient decimator structure which takes advantage of symmetry of $h(k)$].

Consider now the two-stage implementation shown in Fig. 5.4(c). The first



**Figure 5.4**   Simple example of a one-stage and a two-stage network for decimation by a factor of 100-to-1.

stage decimates the signal by a factor of 50,[1] and the second stage decimates the (already decimated) signal by a factor of 2, giving a total decimation factor of 100. The resulting filter specifications are illustrated in Fig. 5.4(d). For the first stage the passband of the $N_1$ tap filter, $LPF_1$, is from 0 to 45 Hz, but the transition band extends from 45 Hz to 150 Hz. Since the sampling rate at the output of the first stage is 200 Hz, the residual signal energy from 100 to 150 Hz gets aliased back into the range 50 to 100 Hz after decimation by the factor of 50. This aliased signal then gets removed in the second stage. For the second stage the passband of the $N_2$ tap filter, $LPF_2$, extends from 0 to 45 Hz and the transition band extends from 45 to 50 Hz. One other change in the filter specifications occurs because we are using a two-stage filtering operation. The passband ripple specification of each stage of the two-stage structure is reduced to $\delta_p/2$ (since each stage can theoretically add passband ripple to each preceding stage). The stopband ripple specification does not change since the cascade of two lowpass filters only reduces the stopband ripples. Hence the $D_\infty(\delta_p, \delta_s)$ function in the filter design equation becomes $D_\infty(\delta_p/2, \delta_s)$ for the filters in the two-stage implementation. Since the function $D_\infty(\delta_p, \delta_s)$ is relatively insensitive to factors of 2 in $\delta_p$ or $\delta_s$, only slight changes occur in its value (from 2.54 to 2.76) due to this factor. For the specific example of Fig. 5.4(c) we get (for the first stage)

$$N_1 = \frac{2.76}{(150 - 45)/10,000} = 263 \quad \text{taps}$$

$$R_1 = \frac{N_1 F}{M_1} = \frac{(263)(10,000)}{50} = 52,600 \quad \text{MPS (not including symmetry)}$$

For the second stage we get

$$N_2 = \frac{2.76}{5/200} = 110.4 \quad \text{taps}$$

$$R_2 = \frac{(110.4)(200)}{2} = 11,000 \quad \text{MPS (not including symmetry)}$$

The total computation in MPS for the two-stage implementation, *assuming* the use of symmetry, is then

$$R_T^* = \frac{R_1}{2} + \frac{R_2}{2} = \frac{52,600 + 11,000}{2} = 31,800 \quad \text{MPS}$$

Thus a reduction in computation of almost 8 to 1 is achieved in the two-stage decimator over a single-stage decimation for this design example.

---

[1] We explain later in this chapter how the individual decimation factors of the stages are obtained.

It is easy to see where the reduction in computation comes from for the multistage decimator structure by examining Eq. (5.3). We see that the required filter orders are directly proportional to $D_\infty(\delta_p, \delta_s)$ and $F$, and inversely proportional to $\Delta F$, the filter transition width. For the early stages of a multistage decimator, although the sampling rates are large, equivalently the transition widths are very large, thereby leading to relatively small values of filter length $N$. For the last stages of a multistage decimator, the transition width becomes small, but so does the sampling rate and the combination again leads to relatively small values of required filter lengths. We see from the analysis above that computation is kept low in each stage of the overall multistage structure.

As discussed earlier, a two-stage interpolator with a 1-to-100 change in sampling rate can be designed by transposing the decimator design of Fig. 5.4(c). The first stage (stage 2) increases the sampling rate by a factor of $L_2 = 2$ (i.e., from 100 Hz to 200 Hz) and the second stage (stage 1) increases the sampling rate by the factor $L_1 = 50$ (from 200 Hz to 10,000 Hz). As in the decimator, it can be shown that this two-stage design is more efficient in computation than a single-stage interpolator by a factor of approximately 8.

The simple examples presented above are by no means a complete picture of the capabilities and sophistication that can be found in multistage structures for sampling rate conversion. They are merely intended to show why such structures are of fundamental importance for many practical systems in which sampling rate conversion is required. In the next section we set up a formal structure for dealing with multistage sampling rate conversion networks, and show how it can be used in a variety of implementations.

## 5.2 TERMINOLOGY AND FILTER REQUIREMENTS FOR MULTISTAGE DESIGNS

There are a large number of parameters and trade-offs involved in the design of multistage decimator and interpolator systems, including the choice of the number of stages $I$, the decimation or interpolation ratios $M_i$ or $L_i$ at each stage, the filter requirements, and the actual filter designs at each stage. Several general design procedures have been suggested for choosing these parameters and they are discussed in more detail in Sections 5.3 to 5.6. In this section we define the terminology used to specify the filter requirements for each stage of a multistage system.

### 5.2.1 Overall Filter Requirements

Consider the $I$-stage decimator of Fig. 5.2(c), where the total decimation rate of the system is $M$. The sampling rate (frequency) at the output of the $i$th stage $(i = 1, 2, ..., I)$ is

$$F_i = \frac{F_{i-1}}{M_i}, \quad i = 1, 2, ..., I \tag{5.4}$$

with initial input sampling frequency $F_0$, and final output sampling frequency $F_I$, where

$$F_I = \frac{F_0}{\displaystyle\prod_{i=1}^{I} M_i} = \frac{F_0}{M} \tag{5.5}$$

Any of the structures discussed in Chapter 3 and any of the filter designs in Chapter 4 can be used for each stage of the network. Using the ideas developed in Chapter 4, we define the useful frequency range of the output signal $y(m)$ as

$$0 \leqslant f \leqslant F_p \qquad \text{passband} \tag{5.6a}$$

$$F_p \leqslant f \leqslant F_s \leqslant \frac{F_I}{2} \quad \text{transition band} \tag{5.6b}$$

where $f$, $F_p$, and $F_s$ are analog frequencies (i.e., they are not normalized to any sampling rate). The filter specifications of Eq. (5.6) are illustrated in Fig. 5.5(a). Because of the large number of sampling rates involved in multistage systems, we will generally refer to frequencies in this chapter in analog terms rather than in digital terms, to avoid confusion.



**Figure 5.5** (a) Filter requirements such that no aliasing occurs in the baseband of $y(m)$; (b) alternative design which allows aliasing above $F_p$.

Note that in the specification above we have restricted the final stopband edge, $F_s$, to be less than or equal to $F_I/2$. [In Fig. 5.5(a) we have drawn it so that $F_s = F_I/2$.] This protects the entire baseband (from 0 to $F_I/2$) of $y(m)$ from aliasing. In *each* stage of processing this baseband must be protected since once

ase 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 770 of 834   Page
#:20954
Sec. 5.2     Terminology and Filter Requirements for Multistage Designs          201

any significant aliasing occurs, it cannot be removed. Any other frequency band can be aliased in an early stage since subsequent processing will remove any signal components from the band, as seen in the simple design example of Section 5.1.

In some applications it may be acceptable to allow some aliasing to occur in the upper region of the transition band of $y(m)$ above $F_p$. In this case we can choose $F_I/2 \leqslant F_s \leqslant F_I - F_p$ as shown in Fig. 5.5(b). (Hence we have drawn the case where $F_s = F_I - F_p$.) This permits the use of a filter with a wider transition band (up to twice as wide) in the final stage, and therefore the filter order is reduced to about half that required when no aliasing can occur. In most of our discussions, however, we assume that the entire baseband of the signal $y(m)$ is to be protected and therefore the condition in Eq. (5.6b) and Fig. 5.5(a) applies.

In the case of an $I$-stage interpolator [see Fig. 5.3(c)], the sampling rate $F_{i-1}$ at the output of the $i$th stage is

$$F_{i-1} = F_i L_i, \quad i = I, I-1, ..., 2, 1 \tag{5.7a}$$

and

$$F_0 = F_I \prod_{i=1}^{I} L_i = LF_I \tag{5.7b}$$

where $F_I$ is the initial input sampling frequency and $F_0$ is the final output sampling frequency. [Note that Eqs. (5.7a) and (5.7b) are the same as Eqs. (5.4) and (5.5), respectively, with $M$ replaced by $L$.] The frequency bands of interest for the interpolator filters are

$$0 \leqslant f \leqslant F_p \qquad \text{passband} \tag{5.8a}$$

$$F_p \leqslant f \leqslant F_s \leqslant \frac{F_I}{2} \quad \text{transition band} \tag{5.8b}$$

and any harmonic images above $F_I/2$ must be removed by the filtering process.

The overall filter requirements above impose specific restrictions on the filter specifications for individual stages in the multistage designs. These restrictions are affected by the choice of $F_p$ and $F_s$ and the frequencies $F_i$, $i = 0, 1, 2, ..., I$. For convenience we define a dimensionless transition bandwidth measure $\Delta f$ as

$$\Delta f = \frac{F_s - F_p}{F_s} \tag{5.9}$$

This definition will be used throughout this chapter. As $\Delta f$ approaches 0, the width of the transition band becomes small, and as $\Delta f$ approaches 1.0, the width of the transition band becomes large (see Fig. 5.5). Hence $\Delta f$ is a measure of the complexity of the filters needed to ensure that no aliasing (decimator) or imaging

(interpolator) occurs in the multistage design (particularly in stage $I$ of the design).

## 5.2.2 Lowpass Filter Requirements for Individual Stages

If we now examine the lowpass filter frequency regions for the individual stages of the $I$-stage decimator of Fig. 5.6(a) we get results of the type shown in Figs. 5.6(b)-(d). For the first stage the passband is defined from

$$0 \leqslant f \leqslant F_p \quad \text{stage 1 passband} \qquad (5.10\text{a})$$

and the transition band is from

$$F_p \leqslant f \leqslant F_1 - F_s \quad \text{stage 1 transition band} \qquad (5.10\text{b})$$

Signal energy in the transition band in this stage will alias back upon itself (after the decimation by $M_1$) only from $f = F_s$ up to $f = F_1/2$; hence the baseband 0 to $F_s$ is protected against aliasing. The stopband of the stage 1 lowpass filter is from

$$F_1 - F_s \leqslant f \leqslant \frac{F_0}{2} \quad \text{stage 1 stopband} \qquad (5.10\text{c})$$



**Figure 5.6**  Signal processing operations and filter specifications for an $I$-stage decimator.

For the second stage of the system, the passband and stopband regions of the lowpass filter are

$$0 \leqslant f \leqslant F_p \quad \text{stage 2 passband} \tag{5.11a}$$

$$F_2 - F_s \leqslant f \leqslant \frac{F_1}{2} \quad \text{stage 2 stopband} \tag{5.11b}$$

as shown in Fig. 5.6(c). Again the band from $0 \leqslant f \leqslant F_s$ is protected from aliasing in the decimation stage.

For the $i$th stage of the system, the lowpass filter passband and stopband regions are

$$0 \leqslant f \leqslant F_p \quad \text{stage } i \text{ passband} \tag{5.12a}$$

$$F_i - F_s \leqslant f \leqslant \frac{F_{i-1}}{2} \quad \text{stage } i \text{ stopband} \tag{5.12b}$$

It is readily seen from Eqs. (5.4), (5.6), and (5.12) and Fig. 5.6(d) that, for the last stage, the transition band of the lowpass filter is the same as the transition band of the one-stage implementation filter. However, the sampling rate of the system is substantially reduced in most cases.

Figure 5.7 illustrates the lowpass filter passband and transition band regions for the case of an $I$-stage interpolator. At any stage $i$ ($i=I, I-1, ..., 2, 1$), the input sampling rate is $F_i$ and the output sampling rate is $F_{i-1}$ and they are related according to Eq. (5.7a). The process of sampling rate increase by $L_i$ introduces harmonic images of the baseband spectrum centered at multiples of $F_i$. To remove



**Figure 5.7** Signal processing operations and filter specifications of an $I$-stage interpolator.

these images and retain the baseband signal, the filter $h_i(m_i)$ must filter the signal
over the bands

$$0 \leqslant f \leqslant F_p \qquad \text{stage } i \text{ passband} \tag{5.13a}$$

$$F_i - F_s \leqslant f \leqslant \frac{F_{i-1}}{2} \quad \text{stage } i \text{ stopband} \tag{5.13b}$$

As discussed previously, these filter bands are identical to those for the decimator
[Eqs. (5.12)] because of the transpose relationship between these two systems and
the way in which we numbered the stages.

### 5.2.3 Filter Specifications for Individual Stages That Include Don't-Care Bands

In the preceding section we specified the filter frequency bands of the individual
stages in terms of lowpass filter requirements (i.e., passband, transition band, and
stopband regions). These lowpass characteristics are often used in practice because
simple, straightforward design techniques are readily available for lowpass designs.
These filter characteristics are, however, more restrictive than necessary in early
stages of multistage decimators (or final stages of multistage interpolators). In
these stages the frequency band 0 to $F_s$ often represents a relatively small
percentage of the output sampling rate of that stage (or the input sampling rate of
an interpolator stage) (i.e., $F_s \ll F_i$). When this condition occurs, the stopband
region can be divided into a set of true stopband and $\phi$ (don't-care) regions.

To illustrate this point, consider the filtering requirements for the $i$th stage of
an $I$-stage interpolator (where $F_s \ll F_i$), as shown in Fig. 5.8(a). Figure 5.8(b)
shows the spectrum of the input signal $x_i(n)$ and Fig. 5.8(c) shows the spectrum of
the signal $w_i(m)$ after sampling rate expansion by the factor $L_i$. The role of the
filter $h_i(m)$ is to remove the harmonic images of the baseband in $w_i(m)$ located at
$F_i, 2F_i, 3F_i, ...$, as seen by the characteristic in Fig. 5.8(d). In between these
images the filter response can be unconstrained and these regions are called don't-
care or $\phi$ bands.

As $F_s$ becomes much smaller than $F_i$, the widths of the $\phi$ bands become
wider and the required stopband regions become narrower. In the limit as $F_s \rightarrow 0$,
the required filter response approaches that of a "comb filter," as will be discussed
later. Also, recall from Section 4.3.3 that by taking advantage of the $\phi$ bands, the
order of the required filters can be reduced significantly when $F_s$ becomes small
compared to $F_i$. In the case of minimum mean-square-error filter designs, the $\phi$
bands are automatically taken advantage of in the design (see Chapter 4). We
discuss the effects of incorporating the $\phi$ bands in the filter design later in this
chapter.



**Figure 5.8** General multiple stopband specifications for stage $i$ of an $I$-stage interpolator.

## 5.2.4 Passband and Stopband Tolerance Requirements

Up to now we have been concerned solely with the regions of definition of the individual filter frequency bands. Another consideration in the design equations is the magnitude specifications on the filter response in each of the frequency bands. If we denote the canonic one-stage lowpass filter response as $H_{\mathrm{LP}}(e^{j2\pi f/F})$, we have

$$1 - \delta_p \leqslant |H_{\mathrm{LP}}(e^{j2\pi f/F})| \leqslant 1 + \delta_p \quad f \in \text{passband} \quad (5.14a)$$

$$0 \leqslant |H_{\mathrm{LP}}(e^{j2\pi f/F})| \leqslant \delta_s \qquad f \in \text{stopband} \quad (5.14b)$$

where $\delta_p$ is the maximum deviation from 1.0 in the passband, $\delta_s$ is the maximum deviation from 0.0 in the stopband, and $F$ is the sampling rate of the filter.[2] For an $I$-stage implementation, the overall passband magnitude response is

$$H_0(e^{j2\pi f/F_0}) = \prod_{i=1}^{I} H_i(e^{j2\pi f/F_{i-1}}) \quad f \in \text{passband} \quad (5.15)$$

where $H_i(e^{j2\pi f/F_{i-1}})$ is the response of the $i$th lowpass filter, and $H_0(e^{j2\pi f/F_0})$ is the

---

[2] Recall also that for interpolators an additional scale factor of $L_i$ is associated with the filters. For convenience we will ignore this factor in this discussion.

overall response. Equation (5.15) is valid in the passband since each filter response
is well defined for the common passband range. If each lowpass filter individually
satisfied Eq. (5.14a) in the passband, and if the responses lined up precisely in
frequency, we would have

$$(1 - \delta_p)^I \leqslant |H_0(e^{j2\pi f/F_0})| \leqslant (1 + \delta_p)^I \quad f \in \text{passband} \qquad (5.16a)$$

or (for small $\delta_p$)

$$1 - I\delta_p \leqslant |H_0(e^{j2\pi f/F_0})| \leqslant 1 + I\delta_p \quad f \in \text{passband} \qquad (5.16b)$$

Hence to compensate for this "growth" of the passband ripple with the number of
stages, the design specification of the $i$th stage for each lowpass filter must be
modified to

$$1 - \frac{\delta_p}{I} \leqslant |H_i(e^{j2\pi f/F_{i-1}})| \leqslant 1 + \frac{\delta_p}{I} \quad f \in \text{passband} \qquad (5.17)$$

The constraint of Eq. (5.17) guarantees that the desired passband ripple constraints
[Eq. (5.14a)] are met by the composite filter characteristic of the $I$-stage network.

For the stopband no changes need be made in the ripple specification [Eq.
(5.14b)] since $\delta_s$ is generally small and the cascade of stages reduces the stopband
ripple when the frequency bands of two stages overlap.

## 5.2.5 Design Considerations

Given the network structure of Fig. 5.2c for the $I$-stage decimator [or Fig. 5.3(c)
for the interpolator], we will be interested in the specification of the following:

1. The number of stages, $I$, to realize an overall decimation factor of $M$
2. The choice of decimation factors, $M_i$, $i = 1, 2, ..., I$, that are appropriate
   for the chosen implementation
3. The types of digital filters used in each stage of the structure (e.g., FIR
   versus IIR designs, equiripple versus mean-square-error versus specialized
   designs)
4. The structure used to implement the filter chosen for each stage
5. The required filter order (impulse response duration) in each stage of the
   structure
6. The resulting amount of computation and storage required for each stage,
   and for the overall structure

As in most signal processing design problems, there are a number of factors that
influence each choice, and it is not a simple matter to make any choice over all
others. However, it is the purpose of this chapter to highlight the kinds of trade

ase 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 776 of 834   Page
#:20960
Sec. 5.3   Multistage FIR Designs Based on an Optimization Procedure          207

offs that can be made and to illustrate the effects of some of these trade-offs in practical design examples.

In Sections 5.3 to 5.5 we discuss three distinct approaches to the design of FIR multistage structures that take these considerations into account. Each approach is based on a somewhat different design philosophy and has slightly different advantages and disadvantages. In practice, however design trade-offs are often highly applications dependent, and combinations of these methods may give the best results. In Section 5.6 we consider, briefly, multistage IIR designs, and in Section 5.7 we discuss a practical method of implementation of multistage systems. Although we refer only to decimator designs in the following discussion, the reader is again reminded that the same techniques apply equally to interpolators through the process of transposition.

## 5.3 MULTISTAGE FIR DESIGNS BASED ON AN OPTIMIZATION PROCEDURE

The first approach that we consider for designing a multistage decimator is based on setting up the problem as an optimization problem [5.3-5.5]. Given that the filter parameters $F_0$, $M$, $F_p$, $F_s$, $\delta_p$ and $\delta_s$ are specified, the objective is to optimize the efficiency of the design (i.e., minimize computation, storage, etc.) by varying the remaining free parameters $M_i$, $i = 1, 2, ..., I$, and the total number of stages $I$. The design procedure is performed by finding the most efficient solution (i.e., the best choice of values $M_i$) for each value of $I$, $I = 1, 2, 3, ...$, and then selecting that value of $I$ that gives the best overall solution.

The objective function to be minimized is an analytical measure of the efficiency of the design. One meaningful measure of this is the total number of multiplications per second (MPS) that must be performed. If this value is denoted as $R_T^*$, and $R_i$ is the number of MPS for stage $i$, then[3]

$$R_T^* = \sum_{i=1}^{I} R_i \tag{5.18}$$

where Eq. (5.18) does not include the use of symmetry of $h(k)$. Letting $N_i$ denote the FIR filter length required for stage $i$, $R_i$ can be expressed in the form (using the efficient structures in Chapter 3)

$$R_i = N_i F_i \tag{5.19}$$

If the FIR filters are symmetrical, the total number of multiplications can be reduced by a factor of 2, or if they contain regularly spaced, zero-valued

[3] We use the notation $R_T^*$ to denote total computation in terms of multiplications per second (MPS), and $R_T^+$ to denote total computation in terms of additions per second (APS).

coefficients (as in half-band filters), these properties can be utilized in the design, as will be seen later. For our purposes we assume that Eq. (5.19) applies.

Another measure of design complexity is the amount of memory required for coefficient and data storage. Since this quantity is approximately proportional to the sum of the filter lengths in each of the stages, a second objective criterion that we will consider is total storage, $N_T$, defined as

$$N_T = \sum_{i=1}^{I} N_i \qquad (5.20)$$

In the optimization procedure we then wish to solve for

$$\widetilde{R}_T^* = \min_{I, \{M_i\}} (R_T^*) \qquad (5.21a)$$

or

$$\widetilde{N}_T = \min_{I, \{M_i\}} (N_T) \qquad (5.21b)$$

where, for convenience, the ratios $M_i$, $i = 1, 2, ..., I$, are allowed to be continuous variables. Once these ideal values of $M_i$ are found, the nearest appropriate choice of integer values can be chosen such that Eq. (5.1) is satisfied.

To formulate the problem we need first to express the required filter lengths $N_i$ for each stage $i$ in terms of the passband and stopband requirements discussed above. This is discussed in Section 5.3.1. We then derive expressions for the objective function $R_T^*$ and $N_T$ in Sections 5.3.2 and 5.3.3, respectively, and give analytic solutions for the case of $I = 2$. In Section 5.3.4 we discuss a computer-aided optimization procedure for obtaining solutions when $I$ is greater than 2 and discuss the results of these simulations. Finally, in Section 5.3.5 we give a design example. Later, in Sections 5.6 and 5.7, we consider the problem of multistage designs with IIR filters and some specific implementation issues.

### 5.3.1 Analytic Expressions for the Required Filter Order for Each Stage of a Multistage Design

As seen from the discussion above, in order to formulate the optimization procedure it is necessary to express the filter order in each stage in terms of the filter requirements for that stage. Analytic expressions for many of the filter designs discussed in Chapter 4 are not available. This is especially the case for filters with the general multiple stopband specifications discussed in Section 5.2.3.

However, for the case of equiripple designs and the lowpass characteristics discussed in Section 5.2.2, a good approximate design formula is available and

therefore our optimization will be based on this particular class of designs. The design equation is (see Chapter 4)

$$N \simeq \frac{D_\infty(\delta_p, \delta_s)}{\Delta F/F} - \frac{f(\delta_p, \delta_s)\Delta F}{F} \tag{5.22a}$$

where $D_\infty(\delta_p, \delta_s)$ and $f(\delta_p, \delta_s)$ are as defined in Chapter 4, $\Delta F$ is the transition bandwidth of the filter (expressed in analog terms), and $F$ is the sampling rate of the filter.

In the particular application that we are considering, the second term in Eq. (5.22a) is generally insignificant compared to the first term, especially when $\Delta F$ is much smaller than $F$ [5.4, 5.5]. Therefore, for convenience, it is generally sufficient to simplify Eq. (5.22a) to the form

$$N \simeq \frac{D_\infty(\delta_p, \delta_s)}{\Delta F/F} \tag{5.22b}$$

Applying the lowpass filter requirements in Sections 5.2.2 and 5.2.4 to Eq. (5.22b) then gives the desired filter length $N_i$ for stage $i$ in the form

$$N_i \simeq \frac{D_\infty(\delta_p/I, \delta_s)F_{i-1}}{F_i - F_s - F_p}, \quad i = 1, 2, ..., I \tag{5.23}$$

### 5.3.2  Design Criteria Based on Multiplication Rate

By substituting Eq. (5.23) into Eqs. (5.18) and (5.19), the overall computation rate of the multistage system can be expressed as

$$R_T^* = D_\infty\left(\frac{\delta_p}{I}, \delta_s\right) \sum_{i=1}^{I} \frac{F_{i-1}F_i}{F_i - F_s - F_p} \tag{5.24}$$

By careful application of Eqs. (5.1), (5.4), (5.5), (5.6), and (5.9) and assuming that

$$F_s = \frac{F_I}{2} \tag{5.25}$$

it can be shown [5.4] that Eq. (5.24) can be expressed in the form

$$R_T^* = D_\infty\left(\frac{\delta_p}{I}, \delta_s\right) \cdot F_0 \cdot S \quad \text{MPS} \tag{5.26a}$$

where

$$S = S(\Delta f, M, I; M_1, M_2, ..., M_{I-1})$$

$$= \frac{2}{\Delta f \displaystyle\prod_{i=1}^{I-1} M_i} + \sum_{i=1}^{I-1} \frac{M_i}{\left[ \displaystyle\prod_{j=1}^{i} M_j \right] \left[ 1 - \frac{2 - \Delta f}{2M} \left( \displaystyle\prod_{j=1}^{i} M_j \right) \right]} \qquad (5.26b)$$

This form of the expression for $R_T^*$ is particularly revealing because it expresses $R_T^*$ only in terms of the specified design parameters $\delta_p$, $\delta_s$, $F_0$, $\Delta f$, $M$, and $I$ [note that $F_p$ and $F_s$ are absorbed in $\Delta f$ in Eq. (5.9)] and in terms of the $I - 1$ *independent* design variables $M_1, M_2, ..., M_{I-1}$. Thus the expression for $R_T^*$ is in the proper form for an algorithmic optimization procedure, as will be seen shortly. It is important to recognize that $R_T^*$, in this form, is not a function of the final decimation ratio $M_I$. This is because once the values $M_1, M_2, ..., M_{I-1}$ and $M$ are specified, $M_I$ can be determined [from Eq. (5.1)]. Thus $M_I$ is a dependent variable, not an independent variable.

We can now proceed to minimize the objective function $R_T^*$ as a function of the independent variables. For $I = 1$ there is no flexibility in the design since $M_1 = M$. For $I = 2$ we can minimize $R_T^*$ as a function of $M_1$ by taking the derivative of Eq. (5.26) with respect to $M_1$ and setting it to zero. This yields a quadratic function in $M_1$ and leads to two solutions, only one of which is valid and is of the form [5.4]

$$M_{1_{opt}} = \frac{2M[1 - \sqrt{M\Delta f/(2 - \Delta f)}\,]}{2 - \Delta f(M + 1)}, \qquad I = 2$$

$$= \frac{2M}{(2 - \Delta f) + \sqrt{2M\Delta f - M(\Delta f)^2}}, \quad I = 2 \qquad (5.27a)$$

$$M_{2_{opt}} = \frac{M}{M_{1_{opt}}}, \qquad\qquad\qquad I = 2 \qquad (5.27b)$$

For $I$ greater than 2, this analytic approach is not possible and we must resort to more powerful computer-aided optimization techniques [5.4]. The results of this approach, including design charts, are discussed more fully in Section 5.3.4.

### 5.3.3 Design Criteria Based on Storage Requirements

Following a similar procedure to the one described above, we can generate designs that minimize the objective function $N_T$ rather than $R_T^*$. By substituting Eq. (5.23) into Eq. (5.20), we get

$$N_T = D_\infty \left( \frac{\delta_p}{I}, \delta_s \right) \sum_{i=1}^{I} \frac{F_{i-1}}{F_i - F_s - F_p} \tag{5.28}$$

and with the aid of Eqs. (5.1), (5.4), (5.5), (5.9), and (5.25) we can express $N_T$ in the form [5.5]

$$N_T = D_\infty \left( \frac{\delta_p}{I}, \delta_s \right) T \tag{5.29a}$$

where

$$T = T(\Delta f, M, I; M_1, M_2, ..., M_{I-1})$$

$$= \frac{2M}{\Delta f \prod\limits_{i=1}^{I-1} M_i} + \sum_{i=1}^{I-1} \frac{M_i}{1 - [(2 - \Delta f)/2M] \prod\limits_{j=1}^{i} M_j} \tag{5.29b}$$

Again, this expression for $N_T$ is the proper form for an optimization procedure since $N_T$ is expressed only in terms of the essential design parameters $\delta_p$, $\delta_s$, $F_0$, $\Delta f$, $M$, and $I$, and in terms of the $I - 1$ *independent* design variables $M_1, M_2, ..., M_{I-1}$.

For the case $I = 2$, an analytic solution can again be obtained by taking the derivative of $N_T$ with respect to $M_1$ and setting it to zero. This leads to

$$M_{1_{\text{opt}}} = \frac{2M}{(2 - \Delta f) + \sqrt{2M\Delta f}}, \quad I = 2 \tag{5.30a}$$

$$M_{2_{\text{opt}}} = \frac{M}{M_{1_{\text{opt}}}}, \qquad I = 2 \tag{5.30b}$$

For $I$ greater than 2, a computer optimization routine must be used to find the minimum of $N_T$ with respect to the independent variables, as discussed in the next section.

### 5.3.4  Design Curves Based on Computer-Aided Optimization

In the procedure described above for minimizing the objective functions $R_T^*$ or $N_T$, several interesting observations can be made. From Eq. (5.26) it is seen that $R_T^*$ is basically a product of three factors, $F_0$, $D_\infty(\delta_p/I, \delta_s)$ (which is a function of $\delta_p$, $\delta_s$, and $I$), and $S$ (which is a function of $\Delta f$, $M$, $I$, and the independent design parameters $M_i$, $i = 1, 2, ..., I - 1$). Similarly, from Eqs. (5.29) it is seen that $N_T$

is a product of two factors $D_\infty(\delta_p/I, \delta_s)$ and $T$ (which is a function of $\Delta f$, $M$, $I$, and $M_i$, $i = 1, 2, ..., I - 1$). This factorization property makes the problem much simpler to deal with and to grasp intuitively. For example, we can observe the effects that $\delta_p$ and $\delta_s$ have on $R_T^*$ or $N_T$ by examining the behavior of $D_\infty(\delta_p/I, \delta_s)$. We can also see from the curves of $D_\infty(\delta_p, \delta_s)$ in Chapter 4 (Fig. 4.11) that $D_\infty(\delta_p/I, \delta_s)$ is a very weak function of $I$ and thus this factor has very little effect on the choice of $I$ in minimizing $N_T$ or $R_T^*$ as a function of $I$. For example, in going from a one-stage ($I = 1$) deign to a two-stage ($I = 2$) design, $D_\infty(\delta_p/I, \delta_s)$ typically changes by a factor of approximately 10%.

In contrast, the factors $S$ in $R_T^*$ or $T$ in $N_T$ are very strong functions of $I$, as well as the design parameters $\Delta f$ and $M$, and they are independent of the parameters $\delta_p$ and $\delta_s$. We can therefore minimize $R_T^*$ or $N_T$ as a function of $M_i$, $i = 1, 2, ..., I - 1$ for each $I$ by minimizing only the respective factors $S$ or $T$. These solutions can then be plotted as a function of the design variables $\Delta f$ and $M$.

Figure 5.9 illustrates the basic algorithmic approach for minimizing the functions $S$ or $T$ with respect to $M_i$, $i = 1, 2, ..., I - 1$, with an optimization procedure such as the Hooke and Jeeves algorithm [5.4-5.7]. An initial guess for the $M_i$ values is made first to start the procedure. The algorithm then systematically searches the space of $M_i$ values in an iterative manner until the minimum of $S$ (or $T$) is found. The Hooke and Jeeves algorithm is well suited to this problem. It does not require the evaluation of derivatives and it does not generally get trapped in local minima [5.4].



**Figure 5.9**  Minimization of $S$ (or $T$) with the Hooke and Jeeves optimization routine.

Design curves based on this optimization procedure for minimum $R_T^*$ designs can be found in Ref. 5.4 and similar curves for minimum $N_T$ designs can be found in Ref. 5.5. It turns out that designs based on minimizing $N_T$ also result in designs that are essentially minimized for $R_T^*$ as well. This occurs because minima, for the function $S$ (or $R_T^*$) are relatively broad minima whereas minima for the function $T$ (or $N_T$) are slightly narrower. Therefore, the designs for minimized $N_T$ are preferred since they cover both cases. The fact that essentially the same ideal values of $M_i$ minimize both functions $R_T^*$ and $N_T$ can be seen for the case $I = 2$ by comparing the analytical solutions in Eqs. (5.27) and (5.30). The only difference in these two expressions is the $(\Delta f)^2$ term in Eq. (5.27a), which rapidly becomes negligible as $\Delta f$ becomes small.

Figures 5.10 to 5.13 illustrate four examples of design curves based on the optimization procedure described above for the cases $\Delta f = 0.2, 0.1, 0.05$, and $0.02$ (i.e., transition bandwidths of 20, 10, 5, and 2% of the baseband, respectively). Figures 5.10(a) to 5.13(a) show plots of minimized values of $S$ (called $\widetilde{S}$) in Eq. (5.26) as a function of $M$ for each value of $I$. Figures 5.10(b) to 5.13(b) show similar minimized values of $T$ (called $\widetilde{T}$) in Eqs. (5.29). Finally, Figs. 5.10(c) to 5.13(c) show ideal values of $M_i$, $i = 1, 2, ..., I$ as a function of $M$ for each $I$, which result in the foregoing minimized values of $S$ and $T$. Several important properties of this design procedure can be seen from these figures and the discussion above. They include:

1. Both the minimization of computation rate (proportional to $\widetilde{S}$) and storage (proportional to $\widetilde{T}$) can be achieved with essentially the same choice of ratios $M_i$, $i = 1, 2, ..., I$, which minimize $T$ for a given $I$. (This result was discussed above.)
2. In terms of minimizing the computation rate [see Eq. 5.26(a) and the curves for minimum $S$ in Figs. 5.10(a) to 5.13(a)], most of the gain in efficiency in multistage designs is achieved when going from a one-stage to a two-stage design. Only small additional gains are achieved when going from two-stage to three- or four-stage designs.
3. For minimizing the storage requirements, significant reductions in storage can still be achieved in going from two to three or four stages for large $M$, although the largest decrease is obtained in going from one to two stages.
4. The gain in efficiency (either in computation or storage) in going from one to $I$ stages increases dramatically as $\Delta f$ gets smaller and as $M$ gets larger. For example, a computational reduction of about 80 to 1 and a reduction in storage requirements of about 450 to 1 can be achieved by using a three-stage structure instead of a one-stage structure in implementing a 1000-to-1 decimator (or interpolator) with a normalized transition width of $\Delta f = 0.02$ [see Figs. 5.13(a) and (b)].



**Figure 5.10** Design curves for multistage FIR decimators (or interpolators) with minimized values of $S$ and $T$ and ideal values of $M_i$, $i = 1, 2, ..., I$, and $\Delta f = 0.2$.

**Figure 5.11** Design curves for multistage FIR decimators or interpolators for $\Delta f = 0.1$.

5. The decimation ratios of an $I$-stage minimized design follow the relation

$$M_1 > M_2 > \cdots > M_I$$

as anticipated from the discussion early in this chapter.

ase 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 784 of 834   Page
#:20968
Sec. 5.3     Multistage FIR Designs Based on an Optimization Procedure                215



**Figure 5.12** Design curves for multistage FIR decimators or interpolators for $\Delta f = 0.05$.

**Figure 5.13** Design curves for multistage FIR decimators or interpolators for $\Delta f = 0.02$.

6. The required computation rate or storage requirements of a minimized $I$-stage design are relatively insensitive to small changes in the $M_i$ values for each stage. Thus the nearest integer values for $M_i$, $i = 1, 2, ..., I$, can generally be used with little loss in efficiency.

7. The design curves above can also be applied to the design of decimators or interpolators for a minimized computation rate (but not storage) in which the overall conversion factor is a ratio of integers $M/L$ or where some of the stages have conversion ratios of the form $M_i/L_i$, where $M_i$ and $L_i$ are

are integers [5.4]. In this case the structure in Fig. 5.1 is used in those stages and the nearest ratios of integers are still obtained from the design curves of Figs. 5.10(c) to 5.13(c).

8.  The choices of ideal $M_i$ values in Figs. 5.10(c) to 5.13(c) are valid for any class of filter designs in which the length of the filter is inversely proportional to the width of the transition band (i.e., $N \propto 1/\Delta F$). However, they cannot account for specific kinds of filter designs such as half-band designs, comb filter designs, or designs that take advantage of don't-care bands. These issues are discussed in the next sections.

9.  The design curves are unchanged if we assume that all the filters $N_i$, $i = 1, 2, ..., I$, are symmetrical and that this symmetry is used to reduce the total number of multiplies. In this case the total number of multiplications/sec is approximately $R_T^*/2$; however, the total number of additions/sec, $R_T^+$, is still equal to $R_T^*$.

## 5.3.5 Application of the Design Curves and Practical Considerations

The design curves in Figs. 5.10 to 5.13 are intended only to be used as a guideline in selecting practical integer (or ratio of integer) values of $M_i$, $i = 1, 2, ..., I$, and the number of stages $I$. Once practical values of $M_i$ are selected, they are applied to Eqs. (5.4) [or (5.7)], (5.12), (5.13) or the multiple stopband conditions in Fig. 5.8(d) to obtain the cutoff frequency requirements for each stage. The equiripple filter design techniques discussed in Chapter 4 can then be applied to design the appropriate filters, and any of the structures in Chapter 3 can be used for their implementations. Alternatively, any other filter designs that can be implemented more efficiently than the equiripple designs and still meet the same frequency requirements can be applied to any of the stages for additional efficiency. To illustrate the application of the ideas of this section, we present a simple design example.

**Design Example 1**

Consider the design of an $I$-stage structure to decimate a signal by a factor of $M = 64$, with overall filter specifications: $\delta_p = 0.01$, $\delta_s = 0.001$, $F_p = 0.45$ Hz, and $F_s = 0.5$ Hz. The input sampling frequency is $F_0 = 64$ Hz, and the output sampling rate is $F_I = F_0/64 = 1.0$ Hz.

**Solution.**   For an $I = 1$-stage implementation we get

$$D_\infty(\delta_p, \delta_s) = D_\infty(0.01, 0.001) = 2.54$$

$$N_T = N_1 = \frac{D_\infty(\delta_p, \delta_s)}{(F_s - F_p)/F_0} = 3251 \quad \text{taps}$$

$$R_T^* = R_T^+ = R_1 = N_1 F_1 = (3251)(1) = 3251 \quad \text{MPS}$$

If we assume that the symmetry of the filter is used in the implementation, we then get

$$R_T^+ = R_1 = 3251 \quad \text{APS}$$

$$R_T^* = \frac{R_1}{2} = 1625 \quad \text{MPS}$$

where we have denoted the number of additions per second as APS. For an $I = 2$ stage design, we can determine the ideal choices of $M_1$ and $M_2$ from Eqs. (5.30). Alternatively, noting that $\Delta f = (0.5 - 0.45)/0.5 = 0.1$, we may use the appropriate design curves for $\Delta f = 0.1$ in Fig. 5.11(c). Using either method we get the ideal values $\widetilde{M}_1 \simeq 23.4$ and $\widetilde{M}_2 \simeq 2.74$. The nearest choice of integer values such that $M_1 M_2 = 64$ is either $(M_1 = 32, M_2 = 2)$ or $(M_1 = 16, M_2 = 4)$. We will use the second choice in this example. This leads to the design parameters:

$$D_\infty \left( \frac{\delta_p}{2}, \delta_s \right) = 2.76$$

$$N_1 = \frac{D_\infty(\delta_p/2, \delta_s) F_0}{F_1 - F_s - F_p} = 58 \quad \text{taps}$$

$$N_2 = \frac{D_\infty(\delta_p/2, \delta_s) F_1}{F_2 - F_s - F_p} = 221 \quad \text{taps}$$

$$N_T = N_1 + N_2 = 279 \quad \text{taps}$$

$$R_1 = N_1 F_1 = (58)(4) = 232 \quad \text{MPS}$$

$$R_2 = N_2 F_2 = (221)(1) = 221 \quad \text{MPS}$$

If symmetry is used in the implementation, we get for the two-stage design,

$$R_T^+ = R_1 + R_2 = 453 \quad \text{APS}$$

$$R_T^* = \frac{R_1 + R_2}{2} = 227 \quad \text{MPS}$$

Thus the two-stage design is more efficient than the one-stage design by a factor of about 7.2 in computation rate and a factor of about 11.7 in storage requirements. This is in agreement with that predicted by the curves for $S$ and $T$, respectively, in Fig. 5.11. Also, we can see from these curves that a slightly greater efficiency can be achieved by going to an $I = 3$-stage design.

Case 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 787 of 834   Page #:20971

Following the same procedure for three-stage design, we get

$$M_1 = 8, \quad M_2 = 4, \quad M_3 = 2$$

$$N_1 = 26, \quad R_1 = 208$$

$$N_2 = 22, \quad R_2 = 44$$

$$N_3 = 115, \quad R_3 = 115$$

Therefore, $N_T$ is

$$N_T = N_1 + N_2 + N_3 = 163$$

and, assuming the use of symmetry,

$$R_T^+ = R_1 + R_2 + R_3 = 367 \quad \text{APS}$$

$$R_T^* = \frac{R_1 + R_2 + R_3}{2} = 184 \quad \text{MPS}$$

Thus we see that a three-stage design achieves a reduction in storage of a factor of 19.9 and a reduction in computation of a factor of 8.9 over a one-stage design.

By using the multistopband designs discussed in Chapter 4 for early stages in the two- or three-stage design above it is possible to reduce the order of the filters in those stages. For example, from Fig. 4.13 it can be estimated that for the three-stage design, $N_1$ can be reduced by a factor of about 22% or $N_1 \simeq 20$, and $N_2$ can be reduced by a factor of about 10% or $N_2 \simeq 20$. This gives final values of $N_T = 155$, $R_T^+ = 315$ (APS), and $R_T^* = 157$ (MPS) and savings factors of 21 and 10.4, respectively, for storage and computation over that of a one-stage design.

## 5.4 MULTISTAGE STRUCTURES BASED ON HALF-BAND FIR FILTERS

A second philosophy in the design of multistage structures for decimators and interpolators is based on the use of half-band filters [5.1, 5.8, 5.9]. These filters are based on the symmetrical FIR designs discussed in Chapter 4 and they have the property that approximately half of the filter coefficients are exactly zero. Hence the number of multiplications in implementing such filters is half of that needed for symmetrical FIR designs and one-fourth of that needed for arbitrary FIR designs. The half-band filter is appropriate only for sampling rate changes of 2 to 1. Hence the design approach in an $M$-to-1 ($I$-stage) half-band decimator structure is to

reduce the sampling rate by factors of 2 in each of the first $I - 1$ stages, that is,

$$M_1 = M_2 = ... = M_{I-1} = 2 \qquad (5.31\text{a})$$

The final stage then has an integer reduction factor of

$$M_I = \frac{M}{2^{I-1}} \qquad (5.31\text{b})$$

or more generally it may have a rational factor

$$\frac{M_I}{L_I} = \frac{M}{2^{I-1}} \qquad (5.31\text{c})$$

in which case it is implemented by the structure in Fig. 5.1. This strategy works best when $M$ is a power of 2; however, it can be generally applied to arbitrary values of $M$ with, perhaps, some difficulty. For example, a conversion ratio of $M = 14$ can be factored into the form

$$M = 14 = 2 \cdot 2 \cdot 2 \cdot 2 \cdot \frac{7}{8}$$

where the final stage has a conversion ratio of $M_I/L_I = 7/8$ and requires a high-order filter to achieve this conversion (in practice a two-stage, $M_1 = 7$ and $M_2 = 2$, design might be more appropriate for this particular problem).

As discussed in Chapter 4, and illustrated in Fig. 5.14(a), the half-band filter has the following symmetry properties:

$$\delta_p = \delta_s = \delta \qquad (5.32\text{a})$$

$$0 \leqslant f \leqslant F_c \quad \text{passband} \qquad (5.32\text{b})$$

$$\frac{F}{2} - F_c \leqslant f \leqslant \frac{F}{2} \quad \text{stopband} \qquad (5.32\text{c})$$

where $F$ is the sampling rate and $F_c$ is the passband cutoff frequency of the half-band filter. These symmetry properties impose certain restrictions on the use of half-band designs in multistage decimators (or interpolators) where the final transition band ($F_p$ to $F_s$) is to be protected from aliasing. These restrictions and a design example are discussed in Section 5.4.1. Alternatively, the half-band symmetry properties naturally conform to the design of multistage decimators (or interpolators) in which $M$ is a power of 2 and aliasing is permitted in the final transition band ($F_p$ to $F_s$). This special class of structures is discussed in Section 5.4.2.



**Figure 5.14**  (a) Symmetry constraints of half-band filters; (b) filter requirements for half-band filters in stage $i$ ($i=1, 2, ..., I-1$) of an $I$-stage decimator; (c) filter requirements for stage $I$.

## 5.4.1  Half-Band Designs with No Aliasing in the Final Transition Band

Consider the design of an $I$-stage decimator (or interpolator) with a passband from 0 to $F_p$, and a stopband at $F_s = F_I/2$, where $F_I$ is the final sampling rate. Because of the symmetry properties of the half-band filters, the cutoff frequency requirements $F_c$ for the filters in stages $i = 1, 2, ..., I - 1$ must be altered slightly to accommodate these constraints. Figure 5.14(b) illustrates this modification, where

$$F_c = F_s \qquad\qquad (5.33a)$$

$$0 \leqslant f \leqslant F_c \quad \text{passband} \qquad\qquad (5.33b)$$

$$F_i - F_c \leqslant f \leqslant F_i \quad \text{stopband}, \quad i = 1, 2, ..., I - 1 \qquad (5.33c)$$

Note that the choice of $F_p$ does not enter into these constraints.

Figure 5.14(c) shows the filter requirements for stage $I$ (assuming that

$M_I = 2$), which is unchanged from that discussed in Section 5.2.2. Since this is not a symmetrical frequency response about $f = F_I/2$, this final filter cannot be a half-band design. The consequences of this result are illustrated in the following example.

**Design Example 2**

Consider the design of a six-stage structure to decimate a signal by a factor of $M = 2^6 = 64$, with overall filter specifications $\delta_p = 0.01$, $\delta_s = 0.001$, $F_p = 0.45$ Hz, $F_s = 0.5$ Hz, and where the frequency range from $F_p$ to $F_s$ is to be protected from aliasing. The input sampling frequency is $F_0 = 64$ Hz and the output sampling frequency is 1.0 Hz (this is identical to Design Example 1).

**Solution.**    The half-band tolerance constraints, $\delta$, for stages $i = 1, 2, ..., I - 1$ must satisfy

$$\delta = \min\left\{\frac{\delta_p}{6}, \delta_s\right\} = 0.001$$

Therefore,

$$D_\infty(0.001, 0.001) = 3.25$$

From the filter constraints in Eq. (5.33) and the discussion in Section 5.3.1, we get for the filter order

$$N_i = \frac{D_\infty(0.001, 0.001)}{(F_i - 2F_c)/2F_i}$$

Alternatively, the design curves for half-band designs in Chapter 4 (Fig. 4.16) can be used. The filter orders are approximately (based on the next-largest odd-order filter from the estimate above) $N_1 = 7$, $N_2 = 7$, $N_3 = 9$, $N_4 = 9$, and $N_5 = 13$. Note that because these are half-band designs, approximately half of the coefficients in these filters are zero.
For the final stage ($I = 6$) a half-band filter cannot be used, so we will assume that an equiripple FIR design is used. Thus

$$D_\infty\left\{\frac{\delta_p}{6}, \delta_s\right\} = 3.10$$

and

$$N_6 = \frac{D_\infty(\delta_p/6, \delta_s)}{(F_s - F_p)/F_5} = 124$$

The total storage requirement, $N_T$, for this design is then

$$N_T \simeq N_6 + \sum_{i=1}^{5} 0.5 N_i \simeq 147$$

where the factor of 0.5 in the expression above accounts for the fact that approximately one-half of the coefficients in the half-band filters are zero-valued. The total computation rate is approximately

$$R_T^+ = N_6 F_6 + \sum_{i=1}^{5} \frac{1}{2} N_i F_i = 359 \quad \text{APS}$$

and assuming the use of symmetry,

$$R_T^* = \frac{R_T^+}{2} = 180 \quad \text{MPS}$$

Thus it is seen that the savings factors (with regard to storage and computation) for this six-stage half-band example over that of a one-stage approach (see Design Example 1) are similar to those for the three-stage optimized design in the preceding section. The question as to whether it is more efficient to use a three-stage design rather than a six-stage design depends on the particular application. More will be said about this in Section 5.7.

### 5.4.2 Half-Band Designs for Power-of-2 Conversion Ratios and Aliasing in the Final Transition Band

As stated earlier, the symmetry properties of the half-band filters naturally conform to the design of $I$-stage decimators or interpolators in which the conversion ratios are

$$M_i = 2, \quad i = 1, 2, ..., I \tag{5.34a}$$

such that

$$M = 2^I \tag{5.34b}$$

and where aliasing is permitted in the final transition band ($F_p$ to $F_I/2$) [5.8]. The cutoff frequency requirements for the filters in each stage $i$ (including stage $I$) are then (see Fig. 5.15)

$$F_c = F_p \tag{5.35a}$$

$$0 \leqslant f \leqslant F_p \quad \text{passband} \tag{5.35b}$$

$$F_i - F_p \leqslant f \leqslant F_i \quad \text{stopband}, \quad i = 1, 2, ..., I \tag{5.35c}$$



**Figure 5.15** Filter requirements for stage $i$, $i = 1, 2, ..., I$, of an $I$-stage half-band decimator with $M = 2^I$ and aliasing permitted in the final transition band.

Based on these cutoff frequency requirements the filter order for the $i$th stage is

$$N_i \simeq \frac{D_\infty(\delta, \delta)}{(F_i - 2F_p)/F_{i-1}} \qquad (5.36)$$

Noting that

$$F_i = \frac{F_0}{2^i} = \frac{MF_I}{2^i} \qquad (5.37)$$

and defining a normalized measure of the final passband bandwidth as

$$k = \frac{F_p}{F_I/2} \qquad (5.38)$$

Eq. (5.36) can be expressed in the form

$$N_i = \frac{2D_\infty(\delta, \delta)}{1 - k/2^{I-i}} \qquad (5.39)$$

Since approximately half of the coefficients in these filters are zero valued, the total storage requirement for this design is

$$N_T \simeq \frac{1}{2} \sum_{i=1}^{I} N_i$$

$$\simeq D_\infty(\delta, \delta) \sum_{i=1}^{I} \left[ 1 - \frac{k}{2^{I-i}} \right]^{-1} \qquad (5.40)$$

Similarly, because of the zero-valued coefficients, the computation rate (in additions/sec) for this class of structures is

$$R_T^+ \simeq \frac{1}{2} \sum_{i=1}^{I} N_i F_i \qquad (5.41)$$

Applying Eqs. (5.39) and (5.40) gives

$$R_T^+ = D_\infty(\delta, \delta) \cdot F_0 \cdot S_h(k, I) \quad \text{APS} \qquad (5.42a)$$

where

$$S_h(k, I) = \sum_{i=1}^{I} \frac{1}{2^i} \left[ 1 - \frac{k}{2^{I-i}} \right]^{-1} \qquad (5.42b)$$

and, assuming the use of symmetry, the computation rate in multiplications/sec is

$$R_T^* = \frac{R_T^+}{2} \quad \text{MPS} \qquad (5.43)$$

Figure 5.16 shows plots of $S_h(k, I)$ as a function of $k$ and with $I$ as a parameter. It can be seen that $S_h(k, I) \approx 1$ except for small values of $I$ and for values of $k$ near 1. Thus, under these conditions, $R_T^+$ can be further approximated as

$$R_T^+ = 2R_T^* \approx D_\infty(\delta, \delta) F_0 \qquad (5.44)$$



**Figure 5.16**  Plot of $S_h(k, I)$ as a function of $k$ and the number of stages $I$.

It is of interest to compare this computation rate to that required for a

single-stage (nonhalf-band) design which allows aliasing in the transition band. From Fig. 5.5 and the discussion above it can be seen that the filter order for a single-stage design is

$$N_1 \Big|_{\substack{\text{single} \\ \text{stage}}} \simeq \frac{D_\infty(\delta_p, \delta_s)}{(F_I - 2F_p)/F_0} \qquad (5.45\text{a})$$

$$\simeq \frac{M D_\infty(\delta_p, \delta_s)}{1} - k \qquad (5.45\text{b})$$

and the multiplication rate (assuming symmetry) is

$$R_T^* \Big|_{\substack{\text{single} \\ \text{stage}}} \cong \frac{N_1 F_0}{2M} \qquad (5.46\text{a})$$

$$\simeq \frac{D_\infty(\delta_p, \delta_s) \cdot F_0}{2(1 - k)} \qquad (5.46\text{b})$$

Therefore, the gain in computational efficiency of an $I$-stage half-band structure [Eq. (5.44)] over that of a single-stage $M$-to-1 structure is

$$GAIN \triangleq \frac{R_T^* \Big|_{\substack{\text{single} \\ \text{stage}}}}{R_T^* \Big|_{\substack{I-\text{stage} \\ \text{half-band}}}} \qquad (5.47\text{a})$$

$$= \frac{D_\infty(\delta_p, \delta_s)}{D_\infty(\delta, \delta)} \frac{1}{1 - k} \qquad (5.47\text{b})$$

$$\approx \frac{1}{1 - k} \qquad (5.47\text{c})$$

It is seen from this expression that the gain is approximately inversely proportional to the normalized width of the final transition band. The following example illustrates the differences when we can allow aliasing in the final stage of a multistage decimator.

**Design Example 3**

Consider the design of a six-stage half-band structure with aliasing in the final transition band and compare it with a similar one-stage design. The design parameters are $\delta_p = 0.01$, $\delta_s = 0.001$, $F_p = 0.45$ Hz, $F_0 = 64$ Hz, and $M = 2^6 = 64$.

**Solution.**   For a single-stage design we get

$$D_\infty(\delta_p, \delta_s) = 2.54$$

$$k = \frac{0.45}{0.5} = 0.9$$

and

$$N_T = N_1 \simeq \frac{MD_\infty(\delta_p, \delta_s)}{1-k} = 1625 \quad \text{taps}$$

$$R_T^+ = N_1 F_1 = 1625 \quad \text{APS}$$

Using symmetry gives

$$R_T^* = \frac{R_T^+}{2} = 813 \quad \text{MPS}$$

For a six-stage half-band design we get

$$\delta = \min\left[\frac{\delta_p}{6}, \delta_s\right] = 0.001$$

$$D_\infty(\delta, \delta) = 3.25$$

From Eq. (5.39) the filter orders are approximately (based on the next-largest odd order from the estimate above) $N_1 = 7$, $N_2 = 7$, $N_3 = 9$, $N_4 = 9$, $N_5 = 13$, and $N_6 = 65$. Therefore, the storage requirements are

$$N_T = \frac{1}{2} \sum_{i=1}^{6} N_i = 55$$

and the computational requirements (using symmetry) are

$$R_T^+ = \frac{1}{2} \sum_{i=1}^{6} N_i F_i = 268 \quad \text{APS}$$

$$R_T^* = \frac{R_T^+}{2} = 134 \quad \text{MPS}$$

In comparing this design to that of the one-stage design it is seen that the six-stage design is more efficient in computation by a factor of 6.1.

Comparing these designs, which allow aliasing in the final band, to those in

Design Examples 1 and 2, which do not allow aliasing, it is also seen that it is primarily the final stage that gets changed in the designs.

## 5.5 MULTISTAGE FIR DESIGNS BASED ON A SPECIFIC FAMILY OF HALF-BAND FILTER DESIGNS AND COMB FILTERS

A third design approach incorporates the use of comb filters, where possible, in the initial stages of multistage decimators (or the final stages of multistage interpolators) followed by half-band designs and equiripple designs [5.10, 5.11]. The idea here is to use a large number of stages to implement a large change in sampling rates, and to use extremely simple linear-phase FIR filters when possible. The types of FIR filters that are used in these cases are generally comb filters and half-band filters. Thus in this section we first discuss the characteristics of comb filters and then we discuss a design procedure for multistage decimators (or interpolators) based on this approach.

### 5.5.1  Comb Filter Characteristics

The class of FIR linear-phase filters called *comb filters* are characterized by the impulse response

$$h(n) = \begin{cases} 1, & 0 \leqslant n \leqslant N-1 \\ 0, & \text{elsewhere} \end{cases} \tag{5.48}$$

where $N$ is the number of taps in the filter. It can be shown that the Fourier transform of the impulse response of Eq. (5.48) is

$$H(e^{j\omega}) = \frac{\sin(\omega N/2)}{\sin(\omega/2)} \, e^{-j(N-1)\omega/2} \tag{5.49a}$$

and the magnitude of the frequency response is therefore

$$|H(e^{j\omega})| = \left| \frac{\sin(\omega N/2)}{\sin(\omega/2)} \right| \tag{5.49b}$$

Figure 5.17 illustrates a simple, one-stage interpolator using an $N = 5$-comb filter (where $F_i$ is the input sampling rate and $5F_i$ is the output sampling rate). A block diagram of the interpolator is shown in Fig. 5.17(a); Fig. 5.17(b) shows the impulse response of the comb filter, and Fig. 5.17(c) shows the magnitude frequency response (on a log scale). Figure 5.18 shows the impulse and frequency responses for an $N = 10$ comb filter.

It is seen from Figs. 5.17 and 5.18, as well as from Eqs. (5.49), that these



**Figure 5.17** Example of an $N = 5$-comb filter used for a 1-to-5 interpolator stage.

comb filters have zeros in their frequency response at frequencies

$$\omega = \frac{2\pi k}{N}, \quad k = 1, 2, ..., N - 1 \tag{5.50}$$

Examination of the frequency-response characteristic shows that it is of the same form as that required for the multiple stopband specifications for the $i$th stage of a multistage decimator or interpolator as discussed in Section 5.2.3 (see Fig. 5.8) when we choose

$$N = N_i = L_i \quad \text{interpolator} \tag{5.51a}$$

or

$$N = N_i = M_i \quad \text{decimator} \tag{5.51b}$$

It is also the same form as the multiple stopband filter discussed in Chapter 4. To emphasize this point, the ideal multiple stopband characteristics for an $L_i = 5$ and an $L_i = 10$ interpolator have been superimposed on the frequency responses in Figs. 5.17(c) and 5.18(b), respectively, where it is assumed that the stopband tolerances, 20 log $\delta_s$, are −20 dB and −30 dB, respectively.



**Figure 5.18**   Comb filter responses for $N = 10$ design.

Because of the choice of $N$ in Eqs. (5.51) and the fact that all the coefficient values in the comb filter are unity, these comb filters are extremely simple to implement since they do not require any multiplications. In the case of an $N = M_i$-to-1 decimator, they can be implemented by a simple sum-and-dump procedure (and scaling by $1/N$) in which the input signal is blocked into groups of $M_i$ samples. Each group of $M_i$ samples produces a single output sample. In the case of a 1-to-$L_i$ interpolator, the process is even simpler. Each input sample is simply repeated $L_i$ times to produce a signal whose sampling rate is $L_i$ times that of the input sampling rate (i.e., it is a digital sample-and-hold).

It can also be seen from Figs. 5.17(c) and 5.18(b) that comb filters work only when the required widths of the stopbands, $2F_s$, are small compared to the sampling rate $F_i$, and therefore these types of filters clearly have a limited range of applications (i.e., in the initial stages of decimators or the final stages of interpolators when $2F_s \ll F_i$).

The required design equations for this class of comb filters can be obtained by observing that the most critical stopband tolerance requirement is reached at the lower edge of the first stopband [see Fig. 5.17(c)], that is, at the frequency

$$F_l = F_i - F_s \tag{5.52}$$

or equivalently at the frequency

$$\omega_l = \frac{2\pi F_l}{F_{i-1}} = 2\pi \frac{(1 - F_s/F_i)}{L_i} \tag{5.53}$$

where $F_{i-1} = L_i F_i$ is the output sampling rate of stage $i$ according to the notation defined in Fig. 5.7. At this frequency we require that the stopband tolerance $\delta_s$ be met or exceeded, that is

$$\delta_s \geqslant \frac{|H(e^{j\omega_l})|}{|H(e^{j0})|}$$

$$\geqslant \frac{1}{L_i} \left| \frac{\sin[\pi(1 - F_s/F_i)]}{\sin[(\pi/L_i)(1 - F_s/F_i)]} \right|$$

$$\geqslant \left| \frac{\sin(\pi F_s/F_i)}{L_i \sin[(\pi/L_i)(1 - F_s/F_i)]} \right| \tag{5.54a}$$

For $F_s \ll F_i$ this becomes

$$\delta_s \geqslant \left| \frac{\pi F_s}{L_i F_i \sin(\pi/L_i)} \right| \tag{5.54b}$$

and for $L_i \gg 1$ it simplifies to the condition

$$\delta_s \geqslant \frac{F_s}{F_i} \tag{5.54c}$$

Similarly, at the passband edge we require that the passband ripple $\delta_p/I$ (for an $I$-stage design) be met or exceeded, that is

$$\frac{\delta_p}{I} \geqslant 1 - \frac{|H(e^{j\omega_p})|}{|H(e^{j0})|} \tag{5.55a}$$

where

$$\omega_p = \frac{2\pi F_p}{F_{i-1}} = \frac{2\pi F_p}{L_i F_i} \tag{5.55b}$$

Applying Eqs. (5.49b) and (5.51) gives

$$\frac{\delta_p}{I} \geqslant 1 - \frac{1}{L_i} \left| \frac{\sin(\pi F_p/F_i)}{\sin(\pi F_p/L_i F_i)} \right| \tag{5.56a}$$

and for $F_p \ll F_i$ and $L_i \gg 1$ we can apply the approximations $\sin(x) \simeq x - x^3/6$ to the numerator and $\sin(x) \simeq x$ to the denominator to get

$$\frac{\delta_p}{I} \geqslant 1 - \frac{1}{L_i} \left[ \frac{(\pi F_p / F_i) - (\pi^3 F_p^3 / 6F_i^3)}{(\pi F_p / L_i F_i)} \right] \tag{5.56b}$$

This expression simplifies to the condition

$$\frac{\delta_p}{I} \geqslant \frac{1}{6} \left[ \frac{\pi F_p}{F_i} \right]^2 \tag{5.56c}$$

Equations (5.54c) and (5.56c) can therefore be used to determine quickly whether a comb filter design can be applied to a particular stage of a multistage decimator or interpolator, given the parameters $I$, $F_p$, $F_s$, $F_i$, $\delta_p$, and $\delta_s$. If the inequalities are satisfied, the comb filter can be used, and if they are not satisfied, it cannot be used. Generally, the stopband requirement of Eq. (5.54c) will be the most critical one.

### 5.5.2  A Design Procedure Using a Specific Class of Filters

We will now discuss a design procedure by Goodman and Carey [5.10] for multistage decimators and interpolators based on the use of a specific family of half-band filter designs and comb filters. Table 5.1 gives the values of the filter coefficients $h(n)$ for a set of nine specially designed symmetric FIR digital filters centered at $n = 0$ (only one symmetric half of the coefficient values are given).

TABLE 5.1   COEFFICIENTS OF SPECIALIZED FIR FILTERS

| Filter | $N$ | $h(0)$ | $h(1)$ | $h(3)$ | $h(5)$ | $h(7)$ | $h(9)$ |
|--------|-----|--------|--------|--------|--------|--------|--------|
| $F1^*$ | $N$ | 1 | 1 | | | | |
| $F2$ | 3 | 2 | 1 | | | | |
| $F3$ | 7 | 16 | 9 | -1 | | | |
| $F4$ | 7 | 32 | 19 | -3 | | | |
| $F5$ | 11 | 256 | 150 | -25 | 3 | | |
| $F6$ | 11 | 346 | 208 | -44 | 9 | | |
| $F7$ | 11 | 512 | 302 | -53 | 7 | | |
| $F8$ | 15 | 802 | 490 | -116 | 33 | -6 | |
| $F9$ | 19 | 8192 | 5042 | -1277 | 429 | -116 | 18 |

*$F1$ is an $N$-tap comb filter

The first filter, denoted as $F1$ in the table, is an $N$-tap comb filter of the type discussed in the preceding section. Filters $F2$ through $F9$ are specialized half-band filter designs (see Section 5.4) with impulse response durations of from 3 to 19 samples. The magnitude responses of filters $F2$, $F3$, and $F5$ (normalized to a dc

gain of 1.0) are plotted in Fig. 5.19(a). These three filters all have monotone passband responses. The passband magnitude responses (normalized to a dc gain of 1.0) of filters $F4$ and $F6$ through $F9$ (in the passband) are plotted in Figs. 5.19(b) and 5.19(c). Each of these filters is seen to have two or more ripples in the passband. Before discussing how these nine filters can be used in a multistage decimator, three key points must be made, namely:

1. The comb filter $F1$ can be used for decimation or interpolation by any integer factor (as long as its filtering characteristics meet specifications); however, half-band filters $F2$ through $F9$ can be used only in stages that decimate by a factor of 2.

2. Since filters $F1$, $F2$, $F3$, and $F5$ have monotonic passband response, some compensation of their falloff is generally required by later-stage filters to guarantee that the overall filtering characteristic of the multistage structure meets specifications. Thus the applicability of filters $F1$, $F2$, $F3$, and $F5$ is determined primarily by given stopband ripple specifications; for the other filters, both passband and stopband ripple specifications are important.

3. For all nine filters of Table 5.1, the filter coefficients are expressible with a small number of bits. In fact, many of the filter coefficients are integer powers of 2. Hence these filters can be implemented (on special-purpose hardware) even more efficiently than a general half-band filter.

For a given set of design specifications of a multistage structure, the way in which the specific filters (i.e., of Table 5.1) are chosen is as follows. From the given filter specifications (i.e., $\{F_p, F_s, \delta_p, \delta_s\}$) we define a level ripple factor $D$ as



**Figure 5.19**   (a) Monotonic frequency responses of half-band filters $F_2$, $F_3$, and $F_5$; (b) and (c) passband responses of filters $F_4$, $F_6$ through $F_9$.

$$D = -20 \log(\delta_s) \quad \text{for filters } F1, F2, F3, F5 \quad \text{(monotone response)} \qquad (5.57a)$$

or

$$D = -20 \log \left[ \min \left[ \frac{\delta_p}{I}, \delta_s \right] \right] \quad \text{for filters } F4, F6\text{-}F9 \quad \text{(nonmonotone response)}$$

$$(5.57b)$$

We next define an "oversampling" frequency ratio at the input to stage $i$, $O_i$, as

$$O_i = \frac{F_{i-1}}{F_I} = M \left( \frac{F_{i-1}}{F_0} \right) \qquad (5.58a)$$

At the output of stage $i$, the oversampling ratio is

$$O_{i+1} = M \left( \frac{F_i}{F_0} \right) \qquad (5.58b)$$

For conventional FIR filter length designs we would calculate the required filter based on the ripple specification of Eq. (5.57) and the required transition width. Since the idea in this implementation is to use one of the fixed set of filters (whenever possible), the procedure here is to determine the range of $D$ and $O_i$ such that each of the nine filters of Table 5.1 is applicable. This range is plotted in Fig. 5.20(a), which shows boundaries, in the $(O_i, D)$ plane, for which each of the nine filters meets specifications. The way the data of Fig. 5.20(a) are used is as follows. For stage 1, the grid point $(O_1, D)$ is located. If the boundary line of filter $F1$ lies to the left of the grid point, filter $F1$ is used in the first stage, and the decimation rate of this stage, $M_1$, is the largest integer such that the grid point $(O_1/M_1, D)$ also lies to the right of the $F1$ boundary line. For the second, and subsequent stages, decimation ratios of 2 are used, and the filter required is the filter whose boundary line lies to the left of the grid point $(O_i/2, D)$ for stage $i$. This procedure can be used until the next-to-last stage. A more general FIR filter is generally required to meet overall filter specifications for the last stage, using one of the design techniques discussed in Chapter 4.

We will now illustrate the use of specialized filters in a multistage decimator.

### Design Example 4

To illustrate use of the procedure described above, again consider the design of a specialized filter structure to decimate a signal by a factor of $M = 64$, with filter specifications $\delta_p = 0.01$, $\delta_s = 0.001$, $F_p = 0.45$ Hz, $F_s = 0.5$ Hz, $F_0 = 64$ Hz, and $F_I = 1$ Hz. (This is identical to Design Examples 1 and 2.)

**Solution.**   We first calculate the ripple factor $D$ as





**Figure 5.20**  (a) Design chart for specific filter family; (b) design example using the chart.

$$D = - 20 \log (0.001) = - 60 \text{ dB} \qquad (F1, F2, F3, F5)$$

$$D = - 20 \log (\min (0.01/6, 0.001)) = - 60 \text{ dB} \quad (F4, F6\text{-}F9)$$

where we have used six as the largest possible number of stages in the design. The oversampling index $O_1$ for the first stage is 64, showing that an $F2$ filter is required, as shown in Fig. 5.20(b). Note that the comb filter (filter $F1$) cannot be used in this design. Since the $F2$ filter is a half-band filter, a 2-to-1 sampling rate reduction is used in the first stage and the oversampling index $O_2$ at the input to the second stage is 32. For stages 2 and 3, filter $F3$ can be used as $O_i$ goes from 32 to 16 (stage 2), and 16 to 8 (stage 3). For stage 4 (as $O_i$ goes from 8 to 4) an $F5$ filter is required, whereas for stage 5 (as $O_i$ goes from 4 to 2) an $F8$ filter is required. For the final stage, a 124-point FIR filter (the same used in Design Example 2, stage 6 of the three-stage design in Section 5.4.1) is required.

The total storage requirements and computational requirements (using symmetry and excluding multiplication by −1, 1, or 2) of the resulting six-stage design are shown in Table 5.2.

TABLE 5.2   FILTERS AND COMPUTATION RATES FOR DESIGN EXAMPLE 4

| Stage $i$ | Filter | Number of Storage Locations | Number of Multiplications per Second (MPS) | Number of Additions per Second (APS) |
|---|---|---|---|---|
| 1 | $F_2$ | 3 | 0 | 64 |
| 2 | $F_3$ | 5 | 32 | 64 |
| 3 | $F_3$ | 5 | 16 | 32 |
| 4 | $F_5$ | 7 | 16 | 24 |
| 5 | $F_8$ | 9 | 10 | 16 |
| 6 | $N_6 = 124$ | 124 | 62 | 124 |
| Total | | 153 | 136 | 324 |

From this example it can be seen that there is only a slight savings in the multiplication rate in this design over that of Design Examples 1 and 2, and the number of additions/sec and storage requirements are similar. Some extra manipulations of the data to avoid multiplications by coefficients of $-1$ and 2 and to do data normalization in the structure are required. As mentioned previously, the principal advantage of this type of design is that the digital filter coefficients can be represented by a small number of bits, and specialized hardware structures can exploit this result to reduce the computation of the structure. A disadvantage of this approach, as in the half-band approaches discussed in Design Examples 2 and 3, is that generally a larger number of stages are required for the implementation. As discussed previously, the large number of stages add extra requirements on the control structure in the implementation which also must be considered in the design. This issue will be taken up in more detail in Section 5.7.

## 5.6 MULTISTAGE DECIMATORS AND INTERPOLATORS BASED ON IIR FILTER DESIGNS

Until now we have considered the use of FIR filters only in the implementation of decimators and interpolators. One reason for this is that FIR filters can be designed to have exactly linear phase. However, if linear phase is not an important consideration, then IIR filters can be considered as an attractive alternative. In this section it is shown that an optimization procedure similar to the one discussed in Section 5.3 can be used to design IIR multistage decimators and interpolators when conventional equiripple designs are used. In this discussion we consider only the case of integer decimation or interpolation stages. It is fairly straightforward to extend the results to noninteger stages.

To formulate the problem it is useful to reexamine the design of decimator and interpolator stages with integral ratios of sampling rates. As shown in Fig. 5.2(a), a decimator with a decimation rate of $M$ can be implemented by filtering the input signal with a lowpass filter (in this case an IIR filter) and then decreasing

the sampling rate by selecting one out of every $M$ samples of the output of the filter. Unlike the FIR implementation, however, the output of the IIR filter (or all states of its recursive part) must be computed for *all values of n* prior to decimating by $M$, unless the filter design satisfies the denominator requirements discussed in Chapters 3 and 4. In a multistage decimator or interpolator design, the specifications on the lowpass filters are the same as those discussed in Section 5.2. As in the FIR case, transposition also applies in the case of IIR designs of decimators and interpolators, and therefore all design formulas and curves for multistage IIR decimators also apply to multistage IIR interpolators.

With the concepts above in mind we can now formulate the design relations for the multistage IIR decimator (or interpolator) [5.5]. We assume that the IIR filters are *elliptic designs* [5.12] (see Section 4.4.2). This choice of filters is made over that of the specific designs discussed in Section 4.4.4 because the order of the elliptic filters can be conveniently expressed in analytic form in order to define the objective function for the optimization procedure. For the designs in Section 4.4.4, such analytic expressions are not presently available.

Given the filter requirements for stage $i$, (see Section 5.2) the required elliptic filter order for that stage can be shown to be of the form [5.12]

$$N_i = A\left(\frac{\delta_p}{I}, \delta_s\right) B_i(M, \Delta f, I; M_1, M_2, ..., M_{I-1}) \qquad (5.59)$$

where $A(\cdot)$ is a function of the ripples and $B_i(\cdot)$ is a function of the cutoff frequencies and decimation ratios. The function $A(\cdot)$ has the form

$$A = A\left(\frac{\delta_p}{I}, \delta_s\right)$$

$$= \frac{K(\sqrt{1-r^2})}{K(r)} \qquad (5.60)$$

where

$$r = \frac{2\delta_s\sqrt{\delta_p/I}}{(1-\delta_p/I)\sqrt{(1-\delta_p/I)^2 - \delta_s^2}} \qquad (5.61)$$

$K(\cdot)$ is the complete elliptic integral of the first kind, $\delta_p$ is passband ripple tolerance, $\delta_s$ is the stopband ripple tolerance, and $I$ is the total number of stages. The function $B_i(\cdot)$ has the form

$$B_i = B_i(M, \Delta f, I; M_1, M_2, ..., M_{I-1})$$

$$= \frac{K(t_i)}{K(\sqrt{1 - t_i^2})} \tag{5.62}$$

where

$$t_i = \text{transition ratio of the filter for the } i \text{th stage}$$

$$= \frac{\tan (\pi F_p/F_{i-1})}{\tan [\pi(F_i - F_s)/F_{i-1}]} \tag{5.63a}$$

and using the previous terminology

$$F_i = \frac{F_0}{\displaystyle\prod_{j=1}^{i} M_j} \tag{5.63b}$$

$$\Delta f = \frac{F_s - F_p}{F_s} \tag{5.63c}$$

$$F_s = \frac{F_I}{2} \tag{5.63d}$$

$$M_I = \frac{M}{\displaystyle\prod_{i=1}^{I-1} M_i} \tag{5.63e}$$

With the expression above for filter order, the problem of minimizing a multistage IIR decimator or interpolator design in terms of its multiplication rate can readily be formulated. The multiplication rate for a single decimator stage $i$ is approximately proportional to its IIR filter order $N_i$ times its (input) sampling rate $F_{i-1}$. For an $I$-stage design, the total multiplication rate of the decimator (or interpolator) $R_T^*$ can then be expressed in the form

$$R_T^* \approx \sum_{i=1}^{I} G'N_iF_{i-1}$$

$$\approx G'F_0 \sum_{i=1}^{I} \frac{N_iM_i}{\displaystyle\prod_{j=1}^{i} M_j} \tag{5.64}$$

where $G'$ is a proportionality factor that is dependent on the method of implementation of the IIR filter structure. For example, in a conventional cascade

structure, three multiplications are required for the implementation of a second-order section, and therefore for this structure $G'$ is approximately 3/2 (and we must add one multiplication for the gain constant).

With the aid of Eq. (5.59) the expression above can be written in the form

$$R_T^* \simeq G' \cdot A\left[\frac{\delta_p}{I}, \delta_s\right] F_0 \widetilde{S} \tag{5.65a}$$

where

$$\widetilde{S} = \widetilde{S}(M, \Delta f, I; M_1, M_2, ..., M_{I-1})$$

$$= \sum_{i=1}^{I} \frac{B_i M_i}{\prod\limits_{j=1}^{i} M_j}\Bigg|_{M_I = M / \sum\limits_{j=1}^{I-1} M_j} \tag{5.65b}$$

The reader should note the similarity of this expression to that of $S$ in Eq. (5.26) for the FIR case (but not to be confused with $\widetilde{S}$ in Figs. 5.10 to 5.13). It is seen that $R_T^*$ can be expressed as a product of a function of the ripples, the initial sampling frequency, and a function of the cutoff frequencies and decimation ratios. In a similar manner, $R_T^*$ can be minimized by minimizing $\widetilde{S}$ as a function of the decimation (interpolation) ratios for each value of $I$ and then choosing the value of $I$ that minimizes the product. For convenience, the function $A(\delta_p/I, \delta_s)$ is tabulated in Table 5.3.

The minimization of $\widetilde{S}$ can again be performed by a routine such as the Hooke and Jeeves algorithm. This optimization is not a trivial one. The evaluation of the elliptic functions is extremely sensitive numerically [5.5]. Great care must be used in controlling the range of parameter values to avoid both arithmetic overflow and round-off error, and also in constraining the optimization search to be within the region of realizable solutions.

Using the Hooke and Jeeves method, the minimization problem above was solved. Plots of minimized values of $\widetilde{S}$ are given in Figs. 5.21(a) to 5.24(a) for final transition bandwidths $(\Delta f)$ of 0.2, 0.1, 0.05, and 0.02. The corresponding optimum decimation ratios and $B_i(\cdot)$ values are given in Figs. 5.21(b) to 5.24(b) and 5.21(c) to 5.24(c), respectively. These curves and Table 5.3 (which gives values for the function $A$ as $\delta_p$ and $\delta_s$ vary) can be used in a manner similar to that of the FIR design curves as a guide toward selecting practical integer values of decimation ratios for decimator (or interpolator) designs.

Several interesting observations can be made from these curves and tables. As in the FIR case, the function of the ripples $A(\delta_p/I, \delta_s)$ (see Table 5.3) is a weakly varying function of $I$, and again most of the interesting observations can be made from curves of the $\widetilde{S}$ function. From plots of $\widetilde{S}$ [Figs. 5.21(a) to 5.24(a)]

TABLE 5.3   $A(\delta_p/I, \delta_s)$ FOR SEVERAL
VALUES OF $\delta_p$, $\delta_s$, AND $I$

| $\delta_p$ | $\delta_s$ | $I = 1$ | $I = 2$ | $I = 3$ | $I = 4$ |
|---|---|---|---|---|---|
| 0.100 | 0.0100 | 4.10 | 4.32 | 4.45 | 4.55 |
| 0.100 | 0.0050 | 4.54 | 4.77 | 4.90 | 4.99 |
| 0.100 | 0.0010 | 5.57 | 5.79 | 5.92 | 6.01 |
| 0.100 | 0.0005 | 6.01 | 6.23 | 6.36 | 6.45 |
| 0.100 | 0.0001 | 7.03 | 7.26 | 7.39 | 7.48 |
| | | | | | |
| 0.050 | 0.0100 | 4.32 | 4.55 | 4.68 | 4.77 |
| 0.050 | 0.0050 | 4.77 | 4.99 | 5.12 | 5.21 |
| 0.050 | 0.0010 | 5.79 | 6.01 | 6.14 | 6.23 |
| 0.050 | 0.0005 | 6.23 | 6.45 | 6.58 | 6.67 |
| 0.050 | 0.0001 | 7.26 | 7.48 | 7.61 | 7.70 |
| | | | | | |
| 0.010 | 0.0100 | 4.84 | 5.06 | 5.19 | 5.28 |
| 0.010 | 0.0050 | 5.28 | 5.50 | 5.63 | 5.72 |
| 0.010 | 0.0010 | 6.30 | 6.53 | 6.65 | 6.75 |
| 0.010 | 0.0005 | 6.75 | 6.97 | 7.10 | 7.19 |
| 0.010 | 0.0001 | 7.77 | 7.99 | 8.12 | 8.21 |
| | | | | | |
| 0.005 | 0.0100 | 5.06 | 5.28 | 5.41 | 5.50 |
| 0.005 | 0.0050 | 5.50 | 5.72 | 5.85 | 5.94 |
| 0.005 | 0.0010 | 6.53 | 6.75 | 6.88 | 6.97 |
| 0.005 | 0.0005 | 6.97 | 7.19 | 7.32 | 7.41 |
| 0.005 | 0.0001 | 7.99 | 8.21 | 8.34 | 8.43 |
| | | | | | |
| 0.001 | 0.0100 | 5.57 | 5.79 | 5.92 | 6.01 |
| 0.001 | 0.0050 | 6.01 | 6.23 | 6.36 | 6.45 |
| 0.001 | 0.0010 | 7.04 | 7.26 | 7.39 | 7.48 |
| 0.001 | 0.0005 | 7.48 | 7.70 | 7.83 | 7.92 |
| 0.001 | 0.0001 | 8.50 | 8.72 | 8.85 | 8.94 |

we observe that improvements in efficiency of approximately two- or threefold are possible for moderate values of $M$ (20-50) by using a multistage design and gains of up to about eightfold are possible for large values of $M$ and small values of $\Delta f$. Although these gains are not as striking as those for FIR designs (which can be orders of magnitude), they do represent modest improvements. Another conclusion that can be drawn from these curves is that little, if any, improvement in efficiency can be gained by using a three-stage IIR design over a two-stage IIR design, and therefore two stages, at most, are sufficient for most purposes.

The curves in Figs. 5.21(c) to 5.24(c) represent $B_i$ values for the optimized designs. By noting from Eq. (5.59) that $N_i = AB_i$, it is clear that the $B_i$ values represent the normalized (e.g., $N_i/A$) filter orders. We can observe from these curves that the order of the final stage of a two- or three-stage design is essentially equal to that of a one-stage design. This occurs because the orders of the IIR



**Figure 5.21**   Design curves for multistage IIR decimators (or interpolators) with minimized values of $\widetilde{S}$ and ideal values of $M_i$, $i = 1, 2, ..., I$ and $\Delta f = 0.2$.

filters are determined by the ratio $F_p/F_s$. As the sampling frequency is reduced it is clear that the transition ratio $t_i$ [see Eq. 5.63(a)] of the final stage $I$ remains essentially unchanged (except for a slight warping due to the bilinear transformation), and therefore $N_I$ and $B_I$ remain essentially unchanged as $I$ is increased. The filter orders for the earlier stages of a multistage design are of course lower, as seen in Figs. 5.21(c) to 5.24(c).

It can also be seen that the sum of the filter orders for a multistage design (i.e., the total required storage), will always be greater than that of a one-stage



**Figure 5.22**  Design curves for IIR multistage decimators or interpolators for
$\Delta f = 0.1$.

design.  Therefore, a multistage IIR decimator or interpolator is always less
efficient, in terms of storage, than a single-stage IIR design.  Thus, unlike the FIR
design, where both computation and storage could be reduced, the multistage IIR
design represents a trade-off between computation and storage.

**Design Example 5**

To illustrate the use of the IIR design tables and curves, we will choose a decimator
with  the  specifications  $M = 100$,  $F_0 = 100$ Hz,  $F_I = 1$ Hz,  $F_p = 0.475$ Hz,



**Figure 5.23** Design curves for IIR multistage decimators or interpolators for
$\Delta f = 0.05$.

$F_s = 0.5$ Hz, $\delta_p = 0.001$, and $\delta_s = 0.0001$, giving $\Delta f = (0.5 - 0.475)/0.5 = 0.05$.
For a one-stage IIR design it can be seen from Table 5.3 that $A = 8.50$ and from Fig.
5.23(c) that $B_1 = 1.61$. Therefore, the theoretical filter order is 13.7 [from Eq.
(5.59)] and an actual value of 14 must be used. For a cascade implementation this
will require a multiplication rate of $(1 + 14 \times 3/2)F_0$, or 2200 MPS.
For a two-stage IIR design it is seen from Fig. 5.23(b) that the optimum (theoretical)
decimation ratios are $M_1 = 14.5$ and $M_2 = 6.9$. From Table 5.3 and Fig. 5.23(c) we
find that $A = 8.72$, $B_1 = 0.39$, and $B_2 = 1.6$, giving theoretical filter orders of
$N_1 \simeq 3.4$ and $N_2 \simeq 13.9$. One practical choice of decimation ratios is $M_1 = 20$ and





**Figure 5.24** Design curves for IIR multistage decimators or interpolators for $\Delta f = 0.02$.

$M_2 = 5$. This leads to theoretical filter orders of $N_1 = 3.8$ and $N_2 = 13.8$ (these values cannot be obtained from Fig. 5.23(c); see instead the tables in [5.12]). Actual filter orders for this design are, therefore, 4 and 14 for $N_1$ and $N_2$, respectively.

Another practical choice of decimation ratios might be $M_1 = 10$ and $M_2 = 10$. This results in theoretical filter orders of $N_1 = 3.1$ and $N_2 = 13.97$ and actual values of 4 and 14, respectively. With careful design, a third-order filter might be substituted for $N_1$, however.

The results for these three IIR designs together with corresponding FIR designs for

**TABLE 5.4**  COMPARISONS FOR AN $M = 100$ DECIMATOR

|  | One-Stage IIR | Two-Stage IIR | Two-Stage IIR | Two-Stage FIR | Three-Stage FIR |
|---|---|---|---|---|---|
| Decimation Ratios | $M_1 = 100$ | $M_1 = 20$ $M_2 = 5$ | $M_1 = 10$ $M_2 = 10$ | $M_1 = 50$ $M_2 = 2$ | $M_1 = 10$ $M_2 = 5$ $M_3 = 2$ |
| Filter Lengths (taps) | $N_1 = 14$ | $N_1 = 4$ $N_2 = 14$ | $N_1 = 4$ $N_2 = 14$ | $N_1 = 423$ $N_2 = 347$ | $N_1 = 38$ $N_2 = 38$ $N_3 = 356$ |
| Computation (MPS) | 2200 | 810 | 920 | 598 | 406 |
| Computational Savings over One-Stage IIR Design | 1.0 | 2.7 | 2.4 | 3.7 | 5.4 |
| Storage | 14 | 18 | 18 | 798 | 436 |

the $M = 100$ decimation are given in Table 5.4. As seen in this table, a good choice for the IIR design might be the two-stage approach with $M_1 = 20$ and $M_2 = 5$. This results in a savings in computation of 2.7 over that of a one-stage design. It is achieved at the cost of four extra storage locations and the added complexity of a two-stage design.

In order to compare the IIR designs to FIR designs, a two-stage and a three-stage FIR decimator design are also included in Table 5.4. The design of the two-stage FIR decimator was taken from [5.13] and the three-stage design is taken from [5.5]. From this comparison we can observe that the FIR designs are more efficient in terms of computation than the IIR designs; however, they require considerably more storage for both data and coefficients.

Greater efficiency can be expected in multistage IIR decimator and interplator designs when the more efficient IIR filter designs in Section 4.4.4 are used. An example in Ref. 5.14, for an $M = 20$ decimator, shows that this type of multistage IIR design is slightly more efficient than a comparable FIR design, but that it requires more coefficient and data storage than an IIR design based on conventional IIR filters as discussed above. A difficulty with this approach is that no simple analytic expression for the filter order exists for these more efficient IIR filter designs. Therefore it is difficult to establish a systematic design procedure for multistage designs incorporating these filters.

## 5.7  CONSIDERATIONS IN THE IMPLEMENTATION OF MULTISTAGE DECIMATORS AND INTERPOLATORS

In the preceding sections we have presented three methods for implementing multistage FIR digital systems for decimation or interpolation and one approach

ase 8:20-cv-00048-JVS-JDE   Document 260-3   Filed 12/30/20   Page 814 of 834   Page
#:20998
Sec. 5.7     Considerations in the Implementation of Multistage Decimators                    245

using IIR filters.  As in most real-world situations, there is no simple answer to the question as to when to use each of these structures.  In the design examples of these sections, we have shown that each structure has special properties that can be exploited to minimize computation, storage, and cost.  For example, the half-band structure is especially suitable for sampling rate changes of powers of 2, and in a pipeline architecture where the repetitive stages with decimation factors of 2 are easily realized.  The structure based on the optimization procedure in Section 5.3 is especially suitable for sampling rate changes involving any product of factors, and for architectures that favor a small number of stages (e.g., software or array processor implementations).  The design based on a specific family of comb and half-band filters is most suitable for designs with large ripple specifications, and for architectures where the cost of multiplication greatly exceeds the cost of shifting or adding.  Finally, the IIR designs are useful where coefficient and storage requirements must be kept at a minimum and where a nonlinear phase response is acceptable.

In addition to these fairly straightforward differences between the different multistage structures, several other factors must be considered for implementing any of the proposed structures.  One important factor is the cost of control of a hardware or software implementation of the structure.  For many practical systems the cost (computation) of setting up the control structure of a multistage, multirate digital system may exceed the cost (computation) of the process being simulated. To illustrate some of the considerations, a simple software implementation of a three-stage FIR decimator and a three-stage FIR interpolator is described next [5.15].

We recall from Chapter 2 that the basic computation for implementing a sampling rate conversion by a factor of $M/L$ is

$$y(m) = \sum_{n=-\infty}^{\infty} g_m(n) x \left[ \lfloor \frac{mM}{L} \rfloor - n \right] \qquad (5.66)$$

where

$$g_m(n) = h(nL + mM \oplus L), \text{ all } m \text{ and all } n \qquad (5.67)$$

and where $\lfloor u \rfloor$ denotes the largest integer less than or equal to $u$.  Thus for each stage, if the impulse response coefficients of the FIR filter, $h(n)$, are stored as the scrambled coefficient sets $g_m(n)$ of Eq. (5.67), we get $y(m)$ as a convolution of $x$ and $g_m$ (see Section 3.3.4).

If we now consider an implementation of a three-stage decimator with decimation ratios of $M_1$, $M_2$, $M_3$ and with $M = M_1 M_2 M_3$, we get a block diagram of the type shown in Fig. 5.25(a), with control structure of the type shown in Fig. 5.25(b).  The decimator has three data buffers, labeled S1, S2, and S3 in Fig. 5.25(a).  These buffers are used for storage of internal data for each stage.  The size of the $i$th buffer, $N_i'$, is given as

$$N_i^{'} = M_i \lceil \frac{N_i}{M_i} \rceil \geqslant N_i, \quad i = 1, 2, 3 \qquad (5.68)$$

where $\lceil u \rceil$ denotes the smallest integer greater than or equal to $u$, and $N_i$ is the length of the FIR filter for stage $i$. Each data buffer is partitioned into blocks of size $M_i$. A total of

$$Q_i = \lceil \frac{N_i}{M_i} \rceil \qquad (5.69)$$

blocks are used at stage $i$. Three additional buffers hold the filter coefficients of each stage.[4]

   The operation of the three-stage decimator structure is illustrated in the control structure of Fig. 5.25(b). Initially, $M_1$ samples of the input signal are transferred from the main input data buffer to S1 (i.e., S1 is updated by $M_1$ new samples). One output sample is then computed via Eq. (5.66), and stored in data buffer S2. This process is repeated $M_2$ times until data buffer S2 has $M_2$ samples, at which point one output is computed for stage 2 of the decimator, and stored in S3. This process repeats $M_3$ times until $M_3$ samples are stored in S3, at which point one output sample is computed for stage 3 of the decimator, which is the final output of the three-stage structure. At this point the decimator cycle is completed; $M = M_1 M_2 M_3$ samples have been read from the main input buffer, and one output sample has been computed. The process can now be repeated on each consecutive input block of $M$ samples until all processing is completed.

   Figure 5.26 shows a similar data flow structure and control structure for a three-stage 1-to-$L$ interpolator where

$$L = L_1 L_2 L_3 \qquad (5.70a)$$

$$Q_i = \lceil \frac{N_i}{L_i} \rceil, \quad i = 1,2,3 \qquad (5.70b)$$

The interpolator has five data buffers associated with it, three (S1, S2, S3) of lengths $Q_1$, $Q_2$, and $Q_3$ samples, respectively, and two (T2, T3) of lengths $L_2$ and $L_3$ samples, respectively. In addition, each stage $i$ has a buffer for $N_2^{'}$ "scrambled" coefficients which are partitioned into $L_i$ blocks of $Q_i$ each (see Section 3.3.4), where

$$N_i^{'} = Q_i L_i, \quad i = 1, 2, 3 \qquad (5.70c)$$

   In operation, one input sample of the signal $x(n)$ is stored in S3 and $L_3$

[4] Clearly, storage and computation reductions can be obtained based on symmetries in filter impulse responses. We neglect such effects here.



**Figure 5.25** (a) Data flow structure; and (b) control structure for a three-stage FIR decimator.

output samples are computed from stage 3 of the interpolator and temporarily stored in T3. One sample from T3 is then stored in S2 and $L_2$ output samples are computed from stage 2 and stored in T2. S1 is then updated by one sample from T2 and $L_1$ outputs are computed and stored in the main output buffer. This is repeated until all $L_2$ samples in T2 are removed. T2 is then refilled by updating S2 with one sample from T3 and computing $L_2$ more samples. Upon completion of the interpolator cycle one input was transferred into the interpolator and $L$ output samples are computed and stored in the main output data buffer. The process can then be repeated for the next input sample.

The purpose of the examples above is to illustrate the complexity of the control structure, even for a three-stage structure, and the interaction between the signal processing computation and the data flow within the system. The processes are described as serial processes and represent a straightforward approach for a software implementation. If high-speed and/or special-purpose hardware is used, the structures in Figs. 5.25 and 5.26 are also particularly attractive as they lend



**Figure 5.26**  (a) Data flow structure and (b) control structure for a three-stage
FIR interpolator.

themselves easily (with slight modification) to various degrees of parallel processing
and pipelining.  For example, in the interpolation stages all $L_i$ outputs of a stage $i$
can be computed in parallel [5.16].  Similar degrees of parallelism are possible in
the implementation of the decimator stages.  Pipelining is also an attractive
possibility with these structures since they are essentially completely feedforward
structures [5.17].  Each stage can be separately implemented in hardware.  In this
case it may be more attractive to choose the designs such that the amount of
computation is equally divided among the stages rather than minimizing the total
computation or total storage.

In Section 7.7.3 we will see another example of a multistage decimator and
interpolator structure based on the use of polyphase filter structures in each stage.
It will be shown that this is a particularly effective approach to the realization of a
digital filter bank in which the computation for the different filter bank channels is

shared in the various stages of the multistage structure and distributed in time for effective control of the real-time processing.


## 5.8 SUMMARY

In this chapter we have shown how a significant reduction in computation can be achieved by realizing a decimator (or interpolator) with a large decimation (interpolation) ratio in stages. The larger the overall decimation or interpolation ratio, the higher the savings that can be achieved (over that of a single-stage design). Depending on the detailed specifications of the system, several different structures can be utilized to achieve the sampling rate reduction. It was also shown that, under some conditions, reductions in computation and/or storage could be achieved by using multiple stopband filters or comb filters (instead of conventional lowpass designs), and IIR filters instead of FIR linear phase designs.

Although we have concentrated primarily on multistage implementations of decimators, it should be clear that all the results of this chapter apply equally to multistage interpolators (because of duality and transposition), and to multistage realizations of networks making small rational changes in sampling rate (i.e., $L/M$ conversion) with large values of either $L$ or $M$.


## REFERENCES

5.1    M. G. Bellanger, J. L. Daguet, and G. P. Lepagnol, "Interpolation, Extrapolation, and Reduction of Computation Speed in Filters," *IEEE Trans. Acoust. Speech Signal Process.*, Vol. ASSP-22, No. 4, pp. 231-235, August 1974.

5.2    G. A. Nelson, L. L. Pfeifer, and R. C. Wood, "High-Speed Octave Band Digital Filtering," *IEEE Trans. Audio Electroacoust.*, Vol. AU-20, No. 1, pp. 58-65, March 1972.

5.3    R. R. Shively, "On Multistage FIR Filters with Decimation," *IEEE Trans. Acoust. Speech Signal Process.*, Vol. ASSP-23, No. 4, pp. 353-357, August 1975.

5.4    R. E. Crochiere and L. R. Rabiner, "Optimum FIR Digital Filter Implementations for Decimation, Interpolation, and Narrow-Band Filtering," *IEEE Trans. Acoust. Speech Signal Process.*, Vol. ASSP-23, No. 5, pp. 444-456, October 1975.

5.5    R. E. Crochiere and L. R. Rabiner, "Further Considerations in the Design of Decimators and Interpolators," *IEEE Trans. Acoust. Speech Signal Process.*, Vol. ASSP-24, No. 4, pp. 296-311, August 1976.

5.6   R. Hooke and T. A. Jeeves, "Direct Search Solution of Numerical and Statistical Problems," *J. Assoc. Comput. Mach.*, Vol. 8, No. 4, pp. 212-229, April 1961.

5.7   J. L. Kuester and J. H. Mize, *Optimization Techniques with Fortran.* New York: McGraw-Hill, 1973.

5.8   M. G. Bellanger, "Computation Rate and Storage Estimation in Multirate Digital Filtering with Halfband Filters," *IEEE Trans. Acoust. Speech Signal Process.*, Vol. ASSP-25, No. 4, pp. 344-346, August 1977.

5.9   D. W. Rorabacher, "Efficient FIR Filter Design for Sample-Rate Reduction and Interpolation," *Proc. IEEE Int. Symp. Circuits Syst.*, pp. 396-399, April 1975.

5.10  D. J. Goodman and M. J. Carey, "Nine Digital Filters for Decimation and Interpolation," *IEEE Trans Acoust. Speech Signal Process.*, Vol. ASSP-25, No. 2, pp. 121-126, April 1977.

5.11  E. B. Hogenauer, "An Economical Class of Digital Filters for Decimation and Interpolation," *IEEE Trans. Acoust. Speech Signal Process.*, Vol. ASSP-29, No. 2, pp. 155-162, April 1981.

5.12  L. R. Rabiner, J. F. Kaiser, O. Herrmann, and M. T. Dolan, "Some Comparisons between FIR and IIR Digital Filters," *Bell Syst. Tech. J.*, Vol. 53, No. 2, pp. 305-331, February 1974.

5.13  L. R. Rabiner and R. E. Crochiere, "A Novel Implementation for Narrow-Band FIR Digital Filters," *Trans. Acoust. Speech Signal Process.*, Vol. ASSP-23, No. 5, pp. 457-464, October 1975.

5.14  H. G. Martinez and T. W. Parks, "A Class of Infinite-Duration Impulse Response Digital Filters for Sampling Rate Reduction," *IEEE Trans. Acoust. Speech Signal Process.*, Vol. ASSP-27, No. 2, pp. 154-162, April 1979.

5.15  R. E. Crochiere and L. R. Rabiner, "A Program for Multistage Decimation, Interpolation, and Narrow-Band Filtering," in *Programs for Digital Signal Processing.* New York: IEEE Press, 1979, pp. 8.3-1 to 8.3-14.

5.16  H. Urkowitz, "Parallel Realization of Digital Interpolation Filters for Increasing the Sampling Rate," *IEEE Trans. Circuits Syst.*, Vol. CAS-22, pp. 146-154, February 1975.

5.17  R. E. Crochiere and A. V. Oppenheim, "Analysis of Linear Digital Networks," *Proc. IEEE*, Vol. 63, No. 4, pp. 581-595, April 1975.

# Exhibit 31

to the Declaration of Michael J.R. Polson,
Ph.D. in Support of Apple Inc.'s Motion to
Compel Plaintiffs to Comply with
Section 2019.210

# MONITORING
# IN
# RESPIRATORY
# CARE



ROBERT M. KACMAREK
DEAN HESS
JAMES K. STOLLER



**Mosby**

Dedicated to Publishing Excellence

Sponsoring Editor: David K. Marshall
Assistant Editor: Julie Tryboski
Assistant Director, Manuscript Services: Frances M. Perveiler
Production Manager: Karen Halm

Copyright © 1993 Mosby–Year Book, Inc.
A Year Book Medical Publishers imprint of Mosby–Year Book, Inc.,

Mosby–Year Book, Inc.
11830 Westline Industrial Drive
St. Louis, MO 63416

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without prior written permission from the publisher. Printed in the United States of America.

Permission to photocopy or reproduce solely for internal or personal use is permitted for libraries or other users registered with the Copyright Clearance Center, provided that the base fee of $4.00 per chapter plus $.10 per page is paid directly to the Copyright Clearance Center, 21 Congress Street, Salem, MA 01970. This consent does not extend to other kinds of copying, such as copying for general distribution, for advertising or promotional purposes, for creating new collected works, or for resale.

1  2  3  4  5  6  7  8  9  0     97  96  95  94  93

**Library of Congress Cataloging-in-Publication Data**

Monitoring in respiratory care / [edited by] Robert M. Kacmarek, Dean
  Hess, James K. Stoller.
      p.   cm.
    Includes bibliographical references and index.
    ISBN 0-8151-4963-8
    1.  Respiratory intensive care.   2.  Patient monitoring.   3.  Blood
gases—Analysis.   I. Kacmarek, Robert M.   II. Hess, Dean.
III. Stoller, James K.
    [DNLM: 1.  Monitoring, Physiologic—methods.   2.  Respiratory Tract
Diseases—therapy.   WF 141 M744]
RC735.R48M66  1992                                      92-49174
616.2'075—dc20                                              CIP
DNLM/DLC
for Library of Congress

would be expected to fall. Recent work[9] indicates that the 95% confidence limit of most pulse oximeters (compared to "gold standard" invasive measurements of oxygen saturation) range from 3 to 5%.

The response time of pulse oximeters depends on their data-averaging scheme (described earlier) as well as the patient's hemodynamic status. The circulation time between the lungs (where gas exchange occurs) and the fingertips (where pulmonary gas exchange is measured) will be influenced by heart rate and peripheral vasoconstriction due to hypoxic stress. It is also possible that during hypoxic events, a shunting of arterial blood to the vital organs decreases the flow of arterial blood to the extremities. Therefore, the location of the pulse oximeter probe will also affect the pulse oximeter's response time.

Severinghaus and Naifeh[10] found that the average response time to desaturation events was 10 to 20 seconds for oximeters with ear sensors and 24 to 35 seconds for oximeters with finger sensors. Warley, Mitchell, and Stradling[11] reported response times of 9.8 seconds for oximeters with ear sensors, 23.6 seconds for oximeters with finger sensors, and 56.8 seconds for oximeters equipped with toe sensors.

## DATA AVERAGING AND ARTIFACT REJECTION SCHEMES

While small pulse-to-pulse variations do exist in measured values of oxygen saturation, displaying these variations could be distracting to the clinician. To help eliminate small variations in displayed oxygen saturation values, oximeter algorithms use data-smoothing schemes, which average values of oxygen saturation over several heart beats before they are displayed. Beside averaging pulse-to-pulse variations in oxygen saturation to provide a stable number to display, other advantages to signal smoothing exist. For instance, during infrequent episodes of motion, any sporadic artifactual readings are averaged together with the good readings to help avoid displaying erratic values of oxygen saturation. However, the pitfalls of lengthy signal-averaging routines include delayed machine response times during acute changes in oxygen saturation. Also, imprecise displays of high and low oxygen saturation values during hypoxic events can occur since normative values immediately preceding and following the events are averaged in with the lower values.

To help counter the possibility of the pulse oximeter's providing false values of oxygen saturation from artifactual pulse waveforms, and in an effort to keep data-averaging times to a minimum, the oximeter algorithm employs various artifact rejection schemes. Some oximeters employ predefined templates of arterial pulse waveforms to which all incoming pulse waveforms are fitted. If the incoming pulse waveform does not fit the template, one of several events will occur (dependent on the oximeter algorithm). Some algorithms will discard the pulse waveforms that do not fit within the template and, if a string of unusable waveforms appears, the oximeter displays an error message. Other oximeter algorithms (in the presence of unusable pulse waveforms) will freeze the last good oxygen saturation value. This value can be held in the display for several seconds until usable waveforms reappear.

Other techniques to filter out artifactual pulse waveforms are weighted pulse waveform averaging schemes. This strategy applies a "weight" or a measure of "how good" the incoming

**318** *Monitoring in Respiratory Care*

**TABLE 10–1.**
Simplified Representation of Ten $Spo_2$ Values with Assigned Weights*

| Variable | At 1/3 of 1 Second | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| $Spo_2$ | 94 | 93 | 94 | 95 | 72 | 30 | 45 | 85 | 95 | 94 |
| wt | 10 | 10 | 10 | 9 | 5 | 1 | 1 | 7 | 9 | 10 |
| $Spo_2 \times$ wt | 940 | 930 | 940 | 855 | 360 | 30 | 45 | 595 | 855 | 940 |

Pulse oximetry saturation values showing assigned weights. Weights are assigned using several factors, including comparison of the current reading with the average value currently displayed. Readings that deviate greatly from the displayed value are assigned a low weight with a relatively small impact on the average value displayed.
* From Wukitsch MW, Petterson MT, Tobler DR, et al: Pulse oximetry: Analysis of theory, technology and practice. *J Clin Monit* 1988; 4:290–301. Used by permission.

pulse waveform looks. Values of oxygen saturation derived from waveforms weighted low in the averaging scheme contribute minimally to the overall calculation of oxygen saturation, whereas waveforms weighted highly contribute maximally to the calculation of oxygen saturation. When used in conjunction with pulse waveform templates, waveform weighting provides a fairly effective mechanism to discriminate artifactual from physiological pulse waveforms (Tables 10–1 and 10–2).

## CONFUSION OVER FUNCTIONAL VERSUS FRACTIONAL SATURATIONS

Two different types of oxygen saturation, so-called "functional" saturation and "fractional" saturation have been specified to recognize that pulse oximeters using two wavelengths can mistake dysfunctional hemoglobins (like carboxy- and methemoglobin) for oxyhemoglobin. Fractional saturation can only be measured when oxyhemoglobin can be distinguished from carboxyhemoglobin and methemoglobin (e.g., with a hemoximeter) and divides oxyhemoglobin by the sum of reduced hemoglobin, oxygenoglobin, carboxyhemoglobin and methemoglobin, per Equation (10–1). In contrast, functional $O_2$ saturation differs from fractional saturation because dysfunctional hemoglobins are not considered per Equation (10–2).

**TABLE 10–2.**
Displayed $Spo_2$ Values Derived from 3-Second Averages*

| | SECOND 1 | SECOND 2 | SECOND 3 | SECOND 4 |
|---|---|---|---|---|
| Processed Average | 92 93 93 | 92 93 94 | 93 94 94 | 90 91 92 |

Displayed Value 1 = 93.1
Displayed Value 2 = 92.8
(Displayed Values are Rounded Up or Down)

Further processing of pulse oximetry values: data averaging.
* From Wukitsch MW, Petterson MT, Tobler DR, et al: Pulse oximetry: Analysis of theory, technology and practice. *J Clin Monit* 1988; 4:290–301. Used by permission.

larger in amplitude than the genuine arterial pulse-modulated ac signal. Then, during this period, because of their artificially heightened amplitude, the ratio of the red to infrared signals becomes almost entirely a function of the dc signal levels (Fig 10–7). Because of their large amplitude, the voltage of the two dc signals is similar and their ratio becomes 1. The calibration curve that most oximeters use to convert the ratio of absorbed red to infrared light defines[13] a ratio of 1 as an oxygen saturation of 84 to 88% (Fig 10–8).

Poor-quality pulse waveforms can also cause the oximeter to provide erroneous information. Poor-quality pulse waveforms commonly occur when the pulse pressure is low, so the amplitude of the pulse waveform may be so small that the oximeter cannot measure it accurately. To compensate for the small signal that it sees, the oximeter will increase the driving current of the LEDs as well as increase the gain of the photoreceiver to bring the measured amplitude of the pulse waveform into a workable range. This increase in LED driving current and increased photoreceiver gain concomitantly increases the noise-to-signal ratio. This makes the oximeter more susceptible to motion artifact and other mechanisms that could create false values of oxygen saturation. One such mechanism is sensor displacement.

In some older but still commonly used pulse oximeter models, the oximeter goes into a search mode if the sensor falls off the patient. As the oximeter searches for a nonexistent pulse



**FIG 10–6.**

Output of the pulse oximeter photodetector on the Ohmeda 3700 pulse oximeter demonstrating a sampling technique that allows for measurement of and compensation for ambient light. (*From Pologe JA: Pulse oximetry: Technical aspects of machine design.* Int Anesthesiol Clin *1987; 25:137–154. Used by permission.*)

# Exhibit 32

to the Declaration of Michael J.R. Polson,
Ph.D. in Support of Apple Inc.'s Motion to
Compel Plaintiffs to Comply with
Section 2019.210

# Medical Instrumentation

## APPLICATION AND DESIGN

Webster, EDITOR          SECOND EDITION



Sponsoring Editor: Rodger Klas
Development Editor: Anne Wightman
Senior Project Editor: Toni Haluga
Assistant Design Manager: Patricia Mahtani
Production Coordinator: Frances Sharperson
Manufacturing Coordinator: Sharon Pearson
Marketing Manager: Michael Ginley

Alinari/Art Resource, NY. Leonardo, *Study of the Ideal Human Proportions*, Venice, Accademia.

Copyright © 1992 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic
or mechanical, including photocopying and recording, or by any information storage or retrieval
system without the prior written permission of Houghton Mifflin Company unless such copying
is expressly permitted by federal copyright law. Address inquiries to College Permissions,
Houghton Mifflin Company, One Beacon Street, Boston, MA 02108.

Printed in the U.S.A.

Library of Congress Catalog Card Number: 91-71952

ISBN: 0-395-59492-8

CDEFGHIJ-H-9543



(a)

(b)

**Figure 10.29**   (a) Noninvasive patient monitor capable of measuring EOG,
noninvasive blood pressure (using automatic oscillometry), respiration (using
impedance pneumography), transmission pulse oximetry, and temperature. (From
Criticare Systems, Inc. Used by permission.) (b) Disposable transmission $SO_2$
sensor in open position. Note the light sources and detector, which can be placed
on each side of the finger. (From Datascope Corporation. Used by permission.)

with peak emission wavelengths of 665 nm (red) and 935 nm (infrared). The
reflected light from the skin at these two wavelengths is detected by a silicon
photodiode. These detected signals are processed, in the form of reflection
photoplethysmograms, by the oximeter, which determines the $SO_2$.



(c)

**Figure 10.30**  (a and b) Diagrams and (c) a photograph of a reflectance pulse oximeter sensor. The optical sensor contains red and infrared LEDs and a silicon photodiode. (From Y. M. Mendelson, J. C. Kent, B. L. Yocum, and M. J. Birle, "Design and evaluation of a new reflectance pulse oximeter sensor," *Med. Instrumen.*, 1988, 22, 167–173. Used by permission.)

*Applications of $SO_2$ monitoring*  As we have noted, the applications of non-invasive $SO_2$ monitoring have blossomed rapidly to the point where it has become the standard of clinical care in a number of areas. Direct assessment and trending of the adequacy of tissue oxygenation can be made by determining the $SO_2$ value. Oximetry is applied during the administration of anesthesia, pulmonary function tests, bronchoscopy, intensive care, and oral surgery, in neonatal monitoring, in sleep apnea studies, and in aviation medicine. Noninvasive oximetry is also used in the home for monitoring self-administered oxygen therapy. Noninvasive oximetry provides time-averaged blood oxygenation values and can be used to determine when immediate therapeutic intervention is necessary. A lightweight (less than 3 g) and small (20-mm diameter) optical sensor makes this transcutaneous reflectance sensor appropriate for monitoring newborns, ambulatory patients, and patients in whom a digit or ear lobe is not accessible. Problems

# Exhibit 33

to the Declaration of Michael J.R. Polson, Ph.D. in Support of Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210

# PPS

**Principles and Practice Series**

REVISED EDITION

# Pulse Oximetry

By **John T B Moyle**

Series editors **C E W Hahn** and **A P Adams**

**BMJ** Books

© BMJ Books 1998
BMJ Books is an imprint of the BMJ Publishing Group

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any
means, electronic, mechanical, photocopying, recording and/or
otherwise, without the prior written permission of the publishers.

First published in 1994
by the BMJ Publishing Group, BMA House, Tavistock Square,
London WC1H 9JR

First edition 1994

Revised edition 1998

**British Library Cataloguing in Publication Data**

A catalogue record for this book is available from the
British Library

ISBN 0–7279–1235–6

Typeset, printed, and bound in Great Britain by
Latimer Trend & Company Ltd, Plymouth

Light emitting diode seven segment displays are the most visible at a distance and from wide angles. These displays require only a few volts, but at a comparatively high current; the higher the current, the greater the intensity. Liquid crystal displays require very low current to control them, but they are less legible than light emitting diode displays. Legibility is greatly improved by lighting from behind, but this back lighting has a comparatively high current consumption. Display technology is still in its infancy, and developments are rapidly being made.

In summary, it would be difficult to reduce the power requirements of the light emitting diodes in the probe, but the requirements of the electrons and the display are a compromise between legibility and portability. The more portable pulse oximeters contain either sealed lead acid secondary cell batteries or nickel-cadmium batteries. Battery chargers are provided and should be internal rather than a separate item. (Battery chargers for lead acid and nickel-cadmium batteries are not interchangeable.)

## Reflection pulse oximetry

There are certain advantages in using reflected light rather than transmitted light. The design of the probe is simpler, with greater mechanical strength (fig 3.8).

From a clinical point of view a reflection pulse oximeter can be used more proximally than a transmission type. This means that its saturation readings can be made in patients with poorer perfusion and in those who are hypothermic. The reflection pulse oximeter may prove useful after



*Fig 3.8 Section (left) and plan (right) of reflection oximeter probe*

23