1
2
3
4
5
6
7
8
9
10

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON APPLE'S MOTION TO DISMISS THE THIRTEENTH CAUSE OF ACTION (DKT. 241)** |

| | |
|---|---|
| 1 | Having considered Plaintiffs' Application for Leave to File Under Seal |
| 2 | portions of Plaintiffs' Request For Oral Argument On Apple's Motion To |
| 3 | Dismiss The Thirteenth Cause of Action In Plaintiffs' Third Amended |
| 4 | Complaint (Dkt. 241) ("Request") and finding good cause therefor, the |
| 5 | Application is GRANTED. |
| 6 | **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and |
| 7 | Cercacor Laboratories, Inc. may file under seal the unredacted portions of the |
| 8 | Request. |

DATED: _____     _____

The Honorable James V. Selna
United States District Judge

33190411

-1-