# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation

    Plaintiffs,

v.

APPLE INC., a California corporation

    Defendant.

Case No. 8:20-cv-00048-JVS-JDE

Hon. James V. Selna
Magistrate Judge John D. Early

**ORDER GRANTING LEAVE TO FILE UNDER SEAL PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON APPLE'S MOTION TO DISMISS THE THIRTEENTH CAUSE OF ACTION (DKT. 241)**

Having considered Plaintiffs' Application for Leave to File Under Seal portions of Plaintiffs' Request For Oral Argument On Apple's Motion To Dismiss The Thirteenth Cause of Action In Plaintiffs' Third Amended Complaint (Dkt. 241) ("Request") and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the unredacted portions of the Request.

DATED: 1/6/21                              _____

The Honorable James V. Selna
United States District Judge

33190411

-1-