JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLICATION TO FILE UNDER SEAL DEFENDANT APPLE INC.'S SUPPLEMENTAL BRIEF AND SUPPORTING DOCUMENTS IN SUPPORT OF ITS MOTION TO COMPEL PLAINTIFFS TO COMPLY WITH SECTION 2019.210**<br><br>Judge: Magistrate Judge John D. Early<br>Date/Time: January 21, 2021 / 10:00 AM<br>Courtroom: 6A |

Gibson, Dunn & Crutcher LLP

APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL BRIEF AND SUPPORTING DOCUMENTS IN SUPPORT OF APPLE'S MOTION TO COMPEL PLAINTIFFS TO COMPLY WITH SECTION 2019.210
CASE NO. 8:20-CV-00048-JVS (JDEX)

Pursuant to Local Rule 79-5.2.2(a), Defendant Apple Inc. ("Apple") requests that the Court grant it leave to file under seal (1) portions of its Supplemental Brief in Support of Apple's Motion to Compel Plaintiffs to Comply with Section 2019.210 ("Supplemental Brief"), and (2) Exhibit C to the Declaration of Joshua Lerner in Support of Defendant Apple Inc.'s Supplemental Brief in Support of its Motion to Compel Plaintiffs to Comply with Section 2019.210 ("Lerner Declaration").

The Supplemental Brief contains information designated "highly confidential" under the protective order in this case.  *See* ECF 67.

Exhibit C to the Lerner Declaration is this Court's Order Regarding Motion to Dismiss Thirteenth Cause of Action of the Third Amended Complaint, which was issued under seal on January 6, 2020.

Accordingly, Apple respectfully requests an order granting it leave to file under seal the foregoing documents.

Dated: January 7, 2021              Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP


By: */s/ Joshua H. Lerner*
       Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

1

APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL BRIEF AND SUPPORTING DOCUMENTS IN SUPPORT OF APPLE'S MOTION TO COMPEL PLAINTIFFS TO COMPLY WITH SECTION 2019.210
CASE NO. 8:20-CV-00048-JVS (JDEX)