# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF AND SUPPORTING DOCUMENTS IN SUPPORT OF ITS MOTION TO COMPEL PLAINTIFFS TO COMPLY WITH SECTION 2019.210**<br><br>Hon. John D. Early |

1

[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF
AND SUPPORTING DOCUMENTS ISO ITS MOTION TO COMPEL
CASE NO. 8:20-CV-00048-JVS (JDEX)

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File Under Seal Its Supplemental Brief and Supporting Documents in Support of Its Motion to Compel Plaintiffs to Comply with Section 2019.210 (the "Application") under Local Rule 79-5.2.2.  Having considered the Application, Apple's Supplemental Brief in Support of Its Motion to Compel Plaintiffs to Comply with Section 2019.210 (the "Supplemental Brief") and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file under seal (1) its Supplemental Brief, and (2) Exhibit C to the Declaration of Joshua Lerner in Support of Apple's Supplemental Brief.

**IT IS SO ORDERED**.

Dated: _____          _____
                                   The Honorable John D. Early
                                   United States Magistrate Judge

2
[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF
AND SUPPORTING DOCUMENTS ISO ITS MOTION TO COMPEL
CASE NO. 8:20-CV-00048-JVS (JDEX)

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File Under Seal Its Supplemental Brief and Supporting Documents in Support of Its Motion to Compel Plaintiffs to Comply with Section 2019.210 (the "Application") under Local Rule 79-5.2.2.  Having considered the Application, Apple's Supplemental Brief in Support of Its Motion to Compel Plaintiffs to Comply with Section 2019.210 (the "Supplemental Brief") and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file under seal (1) its Supplemental Brief, and (2) Exhibit C to the Declaration of Joshua Lerner in Support of Apple's Supplemental Brief.

**IT IS SO ORDERED**.

Dated: _____          _____
                                   The Honorable John D. Early
                                   United States Magistrate Judge