JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING APPLE'S MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO INTERROGATORIES 6, 10, 11, AND 13 AND SUPPORTING DOCUMENTS**<br><br>Judge: Magistrate Judge John D. Early<br>Date/Time: February 4, 2021 / 10:00 AM<br>Courtroom: 6A |

1    Pursuant to Local Rule 79-5.2.2(a), Defendant Apple Inc. ("Apple") requests that the Court grant it leave to file under seal (1) portions of the Joint Stipulation Regarding Defendant Apple Inc.'s Motion to Compel Supplemental Responses to Interrogatories 6, 10, 11, & 13 ("Joint Stipulation"); (2) Exhibit C to the Joint Stipulation; (3) Exhibits E, F, J, K, L, M, N, O, and P to the Declaration of Ilissa Samplin in Support of Defendant Apple Inc.'s Motion to Compel Supplemental Responses to Interrogatories 6, 10, 11, and 13 ("Samplin Declaration"); and, (4) Exhibits 1-2, 10, and 12 to the Declaration of Mark D. Kachner in Support of Plaintiffs' Opposition to the Joint Stipulation Regarding Apple's Motion to Compel Supplemental Responses to Interrogatories ("Kachner Declaration"). These documents were designated "highly confidential" and/or contain information designated "highly confidential" under the protective order in this case. *See* ECF 67.

The following exhibits filed in connection with the Joint Stipulation also are the subject of this Application because they were previously sealed by this Court:

Exhibit C to the Joint Stipulation is this Court's Order Granting Apple's Motion to Stay Proceedings Pending Inter Partes Review, issued under seal on October 14, 2020 as Dkt. 220. Exhibit C is submitted pursuant to Local Rule 37-2.1.

Exhibit 10 to the Kachner Declaration is this Court's Order Regarding Motion to Dismiss Thirteenth Cause of Action of the Third Amended Complaint, issued under seal on January 6, 2021.

Exhibit 12 to the Kachner Declaration contains excerpts of Masimo laboratory notebooks from 2003-2005, filed as Exhibit 15 to the Declaration of Adam B. Powell in Support of Plaintiffs' Motion for Preliminary Injunction, Dkt. No. 117. On August 18, 2020, this Court granted Plaintiffs permission to file this document under seal.

Accordingly, Apple respectfully requests an order granting it leave to file under seal the foregoing documents.

| | |
|---|---|
| Dated: January 13, 2020 | Respectfully submitted, |
| | JOSHUA H. LERNER<br>H. MARK LYON<br>BRIAN M. BUROKER<br>BRIAN A. ROSENTHAL<br>ILISSA SAMPLIN<br>ANGELIQUE KAOUNIS<br>BRIAN K. ANDREA<br>GIBSON, DUNN & CRUTCHER LLP |
| | By: */s/ Joshua H. Lerner*<br>       Joshua H. Lerner |
| | *Attorneys for Defendant Apple Inc.* |