# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>APPLE INC., a California corporation,<br><br>        Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING APPLE'S MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO INTERROGATORIES 6, 10, 11, AND 13 AND SUPPORTING DOCUMENTS**<br><br>Hon. John D. Early |

1

[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL JOINT STIPULATION AND SUPPORTING DOCUMENTS
CASE NO. 8:20-CV-00048-JVS (JDEx)

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File Under Seal the Joint Stipulation Regarding Its Motion to Compel Supplemental Responses to Interrogatories 6, 10, 11, and 13 and Supporting Documents (the "Application") under Local Rule 79-5.2.2.  Having considered the Application, the parties' Joint Stipulation Regarding Defendant Apple Inc.'s Motion to Compel Supplemental Responses to Interrogatories 6, 10, 11, and 13 (the "Joint Stipulation"), and accompanying documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file under seal (1) the Joint Stipulation; (2) Exhibit C to the Joint Stipulation; (3) Exhibits E, F, J, K, L, M, N, O, and P to the Declaration of Ilissa Samplin in Support of Defendant Apple Inc.'s Motion to Compel Supplemental Responses to Interrogatories 6, 10, 11, and 13; and (4) Exhibits 1-2, 10, and 12 to the Declaration of Mark D. Kachner in Support of Plaintiffs' Opposition to the Joint Stipulation Regarding Apple's Motion to Compel Supplemental Responses to Interrogatories.

**IT IS SO ORDERED**.

Dated: _____      _____
                                  The Honorable John D. Early
                                  United States Magistrate Judge

2

[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL JOINT STIPULATION AND SUPPORTING DOCUMENTS
CASE NO. 8:20-CV-00048-JVS (JDEX)