JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO INTERROGATORIES 6, 10, 11, AND 13**<br><br>Judge:           Magistrate Judge John D. Early<br>Date/Time:  February 4, 2021 / 10:00 AM<br>Courtroom: 6A<br><br>Discovery Cutoff:        7/5/2021<br>Pre-trial Conference:   3/21/2022<br>Trial:                           4/5/2022 |

Gibson, Dunn & Crutcher LLP

APPLE'S NOTICE OF MOTION TO COMPEL SUPPLEMENTAL
RESPONSES TO INTERROGATORIES 6, 10, 11, AND 13
CASE NO. 8:20-cv-00048-JVS (JDEx)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 4, 2021, at 10:00 AM, or as soon thereafter as the matter may be heard, in Courtroom 6A of the United States District Court for the Central District of California at Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth Street, Santa Ana, California, 92701, Defendant Apple Inc. ("Apple") will and hereby does move the Court under Federal Rule of Civil Procedure 37 and Local Rule 37-2 to order Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Plaintiffs") to provide supplemental responses to Apple's Interrogatories, Nos. 6, 10, 11, and 13.

For Interrogatory 6, Apple requests that the Court order Plaintiffs to describe in detail how they allegedly developed *each* of the alleged trade secrets they contend Apple misappropriated, including the circumstances under which Plaintiffs conceived of such alleged trade secret, the identity of each person involved in the conception, design, development, and/or use of such alleged trade secret, and the nature and level of involvement of each such person.

For Interrogatory 10, Apple requests that the Court order Plaintiffs to state, for *each* alleged trade secret Plaintiffs contend was misappropriated by Apple, how Plaintiffs contend Apple acquired, has used, is using, plans to use, has disclosed, is disclosing, and/or plans to disclose, the alleged trade secret, including by providing (1) concrete allegations to support the conclusion that the presence of any of the features of the Apple Watch Plaintiffs identify as purportedly secret was necessarily the result of misappropriation, rather than the product of independent research, and (2) factual details about how Apple allegedly induced Lamego and O'Reilly to breach their confidentiality agreements and disclose Plaintiffs' alleged trade secrets.

For Interrogatory 11, Apple requests that the Court order Plaintiffs to identify, for *each* alleged trade secret Plaintiffs contend was misappropriated by Apple, all individuals, whether Plaintiffs' employees or independent contractors or consultants,

Gibson, Dunn & Crutcher LLP

2

APPLE'S NOTICE OF MOTION TO COMPEL SUPPLEMENTAL
RESPONSES TO INTERROGATORIES 6, 10, 11, AND 13
CASE NO. 8:20-cv-00048-JVS (JDEx)

who at any time had access to the trade secret, including the period of time over which the individuals had such access.

For Interrogatory 13, Apple requests that the Court order Plaintiffs to identify and describe in detail, for *each* alleged trade secret Plaintiffs contend was misappropriated by Apple, how Plaintiffs were harmed by the alleged misappropriation.

Pursuant to Local Rule 37-1, the parties met and conferred in good faith following a letter from Apple laying out the grounds for this Motion, but were unable to resolve the disputes presented here.  *See* Declaration of Ilissa Samplin ¶¶ 6-20.

This Motion is based on this Notice of Motion and Motion, the accompanying Joint Stipulation, Apple's supporting declaration and exhibits attached thereto, and such further evidence and argument as may be presented at or before the hearing on this matter.  Plaintiffs also have submitted an accompanying declaration and exhibits in support of their position in the Joint Stipulation.

Dated: January 13, 2021

> Respectfully submitted,
>
> JOSHUA H. LERNER
> H. MARK LYON
> BRIAN M. BUROKER
> BRIAN A. ROSENTHAL
> ILISSA SAMPLIN
> ANGELIQUE KAOUNIS
> BRIAN K. ANDREA
> GIBSON, DUNN & CRUTCHER LLP
>
> By:  */s/ Joshua H. Lerner*
>             Joshua H. Lerner
>
> *Attorneys for Defendant Apple Inc.*

3
APPLE'S NOTICE OF MOTION TO COMPEL SUPPLEMENTAL
RESPONSES TO INTERROGATORIES 6, 10, 11, AND 13
CASE NO. 8:20-cv-00048-JVS (JDEx)

Gibson, Dunn & Crutcher LLP