JOSHUA H. LERNER, SBN 220755
    jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
    mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
    bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
    bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
    brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
    isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
    akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>APPLE INC., a California corporation,<br><br>            Defendants. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**JOINT STIPULATION EXTENDING DEFENDANT APPLE INC.'S DEADLINE TO ANSWER PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Hon. James V. Selna |

| | |
|---|---|
| Third Amended Complaint served: | November 12, 2020 |
| Current response date: | January 20, 2021 |
| Proposed new response date: | February 3, 2021 |

Pursuant to Local Rule 7-1, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Plaintiffs") and Defendant Apple Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the deadline for Defendant to respond to Plaintiffs' Third Amended Complaint (the "TAC") as follows:

WHEREAS, on January 6, 2021, the Court granted in part and denied in part Defendant's Motion to Dismiss the Thirteenth Cause of Action for Trade Secret Misappropriation in the TAC, with 30 days leave to amend (Dkt. No. 264);

WHEREAS, the parties disagree about whether Apple is required to answer the TAC; and

WHEREAS, the parties have nonetheless agreed that, in light of the Court's ruling on Defendant's Motion to Dismiss the Thirteenth Cause of Action for Trade Secret Misappropriation in the TAC, Apple will file an answer to all portions of the TAC except paragraphs 44.2-44.7, 45, 230, 244, and 246, as set forth below.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.      Defendant shall file an answer to all portions of the TAC except paragraphs 44.2-44.7, 45, 230, 244, and 246 no later than February 3, 2021;

2.      In the event Plaintiffs file a Fourth Amended Complaint on or before the deadline ordered by the Court (the "Deadline to Amend") and Defendant moves to dismiss the Fourth Amended Complaint, the briefing schedule on any such Motion to Dismiss the Fourth Amended Complaint will be as follows: (a) Defendant's opening brief will be due twenty-one (21) days after Plaintiffs' Fourth Amended Complaint is filed, (b) Plaintiffs' opposition brief will be due twenty-one (21) days after Defendant's opening brief is filed, (c) Defendant's reply brief will be due fourteen (14) days after Plaintiffs' opposition is filed, and (d) the hearing on any such Motion to Dismiss will be noticed for a regular Motion Day at least fourteen (14) days after Defendant's reply brief is due;

Gibson, Dunn & Crutcher LLP

1

JOINT STIPULATION EXTENDING DEFENDANT APPLE INC.'S DEADLINE TO ANSWER
PLAINTIFFS' THIRD AMENDED COMPLAINT
CASE NO. 8:20-CV-00048-JVS (JDEx)

3. In the event Plaintiffs file a Fourth Amended Complaint on or before the Deadline to Amend and Defendant does not move to dismiss the Fourth Amended Complaint, Defendant shall file an answer to the Fourth Amended Complaint no later than fourteen (14) days after Plaintiffs' Fourth Amended Complaint is filed;

4. In the event Defendant files a partial Motion to Dismiss the Fourth Amended Complaint, Defendant's time to answer the remainder of the Fourth Amended Complaint will be tolled until such time as the Court resolves the partial Motion to Dismiss the Fourth Amended Complaint, pursuant to the deadline set by the Federal Rules, the Court, or otherwise agreed to by the Parties; and

5. Defendant agrees that it will not use this stipulation as a basis for refusing to provide or delaying providing discovery.

Dated:  January 15, 2021

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Joshua H. Lerner*
Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn &
Crutcher LLP

2

JOINT STIPULATION EXTENDING DEFENDANT APPLE INC.'S DEADLINE TO ANSWER
PLAINTIFFS' THIRD AMENDED COMPLAINT
CASE NO. 8:20-CV-00048-JVS (JDEX)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOSEPH R. RE
STEPHEN C. JENSEN
PERRY D. OLDHAM
STEPHEN W. LARSON
ADAM B. POWELL
KNOBBE, MARTENS, OLSON & BEAR LLP


By: */s/ Adam B. Powell*
      Adam B. Powell

*Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.*


### ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.


By: */s/ Joshua H. Lerner*
      Joshua H. Lerner

*Attorney for Defendant Apple Inc.*

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION EXTENDING DEFENDANT APPLE INC.'S DEADLINE TO ANSWER
PLAINTIFFS' THIRD AMENDED COMPLAINT
CASE NO. 8:20-CV-00048-JVS (JDEx)