1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

12 MASIMO CORPORATION, a Delaware corporation; and
13 CERCACOR LABORATORIES, INC., a Delaware corporation,
14
15            Plaintiffs,
     v.
16 APPLE INC., a California corporation,
17
18            Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**[PROPOSED] ORDER EXTENDING DEFENDANT APPLE INC.'S DEADLINE TO ANSWER PLAINTIFFS' THIRD AMENDED COMPLAINT**

Hon. James V. Selna

Third Amended
Complaint served:       November 12, 2020
Current
response date:          January 20, 2021
Proposed new
response date:          February 3, 2021

---

**[PROPOSED] ORDER EXTENDING APPLE'S DEADLINE TO ANSWER PLAINTIFFS' THIRD AMENDED COMPLAINT**
CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn & Crutcher LLP

This matter is before the Court pursuant to the parties' stipulation to extend Defendant Apple Inc.'s deadline to respond to the Third Amended Complaint (the "TAC"). Based on the stipulation of the parties, the Court's Order granting in part and denying in part Defendant's Motion to Dismiss the Thirteenth Cause of Action for Trade Secret Misappropriation in the TAC with 30 days leave to amend (Dkt. 264), and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant shall file an answer to all portions of the TAC except paragraphs 44.2-44.7, 45, 230, 244, and 246 no later than February 3, 2021.

2. In the event Plaintiffs file a Fourth Amended Complaint on or before the deadline ordered by the Court (the "Deadline to Amend") and Defendant moves to dismiss the Fourth Amended Complaint, the briefing schedule on any such Motion to Dismiss the Fourth Amended Complaint will be as follows:

   a. Defendant's opening brief will be due twenty-one (21) days after Plaintiffs' Fourth Amended Complaint is filed;

   b. Plaintiffs' opposition brief will be due twenty-one (21) days after Defendant's opening brief is filed;

   c. Defendant's reply brief will be due fourteen (14) days after Plaintiffs' opposition is filed; and

   d. The hearing on any such Motion to Dismiss will be noticed for a regular Motion Day at least fourteen (14) days after Defendant's reply brief is due.

3. In the event Plaintiffs file a Fourth Amended Complaint on or before the Deadline to Amend and Defendant does not move to dismiss the Fourth Amended Complaint, Defendant shall file an answer to the Fourth Amended Complaint no later than fourteen (14) days after Plaintiffs' Fourth Amended Complaint is filed.

4. In the event Defendant files a partial Motion to Dismiss the Fourth Amended Complaint, Defendant's time to answer the remainder of the Fourth Amended Complaint will be tolled until such time as the Court resolves the partial Motion to

2
[PROPOSED] ORDER EXTENDING APPLE'S DEADLINE TO ANSWER
PLAINTIFFS' THIRD AMENDED COMPLAINT
CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn & Crutcher LLP

Dismiss the Fourth Amended Complaint, pursuant to the deadline set by the Federal Rules, the Court, or otherwise agreed to by the Parties.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable James V. Selna
United States District Judge

3
[PROPOSED] ORDER EXTENDING APPLE'S DEADLINE TO ANSWER
PLAINTIFFS' THIRD AMENDED COMPLAINT
CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn & Crutcher LLP