1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

11

12

13

14

15

16

17

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

Plaintiffs,

v.

APPLE INC.,
a California corporation,

Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING ITS MOTION TO COMPEL PLAINTIFFS TO COMPLY WITH SECTION 2019.210 AND SUPPORTING DOCUMENTS**

Hon. John D. Early

18

19

20

21

Based on Defendant Apple Inc.'s Application ("the Application") to File Under Seal the Joint Stipulation Regarding Its Motion to Compel Plaintiffs to Comply with Section 2019.210 and Supporting Documents (the "Application"), and for good cause appearing:

22

23

24

25

26

27

28

IT IS HEREBY ORDERED THAT the Application (Dkt. 258) is GRANTED. Apple shall file under seal: (1) the Joint Stipulation; (2) Exhibits A, B, E, F, H, I, L, O, U, and V to the Declaration of Ilissa Samplin in Support of Defendant Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210; (3) the Declaration of Michael J.R. Polson in Support of Defendant Apple Inc.'s Motion to Compel Plaintiffs to Comply with Section 2019.210; (4) Exhibits 1 and 34 to the Polson Declaration; (5)

1

the Declaration of Vijay Madisetti in Support of Plaintiffs' Portion of the Joint Stipulation Regarding Apple's Motion to Compel; and (6) Exhibits 1, 10-12, 14, 17, 21, and 25 to the Declaration of Adam B. Powell in Support of Plaintiffs' Portion of the Joint Stipulation Regarding Apple's Motion to Compel.

**IT IS SO ORDERED**.

Dated:  January 19, 2021

_____
JOHN D. EARLY
United States Magistrate Judge

2