1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 **SOUTHERN DIVISION**

11 MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
12 a Delaware corporation,

13                    Plaintiffs,

14        v.

15 APPLE INC.,
a California corporation,
16
                   Defendant.
17

CASE NO. 8:20-cv-00048-JVS (JDEx)

**ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF AND SUPPORTING DOCUMENTS IN SUPPORT OF ITS MOTION TO COMPEL PLAINTIFFS TO COMPLY WITH SECTION 2019.210**

Hon. John D. Early

18        Based on Defendant Apple Inc.'s Application ("the Application") to File Under

19 Seal Its Supplemental Brief and Supporting Documents in Support of Its Motion to

20 Compel Plaintiffs to Comply with Section 2019.210  and supporting documents (the

21 "Supplemental Brief"), and for good cause appearing:

22        IT IS HEREBY ORDERED THAT the Application (Dkt. 265) is GRANTED.

23 Apple shall file under seal (1) its Supplemental Brief, and (2) Exhibit C to the

24 Declaration of Joshua Lerner in Support of Apple's Supplemental Brief.

25

26 Dated: January 19, 2021        _____

27                                JOHN D. EARLY
                                United States Magistrate Judge

28

---

ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF AND
SUPPORTING DOCUMENTS ISO ITS MOTION TO COMPEL
CASE NO. 8:20-CV-00048-JVS (JDEx)