# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>   Plaintiffs,<br><br>   v.<br><br>APPLE INC., a California corporation,<br><br>   Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO INTERROGATORIES 6, 10, 11, AND 13**<br><br>Hon. John D. Early |

1

[Proposed] Order Granting Apple's Application to File Under Seal Its Supplemental Brief ISO Its Motion to Compel Supplemental Responses to Interrogatories 6, 10, 11, and 13
Case No. 8:20-cv-00048-JVS (JDEx)

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File Under Seal Its Supplemental Brief in Support of Its Motion to Compel Supplemental Responses to Interrogatories 6, 10, 11, and 13 (the "Application") under Local Rule 79-5.2.2.  Having considered the Application, Apple's Supplemental Brief in Support of Its Motion to Compel Supplemental Responses to Interrogatories 6, 10, 11, and 13 (the "Supplemental Brief"), and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file under seal its Supplemental Brief.

**IT IS SO ORDERED**.

Dated: _____     _____
The Honorable John D. Early
United States Magistrate Judge

2

[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF ISO ITS MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO INTERROGATORIES 6, 10, 11, AND 13
CASE NO. 8:20-CV-00048-JVS (JDEX)