# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 8:20-cv-00048-JVS (JDEx) | Date | January 21, 2021 |
|---|---|---|---|
| Title | Masimo Corporation, et al., v. Apple Inc. | | |

Present: The Honorable  John D. Early, United States Magistrate Judge

| Maria Barr | CS 01/21/21 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Stephen C. Jensen<br>Adam Powell | Joshua H. Lerner<br>Ilissa S. Samplin<br>Brian K. Andrea |

**Proceedings:** Hearing re Defendant Apple Inc.'s Motion to Compel [260]

The Motion (Dkt. 260, "Motion") of against Defendant Apple Inc. to Compel Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. to Comply with California Code of Civil Procedure Section 2019.210 came on for hearing by telephone. Counsel made appearances. After hearing from counsel whether any material change in circumstance had arisen since the filing of supplemental memoranda relating to the Motion, the Court stated its tentative ruling and heard argument. Following the completion of argument, the Court made findings and DENIED the Motion (Dkt. 260) for the reasons stated on the record.

Separately, after counsel for the parties identified several potentially looming discovery-related motions in addition to the Motion and to a motion set for hearing on February 4, 2021 (see Dkt. 272), the Court directed the parties to confer regarding the potential appointment of a discovery special master within five days. In that regard, the parties were directed to exchange three names of persons who would be acceptable to the respective side as a discovery special master, with such exchange not representing consent to any appointment. At the conference, the parties were ordered to confer regarding all of the applicable matters contained in Rule 53 of the Federal Rules of Civil Procedure. Within ten days from the hearing, a status report regarding the matters discussed at the conferences was ordered to be filed. The status report could be filed jointly, but if joint language could not be agreed to, then Plaintiffs' counsel was directed to file such status report.

|  | 1 : 15 |
|---|---|
| Initials of Clerk: | mba |