JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT E TO THE ANDREA DECLARATION AND EXHIBIT 10 TO THE KACHNER DECLARATION**<br><br>Judge:  Magistrate Judge John D. Early<br>Date/Time:  February 18, 2021 / 10:00 AM<br>Courtroom:  6A<br>Discovery Cutoff:  7/5/2021<br>Pre-trial Conference:  3/21/2022<br>Trial:  4/5/2022 |
Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL
EXHIBIT E TO THE ANDREA DECLARATION AND EXHIBIT 10 TO THE KACHNER DECLARATION
CASE NO. 8:20-CV-00048-JVS (JDEX)

Pursuant to Local Rule 79-5.2.2(a), Defendant Apple Inc. ("Apple") requests that the Court grant it leave to file under seal: (1) Exhibit E to the Declaration of Brian K. Andrea in Support of Apple Inc.'s Motion to Compel Supplemental Responses to Apple's Interrogatory Nos. 4–5 and 23; and (2) Exhibit 10 to the Declaration of Mark D. Kachner in Support of Plaintiffs' Opposition to Apple's Motion to Compel Supplemental Responses to Apple's Interrogatory Nos. 4–5 and 23. Exhibits E and 10 were designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and/or contain information designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order in this case. *Id.*

Accordingly, Apple respectfully requests an order granting it leave to file under seal the foregoing documents.

Dated: January 28, 2021

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP

By: /s/ Brian K. Andrea
       Brian K. Andrea

*Attorneys for Defendant Apple Inc.*