# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT E TO THE ANDREA DECLARATION AND EXHIBIT 10 TO THE KACHNER DECLARATION**<br><br>Hon. John D. Early |

1

[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL
EXHIBIT E TO THE ANDREA DECLARATION AND EXHIBIT 10 TO THE KACHNER DECLARATION
CASE NO. 8:20-CV-00048-JVS (JDEx)

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File under Seal Exhibit E to the Declaration of Brian K. Andrea in Support of Apple Inc.'s Motion to Compel Supplemental Responses to Apple's Interrogatory Nos. 4–5 and 23; and Exhibit 10 to the Declaration of Mark D. Kachner in Support of Plaintiffs' Opposition to Apple's Motion to Compel Supplemental Responses to Apple's Interrogatory Nos. 4–5 and 23.  Having considered the Application and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file under seal:  (1) Exhibit E to the Declaration of Brian K. Andrea in Support of Apple Inc.'s Motion to Compel Supplemental Responses to Apple's Interrogatory Nos. 4–5 and 23; and (2) Exhibit 10 to the Declaration of Mark D. Kachner in Support of Plaintiffs' Opposition to Apple's Motion to Compel Supplemental Responses to Apple's Interrogatory Nos. 4–5 and 23.

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable John D. Early
United States Magistrate Judge