JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO APPLE'S INTERROGATORY NOS. 4–5 AND 23** <br><br> Judge: Magistrate Judge John D. Early <br> Date/Time: February 18, 2021 / 10:00 AM <br> Courtroom: 6A <br><br> Discovery Cutoff: 7/5/2021 <br> Pre-trial Conference: 3/21/2022 <br> Trial: 4/5/2022 |

Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S NOTICE OF MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO
APPLE'S INTERROGATORY NOS. 4–5 AND 23
CASE NO. 8:20-cv-00048-JVS (JDEx)

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **PLEASE TAKE NOTICE** that on February 18, 2021, at 10:00 AM, or as soon

3  thereafter as the matter may be heard, in Courtroom 6A of the United States District

4  Court for the Central District of California at Ronald Reagan Federal Building and

5  United States Courthouse, 411 W. Fourth Street, Santa Ana, California, 92701,

6  Defendant Apple Inc. ("Apple") will and hereby does move the Court under Federal

7  Rule of Civil Procedure 37 and Local Rule 37-2 to order Plaintiffs Masimo Corporation

8  and Cercacor Laboratories, Inc. (collectively, "Plaintiffs") to provide supplemental

9  responses to Apple's Interrogatory Nos. 4–5 and 23.

10      For Interrogatory Nos. 4 and 5, Apple requests that the Court order Plaintiffs to

11  identify in detail, for each claim of each of the Apple Patents and Applications, the

12  specific subject matter Plaintiffs allege was contributed by their employees (including

13  Mr. Lamego), which individual(s) invented that specific subject matter and when, what

14  evidence Plaintiffs are aware of that support their contention, and an identification of

15  how the subject matter they supposedly contributed differs from what was known in the

16  prior art.

17      For Interrogatory No. 23, Apple requests that the Court order Plaintiffs to identify

18  the date Plaintiffs first learned about each Apple Patent or Application, how Plaintiffs

19  learned about each Apple Patent or Application, who first learned about each Apple

20  Patent or Application, with whom they discussed each Apple Patent or Application, and

21  when those discussions occurred, and what actions Plaintiffs took with respect to each

22  Apple Patent or Application after they learned of them, including but not limited to

23  internal discussions, discussions with prosecution counsel, any steps that were taken to

24  investigate the inventorship/ownership of each Apple Patent or Application, and any

25  alleged harm Plaintiffs believe they suffered as a result of Apple's filing of each Apple

26  Patent or Application.

27

28

Gibson, Dunn & Crutcher LLP

2

DEFENDANT APPLE INC.'S NOTICE OF MOTION TO COMPEL SUPPLEMENTAL RESPONSES
TO APPLE'S INTERROGATORY NOS. 4–5 AND 23
CASE NO. 8:20-cv-00048-JVS (JDEx)

1    Pursuant to Local Rule 37-1, the parties met and conferred in good faith following
2   a letter from Apple laying out the grounds for this Motion, but were unable to resolve
3   the disputes presented here.  *See* Declaration of Brian K. Andrea ¶¶ 15–18.

4    This Motion is based on this Notice of Motion and Motion, the accompanying
5   Joint Stipulation, Apple's supporting declarations and exhibits attached thereto, and
6   such further evidence and argument as may be presented at or before the hearing on this
7   matter.   Plaintiffs also have submitted accompanying declarations and exhibits in
8   support of their position in the Joint Stipulation.

10  Dated:  January 28, 2021

11                                  Respectfully submitted,

12                                  JOSHUA H. LERNER
                                    H. MARK LYON
13                                  BRIAN M. BUROKER
                                    BRIAN A. ROSENTHAL
14                                  ILISSA SAMPLIN
                                    ANGELIQUE KAOUNIS
15                                  BRIAN K. ANDREA
                                    GIBSON, DUNN & CRUTCHER LLP
16

17                                  By:   */s/ Joshua H. Lerner*
18                                        Joshua H. Lerner

19                                  *Attorneys for Defendant Apple Inc.*

Gibson, Dunn &
Crutcher LLP