1  JOSHUA H. LERNER, SBN 220755
   jlerner@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
  555 Mission Street Suite 3000
3  San Francisco, CA 94105
  Tel.:  415.393.8200 / Fax: 415.393.8306
4
  H. MARK LYON, SBN 162061
5    mlyon@gibsondunn.com
  GIBSON, DUNN & CRUTCHER LLP
6  1881 Page Mill Road
  Palo Alto, CA 94304-1211
7  Tel.:  650.849.5300 / Fax: 650.849.5333

8  BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
9  BRIAN K. ANDREA, *pro hac vice*          ILISSA SAMPLIN, SBN 314018
  bandrea@gibsondunn.com                      isamplin@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP               GIBSON, DUNN & CRUTCHER LLP
  1050 Connecticut Avenue, N.W.             333 South Grand Avenue
11 Washington, D.C. 20036                    Los Angeles, CA 90071-3197
  Tel.: 202.955.8500 / Fax: 202.467.0539    Tel.: 213.229.7000 / Fax: 213.229.7520
12
  BRIAN A. ROSENTHAL, *pro hac vice*        ANGELIQUE KAOUNIS, SBN 209833
13   brosenthal@gibsondunn.com                   akaounis@gibsondunn.com
  GIBSON, DUNN & CRUTCHER LLP               GIBSON, DUNN & CRUTCHER LLP
14 200 Park Avenue                           2029 Century Park East Suite 4000
  New York, NY 10166-0193                   Los Angeles, CA 90067
15 Tel.: 212.351.2339 / Fax: 212.817.9539    Tel.: 310.552.8546 / Fax: 310.552.7026

16 *Attorneys for Defendant Apple Inc.*

17 **UNITED STATES DISTRICT COURT**

18 **FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

19 MASIMO CORPORATION,                       CASE NO. 8:20-cv-00048-JVS (JDEx)
  a Delaware corporation; and
20 CERCACOR LABORATORIES, INC.,              **DECLARATION OF BRIAN K.**
  a Delaware corporation,                   **ANDREA IN SUPPORT OF**
21                                            **DEFENDANT APPLE INC.'S MOTION**
          Plaintiffs,               **TO COMPEL SUPPLEMENTAL**
22                                            **RESPONSES  TO APPLE'S**
    v.                                   **INTERROGATORY NOS. 4–5 AND 23**
23
  APPLE INC.,                               Judge:     Magistrate Judge John D. Early
24 a California corporation,                  Date/Time:  February 18, 2021 / 10:00 AM
                         Courtroom:  6A
25          Defendant.
26                                            Discovery Cutoff:     7/5/2021
                         Pre-trial Conference: 3/21/2022
27                                            Trial:          4/5/2022
28

DECL. OF BRIAN K. ANDREA IN SUPPORT OF
APPLE'S MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO
APPLE'S INTERROGATORY NOS. 4–5 AND 23      CASE NO. 8:20-CV-00048-JVS (JDEx)

1.     I, Brian K. Andrea, declare and state as follows:

2.     I am an associate with the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn") and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

3.     I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4.     I make this declaration in support of Apple's Motion to Compel Supplemental Responses to Apple's Interrogatory Nos. 4-5 and 23 and Supporting Documents (the "Motion").

5.     On April 14, 2020, Apple served its First Set of Interrogatories on Plaintiffs.  A true and correct copy of Apple's First Set of Interrogatories is attached as **Exhibit A**.

6.     On May 14, 2020, Plaintiffs served responses to Apple's First Set of Interrogatories.  A true and correct copy of Plaintiffs' Responses to Apple's First Set of Interrogatories is attached as **Exhibit B**.

7.     On May 26, 2020, my colleague Ilissa Samplin sent a letter to Perry Oldham, counsel of record for Plaintiffs, explaining the reasons that Plaintiffs' May 14, 2020 interrogatory responses were deficient and requesting a conference of counsel pursuant to Local Rule 37-1.  A true and correct copy of Ilissa Samplin's May 26, 2020 letter to Perry Oldham is attached as **Exhibit C**.

8.     On June 3, 2020, the parties met and conferred in good faith pursuant to Local Rule 37-1 regarding the deficiencies in Plaintiffs' interrogatory responses.  During that call, Plaintiffs agreed to provide supplemental interrogatory responses upon entry of a protective order.

9.     On June 6, 2020, Ilissa Samplin sent a letter to Mark Kachner, counsel of record for Plaintiffs, memorializing the parties' June 3, 2020 meet and confer call.  A

Gibson, Dunn & Crutcher LLP

DECL. OF BRIAN K. ANDREA IN SUPPORT OF
APPLE'S MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO
APPLE'S INTERROGATORY NOS. 4–5 AND 23          2          CASE NO. 8:20-CV-00048-JVS (JDEx)

true and correct copy of Ilissa Samplin's June 6, 2020 letter to Mark Kachner is attached as **Exhibit D**.

10.    On August 14, 2020, Plaintiffs served supplemental responses to Apple's First Set of Interrogatories.   A true and correct copy of Plaintiffs' Supplemental Responses to Apple's First Set of Interrogatories 2, 4-13, 16, and 17 is attached as **Exhibit E**.

11.    On October 6, 2020, Apple served its Third Set of Interrogatories on Plaintiffs.  A true and correct copy of Apple's Third Set of Interrogatories is attached as **Exhibit F**.

12.    On November 5, 2020, Plaintiffs served responses to Apple's Third Set of Interrogatories.  A true and correct copy of Plaintiffs' Responses to Apple's Third Set of Interrogatories is attached as **Exhibit G**.

13.    On November 19, 2020, I sent a letter to Mark Kachner noting deficiencies in Plaintiffs' Responses to Apple's Third Set of Interrogatories and continued deficiencies in Plaintiffs' Supplemental Responses to Apple's First Set of Interrogatories.  My letter requested supplemental responses and a conference of counsel pursuant to Local Rule 37-1.  A true and correct copy of my November 19, 2020 letter to Mark Kachner is attached as **Exhibit H**.

14.    On December 6, 2020, Mark Kachner responded to my November 19, 2020 letter.  A true and correct copy of Mark Kachner's December 6, 2020 letter to me is attached as **Exhibit I**.

15.    On December 9, 2020, the parties met and conferred in good faith pursuant to Local Rule 37-1 regarding the deficiencies in Plaintiffs' Supplemental Responses to Apple's First Set of Interrogatories 4, 5, and 23.  On that call, Plaintiffs agreed to provide their position by December 15, 2020 as to whether (and, if so, when) they would supplement their responses to Apple's Interrogatory Nos. 4–5 and 23.

Gibson, Dunn & Crutcher LLP

DECL. OF BRIAN K. ANDREA IN SUPPORT OF APPLE'S MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO APPLE'S INTERROGATORY NOS. 4–5 AND 23        3        CASE NO. 8:20-CV-00048-JVS (JDEX)

16.    On December 10, 2020, I sent a letter to Mark Kachner memorializing the parties' December 9, 2020 meet and confer call.  A true and correct copy of my December 10, 2020 letter to Mark Kachner is attached as **Exhibit J**.

17.    On December 16, 2020, Mark Kachner responded to my December 10, 2020 letter.  A true and correct copy of Mark Kachner's December 16, 2020 letter to me is attached as **Exhibit K**.

18.    On December 23, 2020, I responded to Mark Kachner's December 16, 2020 letter requesting Plaintiffs reconsider their position and let Apple know by December 31, 2020 if Plaintiffs would be willing to provide supplemental responses to Apple's Interrogatory Nos. 4–5 and 23 by January 4, 2021.  A true and correct copy of my December 23, 2020 letter to Mark Kachner is attached as **Exhibit L**.

19.    On December 30, 2020, Adam Powell, counsel of record for Plaintiffs, sent a letter to me addressing discovery in this case.  A true and correct copy of Adam Powell's December 30, 2020 letter to me is attached as **Exhibit M**.

20.    A true and correct copy of the Information Disclosure Statement filed with the United States Patent & Trademark Office ("USPTO") on December 20, 2018 during prosecution of the application that ultimately issued as United States Patent No. 10,448,871, which is publicly available through the USPTO's Public Patent Application Information Retrieval (Public PAIR) system, is attached as **Exhibit N.**

21.    A true and correct copy of the Information Disclosure Statement filed with the USPTO on December 18, 2018 during prosecution of the application that ultimately issued as United States Patent No. 10,258,265, which is publicly available through the USPTO's Public Patent Application Information Retrieval  (Public PAIR) system, is attached as **Exhibit O.**

22.    A true and correct copy of the Information Disclosure Statement filed with the USPTO on December 18, 2018 during prosecution of the application that ultimately issued as United States Patent No. 10,258,266, which is publicly available through the

Gibson, Dunn & Crutcher LLP

DECL. OF BRIAN K. ANDREA IN SUPPORT OF APPLE'S MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO APPLE'S INTERROGATORY NOS. 4–5 AND 23     4     CASE NO. 8:20-CV-00048-JVS (JDEX)

USPTO's Public Patent Application Information Retrieval (Public PAIR) system, is attached as **Exhibit P**.

23.     A true and correct copy of the Information Disclosure Statement filed with the USPTO on November 15, 2019 during prosecution of the application that ultimately issued as United States Patent No. 10,638,961, which is publicly available through the USPTO's Public Patent Application Information Retrieval (Public PAIR) system, is attached as **Exhibit Q**.

24.     A true and correct copy of the Information Disclosure Statement filed with the USPTO on April 13, 2020 during prosecution of the application that ultimately issued as United States Patent No. 10,702,194, which is publicly available through the USPTO's Public Patent Application Information Retrieval (Public PAIR) system, is attached as **Exhibit R**.

25.     A true and correct copy of European Patent No. EP0286142 is attached as **Exhibit S**.

26.     A true and correct copy of United States Patent No. 4,854,699 is attached as **Exhibit T**.

27.     On April 17, 2020, this Court entered an Order regarding Scheduling Dates.  Dkt. 37.  A true and correct of the Order regarding Scheduling Dates is attached as **Exhibit U**.  Exhibit T is submitted in compliance with Local Rule 37-2.1.

28.     On September 21, 2020, the Court granted the parties' stipulation to amend the deadlines set out in the April 17, 2020 scheduling order.  Dkt. 205.  A true and correct of the parties' stipulation to amend the scheduling order is attached as **Exhibit V**. Exhibit U is submitted in compliance with Local Rule 37-2.1.

Gibson, Dunn & Crutcher LLP

DECL. OF BRIAN K. ANDREA IN SUPPORT OF
APPLE'S MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO
APPLE'S INTERROGATORY NOS. 4–5 AND 23          5          CASE NO. 8:20-CV-00048-JVS (JDEx)

29.     On October 14, 2020, the Court issued a sealed order granting Apple's Motion to stay claims one through twelve of the Second Amended Complaint pending *inter partes* review.  Dkt. 220.  This stay vacates the patent-related deadlines set out in the April 17, 2020 Order and amended in the parties' September 21, 2020 stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of January, 2021, in Oakton, Virginia.

By:   /s/ *Brian K. Andrea*
Brian K. Andrea

Gibson, Dunn & Crutcher LLP

DECL. OF BRIAN K. ANDREA IN SUPPORT OF
APPLE'S MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO
APPLE'S INTERROGATORY NOS. 4–5 AND 23          6          CASE NO. 8:20-cv-00048-JVS (JDEx)

# Exhibit A

JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.:  415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.:  650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel.: 202.955.8541 / Fax: 202.467.0539

ILISSA SAMPLIN, SBN 314018          ANGELIQUE KAOUNIS, SBN 209833
  isamplin@gibsondunn.com             akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP         GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue               2029 Century Park East Suite 4000
Los Angeles, CA 90071-3197           Los Angeles, CA 90067
Tel.: 213.229.7000 / Fax: 213.229.7520   Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br>a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.**<br><br>Action Filed:   January 9, 2020 |

Gibson, Dunn &
Crutcher LLP

APPLE INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS MASIMO AND CERCACOR
CASE NO. 8:20-CV-00048-JVS (JDEx)

Exhibit A
Page 8

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant Apple Inc.("Apple") hereby requests that Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Plaintiffs") answer the following interrogatories separately, fully, in writing, and under oath within thirty (30) days of service, in the manner required by Federal Rules of Civil Procedure and in accordance with the definitions and instructions below.

## I.   **DEFINITIONS**

Notwithstanding any definition set forth below, each word, term, or phrase used in these interrogatories is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Central District of California.  In these interrogatories, the following terms are to be given their ascribed definitions.

1.     The term **"Action"** refers to *Masimo Corporation et al. v. Apple Inc.*, Civil Action No. 8:20-cv-00048-JVS (JDEx), commenced on January 9, 2020.

2.     The term **"Complaint"** refers to the current operative complaint in the Action.

3.     The term **"Masimo"** refers to Masimo Corporation and its officers, directors, current and former employees, counsel, agents, consultants, representatives, and any other Persons acting on behalf of any of the foregoing, and Masimo Corporation's affiliates, parents, divisions, joint ventures, licensees, franchisees, assigns, predecessors and successors in interest, and any other legal entities, whether foreign or domestic, that are owned, partially owned, or controlled by Masimo Corporation.

4.     The term **"Cercacor"** refers to Cercacor Laboratories, Inc. and its officers, directors, current and former employees, counsel, agents, consultants, representatives, and any other Persons acting on behalf of any of the foregoing, and Cercacor Laboratories, Inc.'s affiliates, parents, divisions, joint ventures, licensees, franchisees, assigns, predecessors and successors in interest, and any other legal

entities, whether foreign or domestic, that are owned, partially owned, or controlled by Cercacor Laboratories, Inc.

5.      The terms **"You," "Your,"** or **"Plaintiffs,"** refer to Masimo and Cercacor, jointly or individually.

6.      The terms "**Defendant**" or "**Apple**" refer to Apple Inc.

7.      The term **"the '265 patent"** means U.S. Patent No. 10,258,265.

8.      The term **"the '266 patent"** refers to U.S. Patent No. 10,258,266.

9.      The term **"the '628 patent"** refers to U.S. Patent No. 10,292,628.

10.     The term **"the '708 patent"** refers to U.S. Patent No. 10,299,708.

11.     The term **"the '190 patent"** refers to U.S. Patent No. 10,376,190.

12.     The term **"the '191 patent"** refers to U.S. Patent No. 10,376,191.

13.     The term **"the '695 patent"** refers to U.S. Patent No. 10,470,695.

14.     The term **"the '994 patent"** refers to U.S. Patent No. 6,771,994.

15.     The term **"the '703 patent"** refers to U.S. Patent No. 8,457,703.

16.     The term **"the '776 patent"** refers to U.S. Patent No. 10,433,776.

17.     The term "**the '553 patent**" refers to U.S. Patent No. 10,588,553.

18.     The term "**the '554 patent**" refers to U.S. Patent No. 10,588,554.

19.     The terms **"Asserted Patents"** or **"Patents-in-Suit"** refer to the '265 patent, the '266 patent, the '628 patent, the '708 patent, the '190 patent, the '191 patent, the 695 patent, the '994 patent, the '703 patent, the '776 patent, the '553 patent, and the '554 patent, collectively, as well as any applications for and/or counterparts to these patents, and any other patents that You may accuse Apple of infringing in this Action, and their applications and/or counterparts.

20.     The term **"Related Patents and Applications"** refers to (i) all U.S. or foreign patents and patent applications related to the Asserted Patents or their applications by way of subject matter or claimed priority date, and (ii) any patent or patent application that claims priority to an Asserted Patent, or to which an Asserted Patent claims priority.

21.     The terms **"Asserted Claim"** or **"Asserted Claims"** means the claims of the Asserted Patents that Plaintiffs contend Apple has infringed and/or is infringing.

22.     The term **"Asserted Technologies"** refers to the alleged inventions claimed by the Asserted Claims.

23.     The term **"Apple Patents"** refers to U.S. Patent Nos. 10,078,052, 10,247,670, 9,952,095, 10,219,754, and 10,524,671, collectively, as well as any applications for and/or counterparts to these patents, and any other of Apple's patents for which Plaintiffs may bring claims of correction of inventorship in this Action, and their applications and/or counterparts.

24.     The term **"Apple Applications"** refers to U.S. Patent Application Nos. 14/740,196, 16/114,003, 14/621,268, 14/617,422, 15/667,832, 16/700,710, 14/618,664, and 15/960,507, and U.S. Provisional Patent Application Nos. 62/043,294, 62/047,818, 62/056,299, and 62/057,089, collectively, and any counterparts thereof, and any other of Apple's patent applications for which Plaintiffs may bring claims of ownership in this Action, and any counterparts thereof.

25.     The term "**Alleged Inventors**" refers to Messrs. Al-Ali, Diab, and Weber, as described in paragraphs 22, 227, 234, 241, 248, 255, 262, 270, 278, 286, and/or 294 of the Complaint, collectively, and any other individuals who Plaintiffs may contend in this Action should be named as inventors on the Apple Patents and Apple Applications.

26.     The terms "**Trade Secret**" or "**Trade Secrets**" means the information identified in paragraph 211 of the Complaint as alleged trade secrets and any other trade secret that Plaintiffs allege Apple misappropriated.  In referring to any information identified in paragraph 211 of the Complaint as a "Trade Secret," Apple in no way communicates its agreement that the information constitutes a trade secret, or that the allegations in paragraph 211 of the Complaint concerning the

Gibson, Dunn & Crutcher LLP

purported "Trade Secrets" satisfy Plaintiffs' obligations under California Code of Civil Procedure Section 2019.210 to describe their alleged trade secrets with reasonable particularity.

27.    The term **"Accused Products"** refers to the Apple Watch Series 4 and later devices, alone or in combination with Apple iPhones, that Plaintiffs assert infringe any of the Asserted Patents, and any other products that Plaintiffs are permitted to accuse of infringing any of the Asserted Patents in this Action.   In referring to any product as an "Accused Product," Apple in no way communicates its agreement that the product infringes the Asserted Patents.

28.    The term **"Prior art"** refers to all inventions, patents, publications, products, disclosures, or events falling within any of the categories set forth in 35 U.S.C. §§ 102 and 103 with respect to the Asserted Patents.

29.    The term **"Licensee"** refers to any entity having a license, assignment, covenant not to sue, or other understanding, written, oral or implied, that the entity has any rights to the Asserted Patents or Related Patents, may practice one or more claims of the Asserted Patent and/or that Plaintiffs will not file suit or otherwise enforce against that entity one or more claims of the Asserted Patent or Related Patents and Applications.

30.    The terms **"Person"** or **"Persons"** shall mean any natural person, or any business, legal or governmental entity or association, including, without limitation, the owners, officers, directors, agents, trustees, parents, or subsidiaries, affiliates, assignees, predecessors, and successors of such entities or associations and/or natural persons.

31.    The term **"Communication"** shall mean every manner of disclosure, transfer, or exchange of information whether person-to-person, in a group, orally, in writing, by telephone, by electronic transmission, or otherwise.

32.    The terms **"Document"** or **"Documents"** is used in the most comprehensive and broadest sense permitted by the Federal Rules of Civil Procedure

4

Gibson, Dunn &
Crutcher LLP

26 and 34, and specifically includes electronically stored information and every "writing" and "recording," as those terms are defined in Rule 1001 of the Federal Rules of Evidence.  A draft or non-identical copy is a separate Document within the meaning of this term.

33.     The terms **"Thing"** or **"Things"** are used in the most comprehensive and inclusive sense permitted by the Federal Rules of Civil Procedure and includes, but is not limited to, prototypes, models, specimens, or other devices, and commercially manufactured items.

34.     The term **"each"** shall mean each and every.

35.     The term **"any"** shall include the word "all," and vice versa.

36.     The terms **"and," "or,"** and **"and/or"** shall be construed in the conjunctive or the disjunctive, whichever makes the discovery request more inclusive so as to bring within the scope of the request all Documents that might otherwise be construed to be outside of its scope.

37.     The present tense includes the past and future tenses.  The singular includes the plural, and the plural includes the singular.  Words in the masculine, feminine or neutral form shall include all of the other genders.

38.     The use of the term "**the**" shall not be construed as limiting the scope of any interrogatory.

39.     References to **"employees," "officers," "directors,"** or **"agents"** shall include both current and former employees, officers, directors, and agents.

40.     A request for **"identification,"** to **"identify,"** or to "**describe**" requires the following:

(a)     When used with respect to a person other than a natural person, including, but not limited to, any corporation, partnership, association, foundation, trust, organization, or other entity or functional division thereof, to state: (1) its full name; (2) the address of its principal office or place of business; (3) all names under which it is doing business or ever has done business; (4) the nature of the venture

Gibson, Dunn & Crutcher LLP

1  (e.g., sole proprietorship, partnership, corporation, etc.); and (5) the identities of its

2  officers, directors, partners, or administrators.

3        (b)    When used with respect to a natural person, provide (1) the full

4  name; (2) any other names that person uses presently or has used in the past; (3)

5  present or last known business and residence addresses; (4) present or last known

6  telephone number; (5) present or last known employer and address thereof; and (6)

7  present or last known job, position, or title of that person.

8        (c)    When used with respect to a Document or tangible thing, to state:

9  (1) the type of Document or tangible thing (e.g., letter, memorandum, computer disk

10 drive, etc.); (2) the date it was created; (3) its author and signatories; (4) its addresses

11 and all other persons receiving copies; (5) the nature and substance of the Document

12 in sufficient particularity to enable it to be identified; and (6) its location and its

13 custodian (or, if it is no longer within your possession, custody, or control, state what

14 disposition was made of it; state the date of such disposition; identify every person

15 who participated in or approved the disposition; and identify the person or persons

16 having knowledge of its contents).

17       (d)    When used with respect to a Communication, provide the date of

18 the Communication, identify the person who initiated the Communication, identify

19 each person who received such Communication, identify the form of the

20 Communication, identify any Document which embodies the Communication, and

21 provide a general description of the content of the Communication.

22       (e)    When used with respect to an act, event, instance, occasion,

23 meeting, conversation, allegation, or contention, means to state all facts concerning

24 the subject matter in detail, including the date and place thereof, to identify the

25 individual participants, to summarize separately for each individual participant what

26 she or he said or did, and to identify each Document or Communication used or

27 prepared in connection therewith or making any reference thereto.

28

Gibson, Dunn & Crutcher LLP

Exhibit A
Page 14

## II.  **INSTRUCTIONS**

1.      Each interrogatory is to be answered fully based on information in Your possession, custody, or control, or in the possession, custody, or control of Your representatives, agents, or attorneys.

2.      If you object to any interrogatory or any portion of an interrogatory on the ground that the answer would reveal the substance of any privileged information, provide all information required by Federal Rule of Civil Procedure 26(b)(5).  If Your objection is on the ground that the answer would reveal the substance of a privileged Document or Communication, include an identification of:

     (a)      the nature of the privilege or protection claimed;

     (b)      the person who made the Document or Communication, whether oral or in writing;

     (c)      if the Communication was oral, all persons present while the Communication was made;

     (d)      if the Document or Communication was written, the author, addressees, and any other recipients;

     (e)      the date and place of the Communication or the creation of the Document; and

     (f)      the general subject matter of the Document or Communication.

3.      If, for any reason other than a claim of privilege, You refuse to respond to any interrogatory herein, please state the grounds upon which such refusal is based with sufficient particularity to permit a determination of the propriety of such refusal.

4.      If You respond to any interrogatory by reference to any Document or Communication, You are requested to produce that Document or Communication, and specify which Documents and/or Communications are produced in response to each interrogatory.

5.      If the responding party elects to specify and produce business records

Gibson, Dunn & Crutcher LLP

Exhibit A
Page 15

in answer to any interrogatory, the specification shall be in sufficient detail to permit the interrogating party to locate and identify, as readily as the responding party can, the business records from which the answer may be ascertained.

6.      Unless otherwise stated, each interrogatory is directed towards each Plaintiff in this Action, and each Plaintiff in this action must separately verify the interrogatories to which it responds pursuant to Federal Rule of Civil Procedure 33(b).

7.      If, in responding to these interrogatories, You encounter any ambiguities when construing an interrogatory, instruction, or definition, in Your response set forth the matter deemed ambiguous and the construction used in answering.

8.      These interrogatories are continuing in nature.  If You receive or otherwise become aware of information responsive to any interrogatory after You have served your responses to these interrogatories, You must promptly supplement your responses to these interrogatories to provide such information, as required by Federal Rule of Civil Procedure 26(e).

9.      Each of the foregoing Definitions and Instructions is hereby incorporated by reference into, and shall be deemed a part of, each interrogatory.

## III.    <u>INTERROGATORIES</u>

<u>INTERROGATORY NO. 1</u>

Identify by name and title at least five people at Masimo and at least five people at Cercacor having the most knowledge about or responsibility for Masimo's products and Cercacor's products, respectively, that Plaintiffs allege compete with the Accused Products, including the products' manner of operation, marketing, development, sales and offers to sell, use by Your customers, financial information related to them, Your patent and patent applications related to them, and Your licensing efforts of those patents and applications.

**INTERROGATORY NO. 2**

Separately for each Asserted Claim of each Asserted Patent that Plaintiffs contend Apple has infringed or is infringing, describe in detail all facts relevant to the alleged priority date for that claim, including without limitation: the alleged priority date, the alleged date of the conception and first reduction to practice, the nature of any problem(s) with existing technology that the inventors were considering or attempting to solve in connection with the conception, the nature of the alleged reduction to practice and the identity of any alleged actual reduction to practice, any alleged diligence between the asserted conception and reduction to practice dates, the identity of each Person who contributed to such conception, diligence, and/or reduction to practice, the nature of each such Person's participation, involvement, and/or contribution, and the identity of all Documents (by Bates numbers) relating to such conception, diligence, and/or reduction to practice.

**INTERROGATORY NO. 3**

For each Asserted Claim of each Asserted Patent, provide a detailed, element-by-element, limitation-by-limitation, description of all facts you contend should be considered in determining whether that Asserted Claim is non-obvious under 35 U.S.C. § 103, including without limitation, identifying each secondary consideration or other objective evidence of non-obviousness that you contend is relevant, such as for example, any alleged commercial success and nexus to the claimed subject matter, any alleged long-felt need in the art for the claimed subject matter, any alleged failure of others to solve the problems addressed by the claimed subject matter, any alleged skepticism or disbelief by any person relating to the claimed subject matter, any alleged positive recognition in the industry for the claimed subject matter, any alleged copying of the claimed subject matter, and any alleged unexpected results produced by the claimed subject matter.

Gibson, Dunn & Crutcher LLP

APPLE INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS MASIMO AND CERCACOR
CASE NO. 8:20-CV-00048-JVS (JDEX)

Exhibit A
Page 17

**INTERROGATORY NO. 4**

For each of the Apple Patents, identify in detail all facts relating to Plaintiffs' contention that any subject matter of such Apple Patent was invented by each of the Alleged Inventors, including, without limitation, for each Apple Patent and each Alleged Inventor, identifying by column and line number all subject matter of such Apple Patent that Plaintiffs assert was invented by such Alleged Inventor, describing the circumstances under which the Alleged Inventor and/or others conceived of such subject matter and/or reduced such subject matter to practice, identifying when such conception and reduction to practice took place, describing each Person's contribution to the conception and/or reduction to practice of the subject matter, identifying corroborating evidence of conception and/or reduction to practice, and identifying and describing in detail all evidence to support any contention that the inventors named on that Apple Patent did not solely conceive and/or reduce to practice any of the claims of that Apple Patent.

**INTERROGATORY NO. 5**

For each of the Apple Patents and for each of the Apple Applications, identify in detail all facts relating to Plaintiffs' contention that any subject matter of such Apple Patent and/or Apple Application was developed by Marcelo Lamego while working for Plaintiffs and/or was otherwise developed at Masimo, Cercacor, or Plaintiffs, including, without limitation, for each Apple Patent and/or Apple Application, identifying by patent column and line number or application page and paragraph number all subject matter of such Apple Patent or such Apple Application that Plaintiffs assert was developed by Marcelo Lamego, describing the circumstances under which Marcelo Lamego and/or others conceived of such subject matter, identifying when such conception and reduction to practice took place, identifying any other employee of Masimo, Cercacor, or Plaintiffs that contributed to the conception of such subject matter and/or reduction to practice of such subject matter, describing each such Person's contribution to the conception and/or

10

reduction to practice of the subject matter, identifying corroborating evidence of conception and/or reduction to practice, identifying which entity—Masimo, Cercacor, or Plaintiffs—You contend is entitled to joint and/or exclusive ownership of such Apple Patent or Apple Application, and stating in detail any other factual and legal bases for Your contention that You are entitled to joint and/or exclusive ownership of the Apple Patents and/or Apple Applications.

**INTERROGATORY NO. 6:**

For each alleged Trade Secret You contend Apple misappropriated, describe in detail how You allegedly developed such Trade Secret, including, without limitation, the circumstances under which You conceived of such Trade Secret, the identity of each Person involved in the conception, design, development, and/or use of such Trade Secret, and the nature and level of involvement of each such Person.

**INTERROGATORY NO. 7:**

For each alleged Trade Secret that You contend was misappropriated by Apple, describe all actions You have taken to safeguard the alleged Trade Secret's secrecy.

**INTERROGATORY NO. 8:**

For each alleged Trade Secret that You contend was misappropriated by Apple, state precisely when, if ever, the alleged Trade Secret was disclosed, accessed, or otherwise provided to Apple.

**INTERROGATORY NO. 9:**

For each date identified in response to Interrogatory No. 8, describe the circumstances of the disclosure, including the recipients and the means of disclosure.

**INTERROGATORY NO. 10:**

For each alleged Trade Secret that You contend was misappropriated by Apple, state precisely how You contend that Apple acquired, has used, is using, plans to use, has disclosed, is disclosing, and/or plans to disclose, the alleged Trade Secret.  To the extent Your response for any alleged Trade Secret(s) is that Apple

Gibson, Dunn & Crutcher LLP

11

has used, is using, or plans to use the alleged Trade Secret in an Apple product (e.g., the Accused Products), identify and describe how each such product in fact incorporates or uses the Trade Secret(s).

**INTERROGATORY NO. 11:**

For each alleged Trade Secret that You contend was misappropriated by Apple, identify all individuals, whether Your employees or independent contractors or consultants, who at any time had access to the Trade Secret, including the period of time over which the individuals had such access.

**INTERROGATORY NO. 12:**

Identify all third parties to whom Your alleged Trade Secrets have ever been disclosed, including the circumstances under which each alleged Trade Secret was disclosed to them.

**INTERROGATORY NO. 13:**

For each alleged Trade Secret that You contend was misappropriated by Apple, identify and describe in detail how You were harmed by the alleged misappropriation.

**INTERROGATORY NO. 14:**

Identify and describe in detail any assessments and/or valuations of the Asserted Patents and/or any Related Patents and Applications, performed by You or for You, in Your possession, or of which You have knowledge, including, without limitation, any assessments and/or valuations performed in connection with any acquisition of, licensing of, or transfer of any rights in the Asserted Patents and/or any Related Patents and Applications, any consideration paid for or pricing associated with the acquisition of, licensing of, or transfer of any rights in the Asserted Patents and/or any Related Patents and Applications, or any assessments and/or valuations performed or discussed concerning any products involving the Asserted Technologies, whether such products are Yours or those of third parties, including, without limitation, identifying and describing in detail all Documents and

Gibson, Dunn & Crutcher LLP

12

Communications relating to such assessments and/or valuations and identifying the three (3) Persons most knowledgeable about any such assessments and/or valuations.

**INTERROGATORY NO. 15:**

State whether any assessment, investigation, or prior art search concerning the validity, invalidity, enforceability, or unenforceability of the Asserted Patents, their foreign counterparts, and/or any Related Patents and Applications has been performed by You or for You, is in Your possession, or of which You have knowledge, and identify and describe in detail all Documents and Communications, including without limitation, Prior Art, ever known or identified by or to You, the named inventors of any of the Asserted Patents, or any Person substantively involved in the prosecution of any of the Asserted Patents, their foreign counterparts, and/or any Related Patents and Applications (including any attorney or patent agent having such involvement), as being relevant to or evidence of the validity, invalidity, enforceability, or unenforceability of any of the Asserted Patents, their foreign counterparts, any Related Patents and Applications, or any other patent listing one or more named inventors on the cover as an inventor, including English language translations thereof, including any invalidity contentions served on You in any other actions or proceedings involving the any of the Asserted Patents, their foreign counterparts, and/or any Related Patents and Applications before any tribunal or agency, including, without limitation, in *Masimo et al. v. True Wearables, Inc. et al.*, Civil Action No. 8:18-CV-02001 (C.D. Cal.), commenced November 8, 2018.

**INTERROGATORY NO. 16:**

State all facts and identify and describe in detail all Documents supporting any contention by You that the Asserted Technologies are the basis for, contribute to, or drive consumer demand for any product which Plaintiffs allege competes with the Accused Products.

Gibson, Dunn & Crutcher LLP

13

**INTERROGATORY NO. 17:**

State in detail all factual and legal bases for Your contention that You are entitled to any relief in this case, including but not limited to, monetary damages and injunctive relief, including, without limitation, identifying and describing in detail all Documents and Communications relating to such contention and identifying all individuals having information about such contention.

Dated:  April 14, 2020    Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
GIBSON, DUNN & CRUTCHER LLP


By:  */s/Joshua H. Lerner*
   Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn &
Crutcher LLP

Exhibit A
Page 22

## <u>CERTIFICATE OF SERVICE</u>

I, Ilissa Samplin, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 14th day of April, 2020, I served a true and correct copy of the foregoing **DEFENDANT APPLE INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.** by electronic mail on the following counsel of record:

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404
Facsimile: (949)-760-9502

*Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.*

By: */s/ Ilissa Samplin*
Ilissa Samplin

APPLE INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS MASIMO AND CERCACOR
CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn &
Crutcher LLP

Exhibit A
Page 23

# Exhibit B

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone:  (949)-760-0404
Facsimile:  (949)-760-9502

Attorneys for Plaintiffs,
**Masimo Corporation and Cercacor Laboratories, Inc.**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) **PLAINTIFFS MASIMO**<br>) **CORPORATION AND**<br>) **CERCACOR LABORATORIES,**<br>) **INC.'S RESPONSES TO APPLE'S**<br>) **FIRST SET OF**<br>) **INTERROGATORIES (NOS. 1-17)**<br>)<br>) Hon. James V. Selna<br>)<br>)<br>)<br>) |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiffs MASIMO CORPORATION ("Masimo") and CERCACOR LABORATORIES, INC. ("Cercacor") (collectively, "Plaintiffs") hereby respond to Defendant APPLE INC. ("Apple") First Set of Interrogatories.

## GENERAL STATEMENT AND OBJECTIONS

Plaintiffs assert each of the following General Objections to each of Apple's instructions, definitions, and interrogatories. In addition to these General Objections, Plaintiffs state specific objections to individual interrogatories, including objections that are not generally applicable to all interrogatories. By setting forth specific objections, Plaintiffs are not limiting or restricting these General Objections.

1. Plaintiffs object generally to Apple's definitions and instructions to the extent that they fail to comply with, or impose obligations in excess of, Rule 33 of the Federal Rules of Civil Procedure and the applicable Local Rules of this Court. Plaintiffs will respond to the interrogatories in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

2. Plaintiffs object to these interrogatories to the extent they seek information that is neither relevant to any claim or defense in this case nor proportional to the needs of the case. To the extent Plaintiffs respond to any request, Plaintiffs do not concede that the information sought by these requests is relevant or proportional.

3. Plaintiffs object to these interrogatories to the extent they seek information not in the possession, custody, or control of Plaintiffs. Plaintiffs' responses are limited to information that is within their possession, custody, or control.

4. Plaintiffs object to these interrogatories to the extent they seek information protected from disclosure by the attorney-client privilege, attorney work product doctrine, and/or any other applicable privilege, rule, or immunity.

-1-

Any specific objections to specific interrogatories stated on the grounds of attorney-client privilege and/or work product in no way limits the generality of this objection.  Nothing in Plaintiffs' responses is intended to be or should be considered a waiver of any attorney-client privilege, work product protection, the right of privacy, or any other applicable privilege or doctrine.  To the extent any interrogatory may be construed as calling for information protected by any such privilege or doctrine, a continuing objection to each and every such interrogatory is hereby stated.

5.     Plaintiffs object to these interrogatories to the extent they seek third-party proprietary information, trade secrets and/or other confidential information and/or protected information that Plaintiffs are obligated to avoid disclosing.

6.     Plaintiffs object to these interrogatories to the extent they are overly broad and unduly burdensome, the burden of responding outweighs their likely benefit, they are unlimited in time, or would require an unreasonably detailed and unreasonably extensive search of all of Plaintiffs' information and files.  Plaintiffs will make a reasonable investigation as required by the Federal Rules of Civil Procedure.

7.     Plaintiffs object to these interrogatories to the extent they seek disclosure of Plaintiffs' proprietary information, trade secrets and/or other confidential information and/or protected information prior to entry of a protective order, particularly in view of Defendants' refusal to produce any documents until "entry of an acceptable protective order and ESI stipulation in this action."

8.     Plaintiffs object to these interrogatories to the extent they seek information that would be relevant only to Plaintiffs' trade secret claims while Apple is simultaneously arguing to the Court that Plaintiff's trade secret claims should not be part of this case and should be dismissed.

-2-

9.     In light of the Court's Order, dated April 17, 2020, in which "[t]he Court stays the trade secret discovery only pending compliance with 2019.210[,]" Plaintiffs object to these interrogatories to the extent they seek information that would be relevant only to Plaintiffs' trade secret claims prior to Plaintiffs providing their 2019.210 statement.  Maintaining such interrogatories is a violation of the Court's April 17, 2020, order.

10.     Plaintiffs object to Apple's definitions, instructions, and for interrogatories to the extent that they are vague, ambiguous, or unintelligible. Words and terms used in the following responses are used in accordance with their normal meanings and connotations.

11.     Plaintiffs particularly object to Apple's definitions of the terms "Masimo" and "Cercacor" as overly broad and unduly burdensome.  As used herein, the term "Masimo" means Masimo Corporation only, and the term "Cercacor" means Cercacor Laboratories, Inc., only.  As stated above, the term "Plaintiffs" means Masimo and Cercacor, collectively and/or individually.

12.     Plaintiffs also particularly object to Apple's definitions of the terms "Related Patents and Applications" and "Asserted Technologies," and Apple's instructions regarding "identification," "identify," and "describe" as overly broad and unduly burdensome, and rendering the interrogatories vague, ambiguous, or unintelligible.  As with other words and terms used in the following responses, any usage of these terms in accordance with their normal meanings and connotations

13.     Only the express and overt meaning of these responses is intended. No response should be construed to contain implied statements, representations, or admissions of any kind.  The fact that Plaintiffs respond or object to an interrogatory should not be understood as an admission that Plaintiffs accept or admit the existence of any "fact" set forth in or assumed by the interrogatory.

14.     Plaintiffs' responses are made without, in any way, waiving or

-3-

intending to waive, but, on the contrary, intending to preserve and preserving:

a.  The right to raise all objections as to competence, authenticity, relevance, materiality, privilege and admissibility with regard to the information and documents identified and/or produced in response to these Interrogatories, which may arise in any subsequent proceeding in, or the trial of, this or any other action;

b.  The right to object to the use of the information and/or documents for any purpose, including without limitation their use in any subsequent proceeding in, or the trial of, this or any other action;

c.  The right to assert or raise, in this action or in any other context, attorney-client privilege, work product protection, the protections afforded by Rule 26(b)(4)(B), the right of privacy, or any other applicable privilege or protective doctrine; and

d.  The right to object on any ground at any time to interrogatories or other discovery relating to information and/or information or the subject matter thereof.

15.  Plaintiffs are providing information that has been identified by means of a reasonable investigation and that is the subject of legitimate discovery.  The following responses are based upon information presently available to and located by Plaintiffs after a reasonable search.  However, discovery is ongoing in this case, and Plaintiffs have not yet completed their investigation of the facts relating to this case.  Nor have Plaintiffs completed discovery or preparation for trial.  Plaintiffs give these responses without prejudice to Plaintiffs' right to supplement their responses, should additional information be discovered, and to rely upon any additional discovered evidence. Moreover, certain of these interrogatories are premature in that they seek contentions or other information that Plaintiffs cannot or are not obligated provide at this stage of the case, or seek information that is partially or wholly

-4-

within the possession of Apple or third parties and that has not yet been produced to Plaintiffs.  Finally, certain of these interrogatories are subject to specific objections and are therefore not the subject of legitimate discovery.

16.  Without waiving the specific objections set forth below, and subject to the limitations and General Objections set forth above, Plaintiffs provide the following responses:

## RESPONSES TO INTERROGATORIES

## INTERROGATORY NO. 1:

Identify by name and title at least five people at Masimo and at least five people at Cercacor having the most knowledge about or responsibility for Masimo's products and Cercacor's products, respectively, that Plaintiffs allege compete with the Accused Products, including the products' manner of operation, marketing, development, sales and offers to sell, use by Your customers, financial information related to them, Your patent and patent applications related to them, and Your licensing efforts of those patents and applications.

## RESPONSE TO INTERROGATORY NO. 1:

Plaintiffs incorporate their General Statement and Objections.  Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity.  Plaintiffs further object to this interrogatory to the extent it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case.  Plaintiffs further object to this interrogatory as vague, ambiguous, or unintelligible, particularly to the extent it purports to ask Plaintiffs to identify at least five persons "having the most knowledge about or responsibility for" a variety of topics.  Plaintiffs object that it would not be possible to identify five people most knowledgeable about any topic.  Plaintiffs further object to this interrogatory as compound and contend

-5-

that it should be counted as multiple interrogatories because it attempts to combine multiple requests for information into a single interrogatory.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs cannot identify who might have the "most" knowledge of or responsibility for such a wide variety of topics including products' "manner of operation, marketing, development, sales and offers to sell," use by customers, "financial information," as well as related "patent and patent applications" and "licensing efforts of those patents and applications." Apple offers no suggestion for how it would purport to weigh and compare the amount of knowledge one person has about one or more of the cited topics to the knowledge another person has about a different combination of one or more of the cited topics. Apple does not explain how to compare the amount of knowledge a person has about one topic to the amount of knowledge another person has about a different topic, or whether a person having more knowledge about one area should be considered more or less knowledgeable than a person having less knowledge about a larger number of topics.

To the extent Plaintiffs are able to understand the interrogatory, Plaintiffs identify the following individuals who may have knowledge about one or more of the cited topics and who may be contacted through Plaintiffs' counsel:

- Ammar Al-Ali
- Mohamed Diab
- Walter Weber
- Bilal Muhsin
- Kevin Pauley
- Gerry Hammarth
- Joe Kiani

To the extent Plaintiffs are able to understand the interrogatory, Plaintiffs

-6-

1  identify the following additional individuals who may have knowledge about
2  one or more of the cited topics:

3      • Marcelo Lamego

4      • Michael O'Reilly

5      Discovery in this matter has only recently begun, the Court has not
6  entered a Protective Order, Apple has not yet filed an Answer or provided any
7  discovery, and Plaintiffs are continuing to investigate the subject matter of this
8  interrogatory.   Plaintiffs reserve the right to amend and/or supplement this
9  interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil
10  Procedure as they identify additional information.

11  **INTERROGATORY NO. 2:**

12      Separately for each Asserted Claim of each Asserted Patent that Plaintiffs
13  contend Apple has infringed or is infringing, describe in detail all facts relevant
14  to the alleged priority date for that claim, including without limitation: the
15  alleged priority date, the alleged date of the conception and first reduction to
16  practice, the nature of any problem(s) with existing technology that the
17  inventors were considering or attempting to solve in connection with the
18  conception, the nature of the alleged reduction to practice and the identity of any
19  alleged actual reduction to practice, any alleged diligence between the asserted
20  conception and reduction to practice dates, the identity of each Person who
21  contributed to such conception, diligence, and/or reduction to practice, the
22  nature of each such Person's participation, involvement, and/or contribution,
23  and the identity of all Documents (by Bates numbers) relating to such
24  conception, diligence, and/or reduction to practice.

25  **RESPONSE TO INTERROGATORY NO. 2:**

26      Plaintiffs incorporate their General Statement and Objections.  Plaintiffs
27  object to this interrogatory to the extent it seeks information protected by the
28  attorney-client privilege, work product doctrine, or any other applicable

<div align="center">-7-</div>

privilege or immunity.  Plaintiffs further object to this interrogatory to the extent it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case.   Plaintiffs further object to this interrogatory as compound and contend that it should be counted as multiple interrogatories because it combines multiple requests for information into a single interrogatory.  Plaintiffs object to this interrogatory on the grounds that it is a contention interrogatory propounded at an early stage of the proceedings when Plaintiffs have not yet had an opportunity to conduct meaningful discovery.  *See McCormick-Morgan, Inc. v. Teledyne Indus., Inc.*, 134 F.R.D. 275, 287 (N.D. Cal. 1991) (contention interrogatories in complex patent action properly answered at the close of substantive discovery); *see also In re Convergent Techs. Securities Litigation*, 108 F.R.D. 328 (N.D. Cal. 1985). Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs.  Plaintiffs further object to this request as premature to the extent that it calls for expert opinions in advance of the deadlines set forth in the Court's scheduling order.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Each asserted patent is entitled to a presumption of validity.  Apple has not challenged the validity of any asserted patent, much less identified any supporting evidence of invalidity.  Apple would bear the burden of proof to rebut the presumption of validity through clear and convincing evidence. Plaintiffs have no obligation to affirmatively buttress the presumption of validity, particularly in the absence of any assertion of invalidity.  *See Friskit, Inc. v. Real Networks, Inc.*, No. C 03-5085 WWS (MEJ), 2006 WL 1305218, at *1-2 (N.D. Cal. May 11, 2006) (denying defendant's request that plaintiff provide in response to defendant's interrogatory an element-by-element claim chart, because "the burden is on [defendant] to show invalidity").

-8-

Under the current schedule, Apple is due to disclose any invalidity contentions no later than September 7, 2020.  If Apple asserts that any claims are invalid under theories that raise issues of inventorship, conception, diligence, reduction practice, and/or the priority date to which claims may be entitled, Plaintiffs anticipate supplementing this response.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory.  Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.  In particular, Plaintiffs expect they may provide additional information in accordance with the expert discovery deadlines set forth in the Court's scheduling order.

**INTERROGATORY NO. 3:**

For each Asserted Claim of each Asserted Patent, provide a detailed, element-by-element, limitation-by-limitation, description of all facts you contend should be considered in determining whether that Asserted Claim is non-obvious under 35 U.S.C. § 103, including without limitation, identifying each secondary consideration or other objective evidence of non-obviousness that you contend is relevant, such as for example, any alleged commercial success and nexus to the claimed subject matter, any alleged long-felt need in the art for the claimed subject matter, any alleged failure of others to solve the problems addressed by the claimed subject matter, any alleged skepticism or disbelief by any person relating to the claimed subject matter, any alleged positive recognition in the industry for the claimed subject matter, any alleged copying of the claimed subject matter, and any alleged unexpected results produced by the claimed subject matter.

-9-

**RESPONSE TO INTERROGATORY NO. 3:**

Plaintiffs incorporate their General Statement and Objections.  Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity.  Plaintiffs further object to this interrogatory to the extent it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case.  Plaintiffs further object to this interrogatory as compound and contend that it should be counted as multiple interrogatories because it combines multiple requests for information into a single interrogatory.  Plaintiffs object to this interrogatory on the grounds that it is a contention interrogatory propounded at an early stage of the proceedings when Plaintiffs have not yet had an opportunity to conduct meaningful discovery.  *See McCormick-Morgan, Inc. v. Teledyne Indus., Inc.*, 134 F.R.D. 275, 287 (N.D. Cal. 1991) (contention interrogatories in complex patent action properly answered at the close of substantive discovery); *see also In re Convergent Techs. Securities Litigation*, 108 F.R.D. 328 (N.D. Cal. 1985). Plaintiffs also object to the extent responsive information is in the exclusive possession, custody, or control of Apple.  Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs. Plaintiffs further object to this request as premature to the extent that it calls for expert opinions in advance of the deadlines set forth in the Court's scheduling order.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Each asserted patent is entitled to a presumption of validity, including a presumption of non-obviousness under 35 U.S.C. § 103.  Apple has not challenged the validity of any asserted patent, much less identified any supporting evidence of invalidity.  Apple would bear the burden of proof to

-10-

rebut the presumption of validity through clear and convincing evidence. Plaintiffs have no obligation to affirmatively buttress the presumption of validity, particularly in the absence of any assertion of invalidity.  *See Friskit, Inc. v. Real Networks, Inc.*, No. C 03-5085 WWS (MEJ), 2006 WL 1305218, at *1-2 (N.D. Cal. May 11, 2006) (denying defendant's request that plaintiff provide in response to defendant's interrogatory an element-by-element claim chart, because "the burden is on [defendant] to show invalidity").

Under the current schedule, Apple is due to disclose any invalidity contentions no later than September 7, 2020.  If, in its invalidity contentions, Apple asserts that any claims are invalid as obvious under 35 U.S.C. § 103, and provides a supporting disclosure, Plaintiffs anticipate supplementing this response.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory.  Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.  In particular, Plaintiffs expect they may provide additional information in accordance with the expert discovery deadlines set forth in the Court's scheduling order.

**INTERROGATORY NO. 4:**

For each of the Apple Patents, identify in detail all facts relating to Plaintiffs' contention that any subject matter of such Apple Patent was invented by each of the Alleged Inventors, including, without limitation, for each Apple Patent and each Alleged Inventor, identifying by column and line number all subject matter of such Apple Patent that Plaintiffs assert was invented by such Alleged Inventor, describing the circumstances under which the Alleged Inventor and/or others conceived of such subject matter and/or reduced such

-11-

subject matter to practice, identifying when such conception and reduction to practice took place, describing each Person's contribution to the conception and/or reduction to practice of the subject matter, identifying corroborating evidence of conception and/or reduction to practice, and identifying and describing in detail all evidence to support any contention that the inventors named on that Apple Patent did not solely conceive and/or reduce to practice any of the claims of that Apple Patent.

**RESPONSE TO INTERROGATORY NO. 4:**

Plaintiffs incorporate their General Statement and Objections.  Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity.  Plaintiffs further object to this interrogatory to the extent it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case.  Plaintiffs also object to this interrogatory as vague and ambiguous, particularly based on the phrase "and/or others."  Plaintiffs further object to this interrogatory as compound and contend that it should be counted as multiple interrogatories because it combines multiple requests for information into a single interrogatory.  Defendants must identify which of the many interrogatories it desires Plaintiffs to answer in this single interrogatory.  Plaintiffs further note that inventorship is determined with respect to the subject matter claimed in a patent, not the subject matter disclosed in a patent specification.  Many improper subparts of this interrogatory seek information that is irrelevant and where the burden of compiling it would be disproportionate to the needs of the case.  Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs.  Plaintiffs intend to supplement this interrogatory after a protective order has been entered in this case.

Subject to and without waiving the foregoing objections, Plaintiffs

-12-

respond as follows:

U.S. Patent No. 10,078,052 (the "'052 Patent")

The '052 Patent claims subject matter that Lamego obtained from discussions with, or jointly conceived with, Masimo employees.  For example, Claim 1 of the '052 Patent recites an electronic device comprising a housing defining an aperture; an optical sensing system comprising a light emitter for emitting light through the aperture, the light emitter positioned adjacent the aperture; and a light detector for obtaining a first portion of the light after the first portion of the light reflects from an object; and a reflector disposed about the aperture and adapted to reflect a second portion of the light back into the object after the second portion of the light reflects from the object.  Lamego obtained this subject matter from discussions with, or jointly conceived it with, Diab, while employed by Plaintiffs and while Lamego was under an obligation to assign any such invention to Masimo and/or Cercacor.  Accordingly, Diab is a joint inventor of any patentable subject matter claimed in the '052 Patent

U.S. Patent No. 10,247,670 (the "'670 Patent")

The '670 Patent claims subject matter that Lamego obtained from discussions with, or jointly conceived with, Masimo employees.  For example, Claim 1 of the '670 Patent recites an electronic device comprising a housing with a surface; a reflective layer that is formed on the surface, wherein the reflective layer has first and second openings; a light emitter that emits light through the first opening; and a light detector that receives the light emitted by the light emitter through the second opening.  Lamego obtained this subject matter from discussions with, or jointly conceived it with, Diab, while employed by Plaintiffs and while Lamego was under an obligation to assign such invention to Masimo and/or Cercacor.  Accordingly, Diab is a joint inventor of any patentable subject matter claimed in the '670 Patent.

-13-

U.S. Patent No. 9,952,095 (the "'095 Patent")

The '095 Patent claims subject matter that Lamego obtained from discussions with, or jointly conceived with, Masimo employees.  For example, Claim 1 of the '095 Patent recites an electronic device comprising a housing comprising a surface adapted to be positioned proximate a measurement site of a subject; a biometric sensor positioned at least partially within the surface and comprising: a plurality of light sources for emitting light toward the measurement site at a selected modulation frequency; and an optical sensor for obtaining light exiting the measurement site; and an input amplifier coupled to the output of the biometric sensor and disposed within the housing; a high pass filter coupled to an output of the input amplifier and disposed within the housing, the high pass filter having a cutoff frequency above that of a periodic biometric property of the measurement site; an output amplifier coupled to an output of the high pass filter and disposed within the housing; and an analog to digital converter coupled to an output of the output amplifier and disposed within the housing.  Lamego obtained this subject matter from discussions with, or jointly conceived it with, Diab, while employed by Plaintiffs and while Lamego was under an obligation to assign such invention to Masimo and/or Cercacor.  Accordingly, Diab is a joint inventor of any patentable subject matter claimed in the '095 Patent.

U.S. Patent No. 10,219,754 (the "'754 Patent")

The '754 Patent claims subject matter that Lamego obtained from discussions with, or jointly conceived with, Masimo employees.  For example, Claim 1 of the '754 Patent recites a method for estimating physiological parameters when modulated light from a first light source and a second light source is emitted toward a body part of a user, the method comprising determining a first multiplier value by: turning on the first light source; generating a first initial signal in response to capturing a first light sample

-14-

corresponding to the first light source; demodulating the first initial signal to produce first initial demodulated signals; filtering and decimating the first initial demodulated signals; and determining the first multiplier value based on the filtered and decimated first initial demodulated signals; determining a second multiplier value by: turning on the second light source; generating a second initial signal in response to capturing a second light sample corresponding to the second light source; demodulating the second initial signal to produce second initial demodulated signals; filtering and decimating the second initial demodulated signals; and determining the second multiplier value based on the filtered and decimated second initial demodulated signals; capturing multiple light samples while the first light source and the second light source are turned on to emit modulated light toward the body part of the user and converting the multiple light samples into a captured signal; demodulating the captured signal to produce multiple demodulated signals; performing a first decimation stage by: low pass filtering each demodulated signal; and decimating each demodulated signal; performing a second decimation stage after the first decimation stage by: low pass filtering each demodulated signal; and decimating each demodulated signal; demultiplexing each demodulated signal after the second decimation stage to produce a first signal associated with the first light source and a second signal associated with the second light source; multiplying the first signal by the first multiplier value using a first multiplier circuit to obtain a first conditioned signal; multiplying the second signal by the second multiplier value using a second multiplier circuit to obtain a second conditioned signal; and analyzing the first conditioned signal and the second conditioned signal to estimate the physiological parameter of the user.  Lamego obtained this subject matter from discussions with, or jointly conceived it with, Al-Ali, Diab, and Weber, while employed by Plaintiffs and while Lamego was under an obligation to assign such invention to Masimo and/or Cercacor.  Accordingly,

-15-

1   Al-Ali, Diab, and Weber are joint inventors of any patentable subject matter
2   claimed in the '754 Patent.

3          U.S. Patent No. 10,524,671 (the "'671 Patent")

4          The '671 Patent claims subject matter that Lamego obtained from
5   discussions with, or jointly conceived with, Masimo employees.  For example,
6   Claim 1 of the '671 Patent recites a wearable device, comprising a first light
7   source; a second light source, the second light source operating at a different
8   wavelength than the first light source; at least one light receiver; and a
9   processing unit communicably coupled to the first light source, the second light
10  source, and the at least one light receiver; wherein the processing unit is
11  configured to: use the first light source and the second light source to emit light
12  into a body part of a user; and dependent on the light emitted by the first light
13  source and received by the at least one light receiver, compute a pulse rate of the
14  user using the light emitted by the second light source and received by the at
15  least one light receiver.  Lamego obtained this subject matter from discussions
16  with, or jointly conceived it with, Diab and Kiani, while employed by Plaintiffs
17  and while Lamego was under an obligation to assign such invention to Masimo
18  and/or Cercacor.  Accordingly, Diab and Kiani are joint inventors of any
19  patentable subject matter claimed in the '671 Patent.

20         Plaintiffs expect Apple will produce documents and other information
21  that further confirms the named inventors obtained the claimed subject matter
22  from discussions with, or jointly conceived it with, Diab and Kiani.

23         Discovery in this matter has only recently begun, the Court has not
24  entered a Protective Order, Apple has not yet filed an Answer or provided any
25  discovery, and Plaintiffs are continuing to investigate the subject matter of this
26  interrogatory.  Plaintiffs reserve the right to amend and/or supplement this
27  interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil
28  Procedure as they identify additional information.  In particular, Plaintiffs

-16-

1  expect they may provide additional information in accordance with the expert

2  discovery deadlines set forth in the Court's scheduling order.

3  **INTERROGATORY NO. 5:**

4      For each of the Apple Patents and for each of the Apple Applications,

5  identify in detail all facts relating to Plaintiffs' contention that any subject

6  matter of such Apple Patent and/or Apple Application was developed by

7  Marcelo Lamego while working for Plaintiffs and/or was otherwise developed

8  at Masimo, Cercacor, or Plaintiffs, including, without limitation, for each Apple

9  Patent and/or Apple Application, identifying by patent column and line number

10 or application page and paragraph number all subject matter of such Apple

11 Patent or such Apple Application that Plaintiffs assert was developed by

12 Marcelo Lamego, describing the circumstances under which Marcelo Lamego

13 and/or others conceived of such subject matter, identifying when such

14 conception and reduction to practice took place, identifying any other employee

15 of Masimo, Cercacor, or Plaintiffs that contributed to the conception of such

16 subject matter and/or reduction to practice of such subject matter, describing

17 each such Person's contribution to the conception and/or reduction to practice of

18 the subject matter, identifying corroborating evidence of conception and/or

19 reduction to practice, identifying which entity—Masimo, Cercacor, or

20 Plaintiffs—You contend is entitled to joint and/or exclusive ownership of such

21 Apple Patent or Apple Application, and stating in detail any other factual and

22 legal bases for Your contention that You are entitled to joint and/or exclusive

23 ownership of the Apple Patents and/or Apple Applications.

24 **RESPONSE TO INTERROGATORY NO. 5:**

25     Plaintiffs incorporate their General Statement and Objections.  Plaintiffs

26 object to this interrogatory to the extent it seeks information protected by the

27 attorney-client privilege, work product doctrine, or any other applicable

28 privilege or immunity.  Plaintiffs further object to this interrogatory to the extent

-17-

it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case.   Plaintiffs further object to this interrogatory as compound and contend that it should be counted as multiple interrogatories because it combines multiple requests for information into a single interrogatory.  Plaintiffs further note that inventorship is determined with respect to the subject matter claimed in a patent, not the subject matter disclosed in a patent specification.  Many improper subparts of this interrogatory seek information that is irrelevant and where the burden of compiling it would be disproportionate to the needs of the case.  Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs. Plaintiffs intend to supplement this interrogatory after a protective order has been entered in this case.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs incorporate their response to Interrogatory No. 4, including any supplements, in full by reference.  Plaintiffs further respond that any inventive contribution that Lamego could have made to the alleged invention of the subject matter claimed in U.S. Patent Application No. 15/960,507 (the "'507 Application) was made while Lamego was employed by Plaintiffs and while Lamego was under an obligation to assign such invention to Masimo and/or Cercacor.  For example, Claim 21 of the '507 Application recites a biometric sensor within a housing of a wearable electronic device, the biometric sensor comprising: an emitter for transmitting modulated light toward a measurement site of a subject through a first aperture in the housing; an optical sensor for receiving modulated light through a second aperture in the housing, the modulated light at least partially exiting the measurement site; a high pass filter to receive an output of the optical sensor, the high pass filter having a cutoff frequency above a frequency of a periodic optical property of the measurement site; and an analog

-18-

1   to digital converter to receive an output of the high pass filter.  Lamego obtained

2   this subject matter from discussions with, or jointly conceived it with, Al-Ali,

3   Diab, and Weber, while they were employees of Masimo, or while Lamego was

4   an employee of Cercacor.

5          In written assignments, Lamego, as well as Al-Ali, Diab, and Weber,

6   agreed to assign and assigned to Masimo all patentable subject matter (as well

7   as all works of authorship, developments, or improvements) conceived during

8   their employment at Masimo, including ownership of all patents and patent

9   applications claiming such subject matter.  Those assignments vested in Masimo

10  all legal and equitable title to all patents and patent applications reciting

11  inventions made during their employment, such that Masimo is at least a joint

12  owner of the '052, '670, '095, '750 and '671 Patents, and the '507 Application.

13         In at least one written assignment, Lamego agreed to assign and assigned

14  to Cercacor all patentable subject matter (as well as all works of authorship,

15  developments, or improvements) conceived during his employment at Cercacor,

16  including ownership of all patents and patent applications claiming such subject

17  matter.  An exemplary agreement conveying such rights was attached as Exhibit

18  A to Apple's Motion to Dismiss (Doc. No. 16-3).  Accordingly, to the extent the

19  evidence establishes that Lamego obtained patentable subject matter claimed in

20  the '052, '670, '095, '750 and '671 Patents, and the '507 Application from, or

21  jointly conceived such subject matter with, Masimo employees while Lamego

22  was an employee of Cercacor, Cercacor would be a joint owner of the '052,

23  '670, '095, '750 and '671 Patents, and the '507 Application.

24         Plaintiffs expect Apple will produce documents and other information

25  that further confirms the named inventors obtained the claimed subject matter

26  from discussions with, Lamego, who in turn obtained the contribution from Al-

27  Ali, Diab and Weber.

28         Discovery in this matter has only recently begun, the Court has not

-19-

entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory. Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information. In particular, Plaintiffs expect they may provide additional information in accordance with the expert discovery deadlines set forth in the Court's scheduling order.

**INTERROGATORY NO. 6:**

For each alleged Trade Secret You contend Apple misappropriated, describe in detail how You allegedly developed such Trade Secret, including, without limitation, the circumstances under which You conceived of such Trade Secret, the identity of each Person involved in the conception, design, development, and/or use of such Trade Secret, and the nature and level of involvement of each such Person.

**RESPONSE TO INTERROGATORY NO. 6:**

Plaintiffs incorporate their General Statement and Objections. Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity. Plaintiffs further object to this interrogatory to the extent it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case. Plaintiffs further object to this interrogatory as compound and contend that it should be counted as multiple interrogatories because it combines multiple requests for information into a single interrogatory. Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs. Plaintiffs further object to this interrogatory because it prematurely seeks information that would be relevant only to Plaintiffs' trade secret claims because the Court has stayed such discovery until Plaintiffs provide their 2019.210 statement. Thus, Plaintiffs

-20-

1    intend to supplement this interrogatory after a protective order has been entered
2    in this case.

3          Subject to and without waiving the foregoing objections, Plaintiffs
4    respond as follows:

5          Plaintiffs have been developing extensive technology since before
6    Lamego started working for Plaintiffs.  Marcelo Lamego was placed in an office
7    with Diab for much of Lamego's tenure at Masimo.  Diab was tasked with
8    teaching Lamego everything he could regarding Masimo technology, so
9    Lamego could become an expert in every aspect of Masimo's technology.
10   Lamego had unfettered access to Masimo's personnel, Masimo's information,
11   and Masimo's documents, including technical documents and computer code.
12   He attended brainstorming sessions at the highest levels and design reviews.  He
13   was comprehensively exposed to Masimo's technology, as well as its business
14   and marketing strategies and plans that were currently being executed and plans
15   that were executed well into the future.

16         Eventually, once Lamego had been taught extensively by Diab and others,
17   when Masimo Labs was spun off from Masimo, Lamego was made the Chief
18   Technical Officer. Lamego was responsible for all design, development, and
19   marketing, and was responsible for maintaining procedures to protect all
20   confidential and proprietary information.  Lamego was exposed to trade secrets
21   from all levels of the Plaintiffs' organizations, and was at Cercacor, the
22   executive officer responsible to safeguarding all that information.

23         Michael O'Reilly joined Masimo on February 4, 2008 as its Executive
24   Vice President of Medical Affairs and Chief Medical Officer.  He remained in
25   that position until July 19, 2013, when he left Masimo.  O'Reilly was also
26   involved in all executive staff meetings and many other meetings regarding
27   Masimo products, strategy, and marketing.   He was also responsible for
28   Masimo's data analysis and collection relationships with hospitals, as well as

-21-

1  many interactions with regulatory agencies, and was taught Masimo's strategies

2  for interacting with institutions with clinical data and regulatory agencies.  He

3  was also responsible for providing clinical input to the engineering teams at

4  Masimo for development of medical products, and therefore interacted with the

5  technical development teams on a regular basis.  He was, in those roles, privy to

6  Masimo's strategies, product plans, marketing plans, future technologies of

7  interest, regulatory body strategies and contacts, hospital relationship strategies

8  and contacts, the identities of key technologies and target technologies, products

9  and markets at Masimo.

10      Discovery in this matter has only recently begun, the Court has not

11  entered a Protective Order, Apple has not yet filed an Answer or provided any

12  discovery, and Plaintiffs are continuing to investigate the subject matter of this

13  interrogatory.  Plaintiffs reserve the right to amend and/or supplement this

14  interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil

15  Procedure as they identify additional information.

16  **INTERROGATORY NO. 7:**

17      For each alleged Trade Secret that You contend was misappropriated by

18  Apple, describe all actions You have taken to safeguard the alleged Trade

19  Secret's secrecy.

20  **RESPONSE TO INTERROGATORY NO. 7:**

21      Plaintiffs incorporate their General Statement and Objections.  Plaintiffs

22  object to this interrogatory to the extent it seeks information protected by the

23  attorney-client privilege, work product doctrine, or any other applicable

24  privilege or immunity.  Plaintiffs further object that this interrogatory seeks

25  highly confidential information belonging to Plaintiffs.  Plaintiffs further object

26  to this interrogatory because it prematurely seeks information that would be

27  relevant only to Plaintiffs' trade secret claims because the Court has stayed such

28  discovery until Plaintiffs provide their 2019.210 statement.  Thus, Plaintiffs

-22-

intend to supplement this interrogatory and after a protective order has been entered in this case.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs made reasonable efforts under the circumstances to keep their confidential information from becoming generally known. For example, Plaintiffs' efforts included marking documents confidential, instructing individuals with access to the information to treat it as confidential, restricting access to the information, and requiring individuals and companies to enter into confidentiality agreements with Plaintiffs in order to receive Plaintiffs' Confidential Information.

Plaintiffs have policies regarding labeling confidential information and documents as "CONFIDENTIAL AND PROPRIETARY." They also restrict these documents and information from disclosure to third parties and employees on a need-to-know basis. Plaintiffs also have policies in place regarding the use of computers and related equipment that govern how their computer systems may be used. Those policies also govern the protection of Plaintiffs' confidential information. Plaintiffs have document management systems that restrict access to confidential documents to only those employees with proper security credentials and a need for access. Plaintiffs also require employees to sign agreements precluding the employees from disclosing or making use of any confidential information except as authorized by Plaintiffs and as necessary for the performance of the employees' duties. Plaintiffs also require third parties, including customers, to execute confidential non-disclosure agreements. Plaintiffs implemented such policies and procedures to maintain the confidentiality of sensitive information.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any

-23-

discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory.   Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.   In particular, Plaintiffs expect they may provide additional information in accordance with the expert discovery deadlines set forth in the Court's scheduling order.

**INTERROGATORY NO. 8:**

For each alleged Trade Secret that You contend was misappropriated by Apple, state precisely when, if ever, the alleged Trade Secret was disclosed, accessed, or otherwise provided to Apple.

**RESPONSE TO INTERROGATORY NO. 8:**

Plaintiffs incorporate their General Statement and Objections.   Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity.   Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs.   Plaintiffs further object to this interrogatory because it prematurely seeks information that would be relevant only to Plaintiffs' trade secret claims because the Court has stayed such discovery until Plaintiffs provide their 2019.210 statement.   Thus, Plaintiffs intend to supplement this interrogatory after a protective order has been entered in this case.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Lamego joined Apple in 2014 and shared some of Plaintiffs' trade secrets with Apple.   For example, Lamego disclosed or otherwise provided Plaintiffs' trade secrets to Apple in connection with preparing and filing some patent applications that later published after January 10, 2017.   Plaintiffs expect Apple will produce documents and other information that establishes when and how

-24-

Lamego disclosed or otherwise provided Plaintiffs' trade secrets to Apple while he was an Apple employee.

The Apple patents and patents applications that contained Plaintiffs' trade secrets, which published after January 10, 2017, indicate Lamego disclosed or otherwise provided trade secrets in those applications at least to others involved in preparing, reviewing, and filing those patents and applications. It also appears that Apple used Masimo and/or Cercacor's trade secrets in the Apple Watch Series 4 and later devices.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory. Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information. In particular, as discovery continues, Plaintiffs expect to supplement this response to identify documents that contain or otherwise reflect the trade secrets to which Lamego had access to while employed by Plaintiffs. Plaintiffs also expect they may provide additional information in accordance with the expert discovery deadlines set forth in the Court's scheduling order.

**INTERROGATORY NO. 9:**

For each date identified in response to Interrogatory No. 8, describe the circumstances of the disclosure, including the recipients and the means of disclosure.

**RESPONSE TO INTERROGATORY NO. 9:**

Plaintiffs incorporate their General Statement and Objections. Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity. Plaintiffs further object that this interrogatory seeks

-25-

highly confidential information belonging to Plaintiffs.  Plaintiffs further object to this interrogatory because it prematurely seeks information that would be relevant only to Plaintiffs' trade secret claims because the Court has stayed such discovery until Plaintiffs provide their 2019.210 statement.  Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs.  Plaintiffs intend to supplement this interrogatory after a protective order has been entered in this case.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs incorporate their response to Interrogatory No. 8, including any supplements, in full by reference.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory.  Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.  In particular, Plaintiffs expect they may provide additional information in accordance with the expert discovery deadlines set forth in the Court's scheduling order.

**INTERROGATORY NO. 10:**

For each alleged Trade Secret that You contend was misappropriated by Apple, state precisely how You contend that Apple acquired, has used, is using, plans to use, has disclosed, is disclosing, and/or plans to disclose, the alleged Trade Secret. To the extent Your response for any alleged Trade Secret(s) is that Apple has used, is using, or plans to use the alleged Trade Secret in an Apple product (e.g., the Accused Products), identify and describe how each such product in fact incorporates or uses the Trade Secret(s).

-26-

**RESPONSE TO INTERROGATORY NO. 10:**

Plaintiffs incorporate their General Statement and Objections.  Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity.  Plaintiffs further object to this interrogatory to the extent it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case.  Plaintiffs further object to this interrogatory as compound and contend that it should be counted as multiple interrogatories because it combines multiple requests for information into a single interrogatory.  Plaintiffs further object to this interrogatory because it prematurely seeks information that would be relevant only to Plaintiffs' trade secret claims because the Court has stayed such discovery until Plaintiffs provide their 2019.210 statement.  Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs.  Plaintiffs intend to supplement this interrogatory after a protective order has been entered in this case.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs incorporate their response to Interrogatory No. 8, including any supplements, in full by reference.

Documents and information regarding Apple's "plans to use" and "plans to disclose" Plaintiffs' trade secrets are likely in the exclusive possession, custody or control of Apple.  Plaintiffs expect Apple will produce documents and other information regarding Apple's past, present, and planned future misappropriation of Plaintiffs' trade secrets.  However, Apple has refused to even identify additional patent applications that may have been filed but not yet published, which could disclose additional Masimo trade secrets.

-27-

1   Discovery in this matter has only recently begun, the Court has not
2   entered a Protective Order, Apple has not yet filed an Answer or provided any
3   discovery, and Plaintiffs are continuing to investigate the subject matter of this
4   interrogatory.   Plaintiffs reserve the right to amend and/or supplement this
5   interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil
6   Procedure as they identify additional information.   In particular, Plaintiffs
7   expect they may provide additional information in accordance with the expert
8   discovery deadlines set forth in the Court's scheduling order.

9   **INTERROGATORY NO. 11:**

10   For each alleged Trade Secret that You contend was misappropriated by
11   Apple, identify all individuals, whether Your employees or independent
12   contractors or consultants, who at any time had access to the Trade Secret,
13   including the period of time over which the individuals had such access.

14   **RESPONSE TO INTERROGATORY NO. 11:**

15   Plaintiffs incorporate their General Statement and Objections.   Plaintiffs
16   object to this interrogatory to the extent it seeks information protected by the
17   attorney-client privilege, work product doctrine, or any other applicable
18   privilege or immunity.  Plaintiffs further object to this interrogatory to the extent
19   it seeks information that is not relevant to any party's claims or defenses nor
20   proportional to the needs of the case.   Plaintiffs further object to this
21   interrogatory because it prematurely seeks information that would be relevant
22   only to Plaintiffs' trade secret claims because the Court has stayed such
23   discovery until Plaintiffs provide their 2019.210 statement.   Plaintiffs further
24   object that this interrogatory seeks highly confidential information belonging to
25   Plaintiffs.   Plaintiffs intend to supplement this interrogatory after a protective
26   order has been entered in this case.

27   Subject to and without waiving the foregoing objections, Plaintiffs
28   respond as follows:

-28-

Plaintiffs incorporate their response to Interrogatory Nos. 7-10, including any supplements, in full by reference.  At least the following individuals had access to some aspects of Plaintiffs' trade secrets: Joe Kiani, Mohammed Diab, Ammar Al-Ali, Walter Weber, Bilal Muhsin, Kevin Pauley, Marcelo Lamego, Michael O'Reilly, and some prior employees of Plaintiffs who are or were employed by Apple after leaving Plaintiffs.  All such individuals were and have a duty to maintain the information as secret.

Plaintiffs further respond that Plaintiffs' trade secrets need only have been the subject of efforts that are reasonable under the circumstances to maintain their secrecy.  Plaintiffs' policies and practices were more than sufficient to establish that Plaintiffs' trade secrets were the subject of efforts that were reasonable under the circumstances to maintain their secrecy.  Compiling information regarding every example of how Plaintiffs' policies were implemented is neither relevant nor proportional to the needs of this case. Plaintiffs expect Apple will produce documents and other information that establishes the individuals employed by Apple to whom Lamego disclosed or otherwise provided Plaintiffs' trade secrets while he was an Apple employee. The Apple patents and patent applications that contained Plaintiffs' trade secrets, which published after January 10, 2017, indicate Lamego disclosed or otherwise provided trade secrets in those applications to at least the other named inventors of those patents and applications.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory.  Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.  In particular, Plaintiffs expect they may provide additional information in accordance with the expert

-29-

1   discovery deadlines set forth in the Court's scheduling order.

2   **INTERROGATORY NO. 12:**

3   Identify all third parties to whom Your alleged Trade Secrets have ever
4   been disclosed, including the circumstances under which each alleged Trade
5   Secret was disclosed to them.

6   **RESPONSE TO INTERROGATORY NO. 12:**

7   Plaintiffs incorporate their General Statement and Objections.  Plaintiffs
8   object to this interrogatory to the extent it seeks information protected by the
9   attorney-client privilege, work product doctrine, or any other applicable
10  privilege or immunity.  Plaintiffs further object to this interrogatory to the extent
11  it seeks information that is not relevant to any party's claims or defenses nor
12  proportional to the needs of the case.   Plaintiffs further object to this
13  interrogatory because it prematurely seeks information that would be relevant
14  only to Plaintiffs' trade secret claims because the Court has stayed such
15  discovery until Plaintiffs provide their 2019.210 statement.  Plaintiffs further
16  object that this interrogatory seeks highly confidential information belonging to
17  Plaintiffs.  Plaintiffs intend to supplement this interrogatory after a protective
18  order has been entered in this case.

19  Subject to and without waiving the foregoing objections, Plaintiffs
20  respond as follows:

21  Plaintiffs incorporate their response to Interrogatory Nos. 7-11, including
22  any supplements, in full by reference.  Other than as a result of the wrongdoing
23  of Apple and Lamego, Plaintiffs are not currently aware of any third parties that
24  have had access to Plaintiffs' asserted trade secrets, or who could identify what
25  has been disclosed, is a Masimo trade secret.  To the extent Plaintiffs disclosed
26  any of the alleged trade secrets to others, Plaintiffs standard practice and
27  procedure was to disclose the information only if the third party had a duty to
28  maintain the information as secret, for example, as a result of a non-disclosure

-30-

1    or other confidentiality agreement.

2         Discovery in this matter has only recently begun, the Court has not

3    entered a Protective Order, Apple has not yet filed an Answer or provided any

4    discovery, and Plaintiffs are continuing to investigate the subject matter of this

5    interrogatory.   Plaintiffs reserve the right to amend and/or supplement this

6    interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil

7    Procedure as they identify additional information.   In particular, Plaintiffs

8    expect they may provide additional information in accordance with the expert

9    discovery deadlines set forth in the Court's scheduling order.

10   **INTERROGATORY NO. 13:**

11        For each alleged Trade Secret that You contend was misappropriated by

12   Apple, identify and describe in detail how You were harmed by the alleged

13   misappropriation.

14   **RESPONSE TO INTERROGATORY NO. 13:**

15        Plaintiffs incorporate their General Statement and Objections.   Plaintiffs

16   object to this interrogatory to the extent it seeks information protected by the

17   attorney-client privilege, work product doctrine, or any other applicable

18   privilege or immunity.  Plaintiffs object to this interrogatory on the grounds that

19   it is a contention interrogatory propounded at an early stage of the proceedings

20   when Plaintiffs have not yet had an opportunity to conduct meaningful

21   discovery.  *See McCormick-Morgan, Inc. v. Teledyne Indus., Inc.*, 134 F.R.D.

22   275, 287 (N.D. Cal. 1991) (contention interrogatories in complex patent action

23   properly answered at the close of substantive discovery); *see also In re*

24   *Convergent Techs. Securities Litigation*, 108 F.R.D. 328 (N.D. Cal. 1985).

25   Plaintiffs further object to this request as premature to the extent that it calls for

26   expert opinions in advance of the deadlines set forth in the Court's scheduling

27   order.  Plaintiffs further object to this interrogatory because it prematurely seeks

28   information that would be relevant only to Plaintiffs' trade secret claims because

-31-

the Court has stayed such discovery until Plaintiffs provide their 2019.210 statement.  Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs.  Plaintiffs intend to supplement this interrogatory after a protective order has been entered in this case.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs' trade secrets derive actual and potential independent economic value from not being generally known and giving Plaintiffs an actual and potential business advantage over others who do not know the information and who could obtain economic value from its disclosure or use.  Apple's misappropriation has deprived Plaintiffs of that actual and potential value.  By wrongfully obtaining access to and using Plaintiffs' trade secrets, Apple deprived Plaintiffs of the business advantage Plaintiffs have over others, as well as misappropriated to Apple a business advantage over others that should exclusively belong to Plaintiffs.

Apple has improperly and unjustly benefitted from its misappropriation through head start, avoided development costs, increased sales, increased convoyed sales, increased revenue, increased brand and product recognition, and avoided licensing fees.

The harm Plaintiffs have suffered from Apple's trade secret misappropriation includes: Apple's disclosure of Plaintiffs' trade secrets in some of Apple's patents and patent applications, which published after January 10, 2017; Apple's use of Plaintiffs' trade secrets to file those patents and patent applications; Apple's use of Plaintiffs' trade secrets to obtain those patents and patent applications and cast a cloud on Plaintiffs' ongoing ability to continue to exploit their trade secrets; Plaintiffs' having to compete against products that were developed using and which incorporate Plaintiffs' trade secrets; Plaintiffs' having to compete against products that were developed as a result of the head

-32-

start Plaintiffs' trade secrets provided; Plaintiffs' lost sales, lost convoyed sales, and other lost revenue; Plaintiffs' lost licensing revenue; Plaintiffs' lost research and collaboration opportunities; and Plaintiffs' lost investment value and lost business value.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory. Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information. In particular, Plaintiffs expect they may provide additional information in accordance with the expert discovery deadlines set forth in the Court's scheduling order.

**INTERROGATORY NO. 14:**

Identify and describe in detail any assessments and/or valuations of the Asserted Patents and/or any Related Patents and Applications, performed by You or for You, in Your possession, or of which You have knowledge, including, without limitation, any assessments and/or valuations performed in connection with any acquisition of, licensing of, or transfer of any rights in the Asserted Patents and/or any Related Patents and Applications, any consideration paid for or pricing associated with the acquisition of, licensing of, or transfer of any rights in the Asserted Patents and/or any Related Patents and Applications, or any assessments and/or valuations performed or discussed concerning any products involving the Asserted Technologies, whether such products are Yours or those of third parties, including, without limitation, identifying and describing in detail all Documents and Communications relating to such assessments and/or valuations and identifying the three (3) Persons most knowledgeable about any such assessments and/or valuations.

-33-

**RESPONSE TO INTERROGATORY NO. 14:**

Plaintiffs incorporate their General Statement and Objections.  Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity.  Plaintiffs further object to this interrogatory to the extent it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case.  Plaintiffs further object to this interrogatory as compound and contend that it should be counted as multiple interrogatories because it combines multiple requests for information into a single interrogatory.  Plaintiffs further object that this interrogatory is vague and ambiguous because it is unclear what Apple means by the phrases "consideration paid for or pricing associated with the acquisition of, licensing of, or transfer of any rights" in certain patents, and "assessments and/or valuations performed or discussed concerning any products involving" certain technologies.  Plaintiffs further object that this interrogatory seeks highly confidential information belonging to Plaintiffs.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Plaintiffs are not presently aware of any non-privileged assessments or valuations of the patents Plaintiffs are asserting against Apple in this litigation.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory.  Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.

**INTERROGATORY NO. 15:**

State whether any assessment, investigation, or prior art search

-34-

concerning the validity, invalidity, enforceability, or unenforceability of the Asserted Patents, their foreign counterparts, and/or any Related Patents and Applications has been performed by You or for You, is in Your possession, or of which You have knowledge, and identify and describe in detail all Documents and Communications, including without limitation, Prior Art, ever known or identified by or to You, the named inventors of any of the Asserted Patents, or any Person substantively involved in the prosecution of any of the Asserted Patents, their foreign counterparts, and/or any Related Patents and Applications (including any attorney or patent agent having such involvement), as being relevant to or evidence of the validity, invalidity, enforceability, or unenforceability of any of the Asserted Patents, their foreign counterparts, any Related Patents and Applications, or any other patent listing one or more named inventors on the cover as an inventor, including English language translations thereof, including any invalidity contentions served on You in any other actions or proceedings involving the any of the Asserted Patents, their foreign counterparts, and/or any Related Patents and Applications before any tribunal or agency, including, without limitation, in *Masimo et al. v. True Wearables, Inc. et al.*, Civil Action No. 8:18-CV-02001 (C.D. Cal.), commenced November 8, 2018.

**RESPONSE TO INTERROGATORY NO. 15:**

Plaintiffs incorporate their General Statement and Objections. Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity. Plaintiffs further object to this interrogatory to the extent it seeks information that is not relevant to any party's claims or defenses nor proportional to the needs of the case. Plaintiffs further object to this interrogatory as compound and contend that it should be counted as multiple interrogatories because it combines multiple requests for information into a

-35-

single interrogatory.

Subject to and without waiving the foregoing objections, Plaintiffs respond as follows:

Each individual associated with the filing and prosecution of the patents Plaintiffs are asserting against Apple in this litigation disclosed to the Patent Office all information known to that individual to be material to patentability. That information is set forth in the prosecution file history of each patent and is believed to be set forth on the face of each patent. Pursuant to Fed. R. Civ. P. 33(d), Plaintiffs will produce any additional references alleged to be prior art to the patents Plaintiffs are asserting against Apple in this litigation, and any invalidity contentions regarding the patents Plaintiffs are asserting against Apple in this litigation, that were produced in prior litigation.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory. Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.

**INTERROGATORY NO. 16:**

State all facts and identify and describe in detail all Documents supporting any contention by You that the Asserted Technologies are the basis for, contribute to, or drive consumer demand for any product which Plaintiffs allege competes with the Accused Products.

**RESPONSE TO INTERROGATORY NO. 16:**

Plaintiffs incorporate their General Statement and Objections. Plaintiffs object to this interrogatory to the extent it seeks information protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity. Plaintiffs further object to this interrogatory to the extent

-36-

1   it seeks information that is not relevant to any party's claims or defenses nor

2   proportional to the needs of the case.  Plaintiffs object to this interrogatory on

3   the grounds that it is a contention interrogatory propounded at an early stage of

4   the proceedings when Plaintiffs have not yet had an opportunity to conduct

5   meaningful discovery.  *See McCormick-Morgan, Inc. v. Teledyne Indus., Inc.*,

6   134 F.R.D. 275, 287 (N.D. Cal. 1991) (contention interrogatories in complex

7   patent action properly answered at the close of substantive discovery); *see also*

8   *In re Convergent Techs. Securities Litigation*, 108 F.R.D. 328 (N.D. Cal. 1985).

9   Plaintiffs further object that this interrogatory seeks highly confidential

10  information belonging to Plaintiffs.  Plaintiffs further object to this interrogatory

11  as premature to the extent it calls for expert opinions in advance of the deadlines

12  set forth in the Court's scheduling order.

13       Subject to and without waiving the foregoing objections, Plaintiffs

14  respond as follows:

15       Masimo's monitoring products practice U.S. Patent Nos. 8,457,703 and

16  10,433,776.

17       Plaintiffs' investigation into this issue continues.

18       Discovery in this matter has only recently begun, the Court has not

19  entered a Protective Order, Apple has not yet filed an Answer or provided any

20  discovery, and Plaintiffs are continuing to investigate the subject matter of this

21  interrogatory.  Plaintiffs reserve the right to amend and/or supplement this

22  interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil

23  Procedure as they identify additional information.  In particular, Plaintiffs

24  expect they may provide additional information in accordance with the expert

25  discovery deadlines set forth in the Court's scheduling order.

26  **INTERROGATORY NO. 17:**

27       State in detail all factual and legal bases for Your contention that You are

28  entitled to any relief in this case, including but not limited to, monetary damages

<div align="center">-37-</div>

1  and injunctive relief, including, without limitation, identifying and describing in

2  detail all Documents and Communications relating to such contention and

3  identifying all individuals having information about such contention.

4  **RESPONSE TO INTERROGATORY NO. 17:**

5      Plaintiffs incorporate their General Statement and Objections.  Plaintiffs

6  object to this interrogatory to the extent it seeks information protected by the

7  attorney-client privilege, work product doctrine, or any other applicable

8  privilege or immunity.  Plaintiffs further object to this interrogatory to the extent

9  it seeks information that is not relevant to any party's claims or defenses nor

10  proportional to the needs of the case.   Plaintiffs further object to this

11  interrogatory as compound and contend that it should be counted as multiple

12  interrogatories because it combines multiple requests for information into a

13  single interrogatory.  Plaintiffs object to this interrogatory on the grounds that it

14  is a contention interrogatory propounded at an early stage of the proceedings

15  when Plaintiffs have not yet had an opportunity to conduct meaningful

16  discovery.  *See McCormick-Morgan, Inc. v. Teledyne Indus., Inc.*, 134 F.R.D.

17  275, 287 (N.D. Cal. 1991) (contention interrogatories in complex patent action

18  properly answered at the close of substantive discovery); *see also In re*

19  *Convergent Techs. Securities Litigation*, 108 F.R.D. 328 (N.D. Cal. 1985).

20  Plaintiffs further object that this interrogatory seeks highly confidential

21  information belonging to Plaintiffs.  Plaintiffs further object to this interrogatory

22  as premature to the extent it calls for expert opinions in advance of the deadlines

23  set forth in the Court's scheduling order.

24      Subject to and without waiving the foregoing objections, Plaintiffs

25  respond as follows:

26      Plaintiffs seek restitution, disgorgement, lost profits, price erosion, and/or

27  reasonable royalties, compensatory damages, punitive damages, and/or

28  exemplary damages.  Plaintiffs also seek their reasonable attorneys' fees, costs,

-38-

1   and interest.   Plaintiffs are also seeking equitable relief in the form of an
2   injunction against further misappropriation and infringement.

3        Plaintiffs are entitled to compensatory damages for their actual loss from
4   Apple's trade secret misappropriation.   Plaintiffs suffered lost profits, loss of
5   investment value of the trade secrets, and loss of business value.

6        Plaintiffs are also entitled to compensatory damages based on Apple's
7   unjust enrichment.   Apple generated profits due to the use of Plaintiffs' trade
8   secrets.   Apple filed some patent applications and obtained patents, which
9   published after January 10, 2017, due to the use and disclosure of some of
10  Plaintiffs' trade secrets.   Apple also unjustly benefited from the saved cost of
11  development and a head start period based on Apple's misappropriation of
12  Plaintiffs' trade secrets.

13       Masimo lost sales and would have sold additional products but for
14  Apple's trade secret misappropriation and sales of infringing products.   *See*
15  *generally Rite-Hite Corp. v. Kelley Co., Inc.*, 56 F.3d 1538 (Fed. Cir. 1995) (*en*
16  *banc*).   Masimo also made sales at lower prices than Masimo would have but for
17  Apple's trade secret misappropriation and sales of infringing products.   The
18  pulse oximetry sensors, cables, and other accessories that Masimo would have
19  sold over the life of the Masimo monitor products that it would have sold are
20  convoyed sales in that they function together to achieve the desired result, and
21  are considered components of a single assembly or parts of a complete machine,
22  and Masimo would have made sales of these components over the life Masimo's
23  monitor products.   *See generally Juicy Whip, Inc. v. Orange Bang, Inc. 382 F.3d*
24  *1367* (Fed. Cir. 2004).

25       Plaintiffs are not aware of any acceptable and available non-infringing
26  alternatives.   To the extent any acceptable and available non-infringing
27  alternatives existed, Masimo would still be entitled to lost profits based on
28  Masimo's share of the market.   *See State Industries, Inc. v. Mor-Flo Industries,*

-39-

*Inc.*, 883 F.2d 1573 (Fed. Cir. 1989).  Masimo had the manufacturing and marketing capability to make additional sales because Masimo could easily have met the market demand.  Plaintiffs' claim for lost profits set forth above is based generally on 35 U.S.C. § 284; *Rite-Hite Corp.*; *Panduit Corp. v. Stahlin Bros. Fibre Works, Inc.*, 575 F.2d 1152 (6th Cir. 1978) and its progeny.

In the alternative, Plaintiffs would be entitled to damages in an amount not less than a reasonable royalty for Apple's use and disclosure of Plaintiffs' trade secrets and for Apple's sales of infringing products.  *See* 35 U.S.C. § 284.  Plaintiffs have not yet determined what a reasonable royalty rate would have been.

Discovery in this matter has only recently begun, the Court has not entered a Protective Order, Apple has not yet filed an Answer or provided any discovery, and Plaintiffs are continuing to investigate the subject matter of this interrogatory.  Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.  In particular, Plaintiffs expect they may provide additional information in accordance with the expert discovery deadlines set forth in the Court's scheduling order.


KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  May 14, 2020        By: */s/*  Perry D. Oldham
                                    Joseph R. Re
                                    Stephen C. Jensen
                                    Perry D. Oldham
                                    Stephen W. Larson

                                    Attorneys for Plaintiffs,
                                    Masimo Corporation and
                                    Cercacor Laboratories, Inc.

-40-

**PROOF OF SERVICE**

I am a citizen of the United States of America and I am employed in Irvine, California.  I am over the age of 18 and not a party to the within action.

On May 14, 2020, I served the within **PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S RESPONSES TO APPLE'S FIRST SET OF INTERROGATORIES (NOS. 1-17)** on the parties or their counsel shown at the email addresses shown below:

GIBSON, DUNN & CRUTCHER LLP

Joshua H. Lerner
JLerner@gibsondunn.com

H. Mark Lyon,
MLyon@gibsondunn.com

Brian M. Buroker
BBuroker@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on May 14, 2020, at Irvine, California.


_____*/s/*  Perry D. Oldham_____
Perry D. Oldham

32648803

-41-

# Exhibit C

Exhibit C
Page 67

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Ilissa Samplin
Direct: +1 213.229.7354
Fax: +1 213.229.6354
ISamplin@gibsondunn.com

May 26, 2020

<u>VIA E-MAIL</u>

Perry Oldham
Knobbe, Martens, Olen & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Perry.Oldham@Knobbe.com

Re:     *Masimo v. Apple* – Plaintiffs' Responses to Apple's First Set of Interrogatories

Dear Perry:

I write pursuant to Local Rule 37-1 regarding several deficiencies in Plaintiffs' Responses to Apple's First Set of Interrogatories (the "Interrogatories"). Please note that Apple's review of Plaintiffs' Responses to the Interrogatories is ongoing, and the issues discussed below are not exhaustive. Apple reserves the right to raise additional issues with respect to Plaintiffs' Responses to the Interrogatories in the future.

***Interrogatory No. 1:*** Interrogatory No. 1 requests that Plaintiffs "[i]dentify by name and title at least five people at Masimo and at least five people at Cercacor having the most knowledge about or responsibility for Masimo's products and Cercacor's products." In response, Plaintiffs objected to the Interrogatory as "vague, ambiguous, or unintelligible, particularly to the extent it purports to ask Plaintiffs to identify at least five persons 'having the most knowledge about or responsibility for' a variety of topics." Plaintiffs' professed confusion about how they could identify who might have the "most" knowledge of or responsibility for a topic is at the very least disingenuous given that Plaintiffs' Interrogatory No. 1 to Apple requests that Apple likewise identify individuals "who are most knowledgeable" about a range of topics. Surely Plaintiffs believe it is possible to answer Apple's Interrogatory No. 1, or else their mirror-image Interrogatory to Apple was not propounded in good faith. Plaintiffs identified seven individuals who "may have knowledge about one or more of the cited topics," but did not include those individuals' titles or identify whether they worked for Masimo or Cercacor. Please confirm that Plaintiffs will amend their response to Interrogatory No. 1 to include the requested information and to identify for each individual the responsive products for which the individual has knowledge or responsibility.

Exhibit C
Page 68

**GIBSON DUNN**

Perry Oldham
May 26, 2020
Page 2

***Interrogatory No. 2:***  Interrogatory No. 2 requests that Plaintiffs "[s]eparately for each Asserted Claim of each Asserted Patent that Plaintiffs contend Apple has infringed or is infringing, describe in detail all facts relevant to the alleged priority date for that claim." Plaintiffs presently refuse to answer this Interrogatory on the grounds that "[e]ach asserted patent is entitled to a presumption of validity" and Apple is not due to disclose any invalidity contentions until September 7, 2020.  Plaintiffs' refusal to answer is improper.  Inventorship, conception, diligence, reduction to practice, and priority date is all information Plaintiffs should provide regardless of Apple's invalidity theories.  Apple is entitled to know the earliest priority date Plaintiffs are asserting.  Apple needs to know this information to prepare its invalidity contentions.  Please confirm that Plaintiffs will amend their response to Interrogatory No. 2 to include the requested information.

***Interrogatory No. 5:***  Interrogatory No. 5 requests that Plaintiffs, "[f]or each of the Apple Patents and for each of the Apple Applications, identify in detail all facts relating to Plaintiffs' contention that any subject matter of such Apple Patent and/or Apple Application was developed by Marcelo Lamego while working for Plaintiffs and/or was otherwise developed at Masimo, Cercacor, or Plaintiffs."  In response, Plaintiffs provide a laundry list of claim elements that appear in one of the Apple Patents, and assert, in conclusory fashion, that Marcelo Lamego must have gotten the information from Masimo or Cercacor.  The response is based on speculation and insinuation and short on facts.  Please confirm that Plaintiffs will amend their response to Interrogatory No. 5 to identify what facts they have to support Plaintiffs' contentions and the specific elements Lamego allegedly obtained from Plaintiffs.

***Interrogatory Nos. 6-13:***  Plaintiffs responded to all of Apple's Interrogatories concerning Plaintiffs' alleged Trade Secrets by stating that the Interrogatories are "premature" because they "seek[] information that would be relevant only to Plaintiffs' trade secret claims because the Court has stayed such discovery until Plaintiffs provide their 2019.210 statement." Plaintiffs also asserted that "[m]aintaining such interrogatories is a violation of the Court's April 17, 2020, order."  At this point, Plaintiffs' objections are made in bad faith.  At the very least, they are nonsensical.  As I previously explained in my May 11 letter to you, Section 2019.210 pertains only to the commencement of discovery by the party alleging misappropriation.  *See* Cal. Civ. Code Proc. § 2019.210 ("before commencing discovery relating to the trade secret, *the party alleging misappropriation* shall identify the trade secret with reasonable particularity") (emphasis added).  Accordingly, while Plaintiffs' trade secret discovery to Apple has been stayed, Apple's discovery regarding Plaintiffs' trade secret allegations has not.  Plaintiffs' refusal to provide detailed information about its alleged trade secrets in response to Apple's Interrogatories only perpetuates the problem and the need for a stay of Plaintiffs' trade secret discovery to Apple.  Indeed, the information Plaintiffs provided in their responses to Interrogatories Nos. 6-13 is so high level as to be meaningless:

Exhibit C
Page 69

**GIBSON DUNN**

Perry Oldham
May 26, 2020
Page 3

It does not enable Apple to even begin to evaluate its defenses against the trade secret claim.
Please confirm that Plaintiffs will amend their responses to Interrogatory Nos. 6 through 13
to provide the requested information with respect to each of Plaintiffs' alleged trade secrets.
Consistent with Apple's agreement to limit the scope of RFP No. 69, Apple agrees to limit
Interrogatory No. 6 so as not to request that Plaintiffs identify "the nature and level of
involvement of each such Person."

With respect to the foregoing Interrogatories, we are at an impasse.  The same issue arose
with respect to Apple's trade secret-related RFPs, and Plaintiffs refused to budge for the
same reasons Plaintiffs set forth in response to Apple's trade secret-related Interrogatories.
Please let us know immediately if you disagree and instead intend to provide information
responsive to each of these Interrogatories in short order.  If Plaintiffs are maintaining their
position that there is a stay in place preventing Apple's discovery of this trade secret-related
information from Plaintiffs, as Plaintiffs did with respect to Apple's trade secret-related
RFPs, there is no reason to drag this out (other than intentional delay on Plaintiffs' part).

***Interrogatory No. 14:***  Interrogatory No. 14 requests that Plaintiffs "[i]dentify and describe
in detail any assessments and/or valuations of the Asserted Patents and/or any Related
Patents and Applications."  In response, Plaintiffs stated that they "are not presently aware of
any non-privileged assessments or valuations of the patents Plaintiffs are asserting against
Apple in this litigation."  Please confirm that Plaintiffs will amend their response to
Interrogatory No. 14 to identify whether they are withholding any identification of valuations
(as distinct from assessments) of the Asserted Patents on the grounds of privilege, and, if so,
to state their purported basis for asserting privilege over such valuations.

***Interrogatory No. 16:***  Interrogatory No. 16 requests that Plaintiffs "[s]tate all facts and
identify and describe in detail all Documents supporting any contention by You that the
Asserted Technologies are the basis for, contribute to, or drive consumer demand for any
product which Plaintiffs allege competes with the Accused Products."  Plaintiffs stated only
that "Masimo's monitoring products practice U.S. Patent Nos. 8,457,703 and 10,433,776."
Even though it is early in the case, this response is plainly insufficient given the number of
monitoring products Plaintiffs make.  Please confirm that Plaintiffs will amend their response
to Interrogatory No. 16 to identify which of Plaintiffs' monitoring products practice which
patents and explain whether and how the patented features drive demand, if at all, for those
products.

***Interrogatory No. 17:***  Interrogatory No. 17 requests that Plaintiffs "[s]tate in detail all
factual and legal bases for Your contention that You are entitled to any relief in this case,
including but not limited to, monetary damages and injunctive relief."  Plaintiffs' response
identifies the legal bases for Plaintiffs' contentions, but provides few facts.  Please confirm

Exhibit C
Page 70

# GIBSON DUNN

Perry Oldham
May 26, 2020
Page 4

that Plaintiffs will amend their response to Interrogatory No. 17 to identify the products for which they allegedly lost sales and the products for which they allegedly had to reduce their pricing, to support Plaintiffs' price erosion theory. In addition, please confirm that Plaintiffs will amend their response to Interrogatory No. 17 to provide the factual basis for each of the alleged categories of trade secret damages. Finally, Plaintiffs stated that, "[t]o the extent any acceptable and available non-infringing alternatives existed, Masimo would still be entitled to lost profits based on Masimo's share of the market." Please confirm that Plaintiffs will amend their response to Interrogatory No. 17 to identify what they consider "the market" to be.

*     *     *

Apple is available to meet and confer about these issues this week. Please confirm as soon as possible whether Plaintiffs are available for a telephonic meet and confer on Thursday, May 28 between 10 am and 1 pm or 2:30 and 4:30 pm, or on Friday, May 29 between 1 and 4:30 pm. If not, please provide alternative options.

Sincerely,

Ilissa Samplin

cc: all counsel of record (via e-mail)

Exhibit C
Page 71

# Exhibit D

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Ilissa Samplin
Direct: +1 213.229.7354
Fax: +1 213.229.6354
ISamplin@gibsondunn.com

June 6, 2020

<u>VIA E-MAIL</u>

Mark Kachner
Knobbe, Martens, Olson & Bear, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Mark.Kachner@knobbe.com

Re**:**   <u>*Masimo Corp. and Cercacor Laboratories, Inc. v. Apple Inc.*</u>, Case No. 8:20-cv-
      <u>00048-JVS (JDEx) (C.D. Cal.)</u>

Dear Mark**:**

I write as a follow-up to the parties' meet and confer call on June 3, 2020 about Apple's May
26, 2020 letter regarding Plaintiffs' Responses to Apple's First Set of Interrogatories (1-17).
During the meet and confer, Apple raised certain issues Plaintiffs agreed to consider and
revisit.  This letter confirms our discussions.

**Apple's Interrogatory No. 1:**  First, Apple questioned Plaintiffs' objection that the
Interrogatory is "vague, ambiguous, or unintelligible."  Plaintiffs confirmed that they were
not withholding information based on that objection.  Second, Apple explained that
Plaintiffs' response did not sufficiently provide the information sought by the Interrogatory
because it did not identify titles for the individuals that were identified and it was not clear
which individuals were being identified as knowledgeable about Masimo's products versus
Cercacor's products.  Plaintiffs responded that they would amend their response and provide
titles and an identification of the subject area about which each identified individual is
knowledgeable.  Apple will further assess Plaintiffs' response once the amended response is
provided.

**Apple's Interrogatory No. 2:**  Apple indicated that this Interrogatory seeks information
necessary for Apple to assess Plaintiffs' inventorship and priority claims, and that Plaintiffs'
refusal to provide the information prejudices Apple's ability to prepare its invalidity
contentions and otherwise prepare its defenses in this case.  Plaintiffs responded that they are
willing to provide the earliest priority date for each claim of the Asserted Patents in
Plaintiffs' First Amended Complaint and will report back to Apple as to whether they are
willing to provide the remainder of the information sought by the Interrogatory.  Plaintiffs

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.

Exhibit D
Page 73

**GIBSON DUNN**

Mark Kachner
June 6, 2020
Page 2

also confirmed that they would amend their response to this Interrogatory shortly after
serving their Infringement Contentions so that Apple has sufficient time to consider
Plaintiffs' response before preparing its invalidity contentions.

**Apple's Interrogatory No. 5:**  Plaintiffs agreed to supplement their response to this
Interrogatory after entry of a Protective Order.  Apple will further assess Plaintiffs' response
once the amended response is provided.

**Apple's Interrogatory Nos. 6-13:**  Plaintiffs confirmed that they will provide the
information sought by these Interrogatories after entry of a Protective Order, and that they
are not withholding information responsive to these Interrogatories based on their bilateral
interpretation of the stay imposed by Judge Selna (Dkt. 37).  Likewise, Plaintiffs confirmed
that the absence of a Protective Order is the only reason they have yet to respond to these
Interrogatories in full.  Apple again asked Plaintiffs to provide a timeline for how long after
entry of a Protective Order Plaintiffs will provide the trade secret-related information they
have been withholding—including amended responses to these Interrogatories, a Section
2019.210 statement, and documents.  Plaintiffs were unable to provide a specific timeline
during the call, but agreed to discuss internally and revert to Apple with the information
requested.  Please provide this information as soon as possible.

Plaintiffs further confirmed that when they amend their responses to these Interrogatories,
they will do so with specificity for each purported trade secret they allege has been
misappropriated.  Apple will further assess the sufficiency of Plaintiffs' responses at that
time.

With respect to **Apple's Interrogatory No. 11** in particular, Apple asked for clarification
about the "[a]t least the following individuals had access" language.  Plaintiffs responded
that this language was used for two reasons:  (1) because Plaintiffs may learn about
additional responsive individuals during the discovery process, and (2) because Plaintiffs are
withholding certain responsive information pending entry of a Protective Order.  With
respect to (2), Apple explained that the identities of the individuals sought by this
Interrogatory is not confidential information that would be impacted by a Protective Order.
Plaintiffs agreed to look into this further, and to amend to provide any additional information
they are currently aware of but are withholding—or otherwise provide authority for
continuing to withhold known, responsive information pending entry of a Protective Order.
We look forward to receiving Plaintiffs' response.

With respect to **Apple's Interrogatory No. 12**, Apple inquired about the following language
in Plaintiffs' response:  "Plaintiffs expect they may provide additional information in
accordance with the expert discovery deadlines set forth in the Court's scheduling order."
Apple requested that Plaintiffs explain how expert discovery could possibly provide the

**GIBSON DUNN**

Mark Kachner
June 6, 2020
Page 3

information sought by Interrogatory No. 12, namely the identities of "all third parties to whom Your alleged Trade Secrets have ever been disclosed." Plaintiffs did not have a response to Apple's question during the meet and confer, and agreed to reconsider their response accordingly. We look forward to Plaintiffs' response.

**Apple's Interrogatory No. 14:** Apple asked Plaintiffs to confirm that they were not withholding any assessments or evaluations on the grounds of privilege. Plaintiffs stated that they were not aware of any such information being withheld and that if there were, they would be logged on the privilege log. I can confirm that this is acceptable to Apple.

Apple further asked whether Plaintiffs were refusing to provide information regarding any valuations or assessments of patents/applications related to the Asserted Patents. Plaintiffs confirmed that they were not willing to provide such information, as it is their position that such information is not relevant. Apple disagrees with Plaintiffs' position; indeed, valuations or assessments of related patents/applications are highly relevant to the value of the Asserted Patents. Please let us know if you are willing to reconsider your position on this Interrogatory, or if the parties are at an impasse.

**Apple's Interrogatory No. 16:** Apple indicated that Plaintiffs' response to this Interrogatory was insufficient because it does not indicate what products allegedly practice the '703 and '776 Patents or explain how the patented features allegedly drive demand for those products. Apple explained that such information was relevant to Plaintiffs' damages theories; indeed, Plaintiffs' refusal to provide such information prejudices Apple's ability to prepare its damages case. Plaintiffs agreed to supplement their response to specifically identify the products and agreed to provide the remainder of the information sought by the Interrogatory after entry of a Protective Order. Apple will further assess Plaintiffs' response once the amended response is provided.

**Apple's Interrogatory No. 17:** Plaintiffs agreed to supplement their response to this Interrogatory after entry of a Protective Order. Apple will further assess Plaintiffs' amended response on receipt.

<p align="center">*     *     *</p>

We look forward to receiving Plaintiffs' amended Interrogatory responses, as discussed above, as well as Plaintiffs' responses on the various points to which your team agreed to conduct follow-up—including, in particular, Plaintiffs' timeline for serving amended Interrogatory responses after entry of a Protective Order. Apple continues to reserve all rights, including without limitation its right to challenge additional aspects of Plaintiffs' Interrogatory responses that are not enumerated in this letter.

**GIBSON DUNN**

Mark Kachner
June 6, 2020
Page 4


Sincerely,

Ilissa Samplin


cc:  all counsel of record (via e-mail)

# Exhibit E

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

# Exhibit F

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.:  415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.:  650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel.: 202.955.8541 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DEFENDANT APPLE INC.'S THIRD SET OF INTERROGATORIES TO PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC. (NO. 23)** <br><br> Hon. James V. Selna <br><br> Magistrate Judge John D. Early |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant Apple Inc.("Apple") hereby requests that Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Plaintiffs") answer the following interrogatories separately, fully, in writing, and under oath within thirty (30) days of service, in the manner required by Federal Rules of Civil Procedure and in accordance with the definitions and instructions below.

## I.   DEFINITIONS

Notwithstanding any definition set forth below, each word, term, or phrase used in these interrogatories is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Central District of California.  In these interrogatories, the following terms are to be given their ascribed definitions.

1.   The term **"Action"** refers to *Masimo Corporation et al. v. Apple Inc.*, Civil Action No. 8:20-cv-00048-JVS (JDEx), commenced on January 9, 2020.

2.   The term **"Complaint"** refers to the current operative complaint in the Action.

3.   The term **"Masimo"** refers to Masimo Corporation and its officers, directors, current and former employees, counsel, agents, consultants, representatives, and any other Persons acting on behalf of any of the foregoing, and Masimo Corporation's affiliates, parents, divisions, joint ventures, licensees, franchisees, assigns, predecessors and successors in interest, and any other legal entities, whether foreign or domestic, that are owned, partially owned, or controlled by Masimo Corporation.

4.   The term **"Cercacor"** refers to Cercacor Laboratories, Inc. and its officers, directors, current and former employees, counsel, agents, consultants, representatives, and any other Persons acting on behalf of any of the foregoing, and Cercacor Laboratories, Inc.'s affiliates, parents, divisions, joint ventures, licensees, franchisees, assigns, predecessors and successors in interest, and any other legal

1

1  entities, whether foreign or domestic, that are owned, partially owned, or controlled

2  by Cercacor Laboratories, Inc.

3      5.      The terms **"You," "Your,"** or **"Plaintiffs,"** refer to Masimo and

4  Cercacor, jointly or individually.

5      6.      The terms "**Defendant**" or "**Apple**" refer to Apple Inc.

6      7.      The term **"the '265 patent"** refers to U.S. Patent No. 10,258,265.

7      8.      The term **"the '628 patent"** refers to U.S. Patent No. 10,292,628.

8      9.      The term **"the '553 patent"** refers to U.S. Patent No. 10,588,553.

9      10.      The term **"the '554 patent"** refers to U.S. Patent No. 10,588,554.

10      11.      The term **"the '564 patent"** refers to U.S. Patent No. 10,624,564,

11      12.      The term **"the '765 patent"** refers to U.S. Patent No. 10,631,765,

12      13.      The term **"the '194 patent"** refers to U.S. Patent No. 10,702,194,

13      14.      The term **"the '195 patent"** refers to U.S. Patent No. 10,702,195,

14      15.      The term **"the '366 patent"** refers to U.S. Patent No. 10,709,366,

15      16.      The term **"the '994 patent"** refers to U.S. Patent No. 6,771,994.

16      17.      The term **"the '703 patent"** refers to U.S. Patent No. 8,457,703.

17      18.      The term **"the '776 patent"** refers to U.S. Patent No. 10,433,776.

18      19.      The terms **"Asserted Patent"** or **"Asserted Patents"** or **"Patents-**

19  **in-Suit"** refer to the '265, the '628, the '553, the '554, the '564, the '765, the '194,

20  the '195, the '366, the '994, the '703, and the '776, collectively, as well as any

21  applications for and/or counterparts to these patents, and any other patents that You

22  may accuse Apple of infringing in this Action, and their applications and/or

23  counterparts.

24      20.      The term **"Related Patents and Applications"** refers to (i) all U.S.

25  or foreign patents and patent applications related to the Asserted Patents or their

26  applications by way of subject matter or claimed priority date, and (ii) any patent or

27  patent application that claims priority to an Asserted Patent, or to which an Asserted

28  Patent claims priority.

Gibson, Dunn &
Crutcher LLP

21.      The terms **"Asserted Claim"** or **"Asserted Claims"** means the claims of the Asserted Patents that Plaintiffs contend Apple has infringed and/or is infringing.

22.      The term **"Asserted Technologies"** refers to the alleged inventions claimed by the Asserted Claims.

23.      The term **"Apple Patents"** refers to U.S. Patent Nos. 10,078,052, 10,247,670, 9,952,095, 10,219,754, 9,723,997, and 10,524,671, collectively, as well as any applications for and/or counterparts to these patents, and any other of Apple's patents for which Plaintiffs may bring claims of correction of inventorship in this Action, and their applications and/or counterparts.

24.      The term **"Apple Applications"** refers to U.S. Patent Application Nos. 14/740,196, 16/114,003, 14/621,268, 14/617,422, 15/667,832, 16/700,710, 14/618,664, and 15/960,507, and U.S. Provisional Patent Application Nos. 62/043,294, 62/047,818, 62/056,299, and 62/057,089, collectively, and any counterparts thereof, and any other of Apple's patent applications for which Plaintiffs may bring claims of ownership in this Action, and any counterparts thereof.

25.      The term "**Alleged Inventors**" refers to Messrs. Al-Ali, Diab, and Weber, as described in paragraphs 22, 245, 252, 259, 266, 273, 280, 287, 295, 303, 311, 319, and/or 327 of the Second Amended Complaint, collectively, and any other individuals who Plaintiffs may contend in this Action should be named as inventors on the Apple Patents and Apple Applications.

26.      The terms "**Trade Secret**" or "**Trade Secrets**" means the information identified in paragraph 39-50 of the Second Amended Complaint as alleged trade secrets and any other trade secret that Plaintiffs allege Apple misappropriated.  In referring to any information identified in paragraph 39-50 of the Second Amended Complaint as a "Trade Secret," Apple in no way communicates its agreement that the information constitutes a trade secret, or that

3

1  the allegations in paragraph 39-50 of the Second Amended Complaint concerning

2  the purported "Trade Secrets" satisfy Plaintiffs' obligations under California Code

3  of Civil Procedure Section 2019.210 to describe their alleged trade secrets with

4  reasonable particularity.

5       27.     The term **"Accused Products"** refers to the Apple Watch Series 3

6  and later devices, alone or in combination with Apple iPhones, that Plaintiffs assert

7  infringe any of the Asserted Patents, and any other products that Plaintiffs are

8  permitted to accuse of infringing any of the Asserted Patents in this Action.  In

9  referring to any product as an "Accused Product," Apple in no way communicates

10  its agreement that the product infringes the Asserted Patents.

11       28.     The term **"Prior art"** refers to all inventions, patents, publications,

12  products, disclosures, or events falling within any of the categories set forth in 35

13  U.S.C. §§ 102 and 103 with respect to the Asserted Patents.

14       29.     The term **"Licensee"** refers to any entity having a license,

15  assignment, covenant not to sue, or other understanding, written, oral or implied,

16  that the entity has any rights to the Asserted Patents or Related Patents, may practice

17  one or more claims of the Asserted Patent and/or that Plaintiffs will not file suit or

18  otherwise enforce against that entity one or more claims of the Asserted Patent or

19  Related Patents and Applications.

20       30.     The terms **"Person"** or **"Persons"** shall mean any natural person, or

21  any business, legal or governmental entity or association, including, without

22  limitation, the owners, officers, directors, agents, trustees, parents, or subsidiaries,

23  affiliates, assignees, predecessors, and successors of such entities or associations

24  and/or natural persons.

25       31.     The term **"Communication"** shall mean every manner of disclosure,

26  transfer, or exchange of information whether person-to-person, in a group, orally, in

27  writing, by telephone, by electronic transmission, or otherwise.

28       32.     The terms **"Document"** or **"Documents"** is used in the most

4

comprehensive and broadest sense permitted by the Federal Rules of Civil Procedure 26 and 34, and specifically includes electronically stored information and every "writing" and "recording," as those terms are defined in Rule 1001 of the Federal Rules of Evidence.  A draft or non-identical copy is a separate Document within the meaning of this term.

33.     The terms **"Thing"** or **"Things"** are used in the most comprehensive and inclusive sense permitted by the Federal Rules of Civil Procedure and includes, but is not limited to, prototypes, models, specimens, or other devices, and commercially manufactured items.

34.     The term **"each"** shall mean each and every.

35.     The term **"any"** shall include the word "all," and vice versa.

36.     The terms **"and," "or,"** and **"and/or"** shall be construed in the conjunctive or the disjunctive, whichever makes the discovery request more inclusive so as to bring within the scope of the request all Documents that might otherwise be construed to be outside of its scope.

37.     The present tense includes the past and future tenses.  The singular includes the plural, and the plural includes the singular.  Words in the masculine, feminine or neutral form shall include all of the other genders.

38.     The use of the term "**the**" shall not be construed as limiting the scope of any interrogatory.

39.     References to **"employees," "officers," "directors,"** or **"agents"** shall include both current and former employees, officers, directors, and agents.

40.     A request for **"identification,"** to **"identify,"** or to "**describe**" requires the following:

(a)     When used with respect to a person other than a natural person, including, but not limited to, any corporation, partnership, association, foundation, trust, organization, or other entity or functional division thereof, to state: (1) its full name; (2) the address of its principal office or place of business; (3) all names under

5

APPLE INC.'S THIRD SET OF INTERROGATORIES TO PLAINTIFFS MASIMO AND CERCACOR
CASE NO. 8:20-CV-00048-JVS (JDEX)

1 which it is doing business or ever has done business; (4) the nature of the venture

2 (e.g., sole proprietorship, partnership, corporation, etc.); and (5) the identities of its

3 officers, directors, partners, or administrators.

4 (b)    When used with respect to a natural person, provide (1) the full

5 name; (2) any other names that person uses presently or has used in the past; (3)

6 present or last known business and residence addresses; (4) present or last known

7 telephone number; (5) present or last known employer and address thereof; and (6)

8 present or last known job, position, or title of that person.

9 (c)    When used with respect to a Document or tangible thing, to state:

10 (1) the type of Document or tangible thing (e.g., letter, memorandum, computer disk

11 drive, etc.); (2) the date it was created; (3) its author and signatories; (4) its addresses

12 and all other persons receiving copies; (5) the nature and substance of the Document

13 in sufficient particularity to enable it to be identified; and (6) its location and its

14 custodian (or, if it is no longer within your possession, custody, or control, state what

15 disposition was made of it; state the date of such disposition; identify every person

16 who participated in or approved the disposition; and identify the person or persons

17 having knowledge of its contents).

18 (d)    When used with respect to a Communication, provide the date of

19 the Communication, identify the person who initiated the Communication, identify

20 each person who received such Communication, identify the form of the

21 Communication, identify any Document which embodies the Communication, and

22 provide a general description of the content of the Communication.

23 (e)    When used with respect to an act, event, instance, occasion,

24 meeting, conversation, allegation, or contention, means to state all facts concerning

25 the subject matter in detail, including the date and place thereof, to identify the

26 individual participants, to summarize separately for each individual participant what

27 she or he said or did, and to identify each Document or Communication used or

28 prepared in connection therewith or making any reference thereto.

Gibson, Dunn &
Crutcher LLP

## II.  **INSTRUCTIONS**

1.      Each interrogatory is to be answered fully based on information in Your possession, custody, or control, or in the possession, custody, or control of Your representatives, agents, or attorneys.

2.      If you object to any interrogatory or any portion of an interrogatory on the ground that the answer would reveal the substance of any privileged information, provide all information required by Federal Rule of Civil Procedure 26(b)(5).   If Your objection is on the ground that the answer would reveal the substance of a privileged Document or Communication, include an identification of:

(a)      the nature of the privilege or protection claimed;

(b)      the person who made the Document or Communication, whether oral or in writing;

(c)      if the Communication was oral, all persons present while the Communication was made;

(d)      if the Document or Communication was written, the author, addressees, and any other recipients;

(e)      the date and place of the Communication or the creation of the Document; and

(f)      the general subject matter of the Document or Communication.

3.      If, for any reason other than a claim of privilege, You refuse to respond to any interrogatory herein, please state the grounds upon which such refusal is based with sufficient particularity to permit a determination of the propriety of such refusal.

4.      If You respond to any interrogatory by reference to any Document or Communication, You are requested to produce that Document or Communication, and specify which Documents and/or Communications are produced in response to each interrogatory.

5.      If the responding party elects to specify and produce business records

7

Gibson, Dunn &
Crutcher LLP

APPLE INC.'S THIRD SET OF INTERROGATORIES TO PLAINTIFFS MASIMO AND CERCACOR
CASE NO. 8:20-CV-00048-JVS (JDEX)

Exhibit F
Page 137

1  in answer to any interrogatory, the specification shall be in sufficient detail to permit

2  the interrogating party to locate and identify, as readily as the responding party can,

3  the business records from which the answer may be ascertained.

4     6.     Unless otherwise stated, each interrogatory is directed towards each

5  Plaintiff in this Action, and each Plaintiff in this action must separately verify the

6  interrogatories to which it responds pursuant to Federal Rule of Civil Procedure

7  33(b).

8     7.     If, in responding to these interrogatories, You encounter any

9  ambiguities when construing an interrogatory, instruction, or definition, in Your

10  response set forth the matter deemed ambiguous and the construction used in

11  answering.

12     8.     These interrogatories are continuing in nature.  If You receive or

13  otherwise become aware of information responsive to any interrogatory after You

14  have served your responses to these interrogatories, You must promptly supplement

15  your responses to these interrogatories to provide such information, as required by

16  Federal Rule of Civil Procedure 26(e).

17     9.     Each of the foregoing Definitions and Instructions is hereby

18  incorporated by reference into, and shall be deemed a part of, each interrogatory.

## III.   INTERROGATORIES

### INTERROGATORY NO. 23:

21  Identify all facts of which You are aware that relate to each of the Apple

22  Patents and each of the Apple Applications.  Your response should identify at least

23  the circumstances and dates relating to your first awareness of each of the Apple

24  Patents and each of the Apple Applications.

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1    Dated:  October 6, 2020                        Respectfully submitted,

2                                                   JOSHUA H. LERNER
                                                    H. MARK LYON
3                                                   BRIAN M. BUROKER
                                                    BRIAN A. ROSENTHAL
4                                                   ILISSA SAMPLIN
                                                    ANGELIQUE KAOUNIS
5                                                   BRIAN K. ANDREA
                                                    GIBSON, DUNN & CRUTCHER LLP
6

7

8                                                   By:  */s/Joshua H. Lerner*
                                                         Joshua H. Lerner
9
                                                    *Attorneys for Defendant Apple Inc.*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9

## CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action.

On October 6, 2020, I served a true and correct copy of the foregoing **DEFENDANT APPLE INC.'S THIRD SET OF INTERROGATORIES TO PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC. (NO. 23)** on the parties or their counsel shown at the email addresses shown below:

KNOBBE, MARTENS, OLSON & BEAR, LLP
Joseph R. Re
joseph.re@knobbe.com
Stephen C. Jensen
steve.jensen@knobbe.com
Perry D. Oldham
perry.oldham@knobbe.com
Stephen W. Larson
stephen.larson@knobbe.com
Adam B. Powell
adam.powell@knobbe.com
Mark Kachner
mark.kachner@knobbe.com

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on October 6, 2020, at Irvine, California.


By:  */s/ Tracy Morgan*
Tracy Morgan

Gibson, Dunn &
Crutcher LLP

APPLE INC.'S THIRD SET OF INTERROGATORIES TO PLAINTIFFS MASIMO AND CERCACOR
CASE NO. 8:20-CV-00048-JVS (JDEx)

# Exhibit G

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404 Facsimile: (949) 760-9502

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) Hon. James V. Selna<br>) Magistrate Judge John D. Early<br>)<br>) **PLAINTIFFS' RESPONSES TO**<br>) **APPLE INC.'S THIRD SET OF**<br>) **INTERROGATORIES (NO. 23)**<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiffs MASIMO CORPORATION ("Masimo") and CERCACOR LABORATORIES, INC. ("Cercacor") (collectively, "Plaintiffs") hereby respond to Defendant APPLE INC. ("Apple") Third Set of Interrogatories.

## GENERAL STATEMENT AND OBJECTIONS

Plaintiffs assert each of the following General Objections to each of Apple's instructions, definitions, and interrogatories.  In addition to these General Objections, Plaintiffs state specific objections to individual interrogatories, including objections that are not generally applicable to all interrogatories.  By setting forth specific objections, Plaintiffs are not limiting or restricting these General Objections.

1. Plaintiffs object generally to Apple's definitions and instructions to the extent that they fail to comply with, or impose obligations in excess of, Rule 33 of the Federal Rules of Civil Procedure and the applicable Local Rules of this Court.  Plaintiffs will respond to the interrogatories in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

2. Plaintiffs object to these interrogatories to the extent they seek information that is neither relevant to any claim or defense in this case nor proportional to the needs of the case.  To the extent Plaintiffs respond to any request, Plaintiffs do not concede that the information sought by these requests is relevant or proportional.

3. Plaintiffs object to these interrogatories to the extent they seek information not in the possession, custody, or control of Plaintiffs.  Plaintiffs' responses are limited to information that is within their possession, custody, or control.

4. Plaintiffs object to these interrogatories to the extent they seek information protected from disclosure by the attorney-client privilege, attorney work product doctrine, and/or any other applicable privilege, rule, or immunity.

-1-

Any specific objections to specific interrogatories stated on the grounds of attorney-client privilege and/or work product in no way limits the generality of this objection.  Nothing in Plaintiffs' responses is intended to be or should be considered a waiver of any attorney-client privilege, work product protection, the right of privacy, or any other applicable privilege or doctrine.  To the extent any interrogatory may be construed as calling for information protected by any such privilege or doctrine, a continuing objection to each and every such interrogatory is hereby stated.

5.     Plaintiffs object to these interrogatories to the extent they seek third-party proprietary information, trade secrets and/or other confidential information and/or protected information that Plaintiffs are obligated to avoid disclosing.

6.     Plaintiffs object to these interrogatories to the extent they are overly broad and unduly burdensome, the burden of responding outweighs their likely benefit, they are unlimited in time, or would require an unreasonably detailed and unreasonably extensive search of all of Plaintiffs' information and files.  Plaintiffs will make a reasonable investigation as required by the Federal Rules of Civil Procedure.

7.     Plaintiffs object to these interrogatories to the extent they seek information that would be relevant only to Plaintiffs' trade secret claims while Apple is simultaneously arguing to the Court that Plaintiff's trade secret claims should not be part of this case and should be dismissed.

8.     Plaintiffs object to Apple's definitions, instructions, and for interrogatories to the extent that they are vague, ambiguous, or unintelligible. Words and terms used in the following responses are used in accordance with their normal meanings and connotations.

9.     Plaintiffs object to Apple's definitions of the terms "Masimo" and "Cercacor" as overly broad and unduly burdensome.  As used herein, the term

-2-

"Masimo" means Masimo Corporation only, and the term "Cercacor" means Cercacor Laboratories, Inc., only.  As stated above, the term "Plaintiffs" means Masimo and Cercacor, collectively and/or individually.

10.    Plaintiffs object to Apple's definitions of the terms "Asserted Patent," "Asserted Patents" or "Patents-in-Suit."  As used herein, these terms shall refer to U.S. Patent Nos. 10,258,265, 10,292,628, 10,588,553, 10,588,554, 10,624,564, 10,631,765, 10,702,194, 10,702,195, 10,709,366, 6,771,994, 8,457,703, 10,433,776, individually in the case of "Asserted Patent" or collectively in the case of "Asserted Patents" and "Patents-in-Suit."

11.    Plaintiffs object to Apple's definition of "Apple Patents."  As used herein, this term shall refer to U.S. Patent Nos. 10,078,052, 10,247,670, 9,952,095, 10,219,754, 9,723,997, and 10,524,671, collectively.

12.    Plaintiffs object to Apple's definition of "Apple Applications."  As used herein, this term shall refer to U.S. Patent Application Nos. 14/740,196, 16/114,003, 14/621,268, 14/617,422, 15/667,832, 16/700,710 and U.S. Provisional Patent Application Nos. 62/043,294, 62/047,818, 62/056,299, and 62/057,089, collectively.

13.    Plaintiffs also object to Apple's definitions of the terms "Related Patents and Applications" and "Asserted Technologies," and Apple's instructions regarding "identification," "identify," and "describe" as overly broad and unduly burdensome, and rendering the interrogatories vague, ambiguous, or unintelligible.  As with other words and terms used in the following responses, any usage of these terms in accordance with their normal meanings and connotations

14.    Only the express and overt meaning of these responses is intended. No response should be construed to contain implied statements, representations, or admissions of any kind.  The fact that Plaintiffs respond or object to an interrogatory should not be understood as an admission that Plaintiffs accept or

-3-

1    admit the existence of any "fact" set forth in or assumed by the interrogatory.

2    15.   Plaintiffs' responses are made without, in any way, waiving or

3    intending to waive, but, on the contrary, intending to preserve and preserving:

4    a.   The right to raise all objections as to competence, authenticity,

5    relevance, materiality, privilege and admissibility with regard to

6    the information and documents identified and/or produced in

7    response to these Interrogatories, which may arise in any

8    subsequent proceeding in, or the trial of, this or any other action;

9    b.   The right to object to the use of the information and/or documents

10   for any purpose, including without limitation their use in any

11   subsequent proceeding in, or the trial of, this or any other action;

12   c.   The right to assert or raise, in this action or in any other context,

13   attorney-client privilege, work product protection, the protections

14   afforded by Rule 26(b)(4)(B), the right of privacy, or any other

15   applicable privilege or protective doctrine; and

16   d.   The right to object on any ground at any time to interrogatories or

17   other discovery relating to information and/or information or the

18   subject matter thereof.

19   16.   Plaintiffs are providing information that has been identified by

20   means of a reasonable investigation and that is the subject of legitimate

21   discovery.   The following responses are based upon information presently

22   available to and located by Plaintiffs after a reasonable search.   However,

23   discovery is ongoing in this case, and Plaintiffs have not yet completed their

24   investigation of the facts relating to this case.   Nor have Plaintiffs completed

25   discovery or preparation for trial.   Plaintiffs give these responses without

26   prejudice to Plaintiffs' right to supplement their responses, should additional

27   information be discovered, and to rely upon any additional discovered evidence.

28   Moreover, certain of these interrogatories are premature in that they seek

-4-

1  contentions or other information that Plaintiffs cannot or are not obligated
2  provide at this stage of the case, or seek information that is partially or wholly
3  within the possession of Apple or third parties and that has not yet been
4  produced to Plaintiffs.  Finally, certain of these interrogatories are subject to
5  specific objections and are therefore not the subject of legitimate discovery.

6      17.   Without waiving the specific objections set forth below, and
7  subject to the limitations and General Objections set forth above, Plaintiffs
8  provide the following responses:

9  **RESPONSES TO INTERROGATORIES**
10 **INTERROGATORY NO. 23:**

11     Identify all facts of which You are aware that relate to each of the Apple
12 Patents and each of the Apple Applications. Your response should identify at
13 least the circumstances and dates relating to your first awareness of each of the
14 Apple Patents and each of the Apple Applications.

15 **RESPONSE TO INTERROGATORY NO. 23:**

16     Plaintiffs incorporate their General Statement and Objections.  Plaintiffs
17 object to this interrogatory to the extent it seeks information protected by the
18 attorney-client privilege, work product doctrine, or any other applicable
19 privilege or immunity.  Plaintiffs further object to this interrogatory to the extent
20 it seeks information that is not relevant to any party's claims or defenses nor
21 proportional to the needs of the case.  Plaintiffs object to this interrogatory as
22 overly broad and unduly burdensome because it requests "all facts of which You
23 are aware that relate to each of the Apple Patents and each of the Apple
24 Applications."   Plaintiffs also object to this interrogatory as vague and
25 ambiguous with respect to the phrase  "Identify all facts of which You are aware
26 that relate to each of the Apple Patents and each of the Apple Applications."

27     Subject to and without waiving the foregoing objections, Plaintiffs
28 respond as follows:

-5-

Plaintiffs incorporate by reference their responses to Interrogatories Nos. 4 and 5, including any supplements thereto.   Plaintiffs also incorporate by reference the allegations set forth in their Complaint, including any amendments thereto, regarding the Apple Patents and each of the Apple Applications. Plaintiffs are further aware of the contents of and statements made in the Apple Patents and Applications, as well as the prosecution histories of the Apple Patents and Applications.

Plaintiffs request a meet and confer about the scope of this interrogatory.

Plaintiffs are continuing to investigate the subject matter of this interrogatory.   Plaintiffs reserve the right to amend and/or supplement this interrogatory response pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure as they identify additional information.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  November 5, 2020         By: */s/ Adam B. Powell*
                            Joseph R. Re
                            Stephen C. Jensen
                            Benjamin A. Katzenellenbogen
                            Perry D. Oldham
                            Stephen W. Larson
                            Adam B. Powell

                            Attorneys for Plaintiffs,
                            Masimo Corporation and
                            Cercacor Laboratories

-6-

**PROOF OF SERVICE**

I am a citizen of the United States of America and I am employed in Irvine, California.  I am over the age of 18 and not a party to the within action.

On November 5, 2020, I served the within **PLAINTIFFS' RESPONSES TO APPLE INC.'S THIRD SET OF INTERROGATORIES (NO. 23**) on the parties or their counsel shown at the email addresses shown below:

Apple-Masimo@gibsondunn.com

Joshua H. Lerner
JLerner@gibsondunn.com

H. Mark Lyon,
MLyon@gibsondunn.com

Brian M. Buroker
BBuroker@gibsondunn.com

Brian K. Andrea
BAndrea@gibsondunn.com

Brian A. Rosenthal
BRosenthal@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on November 5, 2020, at Irvine, California.

Karina Villanueva

33823951

-7-

# Exhibit H

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Brian K. Andrea
Direct: +1 202.887.3624
Fax: +1 202.530.4220
BAndrea@gibsondunn.com

November 19, 2020

<u>VIA E-MAIL</u>

Mark Kachner
Knobbe, Martens, Olson & Bear, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Mark.Kachner@Knobbe.com

Re**:**   <u>*Masimo Corp. and Cercacor Laboratories, Inc. v. Apple Inc.*</u>, Case No. 8:20-cv-
<u>00048-JVS (JDEx) (C.D. Cal.)</u>

Dear Mark:

I write pursuant to Local Rule 37-1 to request a meet and confer regarding numerous issues with Plaintiffs' discovery responses.  Those issues are set forth below.

## <u>Plaintiffs' Responses to Apple's First Set of Interrogatories (Nos. 1-17)</u>

**<u>Apple's Interrogatories Nos. 4 and 5</u>:**  Apple's Interrogatory No. 4 seeks all facts relating to Plaintiffs' contention that any subject matter of any Apple Patent was invented by each of the Alleged Inventors and Interrogatory No. 5 seeks all facts relating to Plaintiffs' contention that any subject matter of any Apple Patent and/or Apple Application was developed by Marcelo Lamego while working for Plaintiffs and/or was otherwise developed at Masimo, Cercacor, or Plaintiffs.  As explained in our prior correspondence regarding these Interrogatories, Plaintiffs' Responses are deficient, even after Plaintiffs' supplementation of their responses.  Instead of providing the factual information sought by the Interrogatories, Plaintiffs quote directly from their Complaint the asserted causes of action for correction of inventorship (which are themselves deficient).  For each Apple Patent, Plaintiffs merely provide a laundry list of claim elements that appear in such Patent, and assert, in conclusory fashion, that Marcelo Lamego must have obtained information regarding those claim elements from Masimo or Cercacor.  Plaintiffs' Responses provide no information and cite to no documents or other sources in an effort to even attempt to establish that Plaintiffs invented the subject matter they cite in the responses.

To be clear, Apple expects that the Responses will identify all of the information sought by the Interrogatories, including but not limited to the specific subject matter in each Apple Patent or Application that Plaintiffs assert was invented by each Alleged Inventor, all facts

Exhibit H
Page 151

**GIBSON DUNN**

Mark Kachner
November 19, 2020
Page 2

and information surrounding the conception of such subject matter, all facts and information
surrounding the circumstances under which such subject matter was conveyed to or
conceived by Lamego, and the identity of any documents that support those allegations.  *See
Eastman v. Apple, Inc.*, 2018 WL 5982550, at *6 (N.D. Cal. Nov. 14, 2018) (dismissing
correction for inventorship claim where alleged co-inventor "fails to identify 'any specific
patent claim nor alleges how his purported contributions to the Patents align with particular
claims'"); *see also Eastman v. Apple, Inc.*, 2019 WL 1559015, at *3 (N.D. Cal. Apr. 10,
2019) ("[A] plausible claim asserting correction of inventorship requires some allegation that
the putative co-inventor "contribute[d] something to the claimed invention." (quoting
*Caterpillar Inc. v. Sturman Indus., Inc*., 387 F.3d 1358, 1380 (Fed. Cir. 2004)).  Plaintiffs'
Responses offer no such information, and instead provide only speculation and conclusory
statements.  Please confirm that Plaintiffs will immediately supplement their responses to
Interrogatories Nos. 4 and 5 to include *all* of the requested information.

### Plaintiffs' Responses to Apple's Third Set of Interrogatories (No. 23)

**Apple's Interrogatory No. 23:**  Apple's Interrogatory No. 23 asks Plaintiffs to "[i]dentify
all facts of which You are aware that relate to each of the Apple Patents and each of the
Apple Applications" including the identity of "at least the circumstances and dates relating to
your first awareness of each of the Apple Patents and each of the Apple Applications."
Plaintiffs requested that the parties meet and confer on the scope of Interrogatory No. 23,
which Apple agrees is necessary in view of the deficiencies discussed below.

As an initial matter, Plaintiffs object to Apple's Interrogatory No. 23 on the grounds that "it
seeks information that is not relevant to any party's claims or defenses nor proportional to
the needs of the case" and that it is "overly broad and unduly burdensome" because it
requests "all facts of which You are aware that relate to each of the Apple Patents and each
of the Apple Applications."  Please confirm Plaintiffs are not relying on and do not intend to
rely on these objections to withhold relevant information.  If Plaintiffs are withholding
information, or intend to withhold information, based on these objections, please let us know
what information and the basis for such withholding.

Plaintiffs also object to this Interrogatory as "vague and ambiguous" with respect to the
phrase "Identify all facts of which You are aware that relate to each of the Apple Patents and
each of the Apple Applications."   Please confirm Plaintiffs will interpret this phrase
according to its plain and ordinary meaning and supplement their response to Interrogatory
No. 23 to provide the information sought.

Plaintiffs' response to Interrogatory No. 23 is deficient.  Rather than providing the information
sought, Plaintiffs merely incorporate by reference their responses to Interrogatory Nos. 4 and
5 (which, as discussed above, are deficient) as well as their Complaint, the "contents of and

**GIBSON DUNN**

Mark Kachner
November 19, 2020
Page 3

statements made in the Apple Patents and Applications, as well as the prosecution histories of the Apple Patents and Applications." First, Plaintiffs have not identified what specific allegations in any of these documents they intend to rely upon. Second, Plaintiffs' incorporation by reference does not provide the information sought by the Interrogatory, which should include at least an identification of when and how Plaintiffs first learned of each of the Apple Patents and Applications. Please confirm that Plaintiffs will immediately supplement their response to Interrogatory No. 23 to include *all* of the requested information.

### **Plaintiffs' Responses to Apple's Third Set of Requests for Production**

**Apple's RFP Nos. 99-101:** Plaintiffs object to Apple's RFP Nos. 99-101 on the grounds that they are "overly broad and unduly burdensome" because they allegedly seek documents "not relevant to any claim or defense or not proportional to the needs of the case." Plaintiffs additionally object to RFP Nos. 100-101 on the grounds that they allegedly seek documents "outside Plaintiffs' possession, custody, or control." Apple disagrees with these objections, as the RFPs are narrowly tailored and relevant to the claims and defenses at issue in this case. Please confirm Plaintiffs are not relying on and do not intend to rely on these objections to withhold relevant documents. If Plaintiffs are withholding documents, or intend to withhold documents, based on these objections, please let us know what documents and the basis for such withholding.

<p style="text-align:center">*     *     *</p>

Apple requests that Plaintiffs provide responses to the questions and issues raised above by December 2, 2020, and provide their ability for a meet and confer during the week of December 7, 2020. Apple continues to reserve all rights, including without limitation its right to challenge additional aspects of Plaintiffs' Responses that are not enumerated in this letter.

Sincerely,

*Brian Andrea*

Brian K. Andrea

# Exhibit I

Exhibit I
Page 154

# Knobbe Martens

KNOBBE, MARTENS, OLSON & BEAR, LLP

1925 Century Park East, Suite 600, Los Angeles, CA 90067
**T** (310) 551-3450

Mark Kachner
Mark.Kachner@knobbe.com

December 6, 2020

<u>**VIA EMAIL**</u>

Brian Andrea
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
<u>BAndrea@gibsondunn.com</u>

Re:     Masimo Corp. and Cercacor Laboratories, Inc. v. Apple Inc.

Dear Brian:

We write to respond to your November 19, 2020 letter.

### Apple's Interrogatories Nos. 4 and 5:

We disagree with Apple's assertion that Plaintiffs' supplemental responses to these interrogatories are deficient.  First, we disagree with Apple's assertion that Plaintiffs' asserted causes of action for Correction of Inventorship are "deficient."  Apple challenged Plaintiffs' correction of inventorship claims in its initial motion to dismiss filed in March 2020, but Plaintiffs amended those claims as a matter of right and Apple has not challenged those claims in any of its subsequent three motions to dismiss (most recently on December 1, 2020).  Further, the cases cited in your November 19th letter do not support Apple's argument that it is entitled to more detailed contentions at this stage.  Indeed, Apple's cases do not relate to the adequacy of discovery responses at all.  If Apple has cases that support its position, we request that Apple provide us those cases.

### Apple's Interrogatory No. 23:

Plaintiffs continue to believe this interrogatory is overbroad and seeks information not relevant to any party's claims or defenses and is not proportional to the needs of the case.  We look forward to discussing Apple's position on the relevance of the information sought by this interrogatory and the boundaries of this interrogatory during our meet and confer.

### Apple's Requests For Production Nos. 99-101:

Plaintiffs confirm that they are not withholding documents responsive to these RFPs based on their objections that the requests are "overly broad and unduly burdensome" and "not relevant to any claim or defense or not proportional to the needs of the case."

INTELLECTUAL PROPERTY + TECHNOLOGY LAW | knobbe.com

Exhibit I
Page 155

Best regards,

Mark D. Kachner

33986651

Exhibit I
Page 156

# Exhibit J

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Brian K. Andrea
Direct: +1 202.887.3624
Fax: +1 202.530.4220
BAndrea@gibsondunn.com

December 10, 2020

<u>VIA E-MAIL</u>

Mark Kachner
Knobbe, Martens, Olson & Bear, LLP
2040 Main St., 14th Fl.,
Irvine, CA 92614
Mark.Kachner@Knobbe.com

Re**:**   *Masimo Corp. and Cercacor Laboratories, Inc. v. Apple Inc.*, Case No. 8:20-cv-
     00048-JVS (JDEx) (C.D. Cal.)

Dear Mark:

I write to memorialize our meet and confer on December 9, 2020 regarding the issues with Plaintiffs' interrogatory responses set forth in my letter dated November 19, 2020.

**Apple's Interrogatories Nos. 4 and 5**:   Apple explained that Plaintiffs' responses are woefully deficient, in that they merely provide a listing of claim elements taken directly from Plaintiffs' Complaint, without providing any of the information sought by the interrogatories. Apple also explained that the information sought by Interrogatories Nos. 4 and 5 is directly relevant to at least Plaintiffs' improper inventorship/ownership allegations, and that the interrogatories are narrowly tailored to request specific information related to those allegations.

In particular, Apple seeks a full and complete response to each Interrogatory.  Such a response should include at least an identification of each Alleged Inventor (including Mr. Lamego) of the subject matter in each Apple Patent or Application and what specific subject matter (by column and line number) in each Apple Patent or Application each Alleged Inventor contributed, along with an identification of supporting evidence (including documents and/or source code) and an explanation as to how the subject matter is distinguishable from what was known in the art.  Apple requests that a table, such as one in the following format, would be

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.

Exhibit J
Page 158

**GIBSON DUNN**

Mark Kachner
December 10, 2020
Page 2

appropriate such the Parties can clearly understand which allegations are relevant to each alleged inventor of each Apple Patent or Application:

| Apple Patent or Application | Alleged Inventor | Subject Matter Contributed by Inventor | Supporting Evidence | How Subject Matter Contributed Differs From Prior Art |
|---|---|---|---|---|
| U.S. Patent No. 10,078,052 | | | | |
| U.S. Patent No. 10,247,670 | | | | |
| U.S. Patent No. 9,952,095 | | | | |
| U.S. Patent No. 10,219,754 | | | | |
| U.S. Patent No. 9,723,997 | | | | |
| U.S. Patent No. 10,524,671 | | | | |
| U.S. Patent App. No. 15/960,507 | | | | |

**Apple's Interrogatory No. 23:**  Apple explained that Interrogatory No. 23 seeks facts about Plaintiffs' knowledge, awareness, and actions taken with respect to each Apple Patent or Application.  For example, Plaintiffs should identify at least the following information for each Apple Patent or Application:

- the date Plaintiffs first learned about each Apple Patent or Application;

- how Plaintiffs first learned about each Apple Patent or Application;

- who first learned about each Apple Patent or Application, who they discussed each Apple Patent or Application with, and when those discussions occurred;

- what actions Plaintiffs took with respect to each Apple Patent or Application after they learned of them, including but not limited to internal discussions, discussions with prosecution and litigation counsel (while the subject matter of those discussions may be privileged, the date on which they occurred and who was present is not privileged), any steps that were taken to investigate the inventorship/ownership of each Apple Patent or Application, and any alleged harm Plaintiffs believe they suffered  as a result of Apple's filing of each Apple Patent

GIBSON DUNN

Mark Kachner
December 10, 2020
Page 3

or Application.  As an example, Apple explained that we are aware that Plaintiffs
cited specific Apple Patents on information disclosure statements submitted in
connection with their own patent applications, and the facts and circumstances
surrounding those citations is directly relevant to this case (as well as facts
surrounding any other actions Plaintiffs took after learning of the Apple Patents
and Application).

Plaintiffs agreed that they would provide their position by Tuesday, December 15, 2020 as to
whether (and, if so, when) they would supplement their responses to Interrogatories Nos. 4, 5,
and 23.

Sincerely,

Brian K. Andrea

# Exhibit K

# Knobbe Martens

KNOBBE, MARTENS, OLSON & BEAR, LLP

1925 Century Park East, Suite 600, Los Angeles, CA 90067
**T** (310) 551-3450

Mark Kachner
Mark.Kachner@knobbe.com

December 16, 2020

**VIA EMAIL**

Brian Andrea
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
BAndrea@gibsondunn.com

Re:     Masimo Corp. and Cercacor Laboratories, Inc. v. Apple Inc.

Dear Brian:

We write to respond to your December 10, 2020 letter and follow-up on my voice message that I left you on Tuesday December 15, 2020.

**Apple's Interrogatories Nos. 4 and 5:**

Apple's demand for additional detail in response to these contention interrogatories at this stage of the case is premature.  Plaintiffs have sought discovery from Apple on the subject of these interrogatories that Apple has not yet provided.  For example, Plaintiffs' Requests for Production Nos. 110-121 and 126-129 seek documents related to the Disputed Patents that are the subject of Apple's Interrogatories Nos. 4 and 5.  Apple has produced very few responsive documents.  Plaintiffs have also not yet had the opportunity to take any depositions on the subject of these interrogatories, and significantly Plaintiffs have not yet deposed Marcelo Lamego.  Plaintiffs intend to supplement their response to these interrogatories as discovery proceeds in this case.  Plaintiffs do not commit to provide supplemental responses in the specific format requested by Apple.  For example, Apple's proposed table asks Plaintiffs to explain "How Subject Matter Contributed Differs From Prior Art."  Plaintiffs are not required to affirmatively distinguish each subject matter contribution from any and all prior art.  Such a response would require an unreasonable amount of time and resources to fulfill in relation to any reasonable needs of the case, because it would not be relevant to any inquiry for inventorship, and is therefore not proportional to any needs in the case.

**Apple's Interrogatory No. 23:**

During our December 9, 2020 meet and confer, Apple acknowledged that there was no apparent boundary to this interrogatory, and Apple agreed to narrow and identify the specific information sought. In your December 10, 2020 letter, you failed to narrow the interrogatory or define its boundary.  Instead, you listed several categories of information sought for each Apple Patent by way of "example," without actually narrowing the scope of this interrogatory.  Further, Apple did not even attempt to make a showing of why any of the specific information now sought is relevant to this case so we could assess proportionality.  Instead, your December 10, 2020 letter merely asserts that some of the information

sought is "directly relevant to this case," without saying why.  Absent such an explanation, Plaintiffs maintain that this interrogatory seeks information not relevant to any party's claims or defenses because the information sought would not be relevant to any inquiry for inventorship, and is therefore is not proportional to any needs in the case.

Best regards,

Mark D. Kachner

34052206

# Exhibit L

Exhibit L
Page 164

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Brian K. Andrea
Direct: +1 202.887.3624
Fax: +1 202.530.4220
BAndrea@gibsondunn.com

December 23, 2020

<u>VIA E-MAIL</u>

Mark Kachner
Knobbe, Martens, Olson & Bear, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Mark.Kachner@Knobbe.com

Re:   *Masimo Corp. and Cercacor Laboratories, Inc. v. Apple Inc.*, Case No. 8:20-cv-
      00048-JVS (JDEx) (C.D. Cal.)

Dear Mark:

I write to respond to your December 16, 2020 letter, in which Plaintiffs continue their effort to avoid providing sufficient responses to Apple's Interrogatory Nos. 4, 5, and 23, all of which seek basic facts that Plaintiffs should be able to provide regarding their inventorship and ownership allegations.

As Apple has stated many times in numerous letters and discussions over the course of many months, Plaintiffs' responses to date are woefully deficient, failing to provide any of the information requested by the interrogatories. Instead, for Interrogatory Nos. 4 and 5, Plaintiffs merely regurgitate a laundry list of claim elements from the Apple Patents and summarily allege that "Masimo employees" invented those claim elements, without providing any specificity as to who contributed what specific subject matter, what evidence supports such allegations, and how that subject matter differs from what appears in the prior art. Apple's request for specific information in response to the interrogatories is not a "demand for additional detail," as Plaintiffs' recent letter claims, but rather a request for Plaintiffs to provide a response to the interrogatories with the facts they are aware of that allegedly support their allegations. Plaintiffs' refusal to provide this basic information raises serious questions about their Rule 11 basis for bringing their inventorship/ownership claims in the first place.[1]

---

[1]  Plaintiffs' letter incorrectly states that "Apple acknowledged that there was no apparent boundary" to its Interrogatory No. 23 during the parties' meet and confer. Apple did not make such a statement; rather, during the meet and confer, Apple agreed that it would provide a list of the types of information Apple seeks with Interrogatory No. 23 in response to Plaintiffs' objections and stated concerns regarding the scope of the Interrogatory.

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.

Exhibit L
Page 165

**GIBSON DUNN**

Mark Kachner
December 23, 2020
Page 2

With their December 16, 2020 letter, Plaintiffs continue to avoid providing any specific information regarding their serious allegations, while at the same time pushing Apple to provide discovery regarding Plaintiffs' generic and conclusory allegations. This approach is unfair and inappropriate—there is no reason that Plaintiffs require discovery from Apple or third parties like Marcelo Lamego in order to answer these interrogatories.[2] Plaintiffs' refusal to provide this information severely prejudices Apple's ability to investigate Plaintiffs' allegations, prepare its defenses, and litigate the case. For example, Apple cannot determine whether or not claim construction is required as part of Plaintiffs' inventorship claims until it has an understanding of what specific subject matter Plaintiffs claim the Alleged Inventors invented. Moreover, in response to Plaintiffs' request for an explanation of the relevance of the information sought by Interrogatory No. 23, Apple notes that the requested information is relevant to Apple's potential defenses to Plaintiffs' claims—if, for example, Plaintiffs learned of the Apple Patent claims and sat on them for years, as it appears they did, that would be relevant to defenses such as waiver, estoppel, and unclean hands.

Plaintiffs' recent request to depose Apple employee Wolf Oetting is yet another example of Plaintiffs' improper attempts to obtain discovery without providing any specific information about their allegations. Based on our investigation, it does not appear that Mr. Oetting has any information relevant to Plaintiffs' inventorship and ownership allegations, as stated in their Complaint. Plaintiffs' request to depose him appears to be based solely on the fact that he is a named co-inventor on Apple's U.S. Patent No. 10,247,670; it appears that Plaintiffs plan to use the deposition to obtain information they can use to craft their responses to Apple's interrogatories at a later date. Indeed, Plaintiffs have provided no specific information as to what subject matter the Alleged Inventors invented from the '670 patent, which Alleged Inventors allegedly invented that subject matter, what evidence supports those allegations, and how that subject matter differs from the prior art. For example, in response to Interrogatory No. 4, Plaintiffs' state that "Masimo employees" invented "Claim 1 of the '670 Patent," which recites elements such as a "light emitter" and a "light detector." It simply cannot be Plaintiffs' position that they invented the use of a light emitter and a light detector, which have been used in devices for measuring physiological monitoring since before Plaintiffs even existed as companies.

Notably, courts have found that the same policy motivations requiring parties to "provide early notice of their infringement and invalidity contentions, and to proceed with diligence in amending those contentions when new information comes to light in the course of discovery"

---

2  Plaintiffs' contention that Apple has allegedly "produced very few responsive documents" is incorrect. Apple has provided numerous documents related to Plaintiffs' inventorship and ownership allegations, including but not limited to Apple's files for each of the Apple Patents and Apple Application subject to Plaintiffs' claims (including the patents, file histories, and assignment documents), the Lamego hiring documents and agreements, and Apple's Patent Recognition Program.

Exhibit L
Page 166

**GIBSON DUNN**

Mark Kachner
December 23, 2020
Page 3

also apply to inventorship contentions. *See, e.g., Swanson v. ALZA Corp.*, 2014 WL 4441161, at *2 (N.D. Cal. Sept. 9, 2014); *see also Hoffmann-La Roche Inc. v. Orchid Chemicals & Pharm. Ltd.*, 2011 WL 5508485, at *3 (D.N.J. Nov. 7, 2011) ("Plaintiff has been entitled to early notice which pins down Defendants' theory . . . involving inventorship, and which Defendants have thus far failed to provide."). "The rules . . . seek to balance the right to develop new information in discovery with the need for certainty as to [Plaintiffs'] legal theories." *Swanson*, 2014 WL 4441161, at *2 (citation omitted). As you know, courts direct the provision of contentions in order to "require that the parties crystallize their theories of the case early in the litigation so as to prevent the shifting sands approach to claim construction.'" *O2 Micro Intern. Ltd. v. Monolithic Power Systems, Inc.*, 467 F.3d 1355, 1364 (Fed.Cir.2006) (quotation marks omitted). Plaintiffs' attempts to delay the provision of their inventorship contentions is exactly the sort of "shifting sands" approach that the Federal Circuit cautioned against in *O2 Micro*.

Please let us know by December 31, 2020 if Plaintiffs are willing to provide responses to the interrogatories by January 4, 2021. If not, Apple will have no choice but to move the Court to compel Plaintiffs to supplement their responses to Interrogatory Nos. 4, 5, and 23.

Apple continues to reserve all rights, including without limitation its right to challenge additional aspects of Plaintiffs' responses that are not enumerated in this letter.

Sincerely,

*Brian Andrea*

Brian K. Andrea

Exhibit L
Page 167

Exhibit M

# Knobbe Martens

KNOBBE,MARTENS,OLSON & BEAR,LLP

12790 El Camino Real, Suite 100, San Diego, CA 92130
**T** (858) 707-4000

Adam Powell
Adam.Powell@knobbe.com

December 30, 2020

**VIA EMAIL**

Brian Andrea
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.,
Washington, DC 20036-5306

Re:    Masimo Corp. and Cercacor Laboratories, Inc. v. Apple Inc.

Dear Ilissa:

We write to address certain matters in your December 9, 2020, letter as well as Apple's position on ESI custodians.

**RFPs 61-62, 88, 123-125, 130-132, 136-145, and 147**: We understand from your December 9, 2020, letter that Apple is withdrawing Apple's Section 2019.210 objection to RFPs 61-62, 88, 123-125, 130-132, 136-145, and 147.  We also understand that Apple is no longer withholding documents to these RFPs based on its remaining objections.  Please confirm Apple will be producing documents responsive to these RFPs and inform us when Apple expects to make a substantial production.

**RFPs 122 and 133-35:**  For these RFPs, Apple first claims that it is withdrawing its Section 2019.210 objection.  Later in the letter, however, Apple argues that, to the extent these RFPs seek trade secret discovery, trade secret discovery is stayed and that "[i]f Plaintiffs provide a Section 2019.210-compliant disclosure, Apple will meet and confer with Plaintiffs regarding the relevance and scope of these RFPs, as they pertain to the trade secret claim."  Please confirm that Apple is withdrawing its Section 2019.210 objection for RFPs 122 and 133-35.  Please also confirm that Apple is not withholding responsive documents to RFPs 122 and 135 based on any other objection and will be producing responsive documents.   For RFPs 133-134, Plaintiffs' agree that Apple's production of public complaints from legal proceedings involving the Apple Watch would satisfy Apple's obligation to respond to RFP 133.  After Apple has produced these documents, Plaintiffs will further consider their position on RFP 134.

**Apple's Document Production:**  During the parties' meet and confer, Apple confirmed that it would produce documents responsive to Plaintiffs' patent ownership and inventorship RFPs.  However, Apple argued that Plaintiffs should not expect many documents and that Apple's production is likely to consist of a small number of patent prosecution documents.  Apple now appears to have produced some of the file histories for the Disputed Patents and documents related to Apple's policy of compensating employees that file patent applications.  Apple's arguments and recent production raise concerns that Apple is not adequately searching for and producing documents responsive to Plaintiffs' RFPs.  For example, Plaintiffs' RFPs request documents such as:

- Any document on which Apple may or intends to rely to show (a) the alleged contribution of the named inventors to the conception or reduction to practice of the subject matter of the Disputed Patents, (b) that the named inventors satisfy the requirements to have been properly identified as inventors on the Disputed Patents; or (c) that the Disputed Patents were properly assigned to and are owned by Apple;

- Any documents that refute or otherwise relate to (a) any alleged contribution of the named inventors to the conception or reduction to practice of the subject matter of the Disputed Patents, (b) whether the named inventors satisfy the requirements to have been properly identified as inventors on the Disputed Patents; or (c) whether the Disputed Patents were properly assigned to and are owned by Apple;

- All documents reflecting work that the named inventors performed as part of allegedly inventing, developing, or reducing to practice the subject matter of the Disputed Patents, including laboratory notebooks, engineering documents, experiment or test records, communications, reports, meeting minutes, self or other evaluations, and correspondence;

- Communications from or to any named inventor regarding the subject matter of the Disputed Patents;

- Communications regarding Apple's meetings with Plaintiffs;

- All documents reflecting information exchanged between Apple and Plaintiffs, or any of their employees or independent contractors, regarding the subject matter of the Disputed Patents;

- Projections, consumer surveys, or other documents related to the value of the inventions or subject matter of the Disputed Patents; and

- The prosecution files for the Disputed Patents and related patents and patent applications, including any invention disclosures, memoranda, or other documents that provided the basis for preparation of drafts or final version of any of the patents, patent applications, or documents filed during prosecution.

Please confirm that Apple will search for and produce documents, like those listed above, that are responsive to Plaintiffs' patent ownership and inventorship RFPs.

**RFPs 5-27, 63-87, 97-109, 128-132, 148-206, 208-13, 216-22, 234-37, 242-43, and 247:** For these RFPs, Apple has refused to meet and confer on its various objections and has instead claimed that it will not meet and confer on these RFPs until Apple receives a Section 2019.210 disclosure that it deems sufficient. As you know, Plaintiffs contend that their Section 2019.210 is more than sufficient, and no Court has held otherwise. Nothing in the Court's stay allowed Apple to unilaterally withhold discovery based on its position on sufficiency. Accordingly, Apple's blanket refusal to meet and confer on its objections to Plaintiffs' RFPs delays discovery and is contrary to the Local Rules.

**ESI Custodians:** Apple has proposed that the parties be limited to eight custodians. The ESI order does not contain any such limit. Instead, the ESI order states that "each party shall provide a

proposed list of individual custodians who are knowledgeable about and were involved with the core
issues or subjects in this case (e.g., the asserted patents, alleged misappropriation of trade secrets, the
development, design and operation of the accused products, and sales, marketing and other damages-
related information for the accused products)."  Pursuant to the ESI order, the parties should exchange
lists of custodians who are knowledgeable about or were involved with core issues or subjects in this
case.  The parties can then evaluate the proposed lists of custodians and potentially discuss whether any
limitations would be appropriate.  Plaintiffs submit that the parties should exchange their lists of
custodians on January 15, 2021.


Best regards,

Adam B. Powell

32796726

# Exhibit N

Docket No.: MAS.1007A                                          **Customer No. 64735**

---

### INFORMATION DISCLOSURE STATEMENT

| | | |
|---|---|---|
| First Inventor | : | Ammar Al-Ali |
| App. No. | : | 15/195199 |
| Filed | : | June 28, 2016 |
| For | : | ADVANCED PULSE OXIMETRY SENSOR |
| Examiner | : | Fardanesh, Marjan |
| Art Unit | : | 3735 |
| Conf. No. | : | 3453 |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

**References and Listing**

Pursuant to 37 CFR 1.56, an Information Disclosure Statement listing references is provided herewith. Copies of any listed foreign and non-patent literature references are being submitted.

**No Disclaimers**

To the extent that anything in the Information Disclosure Statement or the listed references could be construed as a disclaimer of any subject matter supported by the present application, Applicant hereby rescinds and retracts such disclaimer.

**Timing of Disclosure**

This Information Disclosure Statement is being filed after receipt of a First Office Action, but before the mailing date of a Final Action and before the mailing date of a Notice of Allowance.

This Statement is accompanied by the fees set forth in 37 CFR 1.17(p).  The Commissioner is hereby authorized to charge any additional fees which may be required or to credit any overpayment to Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: <u>December 20, 2018</u>             By: <u>/Aaron S. Johnson/</u>
                                              Aaron S. Johnson
                                              Registration No. 74,164
                                              Registered Practitioner
                                              Customer No. 64735
                                              (949) 760-0404

29628289

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| Application No. | 15/195199 | |
| Filing Date | June 28, 2016 | |
| First Named Inventor | Ammar Al-Ali | |
| Art Unit | 3735 | |
| (Multiple sheets used when necessary) | Examiner | Fardanesh, Marjan |
| SHEET 1 OF 4 | Attorney Docket No. | MAS.1007A |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:  1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 7,519,327 | 4/14/2009 | White | |
| | 2 | 7,601,123 | 10/13/2009 | Tweed, et al. | |
| | 3 | 7,726,209 | 6/1/2010 | Ruotoistenmäki | |
| | 4 | 7,862,523 | 1/4/2011 | Ruotoistenmaki | |
| | 5 | 8,289,130 | 10/16/2012 | Nakajima et al. | |
| | 6 | 8,364,389 | 1/29/2013 | Dorogusker et al. | |
| | 7 | 8,615,290 | 12/24/2013 | Lin et al. | |
| | 8 | 8,655,004 | 2/18/2014 | Prest et al. | |
| | 9 | 8,760,517 | 6/24/2014 | Sarwar et al. | |
| | 10 | 9,072,437 | 7/7/2015 | Paalasmaa | |
| | 11 | 9,081,889 | 7/14/2015 | Ingrassia, Jr. et al. | |
| | 12 | 9,210,566 | 12/8/2015 | Ziemianska et al. | |
| | 13 | 9,311,382 | 4/12/2016 | Varoglu et al. | |
| | 14 | 9,357,665 | 5/31/2016 | Myers et al. | |
| | 15 | 9,489,081 | 11/8/2016 | Anzures et al. | |
| | 16 | 9,497,534 | 11/15/2016 | Prest et al. | |
| | 17 | 9,526,430 | 12/27/2016 | Srinivas et al. | |
| | 18 | 9,553,625 | 1/24/2017 | Hatanaka et al. | |
| | 19 | 9,593,969 | 3/14/2017 | King | |
| | 20 | 9,651,405 | 5/16/2017 | Gowreesunker et al. | |
| | 21 | 9,668,676 | 6/6/2017 | Culbert | |
| | 22 | 9,699,546 | 7/4/2017 | Qian et al. | |
| | 23 | 9,716,937 | 7/25/2017 | Qian et al. | |
| | 24 | 9,723,997 | 8/8/2017 | Lamego | |
| | 25 | 9,781,984 | 10/10/2017 | Baranski et al. | |
| | 26 | 9,838,775 | 12/5/2017 | Qian et al. | |
| | 27 | 9,848,823 | 12/26/2017 | Raghuram et al. | |
| | 28 | 9,866,671 | 1/9/2018 | Thompson et al. | |
| | 29 | 9,867,575 | 1/16/2018 | Maani et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

***Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| | |
|---|---|
| Application No. | 15/195199 |
| Filing Date | June 28, 2016 |
| First Named Inventor | Ammar Al-Ali |
| Art Unit | 3735 |

| *(Multiple sheets used when necessary)* | Examiner | Fardanesh, Marjan |
|---|---|---|
| SHEET 2 OF 4 | Attorney Docket No. | MAS.1007A |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 30 | 9,898,049 | 2/20/2018 | Myers et al. | |
| | 31 | 9,918,646 | 3/20/2018 | Singh Alvarado et al. | |
| | 32 | 9,952,095 | 4/24/2018 | Hotelling et al. | |
| | 33 | 10,039,080 | 7/31/2018 | Miller et al. | |
| | 34 | 10,055,121 | 8/21/2018 | Chaudhri et al. | |
| | 35 | 10,066,970 | 9/4/2018 | Gowreesunker et al. | |
| | 36 | 10,076,257 | 9/18/2018 | Lin et al. | |
| | 37 | 10,078,052 | 9/18/2018 | Ness et al. | |
| | 38 | 2014/0171146 | 6/19/2014 | Ma et al. | |
| | 39 | 2015/0173671 | 6/25/2015 | Paalasmaa et al. | |
| | 40 | 2015/0255001 | 9/10/2015 | Haughav et al. | |
| | 41 | 2015/0281424 | 10/1/2015 | Vock et al. | |
| | 42 | 2015/0318100 | 11/5/2015 | Rothkopf et al. | |
| | 43 | 2016/0019360 | 1/21/2016 | PAHWA et al. | |
| | 44 | 2016/0023245 | 1/28/2016 | Zadesky et al. | |
| | 45 | 2016/0038045 | 2/11/2016 | Shapiro | |
| | 46 | 2016/0051157 | 2/25/2016 | Waydo | |
| | 47 | 2016/0051158 | 2/25/2016 | Silva | |
| | 48 | 2016/0058302 | 3/3/2016 | Raghuram et al. | |
| | 49 | 2016/0058309 | 3/3/2016 | Han | |
| | 50 | 2016/0058312 | 3/3/2016 | Han et al. | |
| | 51 | 2016/0058356 | 3/3/2016 | RAGHURAM et al. | |
| | 52 | 2016/0058370 | 3/3/2016 | RAGHURAM et al. | |
| | 53 | 2016/0071392 | 3/10/2016 | Hankey et al. | |
| | 54 | 2016/0154950 | 6/2/2016 | NAKAJIMA et al. | |
| | 55 | 2016/0157780 | 6/9/2016 | RIMMINEN et al. | |
| | 56 | 2016/0213309 | 7/28/2016 | SANNHOLM et al. | |
| | 57 | 2016/0256058 | 9/8/2016 | Pham et al. | |
| | 58 | 2016/0256082 | 9/8/2016 | Ely et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| Application No. | 15/195199 |
|---|---|
| Filing Date | June 28, 2016 |
| First Named Inventor | Ammar Al-Ali |
| Art Unit | 3735 |
| Examiner | Fardanesh, Marjan |
| Attorney Docket No. | MAS.1007A |

*(Multiple sheets used when necessary)*

SHEET 3 OF 4

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:  1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 59 | 2016/0267238 | 9/15/2016 | Nag | |
| | 60 | 2016/0287181 | 10/6/2016 | Han et al. | |
| | 61 | 2016/0296173 | 10/13/2016 | Culbert | |
| | 62 | 2016/0296174 | 10/13/2016 | Isikman et al. | |
| | 63 | 2016/0310027 | 10/27/2016 | Han | |
| | 64 | 2016/0378069 | 12/29/2016 | Rothkopf | |
| | 65 | 2016/0378071 | 12/29/2016 | Rothkopf | |
| | 66 | 2017/0007183 | 1/12/2017 | Dusan et al. | |
| | 67 | 2017/0010858 | 1/12/2017 | Prest et al. | |
| | 68 | 2017/0074897 | 3/16/2017 | Mermel et al. | |
| | 69 | 2017/0084133 | 3/23/2017 | Cardinali et al. | |
| | 70 | 2017/0086689 | 3/30/2017 | Shui et al. | |
| | 71 | 2017/0086742 | 3/30/2017 | Harrison-Noonan et al. | |
| | 72 | 2017/0086743 | 3/30/2017 | Bushnell et al. | |
| | 73 | 2017/0094450 | 3/30/2017 | Tu et al. | |
| | 74 | 2017/0164884 | 6/15/2017 | Culbert et al. | |
| | 75 | 2017/0248446 | 8/31/2017 | Gowreesunker et al. | |
| | 76 | 2017/0273619 | 9/28/2017 | Alvarado et al. | |
| | 77 | 2017/0281024 | 10/5/2017 | Narasimhan et al. | |
| | 78 | 2017/0293727 | 10/12/2017 | Klaassen et al. | |
| | 79 | 2017/0325698 | 11/16/2017 | Allec et al. | |
| | 80 | 2017/0325744 | 11/16/2017 | Allec et al. | |
| | 81 | 2017/0340209 | 11/30/2017 | Klaassen et al. | |
| | 82 | 2017/0340219 | 11/30/2017 | Sullivan et al. | |
| | 83 | 2017/0347885 | 12/7/2017 | Tan et al. | |
| | 84 | 2017/0354332 | 12/14/2017 | Lamego | |
| | 85 | 2017/0354795 | 12/14/2017 | BLAHNIK et al. | |
| | 86 | 2017/0358239 | 12/14/2017 | Arney et al. | |
| | 87 | 2017/0358240 | 12/14/2017 | Blahnik et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 15/195199 |
| | Filing Date | June 28, 2016 |
| | First Named Inventor | Ammar Al-Ali |
| | Art Unit | 3735 |
| *(Multiple sheets used when necessary)* | Examiner | Fardanesh, Marjan |
| SHEET 4 OF 4 | Attorney Docket No. | MAS.1007A |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number *Number - Kind Code (if known)* Example:   1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 88 | 2017/0358242 | 12/14/2017 | Thompson et al. | |
| | 89 | 2017/0360306 | 12/14/2017 | Narasimhan et al. | |
| | 90 | 2017/0366657 | 12/21/2017 | Thompson et al. | |
| | 91 | 2018/0014781 | 1/18/2018 | Clavelle et al. | |
| | 92 | 2018/0025287 | 1/25/2018 | Mathew et al. | |
| | 93 | 2018/0042556 | 2/15/2018 | SHAHPARNIA et al. | |
| | 94 | 2018/0049694 | 2/22/2018 | Singh Alvarado et al. | |
| | 95 | 2018/0050235 | 2/22/2018 | Tan et al. | |
| | 96 | 2018/0055375 | 3/1/2018 | MARTINEZ et al. | |
| | 97 | 2018/0055439 | 3/1/2018 | Pham et al. | |
| | 98 | 2018/0056129 | 1/1/2018 | NARASIMHA RAO et al. | |
| | 99 | 2018/0078151 | 3/22/2018 | ALLEC et al. | |
| | 100 | 2018/0078182 | 3/22/2018 | CHEN et al. | |
| | 101 | 2018/0110469 | 4/26/2018 | MAANI et al. | |
| | 102 | 2018/0153418 | 6/7/2018 | SULLIVAN et al. | |
| | 103 | 2018/0164853 | 6/14/2018 | Myers et al. | |
| | 104 | 2018/0196514 | 7/12/2018 | ALLEC et al. | |
| | 105 | 2018/0228414 | 8/16/2018 | SHAO et al. | |
| | 106 | 2018/0238734 | 8/23/2018 | Hotelling et al. | |
| | 107 | 2018/0279956 | 10/4/2018 | WAYDO et al. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document *Country Code-Number-Kind Code* Example:   JP 1234567 A1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | | | | | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | | | |

29627918

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

# Exhibit O

**Application No.:**     **16/212440**
**Filing Date:**          **December 6, 2018**

**References for Examiner Consideration**

Applicant wishes to draw the Examiner's attention to, and encourages the Examiner to review, the following co-owned patents and/or applications and their existing and ongoing prosecution history, including without limitation Office Actions, Amendments, Remarks, and any other potentially relevant documents:

| Docket No. | Patent No. | Title | Issued |
|---|---|---|---|
| MASCER.002C1 | 9,277,880 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 03/08/2016 |
| MASCER.003A | 8,630,691 | MULTI-STREAM SENSOR FRONT ENDS FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 01/14/2014 |
| MASCER.003D1 | 8,909,310 | MULTI-STREAM SENSOR FRONT ENDS FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 12/09/2014 |
| MASCER.004A | 8,203,704 | MULTI-STREAM SENSOR FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 06/19/2012 |
| MASCER.004C1 | 8,570,503 | HEAT SINK FOR NONINVASIVE MEDICAL SENSOR | 10/29/2013 |
| CERCA.005A | 8,515,509 | MULTI-STREAM EMITTER FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 08/20/2013 |
| MASCER.006A | 8,577,431 | NOISE SHIELDING FOR A NONINVASIVE DEVICE | 11/05/2013 |
| MASCER.006C1 | 9,717,425 | NOISE SHIELDING FOR A NONINVASIVE DEVICE | 08/01/2017 |
| MASCER.007A | 8,437,825 | CONTOURED PROTRUSION FOR IMPROVING SPECTROSCOPIC MEASUREMENT OF BLOOD CONSTITUENTS | 05/07/2013 |
| MASCER.007C1 | 9,591,975 | CONTOURED PROTRUSION FOR IMPROVING SPECTROSCOPIC MEASUREMENT OF BLOOD CONSTITUENTS | 03/14/2017 |
| MASCER.008A | 8,688,183 | EMITTER DRIVER FOR NONINVASIVE PATIENT MONITOR | 04/01/2014 |
| MASCER.008C1 | 9,186,102 | EMITTER DRIVER FOR NONINVASIVE PATIENT MONITOR | 11/17/2015 |
| MASCER.008C2 | 9,668,680 | EMITTER DRIVER FOR NONINVASIVE PATIENT MONITOR | 06/06/2017 |
| MASCER.009DA | D621516 | PATIENT MONITORING SENSOR | 08/10/2010 |
| MASCER.010DA | D606659 | PATIENT MONITOR | 12/22/2009 |

**Application No.:**   **16/212440**
**Filing Date:**      **December 6, 2018**

| Docket No. | Serial No. | Title | Filed |
|---|---|---|---|
| MASCER.002A | 12/534827 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 08/03/2009 |
| MASCER.002C2 | 14/981290 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 12/28/2015 |
| MASCER.002C4 | 16/212537 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 12/06/2018 |
| MASCER.004C3 | 14/064055 | MULTI-STREAM SENSOR FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 10/25/2013 |
| MASCER.006C2 | 15/660743 | NOISE SHIELDING FOR A NONINVASIVE DEVICE | 07/26/2017 |
| MASCER.011A | 12/497506 | HEAT SINK FOR NONINVASIVE MEDICAL SENSOR | 07/02/2009 |

Applicant notes that cited references, office actions, responses, and notices of allowance currently exist or will exist with reference to the above-referenced matters. Applicant also understands that the Examiner has access to sophisticated online Patent Office computing systems that provide ready access to the full file histories of these matters including, for example, specifications, drawings, pending claims, cited art, office actions, responses, declarations, and notices of allowance. Rather than submit copies of these file histories, Applicant respectfully requests that the Examiner continue to review these file histories online for past, current, and future information about these matters that may be relevant to examination of the present application. Also, if the Examiner cannot readily access these file histories, Applicant would be pleased to provide any portion of any of the file histories at any time upon specific Examiner request.

**No Disclaimers**

To the extent that anything in the Information Disclosure Statement or the listed references could be construed as a disclaimer of any subject matter supported by the present application, Applicant hereby rescinds and retracts such disclaimer.

**Timing of Disclosure**

This Information Disclosure Statement is being filed within three months of the filing date, and no fee is believed to be required.

**Application No.:**    **16/212440**
**Filing Date:**      **December 6, 2018**


     The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment, to Account No. 11-1410.


                    Respectfully submitted,

                    KNOBBE, MARTENS, OLSON & BEAR, LLP


Dated: <u>December 18, 2018</u>      By: /Scott Cromar/_____
                          Scott A. Cromar
                          Registration No. 65,066
                          Registered Practitioner
                          Customer No. 64735
                          (949) 760-0404

29624527

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| | | |
|---|---|---|
| Application No. | 16/212440 | |
| Filing Date | December 6, 2018 | |
| First Named Inventor | Poeze, Jeroen et al. | |
| Art Unit | 2688 | |
| Examiner | Unassigned | |
| Attorney Docket No. | MASCER.002C3 | |

*(Multiple sheets used when necessary)*

SHEET 1 OF 33

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 3,910,701 | 10-07-1975 | Henderson et al. | |
| | 2 | 4,114,604 | 09-19-1978 | Shaw et al. | |
| | 3 | 4,258,719 | 03-31-1981 | Lewyn | |
| | 4 | 4,267,844 | 05-19-1981 | Yamanishi | |
| | 5 | 4,438,338 | 03-20-1984 | Stitt | |
| | 6 | 4,444,471 | 04-24-1984 | Ford et al. | |
| | 7 | 4,653,498 | 03-31-1987 | New, Jr. et al. | |
| | 8 | 4,655,225 | 04-07-1987 | Dahne et al. | |
| | 9 | 4,684,245 | 08-04-1987 | Goldring | |
| | 10 | 4,709,413 | 11-24-1987 | Forrest | |
| | 11 | 4,755,676 | 07-05-1988 | Gaalema et al. | |
| | 12 | 4,781,195 | 11-01-1988 | Martin | |
| | 13 | 4,805,623 | 02-21-1989 | Jöbsis | |
| | 14 | 4,880,304 | 11-14-1989 | Jaeb et al. | |
| | 15 | 4,960,128 | 10-02-1990 | Gordon et al. | |
| | 16 | 4,964,408 | 10-23-1990 | Hink et al. | |
| | 17 | 5,028,787 | 07-02-1991 | Rosenthal, et al. | |
| | 18 | 5,035,243 | 07-30-1991 | Muz, Edwin | |
| | 19 | 5,041,187 | 08-20-1991 | Hink et al. | |
| | 20 | 5,043,820 | 08-27-1991 | Wyles et al. | |
| | 21 | 5,069,213 | 12-03-1991 | Polczynski | |
| | 22 | 5,069,214 | 12-03-1991 | Samaras et al. | |
| | 23 | 5,077,476 | 12-31-1991 | Rosenthal | |
| | 24 | 5,086,229 | 02-04-1992 | Rosenthal et al. | |
| | 25 | 5,122,925 | 06-16-1992 | Inpyn | |
| | 26 | 5,131,391 | 07-21-1992 | Sakai et al. | |
| | 27 | 5,137,023 | 08-11-1992 | Mendelson, et al. | |
| | 28 | 5,159,929 | 11-03-1992 | McMillen et al. | |
| | 29 | 5,163,438 | 11-17-1992 | Gordon et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| (Multiple sheets used when necessary) | Examiner | Unassigned |
| SHEET 2 OF 33 | Attorney Docket No. | MASCER.002C3 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code (if known)<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 30 | 5,222,295 | 06-29-1993 | Dorris, Jr. | |
| | 31 | 5,222,495 | 06-29-1993 | Clarke et al. | |
| | 32 | 5,222,496 | 06-29-1993 | Clarke et al. | |
| | 33 | 5,249,576 | 10-05-1993 | Goldberger et al. | |
| | 34 | 5,250,342 | 10-05-1993 | Lang | |
| | 35 | 5,278,627 | 01-11-1994 | Aoyagi et al. | |
| | 36 | 5,297,548 | 03-29-1994 | Pologe, Jonas A. | |
| | 37 | 5,319,355 | 06-07-1994 | Russek | |
| | 38 | 5,337,744 | 08-16-1994 | Branigan | |
| | 39 | 5,337,745 | 08-16-1994 | Benaron | |
| | 40 | 5,341,805 | 08-30-1994 | Stavridi, et al. | |
| | 41 | 5,362,966 | 11-08-1994 | Rosenthal et al. | |
| | 42 | 5,377,676 | 01-03-1995 | Vari, et al. | |
| | 43 | 5,427,093 | 06-27-1995 | Ogawa et al. | |
| | 44 | 5,431,170 | 07-11-1995 | Mathews | |
| | 45 | 5,437,275 | 08-01-1995 | Amundsen et al. | |
| | 46 | 5,441,054 | 08-15-1995 | Tsuchiya | |
| | 47 | 5,452,717 | 09-26-1995 | Branigan et al. | |
| | 48 | 5,456,252 | 10-10-1995 | Vari, et al. | |
| | 49 | 5,479,934 | 01-02-1996 | Imran | |
| | 50 | 5,482,034 | 01-09-1996 | Lewis et al. | |
| | 51 | 5,482,036 | 01-09-1996 | Diab et al. | |
| | 52 | 5,490,505 | 02-13-1996 | Diab et al. | |
| | 53 | 5,490,506 | 02-13-1996 | Takatani et al. | |
| | 54 | 5,494,043 | 02-27-1996 | O'Sullivan et al. | |
| | 55 | 5,511,546 | 04-30-1996 | Hon | |
| | 56 | 5,533,511 | 07-09-1996 | Kaspari et al. | |
| | 57 | 5,534,851 | 07-09-1996 | Russek | |
| | 58 | 5,551,422 | 09-03-1996 | Simonsen et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

Exhibit O
Page 183

PTO/SB/08 Equivalent

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

| | |
|---|---|
| Application No. | 16/212440 |
| Filing Date | December 6, 2018 |
| First Named Inventor | Poeze, Jeroen et al. |
| Art Unit | 2688 |
| Examiner | Unassigned |
| Attorney Docket No. | MASCER.002C3 |

*(Multiple sheets used when necessary)*

SHEET 3 OF 33

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 59 | 5,553,616 | 09-09-1996 | Ham et al. | |
| | 60 | 5,553,615 | 09-10-1996 | Carim et al. | |
| | 61 | 5,561,275 | 10-01-1996 | Savage, et al. | |
| | 62 | 5,562,002 | 10-08-1996 | Lalin | |
| | 63 | 5,590,649 | 01-07-1997 | Caro et al. | |
| | 64 | 5,602,924 | 02-11-1997 | Durand et al. | |
| | 65 | 5,625,458 | 04-29-1997 | Alfano et al. | |
| | 66 | 5,632,272 | 05-27-1997 | Diab et al. | |
| | 67 | 5,638,816 | 06-17-1997 | Kiani-Azarbayjany et al. | |
| | 68 | 5,638,818 | 06-17-1997 | Diab et al. | |
| | 69 | 5,645,440 | 07-08-1997 | Tobler et al. | |
| | 70 | 5,676,143 | 10-14-1997 | Simonsen, et al. | |
| | 71 | 5,685,299 | 11-11-1997 | Diab et al. | |
| | 72 | 5,743,262 | 04-28-1998 | Lepper, Jr. et al. | |
| | 73 | 5,750,927 | 05-12-1998 | Baltazar, Osni | |
| | 74 | 5,752,914 | 05-19-1998 | Delonzor et al. | |
| | 75 | 5,758,644 | 06-02-1998 | Diab et al. | |
| | 76 | 5,760,910 | 06-02-1998 | Lepper, Jr. et al. | |
| | 77 | 5,766,131 | 06-16-1998 | Kondo et al. | |
| | 78 | 5,769,785 | 06-23-1998 | Diab et al. | |
| | 79 | 5,782,757 | 07-21-1998 | Diab et al. | |
| | 80 | 5,785,659 | 07-28-1998 | Caro et al. | |
| | 81 | 5,791,347 | 08-11-1998 | Flaherty et al. | |
| | 82 | 5,792,052 | 08-11-1998 | Isaacson et al. | |
| | 83 | 5,810,734 | 09-22-1998 | Caro et al. | |
| | 84 | 5,823,950 | 10-20-1998 | Diab et al. | |
| | 85 | 5,826,885 | 10-27-1998 | Helgeland | |
| | 86 | 5,830,131 | 11-03-1998 | Caro et al. | |
| | 87 | 5,833,618 | 11-10-1998 | Caro et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

Exhibit O
Page 184

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 4 OF 33 | Attorney Docket No. | MASCER.002C3 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:   1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 88 | 5,851,178 | 12-22-1998 | Aronow | |
| | 89 | 5,860,919 | 01-19-1999 | Kiani-Azarbayjany et al. | |
| | 90 | 5,890,929 | 04-06-1999 | Mills et al. | |
| | 91 | 5,902,235 | 05-11-1999 | Lewis et al. | |
| | 92 | 5,903,357 | 05-11-1999 | Colak | |
| | 93 | 5,904,654 | 05-18-1999 | Wohltmann et al. | |
| | 94 | 5,919,134 | 07-06-1999 | Diab | |
| | 95 | 5,934,925 | 08-10-1999 | Tobler et al. | |
| | 96 | 5,940,182 | 08-17-1999 | Lepper, Jr. et al. | |
| | 97 | 5,957,840 | 09-28-1999 | Terasawa et al. | |
| | 98 | 5,995,855 | 11-30-1999 | Kiani et al. | |
| | 99 | 5,997,343 | 12-07-1999 | Mills et al. | |
| | 100 | 6,002,952 | 12-14-1999 | Diab et al. | |
| | 101 | 6,011,986 | 01-04-2000 | Diab et al. | |
| | 102 | 6,027,452 | 02-22-2000 | Flaherty et al. | |
| | 103 | 6,036,642 | 03-14-2000 | Diab et al. | |
| | 104 | 6,045,509 | 04-04-2000 | Caro et al. | |
| | 105 | 6,049,727 | 04-11-2000 | Crothall, Katherine D. | |
| | 106 | 6,067,462 | 05-23-2000 | Diab et al. | |
| | 107 | 6,081,735 | 06-27-2000 | Diab et al. | |
| | 108 | 6,088,607 | 07-11-2000 | Diab et al. | |
| | 109 | 6,110,522 | 08-29-2000 | Lepper, Jr. et al. | |
| | 110 | 6,124,597 | 09-26-2000 | Shehada | |
| | 111 | 6,128,521 | 10-03-2000 | Marro et al. | |
| | 112 | 6,129,675 | 10-10-2000 | Jay | |
| | 113 | 6,144,866 | 11-07-2000 | Miesel et al. | |
| | 114 | 6,144,868 | 11-07-2000 | Parker | |
| | 115 | 6,151,516 | 11-21-2000 | Kiani-Azarbayjany et al. | |
| | 116 | 6,152,754 | 11-28-2000 | Gerhardt et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 5 OF 33 | Attorney Docket No. | MASCER.002C3 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 117 | 6,157,850 | 12-05-2000 | Diab et al. | |
| | 118 | 6,165,005 | 12-26-2000 | Mills et al. | |
| | 119 | 6,172,743 | 01-09-2001 | Kley, et al. | |
| | 120 | 6,181,958 | 01-30-2001 | Steuer et al. | |
| | 121 | 6,184,521 | 02-06-2001 | Coffin, IV et al. | |
| | 122 | 6,206,830 | 03-27-2001 | Diab et al. | |
| | 123 | 6,223,063 | 04-24-2001 | Chaiken et al. | |
| | 124 | 6,229,856 | 05-08-2001 | Diab et al. | |
| | 125 | 6,232,609 | 05-15-2001 | Snyder, et al. | |
| | 126 | 6,236,872 | 05-22-2001 | Diab et al. | |
| | 127 | 6,241,683 | 06-05-2001 | Macklem, et al. | |
| | 128 | 6,253,097 | 06-26-2001 | Aronow et al. | |
| | 129 | 6,256,523 | 07-03-2001 | Diab et al. | |
| | 130 | 6,263,222 | 07-17-2001 | Diab et al. | |
| | 131 | 6,278,522 | 08-21-2001 | Lepper, Jr. et al. | |
| | 132 | 6,278,889 | 08-21-2001 | Robinson | |
| | 133 | 6,280,213 | 08-28-2001 | Tobler et al. | |
| | 134 | 6,285,896 | 09-04-2001 | Tobler et al. | |
| | 135 | 6,301,493 | 10-09-2001 | Marro et al. | |
| | 136 | 6,317,627 | 11-13-2001 | Ennen et al. | |
| | 137 | 6,321,100 | 11-20-2001 | Parker | |
| | 138 | 6,325,761 | 12-04-2001 | Jay | |
| | 139 | 6,334,065 | 12-25-2001 | Al-Ali et al. | |
| | 140 | 6,343,223 | 01-29-2002 | Chin et al. | |
| | 141 | 6,343,224 | 01-29-2002 | Parker | |
| | 142 | 6,345,194 | 02-05-2002 | Robert Nelson, et al. | |
| | 143 | 6,349,228 | 02-19-2002 | Kiani et al. | |
| | 144 | 6,353,750 | 03-05-2002 | Kimura et al. | |
| | 145 | 6,360,113 | 03-09-2002 | Dettling, Allen | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 16/212440 |
|---|---|---|
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 6 OF 33 | Attorney Docket No. | MASCER.002C3 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 146 | 6,360,114 | 03-09-2002 | Diab et al. | |
| | 147 | 6,360,115 | 03-19-2002 | Roger Greenwald, et al. | |
| | 148 | 6,368,283 | 04-09-2002 | Xu, et al. | |
| | 149 | 6,371,921 | 04-16-2002 | Caro et al. | |
| | 150 | 6,377,829 | 04-23-2002 | Al-Ali | |
| | 151 | 6,388,240 | 05-14-2002 | Schulz et al. | |
| | 152 | 6,397,091 | 05-28-2002 | Diab et al. | |
| | 153 | 6,430,437 | 08-06-2002 | Marro | |
| | 154 | 6,430,525 | 08-06-2002 | Weber et al. | |
| | 155 | 6,463,311 | 10-08-2002 | Diab | |
| | 156 | 6,470,199 | 10-22-2002 | Kopotic et al. | |
| | 157 | 6,501,975 | 12-31-2002 | Diab et al. | |
| | 158 | 6,505,059 | 01-07-2003 | Kollias, et al. | |
| | 159 | 6,515,273 | 02-04-2003 | Al-Ali | |
| | 160 | 6,519,487 | 02-11-2003 | Parker | |
| | 161 | 6,522,521 | 02-18-2003 | Mizuno et al. | |
| | 162 | 6,525,386 | 02-25-2003 | Mills et al. | |
| | 163 | 6,526,300 | 02-25-2003 | Kiani et al. | |
| | 164 | 6,541,756 | 04-01-2003 | Schulz et al. | |
| | 165 | 6,542,764 | 04-01-2003 | Al-Ali et al. | |
| | 166 | 6,580,086 | 06-17-2003 | Schulz et al. | |
| | 167 | 6,584,336 | 06-24-2003 | Ali et al. | |
| | 168 | 6,595,316 | 07-22-2003 | Cybulski et al. | |
| | 169 | 6,597,932 | 07-22-2003 | Tian et al. | |
| | 170 | 6,597,933 | 07-22-2003 | Kiani et al. | |
| | 171 | 6,606,509 | 08-12-2003 | Schmitt, Joseph M. | |
| | 172 | 6,606,511 | 08-12-2003 | Ali et al. | |
| | 173 | 6,632,181 | 10-14-2003 | Flaherty et al. | |
| | 174 | 6,636,759 | 10-21-2003 | Robinson | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 7 OF 33 | Attorney Docket No. | MASCER.002C3 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:  1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 175 | 6,639,668 | 10-28-2003 | Trepagnier, Pierre | |
| | 176 | 6,639,867 | 10-28-2003 | Shim | |
| | 177 | 6,640,116 | 10-28-2003 | Diab | |
| | 178 | 6,643,530 | 11-04-2003 | Diab et al. | |
| | 179 | 6,650,917 | 11-18-2003 | Diab et al. | |
| | 180 | 6,654,624 | 11-25-2003 | Diab et al. | |
| | 181 | 6,658,276 | 12-02-2003 | Kiani et al. | |
| | 182 | 6,661,161 | 12-09-2003 | Lanzo et al. | |
| | 183 | 6,668,185 | 12-23-2003 | Toida | |
| | 184 | 6,671,531 | 12-30-2003 | Al-Ali et al. | |
| | 185 | 6,678,543 | 01-13-2004 | Diab et al. | |
| | 186 | 6,681,133 | 01-20-2004 | Chaiken et al. | |
| | 187 | 6,684,090 | 01-27-2004 | Ali et al. | |
| | 188 | 6,684,091 | 01-27-2004 | Parker | |
| | 189 | 6,697,656 | 02-24-2004 | Al-Ali | |
| | 190 | 6,697,657 | 02-24-2004 | Shehada, et al. | |
| | 191 | 6,697,658 | 02-24-2004 | Al-Ali | |
| | 192 | 6,699,194 | 03-02-2004 | Diab et al. | |
| | 193 | 6,714,804 | 03-30-2004 | Al-Ali et al. | |
| | 194 | 6,721,582 | 04-13-2004 | Trepagnier, et al. | |
| | 195 | 6,721,585 | 04-13-2004 | Parker | |
| | 196 | 6,725,075 | 04-20-2004 | Al-Ali | |
| | 197 | 6,728,560 | 04-27-2004 | Kollias, et al. | |
| | 198 | 6,735,459 | 05-11-2004 | Parker | |
| | 199 | 6,745,060 | 06-01-2004 | Diab et al. | |
| | 200 | 6,748,254 | 06-08-2004 | O'Neil et al. | |
| | 201 | 6,760,607 | 07-06-2004 | Al-Ali | |
| | 202 | 6,770,028 | 08-03-2004 | Ali et al. | |
| | 203 | 6,771,994 | 08-03-2004 | Kiani et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| | | |
|---|---|---|
| Application No. | 16/212440 | |
| Filing Date | December 6, 2018 | |
| First Named Inventor | Poeze, Jeroen et al. | |
| Art Unit | 2688 | |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 8 OF 33 | Attorney Docket No. | MASCER.002C3 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 204 | 6,792,300 | 09-14-2004 | Diab et al. | |
| | 205 | 6,813,511 | 11-02-2004 | Diab et al. | |
| | 206 | 6,816,010 | 11-09-2004 | Seetharaman et al. | |
| | 207 | 6,816,241 | 11-09-2004 | Grubisic, et al. | |
| | 208 | 6,816,741 | 11-09-2004 | Diab | |
| | 209 | 6,822,564 | 11-23-2004 | Al-Ali | |
| | 210 | 6,826,419 | 11-30-2004 | Diab et al. | |
| | 211 | 6,830,711 | 12-14-2004 | Mills et al. | |
| | 212 | 6,850,787 | 02-01-2005 | Weber et al. | |
| | 213 | 6,850,788 | 02-01-2005 | Al-Ali | |
| | 214 | 6,852,083 | 02-08-2005 | Caro et al. | |
| | 215 | 6,861,639 | 03-01-2005 | Al-Ali | |
| | 216 | 6,898,452 | 05-24-2005 | Al-Ali et al. | |
| | 217 | 6,912,413 | 06-28-2005 | Rantala et al. | |
| | 218 | 6,920,345 | 07-19-2005 | Al-Ali et al. | |
| | 219 | 6,931,268 | 08-16-2005 | Kiani-Azarbayjany et al. | |
| | 220 | 6,934,570 | 08-23-2005 | Kiani et al. | |
| | 221 | 6,939,305 | 09-06-2005 | Flaherty et al. | |
| | 222 | 6,943,348 | 09-13-2005 | Coffin IV | |
| | 223 | 6,950,687 | 09-27-2005 | Al-Ali | |
| | 224 | 6,961,598 | 11-01-2005 | Diab | |
| | 225 | 6,970,792 | 11-29-2005 | Diab | |
| | 226 | 6,979,812 | 12-27-2005 | Al-Ali | |
| | 227 | 6,985,764 | 01-10-2006 | Mason et al. | |
| | 228 | 6,993,371 | 01-31-2006 | Kiani et al. | |
| | 229 | 6,995,400 | 02-07-2006 | Mizuyoshi | |
| | 230 | 6,996,427 | 02-07-2006 | Ali et al. | |
| | 231 | 6,999,904 | 02-14-2006 | Weber et al. | |
| | 232 | 7,003,338 | 02-21-2006 | Weber et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

***Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 9 OF 33 | Attorney Docket No. | MASCER.002C3 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:   1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 233 | 7,003,339 | 02-21-2006 | Diab et al. | |
| | 234 | 7,015,451 | 03-21-2006 | Dalke et al. | |
| | 235 | 7,024,233 | 04-04-2006 | Ali et al. | |
| | 236 | 7,027,849 | 04-11-2006 | Al-Ali | |
| | 237 | 7,030,749 | 04-18-2006 | Al-Ali | |
| | 238 | 7,039,449 | 05-02-2006 | Al-Ali | |
| | 239 | 7,041,060 | 05-09-2006 | Flaherty et al | |
| | 240 | 7,044,918 | 05-16-2006 | Diab | |
| | 241 | 7,047,054 | 05-16-2006 | Benni | |
| | 242 | 7,067,893 | 06-27-2006 | Mills et al. | |
| | 243 | 7,092,757 | 08-15-2006 | Larson et al. | |
| | 244 | 7,096,052 | 08-22-2006 | Mason et al. | |
| | 245 | 7,096,054 | 08-22-2006 | Abdul-Hafiz et al. | |
| | 246 | 7,132,641 | 11-07-2006 | Schulz et al. | |
| | 247 | 7,142,901 | 11-28-2006 | Kiani et al. | |
| | 248 | 7,149,561 | 12-12-2006 | Diab | |
| | 249 | 7,186,966 | 03-06-2007 | Al-Ali | |
| | 250 | 7,190,261 | 03-13-2007 | Al-Ali | |
| | 251 | 7,215,984 | 05-08-2007 | Diab | |
| | 252 | 7,215,986 | 05-08-2007 | Diab | |
| | 253 | 7,221,971 | 05-22-2007 | Diab | |
| | 254 | 7,225,006 | 05-29-2007 | Al-Ali et al. | |
| | 255 | 7,225,007 | 05-29-2007 | Al-Ali | |
| | 256 | 7,230,227 | 06-12-2007 | Wilcken et al. | |
| | 257 | 7,239,905 | 07-03-2007 | Kiani-Azarbayjany et al. | |
| | 258 | 7,245,953 | 07-17-2007 | Parker | |
| | 259 | 7,254,429 | 08-07-2007 | Schurman et al. | |
| | 260 | 7,254,431 | 08-07-2007 | Al-Ali | |
| | 261 | 7,254,433 | 08-07-2007 | Diab et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 10 OF 33 | Attorney Docket No. | MASCER.002C3 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 262 | 7,254,434 | 08-07-2007 | Schulz et al. | |
| | 263 | 7,272,425 | 09-18-2007 | Al-Ali | |
| | 264 | 7,274,955 | 09-25-2007 | Kiani et al. | |
| | 265 | 7,280,858 | 10-09-2007 | Al-Ali et al. | |
| | 266 | 7,289,835 | 10-30-2007 | Mansfield et al. | |
| | 267 | 7,292,883 | 11-06-2007 | De Felice et al. | |
| | 268 | 7,295,866 | 11-13-2007 | Al-Ali | |
| | 269 | 7,328,053 | 02-05-2008 | Diab et al. | |
| | 270 | 7,332,784 | 02-19-2008 | Mills, et al. | |
| | 271 | 7,340,287 | 03-04-2008 | Mason et al. | |
| | 272 | 7,341,559 | 03-11-2008 | Schulz et al. | |
| | 273 | 7,343,186 | 03-11-2008 | Lamego et al. | |
| | 274 | 7,355,512 | 04-08-2008 | Al-Ali | |
| | 275 | 7,356,365 | 04-08-2008 | Schurman | |
| | 276 | 7,365,923 | 04-29-2008 | Hargis et al. | |
| | 277 | 7,371,981 | 05-13-2008 | Abdul-Hafiz | |
| | 278 | 7,373,193 | 05-13-2008 | Al-Ali et al. | |
| | 279 | 7,373,194 | 05-13-2008 | Weber et al. | |
| | 280 | 7,376,453 | 05-20-2008 | Diab et al. | |
| | 281 | 7,377,794 | 05-27-2008 | Al Ali et al. | |
| | 282 | 7,377,899 | 05-27-2008 | Weber et al. | |
| | 283 | 7,383,070 | 06-03-2008 | Diab et al. | |
| | 284 | 7,395,189 | 07-01-2008 | Qing et al. | |
| | 285 | 7,415,297 | 08-19-2008 | Al-Ali et al. | |
| | 286 | 7,428,432 | 09-23-2008 | Ali et al. | |
| | 287 | 7,438,683 | 10-21-2008 | Al-Ali et al. | |
| | 288 | 7,440,787 | 10-21-2008 | Diab | |
| | 289 | 7,454,240 | 11-18-2008 | Diab et al. | |
| | 290 | 7,467,002 | 12-16-2008 | Weber et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

***Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 11 OF 33 | Attorney Docket No. | MASCER.002C3 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 291 | 7,469,157 | 12-23-2008 | Diab et al. | |
| | 292 | 7,471,969 | 12-30-2008 | Diab et al. | |
| | 293 | 7,471,971 | 12-30-2008 | Diab et al. | |
| | 294 | 7,483,729 | 01-27-2009 | Al-Ali et al. | |
| | 295 | 7,483,730 | 01-27-2009 | Diab et al. | |
| | 296 | 7,489,958 | 02-10-2009 | Diab et al. | |
| | 297 | 7,496,391 | 02-24-2009 | Diab et al. | |
| | 298 | 7,496,393 | 02-24-2009 | Diab et al. | |
| | 299 | 7,499,741 | 03-03-2009 | Diab et al. | |
| | 300 | 7,499,835 | 03-03-2009 | Weber et al. | |
| | 301 | 7,500,950 | 03-10-2009 | Al-Ali et al. | |
| | 302 | 7,509,153 | 03-24-2009 | Blank et al. | |
| | 303 | 7,509,154 | 03-24-2009 | Diab et al. | |
| | 304 | 7,509,494 | 03-24-2009 | Al-Ali | |
| | 305 | 7,510,849 | 03-31-2009 | Schurman et al. | |
| | 306 | 7,519,327 | 04-14-2009 | White | |
| | 307 | 7,526,328 | 04-28-2009 | Diab et al. | |
| | 308 | 7,530,942 | 05-12-2009 | Diab | |
| | 309 | 7,530,949 | 05-12-2009 | Al Ali et al. | |
| | 310 | 7,530,955 | 05-12-2009 | Diab et al. | |
| | 311 | 7,563,110 | 07-21-2009 | Al-Ali et al. | |
| | 312 | 7,596,398 | 09-29-2009 | Al-Ali et al. | |
| | 313 | 7,601,123 | 10-13-2009 | Tweed, et al. | |
| | 314 | 7,606,606 | 10-20-2009 | Laakkonen | |
| | 315 | 7,618,375 | 11-17-2009 | Flaherty | |
| | 316 | 7,647,083 | 01-12-2010 | Al-Ali et al. | |
| | 317 | 7,657,294 | 02-02-2010 | Eghbal et al. | |
| | 318 | 7,657,295 | 02-02-2010 | Coakley et al. | |
| | 319 | 7,657,296 | 02-02-2010 | Raridan et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 12 OF 33 | Attorney Docket No. | MASCER.002C3 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 320 | 7,726,209 | 06-01-2010 | Ruotoistenmäki | |
| | 321 | 7,729,733 | 06-01-2010 | Al-Ali et al. | |
| | 322 | 7,734,320 | 06-08-2010 | Al-Ali | |
| | 323 | 7,761,127 | 07-20-2010 | Al-Ali et al. | |
| | 324 | 7,761,128 | 07-20-2010 | Al-Ali et al. | |
| | 325 | 7,764,982 | 07-27-2010 | Dalke et al. | |
| | 326 | 7,791,155 | 09-07-2010 | Diab | |
| | 327 | 7,801,581 | 09-21-2010 | Diab | |
| | 328 | 7,809,418 | 10-05-2010 | Xu | |
| | 329 | 7,822,452 | 10-26-2010 | Schurman et al. | |
| | 330 | 7,844,313 | 11-30-2010 | Kiani et al. | |
| | 331 | 7,844,314 | 11-30-2010 | Al-Ali | |
| | 332 | 7,844,315 | 11-30-2010 | Al-Ali | |
| | 333 | 7,862,523 | 01-04-2011 | Ruotoistenmaki | |
| | 334 | 7,865,222 | 01-04-2011 | Weber et al. | |
| | 335 | 7,873,497 | 01-18-2011 | Weber et al. | |
| | 336 | 7,880,606 | 02-01-2011 | Al-Ali | |
| | 337 | 7,880,626 | 02-01-2011 | Al-Ali et al. | |
| | 338 | 7,891,355 | 02-22-2011 | Al-Ali et al. | |
| | 339 | 7,894,868 | 02-22-2011 | Al-Ali et al. | |
| | 340 | 7,899,506 | 03-01-2011 | Xu et al. | |
| | 341 | 7,899,507 | 03-01-2011 | Al-Ali et al. | |
| | 342 | 7,899,518 | 03-01-2011 | Trepagnier et al. | |
| | 343 | 7,904,132 | 03-08-2011 | Weber et al. | |
| | 344 | 7,909,772 | 03-22-2011 | Popov et al. | |
| | 345 | 7,910,875 | 03-22-2011 | Al-Ali | |
| | 346 | 7,919,713 | 04-05-2011 | Al-Ali et al. | |
| | 347 | 7,937,128 | 05-03-2011 | Al-Ali | |
| | 348 | 7,937,129 | 05-03-2011 | Mason et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

Exhibit O
Page 193

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| (Multiple sheets used when necessary) | Examiner | Unassigned |
| SHEET 13 OF 33 | Attorney Docket No. | MASCER.002C3 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:  1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 349 | 7,937,130 | 05-03-2011 | Diab et al. | |
| | 350 | 7,941,199 | 05-10-2011 | Kiani | |
| | 351 | 7,951,086 | 05-31-2011 | Flaherty et al. | |
| | 352 | 7,957,780 | 06-07-2011 | Lamego et al. | |
| | 353 | 7,962,188 | 06-14-2011 | Kiani et al. | |
| | 354 | 7,962,190 | 06-14-2011 | Diab et al. | |
| | 355 | 7,976,472 | 07-12-2011 | Kiani | |
| | 356 | 7,988,637 | 08-02-2011 | Diab | |
| | 357 | 7,990,382 | 08-02-2011 | Kiani | |
| | 358 | 7,991,446 | 08-02-2011 | Ali et al. | |
| | 359 | 8,008,088 | 08-08-2011 | Bellott et al. | |
| | 360 | 8,000,761 | 08-16-2011 | Al-Ali | |
| | 361 | 8,019,400 | 09-13-2011 | Diab et al. | |
| | 362 | 8,028,701 | 10-04-2011 | Al-Ali et al. | |
| | 363 | 8,029,765 | 10-04-2011 | Bellott et al. | |
| | 364 | 8,036,728 | 10-11-2011 | Diab et al. | |
| | 365 | 8,044,998 | 10-25-2011 | Heenan | |
| | 366 | 8,046,040 | 10-25-2011 | Ali et al. | |
| | 367 | 8,046,041 | 10-25-2011 | Diab et al. | |
| | 368 | 8,046,042 | 10-25-2011 | Diab et al. | |
| | 369 | 8,048,040 | 11-01-2011 | Kiani | |
| | 370 | 8,050,728 | 11-01-2011 | Al-Ali et al. | |
| | 371 | 8,118,620 | 02-21-2012 | Al-Ali et al. | |
| | 372 | 8,126,528 | 02-28-2012 | Diab et al. | |
| | 373 | 8,126,531 | 02-28-2012 | Crowley | |
| | 374 | 8,128,572 | 03-06-2012 | Diab et al. | |
| | 375 | 8,130,105 | 03-06-2012 | Al-Ali et al. | |
| | 376 | 8,145,287 | 03-27-2012 | Diab et al. | |
| | 377 | 8,150,487 | 04-03-2012 | Diab et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 14 OF 33 | Attorney Docket No. | MASCER.002C3 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 378 | 8,175,672 | 05-08-2012 | Parker | |
| | 379 | 8,180,420 | 05-15-2012 | Diab et al. | |
| | 380 | 8,182,443 | 05-22-2012 | Kiani | |
| | 381 | 8,185,180 | 05-22-2012 | Diab et al. | |
| | 382 | 8,190,223 | 05-29-2012 | Al-Ali et al. | |
| | 383 | 8,190,227 | 05-29-2012 | Diab et al. | |
| | 384 | 8,203,438 | 06-19-2012 | Kiani et al. | |
| | 385 | 8,203,704 | 06-19-2012 | Merritt et al. | |
| | 386 | 8,219,170 | 07-10-2012 | Hausmann et al. | |
| | 387 | 8,224,411 | 07-17-2012 | Al-Ali et al. | |
| | 388 | 8,228,181 | 07-24-2012 | Al-Ali | |
| | 389 | 8,229,532 | 07-24-2012 | Davis | |
| | 390 | 8,229,533 | 07-24-2012 | Diab et al. | |
| | 391 | 8,233,955 | 07-31-2012 | Al-Ali et al. | |
| | 392 | 8,244,325 | 08-14-2012 | Al-Ali et al. | |
| | 393 | 8,255,026 | 08-28-2012 | Al-Ali | |
| | 394 | 8,255,027 | 08-28-2012 | Al-Ali et al. | |
| | 395 | 8,255,028 | 08-28-2012 | Al-Ali et al. | |
| | 396 | 8,260,577 | 09-04-2012 | Weber et al. | |
| | 397 | 8,265,723 | 09-11-2012 | McHale et al. | |
| | 398 | 8,274,360 | 09-25-2012 | Sampath et al. | |
| | 399 | 8,289,130 | 10-16-2012 | Nakajima et al. | |
| | 400 | 8,301,217 | 10-30-2012 | Al-Ali et al. | |
| | 401 | 8,306,596 | 11-06-2012 | Schurman et al. | |
| | 402 | 8,310,336 | 11-13-2012 | Muhsin et al. | |
| | 403 | 8,315,683 | 11-20-2012 | Al-Ali et al. | |
| | 404 | 8,332,006 | 12-11-2012 | Naganuma et al. | |
| | 405 | 8,337,403 | 12-25-2012 | Al-Ali et al. | |
| | 406 | 8,346,330 | 01-01-2013 | Lamego | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 15 OF 33 | Attorney Docket No. | MASCER.002C3 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 407 | 8,353,842 | 01-15-2013 | Al-Ali et al. | |
| | 408 | 8,355,766 | 01-15-2013 | MacNeish, III et al. | |
| | 409 | 8,359,080 | 01-22-2013 | Diab et al. | |
| | 410 | 8,364,223 | 01-29-2013 | Al-Ali et al. | |
| | 411 | 8,364,226 | 01-29-2013 | Diab et al. | |
| | 412 | 8,364,389 | 01-29-2013 | Dorogusker et al. | |
| | 413 | 8,374,665 | 02-12-2013 | Lamego | |
| | 414 | 8,380,272 | 02-19-2013 | Barrett et al. | |
| | 415 | 8,385,995 | 02-26-2013 | Al-ali et al. | |
| | 416 | 8,385,996 | 02-26-2013 | Smith et al. | |
| | 417 | 8,388,353 | 03-05-2013 | Kiani et al. | |
| | 418 | 8,399,822 | 03-19-2013 | Al-Ali | |
| | 419 | 8,401,602 | 03-19-2013 | Kiani | |
| | 420 | 8,405,608 | 03-26-2013 | Al-Ali et al. | |
| | 421 | 8,414,499 | 04-09-2013 | Al-Ali et al. | |
| | 422 | 8,418,524 | 04-16-2013 | Al-Ali | |
| | 423 | 8,421,022 | 04-16-2013 | Rozenfeld | |
| | 424 | 8,423,106 | 04-16-2013 | Lamego et al. | |
| | 425 | 8,428,674 | 04-23-2013 | Duffy et al. | |
| | 426 | 8,428,967 | 04-23-2013 | Olsen et al. | |
| | 427 | 8,430,817 | 04-30-2013 | Al-Ali et al. | |
| | 428 | 8,437,825 | 05-07-2013 | Dalvi et al. | |
| | 429 | 8,455,290 | 06-04-2013 | Siskavich | |
| | 430 | 8,457,703 | 06-04-2013 | Al-Ali | |
| | 431 | 8,457,707 | 06-04-2013 | Kiani | |
| | 432 | 8,463,349 | 06-11-2013 | Diab et al. | |
| | 433 | 8,466,286 | 06-18-2013 | Bellot et al. | |
| | 434 | 8,471,713 | 06-25-2013 | Poeze et al. | |
| | 435 | 8,473,020 | 06-25-2013 | Kiani et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | |
|---|---|---|---|
| | Application No. | 16/212440 | |
| | Filing Date | December 6, 2018 | |
| | First Named Inventor | Poeze, Jeroen et al. | |
| | Art Unit | 2688 | |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned | |
| SHEET 16 OF 33 | Attorney Docket No. | MASCER.002C3 | |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 436 | 8,483,787 | 07-09-2013 | Al-Ali et al. | |
| | 437 | 8,489,364 | 07-16-2013 | Weber et al. | |
| | 438 | 8,498,684 | 07-30-2013 | Weber et al. | |
| | 439 | 8,504,128 | 08-06-2013 | Blank et al. | |
| | 440 | 8,509,867 | 08-13-2013 | Workman et al. | |
| | 441 | 8,515,509 | 08-20-2013 | Bruinsma et al. | |
| | 442 | 8,523,781 | 09-03-2013 | Al-Ali | |
| | 443 | 8,529,301 | 09-10-2013 | Al-Ali et al. | |
| | 444 | 8,532,727 | 09-10-2013 | Ali et al. | |
| | 445 | 8,532,728 | 09-10-2013 | Diab et al. | |
| | 446 | 8,547,209 | 10-01-2013 | Kiani et al. | |
| | 447 | 8,548,548 | 10-01-2013 | Al-Ali | |
| | 448 | 8,548,549 | 10-01-2013 | Schurman et al. | |
| | 449 | 8,548,550 | 10-01-2013 | Al-Ali et al. | |
| | 450 | 8,570,167 | 10-29-2013 | Al-Ali | |
| | 451 | 8,571,617 | 10-29-2013 | Reichgott et al. | |
| | 452 | 8,571,618 | 10-29-2013 | Lamego et al. | |
| | 453 | 8,571,619 | 10-29-2013 | Al-Ali et al. | |
| | 454 | 8,560,032 | 10-15-2013 | Al-Ali et al. | |
| | 455 | 8,560,034 | 10-15-2013 | Diab et al. | |
| | 456 | 8,570,503 | 10-29-2013 | Hung Vo | |
| | 457 | 8,581,732 | 11-12-2013 | Al-Ali et al. | |
| | 458 | 8,577,431 | 11-05-2013 | Lamego et al. | |
| | 459 | 8,584,345 | 11-19-2013 | Al-Ali et al. | |
| | 460 | 8,588,880 | 11-19-2013 | Abdul-Hafiz et al. | |
| | 461 | 8,600,467 | 12-03-2013 | Al-Ali et al. | |
| | 462 | 8,602,971 | 12-10-2013 | Farr | |
| | 463 | 8,606,342 | 12-10-2013 | Diab | |
| | 464 | 8,615,290 | 12-24-2013 | Lin et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| **Application No.** | 16/212440 | |
| **Filing Date** | December 6, 2018 | |
| **First Named Inventor** | Poeze, Jeroen et al. | |
| **Art Unit** | 2688 | |
| **Examiner** | Unassigned | |
| **Attorney Docket No.** | MASCER.002C3 | |

*(Multiple sheets used when necessary)*

SHEET 17 OF 33

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 465 | 8,626,255 | 01-07-2014 | Al-Ali et al. | |
| | 466 | 8,630,691 | 01-14-2014 | Lamego et al. | |
| | 467 | 8,634,889 | 01-21-2014 | Al-Ali et al. | |
| | 468 | 8,641,631 | 02-04-2014 | Sierra et al. | |
| | 469 | 8,652,060 | 02-18-2014 | Al-Ali | |
| | 470 | 8,655,004 | 02-18-2014 | Prest et al. | |
| | 471 | 8,663,107 | 03-04-2014 | Kiani | |
| | 472 | 8,666,468 | 03-04-2014 | Al-Ali | |
| | 473 | 8,667,967 | 03-11-2014 | Al-Ali et al. | |
| | 474 | 8,670,811 | 03-11-2014 | O'Reilly | |
| | 475 | 8,670,814 | 03-11-2014 | Diab et al. | |
| | 476 | 8,676,286 | 03-18-2014 | Weber et al. | |
| | 477 | 8,682,407 | 03-25-2014 | Al-Ali | |
| | 478 | 8,688,183 | 04-01-2014 | Bruinsma et al. | |
| | 479 | 8,690,799 | 04-08-2014 | Telfort et al. | |
| | 480 | 8,700,112 | 04-15-2014 | Kiani | |
| | 481 | 8,702,627 | 04-22-2014 | Telfort et al. | |
| | 482 | 8,706,179 | 04-22-2014 | Parker | |
| | 483 | 8,712,494 | 04-29-2014 | MacNeish, III et al. | |
| | 484 | 8,718,738 | 05-06-2014 | Blank et al. | |
| | 485 | 8,715,206 | 05-06-2014 | Telfort et al. | |
| | 486 | 8,718,735 | 05-06-2014 | Lamego et al. | |
| | 487 | 8,718,737 | 05-06-2014 | Diab et al. | |
| | 488 | 8,720,249 | 05-13-2014 | Al-Ali | |
| | 489 | 8,721,541 | 05-13-2014 | Al-Ali et al. | |
| | 490 | 8,721,542 | 05-13-2014 | Al-Ali et al. | |
| | 491 | 8,723,677 | 05-13-2014 | Kiani | |
| | 492 | 8,740,792 | 06-03-2014 | Kiani et al. | |
| | 493 | 8,754,776 | 06-17-2014 | Poeze et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 18 OF 33 | Attorney Docket No. | MASCER.002C3 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 494 | 8,755,535 | 06-17-2014 | Telfort et al. | |
| | 495 | 8,755,856 | 06-17-2014 | Diab et al. | |
| | 496 | 8,755,872 | 06-17-2014 | Marinow | |
| | 497 | 8,760,517 | 06-24-2014 | Sarwar et al. | |
| | 498 | 8,761,850 | 06-24-2014 | Lamego | |
| | 499 | 8,764,671 | 07-01-2014 | Kiani | |
| | 500 | 8,768,423 | 07-01-2014 | Shakespeare et al. | |
| | 501 | 8,771,204 | 07-08-2014 | Telfort et al. | |
| | 502 | 8,777,634 | 07-15-2014 | Kiani et al. | |
| | 503 | 8,781,543 | 07-15-2014 | Diab et al. | |
| | 504 | 8,781,544 | 07-15-2014 | Al-Ali et al. | |
| | 505 | 8,781,549 | 07-15-2014 | Al-Ali et al. | |
| | 506 | 8,788,003 | 07-22-2014 | Schurman et al. | |
| | 507 | 8,790,268 | 07-29-2014 | Al-Ali | |
| | 508 | 8,801,613 | 08-12-2014 | Al-Ali et al. | |
| | 509 | 8,821,397 | 09-02-2014 | Al-Ali et al. | |
| | 510 | 8,821,415 | 09-02-2014 | Al-Ali et al. | |
| | 511 | 8,830,449 | 09-09-2014 | Lamego et al. | |
| | 512 | 8,831,700 | 09-09-2014 | Schurman et al. | |
| | 513 | 8,840,549 | 09-23-2014 | Al-Ali et al. | |
| | 514 | 8,847,740 | 09-30-2014 | Kiani et al. | |
| | 515 | 8,849,365 | 09-30-2014 | Smith et al. | |
| | 516 | 8,852,094 | 10-07-2014 | Al-Ali et al. | |
| | 517 | 8,852,994 | 10-07-2014 | Wojtczuk et al. | |
| | 518 | 8,868,147 | 10-21-2014 | Stippick et al. | |
| | 519 | 8,868,150 | 10-21-2014 | Al-Ali et al. | |
| | 520 | 8,870,792 | 10-28-2014 | Al-Ali et al. | |
| | 521 | 8,886,271 | 11-11-2014 | Kiani et al. | |
| | 522 | 8,888,539 | 11-18-2014 | Al-Ali et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

***Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| (Multiple sheets used when necessary) | Examiner | Unassigned |
| SHEET 19 OF 33 | Attorney Docket No. | MASCER.002C3 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:   1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 523 | 8,888,708 | 11-18-2014 | Diab et al. | |
| | 524 | 8,892,180 | 11-18-2014 | Weber et al. | |
| | 525 | 8,897,847 | 11-25-2014 | Al-Ali | |
| | 526 | 8,911,377 | 12-16-2014 | Al-Ali | |
| | 527 | 8,912,909 | 12-16-2014 | Al-Ali et al. | |
| | 528 | 8,920,317 | 12-30-2014 | Al-Ali et al. | |
| | 529 | 8,921,699 | 12-30-2014 | Al-Ali et al | |
| | 530 | 8,922,382 | 12-30-2014 | Al-Ali et al. | |
| | 531 | 8,909,310 | 12-09-2014 | Lamego et al. | |
| | 532 | 8,929,964 | 01-06-2015 | Al-Ali et al. | |
| | 533 | 8,942,777 | 01-27-2015 | Diab et al. | |
| | 534 | 8,948,834 | 02-03-2015 | Diab et al. | |
| | 535 | 8,948,835 | 02-03-2015 | Diab | |
| | 536 | 8,965,471 | 02-24-2015 | Lamego | |
| | 537 | 8,983,564 | 03-17-2015 | Al-Ali | |
| | 538 | 8,989,831 | 03-24-2015 | Al-Ali et al. | |
| | 539 | 8,996,085 | 03-31-2015 | Kiani et al. | |
| | 540 | 8,998,809 | 04-07-2015 | Kiani | |
| | 541 | 9,028,429 | 05-12-2015 | Telfort et al. | |
| | 542 | 9,037,207 | 05-19-2015 | Al-Ali et al. | |
| | 543 | 9,060,721 | 06-23-2015 | Reichgott et al. | |
| | 544 | 9,066,666 | 06-30-2015 | Kiani | |
| | 545 | 9,066,680 | 06-30-2015 | Al-Ali et al. | |
| | 546 | 9,072,437 | 07-07-2015 | Paalasmaa | |
| | 547 | 9,072,474 | 07-07-2015 | Al-Ali et al. | |
| | 548 | 9,078,560 | 07-14-2015 | Schurman et al. | |
| | 549 | 9,081,889 | 07-14-2015 | Ingrassia, Jr. et al. | |
| | 550 | 9,084,569 | 07-21-2015 | Weber et al. | |
| | 551 | 9,095,316 | 08-04-2015 | Welch et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 20 OF 33 | Attorney Docket No. | MASCER.002C3 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 552 | 9,106,038 | 08-11-2015 | Telfort et al. | |
| | 553 | 9,107,625 | 08-18-2015 | Telfort et al. | |
| | 554 | 9,107,626 | 08-18-2015 | Al-Ali et al. | |
| | 555 | 9,113,831 | 08-25-2015 | Al-Ali | |
| | 556 | 9,113,832 | 08-25-2015 | Al-Ali | |
| | 557 | 9,119,595 | 09-01-2015 | Lamego | |
| | 558 | 9,131,881 | 09-15-2015 | Diab et al. | |
| | 559 | 9,131,882 | 09-15-2015 | Al-Ali et al. | |
| | 560 | 9,131,883 | 09-15-2015 | Al-Ali | |
| | 561 | 9,131,917 | 09-15-2015 | Telfort et al. | |
| | 562 | 9,138,180 | 09-22-2015 | Coverston et al. | |
| | 563 | 9,138,182 | 09-22-2015 | Al-Ali et al. | |
| | 564 | 9,138,192 | 09-22-2015 | Weber et al. | |
| | 565 | 9,142,117 | 09-22-2015 | Muhsin et al. | |
| | 566 | 9,153,112 | 10-06-2015 | Kiani et al. | |
| | 567 | 9,153,121 | 10-06-2015 | Kiani et al. | |
| | 568 | 9,161,696 | 10-20-2015 | Al-Ali et al. | |
| | 569 | 9,161,713 | 10-20-2015 | Al-Ali et al. | |
| | 570 | 9,167,995 | 10-27-2015 | Lamego et al. | |
| | 571 | 9,176,141 | 11-03-2015 | Al-Ali et al. | |
| | 572 | 9,186,102 | 11-17-2015 | Bruinsma et al. | |
| | 573 | 9,192,312 | 11-24-2015 | Al-Ali | |
| | 574 | 9,192,329 | 11-24-2015 | Al-Ali | |
| | 575 | 9,192,351 | 11-24-2015 | Telfort et al. | |
| | 576 | 9,195,385 | 11-24-2015 | Al-Ali et al. | |
| | 577 | 9,210,566 | 12-08-2015 | Ziemianska et al. | |
| | 578 | 9,211,072 | 12-15-2015 | Kiani | |
| | 579 | 9,211,095 | 12-15-2015 | Al-Ali | |
| | 580 | 9,218,454 | 12-22-2015 | Kiani et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| | | |
|---|---|---|
| Application No. | 16/212440 | |
| Filing Date | December 6, 2018 | |
| First Named Inventor | Poeze, Jeroen et al. | |
| Art Unit | 2688 | |
| Examiner | Unassigned | |
| Attorney Docket No. | MASCER.002C3 | |

*(Multiple sheets used when necessary)*

SHEET 21 OF 33

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 581 | 9,226,696 | 01-05-2016 | Kiani | |
| | 582 | 9,241,662 | 01-26-2016 | Al-Ali et al. | |
| | 583 | 9,245,668 | 01-26-2016 | Vo et al. | |
| | 584 | 9,259,185 | 02-16-2016 | Abdul-Hafiz et al. | |
| | 585 | 9,267,572 | 02-23-2016 | Barker et al. | |
| | 586 | 9,277,880 | 03-08-2016 | Poeze et al. | |
| | 587 | 9,289,167 | 03-22-2016 | Diab et al. | |
| | 588 | 9,295,421 | 03-29-2016 | Kiani et al. | |
| | 589 | 9,307,928 | 04-12-2016 | Al-Ali et al. | |
| | 590 | 9,311,382 | 04-12-2016 | Varoglu et al. | |
| | 591 | 9,323,894 | 04-26-2016 | Kiani | |
| | 592 | 9,326,712 | 05-03-2016 | Kiani | |
| | 593 | 9,333,316 | 05-10-2016 | Kiani | |
| | 594 | 9,339,220 | 05-17-2016 | Lamego et al. | |
| | 595 | 9,341,565 | 05-17-2016 | Lamego et al. | |
| | 596 | 9,351,673 | 05-31-2016 | Diab et al. | |
| | 597 | 9,351,675 | 05-31-2016 | Al-Ali et al. | |
| | 598 | 9,357,665 | 05-31-2016 | Myers et al. | |
| | 599 | 9,364,181 | 06-14-2016 | Kiani et al. | |
| | 600 | 9,368,671 | 06-14-2016 | Wojtczuk et al. | |
| | 601 | 9,370,325 | 06-21-2016 | Al-Ali et al. | |
| | 602 | 9,370,326 | 06-21-2016 | McHale et al. | |
| | 603 | 9,370,335 | 06-21-2016 | Al-ali et al. | |
| | 604 | 9,375,185 | 06-28-2016 | Ali et al. | |
| | 605 | 9,386,953 | 07-12-2016 | Al-Ali | |
| | 606 | 9,386,961 | 07-12-2016 | Al-Ali et al. | |
| | 607 | 9,392,945 | 07-19-2016 | Al-Ali et al. | |
| | 608 | 9,397,448 | 07-19-2016 | Al-Ali et al. | |
| | 609 | 9,489,081 | 11-08-2016 | Anzures et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 22 OF 33 | Attorney Docket No. | MASCER.002C3 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 610 | 9,497,534 | 11-15-2016 | Prest et al. | |
| | 611 | 9,526,430 | 12-27-2016 | Srinivas et al. | |
| | 612 | 9,553,625 | 01-24-2017 | Hatanaka et al. | |
| | 613 | 9,591,975 | 03-14-2017 | Dalvi et al. | |
| | 614 | 9,593,969 | 03-14-2017 | King | |
| | 615 | 9,651,405 | 05-16-2017 | Gowreesunker et al. | |
| | 616 | 9,668,676 | 06-06-2017 | Culbert | |
| | 617 | 9,668,680 | 06-06-2017 | Bruinsma et al. | |
| | 618 | 9,699,546 | 07-04-2017 | Qian et al. | |
| | 619 | 9,716,937 | 07-25-2017 | Qian et al. | |
| | 620 | 9,717,425 | 08-01-2017 | Kiani et al. | |
| | 621 | 9,723,997 | 08-08-2017 | Lamego | |
| | 622 | 9,781,984 | 10-10-2017 | Baranski et al. | |
| | 623 | 9,838,775 | 12-05-2017 | Qian et al. | |
| | 624 | 9,848,823 | 12-26-2017 | Raghuram et al. | |
| | 625 | 9,866,671 | 01-09-2018 | Thompson et al. | |
| | 626 | 9,867,575 | 01-16-2018 | Maani et al. | |
| | 627 | 9,898,049 | 02-20-2018 | Myers et al. | |
| | 628 | 9,918,646 | 03-20-2018 | Singh Alvarado et al. | |
| | 629 | 9,952,095 | 04-24-2018 | Hotelling et al. | |
| | 630 | 10,039,080 | 07-31-2018 | Miller et al. | |
| | 631 | 10,055,121 | 08-21-2018 | Chaudhri et al. | |
| | 632 | 10,066,970 | 09-04-2018 | Gowreesunker et al. | |
| | 633 | 10,076,257 | 09-18-2018 | Lin et al. | |
| | 634 | 10,078,052 | 09-18-2018 | Ness et al. | |
| | 635 | 2002/0099279 | 07-25-2002 | Pfeiffer et al. | |
| | 636 | 2006/0005944 | 01-12-2006 | Wang et al. | |
| | 637 | 2006/0025659 | 02-02-2006 | Kiguchi et al. | |
| | 638 | 2006/0076473 | 04-13-2006 | Wilcken et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 23 OF 33 | Attorney Docket No. | MASCER.002C3 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:  1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 639 | 2007/0149864 | 06-28-2007 | Laakkonen | |
| | 640 | 2007/0238955 | 10-11-2007 | Tearney et al. | |
| | 641 | 2007/0293792 | 12-20-2007 | Sliwa et al. | |
| | 642 | 2008/0130232 | 06-05-2008 | Yamamoto | |
| | 643 | 2008/0139908 | 06-12-2008 | Kurth | |
| | 644 | 2009/0030327 | 01-29-2009 | Chance, Britton | |
| | 645 | 2009/0043180 | 02-12-2009 | Tschautscher et al. | |
| | 646 | 2009/0129102 | 05-21-2009 | Xiao et al. | |
| | 647 | 2009/0247984 | 10-01-2009 | Lamego et al. | |
| | 648 | 2009/0259114 | 10-15-2009 | Johnson et al. | |
| | 649 | 2009/0275844 | 11-05-2009 | Al-Ali | |
| | 650 | 2009/0306487 | 12-10-2009 | Crowe et al. | |
| | 651 | 2010/0004518 | 01-07-2010 | Vo et al. | |
| | 652 | 2010/0030040 | 02-04-2010 | Poeze et al. | |
| | 653 | 2010/0217102 | 08-26-2010 | LeBoeuf et al. | |
| | 654 | 2011/0001605 | 01-06-2011 | Kiani et al. | |
| | 655 | 2011/0004082 | 01-06-2011 | Poeze et al. | |
| | 656 | 2011/0082711 | 04-07-2011 | Poeze et al. | |
| | 657 | 2011/0105854 | 05-05-2011 | Kiani et al. | |
| | 658 | 2011/0105865 | 05-05-2011 | Yu et al. | |
| | 659 | 2011/0208015 | 08-25-2011 | Welch et al. | |
| | 660 | 2011/0213212 | 09-01-2011 | Al-Ali | |
| | 661 | 2011/0230733 | 09-22-2011 | Al-Ali | |
| | 662 | 2011/0237911 | 09-29-2011 | Lamego et al. | |
| | 663 | 2012/0059267 | 03-08-2012 | Lamego et al. | |
| | 664 | 2012/0179006 | 07-12-2012 | Jansen et al. | |
| | 665 | 2012/0209082 | 08-16-2012 | Al-Ali | |
| | 666 | 2012/0209084 | 08-16-2012 | Olsen et al. | |
| | 667 | 2012/0227739 | 09-13-2012 | Kiani | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:**  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| (Multiple sheets used when necessary) | Examiner | Unassigned |
| SHEET 24 OF 33 | Attorney Docket No. | MASCER.002C3 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 668 | 2012/0283524 | 11-08-2012 | Kiani et al. | |
| | 669 | 2012/0296178 | 11-22-2012 | Lamego et al. | |
| | 670 | 2012/0319816 | 12-20-2012 | Al-Ali | |
| | 671 | 2012/0330112 | 12-27-2012 | Lamego et al. | |
| | 672 | 2013/0023775 | 01-24-2013 | Lamego et al. | |
| | 673 | 2013/0041591 | 02-14-2013 | Lamego | |
| | 674 | 2013/0045685 | 02-21-2013 | Kiani | |
| | 675 | 2013/0046204 | 02-21-2013 | Lamego et al. | |
| | 676 | 2013/0060147 | 03-07-2013 | Welch et al. | |
| | 677 | 2013/0096405 | 04-18-2013 | Garfio | |
| | 678 | 2013/0096936 | 04-18-2013 | Sampath et al. | |
| | 679 | 2013/0190581 | 07-25-2013 | Al-Ali et al. | |
| | 680 | 2013/0197328 | 08-01-2013 | Diab et al. | |
| | 681 | 2013/0211214 | 08-15-2013 | Olsen | |
| | 682 | 2013/0243021 | 09-19-2013 | Siskavich | |
| | 683 | 2013/0253334 | 09-26-2013 | Al-Ali et al. | |
| | 684 | 2013/0296672 | 11-07-2013 | O'Neil et al. | |
| | 685 | 2013/0317370 | 11-28-2013 | Dalvi et al. | |
| | 686 | 2013/0324808 | 12-05-2013 | Al-Ali et al. | |
| | 687 | 2013/0331670 | 12-12-2013 | Kiani | |
| | 688 | 2013/0338461 | 12-19-2013 | Lamego et al. | |
| | 689 | 2014/0012100 | 01-09-2014 | Al-Ali et al. | |
| | 690 | 2014/0034353 | 02-06-2014 | Al-Ali et al. | |
| | 691 | 2014/0051953 | 02-20-2014 | Lamego et al. | |
| | 692 | 2014/0058230 | 02-27-2014 | Abdul-Hafiz et al. | |
| | 693 | 2014/0077956 | 03-20-2014 | Sampath et al. | |
| | 694 | 2014/0081100 | 03-20-2014 | Muhsin et al. | |
| | 695 | 2014/0081175 | 03-20-2014 | Telfort | |
| | 696 | 2014/0066783 | 03-06-2014 | Kiani et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T¹ - Place a check mark in this area when an English language Translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| | |
|---|---|
| Application No. | 16/212440 |
| Filing Date | December 6, 2018 |
| First Named Inventor | Poeze, Jeroen et al. |
| Art Unit | 2688 |
| Examiner | Unassigned |
| Attorney Docket No. | MASCER.002C3 |

(Multiple sheets used when necessary)

SHEET 25 OF 33

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 697 | 2014/0094667 | 04-03-2014 | Schurman et al. | |
| | 698 | 2014/0100434 | 04-10-2014 | Diab et al. | |
| | 699 | 2014/0114199 | 04-24-2014 | Lamego et al. | |
| | 700 | 2014/0120564 | 05-01-2014 | Workman et al. | |
| | 701 | 2014/0121482 | 05-01-2014 | Merritt et al. | |
| | 702 | 2014/0121483 | 05-01-2014 | Kiani | |
| | 703 | 2014/0127137 | 05-08-2014 | Bellott et al. | |
| | 704 | 2014/0129702 | 05-08-2014 | Lamego et al. | |
| | 705 | 2014/0135588 | 05-15-2014 | Al-Ali et al. | |
| | 706 | 2014/0142401 | 05-22-2014 | Al-Ali et al. | |
| | 707 | 2014/0163344 | 06-12-2014 | Al-Ali | |
| | 708 | 2014/0163402 | 06-12-2014 | Lamego et al. | |
| | 709 | 2014/0166076 | 06-19-2014 | Kiani et al. | |
| | 710 | 2014/0171146 | 06-19-2014 | Ma et al. | |
| | 711 | 2014/0171763 | 06-19-2014 | Diab | |
| | 712 | 2014/0180038 | 06-26-2014 | Kiani | |
| | 713 | 2014/0180154 | 06-26-2014 | Sierra et al. | |
| | 714 | 2014/0155712 | 06-05-2014 | Lamego et al. | |
| | 715 | 2014/0194709 | 07-10-2014 | Al-Ali et al. | |
| | 716 | 2014/0194711 | 07-10-2014 | Al-Ali | |
| | 717 | 2014/0194766 | 07-10-2014 | Al-Ali et al. | |
| | 718 | 2014/0206963 | 07-24-2014 | Al-Ali | |
| | 719 | 2014/0213864 | 07-31-2014 | Abdul-Hafiz et al. | |
| | 720 | 2014/0243627 | 08-28-2014 | Diab et al. | |
| | 721 | 2014/0266790 | 09-18-2014 | Al-Ali et al. | |
| | 722 | 2014/0275808 | 09-18-2014 | Poeze et al. | |
| | 723 | 2014/0275835 | 09-18-2014 | Lamego et al. | |
| | 724 | 2014/0275871 | 09-18-2014 | Lamego et al. | |
| | 725 | 2014/0275872 | 09-18-2014 | Merritt et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| Application No. | 16/212440 | |
| Filing Date | December 6, 2018 | |
| First Named Inventor | Poeze, Jeroen et al. | |
| Art Unit | 2688 | |
| Examiner | Unassigned | |
| Attorney Docket No. | MASCER.002C3 | |

(Multiple sheets used when necessary)

SHEET 26 OF 33

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 726 | 2014/0275881 | 09-18-2014 | Lamego et al. | |
| | 727 | 2014/0288400 | 09-25-2014 | Diab et al. | |
| | 728 | 2014/0303520 | 10-09-2014 | Telfort et al. | |
| | 729 | 2014/0316228 | 10-23-2014 | Blank et al. | |
| | 730 | 2014/0323825 | 10-30-2014 | Al-Ali et al. | |
| | 731 | 2014/0296664 | 10-27-2014 | Bruinsma et al. | |
| | 732 | 2014/0330092 | 11-06-2014 | Al-Ali et al. | |
| | 733 | 2014/0330098 | 11-06-2014 | Merritt et al. | |
| | 734 | 2014/0330099 | 11-06-2014 | Al-Ali et al. | |
| | 735 | 2014/0333440 | 11-13-2014 | Kiani | |
| | 736 | 2014/0336481 | 11-13-2014 | Shakespeare et al. | |
| | 737 | 2014/0343436 | 11-20-2014 | Kiani | |
| | 738 | 2015/0018650 | 01-15-2015 | Al-Ali et al. | |
| | 739 | 2015/0173671 | 06-25-2015 | Paalasmaa et al. | |
| | 740 | 2015/0255001 | 09-10-2015 | Haughav et al. | |
| | 741 | 2015/0281424 | 10-01-2015 | Vock et al. | |
| | 742 | 2015/0318100 | 11-05-2015 | Rothkopf et al. | |
| | 743 | 2015/0351697 | 12-10-2015 | Weber et al. | |
| | 744 | 2015/0359429 | 12-17-2015 | Al-Ali et al. | |
| | 745 | 2015/0351704 | 12-20-2015 | Kiani et al. | |
| | 746 | 2015/0366472 | 12-24-2015 | Kiani | |
| | 747 | 2015/0366507 | 12-24-2015 | Blank | |
| | 748 | 2015/0374298 | 12-31-2015 | Al-Ali et al. | |
| | 749 | 2015/0380875 | 12-31-2015 | Coverston et al. | |
| | 750 | 2016/0000362 | 01-07-2016 | Diab et al. | |
| | 751 | 2016/0007930 | 01-14-2016 | Weber et al. | |
| | 752 | 2016/0019360 | 01-21-2016 | Pahwa et al. | |
| | 753 | 2016/0023245 | 01-28-2016 | Zadesky et al. | |
| | 754 | 2016/0029932 | 02-04-2016 | Al-Ali | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

Exhibit O
Page 207

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| | | |
|---|---|---|
| Application No. | 16/212440 | |
| Filing Date | December 6, 2018 | |
| First Named Inventor | Poeze, Jeroen et al. | |
| Art Unit | 2688 | |
| Examiner | Unassigned | |

| | |
|---|---|
| (Multiple sheets used when necessary) | |
| SHEET 27 OF 33 | |
| Attorney Docket No. | MASCER.002C3 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 755 | 2016/0029933 | 02-04-2016 | Al-Ali et al. | |
| | 756 | 2016/0038045 | 02-11-2016 | Shapiro | |
| | 757 | 2016/0045118 | 02-18-2016 | Kiani | |
| | 758 | 2016/0051157 | 02-25-2016 | Waydo | |
| | 759 | 2016/0051158 | 02-25-2016 | Silva | |
| | 760 | 2016/0051205 | 02-25-2016 | Al-Ali et al. | |
| | 761 | 2016/0058302 | 03-03-2016 | Raghuram et al. | |
| | 762 | 2016/0058309 | 03-03-2016 | Han | |
| | 763 | 2016/0058312 | 03-03-2016 | Han et al. | |
| | 764 | 2016/0058338 | 03-03-2016 | Schurman et al. | |
| | 765 | 2016/0058347 | 03-03-2016 | Reichgott et al. | |
| | 766 | 2016/0058356 | 03-03-2016 | Raghuram et al. | |
| | 767 | 2016/0058370 | 03-03-2016 | Raghuram et al. | |
| | 768 | 2016/0066823 | 03-10-2016 | Al-Ali et al. | |
| | 769 | 2016/0066824 | 03-10-2016 | Al-Ali et al. | |
| | 770 | 2016/0066879 | 03-10-2016 | Telfort et al. | |
| | 771 | 2016/0071392 | 03-10-2016 | Hankey et al. | |
| | 772 | 2016/0072429 | 03-10-2016 | Kiani et al. | |
| | 773 | 2016/0073967 | 03-17-2016 | Lamego et al. | |
| | 774 | 2016/0081552 | 03-24-2016 | Wojtczuk et al. | |
| | 775 | 2016/0095543 | 04-07-2016 | Telfort et al. | |
| | 776 | 2016/0095548 | 04-07-2016 | Al-Ali et al. | |
| | 777 | 2016/0103598 | 04-14-2016 | Al-Ali et al. | |
| | 778 | 2016/0113527 | 04-28-2016 | Al-Ali et al. | |
| | 779 | 2016/0143548 | 05-26-2016 | Al-Ali | |
| | 780 | 2016/0154950 | 06-02-2016 | Nakajima et al. | |
| | 781 | 2016/0157780 | 06-09-2016 | Rimminen et al. | |
| | 782 | 2016/0166183 | 06-16-2016 | Poeze et al. | |
| | 783 | 2016/0166210 | 06-16-2016 | Al-Ali | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 28 OF 33 | Attorney Docket No. | MASCER.002C3 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 784 | 2016/0192869 | 07-07-2016 | Kiani et al. | |
| | 785 | 2016/0196388 | 07-07-2016 | Lamego | |
| | 786 | 2016/0197436 | 07-07-2016 | Barker et al. | |
| | 787 | 2016/0213281 | 07-28-2016 | Eckerbom, et al. | |
| | 788 | 2016/0213309 | 07-28-2016 | Sannholm et al. | |
| | 789 | 2016/0256058 | 09-08-2016 | Pham et al. | |
| | 790 | 2016/0256082 | 09-08-2016 | Ely et al. | |
| | 791 | 2016/0267238 | 09-15-2016 | Nag | |
| | 792 | 2016/0287181 | 10-06-2016 | Han et al. | |
| | 793 | 2016/0296173 | 10-13-2016 | Culbert | |
| | 794 | 2016/0296174 | 10-13-2016 | Isikman et al. | |
| | 795 | 2016/0310027 | 10-27-2016 | Han | |
| | 796 | 2016/0378069 | 12-29-2016 | Rothkopf | |
| | 797 | 2016/0378071 | 12-29-2016 | Rothkopf | |
| | 798 | 2017/0007183 | 01-12-2017 | Dusan et al. | |
| | 799 | 2017/0010858 | 01-12-2017 | Prest et al. | |
| | 800 | 2017/0074897 | 03-16-2017 | Mermel et al. | |
| | 801 | 2017/0084133 | 03-23-2017 | Cardinali et al. | |
| | 802 | 2017/0086689 | 03-30-2017 | Shui et al. | |
| | 803 | 2017/0086742 | 03-30-2017 | Harrison-Noonan et al. | |
| | 804 | 2017/0086743 | 03-30-2017 | Bushnell et al. | |
| | 805 | 2017/0094450 | 03-30-2017 | Tu et al. | |
| | 806 | 2017/0164884 | 06-15-2017 | Culbert et al. | |
| | 807 | 2017/0248446 | 08-31-2017 | Gowreesunker et al. | |
| | 808 | 2017/0273619 | 09-28-2017 | Alvarado et al. | |
| | 809 | 2017/0281024 | 10-05-2017 | Narasimhan et al. | |
| | 810 | 2017/0293727 | 10-12-2017 | Klaassen et al. | |
| | 811 | 2017/0325698 | 11-16-2017 | Allec et al. | |
| | 812 | 2017/0325744 | 11-16-2017 | Allec et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T**[1] - Place a check mark in this area when an English language Translation is attached.

Exhibit O

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 29 OF 33 | Attorney Docket No. | MASCER.002C3 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 813 | 2017/0340209 | 11-30-2017 | Klaassen et al. | |
| | 814 | 2017/0340219 | 11-30-2017 | Sullivan et al. | |
| | 815 | 2017/0347885 | 12-07-2017 | Tan et al. | |
| | 816 | 2017/0354332 | 12-14-2017 | Lamego | |
| | 817 | 2017/0354795 | 12-14-2017 | Blahnik et al. | |
| | 818 | 2017/0358239 | 12-14-2017 | Arney et al. | |
| | 819 | 2017/0358240 | 12-14-2017 | Blahnik et al. | |
| | 820 | 2017/0358242 | 12-14-2017 | Thompson et al. | |
| | 821 | 2017/0360306 | 12-14-2017 | Narasimhan et al. | |
| | 822 | 2017/0366657 | 12-21-2017 | Thompson et al. | |
| | 823 | 2018/0014781 | 01-18-2018 | Clavelle et al. | |
| | 824 | 2018/0025287 | 01-25-2018 | Mathew et al. | |
| | 825 | 2018/0042556 | 02-15-2018 | Shahparnia et al. | |
| | 826 | 2018/0049694 | 02-22-2018 | Singh Alvarado et al. | |
| | 827 | 2018/0050235 | 02-22-2018 | Tan et al. | |
| | 828 | 2018/0055375 | 03-01-2018 | Martinez et al. | |
| | 829 | 2018/0055390 | 03-01-2018 | Kiani | |
| | 830 | 2018/0055439 | 03-01-2018 | Pham et al. | |
| | 831 | 2018/0056129 | 01-01-2018 | Narasimha Rao et al. | |
| | 832 | 2018/0078151 | 03-22-2018 | Allec et al. | |
| | 833 | 2018/0078182 | 03-22-2018 | Chen et al. | |
| | 834 | 2018/0110469 | 04-26-2018 | Maani et al. | |
| | 835 | 2018/0153418 | 06-07-2018 | Sullivan et al. | |
| | 836 | 2018/0164853 | 06-14-2018 | Myers et al. | |
| | 837 | 2018/0196514 | 07-12-2018 | Allec et al. | |
| | 838 | 2018/0228414 | 08-16-2018 | Shao et al. | |
| | 839 | 2018/0238734 | 08-23-2018 | Hotelling et al. | |
| | 840 | 2018/0279956 | 10-04-2018 | Waydo et al. | |
| | 841 | D326,715 | 06-02-1992 | Schmidt, Michael | |

| Examiner Signature | Date Considered |
|---|---|
| | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application No. | 16/212440 |
|---|---|---|---|
| | | Filing Date | December 6, 2018 |
| | | First Named Inventor | Poeze, Jeroen et al. |
| | | Art Unit | 2688 |
| (Multiple sheets used when necessary) | | Examiner | Unassigned |
| SHEET 30 OF 33 | | Attorney Docket No. | MASCER.002C3 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 842 | D353,195 | 12-06-1994 | Savage et al. | |
| | 843 | D353,196 | 12-06-1994 | Savage et al. | |
| | 844 | D356,870 | 03-28-1995 | Ivers et al. | |
| | 845 | D359,546 | 06-20-1995 | Savage, et al. | |
| | 846 | D361,840 | 08-29-1995 | Savage et al. | |
| | 847 | D362,063 | 09-05-1995 | Savage et al. | |
| | 848 | D363,120 | 10-10-1995 | Savage et al. | |
| | 849 | D378,414 | 03-11-1997 | Allen et al. | |
| | 850 | D390,666 | 02-01-1998 | Lagerlof, Ingemar | |
| | 851 | D393,830 | 04-28-1998 | Tobler et al. | |
| | 852 | D403,070 | 12-22-1998 | Maeda et al. | |
| | 853 | D414,870 | 10-05-1999 | Saltzstein et al. | |
| | 854 | D452,012 | 12-11-2001 | Phillips, Barney L. | |
| | 855 | D455,834 | 04-16-2002 | Donars et al. | |
| | 856 | D463,561 | 09-24-2002 | Fukatsu et al. | |
| | 857 | D481,459 | 10-28-2003 | Nahm, Werner | |
| | 858 | D502,655 | 03-08-2005 | Huang, Chun-Mu | |
| | 859 | D508,862 | 08-30-2005 | Behar et al. | |
| | 860 | D510,625 | 10-11-2005 | Widener et al. | |
| | 861 | D514,461 | 02-07-2006 | Harju, Jonne | |
| | 862 | D535,031 | 01-09-2007 | Barrett et al. | |
| | 863 | D537,164 | 02-20-2007 | Shigemori et al. | |
| | 864 | D547,454 | 07-24-2007 | Hsieh, Chin-Chih | |
| | 865 | D549,830 | 08-28-2007 | Behar et al. | |
| | 866 | D550,364 | 09-04-2007 | Glover et al. | |
| | 867 | D551,350 | 09-18-2007 | Lorimer et al. | |
| | 868 | D553,248 | 10-16-2007 | Nguyen | |
| | 869 | D554,263 | 10-30-2007 | Al-Ali | |
| | 870 | D562,985 | 02-26-2008 | Brefka et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212440 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 31 OF 33 | Attorney Docket No. | MASCER.002C3 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:  1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 871 | D566,282 | 04-08-2008 | Al-Ali et al. | |
| | 872 | D567,125 | 04-22-2008 | Okabe et al. | |
| | 873 | D569,001 | 05-13-2008 | Omaki | |
| | 874 | D569,521 | 05-20-2008 | Omaki | |
| | 875 | D587,657 | 03-03-2009 | Al-Ali et al. | |
| | 876 | D603,966 | 11-10-2009 | Jones et al. | |
| | 877 | D606,659 | 12-22-2009 | Kiani et al. | |
| | 878 | D609,193 | 02-02-2010 | Al-Ali et al. | |
| | 879 | D614,305 | 04-20-2010 | Al-Ali et al. | |
| | 880 | D621,516 | 08-10-2010 | Kiani et al. | |
| | 881 | D692,145 | 10-22-2013 | Al-Ali et al. | |
| | 882 | D755,392 | 05-03-2016 | Hwang et al. | |
| | 883 | RE 37,922 | 03-17-1983 | Shim | |
| | 884 | RE 38,476 | 03-01-2004 | Diab et al. | |
| | 885 | RE 38,492 | 04-06-2004 | Diab et al. | |
| | 886 | RE 39,672 | 06-05-2007 | Shehada et al. | |
| | 887 | RE 41,317 | 05-04-2010 | Parker | |
| | 888 | RE 41,912 | 11-02-2010 | Parker | |
| | 889 | RE 42,753 | 09-27-2011 | Kiani-Azarbayjany et al. | |
| | 890 | RE 43,169 | 02-07-2012 | Parker | |
| | 891 | RE 43,860 | 12-11-2012 | Parker | |
| | 892 | RE 44,823 | 04-01-2014 | Parker | |
| | 893 | RE 44,875 | 04-29-2014 | Kiani et al. | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document<br>*Country Code-Number-Kind Code*<br>Example:  JP 1234567 A1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | 894 | EP 419223 | 03-27-1991 | Minnesota Mining and Manufacturing Company | | |
| | 895 | EP 1 518 494 | 03-30-2005 | Hitachi, Ltd. | | |
| | 896 | JP 2002-500908 A | 01-15-2002 | Lightouch Medical Inc. | | |

| Examiner Signature | Date Considered |
|---|---|
| | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

Exhibit O
Page 212

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | |
|---|---|---|---|
| Application No. | 16/212440 | | |
| Filing Date | December 6, 2018 | | |
| First Named Inventor | Poeze, Jeroen et al. | | |
| Art Unit | 2688 | | |
| Examiner | Unassigned | | |
| Attorney Docket No. | MASCER.002C3 | | |

*(Multiple sheets used when necessary)*

SHEET 32 OF 33

| | | | | | | |
|---|---|---|---|---|---|---|
| 897 | JP 2007-389463 A | 11-08-2007 | Konica Minolta Sensing Inc. | | | |
| 898 | JP 2003-265444 A | 09-24-2003 | Shimadzu Corp. | | Abs | |
| 899 | JP 08-185864 | 07-16-1996 | Matsushita Electric Ind Co Ltd | | Abs | |
| 900 | JP 2001-66990 | 03-16-2001 | Sumitomo Bakelite Co Ltd | | Abs | |
| 901 | JP 05-325705 A | 12-10-1993 | Fuji Porimatetsuku KK | | Abs | |
| 902 | JP 2001-087250 A | 04-03-2001 | Cas Medical Systems Inc. | | Abs | |
| 903 | JP 2006-177837 A | 07-06-2006 | Hitachi Ltd. | | Abs | |
| 904 | JP 2003-024276 A | 01-28-2003 | Pentax Corp. | | Abs | |
| 905 | JP 2008-099222 A | 04-24-2008 | Konica Minolta Holdings Inc. | | Abs | |
| 906 | JP 2006-198321 A | 08-03-2006 | Hitachi Ltd. | | Abs | |
| 907 | JP 2003-508104 A | 03-04-2003 | Quantum Vision Inc. | | Abs | |
| 908 | JP 5756752 | 06-05-2015 | Masimo Laboratories, Inc. | | | |
| 909 | WO 1993/12712 | 07-08-1993 | Vivascan Corp | | | |
| 910 | WO 1999/000053 | 01-07-1999 | TOA Medical Electronics | | | |
| 911 | WO 2000/25112 | 05-04-2000 | Rolfe | | | |
| 912 | WO 2001/09589 | 02-08-2001 | Abbott Laboratories | | | |
| 913 | WO 2010/003134 | 01-07-2010 | Masimo Laboratories, Inc. | | | |
| 914 | WO 2014/149781 | 09-25-2014 | Cercacor Laboratories, Inc. | | | |
| 915 | WO 2014/158820 | 10-02-2014 | Cercacor Laboratories, Inc. | | | |
| 916 | WO 1999/01704 | 07-29-1999 | General Electric Company | | | |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
| | 917 | PCT International Search Report, App. No. PCT/US2010/047899, Date of Actual Completion of Search: 01/26/2011, 4 pages. | |
| | 918 | International Search Report and Written Opinion for PCT/US2009/049638, mailed January 7, 2010. | |
| | 919 | International Search Report issued in Application No. PCT/US2009/052756, mailed February 10, 2009 in 14 pages. | |
| | 920 | International Preliminary Report on Patentability and Written Opinion of the International Searching Authority issued in Application No. PCT US2009/049638, mailed January 5, 2011 in 9 pages. | |
| | 921 | International Preliminary Report on Patentability and Written Opinion of the International Searching Authority issued in Application No. PCT/US2009/052756, mailed February 8, 2011 in 8 pages. | |
| | 922 | Burritt, Mary F.; Current Analytical Approaches to Measuring Blood Analytes; Vol. 36; No. 8(B); 1990 | |
| | 923 | Hall, et al., Jeffrey W.; Near-Infrared Spectrophotometry: A New Dimension in Clinical Chemistry; Vol. 38; No. 9; 1992 | |
| | 924 | Kuenstner, et al., J. Todd; Measurement of Hemoglobin in Unlysed Blood by Near-Infrared Spectroscopy; Vol. 48; Number 4, 1994 | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| | Application No. | 16/212440 |
|---|---|---|
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| (Multiple sheets used when necessary) | Examiner | Unassigned |
| SHEET 33 OF 33 | Attorney Docket No. | MASCER.002C3 |

| | | |
|---|---|---|
| 925 | Manzke, et al., B., Multi Wavelength Pulse Oximetry in the Measurement of Hemoglobin Fractions; SPIE, Vol. 2676, April 24, 1996 | |
| 926 | Naumenko, E. K.; Choice of Wavelengths for Stable Determination of Concentrations of Hemoglobin Derivatives from Absorption Spectra of Erythrocytes; Vol. 63; No. 1; pp. 60-66 January – February 1996; Original article submitted November 3, 1994 | |
| 927 | Schmitt, Joseph M.; Simple Photon Diffusion Anaylsis of the Effects of Multiple Scattering on Pulse Oximetry; March 14, 1991; revised August 30, 1991 | |
| 928 | Schmitt, et al., Joseph M.; Measurement of Blood Hematocrit by Dual-Wavelength near-IR Photoplethysmography; Vol. 1641; 1992 | |
| 929 | Schnapp, et al., L.M.; Pulse Oximetry.  Uses and Abuses.; Chest 1990; 98; 1244-1250 DOI 10.1378/Chest.98.5.1244 | |
| 930 | http://www.masimo.com/rainbow/pronto.htm Noninvasive & Immediate Hemoglobin Testing, printed on August 20, 2009 | |
| 931 | http://www.masimo.com/pulseOximeter/Rad5.htm; Signal Extraction Pulse Oximeter, printed on August 20, 2009 | |
| 932 | http://blogderoliveira.blogspot.com/2008_02_01_archive.html; Ricardo Oliveira, printed on August 20, 2009 | |
| 933 | http://www.masimo.com/rad-57/; Noninvasive Measurement of Methemoglobin, Carboxyhemoglobin and Oxyhemoglobin in the blood. Printed on August 20, 2009 | |
| 934 | http://amivital.ugr.es/blog/?tag+spo2; Monitorizacion de la hemoglobina...y mucho mas, printed on August 20, 2009 | |
| 935 | http://www.masimo.com/spco/; Carboxyhemoglobin Noninvasive > Continuous > Immediate, printed on August 20, 2009 | |
| 936 | http://www.masimo.com/PARTNERS/WELCHALLYN.htm; Welch Allyn Expands Patient Monitor Capabilities with Masimo Pulse Oximetry Technology, printed on August 20, 2009 | |
| 937 | http://www.masimo.com/pulseOximeter/PPO.htm; Masimo Personal Pulse Oximeter, printed on August 20, 2009 | |
| 938 | http://www.masimo.com/generalFloor/system.htm; Masimo Patient SafetyNet System at a Glance, printed on August 20, 2009 | |
| 939 | http://www.masimo.com/partners/GRASEBY.htm; Graseby Medical Limited, printed on August 20, 2009 | |
| 940 | Japanese Office Action, re JP Application No. 2011-516895, mailed September 2, 2014, with translation.  (CERCA.007JP). | |
| 941 | Japanese Notice of Allowance, re JP Application No. 2011-516895, issued on May 12, 2015, no translation.  (CERCA/MASCER.007JP). | |
| 942 | European Office Action issued in application no. 10763901.5 on 01/11/2013.  (CERCA.008EP). | |
| 943 | European Office Action issued in application no. 10763901.5 on 08/27/2014.  (CERCA.008EP). | |
| 944 | European Office Action issued in application no. 10763901.5 on 08/06/2015.  (CERCA.008EP). | |
| 945 | European Office Action issued in Application No. 09791157.2, dated June 20, 2016. (MASCER.002EP). | |
| 946 | KANUKURTHY et al., "Data Acquisition Unit for an Implantable Multi-Channel Optical Glucose Sensor", Electro/Information Technology Conference, Chicago, IL, USA, May 17-20, 2007, pp. 1-6 | |
| 947 | SMITH, "The Pursuit of Noninvasive Glucose: 'Hunting the Deceitful Turkey'", 2006 | |
| 948 | SMALL et al., "Data Handling Issues for Near-Infrared Glucose Measurements", http://www.ieee.org/organizations/pubs/newsletters/leos/apr98/datahandling.htm, accessed 11/27/2007 | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

Exhibit O
Page 214

# Exhibit P

**Application No.:**   **16/212537**
**Filing Date:**       **December 6, 2018**

**References for Examiner Consideration**

Applicant wishes to draw the Examiner's attention to, and encourages the Examiner to review, the following co-owned patents and/or applications and their existing and ongoing prosecution history, including without limitation Office Actions, Amendments, Remarks, and any other potentially relevant documents:

| Docket No. | Patent No. | Title | Issued |
|---|---|---|---|
| MASCER.002C1 | 9,277,880 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 03/08/2016 |
| MASCER.003A | 8,630,691 | MULTI-STREAM SENSOR FRONT ENDS FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 01/14/2014 |
| MASCER.003D1 | 8,909,310 | MULTI-STREAM SENSOR FRONT ENDS FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 12/09/2014 |
| MASCER.004A | 8,203,704 | MULTI-STREAM SENSOR FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 06/19/2012 |
| MASCER.004C1 | 8,570,503 | HEAT SINK FOR NONINVASIVE MEDICAL SENSOR | 10/29/2013 |
| CERCA.005A | 8,515,509 | MULTI-STREAM EMITTER FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 08/20/2013 |
| MASCER.006A | 8,577,431 | NOISE SHIELDING FOR A NONINVASIVE DEVICE | 11/05/2013 |
| MASCER.006C1 | 9,717,425 | NOISE SHIELDING FOR A NONINVASIVE DEVICE | 08/01/2017 |
| MASCER.007A | 8,437,825 | CONTOURED PROTRUSION FOR IMPROVING SPECTROSCOPIC MEASUREMENT OF BLOOD CONSTITUENTS | 05/07/2013 |
| MASCER.007C1 | 9,591,975 | CONTOURED PROTRUSION FOR IMPROVING SPECTROSCOPIC MEASUREMENT OF BLOOD CONSTITUENTS | 03/14/2017 |
| MASCER.008A | 8,688,183 | EMITTER DRIVER FOR NONINVASIVE PATIENT MONITOR | 04/01/2014 |
| MASCER.008C1 | 9,186,102 | EMITTER DRIVER FOR NONINVASIVE PATIENT MONITOR | 11/17/2015 |
| MASCER.008C2 | 9,668,680 | EMITTER DRIVER FOR NONINVASIVE PATIENT MONITOR | 06/06/2017 |
| MASCER.009DA | D621516 | PATIENT MONITORING SENSOR | 08/10/2010 |
| MASCER.010DA | D606659 | PATIENT MONITOR | 12/22/2009 |

**Application No.:** 16/212537
**Filing Date:** December 6, 2018

| Docket No. | Serial No. | Title | Filed |
|---|---|---|---|
| MASCER.002A | 12/534827 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 08/03/2009 |
| MASCER.002C2 | 14/981290 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 12/28/2015 |
| MASCER.002C3 | 16/212440 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 12/06/2018 |
| MASCER.004C3 | 14/064055 | MULTI-STREAM SENSOR FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 10/25/2013 |
| MASCER.006C2 | 15/660743 | NOISE SHIELDING FOR A NONINVASIVE DEVICE | 07/26/2017 |
| MASCER.011A | 12/497506 | HEAT SINK FOR NONINVASIVE MEDICAL SENSOR | 07/02/2009 |

Applicant notes that cited references, office actions, responses, and notices of allowance currently exist or will exist with reference to the above-referenced matters. Applicant also understands that the Examiner has access to sophisticated online Patent Office computing systems that provide ready access to the full file histories of these matters including, for example, specifications, drawings, pending claims, cited art, office actions, responses, declarations, and notices of allowance. Rather than submit copies of these file histories, Applicant respectfully requests that the Examiner continue to review these file histories online for past, current, and future information about these matters that may be relevant to examination of the present application. Also, if the Examiner cannot readily access these file histories, Applicant would be pleased to provide any portion of any of the file histories at any time upon specific Examiner request.

**No Disclaimers**

To the extent that anything in the Information Disclosure Statement or the listed references could be construed as a disclaimer of any subject matter supported by the present application, Applicant hereby rescinds and retracts such disclaimer.

**Timing of Disclosure**

This Information Disclosure Statement is being filed within three months of the filing date, and no fee is believed to be required.

-3-

**Application No.:**   **16/212537**
**Filing Date:**       **December 6, 2018**

The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment, to Account No. 11-1410.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: <u>December 18, 2018</u>          By: /Scott Cromar/_____

Scott A. Cromar
Registration No. 65,066
Registered Practitioner
Customer No. 64735
(949) 760-0404

29625449

-4-

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application No. | 16/212537 |
|---|---|---|---|
| | | Filing Date | December 6, 2018 |
| | | First Named Inventor | Poeze, Jeroen et al. |
| | | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | | Examiner | Unassigned |
| SHEET 1 OF 33 | | Attorney Docket No. | MASCER.002C4 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 3,910,701 | 10-07-1975 | Henderson et al. | |
| | 2 | 4,114,604 | 09-19-1978 | Shaw et al. | |
| | 3 | 4,258,719 | 03-31-1981 | Lewyn | |
| | 4 | 4,267,844 | 05-19-1981 | Yamanishi | |
| | 5 | 4,438,338 | 03-20-1984 | Stitt | |
| | 6 | 4,444,471 | 04-24-1984 | Ford et al. | |
| | 7 | 4,653,498 | 03-31-1987 | New, Jr. et al. | |
| | 8 | 4,655,225 | 04-07-1987 | Dahne et al. | |
| | 9 | 4,684,245 | 08-04-1987 | Goldring | |
| | 10 | 4,709,413 | 11-24-1987 | Forrest | |
| | 11 | 4,755,676 | 07-05-1988 | Gaalema et al. | |
| | 12 | 4,781,195 | 11-01-1988 | Martin | |
| | 13 | 4,805,623 | 02-21-1989 | Jöbsis | |
| | 14 | 4,880,304 | 11-14-1989 | Jaeb et al. | |
| | 15 | 4,960,128 | 10-02-1990 | Gordon et al. | |
| | 16 | 4,964,408 | 10-23-1990 | Hink et al. | |
| | 17 | 5,028,787 | 07-02-1991 | Rosenthal, et al. | |
| | 18 | 5,035,243 | 07-30-1991 | Muz, Edwin | |
| | 19 | 5,041,187 | 08-20-1991 | Hink et al. | |
| | 20 | 5,043,820 | 08-27-1991 | Wyles et al. | |
| | 21 | 5,069,213 | 12-03-1991 | Polczynski | |
| | 22 | 5,069,214 | 12-03-1991 | Samaras et al. | |
| | 23 | 5,077,476 | 12-31-1991 | Rosenthal | |
| | 24 | 5,086,229 | 02-04-1992 | Rosenthal et al. | |
| | 25 | 5,122,925 | 06-16-1992 | Inpyn | |
| | 26 | 5,131,391 | 07-21-1992 | Sakai et al. | |
| | 27 | 5,137,023 | 08-11-1992 | Mendelson, et al. | |
| | 28 | 5,159,929 | 11-03-1992 | McMillen et al. | |
| | 29 | 5,163,438 | 11-17-1992 | Gordon et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 2 OF 33 | Attorney Docket No. | MASCER.002C4 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:  1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 30 | 5,222,295 | 06-29-1993 | Dorris, Jr. | |
| | 31 | 5,222,495 | 06-29-1993 | Clarke et al. | |
| | 32 | 5,222,496 | 06-29-1993 | Clarke et al. | |
| | 33 | 5,249,576 | 10-05-1993 | Goldberger et al. | |
| | 34 | 5,250,342 | 10-05-1993 | Lang | |
| | 35 | 5,278,627 | 01-11-1994 | Aoyagi et al. | |
| | 36 | 5,297,548 | 03-29-1994 | Pologe, Jonas A. | |
| | 37 | 5,319,355 | 06-07-1994 | Russek | |
| | 38 | 5,337,744 | 08-16-1994 | Branigan | |
| | 39 | 5,337,745 | 08-16-1994 | Benaron | |
| | 40 | 5,341,805 | 08-30-1994 | Stavridi, et al. | |
| | 41 | 5,362,966 | 11-08-1994 | Rosenthal et al. | |
| | 42 | 5,377,676 | 01-03-1995 | Vari, et al. | |
| | 43 | 5,427,093 | 06-27-1995 | Ogawa et al. | |
| | 44 | 5,431,170 | 07-11-1995 | Mathews | |
| | 45 | 5,437,275 | 08-01-1995 | Amundsen et al. | |
| | 46 | 5,441,054 | 08-15-1995 | Tsuchiya | |
| | 47 | 5,452,717 | 09-26-1995 | Branigan et al. | |
| | 48 | 5,456,252 | 10-10-1995 | Vari, et al. | |
| | 49 | 5,479,934 | 01-02-1996 | Imran | |
| | 50 | 5,482,034 | 01-09-1996 | Lewis et al. | |
| | 51 | 5,482,036 | 01-09-1996 | Diab et al. | |
| | 52 | 5,490,505 | 02-13-1996 | Diab et al. | |
| | 53 | 5,490,506 | 02-13-1996 | Takatani et al. | |
| | 54 | 5,494,043 | 02-27-1996 | O'Sullivan et al. | |
| | 55 | 5,511,546 | 04-30-1996 | Hon | |
| | 56 | 5,533,511 | 07-09-1996 | Kaspari et al. | |
| | 57 | 5,534,851 | 07-09-1996 | Russek | |
| | 58 | 5,551,422 | 09-03-1996 | Simonsen et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:**  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 3 OF 33 | Attorney Docket No. | MASCER.002C4 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 59 | 5,553,616 | 09-09-1996 | Ham et al. | |
| | 60 | 5,553,615 | 09-10-1996 | Carim et al. | |
| | 61 | 5,561,275 | 10-01-1996 | Savage, et al. | |
| | 62 | 5,562,002 | 10-08-1996 | Lalin | |
| | 63 | 5,590,649 | 01-07-1997 | Caro et al. | |
| | 64 | 5,602,924 | 02-11-1997 | Durand et al. | |
| | 65 | 5,625,458 | 04-29-1997 | Alfano et al. | |
| | 66 | 5,632,272 | 05-27-1997 | Diab et al. | |
| | 67 | 5,638,816 | 06-17-1997 | Kiani-Azarbayjany et al. | |
| | 68 | 5,638,818 | 06-17-1997 | Diab et al. | |
| | 69 | 5,645,440 | 07-08-1997 | Tobler et al. | |
| | 70 | 5,676,143 | 10-14-1997 | Simonsen, et al. | |
| | 71 | 5,685,299 | 11-11-1997 | Diab et al. | |
| | 72 | 5,743,262 | 04-28-1998 | Lepper, Jr. et al. | |
| | 73 | 5,750,927 | 05-12-1998 | Baltazar, Osni | |
| | 74 | 5,752,914 | 05-19-1998 | Delonzor et al. | |
| | 75 | 5,758,644 | 06-02-1998 | Diab et al. | |
| | 76 | 5,760,910 | 06-02-1998 | Lepper, Jr. et al. | |
| | 77 | 5,766,131 | 06-16-1998 | Kondo et al. | |
| | 78 | 5,769,785 | 06-23-1998 | Diab et al. | |
| | 79 | 5,782,757 | 07-21-1998 | Diab et al. | |
| | 80 | 5,785,659 | 07-28-1998 | Caro et al. | |
| | 81 | 5,791,347 | 08-11-1998 | Flaherty et al. | |
| | 82 | 5,792,052 | 08-11-1998 | Isaacson et al. | |
| | 83 | 5,810,734 | 09-22-1998 | Caro et al. | |
| | 84 | 5,823,950 | 10-20-1998 | Diab et al. | |
| | 85 | 5,826,885 | 10-27-1998 | Helgeland | |
| | 86 | 5,830,131 | 11-03-1998 | Caro et al. | |
| | 87 | 5,833,618 | 11-10-1998 | Caro et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

***Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 4 OF 33 | Attorney Docket No. | MASCER.002C4 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 88 | 5,851,178 | 12-22-1998 | Aronow | |
| | 89 | 5,860,919 | 01-19-1999 | Kiani-Azarbayjany et al. | |
| | 90 | 5,890,929 | 04-06-1999 | Mills et al. | |
| | 91 | 5,902,235 | 05-11-1999 | Lewis et al. | |
| | 92 | 5,903,357 | 05-11-1999 | Colak | |
| | 93 | 5,904,654 | 05-18-1999 | Wohltmann et al. | |
| | 94 | 5,919,134 | 07-06-1999 | Diab | |
| | 95 | 5,934,925 | 08-10-1999 | Tobler et al. | |
| | 96 | 5,940,182 | 08-17-1999 | Lepper, Jr. et al. | |
| | 97 | 5,957,840 | 09-28-1999 | Terasawa et al. | |
| | 98 | 5,995,855 | 11-30-1999 | Kiani et al. | |
| | 99 | 5,997,343 | 12-07-1999 | Mills et al. | |
| | 100 | 6,002,952 | 12-14-1999 | Diab et al. | |
| | 101 | 6,011,986 | 01-04-2000 | Diab et al. | |
| | 102 | 6,027,452 | 02-22-2000 | Flaherty et al. | |
| | 103 | 6,036,642 | 03-14-2000 | Diab et al. | |
| | 104 | 6,045,509 | 04-04-2000 | Caro et al. | |
| | 105 | 6,049,727 | 04-11-2000 | Crothall, Katherine D. | |
| | 106 | 6,067,462 | 05-23-2000 | Diab et al. | |
| | 107 | 6,081,735 | 06-27-2000 | Diab et al. | |
| | 108 | 6,088,607 | 07-11-2000 | Diab et al. | |
| | 109 | 6,110,522 | 08-29-2000 | Lepper, Jr. et al. | |
| | 110 | 6,124,597 | 09-26-2000 | Shehada | |
| | 111 | 6,128,521 | 10-03-2000 | Marro et al. | |
| | 112 | 6,129,675 | 10-10-2000 | Jay | |
| | 113 | 6,144,866 | 11-07-2000 | Miesel et al. | |
| | 114 | 6,144,868 | 11-07-2000 | Parker | |
| | 115 | 6,151,516 | 11-21-2000 | Kiani-Azarbayjany et al. | |
| | 116 | 6,152,754 | 11-28-2000 | Gerhardt et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 5 OF 33 | Attorney Docket No. | MASCER.002C4 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 117 | 6,157,850 | 12-05-2000 | Diab et al. | |
| | 118 | 6,165,005 | 12-26-2000 | Mills et al. | |
| | 119 | 6,172,743 | 01-09-2001 | Kley, et al. | |
| | 120 | 6,181,958 | 01-30-2001 | Steuer et al. | |
| | 121 | 6,184,521 | 02-06-2001 | Coffin, IV et al. | |
| | 122 | 6,206,830 | 03-27-2001 | Diab et al. | |
| | 123 | 6,223,063 | 04-24-2001 | Chaiken et al. | |
| | 124 | 6,229,856 | 05-08-2001 | Diab et al. | |
| | 125 | 6,232,609 | 05-15-2001 | Snyder, et al. | |
| | 126 | 6,236,872 | 05-22-2001 | Diab et al. | |
| | 127 | 6,241,683 | 06-05-2001 | Macklem, et al. | |
| | 128 | 6,253,097 | 06-26-2001 | Aronow et al. | |
| | 129 | 6,256,523 | 07-03-2001 | Diab et al. | |
| | 130 | 6,263,222 | 07-17-2001 | Diab et al. | |
| | 131 | 6,278,522 | 08-21-2001 | Lepper, Jr. et al. | |
| | 132 | 6,278,889 | 08-21-2001 | Robinson | |
| | 133 | 6,280,213 | 08-28-2001 | Tobler et al. | |
| | 134 | 6,285,896 | 09-04-2001 | Tobler et al. | |
| | 135 | 6,301,493 | 10-09-2001 | Marro et al. | |
| | 136 | 6,317,627 | 11-13-2001 | Ennen et al. | |
| | 137 | 6,321,100 | 11-20-2001 | Parker | |
| | 138 | 6,325,761 | 12-04-2001 | Jay | |
| | 139 | 6,334,065 | 12-25-2001 | Al-Ali et al. | |
| | 140 | 6,343,223 | 01-29-2002 | Chin et al. | |
| | 141 | 6,343,224 | 01-29-2002 | Parker | |
| | 142 | 6,345,194 | 02-05-2002 | Robert Nelson, et al. | |
| | 143 | 6,349,228 | 02-19-2002 | Kiani et al. | |
| | 144 | 6,353,750 | 03-05-2002 | Kimura et al. | |
| | 145 | 6,360,113 | 03-09-2002 | Dettling, Allen | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 6 OF 33 | Attorney Docket No. | MASCER.002C4 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 146 | 6,360,114 | 03-09-2002 | Diab et al. | |
| | 147 | 6,360,115 | 03-19-2002 | Roger Greenwald, et al. | |
| | 148 | 6,368,283 | 04-09-2002 | Xu, et al. | |
| | 149 | 6,371,921 | 04-16-2002 | Caro et al. | |
| | 150 | 6,377,829 | 04-23-2002 | Al-Ali | |
| | 151 | 6,388,240 | 05-14-2002 | Schulz et al. | |
| | 152 | 6,397,091 | 05-28-2002 | Diab et al. | |
| | 153 | 6,430,437 | 08-06-2002 | Marro | |
| | 154 | 6,430,525 | 08-06-2002 | Weber et al. | |
| | 155 | 6,463,311 | 10-08-2002 | Diab | |
| | 156 | 6,470,199 | 10-22-2002 | Kopotic et al. | |
| | 157 | 6,501,975 | 12-31-2002 | Diab et al. | |
| | 158 | 6,505,059 | 01-07-2003 | Kollias, et al. | |
| | 159 | 6,515,273 | 02-04-2003 | Al-Ali | |
| | 160 | 6,519,487 | 02-11-2003 | Parker | |
| | 161 | 6,522,521 | 02-18-2003 | Mizuno et al. | |
| | 162 | 6,525,386 | 02-25-2003 | Mills et al. | |
| | 163 | 6,526,300 | 02-25-2003 | Kiani et al. | |
| | 164 | 6,541,756 | 04-01-2003 | Schulz et al. | |
| | 165 | 6,542,764 | 04-01-2003 | Al-Ali et al. | |
| | 166 | 6,580,086 | 06-17-2003 | Schulz et al. | |
| | 167 | 6,584,336 | 06-24-2003 | Ali et al. | |
| | 168 | 6,595,316 | 07-22-2003 | Cybulski et al. | |
| | 169 | 6,597,932 | 07-22-2003 | Tian et al. | |
| | 170 | 6,597,933 | 07-22-2003 | Kiani et al. | |
| | 171 | 6,606,509 | 08-12-2003 | Schmitt, Joseph M. | |
| | 172 | 6,606,511 | 08-12-2003 | Ali et al. | |
| | 173 | 6,632,181 | 10-14-2003 | Flaherty et al. | |
| | 174 | 6,636,759 | 10-21-2003 | Robinson | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 7 OF 33 | Attorney Docket No. | MASCER.002C4 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 175 | 6,639,668 | 10-28-2003 | Trepagnier, Pierre | |
| | 176 | 6,639,867 | 10-28-2003 | Shim | |
| | 177 | 6,640,116 | 10-28-2003 | Diab | |
| | 178 | 6,643,530 | 11-04-2003 | Diab et al. | |
| | 179 | 6,650,917 | 11-18-2003 | Diab et al. | |
| | 180 | 6,654,624 | 11-25-2003 | Diab et al. | |
| | 181 | 6,658,276 | 12-02-2003 | Kiani et al. | |
| | 182 | 6,661,161 | 12-09-2003 | Lanzo et al. | |
| | 183 | 6,668,185 | 12-23-2003 | Toida | |
| | 184 | 6,671,531 | 12-30-2003 | Al-Ali et al. | |
| | 185 | 6,678,543 | 01-13-2004 | Diab et al. | |
| | 186 | 6,681,133 | 01-20-2004 | Chaiken et al. | |
| | 187 | 6,684,090 | 01-27-2004 | Ali et al. | |
| | 188 | 6,684,091 | 01-27-2004 | Parker | |
| | 189 | 6,697,656 | 02-24-2004 | Al-Ali | |
| | 190 | 6,697,657 | 02-24-2004 | Shehada, et al. | |
| | 191 | 6,697,658 | 02-24-2004 | Al-Ali | |
| | 192 | 6,699,194 | 03-02-2004 | Diab et al. | |
| | 193 | 6,714,804 | 03-30-2004 | Al-Ali et al. | |
| | 194 | 6,721,582 | 04-13-2004 | Trepagnier, et al. | |
| | 195 | 6,721,585 | 04-13-2004 | Parker | |
| | 196 | 6,725,075 | 04-20-2004 | Al-Ali | |
| | 197 | 6,728,560 | 04-27-2004 | Kollias, et al. | |
| | 198 | 6,735,459 | 05-11-2004 | Parker | |
| | 199 | 6,745,060 | 06-01-2004 | Diab et al. | |
| | 200 | 6,748,254 | 06-08-2004 | O'Neil et al. | |
| | 201 | 6,760,607 | 07-06-2004 | Al-Ali | |
| | 202 | 6,770,028 | 08-03-2004 | Ali et al. | |
| | 203 | 6,771,994 | 08-03-2004 | Kiani et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| (Multiple sheets used when necessary) | Examiner | Unassigned |
| SHEET 8 OF 33 | Attorney Docket No. | MASCER.002C4 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:  1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 204 | 6,792,300 | 09-14-2004 | Diab et al. | |
| | 205 | 6,813,511 | 11-02-2004 | Diab et al. | |
| | 206 | 6,816,010 | 11-09-2004 | Seetharaman et al. | |
| | 207 | 6,816,241 | 11-09-2004 | Grubisic, et al. | |
| | 208 | 6,816,741 | 11-09-2004 | Diab | |
| | 209 | 6,822,564 | 11-23-2004 | Al-Ali | |
| | 210 | 6,826,419 | 11-30-2004 | Diab et al. | |
| | 211 | 6,830,711 | 12-14-2004 | Mills et al. | |
| | 212 | 6,850,787 | 02-01-2005 | Weber et al. | |
| | 213 | 6,850,788 | 02-01-2005 | Al-Ali | |
| | 214 | 6,852,083 | 02-08-2005 | Caro et al. | |
| | 215 | 6,861,639 | 03-01-2005 | Al-Ali | |
| | 216 | 6,898,452 | 05-24-2005 | Al-Ali et al. | |
| | 217 | 6,912,413 | 06-28-2005 | Rantala et al. | |
| | 218 | 6,920,345 | 07-19-2005 | Al-Ali et al. | |
| | 219 | 6,931,268 | 08-16-2005 | Kiani-Azarbayjany et al. | |
| | 220 | 6,934,570 | 08-23-2005 | Kiani et al. | |
| | 221 | 6,939,305 | 09-06-2005 | Flaherty et al. | |
| | 222 | 6,943,348 | 09-13-2005 | Coffin IV | |
| | 223 | 6,950,687 | 09-27-2005 | Al-Ali | |
| | 224 | 6,961,598 | 11-01-2005 | Diab | |
| | 225 | 6,970,792 | 11-29-2005 | Diab | |
| | 226 | 6,979,812 | 12-27-2005 | Al-Ali | |
| | 227 | 6,985,764 | 01-10-2006 | Mason et al. | |
| | 228 | 6,993,371 | 01-31-2006 | Kiani et al. | |
| | 229 | 6,995,400 | 02-07-2006 | Mizuyoshi | |
| | 230 | 6,996,427 | 02-07-2006 | Ali et al. | |
| | 231 | 6,999,904 | 02-14-2006 | Weber et al. | |
| | 232 | 7,003,338 | 02-21-2006 | Weber et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 9 OF 33 | Attorney Docket No. | MASCER.002C4 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 233 | 7,003,339 | 02-21-2006 | Diab et al. | |
| | 234 | 7,015,451 | 03-21-2006 | Dalke et al. | |
| | 235 | 7,024,233 | 04-04-2006 | Ali et al. | |
| | 236 | 7,027,849 | 04-11-2006 | Al-Ali | |
| | 237 | 7,030,749 | 04-18-2006 | Al-Ali | |
| | 238 | 7,039,449 | 05-02-2006 | Al-Ali | |
| | 239 | 7,041,060 | 05-09-2006 | Flaherty et al | |
| | 240 | 7,044,918 | 05-16-2006 | Diab | |
| | 241 | 7,047,054 | 05-16-2006 | Benni | |
| | 242 | 7,067,893 | 06-27-2006 | Mills et al. | |
| | 243 | 7,092,757 | 08-15-2006 | Larson et al. | |
| | 244 | 7,096,052 | 08-22-2006 | Mason et al. | |
| | 245 | 7,096,054 | 08-22-2006 | Abdul-Hafiz et al. | |
| | 246 | 7,132,641 | 11-07-2006 | Schulz et al. | |
| | 247 | 7,142,901 | 11-28-2006 | Kiani et al. | |
| | 248 | 7,149,561 | 12-12-2006 | Diab | |
| | 249 | 7,186,966 | 03-06-2007 | Al-Ali | |
| | 250 | 7,190,261 | 03-13-2007 | Al-Ali | |
| | 251 | 7,215,984 | 05-08-2007 | Diab | |
| | 252 | 7,215,986 | 05-08-2007 | Diab | |
| | 253 | 7,221,971 | 05-22-2007 | Diab | |
| | 254 | 7,225,006 | 05-29-2007 | Al-Ali et al. | |
| | 255 | 7,225,007 | 05-29-2007 | Al-Ali | |
| | 256 | 7,230,227 | 06-12-2007 | Wilcken et al. | |
| | 257 | 7,239,905 | 07-03-2007 | Kiani-Azarbayjany et al. | |
| | 258 | 7,245,953 | 07-17-2007 | Parker | |
| | 259 | 7,254,429 | 08-07-2007 | Schurman et al. | |
| | 260 | 7,254,431 | 08-07-2007 | Al-Ali | |
| | 261 | 7,254,433 | 08-07-2007 | Diab et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application No. | 16/212537 |
|---|---|---|---|
| | | Filing Date | December 6, 2018 |
| | | First Named Inventor | Poeze, Jeroen et al. |
| | | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | | Examiner | Unassigned |
| SHEET 10 OF 33 | | Attorney Docket No. | MASCER.002C4 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 262 | 7,254,434 | 08-07-2007 | Schulz et al. | |
| | 263 | 7,272,425 | 09-18-2007 | Al-Ali | |
| | 264 | 7,274,955 | 09-25-2007 | Kiani et al. | |
| | 265 | 7,280,858 | 10-09-2007 | Al-Ali et al. | |
| | 266 | 7,289,835 | 10-30-2007 | Mansfield et al. | |
| | 267 | 7,292,883 | 11-06-2007 | De Felice et al. | |
| | 268 | 7,295,866 | 11-13-2007 | Al-Ali | |
| | 269 | 7,328,053 | 02-05-2008 | Diab et al. | |
| | 270 | 7,332,784 | 02-19-2008 | Mills, et al. | |
| | 271 | 7,340,287 | 03-04-2008 | Mason et al. | |
| | 272 | 7,341,559 | 03-11-2008 | Schulz et al. | |
| | 273 | 7,343,186 | 03-11-2008 | Lamego et al. | |
| | 274 | 7,355,512 | 04-08-2008 | Al-Ali | |
| | 275 | 7,356,365 | 04-08-2008 | Schurman | |
| | 276 | 7,365,923 | 04-29-2008 | Hargis et al. | |
| | 277 | 7,371,981 | 05-13-2008 | Abdul-Hafiz | |
| | 278 | 7,373,193 | 05-13-2008 | Al-Ali et al. | |
| | 279 | 7,373,194 | 05-13-2008 | Weber et al. | |
| | 280 | 7,376,453 | 05-20-2008 | Diab et al. | |
| | 281 | 7,377,794 | 05-27-2008 | Al Ali et al. | |
| | 282 | 7,377,899 | 05-27-2008 | Weber et al. | |
| | 283 | 7,383,070 | 06-03-2008 | Diab et al. | |
| | 284 | 7,395,189 | 07-01-2008 | Qing et al. | |
| | 285 | 7,415,297 | 08-19-2008 | Al-Ali et al. | |
| | 286 | 7,428,432 | 09-23-2008 | Ali et al. | |
| | 287 | 7,438,683 | 10-21-2008 | Al-Ali et al. | |
| | 288 | 7,440,787 | 10-21-2008 | Diab | |
| | 289 | 7,454,240 | 11-18-2008 | Diab et al. | |
| | 290 | 7,467,002 | 12-16-2008 | Weber et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*****Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 11 OF 33 | Attorney Docket No. | MASCER.002C4 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:  1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 291 | 7,469,157 | 12-23-2008 | Diab et al. | |
| | 292 | 7,471,969 | 12-30-2008 | Diab et al. | |
| | 293 | 7,471,971 | 12-30-2008 | Diab et al. | |
| | 294 | 7,483,729 | 01-27-2009 | Al-Ali et al. | |
| | 295 | 7,483,730 | 01-27-2009 | Diab et al. | |
| | 296 | 7,489,958 | 02-10-2009 | Diab et al. | |
| | 297 | 7,496,391 | 02-24-2009 | Diab et al. | |
| | 298 | 7,496,393 | 02-24-2009 | Diab et al. | |
| | 299 | 7,499,741 | 03-03-2009 | Diab et al. | |
| | 300 | 7,499,835 | 03-03-2009 | Weber et al. | |
| | 301 | 7,500,950 | 03-10-2009 | Al-Ali et al. | |
| | 302 | 7,509,153 | 03-24-2009 | Blank et al. | |
| | 303 | 7,509,154 | 03-24-2009 | Diab et al. | |
| | 304 | 7,509,494 | 03-24-2009 | Al-Ali | |
| | 305 | 7,510,849 | 03-31-2009 | Schurman et al. | |
| | 306 | 7,519,327 | 04-14-2009 | White | |
| | 307 | 7,526,328 | 04-28-2009 | Diab et al. | |
| | 308 | 7,530,942 | 05-12-2009 | Diab | |
| | 309 | 7,530,949 | 05-12-2009 | Al Ali et al. | |
| | 310 | 7,530,955 | 05-12-2009 | Diab et al. | |
| | 311 | 7,563,110 | 07-21-2009 | Al-Ali et al. | |
| | 312 | 7,596,398 | 09-29-2009 | Al-Ali et al. | |
| | 313 | 7,601,123 | 10-13-2009 | Tweed, et al. | |
| | 314 | 7,606,606 | 10-20-2009 | Laakkonen | |
| | 315 | 7,618,375 | 11-17-2009 | Flaherty | |
| | 316 | 7,647,083 | 01-12-2010 | Al-Ali et al. | |
| | 317 | 7,657,294 | 02-02-2010 | Eghbal et al. | |
| | 318 | 7,657,295 | 02-02-2010 | Coakley et al. | |
| | 319 | 7,657,296 | 02-02-2010 | Raridan et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| | Application No. | 16/212537 |
|---|---|---|
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 12 OF 33 | Attorney Docket No. | MASCER.002C4 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 320 | 7,726,209 | 06-01-2010 | Ruotoistenmäki | |
| | 321 | 7,729,733 | 06-01-2010 | Al-Ali et al. | |
| | 322 | 7,734,320 | 06-08-2010 | Al-Ali | |
| | 323 | 7,761,127 | 07-20-2010 | Al-Ali et al. | |
| | 324 | 7,761,128 | 07-20-2010 | Al-Ali et al. | |
| | 325 | 7,764,982 | 07-27-2010 | Dalke et al. | |
| | 326 | 7,791,155 | 09-07-2010 | Diab | |
| | 327 | 7,801,581 | 09-21-2010 | Diab | |
| | 328 | 7,809,418 | 10-05-2010 | Xu | |
| | 329 | 7,822,452 | 10-26-2010 | Schurman et al. | |
| | 330 | 7,844,313 | 11-30-2010 | Kiani et al. | |
| | 331 | 7,844,314 | 11-30-2010 | Al-Ali | |
| | 332 | 7,844,315 | 11-30-2010 | Al-Ali | |
| | 333 | 7,862,523 | 01-04-2011 | Ruotoistenmaki | |
| | 334 | 7,865,222 | 01-04-2011 | Weber et al. | |
| | 335 | 7,873,497 | 01-18-2011 | Weber et al. | |
| | 336 | 7,880,606 | 02-01-2011 | Al-Ali | |
| | 337 | 7,880,626 | 02-01-2011 | Al-Ali et al. | |
| | 338 | 7,891,355 | 02-22-2011 | Al-Ali et al. | |
| | 339 | 7,894,868 | 02-22-2011 | Al-Ali et al. | |
| | 340 | 7,899,506 | 03-01-2011 | Xu et al. | |
| | 341 | 7,899,507 | 03-01-2011 | Al-Ali et al. | |
| | 342 | 7,899,518 | 03-01-2011 | Trepagnier et al. | |
| | 343 | 7,904,132 | 03-08-2011 | Weber et al. | |
| | 344 | 7,909,772 | 03-22-2011 | Popov et al. | |
| | 345 | 7,910,875 | 03-22-2011 | Al-Ali | |
| | 346 | 7,919,713 | 04-05-2011 | Al-Ali et al. | |
| | 347 | 7,937,128 | 05-03-2011 | Al-Ali | |
| | 348 | 7,937,129 | 05-03-2011 | Mason et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 13 OF 33 | Attorney Docket No. | MASCER.002C4 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:   1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 349 | 7,937,130 | 05-03-2011 | Diab et al. | |
| | 350 | 7,941,199 | 05-10-2011 | Kiani | |
| | 351 | 7,951,086 | 05-31-2011 | Flaherty et al. | |
| | 352 | 7,957,780 | 06-07-2011 | Lamego et al. | |
| | 353 | 7,962,188 | 06-14-2011 | Kiani et al. | |
| | 354 | 7,962,190 | 06-14-2011 | Diab et al. | |
| | 355 | 7,976,472 | 07-12-2011 | Kiani | |
| | 356 | 7,988,637 | 08-02-2011 | Diab | |
| | 357 | 7,990,382 | 08-02-2011 | Kiani | |
| | 358 | 7,991,446 | 08-02-2011 | Ali et al. | |
| | 359 | 8,008,088 | 08-08-2011 | Bellott et al. | |
| | 360 | 8,000,761 | 08-16-2011 | Al-Ali | |
| | 361 | 8,019,400 | 09-13-2011 | Diab et al. | |
| | 362 | 8,028,701 | 10-04-2011 | Al-Ali et al. | |
| | 363 | 8,029,765 | 10-04-2011 | Bellott et al. | |
| | 364 | 8,036,728 | 10-11-2011 | Diab et al. | |
| | 365 | 8,044,998 | 10-25-2011 | Heenan | |
| | 366 | 8,046,040 | 10-25-2011 | Ali et al. | |
| | 367 | 8,046,041 | 10-25-2011 | Diab et al. | |
| | 368 | 8,046,042 | 10-25-2011 | Diab et al. | |
| | 369 | 8,048,040 | 11-01-2011 | Kiani | |
| | 370 | 8,050,728 | 11-01-2011 | Al-Ali et al. | |
| | 371 | 8,118,620 | 02-21-2012 | Al-Ali et al. | |
| | 372 | 8,126,528 | 02-28-2012 | Diab et al. | |
| | 373 | 8,126,531 | 02-28-2012 | Crowley | |
| | 374 | 8,128,572 | 03-06-2012 | Diab et al. | |
| | 375 | 8,130,105 | 03-06-2012 | Al-Ali et al. | |
| | 376 | 8,145,287 | 03-27-2012 | Diab et al. | |
| | 377 | 8,150,487 | 04-03-2012 | Diab et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

***Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| | Application No. | 16/212537 |
|---|---|---|
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 14 OF 33 | Attorney Docket No. | MASCER.002C4 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 378 | 8,175,672 | 05-08-2012 | Parker | |
| | 379 | 8,180,420 | 05-15-2012 | Diab et al. | |
| | 380 | 8,182,443 | 05-22-2012 | Kiani | |
| | 381 | 8,185,180 | 05-22-2012 | Diab et al. | |
| | 382 | 8,190,223 | 05-29-2012 | Al-Ali et al. | |
| | 383 | 8,190,227 | 05-29-2012 | Diab et al. | |
| | 384 | 8,203,438 | 06-19-2012 | Kiani et al. | |
| | 385 | 8,203,704 | 06-19-2012 | Merritt et al. | |
| | 386 | 8,219,170 | 07-10-2012 | Hausmann et al. | |
| | 387 | 8,224,411 | 07-17-2012 | Al-Ali et al. | |
| | 388 | 8,228,181 | 07-24-2012 | Al-Ali | |
| | 389 | 8,229,532 | 07-24-2012 | Davis | |
| | 390 | 8,229,533 | 07-24-2012 | Diab et al. | |
| | 391 | 8,233,955 | 07-31-2012 | Al-Ali et al. | |
| | 392 | 8,244,325 | 08-14-2012 | Al-Ali et al. | |
| | 393 | 8,255,026 | 08-28-2012 | Al-Ali | |
| | 394 | 8,255,027 | 08-28-2012 | Al-Ali et al. | |
| | 395 | 8,255,028 | 08-28-2012 | Al-Ali et al. | |
| | 396 | 8,260,577 | 09-04-2012 | Weber et al. | |
| | 397 | 8,265,723 | 09-11-2012 | McHale et al. | |
| | 398 | 8,274,360 | 09-25-2012 | Sampath et al. | |
| | 399 | 8,289,130 | 10-16-2012 | Nakajima et al. | |
| | 400 | 8,301,217 | 10-30-2012 | Al-Ali et al. | |
| | 401 | 8,306,596 | 11-06-2012 | Schurman et al. | |
| | 402 | 8,310,336 | 11-13-2012 | Muhsin et al. | |
| | 403 | 8,315,683 | 11-20-2012 | Al-Ali et al. | |
| | 404 | 8,332,006 | 12-11-2012 | Naganuma et al. | |
| | 405 | 8,337,403 | 12-25-2012 | Al-Ali et al. | |
| | 406 | 8,346,330 | 01-01-2013 | Lamego | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

Exhibit P
Page 232

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| (Multiple sheets used when necessary) | Examiner | Unassigned |
| SHEET 15 OF 33 | Attorney Docket No. | MASCER.002C4 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 407 | 8,353,842 | 01-15-2013 | Al-Ali et al. | |
| | 408 | 8,355,766 | 01-15-2013 | MacNeish, III et al. | |
| | 409 | 8,359,080 | 01-22-2013 | Diab et al. | |
| | 410 | 8,364,223 | 01-29-2013 | Al-Ali et al. | |
| | 411 | 8,364,226 | 01-29-2013 | Diab et al. | |
| | 412 | 8,364,389 | 01-29-2013 | Dorogusker et al. | |
| | 413 | 8,374,665 | 02-12-2013 | Lamego | |
| | 414 | 8,380,272 | 02-19-2013 | Barrett et al. | |
| | 415 | 8,385,995 | 02-26-2013 | Al-ali et al. | |
| | 416 | 8,385,996 | 02-26-2013 | Smith et al. | |
| | 417 | 8,388,353 | 03-05-2013 | Kiani et al. | |
| | 418 | 8,399,822 | 03-19-2013 | Al-Ali | |
| | 419 | 8,401,602 | 03-19-2013 | Kiani | |
| | 420 | 8,405,608 | 03-26-2013 | Al-Ali et al. | |
| | 421 | 8,414,499 | 04-09-2013 | Al-Ali et al. | |
| | 422 | 8,418,524 | 04-16-2013 | Al-Ali | |
| | 423 | 8,421,022 | 04-16-2013 | Rozenfeld | |
| | 424 | 8,423,106 | 04-16-2013 | Lamego et al. | |
| | 425 | 8,428,674 | 04-23-2013 | Duffy et al. | |
| | 426 | 8,428,967 | 04-23-2013 | Olsen et al. | |
| | 427 | 8,430,817 | 04-30-2013 | Al-Ali et al. | |
| | 428 | 8,437,825 | 05-07-2013 | Dalvi et al. | |
| | 429 | 8,455,290 | 06-04-2013 | Siskavich | |
| | 430 | 8,457,703 | 06-04-2013 | Al-Ali | |
| | 431 | 8,457,707 | 06-04-2013 | Kiani | |
| | 432 | 8,463,349 | 06-11-2013 | Diab et al. | |
| | 433 | 8,466,286 | 06-18-2013 | Bellot et al. | |
| | 434 | 8,471,713 | 06-25-2013 | Poeze et al. | |
| | 435 | 8,473,020 | 06-25-2013 | Kiani et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 16 OF 33 | Attorney Docket No. | MASCER.002C4 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:  1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 436 | 8,483,787 | 07-09-2013 | Al-Ali et al. | |
| | 437 | 8,489,364 | 07-16-2013 | Weber et al. | |
| | 438 | 8,498,684 | 07-30-2013 | Weber et al. | |
| | 439 | 8,504,128 | 08-06-2013 | Blank et al. | |
| | 440 | 8,509,867 | 08-13-2013 | Workman et al. | |
| | 441 | 8,515,509 | 08-20-2013 | Bruinsma et al. | |
| | 442 | 8,523,781 | 09-03-2013 | Al-Ali | |
| | 443 | 8,529,301 | 09-10-2013 | Al-Ali et al. | |
| | 444 | 8,532,727 | 09-10-2013 | Ali et al. | |
| | 445 | 8,532,728 | 09-10-2013 | Diab et al. | |
| | 446 | 8,547,209 | 10-01-2013 | Kiani et al. | |
| | 447 | 8,548,548 | 10-01-2013 | Al-Ali | |
| | 448 | 8,548,549 | 10-01-2013 | Schurman et al. | |
| | 449 | 8,548,550 | 10-01-2013 | Al-Ali et al. | |
| | 450 | 8,570,167 | 10-29-2013 | Al-Ali | |
| | 451 | 8,571,617 | 10-29-2013 | Reichgott et al. | |
| | 452 | 8,571,618 | 10-29-2013 | Lamego et al. | |
| | 453 | 8,571,619 | 10-29-2013 | Al-Ali et al. | |
| | 454 | 8,560,032 | 10-15-2013 | Al-Ali et al. | |
| | 455 | 8,560,034 | 10-15-2013 | Diab et al. | |
| | 456 | 8,570,503 | 10-29-2013 | Hung Vo | |
| | 457 | 8,581,732 | 11-12-2013 | Al-Ali et al. | |
| | 458 | 8,577,431 | 11-05-2013 | Lamego et al. | |
| | 459 | 8,584,345 | 11-19-2013 | Al-Ali et al. | |
| | 460 | 8,588,880 | 11-19-2013 | Abdul-Hafiz et al. | |
| | 461 | 8,600,467 | 12-03-2013 | Al-Ali et al. | |
| | 462 | 8,602,971 | 12-10-2013 | Farr | |
| | 463 | 8,606,342 | 12-10-2013 | Diab | |
| | 464 | 8,615,290 | 12-24-2013 | Lin et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 17 OF 33 | Attorney Docket No. | MASCER.002C4 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 465 | 8,626,255 | 01-07-2014 | Al-Ali et al. | |
| | 466 | 8,630,691 | 01-14-2014 | Lamego et al. | |
| | 467 | 8,634,889 | 01-21-2014 | Al-Ali et al. | |
| | 468 | 8,641,631 | 02-04-2014 | Sierra et al. | |
| | 469 | 8,652,060 | 02-18-2014 | Al-Ali | |
| | 470 | 8,655,004 | 02-18-2014 | Prest et al. | |
| | 471 | 8,663,107 | 03-04-2014 | Kiani | |
| | 472 | 8,666,468 | 03-04-2014 | Al-Ali | |
| | 473 | 8,667,967 | 03-11-2014 | Al-Ali et al. | |
| | 474 | 8,670,811 | 03-11-2014 | O'Reilly | |
| | 475 | 8,670,814 | 03-11-2014 | Diab et al. | |
| | 476 | 8,676,286 | 03-18-2014 | Weber et al. | |
| | 477 | 8,682,407 | 03-25-2014 | Al-Ali | |
| | 478 | 8,688,183 | 04-01-2014 | Bruinsma et al. | |
| | 479 | 8,690,799 | 04-08-2014 | Telfort et al. | |
| | 480 | 8,700,112 | 04-15-2014 | Kiani | |
| | 481 | 8,702,627 | 04-22-2014 | Telfort et al. | |
| | 482 | 8,706,179 | 04-22-2014 | Parker | |
| | 483 | 8,712,494 | 04-29-2014 | MacNeish, III et al. | |
| | 484 | 8,718,738 | 05-06-2014 | Blank et al. | |
| | 485 | 8,715,206 | 05-06-2014 | Telfort et al. | |
| | 486 | 8,718,735 | 05-06-2014 | Lamego et al. | |
| | 487 | 8,718,737 | 05-06-2014 | Diab et al. | |
| | 488 | 8,720,249 | 05-13-2014 | Al-Ali | |
| | 489 | 8,721,541 | 05-13-2014 | Al-Ali et al. | |
| | 490 | 8,721,542 | 05-13-2014 | Al-Ali et al. | |
| | 491 | 8,723,677 | 05-13-2014 | Kiani | |
| | 492 | 8,740,792 | 06-03-2014 | Kiani et al. | |
| | 493 | 8,754,776 | 06-17-2014 | Poeze et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*****Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

Exhibit P
Page 235

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 18 OF 33 | Attorney Docket No. | MASCER.002C4 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:   1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 494 | 8,755,535 | 06-17-2014 | Telfort et al. | |
| | 495 | 8,755,856 | 06-17-2014 | Diab et al. | |
| | 496 | 8,755,872 | 06-17-2014 | Marinow | |
| | 497 | 8,760,517 | 06-24-2014 | Sarwar et al. | |
| | 498 | 8,761,850 | 06-24-2014 | Lamego | |
| | 499 | 8,764,671 | 07-01-2014 | Kiani | |
| | 500 | 8,768,423 | 07-01-2014 | Shakespeare et al. | |
| | 501 | 8,771,204 | 07-08-2014 | Telfort et al. | |
| | 502 | 8,777,634 | 07-15-2014 | Kiani et al. | |
| | 503 | 8,781,543 | 07-15-2014 | Diab et al. | |
| | 504 | 8,781,544 | 07-15-2014 | Al-Ali et al. | |
| | 505 | 8,781,549 | 07-15-2014 | Al-Ali et al. | |
| | 506 | 8,788,003 | 07-22-2014 | Schurman et al. | |
| | 507 | 8,790,268 | 07-29-2014 | Al-Ali | |
| | 508 | 8,801,613 | 08-12-2014 | Al-Ali et al. | |
| | 509 | 8,821,397 | 09-02-2014 | Al-Ali et al. | |
| | 510 | 8,821,415 | 09-02-2014 | Al-Ali et al. | |
| | 511 | 8,830,449 | 09-09-2014 | Lamego et al. | |
| | 512 | 8,831,700 | 09-09-2014 | Schurman et al. | |
| | 513 | 8,840,549 | 09-23-2014 | Al-Ali et al. | |
| | 514 | 8,847,740 | 09-30-2014 | Kiani et al. | |
| | 515 | 8,849,365 | 09-30-2014 | Smith et al. | |
| | 516 | 8,852,094 | 10-07-2014 | Al-Ali et al. | |
| | 517 | 8,852,994 | 10-07-2014 | Wojtczuk et al. | |
| | 518 | 8,868,147 | 10-21-2014 | Stippick et al. | |
| | 519 | 8,868,150 | 10-21-2014 | Al-Ali et al. | |
| | 520 | 8,870,792 | 10-28-2014 | Al-Ali et al. | |
| | 521 | 8,886,271 | 11-11-2014 | Kiani et al. | |
| | 522 | 8,888,539 | 11-18-2014 | Al-Ali et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

***Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 19 OF 33 | Attorney Docket No. | MASCER.002C4 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:  1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 523 | 8,888,708 | 11-18-2014 | Diab et al. | |
| | 524 | 8,892,180 | 11-18-2014 | Weber et al. | |
| | 525 | 8,897,847 | 11-25-2014 | Al-Ali | |
| | 526 | 8,911,377 | 12-16-2014 | Al-Ali | |
| | 527 | 8,912,909 | 12-16-2014 | Al-Ali et al. | |
| | 528 | 8,920,317 | 12-30-2014 | Al-Ali et al. | |
| | 529 | 8,921,699 | 12-30-2014 | Al-Ali et al | |
| | 530 | 8,922,382 | 12-30-2014 | Al-Ali et al. | |
| | 531 | 8,909,310 | 12-09-2014 | Lamego et al. | |
| | 532 | 8,929,964 | 01-06-2015 | Al-Ali et al. | |
| | 533 | 8,942,777 | 01-27-2015 | Diab et al. | |
| | 534 | 8,948,834 | 02-03-2015 | Diab et al. | |
| | 535 | 8,948,835 | 02-03-2015 | Diab | |
| | 536 | 8,965,471 | 02-24-2015 | Lamego | |
| | 537 | 8,983,564 | 03-17-2015 | Al-Ali | |
| | 538 | 8,989,831 | 03-24-2015 | Al-Ali et al. | |
| | 539 | 8,996,085 | 03-31-2015 | Kiani et al. | |
| | 540 | 8,998,809 | 04-07-2015 | Kiani | |
| | 541 | 9,028,429 | 05-12-2015 | Telfort et al. | |
| | 542 | 9,037,207 | 05-19-2015 | Al-Ali et al. | |
| | 543 | 9,060,721 | 06-23-2015 | Reichgott et al. | |
| | 544 | 9,066,666 | 06-30-2015 | Kiani | |
| | 545 | 9,066,680 | 06-30-2015 | Al-Ali et al. | |
| | 546 | 9,072,437 | 07-07-2015 | Paalasmaa | |
| | 547 | 9,072,474 | 07-07-2015 | Al-Ali et al. | |
| | 548 | 9,078,560 | 07-14-2015 | Schurman et al. | |
| | 549 | 9,081,889 | 07-14-2015 | Ingrassia, Jr. et al. | |
| | 550 | 9,084,569 | 07-21-2015 | Weber et al. | |
| | 551 | 9,095,316 | 08-04-2015 | Welch et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| | Application No. | 16/212537 |
|---|---|---|
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| (Multiple sheets used when necessary) | Examiner | Unassigned |
| SHEET 20 OF 33 | Attorney Docket No. | MASCER.002C4 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 552 | 9,106,038 | 08-11-2015 | Telfort et al. | |
| | 553 | 9,107,625 | 08-18-2015 | Telfort et al. | |
| | 554 | 9,107,626 | 08-18-2015 | Al-Ali et al. | |
| | 555 | 9,113,831 | 08-25-2015 | Al-Ali | |
| | 556 | 9,113,832 | 08-25-2015 | Al-Ali | |
| | 557 | 9,119,595 | 09-01-2015 | Lamego | |
| | 558 | 9,131,881 | 09-15-2015 | Diab et al. | |
| | 559 | 9,131,882 | 09-15-2015 | Al-Ali et al. | |
| | 560 | 9,131,883 | 09-15-2015 | Al-Ali | |
| | 561 | 9,131,917 | 09-15-2015 | Telfort et al. | |
| | 562 | 9,138,180 | 09-22-2015 | Coverston et al. | |
| | 563 | 9,138,182 | 09-22-2015 | Al-Ali et al. | |
| | 564 | 9,138,192 | 09-22-2015 | Weber et al. | |
| | 565 | 9,142,117 | 09-22-2015 | Muhsin et al. | |
| | 566 | 9,153,112 | 10-06-2015 | Kiani et al. | |
| | 567 | 9,153,121 | 10-06-2015 | Kiani et al. | |
| | 568 | 9,161,696 | 10-20-2015 | Al-Ali et al. | |
| | 569 | 9,161,713 | 10-20-2015 | Al-Ali et al. | |
| | 570 | 9,167,995 | 10-27-2015 | Lamego et al. | |
| | 571 | 9,176,141 | 11-03-2015 | Al-Ali et al. | |
| | 572 | 9,186,102 | 11-17-2015 | Bruinsma et al. | |
| | 573 | 9,192,312 | 11-24-2015 | Al-Ali | |
| | 574 | 9,192,329 | 11-24-2015 | Al-Ali | |
| | 575 | 9,192,351 | 11-24-2015 | Telfort et al. | |
| | 576 | 9,195,385 | 11-24-2015 | Al-Ali et al. | |
| | 577 | 9,210,566 | 12-08-2015 | Ziemianska et al. | |
| | 578 | 9,211,072 | 12-15-2015 | Kiani | |
| | 579 | 9,211,095 | 12-15-2015 | Al-Ali | |
| | 580 | 9,218,454 | 12-22-2015 | Kiani et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 21 OF 33 | Attorney Docket No. | MASCER.002C4 |

| U.S. PATENT DOCUMENTS | | | | |
|---|---|---|---|---|
| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:   1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
| | 581 | 9,226,696 | 01-05-2016 | Kiani | |
| | 582 | 9,241,662 | 01-26-2016 | Al-Ali et al. | |
| | 583 | 9,245,668 | 01-26-2016 | Vo et al. | |
| | 584 | 9,259,185 | 02-16-2016 | Abdul-Hafiz et al. | |
| | 585 | 9,267,572 | 02-23-2016 | Barker et al. | |
| | 586 | 9,277,880 | 03-08-2016 | Poeze et al. | |
| | 587 | 9,289,167 | 03-22-2016 | Diab et al. | |
| | 588 | 9,295,421 | 03-29-2016 | Kiani et al. | |
| | 589 | 9,307,928 | 04-12-2016 | Al-Ali et al. | |
| | 590 | 9,311,382 | 04-12-2016 | Varoglu et al. | |
| | 591 | 9,323,894 | 04-26-2016 | Kiani | |
| | 592 | 9,326,712 | 05-03-2016 | Kiani | |
| | 593 | 9,333,316 | 05-10-2016 | Kiani | |
| | 594 | 9,339,220 | 05-17-2016 | Lamego et al. | |
| | 595 | 9,341,565 | 05-17-2016 | Lamego et al. | |
| | 596 | 9,351,673 | 05-31-2016 | Diab et al. | |
| | 597 | 9,351,675 | 05-31-2016 | Al-Ali et al. | |
| | 598 | 9,357,665 | 05-31-2016 | Myers et al. | |
| | 599 | 9,364,181 | 06-14-2016 | Kiani et al. | |
| | 600 | 9,368,671 | 06-14-2016 | Wojtczuk et al. | |
| | 601 | 9,370,325 | 06-21-2016 | Al-Ali et al. | |
| | 602 | 9,370,326 | 06-21-2016 | McHale et al. | |
| | 603 | 9,370,335 | 06-21-2016 | Al-ali et al. | |
| | 604 | 9,375,185 | 06-28-2016 | Ali et al. | |
| | 605 | 9,386,953 | 07-12-2016 | Al-Ali | |
| | 606 | 9,386,961 | 07-12-2016 | Al-Ali et al. | |
| | 607 | 9,392,945 | 07-19-2016 | Al-Ali et al. | |
| | 608 | 9,397,448 | 07-19-2016 | Al-Ali et al. | |
| | 609 | 9,489,081 | 11-08-2016 | Anzures et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 22 OF 33 | Attorney Docket No. | MASCER.002C4 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 610 | 9,497,534 | 11-15-2016 | Prest et al. | |
| | 611 | 9,526,430 | 12-27-2016 | Srinivas et al. | |
| | 612 | 9,553,625 | 01-24-2017 | Hatanaka et al. | |
| | 613 | 9,591,975 | 03-14-2017 | Dalvi et al. | |
| | 614 | 9,593,969 | 03-14-2017 | King | |
| | 615 | 9,651,405 | 05-16-2017 | Gowreesunker et al. | |
| | 616 | 9,668,676 | 06-06-2017 | Culbert | |
| | 617 | 9,668,680 | 06-06-2017 | Bruinsma et al. | |
| | 618 | 9,699,546 | 07-04-2017 | Qian et al. | |
| | 619 | 9,716,937 | 07-25-2017 | Qian et al. | |
| | 620 | 9,717,425 | 08-01-2017 | Kiani et al. | |
| | 621 | 9,723,997 | 08-08-2017 | Lamego | |
| | 622 | 9,781,984 | 10-10-2017 | Baranski et al. | |
| | 623 | 9,838,775 | 12-05-2017 | Qian et al. | |
| | 624 | 9,848,823 | 12-26-2017 | Raghuram et al. | |
| | 625 | 9,866,671 | 01-09-2018 | Thompson et al. | |
| | 626 | 9,867,575 | 01-16-2018 | Maani et al. | |
| | 627 | 9,898,049 | 02-20-2018 | Myers et al. | |
| | 628 | 9,918,646 | 03-20-2018 | Singh Alvarado et al. | |
| | 629 | 9,952,095 | 04-24-2018 | Hotelling et al. | |
| | 630 | 10,039,080 | 07-31-2018 | Miller et al. | |
| | 631 | 10,055,121 | 08-21-2018 | Chaudhri et al. | |
| | 632 | 10,066,970 | 09-04-2018 | Gowreesunker et al. | |
| | 633 | 10,076,257 | 09-18-2018 | Lin et al. | |
| | 634 | 10,078,052 | 09-18-2018 | Ness et al. | |
| | 635 | 2002/0099279 | 07-25-2002 | Pfeiffer et al. | |
| | 636 | 2006/0005944 | 01-12-2006 | Wang et al. | |
| | 637 | 2006/0025659 | 02-02-2006 | Kiguchi et al. | |
| | 638 | 2006/0076473 | 04-13-2006 | Wilcken et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| | | |
|---|---|---|
| Application No. | 16/212537 | |
| Filing Date | December 6, 2018 | |
| First Named Inventor | Poeze, Jeroen et al. | |
| Art Unit | 2688 | |
| Examiner | Unassigned | |
| Attorney Docket No. | MASCER.002C4 | |

*(Multiple sheets used when necessary)*

SHEET 23 OF 33

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 639 | 2007/0149864 | 06-28-2007 | Laakkonen | |
| | 640 | 2007/0238955 | 10-11-2007 | Tearney et al. | |
| | 641 | 2007/0293792 | 12-20-2007 | Sliwa et al. | |
| | 642 | 2008/0130232 | 06-05-2008 | Yamamoto | |
| | 643 | 2008/0139908 | 06-12-2008 | Kurth | |
| | 644 | 2009/0030327 | 01-29-2009 | Chance, Britton | |
| | 645 | 2009/0043180 | 02-12-2009 | Tschautscher et al. | |
| | 646 | 2009/0129102 | 05-21-2009 | Xiao et al. | |
| | 647 | 2009/0247984 | 10-01-2009 | Lamego et al. | |
| | 648 | 2009/0259114 | 10-15-2009 | Johnson et al. | |
| | 649 | 2009/0275844 | 11-05-2009 | Al-Ali | |
| | 650 | 2009/0306487 | 12-10-2009 | Crowe et al. | |
| | 651 | 2010/0004518 | 01-07-2010 | Vo et al. | |
| | 652 | 2010/0030040 | 02-04-2010 | Poeze et al. | |
| | 653 | 2010/0217102 | 08-26-2010 | LeBoeuf et al. | |
| | 654 | 2011/0001605 | 01-06-2011 | Kiani et al. | |
| | 655 | 2011/0004082 | 01-06-2011 | Poeze et al. | |
| | 656 | 2011/0082711 | 04-07-2011 | Poeze et al. | |
| | 657 | 2011/0105854 | 05-05-2011 | Kiani et al. | |
| | 658 | 2011/0105865 | 05-05-2011 | Yu et al. | |
| | 659 | 2011/0208015 | 08-25-2011 | Welch et al. | |
| | 660 | 2011/0213212 | 09-01-2011 | Al-Ali | |
| | 661 | 2011/0230733 | 09-22-2011 | Al-Ali | |
| | 662 | 2011/0237911 | 09-29-2011 | Lamego et al. | |
| | 663 | 2012/0059267 | 03-08-2012 | Lamego et al. | |
| | 664 | 2012/0179006 | 07-12-2012 | Jansen et al. | |
| | 665 | 2012/0209082 | 08-16-2012 | Al-Ali | |
| | 666 | 2012/0209084 | 08-16-2012 | Olsen et al. | |
| | 667 | 2012/0227739 | 09-13-2012 | Kiani | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 24 OF 33 | Attorney Docket No. | MASCER.002C4 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:  1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 668 | 2012/0283524 | 11-08-2012 | Kiani et al. | |
| | 669 | 2012/0296178 | 11-22-2012 | Lamego et al. | |
| | 670 | 2012/0319816 | 12-20-2012 | Al-Ali | |
| | 671 | 2012/0330112 | 12-27-2012 | Lamego et al. | |
| | 672 | 2013/0023775 | 01-24-2013 | Lamego et al. | |
| | 673 | 2013/0041591 | 02-14-2013 | Lamego | |
| | 674 | 2013/0045685 | 02-21-2013 | Kiani | |
| | 675 | 2013/0046204 | 02-21-2013 | Lamego et al. | |
| | 676 | 2013/0060147 | 03-07-2013 | Welch et al. | |
| | 677 | 2013/0096405 | 04-18-2013 | Garfio | |
| | 678 | 2013/0096936 | 04-18-2013 | Sampath et al. | |
| | 679 | 2013/0190581 | 07-25-2013 | Al-Ali et al. | |
| | 680 | 2013/0197328 | 08-01-2013 | Diab et al. | |
| | 681 | 2013/0211214 | 08-15-2013 | Olsen | |
| | 682 | 2013/0243021 | 09-19-2013 | Siskavich | |
| | 683 | 2013/0253334 | 09-26-2013 | Al-Ali et al. | |
| | 684 | 2013/0296672 | 11-07-2013 | O'Neil et al. | |
| | 685 | 2013/0317370 | 11-28-2013 | Dalvi et al. | |
| | 686 | 2013/0324808 | 12-05-2013 | Al-Ali et al. | |
| | 687 | 2013/0331670 | 12-12-2013 | Kiani | |
| | 688 | 2013/0338461 | 12-19-2013 | Lamego et al. | |
| | 689 | 2014/0012100 | 01-09-2014 | Al-Ali et al. | |
| | 690 | 2014/0034353 | 02-06-2014 | Al-Ali et al. | |
| | 691 | 2014/0051953 | 02-20-2014 | Lamego et al. | |
| | 692 | 2014/0058230 | 02-27-2014 | Abdul-Hafiz et al. | |
| | 693 | 2014/0077956 | 03-20-2014 | Sampath et al. | |
| | 694 | 2014/0081100 | 03-20-2014 | Muhsin et al. | |
| | 695 | 2014/0081175 | 03-20-2014 | Telfort | |
| | 696 | 2014/0066783 | 03-06-2014 | Kiani et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| | | |
|---|---|---|
| Application No. | 16/212537 | |
| Filing Date | December 6, 2018 | |
| First Named Inventor | Poeze, Jeroen et al. | |
| Art Unit | 2688 | |
| Examiner | Unassigned | |

*(Multiple sheets used when necessary)*

SHEET 25 OF 33

| | |
|---|---|
| Attorney Docket No. | MASCER.002C4 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 697 | 2014/0094667 | 04-03-2014 | Schurman et al. | |
| | 698 | 2014/0100434 | 04-10-2014 | Diab et al. | |
| | 699 | 2014/0114199 | 04-24-2014 | Lamego et al. | |
| | 700 | 2014/0120564 | 05-01-2014 | Workman et al. | |
| | 701 | 2014/0121482 | 05-01-2014 | Merritt et al. | |
| | 702 | 2014/0121483 | 05-01-2014 | Kiani | |
| | 703 | 2014/0127137 | 05-08-2014 | Bellott et al. | |
| | 704 | 2014/0129702 | 05-08-2014 | Lamego et al. | |
| | 705 | 2014/0135588 | 05-15-2014 | Al-Ali et al. | |
| | 706 | 2014/0142401 | 05-22-2014 | Al-Ali et al. | |
| | 707 | 2014/0163344 | 06-12-2014 | Al-Ali | |
| | 708 | 2014/0163402 | 06-12-2014 | Lamego et al. | |
| | 709 | 2014/0166076 | 06-19-2014 | Kiani et al. | |
| | 710 | 2014/0171146 | 06-19-2014 | Ma et al. | |
| | 711 | 2014/0171763 | 06-19-2014 | Diab | |
| | 712 | 2014/0180038 | 06-26-2014 | Kiani | |
| | 713 | 2014/0180154 | 06-26-2014 | Sierra et al. | |
| | 714 | 2014/0155712 | 06-05-2014 | Lamego et al. | |
| | 715 | 2014/0194709 | 07-10-2014 | Al-Ali et al. | |
| | 716 | 2014/0194711 | 07-10-2014 | Al-Ali | |
| | 717 | 2014/0194766 | 07-10-2014 | Al-Ali et al. | |
| | 718 | 2014/0206963 | 07-24-2014 | Al-Ali | |
| | 719 | 2014/0213864 | 07-31-2014 | Abdul-Hafiz et al. | |
| | 720 | 2014/0243627 | 08-28-2014 | Diab et al. | |
| | 721 | 2014/0266790 | 09-18-2014 | Al-Ali et al. | |
| | 722 | 2014/0275808 | 09-18-2014 | Poeze et al. | |
| | 723 | 2014/0275835 | 09-18-2014 | Lamego et al. | |
| | 724 | 2014/0275871 | 09-18-2014 | Lamego et al. | |
| | 725 | 2014/0275872 | 09-18-2014 | Merritt et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| | Application No. | 16/212537 |
|---|---|---|
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| (Multiple sheets used when necessary) | Examiner | Unassigned |
| SHEET 26 OF 33 | Attorney Docket No. | MASCER.002C4 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:  1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 726 | 2014/0275881 | 09-18-2014 | Lamego et al. | |
| | 727 | 2014/0288400 | 09-25-2014 | Diab et al. | |
| | 728 | 2014/0303520 | 10-09-2014 | Telfort et al. | |
| | 729 | 2014/0316228 | 10-23-2014 | Blank et al. | |
| | 730 | 2014/0323825 | 10-30-2014 | Al-Ali et al. | |
| | 731 | 2014/0296664 | 10-27-2014 | Bruinsma et al. | |
| | 732 | 2014/0330092 | 11-06-2014 | Al-Ali et al. | |
| | 733 | 2014/0330098 | 11-06-2014 | Merritt et al. | |
| | 734 | 2014/0330099 | 11-06-2014 | Al-Ali et al. | |
| | 735 | 2014/0333440 | 11-13-2014 | Kiani | |
| | 736 | 2014/0336481 | 11-13-2014 | Shakespeare et al. | |
| | 737 | 2014/0343436 | 11-20-2014 | Kiani | |
| | 738 | 2015/0018650 | 01-15-2015 | Al-Ali et al. | |
| | 739 | 2015/0173671 | 06-25-2015 | Paalasmaa et al. | |
| | 740 | 2015/0255001 | 09-10-2015 | Haughav et al. | |
| | 741 | 2015/0281424 | 10-01-2015 | Vock et al. | |
| | 742 | 2015/0318100 | 11-05-2015 | Rothkopf et al. | |
| | 743 | 2015/0351697 | 12-10-2015 | Weber et al. | |
| | 744 | 2015/0359429 | 12-17-2015 | Al-Ali et al. | |
| | 745 | 2015/0351704 | 12-20-2015 | Kiani et al. | |
| | 746 | 2015/0366472 | 12-24-2015 | Kiani | |
| | 747 | 2015/0366507 | 12-24-2015 | Blank | |
| | 748 | 2015/0374298 | 12-31-2015 | Al-Ali et al. | |
| | 749 | 2015/0380875 | 12-31-2015 | Coverston et al. | |
| | 750 | 2016/0000362 | 01-07-2016 | Diab et al. | |
| | 751 | 2016/0007930 | 01-14-2016 | Weber et al. | |
| | 752 | 2016/0019360 | 01-21-2016 | Pahwa et al. | |
| | 753 | 2016/0023245 | 01-28-2016 | Zadesky et al. | |
| | 754 | 2016/0029932 | 02-04-2016 | Al-Ali | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner:  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 27 OF 33 | Attorney Docket No. | MASCER.002C4 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 755 | 2016/0029933 | 02-04-2016 | Al-Ali et al. | |
| | 756 | 2016/0038045 | 02-11-2016 | Shapiro | |
| | 757 | 2016/0045118 | 02-18-2016 | Kiani | |
| | 758 | 2016/0051157 | 02-25-2016 | Waydo | |
| | 759 | 2016/0051158 | 02-25-2016 | Silva | |
| | 760 | 2016/0051205 | 02-25-2016 | Al-Ali et al. | |
| | 761 | 2016/0058302 | 03-03-2016 | Raghuram et al. | |
| | 762 | 2016/0058309 | 03-03-2016 | Han | |
| | 763 | 2016/0058312 | 03-03-2016 | Han et al. | |
| | 764 | 2016/0058338 | 03-03-2016 | Schurman et al. | |
| | 765 | 2016/0058347 | 03-03-2016 | Reichgott et al. | |
| | 766 | 2016/0058356 | 03-03-2016 | Raghuram et al. | |
| | 767 | 2016/0058370 | 03-03-2016 | Raghuram et al. | |
| | 768 | 2016/0066823 | 03-10-2016 | Al-Ali et al. | |
| | 769 | 2016/0066824 | 03-10-2016 | Al-Ali et al. | |
| | 770 | 2016/0066879 | 03-10-2016 | Telfort et al. | |
| | 771 | 2016/0071392 | 03-10-2016 | Hankey et al. | |
| | 772 | 2016/0072429 | 03-10-2016 | Kiani et al. | |
| | 773 | 2016/0073967 | 03-17-2016 | Lamego et al. | |
| | 774 | 2016/0081552 | 03-24-2016 | Wojtczuk et al. | |
| | 775 | 2016/0095543 | 04-07-2016 | Telfort et al. | |
| | 776 | 2016/0095548 | 04-07-2016 | Al-Ali et al. | |
| | 777 | 2016/0103598 | 04-14-2016 | Al-Ali et al. | |
| | 778 | 2016/0113527 | 04-28-2016 | Al-Ali et al. | |
| | 779 | 2016/0143548 | 05-26-2016 | Al-Ali | |
| | 780 | 2016/0154950 | 06-02-2016 | Nakajima et al. | |
| | 781 | 2016/0157780 | 06-09-2016 | Rimminen et al. | |
| | 782 | 2016/0166183 | 06-16-2016 | Poeze et al. | |
| | 783 | 2016/0166210 | 06-16-2016 | Al-Ali | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| Application No. | 16/212537 | |
| Filing Date | December 6, 2018 | |
| First Named Inventor | Poeze, Jeroen et al. | |
| Art Unit | 2688 | |
| Examiner | Unassigned | |
| Attorney Docket No. | MASCER.002C4 | |

*(Multiple sheets used when necessary)*

SHEET 28 OF 33

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 784 | 2016/0192869 | 07-07-2016 | Kiani et al. | |
| | 785 | 2016/0196388 | 07-07-2016 | Lamego | |
| | 786 | 2016/0197436 | 07-07-2016 | Barker et al. | |
| | 787 | 2016/0213281 | 07-28-2016 | Eckerbom, et al. | |
| | 788 | 2016/0213309 | 07-28-2016 | Sannholm et al. | |
| | 789 | 2016/0256058 | 09-08-2016 | Pham et al. | |
| | 790 | 2016/0256082 | 09-08-2016 | Ely et al. | |
| | 791 | 2016/0267238 | 09-15-2016 | Nag | |
| | 792 | 2016/0287181 | 10-06-2016 | Han et al. | |
| | 793 | 2016/0296173 | 10-13-2016 | Culbert | |
| | 794 | 2016/0296174 | 10-13-2016 | Isikman et al. | |
| | 795 | 2016/0310027 | 10-27-2016 | Han | |
| | 796 | 2016/0378069 | 12-29-2016 | Rothkopf | |
| | 797 | 2016/0378071 | 12-29-2016 | Rothkopf | |
| | 798 | 2017/0007183 | 01-12-2017 | Dusan et al. | |
| | 799 | 2017/0010858 | 01-12-2017 | Prest et al. | |
| | 800 | 2017/0074897 | 03-16-2017 | Mermel et al. | |
| | 801 | 2017/0084133 | 03-23-2017 | Cardinali et al. | |
| | 802 | 2017/0086689 | 03-30-2017 | Shui et al. | |
| | 803 | 2017/0086742 | 03-30-2017 | Harrison-Noonan et al. | |
| | 804 | 2017/0086743 | 03-30-2017 | Bushnell et al. | |
| | 805 | 2017/0094450 | 03-30-2017 | Tu et al. | |
| | 806 | 2017/0164884 | 06-15-2017 | Culbert et al. | |
| | 807 | 2017/0248446 | 08-31-2017 | Gowreesunker et al. | |
| | 808 | 2017/0273619 | 09-28-2017 | Alvarado et al. | |
| | 809 | 2017/0281024 | 10-05-2017 | Narasimhan et al. | |
| | 810 | 2017/0293727 | 10-12-2017 | Klaassen et al. | |
| | 811 | 2017/0325698 | 11-16-2017 | Allec et al. | |
| | 812 | 2017/0325744 | 11-16-2017 | Allec et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 16/212537 |
|---|---|---|
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 29 OF 33 | Attorney Docket No. | MASCER.002C4 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 813 | 2017/0340209 | 11-30-2017 | Klaassen et al. | |
| | 814 | 2017/0340219 | 11-30-2017 | Sullivan et al. | |
| | 815 | 2017/0347885 | 12-07-2017 | Tan et al. | |
| | 816 | 2017/0354332 | 12-14-2017 | Lamego | |
| | 817 | 2017/0354795 | 12-14-2017 | Blahnik et al. | |
| | 818 | 2017/0358239 | 12-14-2017 | Arney et al. | |
| | 819 | 2017/0358240 | 12-14-2017 | Blahnik et al. | |
| | 820 | 2017/0358242 | 12-14-2017 | Thompson et al. | |
| | 821 | 2017/0360306 | 12-14-2017 | Narasimhan et al. | |
| | 822 | 2017/0366657 | 12-21-2017 | Thompson et al. | |
| | 823 | 2018/0014781 | 01-18-2018 | Clavelle et al. | |
| | 824 | 2018/0025287 | 01-25-2018 | Mathew et al. | |
| | 825 | 2018/0042556 | 02-15-2018 | Shahparnia et al. | |
| | 826 | 2018/0049694 | 02-22-2018 | Singh Alvarado et al. | |
| | 827 | 2018/0050235 | 02-22-2018 | Tan et al. | |
| | 828 | 2018/0055375 | 03-01-2018 | Martinez et al. | |
| | 829 | 2018/0055390 | 03-01-2018 | Kiani | |
| | 830 | 2018/0055439 | 03-01-2018 | Pham et al. | |
| | 831 | 2018/0056129 | 01-01-2018 | Narasimha Rao et al. | |
| | 832 | 2018/0078151 | 03-22-2018 | Allec et al. | |
| | 833 | 2018/0078182 | 03-22-2018 | Chen et al. | |
| | 834 | 2018/0110469 | 04-26-2018 | Maani et al. | |
| | 835 | 2018/0153418 | 06-07-2018 | Sullivan et al. | |
| | 836 | 2018/0164853 | 06-14-2018 | Myers et al. | |
| | 837 | 2018/0196514 | 07-12-2018 | Allec et al. | |
| | 838 | 2018/0228414 | 08-16-2018 | Shao et al. | |
| | 839 | 2018/0238734 | 08-23-2018 | Hotelling et al. | |
| | 840 | 2018/0279956 | 10-04-2018 | Waydo et al. | |
| | 841 | D326,715 | 06-02-1992 | Schmidt, Michael | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

***Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T**[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 16/212537 |
|---|---|---|
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 30 OF 33 | Attorney Docket No. | MASCER.002C4 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:   1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 842 | D353,195 | 12-06-1994 | Savage et al. | |
| | 843 | D353,196 | 12-06-1994 | Savage et al. | |
| | 844 | D356,870 | 03-28-1995 | Ivers et al. | |
| | 845 | D359,546 | 06-20-1995 | Savage, et al. | |
| | 846 | D361,840 | 08-29-1995 | Savage et al. | |
| | 847 | D362,063 | 09-05-1995 | Savage et al. | |
| | 848 | D363,120 | 10-10-1995 | Savage et al. | |
| | 849 | D378,414 | 03-11-1997 | Allen et al. | |
| | 850 | D390,666 | 02-01-1998 | Lagerlof, Ingemar | |
| | 851 | D393,830 | 04-28-1998 | Tobler et al. | |
| | 852 | D403,070 | 12-22-1998 | Maeda et al. | |
| | 853 | D414,870 | 10-05-1999 | Saltzstein et al. | |
| | 854 | D452,012 | 12-11-2001 | Phillips, Barney L. | |
| | 855 | D455,834 | 04-16-2002 | Donars et al. | |
| | 856 | D463,561 | 09-24-2002 | Fukatsu et al. | |
| | 857 | D481,459 | 10-28-2003 | Nahm, Werner | |
| | 858 | D502,655 | 03-08-2005 | Huang, Chun-Mu | |
| | 859 | D508,862 | 08-30-2005 | Behar et al. | |
| | 860 | D510,625 | 10-11-2005 | Widener et al. | |
| | 861 | D514,461 | 02-07-2006 | Harju, Jonne | |
| | 862 | D535,031 | 01-09-2007 | Barrett et al. | |
| | 863 | D537,164 | 02-20-2007 | Shigemori et al. | |
| | 864 | D547,454 | 07-24-2007 | Hsieh, Chin-Chih | |
| | 865 | D549,830 | 08-28-2007 | Behar et al. | |
| | 866 | D550,364 | 09-04-2007 | Glover et al. | |
| | 867 | D551,350 | 09-18-2007 | Lorimer et al. | |
| | 868 | D553,248 | 10-16-2007 | Nguyen | |
| | 869 | D554,263 | 10-30-2007 | Al-Ali | |
| | 870 | D562,985 | 02-26-2008 | Brefka et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T**[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| (Multiple sheets used when necessary) | Examiner | Unassigned |
| SHEET 31 OF 33 | Attorney Docket No. | MASCER.002C4 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code (if known)<br>Example:  1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 871 | D566,282 | 04-08-2008 | Al-Ali et al. | |
| | 872 | D567,125 | 04-22-2008 | Okabe et al. | |
| | 873 | D569,001 | 05-13-2008 | Omaki | |
| | 874 | D569,521 | 05-20-2008 | Omaki | |
| | 875 | D587,657 | 03-03-2009 | Al-Ali et al. | |
| | 876 | D603,966 | 11-10-2009 | Jones et al. | |
| | 877 | D606,659 | 12-22-2009 | Kiani et al. | |
| | 878 | D609,193 | 02-02-2010 | Al-Ali et al. | |
| | 879 | D614,305 | 04-20-2010 | Al-Ali et al. | |
| | 880 | D621,516 | 08-10-2010 | Kiani et al. | |
| | 881 | D692,145 | 10-22-2013 | Al-Ali et al. | |
| | 882 | D755,392 | 05-03-2016 | Hwang et al. | |
| | 883 | RE 37,922 | 03-17-1983 | Shim | |
| | 884 | RE 38,476 | 03-01-2004 | Diab et al. | |
| | 885 | RE 38,492 | 04-06-2004 | Diab et al. | |
| | 886 | RE 39,672 | 06-05-2007 | Shehada et al. | |
| | 887 | RE 41,317 | 05-04-2010 | Parker | |
| | 888 | RE 41,912 | 11-02-2010 | Parker | |
| | 889 | RE 42,753 | 09-27-2011 | Kiani-Azarbayjany et al. | |
| | 890 | RE 43,169 | 02-07-2012 | Parker | |
| | 891 | RE 43,860 | 12-11-2012 | Parker | |
| | 892 | RE 44,823 | 04-01-2014 | Parker | |
| | 893 | RE 44,875 | 04-29-2014 | Kiani et al. | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document<br>Country Code-Number-Kind Code<br>Example:  JP 1234567 A1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | 894 | EP 419223 | 03-27-1991 | Minnesota Mining and Manufacturing Company | | |
| | 895 | EP 1 518 494 | 03-30-2005 | Hitachi, Ltd. | | |
| | 896 | JP 2002-500908 A | 01-15-2002 | Lightouch Medical Inc. | | |

| Examiner Signature | Date Considered |
|---|---|
| | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application No. | 16/212537 |
|---|---|---|---|
| | | Filing Date | December 6, 2018 |
| | | First Named Inventor | Poeze, Jeroen et al. |
| | | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | | Examiner | Unassigned |
| SHEET 32 OF 33 | | Attorney Docket No. | MASCER.002C4 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 897 | JP 2007-389463 A | 11-08-2007 | Konica Minolta Sensing Inc. | | | |
| 898 | JP 2003-265444 A | 09-24-2003 | Shimadzu Corp. | | | Abs |
| 899 | JP 08-185864 | 07-16-1996 | Matsushita Electric Ind Co Ltd | | | Abs |
| 900 | JP 2001-66990 | 03-16-2001 | Sumitomo Bakelite Co Ltd | | | Abs |
| 901 | JP 05-325705 A | 12-10-1993 | Fuji Porimatetsuku KK | | | Abs |
| 902 | JP 2001-087250 A | 04-03-2001 | Cas Medical Systems Inc. | | | Abs |
| 903 | JP 2006-177837 A | 07-06-2006 | Hitachi Ltd. | | | Abs |
| 904 | JP 2003-024276 A | 01-28-2003 | Pentax Corp. | | | Abs |
| 905 | JP 2008-099222 A | 04-24-2008 | Konica Minolta Holdings Inc. | | | Abs |
| 906 | JP 2006-198321 A | 08-03-2006 | Hitachi Ltd. | | | Abs |
| 907 | JP 2003-508104 A | 03-04-2003 | Quantum Vision Inc. | | | Abs |
| 908 | JP 5756752 | 06-05-2015 | Masimo Laboratories, Inc. | | | |
| 909 | WO 1993/12712 | 07-08-1993 | Vivascan Corp | | | |
| 910 | WO 1999/000053 | 01-07-1999 | TOA Medical Electronics | | | |
| 911 | WO 2000/25112 | 05-04-2000 | Rolfe | | | |
| 912 | WO 2001/09589 | 02-08-2001 | Abbott Laboratories | | | |
| 913 | WO 2010/003134 | 01-07-2010 | Masimo Laboratories, Inc. | | | |
| 914 | WO 2014/149781 | 09-25-2014 | Cercacor Laboratories, Inc. | | | |
| 915 | WO 2014/158820 | 10-02-2014 | Cercacor Laboratories, Inc. | | | |
| 916 | WO 1999/01704 | 07-29-1999 | General Electric Company | | | |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
| | 917 | PCT International Search Report, App. No. PCT/US2010/047899, Date of Actual Completion of Search: 01/26/2011, 4 pages. | |
| | 918 | International Search Report and Written Opinion for PCT/US2009/049638, mailed January 7, 2010. | |
| | 919 | International Search Report issued in Application No. PCT/US2009/052756, mailed February 10, 2009 in 14 pages. | |
| | 920 | International Preliminary Report on Patentability and Written Opinion of the International Searching Authority issued in Application No. PCT US2009/049638, mailed January 5, 2011 in 9 pages. | |
| | 921 | International Preliminary Report on Patentability and Written Opinion of the International Searching Authority issued in Application No. PCT/US2009/052756, mailed February 8, 2011 in 8 pages. | |
| | 922 | Burritt, Mary F.; Current Analytical Approaches to Measuring Blood Analytes; Vol. 36; No. 8(B); 1990 | |
| | 923 | Hall, et al., Jeffrey W.; Near-Infrared Spectrophotometry: A New Dimension in Clinical Chemistry; Vol. 38; No. 9; 1992 | |
| | 924 | Kuenstner, et al., J. Todd; Measurement of Hemoglobin in Unlysed Blood by Near-Infrared Spectroscopy; Vol. 48; Number 4, 1994 | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application No. | 16/212537 |
| | Filing Date | December 6, 2018 |
| | First Named Inventor | Poeze, Jeroen et al. |
| | Art Unit | 2688 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 33 OF 33 | Attorney Docket No. | MASCER.002C4 |

| | | |
|---|---|---|
| | 925 | Manzke, et al., B., Multi Wavelength Pulse Oximetry in the Measurement of Hemoglobin Fractions; SPIE, Vol. 2676, April 24, 1996 | |
| | 926 | Naumenko, E. K.; Choice of Wavelengths for Stable Determination of Concentrations of Hemoglobin Derivatives from Absorption Spectra of Erythrocytes; Vol. 63; No. 1; pp. 60-66 January – February 1996; Original article submitted November 3, 1994 | |
| | 927 | Schmitt, Joseph M.; Simple Photon Diffusion Anaylsis of the Effects of Multiple Scattering on Pulse Oximetry; March 14, 1991; revised August 30, 1991 | |
| | 928 | Schmitt, et al., Joseph M.; Measurement of Blood Hematocrit by Dual-Wavelength near-IR Photoplethysmography; Vol. 1641; 1992 | |
| | 929 | Schnapp, et al., L.M.; Pulse Oximetry. Uses and Abuses.; Chest 1990; 98; 1244-1250 DOI 10.1378/Chest.98.5.1244 | |
| | 930 | http://www.masimo.com/rainbow/pronto.htm Noninvasive & Immediate Hemoglobin Testing, printed on August 20, 2009 | |
| | 931 | http://www.masimo.com/pulseOximeter/Rad5.htm; Signal Extraction Pulse Oximeter, printed on August 20, 2009 | |
| | 932 | http://blogderoliveira.blogspot.com/2008_02_01_archive.html; Ricardo Oliveira, printed on August 20, 2009 | |
| | 933 | http://www.masimo.com/rad-57/; Noninvasive Measurement of Methemoglobin, Carboxyhemoglobin and Oxyhemoglobin in the blood. Printed on August 20, 2009 | |
| | 934 | http://amivital.ugr.es/blog/?tag+spo2; Monitorizacion de la hemoglobina...y mucho mas, printed on August 20, 2009 | |
| | 935 | http://www.masimo.com/spco/; Carboxyhemoglobin Noninvasive > Continuous > Immediate, printed on August 20, 2009 | |
| | 936 | http://www.masimo.com/PARTNERS/WELCHALLYN.htm; Welch Allyn Expands Patient Monitor Capabilities with Masimo Pulse Oximetry Technology, printed on August 20, 2009 | |
| | 937 | http://www.masimo.com/pulseOximeter/PPO.htm; Masimo Personal Pulse Oximeter, printed on August 20, 2009 | |
| | 938 | http://www.masimo.com/generalFloor/system.htm; Masimo Patient SafetyNet System at a Glance, printed on August 20, 2009 | |
| | 939 | http://www.masimo.com/partners/GRASEBY.htm; Graseby Medical Limited, printed on August 20, 2009 | |
| | 940 | Japanese Office Action, re JP Application No. 2011-516895, mailed September 2, 2014, with translation.  (CERCA.007JP). | |
| | 941 | Japanese Notice of Allowance, re JP Application No. 2011-516895, issued on May 12, 2015, no translation.  (CERCA/MASCER.007JP). | |
| | 942 | European Office Action issued in application no. 10763901.5 on 01/11/2013.  (CERCA.008EP). | |
| | 943 | European Office Action issued in application no. 10763901.5 on 08/27/2014.  (CERCA.008EP). | |
| | 944 | European Office Action issued in application no. 10763901.5 on 08/06/2015.  (CERCA.008EP). | |
| | 945 | European Office Action issued in Application No. 09791157.2, dated June 20, 2016. (MASCER.002EP). | |
| | 946 | KANUKURTHY et al., "Data Acquisition Unit for an Implantable Multi-Channel Optical Glucose Sensor", Electro/Information Technology Conference, Chicago, IL, USA, May 17-20, 2007, pp. 1-6 | |
| | 947 | SMITH, "The Pursuit of Noninvasive Glucose: 'Hunting the Deceitful Turkey'", 2006 | |
| | 948 | SMALL et al., "Data Handling Issues for Near-Infrared Glucose Measurements", http://www.ieee.org/organizations/pubs/newsletters/leos/apr98/datahandling.htm, accessed 11/27/2007 | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

**\*Examiner:**  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

Exhibit P

# Exhibit Q

Docket No.:  MAS.1007C2                                    **Customer No. 64735**

## INFORMATION DISCLOSURE STATEMENT

| | | |
|---|---|---|
| First Inventor | : | Ammar Al-Ali |
| App. No. | : | 16/532061 |
| Filed | : | August 5, 2019 |
| For | : | PHYSIOLOGICAL MEASUREMENT DEVICES, SYSTEMS, AND METHODS |
| Examiner | : | Fardanesh, Marjan |
| Art Unit | : | 3791 |
| Conf. No. | : | 3325 |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

**References and Listing**

Pursuant to 37 CFR 1.56, an Information Disclosure Statement listing references is provided herewith.  Copies of any listed foreign and non-patent literature references are being submitted.   Any foreign references may also include English abstract(s) and/or machine translation(s), but no representation is made as to their accuracy.

If the Examiner would like additional information regarding these references or if anything is unclear, the Examiner is invited to contact the undersigned for assistance.

**No Disclaimers**

To the extent that anything in the Information Disclosure Statement or the listed references could be construed as a disclaimer of any subject matter supported by the present application, Applicant hereby rescinds and retracts such disclaimer.

**Timing of Disclosure**

This Information Disclosure Statement is being filed after receipt of a First Office Action, but before the mailing date of a Final Action and before the mailing date of a Notice of Allowance.

**Application No.:**     **16/532061**
**Filing Date:**          **August 5, 2019**


     This Statement is accompanied by the fees set forth in 37 CFR 1.17(p). The Commissioner is hereby authorized to charge any additional fees which may be required or to credit any overpayment to Account No. 11-1410.


                            Respectfully submitted,

                            KNOBBE, MARTENS, OLSON & BEAR, LLP


Dated: <u>November 15, 2019</u>      By: <u>/Aaron S. Johnson/</u>
                                  Aaron S. Johnson
                                  Registration No. 74,164
                                  Registered Practitioner
                                  Customer No. 64735
                                  (949) 760-0404

31712777

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application No. | 16/532061 |
|---|---|---|---|
| | | Filing Date | August 5, 2019 |
| | | First Named Inventor | Ammar Al-Ali |
| | | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | | Examiner | Fardanesh, Marjan |
| SHEET 1 OF 1 | | Attorney Docket No. | MAS.1007C2 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:  1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **1** | 5,203,329 | 04-20-1993 | Takatani et al. | |
| | **2** | 5,699,808 | 12-23-1997 | John | |
| | **3** | 7,613,490 | 11-03-2009 | Sarussi et al. | |
| | **4** | 8,452,364 | 05-28-2013 | Hannula et al. | |
| | **5** | 9,277,880 | 03-08-2016 | Poeze et al. | |
| | **6** | 9,684,900 | 06-20-2017 | Motoki et al. | |
| | **7** | 10,078,052 | 09-18-2018 | Ness et al. | |
| | **8** | 10,247,670 | 04-02-2019 | Ness et al. | |
| | **9** | 2006/0009607 | 01-12-2006 | Lutz et al. | |
| | **10** | 2014/0107493 | 04-17-2014 | Yuen et al. | |
| | **11** | 2014/0135588 | 05-15-2014 | Al-Ali et al. | |
| | **12** | 2016/0071392 | 03-10-2016 | Hankey et al. | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document<br>*Country Code-Number-Kind Code*<br>Example:   JP 1234567 A1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | **13** | WO 1996/027325 A1 | 09-12-1996 | Huch et al. | | X-abs |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | **14** | Anliker et al., "AMON: a wearable multiparameter medical monitoring and alert system," in *IEEE Transactions on Information Technology in Biomedicine,* vol. 8, no. 4, Dec. 2004. | |
| | **15** | Lukowicz, et al. "AMON: a wearable medical computer for high risk patients," *Proceedings. Sixth International Symposium on Wearable Computers,* 2002. | |

31712215

| Examiner Signature | | Date Considered | |
|---|---|---|---|

***Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

# Exhibit R

Docket No.:  MASCER.002C20                                                    Page 2 of 5
App. No.:  16/829536

**References for Examiner Consideration**

Applicant wishes to draw the Examiner's attention to, and encourages the Examiner to review, the following co-owned patents and/or applications and their existing and ongoing prosecution history, including without limitation Office Actions, Amendments, Remarks, and any other potentially relevant documents:

| Docket No. | Patent No. | Title | Issued |
|---|---|---|---|
| MASCER.002C1 | 9,277,880 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 03/08/2016 |
| MASCER.002C2 | 10,335,068 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 07/02/2019 |
| MASCER.002C3 | 10,258,265 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 04/16/2019 |
| MASCER.002C4 | 10,258,266 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 04/16/2019 |
| MASCER.002C5 | 10,299,708 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 05/28/2019 |
| MASCER.002C6 | 10,292,628 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 05/21/2019 |
| MASCER.002C7 | 10,376,190 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 08/13/2019 |
| MASCER.002C8 | 10,376,191 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 08/13/2019 |
| MASCER.002C11 | 10,588,553 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 03/17/2020 |
| MASCER.002C13 | 10,588,554 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 03/17/2020 |
| MASCER.002C14 | 10,610,138 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 04/07/2020 |
| MASCER.002C15 | 10,582,886 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 03/10/2020 |
| MASCER.003A | 8,630,691 | MULTI-STREAM SENSOR FRONT ENDS FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 01/14/2014 |

-2-

Docket No.: MASCER.002C20

App. No.: 16/829536

Page 3 of 5

| Docket No. | Patent No. | Title | Issued |
|---|---|---|---|
| MASCER.003D1 | 8,909,310 | MULTI-STREAM SENSOR FRONT ENDS FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 12/09/2014 |
| MASCER.004A | 8,203,704 | MULTI-STREAM SENSOR FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 06/19/2012 |
| MASCER.004C1 | 8,570,503 | HEAT SINK FOR NONINVASIVE MEDICAL SENSOR | 10/29/2013 |
| CERCA.005A | 8,515,509 | MULTI-STREAM EMITTER FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 08/20/2013 |
| MASCER.006A | 8,577,431 | NOISE SHIELDING FOR A NONINVASIVE DEVICE | 11/05/2013 |
| MASCER.006C1 | 9,717,425 | NOISE SHIELDING FOR A NONINVASIVE DEVICE | 08/01/2017 |
| MASCER.007A | 8,437,825 | CONTOURED PROTRUSION FOR IMPROVING SPECTROSCOPIC MEASUREMENT OF BLOOD CONSTITUENTS | 05/07/2013 |
| MASCER.007C1 | 9,591,975 | CONTOURED PROTRUSION FOR IMPROVING SPECTROSCOPIC MEASUREMENT OF BLOOD CONSTITUENTS | 03/14/2017 |
| MASCER.008A | 8,688,183 | EMITTER DRIVER FOR NONINVASIVE PATIENT MONITOR | 04/01/2014 |
| MASCER.008C1 | 9,186,102 | EMITTER DRIVER FOR NONINVASIVE PATIENT MONITOR | 11/17/2015 |
| MASCER.008C2 | 9,668,680 | EMITTER DRIVER FOR NONINVASIVE PATIENT MONITOR | 06/06/2017 |
| MASCER.009DA | D621516 | PATIENT MONITORING SENSOR | 08/10/2010 |
| MASCER.010DA | D606659 | PATIENT MONITOR | 12/22/2009 |
| MAS.1007A | 10,448,871 | ADVANCED PULSE OXIMETRY SENSOR | 10/22/2019 |
| MAS.1007C1 | 10,470,695 | ADVANCED PULSE OXIMETRY SENSOR | 11/12/2019 |

| Docket No. | Serial No. | Title | Filed |
|---|---|---|---|
| MASCER.002A | 12/534827 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 08/03/2009 |
| MASCER.002C9 | 16/449143 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 06/21/2019 |
| MASCER.002C10 | 16/534956 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 08/07/2019 |
| MASCER.002C12 | 16/541987 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 08/15/2019 |
| MASCER.002C16 | 16/725478 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 12/23/2019 |

Exhibit R
Page 258

Docket No.:  MASCER.002C20                                    Page 4 of 5
App. No.:  16/829536

| Docket No. | Serial No. | Title | Filed |
|---|---|---|---|
| MASCER.002C17 | 16/725292 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 12/23/2019 |
| MASCER.002C18 | 16/829510 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 03/25/2020 |
| MASCER.002C19 | 16/829578 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 03/25/2020 |
| MASCER.002C21 | 16/834467 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 03/30/2020 |
| MASCER.002C22 | 16/834538 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 03/30/2020 |
| MASCER.002C23 | 16/834533 | MULTI-STREAM DATA COLLECTION SYSTEM FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 03/30/2020 |
| MASCER.004C3 | 14/064055 | MULTI-STREAM SENSOR FOR NONINVASIVE MEASUREMENT OF BLOOD CONSTITUENTS | 10/25/2013 |
| MASCER.006C2 | 15/660743 | NOISE SHIELDING FOR A NONINVASIVE DEVICE | 07/26/2017 |
| MASCER.006C3 | 16/805605 | NOISE SHIELDING FOR A NONINVASIVE DEVICE | 02/28/2020 |
| MASCER.011A | 12/497506 | HEAT SINK FOR NONINVASIVE MEDICAL SENSOR | 07/02/2009 |
| MAS.1007C2 | 16/532061 | PHYSIOLOGICAL MEASUREMENT DEVICES, SYSTEMS, AND METHODS | 08/05/2019 |
| MAS.1007C3 | 16/532065 | PHYSIOLOGICAL MEASUREMENT DEVICES, SYSTEMS, AND METHODS | 08/05/2019 |
| MAS.1007C4 | 16/791955 | PHYSIOLOGICAL MEASUREMENT DEVICES, SYSTEMS, AND METHODS | 02/14/2020 |
| MAS.1007C5 | 16/791963 | PHYSIOLOGICAL MEASUREMENT DEVICES, SYSTEMS, AND METHODS | 02/14/2020 |
| MAS.1007C6 | 16/835712 | PHYSIOLOGICAL MEASUREMENT DEVICES, SYSTEMS, AND METHODS | 03/31/2020 |
| MAS.1007C7 | 16/835772 | PHYSIOLOGICAL MEASUREMENT DEVICES, SYSTEMS, AND METHODS | 03/31/2020 |

Applicant notes that cited references, office actions, responses, and notices of allowance currently exist or will exist with reference to the above-referenced matters. Applicant also understands that the Examiner has access to sophisticated online Patent Office computing systems that provide ready access to the full file histories of these matters including, for example, specifications, drawings, pending claims, cited art, office actions, responses, declarations, and notices of allowance. Rather than submit copies of these file histories, Applicant respectfully

Docket No.:  MASCER.002C20                                          Page 5 of 5
App. No.:  16/829536

requests that the Examiner continue to review these file histories online for past, current, and future information about these matters that may be relevant to examination of the present application. With respect to parent applications of the present application, if any, Applicant understands that, in accordance with MPEP 609, the Examiner of the present application will consider information which has been considered by the Patent Office in the parent application. If the Examiner cannot readily access these file histories and information, Applicant would be pleased to provide any portion of any of the file histories or information at any time upon specific Examiner request.

**No Disclaimers**

To the extent that anything in the Information Disclosure Statement or the listed references could be construed as a disclaimer of any subject matter supported by the present application, Applicant hereby rescinds and retracts such disclaimer.

**Timing of Disclosure**

This Information Disclosure Statement is being filed within three months of the filing date or date of national phase entry, and no fee is believed to be required.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  April 13, 2020              By: /Scott Cromar/_____
                                    Scott A. Cromar
                                    Registration No. 65,066
                                    Registered Practitioner
                                    (949) 760-0404

32619957

Exhibit R
Page 260

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| | Application No. | 16/829536 |
|---|---|---|
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 1 OF 60 | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code (if known)<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 3,910,701 | 10-07-1975 | Henderson et al. | |
| | 2 | 4,114,604 | 09-19-1978 | Shaw et al. | |
| | 3 | 4,258,719 | 03-31-1981 | Lewyn | |
| | 4 | 4,267,844 | 05-19-1981 | Yamanishi | |
| | 5 | 4,438,338 | 03-20-1984 | Stitt | |
| | 6 | 4,444,471 | 04-24-1984 | Ford et al. | |
| | 7 | 4,653,498 | 03-31-1987 | New, Jr. et al. | |
| | 8 | 4,655,225 | 04-07-1987 | Dahne et al. | |
| | 9 | 4,684,245 | 08-04-1987 | Goldring | |
| | 10 | 4,709,413 | 11-24-1987 | Forrest | |
| | 11 | 4,755,676 | 07-05-1988 | Gaalema et al. | |
| | 12 | 4,781,195 | 11-01-1988 | Martin | |
| | 13 | 4,805,623 | 02-21-1989 | Jöbsis | |
| | 14 | 4,825,872 | 05-02-1989 | Tan et al. | |
| | 15 | 4,880,304 | 11-14-1989 | Jaeb et al. | |
| | 16 | 4,960,128 | 10-02-1990 | Gordon et al. | |
| | 17 | 4,964,408 | 10-23-1990 | Hink et al. | |
| | 18 | 5,028,787 | 07-02-1991 | Rosenthal, et al. | |
| | 19 | 5,035,243 | 07-30-1991 | Muz, Edwin | |
| | 20 | 5,041,187 | 08-20-1991 | Hink et al. | |
| | 21 | 5,043,820 | 08-27-1991 | Wyles et al. | |
| | 22 | 5,069,213 | 12-03-1991 | Polczynski | |
| | 23 | 5,069,214 | 12-03-1991 | Samaras et al. | |
| | 24 | 5,077,476 | 12-31-1991 | Rosenthal | |
| | 25 | 5,086,229 | 02-04-1992 | Rosenthal et al. | |
| | 26 | 5,099,842 | 03-31-1992 | Mannheimer et al. | |
| | 27 | 5,122,925 | 06-16-1992 | Inpyn | |
| | 28 | 5,131,391 | 07-21-1992 | Sakai et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 2 OF 60 | Attorney Docket No. | MASCER.002C20 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:  1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 29 | 5,137,023 | 08-11-1992 | Mendelson, et al. | |
| | 30 | 5,158,091 | 10-27-1992 | Butterfiled et al. | |
| | 31 | 5,159,929 | 11-03-1992 | McMillen et al. | |
| | 32 | 5,163,438 | 11-17-1992 | Gordon et al. | |
| | 33 | 5,203,329 | 04-20-1993 | Takatani et al. | |
| | 34 | 5,222,295 | 06-29-1993 | Dorris, Jr. | |
| | 35 | 5,222,495 | 06-29-1993 | Clarke et al. | |
| | 36 | 5,222,496 | 06-29-1993 | Clarke et al. | |
| | 37 | 5,228,449 | 07-20-1993 | Christ et al. | |
| | 38 | 5,249,576 | 10-05-1993 | Goldberger et al. | |
| | 39 | 5,250,342 | 10-05-1993 | Lang | |
| | 40 | 5,278,627 | 01-11-1994 | Aoyagi et al. | |
| | 41 | 5,297,548 | 03-29-1994 | Pologe, Jonas A. | |
| | 42 | 5,319,355 | 06-07-1994 | Russek | |
| | 43 | 5,333,616 | 08-02-1994 | Mills et al. | |
| | 44 | 5,337,744 | 08-16-1994 | Branigan | |
| | 45 | 5,337,745 | 08-16-1994 | Benaron | |
| | 46 | 5,341,805 | 08-30-1994 | Stavridi, et al. | |
| | 47 | 5,358,519 | 10-25-1994 | Grandjean | |
| | 48 | 5,362,966 | 11-08-1994 | Rosenthal et al. | |
| | 49 | 5,377,676 | 01-03-1995 | Vari, et al. | |
| | 50 | 5,427,093 | 06-27-1995 | Ogawa et al. | |
| | 51 | 5,431,170 | 07-11-1995 | Mathews | |
| | 52 | 5,431,170 | 07-11-1995 | Mathews | |
| | 53 | 5,437,275 | 08-01-1995 | Amundsen et al. | |
| | 54 | 5,441,054 | 08-15-1995 | Tsuchiya | |
| | 55 | 5,452,717 | 09-26-1995 | Branigan et al. | |
| | 56 | 5,456,252 | 10-10-1995 | Vari, et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 3 OF 60 | Attorney Docket No. | MASCER.002C20 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:   1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 57 | 5,462,051 | 10-31-1995 | Oka et al. | |
| | 58 | 5,479,934 | 01-02-1996 | Imran | |
| | 59 | 5,482,034 | 01-09-1996 | Lewis et al. | |
| | 60 | 5,482,036 | 01-09-1996 | Diab et al. | |
| | 61 | 5,490,505 | 02-13-1996 | Diab et al. | |
| | 62 | 5,490,506 | 02-13-1996 | Takatani et al. | |
| | 63 | 5,490,523 | 02-13-1996 | Isaacson et al. | |
| | 64 | 5,494,043 | 02-27-1996 | O'Sullivan et al. | |
| | 65 | 5,497,771 | 03-12-1996 | Rosenheimer | |
| | 66 | 5,511,546 | 04-30-1996 | Hon | |
| | 67 | 5,533,511 | 07-09-1996 | Kaspari et al. | |
| | 68 | 5,534,851 | 07-09-1996 | Russek | |
| | 69 | 5,551,422 | 09-03-1996 | Simonsen et al. | |
| | 70 | 5,553,615 | 09-10-1996 | Carim et al. | |
| | 71 | 5,553,616 | 09-09-1996 | Ham et al. | |
| | 72 | 5,561,275 | 10-01-1996 | Savage, et al. | |
| | 73 | 5,562,002 | 10-08-1996 | Lalin | |
| | 74 | 5,564,429 | 10-15-1996 | Bornn et al. | |
| | 75 | 5,584,296 | 12-17-1997 | Cui et al. | |
| | 76 | 5,590,649 | 01-07-1997 | Caro et al. | |
| | 77 | 5,601,079 | 02-11-1997 | Wong et al. | |
| | 78 | 5,602,924 | 02-11-1997 | Durand et al. | |
| | 79 | 5,623,925 | 04-29-1997 | Swenson et al. | |
| | 80 | 5,625,458 | 04-29-1997 | Alfano et al. | |
| | 81 | 5,632,272 | 05-27-1997 | Diab et al. | |
| | 82 | 5,638,816 | 06-17-1997 | Kiani-Azarbayjany et al. | |
| | 83 | 5,638,818 | 06-17-1997 | Diab et al. | |
| | 84 | 5,645,440 | 07-08-1997 | Tobler et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 4 OF 60 | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:  1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 85 | 5,676,143 | 10-14-1997 | Simonsen, et al. | |
| | 86 | 5,685,299 | 11-11-1997 | Diab et al. | |
| | 87 | 5,687,717 | 11-18-1997 | Halpern et al. | |
| | 88 | 5,699,808 | 12-23-1997 | John | |
| | 89 | 5,729,203 | 03-17-1998 | Oka et al. | |
| | 90 | 5,743,262 | 04-28-1998 | Lepper, Jr. et al. | |
| | 91 | 5,750,927 | 05-12-1998 | Baltazar, Osni | |
| | 92 | 5,752,914 | 05-19-1998 | Delonzor et al. | |
| | 93 | 5,758,644 | 06-02-1998 | Diab et al. | |
| | 94 | 5,760,910 | 06-02-1998 | Lepper, Jr. et al. | |
| | 95 | 5,766,131 | 06-16-1998 | Kondo et al. | |
| | 96 | 5,769,785 | 06-23-1998 | Diab et al. | |
| | 97 | 5,782,757 | 07-21-1998 | Diab et al. | |
| | 98 | 5,785,659 | 07-28-1998 | Caro et al. | |
| | 99 | 5,791,347 | 08-11-1998 | Flaherty et al. | |
| | 100 | 5,792,052 | 08-11-1998 | Isaacson et al. | |
| | 101 | 5,795,300 | 08-18-1998 | Bryars | |
| | 102 | 5,800,349 | 09-01-1998 | Isaacson et al. | |
| | 103 | 5,807,247 | 09-15-1998 | Merchant et al. | |
| | 104 | 5,810,734 | 09-22-1998 | Caro et al. | |
| | 105 | 5,823,950 | 10-20-1998 | Diab et al. | |
| | 106 | 5,826,885 | 10-27-1998 | Helgeland | |
| | 107 | 5,830,131 | 11-03-1998 | Caro et al. | |
| | 108 | 5,830,137 | 11-03-1998 | Scharf | |
| | 109 | 5,833,618 | 11-10-1998 | Caro et al. | |
| | 110 | 5,851,178 | 12-22-1998 | Aronow | |
| | 111 | 5,860,919 | 01-19-1999 | Kiani-Azarbayjany et al. | |
| | 112 | 5,890,929 | 04-06-1999 | Mills et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | |
|---|---|
| | |

| | |
|---|---|
| Application No. | 16/829536 |
| Filing Date | March 25, 2020 |
| First Named Inventor | Jeroen Poeze |
| Art Unit | 3791 |
| Examiner | Unassigned |
| Attorney Docket No. | MASCER.002C20 |

*(Multiple sheets used when necessary)*

SHEET 5 OF 60

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:   1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 113 | 5,902,235 | 05-11-1999 | Lewis et al. | |
| | 114 | 5,903,357 | 05-11-1999 | Colak | |
| | 115 | 5,904,654 | 05-18-1999 | Wohltmann et al. | |
| | 116 | 5,919,134 | 07-06-1999 | Diab | |
| | 117 | 5,934,925 | 08-10-1999 | Tobler et al. | |
| | 118 | 5,940,182 | 08-17-1999 | Lepper, Jr. et al. | |
| | 119 | 5,957,840 | 09-28-1999 | Terasawa et al. | |
| | 120 | 5,987,343 | 11-16-1999 | Kinast | |
| | 121 | 5,995,855 | 11-30-1999 | Kiani et al. | |
| | 122 | 5,997,343 | 12-07-1999 | Mills et al. | |
| | 123 | 6,002,952 | 12-14-1999 | Diab et al. | |
| | 124 | 6,011,986 | 01-04-2000 | Diab et al. | |
| | 125 | 6,018,673 | 01-25-2000 | Chin et al. | |
| | 126 | 6,027,452 | 02-22-2000 | Flaherty et al. | |
| | 127 | 6,036,642 | 03-14-2000 | Diab et al. | |
| | 128 | 6,045,509 | 04-04-2000 | Caro et al. | |
| | 129 | 6,049,727 | 04-11-2000 | Crothall, Katherine D. | |
| | 130 | 6,067,462 | 05-23-2000 | Diab et al. | |
| | 131 | 6,081,735 | 06-27-2000 | Diab et al. | |
| | 132 | 6,088,607 | 07-11-2000 | Diab et al. | |
| | 133 | 6,102,856 | 08-15-2000 | Groff et al. | |
| | 134 | 6,110,522 | 08-29-2000 | Lepper, Jr. et al. | |
| | 135 | 6,124,597 | 09-26-2000 | Shehada | |
| | 136 | 6,128,521 | 10-03-2000 | Marro et al. | |
| | 137 | 6,129,675 | 10-10-2000 | Jay | |
| | 138 | 6,144,866 | 11-07-2000 | Miesel et al. | |
| | 139 | 6,144,868 | 11-07-2000 | Parker | |
| | 140 | 6,151,516 | 11-21-2000 | Kiani-Azarbayjany et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*****Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

Exhibit R
Page 265

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 6 OF 60 | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:   1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 141 | 6,152,754 | 11-28-2000 | Gerhardt et al. | |
| | 142 | 6,157,850 | 12-05-2000 | Diab et al. | |
| | 143 | 6,165,005 | 12-26-2000 | Mills et al. | |
| | 144 | 6,167,258 | 12-26-2000 | Schmidt et al. | |
| | 145 | 6,172,743 | 01-09-2001 | Kley, et al. | |
| | 146 | 6,175,752 | 01-16-2001 | Say et al. | |
| | 147 | 6,181,958 | 01-30-2001 | Steuer et al. | |
| | 148 | 6,184,521 | 02-06-2001 | Coffin, IV et al. | |
| | 149 | 6,202,930 | 03-20-2001 | Plesko | |
| | 150 | 6,206,830 | 03-27-2001 | Diab et al. | |
| | 151 | 6,223,063 | 04-24-2001 | Chaiken et al. | |
| | 152 | 6,229,856 | 05-08-2001 | Diab et al. | |
| | 153 | 6,232,609 | 05-15-2001 | Snyder, et al. | |
| | 154 | 6,236,872 | 05-22-2001 | Diab et al. | |
| | 155 | 6,241,680 | 06-05-2001 | Miwa | |
| | 156 | 6,241,683 | 06-05-2001 | Macklem, et al. | |
| | 157 | 6,241,684 | 06-05-2001 | Amano et al. | |
| | 158 | 6,253,097 | 06-26-2001 | Aronow et al. | |
| | 159 | 6,256,523 | 07-03-2001 | Diab et al. | |
| | 160 | 6,263,222 | 07-17-2001 | Diab et al. | |
| | 161 | 6,278,522 | 08-21-2001 | Lepper, Jr. et al. | |
| | 162 | 6,278,889 | 08-21-2001 | Robinson | |
| | 163 | 6,280,213 | 08-28-2001 | Tobler et al. | |
| | 164 | 6,285,896 | 09-04-2001 | Tobler et al. | |
| | 165 | 6,297,969 | 10-02-2001 | Mottahed | |
| | 166 | 6,301,493 | 10-09-2001 | Marro et al. | |
| | 167 | 6,308,089 | 10-23-2001 | von der Ruhr et al. | |
| | 168 | 6,317,627 | 11-13-2001 | Ennen et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner:* Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 7 OF 60 | Attorney Docket No. | MASCER.002C20 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:  1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **169** | 6,321,100 | 11-20-2001 | Parker | |
| | **170** | 6,325,761 | 12-04-2001 | Jay | |
| | **171** | 6,334,065 | 12-25-2001 | Al-Ali et al. | |
| | **172** | 6,343,223 | 01-29-2002 | Chin et al. | |
| | **173** | 6,343,224 | 01-29-2002 | Parker | |
| | **174** | 6,345,194 | 02-05-2002 | Robert Nelson, et al. | |
| | **175** | 6,349,228 | 02-19-2002 | Kiani et al. | |
| | **176** | 6,353,750 | 03-05-2002 | Kimura et al. | |
| | **177** | 6,356,203 | 03-12-2002 | Halleck et al. | |
| | **178** | 6,360,113 | 03-09-2002 | Dettling, Allen | |
| | **179** | 6,360,114 | 03-09-2002 | Diab et al. | |
| | **180** | 6,360,115 | 03-19-2002 | Roger Greenwald, et al. | |
| | **181** | 6,368,283 | 04-09-2002 | Xu, et al. | |
| | **182** | 6,371,921 | 04-16-2002 | Caro et al. | |
| | **183** | 6,377,829 | 04-23-2002 | Al-Ali | |
| | **184** | 6,388,240 | 05-14-2002 | Schulz et al. | |
| | **185** | 6,397,091 | 05-28-2002 | Diab et al. | |
| | **186** | 6,430,437 | 08-06-2002 | Marro | |
| | **187** | 6,430,525 | 08-06-2002 | Weber et al. | |
| | **188** | 6,463,187 | 10-08-2002 | Baruch et al. | |
| | **189** | 6,463,311 | 10-08-2002 | Diab | |
| | **190** | 6,470,199 | 10-22-2002 | Kopotic et al. | |
| | **191** | 6,470,893 | 10-29-2002 | Boesen, Peter V. | |
| | **192** | 6,475,153 | 11-05-2002 | Khair et al. | |
| | **193** | 6,491,647 | 12-10-2002 | Bridger et al. | |
| | **194** | 6,501,975 | 12-31-2002 | Diab et al. | |
| | **195** | 6,505,059 | 01-07-2003 | Kollias, et al. | |
| | **196** | 6,515,273 | 02-04-2003 | Al-Ali | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

***Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 8 OF 60 | Attorney Docket No. | MASCER.002C20 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:  1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **197** | 6,516,289 | 02-04-2003 | David et al. | |
| | **198** | 6,519,487 | 02-11-2003 | Parker | |
| | **199** | 6,522,521 | 02-18-2003 | Mizuno et al. | |
| | **200** | 6,525,386 | 02-25-2003 | Mills et al. | |
| | **201** | 6,526,300 | 02-25-2003 | Kiani et al. | |
| | **202** | 6,541,756 | 04-01-2003 | Schulz et al. | |
| | **203** | 6,542,764 | 04-01-2003 | Al-Ali et al. | |
| | **204** | 6,556,852 | 04-29-2003 | Schulze et al. | |
| | **205** | 6,580,086 | 06-17-2003 | Schulz et al. | |
| | **206** | 6,584,336 | 06-24-2003 | Ali et al. | |
| | **207** | 6,595,316 | 07-22-2003 | Cybulski et al. | |
| | **208** | 6,597,932 | 07-22-2003 | Tian et al. | |
| | **209** | 6,597,933 | 07-22-2003 | Kiani et al. | |
| | **210** | 6,606,509 | 08-12-2003 | Schmitt, Joseph M. | |
| | **211** | 6,606,511 | 08-12-2003 | Ali et al. | |
| | **212** | 6,632,181 | 10-14-2003 | Flaherty et al. | |
| | **213** | 6,636,759 | 10-21-2003 | Robinson | |
| | **214** | 6,639,668 | 10-28-2003 | Trepagnier, Pierre | |
| | **215** | 6,639,867 | 10-28-2003 | Shim | |
| | **216** | 6,640,116 | 10-28-2003 | Diab | |
| | **217** | 6,643,530 | 11-04-2003 | Diab et al. | |
| | **218** | 6,650,917 | 11-18-2003 | Diab et al. | |
| | **219** | 6,650,939 | 11-18-2003 | Takpke, II et al. | |
| | **220** | 6,654,624 | 11-25-2003 | Diab et al. | |
| | **221** | 6,658,276 | 12-02-2003 | Kiani et al. | |
| | **222** | 6,661,161 | 12-09-2003 | Lanzo et al. | |
| | **223** | 6,668,185 | 12-23-2003 | Toida | |
| | **224** | 6,671,526 | 12-30-2003 | Aoyagi et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 9 OF 60 | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 225 | 6,671,531 | 12-30-2003 | Al-Ali et al. | |
| | 226 | 6,678,543 | 01-13-2004 | Diab et al. | |
| | 227 | 6,681,133 | 01-20-2004 | Chaiken et al. | |
| | 228 | 6,684,090 | 01-27-2004 | Ali et al. | |
| | 229 | 6,684,091 | 01-27-2004 | Parker | |
| | 230 | 6,697,656 | 02-24-2004 | Al-Ali | |
| | 231 | 6,697,657 | 02-24-2004 | Shehada, et al. | |
| | 232 | 6,697,658 | 02-24-2004 | Al-Ali | |
| | 233 | 6,699,194 | 03-02-2004 | Diab et al. | |
| | 234 | 6,714,804 | 03-30-2004 | Al-Ali et al. | |
| | 235 | 6,721,582 | 04-13-2004 | Trepagnier, et al. | |
| | 236 | 6,721,585 | 04-13-2004 | Parker | |
| | 237 | 6,725,075 | 04-20-2004 | Al-Ali | |
| | 238 | 6,728,560 | 04-27-2004 | Kollias, et al. | |
| | 239 | 6,735,459 | 05-11-2004 | Parker | |
| | 240 | 6,745,060 | 06-01-2004 | Diab et al. | |
| | 241 | 6,748,254 | 06-08-2004 | O'Neil et al. | |
| | 242 | 6,760,607 | 07-06-2004 | Al-Ali | |
| | 243 | 6,770,028 | 08-03-2004 | Ali et al. | |
| | 244 | 6,771,994 | 08-03-2004 | Kiani et al. | |
| | 245 | 6,785,568 | 08-31-2004 | Chance | |
| | 246 | 6,792,300 | 09-14-2004 | Diab et al. | |
| | 247 | 6,801,799 | 10-05-2004 | Mendelson | |
| | 248 | 6,811,535 | 11-02-2004 | Palti et al. | |
| | 249 | 6,813,511 | 11-02-2004 | Diab et al. | |
| | 250 | 6,816,010 | 11-09-2004 | Seetharaman et al. | |
| | 251 | 6,816,241 | 11-09-2004 | Grubisic, et al. | |
| | 252 | 6,816,741 | 11-09-2004 | Diab | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 10 OF 60 | Attorney Docket No. | MASCER.002C20 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:   1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **253** | 6,822,564 | 11-23-2004 | Al-Ali | |
| | **254** | 6,826,419 | 11-30-2004 | Diab et al. | |
| | **255** | 6,830,711 | 12-14-2004 | Mills et al. | |
| | **256** | 6,831,266 | 12-14-2004 | Paritsky et al. | |
| | **257** | 6,850,787 | 02-01-2005 | Weber et al. | |
| | **258** | 6,850,788 | 02-01-2005 | Al-Ali | |
| | **259** | 6,852,083 | 02-08-2005 | Caro et al. | |
| | **260** | 6,861,639 | 03-01-2005 | Al-Ali | |
| | **261** | 6,897,788 | 05-24-2005 | Khair et al. | |
| | **262** | 6,898,452 | 05-24-2005 | Al-Ali et al. | |
| | **263** | 6,912,413 | 06-28-2005 | Rantala et al. | |
| | **264** | 6,920,345 | 07-19-2005 | Al-Ali et al. | |
| | **265** | 6,931,268 | 08-16-2005 | Kiani-Azarbayjany et al. | |
| | **266** | 6,934,570 | 08-23-2005 | Kiani et al. | |
| | **267** | 6,939,305 | 09-06-2005 | Flaherty et al. | |
| | **268** | 6,943,348 | 09-13-2005 | Coffin IV | |
| | **269** | 6,950,687 | 09-27-2005 | Al-Ali | |
| | **270** | 6,961,598 | 11-01-2005 | Diab | |
| | **271** | 6,970,792 | 11-29-2005 | Diab | |
| | **272** | 6,979,812 | 12-27-2005 | Al-Ali | |
| | **273** | 6,985,764 | 01-10-2006 | Mason et al. | |
| | **274** | 6,993,371 | 01-31-2006 | Kiani et al. | |
| | **275** | 6,995,400 | 02-07-2006 | Mizuyoshi | |
| | **276** | 6,996,427 | 02-07-2006 | Ali et al. | |
| | **277** | 6,999,904 | 02-14-2006 | Weber et al. | |
| | **278** | 7,003,338 | 02-21-2006 | Weber et al. | |
| | **279** | 7,003,339 | 02-21-2006 | Diab et al. | |
| | **280** | 7,015,451 | 03-21-2006 | Dalke et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

<table>
<tr><td rowspan="5"><h1>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</h1></td><td>Application No.</td><td>16/829536</td></tr>
<tr><td>Filing Date</td><td>March 25, 2020</td></tr>
<tr><td>First Named Inventor</td><td>Jeroen Poeze</td></tr>
<tr><td>Art Unit</td><td>3791</td></tr>
<tr><td>Examiner</td><td>Unassigned</td></tr>
<tr><td><em>(Multiple sheets used when necessary)</em></td><td>Examiner</td><td>Unassigned</td></tr>
<tr><td>SHEET 11 OF 60</td><td>Attorney Docket No.</td><td>MASCER.002C20</td></tr>
</table>

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 281 | 7,024,233 | 04-04-2006 | Ali et al. | |
| | 282 | 7,026,619 | 04-11-2006 | Cranford | |
| | 283 | 7,027,849 | 04-11-2006 | Al-Ali | |
| | 284 | 7,030,749 | 04-18-2006 | Al-Ali | |
| | 285 | 7,039,449 | 05-02-2006 | Al-Ali | |
| | 286 | 7,041,060 | 05-09-2006 | Flaherty et al | |
| | 287 | 7,044,918 | 05-16-2006 | Diab | |
| | 288 | 7,047,054 | 05-16-2006 | Benni | |
| | 289 | 7,048,687 | 05-23-2006 | Reuss et al. | |
| | 290 | 7,060,963 | 06-13-2006 | Maegawa et al. | |
| | 291 | 7,067,893 | 06-27-2006 | Mills et al. | |
| | 292 | 7,092,757 | 08-15-2006 | Larson et al. | |
| | 293 | 7,096,052 | 08-22-2006 | Mason et al. | |
| | 294 | 7,096,054 | 08-22-2006 | Abdul-Hafiz et al. | |
| | 295 | 7,113,815 | 09-26-2006 | O'Neil et al. | |
| | 296 | 7,132,641 | 11-07-2006 | Schulz et al. | |
| | 297 | 7,142,901 | 11-28-2006 | Kiani et al. | |
| | 298 | 7,149,561 | 12-12-2006 | Diab | |
| | 299 | 7,186,966 | 03-06-2007 | Al-Ali | |
| | 300 | 7,190,261 | 03-13-2007 | Al-Ali | |
| | 301 | 7,215,984 | 05-08-2007 | Diab | |
| | 302 | 7,215,986 | 05-08-2007 | Diab | |
| | 303 | 7,221,971 | 05-22-2007 | Diab | |
| | 304 | 7,225,006 | 05-29-2007 | Al-Ali et al. | |
| | 305 | 7,225,007 | 05-29-2007 | Al-Ali | |
| | 306 | 7,227,156 | 06-05-2007 | Colvin, Jr. et al. | |
| | 307 | 7,230,227 | 06-12-2007 | Wilcken et al. | |
| | 308 | 7,239,905 | 07-03-2007 | Kiani-Azarbayjany et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| Application No. | 16/829536 | |
| Filing Date | March 25, 2020 | |
| First Named Inventor | Jeroen Poeze | |
| Art Unit | 3791 | |
| Examiner | Unassigned | |
| Attorney Docket No. | MASCER.002C20 | |

*(Multiple sheets used when necessary)*

SHEET 12 OF 60

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:   1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 309 | 7,245,953 | 07-17-2007 | Parker | |
| | 310 | 7,254,429 | 08-07-2007 | Schurman et al. | |
| | 311 | 7,254,431 | 08-07-2007 | Al-Ali | |
| | 312 | 7,254,433 | 08-07-2007 | Diab et al. | |
| | 313 | 7,254,434 | 08-07-2007 | Schulz et al. | |
| | 314 | 7,272,425 | 09-18-2007 | Al-Ali | |
| | 315 | 7,274,955 | 09-25-2007 | Kiani et al. | |
| | 316 | 7,280,858 | 10-09-2007 | Al-Ali et al. | |
| | 317 | 7,289,835 | 10-30-2007 | Mansfield et al. | |
| | 318 | 7,292,883 | 11-06-2007 | De Felice et al. | |
| | 319 | 7,295,866 | 11-13-2007 | Al-Ali | |
| | 320 | 7,328,053 | 02-05-2008 | Diab et al. | |
| | 321 | 7,332,784 | 02-19-2008 | Mills, et al. | |
| | 322 | 7,340,287 | 03-04-2008 | Mason et al. | |
| | 323 | 7,341,559 | 03-11-2008 | Schulz et al. | |
| | 324 | 7,343,186 | 03-11-2008 | Lamego et al. | |
| | 325 | 7,355,512 | 04-08-2008 | Al-Ali | |
| | 326 | 7,356,365 | 04-08-2008 | Schurman | |
| | 327 | 7,365,923 | 04-29-2008 | Hargis et al. | |
| | 328 | 7,371,981 | 05-13-2008 | Abdul-Hafiz | |
| | 329 | 7,373,193 | 05-13-2008 | Al-Ali et al. | |
| | 330 | 7,373,194 | 05-13-2008 | Weber et al. | |
| | 331 | 7,376,453 | 05-20-2008 | Diab et al. | |
| | 332 | 7,377,794 | 05-27-2008 | Al Ali et al. | |
| | 333 | 7,377,899 | 05-27-2008 | Weber et al. | |
| | 334 | 7,383,070 | 06-03-2008 | Diab et al. | |
| | 335 | 7,395,189 | 07-01-2008 | Qing et al. | |
| | 336 | 7,415,297 | 08-19-2008 | Al-Ali et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 13 OF 60 | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 337 | 7,428,432 | 09-23-2008 | Ali et al. | |
| | 338 | 7,438,683 | 10-21-2008 | Al-Ali et al. | |
| | 339 | 7,440,787 | 10-21-2008 | Diab | |
| | 340 | 7,454,240 | 11-18-2008 | Diab et al. | |
| | 341 | 7,467,002 | 12-16-2008 | Weber et al. | |
| | 342 | 7,469,157 | 12-23-2008 | Diab et al. | |
| | 343 | 7,471,969 | 12-30-2008 | Diab et al. | |
| | 344 | 7,471,971 | 12-30-2008 | Diab et al. | |
| | 345 | 7,483,729 | 01-27-2009 | Al-Ali et al. | |
| | 346 | 7,483,730 | 01-27-2009 | Diab et al. | |
| | 347 | 7,489,958 | 02-10-2009 | Diab et al. | |
| | 348 | 7,496,391 | 02-24-2009 | Diab et al. | |
| | 349 | 7,496,393 | 02-24-2009 | Diab et al. | |
| | 350 | 7,499,741 | 03-03-2009 | Diab et al. | |
| | 351 | 7,499,835 | 03-03-2009 | Weber et al. | |
| | 352 | 7,500,950 | 03-10-2009 | Al-Ali et al. | |
| | 353 | 7,509,153 | 03-24-2009 | Blank et al. | |
| | 354 | 7,509,154 | 03-24-2009 | Diab et al. | |
| | 355 | 7,509,494 | 03-24-2009 | Al-Ali | |
| | 356 | 7,510,849 | 03-31-2009 | Schurman et al. | |
| | 357 | 7,519,327 | 04-14-2009 | White | |
| | 358 | 7,526,328 | 04-28-2009 | Diab et al. | |
| | 359 | 7,530,942 | 05-12-2009 | Diab | |
| | 360 | 7,530,949 | 05-12-2009 | Al Ali et al. | |
| | 361 | 7,530,955 | 05-12-2009 | Diab et al. | |
| | 362 | 7,563,110 | 07-21-2009 | Al-Ali et al. | |
| | 363 | 7,596,398 | 09-29-2009 | Al-Ali et al. | |
| | 364 | 7,601,123 | 10-13-2009 | Tweed, et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 14 OF 60 | Attorney Docket No. | MASCER.002C20 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:  1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 365 | 7,606,606 | 10-20-2009 | Laakkonen | |
| | 366 | 7,613,490 | 11-03-2009 | Sarussi et al. | |
| | 367 | 7,618,375 | 11-17-2009 | Flaherty | |
| | 368 | 7,647,083 | 01-12-2010 | Al-Ali et al. | |
| | 369 | 7,657,294 | 02-02-2010 | Eghbal et al. | |
| | 370 | 7,657,295 | 02-02-2010 | Coakley et al. | |
| | 371 | 7,657,296 | 02-02-2010 | Raridan et al. | |
| | 372 | 7,726,209 | 06-01-2010 | Ruotoistenmäki | |
| | 373 | 7,729,733 | 06-01-2010 | Al-Ali et al. | |
| | 374 | 7,734,320 | 06-08-2010 | Al-Ali | |
| | 375 | 7,740,588 | 06-22-2010 | Sciarra | |
| | 376 | 7,740,589 | 06-22-2010 | Maschke et al. | |
| | 377 | 7,761,127 | 07-20-2010 | Al-Ali et al. | |
| | 378 | 7,761,128 | 07-20-2010 | Al-Ali et al. | |
| | 379 | 7,764,982 | 07-27-2010 | Dalke et al. | |
| | 380 | 7,791,155 | 09-07-2010 | Diab | |
| | 381 | 7,801,581 | 09-21-2010 | Diab | |
| | 382 | 7,809,418 | 10-05-2010 | Xu | |
| | 383 | 7,822,452 | 10-26-2010 | Schurman et al. | |
| | 384 | 7,844,313 | 11-30-2010 | Kiani et al. | |
| | 385 | 7,844,314 | 11-30-2010 | Al-Ali | |
| | 386 | 7,844,315 | 11-30-2010 | Al-Ali | |
| | 387 | 7,862,523 | 01-04-2011 | Ruotoistenmaki | |
| | 388 | 7,865,222 | 01-04-2011 | Weber et al. | |
| | 389 | 7,869,849 | 01-11-2011 | Ollerdessen et al. | |
| | 390 | 7,873,497 | 01-18-2011 | Weber et al. | |
| | 391 | 7,880,606 | 02-01-2011 | Al-Ali | |
| | 392 | 7,880,626 | 02-01-2011 | Al-Ali et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | |
|---|---|
| Application No. | 16/829536 |
| Filing Date | March 25, 2020 |
| First Named Inventor | Jeroen Poeze |
| Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 15 OF 60 | Attorney Docket No. | MASCER.002C20 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:   1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 393 | 7,884,314 | 02-08-2011 | Hamada | |
| | 394 | 7,891,355 | 02-22-2011 | Al-Ali et al. | |
| | 395 | 7,894,868 | 02-22-2011 | Al-Ali et al. | |
| | 396 | 7,899,506 | 03-01-2011 | Xu et al. | |
| | 397 | 7,899,507 | 03-01-2011 | Al-Ali et al. | |
| | 398 | 7,899,510 | 03-01-2011 | Hoarau | |
| | 399 | 7,899,518 | 03-01-2011 | Trepagnier et al. | |
| | 400 | 7,904,132 | 03-08-2011 | Weber et al. | |
| | 401 | 7,909,772 | 03-22-2011 | Popov et al. | |
| | 402 | 7,910,875 | 03-22-2011 | Al-Ali | |
| | 403 | 7,919,713 | 04-05-2011 | Al-Ali et al. | |
| | 404 | 7,937,128 | 05-03-2011 | Al-Ali | |
| | 405 | 7,937,129 | 05-03-2011 | Mason et al. | |
| | 406 | 7,937,130 | 05-03-2011 | Diab et al. | |
| | 407 | 7,941,199 | 05-10-2011 | Kiani | |
| | 408 | 7,951,086 | 05-31-2011 | Flaherty et al. | |
| | 409 | 7,957,780 | 06-07-2011 | Lamego et al. | |
| | 410 | 7,962,188 | 06-14-2011 | Kiani et al. | |
| | 411 | 7,962,190 | 06-14-2011 | Diab et al. | |
| | 412 | 7,976,472 | 07-12-2011 | Kiani | |
| | 413 | 7,988,637 | 08-02-2011 | Diab | |
| | 414 | 7,990,382 | 08-02-2011 | Kiani | |
| | 415 | 7,991,446 | 08-02-2011 | Ali et al. | |
| | 416 | 8,000,761 | 08-16-2011 | Al-Ali | |
| | 417 | 8,008,088 | 08-08-2011 | Bellott et al. | |
| | 418 | 8,019,400 | 09-13-2011 | Diab et al. | |
| | 419 | 8,028,701 | 10-04-2011 | Al-Ali et al. | |
| | 420 | 8,029,765 | 10-04-2011 | Bellott et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T**[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 16 OF 60 | Attorney Docket No. | MASCER.002C20 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:   1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 421 | 8,036,727 | 10-11-2011 | Schurman et al. | |
| | 422 | 8,036,728 | 10-11-2011 | Diab et al. | |
| | 423 | 8,044,998 | 10-25-2011 | Heenan | |
| | 424 | 8,046,040 | 10-25-2011 | Ali et al. | |
| | 425 | 8,046,041 | 10-25-2011 | Diab et al. | |
| | 426 | 8,046,042 | 10-25-2011 | Diab et al. | |
| | 427 | 8,048,040 | 11-01-2011 | Kiani | |
| | 428 | 8,050,728 | 11-01-2011 | Al-Ali et al. | |
| | 429 | 8,071,935 | 12-06-2011 | Besko et al. | |
| | 430 | 8,118,620 | 02-21-2012 | Al-Ali et al. | |
| | 431 | 8,126,528 | 02-28-2012 | Diab et al. | |
| | 432 | 8,126,531 | 02-28-2012 | Crowley | |
| | 433 | 8,128,572 | 03-06-2012 | Diab et al. | |
| | 434 | 8,130,105 | 03-06-2012 | Al-Ali et al. | |
| | 435 | 8,145,287 | 03-27-2012 | Diab et al. | |
| | 436 | 8,150,487 | 04-03-2012 | Diab et al. | |
| | 437 | 8,175,672 | 05-08-2012 | Parker | |
| | 438 | 8,180,420 | 05-15-2012 | Diab et al. | |
| | 439 | 8,182,443 | 05-22-2012 | Kiani | |
| | 440 | 8,185,180 | 05-22-2012 | Diab et al. | |
| | 441 | 8,190,223 | 05-29-2012 | Al-Ali et al. | |
| | 442 | 8,190,227 | 05-29-2012 | Diab et al. | |
| | 443 | 8,203,438 | 06-19-2012 | Kiani et al. | |
| | 444 | 8,203,704 | 06-19-2012 | Merritt et al. | |
| | 445 | 8,204,566 | 06-19-2012 | Schurman et al. | |
| | 446 | 8,219,170 | 07-10-2012 | Hausmann et al. | |
| | 447 | 8,219,172 | 07-10-2012 | Schurman et al. | |
| | 448 | 8,224,411 | 07-17-2012 | Al-Ali et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| Application No. | 16/829536 | |
| Filing Date | March 25, 2020 | |
| First Named Inventor | Jeroen Poeze | |
| Art Unit | 3791 | |
| Examiner | Unassigned | |

*(Multiple sheets used when necessary)*

SHEET 17 OF 60

| Attorney Docket No. | MASCER.002C20 |
|---|---|

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 449 | 8,228,181 | 07-24-2012 | Al-Ali | |
| | 450 | 8,229,532 | 07-24-2012 | Davis | |
| | 451 | 8,229,533 | 07-24-2012 | Diab et al. | |
| | 452 | 8,233,955 | 07-31-2012 | Al-Ali et al. | |
| | 453 | 8,244,325 | 08-14-2012 | Al-Ali et al. | |
| | 454 | 8,244,326 | 08-14-2012 | Ninomiya et al. | |
| | 455 | 8,255,026 | 08-28-2012 | Al-Ali | |
| | 456 | 8,255,027 | 08-28-2012 | Al-Ali et al. | |
| | 457 | 8,255,028 | 08-28-2012 | Al-Ali et al. | |
| | 458 | 8,260,577 | 09-04-2012 | Weber et al. | |
| | 459 | 8,265,723 | 09-11-2012 | McHale et al. | |
| | 460 | 8,274,360 | 09-25-2012 | Sampath et al. | |
| | 461 | 8,280,469 | 12-02-2012 | Baker, Jr. | |
| | 462 | 8,280,473 | 10-02-2012 | Al-Ali | |
| | 463 | 8,289,130 | 10-16-2012 | Nakajima et al. | |
| | 464 | 8,301,217 | 10-30-2012 | Al-Ali et al. | |
| | 465 | 8,306,596 | 11-06-2012 | Schurman et al. | |
| | 466 | 8,310,336 | 11-13-2012 | Muhsin et al. | |
| | 467 | 8,315,683 | 11-20-2012 | Al-Ali et al. | |
| | 468 | 8,332,006 | 12-11-2012 | Naganuma et al. | |
| | 469 | 8,337,403 | 12-25-2012 | Al-Ali et al. | |
| | 470 | 8,346,330 | 01-01-2013 | Lamego | |
| | 471 | 8,353,842 | 01-15-2013 | Al-Ali et al. | |
| | 472 | 8,355,766 | 01-15-2013 | MacNeish, III et al. | |
| | 473 | 8,359,080 | 01-22-2013 | Diab et al. | |
| | 474 | 8,364,223 | 01-29-2013 | Al-Ali et al. | |
| | 475 | 8,364,226 | 01-29-2013 | Diab et al. | |
| | 476 | 8,364,389 | 01-29-2013 | Dorogusker et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 18 OF 60 | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:   1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 477 | 8,374,665 | 02-12-2013 | Lamego | |
| | 478 | 8,380,272 | 02-19-2013 | Barrett et al. | |
| | 479 | 8,385,995 | 02-26-2013 | Al-ali et al. | |
| | 480 | 8,385,996 | 02-26-2013 | Smith et al. | |
| | 481 | 8,388,353 | 03-05-2013 | Kiani et al. | |
| | 482 | 8,399,822 | 03-19-2013 | Al-Ali | |
| | 483 | 8,401,602 | 03-19-2013 | Kiani | |
| | 484 | 8,405,608 | 03-26-2013 | Al-Ali et al. | |
| | 485 | 8,414,499 | 04-09-2013 | Al-Ali et al. | |
| | 486 | 8,418,524 | 04-16-2013 | Al-Ali | |
| | 487 | 8,421,022 | 04-16-2013 | Rozenfeld | |
| | 488 | 8,423,106 | 04-16-2013 | Lamego et al. | |
| | 489 | 8,428,674 | 04-23-2013 | Duffy et al. | |
| | 490 | 8,428,967 | 04-23-2013 | Olsen et al. | |
| | 491 | 8,430,817 | 04-30-2013 | Al-Ali et al. | |
| | 492 | 8,437,825 | 05-07-2013 | Dalvi et al. | |
| | 493 | 8,452,364 | 05-28-2013 | Hannula et al. | |
| | 494 | 8,455,290 | 06-04-2013 | Siskavich | |
| | 495 | 8,457,703 | 06-04-2013 | Al-Ali | |
| | 496 | 8,457,707 | 06-04-2013 | Kiani | |
| | 497 | 8,463,349 | 06-11-2013 | Diab et al. | |
| | 498 | 8,466,286 | 06-18-2013 | Bellot et al. | |
| | 499 | 8,471,713 | 06-25-2013 | Poeze et al. | |
| | 500 | 8,473,020 | 06-25-2013 | Kiani et al. | |
| | 501 | 8,483,787 | 07-09-2013 | Al-Ali et al. | |
| | 502 | 8,489,364 | 07-16-2013 | Weber et al. | |
| | 503 | 8,496,595 | 07-30-2013 | Jornod | |
| | 504 | 8,498,684 | 07-30-2013 | Weber et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| Application No. | 16/829536 |
|---|---|
| Filing Date | March 25, 2020 |
| First Named Inventor | Jeroen Poeze |
| Art Unit | 3791 |
| Examiner | Unassigned |
| Attorney Docket No. | MASCER.002C20 |

*(Multiple sheets used when necessary)*

SHEET 19 OF 60

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 505 | 8,504,128 | 08-06-2013 | Blank et al. | |
| | 506 | 8,509,867 | 08-13-2013 | Workman et al. | |
| | 507 | 8,515,509 | 08-20-2013 | Bruinsma et al. | |
| | 508 | 8,515,515 | 08-20-2013 | McKenna et al. | |
| | 509 | 8,523,781 | 09-03-2013 | Al-Ali | |
| | 510 | 8,529,301 | 09-10-2013 | Al-Ali et al. | |
| | 511 | 8,532,727 | 09-10-2013 | Ali et al. | |
| | 512 | 8,532,728 | 09-10-2013 | Diab et al. | |
| | 513 | 8,547,209 | 10-01-2013 | Kiani et al. | |
| | 514 | 8,548,548 | 10-01-2013 | Al-Ali | |
| | 515 | 8,548,549 | 10-01-2013 | Schurman et al. | |
| | 516 | 8,548,550 | 10-01-2013 | Al-Ali et al. | |
| | 517 | 8,560,032 | 10-15-2013 | Al-Ali et al. | |
| | 518 | 8,560,034 | 10-15-2013 | Diab et al. | |
| | 519 | 8,570,167 | 10-29-2013 | Al-Ali | |
| | 520 | 8,570,503 | 10-29-2013 | Hung Vo | |
| | 521 | 8,571,617 | 10-29-2013 | Reichgott et al. | |
| | 522 | 8,571,618 | 10-29-2013 | Lamego et al. | |
| | 523 | 8,571,619 | 10-29-2013 | Al-Ali et al. | |
| | 524 | 8,577,431 | 11-05-2013 | Lamego et al. | |
| | 525 | 8,581,732 | 11-12-2013 | Al-Ali et al. | |
| | 526 | 8,584,345 | 11-19-2013 | Al-Ali et al. | |
| | 527 | 8,588,880 | 11-19-2013 | Abdul-Hafiz et al. | |
| | 528 | 8,591,426 | 11-26-2013 | Onoe et al. | |
| | 529 | 8,600,467 | 12-03-2013 | Al-Ali et al. | |
| | 530 | 8,602,971 | 12-10-2013 | Farr | |
| | 531 | 8,606,342 | 12-10-2013 | Diab | |
| | 532 | 8,615,290 | 12-24-2013 | Lin et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | |
|---|---|
| **Application No.** | 16/829536 |
| **Filing Date** | March 25, 2020 |
| **First Named Inventor** | Jeroen Poeze |
| **Art Unit** | 3791 |
| **Examiner** | Unassigned |
| **Attorney Docket No.** | MASCER.002C20 |

*(Multiple sheets used when necessary)*

SHEET 20 OF 60

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 533 | 8,626,255 | 01-07-2014 | Al-Ali et al. | |
| | 534 | 8,630,691 | 01-14-2014 | Lamego et al. | |
| | 535 | 8,634,889 | 01-21-2014 | Al-Ali et al. | |
| | 536 | 8,641,631 | 02-04-2014 | Sierra et al. | |
| | 537 | 8,652,060 | 02-18-2014 | Al-Ali | |
| | 538 | 8,655,004 | 02-18-2014 | Prest et al. | |
| | 539 | 8,663,107 | 03-04-2014 | Kiani | |
| | 540 | 8,666,468 | 03-04-2014 | Al-Ali | |
| | 541 | 8,667,967 | 03-11-2014 | Al-Ali et al. | |
| | 542 | 8,670,811 | 03-11-2014 | O'Reilly | |
| | 543 | 8,670,814 | 03-11-2014 | Diab et al. | |
| | 544 | 8,676,286 | 03-18-2014 | Weber et al. | |
| | 545 | 8,682,407 | 03-25-2014 | Al-Ali | |
| | 546 | 8,688,183 | 04-01-2014 | Bruinsma et al. | |
| | 547 | 8,690,799 | 04-08-2014 | Telfort et al. | |
| | 548 | 8,700,111 | 04-15-2014 | LeBoeuf et al. | |
| | 549 | 8,700,112 | 04-15-2014 | Kiani | |
| | 550 | 8,702,627 | 04-22-2014 | Telfort et al. | |
| | 551 | 8,706,179 | 04-22-2014 | Parker | |
| | 552 | 8,712,494 | 04-29-2014 | MacNeish, III et al. | |
| | 553 | 8,715,206 | 05-06-2014 | Telfort et al. | |
| | 554 | 8,718,735 | 05-06-2014 | Lamego et al. | |
| | 555 | 8,718,737 | 05-06-2014 | Diab et al. | |
| | 556 | 8,718,738 | 05-01-2014 | Blank et al. | |
| | 557 | 8,720,249 | 05-13-2014 | Al-Ali | |
| | 558 | 8,721,541 | 05-13-2014 | Al-Ali et al. | |
| | 559 | 8,721,542 | 05-13-2014 | Al-Ali et al. | |
| | 560 | 8,723,677 | 05-13-2014 | Kiani | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | |
|---|---|
| Application No. | 16/829536 |
| Filing Date | March 25, 2020 |
| First Named Inventor | Jeroen Poeze |
| Art Unit | 3791 |
| Examiner | Unassigned |
| Attorney Docket No. | MASCER.002C20 |

*(Multiple sheets used when necessary)*

SHEET 21 OF 60

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:   1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 561 | 8,740,792 | 06-03-2014 | Kiani et al. | |
| | 562 | 8,754,776 | 06-17-2014 | Poeze et al. | |
| | 563 | 8,755,535 | 06-17-2014 | Telfort et al. | |
| | 564 | 8,755,856 | 06-17-2014 | Diab et al. | |
| | 565 | 8,755,872 | 06-17-2014 | Marinow | |
| | 566 | 8,760,517 | 06-24-2014 | Sarwar et al. | |
| | 567 | 8,761,850 | 06-24-2014 | Lamego | |
| | 568 | 8,764,671 | 07-01-2014 | Kiani | |
| | 569 | 8,768,423 | 07-01-2014 | Shakespeare et al. | |
| | 570 | 8,768,426 | 07-01-2014 | Haisley et al. | |
| | 571 | 8,771,204 | 07-08-2014 | Telfort et al. | |
| | 572 | 8,777,634 | 07-15-2014 | Kiani et al. | |
| | 573 | 8,781,543 | 07-15-2014 | Diab et al. | |
| | 574 | 8,781,544 | 07-15-2014 | Al-Ali et al. | |
| | 575 | 8,781,549 | 07-15-2014 | Al-Ali et al. | |
| | 576 | 8,788,003 | 07-22-2014 | Schurman et al. | |
| | 577 | 8,790,268 | 07-29-2014 | Al-Ali | |
| | 578 | 8,801,613 | 08-12-2014 | Al-Ali et al. | |
| | 579 | 8,821,397 | 09-02-2014 | Al-Ali et al. | |
| | 580 | 8,821,415 | 09-02-2014 | Al-Ali et al. | |
| | 581 | 8,830,449 | 09-09-2014 | Lamego et al. | |
| | 582 | 8,831,700 | 09-09-2014 | Schurman et al. | |
| | 583 | 8,838,210 | 09-16-2014 | Wood et al. | |
| | 584 | 8,840,549 | 09-23-2014 | Al-Ali et al. | |
| | 585 | 8,845,543 | 09-30-2014 | Diab et al. | |
| | 586 | 8,847,740 | 09-30-2014 | Kiani et al. | |
| | 587 | 8,849,365 | 09-30-2014 | Smith et al. | |
| | 588 | 8,852,094 | 10-07-2014 | Al-Ali et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 22 OF 60 | Attorney Docket No. | MASCER.002C20 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **589** | 8,852,994 | 10-07-2014 | Wojtczuk et al. | |
| | **590** | 8,868,147 | 10-21-2014 | Stippick et al. | |
| | **591** | 8,868,150 | 10-21-2014 | Al-Ali et al. | |
| | **592** | 8,870,792 | 10-28-2014 | Al-Ali et al. | |
| | **593** | 8,886,271 | 11-11-2014 | Kiani et al. | |
| | **594** | 8,888,539 | 11-18-2014 | Al-Ali et al. | |
| | **595** | 8,888,708 | 11-18-2014 | Diab et al. | |
| | **596** | 8,892,180 | 11-18-2014 | Weber et al. | |
| | **597** | 8,897,847 | 11-25-2014 | Al-Ali | |
| | **598** | 8,909,310 | 12-09-2014 | Lamego et al. | |
| | **599** | 8,911,377 | 12-16-2014 | Al-Ali | |
| | **600** | 8,912,909 | 12-16-2014 | Al-Ali et al. | |
| | **601** | 8,920,317 | 12-30-2014 | Al-Ali et al. | |
| | **602** | 8,920,332 | 12-30-2014 | Hong et al. | |
| | **603** | 8,921,699 | 12-30-2014 | Al-Ali et al | |
| | **604** | 8,922,382 | 12-30-2014 | Al-Ali et al. | |
| | **605** | 8,929,964 | 01-06-2015 | Al-Ali et al. | |
| | **606** | 8,942,777 | 01-27-2015 | Diab et al. | |
| | **607** | 8,948,834 | 02-03-2015 | Diab et al. | |
| | **608** | 8,948,835 | 02-03-2015 | Diab | |
| | **609** | 8,965,471 | 02-24-2015 | Lamego | |
| | **610** | 8,983,564 | 03-17-2015 | Al-Ali | |
| | **611** | 8,989,831 | 03-24-2015 | Al-Ali et al. | |
| | **612** | 8,996,085 | 03-31-2015 | Kiani et al. | |
| | **613** | 8,998,809 | 04-07-2015 | Kiani | |
| | **614** | 9,028,429 | 05-12-2015 | Telfort et al. | |
| | **615** | 9,037,207 | 05-19-2015 | Al-Ali et al. | |
| | **616** | 9,060,721 | 06-23-2015 | Reichgott et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 23 OF 60 | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 617 | 9,066,666 | 06-30-2015 | Kiani | |
| | 618 | 9,066,680 | 06-30-2015 | Al-Ali et al. | |
| | 619 | 9,072,437 | 07-07-2015 | Paalasmaa | |
| | 620 | 9,072,474 | 07-07-2015 | Al-Ali et al. | |
| | 621 | 9,078,560 | 07-14-2015 | Schurman et al. | |
| | 622 | 9,081,889 | 07-14-2015 | Ingrassia, Jr. et al. | |
| | 623 | 9,084,569 | 07-21-2015 | Weber et al. | |
| | 624 | 9,095,316 | 08-04-2015 | Welch et al. | |
| | 625 | 9,106,038 | 08-11-2015 | Telfort et al. | |
| | 626 | 9,107,625 | 08-18-2015 | Telfort et al. | |
| | 627 | 9,107,626 | 08-18-2015 | Al-Ali et al. | |
| | 628 | 9,113,831 | 08-25-2015 | Al-Ali | |
| | 629 | 9,113,832 | 08-25-2015 | Al-Ali | |
| | 630 | 9,119,595 | 09-01-2015 | Lamego | |
| | 631 | 9,131,881 | 09-15-2015 | Diab et al. | |
| | 632 | 9,131,882 | 09-15-2015 | Al-Ali et al. | |
| | 633 | 9,131,883 | 09-15-2015 | Al-Ali | |
| | 634 | 9,131,917 | 09-15-2015 | Telfort et al. | |
| | 635 | 9,138,180 | 09-22-2015 | Coverston et al. | |
| | 636 | 9,138,182 | 09-22-2015 | Al-Ali et al. | |
| | 637 | 9,138,192 | 09-22-2015 | Weber et al. | |
| | 638 | 9,142,117 | 09-22-2015 | Muhsin et al. | |
| | 639 | 9,153,112 | 10-06-2015 | Kiani et al. | |
| | 640 | 9,153,121 | 10-06-2015 | Kiani et al. | |
| | 641 | 9,161,696 | 10-20-2015 | Al-Ali et al. | |
| | 642 | 9,161,713 | 10-20-2015 | Al-Ali et al. | |
| | 643 | 9,167,995 | 10-27-2015 | Lamego et al. | |
| | 644 | 9,176,141 | 11-03-2015 | Al-Ali et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| | |
|---|---|
| Application No. | 16/829536 |
| Filing Date | March 25, 2020 |
| First Named Inventor | Jeroen Poeze |
| Art Unit | 3791 |
| Examiner | Unassigned |
| Attorney Docket No. | MASCER.002C20 |

*(Multiple sheets used when necessary)*

SHEET 24 OF 60

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 645 | 9,186,102 | 11-17-2015 | Bruinsma et al. | |
| | 646 | 9,192,312 | 11-24-2015 | Al-Ali | |
| | 647 | 9,192,329 | 11-24-2015 | Al-Ali | |
| | 648 | 9,192,351 | 11-24-2015 | Telfort et al. | |
| | 649 | 9,195,385 | 11-24-2015 | Al-Ali et al. | |
| | 650 | 9,210,566 | 12-08-2015 | Ziemianska et al. | |
| | 651 | 9,211,072 | 12-15-2015 | Kiani | |
| | 652 | 9,211,095 | 12-15-2015 | Al-Ali | |
| | 653 | 9,218,454 | 12-22-2015 | Kiani et al. | |
| | 654 | 9,226,696 | 01-05-2016 | Kiani | |
| | 655 | 9,241,662 | 01-26-2016 | Al-Ali et al. | |
| | 656 | 9,245,668 | 01-26-2016 | Vo et al. | |
| | 657 | 9,259,185 | 02-16-2016 | Abdul-Hafiz et al. | |
| | 658 | 9,267,572 | 02-23-2016 | Barker et al. | |
| | 659 | 9,277,880 | 03-08-2016 | Poeze et al. | |
| | 660 | 9,289,167 | 03-22-2016 | Diab et al. | |
| | 661 | 9,295,421 | 03-29-2016 | Kiani et al. | |
| | 662 | 9,307,928 | 04-12-2016 | Al-Ali et al. | |
| | 663 | 9,311,382 | 04-12-2016 | Varoglu et al. | |
| | 664 | 9,323,894 | 04-26-2016 | Kiani | |
| | 665 | 9,326,712 | 05-03-2016 | Kiani | |
| | 666 | 9,333,316 | 05-10-2016 | Kiani | |
| | 667 | 9,339,220 | 05-17-2016 | Lamego et al. | |
| | 668 | 9,339,236 | 05-17-2016 | Frix et al. | |
| | 669 | 9,341,565 | 05-17-2016 | Lamego et al. | |
| | 670 | 9,351,673 | 05-31-2016 | Diab et al. | |
| | 671 | 9,351,675 | 05-31-2016 | Al-Ali et al. | |
| | 672 | 9,357,665 | 05-31-2016 | Myers et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 25 OF 60 | Attorney Docket No. | MASCER.002C20 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:   1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 673 | 9,364,181 | 06-14-2016 | Kiani et al. | |
| | 674 | 9,368,671 | 06-14-2016 | Wojtczuk et al. | |
| | 675 | 9,370,325 | 06-21-2016 | Al-Ali et al. | |
| | 676 | 9,370,326 | 06-21-2016 | McHale et al. | |
| | 677 | 9,370,335 | 06-21-2016 | Al-ali et al. | |
| | 678 | 9,375,185 | 06-28-2016 | Ali et al. | |
| | 679 | 9,386,953 | 07-12-2016 | Al-Ali | |
| | 680 | 9,386,961 | 07-12-2016 | Al-Ali et al. | |
| | 681 | 9,392,945 | 07-19-2016 | Al-Ali et al. | |
| | 682 | 9,397,448 | 07-19-2016 | Al-Ali et al. | |
| | 683 | 9,408,542 | 08-09-2016 | Kinast et al. | |
| | 684 | 9,436,645 | 09-06-2016 | Al-Ali et al. | |
| | 685 | 9,445,759 | 09-20-2016 | Lamego et al. | |
| | 686 | 9,466,919 | 10-11-2016 | Kiani et al. | |
| | 687 | 9,474,474 | 10-25-2016 | Lamego et al. | |
| | 688 | 9,480,422 | 11-01-2016 | Al-Ali | |
| | 689 | 9,480,435 | 11-01-2016 | Olsen | |
| | 690 | 9,489,081 | 11-08-2016 | Anzures et al. | |
| | 691 | 9,492,110 | 11-15-2016 | Al-Ali et al. | |
| | 692 | 9,497,534 | 11-15-2016 | Prest et al. | |
| | 693 | 9,510,779 | 12-06-2016 | Poeze et al. | |
| | 694 | 9,517,024 | 12-13-2016 | Kiani et al. | |
| | 695 | 9,526,430 | 12-27-2016 | Srinivas et al. | |
| | 696 | 9,532,722 | 01-03-2017 | Lamego et al. | |
| | 697 | 9,538,949 | 01-10-2017 | Al-Ali et al. | |
| | 698 | 9,538,980 | 01-10-2017 | Telfort et al. | |
| | 699 | 9,549,696 | 01-24-2017 | Lamego et al. | |
| | 700 | 9,553,625 | 01-24-2017 | Hatanaka et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 16/829536 |
|---|---|---|
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 26 OF 60 | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 701 | 9,554,737 | 01-31-2017 | Schurman et al. | |
| | 702 | 9,560,996 | 02-07-2017 | Kiani | |
| | 703 | 9,560,998 | 02-07-2017 | Al-Ali et al. | |
| | 704 | 9,566,019 | 02-14-2017 | Al-Ali et al. | |
| | 705 | 9,579,039 | 02-28-2017 | Jansen et al. | |
| | 706 | 9,591,975 | 03-14-2017 | Dalvi et al. | |
| | 707 | 9,593,969 | 03-14-2017 | King | |
| | 708 | 9,622,692 | 04-18-2017 | Lamego et al. | |
| | 709 | 9,622,693 | 04-18-2017 | Diab | |
| | 710 | 9,636,055 | 05-02-2017 | Al-Ali et al. | |
| | 711 | 9,636,056 | 05-02-2017 | Al-Ali | |
| | 712 | 9,649,054 | 05-16-2017 | Lamego et al. | |
| | 713 | 9,651,405 | 05-16-2017 | Gowreesunker et al. | |
| | 714 | 9,662,052 | 05-30-2017 | Al-Ali et al. | |
| | 715 | 9,668,676 | 06-06-2017 | Culbert | |
| | 716 | 9,668,679 | 06-06-2017 | Schurman et al | |
| | 717 | 9,668,680 | 06-06-2017 | Bruinsma et al. | |
| | 718 | 9,668,703 | 06-06-2017 | Al-Ali | |
| | 719 | 9,675,286 | 06-13-2017 | Diab | |
| | 720 | 9,681,812 | 06-20-2017 | Presura | |
| | 721 | 9,684,900 | 06-20-2017 | Motoki et al. | |
| | 722 | 9,687,160 | 06-27-2017 | Kiani | |
| | 723 | 9,693,719 | 07-04-2017 | Al-Ali et al. | |
| | 724 | 9,693,737 | 07-04-2017 | Al-Ali | |
| | 725 | 9,697,928 | 07-04-2017 | Al-Ali et al. | |
| | 726 | 9,699,546 | 07-04-2017 | Qian et al. | |
| | 727 | 9,700,249 | 07-11-2017 | Johnson et al. | |
| | 728 | 9,716,937 | 07-25-2017 | Qian et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

***Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | Application No. | 16/829536 |
|---|---|---|---|---|
| | | | Filing Date | March 25, 2020 |
| | | | First Named Inventor | Jeroen Poeze |
| | | | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | | | Examiner | Unassigned |
| SHEET 27 OF 60 | | | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 729 | 9,717,425 | 08-01-2017 | Kiani et al. | |
| | 730 | 9,717,448 | 08-01-2017 | Frix et al. | |
| | 731 | 9,717,458 | 08-01-2017 | Lamego et al. | |
| | 732 | 9,723,997 | 08-08-2017 | Lamego | |
| | 733 | 9,724,016 | 08-08-2017 | Al-Ali et al. | |
| | 734 | 9,724,024 | 08-08-2017 | Al-Ali | |
| | 735 | 9,724,025 | 08-08-2017 | Kiani et al. | |
| | 736 | 9,730,640 | 08-15-2017 | Diab et al. | |
| | 737 | 9,743,887 | 08-29-2017 | Al-Ali et al. | |
| | 738 | 9,749,232 | 08-29-2017 | Sampath et al. | |
| | 739 | 9,750,442 | 09-05-2017 | Olsen | |
| | 740 | 9,750,443 | 09-05-2017 | Smith et al. | |
| | 741 | 9,750,461 | 09-05-2017 | Telfort | |
| | 742 | 9,752,925 | 09-05-2017 | Chu et al. | |
| | 743 | 9,775,545 | 10-03-2017 | Al-Ali et al. | |
| | 744 | 9,775,546 | 10-03-2017 | Diab et al. | |
| | 745 | 9,775,570 | 10-03-2017 | Al-Ali | |
| | 746 | 9,778,079 | 10-03-2017 | Al-Ali et al. | |
| | 747 | 9,781,984 | 10-10-2017 | Baranski et al. | |
| | 748 | 9,782,077 | 10-10-2017 | Lamego et al. | |
| | 749 | 9,782,110 | 10-10-2017 | Kiani | |
| | 750 | 9,787,568 | 10-10-2017 | Lamego et al. | |
| | 751 | 9,788,735 | 10-17-2017 | Al-Ali | |
| | 752 | 9,788,768 | 10-17-2017 | Al-Ali et al. | |
| | 753 | 9,795,300 | 10-24-2017 | Al-Ali | |
| | 754 | 9,795,310 | 10-24-2017 | Al-Ali | |
| | 755 | 9,795,358 | 10-24-2017 | Telfort et al. | |
| | 756 | 9,795,739 | 10-24-2017 | Al-Ali et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 28 OF 60 | Attorney Docket No. | MASCER.002C20 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **757** | 9,801,556 | 10-31-2017 | Kiani | |
| | **758** | 9,801,588 | 10-31-2017 | Weber et al. | |
| | **759** | 9,808,188 | 11-07-2017 | Perea et al. | |
| | **760** | 9,814,418 | 11-14-2017 | Weber et al. | |
| | **761** | 9,820,691 | 11-21-2017 | Kiani | |
| | **762** | 9,833,152 | 12-05-2017 | Kiani et al. | |
| | **763** | 9,833,180 | 12-05-2017 | Shakespeare et al. | |
| | **764** | 9,838,775 | 12-05-2017 | Qian et al. | |
| | **765** | 9,839,373 | 12-12-2017 | Al-Ali et al. | |
| | **766** | 9,839,381 | 12-12-2017 | Weber et al. | |
| | **767** | 9,847,002 | 12-19-2017 | Kiani et al. | |
| | **768** | 9,847,749 | 12-19-2017 | Kiani et al. | |
| | **769** | 9,848,800 | 12-26-2017 | Lee et al. | |
| | **770** | 9,848,806 | 12-26-2017 | Al-Ali et al. | |
| | **771** | 9,848,807 | 12-26-2017 | Lamego | |
| | **772** | 9,848,823 | 12-26-2017 | Raghuram et al. | |
| | **773** | 9,861,298 | 01-09-2018 | Eckerbom et al. | |
| | **774** | 9,861,304 | 01-09-2018 | Al-Ali et al. | |
| | **775** | 9,861,305 | 01-09-2018 | Weber et al. | |
| | **776** | 9,866,671 | 01-09-2018 | Thompson et al. | |
| | **777** | 9,867,575 | 01-16-2018 | Maani et al. | |
| | **778** | 9,867,578 | 01-16-2018 | Al-Ali et al. | |
| | **779** | 9,872,623 | 01-23-2018 | Al-Ali | |
| | **780** | 9,876,320 | 01-23-2018 | Coverston et al. | |
| | **781** | 9,877,650 | 01-30-2018 | Muhsin et al. | |
| | **782** | 9,877,686 | 01-30-2018 | Al-Ali et al. | |
| | **783** | 9,891,079 | 02-13-2018 | Dalvi | |
| | **784** | 9,891,590 | 02-13-2018 | Shim et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | | | |
|---|---|---|---|---|---|
| Application No. | 16/829536 |
| Filing Date | March 25, 2020 |
| First Named Inventor | Jeroen Poeze |
| Art Unit | 3791 |

| (Multiple sheets used when necessary) | Examiner | Unassigned |
|---|---|---|
| SHEET 29 OF 60 | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **785** | 9,895,107 | 02-20-2018 | Al-Ali et al. | |
| | **786** | 9,898,049 | 02-20-2018 | Myers et al. | |
| | **787** | 9,913,617 | 03-13-2018 | Al-Ali et al. | |
| | **788** | 9,918,646 | 03-20-2018 | Singh Alvarado et al. | |
| | **789** | 9,924,893 | 03-27-2018 | Schurman et al. | |
| | **790** | 9,924,897 | 03-27-2018 | Abdul-Hafiz | |
| | **791** | 9,936,917 | 04-10-2018 | Poeze et al. | |
| | **792** | 9,943,269 | 04-17-2018 | Muhsin et al. | |
| | **793** | 9,949,676 | 04-24-2018 | Al-Ali | |
| | **794** | 9,952,095 | 04-24-2018 | Hotelling et al. | |
| | **795** | 9,955,937 | 05-01-2018 | Telfort | |
| | **796** | 9,965,946 | 05-08-2018 | Al-Ali | |
| | **797** | 9,980,667 | 05-29-2018 | Kiani et al. | |
| | **798** | 9,986,919 | 06-05-2018 | Lamego et al. | |
| | **799** | 9,986,952 | 06-05-2018 | Dalvi et al. | |
| | **800** | 9,989,560 | 06-05-2018 | Poeze et al. | |
| | **801** | 9,993,207 | 06-12-2018 | Al-Ali et al. | |
| | **802** | 10,007,758 | 06-26-2018 | Al-Ali et al. | |
| | **803** | 10,010,276 | 07-03-2018 | Al-Ali et al. | |
| | **804** | 10,032,002 | 07-24-2018 | Kiani et al. | |
| | **805** | 10,039,080 | 07-31-2018 | Miller et al. | |
| | **806** | 10,039,491 | 08-07-2018 | Thompson et al. | |
| | **807** | 10,039,482 | 08-07-2018 | Al-Ali et al. | |
| | **808** | 10,052,037 | 08-21-2018 | Kinast et al. | |
| | **809** | 10,055,121 | 08-21-2018 | Chaudhri et al. | |
| | **810** | 10,058,275 | 08-28-2018 | Al-Ali et al. | |
| | **811** | 10,064,562 | 09-04-2018 | Al-Ali | |
| | **812** | 10,066,970 | 09-04-2018 | Gowreesunker et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 16/829536 |
|---|---|---|
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 30 OF 60 | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 813 | 10,076,257 | 09-18-2018 | Lin et al. | |
| | 814 | 10,078,052 | 09-18-2018 | Ness et al. | |
| | 815 | 10,086,138 | 10-02-2018 | Novak, Jr. | |
| | 816 | 10,092,200 | 10-09-2018 | Al-Ali et al. | |
| | 817 | 10,092,244 | 10-09-2018 | Chuang et al. | |
| | 818 | 10,092,249 | 10-09-2018 | Kiani et al. | |
| | 819 | 10,098,550 | 10-16-2018 | Al-Ali et al. | |
| | 820 | 10,098,591 | 10-16-2018 | Al-Ali et al. | |
| | 821 | 10,098,610 | 10-16-2018 | Al-Ali et al. | |
| | 822 | 10,117,587 | 11-06-2018 | Han | |
| | 823 | 10,123,726 | 11-13-2018 | Al-Ali et al. | |
| | 824 | 10,130,289 | 11-20-2018 | Al-Ali et al. | |
| | 825 | 10,130,291 | 11-20-2018 | Schurman et al. | |
| | 826 | 10,149,616 | 12-11-2018 | Al-Ali et al. | |
| | 827 | 10,154,815 | 12-18-2018 | Al-Ali et al. | |
| | 828 | 10,159,412 | 12-25-2018 | Lamego et al. | |
| | 829 | 10,165,954 | 01-01-2019 | Lee | |
| | 830 | 10,188,296 | 01-29-2019 | Al-Ali et al. | |
| | 831 | 10,188,331 | 01-29-2019 | Al-Ali et al. | |
| | 832 | 10,188,348 | 01-29-2019 | Kiani et al. | |
| | 833 | 10,194,847 | 02-05-2019 | Al-Ali | |
| | 834 | 10,194,848 | 02-05-2019 | Kiani et al. | |
| | 835 | 10,201,286 | 02-12-2019 | Waydo | |
| | 836 | 10,201,298 | 02-12-2019 | Al-Ali et al. | |
| | 837 | 10,205,272 | 02-12-2019 | Kiani et al. | |
| | 838 | 10,205,291 | 02-12-2019 | Scruggs et al. | |
| | 839 | 10,213,108 | 02-26-2019 | Al-Ali | |
| | 840 | 10,215,698 | 02-26-2019 | Han et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | |
|---|---|---|---|
| | Application No. | 16/829536 | |
| | Filing Date | March 25, 2020 | |
| | First Named Inventor | Jeroen Poeze | |
| | Art Unit | 3791 | |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned | |
| SHEET 31 OF 60 | Attorney Docket No. | MASCER.002C20 | |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:   1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 841 | 10,219,706 | 03-05-2019 | Al-Ali | |
| | 842 | 10,219,746 | 03-05-2019 | McHale et al. | |
| | 843 | 10,219,754 | 03-05-2019 | Lamego | |
| | 844 | 10,226,187 | 03-12-2019 | Al-Ali et al | |
| | 845 | 10,226,576 | 03-12-2019 | Kiani | |
| | 846 | 10,231,657 | 03-19-2019 | Al-Ali et al | |
| | 847 | 10,231,670 | 03-19-2019 | Blank et al. | |
| | 848 | 10,231,676 | 03-19-2019 | Al-Ali et al | |
| | 849 | 10,247,670 | 04-02-2019 | Ness et al. | |
| | 850 | 10,251,585 | 04-09-2019 | Al-Ali et al. | |
| | 851 | 10,251,586 | 04-09-2019 | Lamego | |
| | 852 | 10,255,994 | 04-09-2019 | Sampath et al. | |
| | 853 | 10,258,265 | 04-16-2019 | Poeze et al. | |
| | 854 | 10,258,266 | 04-16-2019 | Poeze et al. | |
| | 855 | 10,265,024 | 04-23-2019 | Lee et al. | |
| | 856 | 10,271,748 | 04-30-2019 | Al-Ali | |
| | 857 | 10,278,626 | 05-07-2019 | Schurman et al. | |
| | 858 | 10,278,648 | 05-07-2019 | Al-Ali et al. | |
| | 859 | 10,279,247 | 05-07-2019 | Kiani | |
| | 860 | 10,285,626 | 05-14-2019 | Kestelli et al. | |
| | 861 | 10,292,628 | 05-21-2019 | Poeze et al. | |
| | 862 | 10,292,657 | 05-21-2019 | Abdul-Hafiz et al. | |
| | 863 | 10,292,664 | 05-21-2019 | Al-Ali | |
| | 864 | 10,299,708 | 05-28-2019 | Poeze et al. | |
| | 865 | 10,299,709 | 05-28-2019 | Perea et al. | |
| | 866 | 10,305,775 | 05-28-2019 | Lamego et al. | |
| | 867 | 10,307,111 | 06-04-2019 | Muhsin et al. | |
| | 868 | 10,325,681 | 06-18-2019 | Sampath et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 32 OF 60 | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:   1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 869 | 10,327,337 | 06-18-2019 | Triman et al. | |
| | 870 | 10,327,713 | 06-25-2019 | Barker et al. | |
| | 871 | 10,332,630 | 06-25-2019 | Al-Ali | |
| | 872 | 10,335,033 | 07-02-2019 | Al-Ali | |
| | 873 | 10,335,068 | 07-02-2019 | Poeze et al. | |
| | 874 | 10,335,072 | 07-02-2019 | Al-Ali et al. | |
| | 875 | 10,342,470 | 07-09-2019 | Al-Ali et al. | |
| | 876 | 10,342,487 | 07-09-2019 | Al-Ali et al. | |
| | 877 | 10,342,497 | 07-09-2019 | Al-Ali et al. | |
| | 878 | 10,349,895 | 07-16-2019 | Telfort et al. | |
| | 879 | 10,349,898 | 07-16-2019 | Al-Ali et al. | |
| | 880 | 10,354,504 | 07-16-2019 | Kiani et al. | |
| | 881 | 10,357,206 | 07-23-2019 | Weber et al. | |
| | 882 | 10,357,209 | 07-23-2019 | Al-Ali | |
| | 883 | 10,366,787 | 07-30-2019 | Sampath et al. | |
| | 884 | 10,368,787 | 08-06-2019 | Reichgott et al. | |
| | 885 | 10,376,190 | 08-13-2019 | Poeze et al. | |
| | 886 | 10,376,191 | 08-13-2019 | Poeze et al. | |
| | 887 | 10,383,520 | 08-20-2019 | Wojtczuk et al. | |
| | 888 | 10,383,527 | 08-20-2019 | Al-Ali | |
| | 889 | 10,388,120 | 08-20-2019 | Muhsin et al. | |
| | 890 | 10,390,716 | 08-27-2019 | Shimuta | |
| | 891 | 10,398,320 | 09-03-2019 | Kiani et al. | |
| | 892 | 10,398,383 | 09-03-2019 | van Dinther et al. | |
| | 893 | 10,405,804 | 09-10-2019 | Al-Ali | |
| | 894 | 10,406,445 | 09-10-2019 | Vock et al. | |
| | 895 | 10,413,666 | 09-17-2019 | Al-Ali et al. | |
| | 896 | 10,416,079 | 09-17-2019 | Magnussen et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| | | |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 33 OF 60 | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:   1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 897 | 10,420,493 | 09-24-2019 | Al-Ali et al. | |
| | 898 | 10,433,776 | 10-08-2019 | Al-Ali | |
| | 899 | 10,441,181 | 10-15-2019 | Telfort et al. | |
| | 900 | 10,448,844 | 10-22-2019 | Al-Ali et al. | |
| | 901 | 10,448,871 | 10-22-2019 | Al-Ali | |
| | 902 | 10,456,038 | 10-29-2019 | Lamego et al. | |
| | 903 | 10,463,284 | 11-05-2019 | Al-Ali et al. | |
| | 904 | 10,463,340 | 11-05-2019 | Telfort et al. | |
| | 905 | 10,470,695 | 11-12-2019 | Al-Ali | |
| | 906 | 10,471,159 | 11-12-2019 | Lapotko et al. | |
| | 907 | 10,478,107 | 11-19-2019 | Kiani et al. | |
| | 908 | 10,503,379 | 12-10-2019 | Al-Ali et al. | |
| | 909 | 10,505,311 | 12-10-2019 | Al-Ali et al. | |
| | 910 | 10,512,436 | 12-24-2019 | Muhsin et al. | |
| | 911 | 10,524,706 | 01-07-2020 | Telfort et al. | |
| | 912 | 10,524,738 | 01-07-2020 | Olsen | |
| | 913 | 10,531,811 | 01-14-2020 | Al-Ali et al. | |
| | 914 | 10,531,819 | 01-14-2020 | Diab et al. | |
| | 915 | 10,531,835 | 01-14-2020 | Al-Ali et al. | |
| | 916 | 10,532,174 | 01-14-2020 | Al-Ali | |
| | 917 | 10,537,285 | 01-21-2020 | Sherim et al. | |
| | 918 | 10,542,903 | 01-28-2020 | Al-Ali et al. | |
| | 919 | 10,548,561 | 02-04-2020 | Telfort et al. | |
| | 920 | 10,555,678 | 02-11-2020 | Dalvi et al. | |
| | 921 | 10,568,514 | 02-25-2020 | Wojtczuk et al. | |
| | 922 | 10,568,553 | 02-25-2020 | O'Neil et al. | |
| | 923 | 10,575,779 | 03-03-2020 | Poeze et al. | |
| | 924 | 10,582,886 | 03-10-2020 | Poeze et al. | |

| | | |
|---|---|---|
| Examiner Signature | | Date Considered |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| | | |
|---|---|---|
| Application No. | 16/829536 | |
| Filing Date | March 25, 2020 | |
| First Named Inventor | Jeroen Poeze | |
| Art Unit | 3791 | |
| Examiner | Unassigned | |
| Attorney Docket No. | MASCER.002C20 | |

*(Multiple sheets used when necessary)*

SHEET 34 OF 60

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 925 | 10,588,518 | 03-17-2020 | Kiani | |
| | 926 | 10,588,553 | 03-17-2020 | Poeze et al. | |
| | 927 | 10,588,554 | 03-17-2020 | Poeze et al. | |
| | 928 | 10,588,556 | 03-17-2020 | Kiani et al. | |
| | 929 | 10,595,747 | 03-24-2020 | Al-Ali et al. | |
| | 930 | 10,608,817 | 03-31-2020 | Haider et al. | |
| | 931 | 10,610,138 | 04-07-2020 | Poeze et al. | |
| | 932 | 2002/0045836 | 04-18-2002 | Alkawwas | |
| | 933 | 2002/0099279 | 07-25-2002 | Pfeiffer et al. | |
| | 934 | 2002/0111546 | 08-15-2002 | Cook et al. | |
| | 935 | 2003/0036690 | 02-20-2003 | Geddes et al. | |
| | 936 | 2003/0158501 | 08-21-2003 | Uchida et al. | |
| | 937 | 2004/0054290 | 03-18-2004 | Chance | |
| | 938 | 2004/0114783 | 06-17-2004 | Spycher et al. | |
| | 939 | 2004/0133081 | 07-08-2004 | Teller et al. | |
| | 940 | 2005/0020927 | 01-27-2005 | Blondeau et al. | |
| | 941 | 2005/0054940 | 03-10-2005 | Almen | |
| | 942 | 2005/0116820 | 06-02-2005 | Goldreich | |
| | 943 | 2005/0192490 | 09-01-2005 | Yamamoto et al. | |
| | 944 | 2006/0005944 | 01-12-2006 | Wang et al. | |
| | 945 | 2006/0009607 | 01-12-2006 | Lutz et al. | |
| | 946 | 2006/0020180 | 01-26-2006 | Al-Ali | |
| | 947 | 2006/0025659 | 02-02-2006 | Kiguchi et al. | |
| | 948 | 2006/0161054 | 07-20-2006 | Reuss et al. | |
| | 949 | 2006/0182659 | 08-17-2006 | Unlu et al. | |
| | 950 | 2006/0253010 | 11-09-2006 | Brady et al. | |
| | 951 | 2006/0258928 | 11-16-2006 | Ortner et al. | |
| | 952 | 2007/0073117 | 03-29-2007 | Raridan | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| (Multiple sheets used when necessary) | Examiner | Unassigned |
| SHEET 35 OF 60 | Attorney Docket No. | MASCER.002C20 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 953 | 2007/0106172 | 05-10-2007 | Abreu | |
| | 954 | 2007/0149864 | 06-28-2007 | Laakkonen | |
| | 955 | 2007/0208395 | 09-06-2007 | Leclerc et al. | |
| | 956 | 2007/0238955 | 10-11-2007 | Tearney et al. | |
| | 957 | 2007/0249916 | 10-25-2007 | Pesach et al. | |
| | 958 | 2007/0260130 | 11-08-2007 | Chin | |
| | 959 | 2007/0293792 | 12-20-2007 | Sliwa et al. | |
| | 960 | 2008/0004513 | 01-03-2008 | Walker et al. | |
| | 961 | 2008/0015424 | 01-17-2008 | Bernreuter | |
| | 962 | 2008/0076980 | 03-27-2008 | Hoarau | |
| | 963 | 2008/0081966 | 04-03-2008 | Debreczeny | |
| | 964 | 2008/0130232 | 06-05-2008 | Yamamoto | |
| | 965 | 2008/0139908 | 06-12-2008 | Kurth | |
| | 966 | 2008/0190436 | 08-14-2008 | Jaffe et al. | |
| | 967 | 2008/0221426 | 09-11-2008 | Baker et al. | |
| | 968 | 2008/0221463 | 09-11-2008 | Baker | |
| | 969 | 2009/0030327 | 01-29-2009 | Chance, Britton | |
| | 970 | 2009/0043180 | 02-12-2009 | Tschautscher et al. | |
| | 971 | 2009/0129102 | 05-21-2009 | Xiao et al. | |
| | 972 | 2009/0163775 | 06-25-2009 | Barrett et al. | |
| | 973 | 2009/0177097 | 07-09-2009 | Ma et al. | |
| | 974 | 2009/0187085 | 07-23-2009 | Pav | |
| | 975 | 2009/0234206 | 09-17-2009 | Gaspard et al. | |
| | 976 | 2009/0247885 | 10-01-2009 | Suzuki et al. | |
| | 977 | 2009/0247984 | 10-01-2009 | Lamego et al. | |
| | 978 | 2009/0259114 | 10-15-2009 | Johnson et al. | |
| | 979 | 2009/0270699 | 10-29-2009 | Scholler et al. | |
| | 980 | 2009/0275813 | 11-05-2009 | Davis | |

| Examiner Signature | Date Considered |
|---|---|
| | |

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 36 OF 60 | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 981 | 2009/0275844 | 11-05-2009 | Al-Ali | |
| | 982 | 2009/0306487 | 12-10-2009 | Crowe et al. | |
| | 983 | 2010/0004518 | 01-07-2010 | Vo et al. | |
| | 984 | 2010/0030040 | 02-04-2010 | Poeze et al. | |
| | 985 | 2010/0030043 | 02-04-2010 | Kuhn | |
| | 986 | 2010/0113948 | 05-06-2010 | Yang et al. | |
| | 987 | 2010/0130841 | 05-27-2010 | Ozawa et al. | |
| | 988 | 2010/0210925 | 08-19-2010 | Holley et al. | |
| | 989 | 2010/0305416 | 12-02-2010 | Bedard et al. | |
| | 990 | 2011/0001605 | 01-06-2011 | Kiani et al. | |
| | 991 | 2011/0004079 | 01-06-2011 | Al-Ali et al. | |
| | 992 | 2011/0004106 | 01-06-2011 | Iwamiya et al. | |
| | 993 | 2011/0082711 | 04-07-2011 | Poeze et al. | |
| | 994 | 2011/0085721 | 04-14-2011 | Guyon et al. | |
| | 995 | 2011/0105854 | 05-05-2011 | Kiani et al. | |
| | 996 | 2011/0105865 | 05-05-2011 | Yu et al. | |
| | 997 | 2012/0165629 | 06-28-2012 | Merritt et al. | |
| | 998 | 2011/0208015 | 08-25-2011 | Welch et al. | |
| | 999 | 2011/0213212 | 09-01-2011 | Al-Ali | |
| | 1000 | 2011/0230733 | 09-22-2011 | Al-Ali | |
| | 1001 | 2011/0237911 | 09-29-2011 | Lamego et al. | |
| | 1002 | 2011/0245697 | 10-06-2011 | Miettinen | |
| | 1003 | 2012/0059267 | 03-08-2012 | Lamego et al. | |
| | 1004 | 2012/0150052 | 06-04-2012 | Buchheim et al. | |
| | 1005 | 2012/0179006 | 07-12-2012 | Jansen et al. | |
| | 1006 | 2012/0197093 | 08-02-2012 | LeBoeuf et al. | |
| | 1007 | 2012/0197137 | 08-02-2012 | Jeanne et al. | |
| | 1008 | 2012/0209084 | 08-16-2012 | Olsen et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 37 OF 60 | Attorney Docket No. | MASCER.002C20 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:   1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **1009** | 2012/0227739 | 09-13-2012 | Kiani | |
| | **1010** | 2012/0283524 | 11-08-2012 | Kiani et al. | |
| | **1011** | 2012/0296178 | 11-22-2012 | Lamego et al. | |
| | **1012** | 2012/0319816 | 12-20-2012 | Al-Ali | |
| | **1013** | 2012/0330112 | 12-27-2012 | Lamego et al. | |
| | **1014** | 2013/0018233 | 01-17-2013 | Cinbis et al. | |
| | **1015** | 2013/0023775 | 01-24-2013 | Lamego et al. | |
| | **1016** | 2013/0041591 | 02-14-2013 | Lamego | |
| | **1017** | 2013/0045685 | 02-21-2013 | Kiani | |
| | **1018** | 2013/0046204 | 02-21-2013 | Lamego et al. | |
| | **1019** | 2013/0060147 | 03-07-2013 | Welch et al. | |
| | **1020** | 2013/0085346 | 04-04-2013 | Lin et al. | |
| | **1021** | 2013/0096405 | 04-18-2013 | Garfio | |
| | **1022** | 2013/0096936 | 04-18-2013 | Sampath et al. | |
| | **1023** | 2013/0131474 | 05-23-2013 | Gu et al. | |
| | **1024** | 2013/0190581 | 07-25-2013 | Al-Ali et al. | |
| | **1025** | 2013/0197328 | 08-01-2013 | Diab et al. | |
| | **1026** | 2013/0204112 | 08-08-2013 | White et al. | |
| | **1027** | 2013/0211214 | 08-15-2013 | Olsen | |
| | **1028** | 2013/0243021 | 09-19-2013 | Siskavich | |
| | **1029** | 2013/0296672 | 11-07-2013 | O'Neil et al. | |
| | **1030** | 2013/0324808 | 12-05-2013 | Al-Ali et al. | |
| | **1031** | 2013/0331670 | 12-12-2013 | Kiani | |
| | **1032** | 2013/0338461 | 12-19-2013 | Lamego et al. | |
| | **1033** | 2014/0012100 | 01-09-2014 | Al-Ali et al. | |
| | **1034** | 2014/0034353 | 02-06-2014 | Al-Ali et al. | |
| | **1035** | 2014/0051953 | 02-20-2014 | Lamego et al. | |
| | **1036** | 2014/0051955 | 02-20-2014 | Tiao et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

Exhibit R
Page 297

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 38 OF 60 | Attorney Docket No. | MASCER.002C20 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **1037** | 2014/0058230 | 02-27-2014 | Abdul-Hafiz et al. | |
| | **1038** | 2014/0073887 | 03-13-2014 | Petersen et al. | |
| | **1039** | 2014/0073960 | 03-13-2014 | Rodriguez-Llorente et al. | |
| | **1040** | 2014/0077956 | 03-20-2014 | Sampath et al. | |
| | **1041** | 2014/0081100 | 03-20-2014 | Muhsin et al. | |
| | **1042** | 2014/0081175 | 03-20-2014 | Telfort | |
| | **1043** | 2014/0094667 | 04-03-2014 | Schurman et al. | |
| | **1044** | 2014/0100434 | 04-10-2014 | Diab et al. | |
| | **1045** | 2014/0107493 | 04-17-2014 | Yuen et al. | |
| | **1046** | 2014/0114199 | 04-24-2014 | Lamego et al. | |
| | **1047** | 2014/0120564 | 05-01-2014 | Workman et al. | |
| | **1048** | 2014/0121482 | 05-01-2014 | Merritt et al. | |
| | **1049** | 2014/0121483 | 05-01-2014 | Kiani | |
| | **1050** | 2014/0127137 | 05-08-2014 | Bellott et al. | |
| | **1051** | 2014/0129702 | 05-08-2014 | Lamego et al. | |
| | **1052** | 2014/0135588 | 05-15-2014 | Al-Ali et al. | |
| | **1053** | 2014/0142401 | 05-22-2014 | Al-Ali et al. | |
| | **1054** | 2014/0163344 | 06-12-2014 | Al-Ali | |
| | **1055** | 2014/0163402 | 06-12-2014 | Lamego et al. | |
| | **1056** | 2014/0166076 | 06-19-2014 | Kiani et al. | |
| | **1057** | 2014/0171146 | 06-19-2014 | Ma et al. | |
| | **1058** | 2014/0171763 | 06-19-2014 | Diab | |
| | **1059** | 2014/0180154 | 06-26-2014 | Sierra et al. | |
| | **1060** | 2014/0180160 | 06-26-2014 | Brown et al. | |
| | **1061** | 2014/0187973 | 07-03-2014 | Brown et al. | |
| | **1062** | 2014/0192177 | 07-10-2014 | Bartula et al. | |
| | **1063** | 2014/0194709 | 07-10-2014 | Al-Ali et al. | |
| | **1064** | 2014/0194711 | 07-10-2014 | Al-Ali | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 39 OF 60 | Attorney Docket No. | MASCER.002C20 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:  1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **1065** | 2014/0194766 | 07-10-2014 | Al-Ali et al. | |
| | **1066** | 2014/0206954 | 07-24-2014 | Yuen et al. | |
| | **1067** | 2014/0206963 | 07-24-2014 | Al-Ali | |
| | **1068** | 2014/0213864 | 07-31-2014 | Abdul-Hafiz et al. | |
| | **1069** | 2014/0221854 | 08-07-2014 | Wai | |
| | **1070** | 2014/0243627 | 08-28-2014 | Diab et al. | |
| | **1071** | 2014/0266790 | 09-18-2014 | Al-Ali et al. | |
| | **1072** | 2014/0275808 | 09-18-2014 | Poeze et al. | |
| | **1073** | 2014/0275871 | 09-18-2014 | Lamego et al. | |
| | **1074** | 2014/0275872 | 09-18-2014 | Merritt et al. | |
| | **1075** | 2014/0275881 | 09-18-2014 | Lamego et al. | |
| | **1076** | 2014/0276013 | 09-18-2014 | Muehlemann et al. | |
| | **1077** | 2014/0276116 | 09-18-2014 | Takahashi et al. | |
| | **1078** | 2014/0288400 | 09-25-2014 | Diab et al. | |
| | **1079** | 2014/0296664 | 10-27-2014 | Bruinsma et al. | |
| | **1080** | 2014/0303520 | 10-09-2014 | Telfort et al. | |
| | **1081** | 2014/0316217 | 10-23-2014 | Purdon et al. | |
| | **1082** | 2014/0316218 | 10-23-2014 | Purdon et al. | |
| | **1083** | 2014/0316228 | 10-23-2014 | Blank et al. | |
| | **1084** | 2014/0323825 | 10-30-2014 | Al-Ali et al. | |
| | **1085** | 2014/0323897 | 10-30-2014 | Brown et al. | |
| | **1086** | 2014/0323898 | 10-30-2014 | Purdon et al. | |
| | **1087** | 2014/0330098 | 11-06-2014 | Merritt et al. | |
| | **1088** | 2014/0330099 | 11-06-2014 | Al-Ali et al. | |
| | **1089** | 2014/0333440 | 11-13-2014 | Kiani | |
| | **1090** | 2014/0336481 | 11-13-2014 | Shakespeare et al. | |
| | **1091** | 2014/0343436 | 11-20-2014 | Kiani | |
| | **1092** | 2014/0357966 | 12-04-2014 | Al-Ali et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:**  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

Exhibit R
Page 299

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | |
|---|---|---|---|
| | Application No. | 16/829536 | |
| | Filing Date | March 25, 2020 | |
| | First Named Inventor | Jeroen Poeze | |
| | Art Unit | 3791 | |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned | |
| SHEET 40 OF 60 | Attorney Docket No. | MASCER.002C20 | |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **1093** | 2014/0361147 | 12-11-2014 | Fei | |
| | **1094** | 2014/0378844 | 12-25-2014 | Fei | |
| | **1095** | 2015/0005600 | 01-01-2015 | Blank et al. | |
| | **1096** | 2015/0011907 | 01-08-2015 | Purdon et al. | |
| | **1097** | 2015/0018650 | 01-15-2015 | Al-Ali et al. | |
| | **1098** | 2015/0032029 | 01-29-2015 | Al-Ali et al. | |
| | **1099** | 2015/0065889 | 03-05-2015 | Gandelman et al. | |
| | **1100** | 2015/0073235 | 03-12-2015 | Kateraas et al. | |
| | **1101** | 2015/0080754 | 03-19-2015 | Purdon et al. | |
| | **1102** | 2015/0087936 | 03-26-2015 | Al-Ali et al. | |
| | **1103** | 2015/0094546 | 04-02-2015 | Al-Ali | |
| | **1104** | 2015/0099950 | 04-09-2015 | Al-Ali et al. | |
| | **1105** | 2015/0101844 | 04-16-2015 | Al-Ali et al. | |
| | **1106** | 2015/0106121 | 04-16-2015 | Muhsin et al. | |
| | **1107** | 2015/0119725 | 04-30-2015 | Martin et al. | |
| | **1108** | 2015/0173671 | 06-25-2015 | Paalasmaa et al. | |
| | **1109** | 2015/0196249 | 07-16-2015 | Brown et al. | |
| | **1110** | 2015/0216459 | 08-06-2015 | Al-Ali et al. | |
| | **1111** | 2015/0255001 | 09-10-2015 | Haughav et al. | |
| | **1112** | 2015/0257689 | 09-17-2015 | Al-Ali et al. | |
| | **1113** | 2015/0281424 | 10-01-2015 | Vock et al. | |
| | **1114** | 2015/0318100 | 11-05-2015 | Rothkopf et al. | |
| | **1115** | 2015/0351697 | 11-05-2015 | Weber et al. | |
| | **1116** | 2015/0351704 | 12-20-2015 | Kiani et al. | |
| | **1117** | 2015/0366472 | 12-24-2015 | Kiani | |
| | **1118** | 2015/0366507 | 12-24-2015 | Blank | |
| | **1119** | 2015/0374298 | 12-31-2015 | Al-Ali et al. | |
| | **1120** | 2015/0380875 | 12-31-2015 | Coverston et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*****Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|

| Application No. | 16/829536 |
|---|---|
| Filing Date | March 25, 2020 |
| First Named Inventor | Jeroen Poeze |
| Art Unit | 3791 |
| Examiner | Unassigned |
| Attorney Docket No. | MASCER.002C20 |

*(Multiple sheets used when necessary)*

SHEET 41 OF 60

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **1121** | 2016/0000362 | 01-07-2016 | Diab et al. | |
| | **1122** | 2016/0007930 | 01-14-2016 | Weber et al. | |
| | **1123** | 2016/0019360 | 01-21-2016 | Pahwa et al. | |
| | **1124** | 2016/0022160 | 01-28-2016 | Pi et al. | |
| | **1125** | 2016/0023245 | 01-28-2016 | Zadesky et al. | |
| | **1126** | 2016/0029932 | 02-04-2016 | Al-Ali | |
| | **1127** | 2016/0029933 | 02-04-2016 | Al-Ali et al. | |
| | **1128** | 2016/0038045 | 02-11-2016 | Shapiro | |
| | **1129** | 2016/0041531 | 02-11-2016 | Mackie et al. | |
| | **1130** | 2016/0045118 | 02-18-2016 | Kiani | |
| | **1131** | 2016/0051157 | 02-25-2016 | Waydo | |
| | **1132** | 2016/0051158 | 02-25-2016 | Silva | |
| | **1133** | 2016/0051205 | 02-25-2016 | Al-Ali et al. | |
| | **1134** | 2016/0058302 | 03-03-2016 | Raghuram et al. | |
| | **1135** | 2016/0058309 | 03-03-2016 | Han | |
| | **1136** | 2016/0058310 | 03-03-2016 | Iijima | |
| | **1137** | 2016/0058312 | 03-03-2016 | Han et al. | |
| | **1138** | 2016/0058338 | 03-03-2016 | Schurman et al. | |
| | **1139** | 2016/0058356 | 03-03-2016 | Raghuram et al. | |
| | **1140** | 2016/0058370 | 03-03-2016 | Raghuram et al. | |
| | **1141** | 2016/0066823 | 03-10-2016 | Al-Ali et al. | |
| | **1142** | 2016/0066824 | 03-10-2016 | Al-Ali et al. | |
| | **1143** | 2016/0066879 | 03-10-2016 | Telfort et al. | |
| | **1144** | 2016/0071392 | 03-10-2016 | Hankey et al. | |
| | **1145** | 2016/0072429 | 03-10-2016 | Kiani et al. | |
| | **1146** | 2016/0073967 | 03-17-2016 | Lamego et al. | |
| | **1147** | 2016/0106367 | 04-21-2016 | Jorov et al. | |
| | **1148** | 2016/0113527 | 04-28-2016 | Al-Ali et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 42 OF 60 | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **1149** | 2016/0143548 | 05-26-2016 | Al-Ali | |
| | **1150** | 2016/0154950 | 06-02-2016 | Nakajima et al. | |
| | **1151** | 2016/0157780 | 06-09-2016 | Rimminen et al. | |
| | **1152** | 2016/0166210 | 06-16-2016 | Al-Ali | |
| | **1153** | 2016/0192869 | 07-07-2016 | Kiani et al. | |
| | **1154** | 2016/0196388 | 07-07-2016 | Lamego | |
| | **1155** | 2016/0197436 | 07-07-2016 | Barker et al. | |
| | **1156** | 2016/0213281 | 07-28-2016 | Eckerbom, et al. | |
| | **1157** | 2016/0213309 | 07-28-2016 | Sannholm et al. | |
| | **1158** | 2016/0256058 | 09-08-2016 | Pham et al. | |
| | **1159** | 2016/0256082 | 09-08-2016 | Ely et al. | |
| | **1160** | 2016/0267238 | 09-15-2016 | Nag | |
| | **1161** | 2016/0270735 | 09-22-2016 | Diab et al. | |
| | **1162** | 2016/0283665 | 09-29-2016 | Sampath et al. | |
| | **1163** | 2016/0287107 | 10-06-2016 | Szabados et al. | |
| | **1164** | 2016/0287181 | 10-06-2016 | Han et al. | |
| | **1165** | 2016/0287786 | 10-06-2016 | Kiani | |
| | **1166** | 2016/0296173 | 10-13-2016 | Culbert | |
| | **1167** | 2016/0296174 | 10-13-2016 | Isikman et al. | |
| | **1168** | 2016/0310027 | 10-27-2016 | Han | |
| | **1169** | 2016/0314260 | 10-27-2016 | Kiani | |
| | **1170** | 2016/0327984 | 11-10-2016 | Al-Ali et al. | |
| | **1171** | 2016/0367173 | 12-22-2016 | Dalvi et al. | |
| | **1172** | 2016/0378069 | 12-29-2016 | Rothkopf | |
| | **1173** | 2016/0378071 | 12-29-2016 | Rothkopf | |
| | **1174** | 2017/0007183 | 01-12-2017 | Dusan et al. | |
| | **1175** | 2017/0010858 | 01-12-2017 | Prest et al. | |
| | **1176** | 2017/0014083 | 01-19-2017 | Diab et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*****Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 43 OF 60 | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **1177** | 2017/0024748 | 01-26-2017 | Haider | |
| | **1178** | 2017/0042488 | 02-16-2017 | Muhsin | |
| | **1179** | 2017/0055896 | 03-02-2017 | Al-Ali et al. | |
| | **1180** | 2017/0074897 | 03-16-2017 | Mermel et al. | |
| | **1181** | 2017/0084133 | 03-23-2017 | Cardinali et al. | |
| | **1182** | 2017/0086689 | 03-30-2017 | Shui et al. | |
| | **1183** | 2017/0086742 | 03-30-2017 | Harrison-Noonan et al. | |
| | **1184** | 2017/0086743 | 03-30-2017 | Bushnell et al. | |
| | **1185** | 2017/0094450 | 03-30-2017 | Tu et al. | |
| | **1186** | 2017/0143281 | 05-25-2017 | Olsen | |
| | **1187** | 2017/0147774 | 05-25-2017 | Kiani | |
| | **1188** | 2017/0164884 | 06-15-2017 | Culbert et al. | |
| | **1189** | 2017/0172435 | 06-22-2017 | Presura | |
| | **1190** | 2017/0172476 | 06-22-2017 | Schilthuizen | |
| | **1191** | 2017/0173632 | 06-22-2017 | Al-Ali | |
| | **1192** | 2017/0196464 | 07-13-2017 | Jansen et al. | |
| | **1193** | 2017/0196470 | 07-13-2017 | Lamego et al. | |
| | **1194** | 2017/0202505 | 07-20-2017 | Kirenko et al. | |
| | **1195** | 2017/0209095 | 07-27-2017 | Wagner et al. | |
| | **1196** | 2017/0228516 | 08-10-2017 | Sampath et al. | |
| | **1197** | 2017/0245790 | 08-31-2017 | Al-Ali et al. | |
| | **1198** | 2017/0248446 | 08-31-2017 | Gowreesunker et al. | |
| | **1199** | 2017/0251974 | 09-07-2017 | Shreim et al. | |
| | **1200** | 2017/0273619 | 09-28-2017 | Alvarado et al. | |
| | **1201** | 2017/0281024 | 10-05-2017 | Narasimhan et al. | |
| | **1202** | 2017/0293727 | 10-12-2017 | Klaassen et al. | |
| | **1203** | 2017/0311891 | 11-02-2017 | Kiani et al. | |
| | **1204** | 2017/0325698 | 11-16-2017 | Allec et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T**[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 44 OF 60 | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:  1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **1205** | 2017/0325744 | 11-16-2017 | Allec et al. | |
| | **1206** | 2017/0340209 | 11-30-2017 | Klaassen et al. | |
| | **1207** | 2017/0340219 | 11-30-2017 | Sullivan et al. | |
| | **1208** | 2017/0340293 | 11-30-2017 | Al-Ali et al. | |
| | **1209** | 2017/0347885 | 12-07-2017 | Tan et al. | |
| | **1210** | 2017/0354332 | 12-14-2017 | Lamego | |
| | **1211** | 2017/0354795 | 12-14-2017 | Blahnik et al. | |
| | **1212** | 2017/0358239 | 12-14-2017 | Arney et al. | |
| | **1213** | 2017/0358240 | 12-14-2017 | Blahnik et al. | |
| | **1214** | 2017/0358242 | 12-14-2017 | Thompson et al. | |
| | **1215** | 2017/0360306 | 12-14-2017 | Narasimhan et al. | |
| | **1216** | 2017/0366657 | 12-21-2017 | Thompson et al. | |
| | **1217** | 2018/0008146 | 01-11-2018 | Al-Ali et al. | |
| | **1218** | 2018/0014781 | 01-18-2018 | Clavelle et al. | |
| | **1219** | 2018/0025287 | 01-25-2018 | Mathew et al. | |
| | **1220** | 2018/0042556 | 02-15-2018 | Shahparnia et al. | |
| | **1221** | 2018/0049694 | 02-22-2018 | Singh Alvarado et al. | |
| | **1222** | 2018/0050235 | 02-22-2018 | Tan et al. | |
| | **1223** | 2018/0055375 | 03-01-2018 | Martinez et al. | |
| | **1224** | 2018/0055390 | 03-01-2018 | Kiani | |
| | **1225** | 2018/0055439 | 03-01-2018 | Pham et al. | |
| | **1226** | 2018/0056129 | 03-01-2018 | Narasimha Rao et al. | |
| | **1227** | 2018/0064381 | 03-08-2018 | Shakespeare et al. | |
| | **1228** | 2018/0070867 | 03-15-2018 | Smith et al. | |
| | **1229** | 2018/0078151 | 03-22-2018 | Allec et al. | |
| | **1230** | 2018/0078182 | 03-22-2018 | Chen et al. | |
| | **1231** | 2018/0082767 | 03-22-2018 | Al-Ali et al. | |
| | **1232** | 2018/0085068 | 03-29-2018 | Telfort | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*****Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T¹** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 45 OF 60 | Attorney Docket No. | MASCER.002C20 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **1233** | 2018/0087937 | 03-29-2018 | Al-Ali et al. | |
| | **1234** | 2018/0103874 | 04-19-2018 | Lee et al. | |
| | **1235** | 2018/0103905 | 04-19-2018 | Kiani | |
| | **1236** | 2018/0110469 | 04-26-2018 | Maani et al. | |
| | **1237** | 2018/0125368 | 05-10-2018 | Lamego et al. | |
| | **1238** | 2018/0125430 | 05-10-2018 | Al-Ali et al. | |
| | **1239** | 2018/0132769 | 05-17-2018 | Weber et al. | |
| | **1240** | 2018/0146901 | 05-31-2018 | Al-Ali et al. | |
| | **1241** | 2018/0146902 | 05-31-2018 | Kiani et al. | |
| | **1242** | 2018/0153418 | 06-07-2018 | Sullivan et al. | |
| | **1243** | 2018/0153442 | 06-07-2018 | Eckerbom, et al. | |
| | **1244** | 2018/0153446 | 06-07-2018 | Kiani | |
| | **1245** | 2018/0153448 | 06-07-2018 | Weber et al. | |
| | **1246** | 2018/0164853 | 06-14-2018 | Myers et al. | |
| | **1247** | 2018/0168491 | 06-21-2018 | Al-Ali et al. | |
| | **1248** | 2018/0184917 | 07-05-2018 | Kiani | |
| | **1249** | 2018/0192924 | 07-12-2018 | Al-Ali | |
| | **1250** | 2018/0192953 | 07-12-2018 | Shreim et al. | |
| | **1251** | 2018/0196514 | 07-12-2018 | Allec et al. | |
| | **1252** | 2018/0199871 | 07-19-2018 | Pauley et al. | |
| | **1253** | 2018/0206795 | 07-26-2018 | Al-Ali | |
| | **1254** | 2018/0206815 | 07-26-2018 | Telfort | |
| | **1255** | 2018/0213583 | 07-26-2018 | Al-Ali | |
| | **1256** | 2018/0214090 | 08-02-2018 | Al-Ali et al. | |
| | **1257** | 2018/0218792 | 08-02-2018 | Muhsin et al. | |
| | **1258** | 2018/0225960 | 08-09-2018 | Al-Ali et al. | |
| | **1259** | 2018/0228414 | 08-16-2018 | Shao et al. | |
| | **1260** | 2018/0238718 | 08-23-2018 | Dalvi | |

| Examiner Signature | Date Considered |
|---|---|
| | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T**[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 46 OF 60 | Attorney Docket No. | MASCER.002C20 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:   1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **1261** | 2018/0238734 | 08-23-2018 | Hotelling et al. | |
| | **1262** | 2018/0242853 | 08-30-2018 | Al-Ali | |
| | **1263** | 2018/0242923 | 08-30-2018 | Al-Ali et al. | |
| | **1264** | 2018/0242926 | 08-30-2018 | Muhsin et al. | |
| | **1265** | 2018/0247353 | 08-30-2018 | Al-Ali et al. | |
| | **1266** | 2018/0247712 | 08-30-2018 | Muhsin et al. | |
| | **1267** | 2018/0256087 | 09-13-2018 | Al-Ali et al. | |
| | **1268** | 2018/0279956 | 10-04-2018 | Waydo et al. | |
| | **1269** | 2018/0285094 | 10-04-2018 | Housel et al. | |
| | **1270** | 2018/0296161 | 10-18-2018 | Shreim et al. | |
| | **1271** | 2018/0300919 | 10-18-2018 | Muhsin et al. | |
| | **1272** | 2018/0310822 | 11-01-2018 | Indorf et al. | |
| | **1273** | 2018/0310823 | 11-01-2018 | Al-Ali et al. | |
| | **1274** | 2018/0317826 | 11-08-2018 | Muhsin | |
| | **1275** | 2018/0317841 | 11-08-2018 | Novak, Jr. | |
| | **1276** | 2018/0333055 | 11-22-2018 | Lamego et al. | |
| | **1277** | 2018/0333087 | 11-22-2019 | Al-Ali | |
| | **1278** | 2019/0000317 | 01-03-2019 | Muhsin et al. | |
| | **1279** | 2019/0015023 | 01-17-2019 | Monfre | |
| | **1280** | 2019/0029574 | 01-31-2019 | Schurman et al. | |
| | **1281** | 2019/0029578 | 01-31-2019 | Al-Ali et al. | |
| | **1282** | 2019/0058280 | 02-21-2019 | Al-Ali et al. | |
| | **1283** | 2019/0069813 | 03-07-2019 | Al-Ali | |
| | **1284** | 2019/0076028 | 03-14-2019 | Al-Ali et al. | |
| | **1285** | 2019/0082979 | 03-21-2019 | Al-Ali et al. | |
| | **1286** | 2019/0090760 | 03-28-2019 | Kinast et al. | |
| | **1287** | 2019/0090764 | 03-28-2019 | Al-Ali | |
| | **1288** | 2019/0117070 | 04-25-2019 | Muhsin et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T**[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| Application No. | 16/829536 | |
| Filing Date | March 25, 2020 | |
| First Named Inventor | Jeroen Poeze | |
| Art Unit | 3791 | |
| (Multiple sheets used when necessary) | Examiner | Unassigned |
| SHEET 47 OF 60 | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **1289** | 2019/0117139 | 04-25-2019 | Al-Ali et al. | |
| | **1290** | 2019/0117141 | 04-25-2019 | Al-Ali | |
| | **1291** | 2019/0117930 | 04-25-2019 | Al-Ali | |
| | **1292** | 2019/0122763 | 04-25-2019 | Sampath et al. | |
| | **1293** | 2019/0133525 | 05-09-2019 | Al-Ali et al. | |
| | **1294** | 2019/0142283 | 05-16-2019 | Lamego et al. | |
| | **1295** | 2019/0142344 | 05-16-2019 | Telfort et al. | |
| | **1296** | 2019/0150856 | 05-23-2019 | Kiani et al. | |
| | **1297** | 2019/0167161 | 06-06-2019 | Al-Ali et al. | |
| | **1298** | 2019/0175019 | 06-13-2019 | Al-Ali et al. | |
| | **1299** | 2019/0192076 | 06-27-2010 | McHale et al. | |
| | **1300** | 2019/0200941 | 07-04-2019 | Chandran et al. | |
| | **1301** | 2019/0201623 | 07-04-2019 | Kiani | |
| | **1302** | 2019/0214778 | 07-11-2019 | Scruggs et al. | |
| | **1303** | 2019/0209025 | 07-11-2019 | Al-Ali | |
| | **1304** | 2019/0216319 | 07-18-2019 | Poeze et al. | |
| | **1305** | 2018/0216370 | 08-02-2018 | Ishiguro et al. | |
| | **1306** | 2019/0216379 | 07-18-2019 | Al-Ali et al. | |
| | **1307** | 2019/0221966 | 07-18-2019 | Kiani et al. | |
| | **1308** | 2019/0223804 | 07-25-2019 | Blank et al | |
| | **1309** | 2019/0231199 | 08-01-2019 | Al-Ali et al. | |
| | **1310** | 2019/0231241 | 08-01-2019 | Al-Ali et al. | |
| | **1311** | 2019/0231270 | 08-01-2019 | Abdul-Hafiz et al. | |
| | **1312** | 2019/0239787 | 08-08-2019 | Pauley et al. | |
| | **1313** | 2019/0239824 | 08-08-2019 | Muhsin et al. | |
| | **1314** | 2019/0254578 | 08-22-2019 | Lamego | |
| | **1315** | 2019/0261857 | 08-29-2019 | Al-Ali | |
| | **1316** | 2019/0269370 | 09-05-2019 | Al-Ali et al. | |

| Examiner Signature | Date Considered |
|---|---|
| | |

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 48 OF 60 | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1317 | 2019/0274627 | 09-12-2019 | Al-Ali et al. | |
| | 1318 | 2019/0274635 | 09-12-2019 | Al-Ali et al. | |
| | 1319 | 2019/0290136 | 09-26-2019 | Dalvi et al. | |
| | 1320 | 2019/0298270 | 10-03-2019 | Al-Ali et al. | |
| | 1321 | 2019/0304601 | 10-03-2019 | Sampath et al. | |
| | 1322 | 2019/0304605 | 10-03-2019 | Al-Ali | |
| | 1323 | 2019/0307377 | 10-10-2019 | Perea et al. | |
| | 1324 | 2019/0320906 | 10-24-2019 | Olsen | |
| | 1325 | 2019/0320959 | 10-24-2019 | Al-Ali | |
| | 1326 | 2019/0320988 | 10-24-2019 | Ahmed et al. | |
| | 1327 | 2019/0325722 | 10-24-2019 | Kiani et al. | |
| | 1328 | 2019/0350506 | 11-21-2019 | Al-Ali | |
| | 1329 | 2019/0357813 | 11-28-2019 | Poeze et al. | |
| | 1330 | 2019/0357823 | 11-28-2019 | Reichgott et al. | |
| | 1331 | 2019/0357824 | 11-28-2019 | Al-Ali | |
| | 1332 | 2019/0358524 | 11-28-2019 | Kiani | |
| | 1333 | 2019/0365294 | 12-05-2019 | Poeze et al. | |
| | 1334 | 2019/0374139 | 12-12-2019 | Kiani et al. | |
| | 1335 | 2019/0374173 | 12-12-2019 | Kiani et al. | |
| | 1336 | 2019/0374713 | 12-12-2019 | Kiani et al. | |
| | 1337 | 2019/0386908 | 12-19-2019 | Lamego et al. | |
| | 1338 | 2019/0388039 | 12-26-2019 | Al-Ali | |
| | 1339 | 2020/0000338 | 01-02-2020 | Lamego et al. | |
| | 1340 | 2020/0000415 | 01-02-2020 | Barker et al. | |
| | 1341 | 2020/0015716 | 01-16-2020 | Poeze et al. | |
| | 1342 | 2020/0021930 | 01-16-2020 | Iswanto et al. | |
| | 1343 | 2020/0037453 | 01-30-1930 | Triman et al. | |
| | 1344 | 2020/0037891 | 02-06-2020 | Kiani et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 49 OF 60 | Attorney Docket No. | MASCER.002C20 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:   1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **1345** | 2020/0037966 | 02-06-2020 | Al-Ali | |
| | **1346** | 2020/0046257 | 02-13-2020 | Eckerbom, et al. | |
| | **1347** | 2020/0054253 | 02-20-2020 | Al-Ali et al. | |
| | **1348** | 2020/0060591 | 02-27-2020 | Diab et al. | |
| | **1349** | 2020/0060628 | 02-27-2020 | Al-Ali et al. | |
| | **1350** | 2020/0060629 | 02-27-2020 | Muhsin et al. | |
| | **1351** | 2020/0060869 | 02-27-2020 | Telfort et al. | |
| | **1352** | 2020/0074819 | 03-05-2020 | Muhsin et al. | |
| | **1353** | D326,715 | 06-02-1992 | Schmidt, Michael | |
| | **1354** | D353,195 | 12-06-1994 | Savage et al. | |
| | **1355** | D353,196 | 12-06-1994 | Savage et al. | |
| | **1356** | D356,870 | 03-28-1995 | Ivers et al. | |
| | **1357** | D359,546 | 06-20-1995 | Savage, et al. | |
| | **1358** | D361,840 | 08-29-1995 | Savage et al. | |
| | **1359** | D362,063 | 09-05-1995 | Savage et al. | |
| | **1360** | D363,120 | 10-10-1995 | Savage et al. | |
| | **1361** | D378,414 | 03-11-1997 | Allen et al. | |
| | **1362** | D390,666 | 02-01-1998 | Lagerlof, Ingemar | |
| | **1363** | D393,830 | 04-28-1998 | Tobler et al. | |
| | **1364** | D403,070 | 12-22-1998 | Maeda et al. | |
| | **1365** | D414,870 | 10-05-1999 | Saltzstein et al. | |
| | **1366** | D452,012 | 12-11-2001 | Phillips, Barney L. | |
| | **1367** | D455,834 | 04-16-2002 | Donars et al. | |
| | **1368** | D463,561 | 09-24-2002 | Fukatsu et al. | |
| | **1369** | D481,459 | 10-28-2003 | Nahm, Werner | |
| | **1370** | D502,655 | 03-08-2005 | Huang, Chun-Mu | |
| | **1371** | D508,862 | 08-30-2005 | Behar et al. | |
| | **1372** | D510,625 | 10-11-2005 | Widener et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:**  Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 50 OF 60 | Attorney Docket No. | MASCER.002C20 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example:  1,234,567 B1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **1373** | D514,461 | 02-07-2006 | Harju, Jonne | |
| | **1374** | D535,031 | 01-09-2007 | Barrett et al. | |
| | **1375** | D537,164 | 02-20-2007 | Shigemori et al. | |
| | **1376** | D547,454 | 07-24-2007 | Hsieh, Chin-Chih | |
| | **1377** | D549,830 | 08-28-2007 | Behar et al. | |
| | **1378** | D550,364 | 09-04-2007 | Glover et al. | |
| | **1379** | D551,350 | 09-18-2007 | Lorimer et al. | |
| | **1380** | D553,248 | 10-16-2007 | Nguyen | |
| | **1381** | D554,263 | 10-30-2007 | Al-Ali | |
| | **1382** | D562,985 | 02-26-2008 | Brefka et al. | |
| | **1383** | D566,282 | 04-08-2008 | Al-Ali et al. | |
| | **1384** | D567,125 | 04-22-2008 | Okabe et al. | |
| | **1385** | D569,001 | 05-13-2008 | Omaki | |
| | **1386** | D569,521 | 05-20-2008 | Omaki | |
| | **1387** | D587,657 | 03-03-2009 | Al-Ali et al. | |
| | **1388** | D603,966 | 11-10-2009 | Jones et al. | |
| | **1389** | D606,659 | 12-22-2009 | Kiani et al. | |
| | **1390** | D609,193 | 02-02-2010 | Al-Ali et al. | |
| | **1391** | D614,305 | 04-20-2010 | Al-Ali et al. | |
| | **1392** | D621,516 | 08-10-2010 | Kiani et al. | |
| | **1393** | D692,145 | 10-22-2013 | Al-Ali et al. | |
| | **1394** | D755,392 | 05-03-2016 | Hwang et al. | |
| | **1395** | D788,312 | 05-30-2017 | Al-Ali et al. | |
| | **1396** | D820,865 | 06-19-2018 | Muhsin et al. | |
| | **1397** | D822,215 | 07-03-2018 | Al-Ali et al. | |
| | **1398** | D822,216 | 07-03-2018 | Barker et al. | |
| | **1399** | D833,624 | 11-13-2018 | DeJong et al. | |
| | **1400** | D835,282 | 12-04-2018 | Barker et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 16/829536 |
|---|---|---|
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 51 OF 60 | Attorney Docket No. | MASCER.002C20 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example:   1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | **1401** | D835,283 | 12-04-2018 | Barker et al. | |
| | **1402** | D835,284 | 12-04-2018 | Barker et al. | |
| | **1403** | D835,285 | 12-04-2018 | Barker et al. | |
| | **1404** | D864,120 | 10-22-2019 | Forrest et al. | |
| | **1405** | RE 37,922 | 12-10-2002 | Sharan | |
| | **1406** | RE 38,476 | 03-01-2004 | Diab et al. | |
| | **1407** | RE 38,492 | 04-06-2004 | Diab et al. | |
| | **1408** | RE 39,672 | 06-05-2007 | Shehada et al. | |
| | **1409** | RE 41,317 | 05-04-2010 | Parker | |
| | **1410** | RE 41,912 | 11-02-2010 | Parker | |
| | **1411** | RE 42,753 | 09-27-2011 | Kiani-Azarbayjany et al. | |
| | **1412** | RE 43,169 | 02-07-2012 | Parker | |
| | **1413** | RE 43,860 | 12-11-2012 | Parker | |
| | **1414** | RE 44,823 | 04-01-2014 | Parker | |
| | **1415** | RE 44,875 | 04-29-2014 | Kiani et al. | |
| | **1416** | RE47,218 | 02-05-2019 | Ali-Ali | |
| | **1417** | RE47,244 | 02-19-2019 | Kiani et al. | |
| | **1418** | RE47,249 | 02-19-2019 | Kiani et al. | |
| | **1419** | RE47,353 | 04-16-2019 | Kiani et al. | |
| | **1420** | RE47,882 | 03-03-2020 | Al-Ali | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document<br>*Country Code-Number-Kind Code*<br>Example:   JP 1234567 A1 | Publication Date<br>MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | **1421** | CN 1270793 A | 10-25-2000 | Lu | | X |
| | **1422** | CN 101484065 B | 11-09-2011 | Univ Nottingham | | X |
| | **1423** | EP 419223 | 03-27-1991 | Minnesota Mining and Manufacturing Company | | |
| | **1424** | EP 0 781 527 | 07-02-1997 | Instrumentarium Oy | | |

| Examiner Signature | Date Considered |
|---|---|
| | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 16/829536 |
|---|---|---|
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 52 OF 60 | Attorney Docket No. | MASCER.002C20 |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document *Country Code-Number-Kind Code* Example:   JP 1234567 A1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | **1425** | EP 1 518 494 | 03-30-2005 | Hitachi, Ltd. | | |
| | **1426** | EP 2 277 440 | 01-26-2011 | Pioneer Corp | | |
| | **1427** | EP 0922432 A1 | 06-16-1999 | Seiko Epson Corp | | |
| | **1428** | EP 1526805 A1 | 05-04-2005 | Healthstats International Pte Ltd | | |
| | **1429** | EP 1860989 A1 | 12-05-2007 | Masimo Laboratories Inc | | |
| | **1430** | EP 1880666 A1 | 01-23-2008 | ETA Manufacture Horlogere Suisse SA | | X |
| | **1431** | EP 0630208 A1 | 12-28-1994 | Myllyymaeki | | |
| | **1432** | EP 0770349 A1 | 05-02-1997 | Akasaka et al. | | |
| | **1433** | EP 0880936 A2 | 12-02-1998 | Akai | | |
| | **1434** | EP 0985373 A1 | 03-15-2000 | Cvetkovic | | X |
| | **1435** | EP 1124609 B1 | 08-02-2006 | Medtronic Inc | | |
| | **1436** | EP 1875213 A2 | 01-09-2008 | Sensors for Medicine and Science Inc | | |
| | **1437** | EP 2165196 A1 | 03-24-2010 | Siliconfile Technologies Inc | | |
| | **1438** | GB 2243691 A | 11-06-1991 | Payne et al. | | |
| | **1439** | JP 08-185864 | 07-16-1996 | Matsushita Electric Ind Co Ltd | | X-Abstract |
| | **1440** | JP 2002-500908 A | 01-15-2002 | Lightouch Medical Inc. | | X-Abstract |
| | **1441** | JP 2007-389463 A | 11-08-2007 | Konica Minolta Sensing Inc. | | X-Abstract |
| | **1442** | JP 2003-265444 A | 09-24-2003 | Shimadzu Corp. | | X-Abstract |
| | **1443** | JP 11-244266 /app JP 2001-66990 /pub | 03-16-2001 | Sumitomo Bakelite Co Ltd | | X-Abstract |
| | **1444** | JP 04-158843 / app JP 05-325705 A / pub | 12-10-1993 | Fuji Porimatetsuku KK | | X-Abstract |
| | **1445** | JP 2001-087250 A | 04-03-2001 | Cas Medical Systems Inc. | | X-Abstract |
| | **1446** | JP 2006-177837 A | 07-06-2006 | Hitachi Ltd. | | X-Abstract |
| | **1447** | JP 2003-024276 A | 01-28-2003 | Pentax Corp. | | X-Abstract |
| | **1448** | JP 2008-099222 A | 04-24-2008 | Konica Minolta Holdings Inc. | | X-Abstract |
| | **1449** | JP 2006-198321 A | 08-03-2006 | Hitachi Ltd. | | X-Abstract |
| | **1450** | JP 2003-508104 A | 03-04-2003 | Quantum Vision Inc. | | X-Abstract |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application No. | 16/829536 | |
| | Filing Date | March 25, 2020 | |
| | First Named Inventor | Jeroen Poeze | |
| | Art Unit | 3791 | |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned | |
| SHEET 53 OF 60 | Attorney Docket No. | MASCER.002C20 | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | **1451** | JP 5756752 | 06-05-2015 | Masimo Laboratories, Inc. | | X-Abstract |
| | **1452** | JP 2005160641 A | 06-23-2005 | Denso Corp | | X |
| | **1453** | JP 3741147 B2 | 02-01-2006 | Denso Corp | | X |
| | **1454** | JP 3803351 B2 | 08-02-2006 | Seiko Epson Corp; Seiko Instruments Inc. | | X |
| | **1455** | JP 2007319232 A | 12-13-2007 | Toshiba Corp | | X |
| | **1456** | JPH 11235320 A | 08-31-1999 | Seiko Epson Corp | | X |
| | **1457** | JP 2004329406 A | 11-25-2004 | Iiguru Kk | | X |
| | **1458** | JP 2005270543 A | 10-06-2005 | Seiko Instruments Inc. | | X |
| | **1459** | JP 2006102164 A | 04-20-2006 | Nippon Telegraph & Telephone; NTT Advanced Tech Kk | | X |
| | **1460** | JPH 09257508 A | 10-03-1997 | Matsushita Electric Works Ltd | | X |
| | **1461** | JPH 10314133 A | 12-02-1998 | Ido | | X |
| | **1462** | JPH 1170086 A | 03-16-1999 | Atsukusu KK | | X |
| | **1463** | JP 2919326 B2 | 07-12-1999 | Corporation Miyuki | | X |
| | **1464** | KR 20070061122 A | 06-13-2007 | Korea Electronics Telecomm | | X |
| | **1465** | KR 100755079 B1 | 09-06-2007 | Samsung Electronics Co Ltd | | X |
| | **1466** | WO 1993/12712 | 07-08-1993 | Vivascan Corp | | |
| | **1467** | WO 1996/27325 | 09-12-1996 | Huch et al. | | X |
| | **1468** | WO 1999/000053 | 01-07-1999 | TOA Medical Electronics | | |
| | **1469** | WO 2000/25112 | 05-04-2000 | Rolfe | | |
| | **1470** | WO 2001/09589 | 02-08-2001 | Abbott Laboratories | | |
| | **1471** | WO 2010/003134 | 01-07-2010 | Masimo Laboratories, Inc. | | |
| | **1472** | WO 2014/149781 | 09-25-2014 | Cercacor Laboratories, Inc. | | |
| | **1473** | WO 2014/158820 | 10-02-2014 | Cercacor Laboratories, Inc. | | |
| | **1474** | WO 1999/01704 | 07-29-1999 | General Electric Company | | |
| | **1475** | WO 2007/004083 A1 | 01-11-2007 | Koninklijke Philips NV | | |
| | **1476** | WO 2006/060949 A1 | 06-15-2006 | Jang | | X-Abstract |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

***Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 54 OF 60 | Attorney Docket No. | MASCER.002C20 |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example:   JP 1234567 A1 | Publication Date MM-DD-YYYY | Name | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | 1477 | WO 2006/079862 A2 | 08-03-2006 | Santha et al. | | |
| | 1478 | WO 2006/090371 A2 | 08-31-2006 | Software Solutions Ltd | | |
| | 1479 | WO 2007/017266 A2 | 02-15-2007 | Flore Ingo | | |
| | 1480 | WO 94/23643 A1 | 10-27-1994 | Noninvasive Medical Technology Corporation | | |
| | 1481 | WO 1995/000070 A1 | 01-05-1995 | Increa Oy | | |
| | 1482 | WO 1997/009923 A1 | 03-20-1997 | Medison Co Ltd | | |
| | 1483 | WO 1999/063883 A1 | 12-16-1999 | S P O Medical Equipment Ltd | | |
| | 1484 | WO 2000/028892 A1 | 05-25-2000 | Micromedical Ind Limited | | |
| | 1485 | WO 2008/107238 A1 | 09-12-2008 | Univ Rennes; Univ Bretagne Sud | | X |
| | 1486 | CN 101564290 B | 10-28-2009 | Univ Huazhong Science Tech | | X |
| | 1487 | CN 103906468 A | 07-02-2014 | Oxitone Medical Ltd | | X |
| | 1488 | KR 20100091592 A | 08-19-2010 | Elbio Co Ltd | | X |
| | 1489 | WO 2013/030744 A1 | 03-07-2013 | Oxitone Medical Ltd | | |
| | 1490 | WO 2014/184447 A1 | 11-20-2014 | Pulseon Oy | | |
| | 1491 | WO 2006/113070 A2 | 10-26-2006 | Sensors for Med & Science Inc | | |
| | 1492 | WO 2009/001988 A1 | 12-31-2008 | Siliconfile Technologies Inc | | |
| | 1493 | WO 2009/137524 A2 | 11-12-2009 | Masimo Corp | | |
| | 1494 | WO 2011/069122 A1 | 06-09-2011 | Masimo Corp | | |
| | 1495 | WO 2013/181368 A1 | 12-05-2013 | Covidien LP | | |
| | 1496 | WO 2014/178793 A1 | 11-06-2014 | Heptagon Micro Optics Pte Ltd | | |
| | 1497 | WO 2016/066312 A1 | 05-06-2016 | AMS AG | | |
| | 1498 | WO 2013/106607 A2 | 07-18-2013 | Maxim Integrated Products, Inc. | | |
| | 1499 | WO 2014/115075 A1 | 07-31-2014 | Empatica SRL | | |
| | 1500 | WO 2014/153200 A1 | 09-25-2014 | Echo Labs Inc | | |
| | 1501 | WO 2015/187732 A1 | 12-10-2015 | Texas A&M Univ Sys | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

***Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

Exhibit R
Page 314

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application No. | 16/829536 |
|---|---|---|---|
| | | Filing Date | March 25, 2020 |
| | | First Named Inventor | Jeroen Poeze |
| | | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | | Examiner | Unassigned |
| SHEET 55 OF 60 | | Attorney Docket No. | MASCER.002C20 |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | 1502 | PCT International Search Report, App. No. PCT/US2010/047899, Date of Actual Completion of Search: 01/26/2011, 4 pages. | |
| | 1503 | International Search Report and Written Opinion for PCT/US2009/049638, mailed January 7, 2010. | |
| | 1504 | International Search Report issued in Application No. PCT/US2009/052756, mailed February 10, 2009 in 14 pages. | |
| | 1505 | International Preliminary Report on Patentability and Written Opinion of the International Searching Authority issued in Application No. PCT US2009/049638, mailed January 5, 2011 in 9 pages. | |
| | 1506 | International Preliminary Report on Patentability and Written Opinion of the International Searching Authority issued in Application No. PCT/US2009/052756, mailed February 8, 2011 in 8 pages. | |
| | 1507 | International Preliminary Report on Patentability and Written Opinion for International Application No. PCT/US2016/040190, dated January 2, 2018, in 7 pages. | |
| | 1508 | Burritt, Mary F.; Current Analytical Approaches to Measuring Blood Analytes; Vol. 36; No. 8(B); 1990 | |
| | 1509 | Hall, et al., Jeffrey W.; Near-Infrared Spectrophotometry: A New Dimension in Clinical Chemistry; Vol. 38; No. 9; 1992 | |
| | 1510 | Kuenstner, et al., J. Todd; Measurement of Hemoglobin in Unlysed Blood by Near-Infrared Spectroscopy; Vol. 48; Number 4, 1994 | |
| | 1511 | Manzke, et al., B., Multi Wavelength Pulse Oximetry in the Measurement of Hemoglobin Fractions; SPIE, Vol. 2676, April 24, 1996 | |
| | 1512 | Naumenko, E. K.; Choice of Wavelengths for Stable Determination of Concentrations of Hemoglobin Derivatives from Absorption Spectra of Erythrocytes; Vol. 63; No. 1; pp. 60-66 January – February 1996; Original article submitted November 3, 1994 | |
| | 1513 | Schmitt, Joseph M.; Simple Photon Diffusion Anaylsis of the Effects of Multiple Scattering on Pulse Oximetry; March 14, 1991; revised August 30, 1991 | |
| | 1514 | Schmitt, et al., Joseph M.; Measurement of Blood Hematocrit by Dual-Wavelength near-IR Photoplethysmography; Vol. 1641; 1992 | |
| | 1515 | Schnapp, et al., L.M.; Pulse Oximetry.  Uses and Abuses.; Chest 1990; 98; 1244-1250 DOI 10.1378/Chest.98.5.1244 | |
| | 1516 | http://www.masimo.com/rainbow/pronto.htm Noninvasive & Immediate Hemoglobin Testing, printed on August 20, 2009 | |
| | 1517 | http://www.masimo.com/pulseOximeter/Rad5.htm; Signal Extraction Pulse Oximeter, printed on August 20, 2009 | |
| | 1518 | http://blogderoliveira.blogspot.com/2008_02_01_archive.html; Ricardo Oliveira, printed on August 20, 2009 | |
| | 1519 | http://www.masimo.com/rad-57/; Noninvasive Measurement of Methemoglobin, Carboxyhemoglobin and Oxyhemoglobin in the blood. Printed on August 20, 2009 | |
| | 1520 | http://amivital.ugr.es/blog/?tag+spo2; Monitorizacion de la hemoglobina...y mucho mas, printed on August 20, 2009 | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 16/829536 |
|---|---|---|
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 56 OF 60 | Attorney Docket No. | MASCER.002C20 |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | 1521 | http://www.masimo.com/spco/; Carboxyhemoglobin Noninvasive > Continuous > Immediate, printed on August 20, 2009 | |
| | 1522 | http://www.masimo.com/PARTNERS/WELCHALLYN.htm; Welch Allyn Expands Patient Monitor Capabilities with Masimo Pulse Oximetry Technology, printed on August 20, 2009 | |
| | 1523 | http://www.masimo.com/pulseOximeter/PPO.htm; Masimo Personal Pulse Oximeter, printed on August 20, 2009 | |
| | 1524 | http://www.masimo.com/generalFloor/system.htm; Masimo Patient SafetyNet System at a Glance, printed on August 20, 2009 | |
| | 1525 | http://www.masimo.com/partners/GRASEBY.htm; Graseby Medical Limited, printed on August 20, 2009 | |
| | 1526 | Japanese Office Action, re JP Application No. 2011-516895, mailed September 2, 2014, with translation.  (CERCA.007JP). | |
| | 1527 | Japanese Notice of Allowance, re JP Application No. 2011-516895, issued on May 12, 2015, no translation.  (CERCA/MASCER.007JP). | |
| | 1528 | European Office Action issued in application no. 10763901.5 on 01/11/2013.  (CERCA.008EP). | |
| | 1529 | European Office Action issued in application no. 10763901.5 on 08/27/2014.  (CERCA.008EP). | |
| | 1530 | European Office Action issued in application no. 10763901.5 on 08/06/2015.  (CERCA.008EP). | |
| | 1531 | European Office Action issued in Application No. 09791157.2, dated June 20, 2016.  (MASCER.002EP). | |
| | 1532 | KANUKURTHY et al., "Data Acquisition Unit for an Implantable Multi-Channel Optical Glucose Sensor", Electro/Information Technology Conference, Chicago, IL, USA, May 17-20, 2007, pp. 1-6 | |
| | 1533 | KONIG et al., "Reflectance Pulse Oximetry - Principles and Obstetric Application in the Zurich System", Journal of Clinical Monitoring and Computing, Vol. 14, No. 6, August 1998, pp. 403-412. | |
| | 1534 | SMITH, "The Pursuit of Noninvasive Glucose: 'Hunting the Deceitful Turkey'", 2006 | |
| | 1535 | SMALL et al., "Data Handling Issues for Near-Infrared Glucose Measurements", http://www.ieee.org/organizations/pubs/newsletters/leos/apr98/datahandling.htm, accessed 11/27/2007 | |
| | 1536 | D. C. Zheng and Y. T. Zhang, "A ring-type device for the noninvasive measurement of arterial blood pressure," Proceedings of the 25th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (IEEE Cat. No.03CH37439), 17-21 September, 2003, Cancun, pp. 3184-3187 Vol.4. | |
| | 1537 | Sokwoo Rhee *et al.*, "Artifact-Resistant Power-Efficient Design of Finger-Ring Plethysmographic Sensors," IEEE Transactions on Biomedical Engineering, July 2001, pp. 795-805, Vol. 48, No. 7. | |
| | 1538 | L. Xu *et al.*, "An integrated wrist-worn routine monitoring system for the elderly using BSN," 2008 5th International Summer School and Symposium on Medical Devices and Biosensors, Hong Kong, 2008, pp. 45-48. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

Exhibit R
Page 316

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 16/829536 |
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 57 OF 60 | Attorney Docket No. | MASCER.002C20 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
| | 1539 | J Kraitl *et al.*, "An optical device to measure blood components by a photoplethysmographic method," Journal of Optics A: Pure and Applied Optics. 7, 2005, pp. S318-S324. | |
| | 1540 | K. Nakajima *et al.*, "Monitoring of heart and respiratory rates by photoplethysmography using digital filtering technique," Med. Eng. Phy. Vol. 18, No. 5, pp. 365-372, 1996. | |
| | 1541 | Russell Dresher, "Wearable Forehead Pulse Oximetry: Minimization of Motion and Pressure Artifacts," May 3, 2006, 93 pages. | |
| | 1542 | Sonnia Maria López Silva *et al.*, "Near-infrared transmittance pulse oximetry with laser diodes," Journal of Biomedical Optics Vol. 8 No. 3, July 2003, pp. 525-533. | |
| | 1543 | Fabio Buttussi *et al.*, "MOPET: A context-aware and user-adaptive wearable system for fitness training," Artificial Intelligence in Medicine 42, 2008, pp. 153-163. | |
| | 1544 | Stephen A. Mascaro *et al.*, "Photoplethysmograph Fingernail Sensors for Measuring Finger Forces Without Haptic Obstruction," IEEE Transactions on Robotics and Automation, Vol. 17, No. 5, October 2001, pp. 698-708. | |
| | 1545 | Stephen A. Mascaro *et al.*, "Measurement of Finger Posture and Three-Axis Fingertip Touch Force Using Fingernail Sensors," IEEE International Conference on Robotics and Automation, 2002, pp. 1-11. | |
| | 1546 | Akira Sakane *et al.*, "Estimating Arterial Wall Impedance using a Plethysmogram," IEEE 2003, pp. 580-585. | |
| | 1547 | Nuria Oliver *et al.*, "HealthGear: A Real-time Wearable System for Monitoring and Analyzing Physiological Signals," Proceedings of the International Workshop on Wearable and Implantable Body Sensor Networks 2006 IEEE, pp. 1-4. | |
| | 1548 | Yuan-Hsiang Lin *et al.*, "A wireless PDA-based physiological monitoring system for patient transport," IEEE Transactions on Information Technology in Biomedicine, Vol. 8, No. 4, pp. 439-447, Dec. 2004. | |
| | 1549 | R. Fensli *et al.*, "A Wireless ECG System for Continuous Event Recording and Communication to a Clinical Alarm Station," Conf Proc IEEE Eng Med Biol Soc, 2004, pp. 1-4. | |
| | 1550 | E. Higurashi *et al.*, "An integrated laser blood flowmeter," Journal of Lightwave Technology, Vol. 21, No. 3, pp. 591-595, March 2003. | |
| | 1551 | T. Kiyokura *et al.*, "Wearable Laser Blood Flowmeter for Ubiquitous Healthcare Service," 2007 IEEE/LEOS International Conference on Optical MEMS and Nanophotonics, Hualien, 2007, pp. 4-5. | |
| | 1552 | Takumi Morita *et al.*, "Integrated Blood Flowmeter Using Micromachining Technology," December 2004, pp. 77-80. | |
| | 1553 | Eiji Higurashi et al., "Hybrid integration technologies for optical micro-systems", Proc. SPIE 5604, Optomechatronic Micro/Nano Components, Devices, and Systems, 25 October 2004, pp. 67-73. | |
| | 1554 | L. Grajales *et al.*, "Wearable multisensor heart rate monitor," International Workshop on Wearable and Implantable Body Sensor Networks (BSN'06), Cambridge, MA, 2006, pp. 4-157. | |
| | 1555 | N. Townsend, "Pulse Oximetry," Medical Electronics, 2001, pp. 32-42. | |
| | 1556 | Nonin Medical, Inc., "Operator's Manual – Models 8600F0 and 8600F0M Pulse Oximeters," 2005, 25 pages. | |

| Examiner Signature | Date Considered |
|---|---|
| | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 16/829536 |
|---|---|---|
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 58 OF 60 | Attorney Docket No. | MASCER.002C20 |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | 1557 | C. J. Pujary, "Investigation of Photodetector Optimization in Reducing Power Consumption by a Noninvasive Pulse Oximeter Sensor," Worcester Polytechnic Institute, January 16, 2004, 133 pages. | |
| | 1558 | B. McGarry *et al.*, "Reflections on a candidate design of the user-interface for a wireless vital-signs monitor," Proceedings of DARE 2000 on Designing Augmented Reality Environments, January 2000, pp. 33-40. | |
| | 1559 | J. C. D. Conway *et al.*, "Wearable computer as a multi-parametric monitor for physiological signals," Proceedings IEEE International Symposium on Bio-Informatics and Biomedical Engineering, Arlington, VA, USA, 2000, pp. 236-242. | |
| | 1560 | J. A. Tamada *et al.*, "Noninvasive Glucose Monitoring: Comprehensive Clinical Results," JAMA, November 17, 1999, Vol. 282, No. 19, pp.1839–1844. | |
| | 1561 | B.-H. Yang *et al.*, "Development of the ring sensor for healthcare automation," Robotics and Autonomous Systems, 2000, pp. 273-281. | |
| | 1562 | Laukkanen RM et al., "Heart Rate Monitors: State of the Art," Journal of Sports Science, January 1998, pp. S3-S7. | |
| | 1563 | S. Warren et al., "Designing Smart Health Care Technology into the Home of the Future," Workshops on Future Medical Devices: Home Care Technologies for the 21st Century, April 1999, 19 pages. | |
| | 1564 | A. C. M. Dassel *et al.*, "Reflectance Pulse Oximetry at the Forehead Improves by Pressure on the Probe," Journal of Clinical Monitoring, Vol. 11, No. 4, July 1995, pp. 237-244. | |
| | 1565 | B-H. Yang *et al.*, "A Twenty-Four Hour Tele-Nursing System Using a Ringer Sensor," Proceedings of 1998 IEEE International Conference on Robotics and Automation, May 16-20, 1998, 6 pages. | |
| | 1566 | S. Rhee *et al.*, "The Ring Sensor: a New Ambulatory Wearable Sensor for Twenty-Four Hour Patient Monitoring," Proceedings of the 20th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, October 29-November 1 1998, 4 pages. | |
| | 1567 | S. Rhee *et al.*, "Design of a Artifact-Free Wearable Plethysmographic Sensor," 21st Annual International Conferemce IEEE Engineering in Medicine and Biology Society, October 13-16, 1999, p. 786. | |
| | 1568 | T. Martin *et al.*, "Issues in Wearable Computing for Medical Montioring Applications: A Case Study of a Wearable ECG Monitoring Device," In Proceedings of International Symposium of Wearable Computers (ISWC'00), February 2000, pp. 43-49. | |
| | 1569 | S. Rhee *et al.*, "Artifact-Resistant, Power Efficient Design of Finger-Ring Plethysmographic Sensors, Part I: Design and Analysis," 22nd Annual International Conference IEEE Engineering in Medicine and Biology Society, July 23-28, 2000, pp. 2792-2795. | |
| | 1570 | C. Pujary *et al.*, "Photodetector Size Considerations in the Design of a Noninvasive Reflectance Pulse Oximeter for Telemedicine Applications," Proceedings of IEEE Annual Northeast Bioengineering Conference, 2003, pp. 148-149. | |
| | 1571 | M. Savage *et al.*, "Optimizing Power Consumption in the Design of a Wearable Wireless Telesensor: Comparison of Pulse Oximeter Modes," Proceedings of IEEE 29th Annual Nonheust Bioengineering Conference, 2003, pp.150-151. | |
| | 1572 | A. Tura *et al.*, "A Wearable Device with Wireless Bluetooth-based Data Transmission," Measurement Science Review, Vol. 3, Sec. 2, 2003, pp. 1-4. | |
| | 1573 | R. Paradiso, "Wearable Health Care System for Vital Signs Monitoring," In Proceedings of IEEE International Conference on Information Technology Applications in Biomedicine, May 2003, pp. 283-286. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 16/829536 |
|---|---|---|
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| (Multiple sheets used when necessary) | Examiner | Unassigned |
| SHEET 59 OF 60 | Attorney Docket No. | MASCER.002C20 |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | 1574 | H.H. Asada *et al.*, "Mobile Monitoring with Wearable Photoplethysmographic Biosensors," IEEE Engineering in Medicine and Biology Magazine, May/June 2003, pp. 28-40. | |
| | 1575 | Y. Mendelson *et al.*, "Minimization of LED Power Consumption in the Design of a Wearable Pulse Oximeter,"Proceedings of the IASTED International Conference Biomedical Engineering, June 25-27, 2003, 6 pages. | |
| | 1576 | Y. Mendelson *et al.*, "Measurement Site and Photodetector Size Considerations in Optimizing Power Consumption of a Wearable Reflectance Pulse Oximeter," Proceedings of the 25th Annual International Conference of the IEEE EMBS, September 17-21, 2003, pp. 3016-3019. | |
| | 1577 | D. Marculescu *et al.*, "Ready to Ware," IEEE Spectrum, Vol. 40, Issue 10, October 2003, pp. 28-32. | |
| | 1578 | P. Celka *et al.*, "Motion Resistant Earphone Located Infrared Based Hearth Rate Measurement Device," In Proceeding of the 2nd International Conference on Biomedical Engineering, Innsbruck, Austria, February 16-18, 2004, pp. 582-585. | |
| | 1579 | D. Konstantas *et al.*, "Mobile Patient Monitoring: The MobiHealth System," In Proceedings of International Conference on Medical and Care Compunetics, NCC'04, February 2004, 8 pages. | |
| | 1580 | S. Pentland, "Healthwear: Medical Technology Becomes Wearable," IEEE Computer Society, Vol. 37, Issue 5, May 2004, pp. 34-41. | |
| | 1581 | P. Branche *et al.*, "Signal Quality and Power Consumption of a New Prototype Reflectance Pulse Oximeter Sensor," Proceeding of the 31th Annual Northeast Bioengineering Conference, Hoboken, NJ, IEEE, 2005, pp. 1-2. | |
| | 1582 | U. Anliker *et al.*, "AMON: A Wearable Multiparameter Medical Monitoring and Alert System," IEEE Transactions on Information Technology in Biomedicine, January 2005, pp. 1-11. | |
| | 1583 | P. T. Gibbs *et al.*, "Active Motion Artifact Cancellation for Wearable Health Monitoring Sensors Using Collocated MEMS Accelerometers," Proceedings of SPIE Smart Structures and Materials: Sensors and Smart Structures Technologies for Civil, Mechanical, and Aerospace Systems, May 17, 2005, pp. 811-819. | |
| | 1584 | C. W. Mundt *et al.*, "A Multiparameter Wearable Physiologic Monitoring System for Space and Terrestrial Applications," IEEE Transactions on Information Technology in Biomedicine, Vol. 9, No. 3, September 2005, pp. 382-391. | |
| | 1585 | Y. Mendelson *et al.*, "A Wearable Reflectance Pulse Oximeter for Remote Physiological Monitoring," Proceedings of the 28th IEEE EMBS Annual International Conference, August 30-September 3, 2006, pp. 912-915. | |
| | 1586 | B-S. Lin *et al.*, "RTWPMS: A Real-Time Wireless Physiological Monitoring System," IEEE Transactions on Information Technology in Biomedicine, Vol. 10, No. 4, October 2006, pp. 647-656. | |
| | 1587 | T. Torfs *et al.*, "Body-Heat Powered Autonomous Pulse Oximeter," IEEE Sensors 2006, EXCO, October 22-25, 2006, pp. 427-430. | |
| | 1588 | P.S. Pandian *et al.*, "Smart Vest: Wearable Multi-Parameter Remote Physiological Monitoring System," Medical Engineering & Physics 30, 2008. pp. 466-477. | |
| | 1589 | G. Tamannagari, "Power Efficient Design of Finder-Ring Sensor for Patient Monitoring," Master of Science in Electrical Engineering, The University of Texas at San Antonio, College of Engineering, Department of Electrical Engineering, December 2008, 74 pages. | |
| | 1590 | M. Yamashita *et al.*, "Development of a Ring-Type Vital Sign Telemeter," Biotelemetry XIII, March 26-31, 1995, pp. 145-150. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 16/829536 |
|---|---|---|
| | Filing Date | March 25, 2020 |
| | First Named Inventor | Jeroen Poeze |
| | Art Unit | 3791 |
| *(Multiple sheets used when necessary)* | Examiner | Unassigned |
| SHEET 60 OF 60 | Attorney Docket No. | MASCER.002C20 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
| | 1591 | P. Renevey *et al.*, "Wrist-Located Pulse Detection Using IR Signals, Activity and Nonlinear Artifact Cancellation," Proceedings of the 23rd Annual EMBS International Conference, October 25-28, 2001, pp. 3030-3033. | |
| | 1592 | Y. Mendelson *et al.*, "A Mobile PDA-Based Wireless Pulse Oximeter," Proceedings of the IASTED International Conference Telehealth, July 19-21, 2005, pp. 1-6. | |
| | 1593 | P. Shaltis *et al.*, "Novel Design for a Wearable, Rapidly Depolyable, Wireless Noninvasive Triage Sensor," Proceedings of the 2005 IEEE, Engineering in Medicine and Biology 27th Annual Conference, September 1-4, 2005, pp 3567-3570. | |
| | 1594 | Y-S. Yan *et al.*, An Efficient Motion-Resistant Method for Wearable Pulse Oximeter," IEEE Transactions on Information Technology in Biomedicine, Vol. 12, No. 3, May 2008, pp. 399-405. | |
| | 1595 | P. C. Branche *et al.*, "Measurement Reproducibility and Sensor Placement Considerations in Designing a Wearable Pulse Oximeter for Military Applications," IEEE, 2004, pp. 216-217. | |
| | 1596 | G. Comtois, "A Comparative Evaluation of Adaptive Noise Cancellation Algorithms for Minimizing Motion Artifacts in a Forehead-Mounted Wearable Pulse Oximeter," Proceedings of the 29th Annual international Conference of the IEEE EMBS, August 23-26, 2007, pp. 1528-1531. | |
| | 1597 | G. Comtois *et al.*, "A Noise Reference Input to an Adaptive Filter Algorithm for Signal Processing in a Wearable Pulse Oximeter," IEEE, 2007, pp. 106-107. | |
| | 1598 | R. P. Dresher *et al.*, "A New Reflectance Pulse Oximeter Housing to Reduce Contact Pressure Effects," IEEE, 2006, pp. 49-50. | |
| | 1599 | R. P. Dresher *et al.*, "Reflectance Forehead Pulse Oximetry: Effects on Contact Pressure During Walking," Proceedings of the 28th IEEE EMBS Annual International Conference, August 30-September 3, 2006, pp. 3529-3532. | |
| | 1600 | W. S. Johnston *et al.*, "Extracting Breathing Rate Information from a Wearable Reflectance Pulse Oximeter Sensor," Proceedings of the 26th Annual International Conference of the IEEE EMBS, September 1-5, 2004, pp. 5388-5391. | |
| | 1601 | W. Johnston *et al.*, "Extracting Heart Rate Variability from a Wearable Reflectance Pulse Oximeter," IEEE, 2005, pp. 1-2. | |
| | 1602 | W. S. Johnston *et al.*, "Investigation of Signal Processing Algorithms for an Embedded Microcontroller-Based Wearable Pulse Oximeter," Proceedings of the 28th IEEE EMBS Annual International Conference, August 30-September 3, 2006, pp. 5888-5891. | |
| | 1603 | P. Lukowicz *et al.*, "AMON: A Wearable Medical Computer for High Risk Patient," Proceedings of the 6th International Symposium on Wearable Computers (ISWC'02), 2002, pp. 1-2. | |
| | 1604 | P. Lukowicz *et al.*, "The WearARM Modular, Low-Power Computing Core," IEEE Micro, May-June 2001, pp. 16-28. | |
| | 1605 | Y. Mendelson *et al.*, "Accelerometery-Based Adaptive Noise Cancellation for Remote Physiological Monitoring by a Wearable Pulse Oximeter," Proceedings of the 3rd IASTED International Conference TELEHEALTH, May 31-June 1, 2007, pp. 28-33. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**T[1]** - Place a check mark in this area when an English language Translation is attached.

# Exhibit S



(19) Europäisches Patentamt
European Patent Office
Office européen des brevets



(11) Publication number: **0 286 142 B1**

(12) **EUROPEAN PATENT SPECIFICATION**

(45) Date of publication of patent specification: **31.08.94**

(51) Int. Cl.5: **A61B 5/00**, G01N 21/31, G01N 21/17, G01N 33/48

(21) Application number: **88105728.5**

(22) Date of filing: **11.04.88**

(54) **Reflection type oximeter.**

(30) Priority: **09.04.87 JP 87468/87**

(43) Date of publication of application:
**12.10.88 Bulletin 88/41**

(45) Publication of the grant of the patent:
**31.08.94 Bulletin 94/35**

(84) Designated Contracting States:
DE FR GB NL

(56) References cited:
EP-A- 0 104 772
US-A- 3 922 088
US-A- 4 114 604
US-A- 4 167 331

**IEEE TRANSACTIONS ON BIO-MEDICAL EN-GINEERING. vol. bme33, no. 2, 01 February 1986, NEW YORK US page 98 - 107; J.M.Schmitt et al.: "An integrated circuit-based optical sensor for 'in-vivo' measure-ment of blood oxygenation"**

**Theory and development of a noninvasive tissue reflectance oximeter, 31 May 1978, Case Western Reserve University by Setsuo Takatani**

(73) Proprietor: **SUMITOMO ELECTRIC INDUS-TRIES, LTD.**
**5-33, Kitahama 4-chome,
Chuo-ku
Osaka-shi, Osaka 541 (JP)**

(72) Inventor: **Takatani, Setsuo**
**534 Bessho
Bessho-machi
Himeji-shi Hyogo-ken (JP)**
Inventor: **Awazu, Kunio c/o Osaka Works
Sumitomo Electric Ind., Ltd
1-3 Shimaya 1-chome Konohana-ku, Osaka
(JP)**
Inventor: **Kanda, Masahiko c/o Osaka Works
Sumitomo Electric Ind., Ltd
1-3 Shimaya 1-chome Konohana-ku, Osaka
(JP)**

(74) Representative: **Patentanwälte Kirschner & Grosse
Forstenrieder Allee 59
D-81476 München (DE)**

**EP 0 286 142 B1**

Note: Within nine months from the publication of the mention of the grant of the European patent, any person may give notice to the European Patent Office of opposition to the European patent granted. Notice of opposition shall be filed in a written reasoned statement. It shall not be deemed to have been filed until the opposition fee has been paid (Art. 99(1) European patent convention).

Rank Xerox (UK) Business Services
(3. 10/3.09/3.3.3)

**EP 0 286 142 B1**

**Description**

BACKGROUND OF THE INVENTION

5    Field of the Invention

The present invention relates to a reflection type oximeter. More particularly, the present invention relates a reflection type oximeter in which light pulses are applied to tissue of a living body to measure oxygen saturation or the like in an non-invasive manner based on reflected light therefrom.

10

Description of the Prior Art

A conventional optical oximeter is known as an apparatus for measuring oxygen saturation in arterial blood based on light transmitted through the finger, the ear or the like of a person to be examined, when
15  light is applied thereto.

Several examples of the prior art will be described in the following. One of them is the United States Patent No. 2,706,927. This apparatus evaluates oxygen saturation based on measured values of absorbance of each of two different wavelengths in two states, i.e., a state in which the ear is pressed and congested and a state in which the pressure on the ear is relieved. The measured value in the congested state is
20  based on only absorbant components other than the blood and the measured value in the non-pressed state is based on both of the blood and the other absorbant elements. Therefore, the absorbance of only the blood should be indicated by comparison between the read values in the two states. On the other hand, the precision of the measured value would be lowered without fail. The reasons are that all the blood cannot be removed if the ear is pressed and that an optical connection between the ear and the optical apparatus
25  varies. In addition, influence of the absorbant components due to differences in color of the skin and the thickness for example is considerably different dependent on the respective persons to be examined and, accordingly, it is necessary to effect calibration for each person or each measured value.

The second conventional example is the United States Patent No. 3,638,610. In this example, the above described defect is removed by utilization of measured values of absorbance based on a plurality of
30  wavelengths of light. Similarly to all the conventional apparatuses, the good result obtained by this apparatus depends on an increase of perfusion in the living body examined. For that reason, the perfusion in the living body is made to be as closest to the arterial blood as possible. The perfusion can be increased artificially until an accurate result can be obtained. However, such method is often unfavorable or very difficult dependent on the conditions of the person examined.

35    The third conventional example is an oximeter disclosed in Japanese Patent Laying-Open Gazette No. 88778/1978. This oximeter has the below described features. Light of one wavelength and light of another wavelength are applied successively to the fingers, the earlobes or other parts of a living body. This oximeter comprises photodetector means which generates a first electric signal proportional to part of light of a wavelength absorbed in such part of the body and generates a second electric signal proportional to
40  part of light of another wavelength in that part. When the heart sends a larger quantity of blood to the artery tissue than that at pause thereof, a larger quantity of blood exists in that part of the body and accordingly the lights of the two wavelengths are more attenuated than in the pause state of the heart. Consequently, the first and second electric signals have peaks of the maximum and minimum values in one pulse period of the heart. A difference of the maximum and minimum peak values entirely depends on pulsating current
45  of blood, while the pulse period is not at all influenced by the absorbant component which attenuates light by a given quantity.

However, measurement is not permitted in a part where blood current of artery is not obtained or a part where a cuvette necessary for detection of transmitted light cannot be attached.

The fourth conventional example is an oximeter disclosed in Japanese Patent Laying-Open No.
50  51785/1977. This is a reflection type oximeter which can be attached to a part of a living body without a cuvette required in the above described first to third examples. However, this oximeter is used in principle for detection of a pulsation component and accordingly it is impossible to make measurement if the pulsation component is not obtained.

Still another conventional example is a pulse oximeter disclosed in Japanese Patent Laying-Open No.
55  160445/1984. In this oximeter, a pulsation component of the blood current of the artery is detected as a change of a transmitted light component of the light applied to the tissue, whereby oxygen saturation in the arterial blood is measured. Consequently, the following disadvantages are involved.

2

Exhibit S
Page 323

**EP 0 286 142 B1**

Such an oximeter is incapable of making measurements in a part or a state where a pulsation component does not exist. The object which can be measured are only an oxygen saturation degree and a quantity of hemoglobin and the apparatus is incapable of measuring tissue oxygen saturation including information of venous blood serving as an index representing metabolism of the tissue. Since it utilizes transmitting and absorbing functions of the mechanism, it can be attached only to a part used as an optical cell. In addition, since a transmission path of light is not clearly known, it is not clear as to which part (volume) the information detected concerns. Further, noise occurs due to sway or vibration of the sensor.

The theory of photon diffusion in tissues is described in the publication of Setsuo Takatani (= Takaya) under the title "On the theory and development of a noninvasive tissue reflectance oximeter" (Dissertation Case Western Reserve University May 1978). The reflectance oximeter thereby used contains 5 LED's and a plurality of photodiodes.

Therefore, a primary object of the present invention is to provide a reflection type oximeter which can overcome the above described disadvantages and which is capable of evaluating functions of the lung or the heart of a living body or a state of oxygen supplied to the tissue of the body, and capable of continuously monitoring conditions of a patient for a long period.

This object is solved by a reflection type oximeter, which is characterized by the features included in the main claim.

Briefly stated, the present invention performs operation in the following manner. First and second beams of a wavelength subjected to a change in absorbance due to a change in oxygen saturation of hemoglobin in blood of tissue of a living body, third and fourth beams of another wavelength not subjected to any change in absorbance, and fifth and sixth beams of a further wavelength subjected to a relatively small change in absorbance due to changes in a quantity of hemoglobin and oxygen saturation are applied to the tissue of the body, and light receiving means receives the first to sixth beams reflected from the tissue of the body. Intensities of the respective outputs of the light receiving means are evaluated and, based on a predetermined function, the quantity of hemoglobin in the tissue is calculated and the result of the calculation is outputted.

Consequently, the present invention makes it possible to dissolve various problems in the conventional non-invasive type oximeters, such as incapability of measurement in a part where a pulsation component does not exist, measurement limited only to oxygen saturation in artery, noise due to sway or vibration of a sensor, and incapability of measurement without an optical cuvette because of an optical transmission method. Accordingly, the oximeter of the present invention is capable of evaluating lung functions, heart functions, a state of oxygen supplied to tissue, and other data in examinations of anesthesiology, dermatology, pediatrics etc., and is also capable of continuously monitoring conditions of a patient for a long period.

In a preferred embodiment of the present invention, a calibration mode and a measurement mode can be selected and when the calibration mode is selected, a voltage to be applied to light source means is set so that intensity of light emitted from the light source means is within a predetermined range.

Consequently, according to the above-mentioned preferred embodiment of the present invention, intensity of light emitted from the light source means is calibrated prior to measurement and a quantity of hemoglobin in tissue of the body can be measured more accurately.

According to the present invention, assuming that intensities of the first, second, third, fourth, fifth and sixth beams reflected from the tissue are P1, P2, P3, P4, P5 and P6, the quantity of hemoglobin in the tissue is calculated by:

$$C1 \ [\log(P3/P4)]^2 \ + \ C2\log(P3/P4) \ + \ C3$$

where C1, C2 and C3 are correction values.

In addition, according to the present invention, the light source means is formed by first to sixth beam sources emitting the first to sixth beams, respectively, and the first, third and fifth beam sources are located at positions distant from the center of the light receiving means by a predetermined distance d1, while the second, fourth and sixth beam sources are located at positions distant from the center of the light receiving means by a predetermined distance d2, with a relation of d1 < d2 being maintained.

Consequently, it becomes possible to measure oxygen saturation in a part not containing a pulsation component, which could not be measured in a conventional apparatus.

These objects and other objects, features, aspects and advantages of the present invention will become more apparent from the following detailed description of the present invention when taken in conjunction with the accompanying drawings.

Exhibit S
Page 324

**EP 0 286 142 B1**

BRIEF DESCRIPTION OF THE DRAWINGS

Fig. 1 is a schematic block diagram of an embodiment of the present invention.

Fig. 2A is a plan view of a sensor portion shown in Fig. 1.

5   Fig. 2B is a sectional view taken along the line IIB-IIB shown in Fig. 2A.

Fig. 3 is a timing chart for detection of amounts of beams reflected from an object to be measured, having wavelengths λ1, λ2 and λ3.

Fig. 4 is a diagram showing data stored in a RAM shown in Fig. 1.

Figs. 5 to 7 are flowcharts for explaining concrete operation of the embodiment of the present invention.

10   Particularly, Fig. 5 shows a data sample subroutine, Fig. 6 shows a calibration mode, and Fig. 7 shows a measurement mode.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

15   First referring to Figs. 2A to 2B, a principle of the present invention will be described. A sensor portion 10 comprises a first light source 11, a second light source 12, a third light source 13, a fourth light source 14, a fifth light source 15, a sixth light source 16, a light receiving element 17 and a preamplifier 18, which are integrally formed as a unitary body disposed on a black ceramic substrate 100. Light emitting diodes are used as first to sixth light sources 11 to 16. The light emitting diodes 11 and 12 emit light of a
20   wavelength λ1 (for example, 660nm), the absorbance of which is considerably changed due to a change in oxygen saturation in blood. The light emitting diodes 13 and 14 emit light of a wavelength λ2 (for example, 805nm), the absorbance of which undergoes substantially no change due to a change in oxygen saturation of hemoglobin. The light emitting diodes 15 and 16 emit light of a wavelength λ3 (for example, 940nm), the absorbance of which is changed to a relatively small extent due to changes in oxygen saturation of
25   hemoglobin and the quantity of hemoglobin. The light emitting diodes 11, 13 and 15 are located at positions apart from the center of the light receiving element 17 by a distance d1 and the light emitting diodes 12, 14 and 16 are located at positions apart from the center of the light receiving element 17 by a distance d2, with a relation of d1 < d2 being maintained.

There is provided a light interception wall 19 which surrounds the light sources 11 to 16, the light
30   receiving element 17 and the preamplifier 18, and separates the light sources 11 to 16 from the light receiving element 17, thereby to prevent incidence of external light on the light receiving element 17 and to prevent direct application of light from the light sources 11 to 16 to the light receiving element 17. The partition wall which separates the light sources 11 to 16 from the light receiving element 17 has a thickness of 0.5mm or less for example and a height of about 0.8mm for example. The wall 19 also serves to prevent
35   resin material 101 (of epoxy, urethane, silicone or the like) introduced onto the light sources 11 to 16 and the light receiving element 17 from flowing outside the wall. A relay electrode 102 is formed between the light sources 11, 13 and 15 and the light sources 12, 14 and 16. The relay electrode 102 comprises a copper film formed on the black ceramic substrate 100 and it serves to distribute electric power supplied from outside the sensor portion 10 to the respective light sources 11 to 16. Electric current is supplied from
40   the relay electrode 102 to the respective light sources 11 to 16 through boding wires 103 and the current is fed back through a printing circuit for example formed on the black ceramic substrate 100.

A detailed description of transmission of light in the sensor portion 10 thus constructed is given for example in the above cited publication by Takatani. This theory will be concretely described as follows. The sensor portion 10 is attached to a part of a human body, for example, a fingertip and the light sources 11 to
45   16 are caused to emit beams successively, so that a plurality of light sources may not emit beams concurrently. The beams emitted from the light sources 11, 13 and 15 near the light receiving element 17 are diffused and reflected in the tissue of the body and attain the light receiving element 17 as shown by arrows in Fig. 2B. Intensities of the beams received in the light receiving element 17 are represented as P1, P3 and P5. The beams emitted from the light sources 12, 14 and 16 distant from the light receiving element
50   17 are also diffused and reflected in the tissue of the body and attain the light receiving element 17. Intensities of the beams thus received are represented as P2, P4 and P6. The intensities P1, P3 and P5 and the intensities P2, P4 and P6 are obtained through different transmission paths and include different amounts of information. Let us consider the paths of the reflected beams referring to Fig. 2B. Transmission of the beams is specifically applied according to the above described photon diffusion theory and the
55   intensities of P2, P4 and P6 have information of a deeper part than the information of the intensities of P1, P3 and P5. Therefore, as shown in Fig. 2B, it is assumed that a region sampled by the intensities of the received beams P1, P3 and P5 is a first layer 40, that a region sampled by the intensities of the received beams P2, P4 and P6 is a second layer 50 and that characteristics given at the time of transmission of the

Exhibit S
Page 325

**EP 0 286 142 B1**

beams in the respective layers are represented as $\alpha 11$ and $\alpha 12$. It is assumed in this case that the characteristics $\alpha 11$ and $\alpha 12$ depend on the transmission, absorption or scattering of the beams from the light sources, hemoglobin existing in the tissue and the like. If intensities of the beams emitted from the light sources 11 and 12 are represented as I1 and I1′, respectively, the received light amounts P1 and P2 are represented in the following simplified manner:

$$P1 = I1 \cdot \alpha 11$$
$$P2 = I1′ \cdot \alpha 11 \cdot \alpha 12 \qquad (1)$$

If a ratio between the intensities of the received beams P1 and P2 is considered, it is represented by the following equation (2).

$$\frac{P2}{P1} = \frac{I1′ \cdot \alpha 11 \cdot \alpha 12}{I1 \cdot \alpha 11} \qquad \ldots (2)$$

If I1 = I1′, that is, the intensities of the emitted beams are equal, the above stated equation (2) is represented by the following equation (3)

$$P2/P1 = \alpha 12 \qquad (3)$$

According to the equation (3), the component of the first layer 40 is removed. This means that only the component of the second layer 50 is detected according to the equation (3). If, for example, the distance d1 (between the light sources 11, 13 and 15 and the light receiving element 17) is set to obtain, as the component of the first layer 40, information of a capillary layer liable to cause disturbance in bloodstream when it is pressed by the sensor attached and the distance d2 (between the light sources 12, 14 and 16 and the light receiving element 17) is set to obtain, as the component of the second layer 50, information of a bottom of blood hardly subjected to disturbance when it is pressed by the sensor attached, an artifact due to disturbance in bloodstream, which was a problem to be solved in the prior art, can be removed.

At the same time, skin may be considered as being included in the first layer 40 and an individual difference such as a difference of color of the skin can be also dissolved by applying the above described principle.

Similarly, the above described principle is also applied to the two groups of light sources 13, 14, 15 and 16 having the different wavelengths $\lambda 2$ and $\lambda 3$ of light and the following equations are obtained.

$$\frac{P4}{P3} = \frac{I2′ \cdot \alpha 21}{I2 \cdot \alpha 21 \cdot \alpha 22} \qquad \ldots (4)$$

$$\frac{P6}{P5} = \frac{I3′ \cdot \alpha 31}{I3 \cdot \alpha 31 \cdot \alpha 32} \qquad \ldots (5)$$

In addition if I2′ = I2 and I3′ = I3, the following equations are obtained.

$$\frac{P4}{P3} = \frac{1}{\alpha 22}, \ \frac{P6}{P5} = \frac{1}{\alpha 32} \qquad \ldots (6)$$

Thus, it is understood that an artifact influenced by disturbance in bloodstream and an individual difference of the skin can be removed in the same manner as in the case of the wavelength $\lambda 1$.

It is indicated by Takayama et al. for example that the quantity of hemoglobin ($Hb_T$) in the tissue of the living body is obtained in the following manner.

5

**EP 0 286 142 B1**

$$Hb_T = C1[\ell n\ (1/R)]^2 + C2[\ell n\ (1/R)] + C3 \qquad (7)$$

where R is an intensity of light reflected from the tissue, having a wavelength not causing any change in absorbance due to change in oxygen saturation of hemoglobin and C1, C2 and C3 are coefficients set at the time of calibration. Now, if the principle of the present invention is applied to the above described equation (7), the following equation (8) can be considered.

$$Hb_T = D1\ [log(P3/P4)]^2 + D2\ [log\ \{P3/P4\}] + D3 \qquad (8)$$

where D1, D2 and D3 are coefficients set at the time of calibration.

From the above-mentioned equation (8), it becomes possible to determine and measure the quantity of hemoglobin ($Hb_T$) in the tissue of the living body by removing the artifact caused by disturbance in bloodstream due to the pressure of the sensor attached or the individual difference of the color of the skin.

The oxygen saturation ($S_{02T}$) of the tissue is expressed by the following equation (9).

$$S_{02T} = A - B\ X\ log\left(\frac{P1/P2}{P5/P6}\right) \Big/ log\left(\frac{P3/P4}{P5/P6}\right) \qquad \ldots (9)$$

where A and B are coefficients set at the time of calibration. In this case also, the theory represented by the above-mentioned equation (6) is applied and it becomes possible to make stable measurement by removing the artifact caused by disturbance in bloodstream by pressure of the attached sensor or the individual difference of the color of the skin.

In the following, the embodiment of the present invention will be described based on the above described principle.

Fig. 1 is a schematic block diagram of the embodiment. First, construction of this embodiment will be described. In Fig. 1, a reflection type oximeter comprises the sensor portion 10 described above with reference to Figs. 2A and 2B, and a measurement processing portion 20. The sensor portion 10 comprises the first to sixth light sources 11 to 16, the light receiving element 17 and the preamplifier 18 as described previously. The light sources 11 to 16 are driven by the measurement processing portion 20 so that they emit light successively by pulse operation.

The measurement processing portion 20 comprises a central processing unit (CPU) 23 as evaluation means. The CPU 23 supplies, to a D/A converter 22, data for controlling intensities of light pulses emitted from the light sources 11 to 16. The D/A converter 22 converts the data to an analog signal, which is supplied to an analog switch 21. The analog switch 21 comprises six switching elements which are operated by clock signals ASCCKL1, 2, 3, 4, 5 and 6 supplied from a clock generator 31, so that an output of the D/A converter 22 is supplied to the light sources 11 to 16. An output of the light receiving element 17 is supplied to an amplifier 34 through the preamplifier 18, so that it is amplified. An output of the amplification is supplied to a LOG converter 33 so as to be logarithmically converted. An output of the LOG converter 33 is sampled by an A/D converter 32 and outputted as a digital signal. The digital signal is supplied to the CPU 23 through an I/O port 29. The A/D converter 32 receives a clock signal ADCLK from the clock generator 31. The I/O port 29 is connected with a buzzer 30. The buzzer 30 is used to issue an alarm when a result of measurement considerably deviates from a normal value.

Further, the CPU 23 is connected with a RAM 24, a ROM 25, a display portion 26, a printer 27, and an operation portion 28. The RAM 24 stores various data as shown in Fig. 4 as described later. The ROM 25 stores programs based on flowcharts shown in Figs. 5 to 7. The display portion 26 displays a result of evaluation of the CPU 23 and the printer 27 prints the result of evaluation.

The operation portion 28 includes an alarm LED 281, a calibration key 282, a start key 283 and a print key 284. The alarm LED 281 displays an alarm when a result of calculation has a low reliability. The calibration key 282 is used to set a calibration mode. The start key 283 instructs a start of a measurement mode and the print key 284 instructs a printout of the result of calculation.

Fig. 3 is a timing chart for detection of intensities of the beams of the wavelengths λ1, λ2 and λ3 transmitted through an object to be measured. Fig. 4 is a diagram showing data stored in the RAM shown in Fig. 1. Figs. 5 to 7 are flowcharts for explaining concrete operation of the embodiment of the present invention. Particularly, Fig. 5 shows a data sample subroutine; Fig. 6 shows the calibration mode; and Fig. 7

Exhibit S
Page 327

**EP 0 286 142 B1**

shows the measurement mode.

Referring now to Figs. 1 to 7, concrete operation of the embodiment will be described. First, the steps SP1 to SP24 shown in Fig. 5 are procedures for sampling the intensities of the beams of the wavelengths λ1, λ2 and λ3 transmitted through the object to be examined and storing them in areas 241 to 246 of the RAM 24.

More specifically, in the step SP1, the CPU 23 reads data of a drive voltage $V_{L1}$ of the first light source 11 stored in a storage area 256 of the RAM 24 shown in Fig. 4 and supplies the data to the D/A converter 22. The D/A converter 22 converts the data of the voltage to an analog signal and supplies it to the analog switch 21. The analog switch 21 receives the clock signal ASCLK1 as shown in (i) of Fig. 3 from the clock generator 31. In the step SP2, the analog switch 21 is turned on in response to the clock signal ASCLK1 and supplies, to the first light source 11, the analog voltage $V_{L1}$ converted by the D/A converter 22. Then, the first light source 11 emits light of an intensity corresponding to the drive voltage $V_{L1}$ and applies it to the object 50 to be examined.

The emitted light is reflected on the object 50 and is received by the light receiving element 17. The light receiving element 17 converts the received light to an electric signal and supplies it to the amplifier 34 through the preamplifier 18. The amplifier 34 amplifies the signal and supplies it to the LOG converter 33 so that it is logarithmically converted. The logarithmically converted voltage is supplied to the D/A converter 32. The clock signal ADCLK as shown in (g) of Fig. 3 is applied from the clock generator 31 to the A/D converter 32. Accordingly, in the step SP3, the A/D converter 32 converts the analog output of the LOG converter 33 to a digital output based on the clock signal ADCLK. The digital output is supplied to the CPU 23 through the I/O port 29. In the step SP4, the CPU 23 reads the output of the A/D conversion and stores it as P1 in the area 241 of the RAM 24.

Similarly, the CPU 23 reads data of a drive voltage $V_{L2}$ of the second light source shown in (b) of Fig. 3 stored in the area 257 of the RAM 24 and supplies it to the analog switch 21 through the D/A converter 22. The clock signal ASCLK2 2 as shown in (j) of Fig. 3 is applied from the clock generator 31 to the analog switch 21. Accordingly, in the step SP6, the analog switch 21 is turned on based on the clock signal ASCLK2 to supply the drive voltage $V_{L2}$ to the second light source 12. Then, the second light source 12 emits light of an intensity corresponding to the drive voltage $V_{L2}$ and applies it to the object 50 to be examined. The emitted light of the wavelength λ1 is reflected on the object 50 and is received by the light receiving element 17.

The light receiving element 17 photoelectrically converts the received light and supplies it to the amplifier 34 through the preamplifier 18. The output of the amplifier 34 is logarithmically converted by the LOG converter 33 in the same manner as described above and is supplied to the A/D converter 32. In the step SP7, the A/D converter 32 starts A/D conversion based on the clock signal ADCLK from the clock generator 31. An output of the A/D conversion is supplied to the CPU 23 through the I/O port 29. In the step SP8, the CPU 23 reads the output of the A/D conversion and stores it as P2 in the area 242 of the RAM 24. Subsequently, the CPU 23 performs operation in the steps SP9 to SP24, in which it drives the third to sixth light sources 13 to 16 based on data of the drive voltages $V_{L3}$ to $V_{L6}$ stored in the areas 258 to 261 of the RAM 24 and stores the data as P3 to P6 in the areas 243 to 246, respectively, based on the output of the light receiving element 17.

Now, the calibration mode shown in Fig. 6 will be described. The calibration mode is started when power supply of the apparatus is turned on or when operation in the measurement mode shown in Fig. 7 as described later is brought to an end. In the step SP31, the CPU 23 displays the calibration mode on the display portion 26. This display serves to indicate that the calibration mode is selected and it also serves to instruct attachment of the sensor portion 10. According to this instruction, the operator of the apparatus attaches the sensor portion 10 to the object 50 to be examined. Then, in the step SP32, the CPU 23 waits until the calibration key 282 is operated. When the calibration key 282 is operated, the CPU 23 proceeds to the step SP 33 to execute the data sample subroutine shown in Fig. 5.

The CPU 23 measures the data P1 to P6 by m times based on data of the number of times stored in the area 255 of the RAM 24 and stores average light data obtained by averaging the data of the measurements by m times as PM1 to PM6 in areas 262 to 267 of the RAM 24. The CPU 23 stores the values of PM1 to PM6 in the areas 247 to 252 of the RAM 24 as PO1 to PO6 in the step SP34. Then, the CPU 23 executes the steps SP35 to SP57, in which the drive voltages $V_{L1}$ to $V_{L6}$ applied to the first to sixth light sources 11 to 16 are regulated so that PO1 to PO6 are set between the light data $P_{MAX}$ and $P_{MIN}$ ($P_{MAX}$ > $P_{MIN}$) stored in the areas 253 and 254 of the RAM 24, respectively.

More specifically, in the step SP35, if PO1 is larger than $P_{MAX}$, the CPU 23 proceeds to the step SP36 to set the drive voltage $V_{L1}$ to a small value. Then, the steps SP33 and SP34 are executed again and it is determined again in the step SP35 whether PO1 is larger than $P_{MAX}$. If PO1 is not smaller than $P_{MAX}$, the

Exhibit S
Page 328

**EP 0 286 142 B1**

CPU 23 proceeds to the step SP37 to determine whether PO1 is smaller than $P_{MIN}$. If PO1 is smaller than $P_{MIN}$, the value of the drive voltage $V_{L1}$ is increased in the step SP38 and then the CPU 23 returns to the above-mentioned step SP33. Those operations are repeated to regulate the drive voltage $V_{L1}$ so that PO1 is set between $P_{MAX}$ and $P_{MIN}$.

Subsequently, operations in the steps SP39 to SP58 are executed and the drive voltages $V_{L2}$ to $V_{L6}$ are regulated so that PO2 to PO6 are set between $P_{MAX}$ and $P_{MIN}$. Then, the finally set drive voltages $V_{L1}$ to $V_{L6}$ are stored in the areas 257 to 261 of the RAM 24.

Then, the operator attaches the sensor portion 10 to a part to be examined, for example, a fingertip and operates the start key 283. In consequence, the CPU 23 proceeds to the measurement mode shown in Fig. 7. More specifically, in the step SP61, the above described data sample subroutine shown in Fig. 5 is executed and P1 to P6 based on the light pulses received from the first to sixth light sources 11 to 16, reflected on the part to be examined, are stored in the areas 241 to 246 of the RAM 24. Then, the CPU 23 substitutes P3 and P4 stored in the areas 242 and 245 of the RAM 24 into the above-mentioned equation (8) and evaluates the quantity of hemoglobin $Hb_T$. Further, in the step SP63, the CPU 23 substitutes P1, P2, P3, P4, P5 and P6 stored in the areas 241, 243, 244, and 246 of the RAM 24 into the above indicated equation (9) to evaluate the oxygen saturation $S_{O2T}$ of the tissue of the body. The quantity of hemoglobin $Hb_T$ and the oxygen saturation $S_{O2T}$ of hemoglobin in the tissue of the body determined by the evaluation operations are displayed on the display portion 26. If the print key 284 is operated in this case, the results of the evaluation $Hb_T$ and $S_{O2T}$ are printed by the printer 27 in the step SP65. The buzzer 30 issues an alarm when the results of measurement become lower than predetermined levels when the patient is being monitored.

As described above, according to the embodiment of the present invention, light pulses of the wavelength the absorbance of which is considerably changed by a change in oxygen saturation of hemoglobin in blood of the tissue of the living body, and the light pulses the absorbance of which is not changed, and the light pulses the absorbance of which is changed to a small extent by changes in the quantity of hemoglobin and the oxygen saturation are applied at the predetermined levels from the positions near the light receiving portion and the position a little distant therefrom, and the light pulses reflected through the tissue are detected, whereby the oxygen saturation of hemoglobin in blood of the tissue and the quantity of hemoglobin are evaluated based on the predetermined functions. Consequently, it becomes possible to solve various problems in the conventional non-invasive oximeters, such as incapability of measurement in a part where a pulsation component does not exist, measurement limited only to oxygen saturation of artery, occurrence of noise due to sway or vibration of a sensor, or incapability of measurement in the case of nonexistence of an optical cuvette for an optical transmission method. Therefore, the present invention makes it possible to evaluate lung functions, heart functions, conditions of oxygen supplied to the tissue, and other data in examinations of anesthesiology, dermatology, pediatrics or the like, and to continuously monitor a patient for a long period.

**Claims**

1.  A reflection type oximeter comprising:
    beam source means (11 to 16) for applying to a tissue of a living body
    first and second beams of the same emitting intensity and of one wavelength involving a change in absorbance due to a change in oxygen saturation of hemoglobin in blood of said tissue,
    third and fourth beams of the same emitting intensity and of one wavelength involving no change in said absorbance, and
    fifth and sixth beams of the same emitting intensity and of one wavelength involving a relatively small change in said absorbance, the oximeter further characterised by:
    a beam receiving element (17) for time separated detecting of a portion of said first, third and fifth beams which is reflected by an outer layer (40) of said tissue and a portion of said second, fourth and sixth beams passing through said outer layer which is reflected by a deeper portion (50) of said tissue,
    evaluation means (20) for evaluating the intensities of said six reflected beams basing on an output of said beam receiving element and evaluating a quantitative value characterizing the portion of oxygen in the blood basing on a predetermined function, and
    output means (26,27) for outputting results of the evaluation of said evaluating means, while the
    beam source means (11 to 16) comprises first to sixth beam sources for emitting said first to sixth beams,
    said first, third and fifth beam sources are located at positions distant from a center of said beam receiving means (17) by a predetermined distance d1, and said second, fourth and sixth beam sources

Exhibit S
Page 329

are located at positions distant from the center of said beam receiving means (17) by a predetermined distance d2, with a relation of d1 < d2 being maintained, wherein
said evaluaton means comprises means for evaluating the oxygen saturation of said tissue by the expression:

$$A \; - \; B \; \cdot \left( \log \frac{P1/P2}{P5/P6} \right) \Big/ \left( \log \frac{P3/P4}{P5/P6} \right)$$

where P1, P2, P3, P4, P5 and P6 are the intensities of the first, second, third, fourth, fifth and sixth beams reflected from said tissue, respectively, and A and B are correction values, and wherein said evaluation means comprises means for evaluating the quantity of hemoglobin in said tissue by the expression:

$C1 \cdot [\log(P3/P4)]^2 \; + \; C2 \cdot \log(P3/P4) \; + \; C3$

C1, C2 and C3 are correction values.

2.  A reflection type oximeter in accordance with claim 1, further comprising
mode selection means (282, 283) for selection between a calibration mode for performing calibration to set the intensities of the beams emitted from said beam source means within predetermined ranges and a measurement mode for evaluating said quantitative value by said evaluation means.

3.  A reflection type oximeter in accordance with claim 2, further comprising
voltage setting means (21, 22) for setting a voltage to be applied to said beam source means in respone to selection of the calibration mode by said selection means, to cause the intensities of the first to sixth beams emitted from said beam source means to be within the predetermined ranges.

4.  A reflection type oximeter in accordance with claims 1 to 3, further comprising
means (23) for calculating an average value of signals of each of said first to sixth beams received by said beam receiving means by a plural number of times,
said evaluation means including means (23) for evaluating said quantitative value
on said average value and a predetermined function.

5.  Reflection type oximeter in accordance with claims 1 to 4, characterized by setting means for setting intensities of the beams emitted from said beams source means.

**Patentansprüche**

1.  Rückstrahlungsgerät zur Bestimmung des Sauerstoff-gehaltes, umfassend:
eine Strahlungsquellenvorrichtung (11 bis 16) zur Anwendung auf ein Gewebe eines lebenden Körpers, erste und zweite Strahlung der gleiche Emissions-intensität und von einer Wellenlänge, welche eine Änderung in der Absorption aufgrund einer Änderung in der Sauerstoff-sättigung des Hämoglobins im Blut des Gewebes mit sich bringt,
dritte und vierte Strahlung der gleichen Emissions-intensität und von einer Wellenlänge, welche keine Änderung der besagten Absorption mit sich bringt, und
fünfte und sechste Strahlung der gleichen Emissions-intensität und von einer Wellenlänge, welche relativ kleine Änderung der Absorption mit sich bringt,
**gekennzeichnet durch**
ein Strahlenempfangselement (17) zur zeitaufgelösten Detektierung eines Teils der ersten, dritten und fünften Strahlung, welche durch eine äußere Schicht (40) des Gewebes reflektiert wird, und eines Teils der zweiten, vierten und sechsten Strahlung, welche durch die äußere Schicht geht und welche durch einen tieferen Bereich (50) des Gewebes reflektiert wird,
eine Auswertungsvorrichtung (20) zum Auswerten der Intensitäten der sechs reflektierten Strahlungen, basierend auf einem Ausgang des Strahlenempfangselementes und zur Auswertung eines quantitativen Wertes, welcher den Anteil des Sauerstoffes in dem Blut auf der Basis einer vorbestimmten Funktion charakterisiert, und

Exhibit S
Page 330

**EP 0 286 142 B1**

eine Ausgabevorrichtung (26,27) zum Ausgeben von Ergebnissen der Auswertung der Auswertungsvorrichtung, wobei die Strahlungsquellenvorrichtung (11 bis 16) erste bis sechste Strahlungsquellen zur Emission der ersten bis sechsten Strahlung umfaßt,

die erste, dritte und fünfte Strahlungsquellen sind im Abstand von einem Zentrum der Strahlenempfangsvorrichtung (17) durch eine vorbestimmte Distanz D1 beabstandet, und die zweite, vierte und sechste Strahlungsquelle ist von der Mitte der Strahlungsempfangsvorrichtung (17) durch einen vorbestimmten Abstand D2 beabstandet, wobei eine Beziehung D1 < D2 beibehalten ist, worin

die Strahlenempfangsvorrichtung einer Einrichtung zur Auswertung der Sauerstoffsättigung des Gewebes gemäß dem Ausdruck

$$A - B * \left( \log \frac{P1/P2}{P5/P6} \right) \Bigg/ \left( \log \frac{P3/P4}{P5/P6} \right)$$

umfaßt, wobei P1, P2, P3, P4, P5 und P6 die Intensitäten der ersten, zweiten, dritten, vierten, fünften und sechsten Strahlung sind, die jeweils von dem Gewebe reflektiert werden, und A und B Korrekturwerte sind, und worin die Auswertungseinrichtung eine Einrichtung zum Auswerten der Menge des Hämoglobins in dem Gewebe gemäß dem Ausdruck:

$C1 * [\log(P3/P4)]^2 + C2 * \log(P3/P4) + C3$

umfaßt, wobei C1, C2 und C3 Korrekturwerte sind.

2. Rückstrahlungsgerät zur Bestimmung des Sauerstoffgehaltes nach Anspruch 1, das weiterhin umfaßt:
eine Betriebsartauswahlvorrichtung (282, 283) zur Auswahl zwischen einer Kalibrierbetriebsart zur Ausführung einer Kalibrierung, um die Intensitäten der Strahlung, welche von den Strahlungsquellenvorrichtungen emittiert werden, innerhalb eines vorbestimmten Bereiches einzustellen, und einer Meßbetriebsart zur Auswertung des quantitativen Wertes durch die Anwertungsvorrichtung.

3. Rückstrahlungsgerät zur Bestimmung des Sauerstoffgehaltes nach Anspruch 2, das weiterhin umfaßt:
eine Spannungseinstellvorrichtung (21,22) zum Einstellen einer Spannung, welche an die Strahlenquellenvorrichtung angelegt wird, in Antwort auf die Auswahl der Kalibrierbetriebsart durch die Auswahlvorriohtung, damit die Intensitäten der ersten bis sechsten Strahlung, welche von der Strahlenquellenvorriohtung emittiert werden, in einem vorbestimmten Bereich liegen.

4. Rückstrahlungsgerät zur Bestimmung des Sauerstoffgehaltes nach Anspruch 1 - 3, das weiterhin umfaßt:
eine Vorrichtung (23) zum mehrfachen Berechnen eines Mittelwertes der Signale von jedem der ersten bis sechsten Strahlen, welche durch die Strahlenempfangsvorrichtung empfangen werden, wobei
die Auswertevorrichtung eine Einrichtung (23) zum Auswerten des quantitativen Wertes auf der Grundlage des Mittelwertes und einer vorbestimmten Funktion umfaßt.

5. Rückstrahlungsgerät zur Bestimmung des Sauerstoffgehaltes nach Anspruch 1 - 4, **gekennzeichnet durch** eine Einstellvorrichtung zum Einstellen der Intensitäten der Strahlung, welche von der Strahlungsquellenvorrichtung emittiert werden.

**Revendications**

1. Oxymètre du type à réflexion comprenant :
des moyens de source de faisceaux (11 à 16) destinés à appliquer sur un tissu d'un corps vivant
des premier et second faisceaux de la même intensité émettrice et d'une longueur d'onde impliquant une modification dans l'absorbance en raison d'une modification dans la saturation d'oxygène de l'hémoglobine dans le sang de ce tissu,
des troisième et quatrième faisceaux de la même intensité émettrice et d'une longueur d'onde n'impliquant aucune modification dans cette absorbance, et
des cinquième et sixième faisceaux de la même intensité émettrice et d'une longueur d'onde

Exhibit S
Page 331

**EP 0 286 142 B1**

impliquant une modification relativement faible dans cette absorbance, l'oxymètre étant de plus caractérisé par :

un élément recevant un faisceau (17) pour la détection séparée dans le temps d'une portion des premier, troisième et cinquième faiceaux qui est réfléchie par une couche extérieure 40 du tissu et une portion des second, quatrième et sixième faisceaux traversant la couche extérieure qui est réfléchie par une portion plus profonde (50) de ce tissu,

des moyens d'évaluation (20) destinés à évaluer les intensités de ces six faisceaux réfléchis en se basant sur une sortie de l'élément récepteur de faisceaux et en évaluant une valeur quantitative caractérisant la portion d'oxygène dans le sang en se basant sur une fonction prédéterminée, et

des moyens de sortie (26,27) pour émettre les résultats de l'évaluation de ces moyens d'évaluation, tandis que les moyens de source de faisceaux (11 à 16) comprennent des première à sixième sources de faisceaux pour émettre le premier jusqu'à sixième faisceaux, les première, troisième et cinquième sources de faisceaux sont situées à des positions distantes d'un centre des moyens recevant les faisceaux (17) d'une distance prédéterminée d1, et ces seconde, quatrième et sixième sources de faisceaux sont situées en une position distante du centre des moyens de réception de faisceaux (17) de distance prédéterminée d2, avec une relation d1 < d2 qui est maintenue, ce en quoi ces moyens d'évaluation comprennent des moyens destinés à évaluer la saturation en oxygène de ce tissu par l'expression :

$$A - B \cdot \left( \log \frac{P1/P2}{P5/P6} \right) \middle/ \left( \log \frac{P3/P4}{P5/P6} \right)$$

où P1, P2, P3, P4, P5 et P6 sont les intensités des premier, second, troisième, quatrième, cinquième et sixième faisceaux respectivement réfléchis par ce tissu et A et B sont les valeurs correctrices, et moyennant quoi

ces moyens d'évaluation comprennent des moyens destinés à évaluer la quantité d'hémoglobine dans le tissu par l'expression :

$C1 \cdot [\log(P3/P4)[^2 + C2 \cdot \log(P3/P4) + C3$

C1, C2 et C3 sont des valeurs correctrices.

2. Oxymètre du type à réflexion selon la revendication 1, comprenant de plus
des moyens de sélection de mode (282, 283) destinés à faire une sélection entre un mode d'étalonnage pour effectuer un étalonnage pour fixer les intensités des faisceaux émis par les moyens de source de faisceaux dans des plages prédéterminées et un mode de mesure pour évaluer la valeur quantitative par ces moyens d'évaluation.

3. Oxymètre du type à réflexion selon la revendication 2, comprenant de plus
des moyens de fixation de tension (21, 22) destinés à établir une tension à appliquer sur les moyens de source de faisceaux en réponse à la sélection du mode d'étalonnage par les moyens de sélection pour faire en sorte que les intensités des premier à sixième faisceaux émis par les moyens de sources de faisceaux se situent à l'intérieur des plages prédéterminées.

4. Oxymètre du type à réflexion selon les revendications 1 à 3, comprenant de plus
des moyens (23) pour calculer une valeur moyenne des signaux de chacun des premier à sixième faisceaux reçus par les moyens de réception de faisceaux pour une pluralité de choix,
ces moyens d'évaluation comprenant des moyens (23) destinés à évaluer la valeur quantitative sur la valeur moyenne et une fonction prédéterminée.

5. Oxymètre de type à réflexion selon les revendications 1 à 4, caractérisé par des moyens de fixation destinés à établir les intensités des faisceaux émis par ces moyens de source de faisceaux.

Exhibit S
Page 332

EP 0 286 142 B1

FIG.1



Exhibit S
Page 333

EP 0 286 142 B1

FIG.2A



FIG.2B



Exhibit S
Page 334

EP 0 286 142 B1

# FIG.3



Exhibit S
Page 335

EP 0 286 142 B1

# FIG.4



Exhibit S
Page 336

FIG.5

DATA SAMPLE
SP1 OUTPUT VL1 FROM D/A CONVERTER
SP2 TURN ON ANALOG SWITCH 1
SP3 START A/D CONVERSION
SP4 OUTPUT OF A/D CONVERSION IS READ AND STORED IN P1
SP5 OUTPUT VL2 FROM D/A CONVERTER
SP6 TURN ON ANALOG SWITCH 2
SP7 START A/D CONVERSION
SP8 OUTPUT OF A/D CONVERSION IS READ AND STORED IN P2
SP9 OUTPUT VL3 FROM D/A CONVERTER
SP10 TURN ON ANALOG SWITCH 3
SP11 START A/D CONVERSION
SP12 OUTPUT OF A/D CONVERSION IS READ AND STORED IN P3
SP13 OUTPUT VL4 FROM D/A CONVERTER
SP14 TURN ON ANALOG SWITCH 4
SP15 START A/D CONVERSION
SP16 OUTPUT OF A/D CONVERSION IS READ AND STORED IN P4
SP17 OUTPUT VL5 FROM D/A CONVERTER
SP18 TURN ON ANALOG SWITCH 5
SP19 START A/D CONVERSION
SP20 OUTPUT OF A/D CONVERSION IS READ AND STORED IN P5
SP21 OUTPUT VL6 FROM D/A CONVERTER
SP22 TURN ON ANALOG SWITCH 6
SP23 START A/D CONVERSION
SP24 OUTPUT OF A/D CONVERSION IS READ AND STORED IN P6
RETURN

FIG.6

CALIBRATION MODE
CALIBRATION MODE DISPLAY
SP31
SP32
IS CALIBRATION KEY ON ?
NO
YES
DATA SAMPLE
SP33
STORE PM1 IN PO1 AND STORE PM2 IN PO2
SP34
SP35
PO1 >PMAX
YES
NO
SP36
DECREASE VL1 AND STORE IT
SP37
PO1<PMIN
YES
NO
SP38
INCREASE VL1 AND STORE IT
SP39
PO2>PMAX
YES
NO
SP40
DECREASE VL2 AND STORE IT
SP41
PO2<PMIN
YES
NO
SP42
INCREASE VL2 AND STORE IT
SP43
PO3>PMAX
YES
NO
SP44
DECREASE VL3 AND STORE IT
SP45
PO3<PMIN
YES
NO
SP46
INCREASE VL3 AND STORE IT
SP47
PO4>PMAX
YES
NO
SP48
DECREASE VL4 AND STORE IT
SP49
PO4<PMIN
YES
NO
SP50
INCREASE VL4 AND STORE IT
SP51
PO5>PMAX
YES
NO
SP52
DECREASE VL5 AND STORE IT
SP53
PO5<PMIN
YES
NO
SP54
INCREASE VL5 AND STORE IT
SP55
PO6>PMAX
YES
NO
SP56
DECREASE VL6 AND STORE IT
SP57
PO6<PMIN
YES
NO
SP58
INCREASE VL6 AND STORE IT
RETURN

EP 0 286 142 B1

# FIG.7



Exhibit S
Page 339

Exhibit T

# United States Patent [19]

**Edgar, Jr.**

[11] **Patent Number:** **4,854,699**

[45] **Date of Patent:** **Aug. 8, 1989**

[54] **BACKSCATTER OXIMETER**

[75] Inventor: **Reuben W. Edgar, Jr.,** San Antonio, Tex.

[73] Assignee: **Nippon Colin Co., Ltd.,** Komaki, Japan

[21] Appl. No.: **115,204**

[22] Filed: **Nov. 2, 1987**

[51] Int. Cl.⁴ ........................ **G01N 33/49; A61B 5/00**
[52] U.S. Cl. ...................................... **356/41; 128/633**
[58] Field of Search ..................... 356/39, 41; 128/633

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,305,398 | 12/1981 | Sawa | 356/41 X |
| 4,446,871 | 5/1984 | Imura | 356/41 X |
| 4,463,762 | 8/1984 | Rubens | 356/41 X |
| 4,603,700 | 8/1986 | Nichols et al. | 356/41 X |
| 4,714,080 | 12/1987 | Edgar, Jr. et al. | 128/633 |

OTHER PUBLICATIONS

Takatani et al., "a Noninvasive Tissue Reflectance Oximeter, An Instrument for Measurement of Tissue Hemoglobin Oxygen Saturation In Vivo" Annals of Biomedical Engineering, vol. 8 #1, pp. 1–15, 1980.

*Primary Examiner*—Vincent P. McGraw
*Attorney, Agent, or Firm*—Matthews & Branscomb

[57] **ABSTRACT**

A noninvasive optical oximeter for measuring oxygen saturation of arterial blood. A sample of blood is illuminated with light at four different wavelengths. Light reflected by the blood is sensed by a photodetector and a plurality of output signals are created in response thereto. The reflected light at each of the four wavelengths is detected after contact with the blood and is correlated with the oxygen saturation of the patient's blood using mathematical relationships for arterial and venous oxygen saturation. The present invention provides a noninvasive backscatter oximeter which is capable of providing accurate indications of a patient's blood oxygen saturation without the need for obtaining prior information relating to the oxygen content of the patient's blood.

**8 Claims, 1 Drawing Sheet**



**U.S. Patent**      **Aug. 8, 1989**      **4,854,699**



FIG. 1

4,854,699

**1**

## BACKSCATTER OXIMETER

### FIELD OF THE INVENTION

The present invention relates generally to an oximeter which can be used to estimate the degree of oxygen saturation of a patient's blood. More specifically, the present invention provides a backscatter oximeter which is capable of providing accurate indications of arterial and venous oxygen saturations without the need for prior information relating to the oxygen content of the particular patient's blood.

### BACKGROUND

It is well known that hemoglobin and oxyhemoglobin have different optical absorption spectra and that this difference in absorption spectra can be used as a basis for an optical oximeter. Most of the currently available oximeters using optical methods to determine blood oxygen saturation are based on transmission oximetry. These devices operate by transmitting light through an appendage such as a finger or an earlobe. By comparing the characteristics of the light transmitted into one side of the appendage with that detected on the opposite side, it is possible to compute oxygen concentrations. The main disadvantage of transmission oximetry is that it can only be used on portions of the body which are thin enough to allow passage of light.

Various methods and apparati for utilizing the optical properties of blood to measure blood oxygen saturation have been shown in the patent literature. Representative devices for utilizing the transmission method of oximetry have been disclosed in U.S. Pat. Nos. 4,586,513; 4,446,871; 4,407,290; 4,226,554; 4,167,331; and 3,998,550. Numerous other works have disclosed theoretical approaches for analyzing the behavior of light in blood and other materials. The following is a brief list of some of the most relevant of these references: "New Contributions to the Optics of Intensely Light-Scattering Materials, Part 1," by Paul Kubelka, *Journal of the Optical Society of America,* Volume 38, No. 5, May 1948; "Optical Transmission and Reflection by Blood," by R. J. Zdrojkowski and N. R. Pisharoty, *IEEE Transactions on Biomedical Engineering,* Vol. BME-17, No. 2, April 1970; "Optical Diffusion in Blood," by Curtis C. Johnson, *IEEE Transactions on Biomedical Engineering,* Vol. BME-17, No. 2, April 1970 and "Optical Scattering in Blood," by Narayanan R. Pisharoty, (Published Doctoral Dissertation), No. 7124861, University Microfilms, Ann Arbor, Mich. (1971).

There has been considerable interest in recent years in the development of an oximeter which is capable of using reflected light to measure blood oxygen saturation. A reflectance oximeter would be especially useful for measuring blood oxygen saturation in portions of the patient's body which are not well suited to transmission measurements. A theoretical discussion of a basis for the design of a reflectance oximeter is contained in "Theory and Development of a Transcutaneous Reflectance Oximeter System for Noninvasive Measurements of Arterial Oxygen Saturation," by Yitzhak Mendelson (Published Doctoral Dissertation), No. 8329355, University Microfilms, Ann Arbor, Mich. (1983). In addition, reflectance oximetry devices and techniques are shown generally in U.S. Pat. Nos. 4,447,150; 4,086,915; and 3,825,342. Recent work by the present inventor and other investigators has shown that it is possible to obtain

**2**

accurate indications of blood oxygen saturation using reflectance oximetry techniques. One of the difficulties with previous reflectance oximeters, however, is the need to have prior information relating to the oxygen content of the patient's blood in order to construct an oxygen saturation reference curve for that particular patient. Such information is typically obtained by removing and analyzing a sample of the patient's blood or by measuring the patient's oxygen saturation with another monitoring device, such as a transmission oximeter.

### SUMMARY OF THE INVENTION

The present invention overcomes the difficulties of the prior art by providing a noninvasive backscatter oximeter which is capable of providing accurate indications of a patient's blood oxygen saturation without the need for obtaining prior information relating to the oxygen content of the patient's blood. The oximeter of the present invention determines the blood oxygen saturation of a patient's blood by a noninvasive optical technique which takes advantage of differences in the absorption spectra of hemoglobin and oxyhemoglobin. In the preferred embodiment, the invention comprises means for illuminating the patient's blood with light at four different wavelengths, means for measuring the intensity of the reflected light at each of the four wavelengths after contact with the blood and means for correlating the intensity of the reflected light with the oxygen saturation of the patient's blood. The invention oximeter is calibrated by pressing an optical sensor firmly against the patient's tissue to remove substantially all of the blood from the tissue. The tissue is then illuminated with the light at four different wavelengths and reflected light signals are detected and processed to obtain information relating to the optical properties of the patient's tissue. The pressure of the sensor against the tissue is then reduced to allow blood to return to the tissue and subsequent measurements of light reflected by the blood are correlated with blood oxygen saturation using mathematical relationships for arterial and venous oxygen saturation.

### BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a schematic block diagram of a simplified embodiment of the backscatter blood oxygen saturation monitoring system of the present invention.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to FIG. 1 the noninvasive monitoring system **10** of the present invention is shown in its preferred embodiment. A monitoring probe **12** is positioned over a portion of the patient's tissue **14** such that light produced by four light emitting diodes (LED) **16, 18, 20** and **22** will be reflected by blood in the tissue and detected by a photodetector **24.** Two of the LEDs, e.g. **16** and **18,** emit light in the red spectrum and the other two LEDs, e.g. **20** and **22,** emit light in the infrared spectrum. In the preferred embodiment, LEDs **16** and **18** emit light at 660 and 680 nm (red), respectively, while LEDs **20** and **22** emit light at 800 and 900 nm (infrared), respectively. However, the invention is not intended to be limited to the specific wavelength of light produced by the above-mentioned LEDs. Proper operation of the invention requires only that two of the light sources

4,854,699

**3**

have a wavelength for which the absorption coefficients of hemoglobin and oxyhemoglobin are different.

Operation of the LEDs is controlled by a timing control circuit 26 which causes the LEDs to emit an ordered sequence of pulses of light at the above-mentioned wavelengths. These pulses of light are reflected by blood contained in the patient's tissue and are detected by a photodetector 24. The reflected light signals detected by detector 24 are converted to a series of electrical impulses which are demultiplexed by demultiplexer 28 and converted to digital signals by analog-to-digital converter 30. The resulting sequence of digital signals is then fed into a microprocessor 32 and processed in conjunction with mathematical relationships, described in greater detail below, to obtain an indication of the patient's arterial and venous blood oxygen saturations. The resulting values are then displayed on an appropriate output display 34. The functional features of the above-described system can be accomplished through the use of electronic components and techniques which are known in the art.

The techniques used to calculate oxygen saturation in the invention system can be understood from the following discussion of the relationships between the reflected light signals detected by the system. The following equation describes light reflection from a turbid, both absorbing and scattering, medium:

$$R_d = \left[ \frac{s + k - \sqrt{k(k + 2s)}}{s} \right] \left[ \frac{1 - e^{-2d\sqrt{k(k+2s)}}}{1 - Ae^{-2d\sqrt{k(k+2s)}}} \right]$$

$$A = \frac{s + k + \sqrt{k(k + 2s)}}{s + k - \sqrt{k(k + 2s)}}$$

where:
$R_d$—reflection of light from a medium.
d—thickness of the medium.
s—scattering coefficient of medium.
k—absorption coefficient of medium.

For a backscatter oximeter, the following assumptions can be used to simplify the above equations: (1) tissue thickness can be considered to be very large, and (2) the optical scattering of bloodless tissue is very close to the optical scattering of the perfused tissue at systole and diastole. From the assumption regarding the thickness of the tissue, the following equation can be obtained:

$$R_\infty = \frac{s + k - \sqrt{k(k + 2s)}}{s} \text{ at } d = \infty$$

Information regarding the optical properties of the tissue can be obtained if a "bloodless" calibration is performed. This is done by attaching the sensor 12 to the patient and applying sufficient pressure to the sensor to temporarily remove the blood from the tissue.

Applying the above equation to voltages measured for bloodless tissue and for perfused tissue at systole and diastole, the following equations can be formed:

$$V_t = I_0 R_\infty = \frac{I_0[s_t + k_t - \sqrt{k_t(k_t + 2s_t)}]}{s_t} \text{ for bloodless tissue}$$

**4**

-continued

$$V_d = I_0 R_\infty = \frac{I_0[s_d + k_d - \sqrt{k_d(k_d + 2s_d)}]}{s_d} \text{ for perfused tissue at diastole}$$

$$s_d = (1 - \Delta_v) s_t + \Delta_v s_v$$
$$k_d = (1 - \Delta_v) k_t + \Delta_v k_v$$
$$k_v = C_{Hb}(Os_v HbO2 + (1 - Os_v)Hb)$$

$$V_s = I_0 R_\infty = \frac{I_0[s_s + k_s - \sqrt{k_s(k_s + 2s_s)}]}{s_s} \text{ for perfused tissue at systole}$$

$$s_s = (1 - \Delta_a) s_d + \Delta_a s_a$$
$$k_s = (1 - \Delta_a) k_d + \Delta_a k_a$$
$$k_a = C_{Hb}(Os_a HbO2 + (1 - Os_v)Hb)$$

where:
$s_t$—scattering coefficient of bloodless tissue.
$s_d$—scattering coefficient of perfused tissue at diastole.
$s_s$—scattering coefficient of perfused tissue at systole.
$s_a$—scattering coefficient of arterial blood.
$s_v$—scattering coefficient of venous blood.
$k_t$—absorption coefficient of bloodless tissue.
$k_d$—absorption coefficient of perfused tissue at diastole.
$k_s$—absorption coefficient of perfused tissue at systole.
$k_a$—absorption coefficient of arterial blood.
$k_v$—absorption coefficient of venous blood.
$\Delta_a$—fraction of arterial blood in perfused tissue at systole.
$\Delta_v$—fraction of venous blood in perfused tissue at diastole.
$C_{Hb}$—Concentration of hemoglobin in the blood.
HbO2—Optical absorption coefficient for oxygenated hemoglobin.
Hb—Optical absorption coefficient for reduced hemoglobin.
$OS_a$—Oxygen saturation of arterial blood.
$OS_v$—Oxygen saturation of venous blood.
$I_0$—input intensity of light source.
$V_r$—reflectance voltage signal for bloodless tissue.
$V_d$—reflectance voltage signal for perfused tissue at diastole.
$V_s$—reflectance voltage signal for perfused tissue at systole.

If it is assumed that the scattering coefficient of bloodless tissue, perfused tissue at systole and diastole are approximately the same, the following equations can be formed:

$$V_t = \frac{I_0[s_t + k_t - \sqrt{k_t(k_t + 2s_t)}]}{s_t}$$

$$V_d = \frac{I_0[s_t + k_d - \sqrt{k_d(k_d + 2s_t)}]}{s_t}$$

$$V_s = \frac{I_0[s_t + k_s - \sqrt{k_s(k_s + 2s_t)}]}{s_t}$$

By using four light sources of differing wavelengths, a solution can be obtained for $OS_a$:
let:



4,854,699

5            6

$$X_i = V_{ti}V_{di}(V_{si} - I_{0i})^2$$

$$Y_i = V_{ti}V_{si}(V_{di} - I_{0i})^2$$

$$Z_i = V_{si}V_{di}(V_{ti} - I_{0i})^2$$

$$\Delta Hb_i = HbO2i - Hb_i$$

$$A_{jkl} = (Y_j - Z_j)(X_lY_k - X_kY_l)$$

$$B_{jkl} = (X_j - Y_j)(Y_lZ_k - Y_kZ_l)$$

$$D_{mno} = \Delta Hb_m\Delta Hb_oHb_nB_{nom} + \Delta Hb_o\Delta Hb_nHb_mB_{mno} + \Delta Hb_nHb_mHb_oB_{omn}$$

$$E_{mno} = \Delta Hb_mHb_oHb_o(A_{mno} + B_{nom} + B_{omn}) + \Delta Hb_oHb_nHb_m(A_{nom} + B_{omn} + B_{mno}) + \Delta Hb_oHb_mHb_n(A_{omn} + B_{mno} + B_{nom})$$

$$F_{mno} = Hb_mHb_oHb_o(A_{mno} + A_{nom} + A_{omn} + B_{nom} + B_{mno} + B_{omn})$$

$$G_{mno} = \Delta Hb_m\Delta Hb_n \Delta Hb_o(A_{mno} + A_{nom} + A_{omn})$$

$$H_{mno} = \Delta Hb_m\Delta Hb_oHb_n A_{nom} + \Delta Hb_oHb_nA_{mno} + \Delta Hb_nHb_mHb_o A_{omn}$$

$$a = (E_{123}G_{134} + D_{123}H_{134} - E_{134}G_{123} - D_{134}H_{123})(D_{124}G_{234} - D_{234}G_{124}) - (E_{124}G_{234} + D_{124}H_{234} - E_{234}G_{124} - D_{234}H_{124})(D_{123}G_{134} - D_{134}G_{123})$$

$$b = (F_{123}G_{134} + E_{123}H_{134} - F_{134}G_{123} - E_{134}H_{123})(D_{124}G_{234} - D_{234}G_{124}) - (F_{124}G_{234} + E_{124}H_{234} - F_{234}G_{124} - E_{234}H_{124})(D_{123}G_{134} - D_{134}G_{123})$$

$$C = (F_{123}H_{134} - F_{134}H_{123})(D_{124}G_{234} - D_{234}G_{124}) - (F_{124}H_{234} - F_{234}H_{134})(D_{123}G_{134} - D_{134}G_{123})$$

where:

i—light source **1**, **2**, **3**, and **4**, respectively.

jkl—combination of three light sources **123**, **231**, **312**, **134**, **341**, **413**, **124**, **241**, **412**, **234**, **342**, and **423**, respectively.

mno—combination of three light sources **123**, **134**, **124**, and **234**, respectively.

The above relation is a quadratic form of an equation relating the voltages for the bloodless tissue and the perfused tissue at diastole and systole to $OS_a$. The above equation will produce two solutions. One of the solutions will be approximately equal to zero. The other solution will be the correct solution for $OS_a$. Calculation of $OS_a$ using the abovedescribed relation can be easily accomplished using computer programming techniques which are known in the art. An Arterial Blood Oxygen Saturation Correlation Program for calculating $OS_a$ has been shown in FIG. 1 as providing an input to the microprocessor **32**.

Once the value of $OS_a$ is obtained as shown above, a solution can be obtained for $O_v$:

let:

$$L_p = OS_a HbO2_p + (1 - OS_a)Hb_p$$

$$M_{qr} = \Delta Hb_r (X_r - Y_r)(Y_q - Z_q)L_q - \Delta Hb_q (X_q - Y_q)(Y_r - Z_r)L_r$$

$$N_{qr} = \Delta Hb_r Y_r (Y_q - Z_q)L_q - \Delta Hb_q Y_q (Y_r - Z_r)L_r$$

$$O_{qr} = Hb_r (X_r - Y_r)(Y_q - Z_q)L_q - Hb_q (X_q - Y_q)(Y_r - Z_r)L_r$$

$$P_{qr} = \Delta Hb_r Y_r (Y_q - Z_q)L_q - Hb_q Y_q (Y_r - Z_r)L_r + (Z_q (Y_r - Z_r) - Z_r (Y_q - Z_q))L_q L_r$$

$$d = M_{12}N_{13} - M_{13}N_{12}$$

$$e = N_{13}O_{12} + M_{12}P_{13} - N_{12}O_{13} - M_{13}P_{12}$$

$$f = O_{12}P_{13} - O_{13}P_{12}$$

where:

p—light source **1**, **2**, and **3**, respectively.

qr—combination of two light sources **12** and **13**, respectively.

$$OS_v = \frac{-e \pm \sqrt{e^2 - 4df}}{2d}$$

The above equation will produce two solutions. One of the solutions will be approximately equal to $OS_a$. The other solution will be the correct solution for $OS_v$. Calculation of $OS_v$ using the above-described relation can be easily accomplished using computer programming techniques which are known in the art. A Venous Blood Oxygen Saturation Correlation Program for calculating $OS_v$ has been shown in FIG. 1 as providing an input to the microprocessor **32**.

While the invention method and apparatus for noninvasive monitoring of arterial blood oxygen saturation has been described in connection with the preferred embodiment, it is not intended to be limited to the specific form set forth herein, but on the contrary, it is intended to cover such alternatives, modifications and equivalents as may be reasonably included within the spirit and scope of the invention as defined by the appended claims.

We claim:

1. A blood oxygen saturation monitoring system comprising:

a source of electromagnetic radiation at first, second, third and fourth wavelengths;

means for positioning said source of electromagnetic radiation to illuminate a sample of blood;

sensing means for receiving electromagnetic radiation reflected by said sample of blood and producing an electrical output signal corresponding to the components of the reflected portions of said electromagnetic radiation at said first, second, third, and fourth wavelengths;

means for calculating a product of said electrical signals, said product being in the form of a quadratic equation relating said reflected portions of said electromagnetic radiation at said first, second, third, and fourth wavelengths to the oxygen saturation in said blood and for correlating said product with the oxygen saturation of said blood.

2. The monitoring system according to claim **1**, wherein said first, second, third and fourth sources of electromagnetic radiation comprise first, second, third and fourth light emitting diodes.

4,854,699

7

3. The monitoring system according to claim 2, wherein said first and second light emitting diodes provide electromagnetic radiation having a wavelength corresponding to red and said third and fourth light emitting diodes provide electromagnetic radiation having a wavelength corresponding to infrared.

4. The monitoring system according to claim 3, wherein said first and second light emitting diodes produce electromagnetic radiation at approximately 660 and 680 nanometers, respectively and said third and fourth light emitting diodes produce electromagnetic radiation at 800 and 900 nanometers, respectively.

5. A method for determining the oxygen saturation of arterial blood, comprising the steps of:

illuminating a sample of said blood with electromagnetic radiation at first, second, third, and fourth wavelengths;

collecting electromagnetic radiation reflected by said sample of blood and producing electrical signals corresponding to the reflected components of said electromagnetic radiation at said first, second, third and fourth wavelengths;

8

calculating a product of said electrical signals, said product being in the form of a quadratic equation relating said reflected portions of said electromagnetic radiation at said first, second, third, and fourth wavelengths to the oxygen saturation in said blood and correlating said product with the oxygen saturation of said blood.

6. The method according to claim 5, wherein said first, second, third and fourth sources of electromagnetic radiation comprise first, second, third and fourth light emitting diodes.

7. The method according to claim 6, wherein said first and second light emitting diodes provide electromagnetic radiation having a wavelength corresponding to red and said third and fourth light emitting diodes provide electromagnetic radiation having a wavelength corresponding to infrared.

8. The method according to claim 7, wherein said first and second light emitting diodes produce electromagnetic radiation at approximately 660 and 680 nanometers, respectively and said third and fourth light emitting diodes produce electromagnetic radiation at 800 and 900 nanometers, respectively.

*    *    *    *    *

# Exhibit U

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 20-00048JVS(JDEx)                    Date   April 17, 2020

Title   Masimo Corporation, et al v Apple, Inc

Present: The Honorable        **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                 Not Present

**Proceedings:   [IN CHAMBERS] ORDER RE SCHEDULING DATES**

The Court has read and considered the parties Rule 26(f) Report and sets the following dates:

| | |
|---|---|
| **Jury Trial** | **April 5, 2022 at 8:30 a.m.** |
| **Final PreTrial Conference** | **March 21, 2022 at 11:00 a.m.** |
| File PreTrial Documents not later than March 7, 2022 | |
| File motions in limine not later than February 14, 2022 | |
| **Discovery Cut-off** | **July 5, 2021** |
| **Expert Discovery Cut-off** | **December 6, 2021** |
| Initial disclosure of Experts not later than September 6, 2021 | |
| Rebuttal disclosure of Experts not later than October 18, 2021 | |
| **Law and Motion Cut-off** | **February 7, 2022 at 1:30 p.m.** |
| Motions to be filed and served not later than January 10, 2022 | |
| **Markman Hearing** | **February 8, 2021 at 3:00 p.m.** |

       Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15 is ADR #3, private mediation.  The Court orders that any settlement discussions shall be completed not later than November 30, 2021.  Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.
       The Court adopts discvoery limits in Sections 6a-c.  Total hours for depositions 100.  Court will deal with reduction of claims, prior art references at a hearing on **July 10, 2020 at 3:00 p.m.** Parties shall submit joint/separate proposals in one filing by July 3, 2020.  The Court adopts the patent specific dates.  The Court stays the trade secret discovery only pending compliance with 2019.210.  Any dispute over compliance shall be heard before the Magistrate Judge.

                                                          :        0

                                Initials of Preparer      lmb

Exhibit U
Page 348

# Exhibit V

Exhibit V
Page 349



1

2

3

4

5

6

7

8

9

10

11          **IN THE UNITED STATES DISTRICT COURT**

12     **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13              **SOUTHERN DIVISION**

14

15 MASIMO CORPORATION,
a Delaware corporation; and      ) Case No. 8:20-cv-00048-JVS-JDE

16 CERCACOR LABORATORIES, INC.,
a Delaware corporation       ) Hon. James V. Selna
         ) Magistrate Judge John D. Early

17       Plaintiffs,     ) **ORDER GRANTING**
         ) **STIPULATION TO AMEND THE**

18     v.          ) **SCHEDULING ORDER**
         )

19 APPLE INC., a California corporation  )
         )

20          )

21       Defendant.     )
         )

22          )

23

24

25

26

27

28

Exhibit V
Page 350

This matter is before the Court pursuant to the parties' Stipulation to Amend the Scheduling Order.  Based on the stipulation of the parties, and good cause appearing, the Court GRANTS the Stipulation and AMENDS the Scheduling Order as shown below.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Joint Claim Narrowing Proposal | September 21, 2020 | November 23, 2020 |
| Exchange of Proposed Claim Terms for Construction (Patent L.R. 4-1) | September 21, 2020 | December 7, 2020 |
| Exchange Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | October 12, 2020 | January 11, 2021 |
| Invalidity Contentions on newly asserted patents (Patent L.R 3-3 and 3-4) | October 22, 2020 | |
| Infringement Contentions (Patent L.R. 3-1 and 3-2) | November 13, 2020 | |
| Joint Markman Prehearing Statement (Patent L.R. 4-3) | November 9, 2020 | February 1, 2021 |
| Complete Claim Construction Discovery (Patent L.R. 4-4) | December 7, 2020 | March 1, 2021 |
| Simultaneous Opening Markman Briefs (Patent L.R. 4-5) | December 21, 2020 | March 15, 2021 |
| Last Date to Add Parties / Amend Pleadings | December 23, 2020 | |

-1-

Exhibit V
Page 351

| Event | Current Deadline | New Deadline |
|---|---|---|
| Simultaneously Responding Markman Briefs, Tutorials and Presentation Materials (Patent L.R. 4-5) | January 25, 2021 | April 12, 2021 |
| *Markman* hearing | February 8, 2021 | April 26, 2021 at 3:00 p.m. |
| Non-expert Discovery cut off | July 5, 2021 | |

**IT IS SO ORDERED.**

Dated: September 21, 2020

_____
Honorable James V. Selna

33525107

-2-

Exhibit V
Page 352