# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendants. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO APPLE'S INTERROGATORY NOS. 4–5 AND 23**<br><br>Hon. John D. Early |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO APPLE'S INTERROGATORY NOS. 4–5 AND 23
CASE NO. 8:20-cv-00048-JVS (JDEx)

This matter is before the Court pursuant to Defendant Apple Inc.'s ("Apple") Motion to Compel Supplemental Responses to Apple's Interrogatory Nos. 4–5 and 23 under Federal Rule of Civil Procedure 37 and Local Rule 37-2.

Having considered the documents filed in support of and in opposition to the motion, including the parties' Joint Stipulation and the parties' declarations and exhibits, the argument of counsel, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Apple's Motion to Compel is GRANTED, and Plaintiffs shall amend their responses to Apple's Interrogatory Nos. 4–5 and 23 as follows:

1. For Interrogatory Nos. 4 and 5, Plaintiffs shall identify in detail, for each claim of each of the Apple Patents or Application, the specific subject matter Plaintiffs allege was contributed by their employees (including Mr. Lamego), which individual(s) invented that specific subject matter and when, what evidence Plaintiffs are aware of that support their contention, and an identification of how the subject matter they supposedly contributed differs from what was known in the prior art.

2. For Interrogatory No. 23, Plaintiffs shall identify the date Plaintiffs first learned about each Apple Patent or Application, how Plaintiffs learned about each Apple Patent or Application, who first learned about each Apple Patent or Application, with whom they discussed each Apple Patent or Application, and when those discussions occurred, and what actions Plaintiffs took with respect to each Apple Patent or Application after they learned of them, including but not limited to internal discussions, discussions with prosecution counsel, any steps that were taken to investigate the inventorship/ownership of each Apple Patent or

//
//

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO APPLE'S INTERROGATORY NOS. 4–5 AND 23
CASE NO. 8:20-cv-00048-JVS (JDEx)

Application, and any alleged harm Plaintiffs believe they suffered as a result of Apple's filing of each Apple Patent or Application.

**IT IS SO ORDERED.**

Dated: _____ _____

The Honorable John D. Early
United States Magistrate Judge

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO APPLE'S INTERROGATORY NOS. 4–5 AND 23
CASE NO. 8:20-cv-00048-JVS (JDEx)