Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

*Counsel for Defendants listed on next page.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>)<br>) **JOINT STATEMENT PURSUANT TO THE COURT'S JANUARY 21, 2021, MINUTE ORDER (DKT. 279)**<br>)<br>)<br>)<br>)<br>)<br>) |

JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel.: 202.955.8541 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

Attorneys for Defendant Apple Inc.

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc., and Defendant Apple Inc. (collectively, the "Parties") hereby submit this joint statement pursuant to the Court's January 21, 2021, Minute Order (Dkt. 279) (the "Order").

On January 26, the Parties met and conferred and agreed that they do not believe a special master is necessary. Should the Court still be inclined to make such an appointment, the parties respectfully request the opportunity to jointly propose the parameters of the appointment pursuant to Fed. R. Civ. P. 53. Such parameters would likely include the scope of master's discovery duties, rules governing communications with the discovery master, the nature of the materials to be preserved and filed as the record of the master's activities, procedures for filing the record, and the master's compensation terms.

Pursuant to the Order, the Parties also exchanged three names of persons who would be acceptable to each side as a discovery special master. During the meet and confer, Plaintiffs added one additional person from Apple's list. Below are the names of persons who would be acceptable to each side:

| **Plaintiffs' Proposed Names** | **Apple's Proposed Names** |
|---|---|
| Hon. Suzanne Segal (Ret.) | Hon. Suzanne Segal (Ret.) |
| Hon. Andy Guilford (Ret.) | Hon. Andy Guilford (Ret.) |
| Roy Silva | Hon. Cecily Bond (Ret.) |
| Hon. John Leo Wagner (Ret.) | |

Respectfully submitted,

K‌NOBBE, M‌ARTENS, O‌LSON & B‌EAR, LLP

Dated: February 1, 2021       By: */s/ Adam B. Powell*
                                      Joseph R. Re
                                      Stephen C. Jensen
                                      Perry D. Oldham
                                      Stephen W. Larson
                                      Adam B. Powell

                                      Attorneys for Plaintiffs
                                      Masimo Corporation and
                                      Cercacor Laboratories

G‌IBSON, D‌UNN & C‌RUTCHER LLP

Dated: February 1, 2021       By: */s/ Angelique Kaounis (with permission)*
                                      Joshua H. Lerner
                                      H. Mark Lyon
                                      Brian M. Buroker
                                      Brian A. Rosenthal
                                      Ilissa Samplin
                                      Angelique Kaounis
                                      Brian Andrea

                                      Attorneys for Defendant Apple Inc.