JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br>APPLE INC.,<br>a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF BRIAN K. ANDREA IN SUPPORT OF DEFENDANT APPLE INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO INTERROGATORIES 4–5 AND 23**<br><br>Judge:  Magistrate Judge John D. Early<br>Date/Time:  February 18, 2021 / 10:00 AM<br>Courtroom:  6A<br><br>Discovery Cutoff:  7/5/2021<br>Pre-trial Conference:  3/21/2022<br>Trial:  4/5/2022 |

Gibson, Dunn &
Crutcher LLP

DECL. OF BRIAN K. ANDREA IN SUPPORT OF DEFENDANT APPLE INC.'S
SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO COMPEL
SUPPLEMENTAL RESPONSES TO INTERROGATORIES 4–5 AND 23   CASE NO. 8:20-CV-00048-JVS (JDEX)

I, Brian K. Andrea, declare and state as follows:

1.  I am an associate with the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn") and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2.  I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3.  I make this declaration in support of Apple's Supplemental Brief in support of its Motion to Compel Supplemental Responses to Interrogatories Nos. 4–5 and 23 (the "Supplemental Brief").

4.  On May 12, 2020, Plaintiffs served their First Set of Interrogatories on Apple.  A true and correct copy of Plaintiffs' First Set of Interrogatories is attached as **Exhibit A**.

5.  On June 11, 2020, Apple served its responses to Plaintiffs' First Set of Interrogatories.  A true and correct copy of Apple's Responses to Plaintiffs' First Set of Interrogatories is attached as **Exhibit B**.

6.  On August 12, 2020, Apple served its supplemental responses to Plaintiffs' First Set of Interrogatories.  A true and correct copy of Apple's Supplemental Responses to Plaintiffs' First Set of Interrogatories is attached as **Exhibit C**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of February, 2021, in Oakton, Virginia.

By:  /s/ *Brian K. Andrea*
Brian K. Andrea

DECL. OF BRIAN K. ANDREA IN SUPPORT OF DEFENDANT APPLE INC.'S
SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO COMPEL
SUPPLEMENTAL RESPONSES TO INTERROGATORIES 4–5 AND 23

2                    CASE NO. 8:20-CV-00048-JVS (JDEx)