UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>APPLE INC.,<br><br>          Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATIONS TO FILE DOCUMENTS UNDER SEAL [DKT. 270, 278, 286]**<br><br>Hon. John D. Early |

Having considered the Applications filed by Defendant Apple Inc. to file various documents under seal (Dkt. 270, 278, and 286, "Applications"), and good cause having been shown, the Applications are GRANTED. The documents identified in the Applications may be filed under seal.

Dated: February 17, 2021

_____
JOHN D. EARLY
United States Magistrate Judge