1  JOSHUA H. LERNER, SBN 220755
      jlerner@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street Suite 3000
3  San Francisco, CA 94105
   Tel.: 415.393.8200 / Fax: 415.393.8306
4
   H. MARK LYON, SBN 162061
5     mlyon@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  1881 Page Mill Road
   Palo Alto, CA 94304-1211
7  Tel.: 650.849.5300 / Fax: 650.849.5333

8  BRIAN M. BUROKER, *pro hac vice*
      bburoker@gibsondunn.com
9  BRIAN K. ANDREA, *pro hac vice*         ILISSA SAMPLIN, SBN 314018
      bandrea@gibsondunn.com                  isamplin@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP            GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.          333 South Grand Avenue
11 Washington, D.C. 20036                 Los Angeles, CA 90071-3197
   Tel.: 202.955.8500 / Fax: 202.467.0539 Tel.: 213.229.7000 / Fax: 213.229.7520
12
   BRIAN A. ROSENTHAL, *pro hac vice*     ANGELIQUE KAOUNIS, SBN 209833
13    brosenthal@gibsondunn.com              akaounis@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP            GIBSON, DUNN & CRUTCHER LLP
14 200 Park Avenue                        2029 Century Park East Suite 4000
   New York, NY 10166-0193                Los Angeles, CA 90067
15 Tel.: 212.351.2339 / Fax: 212.817.9539 Tel.: 310.552.8546 / Fax: 310.552.7026

16 *Attorneys for Defendant Apple Inc.*

17                       **UNITED STATES DISTRICT COURT**

18         **FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLICATION TO FILE UNDER SEAL DEFENDANT APPLE INC.'S AMENDED ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Hon. James V. Selna |

Gibson, Dunn & Crutcher LLP

APPLICATION TO FILE UNDER SEAL APPLE'S AMENDED ANSWER
TO PLAINTIFFS' THIRD AMENDED COMPLAINT
CASE NO. 8:20-CV-00048-JVS (JDEX)

Pursuant to Local Rule 79-5.2.2(a), Defendant Apple Inc. ("Apple") requests that the Court grant it leave to file under seal portions of its Amended Answer to Plaintiffs' Third Amended Complaint ("Amended Answer").

The Amended Answer contains information that Plaintiffs have designated "highly confidential" under the protective order in this case. *See* ECF 67. Apple believes there are no grounds to seal this purportedly confidential information because all such information is publicly available and/or does not qualify for trade secret protection. However, Apple respectfully submits its Amended Answer under seal until such time as the Court decides whether this information merits sealing.

Accordingly, Apple respectfully requests an order granting it leave to file under seal the foregoing document.

Dated: February 24, 2021

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joshua H. Lerner*
      Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

1

APPLICATION TO FILE UNDER SEAL APPLE'S AMENDED ANSWER
TO PLAINTIFFS' THIRD AMENDED COMPLAINT
CASE NO. 8:20-CV-00048-JVS (JDEx)