# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL ITS AMENDED ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Hon. James V. Selna |

1

1    This matter is before the Court pursuant to Defendant Apple Inc.'s Application to
2  File Under Seal Its Amended Answer to Plaintiffs' Third Amended Complaint (the
3  "Application") under Local Rule 79-5.2.2.  Having considered the Application, Apple's
4  Amended Answer to Plaintiffs' Third Amended Complaint ("Amended Answer"), and
5  all other matters properly before the Court, being fully advised on the proceedings, and
6  for good cause appearing:
7    IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple
8  shall file under seal its Amended Answer.

10   **IT IS SO ORDERED**.

13   Dated: _____          _____
14                                          The Honorable James V. Selna
                                            United States District Judge