JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS PORTIONS OF THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' FOURTH AMENDED COMPLAINT AND SUPPORTING DOCUMENTS**<br><br>Hon. James V. Selna<br>No Hearing Noticed |

APPLE'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS PORTIONS OF THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' FOURTH AMENDED COMPLAINT AND SUPPORTING DOCUMENTS
CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn & Crutcher LLP

1  Pursuant to Local Rule 79-5.2.2(a) and Plaintiffs' application to file their Fourth Amended Complaint under seal, Defendant Apple Inc. ("Apple") requests that the Court grant it leave to file under seal (1) portions of Apple's Memorandum of Points and Authorities in Support of Its Motion to Dismiss Portions of the Thirteenth Cause of Action in Plaintiffs' Fourth Amended Complaint ("Memorandum"); and (2) Exhibit 6 to the Declaration of Joshua H. Lerner in Support of Defendant Apple Inc.'s Request for Judicial Notice ("RJN Exhibit").

The Memorandum quotes information from Plaintiffs' Fourth Amended Complaint that Plaintiffs allege is confidential and have requested be filed under seal. *See* ECF 296 (Powell Declaration), ¶¶ 4–7. Apple believes there are no grounds to seal this purportedly confidential information because all such information is publicly available and/or does not qualify for trade secret protection. However, Apple respectfully submits its Memorandum under seal until such time as the Court decides whether these portions of Plaintiffs' Fourth Amended Complaint merits sealing.

The RJN Exhibit is an excerpt of a document produced by Plaintiffs bearing Bates Number MASA00080451 that Plaintiffs have designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this case. Plaintiffs cite this document in the Fourth Amended Complaint (*see* Fourth Am. Compl. ¶¶ 44.1, 252) as allegedly reflecting Plaintiffs' confidential material, which they have requested be filed under seal (*see* ECF 296 (Powell Declaration), ¶¶ 6–7). Apple believes there are no grounds to seal this purportedly confidential information because all such information is publicly available and/or does not qualify for trade secret protection. However, Apple respectfully submits its Memorandum and the RJN Exhibit under seal until such time as the Court decides whether these portions of Plaintiffs' Fourth Amended Complaint merit sealing.

//

//

Gibson, Dunn & Crutcher LLP

1

APPLE'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS PORTIONS OF THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' FOURTH AMENDED COMPLAINT AND SUPPORTING DOCUMENTS
CASE NO. 8:20-CV-00048-JVS (JDEX)

Accordingly, Apple respectfully requests an order granting it leave to file under seal the foregoing documents.

Dated: February 26, 2021

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP


By: */s/ Joshua H. Lerner*
     Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

2

APPLE'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS PORTIONS OF THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' FOURTH AMENDED COMPLAINT AND SUPPORTING DOCUMENTS
CASE NO. 8:20-CV-00048-JVS (JDEX)