# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

        Plaintiffs,

v.

APPLE INC.,
a California corporation,

        Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS PORTIONS OF THE THIRTEENTH CAUSE OF ACTION FOR TRADE SECRET MISAPPROPRIATION IN PLAINTIFFS' FOURTH AMENDED COMPLAINT**

**Hearing**

Date: April 19, 2021
Time: 1:30 PM
Courtroom: Courtroom 10C
Judge: Hon. James V. Selna

The Court has considered Defendant Apple Inc.'s Request for Judicial Notice in Support of its Motion to Dismiss Portions of the Thirteenth Cause of Action for Trade Secret Misappropriation in Plaintiffs' Fourth Amended Complaint (the "Request"). Having considered the Request and arguments in support thereof and any opposition thereto, the Court hereby GRANTS Apple's Request.

The Court hereby takes judicial notice of Exhibits 1 through 11 attached to the Declaration of Joshua Lerner accompanying Apple's Request and ECF No. 288-2 at 341-46.

IT IS SO ORDERED.

DATED: _____            _____
                                                                         Hon. James V. Selna
                                                                         United States District Judge