**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS PORTIONS OF THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' FOURTH AMENDED COMPLAINT AND SUPPORTING DOCUMENTS**<br><br>Hon. James V. Selna |

Order Granting Apple's Application to File Under Seal
Its Memorandum of Points and Authorities in Support of Its Motion to Dismiss
Case No. 8:20-cv-00048-JVS (JDEx)

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File Under Seal Its Memorandum of Points and Authorities In Support of Apple's Motion to Dismiss Portions of the Thirteenth Cause of Action in Plaintiffs' Fourth Amended Complaint and Supporting Documents (the "Application") under Local Rule 79-5.2.2.  Having considered the Application, Apple's Memorandum of Points and Authorities in Support of Its Motion to Dismiss Portions of the Thirteenth Cause of Action in Plaintiffs' Fourth Amended Complaint (the "Memorandum"), Exhibit 6 to the Declaration of Joshua H. Lerner in Support of Defendant Apple Inc.'s Request for Judicial Notice ("RJN Exhibit"), and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file the unredacted version of its Memorandum and the RJN Exhibit under seal.

**IT IS SO ORDERED**.

Dated:  3/1/21

_____
The Honorable James V. Selna
United States District Judge.

1
[Proposed] Order Granting Apple's Application to File Under Seal
Its Memorandum of Points and Authorities in Support of Its Motion to Dismiss
Case No. 8:20-cv-00048-JVS (JDEx)