JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendants. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**MOTION INDEX FOR DEFENDANT APPLE INC.'S MOTION TO DISMISS PORTIONS OF THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' FOURTH AMENDED COMPLAINT**<br><br>**Hearing:**<br>Date:    April 19, 2021<br>Time:   1:30 p.m.<br>Place:   Courtroom 10C<br>Judge:  Hon. James V. Selna |

Pursuant to the Court's Order for Jury Trial Setting Dates entered in the above-captioned case on April 17, 2020 (Docket No. 36) ("Trial Setting Order"), Defendant Apple Inc. hereby submits this Motion Index for the documents associated with its Motion to Dismiss Portions of the Thirteenth Cause of Action in Plaintiffs' Fourth Amended Complaint filed in the above-captioned case (Docket Nos. 308, 309, 310, and 312).

| Name of Pleading | Docket Number |
|---|---|
| Defendant Apple Inc.'s Notice of Motion and Motion to Dismiss Portions of the Thirteenth Cause of Action in Plaintiffs' Fourth Amended Complaint | 310[1] |
| Memorandum of Points and Authorities in Support of Defendant Apple Inc.'s Motion to Dismiss Portions of the Thirteenth Cause of Action in Plaintiffs' Fourth Amended Complaint (Filed Under Seal) | 312 |
| [Proposed] Order Granting Defendant Apple Inc.'s Motion to Dismiss Portions of the Thirteenth Cause of Action in Plaintiffs' Fourth Amended Complaint | 310-2 |
| Request for Judicial Notice in Support of Defendant Apple Inc.'s Motion to Dismiss Portions of the Thirteenth Cause of Action for Trade Secret Misappropriation in Plaintiffs' Fourth Amended Complaint | 310-3 |
| Declaration of Joshua Lerner in Support of Defendant Apple Inc.'s Request for Judicial Notice, with attached Exhibits 1-5, and 7-11. | 310-4 |
| Exhibit 6 to the Declaration of Joshua Lerner in Support of Defendant Apple Inc.'s Request for Judicial Notice (Filed Under Seal) | 312-1 |

---

[1] Consistent with the Court's Trial Setting Order, Apple does not separately list titles of the redacted versions of the above-listed documents. However, those documents can be found at Docket Nos. 310-1 and 310-4 (redacted at Exhibit 6).

Gibson, Dunn & Crutcher LLP

MOTION INDEX FOR APPLE'S MOT. TO DISMISS PORTIONS OF
THE THIRTEENTH CAUSE OF ACTION IN THE FAC   1      CASE NO. 8:20-CV-00048-JVS (JDEx)

| [Proposed] Order Granting Defendant Apple Inc.'s Request for Judicial Notice in Support of Apple Inc.'s Motion to Dismiss Portions of the Thirteenth Cause of Action for Trade Secret Misappropriation in Plaintiffs' Fourth Amended Complaint | 310-5 |
|---|---|

Dated: March 3, 2021

> JOSHUA H. LERNER
> H. MARK LYON
> BRIAN M. BUROKER
> BRIAN A. ROSENTHAL
> ILISSA SAMPLIN
> ANGELIQUE KAOUNIS
> BRIAN K. ANDREA
> GIBSON, DUNN & CRUTCHER LLP
>
> By: */s/ Joshua H. Lerner*
>        Joshua H. Lerner
>
> Attorneys for Defendant APPLE INC.

Gibson, Dunn & Crutcher LLP

MOTION INDEX FOR APPLE'S MOT. TO DISMISS PORTIONS OF THE THIRTEENTH CAUSE OF ACTION IN THE TAC   2         CASE NO. 8:20-CV-00048-JVS (JDEX)