Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL APPLE TO COMPLY WITH THE ESI ORDER**<br><br>Date:   March 25, 2021<br>Time:   10:00 am<br>Ctrm:   6A<br><br>Discovery Cutoff:   July 5, 2021<br>Pretrial Conference:   March 21, 2022<br>Trial:   April 5, 2022<br><br>Hon. John D. Early |

PLEASE TAKE NOTICE that on March 25, 2021, at 10:00 AM, or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable John D. Early, Courtroom 6A of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California, 92701, Plaintiffs MASIMO CORPORATION and CERCACOR LABORATIES, INC. will and hereby do move the Court to compel Apple to comply with the ESI Order.

Pursuant to Local Rule 37-1, the parties met and conferred by phone at least on December 1, 2020, and February 10, 2021, but were unable to resolve their differences.

This motion is based upon this Notice of Motion, the Joint Stipulation Accompanying the Motion, the Declaration of Adam B. Powell, including the exhibits attached thereto, all documents filed concurrently herewith, any subsequently filed supplemental memorandums and declarations, the pleadings and papers filed in this action, and any other arguments, evidence, and other matters submitted to the Court, at the hearing or otherwise.  A proposed order is being lodged for the Court's consideration.  Apple also has submitted accompanying declarations and exhibits in support of its position in the Joint Stipulation.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 4, 2021

By: */s/ Adam B. Powell*
Joseph R. Re
Stephen C. Jensen
Perry D. Oldham
Stephen W. Larson
Adam B. Powell

Attorneys for Plaintiffs
Masimo Corporation and
Cercacor Laboratories