1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **PLAINTIFFS' MOTION TO COMPEL**<br>) **APPLE TO COMPLY WITH THE ESI**<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1  Having considered Plaintiffs' Motion to Compel Apple to Comply With The ESI
2  Order, all papers filed in support thereof, any papers in opposition thereto, and any oral
3  argument of counsel, and finding good cause, the Court hereby GRANTS Plaintiffs'
4  Motion as follows:
5  Within seven (7) days of this Order, Apple shall serve on Plaintiffs a full and
6  complete list of all individuals who are knowledgeable about and were involved
7  with the core issues or subjects in this case (e.g., the asserted patents, alleged
8  misappropriation of trade secrets, the development, design and operation of the
9  accused products, and sales, marketing and other damages related information for
10 the accused products).

12 **IT IS SO ORDERED**

14 DATED: _____     _____
15                                The Honorable John D. Early
                                   United States Magistrate Judge

17 34521797