1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **PLAINTIFFS' APPLICATION TO**<br>) **FILE UNDER SEAL EXHIBITS**<br>) **REGARDING PLAINTIFFS'**<br>) **MOTION TO COMPEL**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1   Having considered Plaintiffs' Application for Leave to File Under Seal Exhibits

2   Supporting Plaintiffs' Motion to Compel, and finding good cause therefor, the

3   Application is GRANTED.

4   **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and

5   Cercacor Laboratories, Inc. may file under seal: (1) Exhibits 17, 24, and 25 to the

6   Declaration of Adam B. Powell in Support of Plaintiffs' Motion to Compel Apple to

7   Comply With The ESI Order, and (2) Exhibits D and E to the Declaration of Brian K.

8   Andrea in Support of Defendant Apple Inc's Opposition to Plaintiffs' Motion to Compel

9   Apple to Comply With The ESI Order.

10

11   DATED: _____          _____

12                                   The Honorable John D. Early
                                     United States Magistrate Judge
13

14   34521797

15

16

17

18

19

20

21

22

23

24

25

26

27

28