IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO DISMISS** |

Having considered Plaintiffs' Application for Leave to File Under Seal portions of Plaintiffs' Opposition to Apple's Motion to Dismiss Portions of the Thirteenth Cause of Action in Plaintiffs' Fourth Amended Complaint ("Opposition") and Exhibits A-C, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal (1) the unredacted portions of the Opposition, and (2) the entirety of Exhibits A-C.

DATED: _____          _____

                                                           The Honorable James V. Selna
                                                           United States District Judge

34632759