1 Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
2 Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
3 Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
4 Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
5 Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
6 **KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
7 Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502
8
Adam B. Powell (Bar. No. 272725)
9 adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
10 3579 Valley Centre Drive
San Diego, CA 92130
11 Telephone: (858) 707-4000; Facsimile: (858) 707-4001

12 Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.
13

14              **IN THE UNITED STATES DISTRICT COURT**

15          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

16                      **SOUTHERN DIVISION**

| | |
|---|---|
| 17 MASIMO CORPORATION, a Delaware corporation; and | ) Case No. 8:20-cv-00048-JVS-JDE |
| 18 CERCACOR LABORATORIES, INC., a Delaware corporation | ) |
| 19 | ) **DECLARATION OF ADAM B.** |
| Plaintiffs, | ) **POWELL IN SUPPORT OF** |
| 20 | ) **PLAINTIFFS' OPPOSITION TO** |
| v. | ) **APPLE'S MOTION TO DISMISS** |
| 21 | ) **PORTIONS OF THE THIRTEENTH** |
| APPLE INC., a California corporation | ) **CAUSE OF ACTION IN FOURTH** |
| 22 | ) **AMENDED COMPLAINT** |
| 23 Defendant. | ) |
| | ) Date:    April 19, 2021 |
| 24 | ) Time:    1:30pm |
| 25 | ) Ctrm:    10C |
| 26 | ) |
| | Honorable James V. Selna |
| 27 | |
| 28 | |

I, Adam B. Powell, hereby declare as follows:

1.      I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Plaintiffs") in this action.  I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.  I submit this Declaration in support of Plaintiffs' Opposition To Apple's Motion To Dismiss Portions of the Thirteenth Cause of Action in Plaintiffs' Fourth Amended Complaint.

1.      Attached hereto as **Exhibit A [Filed Under Seal]** is a true and correct copy of a redline comparison of the Third Amended Complaint and the Fourth Amended Complaint, with additions in <u>underline</u> and deletions in ~~strikethrough~~.

2.      Attached hereto as **Exhibit B [Filed Under Seal]** is a true and correct copy of Defendant Apple Inc.'s Supplemental Objections And Responses to Plaintiffs' Third Set of Interrogatories To Defendant Apple Inc. (Nos. 11-13).

3.      On February 17, 2021, I attended a conference of counsel with Apple's counsel of record regarding Apple's Motion to Dismiss.  During the meeting, Apple demanded that Plaintiffs withdraw misappropriation allegations as to trade secrets 45.1-45.4 because Apple purportedly had provided source code showing those allegations lacked merit.  Apple asserted Plaintiffs were "lying" to the Court by suggesting in their complaint that Apple had not produced the relevant source code.  *See* Dkt. 296-1 ¶ 256 ("Apple's source code—which is not available publicly and must be obtained in discovery—will establish the Series 6 operation.").  I explained that Apple had not yet produced its source code on this topic.

4.      After the meeting, the parties' exchanged various correspondence on this issue.  Attached hereto as **Exhibit C [Filed Under Seal]** is a true and correct copy of an email from Brian Andrea (who is counsel of record for Apple) to Plaintiffs' counsel dated March 17, 2021, at 10:51am.

5.     Attached hereto as **Exhibit D** is a true and correct copy of excerpts of Defendant Apple Inc.'s Objections And Responses To Plaintiffs Masimo Corporation And Cercacor Laboratories, Inc.'s Fifth Set Of Requests For Production Of Documents To Defendant Apple Inc. (Nos. 173-248).

I declare under the penalty of perjury that the foregoing is true and correct. Executed on March 19, 2021, at Encinitas, California.


*/s/ Adam B. Powell*
Adam B. Powell

34516301