JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, | CASE NO. 8:20-cv-00048-JVS (JDEx) |
| Plaintiffs, | **DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS PORTIONS OF THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' FOURTH AMENDED COMPLAINT AND SUPPORTING DOCUMENTS** |
| v. | |
| APPLE INC., a California corporation, | |
| Defendant. | Hon. James V. Selna No Hearing Noticed |

Gibson, Dunn & Crutcher LLP

APPLE'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS
PORTIONS OF THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' FOURTH AMENDED COMPLAINT AND
SUPPORTING DOCUMENTS
CASE NO. 8:20-cv-00048-JVS (JDEx)

Pursuant to Local Rule 79-5.2.2(a) and Plaintiffs' application to file their Fourth Amended Complaint under seal, Defendant Apple Inc. ("Apple") requests that the Court grant it leave to file under seal (1) portions of Apple's Reply in Support of Its Motion to Dismiss Portions of the Thirteenth Cause of Action in Plaintiffs' Fourth Amended Complaint ("Reply"); and (2) Exhibits 1 and 2 the Declaration of Joshua H. Lerner in Support of Apple's Reply ("Exhibits").

The Reply quotes information from Plaintiffs' Fourth Amended Complaint that Plaintiffs allege is confidential and have requested be filed under seal. *See* ECF 296 (Powell Declaration), ¶¶ 4–7. Apple believes there are no grounds to seal this purportedly confidential information because all such information is publicly available and/or does not qualify for trade secret protection. However, Apple respectfully submits its Reply under seal until such time as the Court decides whether these portions of Plaintiffs' Fourth Amended Complaint merits sealing.

Exhibit 1 to Lerner Declaration references Plaintiffs' alleged trade secrets and contains information that Plaintiffs assert is confidential. The Court previously granted Plaintiffs' request to file under seal the entirety of Exhibit C to the Powell Declaration, which is also correspondence between the parties on the same set of issues that is discussed in Exhibit 1. As with the Reply, Apple believes there are no grounds to seal Plaintiffs' purportedly confidential information because all such information is publicly available and/or does not qualify for trade secret protection.

Exhibit 2 to Lerner Declaration is the Court's Tentative Order Regarding Motion to Dismiss Thirteenth Cause of Action of TAC, which was filed under seal.

Accordingly, Apple respectfully requests an order granting it leave to file under seal the foregoing documents.

Gibson, Dunn &
Crutcher LLP

1   Dated:  April 2, 2021                           Respectfully submitted,

2                                                   JOSHUA H. LERNER
                                                    H. MARK LYON
3                                                   BRIAN M. BUROKER
                                                    BRIAN A. ROSENTHAL
4                                                   ILISSA SAMPLIN
                                                    ANGELIQUE KAOUNIS
5                                                   BRIAN K. ANDREA
                                                    GIBSON, DUNN & CRUTCHER LLP
6

7

8                                                   By:  */s/ Joshua H. Lerner*
                                                         Joshua H. Lerner
9

10                                                  *Attorneys for Defendant Apple Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLE'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS
PORTIONS OF THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' FOURTH AMENDED COMPLAINT AND
SUPPORTING DOCUMENTS
CASE NO. 8:20-CV-00048-JVS (JDEx)

Gibson, Dunn &
Crutcher LLP