# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>APPLE INC., a California corporation,<br><br>        Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS PORTIONS OF THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' FOURTH AMENDED COMPLAINT AND SUPPORTING DOCUMENTS**<br><br>Hon. James V. Selna |

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File Under Seal Its Reply In Support of Apple's Motion to Dismiss Portions of the Thirteenth Cause of Action in Plaintiffs' Fourth Amended Complaint and Supporting Document (the "Application") under Local Rule 79-5.2.2.  Having considered the Application, Apple's Reply in Support of Its Motion to Dismiss Portions of the Thirteenth Cause of Action in Plaintiffs' Fourth Amended Complaint (the "Reply"), Exhibits 1 and 2 to the Declaration of Joshua H. Lerner in Support of Apple's Reply (the "Exhibits"), and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file the unredacted version of its Reply and the Exhibits under seal.

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable James V. Selna
United States District Judge.

1

[Proposed] Order Granting Apple's Application to File Under Seal
Its Reply in Support of Its Motion to Dismiss and Supporting Documents
Case No. 8:20-cv-00048-JVS (JDEx)