| | |
|---|---|
| JOSHUA H. LERNER, SBN 220755<br>　jlerner@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street Suite 3000<br>San Francisco, CA 94105<br>Tel.: 415.393.8200 / Fax: 415.393.8306 | |
| H. MARK LYON, SBN 162061<br>　mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Tel.: 650.849.5300 / Fax: 650.849.5333 | |
| BRIAN M. BUROKER, *pro hac vice*<br>　bburoker@gibsondunn.com<br>BRIAN K. ANDREA, *pro hac vice*<br>　bandrea@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Tel.: 202.955.8500 / Fax: 202.467.0539 | ILISSA SAMPLIN, SBN 314018<br>　isamplin@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel.: 213.229.7000 / Fax: 213.229.7520 |
| BRIAN A. ROSENTHAL, *pro hac vice*<br>　brosenthal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel.: 212.351.2339 / Fax: 212.817.9539 | ANGELIQUE KAOUNIS, SBN 209833<br>　akaounis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2029 Century Park East Suite 4000<br>Los Angeles, CA 90067<br>Tel.: 310.552.8546 / Fax: 310.552.7026 |

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>CERCACOR LABORATORIES, INC.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF JOSHUA LERNER IN SUPPORT OF DEFENDANT APPLE INC.'S REPLY IN SUPPORT OF APPLE'S MOTION TO DISMISS PORTIONS OF THE THIRTEENTH CAUSE OF ACTION IN PLAINTIFFS' FOURTH AMENDED COMPLAINT**<br><br>**Hearing:**<br>Date:　　April 19, 2021<br>Time:　　1:30 p.m.<br>Place:　　Courtroom 10C<br>Judge:　　Hon. James V. Selna |

# DECLARATION OF JOSHUA LERNER

I, Joshua Lerner, declare and state as follows:

1. I am an attorney duly licensed to practice law before this Court and all courts of the State of California. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action. I make this declaration in support of Apple's Reply in Support of its Motion to Dismiss Portions of the Thirteenth Cause of Action in Plaintiffs' Fourth Amended Complaint. I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** [Filed Under Seal] is a true and correct copy of an email from Perry Oldham, counsel of record for Plaintiffs, to Brian Andrea, counsel of record for Apple, dated February 18, 2021.

3. Attached hereto as **Exhibit 2** [Filed Under Seal] is a true and correct copy of the Court's Tentative Order Regarding Motion to Dismiss Thirteenth Cause of Action of TAC.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a journal article titled "Advanced Pulse Oximetry System for Remote Monitoring and Management" by Ju Geon Pak and Kee Hyun Park, published August 9, 2012 in BioMed Research International, a peer-reviewed, Open Access journal, which is available at https://www.hindawi.com/journals/bmri/2012/930582/.

Executed this 2nd day of April, 2021, in San Francisco, California.

By: /s/Joshua H. Lerner
    Joshua H. Lerner