JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING ITS MOTION TO COMPEL PLAINTIFFS TO IMMEDIATELY PROCEED WITH ESI DISCOVERY AND SUPPORTING DOCUMENTS**<br><br>Judge: Magistrate Judge John D. Early<br>Date/Time: April 29, 2021 / 10:00 AM<br>Courtroom: 6A |

Pursuant to Local Rule 79-5.2.2(a), Defendant Apple Inc. ("Apple") requests that the Court grant it leave to file under seal (1) portions of the Joint Stipulation Regarding Its Motion to Compel Plaintiffs to Immediately Proceed with ESI Discovery ("Joint Stipulation"); (2) Exhibits H, N, R, S, AE, AF, AG, AH, AI, AK, AL, and AP to the Declaration of Brian Andrea in Support of Defendant Apple Inc.'s Motion to Compel Plaintiffs to Immediately Proceed with ESI Discovery ("Andrea Declaration"); and (3) Exhibits 5, 13, 14, 19-25, and 27-36 to the Declaration of Adam B. Powell in Support of Plaintiffs' Portion of the Joint Stipulation Regarding Apple's Motion to Compel ("Powell Declaration").  These documents were designated "highly confidential" and/or contain information designated "highly confidential" under the protective order in this case. *See* ECF 67.[1]

The following exhibits appended to declarations filed in connection with Apple Inc.'s Motion to Compel also are the subject of this Application because they were previously sealed by this Court:

Exhibit AP to the Andrea Declaration is the Court's Order Regarding Motion to Stay, filed under seal on October 13, 2020.

Accordingly, Apple respectfully requests an order granting it leave to file under seal the foregoing documents.

---

[1] Apple maintains that substantial portions of the Andrea and Powell declarations contain information that is indisputably public and should not be sealed from public view. Apple favored redacting these two declarations, but has filed them under seal in their entirety at Plaintiffs' request.

| | |
|---|---|
| Dated: April 8, 2021 | Respectfully submitted, |
| | JOSHUA H. LERNER |
| | H. MARK LYON |
| | BRIAN M. BUROKER |
| | BRIAN A. ROSENTHAL |
| | ILISSA SAMPLIN |
| | ANGELIQUE KAOUNIS |
| | BRIAN K. ANDREA |
| | GIBSON, DUNN & CRUTCHER LLP |
| | |
| | By: /s/ Joshua H. Lerner |
| | Joshua H. Lerner |
| | |
| | *Attorneys for Defendant Apple Inc.* |