# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>    Plaintiffs,<br><br> v.<br><br>APPLE INC.,<br>a California corporation,<br><br>    Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING ITS MOTION TO COMPEL PLAINTIFFS TO IMMEDIATELY PROCEED WITH ESI DISCOVERY AND SUPPORTING DOCUMENTS**<br><br>Hon. John D. Early |

1    This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File Under Seal portions of the Joint Stipulation Regarding Its Motion to Compel Plaintiffs to Immediately Proceed with ESI Discovery ("Joint Stipulation") and Supporting Documents (the "Application") under Local Rule 79-5.2.2.  Having considered the Application, the parties' Joint Stipulation, accompanying documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file under seal the unredacted version of its Memorandum and the RJN Exhibit under seal (1) the Joint Stipulation; (2) Exhibits H, N, R, S, AE, AF, AG, AH, AI, AK, AL, and AP to the Declaration of Brian Andrea in Support of Defendant Apple Inc.'s Motion to Compel Plaintiffs to Immediately Proceed with ESI Discovery; and (3) Exhibits 5, 13, 14, 19-25, and 27-36 to the Declaration of Adam B. Powell in Support of Plaintiffs' Portion of the Joint Stipulation Regarding Apple's Motion to Compel Plaintiffs to Immediately Proceed with ESI Discovery.

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable John D. Early
United States District Judge.