JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PLAINTIFFS TO IMMEDIATELY PROCEED WITH ESI DISCOVERY**<br><br>Judge:       Magistrate Judge John D. Early<br>Date/Time:  April 29, 2021 / 10:00 AM<br>Courtroom:  6A<br><br>Discovery Cutoff:       7/5/2021<br>Pre-trial Conference:   3/21/2022<br>Trial:                          4/5/2022 |

Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION TO COMPEL
PLAINTIFFS TO IMMEDIATELY PROCEED WITH ESI DISCOVERY
CASE NO. 8:20-cv-00048-JVS (JDEx)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 29, 2021, at 10:00 AM, or as soon thereafter as the matter may be heard, in Courtroom 6A of the United States District Court for the Central District of California at Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth Street, Santa Ana, California, 92701, Defendant Apple Inc. ("Apple") will and hereby does move the Court to order Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Plaintiffs") to order Plaintiffs to proceed with ESI discovery for twelve custodians per side, without prejudice to either side's ability to seek ESI from additional custodians later, if reasonable and appropriate.

Apple brings this motion to compel Plaintiffs to commence discovery for twelve agreed-upon ESI custodians per side—without prejudice to either party to seeking further custodians upon a proper showing of good cause—before the parties' time to conduct such discovery under the Scheduling Order runs out.  Apple has identified twelve custodians who are "knowledgeable about and were involved in the core issues or subjects in this case," as required by the parties' ESI Stipulation.  Dkt. 51 ¶ 1. Plaintiffs insist that Apple should agree to search the files of fifty individuals.  Because the parties must begin substantial document production to comply with the Scheduling Order, Apple proposes, consistent with the ESI Agreement, proceeding at this time with twelve custodians per side while the parties continue to discuss whether additional custodians are reasonable and appropriate.

Pursuant to Local Rule 37-1, the parties met and conferred multiple times following letters from Apple laying out the grounds for this Motion, but were unable to resolve the disputes presented here.  *See* Declaration of Brian Andrea ¶¶ 36-41.

This Motion is based on this Notice of Motion and Motion, the accompanying Joint Stipulation, the declaration of Brian Andrea and exhibits attached thereto, and such further evidence and argument as may be presented at or before the hearing on this

Gibson, Dunn &
Crutcher LLP

2

DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION TO COMPEL
PLAINTIFFS TO IMMEDIATELY PROCEED WITH ESI DISCOVERY
CASE NO. 8:20-cv-00048-JVS (JDEx)

matter.    Plaintiffs  also  have  submitted  accompanying  declarations  and  exhibits  in

support of their position in the Joint Stipulation.


Dated:  April 8, 2021

                                              Respectfully submitted,

                                              JOSHUA H. LERNER
                                              H. MARK LYON
                                              BRIAN M. BUROKER
                                              BRIAN A. ROSENTHAL
                                              ILISSA SAMPLIN
                                              ANGELIQUE KAOUNIS
                                              BRIAN K. ANDREA
                                              GIBSON, DUNN & CRUTCHER LLP


                                              By:___/s/ Joshua H. Lerner_____
                                                    Joshua H. Lerner

                                              *Attorneys for Defendant Apple Inc.*