# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendants. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO COMPEL PLAINTIFFS TO IMMEDIATELY PROCEED WITH ESI DISCOVERY**<br><br>Hon. John D. Early |

Gibson, Dunn & Crutcher LLP

This matter is before the Court pursuant to Defendant Apple Inc.'s ("Apple") Motion to Compel.

Having considered the documents filed in support of and in opposition to the motion, including the parties' Joint Stipulation and the parties' declarations and exhibits, the argument of counsel, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Apple's Motion to Compel is GRANTED and Plaintiffs shall proceed with ESI discovery for twelve custodians per side, without prejudice to either side's ability to seek ESI from additional custodians later, if reasonable and appropriate.

**IT IS SO ORDERED.**

Dated: _____   _____
                                  The Honorable John D. Early
                                  United States Magistrate Judge

Gibson, Dunn & Crutcher LLP