1  JOSHUA H. LERNER, SBN 220755
     jlerner@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street Suite 3000
3  San Francisco, CA 94105
   Tel.: 415.393.8200 / Fax: 415.393.8306

4  H. MARK LYON, SBN 162061
5    mlyon@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  1881 Page Mill Road
   Palo Alto, CA 94304-1211
7  Tel.: 650.849.5300 / Fax: 650.849.5333

8  BRIAN M. BUROKER, *pro hac vice*
     bburoker@gibsondunn.com
9  BRIAN K. ANDREA, *pro hac vice*           ILISSA SAMPLIN, SBN 314018
     bandrea@gibsondunn.com                    isamplin@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP               GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.             333 South Grand Avenue
11 Washington, D.C. 20036                    Los Angeles, CA 90071-3197
   Tel.: 202.955.8500 / Fax: 202.467.0539    Tel.: 213.229.7000 / Fax: 213.229.7520

12
   BRIAN A. ROSENTHAL, *pro hac vice*        ANGELIQUE KAOUNIS, SBN 209833
13   brosenthal@gibsondunn.com                 akaounis@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP               GIBSON, DUNN & CRUTCHER LLP
14 200 Park Avenue                           2029 Century Park East Suite 4000
   New York, NY 10166-0193                   Los Angeles, CA 90067
15 Tel.: 212.351.2339 / Fax: 212.817.9539    Tel.: 310.552.8546 / Fax: 310.552.7026

16 *Attorneys for Defendant Apple Inc.*

17                    **UNITED STATES DISTRICT COURT**

18         **FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING APPLE'S MOTION TO DE-DESIGNATE AND SUPPORTING DOCUMENTS**<br><br>Hon. John D. Early |

Gibson, Dunn & Crutcher LLP

APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING APPLE'S MOTION TO DE-DESIGNATE AND SUPPORTING DOCUMENTS
CASE NO. 8:20-CV-00048-JVS (JDEX)

1  Pursuant to Local Rule 79-5.2.2(a), Defendant Apple Inc. ("Apple") requests that the Court grant it leave to file under seal (1) portions of the Joint Stipulation Regarding Defendant Apple Inc.'s Motion to De-Designate ("Joint Stipulation"); (2) Exhibit C to the Joint Stipulation; (3) portions of the Declaration of Angelique Kaounis in Support of Apple Inc.'s Motion to De-Designate ("Kaounis Declaration"); (3) Exhibits A–J, L, O–R, U–X, and AK to the Kaounis Declaration; (4) Exhibits 6–11 to the Declaration of Benjamin Katzenellenbogen in Support of Plaintiffs' Opposition to Apple's Motion to De-Designate ("Katzenellenbogen Declaration"); and (5) portions of the Declaration of Mohamed Diab in Support of Plaintiffs' Opposition to Apple's Motion to De-Designate ("Diab Declaration").

The Joint Stipulation, the Kaounis Declaration, and Exhibits A–J, L, O–R, and U–X to the Kaounis Declaration contain information that Plaintiffs have designated "Highly Confidential," "Attorneys' Eyes Only" ("AEO") under the Protective Order in this case. *See* ECF 67. Apple believes there are no grounds to seal this purportedly confidential information for the reasons set forth in Apple's portion of the Joint Stipulation. Among other things, Plaintiffs seek to seal public allegations from their own complaint, and publicly available articles, pictures, webpages, and LinkedIn profiles. There is no legitimate basis to seal this information. However, Apple respectfully submits these documents under seal until such time as the Court resolves Apple's Motion to De-Designate.

Plaintiffs designated Exhibits 6–8 and 11 to the Katzenellenbogen Declaration and portions of the Diab Declaration as "Highly Confidential," "AEO" and/or these documents contain information designated "Highly Confidential" under the protective order in this case. *See* ECF 67. Again, Apple believes there are no grounds to seal this purportedly confidential information for the reasons set forth in Apple's portion of the Joint Stipulation.

The following exhibits filed in connection with the Joint Stipulation also are the subject of this Application because they were previously sealed by this Court:

Gibson, Dunn & Crutcher LLP

1

APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING APPLE'S MOTION TO DE-DESIGNATE AND SUPPORTING DOCUMENTS
CASE NO. 8:20-CV-00048-JVS (JDEX)

- Exhibit C to the Joint Stipulation is this Court's Order Granting Apple's Motion to Stay Proceedings Pending Inter Partes Review, issued under seal on October 14, 2020 as Dkt. 220.  Exhibit C is submitted pursuant to Local Rule 37-2.1.

- Exhibit AK to the Kaounis Declaration is a copy of this Court's Order Regarding Motion to Dismiss Thirteenth Cause of Action of the Second Amended Complaint, issued under seal on October 13, 2020.

- Exhibit 9 to the Katzenellenbogen Declaration is a copy of a filing in this case entitled "Memorandum of Points and Authorities in Support of Defendant Apple Inc.'s Motion to Dismiss the Thirteenth Cause of Action in Plaintiffs' Third Amended Complaint," filed under seal on December 1, 2020 as Dkt. 241.

- Exhibit 10 to the Katzenellenbogen Declaration is a copy of this Court's "Order Regarding Motion to Dismiss Thirteenth Cause of Action of the Third Amended Complaint," issued under seal on January 6, 2021 as Dkt. 264.

To the extent the above-listed documents contain information challenged in Apple's De-Designation Motion, Apple also disputes the grounds for sealing this information for the reasons set forth in Apple's portion of the Joint Stipulation.

Apple respectfully requests an order granting it leave to file under seal the foregoing documents.

Dated:  April 8, 2021

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP


By: */s/ Joshua H. Lerner*
       Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*

2
APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING APPLE'S MOTION TO DE-DESIGNATE AND SUPPORTING DOCUMENTS
CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn & Crutcher LLP