# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING APPLE'S MOTION TO DE-DESIGNATE AND SUPPORTING DOCUMENTS**<br><br>Hon. John D. Early |

1

[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING APPLE'S MOTION TO DE-DESIGNATE AND SUPPORTING DOCUMENTS
CASE NO. 8:20-CV-00048-JVS (JDEx)

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File under Seal the Joint Stipulation Regarding Its Motion to De-Designate and Supporting Documents (the "Application") under Local Rule 79-5.2.2. Having considered the Application and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal: (1) the Joint Stipulation Regarding Defendant Apple Inc.'s Motion to De-Designate; (2) Exhibit C to the Joint Stipulation; (3) the Declaration of Angelique Kaounis in Support of Apple Inc.'s Motion to De-Designate; (3) Exhibits A–J, L, O–R, U–X, and AK to the Kaounis Declaration; (4) Exhibits 6–11 to the Declaration of Benjamin Katzenellenbogen in Support of Plaintiffs' Opposition to Apple's Motion to De-Designate; and (5) the Declaration of Mohamed Diab in Support of Plaintiffs' Opposition to Apple's Motion to De-Designate.

**IT IS SO ORDERED**.

Dated: _____     _____
                              The Honorable John D. Early
                              United States Magistrate Judge

2

[Proposed] Order Granting Apple's Application to File Under Seal the Joint Stipulation Regarding Apple's Motion to De-Designate and Supporting documents
Case No. 8:20-cv-00048-JVS (JDEx)