JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION TO DE-DESIGNATE** <br><br> Judge: Magistrate Judge John D. Early <br> Date/Time: April 29, 2021 / 10:00 AM <br> Courtroom: 6A <br><br> Discovery Cutoff: 7/5/2021 <br> Pre-trial Conference: 3/21/2022 <br> Trial: 4/5/2022 |

Gibson, Dunn &
Crutcher LLP

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 29, 2021, at 10:00 AM, or as soon thereafter as the matter may be heard, in Courtroom 6A of the United States District Court for the Central District of California at Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth Street, Santa Ana, California, 92701, Defendant Apple Inc. ("Apple") will and hereby does move the Court to order Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Plaintiffs") to de-designate three categories of information that Plaintiffs improperly designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("AEO") under the Protective Order ("PO").

Plaintiffs have improperly designated as AEO completely non-confidential allegations in their 4th Amended Complaint ("4th AC") and Amended Section 2019.210 Disclosure ("2019 Disclosure")—including category headings that the Court has found not to be trade secrets, information copied from published Apple patents, and boilerplate allegations of misappropriation. Plaintiffs have also improperly designated photographs of the Apple Watch as AEO that are readily available from any tear-down of the Apple Watch itself. Additionally, Plaintiffs have improperly designated most of their proposed ESI custodian chart as AEO, which is comprised merely of names and high-level, non-confidential descriptions of individuals' purported knowledge relevant to the case. Plaintiffs' designation violates the PO's directive that AEO designations be limited to extremely confidential information and/or sensitive "Confidential Information or Items" whose disclosure will cause Plaintiffs competitive harm.

Pursuant to Local Rule 37-1, the parties met and conferred in good faith multiple times following letters from Apple setting forth the grounds for this Motion, but were unable to resolve the disputes presented here. *See* Declaration of Angelique Kaounis ¶¶ 4, 10, 14.

This Motion is based on this Notice of Motion and Motion, the accompanying Joint Stipulation, the declaration of Angelique Kaounis and exhibits attached thereto,

the declaration of Joshua Lerner, and such further evidence and argument as may be presented at or before the hearing on this matter.   Plaintiffs also have submitted accompanying declarations and exhibits in support of their position in the Joint Stipulation.

Dated:  April 8, 2021

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Joshua H. Lerner*
       Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*