# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendants. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO DE-DESIGNATE**<br><br>Hon. John D. Early |

This matter is before the Court pursuant to Defendant Apple Inc.'s ("Apple") Motion to De-Designate.

Having considered the documents filed in support of and in opposition to the motion, including the parties' Joint Stipulation and the parties' declarations and exhibits, the argument of counsel, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Apple's Motion to De-Designate is GRANTED, and Plaintiffs shall de-designate certain information as follows:

1. Plaintiffs shall de-designate the allegations from the Fourth Amended Complaint ("4th AC") that are identified in Section I.A of the Joint Stipulation. These allegations do not qualify for ATTORNEYS' EYES ONLY ("AEO") or confidential protection.

2. Plaintiffs shall de-designate the same references identified in No. 1 above as they appear in A(10)–(15) and C(4)–(5) of Plaintiffs' Amended Section 2019.210 Disclosure. These references do not qualify for AEO or confidential protection.

3. Plaintiffs shall de-designate pictures of the Apple Watch, which follow paragraphs 239 and 240 of the 4th AC. These pictures do not qualify for AEO or confidential protection.

4. Plaintiffs shall de-designate the portions of the ESI custodian chart that are identified in Section I.C of the Joint Stipulation. This information does not qualify for AEO or confidential protection.

**IT IS SO ORDERED.**

Dated: _____   _____
The Honorable John D. Early
United States Magistrate Judge