JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **AMENDED CERTIFICATE OF SERVICE OF SEALED DOCUMENTS RE APPLE'S MOTION TO DE-DESIGNATE** <br><br> Judge:   Magistrate Judge John D. Early <br> Date/Time: April 22, 2021 / 10:00 AM <br> Courtroom: 6A |

# AMENDED CERTIFICATE OF SERVICE

I, Marissa Garcia, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to this action. My business address is 3161 Michelson Drive, Irvine, CA 92612, in said County and State. On April 8, 2021, I served the following documents filed under seal:

JOINT STIPULATION REGARDING DEFENDANT APPLE INC.'S MOTION TO DE-DESIGNATE

EXHIBIT C TO JOINT STIPULATION REGARDING DEFENDANT APPLE INC.'S MOTION TO DE-DESIGNATE

DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING APPLE'S MOTION TO DE-DESIGNATE AND SUPPORTING DOCUMENTS

DECLARATION OF ANGELIQUE KAOUNIS IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO DE-DESIGNATE

EXHIBITS A–J, L, O–R, U, and V–X TO THE DECLARATION OF ANGELIQUE KAOUNIS IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO DE-DESIGNATE

EXHIBITS 6-11 TO THE DECLARATION OF BENJAMIN KATZENELLENBOGEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO DE-DESIGNATE

DECLARATION OF MOHAMED DIAB IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO DE-DESIGNATE

on the persons stated below, by the following means of service:

KNOBBE, MARTENS, OLSON & BEAR, LLP

Joseph R. Re (joseph.re@knobbe.com)

Stephen C. Jensen (steve.jensen@knobbe.com)

Perry D. Oldham (perry.oldham@knobbe.com)

Stephen W. Larson (stephen.larson@knobbe.com)

Gibson, Dunn & Crutcher LLP

CASE NO. 8:20-cv-00048-JVS (JDEx)

Adam B. Powell (adam.powell@knobbe.com)

Mark Kachner (mark.kachner@knobbe.com)

The documents were served pursuant to Fed. R. Civ. P. 5(b) via electronic mail. Based on an agreement of the parties to accept service by email or electronic transmission to the above service list, I served the documents to the persons at the email addresses listed above.

I did this at the direction of Joshua H. Lerner who is a member of the bar of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 8, 2021, at Irvine, California.

_____
Marissa Garcia