# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO APPLE'S MOTION TO DE-DESIGNATE** |

1  Having considered Plaintiffs' Application for Leave to File Under Seal
2  Plaintiffs' Supplemental Memorandum In Opposition To Apple's Motion To
3  De-Designate ("Supplemental Memo"), and finding good cause therefor, the
4  Application is GRANTED.

5  **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
6  Cercacor Laboratories, Inc. may file under seal the unredacted portions of the
7  Supplemental Memo.

9  DATED: _____       _____
                                  The Honorable John D. Early
                                  United States Magistrate Judge

34632759

-1-