Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

) Case No. 8:20-cv-00048-JVS-JDE
)
) **SUPPLEMENTAL DECLARATION OF BENJAMIN KATZENELLENBOGEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO DE-DESIGNATE**
)
) [Discovery Document: Referred to Magistrate Judge John D. Early]
)
) Date:    April 22, 2021
) Time:    1:30pm
) Ctrm:    10C
)
) Discovery Cut-Off:       7/5/2021
) Pre-Trial Conference:    3/21/2022
) Trial:                   4/5/2022

I, Benjamin A. Katzenellenbogen, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Plaintiffs") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Supplemental Declaration in Support of Plaintiffs' Opposition to Apple's Motion to De-Designate.

2. Attached hereto as **Exhibit 12** is a true and correct copy of a filing in this case entitled "Defendant Apple Inc.'s Application To File Under Seal The Joint Stipulation Regarding Its Motion To Compel Plaintiffs To Immediately Proceed With ESI Discovery And Supporting Documents," filed at Dkt. 331.

3. Attached hereto as **Exhibit 13 [Filed Under Seal]** is a true and correct copy of a filing in this case entitled "Joint Stipulation Regarding Apple's Motion To Compel Plaintiffs To Immediately Proceed With ESI Discovery," filed at Dkt. 332-1.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on April 15, 2021, at Laguna Niguel, California.

*/s/ Benjamin A. Katzenellenbogen*
Benjamin A. Katzenellenbogen

34799063