1  JOSHUA H. LERNER, SBN 220755
     jlerner@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street Suite 3000
3  San Francisco, CA 94105
   Tel.: 415.393.8200 / Fax: 415.393.8306
4
5  H. MARK LYON, SBN 162061
     mlyon@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  1881 Page Mill Road
   Palo Alto, CA 94304-1211
7  Tel.: 650.849.5300 / Fax: 650.849.5333

8  BRIAN M. BUROKER, *pro hac vice*
     bburoker@gibsondunn.com
9  BRIAN K. ANDREA, *pro hac vice*         ILISSA SAMPLIN, SBN 314018
     bandrea@gibsondunn.com                   isamplin@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP             GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.           333 South Grand Avenue
11 Washington, D.C. 20036                  Los Angeles, CA 90071-3197
   Tel.: 202.955.8500 / Fax: 202.467.0539  Tel.: 213.229.7000 / Fax: 213.229.7520
12
   BRIAN A. ROSENTHAL, *pro hac vice*      ANGELIQUE KAOUNIS, SBN 209833
13   brosenthal@gibsondunn.com                akaounis@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP             GIBSON, DUNN & CRUTCHER LLP
14 200 Park Avenue                         2029 Century Park East Suite 4000
   New York, NY 10166-0193                 Los Angeles, CA 90067
15 Tel.: 212.351.2339 / Fax: 212.817.9539  Tel.: 310.552.8546 / Fax: 310.552.7026

16 *Attorneys for Defendant Apple Inc.*

17 **UNITED STATES DISTRICT COURT**

18 **FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br>Plaintiffs, <br><br>v. <br><br>APPLE INC., a California corporation, <br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br>**APPLICATION TO FILE UNDER SEAL APPLE'S SUPPLEMENTAL BRIEF AND APPENDIX IN SUPPORT OF APPLE'S MOTION TO DE-DESIGNATE** <br><br>Hon. John D. Early |

Gibson, Dunn & Crutcher LLP

APPLICATION TO FILE UNDER SEAL APPLE'S SUPPLEMENTAL BRIEF AND APPENDIX IN SUPPORT OF
APPLE'S MOTION TO DE-DESIGNATE
CASE NO. 8:20-CV-00048-JVS (JDEx)

Pursuant to Local Rule 79-5.2.2(a), Defendant Apple Inc. ("Apple") requests that the Court grant it leave to file under seal its Supplemental Brief and Appendix in Support of its Motion to De-Designate.

The Supplemental Brief and Appendix contain information that Plaintiffs have designated "Highly Confidential," "Attorneys' Eyes Only" ("AEO") under the Protective Order in this case.  *See* ECF 67.  Apple believes there are no grounds to seal this purportedly confidential information for the reasons set forth in Apple's portion of the Joint Stipulation and the Supplemental Brief.

Apple respectfully requests an order granting it leave to file under seal the foregoing documents.

Dated: April 15, 2021               Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joshua H. Lerner*
       Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

1

APPLICATION TO FILE UNDER SEAL APPLE'S SUPPLEMENTAL BRIEF AND APPENDIX IN SUPPORT OF APPLE'S MOTION TO DE-DESIGNATE
CASE NO. 8:20-CV-00048-JVS (JDEX)