# Appendix A

Redacted Version of Document Proposed to Be Filed Under Seal

# APPENDIX A

(1) Based on Plaintiffs' chart, JS 44-45, and their request that only allegations within brackets remain designated AEO, JS 43-44, Plaintiffs appear to concede that the following allegations do not merit AEO protection:



(2) Based on Plaintiffs' chart, JS 44-45, and their request that only allegations within brackets (i.e., technical trade secret category headings) remain designated AEO, JS 43-44, Plaintiffs appear to concede that the allegations highlighted in blue below do not merit AEO protection.





(3) Based on Plaintiffs' chart, JS 44-45, and their request that only allegations within brackets remain designated AEO, JS 43-44, Plaintiffs appear to concede that the allegations highlighted in blue below do not merit AEO protection:

