# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL BRIEF AND APPENDIX IN SUPPORT OF APPLE'S MOTION TO DE-DESIGNATE**<br><br>Hon. John D. Early |

1

[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL BRIEF AND APPENDIX IN SUPPORT OF APPLE'S MOTION TO DE-DESIGNATE
CASE NO. 8:20-CV-00048-JVS (JDEX)

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File under Seal its Supplemental Brief and Appendix In Support of Apple's Motion to De-Designate (the "Application") under Local Rule 79-5.2.2.  Having considered the Application and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file under seal its Supplemental Brief and Appendix In Support of Apple's Motion to De-Designate.

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable John D. Early
United States Magistrate Judge

2

[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL SUPPLEMENTAL BRIEF AND APPENDIX IN SUPPORT OF APPLE'S MOTION TO DE-DESIGNATE
CASE NO. 8:20-CV-00048-JVS (JDEX)