Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**SUPPLEMENTAL DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO COMPEL PLAINTIFFS TO IMMEDIATELY PROCEED WITH ESI DISCOVERY**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Date: April 29, 2021<br>Time: 10:00 am<br>Ctrm: 6A<br><br>Discovery Cut-Off:    7/5/2021<br>Pre-Trial Conference: 3/21/2022<br>Trial:                4/5/2022 |

I, Adam B. Powell, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Plaintiffs") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Supplemental Declaration in Support of Plaintiffs' Opposition to Apple's Motion to Compel Plaintiffs to Immediately Proceed with ESI Discovery.

2. Plaintiffs engaged a discovery vendor after learning that their software was not capable of running the specific search strings that Apple proposed on March 12, 2021. I understand that Plaintiffs' discovery vendor has been processing approximately two terabytes of data. After the vendor finishes processing data for a custodian, it then runs Apple's proposed search terms for that custodian. The vendor has finished processing the data for many of Apple's proposed custodians and expects to have hit counts for several custodians soon. Plaintiffs expect to send to Apple's counsel the hit counts for several custodians tomorrow and will continue sending hit counts on a rolling basis as the vendor completes its searches.

3. On April 2, 2021, I attended a meet and confer with Apple's counsel of record regarding Plaintiffs' request that Apple conduct a reasonable search under the Federal Rules. At the meeting, Apple asked Plaintiffs to explain the relevance of each individual that Plaintiffs were asking Apple to search. I explained the relevance of Plaintiffs' requested custodians in general terms, including by explaining many of the individuals worked with Lamego on relevant projects. I then provided additional detail in writing on April 7, 2021. Attached hereto as **Exhibit 37 [Filed Under Seal]** is a true and correct copy of my April 7, 2021, letter to Brian Andrea (who is counsel of record for Apple).

4. Attached hereto as **Exhibit 38 [Filed Under Seal]** is a true and correct copy of an April 13, 2021, email chain between myself and Mr. Andrea. On April 7, 2021,

-1-

Apple asked Plaintiffs to "prioritize collection and production of documents" for two individuals that Apple asked to depose. One of those individuals was included on Apple's list of twelve custodians that it asked Plaintiffs to search. The other was not. At Apple's request, Plaintiffs agreed to prioritize ESI searching for both individuals and have already collected data for both individuals. Plaintiffs expect to provide hit counts for both individuals soon.

5. Attached hereto as **Exhibit 39 [Filed Under Seal]** is a true and correct copy of an April 14, 2021, letter from Mr. Andrea to myself.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on April 15, 2021, at Encinitas, California.

　　　　　　　　　　　　　　　　/s/ Adam B. Powell
　　　　　　　　　　　　　　　　Adam B. Powell

34799677