1
2
3
4
5
6
7
8
9
10
11
12
13

**IN THE UNITED STATES DISTRICT COURT**

14

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15

**SOUTHERN DIVISION**

16

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

) Case No. 8:20-cv-00048-JVS-JDE
)
)
) **[PROPOSED] ORDER**
) **GRANTING LEAVE TO FILE**
) **UNDER SEAL EXHIBITS**
) **SUPPORTING PLAINTIFFS'**
) **SUPPLEMENTAL**
) **MEMORANDUM IN**
) **OPPOSITION TO MOTION TO**
) **COMPEL**
)
)
)
)
)

17
18
19
20
21
22
23
24
25
26
27
28

Having considered Plaintiffs' Application for Leave to File Under Seal Exhibits Supporting Plaintiffs' Supplemental Memorandum in Opposition to Apple's Motion to Compel, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the entirety of Exhibits 37-39.


DATED: _____          _____

34800903

                                               The Honorable John D. Early
United States Magistrate Judge