IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL APPLE TO PRODUCE DOCUMENTS AND FULLY ANSWER INTERROGATORIES** |

Having considered Plaintiffs' Motion To Compel Apple To Produce Documents And Fully Answer Interrogatories, all papers filed in support thereof, any papers in opposition thereto, and any oral argument of counsel, and finding good cause, the Court hereby GRANTS Plaintiffs' Motion as follows:

1. Within 14 days of this Order, Defendant Apple Inc. ("Apple") shall conduct a reasonable and good faith search for documents and things in its possession, custody, and/or control responsive to Plaintiffs' Requests for Production Nos. RFPs 63-66, 71-77, 83-86, 97, 100, 128, 129, 148-151, 153, 154, 172, 184, 186, 196, 242, and 243, and shall produce all responsive, non-privileged documents and thing that it locates, without objections.

2. Within 14 days of this Order, Apple shall fully and completely answer, without objection, Plaintiffs' Interrogatory No. 7 with respect to light-based physiological monitoring features for each Apple Watch Product, including sensors used in the determination of a light-based physiological parameter.

3. Within 14 days of this Order, Apple shall fully and completely answer, without objection, Plaintiffs' Interrogatory No. 8 with respect to light-based physiological monitoring features for each Apple Watch Product, including sensors used in the determination of a light-based physiological parameter.

4. Within 14 days of this Order, Apple shall fully and completely answer, without objection, Plaintiffs' Interrogatory No. 9.

**IT IS SO ORDERED**

DATED: _____          _____

                                                             The Honorable John D. Early
                                                             United States Magistrate Judge

34736537