# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>   Plaintiffs,<br><br>   v.<br><br>APPLE INC., a California corporation<br><br>   Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL THE JOINT STIPULATION REGARDING PLAINTIFFS' MOTION TO COMPEL** |

1  Having considered Plaintiffs' Application for Leave to File Under Seal
2  (1) the unredacted portions of the Joint Stipulation Regarding Plaintiffs' Motion
3  to Compel Apple to Produce Documents and Fully Answer Interrogatories
4  ("Joint Stipulation"), (2) Exhibits 3, 7, 12, 20-21, 23-26, and 28-30 to the
5  Declaration of Adam B. Powell in Support of Plaintiffs' Motion to Compel
6  Apple to Produce Documents and Fully Answer Interrogatories ("Powell
7  Declaration"), and (3) Exhibits B, C, F, I, J, and K to the Declaration of Ilissa
8  Samplin in Support of Defendant Apple Inc's Opposition to Plaintiffs' Motion
9  to Compel Apple to Produce Documents and Fully Answer Interrogatories
10 ("Samplin Declaration"), and finding good cause therefor, the Application is
11 GRANTED.
12     **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
13 Cercacor Laboratories, Inc. may file under seal (1) the unredacted portions of
14 the Joint Stipulation, (2) the entirety of Exhibits 3, 7, 12, 20-21, 23-26, and 28-
15 30 to the Powell Declaration, and (3) the entirety of Exhibits B, C, F, I, J, and K
16 to Samplin Declaration.
17
18 DATED: _____    _____
19                                  The Honorable John D. Early
                                    United States Magistrate Judge
20
21
22
23
24
25
26
27
28

-1-