UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, et al.,<br><br>         Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>         Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>ORDER GRANTING APPLICATIONS TO FILE DOCUMENTS UNDER SEAL [DKT. 331, 334, 338, 341, 347, 352] |

Having considered the Applications to file various documents under seal in connection with discovery-related motions (Dkt. 331, 334, 338, 341, 347, 352, "Applications"), and good cause having been shown, the Applications are GRANTED. The documents identified in the Applications may be filed under seal.

Dated: April 26, 2021

                                                                  JOHN D. EARLY<br>
                                                                  United States Magistrate Judge