UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendants. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>ORDER GRANTING IN PART DEFENDANT APPLE INC.'S MOTION TO COMPEL PLAINTIFFS TO IMMEDIATELY PROCEED WITH ESI DISCOVERY |

This matter is before the Court pursuant to the Motion to Compel Plaintiffs to Immediately Proceed with ESI Discovery filed by Defendant Apple Inc.'s ("Apple"). Dkt. 333 ("Motion"). Based on the more than 900 pages of material, including sealing applications and sealed materials, submitted in connection with the Motion, Apple's statement that "ESI discovery cannot wait" (Dkt. 333-1 at 5 (CM/ECF pagination)) and Plaintiffs' statement that "ESI discovery should move forward immediately" (id.), the Court finds the Motion may properly be decided without oral argument or further briefing.

Having considered the documents filed in support of and in opposition to the Motion, including the parties' Joint Stipulation and respective Supplemental Memoranda, as well as the parties' declarations and exhibits, and all other matters properly before the Court, and for good cause appearing:

IT IS HEREBY ORDERED that Apple's Motion (Dkt. 333) is GRANTED, in part, as follows: the parties are ORDERED, to the extent they have not already done so, to immediately proceed with the production of electronically stored information ("ESI") for up to 39 custodians per side, which the Court, having considered all of the evidence and argument presented by the parties, finds reasonable and proportionate to the needs of the case, "considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit." See Fed. R. Civ. P. 26(b)(1). This Order is without prejudice to either side's ability to seek ESI from additional custodians in the future upon an appropriate showing.

IT IS SO ORDERED.

Dated: April 26, 2021

JOHN D. EARLY
United States Magistrate Judge