
# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

Case No. 8:20-cv-00048-JVS-JDE

**[PROPOSED] ORDER GRANTING PLAINTIFFS' SECOND MOTION TO COMPEL APPLE TO PRODUCE DOCUMENTS AND FULLY ANSWER INTERROGATORIES**

Having considered Plaintiffs' Second Motion To Compel Apple To Produce Documents, all papers filed in support thereof, any papers in opposition thereto, and any oral argument of counsel, and finding good cause, the Court hereby GRANTS Plaintiffs' Motion as follows:

1. Within 14 days of this Order, Defendant Apple Inc. ("Apple") shall conduct a reasonable and good faith search for documents and things in its possession, custody, and/or control responsive to Plaintiffs' Requests for Production Nos. 67-70, 82, 98, 99, 101-109, 155-157, 163-170, 180, 187, 191, 192, 197-206, 226, 230-235, 236-237, 239-241, 244-246, and 248, and shall produce all responsive, non-privileged documents and thing that it locates, without objections.

2. Within 14 days of this Order, Apple shall fully and completely answer, without objection, Plaintiffs' Interrogatory No. 10.

**IT IS SO ORDERED**

DATED: _____   _____

The Honorable John D. Early
United States Magistrate Judge

34736537