1

2

3

4

5

6

7

8

9

10

11

12

13 **IN THE UNITED STATES DISTRICT COURT**

14 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15 **SOUTHERN DIVISION**

16

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation | ) Case No. 8:20-cv-00048-JVS-JDE ) ) Hon. James V. Selna ) Magistrate Judge John D. Early ) |
| Plaintiffs, | ) **[PROPOSED] ORDER** |
| v. | ) **GRANTING LEAVE TO FILE** ) **UNDER SEAL THE JOINT** |
| APPLE INC., a California corporation | ) **STIPULATION AND EXHIBITS** ) **REGARDING PLAINTIFFS'** ) **SECOND MOTION TO COMPEL** |
| Defendant. | ) ) ) ) |

24

25

26

27

28

Having considered Plaintiffs' Application for Leave to File Under Seal (1) the unredacted portions of the Joint Stipulation Regarding Plaintiffs' Second Motion to Compel Apple to Produce Documents and Fully Answer Interrogatories ("Joint Stipulation"), (2) Exhibits 3, 7, 12, 20-21, 23-25, 27-30, and 34-36 to the Declaration of Adam B. Powell in Support of Plaintiffs' Second Motion to Compel Apple to Produce Documents and Fully Answer Interrogatories ("Powell Declaration"), and (3) Exhibits F, G, and H to the Declaration of Ilissa Samplin in Support of Defendant Apple Inc's Opposition to Plaintiffs' Second Motion to Compel Apple to Produce Documents and Fully Answer Interrogatories ("Samplin Declaration"), and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal (1) the unredacted portions of the Joint Stipulation, (2) the entirety of Exhibits 3, 7, 12, 20-21, 23-25, 27-30, and 34-36 to the Powell Declaration, and (3) the entirety of Exhibits F, G, and H to Samplin Declaration.

DATED: _____          _____
                                    The Honorable John D. Early
                                    United States Magistrate Judge

-1-