# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 8:20-cv-00048-JVS (JDEx) | Date | April 29, 2021 |
|----------|--------------------------|------|----------------|
| Title | Masimo Corporation, et al. v. Apple Inc. | | |

Present: The Honorable    John D. Early, United States Magistrate Judge

| Maria Barr | n/a |
|------------|-----|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| n/a | n/a |

**Proceedings:**         (Chambers): Order Re: Briefing on Motion to Compel (Dkt. 357)

On April 28, 2021, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Plaintiffs") filed a Motion to Compel Defendant Apple, Inc. to provide further responses to discovery (Dkt. 357, "Motion"), supported by a Local Rule 37-2 Joint Stipulation (Dkt. 358-2 (redacted); Dkt. 359-1 (unredacted, sealing requested)), with supporting and opposing evidence (Dkt. 358-3, 358-4; Dkt. 359-2 and 359-3 (sealing requested)), noticed for hearing on May 20, 2021 at 10:00 a.m.

In the event either party has any legal argument to "supplement" the 130-page Joint Stipulation, any such optional Local Rule 37-2.3 Supplemental Memorandum shall be filed by 4:00 p.m. on April 30, 2021. No other briefing relating to the Motion is authorized without prior order from the Court.

Plaintiffs further are ORDERED to deliver courtesy copies of all unredacted filings (including unredacted versions for which sealing is requested) made in connection with the Motion (excluding any supplemental memoranda) to Magistrate Judge Early's courtesy copy box located on the Sixth Floor of the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California, by 4:00 p.m. on April 30, 2021. For all future discovery-related motions and briefing, the parties are ORDERED to deliver courtesy copies to Judge Early's courtesy copy box of all unredacted versions of all filings by noon the day after the filing of such materials.

IT IS SO ORDERED.