Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**SUPPLEMENTAL DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL APPLE TO PRODUCE DOCUMENTS AND FULLY ANSWER INTERROGATORIES**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Date:  May 13, 2021<br>Time:  10:00 a.m.<br>Ctrm:  6A<br><br>Discovery Cut-Off:       7/5/2021<br>Pre-Trial Conference:   3/21/2022<br>Trial:                            4/5/2022 |

I, Adam B. Powell, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Plaintiffs") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in Support of Plaintiffs' Motion To Compel Apple To Produce Documents And Fully Answer Interrogatories.

2. Attached hereto as **Exhibit 37** is a true and correct copy of a redacted April 28, 2021, email from Ilissa Samplin (who is counsel of record for Apple) to myself.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on April 29, 2021, at Encinitas, California.

                             */s/ Adam B. Powell*
                             Adam B. Powell

34879637

# EXHIBIT 37

| | |
|---|---|
| **From:** | Samplin, Ilissa <ISamplin@gibsondunn.com> |
| **Sent:** | Wednesday, April 28, 2021 11:10 PM |
| **To:** | Adam.Powell |
| **Cc:** | Masimo.Apple; *** Apple-Masimo |
| **Subject:** | RE: Masimo v. Apple - Discovery Letter |

Adam:

Your email below misstates Apple's position. Apple took the position that RFPs 242 and 243 are overbroad not only for the reasons you note below, but *also* because they are not limited to the specific technologies described in Plaintiffs' Section 2019.210 disclosure. Accordingly, your proposal—which does not address the Section 2019.210 issue at all—does not resolve Apple's concerns. And, in any event, the RFPs are additionally problematic given the manner in which they tread on the inevitable disclosure doctrine.

Regards,
Ilissa

**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Monday, April 26, 2021 4:58 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

[External Email]
Ilissa,

In Apple's portion of the joint stipulation, Apple took the position that RFPs 242 and 243 are overbroad because they are not limited to patent applications naming former employees as inventors. If it resolved the dispute on those RFPs, we would be willing to limit those RFPs to patent applications listing former employees as inventors or otherwise containing information from the former employees. Please let us know by April 28 if that would resolve Apple's objections on RFPs 242 and 243.

Thanks,
Adam

**Adam Powell**
Partner

858-707-4245 Direct

**Knobbe Martens**

1

**Exhibit 37**
-2-

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Thursday, April 22, 2021 12:21 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

Adam:

Attached please find Apple's portion of the joint stipulation and accompanying declaration and exhibits.  Please forward the finals for review before filing.

Regards,
Ilissa


**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com


**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Thursday, April 8, 2021 3:43 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

[External Email]
Ilissa,

We agree to Apple's requested one-week extension, provided that Apple does not argue the one-week extension lessens the urgency of our request.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct
**Knobbe Martens**


**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Thursday, April 8, 2021 10:25 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

Adam:

We have relevant team members out next week, including for childrens' spring breaks. Will Plaintiffs return the courtesy of a one-week extension that we have previously agreed to?

Thank you,
Ilissa

**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Wednesday, April 7, 2021 10:08 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

[External Email]
Ilissa,

Attached is a joint stipulation, notice of motion, and proposed order for Plaintiffs' motion to compel regarding several discovery requests on which the parties have reached an impasse. My supporting declaration and exhibits may be downloaded from the following link: https://knobbe.sharefile.com/d-s7586540da90e4b2b8c8b077142e70bbe. All sealed material should be treated as "Highly Confidential." We look forward to receiving Apple's portion of the joint stipulation, including any proposed redactions to the joint stipulation, in seven days.

Additionally, we have not received a response to my letter below that we sent nearly two weeks ago. We note that Apple has not provided its final position on several discovery requests that we served months ago. Please provide Apple's position promptly so that we can determine if additional motion practice will be necessary.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Adam.Powell
**Sent:** Thursday, March 25, 2021 6:38 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

Ilissa,

Please see my attached letter.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Tuesday, March 9, 2021 9:51 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

Adam,

Please see the attached correspondence.

Best regards,
Ilissa


**Ilissa Samplin**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

---

**From:** Samplin, Ilissa
**Sent:** Monday, March 8, 2021 9:23 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Re: Masimo v. Apple - Discovery Letter

Adam,

We have been running down a few items. We will have our response to you tomorrow.

Thanks,
Ilissa

**Ilissa Samplin**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

On Mar 8, 2021, at 6:32 PM, Adam.Powell <Adam.Powell@knobbe.com> wrote:

[External Email]
Ilissa,

I am writing to follow up on my email below.  Apple indicated it would respond to us last week, but I do not believe we received a response.  Please let us know when Apple will provide its position.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Monday, March 1, 2021 11:45 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

Adam,

As you know, there were many issues covered in the letter/our multiple meet and confers.  We are working through them, but it is naturally taking time.  We anticipate having a response to you in the second half of this week.

Thanks,
Ilissa


**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Monday, March 1, 2021 11:43 AM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

5

Exhibit 37
-6-

[External Email]
Ilissa,

We have not received a response to our February 19 letter.  Please let us know when Apple expects to provide its position.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Friday, February 19, 2021 6:59 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

Ilissa,

Please see my attached letter regarding our meet and confer.

Thanks,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Adam.Powell
**Sent:** Friday, February 12, 2021 4:31 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

Ilissa,

Thank you for sending us the letter.  After our initial review, we noticed that Apple has not provided its position as to RFPs 5–27, 63–87, 97–109, 128–132, 148–206, 208–13, 216–22, 234–37, 242–43, and 247.  While Apple's formal responses included its objections, Apple has not explained whether it is willing to search for and produce responsive documents for any of these requests.  If Apple will produce documents, we do not know if Apple is relying on its objections to narrow its search or withhold documents.  While we appreciate that Apple is willing to discuss its responses during the meet and confer, we think it would be inefficient to review each RFP one-by-one over the phone to learn whether Apple intends to produce responsive documents.  We assume that Apple intends to produce responsive documents for the vast majority of these RFPs, so we can save a lot of time if you tell us Apple's position

for each RFP in advance.  We would appreciate it if you could provide Apple's position at least 24 hours before our call at 2pm on Tuesday.

Please use the following dial in number for our call:

    Phone number: ▉▉▉▉▉
    Room #: ▉▉▉▉▉

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Thursday, February 11, 2021 4:46 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

Adam,

Thank you for your patience.  Attached please find our response to your January 27 letter.  Please let us know if your team can accommodate the requested 9 am meet and confer tomorrow.  As noted in my separate correspondence to you, unfortunately the necessary members of our team for this meet and confer are not available in the afternoon.

Thank you,
Ilissa


**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Monday, February 8, 2021 6:12 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

[External Email]
Ilissa,

7

Exhibit 37
-8-

We will talk to you on Wednesday at 1:30pm.  Please use the following dial in number:

    Phone number: ███████
    Room #: ███████

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe** **Martens**

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Monday, February 8, 2021 11:08 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Re: Masimo v. Apple - Discovery Letter

We will have our written response to you tomorrow. If you would rather meet and confer on Thursday, that's fine too.

**Ilissa Samplin**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

> On Feb 8, 2021, at 11:06 AM, Adam.Powell <Adam.Powell@knobbe.com> wrote:
>
> [External Email]
> Ilissa,
>
> We are available at 1:30pm on Wednesday to discuss this issue and the issue mentioned in Brian's email on February 5.  Please confirm that you will have your written response to us today.
>
> Best regards,
> Adam
>
> **Adam Powell**
> Partner
>
> 858-707-4245  Direct
>
> **Knobbe** **Martens**
>
> **From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
> **Sent:** Friday, February 5, 2021 7:15 PM

8

**Exhibit 37**
-9-

**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Re: Masimo v. Apple - Discovery Letter

Adam:

Brian emailed earlier about this. We are available to discuss these issues on Wednesday as well, and we will have our written response to you before then. Please let us know if the time slot we proposed on Wednesday will work for your team.

Thank you,
Ilissa

**Ilissa Samplin**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

> On Feb 5, 2021, at 6:36 PM, Adam.Powell <Adam.Powell@knobbe.com> wrote:
>
> [External Email]
> Dear Ilissa,
>
> We have not yet received your response to our letter of January 27. Pursuant to Rule 37-1, the parties should meet and confer on the issues raised by our letter by Monday, February 8. Please provide your written response to our letter by Monday morning. Please also provide you availability to meet and confer on Tuesday.
>
> Best regards,
> Adam
>
> **Adam Powell**
> Partner
> 858-707-4245  Direct
> **Knobbe Martens**
>
> ---
>
> **From:** Adam.Powell
> **Sent:** Wednesday, January 27, 2021 10:12 PM
> **To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
> **Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
> **Subject:** Masimo v. Apple - Discovery Letter
>
> Ilissa,

9

Exhibit 37
-10-

> Please see the attached letter.
>
> Best regards,
> Adam
>
> **Adam Powell**
> Partner
>
> 858-707-4245 Direct
>
> **Knobbe Martens**
>
> NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.