Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**SUPPLEMENTAL DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO COMPEL (DKT. 357)**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Date:  May 20, 2021<br>Time:  10:00 a.m.<br>Ctrm:  6A<br><br>Discovery Cut-Off:  7/5/2021<br>Pre-Trial Conference:  3/21/2022<br>Trial:  4/5/2022 |

I, Adam B. Powell, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Plaintiffs") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Supplemental Declaration in Support of Plaintiffs' Second Motion To Compel Apple To Produce Documents and Fully Answer Interrogatories.

2. Attached hereto as **Exhibit 43** is a true and correct copy of a redacted April 29, 2021, email from myself to Ilissa Samplin (who is counsel for Apple).

3. Attached hereto as **Exhibit 44** is a true and correct copy of an April 29, 2021, letter from Brian Andrea (who is counsel for Apple).

I declare under the penalty of perjury that the foregoing is true and correct. Executed on April 30, 2021, at Encinitas, California.

/s/ Adam B. Powell
Adam B. Powell

34884639

-1-