# EXHIBIT 43

| | |
|---|---|
| **From:** | Adam.Powell |
| **Sent:** | Thursday, April 29, 2021 4:58 PM |
| **To:** | Samplin, Ilissa |
| **Cc:** | Masimo.Apple; *** Apple-Masimo |
| **Subject:** | RE: Masimo v. Apple - Discovery Letter |

Ilissa,

Thank you for your email.  We still have not received a response to my April 13 letter despite us following up nearly one week ago.  Please provide Apple's position by the end of the day tomorrow.

Thank you,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Tuesday, April 27, 2021 2:34 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

Adam:

As you will see in the portion of the joint stipulation we will serve later today, we can resolve the following RFPs (and would have done so had you met and conferred further on them before serving the Joint Stipulation):
- RFP 82 (Apple will produce, subject to custodians and search terms)
- RFPs 98, 99, and 163 (as we told you, Apple doesn't have forecast information of the type requested—but it has requested permission to produce third-party market research data, which is the closest to what Plaintiffs are asking for, and will produce it to the extent permission is received)
- RFPs 191, 197, and 202 (Apple will produce responsive documents)

Happy to discuss if necessary once you see our portion.

Best regards,
Ilissa


Ilissa Samplin

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

1

-2-
Exhibit 43

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Friday, April 23, 2021 4:52 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

[External Email]
Ilissa,

We look forward to hearing your proposal on the second joint stipulation.  Please let me know when you want to talk next week.

We have not received a response on the remaining issues in my April 13 letter.  Please provide Apple's position promptly.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Tuesday, April 20, 2021 9:12 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

Adam,

Thank you for your email.  We will get back to you on it as it pertains to the second stipulation you served soon.

With respect to the first stipulation you served, to which our response is due tomorrow, as you will see in the version we send tomorrow, we are agreeing to produce documents responsive to RFP 151—and, therefore, the RFP is no longer in dispute.

Thanks,
Ilissa


**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

2

-3-
Exhibit 43

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Sunday, April 18, 2021 8:53 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

[External Email]
Ilissa,

We write to discuss your assertion that certain items were still being negotiated. We have been discussing these requests for months and the parties did not appear to be making any progress. As explained in my letters, it appeared to us that Apple had declined our proposal on many issues without offering a counter proposal. It also appeared to us that Apple's April 11 letter had copied/pasted the text of its March 9 letter on some issues without addressing our March 25 letter. For example, Apple's response on at least RFPs 101, 103, 236-237, 244, and 246, and Interrogatory No. 10, did not address our arguments and proposals. Apple also declined to respond to our repeated requests for Apple's position on some RFPs, including RFPs 82, 98, 99, 107, 163, and 164.

Thus, we served a joint stipulation because we thought the parties had reached an impasse. We did not mean for that to cut off our negotiation though. We welcome the opportunity to discuss any proposals that Apple has to reach a compromise. Please let us know if you want to arrange a call.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Thursday, April 15, 2021 11:24 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Re: Masimo v. Apple - Discovery Letter

Confirmed. Thank you.

**Ilissa Samplin**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

> On Apr 15, 2021, at 10:28 AM, Adam.Powell <Adam.Powell@knobbe.com> wrote:
>
>  [External Email]
> Ilissa,

3

-4-
Exhibit 43

We agree to Apple's requested one-week extension, provided that Apple does not argue the one-week extension lessens the urgency of our request.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Thursday, April 15, 2021 9:19 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

Adam:

Following up on the below.  Please respond with Plaintiffs' position today.

Thank you,
Ilissa


**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

---

**From:** Samplin, Ilissa
**Sent:** Wednesday, April 14, 2021 10:15 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

Adam:

We were surprised to receive your joint stipulation given that we thought certain of these items were still being negotiated.

In any event, as I told you last week, many of our team members were out.  We request a one week extension of time to respond to this joint stipulation, and will let you know in the interim if we feel that any of these disputes can be resolved.

Please confirm.

4

Thanks,
Ilissa

**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Tuesday, April 13, 2021 8:58 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

[External Email]
Ilissa,

Please see the attached response to your April 11 letter.

Additionally, attached is a joint stipulation, notice of motion, and proposed order for Plaintiffs' second motion to compel. My supporting declaration and exhibits may be downloaded from the following link: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ All sealed material should be treated as "Highly Confidential." We look forward to receiving Apple's portion of the joint stipulation, including any proposed redactions to the joint stipulation, in seven days.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245  Direct
**Knobbe** **Martens**

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Sunday, April 11, 2021 8:35 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

Adam:

Attached please find our response to your letter.

Best regards,

5

-6-
Exhibit 43

Ilissa

**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Wednesday, April 7, 2021 10:08 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

[External Email]
Ilissa,

Attached is a joint stipulation, notice of motion, and proposed order for Plaintiffs' motion to compel regarding several discovery requests on which the parties have reached an impasse.  My supporting declaration and exhibits may be downloaded from the following link: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.  All sealed material should be treated as "Highly Confidential."  We look forward to receiving Apple's portion of the joint stipulation, including any proposed redactions to the joint stipulation, in seven days.

Additionally, we have not received a response to my letter below that we sent nearly two weeks ago.  We note that Apple has not provided its final position on several discovery requests that we served months ago.  Please provide Apple's position promptly so that we can determine if additional motion practice will be necessary.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

**From:** Adam.Powell
**Sent:** Thursday, March 25, 2021 6:38 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

Ilissa,

Please see my attached letter.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Tuesday, March 9, 2021 9:51 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

Adam,

Please see the attached correspondence.

Best regards,
Ilissa

**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

---

**From:** Samplin, Ilissa
**Sent:** Monday, March 8, 2021 9:23 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Re: Masimo v. Apple - Discovery Letter

Adam,

We have been running down a few items. We will have our response to you tomorrow.

Thanks,
Ilissa

**Ilissa Samplin**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

7

333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

On Mar 8, 2021, at 6:32 PM, Adam.Powell <Adam.Powell@knobbe.com> wrote:

 [External Email]
Ilissa,

I am writing to follow up on my email below.  Apple indicated it would respond to us last week, but I do not believe we received a response.  Please let us know when Apple will provide its position.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Monday, March 1, 2021 11:45 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

Adam,

As you know, there were many issues covered in the letter/our multiple meet and confers.  We are working through them, but it is naturally taking time.  We anticipate having a response to you in the second half of this week.

Thanks,
Ilissa


**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com


**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Monday, March 1, 2021 11:43 AM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-

8

Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

[External Email]
Ilissa,

We have not received a response to our February 19 letter.  Please let us know when Apple expects to provide its position.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245  Direct
**Knobbe Martens**

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Friday, February 19, 2021 6:59 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

Ilissa,

Please see my attached letter regarding our meet and confer.

Thanks,
Adam

**Adam Powell**
Partner
858-707-4245  Direct
**Knobbe Martens**

---

**From:** Adam.Powell
**Sent:** Friday, February 12, 2021 4:31 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

Ilissa,

Thank you for sending us the letter.  After our initial review, we noticed that Apple has not provided its position as to RFPs 5–27, 63–87, 97–109, 128–132, 148–206, 208–13, 216–22, 234–37, 242–43, and 247.  While Apple's formal responses included its objections, Apple has not explained whether it is willing to search for and produce responsive documents for any of these requests.  If Apple will produce documents, we do not know if Apple is relying on its objections to narrow its search or withhold documents.  While we appreciate that Apple is willing to discuss its responses during the

meet and confer, we think it would be inefficient to review each RFP one-by-one over the phone to learn whether Apple intends to produce responsive documents.  We assume that Apple intends to produce responsive documents for the vast majority of these RFPs, so we can save a lot of time if you tell us Apple's position for each RFP in advance.  We would appreciate it if you could provide Apple's position at least 24 hours before our call at 2pm on Tuesday.

Please use the following dial in number for our call:

    Phone number: ▮▮▮▮▮▮
    Room #: ▮▮▮▮▮

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Thursday, February 11, 2021 4:46 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

Adam,

Thank you for your patience.  Attached please find our response to your January 27 letter.  Please let us know if your team can accommodate the requested 9 am meet and confer tomorrow.  As noted in my separate correspondence to you, unfortunately the necessary members of our team for this meet and confer are not available in the afternoon.

Thank you,
Ilissa


**Ilissa Samplin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Monday, February 8, 2021 6:12 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-

Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Discovery Letter

[External Email]
Ilissa,

We will talk to you on Wednesday at 1:30pm.  Please use the following dial in number:

      Phone number: ▮▮▮▮
      Room #: ▮▮▮▮

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245 Direct

**Knobbe Martens**

---

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Monday, February 8, 2021 11:08 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Re: Masimo v. Apple - Discovery Letter

We will have our written response to you tomorrow. If you would rather meet and confer on Thursday, that's fine too.

**Ilissa Samplin**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

> On Feb 8, 2021, at 11:06 AM, Adam.Powell <Adam.Powell@knobbe.com> wrote:
>
> [External Email]
> Ilissa,
>
> We are available at 1:30pm on Wednesday to discuss this issue and the issue mentioned in Brian's email on February 5.  Please confirm that you will have your written response to us today.
>
> Best regards,
> Adam
>
> **Adam Powell**

11

-12-
Exhibit 43

Partner

858-707-4245 Direct

**Knobbe Martens**

---

**From:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Sent:** Friday, February 5, 2021 7:15 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Re: Masimo v. Apple - Discovery Letter

Adam:

Brian emailed earlier about this. We are available to discuss these issues on Wednesday as well, and we will have our written response to you before then. Please let us know if the time slot we proposed on Wednesday will work for your team.

Thank you,
Ilissa

**Ilissa Samplin**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7354 • Fax +1 213.229.6354
ISamplin@gibsondunn.com • www.gibsondunn.com

> On Feb 5, 2021, at 6:36 PM, Adam.Powell <Adam.Powell@knobbe.com> wrote:
>
> [External Email]
> Dear Ilissa,
>
> We have not yet received your response to our letter of January 27. Pursuant to Rule 37-1, the parties should meet and confer on the issues raised by our letter by Monday, February 8. Please provide your written response to our letter by Monday morning. Please also provide you availability to meet and confer on Tuesday.
>
> Best regards,
> Adam
>
> **Adam Powell**
> Partner
> 858-707-4245 Direct
> **Knobbe Martens**

12

-13-
Exhibit 43

**From:** Adam.Powell
**Sent:** Wednesday, January 27, 2021 10:12 PM
**To:** Samplin, Ilissa <ISamplin@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Masimo v. Apple - Discovery Letter

Ilissa,

Please see the attached letter.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 Direct
**Knobbe Martens**

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.