| | |
|---|---|
| 1 | JOSHUA H. LERNER, SBN 220755 |
| | jlerner@gibsondunn.com |
| 2 | GIBSON, DUNN & CRUTCHER LLP |
| | 555 Mission Street Suite 3000 |
| 3 | San Francisco, CA 94105 |
| | Tel.:  415.393.8200 / Fax: 415.393.8306 |
| 4 | |
| 5 | H. MARK LYON, SBN 162061 |
| | mlyon@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| 6 | 1881 Page Mill Road |
| | Palo Alto, CA 94304-1211 |
| 7 | Tel.:  650.849.5300 / Fax: 650.849.5333 |

BRIAN M. BUROKER, *pro hac vice*
bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

BRIAN A. ROSENTHAL, *pro hac vice*
brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ANGELIQUE KAOUNIS, SBN 209833
akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **APPLICATION TO FILE UNDER SEAL DEFENDANT APPLE INC.'S AMENDED ANSWER TO PLAINTIFFS' FOURTH AMENDED COMPLAINT** <br><br> Hon. James V. Selna |

Gibson, Dunn & Crutcher LLP

APPLICATION TO FILE UNDER SEAL APPLE'S AMENDED ANSWER
TO PLAINTIFFS' FOURTH AMENDED COMPLAINT
CASE NO. 8:20-CV-00048-JVS (JDEX)

1  Pursuant to Local Rule 79-5.2.2(a), Defendant Apple Inc. ("Apple") requests that the Court grant it leave to file under seal portions of its Amended Answer to Plaintiffs' Fourth Amended Complaint ("Amended Answer").

The Amended Answer contains information that Plaintiffs have designated "highly confidential" under the protective order in this case.  *See* ECF 67.  Apple believes there are no grounds to seal this purportedly confidential information because all such information is publicly available and/or does not qualify for trade secret protection.  However, Apple respectfully submits its Amended Answer under seal until such time as the Court decides whether this information merits sealing.

Accordingly, Apple respectfully requests an order granting it leave to file under seal the foregoing document.

Dated: May 5, 2021                Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joshua H. Lerner*
     Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

1
APPLICATION TO FILE UNDER SEAL APPLE'S AMENDED ANSWER
TO PLAINTIFFS' FOURTH AMENDED COMPLAINT
CASE NO. 8:20-CV-00048-JVS (JDEX)