**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>               Plaintiffs,<br><br>   v.<br><br>APPLE INC., a California corporation,<br><br>              Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL ITS AMENDED ANSWER TO PLAINTIFFS' FOURTH AMENDED COMPLAINT**<br><br>Hon. James V. Selna |

1

[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL
ITS AMENDED ANSWER TO PLAINTIFFS' FOURTH AMENDED COMPLAINT
CASE NO. 8:20-CV-00048-JVS (JDEX)

1  This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File Under Seal Its Amended Answer to Plaintiffs' Fourth Amended Complaint (the "Application") under Local Rule 79-5.2.2.  Having considered the Application, Apple's Amended Answer to Plaintiffs' Fourth Amended Complaint ("Amended Answer"), and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file under seal its Amended Answer.

**IT IS SO ORDERED**.

Dated:  5/5/21

_____
The Honorable James V. Selna
United States District Judge

2

[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL
ITS AMENDED ANSWER TO PLAINTIFFS' FOURTH AMENDED COMPLAINT
CASE NO. 8:20-CV-00048-JVS (JDEX)