1  JOSHUA H. LERNER, SBN 220755
     jlerner@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street Suite 3000
3  San Francisco, CA 94105
   Tel.:  415.393.8200 / Fax: 415.393.8306
4
   H. MARK LYON, SBN 162061
5    mlyon@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  1881 Page Mill Road
   Palo Alto, CA 94304-1211
7  Tel.:  650.849.5300 / Fax: 650.849.5333

8  BRIAN M. BUROKER, *pro hac vice*
     bburoker@gibsondunn.com
9  BRIAN K. ANDREA, *pro hac vice*       ILISSA SAMPLIN, SBN 314018
     bandrea@gibsondunn.com                 isamplin@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP           GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.         333 South Grand Avenue
11 Washington, D.C. 20036                Los Angeles, CA 90071-3197
   Tel.: 202.955.8500 / Fax: 202.467.0539   Tel.: 213.229.7000 / Fax: 213.229.7520
12
   BRIAN A. ROSENTHAL, *pro hac vice*    ANGELIQUE KAOUNIS, SBN 209833
13   brosenthal@gibsondunn.com             akaounis@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP           GIBSON, DUNN & CRUTCHER LLP
14 200 Park Avenue                       2029 Century Park East Suite 4000
   New York, NY 10166-0193               Los Angeles, CA 90067
15 Tel.: 212.351.2339 / Fax: 212.817.9539   Tel.: 310.552.8546 / Fax:310.552.7026

16 *Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S NOTICE OF *EX PARTE* APPLICATION FOR AN ORDER DIRECTING DEPOSITIONS TO PROCEED REMOTELY**<br><br>**OPPOSED**<br><br>*EXPEDITED CONSIDERATION REQUESTED*<br>Magistrate Judge John D. Early<br>No Hearing Noticed |

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7-19, Defendant Apple Inc. ("Apple") hereby submits this *Ex Parte* Application for an order directing depositions to proceed remotely pursuant to Fed. R. Civ. P. 30(b)(4). In accordance with Local Rule 7-19.1, on May 10, 2021, Apple's Counsel notified Counsel for Plaintiffs of its intent to seek relief from the Court. Declaration of Brian K. Andrea in Support of Apple's *Ex Parte* Application for an Order Directing Depositions to Proceed Remotely ("Andrea Decl.") ¶ 11. Plaintiffs indicated they intend to oppose Apple's Application. *Id.* ¶ 11, Ex. H.

The contact information for Plaintiffs' counsel is as follows:

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404
Facsimile: (949)-760-9502

Adam B. Powell (SBN 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000
Facsimile: (858) 707-4001

This *Ex Parte* Application is based on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Brian K. Andrea and Exhibits appended thereto, all other papers and pleadings on file in this action, all matters of which judicial notice may be taken, and such argument and

1 | evidence as may be presented at the hearing on this Application, if any.

2 | Dated: May 10, 2021          Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Brian K. Andrea*
     Brian K. Andrea

*Attorneys for Defendant Apple Inc.*