# Exhibit A

| | |
|---|---|
| **From:** | Karina.Villanueva <Karina.Villanueva@knobbe.com> |
| **Sent:** | Monday, April 19, 2021 5:43 PM |
| **To:** | *** Apple-Masimo; Lerner, Joshua H.; Lyon, H. Mark; Buroker, Brian M.; Samplin, Ilissa; Kaounis, Angelique; Andrea, Brian; Rosenthal, Brian A. |
| **Cc:** | Masimo.Apple |
| **Subject:** | Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices |
| **Attachments:** | 2021-04-19 Plaintiffs' Notice of Deposition of Naoto Matsuyuki.pdf; 2021-04-19 Plaintiffs' Notice of Deposition of Steve Hotelling.pdf; 2021-04-19 Plaintiffs' Notice of Deposition of Steve Waydo.pdf; 2021-04-19 Plaintiffs' Notice of Deposition of Trevor Ness.pdf; 2021-04-19 Plaintiffs' Amended Notice of Deposition of Wolf Oetting.pdf; 2021-04-19 Plaintiffs' Notice of Deposition of Brian Land.pdf; 2021-04-19 Plaintiffs' Notice of Deposition of Chinsan Han.pdf; 2021-04-19 Plaintiffs' Notice of Deposition of David Smoley.pdf; 2021-04-19 Plaintiffs' Notice of Deposition of Deirdre Caldbeck.pdf; 2021-04-19 Plaintiffs' Notice of Deposition of Mark Rollins.pdf; 2021-04-19 Plaintiffs' Notice of Deposition of Michael O'Reilly.pdf; 2021-04-19 Plaintiffs' Notice of Deposition of Myra Haggerty.pdf |

[External Email]
Counsel,

Attached please find the following:

- Plaintiffs' Notice of Deposition of Brian Land;
- Plaintiffs' Notice of Deposition of Chinsan Han;
- Plaintiffs' Notice of Deposition of David Smoley;
- Plaintiffs' Notice of Deposition of Deirdre Caldbeck;
- Plaintiffs' Notice of Deposition of Mark Rollins;
- Plaintiffs' Notice of Deposition of Michael O'Reilly
- Plaintiffs' Notice of Deposition of Myra Haggerty;
- Plaintiffs' Notice of Deposition of Naoto Matsuyuki;
- Plaintiffs' Notice of Deposition of Steve Hotelling;
- Plaintiffs' Notice of Deposition of Steve Waydo;
- Plaintiffs' Notice of Deposition of Trevor Ness; and
- Plaintiffs' Amended Notice of Deposition of Wolf Oetting.

Best regards,
Karina

**Karina Villanueva**
Litigation Paralegal
Karina.Villanueva@knobbe.com

949-721-2928 **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com

Exhibit A
Page 5

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Exhibit A
Page 6

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404; Facsimile: (949)-760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) Hon. James V. Selna<br>) Magistrate Judge John D. Early<br>)<br>) **PLAINTIFFS' AMENDED**<br>) **NOTICE OF DEPOSITION OF**<br>) **WOLF OETTING**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the

3    Federal Rules of Civil Procedure, Plaintiffs MASIMO CORPORATION

4    ("Masimo") and CERCACOR LABORATORIES, INC. ("Cercacor")

5    (collectively, "Plaintiffs") will take the deposition upon oral examination of

6    Wolf Oetting.

7    The deposition will commence on May 10, 2021 at 9:00 a.m. Pacific

8    Time at the offices of Knobbe, Martens, Olson & Bear LLP, 333 Bush St., 21st

9    Floor, San Francisco, CA 94104 and shall continue from day to day until

10   completed.  The deposition will be taken before a court reporter, notary public,

11   or other officer authorized to administer oaths. The oral examination will be

12   recorded stenographically and by use of Realtime and videotape. You are

13   hereby invited to attend and cross-examine the witness in the manner provided

14   under the Federal Rules of Civil Procedure.

15

16

17                            KNOBBE, MARTENS, OLSON & BEAR, LLP

18

19   Dated:  April 19, 2021          By: /s/ Adam B. Powell
                                          Joseph R. Re
20                                        Stephen C. Jensen
                                          Benjamin A. Katzenellenbogen
21                                        Perry D. Oldham
                                          Stephen W. Larson
22                                        Mark D. Kachner
                                          Adam B. Powell
23
                                          Attorneys for Plaintiffs,
24                                        Masimo Corporation and
                                          Cercacor Laboratories, Inc.
25

26

27

28

                                    -1-

## **PROOF OF SERVICE**

I am a citizen of the United States of America and I am employed in San Diego, California.  I am over the age of 18 and not a party to the within action.

On April 19, 2021, I served the within **PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF WOLF OETTING** on the parties or their counsel shown at the email addresses shown below:

Apple-Masimo@gibsondunn.com

Joshua H. Lerner
JLerner@gibsondunn.com

H. Mark Lyon,
MLyon@gibsondunn.com

Brian M. Buroker
BBuroker@gibsondunn.com

Brian K. Andrea
BAndrea@gibsondunn.com

Brian A. Rosenthal
BRosenthal@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 19, 2021, at Irvine, California.

Karina Villanueva

-2-

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404; Facsimile: (949)-760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation | ) Case No. 8:20-cv-00048-JVS-JDE ) ) ) Hon. James V. Selna ) Magistrate Judge John D. Early |
| Plaintiffs, | ) **PLAINTIFFS' NOTICE OF** ) **DEPOSITION OF BRIAN LAND** |
| v. | ) ) |
| APPLE INC., a California corporation | ) ) ) |
| Defendant. | ) ) ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs MASIMO CORPORATION ("Masimo") and CERCACOR LABORATORIES, INC. ("Cercacor") (collectively, "Plaintiffs") will take the deposition upon oral examination of Brian Land.

The deposition will commence on June 7, 2021 at 9:00 a.m. at the offices of Knobbe, Martens, Olson & Bear LLP, 333 Bush St., 21st Floor, San Francisco, CA 94104 and shall continue from day to day until completed. The deposition will be taken before a court reporter, notary public, or other officer authorized to administer oaths. The oral examination will be recorded stenographically and by use of Realtime and videotape. You are hereby invited to attend and cross-examine the witness in the manner provided under the Federal Rules of Civil Procedure.


KNOBBE, MARTENS, OLSON & BEAR, LLP


Dated:  April 19, 2021          By: /s/ Adam B. Powell
                                    Joseph R. Re
                                    Stephen C. Jensen
                                    Benjamin A. Katzenellenbogen
                                    Perry D. Oldham
                                    Stephen W. Larson
                                    Mark D. Kachner
                                    Adam B. Powell

                                    Attorneys for Plaintiffs,
                                    Masimo Corporation and
                                    Cercacor Laboratories, Inc.

-1-

1

## **<u>PROOF OF SERVICE</u>**

2      I am a citizen of the United States of America and I am employed in San

3   Diego, California.  I am over the age of 18 and not a party to the within action.

4      On April 19, 2021, I served the within **PLAINTIFFS' NOTICE OF**

5   **DEPOSITION OF BRIAN LAND** on the parties or their counsel shown at the

6   email addresses shown below:

7   Apple-Masimo@gibsondunn.com                   Brian A. Rosenthal
                                                   BRosenthal@gibsondunn.com
8          Joshua H. Lerner
9       JLerner@gibsondunn.com                     Ilissa Samplin
                                                   ISamplin@gibsondunn.com
10          H. Mark Lyon,
        MLyon@gibsondunn.com                       Angelique Kaounis
11                                                 AKaounis@gibsondunn.com
        Brian M. Buroker
12    BBuroker@gibsondunn.com

13       Brian K. Andrea
14    BAndrea@gibsondunn.com

15      I declare under penalty of perjury under the laws of the United States that

16  the foregoing is true and correct.

17      Executed on April 19, 2021, at Irvine, California.

18

19                                                _____

20                                                Karina Villanueva

21

22

23

24

25

26

27

28

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404; Facsimile: (949)-760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) Hon. James V. Selna<br>) Magistrate Judge John D. Early<br>)<br>) **PLAINTIFFS' NOTICE OF**<br>) **DEPOSITION OF CHINSAN HAN**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the

3 Federal Rules of Civil Procedure, Plaintiffs MASIMO CORPORATION

4 ("Masimo") and CERCACOR LABORATORIES, INC. ("Cercacor")

5 (collectively, "Plaintiffs") will take the deposition upon oral examination of

6 Chinsan Han.

7    The deposition will commence on May 17, 2021 at 9:00 a.m. at the

8 offices of Knobbe, Martens, Olson & Bear LLP, 333 Bush St., 21st Floor, San

9 Francisco, CA 94104 and shall continue from day to day until completed.  The

10 deposition will be taken before a court reporter, notary public, or other officer

11 authorized to administer oaths. The oral examination will be recorded

12 stenographically and by use of Realtime and videotape. You are hereby invited

13 to attend and cross-examine the witness in the manner provided under the

14 Federal Rules of Civil Procedure.

15

16

17    KNOBBE, MARTENS, OLSON & BEAR, LLP

18

19 Dated:  April 19, 2021    By: */s/ Adam B. Powell*

20    Joseph R. Re
        Stephen C. Jensen

21    Benjamin A. Katzenellenbogen
        Perry D. Oldham

22    Stephen W. Larson
        Mark D. Kachner

23    Adam B. Powell

24    Attorneys for Plaintiffs,
        Masimo Corporation and

25    Cercacor Laboratories, Inc.

26

27

28

Exhibit A
Page 14

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in San Diego, California.  I am over the age of 18 and not a party to the within action.

On April 19, 2021, I served the within **PLAINTIFFS' NOTICE OF DEPOSITION OF CHINSAN HAN** on the parties or their counsel shown at the email addresses shown below:

Apple-Masimo@gibsondunn.com

Joshua H. Lerner
JLerner@gibsondunn.com

H. Mark Lyon,
MLyon@gibsondunn.com

Brian M. Buroker
BBuroker@gibsondunn.com

Brian K. Andrea
BAndrea@gibsondunn.com

Brian A. Rosenthal
BRosenthal@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 19, 2021, at Irvine, California.

Karina Villanueva

-2-

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404; Facsimile: (949)-760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation | ) Case No. 8:20-cv-00048-JVS-JDE ) ) Hon. James V. Selna ) Magistrate Judge John D. Early ) |
| Plaintiffs, | ) **PLAINTIFFS' NOTICE OF** ) **DEPOSITION OF DAVID** ) **SMOLEY** |
| v. | ) ) |
| APPLE INC., a California corporation | ) ) |
| Defendant. | ) ) ) |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the

3    Federal Rules of Civil Procedure, Plaintiffs MASIMO CORPORATION

4    ("Masimo") and CERCACOR LABORATORIES, INC. ("Cercacor")

5    (collectively, "Plaintiffs") will take the deposition upon oral examination of

6    David Smoley.

7    The deposition will commence on May 3, 2021 at 9:00 a.m. at the offices

8    of Knobbe, Martens, Olson & Bear LLP, 333 Bush St., 21st Floor, San

9    Francisco, CA 94104 and shall continue from day to day until completed.  The

10   deposition will be taken before a court reporter, notary public, or other officer

11   authorized to administer oaths. The oral examination will be recorded

12   stenographically and by use of Realtime and videotape. You are hereby invited

13   to attend and cross-examine the witness in the manner provided under the

14   Federal Rules of Civil Procedure.

15

16

17                                      KNOBBE, MARTENS, OLSON & BEAR, LLP

18

19   Dated:  April 19, 2021          By: /s/ Adam B. Powell

20                                       Joseph R. Re
                                         Stephen C. Jensen
21                                       Benjamin A. Katzenellenbogen
                                         Perry D. Oldham
22                                       Stephen W. Larson
                                         Mark D. Kachner
23                                       Adam B. Powell

24                                       Attorneys for Plaintiffs,
                                         Masimo Corporation and
25                                       Cercacor Laboratories, Inc.

26

27

28

-1-

## **PROOF OF SERVICE**

I am a citizen of the United States of America and I am employed in San Diego, California.  I am over the age of 18 and not a party to the within action.

On April 19, 2021, I served the within **PLAINTIFFS' NOTICE OF DEPOSITION OF DAVID SMOLEY** on the parties or their counsel shown at the email addresses shown below:

Apple-Masimo@gibsondunn.com

Joshua H. Lerner
JLerner@gibsondunn.com

H. Mark Lyon,
MLyon@gibsondunn.com

Brian M. Buroker
BBuroker@gibsondunn.com

Brian K. Andrea
BAndrea@gibsondunn.com

Brian A. Rosenthal
BRosenthal@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 19, 2021, at Irvine, California.

Karina Villanueva

-2-

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404; Facsimile: (949)-760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation | ) Case No. 8:20-cv-00048-JVS-JDE ) ) Hon. James V. Selna ) Magistrate Judge John D. Early ) |
| Plaintiffs, | ) **PLAINTIFFS' NOTICE OF** ) **DEPOSITION OF DEIRDRE** |
| v. | ) **CALDBECK** ) |
| APPLE INC., a California corporation | ) ) ) |
| Defendant. | ) ) ) ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs MASIMO CORPORATION ("Masimo") and CERCACOR LABORATORIES, INC. ("Cercacor") (collectively, "Plaintiffs") will take the deposition upon oral examination of Deirdre Caldbeck.

The deposition will commence on May 24, 2021 at 9:00 a.m. at the offices of Knobbe, Martens, Olson & Bear LLP, 333 Bush St., 21st Floor, San Francisco, CA 94104 and shall continue from day to day until completed.  The deposition will be taken before a court reporter, notary public, or other officer authorized to administer oaths. The oral examination will be recorded stenographically and by use of Realtime and videotape. You are hereby invited to attend and cross-examine the witness in the manner provided under the Federal Rules of Civil Procedure.


KNOBBE, MARTENS, OLSON & BEAR, LLP


Dated:  April 19, 2021          By: /s/ Adam B. Powell
                                    Joseph R. Re
                                    Stephen C. Jensen
                                    Benjamin A. Katzenellenbogen
                                    Perry D. Oldham
                                    Stephen W. Larson
                                    Mark D. Kachner
                                    Adam B. Powell

                                    Attorneys for Plaintiffs,
                                    Masimo Corporation and
                                    Cercacor Laboratories, Inc.

-1-

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in San Diego, California.  I am over the age of 18 and not a party to the within action.

On April 19, 2021, I served the within **PLAINTIFFS' NOTICE OF DEPOSITION OF DEIRDRE CALDBECK** on the parties or their counsel shown at the email addresses shown below:

Apple-Masimo@gibsondunn.com

Joshua H. Lerner
JLerner@gibsondunn.com

H. Mark Lyon,
MLyon@gibsondunn.com

Brian M. Buroker
BBuroker@gibsondunn.com

Brian K. Andrea
BAndrea@gibsondunn.com

Brian A. Rosenthal
BRosenthal@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 19, 2021, at Irvine, California.

Karina Villanueva

-2-

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404; Facsimile: (949)-760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation | ) Case No. 8:20-cv-00048-JVS-JDE ) ) Hon. James V. Selna ) Magistrate Judge John D. Early ) |
| Plaintiffs, | ) **PLAINTIFFS' NOTICE OF** |
| v. | ) **DEPOSITION OF MARK** ) **ROLLINS** ) |
| APPLE INC., a California corporation | ) ) |
| Defendant. | ) ) ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs MASIMO CORPORATION ("Masimo") and CERCACOR LABORATORIES, INC. ("Cercacor") (collectively, "Plaintiffs") will take the deposition upon oral examination of Mark Rollins.

The deposition will commence on May 27, 2021 at 9:00 a.m. at the offices of Knobbe, Martens, Olson & Bear LLP, 333 Bush St., 21st Floor, San Francisco, CA 94104 and shall continue from day to day until completed.  The deposition will be taken before a court reporter, notary public, or other officer authorized to administer oaths. The oral examination will be recorded stenographically and by use of Realtime and videotape. You are hereby invited to attend and cross-examine the witness in the manner provided under the Federal Rules of Civil Procedure.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  April 19, 2021          By: */s/ Adam B. Powell*
                                    Joseph R. Re
                                    Stephen C. Jensen
                                    Benjamin A. Katzenellenbogen
                                    Perry D. Oldham
                                    Stephen W. Larson
                                    Mark D. Kachner
                                    Adam B. Powell

                                    Attorneys for Plaintiffs,
                                    Masimo Corporation and
                                    Cercacor Laboratories, Inc.

-1-

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in San Diego, California.  I am over the age of 18 and not a party to the within action.

On April 19, 2021, I served the within **PLAINTIFFS' NOTICE OF DEPOSITION OF MARK ROLLINS** on the parties or their counsel shown at the email addresses shown below:

Apple-Masimo@gibsondunn.com

Joshua H. Lerner
JLerner@gibsondunn.com

H. Mark Lyon,
MLyon@gibsondunn.com

Brian M. Buroker
BBuroker@gibsondunn.com

Brian K. Andrea
BAndrea@gibsondunn.com

Brian A. Rosenthal
BRosenthal@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 19, 2021, at Irvine, California.

Karina Villanueva

-2-

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404; Facsimile: (949)-760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation | ) Case No. 8:20-cv-00048-JVS-JDE ) ) Hon. James V. Selna ) Magistrate Judge John D. Early ) |
| Plaintiffs, | ) **PLAINTIFFS' NOTICE OF** |
| v. | ) **DEPOSITION OF MICHAEL** ) **O'REILLY** ) |
| APPLE INC., a California corporation | ) ) ) |
| Defendant. | ) ) ) |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the

3   Federal Rules of Civil Procedure, Plaintiffs MASIMO CORPORATION

4   ("Masimo") and CERCACOR LABORATORIES, INC. ("Cercacor")

5   (collectively, "Plaintiffs") will take the deposition upon oral examination of

6   Michael O'Reilly.

7   The deposition will commence on June 14, 2021 at 9:00 a.m. at the

8   offices of Knobbe, Martens, Olson & Bear LLP, 333 Bush St., 21st Floor, San

9   Francisco, CA 94104 and shall continue from day to day until completed.  The

10  deposition will be taken before a court reporter, notary public, or other officer

11  authorized to administer oaths. The oral examination will be recorded

12  stenographically and by use of Realtime and videotape. You are hereby invited

13  to attend and cross-examine the witness in the manner provided under the

14  Federal Rules of Civil Procedure.

15

16

17  KNOBBE, MARTENS, OLSON & BEAR, LLP

18

19  Dated:  April 19, 2021        By: */s/ Adam B. Powell*

20      Joseph R. Re
        Stephen C. Jensen
21      Benjamin A. Katzenellenbogen
        Perry D. Oldham
22      Stephen W. Larson
        Mark D. Kachner
23      Adam B. Powell

24      Attorneys for Plaintiffs,
        Masimo Corporation and
25      Cercacor Laboratories, Inc.

26

27

28

-1-

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in San Diego, California.  I am over the age of 18 and not a party to the within action.

On April 19, 2021, I served the within **PLAINTIFFS' NOTICE OF DEPOSITION OF MICHAEL O'REILLY** on the parties or their counsel shown at the email addresses shown below:

Apple-Masimo@gibsondunn.com

Joshua H. Lerner
JLerner@gibsondunn.com

H. Mark Lyon,
MLyon@gibsondunn.com

Brian M. Buroker
BBuroker@gibsondunn.com

Brian K. Andrea
BAndrea@gibsondunn.com

Brian A. Rosenthal
BRosenthal@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 19, 2021, at Irvine, California.

Karina Villanueva

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404; Facsimile: (949)-760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation | Case No. 8:20-cv-00048-JVS-JDE |
| Plaintiffs, | Hon. James V. Selna Magistrate Judge John D. Early |
| v. | **PLAINTIFFS' NOTICE OF DEPOSITION OF MYRA HAGGERTY** |
| APPLE INC., a California corporation | |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs MASIMO CORPORATION ("Masimo") and CERCACOR LABORATORIES, INC. ("Cercacor") (collectively, "Plaintiffs") will take the deposition upon oral examination of Myra Haggerty.

The deposition will commence on May 31, 2021 at 9:00 a.m. at the offices of Knobbe, Martens, Olson & Bear LLP, 333 Bush St., 21st Floor, San Francisco, CA 94104 and shall continue from day to day until completed.  The deposition will be taken before a court reporter, notary public, or other officer authorized to administer oaths. The oral examination will be recorded stenographically and by use of Realtime and videotape. You are hereby invited to attend and cross-examine the witness in the manner provided under the Federal Rules of Civil Procedure.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  April 19, 2021          By: */s/ Adam B. Powell*
          Joseph R. Re
          Stephen C. Jensen
          Benjamin A. Katzenellenbogen
          Perry D. Oldham
          Stephen W. Larson
          Mark D. Kachner
          Adam B. Powell

          Attorneys for Plaintiffs,
          Masimo Corporation and
          Cercacor Laboratories, Inc.

-1-

1  **PROOF OF SERVICE**

2        I am a citizen of the United States of America and I am employed in San

3  Diego, California.  I am over the age of 18 and not a party to the within action.

4        On April 19, 2021, I served the within **PLAINTIFFS' NOTICE OF**

5  **DEPOSITION OF MYRA HAGGERTY** on the parties or their counsel

6  shown at the email addresses shown below:

7      Apple-Masimo@gibsondunn.com                    Brian A. Rosenthal
                                                       BRosenthal@gibsondunn.com
8           Joshua H. Lerner
            JLerner@gibsondunn.com                       Ilissa Samplin
9                                                      ISamplin@gibsondunn.com

10          H. Mark Lyon,
            MLyon@gibsondunn.com                      Angelique Kaounis
11                                                    AKaounis@gibsondunn.com

12          Brian M. Buroker
            BBuroker@gibsondunn.com

13
            Brian K. Andrea
14          BAndrea@gibsondunn.com

15        I declare under penalty of perjury under the laws of the United States that

16  the foregoing is true and correct.

17        Executed on April 19, 2021, at Irvine, California.

18

19                                            _____

20                                            Karina Villanueva

21

22

23

24

25

26

27

28

-2-

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404; Facsimile: (949)-760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation | ) Case No. 8:20-cv-00048-JVS-JDE ) ) ) Hon. James V. Selna ) Magistrate Judge John D. Early |
| Plaintiffs, | ) ) **PLAINTIFFS' NOTICE OF** |
| v. | ) **DEPOSITION OF NAOTO** ) **MATSUYUKI** |
| APPLE INC., a California corporation | ) ) ) |
| Defendant. | ) ) ) ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs MASIMO CORPORATION ("Masimo") and CERCACOR LABORATORIES, INC. ("Cercacor") (collectively, "Plaintiffs") will take the deposition upon oral examination of Naoto Matsuyuki.

The deposition will commence on May 20, 2021, at local 9:00 a.m. local time or such other time as the parties may agree.  The deposition will be taken by videoconference with an invite link to be provided.  The deposition shall continue from day to day until completed.  The deposition will be taken before a court reporter, notary public, or other officer authorized by law to administer oaths, who will be remote from the witness and connected via videoconference. The oral examination will be recorded stenographically and by use of Realtime and videotape.

You are hereby invited to attend and cross-examine the witness in the manner provided under the Federal Rules of Civil Procedure.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  April 19, 2021          By: */s/ Adam B. Powell*
                                    Joseph R. Re
                                    Stephen C. Jensen
                                    Benjamin A. Katzenellenbogen
                                    Perry D. Oldham
                                    Stephen W. Larson
                                    Mark D. Kachner
                                    Adam B. Powell

                                    Attorneys for Plaintiffs,
                                    Masimo Corporation and
                                    Cercacor Laboratories, Inc.

-1-

1

## PROOF OF SERVICE

2

I am a citizen of the United States of America and I am employed in San

3

Diego, California.  I am over the age of 18 and not a party to the within action.

4

On April 19, 2021, I served the within **PLAINTIFFS' NOTICE OF**

5

**DEPOSITION OF NAOTO MATSUYUKI** on the parties or their counsel

6

shown at the email addresses shown below:

7

Apple-Masimo@gibsondunn.com

8

Joshua H. Lerner
JLerner@gibsondunn.com

9

10

H. Mark Lyon,
MLyon@gibsondunn.com

11

12

Brian M. Buroker
BBuroker@gibsondunn.com

13

14

Brian K. Andrea
BAndrea@gibsondunn.com

Brian A. Rosenthal
BRosenthal@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

15

I declare under penalty of perjury under the laws of the United States that

16

the foregoing is true and correct.

17

Executed on April 19, 2021, at Irvine, California.

18

19

_____

20

Karina Villanueva

21

22

23

24

25

26

27

28

-2-

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404; Facsimile: (949)-760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation | ) Case No. 8:20-cv-00048-JVS-JDE ) ) Hon. James V. Selna ) Magistrate Judge John D. Early ) |
| Plaintiffs, | ) **PLAINTIFFS' NOTICE OF DEPOSITION STEVE HOTELLING** ) |
| v. | ) ) |
| APPLE INC., a California corporation | ) ) ) |
| Defendant. | ) ) ) |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the

3   Federal Rules of Civil Procedure, Plaintiffs MASIMO CORPORATION

4   ("Masimo") and CERCACOR LABORATORIES, INC. ("Cercacor")

5   (collectively, "Plaintiffs") will take the deposition upon oral examination of

6   Steve Hotelling.

7   The deposition will commence on June 10, 2021 at 9:00 a.m. at the

8   offices of Knobbe, Martens, Olson & Bear LLP, 333 Bush St., 21st Floor, San

9   Francisco, CA 94104 and shall continue from day to day until completed.  The

10   deposition will be taken before a court reporter, notary public, or other officer

11   authorized to administer oaths. The oral examination will be recorded

12   stenographically and by use of Realtime and videotape. You are hereby invited

13   to attend and cross-examine the witness in the manner provided under the

14   Federal Rules of Civil Procedure.

15

16

17   KNOBBE, MARTENS, OLSON & BEAR, LLP

18

19   Dated:  April 19, 2021          By: */s/ Adam B. Powell*
20                                   Joseph R. Re
                                     Stephen C. Jensen
21                                   Benjamin A. Katzenellenbogen
                                     Perry D. Oldham
22                                   Stephen W. Larson
                                     Mark D. Kachner
23                                   Adam B. Powell

24                                   Attorneys for Plaintiffs,
                                     Masimo Corporation and
25                                   Cercacor Laboratories, Inc.

26

27

28

-1-

## **PROOF OF SERVICE**

I am a citizen of the United States of America and I am employed in San Diego, California.  I am over the age of 18 and not a party to the within action.

On April 19, 2021, I served the within **PLAINTIFFS' NOTICE OF DEPOSITION OF STEVE HOTELLING** on the parties or their counsel shown at the email addresses shown below:

Apple-Masimo@gibsondunn.com

Joshua H. Lerner
JLerner@gibsondunn.com

H. Mark Lyon,
MLyon@gibsondunn.com

Brian M. Buroker
BBuroker@gibsondunn.com

Brian K. Andrea
BAndrea@gibsondunn.com

Brian A. Rosenthal
BRosenthal@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 19, 2021, at Irvine, California.

Karina Villanueva

-2-

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404; Facsimile: (949)-760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation | ) Case No. 8:20-cv-00048-JVS-JDE ) ) Hon. James V. Selna ) Magistrate Judge John D. Early |
| Plaintiffs, | ) **PLAINTIFFS' NOTICE OF** ) **DEPOSITION OF STEVE WAYDO** |
| v. | ) |
| APPLE INC., a California corporation | ) ) |
| Defendant. | ) ) ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs MASIMO CORPORATION ("Masimo") and CERCACOR LABORATORIES, INC. ("Cercacor") (collectively, "Plaintiffs") will take the deposition upon oral examination of Steve Waydo.

The deposition will commence on June 3, 2021 at 9:00 a.m. at the offices of Knobbe, Martens, Olson & Bear LLP, 333 Bush St., 21st Floor, San Francisco, CA 94104 and shall continue from day to day until completed. The deposition will be taken before a court reporter, notary public, or other officer authorized to administer oaths. The oral examination will be recorded stenographically and by use of Realtime and videotape. You are hereby invited to attend and cross-examine the witness in the manner provided under the Federal Rules of Civil Procedure.


KNOBBE, MARTENS, OLSON & BEAR, LLP


Dated:  April 19, 2021          By: /s/ Adam B. Powell
                                    Joseph R. Re
                                    Stephen C. Jensen
                                    Benjamin A. Katzenellenbogen
                                    Perry D. Oldham
                                    Stephen W. Larson
                                    Mark D. Kachner
                                    Adam B. Powell

                                    Attorneys for Plaintiffs,
                                    Masimo Corporation and
                                    Cercacor Laboratories, Inc.

-1-

**PROOF OF SERVICE**

I am a citizen of the United States of America and I am employed in San Diego, California.  I am over the age of 18 and not a party to the within action.

On April 19, 2021, I served the within **PLAINTIFFS' NOTICE OF DEPOSITION OF STEVE WAYDO** on the parties or their counsel shown at the email addresses shown below:

Apple-Masimo@gibsondunn.com

Joshua H. Lerner
JLerner@gibsondunn.com

H. Mark Lyon,
MLyon@gibsondunn.com

Brian M. Buroker
BBuroker@gibsondunn.com

Brian K. Andrea
BAndrea@gibsondunn.com

Brian A. Rosenthal
BRosenthal@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 19, 2021, at Irvine, California.

Karina Villanueva

-2-

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404; Facsimile: (949)-760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation | ) Case No. 8:20-cv-00048-JVS-JDE ) ) Hon. James V. Selna ) Magistrate Judge John D. Early |
| Plaintiffs, | ) **PLAINTIFFS' NOTICE OF** ) **DEPOSITION OF TREVOR NESS** |
| v. | ) |
| APPLE INC., a California corporation | ) ) |
| Defendant. | ) ) ) |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the

3    Federal Rules of Civil Procedure, Plaintiffs MASIMO CORPORATION

4    ("Masimo") and CERCACOR LABORATORIES, INC. ("Cercacor")

5    (collectively, "Plaintiffs") will take the deposition upon oral examination of

6    Trevor Ness.

7    The deposition will commence on May 13, 2021 at 9:00 a.m. Pacific

8    Time at the offices of Knobbe, Martens, Olson & Bear LLP, 333 Bush St., 21st

9    Floor, San Francisco, CA 94104 and shall continue from day to day until

10   completed.  The deposition will be taken before a court reporter, notary public,

11   or other officer authorized to administer oaths. The oral examination will be

12   recorded stenographically and by use of Realtime and videotape. You are

13   hereby invited to attend and cross-examine the witness in the manner provided

14   under the Federal Rules of Civil Procedure.

15

16

17                         KNOBBE, MARTENS, OLSON & BEAR, LLP

18

19   Dated:  April 19, 2021          By: */s/ Adam B. Powell*
                                         Joseph R. Re
20                                       Stephen C. Jensen
                                         Benjamin A. Katzenellenbogen
21                                       Perry D. Oldham
                                         Stephen W. Larson
22                                       Mark D. Kachner
                                         Adam B. Powell
23
                                         Attorneys for Plaintiffs,
24                                       Masimo Corporation and
                                         Cercacor Laboratories, Inc.
25

26

27

28

                                    -1-

**<u>PROOF OF SERVICE</u>**

I am a citizen of the United States of America and I am employed in San Diego, California.  I am over the age of 18 and not a party to the within action.

On April 19, 2021, I served the within **PLAINTIFFS' NOTICE OF DEPOSITION OF TREVOR NESS** on the parties or their counsel shown at the email addresses shown below:

Apple-Masimo@gibsondunn.com

Joshua H. Lerner
JLerner@gibsondunn.com

H. Mark Lyon,
MLyon@gibsondunn.com

Brian M. Buroker
BBuroker@gibsondunn.com

Brian K. Andrea
BAndrea@gibsondunn.com

Brian A. Rosenthal
BRosenthal@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 19, 2021, at Irvine, California.

Karina Villanueva

-2-

# Exhibit B

| | |
|---|---|
| **From:** | Andrea, Brian |
| **Sent:** | Wednesday, April 21, 2021 5:17 PM |
| **To:** | Karina.Villanueva; *** Apple-Masimo; Lerner, Joshua H.; Lyon, H. Mark; Buroker, Brian M.; Samplin, Ilissa; Kaounis, Angelique; Rosenthal, Brian A. |
| **Cc:** | Masimo.Apple |
| **Subject:** | RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices |

Counsel,

We write regarding the 12 depositions Plaintiffs noticed on April 19, 2021.  We will reach out to the noticed deponents to obtain their availability for deposition, but in parallel wanted to raise a few issues with you:

    - Apple will prioritize collection and production of the relevant deponents' documents, but notes that the parties still have not agreed or met and conferred regarding search terms for ESI and thus the timing for production of relevant ESI is unknown – please confirm that Plaintiffs do not intend to proceed with a deposition until after that deponent's documents have been produced; if Plaintiffs would like to proceed before a deponent's documents are produced, please confirm that Plaintiffs will not pursue a second deposition of that deponent.

    - with the exception of Naoto Matsuyuki, Plaintiffs' noticed each deposition for in-person examination.  These depositions will need to occur remotely, as Apple's employees are working remotely for the foreseeable future, likely until September.  Please confirm Plaintiffs will arrange to take the depositions remotely.

    - as you may be aware, Naoto Matsuyuki is located in Japan.  In accordance with Japanese law and the United States-Japan Consular Convention and Protocol Treaty, depositions in U.S. litigation must be presided over by a U.S. consular officer and be taken at a U.S. consulate or embassy.  Please confirm you intend to reserve a room at the consulate for the deposition, and let us know when the room is available so that we can cross-reference its availability with Mr. Matsuyuki's schedule.

    - it is unclear to Apple why Plaintiffs noticed David Smoley as a deponent.  Mr. Smoley is a Vice President that joined Apple in September 2019, and he does not appear to have any relevant knowledge about the issues in this case.  Please let us know your basis for noticing his deposition.

We look forward to hearing from you.

Thanks, and best regards,
Brian

**Brian Andrea**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

Exhibit B
Page 44

**From:** Karina.Villanueva <Karina.Villanueva@knobbe.com>
**Sent:** Monday, April 19, 2021 8:43 PM
**To:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

[External Email]
Counsel,

Attached please find the following:

- Plaintiffs' Notice of Deposition of Brian Land;
- Plaintiffs' Notice of Deposition of Chinsan Han;
- Plaintiffs' Notice of Deposition of David Smoley;
- Plaintiffs' Notice of Deposition of Deirdre Caldbeck;
- Plaintiffs' Notice of Deposition of Mark Rollins;
- Plaintiffs' Notice of Deposition of Michael O'Reilly
- Plaintiffs' Notice of Deposition of Myra Haggerty;
- Plaintiffs' Notice of Deposition of Naoto Matsuyuki;
- Plaintiffs' Notice of Deposition of Steve Hotelling;
- Plaintiffs' Notice of Deposition of Steve Waydo;
- Plaintiffs' Notice of Deposition of Trevor Ness; and
- Plaintiffs' Amended Notice of Deposition of Wolf Oetting.

Best regards,
Karina

**Karina Villanueva**
Litigation Paralegal
Karina.Villanueva@knobbe.com

949-721-2928 **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Exhibit B
Page 45

# Exhibit C

Exhibit C
Page 46

| | |
|---|---|
| **From:** | Adam.Powell <Adam.Powell@knobbe.com> |
| **Sent:** | Saturday, April 24, 2021 7:37 PM |
| **To:** | Andrea, Brian; Karina.Villanueva; *** Apple-Masimo; Lerner, Joshua H.; Lyon, H. Mark; Buroker, Brian M.; Samplin, Ilissa; Kaounis, Angelique; Rosenthal, Brian A. |
| **Cc:** | Masimo.Apple |
| **Subject:** | RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices |

[External Email]
Brian,

Thank you for your email.  We respond below to each issue you raise.

- Thank you for agreeing to prioritize the collection and production of the deponents' documents.  We do not agree to forego any right to pursue a second deposition of each deponent.  Please let us know when you expect to produce documents so that we can evaluate when we will take each deposition.

- Plaintiffs plan to take these depositions in person and Apple's internal work-from-home policy does not prevent Plaintiffs from doing so.  COVID-19 vaccines are now available to all adults over age 16.  We will ensure the questioning attorney, court reporter, and videographer are all fully vaccinated.  Please provide dates when each witness is available for an in-person deposition.

- Thank you for the information regarding Mr. Matsuyuki's deposition.  We will respond to that issue separately.

- Mr. Smoley appears to be a knowledgeable witness regarding Apple's computer and document systems, how electronic records are maintained, and how communications occur at Apple.

Best regards,
Adam


**Adam Powell**
Partner

858-707-4245 **Direct**

# Knobbe Martens

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Wednesday, April 21, 2021 5:17 PM
**To:** Karina.Villanueva <Karina.Villanueva@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

Counsel,

We write regarding the 12 depositions Plaintiffs noticed on April 19, 2021.  We will reach out to the noticed deponents to obtain their availability for deposition, but in parallel wanted to raise a few issues with you:

Exhibit C
Page 47

- Apple will prioritize collection and production of the relevant deponents' documents, but notes that the parties still have not agreed or met and conferred regarding search terms for ESI and thus the timing for production of relevant ESI is unknown – please confirm that Plaintiffs do not intend to proceed with a deposition until after that deponent's documents have been produced; if Plaintiffs would like to proceed before a deponent's documents are produced, please confirm that Plaintiffs will not pursue a second deposition of that deponent.

- with the exception of Naoto Matsuyuki, Plaintiffs' noticed each deposition for in-person examination.  These depositions will need to occur remotely, as Apple's employees are working remotely for the foreseeable future, likely until September.  Please confirm Plaintiffs will arrange to take the depositions remotely.

-  as you may be aware, Naoto Matsuyuki is located in Japan.  In accordance with Japanese law and the United States-Japan Consular Convention and Protocol Treaty, depositions in U.S. litigation must be presided over by a U.S. consular officer and be taken at a U.S. consulate or embassy.  Please confirm you intend to reserve a room at the consulate for the deposition, and let us know when the room is available so that we can cross-reference its availability with Mr. Matsuyuki's schedule.

- it is unclear to Apple why Plaintiffs noticed David Smoley as a deponent.  Mr. Smoley is a Vice President that joined Apple in September 2019, and he does not appear to have any relevant knowledge about the issues in this case.  Please let us know your basis for noticing his deposition.

We look forward to hearing from you.


Thanks, and best regards,
Brian



**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Karina.Villanueva <Karina.Villanueva@knobbe.com>
**Sent:** Monday, April 19, 2021 8:43 PM
**To:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

[External Email]
Counsel,

Attached please find the following:

- Plaintiffs' Notice of Deposition of Brian Land;
- Plaintiffs' Notice of Deposition of Chinsan Han;

Exhibit C
Page 48

- Plaintiffs' Notice of Deposition of David Smoley;
- Plaintiffs' Notice of Deposition of Deirdre Caldbeck;
- Plaintiffs' Notice of Deposition of Mark Rollins;
- Plaintiffs' Notice of Deposition of Michael O'Reilly
- Plaintiffs' Notice of Deposition of Myra Haggerty;
- Plaintiffs' Notice of Deposition of Naoto Matsuyuki;
- Plaintiffs' Notice of Deposition of Steve Hotelling;
- Plaintiffs' Notice of Deposition of Steve Waydo;
- Plaintiffs' Notice of Deposition of Trevor Ness; and
- Plaintiffs' Amended Notice of Deposition of Wolf Oetting.

Best regards,
Karina


**Karina Villanueva**
Litigation Paralegal
Karina.Villanueva@knobbe.com

949-721-2928 **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com


NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Exhibit C
Page 49

Exhibit D

| From: | Andrea, Brian |
|---|---|
| Sent: | Wednesday, April 28, 2021 5:27 PM |
| To: | Adam.Powell; Karina.Villanueva; *** Apple-Masimo; Lerner, Joshua H.; Lyon, H. Mark; Buroker, Brian M.; Samplin, Ilissa; Kaounis, Angelique; Rosenthal, Brian A. |
| Cc: | Masimo.Apple |
| Subject: | RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices |

Adam,

I'm writing in response to your email below.  As an initial matter, we are still working with the noticed deponents to obtain their availability, and hope to have that to you soon.

With respect to production of the noticed deponents' documents, we will prioritize search and review of their documents, as Plaintiffs have agreed to do for Messrs. Poeze and Dalke, whose depositions have already been noticed.  Please note that we anticipate noticing depositions of additional witnesses in the near future, and we expect that Plaintiffs will also prioritize search and review of those witness' documents so that they are produced sufficiently in advance of their depositions.

With respect to in-person versus remote depositions, the availability of vaccines is not the only factor to be considered, as every individual's situation is unique and there are a number of personal reasons people are not comfortable risking exposure even if they are vaccinated, such as children or high-risk individuals at home and underlying medical conditions. While we will ask each witness if they are comfortable with an in-person deposition, we cannot force anyone to do so if they are not comfortable doing so.  Moreover, it is unclear why a remote deposition would be inferior or infeasible, given that litigants (including Plaintiffs in this case) have been taking and defending virtual depositions over the course of the past year or more.

With respect to Mr. Matsuyuki's deposition, we look forward to hearing from you.  Please note that he will require a Japanese translator for the deposition.

Finally, Apple objects to Plaintiffs' notice of Mr. Smoley's deposition.  First, you state that he "appears" to have the knowledge you state he has – what is your basis for that belief?  Second, Mr. Smoley is a vice president at Apple, and was not at Apple during the relevant time, and thus Plaintiffs' request that he sit for a deposition before seeking the information from other sources is inappropriate.  The topics Plaintiffs seek to question Mr. Smoley about are more appropriate for a 30(b)(6) deposition – Plaintiffs can list these topics in their 30(b)(6) notice  and Apple will identify the appropriate individual(s).

Best regards,
Brian

**Brian Andrea**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

Exhibit D
Page 51

**From:** Adam Powell <Adam.Powell@knobbe.com>
**Sent:** Saturday, April 24, 2021 10:37 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Karina.Villanueva <Karina.Villanueva@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

[External Email]
Brian,

Thank you for your email.  We respond below to each issue you raise.

- Thank you for agreeing to prioritize the collection and production of the deponents' documents.  We do not agree to forego any right to pursue a second deposition of each deponent.  Please let us know when you expect to produce documents so that we can evaluate when we will take each deposition.

- Plaintiffs plan to take these depositions in person and Apple's internal work-from-home policy does not prevent Plaintiffs from doing so.  COVID-19 vaccines are now available to all adults over age 16.  We will ensure the questioning attorney, court reporter, and videographer are all fully vaccinated.  Please provide dates when each witness is available for an in-person deposition.

- Thank you for the information regarding Mr. Matsuyuki's deposition.  We will respond to that issue separately.

- Mr. Smoley appears to be a knowledgeable witness regarding Apple's computer and document systems, how electronic records are maintained, and how communications occur at Apple.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245 **Direct**

## Knobbe Martens

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Wednesday, April 21, 2021 5:17 PM
**To:** Karina.Villanueva <Karina.Villanueva@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

Counsel,

We write regarding the 12 depositions Plaintiffs noticed on April 19, 2021.  We will reach out to the noticed deponents to obtain their availability for deposition, but in parallel wanted to raise a few issues with you:

- Apple will prioritize collection and production of the relevant deponents' documents, but notes that the parties still have not agreed or met and conferred regarding search terms for ESI and thus the timing for production of relevant ESI is unknown – please confirm that Plaintiffs do not intend to proceed with a deposition until after that deponent's documents have been produced; if Plaintiffs would like to proceed before a deponent's documents are produced, please confirm that Plaintiffs will not pursue a second deposition of that deponent.

- with the exception of Naoto Matsuyuki, Plaintiffs' noticed each deposition for in-person examination.  These depositions will need to occur remotely, as Apple's employees are working remotely for the foreseeable future, likely until September.  Please confirm Plaintiffs will arrange to take the depositions remotely.

-  as you may be aware, Naoto Matsuyuki is located in Japan.  In accordance with Japanese law and the United States-Japan Consular Convention and Protocol Treaty, depositions in U.S. litigation must be presided over by a U.S. consular officer and be taken at a U.S. consulate or embassy.  Please confirm you intend to reserve a room at the consulate for the deposition, and let us know when the room is available so that we can cross-reference its availability with Mr. Matsuyuki's schedule.

- it is unclear to Apple why Plaintiffs noticed David Smoley as a deponent.  Mr. Smoley is a Vice President that joined Apple in September 2019, and he does not appear to have any relevant knowledge about the issues in this case.  Please let us know your basis for noticing his deposition.

We look forward to hearing from you.

Thanks, and best regards,
Brian

**Brian Andrea**

<span style="color:#1f6bc2">GIBSON DUNN</span>

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Karina.Villanueva <Karina.Villanueva@knobbe.com>
**Sent:** Monday, April 19, 2021 8:43 PM
**To:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

[External Email]
Counsel,

Attached please find the following:

- Plaintiffs' Notice of Deposition of Brian Land;
- Plaintiffs' Notice of Deposition of Chinsan Han;

Exhibit D
Page 53

- Plaintiffs' Notice of Deposition of David Smoley;
- Plaintiffs' Notice of Deposition of Deirdre Caldbeck;
- Plaintiffs' Notice of Deposition of Mark Rollins;
- Plaintiffs' Notice of Deposition of Michael O'Reilly
- Plaintiffs' Notice of Deposition of Myra Haggerty;
- Plaintiffs' Notice of Deposition of Naoto Matsuyuki;
- Plaintiffs' Notice of Deposition of Steve Hotelling;
- Plaintiffs' Notice of Deposition of Steve Waydo;
- Plaintiffs' Notice of Deposition of Trevor Ness; and
- Plaintiffs' Amended Notice of Deposition of Wolf Oetting.

Best regards,
Karina


**Karina Villanueva**
Litigation Paralegal
Karina.Villanueva@knobbe.com

949-721-2928 **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com


NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Exhibit D
Page 54

# Exhibit E

| From: | Andrea, Brian |
|---|---|
| Sent: | Thursday, April 29, 2021 1:24 PM |
| To: | Adam.Powell; Karina.Villanueva; *** Apple-Masimo; Lerner, Joshua H.; Lyon, H. Mark; Buroker, Brian M.; Samplin, Ilissa; Kaounis, Angelique; Rosenthal, Brian A. |
| Cc: | Masimo.Apple |
| Subject: | RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices |

Adam,

While we are still waiting to obtain the availability of Messrs. Han, Land, and Hotelling, we have the availability of the other witnesses.  Specifically, they are available for deposition as follows:

- Naoto Matsuyuki:  May 25
- Steve Waydo:  May 27
- Trevor Ness:  June 1
- Wolf Oetting:  June 7
- Myra Haggerty:  June 8
- Mark Rollins:  June 11
- Mike O'Reilly:  June 15
- Deidre Caldbeck:  June 22

Given that their schedules fill up quickly, please confirm these dates work for you and your team as soon as possible.

Thanks,
Brian

**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Andrea, Brian
**Sent:** Wednesday, April 28, 2021 8:27 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; Karina.Villanueva <Karina.Villanueva@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

Adam,

Exhibit E
Page 56

I'm writing in response to your email below.  As an initial matter, we are still working with the noticed deponents to obtain their availability, and hope to have that to you soon.

With respect to production of the noticed deponents' documents, we will prioritize search and review of their documents, as Plaintiffs have agreed to do for Messrs. Poeze and Dalke, whose depositions have already been noticed.  Please note that we anticipate noticing depositions of additional witnesses in the near future, and we expect that Plaintiffs will also prioritize search and review of those witness' documents so that they are produced sufficiently in advance of their depositions.

With respect to in-person versus remote depositions, the availability of vaccines is not the only factor to be considered, as every individual's situation is unique and there are a number of personal reasons people are not comfortable risking exposure even if they are vaccinated, such as children or high-risk individuals at home and underlying medical conditions. While we will ask each witness if they are comfortable with an in-person deposition, we cannot force anyone to do so if they are not comfortable doing so.  Moreover, it is unclear why a remote deposition would be inferior or infeasible, given that litigants (including Plaintiffs in this case) have been taking and defending virtual depositions over the course of the past year or more.

With respect to Mr. Matsuyuki's deposition, we look forward to hearing from you.  Please note that he will require a Japanese translator for the deposition.

Finally, Apple objects to Plaintiffs' notice of Mr. Smoley's deposition.  First, you state that he "appears" to have the knowledge you state he has – what is your basis for that belief?  Second, Mr. Smoley is a vice president at Apple, and was not at Apple during the relevant time, and thus Plaintiffs' request that he sit for a deposition before seeking the information from other sources is inappropriate.  The topics Plaintiffs seek to question Mr. Smoley about are more appropriate for a 30(b)(6) deposition – Plaintiffs can list these topics in their 30(b)(6) notice  and Apple will identify the appropriate individual(s).

Best regards,
Brian

**Brian Andrea**

### GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Saturday, April 24, 2021 10:37 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Karina.Villanueva <Karina.Villanueva@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

[External Email]

Exhibit E
Page 57

Brian,

Thank you for your email.  We respond below to each issue you raise.

- Thank you for agreeing to prioritize the collection and production of the deponents' documents.  We do not agree to forego any right to pursue a second deposition of each deponent.  Please let us know when you expect to produce documents so that we can evaluate when we will take each deposition.

- Plaintiffs plan to take these depositions in person and Apple's internal work-from-home policy does not prevent Plaintiffs from doing so.  COVID-19 vaccines are now available to all adults over age 16.  We will ensure the questioning attorney, court reporter, and videographer are all fully vaccinated.  Please provide dates when each witness is available for an in-person deposition.

- Thank you for the information regarding Mr. Matsuyuki's deposition.  We will respond to that issue separately.

- Mr. Smoley appears to be a knowledgeable witness regarding Apple's computer and document systems, how electronic records are maintained, and how communications occur at Apple.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245 **Direct**

# Knobbe Martens

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Wednesday, April 21, 2021 5:17 PM
**To:** Karina.Villanueva <Karina.Villanueva@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

Counsel,

We write regarding the 12 depositions Plaintiffs noticed on April 19, 2021.  We will reach out to the noticed deponents to obtain their availability for deposition, but in parallel wanted to raise a few issues with you:

- Apple will prioritize collection and production of the relevant deponents' documents, but notes that the parties still have not agreed or met and conferred regarding search terms for ESI and thus the timing for production of relevant ESI is unknown – please confirm that Plaintiffs do not intend to proceed with a deposition until after that deponent's documents have been produced; if Plaintiffs would like to proceed before a deponent's documents are produced, please confirm that Plaintiffs will not pursue a second deposition of that deponent.

- with the exception of Naoto Matsuyuki, Plaintiffs' noticed each deposition for in-person examination.  These depositions will need to occur remotely, as Apple's employees are working remotely for the foreseeable future, likely until September.  Please confirm Plaintiffs will arrange to take the depositions remotely.

- as you may be aware, Naoto Matsuyuki is located in Japan.  In accordance with Japanese law and the United States-Japan Consular Convention and Protocol Treaty, depositions in U.S. litigation must be presided over by a

3

U.S. consular officer and be taken at a U.S. consulate or embassy.  Please confirm you intend to reserve a room
at the consulate for the deposition, and let us know when the room is available so that we can cross-reference
its availability with Mr. Matsuyuki's schedule.

- it is unclear to Apple why Plaintiffs noticed David Smoley as a deponent.  Mr. Smoley is a Vice President that
joined Apple in September 2019, and he does not appear to have any relevant knowledge about the issues in
this case.  Please let us know your basis for noticing his deposition.

We look forward to hearing from you.

Thanks, and best regards,
Brian

**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Karina.Villanueva <Karina.Villanueva@knobbe.com>
**Sent:** Monday, April 19, 2021 8:43 PM
**To:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H.
Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa
<ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian
<BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

[External Email]
Counsel,

Attached please find the following:

- Plaintiffs' Notice of Deposition of Brian Land;
- Plaintiffs' Notice of Deposition of Chinsan Han;
- Plaintiffs' Notice of Deposition of David Smoley;
- Plaintiffs' Notice of Deposition of Deirdre Caldbeck;
- Plaintiffs' Notice of Deposition of Mark Rollins;
- Plaintiffs' Notice of Deposition of Michael O'Reilly
- Plaintiffs' Notice of Deposition of Myra Haggerty;
- Plaintiffs' Notice of Deposition of Naoto Matsuyuki;
- Plaintiffs' Notice of Deposition of Steve Hotelling;
- Plaintiffs' Notice of Deposition of Steve Waydo;
- Plaintiffs' Notice of Deposition of Trevor Ness; and
- Plaintiffs' Amended Notice of Deposition of Wolf Oetting.

Best regards,

Exhibit E
Page 59

Karina

**Karina Villanueva**
Litigation Paralegal
Karina.Villanueva@knobbe.com

949-721-2928 **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Exhibit E
Page 60

# Exhibit F

| | |
|---|---|
| **From:** | Alan.Laquer <Alan.Laquer@knobbe.com> |
| **Sent:** | Tuesday, May 4, 2021 10:53 PM |
| **To:** | Andrea, Brian |
| **Cc:** | *** Apple-Masimo; Masimo.Apple; Adam.Powell; Karina.Villanueva; Lerner, Joshua H.; Lyon, H. Mark; Buroker, Brian M.; Samplin, Ilissa; Kaounis, Angelique; Rosenthal, Brian A. |
| **Subject:** | RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

[External Email]

Brian,

Thank you for providing proposed dates for each witness, but we are surprised that you provided only a single date for each witness. Additionally, the dates may need to change based on the in-person deposition issue discussed below. For now, please reserve all of the dates that you provided in your April 29 email. Thank you for confirming that Apple is prioritizing production of each witnesses' documents. Plaintiffs expect to receive a complete production of documents relevant to each witness sufficiently before their deposition to allow review of the those documents. We reserve the right to continue the deposition at a later date, or begin another deposition of the witness, if Apple fails to produce all documents with sufficient time in advance of that initial deposition date for us to review the documents.

Your email states that you would ask each individual "if they are comfortable with an in-person deposition," but we have not heard back from you yet. Please let us know promptly if the noticed individuals refuse in-person depositions. If any of the individuals are not currently comfortable with an in-person deposition, please let us know when they will be comfortable with an in-person deposition. Based on the timing, we may agree to take the deposition when the individual is comfortable. However, we do not believe it is appropriate for Apple or its witnesses to refuse in person depositions indefinitely. Given the low rate of coronavirus, the widespread availability of vaccines, and our assurance that counsel for Plaintiffs, court reporters, and videographers will all be fully vaccinated, we do not believe it is reasonable for Apple or a witness to object to in-person depositions without substantial cause. Conditions have drastically improved today compared to the past year, and even compared to a few weeks ago. We look forward to receiving your confirmation as to when each of the deponents agrees to being deposed in person.

Thank you also for explaining Apple's position regarding the topics on which Plaintiffs sought to question Mr. Smoley. We will agree to serve a 30(b)(6) notice instead of taking Mr. Smoley's deposition if Apple will not object to a second 30(b)(6) notice on other topics. Please confirm.

Best regards,
Alan

**Alan Laquer**
Partner
Alan.Laquer@knobbe.com

949-721-5285   **Office**

949-872-7343   **Cell**

**Knobbe** **Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/alan-laquer

Exhibit F
Page 62

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Thursday, April 29, 2021 1:24 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; Karina.Villanueva <Karina.Villanueva@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

Adam,

While we are still waiting to obtain the availability of Messrs. Han, Land, and Hotelling, we have the availability of the other witnesses.  Specifically, they are available for deposition as follows:

- Naoto Matsuyuki:  May 25
- Steve Waydo:  May 27
- Trevor Ness:  June 1
- Wolf Oetting:  June 7
- Myra Haggerty:  June 8
- Mark Rollins:  June 11
- Mike O'Reilly:  June 15
- Deidre Caldbeck:  June 22

Given that their schedules fill up quickly, please confirm these dates work for you and your team as soon as possible.

Thanks,
Brian

**Brian Andrea**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

**From:** Andrea, Brian
**Sent:** Wednesday, April 28, 2021 8:27 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; Karina.Villanueva <Karina.Villanueva@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

Adam,

Exhibit F
Page 63

I'm writing in response to your email below.  As an initial matter, we are still working with the noticed deponents to obtain their availability, and hope to have that to you soon.

With respect to production of the noticed deponents' documents, we will prioritize search and review of their documents, as Plaintiffs have agreed to do for Messrs. Poeze and Dalke, whose depositions have already been noticed.  Please note that we anticipate noticing depositions of additional witnesses in the near future, and we expect that Plaintiffs will also prioritize search and review of those witness' documents so that they are produced sufficiently in advance of their depositions.

With respect to in-person versus remote depositions, the availability of vaccines is not the only factor to be considered, as every individual's situation is unique and there are a number of personal reasons people are not comfortable risking exposure even if they are vaccinated, such as children or high-risk individuals at home and underlying medical conditions. While we will ask each witness if they are comfortable with an in-person deposition, we cannot force anyone to do so if they are not comfortable doing so.  Moreover, it is unclear why a remote deposition would be inferior or infeasible, given that litigants (including Plaintiffs in this case) have been taking and defending virtual depositions over the course of the past year or more.

With respect to Mr. Matsuyuki's deposition, we look forward to hearing from you.  Please note that he will require a Japanese translator for the deposition.

Finally, Apple objects to Plaintiffs' notice of Mr. Smoley's deposition.  First, you state that he "appears" to have the knowledge you state he has – what is your basis for that belief?  Second, Mr. Smoley is a vice president at Apple, and was not at Apple during the relevant time, and thus Plaintiffs' request that he sit for a deposition before seeking the information from other sources is inappropriate.  The topics Plaintiffs seek to question Mr. Smoley about are more appropriate for a 30(b)(6) deposition – Plaintiffs can list these topics in their 30(b)(6) notice  and Apple will identify the appropriate individual(s).

Best regards,
Brian

**Brian Andrea**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Saturday, April 24, 2021 10:37 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Karina.Villanueva <Karina.Villanueva@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

[External Email]

Exhibit F
Page 64

Brian,

Thank you for your email.  We respond below to each issue you raise.

- Thank you for agreeing to prioritize the collection and production of the deponents' documents.  We do not agree to forego any right to pursue a second deposition of each deponent.  Please let us know when you expect to produce documents so that we can evaluate when we will take each deposition.

- Plaintiffs plan to take these depositions in person and Apple's internal work-from-home policy does not prevent Plaintiffs from doing so.  COVID-19 vaccines are now available to all adults over age 16.  We will ensure the questioning attorney, court reporter, and videographer are all fully vaccinated.  Please provide dates when each witness is available for an in-person deposition.

- Thank you for the information regarding Mr. Matsuyuki's deposition.  We will respond to that issue separately.

- Mr. Smoley appears to be a knowledgeable witness regarding Apple's computer and document systems, how electronic records are maintained, and how communications occur at Apple.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245 **Direct**

# Knobbe **Martens**

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Wednesday, April 21, 2021 5:17 PM
**To:** Karina.Villanueva <Karina.Villanueva@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

Counsel,

We write regarding the 12 depositions Plaintiffs noticed on April 19, 2021.  We will reach out to the noticed deponents to obtain their availability for deposition, but in parallel wanted to raise a few issues with you:

> - Apple will prioritize collection and production of the relevant deponents' documents, but notes that the parties still have not agreed or met and conferred regarding search terms for ESI and thus the timing for production of relevant ESI is unknown – please confirm that Plaintiffs do not intend to proceed with a deposition until after that deponent's documents have been produced; if Plaintiffs would like to proceed before a deponent's documents are produced, please confirm that Plaintiffs will not pursue a second deposition of that deponent.

> - with the exception of Naoto Matsuyuki, Plaintiffs' noticed each deposition for in-person examination.  These depositions will need to occur remotely, as Apple's employees are working remotely for the foreseeable future, likely until September.  Please confirm Plaintiffs will arrange to take the depositions remotely.

> - as you may be aware, Naoto Matsuyuki is located in Japan.  In accordance with Japanese law and the United States-Japan Consular Convention and Protocol Treaty, depositions in U.S. litigation must be presided over by a

U.S. consular officer and be taken at a U.S. consulate or embassy.  Please confirm you intend to reserve a room at the consulate for the deposition, and let us know when the room is available so that we can cross-reference its availability with Mr. Matsuyuki's schedule.

- it is unclear to Apple why Plaintiffs noticed David Smoley as a deponent.  Mr. Smoley is a Vice President that joined Apple in September 2019, and he does not appear to have any relevant knowledge about the issues in this case.  Please let us know your basis for noticing his deposition.

We look forward to hearing from you.

Thanks, and best regards,
Brian

**Brian Andrea**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

**From:** Karina.Villanueva <Karina.Villanueva@knobbe.com>
**Sent:** Monday, April 19, 2021 8:43 PM
**To:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

[External Email]
Counsel,

Attached please find the following:

- Plaintiffs' Notice of Deposition of Brian Land;
- Plaintiffs' Notice of Deposition of Chinsan Han;
- Plaintiffs' Notice of Deposition of David Smoley;
- Plaintiffs' Notice of Deposition of Deirdre Caldbeck;
- Plaintiffs' Notice of Deposition of Mark Rollins;
- Plaintiffs' Notice of Deposition of Michael O'Reilly
- Plaintiffs' Notice of Deposition of Myra Haggerty;
- Plaintiffs' Notice of Deposition of Naoto Matsuyuki;
- Plaintiffs' Notice of Deposition of Steve Hotelling;
- Plaintiffs' Notice of Deposition of Steve Waydo;
- Plaintiffs' Notice of Deposition of Trevor Ness; and
- Plaintiffs' Amended Notice of Deposition of Wolf Oetting.

Best regards,

Exhibit F
Page 66

Karina

**Karina Villanueva**
Litigation Paralegal
Karina.Villanueva@knobbe.com

949-721-2928 **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Exhibit F
Page 67

Exhibit G

| From: | Andrea, Brian |
| --- | --- |
| Sent: | Friday, May 7, 2021 12:13 PM |
| To: | Alan.Laquer |
| Cc: | *** Apple-Masimo; Masimo.Apple; Adam.Powell; Karina.Villanueva; Lerner, Joshua H.; Lyon, H. Mark; Buroker, Brian M.; Samplin, Ilissa; Kaounis, Angelique; Rosenthal, Brian A. |
| Subject: | RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices |

Hi Alan,

Please confirm by Monday that the deposition dates we provided work for Plaintiffs.  Additionally, we have confirmed that the other three individuals (Messrs. Han, Land, and Hotelling) are available for deposition on the following dates:

- Chinsan Han:  May 26
- Brian Land:  June 10
- Steve Hotelling:  June 10

Please also confirm that these dates work for Plaintiffs.

As we are sure you can imagine, the schedules for the noticed deponents are quite busy, and we endeavored to find a day when they are available as close to your noticed date as we could.  We cannot agree to hold their schedules open indefinitely, as you request, given the demands on their time, the fact that the dates we provided are barely more than 2 weeks away, and the fact that the close of fact discovery is quickly approaching.  If we do not hear from you on Monday, we will assume the dates work and will plan to make the witnesses available on those dates.

Additionally, we are still waiting for the availability of Plaintiffs' witnesses that were noticed for deposition.  Please let us know when we can expect to receive their availability.

With respect to remote versus in-person depositions, we have conferred with Apple and Apple is not comfortable asking its employees to unnecessarily risk their own health or the health of their loved ones by unnecessarily exposing them to unknown individuals.  Moreover, Apple is not comfortable asking its employees for their vaccine status or other personal information in order to answer your question as to "when they will be comfortable with an in-person deposition."  Furthermore, Apple is required by California law to keep individuals medical information confidential, and thus it cannot provide information about deponents' health or vaccination status to Plaintiffs.  Apple's employees are currently working remotely due to the pandemic, and will be doing so for the foreseeable future (likely until September), and it is not reasonable for Plaintiffs to insist that the noticed deponents take risks that they are not required to take as part of their regular job duties.

Moreover, as noted in our email dated April 28, there is no reason why remote depositions are inferior or infeasible and Plaintiffs have identified no prejudice that they would suffer as a result of taking the depositions remotely.  Parties across the country have been engaging in remote depositions for the course of the pandemic.  Indeed, Plaintiffs in this case have been taking and defending virtual depositions for *months*, including just recently in the IPR proceedings related to Plaintiffs' asserted patents.  Additionally, we note that Plaintiffs noticed Mr. Matsuyuki's deposition as a remote deposition—if Plaintiffs are willing to take Mr. Matsuyuki's deposition remotely, there is no reason why Plaintiffs cannot take the other depositions remotely.  Please confirm by Monday that Plaintiffs will agree to remote depositions for the noticed individuals.  If we do not hear from you on Monday, we will plan to seek relief from the Court given the need for swift resolution of this important issue before the depositions can proceed in the coming weeks.

Exhibit G
Page 69

Finally, with respect to Mr. Smoley's deposition, we appreciate your willingness to serve a 30(b)(6) deposition instead of taking Mr. Smoley's deposition. As we noted in our prior email, Mr. Smoley has no knowledge of the topics for which you indicated you noticed his deposition. We cannot agree that we "will not object to a second 30(b)(6) notice on other topics." Apple plans to serve its 30(b)(6) notice soon so that Plaintiffs can designate individuals that have already been noticed for deposition for certain topics, if desired. We request that Plaintiffs do the same, as many of the individuals Plaintiffs have noticed for deposition are very likely to be 30(b)(6) designees and Apple is not willing to make its deponents available more than once.

Thanks, and best regards,
Brian

**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Alan.Laquer <Alan.Laquer@knobbe.com>
**Sent:** Wednesday, May 5, 2021 1:53 AM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Karina.Villanueva <Karina.Villanueva@knobbe.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

[External Email]
Brian,

Thank you for providing proposed dates for each witness, but we are surprised that you provided only a single date for each witness. Additionally, the dates may need to change based on the in-person deposition issue discussed below. For now, please reserve all of the dates that you provided in your April 29 email. Thank you for confirming that Apple is prioritizing production of each witnesses' documents. Plaintiffs expect to receive a complete production of documents relevant to each witness sufficiently before their deposition to allow review of the those documents. We reserve the right to continue the deposition at a later date, or begin another deposition of the witness, if Apple fails to produce all documents with sufficient time in advance of that initial deposition date for us to review the documents.

Your email states that you would ask each individual "if they are comfortable with an in-person deposition," but we have not heard back from you yet. Please let us know promptly if the noticed individuals refuse in-person depositions. If any of the individuals are not currently comfortable with an in-person deposition, please let us know when they will be comfortable with an in-person deposition. Based on the timing, we may agree to take the deposition when the individual is comfortable. However, we do not believe it is appropriate for Apple or its witnesses to refuse in person depositions indefinitely. Given the low rate of coronavirus, the widespread availability of vaccines, and our assurance that counsel for Plaintiffs, court reporters, and videographers will all be fully vaccinated, we do not believe it is reasonable for Apple or a witness to object to in-person depositions without substantial cause. Conditions have

drastically improved today compared to the past year, and even compared to a few weeks ago.  We look forward to receiving your confirmation as to when each of the deponents agrees to being deposed in person.

Thank you also for explaining Apple's position regarding the topics on which Plaintiffs sought to question Mr. Smoley.  We will agree to serve a 30(b)(6) notice instead of taking Mr. Smoley's deposition if Apple will not object to a second 30(b)(6) notice on other topics.  Please confirm.

Best regards,
Alan

**Alan Laquer**
Partner
Alan.Laquer@knobbe.com

949-721-5285  **Office**

949-872-7343  **Cell**

**Knobbe** Martens
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/alan-laquer

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Thursday, April 29, 2021 1:24 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; Karina.Villanueva <Karina.Villanueva@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

Adam,

While we are still waiting to obtain the availability of Messrs. Han, Land, and Hotelling, we have the availability of the other witnesses.  Specifically, they are available for deposition as follows:

- Naoto Matsuyuki:  May 25
- Steve Waydo:  May 27
- Trevor Ness:  June 1
- Wolf Oetting:  June 7
- Myra Haggerty:  June 8
- Mark Rollins:  June 11
- Mike O'Reilly:  June 15
- Deidre Caldbeck:  June 22

Given that their schedules fill up quickly, please confirm these dates work for you and your team as soon as possible.

Thanks,
Brian

**Brian Andrea**

GIBSON DUNN

Exhibit G
Page 71

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

**From:** Andrea, Brian
**Sent:** Wednesday, April 28, 2021 8:27 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; Karina.Villanueva <Karina.Villanueva@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

Adam,

I'm writing in response to your email below.  As an initial matter, we are still working with the noticed deponents to obtain their availability, and hope to have that to you soon.

With respect to production of the noticed deponents' documents, we will prioritize search and review of their documents, as Plaintiffs have agreed to do for Messrs. Poeze and Dalke, whose depositions have already been noticed.  Please note that we anticipate noticing depositions of additional witnesses in the near future, and we expect that Plaintiffs will also prioritize search and review of those witness' documents so that they are produced sufficiently in advance of their depositions.

With respect to in-person versus remote depositions, the availability of vaccines is not the only factor to be considered, as every individual's situation is unique and there are a number of personal reasons people are not comfortable risking exposure even if they are vaccinated, such as children or high-risk individuals at home and underlying medical conditions. While we will ask each witness if they are comfortable with an in-person deposition, we cannot force anyone to do so if they are not comfortable doing so.  Moreover, it is unclear why a remote deposition would be inferior or infeasible, given that litigants (including Plaintiffs in this case) have been taking and defending virtual depositions over the course of the past year or more.

With respect to Mr. Matsuyuki's deposition, we look forward to hearing from you.  Please note that he will require a Japanese translator for the deposition.

Finally, Apple objects to Plaintiffs' notice of Mr. Smoley's deposition.  First, you state that he "appears" to have the knowledge you state he has – what is your basis for that belief?  Second, Mr. Smoley is a vice president at Apple, and was not at Apple during the relevant time, and thus Plaintiffs' request that he sit for a deposition before seeking the information from other sources is inappropriate.  The topics Plaintiffs seek to question Mr. Smoley about are more appropriate for a 30(b)(6) deposition – Plaintiffs can list these topics in their 30(b)(6) notice  and Apple will identify the appropriate individual(s).

Best regards,
Brian


**Brian Andrea**

Exhibit G
Page 72

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Saturday, April 24, 2021 10:37 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Karina.Villanueva <Karina.Villanueva@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

[External Email]
Brian,

Thank you for your email.  We respond below to each issue you raise.

- Thank you for agreeing to prioritize the collection and production of the deponents' documents.  We do not agree to forego any right to pursue a second deposition of each deponent.  Please let us know when you expect to produce documents so that we can evaluate when we will take each deposition.

- Plaintiffs plan to take these depositions in person and Apple's internal work-from-home policy does not prevent Plaintiffs from doing so.  COVID-19 vaccines are now available to all adults over age 16.  We will ensure the questioning attorney, court reporter, and videographer are all fully vaccinated.  Please provide dates when each witness is available for an in-person deposition.

- Thank you for the information regarding Mr. Matsuyuki's deposition.  We will respond to that issue separately.

- Mr. Smoley appears to be a knowledgeable witness regarding Apple's computer and document systems, how electronic records are maintained, and how communications occur at Apple.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**

## Knobbe Martens

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Wednesday, April 21, 2021 5:17 PM
**To:** Karina.Villanueva <Karina.Villanueva@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

Exhibit G
Page 73

Counsel,

We write regarding the 12 depositions Plaintiffs noticed on April 19, 2021.  We will reach out to the noticed deponents to obtain their availability for deposition, but in parallel wanted to raise a few issues with you:

- Apple will prioritize collection and production of the relevant deponents' documents, but notes that the parties still have not agreed or met and conferred regarding search terms for ESI and thus the timing for production of relevant ESI is unknown – please confirm that Plaintiffs do not intend to proceed with a deposition until after that deponent's documents have been produced; if Plaintiffs would like to proceed before a deponent's documents are produced, please confirm that Plaintiffs will not pursue a second deposition of that deponent.

- with the exception of Naoto Matsuyuki, Plaintiffs' noticed each deposition for in-person examination.  These depositions will need to occur remotely, as Apple's employees are working remotely for the foreseeable future, likely until September.  Please confirm Plaintiffs will arrange to take the depositions remotely.

- as you may be aware, Naoto Matsuyuki is located in Japan.  In accordance with Japanese law and the United States-Japan Consular Convention and Protocol Treaty, depositions in U.S. litigation must be presided over by a U.S. consular officer and be taken at a U.S. consulate or embassy.  Please confirm you intend to reserve a room at the consulate for the deposition, and let us know when the room is available so that we can cross-reference its availability with Mr. Matsuyuki's schedule.

- it is unclear to Apple why Plaintiffs noticed David Smoley as a deponent.  Mr. Smoley is a Vice President that joined Apple in September 2019, and he does not appear to have any relevant knowledge about the issues in this case.  Please let us know your basis for noticing his deposition.

We look forward to hearing from you.

Thanks, and best regards,
Brian

**Brian Andrea**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Karina.Villanueva <Karina.Villanueva@knobbe.com>
**Sent:** Monday, April 19, 2021 8:43 PM
**To:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

[External Email]

6

Exhibit G
Page 74

Counsel,

Attached please find the following:

- Plaintiffs' Notice of Deposition of Brian Land;
- Plaintiffs' Notice of Deposition of Chinsan Han;
- Plaintiffs' Notice of Deposition of David Smoley;
- Plaintiffs' Notice of Deposition of Deirdre Caldbeck;
- Plaintiffs' Notice of Deposition of Mark Rollins;
- Plaintiffs' Notice of Deposition of Michael O'Reilly
- Plaintiffs' Notice of Deposition of Myra Haggerty;
- Plaintiffs' Notice of Deposition of Naoto Matsuyuki;
- Plaintiffs' Notice of Deposition of Steve Hotelling;
- Plaintiffs' Notice of Deposition of Steve Waydo;
- Plaintiffs' Notice of Deposition of Trevor Ness; and
- Plaintiffs' Amended Notice of Deposition of Wolf Oetting.

Best regards,
Karina

**Karina Villanueva**
Litigation Paralegal
Karina.Villanueva@knobbe.com

949-721-2928 **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Exhibit G
Page 75

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy
policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information.
Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.

Exhibit G
Page 76

Exhibit H

| | |
|---|---|
| **From:** | Alan.Laquer <Alan.Laquer@knobbe.com> |
| **Sent:** | Monday, May 10, 2021 4:24 PM |
| **To:** | Andrea, Brian |
| **Cc:** | *** Apple-Masimo; Masimo.Apple; Adam.Powell; Karina.Villanueva; Lerner, Joshua H.; Lyon, H. Mark; Buroker, Brian M.; Samplin, Ilissa; Kaounis, Angelique; Rosenthal, Brian A. |
| **Subject:** | RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices |

[External Email]
Brian,

We write regarding Apple's anticipated *ex parte* application.  Plaintiffs do not agree with Apple's demand for remote depositions.  Please inform the Court that we will oppose Apple's *ex parte* application.

We disagree with your assertion that we have not confirmed the witnesses' deposition dates.  My email below stated: "For now, please reserve all of the dates that you provided in your April 29 email."  Please do the same for the new dates you identified in your May 7 email.  Plaintiffs expect that Apple will continue to reserve the dates that you identified for the depositions pending the outcome of the *ex parte* application.

We will respond to the remainder of your May 7 email separately.

Best regards,
Alan

**Alan Laquer**  Office: 949-721-5285 Cell: 949-872-7343

**Knobbe Martens**

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Friday, May 07, 2021 12:13 PM
**To:** Alan.Laquer <Alan.Laquer@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Karina.Villanueva <Karina.Villanueva@knobbe.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

Hi Alan,

Please confirm by Monday that the deposition dates we provided work for Plaintiffs.  Additionally, we have confirmed that the other three individuals (Messrs. Han, Land, and Hotelling) are available for deposition on the following dates:

- Chinsan Han:  May 26
- Brian Land:  June 10
- Steve Hotelling:  June 10

Please also confirm that these dates work for Plaintiffs.

Exhibit H
Page 78

As we are sure you can imagine, the schedules for the noticed deponents are quite busy, and we endeavored to find a day when they are available as close to your noticed date as we could.  We cannot agree to hold their schedules open indefinitely, as you request, given the demands on their time, the fact that the dates we provided are barely more than 2 weeks away, and the fact that the close of fact discovery is quickly approaching.  If we do not hear from you on Monday, we will assume the dates work and will plan to make the witnesses available on those dates.

Additionally, we are still waiting for the availability of Plaintiffs' witnesses that were noticed for deposition.  Please let us know when we can expect to receive their availability.

With respect to remote versus in-person depositions, we have conferred with Apple and Apple is not comfortable asking its employees to unnecessarily risk their own health or the health of their loved ones by unnecessarily exposing them to unknown individuals.  Moreover, Apple is not comfortable asking its employees for their vaccine status or other personal information in order to answer your question as to "when they will be comfortable with an in-person deposition."  Furthermore, Apple is required by California law to keep individuals medical information confidential, and thus it cannot provide information about deponents' health or vaccination status to Plaintiffs.  Apple's employees are currently working remotely due to the pandemic, and will be doing so for the foreseeable future (likely until September), and it is not reasonable for Plaintiffs to insist that the noticed deponents take risks that they are not required to take as part of their regular job duties.

Moreover, as noted in our email dated April 28, there is no reason why remote depositions are inferior or infeasible and Plaintiffs have identified no prejudice that they would suffer as a result of taking the depositions remotely.  Parties across the country have been engaging in remote depositions for the course of the pandemic.  Indeed, Plaintiffs in this case have been taking and defending virtual depositions for *months*, including just recently in the IPR proceedings related to Plaintiffs' asserted patents.  Additionally, we note that Plaintiffs noticed Mr. Matsuyuki's deposition as a remote deposition—if Plaintiffs are willing to take Mr. Matsuyuki's deposition remotely, there is no reason why Plaintiffs cannot take the other depositions remotely.  Please confirm by Monday that Plaintiffs will agree to remote depositions for the noticed individuals.  If we do not hear from you on Monday, we will plan to seek relief from the Court given the need for swift resolution of this important issue before the depositions can proceed in the coming weeks.

Finally, with respect to Mr. Smoley's deposition, we appreciate your willingness to serve a 30(b)(6) deposition instead of taking Mr. Smoley's deposition.  As we noted in our prior email, Mr. Smoley has no knowledge of the topics for which you indicated you noticed his deposition.  We cannot agree that we "will not object to a second 30(b)(6) notice on other topics."  Apple plans to serve its 30(b)(6) notice soon so that Plaintiffs can designate individuals that have already been noticed for deposition for certain topics, if desired.  We request that Plaintiffs do the same, as many of the individuals Plaintiffs have noticed for deposition are very likely to be 30(b)(6) designees and Apple is not willing to make its deponents available more than once.

Thanks, and best regards,
Brian

**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

Exhibit H
Page 79

**From:** Alan.Laquer <Alan.Laquer@knobbe.com>
**Sent:** Wednesday, May 5, 2021 1:53 AM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Karina.Villanueva <Karina.Villanueva@knobbe.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

[External Email]
Brian,

Thank you for providing proposed dates for each witness, but we are surprised that you provided only a single date for each witness.  Additionally, the dates may need to change based on the in-person deposition issue discussed below.  For now, please reserve all of the dates that you provided in your April 29 email.  Thank you for confirming that Apple is prioritizing production of each witnesses' documents.  Plaintiffs expect to receive a complete production of documents relevant to each witness sufficiently before their deposition to allow review of the those documents.  We reserve the right to continue the deposition at a later date, or begin another deposition of the witness, if Apple fails to produce all documents with sufficient time in advance of that initial deposition date for us to review the documents.

Your email states that you would ask each individual "if they are comfortable with an in-person deposition," but we have not heard back from you yet.  Please let us know promptly if the noticed individuals refuse in-person depositions.  If any of the individuals are not currently comfortable with an in-person deposition, please let us know when they will be comfortable with an in-person deposition.  Based on the timing, we may agree to take the deposition when the individual is comfortable.  However, we do not believe it is appropriate for Apple or its witnesses to refuse in person depositions indefinitely.  Given the low rate of coronavirus, the widespread availability of vaccines, and our assurance that counsel for Plaintiffs, court reporters, and videographers will all be fully vaccinated, we do not believe it is reasonable for Apple or a witness to object to in-person depositions without substantial cause.  Conditions have drastically improved today compared to the past year, and even compared to a few weeks ago.  We look forward to receiving your confirmation as to when each of the deponents agrees to being deposed in person.

Thank you also for explaining Apple's position regarding the topics on which Plaintiffs sought to question Mr. Smoley.  We will agree to serve a 30(b)(6) notice instead of taking Mr. Smoley's deposition if Apple will not object to a second 30(b)(6) notice on other topics.  Please confirm.

Best regards,
Alan

**Alan Laquer**
Partner
Alan.Laquer@knobbe.com

949-721-5285  **Office**

949-872-7343  **Cell**

**Knobbe  Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/alan-laquer

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Thursday, April 29, 2021 1:24 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; Karina.Villanueva <Karina.Villanueva@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark

Exhibit H
Page 80

<MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

Adam,

While we are still waiting to obtain the availability of Messrs. Han, Land, and Hotelling, we have the availability of the other witnesses.  Specifically, they are available for deposition as follows:

- Naoto Matsuyuki:  May 25
- Steve Waydo:  May 27
- Trevor Ness:  June 1
- Wolf Oetting:  June 7
- Myra Haggerty:  June 8
- Mark Rollins:  June 11
- Mike O'Reilly:  June 15
- Deidre Caldbeck:  June 22

Given that their schedules fill up quickly, please confirm these dates work for you and your team as soon as possible.

Thanks,
Brian


**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Andrea, Brian
**Sent:** Wednesday, April 28, 2021 8:27 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; Karina.Villanueva <Karina.Villanueva@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

Adam,

I'm writing in response to your email below.  As an initial matter, we are still working with the noticed deponents to obtain their availability, and hope to have that to you soon.

With respect to production of the noticed deponents' documents, we will prioritize search and review of their documents, as Plaintiffs have agreed to do for Messrs. Poeze and Dalke, whose depositions have already been

4

Exhibit H
Page 81

noticed.  Please note that we anticipate noticing depositions of additional witnesses in the near future, and we expect that Plaintiffs will also prioritize search and review of those witness' documents so that they are produced sufficiently in advance of their depositions.

With respect to in-person versus remote depositions, the availability of vaccines is not the only factor to be considered, as every individual's situation is unique and there are a number of personal reasons people are not comfortable risking exposure even if they are vaccinated, such as children or high-risk individuals at home and underlying medical conditions. While we will ask each witness if they are comfortable with an in-person deposition, we cannot force anyone to do so if they are not comfortable doing so.  Moreover, it is unclear why a remote deposition would be inferior or infeasible, given that litigants (including Plaintiffs in this case) have been taking and defending virtual depositions over the course of the past year or more.

With respect to Mr. Matsuyuki's deposition, we look forward to hearing from you.  Please note that he will require a Japanese translator for the deposition.

Finally, Apple objects to Plaintiffs' notice of Mr. Smoley's deposition.  First, you state that he "appears" to have the knowledge you state he has – what is your basis for that belief?  Second, Mr. Smoley is a vice president at Apple, and was not at Apple during the relevant time, and thus Plaintiffs' request that he sit for a deposition before seeking the information from other sources is inappropriate.  The topics Plaintiffs seek to question Mr. Smoley about are more appropriate for a 30(b)(6) deposition – Plaintiffs can list these topics in their 30(b)(6) notice  and Apple will identify the appropriate individual(s).

Best regards,
Brian


**Brian Andrea**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Saturday, April 24, 2021 10:37 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Karina.Villanueva <Karina.Villanueva@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

[External Email]
Brian,

Thank you for your email.  We respond below to each issue you raise.

Exhibit H
Page 82

- Thank you for agreeing to prioritize the collection and production of the deponents' documents. We do not agree to forego any right to pursue a second deposition of each deponent. Please let us know when you expect to produce documents so that we can evaluate when we will take each deposition.

- Plaintiffs plan to take these depositions in person and Apple's internal work-from-home policy does not prevent Plaintiffs from doing so. COVID-19 vaccines are now available to all adults over age 16. We will ensure the questioning attorney, court reporter, and videographer are all fully vaccinated. Please provide dates when each witness is available for an in-person deposition.

- Thank you for the information regarding Mr. Matsuyuki's deposition. We will respond to that issue separately.

- Mr. Smoley appears to be a knowledgeable witness regarding Apple's computer and document systems, how electronic records are maintained, and how communications occur at Apple.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245 **Direct**

# Knobbe Martens

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Wednesday, April 21, 2021 5:17 PM
**To:** Karina.Villanueva <Karina.Villanueva@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

Counsel,

We write regarding the 12 depositions Plaintiffs noticed on April 19, 2021. We will reach out to the noticed deponents to obtain their availability for deposition, but in parallel wanted to raise a few issues with you:

- Apple will prioritize collection and production of the relevant deponents' documents, but notes that the parties still have not agreed or met and conferred regarding search terms for ESI and thus the timing for production of relevant ESI is unknown – please confirm that Plaintiffs do not intend to proceed with a deposition until after that deponent's documents have been produced; if Plaintiffs would like to proceed before a deponent's documents are produced, please confirm that Plaintiffs will not pursue a second deposition of that deponent.

- with the exception of Naoto Matsuyuki, Plaintiffs' noticed each deposition for in-person examination. These depositions will need to occur remotely, as Apple's employees are working remotely for the foreseeable future, likely until September. Please confirm Plaintiffs will arrange to take the depositions remotely.

- as you may be aware, Naoto Matsuyuki is located in Japan. In accordance with Japanese law and the United States-Japan Consular Convention and Protocol Treaty, depositions in U.S. litigation must be presided over by a U.S. consular officer and be taken at a U.S. consulate or embassy. Please confirm you intend to reserve a room at the consulate for the deposition, and let us know when the room is available so that we can cross-reference its availability with Mr. Matsuyuki's schedule.

Exhibit H
Page 83

- it is unclear to Apple why Plaintiffs noticed David Smoley as a deponent.  Mr. Smoley is a Vice President that joined Apple in September 2019, and he does not appear to have any relevant knowledge about the issues in this case.  Please let us know your basis for noticing his deposition.

We look forward to hearing from you.

Thanks, and best regards,
Brian


**Brian Andrea**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Karina.Villanueva <Karina.Villanueva@knobbe.com>
**Sent:** Monday, April 19, 2021 8:43 PM
**To:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Notices

[External Email]
Counsel,

Attached please find the following:

- Plaintiffs' Notice of Deposition of Brian Land;
- Plaintiffs' Notice of Deposition of Chinsan Han;
- Plaintiffs' Notice of Deposition of David Smoley;
- Plaintiffs' Notice of Deposition of Deirdre Caldbeck;
- Plaintiffs' Notice of Deposition of Mark Rollins;
- Plaintiffs' Notice of Deposition of Michael O'Reilly
- Plaintiffs' Notice of Deposition of Myra Haggerty;
- Plaintiffs' Notice of Deposition of Naoto Matsuyuki;
- Plaintiffs' Notice of Deposition of Steve Hotelling;
- Plaintiffs' Notice of Deposition of Steve Waydo;
- Plaintiffs' Notice of Deposition of Trevor Ness; and
- Plaintiffs' Amended Notice of Deposition of Wolf Oetting.

Best regards,
Karina


**Karina Villanueva**
Litigation Paralegal

Exhibit H
Page 84

Karina.Villanueva@knobbe.com

949-721-2928 **Direct**

**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Exhibit H
Page 85