1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

**SOUTHERN DIVISION**

11

MASIMO CORPORATION, a
Delaware corporation; and CERCACOR

12

LABORATORIES, INC., a Delaware
corporation,

13

14

Plaintiffs,

15

v.

16

APPLE INC., a California corporation,

17

Defendants.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**[PROPOSED] ORDER GRANTING
DEFENDANT APPLE INC.'S *EX
PARTE* APPLICATION FOR AN
ORDER DIRECTING DEPOSITIONS
TO PROCEED REMOTELY**

Hon. John D. Early

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

This matter is before the Court pursuant to Defendant Apple Inc.'s ("Apple") *Ex Parte* Application for an Order Directing Depositions to Proceed Remotely.

Having considered the documents filed in support of and in opposition to the *Ex Parte* application, including the parties' declarations and exhibits, the argument of counsel, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Apple's *Ex Parte* Application for an Order Directing Depositions to Proceed Remotely is GRANTED and that the depositions Plaintiffs seek to take of Apple witnesses shall proceed remotely on the dates Apple has agreed to make each of its witnesses available in May and June 2021, or on other mutually agreeable dates.

**IT IS SO ORDERED.**

Dated: _____            _____
                                          The Honorable John D. Early
                                          United States Magistrate Judge

Gibson, Dunn & Crutcher LLP