# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL APPLE TO COMPLY WITH THE COURT'S ORDER (DKT. 355) BY SEARCHING TIM COOK'S DOCUMENTS** |

Having considered Plaintiffs' Motion To Compel Apple to Comply with the Court's Order (Dkt. 355) by Searching Tim Cook's Documents, all papers filed in support thereof, any papers in opposition thereto, and any oral argument of counsel, and finding good cause, the Court hereby GRANTS Plaintiffs' Motion as follows:

>Within fourteen (14) calendar days of this Order, Apple shall search Tim Cook's electronic documents using Plaintiffs' proposed search terms and produce all responsive documents.

**IT IS SO ORDERED**

DATED: _____      _____
                                                                                  The Honorable John D. Early
                                                                                  United States Magistrate Judge

34934330