IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation<br><br>　　　　Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' MOTION TO COMPEL APPLE TO COMPLY WITH THE COURT'S ORDER (DKT. 355) BY SEARCHING TIM COOK'S DOCUMENTS** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Motion to Compel Apple to Comply with the Court's Order (Dkt. 355) by Searching Tim Cook's Documents, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) The unredacted portions of the Joint Stipulation;

(2) Exhibits 2, 5, 15, 16, and 19 to the Declaration of Adam B. Powell;

(3) The Declaration of Joe Kiani;

(4) Exhibits A and C to the Declaration of Brian K. Andrea;

(5) The Declaration of Michael O'Reilly; and

(6) The Declaration of Adrian Perica.

DATED: _____          _____

                                      The Honorable John D. Early
                                      United States Magistrate Judge

34957064