UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:20-cv-00048-JVS (JDEx) | Date | May 20, 2021 |
|---|---|---|---|
| Title | Masimo Corporation, et al. v. Apple Inc. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|
| Maria Barr | CS 05/20/21 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Adam Powell, Benjamin A. Katzenellenbogen | Joshua H. Lerner, Ilissa S. Samplin |

**Proceedings:** Hearing re Motion to Compel (Dkt. 351, 357)

Case Called. Appearance made. Counsel are heard regarding Plaintiffs' Motion to Compel Defendant to Produce Documents and Fully Answer Interrogatories. Dkt. 351 ("First Motion"). The First Motion (Dkt. 351) is GRANTED in part and DENIED in part as follows:

- GRANTED as to Requests for Production ("RFP") Nos. 63, 148, 149, and 153;
- DENIED as to RFP Nos. 64, 65, 66, 71-77, 83-86, 97, 100, 129, 150, 151, 154, 172, 184, 186 (denied as moot based on Defendant's counsel's representation of compliance at the hearing), 196, 242, 243;
- GRANTED, in part, as to RFP No. 128, with Defendant ordered to produce all communications between any named inventor of the Disputed Patents and Plaintiffs relating to the subject matter disclosed or claimed in the Disputed Patent in Defendant's possession, custody, or control located following a reasonably diligent search;
- DENIED as to Interrogatory Nos. 7 and 8; and
- DENIED as to Interrogatory 9, but Plaintiffs are authorized to serve a narrowed version of Interrogatory No. 9 requesting descriptions of specifically identified pulse rate algorithms used in any Apple Watch Product that Plaintiffs contend or reasonably suspect is or was derived from one or more of Plaintiffs' identified trade secrets, which shall not count against the interrogatory limit of Fed. R. Civ. P. 33(a)(1), and as to which a response shall be served within 14 days from service of such interrogatory.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:20-cv-00048-JVS (JDEx) | Date | May 20, 2021 |
|---|---|---|---|
| Title | Masimo Corporation, et al. v. Apple Inc. | | |

With respect to documents ordered to be produced, such documents shall be produced within 14 days from the date of the hearing.

The hearing on Plaintiffs' Second Motion to Compel Defendant to Produce Documents and Fully Answer Interrogatories (Dkt. 357, "Second Motion") is CONTINUED to June 3, 2021 at 10:00 a.m. at the same location as noticed. If, after further meet and confer efforts, the parties reach agreement as to one or more disputes raised in the Second Motion, they may, only by a joint report, advise the Court of any resolved disputes that no longer need determination by the Court, with such optional joint report to be filed by not later than May 27, 2021. Other than as set forth immediately above, no further briefing is authorized as to the Second Motion.

IT IS SO ORDERED.

5 : 50

Initials of Clerk:  mba