Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>Date:    June 21, 2021<br>Time:   1:30 pm<br>Ctrm:   10C<br>Judge:  Hon. James. V. Selna |

1    PLEASE TAKE NOTICE that on June 21, 2021, at 1:30 PM, or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable James V. Selna, Courtroom 10C of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California, 92701, Plaintiffs MASIMO CORPORATION and CERCACOR LABORATORIES, INC. will and hereby do move the Court to modify the scheduling order.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on May 17, 2021.

This motion is based upon this Notice of Motion, the supporting Memorandum, the Declaration of Adam B. Powell, including the exhibits attached thereto, the Declaration of Bilal Muhsin, all documents filed concurrently herewith, any subsequently filed briefs and declarations, the pleadings and papers filed in this action, and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise.  A proposed order is being lodged for the Court's consideration.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: May 24, 2021

By: /s/ Adam B. Powell
Joseph R. Re
Stephen C. Jensen
Benjamin A. Katzenellenbogen
Perry D. Oldham
Stephen W. Larson
Mark D. Kachner
Adam B. Powell

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.

34965662

-1-