# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER** |

Having considered Plaintiffs' Motion to Modify Scheduling Order (the "Motion"), all the papers filed in support thereof, any papers in opposition thereto, and any oral argument of counsel, and finding good cause, the Court hereby GRANTS Plaintiffs' application. The schedule shall be amended as set forth below.

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline To Retain Discovery Special Master | N/A | July 5, 2021 |
| Non-Expert Discovery Cut-Off | July 5, 2021 | August 8, 2022 |
| Opening Expert Reports | September 6, 2021 | December 19, 2022 |
| Rebuttal Expert Reports | October 18, 2021 | January 30, 2023 |
| Expert Discovery Cut-Off | December 6, 2021 | March 20, 2023 |
| Law and Motion – Motions Filed No Later Than | January 10, 2022 | April 24, 2023 |
| Law and Motion Cut-Off | February 7, 2022 | May 22, 2023 |
| Deadline To File Motions In Limine | February 14, 2022 | May 29, 2023 |
| Deadline To File Pretrial Documents | March 7, 2022 | June 19, 2023 |
| Final Pretrial Conference | March 21, 2022 | July 10, 2023 |
| Jury Trial | April 5, 2022 | July 25, 2023 |

**IT IS SO ORDERED**

DATED: _____

_____
The Honorable James V. Selna
United States District Judge

34965959

-1-