JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendants. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION TO EXTEND CERTAIN CASE DEADLINES**<br><br>**Hearing:**<br>Date:     June 21, 2021<br>Time:    1:30 p.m.<br>Place:    Courtroom 10C<br>Judge:   Hon. James V. Selna |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 21, 2021, at 1:30 PM, or as soon thereafter as the matter may be heard, in Courtroom 10C of the United States District Court for the Central District of California at Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth Street, Santa Ana, California, 92701, Defendant Apple Inc. ("Apple") will and hereby does move the Court, pursuant to Federal Rules of Civil Procedure 16(b)(4), for an order extending the deadline for completion of fact discovery, for depositions only, to August 13, 2020, and extending the expert discovery and law and motion deadlines to account for the extended fact discovery timeline.

Good cause exists for a short modification of the Scheduling Order to allow the parties roughly one extra month to complete depositions, and corresponding short extensions to the expert discovery and law and motion deadlines. The parties have been actively litigating this case pursuant to the schedule set by the Court, yet serial disputes over ESI custodians and search terms and motion practice related to the same have stymied all parties' ability to timely produce ESI, pushing document production timelines past contemplated or currently scheduled deposition dates. As a result of these delays, good cause exists for a short extension of the current fact discovery deadline of July 5, 2021, including to avoid the inefficiencies inherent in having to call deponents for additional depositions after document productions are complete. To account for the extension of fact discovery, good cause also exists for short extensions of the expert discovery and law and motion deadlines.

For these reasons, Apple respectfully requests that the Court extend: (1) the deadline for completion of fact depositions to August 13, 2020; (2) the deadline for submission of opening expert reports to October 27, 2021; (3) the deadline for submission of rebuttal expert reports to December 8, 2021; (4) expert discovery cutoff to December 22, 2021; (5) the deadline for submission of motions on the law and motion

1  calendar to January 24, 2022; and (6) the law and motion cutoff to February 14, 2022 at
2  1:30 pm.

3       This Motion is based upon this Notice of Motion and Motion, the accompanying
4  Memorandum of Points and Authorities, the Declaration of Ilissa Samplin and attached
5  exhibits thereto, the filings in this Action, and such further evidence and argument as
6  may be presented at or before the hearing on this matter.

8  Dated:  May 24, 2021

                        Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Joshua H. Lerner*
        Joshua H. Lerner

*Attorneys for Apple Inc.*