1
2
3
4
5
6
7
8
9
10
11

12 **UNITED STATES DISTRICT COURT**

13 **FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| 14  MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendants. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO EXTEND CERTAIN CASE DEADLINES**<br><br>Hon. James V. Selna |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

This matter is before the Court pursuant to Defendant Apple Inc.'s Motion to Extend Certain Case Deadlines. Having considered the Motion and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Motion is GRANTED. The Court hereby extends: (1) the deadline for completion of fact depositions to August 13, 2020; (2) the deadline for submission of opening expert reports to October 27, 2021; (3) the deadline for submission of rebuttal expert reports to December 8, 2021; (4) expert discovery cutoff to December 22, 2021; (5) the deadline for submission of motions on the law and motion calendar to January 24, 2022; and (6) the law and motion cutoff to February 14, 2022 at 1:30 pm.

**IT IS SO ORDERED**.

Dated: _____      _____
                                  The Honorable James V. Selna
                                  United States District Judge