Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>Date:    June 21, 2021<br>Time:    1:30pm<br>Ctrm:   10C<br>Judge:  Hon. James. V. Selna |

I, Adam B. Powell, hereby declare as follows:

1.      I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action.  I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.  I submit this Declaration in Support of Plaintiffs' Motion to Modify the Scheduling Order.

2.      On May 17, 2021, I participated in a meet and confer with counsel for Apple.  The parties discussed their respective positions, but were unable to resolve the disputes that are the subject of Plaintiffs' Motion.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiffs' First Set of Requests for Production (Nos. 1-25), served on March 16, 2020.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of a redacted email chain the last email of which is from myself to Ilissa Samplin (who is counsel for Apple), dated April 27, 2020.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of an email chain the last email of which is from myself to Angelique Kaounis (who is counsel for Apple), dated April 30, 2020.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of a letter sent by myself to Ms. Kaounis, dated May 11, 2020.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of a letter from Mark Kachner (who is also counsel for Masimo) to Ms. Samplin, dated June 2, 2020.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of a redacted email chain the last email of which is from Mr. Kachner to Ms. Samplin, dated June 3, 2020.

9.      Attached hereto as **Exhibit 7** is a true and correct copy of an email chain the last email of which is from Mr. Kachner to Ms. Samplin, dated June 12, 2020.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of an email chain the last email of which is from Stephen Larson (who is also counsel for Masimo) to Ms. Samplin, dated June 18, 2020.

-1-

11.     Attached hereto as **Exhibit 9** is a true and correct copy of an email chain the last email of which is from myself to Ms. Samplin, dated July 9, 2020.

12.     Attached hereto as **Exhibit 10** is a true and correct copy of an email from myself to Ms. Samplin, dated July 10, 2020.

13.     Attached hereto as **Exhibit 11** is a true and correct copy of an email chain the last email of which is from myself to Ms. Samplin, dated July 15, 2020.

14.     Attached hereto as **Exhibit 12** is a true and correct copy of a redacted email chain the last email of which is from myself to Ms. Samplin, dated July 17, 2020.

15.     Attached hereto as **Exhibit 13** is a true and correct copy of the transcript of the July 10, 2020 hearing before the Court.

16.     Attached hereto as **Exhibit 14** [**Filed Under Seal**] is a true and correct copy of a redacted email chain the last email of which is from Perry Oldham (who is also counsel for Masimo) to Brian Andrea (who is counsel for Apple), dated August 19, 2020.

17.     Attached hereto as **Exhibit 15** is a true and correct copy of a letter sent by Mr. Andrea to Mr. Larson, dated October 17, 2020.

18.     Attached here to as **Exhibit 16** is a true and correct copy of a letter sent by Mr. Larson to Mr. Andrea, dated October 1, 2020.

19.     Attached hereto as **Exhibit 17** is a true and correct copy of a redacted email from Tracy Morgan (who works with Apple's counsel) to Plaintiffs' counsel, dated October 14, 2020.

20.     Attached hereto as **Exhibit 18** is a true and correct copy of a redacted email from Tracy Morgan to Plaintiffs' counsel, dated December 14, 2020.

21.     Attached hereto as **Exhibit 19** is a true and correct copy of an email chain the last email of which is from Mr. Larson to Mr. Andrea, dated November 16, 2020.

22.     Attached hereto as **Exhibit 20** is a true and correct copy of a letter from Mr. Larson to Mr. Andrea, dated November 16, 2020.

23.     Attached hereto as **Exhibit 21** is a true and correct copy of an email chain the last email of which is from myself to Ms. Samplin, dated November 23, 2020.

24.     Attached hereto as **Exhibit 22** [**Filed Under Seal**] is a true and correct copy of a letter from Mr. Larson to Mr. Andrea, dated November 24, 2020.

25.     Attached hereto as **Exhibit 23** is a true and correct copy of an email chain the last email of which is from myself to Mr. Andrea, dated December 6, 2020.

26.     Attached hereto as **Exhibit 24** is a true and correct copy of a letter from myself to Mr. Andrea, dated December 6, 2020.

27.     Attached hereto as **Exhibit 25** is a true and correct copy of a redacted email chain the last email of which is from myself to Ms. Samplin, dated December 30, 2020.

28.     Attached hereto as **Exhibit 26** is a true and correct copy of a letter from myself to Mr. Andrea, dated December 30, 2020.

29.     Attached hereto as **Exhibit 27** is a true and correct copy of an email from myself to Apple's counsel, dated January 22, 2021.

30.     Attached hereto as **Exhibit 28** is a true and correct copy of an email chain the last email of which is from myself to Mr. Andrea, dated January 28, 2021.

31.     Attached hereto as **Exhibit 29** [**Filed Under Seal**] is a true and correct copy of an email from myself to Apple's counsel, dated February 5, 2021.

32.     Attached hereto as **Exhibit 30** is a true and correct copy of an email from Mr. Andrea to myself, dated December 2, 2020.

33.     Attached hereto as **Exhibit 31** is a true and correct copy of an email from Mr. Andrea to Masimo's counsel, dated February 5, 2021.

34.     Attached hereto as **Exhibit 32** is a true and correct copy of a redacted email chain the last email of which is from myself to Mr. Andrea, dated December 2, 2020.

35.     **Exhibits 33 to 36** are intentionally omitted.

36.     Attached hereto as **Exhibit 37** [**Filed Under Seal**] is a true and correct copy of an email chain the last email of which is from myself to Mr. Andrea, dated February 8, 2021.

37.     Attached hereto as **Exhibit 38** is a true and correct copy of an email chain the last email of which is from myself to Mr. Andrea, dated February 12, 2021.

38.     Attached hereto as **Exhibit 39** [**Filed Under Seal**] is a true and correct copy of an email from myself to Mr. Andrea, dated February 12, 2021.

39.     Attached hereto as **Exhibit 40** is a true and correct copy of an email chain the last email of which is from myself to Mr. Andrea, dated February 24, 2021.

40.     Attached hereto as **Exhibit 41** is a true and correct copy of an email from myself to Apple's counsel, dated February 24, 2021.

41.     Attached hereto as **Exhibit 42** is a true and correct copy of an email chain the last email of which is from myself to Mr. Andrea, dated March 9, 2021.

42.     Attached hereto as **Exhibit 43 [Filed Under Seal]** is a true and correct copy of a letter from myself to Mr. Andrea, dated March 23, 2021.

43.     Attached hereto as **Exhibit 44** is a true and correct copy of a letter from myself to Mr. Andrea, dated March 25, 2021.

44.     Attached hereto as **Exhibit 45** is a true and correct copy of an email chain the last email of which is from myself to Mr. Andrea, dated March 28, 2021.

45.     Attached hereto as **Exhibit 46** is a true and correct copy of an email chain the last email of which is from myself to Ms. Kaounis, dated April 1, 2021.

46.     Attached hereto as **Exhibit 47** is a true and correct copy of an email chain the last email of which is from myself to Mr. Andrea, dated April 7, 2021.

47.     Attached hereto as **Exhibit 48 [Filed Under Seal]** is a true and correct copy of a letter from myself to Mr. Andrea, dated April 7, 2021.

48.     Attached hereto as **Exhibit 49 [Filed Under Seal]** is a true and correct copy of a list of Plaintiffs' proposed search terms and custodians.

49.     Attached hereto as **Exhibit 50** [**Filed Under Seal**] is a true and correct copy of a letter from myself to Mr. Andrea, dated March 12, 2021.

50.     Attached hereto as **Exhibit 51** [**Filed Under Seal**] is a true and correct copy of an email chain the last email of which is from Mr. Andrea to Cheryl Burgess (who is also counsel for Masimo), dated May 7, 2021.

51.     Attached hereto as **Exhibit 52** is a true and correct copy of a letter from Mr. Andrea to myself, dated April 29, 2021.

52.     Attached hereto as **Exhibit 53** [**Filed Under Seal**] is a true and correct copy of a hit count report for Plaintiffs' ESI custodians, dated May 10, 2021.

53.     Attached hereto as **Exhibit 54** is a true and correct copy of an email from myself to Apple's counsel, dated May 13, 2021.

54.     Attached hereto as **Exhibit 55** [**Filed Under Seal**] is a true and correct copy of a hit count report for Apple's ESI custodians, dated May 5, 2021.

55.     Attached hereto as **Exhibit 56** [**Filed Under Seal**] is a true and correct copy of a revised hit count report for Plaintiffs' ESI custodians.

56.     Attached hereto as **Exhibit 57 [Filed Under Seal]** is a true and correct copy of a hit count report for Plaintiffs' ESI custodians, dated April 16, 2021.

57.     Attached hereto as **Exhibit 58** is a true and correct copy of a letter from myself to Mr. Andrea, dated April 21, 2021.

58.     Attached hereto as **Exhibit 59 [Filed Under Seal]** is a true and correct copy of a hit count report for Plaintiffs' ESI custodians, dated April 23, 2021.

59.     Attached hereto as **Exhibit 60 [Filed Under Seal]** is a true and correct copy of an email chain the last email of which is from Ms. Burgess to Mr. Andrea, dated April 26, 2021.

60.     Attached hereto as **Exhibit 61 [Filed Under Seal]** is a true and correct copy of an email chain the last email of which is from Ms. Burgess to Mr. Andrea, dated April 26, 2021.

61.     Attached hereto as **Exhibit 62 [Filed Under Seal]** is a true and correct copy of an email chain the last email of which is from Ms. Burgess to Mr. Andrea, dated April 30, 2021.

62.     Attached hereto as **Exhibit 63** is a true and correct copy of a letter from myself to Mr. Andrea, dated May 1, 2021.

63.    Attached hereto as **Exhibit 64** is a true and correct copy of a letter from myself to Mr. Andrea, dated May 5, 2021.

64.    Attached hereto as **Exhibit 65 [Filed Under Seal]** is a true and correct copy of a hit count report for Plaintiffs' ESI custodians, dated May 4, 2021.

65.    Attached hereto as **Exhibit 66 [Filed Under Seal]** is a true and correct copy of a hit count report for Plaintiffs' ESI custodians, dated May 10, 2021.

66.    Attached hereto as **Exhibit 67** is a true and correct copy of a redacted email chain the last email of which is from myself to Apple's counsel, dated May 12, 2021.

67.    Attached hereto as **Exhibit 68 [Filed Under Seal]** is a true and correct copy of an email chain the last email of which is from Ms. Burgess to Apple's counsel, dated May 17, 2021.

68.    Attached hereto as **Exhibit 69 [Filed Under Seal]** is a true and correct copy of an email chain the last email of which is from Ms. Burgess to Apple's counsel, dated May 20, 2021.

69.    Attached hereto as **Exhibit 70** is a true and correct copy of a printout of the webpage https://www.biaprotect.com/blog/legal-document-review-q-a/, as of May 11, 2021, entitled "Answering Your Questions about Legal Document Review," dated October 10, 2019.

70.    Attached hereto as **Exhibit 71** is a true and correct copy of letter from Ms. Samplin to myself, dated May 10, 2021.

71.    Attached hereto as **Exhibit 72** is a true and correct copy of an email chain, the last email of which is from myself to Mr. Andrea, dated February 24, 2021.

72.    Attached hereto as **Exhibit 73** is a true and correct copy of a letter from Ms. Samplin to Alan Laquer (who is also counsel for Masimo) and Ms. Burgess, dated May 21, 2021.

73.    Attached hereto as **Exhibit 74 [Filed Under Seal]** is a true and correct copy of a letter from myself to Ms. Samplin, dated January 27, 2021.

74.    Attached hereto as **Exhibit 75** is a true and correct copy of a letter from myself to Ms. Samplin, dated February 19, 2021.

75.    Attached hereto as **Exhibit 76** is a true and correct copy of a letter from Mr. Kachner to Ms. Samplin, dated March 22, 2021.

76.    Attached hereto as **Exhibit 77** is a true and correct copy of a redacted email chain the last email of which is from myself to Ms. Samplin, dated April 8, 2021.

77.    Attached hereto as **Exhibit 78** is a true and correct copy of a redacted email chain the last email of which is from myself to Ms. Samplin, dated April 13, 2021.

78.    Attached hereto as **Exhibit 79** [**Filed Under Seal**] is a true and correct copy of excerpts from Plaintiffs' Ninth Set of Requests for Production (Nos. 318-510), served May 21, 2021.

79.    Attached hereto as **Exhibit 80** is a true and correct copy of a redacted email chain the last email of which is from myself to Mr. Andrea, dated May 10, 2021.

80.    Attached hereto as **Exhibit 81** is a true and correct copy of a letter from Mr. Laquer to Mr. Andrea, dated May 4, 2021.

81.    Attached hereto as **Exhibit 82** is a true and correct copy of a letter from Mr. Andrea to Mr. Laquer, dated May 13, 2021.

82.    Attached hereto as **Exhibit 83** [**Filed Under Seal**] is a true and correct copy of an email chain the last email of which is from Mr. Kachner to Oliver Fong (who is counsel for Apple), dated May 6, 2021.

83.    Attached hereto as **Exhibit 84** is a true and correct copy of a redacted email from Karina Villanueva (who works with Masimo's counsel) to Apple's counsel, dated May 7, 2021.

84.    Attached hereto as **Exhibit 85** is a true and correct copy of a redacted email from Ms. Villanueva to Apple's counsel, dated May 10, 2021.

85.    Attached hereto as **Exhibit 86** [**Filed Under Seal**] is a true and correct copy a letter from Mr. Andrea to Mr. Kachner, dated March 9, 2021.

86.     Attached hereto as **Exhibit 87** [**Filed Under Seal**] is a true and correct copy of an email chain the last email of which is from Mr. Andrea to Mr. Kachner, dated March 24, 2021.

87.     Attached hereto as **Exhibit 88** is a true and correct copy of an email chain the last email of which is from Mr. Oldham to Ms. Kaounis, dated May 21, 2021.

88.     Attached hereto as **Exhibit 89** is a true and correct copy of an email from Mr. Andrea to Masimo's counsel, dated May 21, 2021.

89.     Attached hereto as **Exhibit 90** is a true and correct copy of the *Magnolia Med. Techs., Inc. v. Kurin, Inc.*, No. 1:19-cv-00097-CFC-CJB (D. Del.) docket, as of May 24, 2021.

90.     Attached hereto as **Exhibit 91** is a true and correct copy of the Order Granting in Part Defendants' Motion to Continue Expert Report Deadline, *Whitewater W. Indus., Ltd., v. Pac. Surf Designs, Inc.*, No. 17-cv-1118-BEN(BLM), Dkt. 140 (S.D. Cal. June 12, 2018).

91.     Attached hereto as **Exhibit 92** is a true and correct copy of the Order re: Discovery Motions, *Emblaze Ltd. v. Apple Inc.*, No. 5:11-cv-01079-PSG, Dkt. 248 (N.D. Cal. Sept. 12, 2013).

92.     Attached hereto as **Exhibit 93** is a true and correct copy of the Memorandum and Order re: Motion to Amend Scheduling Order and Defendant's Motion to Prohibit Plaintiff from Introducing Certain Evidence, *Tech. Licensing, Corp. v. Technicolor USA, Inc.*, No. 2:03-1329 WBS EFB, Dkt. 316 (E.D. Cal. Oct. 26, 2010).

93.     Attached hereto as **Exhibit 94** is a true and correct copy of the Order Regarding Motion to Continue Trial, to Reset Dates, and for Leave to Add Defendants, *Glam and Glitz Nail Design, Inc. v. iGel Beauty, LLC*, No. SACV 20-88 JVS (DFMx), Dkt. 43 (C.D. Cal. Apr. 14, 2021).

94.     Attached hereto as **Exhibit 95** is a true and correct copy of the transcript of the January 21, 2021 hearing before Judge Early.

95.     Attached hereto as **Exhibit 96** is a true and correct copy of a printout of https://apnews.com/press-release/business-wire/372ae5bb9bf34025af85c532fa28ec34, entitled "Masimo and Samsung Partner to Package Masimo SafetyNet™ with Select Samsung Phones to Speed COVID-19 Response Efforts," dated April 16, 2020.

96.     Attached hereto as **Exhibit 97** is a true and correct copy of a printout of https://www.wired.com/story/wearable-opiod-patients-gets-retooled-covid-19/, entitled "A Wearable for Opioid Patients Gets Retooled for Covid-19," dated March 30, 2020.

97.     Attached hereto as **Exhibit 98** is a true and correct copy of the Civil Minutes-General on Defendants' Notice of Motion to Modify and Continue Scheduling Order (Dkt. [96], filed April 22, 2020), *Hope Med. Enters, Inc., v. Fagron Compounding Serv., LLC*, No. 2:19-cv-07748-CAS(PLAx), Dkt. 104 (C.D. Cal. May 22, 2020).

98.     Attached hereto as **Exhibit 99** [**Filed Under Seal**] is a true and correct copy of a letter from Mr. Andrea to myself, dated April 1, 2021.

99.     Attached hereto as **Exhibit 100** is a true and correct copy of an email chain the last email of which is from Mr. Andrea to myself, dated May 18, 2021.

100.    Attached hereto as **Exhibit 101** is a true and correct copy of a letter from Mr. Larson to Mr. Andrea, dated November 16, 2020.

101.    Attached hereto as **Exhibit 102** is a true and correct copy of a letter from Mr. Andrea to Mr. Larson, dated November 25, 2020.

102.    To date, Masimo has produced 185,996 pages of documents.  Masimo is continuing its efforts to locate additional documents and will continue producing them.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on May 24, 2021, at Encinitas, California.

*/s/ Adam B. Powell*
Adam B. Powell