Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404 Facsimile: (949) 760-9502

Adam B. Powell (Bar No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF BILAL MUHSIN IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>Date: June 21, 2021<br>Time: 1:30pm<br>Ctrm: 10C<br>Judge: Hon. James. V. Selna |

I, Bilal Muhsin, hereby declare:

1. I am the Chief Operating Officer ("COO") of Masimo Corporation ("Masimo"). I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this declaration in support of Plaintiffs' Motion to Modify the Scheduling Order.

2. I have been the COO of Masimo since May of 2019. Prior to beginning my tenure as COO, I worked at various positions at Masimo since June of 2000, including serving as Masimo's Vice President of Instruments, Masimo's Executive Vice President for Engineering, and Masimo's Executive Vice President for Marketing and Regulatory Affairs.

3. Masimo is a global medical technology company that develops and manufactures products that noninvasively monitor physiological parameters, including oxygen saturation, pulse rate, respiratory rate, and more. Masimo is the leading manufacturer of pulse oximeters used in hospitals throughout the world. Pulse oximeters, which can measure a patients' blood oxygen saturation, are critical tools in the fight against COVID-19, helping doctors to both diagnose and treat the disease.

4. Before the COVID-19 pandemic, Masimo estimates that its pulse oximeters were being used to monitor over 200 million patients annually. The COVID-19 pandemic drove a dramatic and sudden increase in demand for Masimo's life-saving pulse oximeters. At the same time, governmental agencies were directing companies to shut down and send workers home. This was particularly true in California, where Masimo is based. These directives made it very difficult for Masimo to continue to meet the prior demand for its life-saving products, much less the unexpected dramatic increase in demand due to COVID-19.

5. Through the tireless efforts of its employees, Masimo was able to satisfy this sudden increase in demand to ensure doctors worldwide could obtain its devices without delay or interruption in supply. Masimo invested significant time and resources to keep its employees safe while ensuring continued production of its products and significantly increasing production.

6. These efforts were very time consuming for Masimo's operations, engineering, and marketing teams, who frequently had to work late into or even through the night, including weekends. They had to do this while at the same time taking measures to keep employees safe and avoid outbreaks of COVID-19 among core Masimo personnel who had to be in the office and maintain Masimo's critical operations. While working to minimize the risk of COVID-19 at Masimo's existing facilities, Masimo also established contingency plans in the event of such an outbreak.

7. Masimo was focused on protecting its manufacturing employees, and core team who were in the office. Manufacturing employees had the added complexity of working in close proximity. An outbreak at Masimo's manufacturing facility could have disrupted existing production as well as derailed efforts to increase production to meet the rapidly increasing demand. To guard against this risk, Masimo worked to develop new and increasing sourcing, including creating alternative manufacturing locations to increase capacity and lessen the effect a COVID-19 outbreak at any location. All of this had to be completed on an urgent basis.

8. At the same time, Masimo had been developing its new Masimo SafetyNet product, which allows hospitals to monitor patients at their homes. This product was not yet complete, and had not yet been cleared by the FDA. Masimo urgently worked with the FDA on clearance so that Masimo could release its Masimo SafetyNet product to help alleviate the hospital overload. Masimo quickly made national news when it released the product as the only

clinical-grade remote wearable pulse oximeter available to allow health care professionals and hospitals to monitor COVID-19 patients from their home. This freed-up hospital staff and hospital beds to treat other patients, significantly increasing the number of COVID-19 patients they could monitor.

9. Masimo's marketing and engineering teams were simultaneously and tirelessly working to both finish the product, all the required literature and also attend to FDA clearance.

10. The core team members who were leading Masimo's response to the COVID-19 pandemic (by protecting operations while increasing production and launching a new product to help protect public health) involved many of the same employees who were being called on to work with counsel to help collect documents and respond to discovery in the Apple litigation. Despite the challenges imposed by the COVID-19 pandemic, Masimo's employees worked to ensure Masimo met the requests from its lawyers at the same time it responded to its obligations to help patients and ensure an uninterrupted increased supply of its products worldwide.

Executed on May 24, 2021, at Irvine, California.

Bilal Muhsin