1
2
3
4
5
6
7
8
9
10
11
12

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation<br><br>  Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER** |
|---|---|

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Motion to Modify the Scheduling Order, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) The unredacted portions of the supporting memorandum; and

(2) Exhibits 14, 22, 29, 37, 39, 43, 48-51, 53, 55-57, 59-62, 65-66, 68-69, 74, 79, 83, 86-87, and 99 to the Declaration of Adam B. Powell.

DATED: _____    _____
The Honorable James V. Selna
United States District Judge