# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>ORDER GRANTING APPLICATIONS TO FILE DOCUMENTS UNDER SEAL [DKT. 358, 378] |

　　Having considered two Applications to file various documents under seal in connection with discovery-related motions (Dkt. 358, 378, "Applications"), and good cause having been shown, the Applications are GRANTED. The documents identified in the Applications may be filed under seal.

Dated: May 25, 2021

　　　　　　　　　　　　　　　　　　　／s／ John D. Early
　　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge