JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendants. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE AMENDED SAMPLIN DECLARATION IN SUPPORT OF ITS MOTION TO EXTEND CERTAIN CASE DEADLINES** <br><br> Hon. James V. Selna |

Gibson, Dunn & Crutcher LLP

APPLE'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE AMENDED
SAMPLIN DECLARATION IN SUPPORT OF ITS MOTION TO EXTEND CERTAIN CASE DEADLINES
CASE NO. 8:20-CV-00048-JVS (JDEx)

1    Pursuant to Local Rule 79-5.2.2(a), Defendant Apple Inc. ("Apple") requests that

2   the Court grant it leave to file under seal Exhibit A to the Amended Declaration of Ilissa

3   Samplin in Support of its Motion to Extend Certain Case Deadlines.

4    Exhibit A contains information that Plaintiffs have designated "confidential"

5   under the protective order in this case.  *See* ECF 67.

6    Accordingly, Apple respectfully requests an order granting it leave to file under

7   seal the foregoing document.

8

9   Dated:  May 25, 2021

10                                             Respectfully submitted,

11                                             JOSHUA H. LERNER
                                               H. MARK LYON
12                                             BRIAN M. BUROKER
                                               BRIAN A. ROSENTHAL
13                                             ILISSA SAMPLIN
                                               ANGELIQUE KAOUNIS
14                                             BRIAN K. ANDREA
                                               GIBSON, DUNN & CRUTCHER LLP
15

16                                             By:    */s/ Joshua H. Lerner*
                                                      Joshua H. Lerner
17
                                               *Attorneys for Apple Inc.*
18

19

20

21

22

23

24

25

26

27

28