# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE AMENDED SAMPLIN DECLARATION IN SUPPORT OF ITS MOTION TO EXTEND CERTAIN CASE DEADLINES**<br><br>Hon. James V. Selna |

1

[Proposed] Order Granting Apple's Application to File Under Seal Exhibit A to the Amended Samplin Declaration in Support of Its Motion to Extend Certain Case Deadlines
Case No. 8:20-cv-00048-JVS (JDEx)

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File Under Seal Exhibit A to the Amended Samplin Declaration in Support of Its Motion to Extend Certain Case Deadlines (the "Application") under Local Rule 79-5.2.2. Having considered the Application, Exhibit A to the Amended Declaration of Ilissa Samplin in Support of Apple's Motion to Extend Certain Case Deadlines ("Amended Samplin Declaration"), and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal Exhibit A to the Amended Samplin Declaration.

**IT IS SO ORDERED**.

Dated: _____        _____
                                    The Honorable James V. Selna
                                    United States District Judge

2

[Proposed] Order Granting Apple's Application to File Under Seal Exhibit A to the Amended Samplin Declaration in Support of Its Motion to Extend Certain Case Deadlines
Case No. 8:20-cv-00048-JVS (JDEx)