# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

Case No. 8:20-cv-00048-JVS-JDE

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL REGARDING DOCUMENTS APPLE DESTROYED**

Having considered Plaintiffs' Motion To Compel Regarding Documents Apple Destroyed, all papers filed in support thereof, any papers in opposition thereto, and any oral argument of counsel, and finding good cause, the Court hereby GRANTS Plaintiffs' Motion as follows:

1. Apple must take all reasonable steps to recover and produce responsive information from Lamego and Nazzaro; and
2. Apple must provide a report explaining the steps Apple took to recover the data within fourteen (14) days of this Order.

**IT IS SO ORDERED**

DATED: _____        _____

The Honorable John D. Early
United States Magistrate Judge

34933266