1
2
3
4
5
6
7
8
9
10
11
12

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) **[PROPOSED] ORDER**<br>) **GRANTING LEAVE TO FILE** |
| Plaintiffs, | ) **UNDER SEAL DOCUMENTS**<br>) **REGARDING PLAINTIFFS'**<br>) **MOTION TO COMPEL** |
| v. | ) **REGARDING DOCUMENTS**<br>) **APPLE DESTROYED** |
| APPLE INC., a California corporation | )<br>) |
| Defendant. | )<br>)<br>) |

1      Having considered Plaintiffs' Application for Leave to File Under Seal
2  Documents Regarding Plaintiffs' Motion to Compel Regarding Documents
3  Apple Destroyed, and finding good cause therefor, the Application is
4  GRANTED.

5      **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
6  Cercacor Laboratories, Inc. may file under seal Exhibits 3, 5, 6, 8, and 10 to the
7  Declaration of Adam B. Powell and the Declaration of Robin Goldberg.

8

9  DATED: _____     _____
10                                           The Honorable John D. Early
11                                           United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28