Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**SUPPLEMENTAL DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL APPLE TO COMPLY WITH THE COURT'S ORDER (DKT. 355) BY SEARCHING TIM COOK'S DOCUMENTS**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Date:  June 10, 2021<br>Time:  10:00 a.m.<br>Ctrm:  6A<br><br>Discovery Cut-Off:  7/5/2021<br>Pre-Trial Conference:  3/21/2022<br>Trial:  4/5/2022 |

I, Adam B. Powell, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Supplemental Declaration in Support of Plaintiffs' Motion to Compel Apple to Comply with the Court's Order (Dkt. 355) by Searching Tim Cook's Documents (the "Motion").

2. Attached hereto as **Exhibit 20 [Filed Under Seal]** is a true and correct redacted copy of an email chain the last email of which is from Joe Kiani to Michael O'Reilly, dated July 13, 2013.

3. Attached hereto as **Exhibit 21 [Filed Under Seal]** is a true and correct copy of an email chain the last email of which is from Michael O'Reilly to Warren Sandberg, dated July 12, 2013.

4. Attached hereto as **Exhibit 22** is a true and correct printout of the webpage located at https://www.forbes.com/sites/dandiamond/2015/09/09/apple-says-their-watch-is-a-health-care-game-changer-heres-why-they-might-be-right, entitled "Why Apple Claims That Its Watch Is Already A Healthcare 'Game Changer'," dated September 9, 2015.

5. Attached hereto as **Exhibit 23** is a true and correct printout of the webpage located at https://www.usatoday.com/story/tech/2014/01/31/apple-fda-mobile-medical-apps/5090349/, entitled "Apple execs met with FDA on mobile medical apps," dated January 31, 2014.

6. Attached hereto as **Exhibit 24** is a true and correct copy of an email chain the last email of which is from Brian Andrea (who is counsel for Apple) to myself, dated May 18, 2021.

7. Attached hereto as **Exhibit 25 [Filed Under Seal]** is a true and correct copy of the document that Apple produced as APL-MAS_00166822-166826.

-1-

8. Attached hereto as **Exhibit 26 [Filed Under Seal]** is a true and correct copy of a letter from myself to Mr. Andrea, dated April 7, 2021.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on May 27, 2021, at Irvine, California.

<i>/s/ Adam B. Powell</i>
Adam B. Powell

35047429

# EXHIBIT 22

Sep 9, 2015, 02:15pm EDT

# Why Apple Claims That Its Watch Is Already A Healthcare 'Game Changer'



**Dan Diamond** Former Contributor ⓘ
*Pharma & Healthcare*
*I write sharp takes on the health, policy and wonk news of the day.*

🕒 This article is more than 5 years old.

Apple has healthcare in its sights.

The company's hired top scientists. It's partnered with leading hospitals. It's designed new software platforms, like HealthKit and ResearchKit, intended to turn Apple into a central repository for clinical data and clinical trials, respectively.

And there's no better evidence of Apple's ambitions than how executives spent the first 10 minutes of Wednesday's live event: They mostly talked about healthcare — and how Apple Watch is going to change it.

CEO Tim Cook celebrated how Apple Watch is "making days better" for its users, by getting them moving.



Top executive Jeff Williams demonstrated how Apple Watch helps doctors track their patients and prioritize their schedules.

Cookie Preferences

Exhibit 22
-6-

And then Dr. Cameron Powell took the stage to explain how physicians can now start to use his product, AirStrip, to monitor patient vitals through the Watch.

AirStrip's already been used to care for millions of pregnant women in hospitals, but through Apple Watch — and its new watchOS2 software — doctors can remotely monitor a fetal heart rate, in case of high-risk pregnancies. Even when the pregnant mother is many miles away, at home.

Pretty cool.

But let's be clear: When it comes to healthcare, Apple's still very far from changing the game. They're barely on the field, to be honest.

A few million Americans might use Apple products to count their steps or monitor their health, but these are disproportionately early adopters and unlikely to be the high-cost, chronically ill patients who most need interventions.

Meanwhile, the company faces plenty of competition with various trackers and software solutions, which have all made their own promises to change remote monitoring and mobile health.

But Apple is trying to position itself as the go-to for consumers and clinicians alike. And on that count, it might be right.

The company's popularity is legendary and shows no signs of flagging; Apple has sold 180 million iPhones in the past year.

And doctors *love* their Apple devices. According to Doximity, physicians are notorious iPhone fans; they bought the iPhone 5 at a rate that was four times faster than the general population.

Meanwhile, Apple's struck deals with Mayo Clinic , Johns Hopkins and other leading health systems. They've worked out arrangements with important industry players like Epic , the nation's leading provider of electronic health records, to feed Apple HealthKit data directly into patients' charts.

If Apple can leverage these partnerships to push into patient care and clinical data, that opens a huge new market for the company: The nation spends $3 trillion on healthcare every year.

Of course, many innovators over the years have promised to "transform" healthcare. Most have failed, not surprisingly. But no company has more size, scale or a track record in

Exhibit 22

-7-

transforming an industry than Apple.

And Apple Watch — if it proves successful — would be the linchpin of the company's healthcare strategy, as Apple's first wearable.

I've been pessimistic about how much Apple Watch, as presently designed, can do to change healthcare. It doesn't feature many of the sensors that the company once envisioned for the Apple Watch, like the ability to help patients track their diabetes.

But Apple Watch *does* include a heart rate monitor that's quite good. In one striking example, physicians used data collected by the Apple Watch to speed a patient into heart surgery.

And seeing a successful product demo like AirStrip starts to make the company's wild ambitions a bit more real.

"AirStrip – plus Apple Watch together – will redefine how messaging and communication works in healthcare," Powell promised.

"Isn't that great?" Williams said, as Powell left the stage. "That's why we do what we do," he added. "That's why we do what we do."

--

Can Apple's healthcare plans live up to the hype? Listen to Dan and his colleagues debate Apple's strategy on the popular Weekly Briefing podcast.

Follow @ddiamond

Sign up for Dan's free newsletter.

From the archives:

- A Hospital Is Already Giving Apple Watch To Its Patients
- Can Apple Help Cure Cancer? Its New ResearchKit Could Be The Start
- Apple's New Plan For Health Care: The Doctor Will Track You Now
- Fitbit Has A Problem -- And It Isn't Apple Watch

*Also on Forbes:*

Exhibit 22

-8-



### Gallery: The Most In-Demand Healthcare Career Specialties 2015

12 images

View gallery →

---

 **Dan Diamond**    Follow

I'm the executive editor of the Advisory Board's Daily Briefing, a popular health care newsletter that goes out to more than 150,000 subscribers. I'm also a blogger for... **Read More**

Reprints & Permissions

ADVRSMN

---

Cookie Preferences

Exhibit 22
-9-

# EXHIBIT 23



TECH

# Apple execs met with FDA on mobile medical apps

Alistair Barr  USA TODAY

Published 8:11 p.m. ET Jan. 31, 2014 | Updated 8:25 p.m. ET Jan. 31, 2014

SAN FRANCISCO - Apple executives met recently with the U.S. Food and Drug Administration to discuss mobile medical applications, sparking speculation about new health and fitness gadgets, software and services the technology giant may be working on.

Jeff Williams, senior vice president of Operations at Apple, reporting to CEO Tim Cook, met on Dec. 13 with Margaret Hamburg, M.D., Commissioner of Food and Drugs at the FDA, according to the agency's public calendar.

Other Apple executives at the meeting included: Bud Tribble, Vice President of Software Technology; Cathy Novelli, Vice President, Worldwide Government Affairs; and in-house lobbyist Tim Powderly.

Rounding out the Apple team was Dr. Michael O'Reilly, a medical expert from the Universities of Michigan and California who used to be the Chief Medical Officer of Masimo Corp. Masimo develops medical devices and sensors, including the first-and-only FDA-cleared technology that continuously measures hemoglobin without a painful needle stick.

The meeting, reported earlier on Friday by the *New York Times*, added to speculation about Apple's plans for wearable technology that will tracks users' activities, health and fitness.

Cook has said Apple is interested in wearable technology and many analysts expect the company to bring out an iWatch smart watch, possibly this year. Dr. O'Reilly, who joined Apple last year, is reportedly working on the iWatch project, among other things.

Apple spokesman Steve Dowling declined to comment.

Technology news website 9to5Mac said Friday that Apple plans to release a new version of its iOS mobile operating system this year with health and fitness tracking features.

The next version, iOS 8, will include an application code-named "Healthbook," which will monitor and store fitness statistics such as steps taken, calories burned, and miles walked, 9to5Mac reported.

Healthbook will also help users manage and track weight loss and monitor their vital signs, such as blood pressure, hydration levels, heart rate, and potentially several other blood-related data points, such as glucose levels, 9to5Mac added.

Exhibit 23

-10-

# EXHIBIT 24

| | |
|---|---|
| **From:** | Andrea, Brian |
| **To:** | Adam.Powell; *** Apple-Masimo; Rosenthal, Brian A.; Lerner, Joshua H.; Samplin, Ilissa; Lyon, H. Mark; Kaounis, Angelique; Buroker, Brian M. |
| **Cc:** | Masimo.Apple |
| **Subject:** | RE: Masimo v. Apple - Deposition Notices and ESI Custodians |
| **Date:** | Tuesday, May 18, 2021 4:42:23 PM |

Adam,

Apple agrees to search the ESI for both Adrian Perica and Steve Smith. We will also work on obtaining the availability of the individuals you have noticed for deposition, with the exception of Jeff Williams, as discussed below.

Apple objects to Plaintiffs' notice of Jeff Williams' deposition and his identification as an ESI custodian. Mr. Williams is the Chief Operating Officer of Apple who oversees Apple's entire worldwide operations. Mr. Williams is not an appropriate deponent or custodian in this case, as he does not appear to possess unique or direct knowledge of relevant facts. The fact that he is a manager is insufficient to establish the unique or direct knowledge requisite to show that discovery from him is appropriate. *See, e.g., BlackBerry Ltd. v. Facebook, Inc.*, No. CV 18-1844-GW (KSX), 2019 WL 4544425, at *6-7 (C.D. Cal. Aug. 19, 2019). Moreover, Plaintiffs have not exhausted alternative means of obtaining the discovery they seek, which includes ESI and depositions from lower level employees that are more likely to have any information you seek from Mr. Williams about the allegations in this case.

Thanks,
Brian



**Brian Andrea**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Thursday, May 13, 2021 11:00 PM
**To:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** Masimo v. Apple - Deposition Notices and ESI Custodians

[External Email]

Exhibit 24
-11-

Counsel,

Please see the attached deposition notices.

Additionally, Plaintiffs request that Apple add the following individuals to the list of custodians that Apple searches pursuant to the parties' ESI discussions.

1. Adrian Perica
2. Steve Smith
3. Jeff Williams

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245  Direct
**Knobbe Martens**

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

Exhibit 24
-12-