JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendants. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S APPLICATION TO SEAL THE SAMPLIN DECLARATION IN SUPPORT OF ITS MOTION TO EXTEND CERTAIN CASE DEADLINES (DKT. 385-2)**<br><br>Hon. James V. Selna<br>No Hearing Noticed |

Gibson, Dunn & Crutcher LLP

APPLE'S APPLICATION TO SEAL THE SAMPLIN DECLARATION IN SUPPORT OF ITS MOTION TO EXTEND CERTAIN CASE DEADLINES (DKT. 385-2)
CASE NO. 8:20-CV-00048-JVS (JDEX)

Pursuant to Local Rule 79-5.2.2(a), Defendant Apple Inc. ("Apple") requests that the Court direct the Clerk's Office to seal the Declaration of Ilissa Samplin in Support of its Motion to Extend Certain Case Deadlines (Dkt. 385-2), which was inadvertently filed on the public docket.

The Samplin Declaration (Dkt. 385-2) includes Exhibit A, which contains information that Plaintiffs have designated "confidential" under the protective order in this case (Dkt. 67).

Apple has already filed an Application to seal Exhibit A to the Samplin Declaration (Dkt. 391), a Declaration of Joshua H. Lerner in support thereof (Dkt. 392), and a redacted amended version of the Samplin Declaration (Dkt. 393) that removed the confidential Exhibit A. The Court granted Apple's Application to Seal on May 26, 2021 (Dkt. 394), and Apple filed the sealed version of the Amended Samplin Declaration on May 28, 2021 (Dkt. 406). However, the version of the Samplin Declaration that was previously mistakenly filed unredacted on the public docket (Dkt. 385-2) remains accessible to the public.

Accordingly, Apple respectfully requests an order directing the Clerk's Office to seal the Samplin Declaration (Dkt. 385-2).

Dated: May 28, 2021

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Joshua H. Lerner*
     Joshua H. Lerner

*Attorneys for Apple Inc.*

1

APPLE'S APPLICATION TO SEAL THE SAMPLIN DECLARATION IN SUPPORT OF ITS MOTION TO EXTEND CERTAIN CASE DEADLINES (DKT. 385-2)
CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn & Crutcher LLP