JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF DEFENDANT APPLE INC.'S APPLICATION TO SEAL THE SAMPLIN DECLARATION IN SUPPORT OF ITS MOTION TO EXTEND CERTAIN CASE DEADLINES (DKT. 385-2)** <br><br> Hon. James V. Selna <br> No Hearing Noticed |

Gibson, Dunn & Crutcher LLP

DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF APPLE'S APPLICATION TO SEAL THE SAMPLIN DECLARATION IN SUPPORT OF ITS MOTION TO EXTEND CERTAIN CASE DEADLINES (DKT. 385-2) CASE NO. 8:20-CV-00048-JVS (JDEx)

I, Joshua H. Lerner, declare and state as follows:

1.  I am an attorney duly licensed to practice law before this Court and all courts of the State of California.  I am a partner with the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn") and counsel of record for Apple Inc. ("Apple") in the above-captioned action.

2.  I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3.  I make this Declaration pursuant to L.R. 79-5.2.2 in support of Apple's Application to Seal the Samplin Declaration in Support of Its Motion to Extend Certain Case Deadlines (Dkt. 385-2) ("Application").

4.  On May 24, 2021, Apple inadvertently filed the Samplin Declaration, which includes confidential Exhibit A, on the public docket.  Dkt. 385-2.

5.  On May 26, 2021, Apple filed an Application to Seal Exhibit A to the Samplin Declaration (Dkt. 391), a Declaration of Joshua H. Lerner in support thereof (Dkt. 392), and a redacted amended version of the Samplin Declaration (Dkt. 393) that removed the confidential Exhibit A.

6.  On May 26. 2021, the Court granted Apple's Application to Seal.  Dkt. 394.

7.  Apple filed the sealed version of the Amended Samplin Declaration with confidential Exhibit A under seal on May 28, 2021.  Dkt. 406.

8.  Because the Court has already granted Apple's previous Application To Seal (Dkt. 394) and Apple has already filed the unredacted version under seal pursuant to the Court's order (Dkt. 406), Apple does not attach hereto an unredacted copy of the Samplin Declaration.

9.  However, the version of the Samplin Declaration that was previously mistakenly filed unredacted on the public docket (Dkt. 385-2) remains accessible to the public.  Accordingly, Apple requests that the Court direct the Clerk's Office to seal that version of the Declaration of Ilissa Samplin (Dkt. 385-2).

10.  Apple does not know whether Plaintiffs will oppose Apple's Application.

Gibson, Dunn &
Crutcher LLP

DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF APPLE'S APPLICATION TO SEAL THE  SAMPLIN DECLARATION IN SUPPORT OF ITS MOTION TO EXTEND CERTAIN CASE DEADLINES (DKT. 385-2) CASE NO. 8:20-CV-00048-JVS (JDEX)

1

2      I declare under penalty of perjury under the laws of the United States of America

3  that the foregoing is true and correct.

4      Executed this 28 day of May, 2021, in San Francisco, California.

5

6              By:  /s/ *Joshua H. Lerner*

7                   Joshua H. Lerner

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn & Crutcher LLP

DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF APPLE'S APPLICATION TO SEAL THE  SAMPLIN DECLARATION IN SUPPORT OF ITS MOTION TO EXTEND CERTAIN CASE DEADLINES (DKT. 385-2) CASE NO. 8:20-CV-00048-JVS (JDEX)