# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO SEAL THE SAMPLIN DECLARATION IN SUPPORT OF ITS MOTION TO EXTEND CERTAIN CASE DEADLINES (DKT. 385-2)**<br><br>Hon. James V. Selna |

1

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to Seal the Samplin Declaration in Support of Its Motion to Extend Certain Case Deadlines (Dkt. 385-2) (the "Application") under Local Rule 79-5.2.2.  Having considered the Application, Exhibit A to the Declaration of Ilissa Samplin in Support of Apple's Motion to Extend Certain Case Deadlines ("Samplin Declaration"), and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  The Clerk's Office shall seal the Samplin Declaration located at Docket Entry 385-2.

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable James V. Selna
United States District Judge

2

[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO SEAL THE SAMPLIN DECLARATION IN SUPPORT OF ITS MOTION TO EXTEND CERTAIN CASE DEADLINES (DKT. 385-2)
CASE NO. 8:20-CV-00048-JVS (JDEX)