Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

*Counsel for Defendants listed on next page.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**JOINT STATEMENT REGARDING THE JUNE 3 HEARING** |

1  JOSHUA H. LERNER, SBN 220755
     jlerner@gibsondunn.com
2  **GIBSON, DUNN & CRUTCHER LLP**
   555 Mission Street Suite 3000
3  San Francisco, CA 94105
   Tel.: 415.393.8200 / Fax: 415.393.8306
4
   H. MARK LYON, SBN 162061
5    mlyon@gibsondunn.com
   **GIBSON, DUNN & CRUTCHER LLP**
6  1881 Page Mill Road
   Palo Alto, CA 94304-1211
7  Tel.: 650.849.5300 / Fax: 650.849.5333

8  BRIAN M. BUROKER, *pro hac vice*
     bburoker@gibsondunn.com
9  BRIAN K. ANDREA, *pro hac vice*
     bandrea@gibsondunn.com
10 **GIBSON, DUNN & CRUTCHER LLP**
   1050 Connecticut Avenue, N.W.
11 Washington, DC 20036
   Tel.: 202.955.8541 / Fax: 202.467.0539
12
   BRIAN A. ROSENTHAL, *pro hac vice*
13   brosenthal@gibsondunn.com
   **GIBSON, DUNN & CRUTCHER LLP**
14 200 Park Avenue
   New York, NY 10166-0193
15 Tel.: 212.351.2339 / Fax: 212.817.9539

16 ILISSA SAMPLIN, SBN 314018
     isamplin@gibsondunn.com
17 **GIBSON, DUNN & CRUTCHER LLP**
   333 South Grand Avenue
18 Los Angeles, CA 90071-3197
   Tel.: 213.229.7000 / Fax: 213.229.7520
19
   ANGELIQUE KAOUNIS, SBN 209833
20   akaounis@gibsondunn.com
   **GIBSON, DUNN & CRUTCHER LLP**
21 2029 Century Park East Suite 4000
   Los Angeles, CA 90067
22 Tel.: 310.552.8546 / Fax: 310.552.7026

23 Attorneys for Defendant Apple Inc.

1   The parties submit this Joint Statement Regarding the June 3 Hearing pursuant to
2   the Court's Orders (Dkt. 380, 399).
3   The parties reached an agreement on Request For Production Nos. 101, 102, 103,
4   106, 107, 108, 109, and 235, and therefore Plaintiffs' Motion to Compel (Dkt. 357) is
5   withdrawn with respect to those Requests for Production.
6   The parties also discussed potential compromises for Request For Production Nos.
7   226, 230-234, 180, 187, 192, 198-201, and 203-206.  The attached Exhibit sets forth
8   Plaintiffs' proposals for narrowing those requests, and a counter proposal made by Apple
9   for one of the requests.  The parties were unable to reach agreement on any of these
10  requests, and therefore Plaintiffs' Motion to Compel (Dkt. 357) remains operative with
11  respect to those Requests for Production.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 1, 2021   By: /s/ Adam B. Powell
                          Joseph R. Re
                          Stephen C. Jensen
                          Perry D. Oldham
                          Stephen W. Larson
                          Adam B. Powell

                          Attorneys for Plaintiffs
                          Masimo Corporation and
                          Cercacor Laboratories

GIBSON, DUNN & CRUTCHER LLP

Dated: June 1, 2021   By: /s/ Ilissa Samplin (with permission)
                          Joshua H. Lerner
                          H. Mark Lyon
                          Brian M. Buroker
                          Brian A. Rosenthal
                          Ilissa Samplin
                          Angelique Kaounis
                          Brian Andrea

                          Attorneys for Defendant Apple Inc.

# EXHIBIT

**Exhibit to June 1 Joint Status Report**

| RFP | Request As Written | Proposed Compromise(s) |
|---|---|---|
| 226 | All documents and things owned by, created in whole or in part by, or originating with, Masimo or Cercacor. | **Masimo's Proposal**: Non-public documents and things owned by, created in whole or in part by, or originating with, Masimo or Cercacor.<br><br>**Apple's Proposal (with <u>underline</u> showing Apple's changes to Masimo's proposal)**: Non-public documents and things owned by, created in whole or in part by, or originating with Masimo or Cercacor<u>, based on "Masimo" or "Cercacor" in the "Company" metadata field for the document</u>. |
| 230 | All documents and things authored by, prepared by, provided by, reviewed by, or in the possession, custody, or control of any Former Employee that relate to Masimo or Cercacor or any Masimo or Cercacor products or technologies, including, without limitation, internal and external communications, and any studies, reports, memoranda, presentations, or other documents. | **Masimo's Proposal**: Documents that refer to Masimo or Cercacor that are or were in the possession, custody, or control of, any Former Employee. |
| 231 | All documents and things authored by, prepared by, provided by, reviewed by, or in the possession, custody, or control of any Former Employee that relate to any of the Apple Watch Products, including, without limitation, internal and external communications, and any studies, reports, memoranda, presentations, or other documents. | **Masimo's Proposal**: Documents that refer to the pulse rate or oxygen saturation feature of the Apple Watch that are or were in the possession, custody, or control of, any Former Employee. |
| 232 | All publications, technical papers, white papers, internal memorandums, conference proceedings, book chapters, speeches, and/or technical presentations, whether published or not, that were authored in whole or in part, authorized, or reviewed by any Former Employee that relate to any of the Apple Watch Products. | **Masimo's Proposal**: Publications, technical papers, white papers, internal memorandums, conference proceedings, book chapters, speeches, and/or technical presentations regarding the Apple Watch products that were authored (in whole or in part) by any Former Employee. |
| 233 | All publications, technical papers, white papers, internal memorandums, conference proceedings, book chapters, speeches, and/or technical presentations, whether published or not, that were authored in whole or in part, authorized, or reviewed by any Former Employee that relate to Masimo or Cercacor or any Masimo or Cercacor product or technology. | **Masimo's Proposal**: Publications, technical papers, white papers, internal memorandums, conference proceedings, book chapters, speeches, and/or technical presentations regarding Masimo or Cercacor that were authored (in whole or in part) by any Former Employee. |

| RFP | Request As Written | Proposed Compromise(s) |
|---|---|---|
| 234 | All documents and things that refer or relate to any physiological monitoring technology that was developed or manufactured by Plaintiffs or any Former Employee, or that Apple received or obtained from Plaintiffs or any Former Employee. | **Masimo's Proposals**: Documents regarding any pulse rate or pulse oximetry technology that was developed or manufactured by Plaintiffs or any Former Employee.<br><br>Documents regarding any pulse rate or pulse oximetry technology that Apple received or obtained from Plaintiffs or any Former Employee. |
| 180 | All documents and things that refer or relate to the [*text omitted – see note below*] described under heading "A" of Plaintiffs' Section 2019.210 Statement, including any amendments. | **Masimo's Proposal**: Documents regarding the [*text omitted – see note below*] described under heading "A" of Plaintiffs' Section 2019.210 Statement, including any amendments. |
| 187 | All documents and things that refer or relate to the [*text omitted – see note below*] described under heading "B" of Plaintiffs' Section 2019.210 Statement, including any amendments. | **Masimo's Proposal**: Documents regarding the [*text omitted – see note below*] described under heading "B" of Plaintiffs' Section 2019.210 Statement, including any amendments. |
| 192 | All documents and things that refer or relate to the [*text omitted – see note below*] described under heading "C" of Plaintiffs' Section 2019.210 Statement, including any amendments. | **Masimo's Proposal**: Documents regarding the [*text omitted – see note below*] described under heading "C" of Plaintiffs' Section 2019.210 Statement, including any amendments. |
| 198 | All documents and things that refer or relate to Plaintiffs' Business and Marketing Plans and Strategies described under heading "D" of Plaintiffs' Section 2019.210 Statement, including any amendments. | **Masimo's Proposal**: Documents regarding the Business and Marketing Plans and Strategies described under heading "D" of Plaintiffs' Section 2019.210 Statement, including any amendments. |
| 199 | All documents and things that refer or relate to Apple implementing or considering any of the Business and Marketing Plans and Strategies described under heading "D" of Plaintiffs' Section 2019.210 Statement, including any amendments. | **Masimo's Proposal**: Documents regarding Apple implementing or considering any of the Business and Marketing Plans and Strategies described under heading "D" of Plaintiffs' Section 2019.210 Statement, including any amendments. |
| 200 | All documents and things that refer or relate to Apple's business and marketing plans for products that calculate one or more physiological parameters. | **Masimo's Proposal**: Documents regarding Apple's business and marketing plans for products that calculate one or more physiological parameters. |

| RFP | Request As Written | Proposed Compromise(s) |
|---|---|---|
| 201 | All documents and things that refer or relate to the value and importance of Apple's business or marketing plans for products that calculate one or more physiological parameters. | **Masimo's Proposal**: Documents regarding the value and importance of Apple's business or marketing plans for products that calculate one or more physiological parameters. |
| 203 | All documents and things that refer or relate to Plaintiffs' Strategies For Interacting With Hospitals described under heading "E" of Plaintiffs' Section 2019.210 Statement, including any amendments. | **Masimo's Proposal**: Documents regarding the Strategies For Interacting With Hospitals described under heading "E" of Plaintiffs' Section 2019.210 Statement, including any amendments. |
| 204 | All documents and things that refer or relate to Apple implementing or considering any of the Strategies For Interacting With Hospitals described under heading "E" of Plaintiffs' Section 2019.210 Statement, including any amendments. | **Masimo's Proposal**: Documents regarding Apple implementing or considering any of the Strategies For Interacting With Hospitals described under heading "E" of Plaintiffs' Section 2019.210 Statement, including any amendments. |
| 205 | All documents and things that refer or relate to Apple implementing or considering any strategy for [*text omitted – see note below*]. | **Masimo's Proposal**: Documents regarding Apple implementing or considering any strategy for [*text omitted – see note below*]. |
| 206 | All documents and things that refer or relate to the value and importance of any [*text omitted – see note below*]. | **Masimo's Proposal**: Documents regarding the value and importance of any [*text omitted – see note below*]. |

*Note: The omitted text was sealed in the Joint Stipulation. See Dkt. 359-1 at 107-110, 116. The parties omitted the sealed text to avoid burdening the Court with another application to seal. The omitted text is the same in the request as written and Masimo's proposal. If the Court prefers, Masimo will file a document under seal that contains the full text without any omissions.*