IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO EXTEND CERTAIN CASE DEADLINES** |

1   Having considered Plaintiffs' Application for Leave to File Under Seal
2   Documents Regarding Plaintiffs' Opposition to Apple's Motion to Extend
3   Certain Case Deadlines, and finding good cause therefor, the Application is
4   GRANTED.

5   **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
6   Cercacor Laboratories, Inc. may file under seal:

7   (1) Exhibits 5 and 8 to the Declaration of Adam B. Powell.

9   DATED: _____          _____

10                                   The Honorable James V. Selna
                                     United States District Judge