JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendants. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE SAMPLIN DECLARATION IN SUPPORT OF APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>Hon. James V. Selna |

Gibson, Dunn & Crutcher LLP

APPLE'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE SAMPLIN DECLARATION IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER
CASE NO. 8:20-CV-00048-JVS (JDEX)

Pursuant to Local Rule 79-5.2.2(a), Defendant Apple Inc. ("Apple") requests that the Court grant it leave to file under seal Exhibit A to the Declaration of Ilissa Samplin in Support of Apple's Opposition to Plaintiffs' Motion to Modify the Scheduling Order.

Exhibit A contains information that Plaintiffs have designated "confidential" under the protective order in this case. *See* ECF 67.

Accordingly, Apple respectfully requests an order granting it leave to file under seal the foregoing document.

Dated: June 1, 2021

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Joshua H. Lerner*
       Joshua H. Lerner

*Attorneys for Apple Inc.*

Gibson, Dunn & Crutcher LLP

1

APPLE'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE SAMPLIN DECLARATION IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER
CASE NO. 8:20-CV-00048-JVS (JDEX)