# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO SEAL THE SAMPLIN DECLARATION IN SUPPORT OF ITS MOTION TO EXTEND CERTAIN CASE DEADLINES (DKT. 385-2)**<br><br>Hon. James V. Selna |

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to Seal the Samplin Declaration in Support of Its Motion to Extend Certain Case Deadlines (Dkt. 385-2) (the "Application") under Local Rule 79-5.2.2. Having considered the Application, Exhibit A to the Declaration of Ilissa Samplin in Support of Apple's Motion to Extend Certain Case Deadlines ("Samplin Declaration"), and all

1

ORDER GRANTING APPLE'S APPLICATION TO SEAL THE SAMPLIN DECLARATION IN SUPPORT OF ITS MOTION TO EXTEND CERTAIN CASE DEADLINES (DKT. 385-2)
CASE NO. 8:20-cv-00048-JVS (JDEx)

other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. The Clerk's Office shall seal the Samplin Declaration located at Docket Entry 385-2.

**IT IS SO ORDERED**.

Dated: June 01, 2021

_____
The Honorable James V. Selna
United States District Judge