**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE SAMPLIN DECLARATION IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER** <br><br> Hon. James V. Selna |

1

[Proposed] Order Granting Apple's Application to File Under Seal Exhibit A to the Samplin Declaration in Support of Its Opposition to Plaintiffs' Motion to Modify the Scheduling Order | Case No. 8:20-cv-00048-JVS (JDEx)

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File Under Seal Exhibit A to the Samplin Declaration in Support of Its Opposition to Plaintiffs' Motion to Modify the Scheduling Order (the "Application") under Local Rule 79-5.2.2.  Having considered the Application, Exhibit A to the Declaration of Ilissa Samplin in Support of Apple's Opposition to Plaintiffs' Motion to Modify the Scheduling Order (the "Samplin Declaration"), and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file under seal Exhibit A to the Samplin Declaration.

**IT IS SO ORDERED**.

Dated: 6/2/21

_____
The Honorable James V. Selna
United States District Judge

2

[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL EXHIBIT A TO THE SAMPLIN DECLARATION IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER | CASE NO. 8:20-CV-00048-JVS (JDEX)