IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DENY ACCESS TO CONFIDENTIAL INFORMATION** |

Having considered Plaintiffs' Motion to Deny Access to Confidential Information, all the papers filed in support thereof, any papers in opposition thereto, and any oral argument of counsel, and finding good cause, the Court hereby GRANTS Plaintiffs' Motion as follows:

1. Plaintiffs' objections under Paragraph 9.2(c) of the Protective Order to experts Marco Perez are SUSTAINED.

2. Dr. Perez may not access Plaintiffs' Protected Material unless he provides Plaintiffs with a written agreement that 1) he will not review algorithms for calculating heart rate, or oxygen saturation, electrocardiograms, or arrhythmia detection, and 2) if he receives confidential material designated as "Confidential" or "Highly Confidential" pursuant to the Protective Order that relates to the development or design of clinical protocols, he will not, for any commercial enterprise, develop, or contribute to the development, of clinical protocols in the subject areas for which he receives such materials. The prohibitions in the written agreement will remain in force for the duration of the litigation, including all appeals from orders and final judgments in this action, plus two years.

**IT IS SO ORDERED.**

Dated: _____         _____
                                  The Honorable John D. Early
                                  United States Magistrate Judge

35016448