JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendants. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF DR. MARCO PEREZ IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION TO DENY ACCESS TO CONFIDENTIAL INFORMATION TO DR. MARCO PEREZ**<br><br>**Hearing:**<br>Date:        June 24, 2021<br>Time:       10:00 a.m.<br>Place:      Courtroom 10C<br>Judge:     Hon. John D. Early |

Gibson, Dunn & Crutcher LLP

PEREZ DECLARATION IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION TO DENY ACCESS TO CONFIDENTIAL INFORMATION TO DR. MARCO PEREZ CASE NO. 8:20-cv-00048-JVS (JDEx)

I, Marco Perez, M.D., declare and state as follows:

1.      I have been retained by counsel for Apple Inc. ("Apple") in connection with the above-captioned action.

2.      I make this declaration in support of Apple's Opposition to Plaintiffs' Motion to Deny Access to Confidential Information to Dr. Marco Perez.  I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3.      I am an Associate Professor in Cardiovascular Medicine at Stanford University as well as a Director of Stanford's Inherited Cardiac Arrhythmia Clinic and Electrocardiography Department.  I have been employed as a professor or instructor at Stanford since 2011.  Per Stanford policy, as a professor at Stanford, I may not become an officer, director or employee of any entity outside of Stanford.

4.      I have received numerous honors and awards for my work, and grants for my research from entities such as National Institutes of Health ("NIH") and the American Heart Association ("AHA").

5.      My work involves, among other things, practicing medicine, including utilizing physiological measurements obtained from monitoring devices to treat my patients, as well as clinical research, and advising/mentoring students as a research advisor.   All of these activities are standard for—and indeed expected of—someone in my position.

6.      To assist my patients and maintain my position at Stanford, I conduct research and have authored or co-authored more than 90 peer-reviewed publications.  I have also published a book entitled "A Practical Handbook of Cardiovascular Medicine," written numerous chapters in other books, and given dozens of invited speeches on my work.  Again, this type of activity is characteristic of a clinician and professor in my position.

7.      I was a Co-Principal Investigator for the Apple Heart Study, which concluded over two years ago on February 21, 2019.  The study's goals were to measure

1

Gibson, Dunn & Crutcher LLP

the ability of the Apple Watch to detect new onset atrial fibrillation using long-term intermittent photoplethysmogram monitoring.  My role as Co-Principal Investigator was to design the project and analyze and interpret results of the study.  I did not act as a strategic or competitive decisionmaker in this role, nor did I do so in my consulting work for Apple.

8.      I also am developing Artificial Intelligence/Machine Learning algorithms in a study sponsored by the NIH that utilize Electrocardiogram (ECG) measurements, as well as genetic and other clinical data such as patient history, intracardiac electrogram measurements, echocardiogram, cardiac MRI, and laboratory testing, to help predict patient outcomes after a catheter-based ablation[1] for atrial fibrillation.

9.      A true and correct copy of my *curriculum vitae* (CV) is attached hereto as **Exhibit A**.  As reflected in my CV, I have overseen numerous clinical studies as a Principal Investigator (PI), or Co-PI for the NIH, Apple, AHA, Robert Wood Johnson, Weston Havens Foundation, Stanford, the Gooter Foundation, and others.  In some of those roles, I was required to maintain confidentiality of various information, including details of clinical study design, software algorithms and study results.

10.      Also, as a practicing physician, I am required to maintain compliance with patient privacy laws such as the Health Insurance Portability and Accountability Act (HIPAA) and I take my confidentiality obligations very seriously.

11.      I have signed the Protective Order in this matter, and I have agreed—in response to Plaintiffs' objections—to refrain from reviewing algorithms for calculating heart rate, oxygen saturation, electrocardiograms, or arrhythmia detection that they designate confidential or highly confidential in this matter.

12.      I understand that in order to receive clinical protocols that Plaintiffs designate confidential or highly confidential in this matter, Plaintiff have requested that for the duration of the litigation plus two years, I refrain from developing, or contributing

---

[1] An ablation involves the surgical removal of tissue to block abnormal electrical signals to the heart and restore a normal heartbeat.

2

Perez Declaration in Support of Apple's Opposition to Plaintiffs' Motion
to Deny Access to Confidential Information to Dr. Marco Perez
Case No. 8:20-cv-00048-JVS (JDEx)

Gibson, Dunn & Crutcher LLP

to the development for any commercial enterprise, of clinical protocols in the subject areas for which I receive such materials concerning developing or design of clinical protocols.  This prohibition is unnecessary and unduly restrictive of my practice.  This prohibition is unnecessary because each clinical protocol is tailored to the specific objective or objectives, population, methodology, data limitations and statistical considerations of the clinical trial at issue.  Moreover, the National Institutes of Health (NIH)—for which I have conducted clinical trials—provides many resources for protocol development to assist investigators in writing and developing clinical research protocols that are in compliance with regulatory requirements.  *See, for example,* https://www.nidcr.nih.gov/research/human-subjects-research/toolkit-and-education-materials.

13.    Plaintiffs' requested limitation also is unnecessarily restrictive of my practice.  For example, while it appears innocuous that Plaintiffs would request a limitation tailored to "commercial enterprises," in fact, this limitation could artificially restrict me from participating in a clinical study that could be highly beneficial to my patients, my practice, Stanford's curriculum or the research and/or development of relevant medical innovations, simply because it could use products that were co-sponsored by a for-profit enterprise.  This limitation also would limit my ability to consult directly for commercial clinical entities.  As reflected in my CV and my updated Testimony-Consulting list (a true and correct copy of which is attached hereto as **Exhibit B)**, I am actively consulting with various entities in the development of heart monitoring tools, algorithms, and clinical trials.  I already am subject to appropriate clinical guidelines such as the American Medical Association's "Ethics of Medical Research & Innovation," which explains that physicians who are involved in clinical research have special responsibilities to protect the rights, safety and welfare of research participants that include matters of study design, informed consent and selection of participants.  Attached hereto as **Exhibit C** is a true and correct copy of the AMA's Code of Medical Ethics: Research & Innovation webpage, which lists various clinical

Gibson, Dunn & Crutcher LLP

PEREZ DECLARATION IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION TO DENY ACCESS TO CONFIDENTIAL INFORMATION TO DR. MARCO PEREZ
CASE NO. 8:20-CV-00048-JVS (JDEX)

research resources including those relating to "Physician involvement in research," "Disseminating research results" and "Special issues in research." This page is available at https://www.ama-assn.org/delivering-care/ethics/code-medical-ethics-research-innovation. My exposure to clinical research protocols that Plaintiffs use in their business would not affect how I approach my research in my future practice in light of the study-specific considerations and general guidelines I have outlined above.

Executed this 2nd day of June, 2021 in Stanford, California.

By: _____

Marco Perez, M.D.

Gibson, Dunn & Crutcher LLP

# Exhibit A

*Curriculum Vitae*

# Marco Valentin Perez, M.D., FAHA

**Work Address**

Cardiac Electrophysiology & Arrhythmia Service
300 Pasteur Drive, M/C 5773
Stanford, CA 94305-5773
Office: 650-723-9363
Fax: 650-725-7568
mvperez@stanford.edu

**Home Address**

2170 Bello Ave.
San Jose, CA 95125
650-292-0818

## EDUCATION

| | | | |
|---|---|---|---|
| 1992-1996 | Harvard University | B.A. *Magna Cum Laude* | Biochemistry |
| 1996-2001 | Harvard Medical School | M.D. *Cum Laude* | Medicine |

## POSTGRADUATE TRAINING

| | | | |
|---|---|---|---|
| 2001-2002 | Massachusetts General Hospital | Internship | Internal Medicine |
| 2002-2004 | Massachusetts General Hospital | Residency | Internal Medicine |
| 2004-2007 | Stanford University Medical Center | Fellowship | Cardiology |
| 2006-2007 | Stanford University Medical Center | Chief Fellow | Cardiology |
| 2006-2008 | NIH F32 NRSA Research Fellowship | Fellowship | Cardiac Genetics |
| 2008-2010 | Stanford University Medical Center | Fellowship | Card. Electrophysiology |
| 2010-2011 | NIH T32 Research Fellowship | Fellowship | Cardiac Genetics |

## FACULTY ACADEMIC TITLES

| | |
|---|---|
| 2018 - | Associate Professor, Stanford University, Cardiovascular Medicine |
| 2015 – 2018 | Assistant Professor, Stanford University, Cardiovascular Medicine |
| 2011 – 2015 | Instructor, Stanford University, Cardiovascular Medicine |

## MAJOR ADMINISTRATIVE POSITIONS

| | |
|---|---|
| 2013 – | Director, Stanford Inherited Cardiac Arrhythmia Clinic |
| 2017 – | Director, Stanford Electrocardiography Department |

## HONORS AND AWARDS

| | |
|---|---|
| 1992-1996 | Harvard University Dean's List |
| 1992 | Harvard-Radcliffe Scholarship |
| 1992 | National Hispanic Institute's Academic Excellence Award |
| 1994 | David Rockefeller Center for Latin American Studies Research Award |
| 1995 | Harvard University Dean's Summer Research Award |
| 1996 | Harvard University Graduation *Magna Cum Laude* |
| 1997 | Harvard Medical School Research Scholarship |
| 2001 | Harvard Medical School Graduation *Cum Laude* |

| | |
|---|---|
| 2002 | Harvard Medical School's Resident Teaching Award |
| 2006,2007 | Recipient, National Research Service Award (NIH) |
| 2006,2007 | Recipient, Stanford University Dean's Scholarship |
| 2007 | Stanford University Cardiovascular Outstanding Clinical Fellow |
| 2009 | Broad Institute Award for Workshop in Complex Disease Genomics |
| 2010 - 2018 | Recipient, NIH Loan Repayment Award |
| 2011 | Semi-finalist for "Best Poster" at the 2011 ACC Scientific Sessions |
| 2011 | Recipient, AHA Fellow to Faculty Award |
| 2012 | Recipient, Harold Amos Medical Faculty Development Award |
| 2013 | Young Investigator Award Finalist, AHA FGTB Council |
| 2014 | Stanford University Department of Medicine Teaching Award |
| 2020 | Clinical Research Forum Top 10 Clinical Research Achievement Award |

**GRANT REVIEWER**

| | |
|---|---|
| 2019 | NIH – Loan Repayment Program Review Committee |
| 2018 | AHA AF SFRN Network Grant Review Committee |
| 2017 | NIH/NHLBI – CICS Study Section |
| 2015-2016 | AHA Research Committee |

**EDITORIAL ACTIVITIES**

2017 – Present  Associate Editor, *Circulation Arrhythmia & Electrophysiology*

Ad Hoc Reviewer:
*1. Nature Communications*
*2. Journal of the American Medical Association (JAMA)*
*3. Circulation*
*4. Journal of the American College of Cardiology (JACC)*
*5. Archives of Internal Medicine*
*6. American Journal of Cardiology*
*7. Journal of Investigative Medicine*
*8. Journal of Interventional Cardiac Electrophysiology*
*9. Journal of Biomedical Engineering*
*10. Pharmacoepidemiology and Drug Safety*
*11. BMC Cardiovascular Disorders*
*12. British Journal of Sports Medicine*
*13. PLOS*
*14. JAMA Cardiology*
*15. Journal of Cardiovascular Electrophysiology*
*16. The Physician and Sportsmedicine*
*17. International Journal of Cardiology*
*18. Trends in Cardiovascular Medicine*
*19. JACC Electrophysiology*
*20. American Heart Journal*

**LICENSURE & CERTIFICATION**

| | |
|---|---|
| 1998-2001 | United States Medical Licensing Exam (USMLE) Steps I, II, III |

| 2003-2004 | Massachusetts state medical license #219298 |
|---|---|
| 2004- | California state medical license #A86952, NPI#1740296607 |
| 2004- | Federal Drug Enforcement Agency (DEA) |
| 2004-2014 | Diplomate, Internal Medicine, American Board of Internal Medicine |
| 2007-2017 | Diplomate, Cardiovascular Disease, American Board of Internal Medicine |
| 2011- | Diplomate, Cardiac Electrophysiology, American Board of Internal Medicine |

## PROFESSIONAL ORGANIZATIONS

| 1996-2004 | Massachusetts Medical Society |
|---|---|
| 2004- | American Heart Association |
| 2006- | Heart Rhythm Society |

## NATIONAL LEADERSHIP COMMITTEES

| 2014- | Women's Health Initiative Cardiovascular Interest Group – Co-leader |
|---|---|
| 2014- | Women's Health Initiative Atrial Fibrillation Interest Group – Leader |
| 2014-2017 | Member, AHA Research Committee |
| 2014-2016 | Member, AHA National Research Program Subcommittee |
| 2014- | Medical Director, Racing Hearts Community AED program |
| 2013-2015 | Member, AHA FGTB Early Career Committee |
| 2013-2015 | Advocacy Ambassador, AHA FGTB Leadership Committee |
| 2016- | Member, AHA Portfolio Management Subcommittee |

## RESEARCH SUPPORT

### Active

**NIH/NHLBI  1R01HL136390-01**                                            2017-2022
"The WHI Strong and Healthy SilenT Atrial Fibrillation Recording Study (WHISH STAR)"
Principal Investigator: Marco Perez, MD
Study Goals: To measure the effect of exercise intervention on clinical and asymptomatic forms of atrial fibrillation using loop recorders.
Role: PI. Designed the project and will analyze and interpret results of the study.

**NIH/NHLBI HHSN268201100003C**                                          2015 – 2020
Women's Health Initiative Extension 2010-2015
Principal Investigator: Marcia Stefanick, PhD
Role: Co-investigator
Goal:  The WHI Clinical Trials studied the effects of hormone therapies on health outcomes including cardiovascular disease.  The extension grant will launch critically important cardiovascular research projects that target older women by taking advantage of the large Women's Health Initiative (WHI) cohort.
Role:  Lead AF working group and investigate epidemiology and genetics of atrial fibrillation in the WHI.

**NIH/NHLBI 1R01HL149134-01**                                            2020-2024
"Machine Learning in Atrial Fibrillation"
Principal Investigator: Sanjiv Narayan, MD PhD
Study Goals: To identify electrical and structural characteristics of AF to predict long-term outcomes using ML approaches"
Role: Co-investigator

Exhibit A
Page 8

**Completed**

**Apple Heart Study**
"The Apple Heart Study"
Co-Principal Investigators: Marco Perez, MD, Mintu Turakhia, MD
Study Goals: To measure the ability of the Apple watch to detect new onset atrial fibrillation using long-term intermittent photoplethysmogram monitoring.
Role: Co-PI: Designed the project and will analyze and interpret results of the study.


**American Heart Association – Fellow to Faculty Award**                    2011-2016
 "Genetic Determinants of Atrial Fibrillation in a Multiethnic Cohort of Post-Menopausal Women"
Principal Investigator: Marco Perez, MD
Role: PI
Study Goals: To identify genetic determinants of atrial fibrillation in a cohort of African American and Hispanic patients in the Women's Health Initiative and collaborating cohorts.
Role:  Designed the project and will analyze and interpret the results of this study.  Responsible for reporting the findings at national meetings and in peer-reviewed journals.

**Robert Wood Johnson - Harold Amos Medical Faculty Development Program**     2013-2017
 "Network Analysis of Genomic Variation and Gene Expression Associated with Atrial Fibrillation"
Principal Investigator: Marco Perez, MD
Role: PI
Study Goals: To identify gene networks associated with atrial fibrillation based on gene expression measured from RNA sequencing of atrial tissue extracted during cardiac surgery.
Role: Designed the project and will analyze and interpret the results of this study.

**Weston Havens Foundation Grant** Perez (PI)                    2017-2018
"Novel role for hypocretin receptor 2 in Regulating Ventricular Function"
Study Goals: To identify novel small molecules that activate hypocretin receptor 2 and improve cardiac function.
Role: PI

**NIH Loan Repayment Program Award**                    2010-2018
"Genetic Determinants of Atrial Fibrillation"
Principal Investigator: Marco Perez, MD
Role: PI
Study Goals: To identify genetic determinants of atrial fibrillation in a cohort of African American and Hispanic patients in the Women's Health Initiative and collaborating cohorts.
Role of Candidate:  Dr. Perez designed the project and will analyze and interpret the results of this study. He will be responsible for reporting the findings at national meetings and in peer-reviewed journals.


**Stanford Cardiovascular Division Seed Grant**                    2016-2017
"Molecular and Genetic Mechanisms of Very Early Onset Atrial Fibrillation"
Principal Investigator: Marco Perez, MD
Study Goals: To identify novel genes linked to early onset atrial fibrillation through broad sequencing approaches.
Role: PI


**SPARK/SPECTRUM Grant** Perez (PI)                    2014-2017
"Novel role for hypocretin receptor 2 in Regulating Ventricular Function"
Study Goals: To identify novel small molecules that activate hypocretin receptor 2 and improve cardiac function.
Role: PI

**Gootter Foundation Grant**  Perez (PI)                                            7/1/2014 – 7/1/2015
"Electrocardiographic differences between patients with hypertrophic cardiomyopathy and athletes"
Study Goals: To identify the electrocardiographic characteristics that best distinguish patients with
hypertrophic cardiomyopathy and athletes undergoing preparticipation sports screening.
Role: PI


**Stanford Cardiovascular Institute**                                             2013-2014
"Genetic Variation Near *HCRTR2* is Associated with Dramatic Improvement of Heart Function in Patients
with Heart Failure".
Principal Investigator: Marco Perez, MD
Role: PI
Study Goals:  To identify the mechanistic link between *HCRTR2* and response to medical therapy in
patients with heart failure.


**NIH/NHLIBI 1R01DK095024-01A1**                                    8/1/2012-05/31/2013
 "The Atrial Fibrillation - Factor Identification to Risk Modification Study in Hemodialysis Study"
Principal Investigator: Wolfgang Winkelmayer, MD
Role: Co-Investigator
Goal: To study the risk factors associated with development of atrial fibrillation in patients with end-stage
renal disease undergoing hemodialysis.
Role of Candidate: Dr. Perez will take charge of studying the electrocardiographic determinants of AF in
this study population.


## STUDENTS/TRAINEES MENTORED

| Dates | Name | Role | Current Position |
|---|---|---|---|
| 2008-2011 | Narmadan Kuramasami | Research Advisor | Oncology Fellow |
| 2007-2010 | Maneesh Singh | Research Advisor | Gastroenterology Flw |
| 2012-2014 | Farnaz Azarbal | Research Advisor | Cardiology Fellow |
| 2013-2015 | Rachel Bent | Research Advisor | Medical Student |
| 2014-2016 | Simon Ermakov | Research Advisor | Cardiology Fellow |
| 2015-2017 | Fatima Rodriguez | Research Advisor | Assistant Professor |
| 2016- | Alvin Chen | Research Advisor | Medical Resident |
| 2016- | Justin Parizo | Research Advisor | Cardiology Fellow |
| 2016- | Daniel Gerber | Research Advisor | Cardiology Fellow |
| 2017- | James Tooley | Research Advisor | Medical Resident |


## PEER-REVIEWED PUBLICATIONS

### Journal Articles

1. Benjamin EJ, Go AS, Desvigne-Nickens P, Anderson CD, Casadei B, Chen LY, Crijns HJGM,
   Freedman B, Hills MT, Healey JS, Kamel H, Kim D-Y, Link MS, Lopes RD, Lubitz SA, McManus
   DD, Noseworthy PA, **Perez MV**, Piccini JP, Schnabel RB, Singer DE, Tieleman RG, Turakhia
   MP, Van Gelder IC, Cooper LS and Al-Khatib SM. Research Priorities in Atrial Fibrillation
   Screening. *Circulation*. 2021;143:372-388.
2. Giacomazzi C, Diaz R, Syrop I, **Perez M**, Froelicher VF, Fredericson M., Palpitations in an Elite
   Running Athlete: When to Run Through the Beat? A Case Report. *Curr Sports Med* Rep. 2021
   Feb 1;20(2):84-86.
3. Sanchis-Gomar F, Lavie CJ, **Perez MV**. Consumer wearable technologies to identify and monitor
   exercise-related arrhymias in athletes. *Curr Opin Cardiol*. 36(1):10-16, 2021.

4.  Tarakji KG, Silva JNA, Chen LY, Turakhia MP, **Perez MV,** Attia ZI, Passman R, Boissy A, Cho DJ, Majmudar M, Mehta N, Wan EY, Chung MK. Digital Health and the Care of the Arrhythmia Patient; What Every Electrophysiologist Needs to Know. *Circ Arrhythm Electrophysiol*. 2020

5.  Weng LC, Hall AW, Choi SH, Jurgens SJ, Haessler J, Bihlmeyer NA, Grarup N, Lin H, Teumer A, Li-Gao R, Yao J, Guo X, Brody JA, Müller-Nurasyid M, Schramm K, Verweij N, van den Berg ME, van Setten J, Isaacs A, Ramírez J, Warren HR, Padmanabhan S, Kors JA, de Boer RA, van der Meer P, Sinner MF, Waldenberger M, Psaty BM, Taylor KD, Völker U, Kanters JK, Li M, Alonso A, **Perez MV**, Vaartjes I, Bots ML, Huang PL, Heckbert SR, Lin HJ, Kornej J, Munroe PB, van Duijn CM, Asselbergs FW, Stricker BH, van der Harst P, Kääb S, Peters A, Sotoodehnia N, Rotter JI, Mook-Kanamori DO, Dörr M, Felix SB, Linneberg A, Hansen T, Arking DE, Kooperberg C, Benjamin EJ, Lunetta KL, Ellinor PT, Lubitz SA. Genetic Determinants of Electrocardiographic P-Wave Duration and Relation to Atrial Fibrillation. *Circ Genom Precis Med*. 2020 Oct;13(5):387-395.

6.  Sanchis-Gomar F, Lavie CJ, Morin DP, Perez-Quilis C, Laukkanen JA, **Perez MV**. Amiodarone in the COVID-19 Era: Treatment for Symptomatic Patients Only, or Drug to Prevent Infection? *Am J Cardiovasc Drugs*. 2020 Oct;20(5):413-418.

7.  Shoemaker MB, Shah RL, Roden DM, **Perez MV**. How will genetics inform the clinical care of atrial fibrillation? (In press, *Circ Res.*, 2020)

8.  Daniel A. Gerber, Ann M. Dubin, Scott R. Ceresnak, Kara S. Motonaga, Margaret Bussineau, Kyla Dunn, Colleen Caleshu, M. Benjamin Shoemaker, Steven A. Lubitz, **Marco V. Perez.** Structural Abnormalities on Cardiac MRI in Patients with Catecholaminergic Polymorphic Ventricular Tachycardia.    (in press,    *J of American Coll of Card: Clinical Electrophysiology*, 2020).

9.  Feeny AK, Chung MK, Madabhushi A, Attia ZI, Cikes M, Firouznia M, Friedman PA, Kalscheur MM, Kapa S, Narayan SM, Noseworthy PA, Passman RS, **Perez MV**, Peters NS, Piccini JP, Tarakji KG, Thomas SA, Trayanova NA, Turakhia MP, Wang PJ. Artificial Intelligence and Machine Learning in Arrhythmias and Cardiac Electrophysiology. (in press, Circ Arrhythm Electrophysiol. 2020 Jul 6).

10. O'Sullivan JW, Grigg S, Crawford W, Turakhia MP, **Perez M**, Ingelsson E, Wheeler MT, Ioannidis JPA, Ashley EA.  Accuracy of Smartphone Camera Applications for Detecting Atrial Fibrillation: A Systematic Review and Meta-analysis.  JAMA Netw Open. 2020 Apr 1;3(4):e202064.

11. Leischik R, Strauss M, Horlitz M, Pareja-Galeano H, de la Guía-Galipienso F, Lippi G, Lavie CJ, **Perez MV**, Sanchis-Gomar F.  Exercise-induced right ventricular injury or arrhythmogenic cardiomyopathy (ACM): The bright side and the dark side of the moon. (in press) Prog Cardiovasc Dis. 2020

12. Roberts JD, Asaki SY, Mazzanti A, Bos JM, Tuleta I, Muir AR, Crotti L, Krahn AD, Kutyifa V, Shoemaker MB, Johnsrude CL, Aiba T, Marcondes L, Baban A, Udupa S, Dechert B, Fischbach P, Knight LM, Vittinghoff E, Kukavica D, Stallmeyer B, Giudicessi JR, Spazzolini C, Shimamoto K, Tadros R, Cadrin-Tourigny J, Duff HJ, Simpson CS, Roston TM, Wijeyeratne YD, El Hajjaji I, Yousif MD, Gula LJ, Leong-Sit P, Chavali N, Landstrom AP, Marcus GM, Dittmann S, Wilde AAM, Behr ER, Tfelt-Hansen J, Scheinman MM, **Perez MV**, Kaski JP, Gow RM, Drago F, Aziz PF, Abrams DJ, Gollob MH, Skinner JR, Shimizu W, Kaufman ES, Roden DM, Zareba W, Schwartz PJ, Schulze-Bahr E, Etheridge SP, Priori SG, Ackerman MJ. An International Multicenter Evaluation of Type 5 Long QT Syndrome: A Low Penetrant Primary Arrhythmic Condition. Circulation. 2020 Feb 11;141(6):429-439.

13. Adler A, Novelli V, Amin AS, Abiusi E, Care M, Nannenberg EA, Feilotter H, Amenta S, Mazza D, Bikker H, Sturm AC, Garcia J, Ackerman MJ, Hershberger RE, **Perez MV,** Zareba W, Ware JS, Wilde AAM, Gollob MH. An International, Multicentered, Evidence-Based Reappraisal of Genes Reported to Cause Congenital Long QT Syndrome. Circulation. 2020 Feb 11;141(6):418-428.

14. **Perez MV**, Mahaffey KW, Hedlin H, Rumsfeld JS, Garcia A, Ferris T, Balasubramanian V, Russo AM, Rajmane A, Cheung L, Hung G, Lee J, Kowey P, Talati N, Nag D, Gummidipundi SE, Beatty A, Hills MT, Desai S, Granger CB, Desai M, Turakhia MP; Apple Heart Study Investigators.

Large-Scale Assessment of a Smartwatch to Identify Atrial Fibrillation. *N Engl J Med.* 2019 Nov 14;381(20):1909-1917

15. Roberts JD, Asaki SY, Mazzanti A, Bos JM, Tuleta I, Muir AR, Crotti L, Krahn AD, Kutyifa V, Shoemaker MB, Johnsrude CL, Aiba T, Marcondes L, Baban A, Udupa S, Dechert B, Fischbach P, Knight LM, Vittinghoff E, Kukavica D, Stallmeyer B, Giudicessi JR, Spazzolini C, Shimamoto K, Tadros R, Cadrin-Tourigny J, Duff HJ, Simpson CS, Roston TM, Wijeyeratne YD, El Hajjaji I, Yousif MD, Gula LJ, Leong-Sit P, Chavali N, Landstrom AP, Marcus GM, Dittmann S, Wilde AAM, Behr ER, Tfelt-Hansen J, Scheinman MM, **Perez MV**, Kaski JP, Gow RM, Drago F, Aziz PF, Abrams DJ, Gollob MH, Skinner JR, Shimizu W, Kaufman ES, Roden DM, Zareba W, Schwartz PJ, Schulze-Bahr E, Etheridge SP, Priori SG, Ackerman MJ. An International Multi-Center Evaluation of Type 5 Long QT Syndrome: A Low Penetrant Primary Arrhythmic Condition. *Circulation.* In Press 2019.

16. Goodyer WR, Dunn K, Caleshu C, Jackson M, Wylie J, Moscarello T, Platt J, Reuter C, Smith A, Trela A, Ceresnak SR, Motonaga KS, Ashley E, Yang P, Dubin AM, **Perez M**. Broad Genetic Testing in a Clinical Setting Uncovers a High Prevalence of Titin Loss-of-Function Variants in Very Early-Onset Atrial Fibrillation. *Circ Genom Precis Med.* 2019 Oct 22

17. Kooreman Z, Giraldeau G, Finocchiaro G, Kobayashi Y, Wheeler M, **Perez M**, Moneghetti K, Oxborough D, George KP, Myers J, Ashley E, Haddad F. Athletic Remodeling in Female College Athletes: The "Morganroth Hypothesis" Revisited. *Clin J Sport Med.* 2019 May;29(3):224-231

18. Tikkanen E, Gustafsson S, Knowles JW, **Perez M**, Burgess S, Ingelsson E. Body composition and atrial fibrillation: a Mendelian randomization study. *Eur Heart J.* 2019 Apr 21;40(16):1277-1282.

19. Tooley J, Ouyang D, Hadley D, Turakhia M, Wang P, Ashley E, Froelicher V, **Perez M.,** Comparison of QT Interval Measurement Methods and Correction Formulas in Atrial Fibrillation. *Am J Cardiol.*  2019 Jun 1;123(11):1822-1827.

20. Harati H, Zanetti D, Rao A, Gustafsson S, **Perez M**, Ingelsson E, Knowles JW. No evidence of a causal association of type 2 diabetes and glucose metabolism with atrial fibrillation. Diabetologia. 2019 May;62(5):800-804.

21. Mintu P. Turakhia MD MAS, Manisha Desai PhD, Haley Hedlin PhD, Amol Rajmane MD MBA, Nisha Talati MBA, Todd Ferris MD MS, Sumbul Desai MD, Divya Nag, Mithun Patel MD, Peter Kowey MD, John S. Rumsfeld MD PhD, Andrea M. Russo MD, Mellanie True Hills1, Christopher B. Granger MD, Kenneth W. Mahaffey MD, **Marco V. Perez MD**, Rationale and design of a large-scale app-based study to identify cardiac arrhythmias using a smartwatch: The Apple Heart Study, *American Heart Journal* 2019;207:66-75.

22. Boursiquot BC, Larson JC, Shalash OA, Vitolins MZ, Soliman EZ, **Perez MV**. Vitamin D with calcium supplementation and risk of atrial fibrillation in postmenopausal women. *Am Heart J.* 2019 Mar 13;209:68-78

23. Seung-Pyo Lee, MD, PhD, Euan A. Ashley MRCP, DPhil, Colleen Caleshu, MS, Eric M. Green, MD, PhD, Daniel Jacoby, MD, Steve D. Colan, MD, Alexandre Pereira, MD, Sharlene M. Day, MD, Francesca Girolami, BSc, Iacopo Olivotto, MD, Michelle Michels, MD, PhD, Carolyn Y. Ho, **Marco V. Perez, MD**, Incident Atrial Fibrillation is Associated with MYH7 Sarcomeric Gene Variation in Hypertrophic Cardiomyopathy, *Circulation Heart Failure* 2018 11(9):e005191.

24. Bihlmeyer, N. A., Brody, J. A., Smith, A., Warren, H. R., Lin, H., Isaacs, A., Liu, C., Marten, J., Radmanesh, F., Hall, L. M., Grarup, N., Mei, H., Muller-Nurasyid, M., Huffman, J. E., Verweij, N., Guo, X., Yao, J., Li-Gao, R., van den Berg, M., Weiss, S., Prins, B. P., van Setten, J., Haessler, J., Lyytikainen, L., Li, M., Alonso, A., Soliman, E. Z., Bis, J. C., Austin, T., Chen, Y., Psaty, B. M., Harrris, T. B., Launer, L. J., Padmanabhan, S., Dominiczak, A., Huang, P. L., Xie, Z., Ellinor, P. T., Kors, J. A., Campbell, A., Murray, A. D., Nelson, C. P., Tobin, M. D., Bork-Jensen, J., Hansen, T., Pedersen, O., Linneberg, A., Sinner, M. F., Peters, A., Waldenberger, M., Meitinger, T., Perz, S., Kolcic, I., Rudan, I., de Boer, R. A., van der Meer, P., Lin, H. J., Taylor, K. D., de Mutsert R., Trompet, S., Jukema, J., Maan, A. C., Stricker, B. C., Rivadeneira, F., Uitterlinden, A., Volker, U., Homuth, G., Volzke, H., Felix, S. B., Mangino, M., Spector, T. D., Bots, M. L., **Perez, M.,** Raitakari, O. T., Kahonen, M., Mononen, N., Gudnason, V., Munroe, P. B., Lubitz, S. A., van

Duijn, C. M., Newton-Cheh, C. H., Hayward, C., Rosand, J., Samani, N. J., Kanters, J. K., Wilson, J. G., Kaab, S., Polasek, O., van der Harst, P., Heckbert, S. R., Rotter, J. I., Mook-Kanamori, D. O., Eij-Gelsheim, M., Dorr, M., Jamshidi, Y., Asselbergs, F. W., Kooperberg, C., Lehtimaki, T., Arking, D. E., Sotoodehnia, N. ExomeChip-Wide Analysis of 95 626 Individuals Identifies 10 Novel Loci Associated With QT and JT Intervals. *Circulation Cardiovasuclar Genetics* 2018; 11 (1)

25. Pallisgaard JL, Brooks MM, Chaitman BR, Boothroyd DB, **Perez M**, Hlatky MA; Bypass Angioplasty Revascularization Investigation 2 Diabetes Study Group.. Thiazolidinediones and Risk of Atrial Fibrillation Among Patients with Diabetes and Coronary Disease. Am J Med. 2018 Jul;131(7):805-812.

26. Garg P, Oikonomopoulos A, Chen H, Li Y, Lam CK, Sallam K, **Perez M**, Lux RL, Sanguinetti MC, Wu JC. Genome Editing of Induced Pluripotent Stem Cells to Decipher Cardiac Channelopathy Variant. *J Am Coll Cardiol.* 2018 Jul 3;72(1):62-75

27. Prins BP, Mead TJ, Brody JA, Sveinbjornsson G, Ntalla I, Bihlmeyer NA, van den Berg M, Bork-Jensen J, Cappellani S, Van Duijvenboden S, Klena NT, Gabriel GC, Liu X, Gulec C, Grarup N, Haessler J, Hall LM, Iorio A, Isaacs A, Li-Gao R, Lin H, Liu CT, Lyytikäinen LP, Marten J, Mei H, Müller-Nurasyid M, Orini M, Padmanabhan S, Radmanesh F, Ramirez J, Robino A, Schwartz M, van Setten J, Smith AV, Verweij N, Warren HR, Weiss S, Alonso A, Arnar DO, Bots ML, de Boer RA, Dominiczak AF, Eijgelsheim M, Ellinor PT, Guo X, Felix SB, Harris TB, Hayward C, Heckbert SR, Huang PL, Jukema JW, Kähönen M, Kors JA, Lambiase PD, Launer LJ, Li M, Linneberg A, Nelson CP, Pedersen O, **Perez M**, Peters A, Polasek O, Psaty BM, Raitakari OT, Rice KM, Rotter JI, Sinner MF, Soliman EZ, Spector TD, Strauch K, Thorsteinsdottir U, Tinker A, Trompet S, Uitterlinden A, Vaartjes I, van der Meer P, Völker U, Völzke H, Waldenberger M, Wilson JG, Xie Z, Asselbergs FW, Dörr M, van Duijn CM, Gasparini P, Gudbjartsson DF, Gudnason V, Hansen T, Kääb S, Kooperberg C, Lehtimäki T, Lin HJ, Lubitz SA, Mook-Kanamori DO, Conti FJ, Newton-Cheh CH, Rosand J, Rudan I, Samani NJ, Sinagra G, Smith BH, Holm H, Stricker BH, Ulivi S, Sotoodehnia N, Apte SS, van der Harst P, Stefansson K, Munroe PB, Arking DE, Lo CW, Jamshidi Y. Exome-chip meta-analysis identifies novel loci associated with cardiac conduction, including ADAMTS6. *Genome Biol.* 2018 Jul 17;19(1):87

28. Parikh NI, Kapphahn K, Hedlin H, Olgin JE, Allison MA, Magnani JW, Ryckman KR, Waring ME, **Perez MV**, Howard BV. Effects of reproductive period duration and number of pregnancies on midlife ECG indices: a secondary analysis from the Women's Health Initiative Clinical Trial. *BMJ Open*. 2018 Aug 17;8(8):e019129.

29. Lin Y. Chen, MD, MS, Chair; Larry A. Allen, MD, MHS; Michael Ezekowitz, MBChB, DPhil; Karen L. Furie, MD,MPH; Pamela McCabe, PhD, RN; Peter A. Noseworthy, MD; **Marco V. Perez, MD**; Mintu P. Turakhia, MD, MAS; Mina K. Chung, MD, Vice Chair. Atrial Fibrillation Burden—Moving Beyond Atrial Fibrillation as a Binary Entity. May 15; 137(20):e623-e644. *Circulation*

30. Honghuang Lin, PhD; Jessica van Setten, PhD; Albert V Smith, PhD; Nathan A Bihlmeyer, BS; Helen R. Warren, PhD; Jennifer A Brody, BA....**Marco Perez, MD**...James G. Wilson, PhD; Patrick T. Ellinor, MD, PhD; Steven A. Lubitz, MD, MPH; Aaron Isaacs, PhD. Common and Rare Coding Genetic Variation Underlying the Electrocardiographic PR Interval. (98 authors total) *Circ Genom Precis Med* (in press 2018).

31. Alvin S. Chen, MD, Rachel E. Bent, BA, Matthew T. Wheeler, MD, PhD, Joshua W. Knowles, MD, PhD, Francois Haddad, MD, Victor Froelicher, MD, Euan Ashley, MRCP, DPhil, and **Marco V. Perez, MD**. Large Q and S waves in Lead III on the Electrocardiogram Distinguish Patients with Hypertrophic Cardiomyopathy from Athletes. *Heart* (in press, 2018)

32. Joao Mesquita, Sonny Bisla, Anson Lee, **Marco Perez**. Video-Assisted Thoracoscopic Surgery to displace the Phrenic Nerve during Endocardial Ablation of Right Atrial Tachycardia, *Heart Rhythm Case Reports* (in press, 2018)

33. Kooreman Z, Giraldeau G, Finocchiaro G, Kobayashi Y, Wheeler M, **Perez M**, Moneghetti K, Oxborough D, George KP, Myers J, Ashley E, Haddad F., Athletic Remodeling in Female College Athletes, the "Morganroth Hypothesis" Revisited. *Clin J Sport Med*. 2018 (in press).

34. Kobayashi Y, Wheeler M, Finocchiaro G, Ariyama M, Kobayashi Y, **Perez MV**, Liang D, Kuznetsova T, Schnittger I, Ashley E, Haddad F. Left atrial function and phenotypes in asymmetric hypertrophic cardiomyopathy. *Echocardiography*. 2017 Jun;34(6):843-850.

35. Kathleen F. Kerr, PhD, Christy L. Avery, PhD, MPH, Henry J. Lin, MD, Laura M. Raffield, PhD, Qian S. Zhang, BA, Brian L. Browning, PhD, Sharon R. Browning, PhD, Matthew P. Conomos, PhD, Stephanie M. Gogarten, PhD, Cathy C. Laurie, PhD, Tamar Sofer, PhD, Timothy A. Thornton, PhD, Chancellor Hohensee, MA, Rebecca D. Jackson, MD, Charles Kooperberg, PhD, Yun Li, PhD, Raul Méndez-Giraldez, PhD, **Marco V. Perez**, MD, Ulrike Peters, PhD, MPH,kk Alexander P. Reiner, MD, MSc, Zhu-Ming Zhang, MD, MPH, Jie Yao, MD, MS, Nona Sotoodehnia, MD, MPH, Kent D. Taylor, PhD, Xiuqing Guo, PhD, Leslie A. Lange, PhD, Elsayed Z. Soliman, MD, MSc, MS, James G. Wilson, MD, Jerome I. Rotter, MD, Susan. Genome-wide association study of heart rate and its variability in Hispanic/Latino cohorts. *Heart Rhythm* 2017 Nov;14(11):1675-1684

36. Ingrid E Christophersen, Michiel Rienstra, Carolina Roselli, Xiaoyan Yin, Bastiaan Geelhoed, John Barnard, Dan E Arking...**Marco Perez...**Susan R Heckbert, Emelia J Benjamin, Toshihiro Tanaka, Kathryn L Lunetta, Steven A Lubitz & Patrick T Ellinor (150 authors total).  Large-scale analyses of common and rare variants identify 12 new loci associated with atrial fibrillation. *Nature Genetics* 2017 Jun;49(6):946-952

37. Kiran Musunuru, Erik Ingelsson, Co-Myriam Fornage, Peter Liu, Anne M. Murphy, L. Kristin Newby, Christopher Newton-Cheh, **Marco V. Perez**, Deepak Voora, Daniel Woo. The Expressed Genome in Cardiovascular Diseases and Stroke: Refinement, Diagnosis, and Prediction.  A Scientific Statement From the American Heart Association. *Circ Cardiovasc Genet* 2017 Aug;10(4).

38. Sylvia Wassertheil-Smoller,  Aileen P. McGinn,  Lisa Martin,  Beatriz L. Rodriguez,  Marcia L. Stefanick, **Marco Perez**. The Associations of Atrial Fibrillation With the Risks of Incident Invasive Breast and Colorectal Cancer. *Am J Epidemiol* 185 (5):372-384, 2017.

39. Sharma S, Drezner JA, Baggish A, Papadakis M, Wilson MG, Prutkin JM, La Gerche A, Ackerman MJ, Borjesson M, Salerno JC, Asif IM, Owens DS, Chung EH, Emery MS, Froelicher VF, Heidbuchel H, Adamuz C, Asplund CA, Cohen G, Harmon KG, Marek JC, Molossi S, Niebauer J, Pelto HF, **Perez MV**, Riding NR, Saarel T, Schmied CM, Shipon DM, Stein R, Vetter VL, Pelliccia A, Corrado D.  International Recommendations for Electrocardiographic Interpretation in Athletes *J Am Coll Cardiol* 2017 Feb 28;69(8):1057-1075.

40. Drezner JA, Sharma S, Baggish A, Papadakis M, Wilson MG, Prutkin JM, Gerche A, Ackerman MJ, Borjesson M, Salerno JC, Asif IM, Owens DS, Chung EH, Emery MS, Froelicher VF, Heidbuchel H, Adamuz C, Asplund CA, Cohen G, Harmon KG, Marek JC, Molossi S, Niebauer J, Pelto HF, **Perez MV**, Riding NR, Saarel T, Schmied CM, Shipon DM, Stein R, Vetter VL, Pelliccia A, Corrado D. International criteria for electrocardiographic interpretation in athletes. *Br J Sports Med.* 2017 May;51(9):704-731

41. Sharma S, Drezner JA, Baggish A, Papadakis M, Wilson MG, Prutkin JM, La Gerche A, Ackerman MJ, Borjesson M, Salerno JC, Asif IM, Owens DS, Chung EH, Emery MS, Froelicher VF, Heidbuchel H, Adamuz C, Asplund CA, Cohen G, Harmon KG, Marek JC, Molossi S, Niebauer J, Pelto HF, **Perez MV**, Riding NR, Saarel T, Schmied CM, Shipon DM, Stein R, Vetter VL, Pelliccia A, Corrado D.  International recommendations for electrocardiographic interpretation in athletes.  Eur Heart J. 2018 Apr 21;39(16):1466-1480

42. Pan S, Cabral CS, Ashley EA, **Perez MV**. Orexin: A Missing Link Between Sleep Disorders and Heart Failure? *Curr Heart Fail Rep*. 2017 Apr;14(2):100-105.

43. Ullal AJ, Kaiser DW, Fan J, Schmitt SK, Than CT, Winkelmayer WC, Heidenreich PA, Piccini JP, **Perez MV**, Wang PJ, Turakhia MP. Safety and Clinical Outcomes of Catheter Ablation of Atrial Fibrillation in Patients With Chronic Kidney Disease. J Cardiovasc Electrophysiol. 2017 Jan;28(1):39-48.

44. James Rush Priest, Charles Gawad, Kristopher M. Kahlig, Joseph K. Yu, Thomas O'Hara, Patrick M. Boyle, Sridharan Rajamanie, Michael J. Clark, Sarah T. K. Garcia, Scott Ceresnaka, Jason Harris, Sean Boyle, Frederick E. Dewey, Lindsey Malloy-Walton, Kyla Dunn, Megan Grovea,

**Marco V. Perez**, Norma F. Neff, Richard Chen, Katsuhide Maeda, Anne Dubin, Luiz Belardinelli, John West, Christian Antolik, Daniela Macaya, Thomas Quertermous, Natalia A. Trayanova, Stephen R. Quakek, and Euan A. Ashley.   Early somatic mosaicism is a rare cause of long-QT syndrome. *Proc Natl Acad Sci U S A.* 2016 Oct 11;113(41):11555-11560.

45. Steven A. Lubitz, Jennifer A. Brody, Nathan A. Bihlmeyer, Carolina Roselli, Lu-Chen Weng, Ingrid Christophersen, Alvaro Alonso, Eric Boerwinkle, Richard A. Gibbs, Joshua C. Bis, NHLBI GO Exome Sequencing Project, L. Adrienne Cupples, Peter J. Mohler, Debbie A. Nickerson, Donna Muzny, **Marco V. Perez**, Bruce M. Psaty, Elsayed Z. Soliman, Nona Sotoodehnia, Kathryn L. Lunetta, Emelia J. Benjamin, Susan R. Heckbert, Dan E. Arking, Patrick T. Ellinor, Honghuang Lin. Whole Exome Sequencing in Atrial Fibrillation. *PLOS Genetics* Sep 2;12(9):e1006284, 2016.

46. Fatima Rodriguez, Marcia L. Stefanick, Philip Greenland, Elsayed Z. Soliman, JoAnn E. Manson, Nisha Parikh, Lisa W. Martin, Joseph C. Larson, Mark Hlatky, Rami Nassir, Crystal Cene, Beatriz Rodriguez, Christine Albert, **Marco V. Perez**. Racial and Ethnic Differences in Atrial Fibrillation Risk Factors and Predictors in Women: Findings from the Women's Health Initiative. *Am Heart J* 2016 Jun;176:70-7.

47. Pickham D, Hsu D, Soofi M, Goldberg JM, Saini D, Hadley D, **Perez M**, Froelicher VF. Optimizing QT Interval Measurement for the Preparticipation Screening of Young Athletes.Med Sci Sports Exerc. Sep;48(9):1745-50, 2016

48. Colleen Caleshu, Nadine A. Kasparian, Katharine S. Edwards, Laura Yeates, Christopher Semsarian, **Marco Perez**, Euan Ashley, Christian J. Turner, Joshua W. Knowles, Jodie Ingles. Interdisciplinary psychosocial care for families with inherited cardiovascular diseases. *Trends in Cardiovascular Medicine* 2016 Oct;26(7):647-53.

49. Ermakov S, Azarbal F, Stefanick ML, LaMonte MJ, Li W, Tharp KM, Martin LW, Nassir R, Salmoirago-Blotcher E, Albert CM, Manson JE, Assimes TL, Hlatky MA, Larson JC, **Perez MV.** The associations of leptin, adiponectin and resistin with incident atrial fibrillation in women. *Heart* Sep 1;102(17):1354-62, 2016.

50. Roberts JD, Hu D, Heckbert S, Alonso A, Dewland TA, Vittinghoff E, Liu Y, Psaty BM, Olgin JE, Magnani J, Huntsman S, Burchard EG, Arking DE, Bibbins-Domingo K, Harris TB, **Perez MV**, Ziv E, Marcus GM. Genetic Investigation into the Paradoxical Differential Risk of Atrial Fibrillation Among Black and Whites. *JAMA Cardiology* 2016 Jul 1;1(4):442-50.

51. Kristen K. Patton, MD, Chair; Patrick T. Ellinor, MD, PhD; Michael Ezekowitz, MBChB, DPhil, FAHA; Peter Kowey, MD, FAHA; Steven A. Lubitz, MD, MPH, FAHA; **Marco Perez, MD**; Jonathan Piccini, MD, FAHA; Mintu Turakhia, MD, MAS; Paul Wang, MD, FAHA; Sami Viskin, MD. Electrocardiographic Early Repolarization, A Scientific Statement From the American Heart Association. *Circulation.* Apr 12;133(15):1520-9, 2016.

52. Farnaz Azarbal, MD, Marcia L. Stefanick, PhD, Themistocles L. Assimes, MD, PhD, JoAnn E. Manson, MD, DrPH, Jennifer W. Bea, PhD, Wenjun Li, PhD, Mark A. Hlatky, MD, Joseph C. Larson, MS, Erin S. LeBlanc, MD, MPH, Christine M. Albert, MD, MPH, Rami Nassir, PhD, Lisa W. Martin, MD, **Marco V. Perez, MD**. Lean Body Mass and Risk of Incident Atrial Fibrillation in Post-Menopausal Women. *Eur Heart J* May 21;37(20):1606-13, 2016.

53. **Marco V. Perez, MD**, Aleksandra Pavlovic, BS, Ching Shang, PhD,  Matthew T. Wheeler, MD, PhD,  Clint L. Miller, PhD, Jing Liu, MD, Frederick E. Dewey, MD, PhD, Stephen Pan, MD, MS, Porama K. Thanaporn, MD, Devin Absher, PhD, Jeffrey Brandimarto, Heidi Salisbury, RN, MSN, Khin Chan, MD, Rupak D. Mukherjee, PhD, Roda P. Konadhode, PhD, Richard M Myers, PhD, Daniel Sedehi, MD, Thomas E. Scammell, MD, Thomas Quertermous, MD, Thomas Cappola, MD, ScM and Euan Ashley, MRCP, DPhil. Systems genomics identifies a key role for hypocretin/orexin receptor 2 in human heart failure. *J Am Coll Cardiol*  8;66(22):2522-33, 2015.

54. Giraldeau G, Kobayashi Y, Finocchiaro G, Wheeler M, **Perez M**, Kuznetsova T, Lord R, George KP, Oxborough D, Schnittger I, Froelicher V, Liang D, Ashley E, Haddad F., Gender Differences in Ventricular Remodeling and Function in College Athletes, Insights from Lean Body Mass Scaling and Deformation Imaging. Am J Cardiol. 2015 Sep 3. pii: S0002-9149(15)01853-6.

55. Dov Shiffman, **Marco V. Perez**, Lance A. Bare, Judy Z. Louie, Andre R. Arellano, James J. Devlin. Genetic risk for atrial fibrillation could motivate patient adherence to warfarin therapy: a cost effectiveness analysis. *BMC Cardiovascular Disorders* 2015; 15(1):104.

56. Bent, R. E., Wheeler, M. T., Hadley, D., Froelicher, V., Ashley, E., **Perez, M. V** Computerized Q wave dimensions in athletes and hypertrophic cardiomyopathy patients *Journal of Electrocardiography* 2015; 48 (3): 362-367

57. Vedant S Pargaonkar, MD; **Marco V Perez, MD**; Akash Jindal, BS; Maya B Mathur MS;Jonathan Myers, PhD; Victor F Froelicher, MD. A Long-Term Prognostic Study 1 of Early Repolarization with J wave Patterns on the Resting Electrocardiogram. *Annals Int. Medicine* 2015 Nov 17;163(10):747-55.

58. Michelle D. Schmiegelow, MD, Haley Hedlin, PhD, Rachel H. Mackey, MD, Lisa W. Martin, MD, Mara Z. Vitolins, DrMPH, Marcia . Stefanick, PhD, **Marco V. Perez, MD**, Matthew Allison, MD, MPH, Mark A. Hlatky, MD. Race/ethnicity, obesity, metabolic health and risk of cardiovascular disease in postmenopausal women. *J Am Heart Assoc.* 2015;4:e001695.

59. Rachel E. Bent, Matthew T. Wheeler, MD, PhD, David Hadley, PhD, Joshua W. Knowles, MD, PhD, Aleksandra Pavlovic, BS, Gherardo Finocchiaro, MD, Francois Haddad, MD, Heidi Salisbury, RN, MSN, Sarah Race RN, MSN, Yael Shmargad, BS, Gordon O. Matheson, MD, PhD, Nikhil Kumar, Divya Saini, Victor Froelicher, MD, Euan Ashley, MRCP, DPhil, and **Marco V. Perez, MD;** Systematic Comparison of Digital Electrocardiograms from healthy Athletes and Patients with Hypertrophic Cardiomyopathy, *J Am Coll Cardiol*, 2015 Jun 9;65(22):2462-3

*60.* Gherardo Finocchiaro, MD,Francois Haddad, MD,Joshua W. Knowles, MD, PHD,Colleen Caleshu, SCM, Aleksandra Pavlovic, BS, Julian Homburger, BS, Yael Shmargad, BS, Gianfranco Sinagra, MD, Emma Magavern, MD, Myo Wong, MD,k **Marco Perez, MD**, Ingela Schnittger, MD, Jonathan Myers, PHD, Victor Froelicher, MD, Euan A. Ashley, MD, DPHIL. Cardiopulmonary Responses and Prognosis in Hypertrophic Cardiomyopathy *J Am Coll Cardiol HF* 2015 May;3(5):408-418.

*61.* Tim P. Dunn, MD, David Pickham, PhD, RN, Sonya Aggarwal, BA, Divya Saini, Nikhil Kumar, Matthew T. Wheeler, MD, PhD, **Marco Perez, MD**, Euan Ashley, MRCP, DPhil and Victor F. Froelicher, MD Limitations of Current AHA Guidelines and Proposal of New Guidelines for the Preparticipation Examination of Athletes. *Clin J Sport Med* 2015 Nov;25(6):472-7.

62. Mintu P. Turakhia MD MAS, Aditya J. Ullal BA, Donald D. Hoang BA, Claire T. Than MPH, Jared D. Miller MD, Karen J. Friday MD, Marco V. **Perez MD**, James V. Freeman MD MPH, Paul Wang MD, Paul A. Heidenreich MD MSFeasibility of Extended Ambulatory ECG Monitoring to Identify Silent Atrial Fibrillation in High-Risk Patients: the Screening Study for Undiagnosed Atrial Fibrillation (STUDY-AF). Clinical Cardiology, 2015, May;38(5):285-92.

63. Priest JR, Ceresnak SR, Dewey FE, Malloy-Walton LE, Dunn K, Grove ME, **Perez MV**, Maeda K, Dubin AM, Ashley EA. Molecular diagnosis of long QT syndrome at 10 days of life by rapid whole genome sequencing. *Heart Rhythm.* 2014 Oct;11(10):1707-13.

64. Seyerle AA, Young AM, Jeff JM, Melton PE, Jorgensen NW, Lin Y, Carty CL, Deelman E, Heckbert SR, Hindorff LA, Jackson RD, Martin LW, Okin PM, **Perez MV**, Psaty BM, Soliman EZ, Whitsel EA, North KE, Laston S, Kooperberg C, Avery CL. Evidence of Heterogeneity by Race/Ethnicity in Genetic Determinants of QT Interval. *Epidemiology.* 2014 Nov;25(6):790-8.

65. Azarbal F, Stefanick ML, Salmoirago-Blotcher E, Manson JE, Albert CM, LaMonte MJ, Larson JC, Li W, Martin LW, Nassir R, Garcia L, Assimes TL, Tharp KM, Hlatky MA, **Perez MV**. Obesity, physical activity, and their interaction in incident atrial fibrillation in postmenopausal women. *J Am Heart Assoc.* 2014 Aug 20;3(4). pii: e001127. doi: 10.1161/JAHA.114.001127.

66. Pentti M. Rautaharju, MD, PHD, Zhu-Ming Zhang, MD, Mara Vitolins, PhD, **Marco Perez, MD,** Matthew A. Allison, MD, MPH, Philip Greenland, MD, Elsayed Z. Soliman, MD, MSc, MS. Electrocardiographic Repolarization-Related Variables as Predictors of Coronary Heart Disease Death in the Women's Health Initiative (WHI) Study. *Journal of Amer Heart Assoc* 2014 Jul 28;3(4).

67. Perino AC, Hoang DD, Holmes TH, Santangeli P, Heidenreich PA, **Perez MV**, Wang PJ, Turakhia MP. Association Between Success Rate and Citation Count of Studies of Radiofrequency

Catheter Ablation for Atrial Fibrillation: Possible Evidence of Citation Bias. *Circ Cardiovasc Qual Outcomes* 2014; 7(5):687-692.

68. Latent obstruction and left atrial size are predictors of clinical deterioration leading to septal reduction in hypertrophic cardiomyopathy. Finocchiaro, G., Haddad, F., Pavlovic, A., Sinagra, G., Schnittger, I., Knowles, J. W., **Perez, M**., Magavern, E., Myers, J., Ashley, E. *Journal of cardiac failure* 2014; 20 (4): 236-243.

69. Wong, J., Lobato, R., Pinesetts, A., Maxwell, B., Mora-Mangano, C., **Perez, M.** P-wave characteristics on routine preoperative ECG improve prediction of new-onset postoperative atrial fibrillation in cardiac surgery. *J Cardiothoracic Vasc Anesth*. 2014; 28(6):1497-504.

70. Hlatky MA, Ray RM, Burwen DR, Margolis KL, Johnson KC, Kucharska-Newton A, Manson JE, Robinson JG, Safford MM, Allison M, Assimes TL, Bavry AA, Berger J, Cooper-Dehoff RM, Heckbert SR, Li W, Liu S, Martin LW, **Perez MV**, Tindle HA, Winkelmayer WC, Stefanick ML. Use of Medicare Data to Identify Coronary Heart Disease Outcomes in the Women's Health Initiative. *Circ Cardiovasc Qual Outcomes*. 2014; 7(1):157-62.

71. Muramoto D, Yong CM, Singh N, Aggarwal S, **Perez M**, Ashley E, Hadley D, Froelicher V. Patterns and prognosis of all components of the J-wave pattern in multiethnic athletes and ambulatory patients. *Am Heart J*. 2014 Feb;167(2):259-66.

72. Heidenreich, P. A., Lin, S., Knowles, J. W., **Perez, M.,** Maddox, T. M., Ho, M. P., Rumsfeld, J. S., Sahay, A., Massie, B. M., Tsai, T. T., Witteles, R. M., Variation in Use of Left Ventriculography in the Veterans Affairs Health Care System *Circ Cardiovasc Qual Outcomes*. 2013; 6 (6): 687-693

73. Farnaz Azarbal, Maneesh H. Singh, Gherardo Finocchiaro, Vy-Van Le, Ingela Schnittger, Paul Wang, Jonathan Myers, Euan A. Ashley, **Marco V. Perez**. Exercise Capacity and Paroxysmal Atrial Fibrillation in Patients with Hypertrophic Cardiomyopathy, Heart 2014; 100(8):624-630.

74. Finocchiaro G, Knowles JW, Pavlovic A, **Perez M**, Magavern E, Sinagra G, Haddad F, Ashley E, Prevalence and Clinical Correlates of Right Ventricular Dysfunction in Patients With Hypertrophic Cardiomyopathy, *Am J Cardiol*, Epub 2013 Oct 4

75. Park S, Wang PJ, Zei PC, Hsia HH, Turakhia M, **Perez M**, Al-Ahmad A. Pacemaker Therapy in Atrial Fibrillation. J Cardio Vasc Med. 2013. 1: 1-7.

76. **Marco V. Perez,  MD**, Thomas J. Hoffmann, PhD  , Hua Tang, PhD, Timothy Thornton, PhD, Marcia L. Stefanick, PhD, FAHA, Joseph C. Larson, MS, Charles Kooperberg, PhD, Alex P. Reiner, MD, MPH, Bette Caan, DrPH, Carlos Iribarren, MD, MPH, PhD, Neil Risch, PhD, African-American race but not genome-wide African ancestry is negatively associated with atrial fibrillation among postmenopausal women, *American Heart Journal* 2013;166(3):566-572.

77. Zhu-ming Zhang, MD, MPH, Pentti M. Rautaharju MD, PhD, Elsayed Z. Soliman, MD, MSc, MS, JoAnn E. Manson, MD, DrPH, Lisa W Martin, MD, **Marco Perez, MD**, Mara Vitolins, PhD, Ronald J. Prineas, MB, BS, PhD, Different Patterns of Bundle Branch Blocks and Risk of Incident Heart Failure in the Women's Health Initiative. *Circulation Heart Failure* 6:655-661, 2013.

78. **Perez MV**, Froelicher VF, J wave patterns and their Prognostic Value in African-Americans. *JECG,* 46(5):442-5, 2013.

79. Yong CM, **Perez MV**, Froelicher VF Prognostic Implications of the Jwave/slur ECG Patterns. *JECG,* 46(5):408-10, 2013.

80. **Marco V. Perez, MD**; Paul J. Wang, MD; Joseph C. Larson, MS; Elsayed Z. Soliman, MD, MSc, MS; Marian Limacher, MD; Beatriz Rodriguez, MD, MPH, PhD; Liviu Klein, MD; JoAnn E. Manson, MD, DrPH; Lisa W. Martin, MD, FACC; Ronald Prineas, PhD, MRCP, FACC; Stephanie Connelly, MD, MPH; Mark Hlatky, MD;  Sylvia Wassertheil-Smoller, PhD, FAHA; Marcia L. Stefanick, PhD  Risk Factors for Atrial Fibrillation and their Population Burden in Postmenopausal Women: The Women's Health Initiative Observational Study  *Heart* 2013 Aug;99(16):1173-8.

81. JoEllyn M. Abraham, MD, Joseph Larson, MS, Mina K. Chung, MD, Anne B. Curtis, MD, Kamakshi Lakshminarayan, MD, PhD, Jonathan D. Newman, MD, MPH, **Marco Perez, MD**, Kathryn Rexrode, MD, Nawar Shara, MS, PhD, Allen J. Solomon, MD, Marcia L. Stefanick, PhD, James C. Torner, MD, Bruce L. Wilkoff, MD and Sylvia Wassertheil-Smoller, PhD. Does

CHA2DS2-VASc improve stroke risk stratificationin postmenopausal women with atrial fibrillation? *American J Medicine,* 2013 Dec; 126(12):1143.e1-8.

82. **Marco V. Perez**, MD; Paul J. Wang, MD; Joseph C. Larson, MS; Barbara Cochrane, PhD, RN, FAAN; J. David Curb, MD; Liviu Klein, MD; JoAnn E. Manson, MD, DrPH; Lisa W. Martin, MD, FACC; Jennifer Robinson, MD, PhD; Sylvia Wassertheil-Smoller, PhD, FAHA; Marcia L. Stefanick, PhD. Effects of Postmenopausal Hormone Therapy on incident Atrial Fibrillation: The Women's Health Initiative Randomized Controlled Trials. *Circulation: Arrhythmia and Electrophysiology* 5(6):1108-16, 2012.

83. Karim Sallam MD, Abhimanyu Uberoi MD MS, Nikhil A. Jain, **Marco Perez MD**, Euan Ashley MRCP Dphil, Victor Froelicher, MD, FACC. Prognostic implications of Q waves and T wave Inversion associated with Early Repolarization. *Mayo Clinical Proceedings* 87(7):614-619, 2012.

84. Santangeli P, Di Biase L, Burkhardt DJ, Horton R, Sanchez J, Bai R, Pump A, **Perez M**, Wang PJ, Natale A, Al-Ahmad A. Catheter ablation of atrial fibrillation: state-of-the-art techniques and future perspectives. *J Cardiovasc Med* 2012; 13 (2): 108-24

85. Ronald M. Witteles MD, Joshua W. Knowles MD,PhD, **Marco Perez MD,** William M. Morris BS, Claire M. Spettell PhD, Troyen A. Brennan MD,JD,MPH, Paul A. Heidenreich MD,MS, Use and Overuse of Left Ventriculography, *American Heart J* 2012 Apr;163(4):617-23.e1

86. **Marco V. Perez MD**, Abhimanyu Uberoi MD MS, Nikhil A. Jain, Euan Ashley MRCP Dphil, Mintu P. Turakhia MD MAS, Victor Froelicher MD FACC. The Prognostic Value of Early Repolarization in African Americans. *HeartRhythm* Apr; 9(4):558-65, 2012.

87. S. Pan, F. E. Dewey, **M. V. Perez**, J. W. Knowles, R. Chen, A. J. Butte, and E. A. Ashley, "Personalized Medicine and Cardiovascular Disease: From Genome to Bedside," *Current Cardiovascular Risk Reports*, vol. 5, pp. 542–551, 2011.

88. Abhimanyu Uberoi MD, MS, Nikhil A. Jain BS, **Marco Perez MD**, Anthony Weinkopff BS, Euan Ashley MRCP Dphil, David Hadley, PhD, Mintu P. Turakhia MD MAS, Victor Froelicher MD, Early Repolarization in an Ambulatory Clinical Population. *Circulation* 2011, Nov 15;124(20):2208-14.

89. Troy Leo, MD, Abhimanyu Uberoi, MD, MS, Nikhil A. Jain, Daniel Garza, MD, Shilpy Chowdhury, MD, MPH, James V. Freeman, MD, MPH, **Marco Perez, MD**, Euan Ashley, MRCP, Dphil, and Victor Froelicher, MD. The Impact of ST Elevation on Athletic Screening. *Clin J Sport Med* 2011. 21: 5: 433-40

90. Abhimanyu Uberoi MD MS, Ricardo Stein MD ScD, **Marco V. Perez MD**, James Freeman MD MPH, Matthew Wheeler MD PhD, Frederick Dewey MD, Roberto Peidro MD, David Hadley PhD, Jonathan DreznerMD, Sanjay Sharma FRCP, Antonio Pelliccia MD, Domenico Corrado MD, Josef Niebauer MD PhD MBA, N.A. Mark Estes III MD, Euan Ashley MRCP DPhil, Victor Froelicher MD, Interpretation of the electrocardiogram of young athletes. *Circulation,* 2011 124(6):669-71.

91. **Perez, M.**, Kumarasamy, N., Owens, D., Wang, P., Hlatky, M. Cost-Effectiveness of Genetic Testing in Family Members of Patients with Long QT Syndrome. *Circulation: Cardiovascular Quality and Outcomes*, 2011 Jan 1;4(1):76-84.

92. Frederick E. Dewey MD, **Marco V. Perez MD**, Matthew T. Wheeler MD PhD, Clifton Watt MD, Joshua Spin, MD PhD, Robert Tibshirani PhD, Peter Langfelder PhD, Stephen Horvath hD, Sridhar Hannenhalli PhD, Thomas P. Cappola MD MSc, Euan A. Ashley MRCP DPhil. Gene Coexpression Network Topology of Cardiac Development, Hypertrophy and Failure. *Circulation: Cardiovascular Genetics*, 2011 1;4(1):26-35.

93. **Perez MV**, Al-Ahmad AA, Wang PJ, Turakhia MP. Inappropriate Pacing in a Patient with Managed Ventricular Pacing (MVP): What is the Cause? *Heart Rhythm,* 2010. 7(9):1336-7.

94. Le VV, Wheeler MT, Mandic S, Dewey F, Fonda H, **Perez M**, Sungar G, Garza D, Ashley EA, Matheson G, Froelicher V. Addition of the electrocardiogram to the preparticipation examination of college athletes. *Clin J Sport Med*. 2010 Mar;20(2):98-105.

95. **Perez, M.,** Dewey, F., Tan, S., Myers, J., Froelicher, V.: Added Value of a Resting ECG Neural Network that Predicts Cardiovascular Mortality. *Annals of Noninvasive Electrocardiography*, 2009; 14(1):26-34.

96. **Marco V. Perez**, M.D.; Frederick E. Dewey; Rachel Marcus, M.D.; Euan A. Ashley MRCP, DPhil, M.D.; Amin A. Al-Ahmad, M.D.; Paul J. Wang, M.D.; Victor F. Froelicher, M.D., FACC: Electrocardiographic Predictors of Atrial Fibrillation. *American Heart Journal,* 2009; 158: 622-8.

97. **Marco Perez**, Holly Fonda, Vy-Van Le, Rick Dewey, Teferi Mitiku, Matt Wheeler, Jeremiah Ray, James Freeman, Euan Ashley and Vic Froelicher: Adding an Electrocardiogram to the Pre-Participation Exam in Competitive Athletes: A Systematic Review. *Current Problems in Cardiology*. 2009. Dec; 34(12):586-662

98. **Perez, M**., Wheeler, M., Ho, M., Pavlovic, A., Wang, P.: Ashley, E. Genetics and Arrhythmias: Discovering Disease Pathways Beyond Ion Channels. *Journal of Cardiovascular Translational Research*, 2008 1:155-165.

99. **Perez, M.V**., Yaw TS, Myers J, Froelicher VF.: Prognostic value of the computerized ECG in Hispanics. *Clinical Cardiology*, 2007. **30**(4): p. 189-94

100. Vy-Van Le, **Marco Perez,** Matthew Wheeler, Jonathan Myers, Ingela Schnittger, Euan Ashley.  Mechanisms of Exercise Intolerance in Patients with Hypertrophic Cardiomyopathy. *American Heart Journal*, 2009 Sep;158(3):e27-34.

*101.* Kapoor JR, Gienger AL, Ardehali R, Varghese R, **Perez MV**, Sundaram V, McDonald KM, Owens DK, Hlatky MA, Bravata DM.  Isolated disease of the proximal left anterior descending artery comparing the effectiveness of percutaneous coronary interventions and coronary artery bypass surgery. *JACC Cardiovasc Interv*. 2008 Oct;1(5):483-91.

102. Dena M. Bravata, MD, MS; Allison L. Gienger, BA; Kathryn M. McDonald, MM; Vandana Sundaram, MPH; **Marco V. Perez, MD**; Robin Varghese, MD, MS; John R. Kapoor, MD, PhD; Reza Ardehali, MD, PhD; Douglas K. Owens, MD, MS; and Mark A. Hlatky, MD. Systematic Review: The Comparative Effectiveness of Percutaneous Coronary Interventions and Coronary Artery Bypass Graft Surgery. *Ann Int Med,* 2007. 147(10):732-4

103. Dewey, Frederick; **Perez, Marco**: Hadley, David; Freeman, James; Wang,  Paul; Ashley, Euan; Myers, Jonathan; Froelicher, Victor: Statin use and ventricular arrhythmias during clinical treadmill testing. *J Cardiovasc Electrophysiol*. 2009 Feb;20(2):193-9.

104. Haddad, F., **Perez, M.,** et al., Giant coronary aneurysms in heart transplantation: an unusual presentation of cardiac allograft vasculopathy. *J Heart Lung Transplant*, 2006. **25**(11): p. 1367-70.

105. Grossman, S.R., **Perez, M**., Kung AL, Joseph M, Mansur C, Xiao ZX, Kumar S, Howley PM, Livingston DM. p300/MDM2 complexes participate in MDM2-mediated p53 degradation. *Molecular Cell*, 1998. **2**(4): p. 405-15.

## NON PEER-REVIEWED PUBLICATIONS

### Invited Editorials

1. **Perez, MV;** Ashley, EA, Taming Rare Variation with Known Biology in Long QT Syndrome, *Circulation Genetics* 2013 Jun;6(3):227-9.

### Letters to the Editor

1. Turakhia MP, Desai M, **Perez MV**; Apple Heart Study Investigators. A Smartwatch to Identify Atrial Fibrillation. Reply. *N Engl J Med*. 2020 Mar 5;382(10):975-976

2. Wong, J, Maxwell, B, **Perez, MV**, Reply to Van Oosten et al: "P-wave characteristics on routine preoperative electrocardiogram improve prediction of new-onset postoperative atrial fibrillation in cardiac surgery". *Journal of Cardiothoracic and Vascular Anesthesia*, 2015 Oct;29(5):e63-4.

3. **Perez MV**, Al-Ahmad AA, Wang PJ, Turakhia MP. Response to Letter by Dr. Subramanian: Inappropriate Pacing in a Patient with Managed Ventricular Pacing (MVP): What is the Cause? *Heart Rhythm,* 2010; 7(12):e3.

4. **Perez, M**., Froelicher, V.: Response to Letter by Drs. Dilaveris and Stefanadis: Electrocardiographic predictors of atrial fibrillation: Methodological considerations. *American Heart Journal*, 2010; 159:e5.

5. **Marco Perez, MD**; Victor Froelicher, From bedside to bench; *JECG* 46(2):114-115, 2013.

## Commentary

1. **Marco V. Perez,** Karen Friday, Victor Froelicher, Semantic Confusion: The Case of Early Repolarization and the J point. *The American J of Medicine*, 2012 Sep;125(9):843-4.

## Books

1. Reza Ardehali, **Marco Perez**, Paul Wang. *A Practical Handbook of Cardiovascular Medicine,* Blackwell Publishing. ISBN 978-1405180399

## Book Chapters

1. **Perez**, **M**. and A. Al-Ahmad, Role of Catheter Control Systems in Ablation of Ventricular Tachycardia, in *Ventricular Arrhythmias and Sudden Death*, P. Wang, Editor. 2008, Blackwell Publishing. ISBN 978-1-4051-6114-5

2. **Marco Perez,** MD, Henry Hsia, MD, Paul C. Zei, MD, Mintu Turakia, MD, Paul J. Wang, MD and Amin Al-Ahmad, MD.  Automatic Threshold measuring algorithms in *Pacemakers and Implantable Defibrillators: An Expert's Manual*. 2010, Cardiotext. ISBN 9780979016462

3. **Perez**, **M**. and Fellows, C: Emerging Technologies in Electrophysiology. in *Science Innovation Synergy*. 2006. Chicago.

4. Paul J. Wang, MD, Amin Al-Ahmad, MD, Henry H. Hsia, MD, Paul C. Zei, MD, PhD, Mintu Turakhia, MD, MAS, **Marco Perez, MD**, Christian S. Eversull, MD.  Intraprocedural Techniques: Angioscopy and Optical Mapping in *Cardiac Imaging in Electrophysiology* 2012, Springer. ISBN 978-1-84882-485-0.

5. Paul J. Wang, MD, Amin Al-Ahmad, MD, Henry H. Hsia, MD, Paul C. Zei, MD, PhD, Mintu Turakhia, MD, MAS, **Marco Perez, MD**, Timing Cycles of Implantable Devices in Clinical Cardiac Pacing, Defibrillation, and Resynchronization Therapy, 4th Ed., Elsevier Science 2012. ISBN 978-1-4377-1616-0

6. John Evans, Karin Chia, Mintu P. Turakhia, Henry Hsia, Paul Zei, **Marco V. Perez**, Paul J. Wang, Amin Al-Ahmad, Radiologic Aspects of Implantable Device Systems, *Interventional Cardiac Electrophysiology*, Cardiotext 2014.  ISBN 978-0-9790164-8-6

7. **Marco V. Perez,** Amin Al-Ahmad, Andrea Natale, How to Perform Pulmonary Vein Antrum Isolation for Atrial Fibrillation, *Hands-On Ablation*, Cardiotext 2014. ISBN 978-1-935395-24-9

8. Ronald Jones, **Marco V. Perez**, Clinical Management of the Inherited Cardiac Arrhythmias. Encyclopedia of Cardiovascular Research and Medicine, Elsevier 2017, ISBN 9780128096574.

## Honors Theses

1. **Perez**, **M**. A Tripartite mdm2/p53/p300 complex that may regulate p53 degradation, in Molecular Biology. 2001, Harvard Medical School: Boston.

2. **Perez**, **M**. The Role of Tetrahydrobiopterin in Endothelial Nitric Oxide Synthase Catalysis and L-arginine Binding, in Department of Biochemical Sciences. 1996, Harvard University: Cambridge. p. 39

## INVITED TALKS

1. Perez, M., Dewey, F., Tan, S., Myers, J., Froelicher, V.: A Resting ECG Neural Network Predicts Cardiovascular Mortality.  American Heart Association, Chicago,  Circulation, Oct 2006; 114: II_427.

2. Perez, M., Dewey, F., Tan, S., Myers, J., Froelicher, V: Added Value of a Resting ECG Neural Network that Predicts Cardiovascular Mortality. American Heart Association, Orlando, 2007. Circulation, Oct 2007; 116: II_821

3. Marco V. Perez, Narmadan A. Kumarasamy, Douglas K Owens, Paul J Wang, Mark A. Hlatky: Cost-effectiveness of Genetic Testing in Family Members of Patients with Long QT Syndrome. American Heart Association,  New Orleans, Circulation, Oct 2008; 118: S_882.

4. Sex and Race in Cardiac Arrhythmias. Electrophysiology in the West. Monterrey, CA. 12/2010.

5. ICD Management of Inappropriate Shocks.  Instituto de Cardiologia Medicina Vascular, Monterrey, MEXICO. 8/2010

6. Novel Anticoagulants.  Instituto de Cardiologia Medicina Vascular, Monterrey, MEXICO. 8/2010

7. ICD Implantation and Defibrillation Threshold Testing, Device Management – Beyond the Basics for the EP Fellow Course, Scottsdale, Arizona, March 11, 2011

8. Antitachycardia Pacing, Device Management – Beyond the Basics for the EP Fellow Course, Scottsdale, Arizona, March 11, 2011

9. Long QT Syndrome – An Overview.  American Association of Critical-Care Nurses South Bay Chapter Fall Symposium, San Jose, California.  November 2011

10. Pre-participation ECG screening in the Athlete, Cardiology Grand Rounds, Stanford Hospital, December, 2011

11. Long QT Syndrome and CPVT. CARDIA Conference. Monterrey, CA 6/2012.

12. Using Gene Networks and Race in Genomic Analyses of Cardiovascular Disease.  Frontiers in Cardiovascular Science Seminar.  Stanford, CA 6/2012.

13. Genetics of Cardiac Arrhythmias, Cardiology Grand Rounds, Royal Brisbane & Women's Hospital, Brisbane, AUSTRALIA, July 2012

14. The Genomics of Atrial Fibrillation, Cardiovascular and Pulmonary Sciences Seminar, Stanford University Medical School, CA October, 2012.

15. Long QT and Screening Recommendations for Psychotropic Therapy, Vaden Medical Center, Stanford University Medical School, CA February, 2013

16. Clinical and Genetic Implications of Atrial Fibrillation in Hypertrophic Cardiomyopathy, Biodesign New Arrhythmia Technologies Retreat, Denver, CO May 2013

17. Inherited Arrhythmia Syndromes, Cardiology Grand Rounds, Stanford University Medical School, June, 2013.

18. Cardiac Arrhythmias and Devices in Patients with Myotonic Dystrophy, Myotonic Patient Meeting, Stanford University, February 2014.

19. Novel Insights from the study of Atrial Fibrillation in Women, 11th Winter Arrhythmia School, University of Toronto, Toronto, CANADA, February 2014

20. Interpreting the Athlete ECG, Cardiology Grand Rounds, Stanford University Medical School, February 2014.

21. The Inherited Arrhythmia Syndromes, Stanford International Medical Services Presentation, site: Sao Paolo, BRAZIL, March 2014.

22. Advances in Genetic Testing for Inherited Arrhythmias, Biodesign New Arrhythmia Technologies, Palo Alto, CA May 2014.

23. Systematic comparison of the electrocardiogram between athletes and patients with hypertrophic cardiomyopathy. Heart Rhythm Scientific Sessions, San Francsico, 2014.

24. Evaluation of Sudden Cardiac Death, Cardiology Grand Rounds, Kaiser San Francisco, 2014.

25. Systematic Comparison of Electrocardiograms in Patients with Hypertrophic Cardiomyopathy and Athletes, Seattle Summit 2015, University of Washington, 2015.

26. Cardiac Arrhythmias in Athletes, Stanford Health Fair, Stanford University 2015.

27. Gene Therapy in Cardiac Arrhythmias, American College of Cardiology, San Diego, 2015.

28. Genetic Conditions of Sudden Unexplained Death, Stanford Vascular Biology and Disesae, Stanford 2015

29. Genetics of Sudden Cardiac Death, BIO 109B, Human Genome and Disease, undergraduate course, 2015.

30. Long QT and Brugada Syndrome, Genetic Counseling Students, Stanford online course, 2015

31. Long QT, Early Repolarization and Familial Atrial Fibrillation – CARDIA conference, Napa, California, 2016

32. Genomewide Association Studies and Exomes are Dead: Prepare for the $1000 Whole Genome. Heart Rhythm Scientific Sessions, San Francisco, 2016.

33. Big data in cardiac arrhythmias. Stanford Biodesign Conference, Stanford, 2016

34. Arrhythmogenic Right Ventricular Cardiomyopathy, Pulmonary Hypertension Conference, Stanford, 2016

35. Clinical Genetic Testing in Very Early Onset AF, Heart Rhythm Scientific Sessions, Chicago, IL, 2017.

36. Clinical Management of Long QT Syndrome, Dominical Hospital Grand Rounds, Santa Cruz, CA, 2017

37. The genetics of arrhythmic disease, Stanford Center for Arrhythmia Research, Stanford University, CA 2017.

38. Identification of Athletes with Subclinical Arrhythmia Syndromes, American Heart Association Scientific Sessions, Anaheim, CA 2017

39. Personalized Medicine for Fibrillation Tailored to Genetic Profiling, Electrophysiology in the West, Palo Alto, CA 2017

40. Long QT Syndrome, EP in the West, Stanford, CA 2018

41. Narcolepsy and Heart Failure, the Role of HCRTR2 in regulating heart function. Cardiology Grand Rounds, Stanford University, Stanford, CA 2018

42. The Apple Heart Study, Cedars Sinai Cardiology Symposium, Cedars Sinai, Los Angeles CA 2018

43. Exercise and Inherited Cardiac Arrhythmias, UCSF Inherited Arrhythmia Symposium, San Francisco, CA 2018

44. Genetic Testing in Early Onset Atrial Fibrilaltion, Stanford Biodesign Symposium, Boston, MA, 2018

45. The WHISH STAR Study, Women's Health Initiative Investigator Meeting, Seattle, WA 2018

46. Exercise and Atrial Fibrillation, Asia Pacific Heart Rhythm Society Scientific Sessions, Taipei, Taiwan 2018

47. Monitoring for Atrial Fibrillation, DCRI Virtual Grand Rounds, Duke, Durham, NC 2018

48. Genetic Testing in Early onset Atrial Fibrillation, Smidt Heart Institute Grand Rounds at Cedars Sinai Medical Center, Los Angeles CA 2019

49. The Apple Heart Study, Late-Braking Clinical Trials, American College of Cardiology, New Orleans, LA 2019

50. Using Stem Cells to guide clinical care of Inherited Cardiac Arrhythmia Patients. Stanford Biodesign, Stanford, CA, 2019

51. Prevention and Management of Atrial Fibrillation, American College of Sports Medicine Scientific Sessions, Orlando, FL 2019

52. Exercise and Atrial Fibrillation – Prevention or Causation? Heart Rhythm Scientific Sessions, San Francisco, CA, 2019

53. Meet The Trialists: The Apple Heart Study, Heart Rhythm Scientific Sessions, San Francisco, CA, 2019

54. Should Atrial Fibrillation Burden be Added to the CHA2DS2-VASc Score? Heart Rhythm Scientific Sessions, San Francisco, CA, 2019

55. The Apple Heart Study, Electrophysiology in the West, Palo Alto, CA 2019

56. Applying Genetics to Classify Patients, Electrophysiology in the West, Palo Alto, CA 2019

57. The Apple Heart Study and Beyond, American Heart Association Scientific Sessions, Philadelphia, PA 2019

58. How I manage a family with Sudden Cardiac Death, American Heart Association Scientific Sessions, Philadelphia, PA 2019

59. The Evidence behind use of Wearables, American Heart Association Scientific Sessions, Philadelphia, PA 2019

60. How to Get Published, American Heart Association Scientific Sessions, Philadelphia, PA 2019

61. The Role of the ICD in CPVT, American Heart Association Scientific Sessions, Philadelphia, PA 2019

62. The Apple Watch and Patient Monitoring, Texas American College of Cardiology Scientific Sessions, Dallas, Texas 2019.

63. The Dawn of the Patient-Acquired Wearable Devices: AI is Here. American Heart Association Scientific Sessions, Virtual Meeting, 2020

64. Data, Big Data, Biggest Data and Stroke: Big Data Counterpoint. American Stroke Association, Scientific Sessions, Virtual Meeting 2021

**RECURRENT TEACHING LECTURES**

1. Long QT Syndrome for the EP, Stanford Electrophysiology Fellows Core Conference, annual

2. Brugada Syndrome and Early Repolarization, Cardiac Electrophysiology Core conference, annual

3. Antitachycardia Pacing for the Electrophysiology Fellow, annual

4. Cardiac Genetics for the Electrophysiologist, Cardiac Electrophysiology Core Conference, annual

5. Introduction to the EP Study parts I & II, Cardiology Fellows Core Conference, biannual

6. Introduction to the Electrocardiogram, Stanford Medical Students, annual

7. Inherited Cardiac Arrhythmias, Stanford University Medicine Residents, annual

**Poster Abstracts (Total = 23)**

1. William R. Goodyer, MD PhD1, 2, Mary Jackson3, Jennifer Wylie, MS3, Kyla Dunn, MS2,3, Colleen Caleshu, MS3, Allysonne Smith, RN3, Anthony Trela, NP2, Scott R. Ceresnak, MD2, Kara S. Motonaga, MD2, Anne M. Dubin, MD2, Euan Ashley, MD PhD1,3, and **Marco Perez**,

**MD**1,3. Early-onset atrial fibrillation: expanded genetic testing uncovers a high rate of looming inherited cardiomyopathy. Heart Rhythm Scientific Sessions, Boston, MA 2018

2. James Tooley, MD1, David Ouyang, MD, David Hadley, PhD, Victor Froelicher, MD. **Marco Perez, MD**. Analysis of QT interval correction formulas in atrial fibrillation – A big data approach. Heart Rhythm Scientific Sessions, Chicago, IL 2017

3. Alvin S. Chen, MD, Rachel E. Bent, BA, Matthew T. Wheeler, MD, PhD, Joshua W. Knowles, MD, PhD, Francois Haddad, MD, Victor Froelicher, MD, Euan Ashley, MRCP, DPhil, and **Marco V. Perez, MD**; Large Q and S waves in Lead III on the Electrocardiogram Distinguish Patients with Hypertrophic Cardiomyopathy from Athletes. Heart Rhythm Scientific Sessions, 2017.

4. Daniel A Gerber, Ann M Dubin, Scott R Ceresnak, Kara S Motonaga, Kyla Dunn, Colleen Caleshu, Allysonne Smith, Mary Jackson, **Marco V. Perez**.  Occult Structural Disease in Patients with Catecholaminergic Polymorphic Ventricular Tachycardia. American Heart Association Scientific Sessions, 2016, New Orleans, LA 2016

5. Simon Ermakov, MD, Farnaz Azarbal, MD1, Marcia L. Stefanick, PhD1,Michael J. LaMonte, PhD, MPH, Wenjun Li, PhD, Katie M. Tharp, PhD, MPH, Lisa W. Martin, MD, FACC, Rami Nassir, PhD, Lorena Garcia, PhD, Elena Salmoirago-Blotcher, MD, PhD, Christine M. Albert, MD, MPH, JoAnn E. Manson, MD, DrPH10, Themistocles L. Assimes, MD, PhD,  Mark A. Hlatky, MD, Joseph Larson, **Marco V. Perez, MD**. The Role of Leptin, Adiponectin, and Resistin with in Incident Atrial Fibrillation in Post-menopausal Women: Findings from the Women's Health Initiative. Heart Rhythm Scientific Sessions, Boston, 2015.

6. Genevieve Giraldeau, MD, David Boulate, MD, Dipanjan Banerjee, Miyuki Ariyama, MD, MaJhew Wheeler, Joshua Knowles, Yukari Kobayashi, MD, **Marco Perez, MD**, Joseph C. Wu, MD, Ingela SchniJger, Tatyana Kouznetsova, BojanVrtovec, MD, Jonathan Myers, PhD, François Haddad, MD and Euan Ashley, MRCP DPhilThe Independent Predictive Value of Peak Oxygen Consumption, Left ventricular Strain and Atrial Remodelling in Patients with Dilated Cardiomyopathy. International Society of Heart and Lung Transplants, Nice, Italy, 2015.

7. **Marco Perez**, MD, Colleen Caleshu, MS, CGC, Josh Knowles, MD, PhD, Aleksandra Pavlovic, BS, Kyla Dunn, MS, CGC, Gherardo Finocchiaro, MD, Heidi Salisbury, RN, Matthew Wheeler, MD, PhD, Sarah Race, RN, Allysonne Smith, RN and Euan Ashley, MD, DrPH. Rare variation in MYH7 is Associated with Atrail Fibrillation in Patients with Hypertrophic Cardiomyopathy, Heart Rhythm Scientific Sessions, Denver 2013.

8. Farnaz Azarbal, Maneesh Singh, Gherardo Finocchiaro, Vy-Van Le, Ingela Schnittger, Paul Wang, Jonathan Myers, **Marco Perez**, Euan Ashley.  Paroxysmal Atrial Fibrillation Is Associated with Exercise Intolerance among Individuals with Hypertrophic Cardiomyopathy.  American College of Cardiology Scientific Sessions, San Francisco, 2013.

9. **Marco V. Perez**, Paul J. Wang, Barbara Cochrane, J. David Curb, Liviu Klein, Joseph Larson, JoAnn Manson, Lisa W. Martin, Jennifer Robinson, Sylvia Wassertheil-Smoller, Marcia L. Stefanick: Effects of Postmenopausal Hormone Therapy on Atrial Fibrillation: The Women's Health Initiative Randomized Controlled Trials, *J Am Coll Card* 2012; 59; E661.

10. JoEllyn M. Abraham, MD, Joseph Larson, MS, Mina K. Chung, MD, Anne B. Curtis, MD, Kamakshi Lakshminarayan, MD, PhD, Jonathan D. Newman, MD, MPH, **Marco Perez, MD**, Kathryn Rexrode, MD, Nawar Shara, MS, PhD, Allen J. Solomon, MD, Marcia L. Stefanick, PhD, James C. Torner, MD, Bruce L. Wilkoff, MD and Sylvia Wassertheil-Smoller, PhDStroke Risk in Post-menopausal Women with Atrial Fibrillation in the Women's Health Initiative: A Validation and Comparison of the CHADS2, and CHA2DS2-VASc Risk Scores, *J Am Coll Cardiol*. 2012;59(13s1):E569-E569.

11. Hoang DD, Ullal A, **Perez MV**, Froelicher VF, Heidenreich PA, Yang F, Turakhia MP. Early Repolarization Pattern on ECG and Risk of Arrhythmic Death: A Systematic Review. Poster presentation at Bay Area Clinical Research Symposium, San Francisco, November 4, 2011.

12. **Marco V. Perez**, MD, Aleksandra Pavlovic, Matthew T. Wheeler, MD, Frederick E. Dewey, Daniel Bernstein, MD, Robert C. Robbins, MD, Michael B. Fowler, Thomas Quertermous, MD, Devin Absher, PhD, Michael Ho, MD, Elizabeth Cretti BA, Audrey Southwick, PhD, David Rosenthal, MD, Richard M Myers, PhD, Paul Heidenreich, MD, Lisa Garrett, BA, Daniel Sedehi, MD, David Kao, MD, and Heidi Salisbury, RN, MSN, Khin Chan MD and Euan Ashley, MRCP, DPhil.,

Genetic Determinants of Dramatic Improvement in Left Ventricular Function in Patients with Heart Failure. American College of Cardiology Scientifc Sessions, New Orleans, April, 2011

13. **Marco V. Perez**, MD, Aleksandra Pavlovic, Matthew T. Wheeler, MD, Frederick E. Dewey, Devin Absher, PhD, Michael Ho, MD, Audrey Southwick, PhD, PhD, Paul Heidenreich, MD, Daniel Sedehi, MD, Heidi Salisbury, RN, MSN, Khin Chan MD, Robert C. Robbins, MD, Michael B. Fowler, Thomas Quertermous, MD, Richard M Myers, Daniel Bernstein, MD, and Euan Ashley, MRCP, DPhil., A genetic Variant of NMNAT3 is associated with Atrial Fibrillation in Patients with Heart Failure, Heart Rhythm Scientific Sessions, San Francisco, May 2011.

14. **Marco V. Perez** MD, Abhimanyu Uberoi MD, MS; Nikhil A. Jain; Euan Ashley MRCP Dphil; Mintu P. Turakhia MD MAS; Vic Froelicher MD, Early repolarization is more prevalent but carries a limited prognostic value in African Americans, Heart Rhythm Scientific Sessions, San Francisco, May 2011.

15. Kojiro Tanimoto, **Marco V. Perez**, Henry H. Hsia, Catheter Ablation of Ventricular Tachycardia Guided by Decremental Late Potential Mapping, Heart Rhythm Scientific Sessions, San Francisco, May 2011.

16. Young M. Kim, MD, DPhil; Maneesh H. Singh, MD; Saugata Ray PhD; Ayaaz Sachedina BSc **Marco Perez, MD**; Liyong Zhang, PhD; Pilar Ruiz-Lozano, PhD; Subodh Verma MD, PhD; Peter P. Liu, MD; Barbara Casadei, MD, DPhil; Euan A. Ashley, MRCP, DPhil; Peter H. Backx, DVM, PhD, FRS. Modulation Of Atrial Electrophysiology And Oxidative Stress By The Endogenous Peptide Hormone Apelin – Implications In Human Atrial Fibrillation, Basic Cardiovascular Sciences, Rancho Mirage, 2010.

17. **Marco V. Perez**, Paul J. Wang, Barbara Cochrane, J. David Curb, Liviu Klein, Joseph Larson, JoAnn Manson, Lisa W. Martin, Jennifer Robinson, Sylvia Wassertheil-Smoller, Marcia L. Stefanick: Effects of Postmenopausal Hormone Therapy on Atrial Fibrillation: The Women's Health Initiative Randomized Controlled Trials,  American Heart Association, Orlando. *Circulation*, Nov 2009; 120: S519

18. **Marco V. Perez**, Paul J. Wang, Liviu Klein, Stephanie Connelly, Joseph Larson, Marian Limacher, JoAnn Manson, Lisa W. Martin, Ronald Prineas, Beatriz L. Rodriguez, Sylvia Smoller, Elsayed Z. Soliman, Marcia L.  Stefanick Independent Clinical Correlates of Atrial Fibrillation in Postmenopausal Women: The Women's Health Initiative Observational Study, American Heart Association, Orlando, *Circulation,* Nov 2009; 120: S520.

19. Dewey, Frederick; **Perez, Marco;** Hadley, David; Freeman, James; Wang,  Paul; Ashley, Euan; Myers, Jonathan; Froelicher, Victor:  Statin Therapy and Exercise Induced Ventricular Arrhythmias.  Oral Abstract, American College of Cardiology, Chicago, 2008.

20. Vy-Van Le, **Marco Perez**, Matthew Wheeler, Ingela Schnittger, Euan Ashley. Left Atrial Volume and E/E' Ratio are Most Predictive of Exercise Capacity in Hypertrophic Cardiomyopathy. Poster Abstract, *American Heart Association*, New Orleans,  *Circulation*, Oct 2008; 118: S_835.

21. Vy-Van Le, Frederick Dewey, **Marco Perez**, Matthew Wheeler, Sandra Mandic, Gannon Sungar, Euan Ashley, Gordon Matheson, Victor Froelicher.  Addition of the Electrocardiogram to the Pre-participation Examination of College Athletes. Oral Abstract, *American Heart Association*, New Orleans, *Circulation*, Oct 2008; 118: S_835.

22. Z.  Cheng,  R. Lo, A. Gupta, **M. Perez**, P. Zei, H.H. Hsia, M. Turakhia, A. Al-Ahmad, P.J. Wang, Atrial Mechanical Function Using Left Atrial Pressure Waveform Analysis in Persistent and Paroxysmal Atrial Fibrillation Patients. Poster Abstract, American Heart Association, Orlando, *Circulation*, Nov 2009; 120: S628.

23. Wheeler MT, Pavlovic A, Dewey F, **Perez M**, Absher D, Ho M, Cretti E, Southwick A, Rosenthal D, Bernstein D, Myers JM, Heidenreich PA, Fowler MB, Robbins R, Ashley EA.  Evaluation of Polymorphisms in Candidate Genes in the Dramatic Response to Pharmacologic Therapy of Heart Failure.  AHA Basic Cardiovascular Science Conference, Keystone, May 2008.

**REFERENCES**

Thomas Quertermous, MD
Chief, Cardiovascular Medicine
Stanford University Medical Center
650-723-5013
tomq1@stanford.edu

Euan Ashley, MD
Professor, Cardiovascular Medicine
Director, Stanford Hypertrophic Cardiomyopathy Center
650-736-7878
euan@stanford.edu

Paul Wang, MD
Chief, Electrophysiology Department
Electrophysiology Fellowship Program Director
Stanford University Medical Center
650-723-6459
pwang@cvmed.stanford.edu

Victor Froelicher, MD
Professor, Cardiovascular Medicine
Palo Alto VA Medical Center
650-493-5000 x64605
vicmdatg@gmail.com

Marcia Stefanick, PhD
Professor of Medicine
Stanford Prevention Research Center
Medical School Office Building
1265 Welch Rd, Room X308
Stanford, CA 94305-5411
650-725-5041
stefanick@stanford.edu

# Exhibit B

**Marco Perez**

**Testimony**

*Vizzone v. Rush University Medical Center*: Circuit Court of Cook County, IL; No.: 2016 L 008291; June 4, 2019

*Bardhan D v. Northwestern Medical*: Circuit Court of Cook County, IL; No. 2019 L 004362; April 24, 2019

**Other Consulting (updated)**

1. Feather Health, consulting as lead medical advisor for this startup company that is developing methods for ECG interpretation
2. Apple Inc., Consulted regarding new technologies to detect cardiac arrhythmias
3. Boston Scientific, Consulted for educational course on subcutaneous defibrillators
4. AltaThera, Consulted regarding use of a medicinal therapeutic
5. Biotronik, Consulted regarding development of a novel therapeutic implantable device

# Exhibit C

Exhibit C
Page 29



# Code of Medical Ethics: Research & innovation

Physicians who are involved in clinical research have special responsibilities as investigators to protect the rights, safety and welfare of research participants that include matters of study design, informed consent and selection of participants.

## Physician involvement in research

Research involving human participants should be conducted in a manner that minimizes risks and avoids unnecessary suffering. Participants must be able to make informed decisions about whether to participate or continue in a given protocol.

Code of Medical Ethics Opinions: Physician involvement in research

- Physician involvement in research: Opinion E-7.1.1
- Informed consent in research: Opinion E-7.1.2
- Study design & sampling: Opinion E-7.1.3
- Conflicts of interest in research: Opinion E-7.1.4
- Misconduct in research: Opinion E-7.1.5

## Disseminating research results

Physicians have obligations as scientists, which include disseminating research findings. Prompt presentation to scientific peers and publication of research findings are the foundation of good medical care.

Code of Medical Ethics Opinions: Disseminating research results

- Principles for disseminating research results: Opinion E-7.2.1
- Release of data from unethical experiments: Opinion E-7.2.2
- Patents & dissemination of research products: Opinion E-7.2.3



# Special issues in research

To ensure that the interests of human participants are protected, physician-researchers and those who serve on oversight bodies should give careful attention to issues of methodological rigor, informed consent, characteristics of the medical condition under study, as well as safety and monitoring.

Code of Medical Ethics Opinions: Special issues in research

> Ethical use of placebo controls in research: Opinion E-7.3.1
> Research on emergency medical interventions: Opinion E-7.3.2
> International research: Opinion E-7.3.3
> Maternal-fetal research: Opinion E-7.3.4
> Research using human fetal tissue: Opinion E-7.3.5
> Research in gene therapy & genetic engineering: Opinion E-7.3.6
> Safeguards in the use of DNA databanks: Opinion E-7.3.7
> Research with stem cells: Opinion E-7.3.8
> Commercial use of human biological materials: Opinion E-7.3.9
> Expanded access to investigational therapies: Opinion E-7.3.10

Code of Medical Ethics Opinions: Chapter 7 (PDF)

AMA Code of Medical Ethics

Visit the Code of Medical Ethics page to access additional Opinions, the Principles of Medical Ethics and a list of CME courses that are available.

These Opinions are offered as ethics guidance for physicians and are not intended to establish standards of clinical practice or rules of law.