UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:20-cv-00048-JVS (JDEx) | Date | June 3, 2021 |
|---|---|---|---|
| Title | Masimo Corporation, et al. v. Apple Inc. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|
| Maria Barr | CS 06/03/21 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Adam Powell, Benjamin A. Katzenellenbogen | Joshua H. Lerner, Ilissa S. Samplin |

**Proceedings:**   Hearing re Plaintiffs' Motion to Compel (Dkt. 357)

  Case Called. Appearance made. Counsel are heard regarding Plaintiffs' Second Motion to Compel Defendant to Produce Documents and Fully Answer Interrogatories. Dkt. 351 ("Motion"). For the reasons stated on the record at the hearing, the Motion (Dkt. 357) is GRANTED in part and DENIED in part. The Motion is:

- GRANTED as to Requests for Production ("RFP") Nos. 156, 157 (with the phrase "or any other government agency" stricken from RFP No. 157), 164, 165 (with the phrase "related to" stricken from RFP No. 165, replaced with the phrase "reflecting an intent by Apple to investigate for its commercial use technology based on"), 166 (with the phrase "related to" stricken from RFP No. 166, replaced with the phrase "reflecting an intent by Apple to investigate for its commercial use technology based on"), 226 (rephrased to read "Non-public documents and things relating to Plaintiffs' trade secrets as identified in their operative trade secret disclosure, owned by, created in whole or in part by, or originating with Plaintiffs"), 248, and Interrogatory No. 10;
- DENIED as to RFP Nos. 67-69, 70 (based on Defendant's representation at the hearing that it will produce responsive, nonprivileged documents as stated in its Response to RFP No. 70, but with the phrase "accused of infringement" replaced with the phrase "in Plaintiffs' operative trade secret disclosures"); 82 (as moot); 98 (as moot), 99 (as moot), 101-103 (as moot), 104, 105, 106-109 (as moot), 155, 163 (as moot), 167-170, 191 (as moot), 197 (as moot), 202 (as moot), 230-233, 235 (as moot), 236 (based on Apple's representation of compliance relating to Messrs. Lamego and O'Reilly), 237 (based on Apple's

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:20-cv-00048-JVS (JDEx) | Date | June 3, 2021 |
| Title | Masimo Corporation, et al. v. Apple Inc. | | |

representation of compliance relating to Messrs. Lamego and O'Reilly), 239 (based on Apple's representation of compliance relating to Messrs. Lamego and O'Reilly), 240, 241, and 244-246;

- DENIED as to RFP Nos. 180, 187, 192, 198-201, 203-206, and 234, without prejudice, based on the parties' representations at the hearing that a further good faith meet and confer efforts regarding iterative ESI search protocols and other discovery-related issues might reasonably be expected to resolve the parties' disputes as to these RFPs, with Plaintiff retaining the ability to file a Notice with the Court that such efforts did not resolve the parties' disputes as to some or all of these RFP, with the Notice identifying which RFPs remain in dispute, at which time any such remaining disputes will be under submission for decision by the Court without further briefing or argument except as otherwise directed by the Court;

Defendant's further response to Interrogatory No. 10 shall be served within 14 days from the date of this Order. With respect to documents ordered to be produced, such documents shall be produced within 22 days from the date of this Order. The parties may mutually agree to extend such deadlines without further order from the Court.

IT IS SO ORDERED.

| | 3 | : | 00 |
|---|---|---|---|
| Initials of Clerk: | mba | | |