1

2

3

4

5

6

7

8

9

10

11

12

13

**IN THE UNITED STATES DISTRICT COURT**

14

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15

**SOUTHERN DIVISION**

16

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) **[PROPOSED] ORDER**<br>) **GRANTING LEAVE TO FILE**<br>) **UNDER SEAL DOCUMENTS**<br>) **REGARDING PLAINTIFFS'**<br>) **MOTION TO COMPEL**<br>) **REGARDING DOCUMENTS**<br>) **APPLE DESTROYED**<br>)<br>)<br>)<br>)<br>)<br>) |

17

18

19

20

21

22

23

24

25

26

27

28

1   Having considered Plaintiffs' Supplemental Application for Leave to File

2   Under Seal Documents Regarding Plaintiffs' Motion to Compel Regarding

3   Documents Apple Destroyed, and finding good cause therefor, the Application

4   is GRANTED.

5   **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and

6   Cercacor Laboratories, Inc. may file under seal Exhibit 23 to the Supplemental

7   Declaration of Adam B. Powell and portions of the Supplemental Memorandum

8   in Support of Plaintiffs' Motion to Compel.

9

10  DATED: _____          _____

11                                     The Honorable John D. Early
                                       United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-