Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**SUPPLEMENTAL DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL REGARDING DOCUMENTS APPLE DESTROYED**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Date:   June 17, 2021<br>Time:   10:00 a.m.<br>Ctrm:   6A<br><br>Discovery Cut-Off:   7/5/2021<br>Pre-Trial Conference:   3/21/2022<br>Trial:   4/5/2022 |

I, Adam B. Powell, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Supplemental Declaration in Support of Plaintiffs' Motion To Compel Regarding Documents Apple Destroyed.

2. Attached hereto as **Exhibit 23 [Filed Under Seal]** is a true and correct copy of a document Apple produced bearing Bates numbers APL-MAS_00075595-599. Masimo requested a copy of this document in a form that was legible when printed. Apple told Masimo that Apple does not have any other version of this document. Apple told Masimo that the document must be read as an electronic copy using the "zoom" function of a pdf reader (e.g., Adobe Acrobat).

I declare under the penalty of perjury that the foregoing is true and correct. Executed on June 3, 2021, at Irvine, California.

         /s/ Adam B. Powell
         Adam B. Powell