UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-48 JVS (JDEx) | Date | June 3, 2021 |
| Title | Masimo Corporation et al. v. Apple Inc. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Regarding Apple's Motion to Extend Certain Case Deadlines**

The Court has preliminarily reviewed Defendant Apple Inc.'s ("Apple") motion to extend certain case deadlines pursuant to Federal Rule of Civil Procedure 16(b). Mot., ECF No. 385. Local Rule 7-3 requires that the parties "meet and confer" in advance of filing such a motion "to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution." The conference must occur at least seven (7) days prior to the filing of the motion. Id. In the notice of the motion, the moving party must include a statement to the effect: "This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on [date]."

There are no documents containing the required statement. Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively— "Plaintiffs") also note that Apple did not request to meet and confer on its motion until Friday, May 21, three days before Apple filed its motion on May 24. Opp'n, ECF No. 420, at 5. "The Court may decline to consider a motion unless it meets the requirements of L.R. 7-3." L.R. 7-4. Motions have previously been dismissed after repeated failure to comply with L.R. 7-3. See Martin v. Tradewinds Beverage Co., 2018 WL 6074526 (C.D. Cal. Mar. 13, 2018).

Accordingly, the motion is **DENIED**. The Court finds that oral argument would not be helpful in this matter. Fed. R. Civ. P. 78; L.R. 7-15. Hearing set for June 28, 2021, is ordered **VACATED**. The Court reminds Apple to comply with L.R. 7-3 in the future.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-48 JVS (JDEx) | Date | June 3, 2021 |
| Title | Masimo Corporation et al. v. Apple Inc. | | |

|  |  | : | 0 |
|---|---|---|---|
|  | Initials of Preparer | lmb | |