Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**SUPPLEMENTAL DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>Date:   June 21, 2021<br>Time:   1:30pm<br>Ctrm:   10C<br>Judge:  Hon. James. V. Selna |

I, Adam B. Powell, hereby declare as follows:

1.  I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Supplemental Declaration in Support of Plaintiffs' Motion to Modify the Scheduling Order.

2.  Attached hereto as **Exhibit 103** is a true and correct copy of a redacted email from Tracy Morgan (who works with Apple's counsel) to Masimo's counsel, dated June 3, 2021.

3.  Attached hereto as **Exhibit 104** is a true and correct excerpted copy of the transcript of the June 3, 2021, hearing in this case.

4.  Attached hereto as **Exhibit 105** is a true and correct excerpted copy of the transcript of the May 20, 2021, hearing in this case.

5.  Attached hereto as **Exhibit 106** is a true and correct copy of a letter from Alan Laquer (who is also counsel for Masimo) to Ilissa Samplin (who is counsel for Apple), dated May 24, 2021.

6.  Attached hereto as **Exhibit 107** is a true and correct excerpted copy of Plaintiffs' Ninth Set of Requests for Production (Nos. 318-510), served on May 21, 2021.

7.  Attached hereto as **Exhibit 108** is a true and correct copy of the Order Granting Plaintiffs' Renewed Motion to Lift Stay, *Boston Scientific Corp. v. Edwards Lifesciences Corp.*, No. SACV 16-00730-CJC (GJSx), Dkt. 127 (C.D. Cal. Nov. 15, 2018).

8.  Attached hereto as **Exhibit 109** is a true and accurate copy of the Amended Scheduling Order, *Magnolia Med. Tech., Inc. v. Kurin, Inc.*, No. 19-cv-00097, Dkt. 198 (D. Del. Oct. 16, 2020).

/ / /

/ / /

-2-

1  I declare under the penalty of perjury that the foregoing is true and correct.
2  Executed on June 7, 2021, at Encinitas, California.

　　　　　　　　　　　　　　　　　 /s/ Adam B. Powell
　　　　　　　　　　　　　　　　　　　Adam B. Powell

35100925