# EXHIBIT 103

| | |
|---|---|
| From: | Morgan, Tracy A. |
| To: | Joe.Re; Steve.Jensen; Perry.Oldham; Adam.Powell; Stephen.Larson; Masimo.Apple |
| Cc: | *** Apple-Masimo |
| Subject: | Masimo v. Apple - Apple Production (APLPROD024) |
| Date: | Thursday, June 3, 2021 3:27:36 PM |

Counsel,

Documents are available for download. The credentials to access the SFTP site are below. The SFTP password and production .RAR file password will be sent separately. Please note these files will only remain available on the SFTP site for seven days.

Production Volume: APLPROD024
Bates Range: APL-MAS_00169346 - APL-MAS_00196317
File Name:     APLPROD024_20210603.rar
Password:      Sent separately

| | |
|---|---|
| Host | |
| Connection type | |
| Port | |
| Username | |
| Password to SFTP | |

Tracy A. Morgan, CP
Certified Paralegal

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
3161 Michelson Drive, Irvine, CA 92612-4412
Tel +1 949.451.4186 • Fax +1 949.475.4686
TMorgan2@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

**EXHIBIT 103**

-3-