# EXHIBIT 107

| | |
|---|---|
| 1 | Joseph R. Re (Bar No. 134479) |
| | joseph.re@knobbe.com |
| 2 | Stephen C. Jensen (Bar No. 149894) |
| | steve.jensen@knobbe.com |
| 3 | Benjamin A. Katzenellenbogen (Bar No. 208527) |
| 4 | ben.katzenellenbogen@knobbe.com |
| | Perry D. Oldham (Bar No. 216016) |
| 5 | perry.oldham@knobbe.com |
| | Stephen W. Larson (Bar No. 240844) |
| 6 | stephen.larson@knobbe.com |
| 7 | **KNOBBE, MARTENS, OLSON & BEAR, LLP** |
| | 2040 Main Street, Fourteenth Floor |
| 8 | Irvine, CA 92614 |
| | Telephone: (949)-760-0404; Facsimile: (949)-760-9502 |
| 9 | |
| 10 | Adam B. Powell (Bar. No. 272725) |
| | adam.powell@knobbe.com |
| 11 | **KNOBBE, MARTENS, OLSON & BEAR, LLP** |
| | 3579 Valley Centre Drive |
| 12 | San Diego, CA 92130 |
| 13 | Telephone: (858) 707-4000; Facsimile: (858) 707-4001 |
| 14 | Attorneys for Plaintiffs, |
| | Masimo Corporation and Cercacor Laboratories, Inc. |
| 15 | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| 20 | MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation | ) Case No. 8:20-cv-00048-JVS-JDE |
| 21 | | ) **PLAINTIFFS MASIMO** |
| 22 | Plaintiffs, | ) **CORPORATION AND CERCACOR LABORATORIES, INC.'S NINTH SET OF REQUESTS** |
| 23 | v. | ) **FOR PRODUCTION OF DOCUMENTS TO DEFENDANT** |
| 24 | APPLE INC., a California corporation | ) **APPLE INC. (NOS. 318-510)** |
| 25 | | ) Hon. James V. Selna |
| 26 | Defendant. | ) Magistrate Judge John D. Early |

**EXHIBIT 107**
**-40-**

# PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action.

On May 21, 2021, I served the within **PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S NINTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT APPLE INC. (NOS. 318-510)** on the parties or their counsel shown at the email addresses shown below:

Apple-Masimo@gibsondunn.com

Joshua H. Lerner
JLerner@gibsondunn.com

H. Mark Lyon,
MLyon@gibsondunn.com

Brian M. Buroker
BBuroker@gibsondunn.com

Brian K. Andrea
BAndrea@gibsondunn.com

Brian A. Rosenthal
BRosenthal@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 21, 2021, at Encinitas, California.

　　　　　　　　　　　　　　　　　　*/s/ Adam B. Powell*
　　　　　　　　　　　　　　　　　　Adam Powell

35011293

-35-

**HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**

**EXHIBIT 107**
**-41-**