# EXHIBIT 109

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGNOLIA MEDICAL TECHNOLOGIES, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> KURIN, INC., <br><br> *Defendant.* | Civil Action No. 1:19-cv-00097-CFC-CJB <br><br> JURY TRIAL DEMANDED |

[PROPOSED] AMENDED SCHEDULING ORDER

Further to the October 6, 2020 Oral Order (D.I. 194), and the parties having mutually agreed, the Court hereby amends the Scheduling Order in the instant matter (D.I. 24), as previously modified by stipulation (D.I. 69), as follows:

| Event | Date |
|---|---|
| Kurin, Inc., to complete depositions of fact witnesses | December 11, 2020 |
| Parties to serve opening expert reports | January 15, 2021 |
| Parties to serve rebuttal expert reports | February 12, 2021 |
| Deadline for expert depositions to be completed | March 26, 2021 |
| Parties to file opening briefs for dispositive motions and *Daubert* motions | April 30, 2021 |
| Pretrial conference | September 23, 2021 |
| Trial start date | October 4, 2021 |

SO ORDERED:

Date: 10.16.20                   _____ J.

1

**EXHIBIT 109**
-47-