# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 8:20-cv-00048-JVS (JDEx) | Date | June 10, 2021 |
|---|---|---|---|
| Title | Masimo Corporation, et al. v. Apple Inc. | | |

**Present: The Honorable** John D. Early, United States Magistrate Judge

| Maria Barr | CS 06/10/21 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Joseph R. Re, Adam Powell | Joshua H. Lerner, Angelique Kaounis |

**Proceedings:** Hearing re Plaintiffs' Motion to Compel (Dkt. 377) and Order Denying the Motion

    Case Called. Appearance made. The Court recites a tentative decision on Plaintiffs' Motion to Compel (Dkt. 377, "Motion"). Counsel are heard on the Motion.

    Following argument, the Motion (Dkt. 377) is DENIED for the reasons stated on the record.

00 : 18

Initials of Clerk: mba