Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**SUPPLEMENTAL DECLARATION OF PERRY D. OLDHAM IN SUPPORT OF PLAINTIFFS' MOTION TO DENY ACCESS TO CONFIDENTIAL INFORMATION TO DR. MARCO PEREZ**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Date: Thurs., June 24, 2021<br>Time: 10:00 a.m.<br>Ctrm: 6A<br><br>Discovery Cut-Off: 7/5/2021<br>Pre-Trial Conference: 3/21/2022<br>Trial: 4/5/2022 |

I, Perry D. Oldham, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Plaintiffs") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.

2. I submit this Supplemental Declaration in Support of Plaintiffs' Motion to Deny Access to Confidential Information to Dr. Marco Perez (the "Motion").

3. Attached hereto as **Exhibit 11** is a true and correct copy of an email chain between Brian Andrea, counsel of record for Apple, and myself, counsel of record for Plaintiffs, dated May 21, 2021, through May 27, 2021.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on June 10, 2021, at Irvine, California.

                               */s/ Perry D. Oldham*
                               Perry D. Oldham

35016737

# EXHIBIT 11

| | |
|---|---|
| **From:** | Andrea, Brian <BAndrea@gibsondunn.com> |
| **Sent:** | Friday, May 28, 2021 10:20 AM |
| **To:** | Perry.Oldham; Masimo.Apple |
| **Cc:** | *** Apple-Masimo |
| **Subject:** | RE: Masimo v. Apple - Goldberg and Smith Disclosures |

Perry,

Thank you for providing this additional information.  Based on your representations, Apple will not maintain its objections to Messrs. Goldberg and Smith.

Thanks,
Brian

**Brian Andrea**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Thursday, May 27, 2021 2:49 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Goldberg and Smith Disclosures

[External Email]
Brian,

Regarding Mr. Goldberg, all of his professional work is through his company, Metrionix.  At this time he is the only employee of Metrionix and Metrionix has no contractor or subcontractor relationships for professional work.  Metrionix's only consulting activities at this time are in the area of expert witness and litigation support and all of Metrionix's current engagements are listed on his current CV.  All of Metrionix's consulting activities are performed by Mr. Goldberg.  Neither Metrionix, nor Mr. Goldberg, have any planned consulting activities in the area of non-invasive physiological monitoring.  Mr. Goldberg, as an employee of Metrionix, expects to continue to work with Knobbe Martens in relation to Masimo-related litigation and neither Metrionix nor Mr. Goldberg have any planned litigation support or expert witness activities other than activities for matters which are listed in his CV.  Also, neither Metrionix nor Mr. Goldberg have any current or planned research and/or development activities in the area of physiological monitoring or algorithm development of any kind and neither Metrionix nor Mr. Goldberg have any current or potential research and/or development clients involved with physiological monitoring of any kind. Regarding Mr. Goldberg's "research and development for various medical, scientific and audio instrument manufacturers" all of that R&D work is complete and none is ongoing.  Regarding his engagement in R&D in the areas of  "an optical system for analysis of

biomaterials" and his involvement "in the design of analog and digital circuitry and signal processing and control algorithms," all of those engagements are past engagements and all of that work is complete and none is ongoing.

Regarding Mr. Smith, his only current consulting client is a company identified in Canada as 1625986 ONTARIO LIMITED, also known as Key Health (not related to any entity also named Key Health in the U.S.). This company hopes to measure acetone in skin (derived from acetoacetic acid in interstitial fluid) as an indicator of the degree of metabolic ketosis for weight loss and general health. Mr. Smith has not been asked by this company to make any measurements or to assist them in making measurements other than advising them on methods for making the skin resistance/capacitance/impedance measurements they feel are indicative of ketosis, as disclosed in the attached issued U.S. patent and application. Mr. Smith has no other plans for consulting in the measurement of glucose (or any other analytes) in tissue, but in the past, he was retained as a consultant by a number of companies for that purpose over the period 1998-2016. His consulting clients since 2016 have been:

1.      Biolab Technologies Ltd, Israel
2.      Sensorflo Ltd, New Zealand
3.      LifeScan Global Corporation
4.      Senserion AG, Switzerland
5.      1625986 Ontario Ltd, Mount Brydges, Ontario

In each case other than #5 (described above), he was retained to evaluate a potential technology that was proposed for the noninvasive measurement of glucose. He is not participating in the research and development of algorithms or devices for performing these (or any other) measurements.

Please identify the specific activities that form the basis for Apple's objections.

Please let me know when you are available to confer about Apple's objections.

Best regards,

Perry


**Perry Oldham**
Partner
949-721-2961
**Knobbe Martens**

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Thursday, May 27, 2021 6:29 AM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Goldberg and Smith Disclosures

Perry,

Our summary of Plaintiffs' position is based on the positions Plaintiffs have taken with respect to Drs. Sarrafzadeh and Warren, and most recently with respect to Dr. Perez.  Please let us know which part of the summary below you believe is inaccurate.

With respect to Mr. Goldberg, his CV indicates that he is currently the President & Owner of Metrionix, Inc., which he indicates is an "engineering and consulting business specializing in the areas of electrotechnology and focusing on

sensors, control, measurement, medical instrumentation, [and] signal processing. . . ." He further states that his consulting efforts have include "research and development for various medical, scientific and audio instrument manufacturers," that he is engaged in R&D in the areas of " an optical system for analysis of biomaterials," that he is involved in the design of analog and digital circuitry [and] signal processing and control algorithms."  Please provide more information about his current and planned consulting activities in these areas, including whether any of his current or planned consulting activities involve non-invasive physiological monitoring and, if so, what parameters he is measuring, what companies or individuals he is consulting for, and whether he is participating in the research and development of algorithms or devices for performing such measurements.

With respect to Mr. Smith, his CV indicates that he currently works as a consultant for NIVG Consulting, LLC and specifically states that he is an "independent consultant in the areas of . . . blood glucose monitoring [and] noninvasive blood measurements."  Please provide more information about his current and planned consulting activities in these areas, including what parameters he is measuring, what companies or individuals he is consulting for, and whether he is participating in the research and development of algorithms or devices for performing these measurements.

Apple requires this information in order to assess whether or not Apple will maintain its objections.  We don't believe it is possible to have a meaningful meet and confer until we have the additional information we have requested, but if you would nonetheless like to discuss this week, please let us know.

Thanks,
Brian


**Brian Andrea**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

---

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Wednesday, May 26, 2021 7:08 PM
**To:** Andrea, Brian <BAndrea@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple - Goldberg and Smith Disclosures

[External Email]
Dear Brian,

Your statements below attribute a position to plaintiffs that plaintiffs have not taken.

Mr. Goldberg's current activities are listed on his CV, and he is not currently involved in engineering and consulting in non-invasive physiological monitoring beyond the items already identified.  Please identify the specific activities that form the basis for Apple's objection.

The only current non-invasive physiological monitoring work that is not listed on Mr. Smith's CV relates to measuring ketosis.  Please identify the specific activities that form the basis for Apple's objection.

Please let me know when you are available to confer about Apple's objections.

3

Exhibit 11
-4-

Best regards,

Perry

**Perry Oldham**
Partner
949-721-2961
**Knobbe Martens**

---

**From:** Andrea, Brian <BAndrea@gibsondunn.com>
**Sent:** Friday, May 21, 2021 4:01 PM
**To:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Masimo v. Apple - Goldberg and Smith Disclosures

Counsel,

I write in response to your disclosure of Jack Goldberg and John Smith pursuant to Section 9.2 of the Protective Order.

Apple objects to Plaintiffs' designation of Jack Goldberg and John Smith.  Based on Plaintiffs' objections to date and Plaintiffs' continuing objection to Dr. Perez, Plaintiffs appear to be taking the position that the proper standard for technical experts to obtain designated material under the Protective Order is that an expert cannot undertake consulting or other work in any field relating to non-invasive physiological monitoring unless s/he agrees to future restrictions beyond the terms of the PO.  While Plaintiffs attempt to distinguish between litigation and non-litigation work, they provide no rational basis for that distinction.  Since that is Plaintiffs' proposed standard for experts, then Plaintiffs also must meet that standard with respect to their own experts.

Apple objects to the disclosure of confidential information to Jack Goldberg because he appears to be currently involved in engineering and consulting in non-invasive physiological monitoring for Metrionix, Inc.  Apple also objects to the disclosure of confidential information to John Smith because he is currently involved in consulting in the areas of various non-invasive physiological monitoring technologies, including noninvasive blood measurements.  Please provide more information about the engineering and consulting activities of John Smith and Jack Goldberg.

Best regards,
Brian Andrea

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.