UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MASIMO CORPORATION, et al., | CASE NO. 8:20-cv-00048-JVS (JDEx) |
|---|---|
| Plaintiffs, | ORDER GRANTING APPLICATIONS TO FILE DOCUMENTS UNDER SEAL [DKT. 402, 404, 437] |
| v. | |
| APPLE INC., | |
| Defendant. | |

Having considered the Applications to file various documents under seal in connection with discovery-related motions (Dkt. 402, 404, 437, "Applications"), and good cause having been shown, the Applications are GRANTED. The documents identified in the Applications may be filed under seal.

Dated: June 16, 2021

JOHN D. EARLY
United States Magistrate Judge