UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:20-cv-00048-JVS (JDEx) | Date | June 17, 2021 |
|---|---|---|---|
| Title | Masimo Corporation, et al. v. Apple Inc. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|
| Maria Barr | CS 06/17/21 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Joseph R. Re, Adam Powell | Joshua H. Lerner |

**Proceedings:** Hearing re Plaintiffs' Motion to Compel (Dkt. 400)

Case Called. Appearances made. Counsel argue.

For the reasons stated on the record, the Motion (Dkt. 400) is DENIED, but Plaintiffs are authorized to take a deposition of a representative of Defendant under Fed. R. Civ. P. Rule 30(b)(6) regarding topics related to the issues raised in the Motion, which may proceed before other depositions of Defendant's representative noticed under Rule 30(b)(6) and shall be completed before the applicable discovery cut-off date.

Separately, Defendant is directed to file a version of Dkt. 403-2 (sealed) on the public docket, with only paragraphs 5-7 redacted, by June 19, 2021.

IT IS SO ORDERED.

|  | 00 : 37 |
|---|---|
| Initials of Clerk: | mba |