Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF MASIMO'S PORTION OF THE JOINT CONSENT TO THE APPOINTMENT OF SPECIAL MASTER PURSUANT TO THE COURT'S JUNE 23, 2021, MINUTE ORDER (DKT. 465)** |

I, Adam B. Powell, hereby declare as follows:

1.     I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action.  I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.  I submit this Declaration in Support of Masimo's portion of the Joint Consent to Appointment of Special Master Pursuant to the Court's June 23, 2021, Minute Order (Dkt. 465).

2.     Attached hereto as **Exhibit 1** are true and correct highlighted copies of webpages available at https://www.gibsondunn.com/lawyer/rooklidge-william-c/ and https://www.gibsondunn.com/lawyer/parker-kenneth-g/.

3.     Attached hereto as **Exhibit 2** are true and correct highlighted copies of webpages available at https://abtl.org/orangecounty/officers-and-board/ and https://www.fbaoc.com/content.aspx?page_id=22&club_id=986138&module_id=18305.

4.     Attached hereto as **Exhibit 3** are true and correct highlighted copies of webpages available at https://www.gibsondunn.com/lawyer/lerner-joshua-h/ and https://inns.innsofcourt.org/inns/officers.aspx?innid=30409.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of an email sent by Angelique Kaounis (who is counsel for Apple) to me on January 24, 2021.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on June 30, 2021, at Paso Robles, California.

_/s/ Adam B. Powell_
Adam B. Powell

35241459

-1-

# EXHIBIT 1

6/30/2021    Case 8:20-cv-00048-JVS-JDE   Document 469-2   Filed 06/30/21   Page 4 of 26    Page ID
William C. Rooklidge, Gibson Dunn - www.gibsondunn.com
#:38695

**GIBSON DUNN**

LAWYERS    PRACTICES    COVID-19 RESOURCES    INSIGHTS ˅    CAREERS ˅    ABOUT ˅    🔍

Biography    Education    Recent Publication

CAREER OPPORTUNITIES

ATTORNEY DEVELOPMENT

CONTACT US

### CONTACT INFO

**William C. Rooklidge**

Partner

wrooklidge@gibsondunn.com

TEL: +1 949.451.4009

FAX: +1 949.475.4752

Orange County

3161 Michelson Drive, Irvine, CA 92612-4412
USA

Print  |  Share  |  vCard

### PRACTICE

Intellectual Property

Appellate and Constitutional Law

---

## BIOGRAPHY

William C. Rooklidge, a partner in the Orange County office of Gibson, Dunn & Crutcher LLP, joined the firm in 2015. A member of the firm's Litigation Department and Intellectual Property Practice Group, he has extensive experience in patent and trademark infringement litigation in the federal district courts and before the United States Court of Appeals for the Federal Circuit, as well as arbitration of patent disputes.

Mr. Rooklidge is an experienced trial lawyer who has successfully handled many significant intellectual property cases since trying his first case as lead trial counsel, a patent infringement case involving power tools, in 1994, when he obtained for his patentee client a judgment of treble damages and attorney fees. Highlights include earning a 2011 defense verdict for his client in a patent infringement case involving internet search advertising in the Eastern District of Texas and securing a 2014 award for his client in a breach of contract arbitration involving a telephony patent license agreement in Zurich, Switzerland. Appellate highlights include overturning a denial of preliminary injunction on patent infringement and defending a client's trademark registration from charges of abandonment.

Mr. Rooklidge earned a Bachelor of Science degree in mechanical engineering from the University of Portland in 1979 and subsequently worked as an engineer with Tube Forgings of America, earning his Professional Engineers Registration. He earned his law degree from Northwestern School of Law of Lewis & Clark College in 1984, where he served as Associate Editor of *Environmental Law*, and then a Master of Laws degree in patent and trade regulation from The National Law Center of George Washington University in 1985. After completing his legal education, he served as a law clerk to the Honorable Helen W. Nies, Circuit Judge of the United States Court of Appeals for the Federal Circuit, from 1985 to 1987.

Mr. Rooklidge has served as President of the Orange County Patent Law Association, President of the American Intellectual Property Law Association, and Founding Master of the Howard T. Markey Inn of Court. He was recently was listed in *The Legal 500* and has been selected by the Southern California legal community for inclusion in T*he Best Lawyers in America*® since 2006 (including being named Orange County Lawyer of the Year in 2011 (Intellectual Property Law), 2015 (Litigation – Patent), and 2016, 2018 and 2019 (Litigation – Intellectual Property)). Mr. Rooklidge was also recognized by *Who's Who Legal* Life Sciences: Patent Litigation 2020 and *Who's Who Legal* Patents 2019. He has authored or co-authored over 60 legal publications, including 2011 and 2017 editions of the Federal Judicial Center's *Compensatory Damages Issues in Patent Infringement Cases: A Pocket Guide For Federal District Court Judges*.

Mr. Rooklidge is admitted to practice in the federal district courts of California, the Eastern District of Texas, the Central District of Illinois, and the Western District of Wisconsin, as well as the United States Courts of Appeals for the Ninth and Federal Circuits and the United States Supreme Court. He also is admitted to practice before the United States Patent and Trademark Office.

Before joining Gibson Dunn, Mr. Rooklidge was a partner at Jones Day, Howrey, Howard Rice, and Knobbe Martens Olson & Bear.

---

### EDUCATION

The George Washington University - 1985 Master of Laws (LL.M.)

Lewis & Clark College - 1984 Juris Doctor

### ADMISSIONS

California Bar

University of Portland - 1979 Bachelor of Science

### RECENT PUBLICATIONS

Firm News - June 17, 2020 | Gibson Dunn Recognized in IAM Patent 2020

Firm News - August 15, 2019 | Gibson Dunn Lawyers Recognized in the Best Lawyers in America® 2020

Firm News - June 18, 2019 | Four Gibson Dunn Partners Recognized in Who's Who Legal 2019 in Tax, Life Sciences and I...

Firm News - August 15, 2018 | 20 Gibson Dunn Partners Named Lawyers of the Year

Firm News - August 1, 2018 | Who's Who Legal Recognizes Nine Gibson Dunn Partners

Firm News - May 25, 2018 | Who's Who Legal Recognizes Six Gibson Dunn Partners

Article - July 14, 2017 | Patent Assignments and Licenses: The Grant Clause and Related Patents

Article - July 6, 2017 | Rejecting Laissez-Faire Approach To Patent Damages Experts

Article - September 9, 2015 | SURREJOINDER: 3 Problems In 'Clearing Up The Confusion'

Article - August 28, 2015 | REJOINDER: Why It's An Inappropriate Reasonable Royalty Rule

Client Alert - July 28, 2015 | The Latest Inappropriate Reasonable Royalty Rule of Thumb

SITEMAP     CLIENT EXTRANET     LEGAL NOTICES     MODERN SLAVERY STATEMENT     PRIVACY POLICY     COOKIE NOTICE     CONTACT US

©Gibson, Dunn & Crutcher LLP 2021. All rights reserved.



Exhibit 1
-3-

Exhibit 1
-4-



**GIBSON DUNN**

LAWYERS    PRACTICES    **COVID-19 RESOURCES**    INSIGHTS ⌄    CAREERS ⌄    ABOUT ⌄    🔍

Biography    Education    Recent Publications

## CONTACT INFO

kparker@gibsondunn.com

TEL: +1 949.451.4336

FAX: +1 949.475.4726

Orange County

3161 Michelson Drive, Irvine, CA 92612-4412
USA

Print  |  Share  |  vCard

### Kenneth G. Parker

Partner

## PRACTICE

Intellectual Property

Aerospace and Related Technologies

Antitrust and Competition

Appellate and Constitutional Law

Artificial Intelligence and Automated Systems

Fashion, Retail and Consumer Products

International Trade

Life Sciences/IP Litigation    Litigation

Media, Entertainment and Technology

Sports Law    Trade Secrets

## BIOGRAPHY

Ken Parker is a partner in the Orange County office and is a member of the firm's Litigation Department and Intellectual Property Practice Group. Mr. Parker is a first-chair trial lawyer who has tried patent, trademark, and business cases to verdict, including International Trade Commission Section 337 patent litigation proceedings. He focuses on patent, trademark, copyright, trade secrets, and business litigation.

Mr. Parker's experience and results have been mentioned in the following publications, among others:

- Named in *The American Lawyer Litigation Daily*'s "Litigators of the Week" for patent-infringement victory in favor of PTS Diagnostics in the International Trade Commission, April 24, 2020

- "A 'top litigator'" who is "phenomenal in front of a jury." *World Trademark Review 1000* (WTR 1000), 2016

- Named a Top IP Lawyer in California, *Daily Journal*, April 19, 2018

- Adept "in any forum." *IAM Patent 1000*, 2020

- A "full-time litigator with a knack for zeroing in on the matters that are important or sensitive for clients . . His litigation tactics . . . are always effective." *World Trademark Review 1000*, 2020

- A "courtroom doyen" who is "extremely sharp" and can "identify arguments and strategy very quickly." *World Trademark Review 1000*, 2017

- "[P]ulls out all the stops to ensure that his clients are well protected. He truly shines in competitor litigation." *World Trademark Review 1000*, 2019

- Recognized as securing one of the "Top Defense Results" in California in 2017, *Daily Journal*, February 21, 2018

- "With a profound reservoir of IP litigation know-how backing him up, he brings a level head to heated disputes. His rich trial experience makes his arguments particularly cogent and allows him to deal with a trademark conflict at all levels." *World Trademark Review 1000*, 2018

- "An experienced federal court litigator with cross-country experience. His experience across a wide range of complex commercial and IP suits has helped him to develop the narrative skills needed to succeed in front of a jury." *World Trademark Review 1000*, 2015

Mr. Parker's work spans across industries, including life sciences (for example, research tools, analytical instrumentation/software, medical devices, diagnostics, biomanufacturing systems, etc.), software (encryption, predictive algorithms, AI); electronics and semiconductors, and consumer products. He prides himself on leading or working with teams to best serve clients, making complex issues understandable for clients, judges, and juries, and obtaining superior results for clients. Mr. Parker handles cases in courts throughout the country, and he is admitted in California, Washington, the federal district courts in California, the Northern and Eastern Districts of Texas, the District of Colorado, and United State Courts of Appeals for the Federal, Second, and Ninth Circuits.

Mr. Parker is AV Peer Review Rated Preeminent by Martindale-Hubbell Law Directory; is included in the *Southern California Super Lawyers*, Thomson Reuters, 2012-present; has been rated as a Patent and Trademark Star, 2017 to present, by *Managing IP Magazine*, Euromoney Institutional Investor PLC;

and has been selected as a leading California trademark litigator by *World Trademark Review*, Globe Business Publishing Ltd., 2013-present. He has also been recognized in *The Best Lawyers in America*, Woodward/White, Inc., for Litigation – Intellectual Property and Trademark Law, 2017 to present and The *Best Lawyers in America* named him Orange County's lawyer of the year in Trademark Law in 2017 and in Patent Law in 2020. He was also recently recognized as a leading lawyer in *Intellectual Asset Management (IAM) Patent 1000: The World's Leading Patent Practitioners*, Globe White Page Ltd, 2020.

==Mr. Parker is a Master and former President of the Howard T. Markey Intellectual Property Inn of Court,== serves as a Board Member and Secretary for the Association of Business Trial Lawyers – Orange County Chapter, serves on the Federal Circuit Bar Journal Committee, and is a member of the International Trade Commission Trial Lawyers Association. Mr. Parker also serves as a Board and Audit Committee Member of Orangewood Foundation, a non-profit foundation supporting at-risk teens and young adults.

When Mr. Parker is not litigating for clients, he enjoys speaking on issues related to trial tactics and approaches as well as substantive legal issues, providing pro bono work for clients recommended by Orange County's Public Law Center, and supporting Orangewood Foundation.

Mr. Parker received a Bachelor of Business Administration Degree in Management, *cum laude*, from Texas A&M University – College Station in 1991. He graduated as Vice Chancellor and with high honors, Order of the Coif, from University of Texas School of Law in 1994, where he also served as Articles Editor on the *Texas Law Review*. After he received his Juris Doctorate, Mr. Parker served as a judicial clerk for Chief Judge Gerald Bard Tjoflat of the U.S. Court of Appeals for the Eleventh Circuit from 1994 to 1995.

## EDUCATION

University of Texas - 1994 Juris Doctor

Texas A&M University - 1991 B.A. Business Administration

## ADMISSIONS

California Bar

Washington Bar

## RECENT PUBLICATIONS

Firm News - February 17, 2021 | Gibson Dunn, Howard Hogan and Kenneth Parker Named to World Trademark Review ...

Firm News - August 20, 2020 | 13 Gibson Dunn Partners Named Lawyers of the Year

SITEMAP    CLIENT EXTRANET    LEGAL NOTICES    MODERN SLAVERY STATEMENT    PRIVACY POLICY    COOKIE NOTICE    CONTACT US

©Gibson, Dunn & Crutcher LLP 2021. All rights reserved.



# EXHIBIT 2

Firestorm Capital LLC Officers and Board – ABTL Orange County/abtl.org



| ASSOCIATION OF BUSINESS TRIAL LAWYERS | LOS ANGELES | NORTHERN CALIFORNIA | ORANGE COUNTY | SAN DIEGO | SAN JOAQUIN VALLEY | ☰ MENU |

- 🏠 Orange County
- 📅 Event Calendar
- 👥 Membership
- 📄 ABTL Report
- 🪪 Officers and Board
- 🌐 Firm Members
- 📋 Sponsors
- ✉️ Join Our Email List
- 📞 Contact Us

# OFFICERS AND BOARD

## *Officers*

**PRESIDENT**
**Maria Z. Stearns**
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626
**Telephone:** (714) 338-1821

**VICE PRESIDENT**
**Matthew M. Sonne**
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
**Telephone:** (714) 513-5100

**TREASURER**
**William C. O'Neill**
Ross Wersching & Wolcott, LLP
3151 Airway Ave., Building S
Costa Mesa, CA 92626
**Telephone:** (714) 444-3900

**SECRETARY**
**Kenneth G. Parker**
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612-4412
**Telephone:** (949) 451-3800

**EXECUTIVE DIRECTOR**
**Linda A. Sampson**
8502 E. Chapman Avenue, Suite 443
Orange, CA 92869
**Telephone:** (714) 516-8106
**Fax:** (714) 602-2505
**Email:** abtloc@abtl.org

## *Board of Governors*

**Ashley Allyn**
Gibson, Dunn & Crutcher LLP
3161 Michelson
Irvine, CA 92612-4412
**Telephone:** (949) 451-3800

**Wayne W. Call**
Call & Jensen
610 Newport Center Dr., Ste 700
Newport Beach, CA 92660
**Telephone:** (949) 717-3000

**Darren K. Cottriel**
Jones Day
3161 Michelson Drive, Suite 800
Irvine, CA 92612
**Telephone:** (949) 553-7548

**Shane P. Criqui**
Stuart Kane LLP
620 Newport Center Drive, Suite 200
Newport Beach, CA 92660
**Telephone:** (949) 791-5126

**Hon. James J. Di Cesare**

**Hon. John Gastelum**

Exhibit 2
-7-

1/5

Orange County Superior Court

Orange County Superior Court

DINNER PROGRAM CHAIR
**Charity M. Gilbreth**
Schilling Law Group, P.C.
1100 Newport Center Drive, Suite 250
Newport Beach, CA 92660
**Telephone:** (949) 760-6124

ANNUAL SEMINAR COMMITTEE
**Andrew Gray**
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
**Telephone:** (714) 540-1235

**Alan A. Greenberg**
Greenberg Gross LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
**Telephone:** (949) 383-2820

**Adam J. Karr**
O'Melveny & Myers LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
**Telephone:** (949) 823-7150

**Hon. Erick L. Larsh**
Orange County Superior Court

**Khai LeQuang**
Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA 92614
**Telephone:** (949) 567-6700

**Allison L. Libeu**
Hueston Hennigan LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
**Telephone:** (949) 229-8640

**Michael B. McClellan**
Newmeyer & Dillion, LLP
895 Dove Street, 5th Floor
Newport Beach, CA 92660
**Telephone:** (949) 854-7314

**Hon. Douglas F. McCormick**
United States District Court
Central District of California

**Hon. Kathleen E. O'Leary**
California Court of Appeal
Fourth District, Division 3

**Justin N. Owens**
Stradling Yocca Carlson & Rauth, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**Telephone:** (949) 725-4076

**Alejandro G. Ruiz**
Payne & Fears LLP
4 Park Plaza, Suite 1100
Irvine, CA 92614
**Telephone:** (949) 797-1261

**Hon. Nathan R. Scott**
Orange County Superior Court

**Hon. James V. Selna**
United States District Court
Central District of California

**Jeffrey M. Singletary**
Snell & Wilmer L.L.P.
600 Anton Blvd., Ste 1400
Costa Mesa, CA 92626
**Telephone:** (714) 427-7000

**Chahira Solh**
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
**Telephone:** (949) 798-1367

PUBLIC SERVICE CO-CHAIR
**Joshua J. Stowell**
Knobbe Martens Olson & Bear LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
**Telephone:** (949) 721-5252

ANNUAL SEMINAR COMMITTEE
**Vikki L. Vander Woude**
Umberg Zipser LLP
1920 Main Street, Suite 750
Irvine, California 92614
**Telephone:** (949) 679-0052

PUBLIC SERVICE CO-CHAIR
**Peter N. Villar**
Troutman Pepper Hamilton Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-8592
**Telephone:** (949) 622-2700

**Mark B. Wilson**
Klein & Wilson
4770 Von Karman Avenue
Newport Beach, CA 92660
**Telephone:** (949) 631-3300

## *Judicial Advisory Board*

**Hon. Richard M. Aronson**
California Court of Appeal
Fourth District, Division 3

**Hon. Cormac J. Carney**
United States District Court
Central District of California

**Hon. William D. Claster**
Orange County Superior Court

**Hon. Richard D. Fybel**
California Court of Appeal
Fourth District, Division 3

**Hon. Charles Margines**
Orange County Superior Court

**Hon. Linda S. Marks**
Orange County Superior Court

**Hon. Thomas S. McConville**
Orange County Superior Court

**Hon. Kirk H. Nakamura**
Orange County Superior Court

**Hon. Josephine L. Staton**
United States District Court
Central District of California

**Hon. Peter J. Wilson**
Orange County Superior Court

## *Young Lawyer Division*

YLD CO-CHAIR
**Sayuri Espinosa**
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626

YLD CO-CHAIR
**Lauren J. Blaes**
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626

## *Past Presidents*

**Donald L. Morrow**
Morrow Law Corporation
PO Box 10969
Newport Beach, CA 92658
**Telephone:** (714) 939-1300

**Thomas R. Malcolm**
Jones Day
3161 Michelson Drive, Ste 800
Irvine, CA 92612
**Telephone:** (949) 851-3939

**Robert E. Palmer**
(1956 -2014)

**Hon. Andrew J. Guilford (Ret.)**
Judicate West

**Jeffrey W. Shields**
Shields Law Offices

**Michael G. Yoder**
O'Melveny & Myers

Exhibit 2
-9-
3/5

1920 Main Street #2345
Irvine, CA 92614
**Telephone:** (949) 724-7900

610 Newport Center Drive, Ste 1700
Newport Beach, CA 92660
**Telephone:** (949) 823-7936

**Dean J. Zipser**
Umberg Zipser LLP
1920 Main Street, Suite 750
Irvine, California 92614
**Telephone:** (949) 679-0052

**Hon. Sheila B. Fell**
Orange County Superior Court

**Gary A. Waldron**
Weintraub Tobin
23 Corporate Plaza Drive, Suite 200
Newport Beach, CA 92660-7901
**Telephone:** (949) 760-0204

**James G. Bohm**
Bohm Wildish LLP
695 Town Center Drive, Ste 700
Costa Mesa, CA 92626
**Telephone:** (714) 384-6500

**Hon. Martha K. Gooding**
Orange County Superior Court

**Richard J. Grabowski**
Jones Day
3161 Michelson Drive, Ste 800
Irvine, CA 92612
**Telephone:** (949) 553-7514

**Sean P. O'Connor**
Sheppard, Mullin,
Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
**Telephone:** (714) 513-5100

**Darren O. Aitken**
Aitken * Aitken * Cohn
3 MacArthur Place
P.O. Box 2555, Ste 800
Santa Ana, CA 92707
**Telephone:** (714) 434-1424

**Hon. Melissa R. McCormick**
Orange County Superior Court

**Mark D. Erickson**
Haynes and Boone LLP
18100 Von Karman Avenue, Ste 750
Irvine, CA 92612
**Telephone:** (949) 202-3000

**Jeffrey H. Reeves**
Theodora Oringher PC
535 Anton Blvd., 9th Floor
Costa Mesa, CA 92626
**Telephone:** (714) 549-6200

**Michele D. Johnson**
Latham & Watkins
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
**Telephone:** (714) 540-1235

**Scott B. Garner**
Umberg Zipser LLP
1920 Main Street, Suite 750
Irvine, California 92614
**Telephone:** (949) 679-0052

**Mark A. Finkelstein**
Umberg Zipser LLP
1920 Main Street, Suite 750
Irvine, California 92614
**Telephone:** (949) 679-0052

**Daniel A. Sasse**
Crowell & Moring, LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
**Telephone:** (949) 263-8400

**Karla J. Kraft**
Stradling Yocca Carlson & Rauth, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**Telephone:** (949) 725-4060

**Todd G. Friedland**
Stephens Friedland LLP

575 Anton Boulevard, Suite 750

Costa Mesa, CA 92626

**Telephone:** (949) 468-3200

© 2021 Association of Business Trial Lawyers. All Rights Reserved.
Home   Privacy Policy   Terms of Use

Home › FBA/OC Board of Directors

Home

FBA/OC Board of Directors

Event Calendar

Newsletters

Pro Bono Program

Young Lawyers Division

Sponsorship

Join the FBA

Contact Us

**Large Firm Sponsors:**

Brown Rudnick
Crowell & Moring
Gibson Dunn & Crutcher
Greenberg Gross
Haynes and Boone
Hueston Hennigan
Irell & Manella
Jones Day
Kirkland & Ellis
Knobbe Martens Olson & Bear
Latham & Watkins
Manatt, Phelps & Phillips
Nossaman
O'Melveny & Myers
One LLP
Paul Hastings
Robinson Calcagnie, Inc.
Rutan & Tucker
Sheppard Mullin Richter & Hampton
Shook, Hardy & Bacon
Snell & Wilmer
Stradling Yocca Carlson & Rauth
Troutman Pepper

**Small Firm and Corporate
Sponsors:**

Brown Wegner
Corrigan Welbourn & Stokke
Keller/Anderle
Outwater & Pinckes
PacTech Law
Shulman Bastian Friedman & Bui
Smiley Wang-Ekvall
Theodora Oringher PC
Umberg Zipser

**FBA/OC Newsletter**

Fall/Winter 2020 Issue
*In-Person Event*
Flipbook or PDF

**Upcoming Events**

July 15, 2021
**Annual Pro Bono Luncheon**
The Westin South Coast Plaza
*In-Person Event*
Register Now

Oct. 14, 2021
**Annual Judges' Night**

## 2020-2021 FBA/OC Board of Directors

### EXECUTIVE BOARD

**PRESIDENT**
David M. Stein
Brown Rudnick LLP

**PRESIDENT-ELECT/NATIONAL DELEGATE**
Brian C. Claassen
Knobbe Martens Olson & Bear

**TREASURER**
Damon D. Mircheff
Rutan & Tucker LLP

**SECRETARY**
Hon. Autumn D. Spaeth
United States Magistrate Judge

**IMMEDIATE PAST PRESIDENT**
Dean J. Zipser
Umberg Zipser LLP

**DIRECTORS to 10/2021**

Hon. David O. Carter
United States District Judge

Hon. Scott C. Clarkson
United States Bankruptcy Judge

Brent S. Colasurdo
Umberg Zipser LLP

Kate Corrigan
Corrigan Welbourn & Stokke APLC

Michael W. De Vries
Kirkland & Ellis LLP

Nate Dilger
One LLP

Lisa S. Glasser
Irell & Manella LLP

Richard J. Grabowski
Jones Day

Samrah Mahmoud
Troutman Pepper

Matthew C. Parrott
Gibson Dunn & Crutcher LLP

Daniel S. Robinson
Robinson Calcagnie, Inc.

Chase A. Scolnick
Keller/Anderle

Chahira Solh
Crowell & Moring LLP

Hon. Josephine L. Staton
United States District Judge

Matthew K. Wegner
Brown Wegner LLP

**DIRECTORS to 10/2022**

Benjamin R. Barron
United States Attorney's Office

Diana A. Chang
Shook, Hardy & Bacon LLP

David B. Clark
Haynes and Boone LLP

Jason de Bretteville
Stradling Yocca Carlson & Rauth

Douglas J. Dixon
Hueston Hennigan LLP

Andrew R. Gray
Latham & Watkins LLP

Hon. Andrew J. Guilford, Ret.

Ken Julian





Moraff, Phelps & Phillips LLP

Melissa Lowe
Shulman Bastian Friedman & Bui LLP

Aaron J. Malo
Sheppard Mullin Richter & Hampton LLP

Elizabeth L. McKeen
O'Melveny & Myers LLP

Hon. Karen E. Scott
United States Magistrate Judge

Hon James V. Selna
United States District Judge

Roy Z. Silva
Nossaman LLP

Beau Stockstill
Paul Hastings LLP

Elizabeth M. Weldon
Snell & Wilmer

Home | Contact Us | Copyright © 2021 - All Rights Reserved | Terms of Use | Privacy

Powered By ClubExpress

# EXHIBIT 3

**GIBSON DUNN**

LAWYERS    PRACTICES    COVID-19 RESOURCES    INSIGHTS ⌄    CAREERS ⌄    ABOUT ⌄    🔍

Biography    Education    Recent Publications



## Joshua H. Lerner
### Partner

### CONTACT INFO

jlerner@gibsondunn.com

TEL: +1 415.393.8254
FAX: +1 415.374.8499

San Francisco
555 Mission Street, Suite 3000, San Francisco, CA
94105-0921 USA

Print   |   Share   |   vCard

### PRACTICE

| Litigation | Class Actions |
| Intellectual Property | Labor and Employment |
| Life Sciences/IP Litigation | Trade Secrets |

---

## BIOGRAPHY

Joshua H. Lerner is a litigation partner in the San Francisco office of Gibson, Dunn & Crutcher. He is Chair of the firm's Trade Secrets Practice and a member of the Intellectual Property, Employment and Labor, and Litigation Practice Groups.

Josh is proud to serve as lead counsel for the world's leading technology companies. Josh's practice is focused on complex civil litigation, including trade secrets, class actions, and contract disputes. In addition, Josh has significant experience in litigating so-called "founder disputes" on behalf of successful companies. He litigates in federal and state courts as well as arbitral forums.

Josh was recently lead counsel for one of the world's best known technology firms in a multi-billion dollar trade secret and breach of contract dispute. In trade secret cases, Josh also has extensive experience securing and defeating TROs on behalf of companies and individuals in state and federal courts. Josh is also lead counsel for leading technology companies in class actions across the country.

Josh has consistently been recognized by *Benchmark Litigation* as a Litigation Star. His diverse practice experience has earned him Litigation Star recognition in Intellectual Property, Employment Law, General Commercial Litigation and Products Liability. From 2011 through 2015, Josh was named a Rising Star in IP Litigation by *Super Lawyers* Magazine, and a Super Lawyer from 2016 to present.

Before joining Gibson Dunn, Josh was a partner at Durie Tangri for 10 years. From 2006 to 2009, he was in-house at Genentech, serving as a Senior Litigation Counsel. Prior to that he also practiced at Clarence Dyer & Cohen LLP and Keker, Van Nest & Peters LLP.

Over the course of his career, Josh has taught business torts at University of California, Hastings College of the Law. ==He also serves as a Vice President for the Federal Bar Association.==

---

## EDUCATION

University of California - Berkeley - 2001 Juris Doctor

Reed College - 1998 Bachelor of Arts

## ADMISSIONS

California Bar

---

## RECENT PUBLICATIONS

Client Alert - June 24, 2021 | Third Circuit Court of Appeals Addresses Federal Trade Secret Standards

Firm News - December 15, 2020 | Who's Who Legal Competition 2020 Recognizes 18 Partners

Firm News - October 8, 2020 | LMG Life Sciences Names 13 Partners as Stars

Press Releases - September 10, 2019 | Litigation Partner Joshua Lerner Joins Gibson Dunn in San Francisco

SITEMAP    CLIENT EXTRANET    LEGAL NOTICES    MODERN SLAVERY STATEMENT    PRIVACY POLICY    COOKIE NOTICE    CONTACT US

©Gibson, Dunn & Crutcher LLP 2021. All rights reserved.



Exhibit 3
-15-

2/2

Case 8:20-cv-00048-JVS-JDE   Document 469-2   Filed 06/30/21   Page 20 of 26   Page ID
#:38711



The Judge Paul R. Michel Intellectual Property American Inn of Court     Officers         ✉ 🐦 in ➕ **More**

# The Judge Paul R. Michel Intellectual Property American Inn of Court

## President

Meng Xi, Esq.
Susman Godfrey LLP
p: (310) 789-3100
e: Send Mail

## Vice President

Vern Schooley, Esq.
Fulwider Patton LLP
p: (310) 242-2712
e: Send Mail

William E. Thomson, Jr., Esq.
Brooks Kushman
p: (213) 622-3013
e: Send Mail

## Counselor

Paul D. Tripodi, II, Esq.
Akin Gump Strauss Hauer & Feld LLP
p: (949) 885-4220
e: Send Mail

Paul D. Tripodi, II, Esq.
Akin Gump Strauss Hauer & Feld LLP
p: (949) 885-4220
e: Send Mail

## Program Chair

Jennifer Rho
Gibson, Dunn & Crutcher LLP
p: (213) 229-7103
e: Send Mail

## Mentoring Chair

Kenneth Weatherwax, Esq.
Lowenstein & Weatherwax LLP
p: (310) 307-4503
e: Send Mail

## Immediate Past President

Luke L. Dauchot, Esq.
Kirkland & Ellis LLP
p: (213) 680-8400
e: Send Mail

## Member

Hon. Philip S. Gutierrez
US District Court Central District of California
p: (213) 894-1478
e: Send Mail

## Board Member

Hon. Gary A. Feess

p: (626) 720-9177
e: Send Mail

Hon. James Otero (Ret.)

The Judge Paul R. Michel Intellectual Property American Inn of Court

2015-2016 Message from our Inn Counselor

2015-2016 Judge Paul R. Michel Inn Officers and Executive Committee

Judge Paul R. Michel Inn Membership Information

2015-2016 Judge Paul R. Michel Inn Pupillage Team List

2015-2016 Judge Paul R. Michel IP Inn Meeting Schedule

2015-2016 Judge Paul R. Michel Inn Meeting Notices

Judge Paul R. Michel Inn Policies

Judge Paul R. Michel Inn Forms - MCLE - Membership

Judge Paul R. Michel Inn Images

2018-2019 Meeting Dates for the Michel Inn

Hon. S. James Otero (Ret.)
JAMS
p: (213) 620-1138
e:  Send Mail

Hon. Suzanne H. Segal
US District Court Central District of California
p: (213) 894-1420
e:  Send Mail

Hon. Michael R. Wilner
U.S. District Court
p: (213) 894-2522
e:  Send Mail

Executive Director

V. Monica Mandel
Buchalter, a Professional Corporation
p: (213) 465-6890
e:  Send Mail

Web Administrator

Luke Burton

p: (312) 576-3366
e:  Send Mail

V. Monica Mandel
Buchalter, a Professional Corporation
p: (213) 465-6890
e:  Send Mail

Thomas A. Runk, Esq.
BrooksKushman
p: (213) 622-3003
e:  Send Mail

Board Liaison

Timothy P. Best, Esq.
Gibson Dunn & Crutcher
p: (213) 229-7659
e:  Send Mail

© 2020 American Inns of Court

225 Reinekers Lane, Suite 770, Alexandria, VA 22314    |    Phone: (703) 684-3590    |    Fax: (703) 684-3607    |    info@innsofcourt.org

Disclaimer    Privacy Policy    State Disclosures    Request Information    © 2018 American Inns of Court Foundation

Exhibit 3
-17-

# EXHIBIT 4

| | |
|---|---|
| **From:** | Kaounis, Angelique |
| **To:** | Adam.Powell; Masimo.Apple |
| **Cc:** | *** Apple-Masimo |
| **Subject:** | RE: Masimo v. Apple Inc., 20-cv-00048 - discovery special master meet and confer |
| **Date:** | Monday, January 25, 2021 3:02:10 PM |

Dear Counsel,

Per my email of earlier today, below please find a list of proposed discovery special masters in advance of tomorrow's call.  We look forward to discussing with you then.  Please confirm which time works for you.

- <u>Andy Guilford</u>

- <u>Suzanne Segal</u>

- <u>Cecily Bond</u>

Apple reserves all rights.
Thank you,
Angelique

**Angelique Kaounis**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
2029 Century Park East Suite 4000, Los Angeles, CA 90067-3026
Tel +1 310.552.8546 • Fax +1 310.552.7026
AKaounis@gibsondunn.com • www.gibsondunn.com

**From:** Adam Powell <Adam.Powell@knobbe.com>
**Sent:** Monday, January 25, 2021 2:48 PM
**To:** Kaounis, Angelique <AKaounis@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple Inc., 20-cv-00048 - discovery special master meet and confer

[External Email]
Angelique,

We are ready to exchange our list of potential special masters whenever you are ready.  Does 3pm work?

Thanks,
Adam

**Adam Powell**

Exhibit 4
-18-

Partner
858-707-4245 **Direct**
**Knobbe Martens**

---

**From:** Adam.Powell
**Sent:** Monday, January 25, 2021 2:24 PM
**To:** Kaounis, Angelique <AKaounis@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple Inc., 20-cv-00048 - discovery special master meet and confer

Angelique,

We will not be ready to send you our names at 2:30pm, but agree that we should do so today.  We will let you know when we are ready.

Thanks,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**
**Knobbe Martens**

---

**From:** Kaounis, Angelique <AKaounis@gibsondunn.com>
**Sent:** Monday, January 25, 2021 12:37 PM
**To:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo v. Apple Inc., 20-cv-00048 - discovery special master meet and confer

Dear Counsel,

We have not heard back from you in response to the below email, so please let us know if you are available for a meet and confer tomorrow during the proposed times.

Additionally, we propose a mutual exchange of three special master candidate names today by email at 2:30 pm Pacific.

Please confirm Plaintiffs are agreeable to this approach and will send their list at 2:30 pm. Thank you.

**Angelique Kaounis**

Exhibit 4
-19-

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2029 Century Park East Suite 4000, Los Angeles, CA 90067-3026
Tel +1 310.552.8546 • Fax +1 310.552.7026
AKaounis@gibsondunn.com • www.gibsondunn.com

---

**From:** Kaounis, Angelique
**Sent:** Friday, January 22, 2021 1:11 PM
**To:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Masimo v. Apple Inc., 20-cv-00048 - discovery special master meet and confer

Dear Counsel,
In light of the Court's January 21 directive that the parties confer regarding the potential appointment of a discovery special master within five days, please let us know of your availability to meet and confer on Tuesday, January 26 at 11:30 am or 1 pm Pacific.
Thank you,
Angelique

**Angelique Kaounis**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2029 Century Park East Suite 4000, Los Angeles, CA 90067-3026
Tel +1 310.552.8546 • Fax +1 310.552.7026
AKaounis@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Exhibit 4
-20-

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

Exhibit 4
-21-