JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>          v.<br><br>APPLE INC., a California corporation,<br><br>                    Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF ANGELIQUE KAOUNIS IN SUPPORT OF APPLE INC.'S PORTION OF JOINT CONSENT TO APPOINTMENT OF SPECIAL MASTER PURSUANT TO THE COURT'S JUNE 23, 2021 MINUTE ORDER (DKT. 465)** |

Gibson, Dunn & Crutcher LLP

KAOUNIS DECLARATION IN SUPPORT OF APPLE INC.'S PORTION OF JOINT CONSENT TO APPOINTMENT OF SPECIAL MASTER PURSUANT TO THE COURT'S JUNE 23, 2021 MINUTE ORDER (DKT. 465)
CASE NO. 8:20-CV-00048-JVS (JDEx)

I, Angelique Kaounis, declare and state as follows:

1.     I am an attorney duly licensed to practice law before this Court and all courts of the State of California.  I am Of Counsel with the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn") and counsel of record for Apple Inc. ("Apple") in the above-captioned action.

2.     I have personal, firsthand knowledge of the facts stated herein, and if called upon to do so, could and would competently testify thereto.

3.     I make this declaration in support of Apple's Portion of the Joint Consent to Appointment of Special Master Pursuant to the Court's June 23, 2021 Minute Order (Dkt. 465).

4.     Attached hereto as **Exhibit A** is a true and correct copy of a webpage reflecting information concerning the founding members of The Howard T. Markey Intellectual Property American Inn of Court.   This page is available at https://inns.innsofcourt.org/for-members/inns/the-howard-t-markey-intellectual-property-american-inn-of-court.aspx (last visited June 25, 2021).

5.     Attached hereto as **Exhibit B** is a true and correct copy of a June 13, 2021 email (excluding the attachment, and with an indicated redaction) the Honorable Andrew J. Guilford (Ret.) sent to certain counsel for the parties stating that he intended to use the services of research attorney Jenna Kelleher in this matter, and indicating that Ms. Kelleher had previously worked for Knobbe Martens, the law firm representing Plaintiffs in this action.

6.     Attached hereto as **Exhibit C** is a true and correct copy of the Trademark/Service Mark Application, Principal Register for Masimo Corporation's 3D DESET INDEX ALARM.  This application lists Jenna C. Kelleher as one of the "other appointed attorney[s]," as well as Joseph R. Re, Stephen C. Jensen, Benjamin A. Katzenellenbogen, Perry D. Oldham, Mark D. Kachner, and Adam B. Powell (all of whom are counsel of record for Plaintiffs in the above-titled action).   This page is

Gibson, Dunn &
Crutcher LLP

1

KAOUNIS DECLARATION IN SUPPORT OF APPLE INC.'S PORTION OF JOINT CONSENT TO APPOINTMENT OF SPECIAL MASTER PURSUANT TO THE COURT'S JUNE 23, 2021 MINUTE ORDER (DKT. 465)
CASE NO. 8:20-CV-00048-JVS (JDEX)

1  available at https://uspto.report/TM/87080891/RFA20160625081626/ (last visited June
2  28, 2021).

3      7.    Attached hereto as **Exhibit D** is a true and correct copy of an email
4  exchange (dated June 15, 18, and 22-24, 2021) between myself and Adam Powell,
5  counsel for Plaintiffs in this matter, copying counsel of record.

6      8.    Attached hereto as **Exhibit E** is a true and correct copy of the online
7  biography for the Honorable Suzanne H. Segal (Ret.) that I obtained from
8  https://signatureresolution.com/neutrals/hon-suzanne-h-segal-ret/?generate_pdf on or
9  about June 18, 2021.

10     Executed this 30th day of June 2021 in Malibu, California.

12  By: _____
13        Angelique Kaounis

2

# Exhibit A

The Howard T. Markey Intellectual Property American Inn of Court - American Inns of C...   Page 1 of 2

(https://www.innsofcourt.org/)

| The Howard T. Markey Intellectual Property American Inn of Court |

More

Welcome to The Howard T. Markey Intellectual Property American Inn of Court website.

Founded in 2013, we are an Orange County-based American Inn of Court focused on Intellectual Property Litigation.  We are dedicated to upholding the standards of the legal profession, practicing law with dignity and respect, and encouraging respect for our system of justice.  We believe that strong mentoring is one of the most important ways in which we can maintain the strength and vitality of our legal community, and we seek to enhance the reputation of the practice of intellectual property law in Orange County.



*The Honorable Andrew J. Guilford accepting the Inn Charter from the Honorable Richard Linn.*



*Founding Inn officers Ronald Oines, Steven Hanle, Joseph Re, Hon. Andrew J. Guilford, Christy Von der Ahe, Mark Wine, and John Sganga.*

**Upcoming Meetings:**  The Inn will hold meetings around Orange County on September 29, 2015,  November 10, 2015, December 16 (Holiday Party), 2015, January 12, 2016, February 23, 2016, April 5, 2016, and May 17, 2016.

**Membership:**  Potential new members should email the Inn's Membership Chair, Christy Von der Ahe,

Exhibit A
Page 4

The Howard T. Markey Intellectual Property American Inn of Court - American Inns of C...   Page 2 of 2

at cvonderahe@orrick.com.

© 2020 American Inns of Court

225 Reinekers Lane, Suite 770, Alexandria, VA 22314    |    Phone: (703) 684-3590    |    Fax: (703) 684-3607    |
info@innsofcourt.org (mailto:info@innsofcourt.org)

Disclaimer (https://www.innsofcourt.org/AIC/Disclaimer/AIC/Disclaimer.aspx?hkey=e28eb290-c70a-41de-8459-cff9db537089)
Privacy Policy (https://www.innsofcourt.org/AIC/Privacy_Policy/AIC/Privacy_Policy.aspx?hkey=a0a5ec8f-cd44-46d8-8220-
6d1e7bfc5736)    State Disclosures (https://www.innsofcourt.org/AIC/State_Disclosures/AIC/State_Disclosures.aspx?
hkey=ba357c51-dfa6-4480-883e-eb67b1568e0e)    Request Information
(https://www.innsofcourt.org/AIC/Get_Involved/Join_an_Inn/Request_Info/AIC/AIC_Get_Involved/Request_Information_to_Join.aspx?
hkey=667cc7b7-b61b-4c9d-a40a-01f855b297ad)    © 2018 American Inns of Court Foundation

Exhibit A
Page 5

# Exhibit B

| | |
|---|---|
| **From:** | Lerner, Joshua H. |
| **To:** | *** Apple-Masimo |
| **Subject:** | Fwd: Masimo v Apple; SACV 20-48JVS(JDEx) |
| **Date:** | Sunday, June 13, 2021 5:13:41 PM |
| **Attachments:** | JKelleher - Judicate West Resume_.pdf |

**Joshua H. Lerner**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street Suite 3000, San Francisco, CA 94105-0921
Tel +1 415.393.8254 • Fax +1 415.374.8499
JLerner@gibsondunn.com • www.gibsondunn.com

Begin forwarded message:

> **From:** Andrew Guilford <andrewguilford@judicatewest.com>
> **Date:** June 13, 2021 at 5:11:18 PM PDT
> **To:** steve.jensen@knobbe.com, "Lerner, Joshua H." <JLerner@gibsondunn.com>
> **Cc:** Jenna Kelleher <jennak@judicatewest.com>, Heidi Adams <heidi@judicatewest.com>, Alan Brutman <alan@judicatewest.com>
> **Subject: Masimo v Apple; SACV 20-48JVS(JDEx)**

[External Email]

Dear Counsel,

I understand I'm being considered to serve as a Special Master in the referenced case pending before Judge Selna. If appointed, I would likely use the services of a Judicate West research attorney, Jenna Kelleher, to assist me in performing tasks such as legal research and document organization. I've attached Ms. Kelleher's resume. Her substantially lower billing rate of <sup>redacted</sup> per hour would substantially reduce expense in this matter.

Ms. Kelleher has significant experience in intellectual property law, having served as the only Patent Pilot Program Clerk for the Central District of California for three years and as a clerk in the Eastern District of Texas for one year. Jenna and I worked closely together when I was on the panel for the Patent Pilot Program.

She is immensely respected by all the Judges she assisted.

Further, please note that from 2013 to July 2016, Ms. Kelleher
worked as an associate at Knobbe Martens. She does not intend
to return to work there and, while she was a judicial law clerk, she
assisted Judges in matters where Knobbe was counsel of record.
Neither Ms. Kelleher nor I believe that her prior employment at
Knobbe would impact her ability to impartially assist me in this
matter. But in the interest of full disclosure, I note this now so
that any objections could be appropriately and timely raised.

Sincerely,

*Andrew J. Guilford*

**Hon. Andrew J. Guilford, Ret.**
**Mediator | Arbitrator | Private Judge**

**andrewguilford@judicatewest.com**

# Exhibit C

Exhibit C
Page 9

USPTO
.report
Trademarks   Patents   Copyright

# TEAS RF New Application

## 3D DESAT INDEX ALARM
### Masimo Corporation

USPTO.report  /  Masimo Corporation  /  3D DESAT INDEX ALARM Application #87080891  /  TEAS RF New Application

### Trademark/Service Mark Application, Principal Register

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)

OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87080891**
**Filing Date: 06/22/2016**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 87080891 |
| **MARK INFORMATION** | |
| *MARK | 3D DESAT INDEX ALARM |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | 3D DESAT INDEX ALARM |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Masimo Corporation |
| *STREET | 40 Parker |
| *CITY | Irvine |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 92618 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 010 |
| *IDENTIFICATION | Medical devices, including, patient monitors for analyzing blood properties |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | Deborah S. Shepherd |
| ATTORNEY DOCKET NUMBER | MASIMOT.701T |
| FIRM NAME | Knobbe Martens Olson & Bear LLP |
| STREET | 2040 Main Street, 14th Floor |
| CITY | Irvine |
| STATE | California |
| COUNTRY | United States |

Exhibit C
Page 10

| | |
|---|---|
| ZIP/POSTAL CODE | 92614 |
| PHONE | (949) 760-0404 |
| FAX | (949) 760-9502 |
| EMAIL ADDRESS | efiling@knobbe.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | William B. Bunker, Arthur S. Rose, Ned A. Israelsen, Drew S. Hamilton, John B. Sganga, Jr., Edward A. Schlatter, Gerard von Hoffmann, Joseph R. Re, Catherine J. Holland, John M. Carson, Karen Vogel Weil, Andrew H. Simpson, Jeffrey L. Van Hoosear, Daniel E. Altman, Lynda J. Zadra-Symes, William H. Shreve, Stephen C. Jensen, Steven J. Nataupsky, Paul A. Stewart, Joseph F. Jennings, Craig S. Summers, Brenton R. Babcock, Michael H. Trenholm, Diane M. Reed, Ronald J. Schoenbaum, John R. King, Frederick S. Berretta, Adeel S. Akhtar, Thomas R. Arno, David N. Weiss, Dan Hart, Douglas G. Muehlhauser, Lori Lee Yamato, Michael K. Friedland, Stacey R. Halpern, Mark M. Abumeri, Jon W. Gurka, John W. Holcomb, Joseph M. Reisman, Michael L. Fuller, Eric M. Nelson, Mark R. Benedict, Paul N. Conover, Robert J. Roby, Sabing H. Lee, Karoline A. Delaney, Joseph S. Cianfrani, William R. Zimmerman, Paul C. Steinhardt, Eric S. Furman, Susan M. Natland, Rose M. Thiessen, Michael A. Guiliana, Rabinder N. Narula, Bruce S. Itchkawitz, John M. Grover, Irfan A. Lateef, Amy Christensen Chun, Mark J. Gallagher, David G. Jankowski, Brian C. Horne, Payson LeMeilleur, Sheila N. Swaroop, Benjamin A. Katzenellenbogen, Andrew N. Merickel, Thomas P. Krzeminski, Michael S. Okamoto, Linda H. Liu, James F. Herkenhoff, Andrew M. Douglas, Salima A. Merani, Jonathan A. Hyman, Curtiss C. Dosier, Joseph J. Mallon, Sean M. Murray, Christy G. Lea, Perry D. Oldham, Russell M. Jeide, Zi Y. Wong, Matthew S. Bellinger, Mincheol Kim, Gregory A. Hermanson, Lauren Keller Katzenellenbogen, Ted M. Cannon, Carol Pitzel Cruz, Josué A. Villalta, Andrew I. Kimmel, Brenden Gingrich, Boris Zelkind, Maria Culic Anderson, Melanie J. Seelig, Mauricio A. Uribe, Curtis R. Huffmire, Christopher L. Ross, Eli A. Loots, Ryan E. Melnick, Yanna S. Bouris, Philip M. Nelson, Jay R. Deshmukh, Marko R. Zoretic, Kerry S. Taylor, Derek C. Dailey, Christopher T. Sweeney, Jarom D. Kesler, Steven P. Ruden, Colin B. Heideman, Theodore G. Papagiannis, Nicholas M. Zovko, Adam J. Gilbert, Kimberly J. Miller, Bryan W. Wahl, Thomas Y. Yee, Michelle E. Armond, Agnes Juang, Jason J. Jardine, Jared C. Bunker, Lance D. Smemoe, Joshua J. Stowell, Scott Raevsky, Jonathan E. Bachand, Ali S. Razai, Terry K. Tullis, Derek R. Bayles, Cheryl T. Burgess, Gregory B. Phillips, Brian C. Claassen, Mark Lezama, Sean Ambrosius, Stephen W. Larson, Travis J. Hill, John L. Paik, Bridget O'L. Smith, Michael R. Christensen, Benjamin J. Everton, Jason A. Gersting, Baraa Kahf, Alan G. Laquer, Jing Liu, Vlad Teplitskiy, Jeffery L. Hallstrom, Maria V. Stout, William O. Adams, Ian W. Gillies, Andrew W. Lloyd, Mark D. Kachner, Lincoln S. Essig, David R. Trossen, Aaron M. Davis, Jason R. Swartz, Benjamin B. Anger, Deborah S. Shepherd, Alejandro D. Muñoz, Mark D. Marsden, Nora A. Marachelian, Jason A. Champion, Joan Y. Chan, Eric L. Fong, Daniel V. Gibson, Jeremy J. Carney, Frederick A. Nicholson, Allyson G. Brown, Karen M. Cassidy, Adam B. Powell, Christopher M. DiLeo, Damien J. Howard, |

Exhibit C
Page 11

David Guggenhwa, Karen J. Lenker, Bryan G.
McWhorter, David S. Barnhill, Jane Q. Dai, Benjamin
P. Johnson, Shannon Lam, Peter Law, Mark Metzke,
Scott G. Siera, Vikas Bhargava, Daniel J. Fischer,
Jacob Peterson, Christie R.W. Matthaei, Vladimir S.
Lozan, Paul S. Stellman, Nathanael R. Luman,
Lauren E. Hockett, Jeremy A. Anapol, Heungsoo
Choi, Scott A. Cromar, David M. Dremann, Samantha
Y. Hsu, Kendall M. Loebbaka, David R. Schmidt,
Harnik Shukla, Omar K. Al-Mesned, Charlene A.
Azema, Morgan R. Coates, Loni L. Morrow, Nathan
M. Shaw, Kyu S. Min, Jane Xia, Chang Sik Lim,
Jessica L. Achtsam, Thomas S.H. Cowan, Kent N.
Shum, Nicole Rossi Townes, Caleb A. Bates,
Devanie A. DuFour, Cameron Jahansouz, Jenna C.
Kelleher, Emily Lee, Yiheng Li, Alex J. Martinez,
Hans L. Mayer, Jessica C. Sganga, Mark A. Speegle,
Samantha C. Markley, Nicholas A. Belair, Kun Wang,
Ryan S. Furtado, Jonathan A. Menkes, Angela K.
Dremann, Justin J. Gillett, Michael C. Lee, M. Scott
Forbes, Mark W. Catanese, Brian M. Graham, Eric Y.
Zhou, Brian J. Flynn, Zachary A. Glantz, Catherine R.
Gourash, Mitchell B. Hadley, Fred T. Hale, John J.
Sadlik, Qi Peter Tong, Show X. Wang, Joy Wang,
Elenore Niu, Grant R. McAdams, Paul J. Famiglietti,
Andrew D. Lee, Yifang C. Zhao, Claine Snow,
Michael P. Burns, Stephanie M. Johnson, Jeffrey C.
Wu, Andrew E. Morrell, Neil G. Anderson, Joshua D.
Berk, Paul Chang, David M. Cohen, Mark E. Davis,
Michael R. Garcia, Jordan E. Gottdank, Alison M. Hill,
Johannes S. Hsu, Edward C. Johnson, Kim A.
Kennedy, Daniel C. Kiang, David G. Kim, Keith M.
Lim, Ashley C. Morales, Nathan D. Reeves, Scott R.
Seeley, Julianna M. Simon, Brandon G. Smith, C.
Dylan Turner, Diana E. Wade, Xiaoyan Sabrina
Wang, April K. White, Linjun Xu, Daniel K.
Yarbrough, Zach Jun Hyuk Hong, Jordan M. Cox,
Mason M. Marks, and Rick Park

| CORRESPONDENCE INFORMATION | |
|---|---|
| NAME | Deborah S. Shepherd |
| FIRM NAME | Knobbe Martens Olson & Bear LLP |
| STREET | 2040 Main Street, 14th Floor |
| CITY | Irvine |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 92614 |
| PHONE | (949) 760-0404 |
| FAX | (949) 760-9502 |
| *EMAIL ADDRESS | efiling@knobbe.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| FEE INFORMATION | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /deborah shepherd/ |
| SIGNATORY'S NAME | Deborah S. Shepherd |
| SIGNATORY'S POSITION | Attorney of record, California bar member |
| SIGNATORY'S PHONE NUMBER | (949) 760-0404 |
| DATE SIGNED | 06/21/2016 |

Exhibit C
Page 12

Exhibit C
Page 13

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)

OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87080891**
**Filing Date: 06/22/2016**

## To the Commissioner for Trademarks:

**MARK:** 3D DESAT INDEX ALARM (Standard Characters, see mark)
The literal element of the mark consists of 3D DESAT INDEX ALARM.

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Masimo Corporation, a corporation of Delaware, having an address of
   40 Parker
   Irvine, California 92618
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 010:  Medical devices, including, patient monitors for analyzing blood properties
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The applicant's current Attorney Information:
   Deborah S. Shepherd and William B. Bunker, Arthur S. Rose, Ned A. Israelsen, Drew S. Hamilton, John B. Sganga, Jr., Edward A. Schlatter, Gerard von Hoffmann, Joseph R. Re, Catherine J. Holland, John M. Carson, Karen Vogel Weil, Andrew H. Simpson, Jeffrey L. Van Hoosear, Daniel E. Altman, Lynda J. Zadra-Symes, William H. Shreve, Stephen C. Jensen, Steven J. Nataupsky, Paul A. Stewart, Joseph F. Jennings, Craig S. Summers, Brenton R. Babcock, Michael H. Trenholm, Diane M. Reed, Ronald J. Schoenbaum, John R. King, Frederick S. Berretta, Adeel S. Akhtar, Thomas R. Arno, David N. Weiss, Dan Hart, Douglas G. Muehlhauser, Lori Lee Yamato, Michael K. Friedland,

Exhibit C
Page 14

Stacey R. Halpern, Mark M. Abumeri, Jon W. Gurka, John W. Holcomb, Joseph M. Reisman, Michael L. Fuller, Eric M. Nelson, Mark R. Benedict, Paul N. Conover, Robert J. Roby, Sabing H. Lee, Karoline A. Delaney, Joseph S. Cianfrani, William T. Zimmerman, Paul C. Steinhardt, Eric S. Furman, Susan M. Natland, Rose M. Thiessen, Michael A. Guiliana, Rabinder N. Narula, Bruce S. Itchkawitz, John M. Grover, Irfan A. Lateef, Amy Christensen Chun, Mark J. Gallagher, David G. Jankowski, Brian C. Horne, Payson LeMeilleur, Sheila N. Swaroop, Benjamin A. Katzenellenbogen, Andrew N. Merickel, Thomas P. Krzeminski, Michael S. Okamoto, Linda H. Liu, James F. Herkenhoff, Andrew M. Douglas, Salima A. Merani, Jonathan A. Hyman, Curtiss C. Dosier, Joseph J. Mallon, Sean M. Murray, Christy G. Lea, Perry D. Oldham, Russell M. Jeide, Zi Y. Wong, Matthew S. Bellinger, Mincheol Kim, Gregory A. Hermanson, Lauren Keller Katzenellenbogen, Ted M. Cannon, Carol Pitzel Cruz, Josué A. Villalta, Andrew I. Kimmel, Brenden Gingrich, Boris Zelkind, Maria Culic Anderson, Melanie J. Seelig, Mauricio A. Uribe, Curtis R. Huffmire, Christopher I. Ross, Eli A. Loots, Ryan E. Melnick, Yanna S. Bouris, Philip M. Nelson, Jay R. Deshmukh, Marko R. Zoretic, Kerry S. Taylor, Derek C. Dailey, Christopher T. Sweeney, Jarom D. Kesler, Steven P. Ruden, Colin B. Heideman, Theodore G. Papagiannis, Nicholas M. Zovko, Adam J. Gilbert, Kimberly J. Miller, Bryan W. Wahl, Thomas Y. Yee, Michelle E. Armond, Agnes Juang, Jason J. Jardine, Jared C. Bunker, Lance D. Smemoe, Joshua J. Stowell, Scott Raevsky, Jonathan E. Bachand, Ali S. Razai, Terry K. Tullis, Derek R. Bayles, Cheryl T. Burgess, Gregory B. Phillips, Brian C. Claassen, Mark Lezama, Sean Ambrosius, Stephen W. Larson, Travis J. Hill, John L. Paik, Bridget O'L. Smith, Michael R. Christensen, Benjamin J. Everton, Jason A. Gersting, Baraa Kahf, Alan G. Laquer, Jing Liu, Vlad Teplitskiy, Jeffery L. Hallstrom, Maria V. Stout, William O. Adams, Ian W. Gillies, Andrew W. Lloyd, Mark D. Kachner, Lincoln S. Essig, David R. Trossen, Aaron M. Davis, Jason R. Swartz, Benjamin B. Anger, Deborah S. Shepherd, Alejandro J. Muñoz, Mark D. Marsden, Nora A. Marachelian, Jason A. Champion, Joan Y. Chan, Eric L. Fong, Daniel V. Gibson, Jeremy J. Carney, Frederick A. Nicholson, Allyson G. Brown, Karen M. Cassidy, Adam B. Powell, Christopher M. DiLeo, Damien J. Howard, David P. Kujawa, Karen J. Lenker, Bryan G. McWhorter, David S. Barnhill, Jane Q. Dai, Benjamin P. Johnson, Shannon Lam, Peter Law, Mark Metzke, Scott G. Siera, Vikas Bhargava, Daniel J. Fischer, Jacob Peterson, Christie R.W. Matthaei, Vladimir S. Lozan, Paul S. Stellman, Nathanael R. Luman, Lauren E. Hockett, Jeremy A. Anapol, Heungsoo Choi, Scott A. Cromar, David M. Dremann, Samantha Y. Hsu, Kendall M. Loebbaka, David R. Schmidt, Harnik Shukla, Omar K. Al-Mesned, Charlene A. Azema, Morgan R. Coates, Loni L. Morrow, Nathan M. Shaw, Kyu S. Min, Jane Xia, Chang Sik Lim, Jessica L. Achtsam, Thomas S.H. Cowan, Kent N. Shum, Nicole Rossi Townes, Caleb A. Bates, Devanie A. DuFour, Cameron Jahansouz, Jenna C. Kelleher, Emily Lee, Yiheng Li, Alex J. Martinez, Hans L. Mayer, Jessica C. Sganga, Mark A. Speegle, Samantha C. Markley, Nicholas A. Belair, Kun Wang, Ryan S. Furtado, Jonathan A. Menkes, Angela K. Dremann, Justin J. Gillett, Michael C. Lee, M. Scott Forbes, Mark W. Catanese, Brian M. Graham, Eric Y. Zhou, Brian J. Flynn, Zachary A. Glantz, Catherine R. Gourash, Mitchell B. Hadley, Fred T. Hale, John J. Sadlik, Qi Peter Tong, Show X. Wang, Joy Wang, Elenore Niu, Grant R. McAdams, Paul J. Famiglietti, Andrew D. Lee, Yifang C. Zhao, Claine Snow, Michael P. Burns, Stephanie M. Johnson, Jeffrey C. Wu, Andrew E. Morrell, Neil G. Anderson, Joshua D. Berk, Paul Chang, David M. Cohen, Mark E. Davis, Michael R. Garcia, Jordan E. Gottdank, Alison M. Hill, Johannes S. Hsu, Edward C. Johnson, Kim A. Kennedy, Daniel C. Kiang, David G. Kim, Keith M. Lim, Ashley C. Morales, Nathan D. Reeves, Scott R. Seeley, Julianna M. Simon, Brandon G. Smith, C. Dylan Turner, Diana E. Wade, Xiaoyan Sabrina Wang, April K. White, Linjun Xu, Daniel K. Yarbrough, Zach Jun Hyuk Hong, Jordan M. Cox, Mason M. Marks, and Rick Park of Knobbe Martens Olson & Bear LLP     2040 Main Street, 14th Floor

    Irvine, California 92614
    United States
    (949) 760-0404(phone)
    (949) 760-9502(fax)
    efiling@knobbe.com (authorized)

The attorney docket/reference number is MASIMOT.701T.

The applicant's current Correspondence Information:

    Deborah S. Shepherd
    Knobbe Martens Olson & Bear LLP
    2040 Main Street, 14th Floor
    Irvine, California 92614
    (949) 760-0404(phone)
    (949) 760-9502(fax)
    efiling@knobbe.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d),

Exhibit C
Page 15

and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /deborah shepherd/   Date: 06/21/2016
Signatory's Name: Deborah S. Shepherd
Signatory's Position: Attorney of record, California bar member
RAM Sale Number: 87080891
RAM Accounting Date: 06/23/2016

Serial Number: 87080891
Internet Transmission Date: Wed Jun 22 19:25:29 EDT 2016
TEAS Stamp: USPTO/BAS-XXX.XXX.XX.XX-2016062219252966
7288-87080891-550411caa585c719e7a874ecdd
53cbb5310106af0a7ebfabaf040d937829af712-
CC-5741-20160621181449577881

TEAS RF New Application [image/jpeg]

Exhibit C
Page 16

# 3D DESAT INDEX ALARM

© 2021 USPTO.report | Privacy Policy | Resources | ☐ | ☐

Exhibit C
Page 17

# Exhibit D

| From: | Adam.Powell |
|---|---|
| To: | Kaounis, Angelique; Masimo.Apple |
| Cc: | *** Apple-Masimo |
| Subject: | RE: SACV 20-48JVS(JDEx): Masimo v Apple - Under Seal Tentative |
| Date: | Thursday, June 24, 2021 8:08:31 PM |
| Attachments: | DRAFT [Proposed] Order appointing Special Master.DOCX |

[External Email]

Angelique,

Thank you for your email.  Attached is a proposed order specifying the powers and duties of the special master.  Please let us know if this is acceptable to Apple.

We disagree with your assertions regarding Judge Guilford and Judge Segal.  We continue to believe that Judge Guilford is the logical choice.  Regardless, the Court ordered the parties to list their order of preference in the filing next week, so we suggest each party provide their order of preference in that filing.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245 **Direct**

**Knobbe** Martens

---

**From:** Kaounis, Angelique <AKaounis@gibsondunn.com>
**Sent:** Wednesday, June 23, 2021 10:46 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: SACV 20-48JVS(JDEx): Masimo v Apple - Under Seal Tentative

Adam,
We have not heard back from you in response to the below.  Please let us know Plaintiffs' position on consenting to Judge Segal and please send us the draft joint consent and draft proposed order of appointment as soon as practicable in light of the entry of the June 9 tentative order earlier today.
Thanks,
Angelique

**Angelique Kaounis**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
2029 Century Park East Suite 4000, Los Angeles, CA 90067-3026
Tel +1 310.552.8546 • Fax +1 310.552.7026

AKaounis@gibsondunn.com • www.gibsondunn.com

**From:** Kaounis, Angelique
**Sent:** Tuesday, June 22, 2021 10:19 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: SACV 20-48JVS(JDEx): Masimo v Apple - Under Seal Tentative

Adam,

Thanks for your email.  As a preliminary matter, the Court's tentative order does not require any "objection" to a proposed special master to be filed today.  The Court's tentative plainly states that "[a]ny party may file a request for hearing" by 5:00 p.m. today, "stating why oral argument is necessary."  However, the Court provides a separate process for the selection of a special master; the Order says that "[w]ithin seven days, the parties shall file a joint consent to the appointment of a special master and their order of preference...."  That seven days runs from entry of the order—i.e., once it becomes final.  Accordingly, the parties' selection of the special master will be addressed in that document in due course.

Putting that issue aside, your email misstates several of Apple's positions and in any event, does not change the conclusion that the types of relationships between Judge Guilford and Plaintiffs' *lead* counsel, and Ms. Kelleher and Knobbe Martins, simply do not exist between Judge Segal and lead counsel for Apple (or Gibson Dunn, with respect to Ms. Kelleher).  That is a meaningful distinction that makes Judge Segal—whom *both* sides previously presented to the Court as their *first* candidate—the logical choice here.

First, as a general matter, we did not state that Judge Guilford should be disqualified under 28 U.S.C. § 455.  We simply stated that Judge Guilford has several ties to Knobbe Martins, which Judge Segal, to our knowledge, does not.  Thus, Judge Segal would be the natural choice for any party in Apple's position.

Nor, despite your assertion, did Apple suggest that "overlapping participation" between a firm's lawyers' and a particular judge in professional associations warrants disqualification.  As I stated, Plaintiffs' lead counsel—Mr. Re—was a founding member of an organization with Judge Guilford.  That is materially different than one of Gibson Dunn's 1400+ lawyers holding a position in the same organization as Judge Segal (or Judge Guilford).  Your examples of Gibson Dunn lawyers serving in various positions in the Paul R. Michel Intellectual Property Inn of Court and Federal Bar Association only highlight the point—none of those lawyers is lead counsel here.

Also, your statement that "Judge Guilford's associations were known to Apple when it presented his name as a Special Master," is not accurate.  At no point during the meet and confer prior to the parties' submission of the joint report (Dkt. 289) did your team disclose Mr. Re's relationship with Judge Guilford.  Nor did Apple know about Ms. Kelleher's relationship with Knobbe Martins—as underscored by Judge Guilford's recent disclosure regarding her participation.

Additionally, your suggestion that Judge Guilford is the logical choice because he served on the Patent Pilot Program and is "local" is not persuasive.  The patent infringement claims in the case have been stayed.  And in any event, Judge Segal has patent experience as well.  Further, you have presented no facts that Judge Segal would be less available to the parties due to her office location—nor could you, since Plaintiffs already agreed that she would be a suitable Special Master.

In light of the above, Apple requests that Plaintiffs reconsider their position with regard to Judge Segal.

Thanks,

Angelique

**Angelique Kaounis**

### GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2029 Century Park East Suite 4000, Los Angeles, CA 90067-3026
Tel +1 310.552.8546 • Fax +1 310.552.7026
AKaounis@gibsondunn.com • www.gibsondunn.com

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Tuesday, June 22, 2021 8:38 AM
**To:** Kaounis, Angelique <AKaounis@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: SACV 20-48JVS(JDEx): Masimo v Apple - Under Seal Tentative

[External Email]

Angelique,

We have not received a response to my email below.  If Apple intends to object to the appointment of Judge Guilford, please let us know how Apple intends to raise such an objection.  If Apple intends to do so in a filing today, please let us know by noon.

Thanks,
Adam

**Adam Powell**
Partner

858-707-4245 **Direct**

**Knobbe Martens**

---

**From:** Adam.Powell
**Sent:** Friday, June 18, 2021 2:19 PM
**To:** Kaounis, Angelique <AKaounis@gibsondunn.com>; Masimo.Apple

<Masimo.Apple@knobbe.com>
**Cc:** \*\*\* Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: SACV 20-48JVS(JDEx): Masimo v Apple - Under Seal Tentative

Angelique,

We were surprised by your email because Apple listed Judge Guilford as an appropriate Special Master.  We disagree with your suggestion that overlapping participation in professional associations, or a research attorney's prior employment by a law firm, would support disqualification of a Special Master.  Rule 53(a)(2) states: "A master must not have a relationship to the parties, attorneys, action, or court that would require disqualification of a judge under 28 U.S.C. § 455, unless the parties, with the court's approval, consent to the appointment after the master discloses any potential grounds for disqualification."  Apple presents no ground for disqualifying Judge Guilford under 28 U.S.C. § 455.  Nothing suggests that Judge Guilford's "impartiality might reasonably be questioned."

Judge Guilford's use of a Judicate West research attorney, who was formerly an associate at Knobbe Martens, does not disqualify that research attorney, much less Judge Guilford.  Indeed, Judge Guilford came to the same conclusion when he wrote "[n]either Ms. Kelleher nor I believe that her prior employment at Knobbe would impact **_her_** ability to impartially **_assist me_** in this matter."  If Apple had any legitimate objection to Ms. Kelleher, that would in no way disqualify Judge Guilford.  Judge Guilford would be the Special Master—not Ms. Kelleher.  Moreover, Apple has no legitimate objection to Ms. Kelleher.  Judge Guilford explained that Ms. Kelleher does "not intend to return to work" at Knobbe.  While she was a judicial law clerk in the Central District, Ms. Kelleher assisted Judges in matters where Knobbe Martens was counsel of record and is "immensely respected by all the Judges she assisted."  Apple raises no evidence or argument to question any of Judge Guilford's representations.  Apple's claimed concern about Ms. Kelleher's prior work at Knobbe suggests that Apple also thinks Judge Early's prior work at Gibson Dunn would raise a problem.  We disagree.

Your email suggests that Judge Guilford has "ties" to Knobbe because he and Joe Re were founding members of the Markey Inn.  Nothing supports Apple's suggestion that lawyers and judges participating in professional associations creates a basis for disqualification.  First, Judge Guilford's associations were known to Apple when it presented his name as a Special Master.  Second, Gibson Dunn also has many connections to Judge Guilford through the Markey Inn.  For example, Gibson Dunn partner Bill Rooklidge was a Founding Master of the Markey Inn.  Gibson Dunn partner Ken Parker is a Master and former President of the Markey Inn.  Numerous other Gibson lawyers— including lawyers involved in this case—participate in the Markey Inn.  Indeed, the Markey Inn meets at local law firms, including Gibson Dunn.  Gibson Dunn lawyers also interact with Judge Guilford through ABTL and other local professional organizations.  The point of such professional organizations is to foster relationships and civility among lawyers and judges in the local community, so it should be no surprise that our two firms have professional relationships with the local bench.

Gibson Dunn and Judge Segal also have similar professional relationships.  For example, Judge Segal is an Officer of the Paul R. Michel Intellectual Property Inn of Court with Gibson Dunn lawyers, who serve as the Program Chair and Board Liaison.  Judge Segal is also on the Executive Board of the

Federal Bar Association, LA Chapter, with Gibson Dunn lawyers.  The same is likely true of many other organization for Judge Guilford, Judge Segal, and most other current and former members of the judiciary.

Accordingly, we do not see any basis for Apple's suggestion that Judge Guilford should be disqualified.  If that is Apple's position, Apple must believe that Masimo would have an appropriate objection to Judge Segal due to the many connections at Gibson Dunn, particularly given the apparent lack of similar connections between Judge Segal and Knobbe.  We hope that, upon further consideration, you will not raise any objection to the appointment of Judge Guilford.  Judge Guilford was a Patent Pilot Program judge for many years, and is local to the courthouse, making him the logical choice.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 **Direct**
**Knobbe** Martens

---

**From:** Kaounis, Angelique <AKaounis@gibsondunn.com>
**Sent:** Friday, June 18, 2021 12:58 PM
**To:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: SACV 20-48JVS(JDEx): Masimo v Apple - Under Seal Tentative

Dear Counsel,
I'm writing to follow up on the below.  Please let us know if your clients will agree to the appointment of Judge Segal as special master if the Court adopts its June 9 tentative ruling.  Also, please let us know when we can expect to receive a draft proposed order.
Thanks,
Angelique

**Angelique Kaounis**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2029 Century Park East Suite 4000, Los Angeles, CA 90067-3026
Tel +1 310.552.8546 • Fax +1 310.552.7026
AKaounis@gibsondunn.com • www.gibsondunn.com

---

**From:** Kaounis, Angelique
**Sent:** Tuesday, June 15, 2021 2:58 PM
**To:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>

**Subject:** FW: SACV 20-48JVS(JDEx): Masimo v Apple - Under Seal Tentative

Dear Counsel,

If the Court adopts its June 9, 2021 tentative ruling, Apple will request that the Court appoint Judge Segal as special master.  As you know, Judge Guilford has certain ties to Knobbe Martins, having founded the Inns of the Court with Plaintiffs' lead counsel Joe Re and presently employing a research attorney who is a former Knobbe Martins associate.  By contrast, we are unaware of any such ties between Judge Segal and Knobbe Martins.

Please let us know if your clients will agree to file a joint consent to the appointment of Judge Segal as special master if the Court adopts its tentative ruling.  Since Plaintiffs requested the appointment, please also send us a draft proposed order of appointment, specifying the powers and duties of the special master, for our review and comment.

Thanks very much,
Angelique
**Angelique Kaounis**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
2029 Century Park East Suite 4000, Los Angeles, CA 90067-3026
Tel +1 310.552.8546 • Fax +1 310.552.7026
AKaounis@gibsondunn.com • www.gibsondunn.com

Exhibit D
Page 24

# Exhibit E



# SIGNATURE
### R E S O L U T I O N



## HON. SUZANNE H. SEGAL (RET.)

Mediator, Arbitrator, Discovery Referee & Special Master

T 310.849.3492

Hon. Suzanne H. Segal (Ret.) brings 18 years as a United States Magistrate Judge with the Central District of California, including four years as the Chief Magistrate Judge to her work at Signature Resolution as a mediator, arbitrator and special master.

## BIOGRAPHY

During her tenure on the federal bench, Judge Segal presided over numerous trials, evidentiary hearings, motions and discovery conferences involving diverse subject matter. Judge Segal served as the settlement judge in hundreds of cases, settling business and insurance disputes, patent, trademark and copyright actions, and employment, civil rights, and tort cases. Judge Segal handled a wide range of motions and settlements arising out of class actions, particularly in the wage and hour context.

Judge Segal has broad experience in securities litigation, including matters brought by private investors and the SEC. In addition, Judge Segal has extensive experience in matters involving the False Claims Act and related actions involving the healthcare industry.

Judge Segal has served as a Special Master or Discovery Referee in cases involving the False Claims Act, mass tort and insurance claims, patent litigation, and product liability claims.

Before her appointment to the bench, Judge Segal served as an Assistant United States Attorney in the Civil Division of the Los Angeles U.S. Attorney's Office for 12 years. As an AUSA, Judge Segal handled a variety of cases, including contract, employment, civil rights, Medicare reimbursement and tort claims. She also brought consumer and civil rights actions on behalf of the Department of Justice. From 1999 to 2002, she served as the Chief of Civil Appeals for the U.S. Attorney's Office. Prior to serving in the U.S. Attorney's Office, Judge Segal was a civil litigator at Dewey, Ballantine and Adams, Duque and Hazeltine.

Judge Segal has also served as a lecturer in Law at UCLA School of Law and Loyola Law School.

# SIGNATURE
RESOLUTION

Judge Segal is known for her work ethic and persistent dedication to reach a positive result for the parties.

## EXPERIENCE

- United States District Court, U.S. Magistrate Judge (2002-2020)
- United States District Court, Chief U.S. Magistrate Judge (2012-2016)
- United States Attorney's Office, Chief of Civil Appeals (1999-2002)
- United States Attorney's Office, Assistant U.S. Attorney (1990-2002)
- Litigation Associate, Dewey Ballantine and Adams, Duque (1986-1990)

## EDUCATION & TRAINING

- J.D., Cornell Law School
- B.A., Claremont McKenna College, *cum laude*

## AWARDS & HONORS

- Los Angeles Intellectual Property Law Association Distinguished Public Service Award  (2014)
- Member, American Bar Association, Section of Intellectual Property
- Executive Committee, Paul R. Michel Intellectual Property Inn of Court
- Member, Los Angeles Intellectual Property Law Association
- Executive Committee, Litigation Section, Los Angeles County Bar Association (2009-2019)
- Executive Board, Federal Litigation Section, Federal Bar Association (national)
- Secretary/Treasurer, Federal Litigation Section, Federal Bar Association (national) (2020-2021)
- Executive Board, Federal Bar Association, Los Angeles Chapter (2010 to 2019)
- Board of Directors and Judicial Advisory Council, Association of Business Trial Lawyers
- Fellow, American Bar Foundation

## TESTIMONIALS

- "She is really, really good at settlement." (*Almanac of the Federal Judiciary)*
- "I have done dozens of mediations and settlement conferences over 44 years of practicing law — with judges and private mediators all over the country — and Judge Segal was truly one of the most effective in getting a complicated and difficult case resolved." (*Partner at AM 100 law firm)*

## PRESS

- "Prepared and Persistent" – *Daily Journal Verdicts & Settlements* (March 12, 2021)
- "Virtual Mediation – Lessons Learned in a Pandemic" – Association of Business Trial Lawyers (Fall 2020)
- "Errors To Avoid When Drafting Stipulated Judgments In Calif." – *Law 360* (August 21, 2020)

# SIGNATURE
R E S O L U T I O N

- "Tips for Successful Mediations Using Zoom Videoconferencing" – *The Recorder* (April 7, 2020)
- "Retired Magistrate Judge Suzanne H. Segal Joins Signature Resolution" (Jan. 29, 2020)
- "Judge Suzanne H. Segal's Career has taken her from Capitol Hill to the Bench" – *Daily Journal,* (August 15, 2012)

## CASE ADMINISTRATOR

Alisa Martinez
213.433.5768

Email
amartinez@signatureresolution.com