JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-CV-00048-JVS (JDEX)<br><br>**DECLARATION OF JOSHUA H. LERNER IN SUPPORT OF APPLE INC.'S PORTION OF JOINT CONSENT TO APPOINTMENT OF SPECIAL MASTER PURSUANT TO THE COURT'S JUNE 23, 2021 MINUTE ORDER (DKT. 465)** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF JOSHUA H. LERNER ISO OF APPLE INC.'S PORTION OF JOINT CONSENT TO APPOINTMENT OF SPECIAL MASTER PURSUANT TO THE COURT'S JUNE 23, 2021 MINUTE ORDER (DKT. 465) CASE NO. 8:20-CV-00048-JVS (JDEX)

I, Joshua H. Lerner, declare and state as follows:

1. I am an attorney duly licensed to practice law before this Court and all courts of the State of California. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn") and counsel of record for Defendant Apple Inc. ("Apple").

2. I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3. I make this declaration in support of Apple's portion of the Joint Consent to Appointment of Special Master Pursuant to the Court's June 23, 2021 Minute Order (Dkt. 465) ("Joint Consent").

4. Plaintiffs have asserted in their portion of the Joint Consent that Judge Segal serves as an Officer for the Federal Bar Association, where I served in the past, as a Vice President. My term at the Federal Bar Association terminated in 2020, and my position was in the local chapter in Oakland. My biography available on Gibson Dunn's webpage is outdated with regard to my service as a Vice President for the Federal Bar Association. The biography should state that I "served" as a Vice President in the past. Gibson Dunn's internal team is currently working to update my biography accordingly. To my recollection, I have never met Judge Segal. According to Judge Segal's Biography, she (a) serves on the national Executive Board, Federal Litigation Section, Federal Bar Association, (b) served as Secretary/Treasurer, for the national Federal Litigation Section, Federal Bar Association (2020-2021), and (c) served on the

//
//

1

DECLARATION OF JOSHUA H. LERNER ISO OF APPLE INC.'S PORTION OF JOINT CONSENT TO APPOINTMENT OF SPECIAL MASTER PURSUANT TO THE COURT'S JUNE 23, 2021 MINUTE ORDER (DKT. 465) CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn & Crutcher LLP

1 | Executive Board, Federal Bar Association, for the Los Angeles Chapter (2010 to 2019).
2 | *See* Kaounis Decl., Ex. E.
3 |     I declare under penalty of perjury under the laws of the United States of America
4 | that the foregoing is true and correct.

8 |     Executed this 30th day of June 2021, in San Francisco, California.

By: _____
Joshua H. Lerner

2

DECLARATION OF JOSHUA H. LERNER ISO OF APPLE INC.'S PORTION OF JOINT CONSENT TO APPOINTMENT OF SPECIAL MASTER PURSUANT TO THE COURT'S JUNE 23, 2021 MINUTE ORDER (DKT. 465) CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn & Crutcher LLP