Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 10 ORDER DENYING MOTION TO COMPEL DISCOVERY FROM TIM COOK (DKT. 455)**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Date:    August 19, 2021<br>Time:    10:00 a.m.<br>Ctrm:    6A<br><br>Discovery Cut-Off:       3/7/2022<br>Pre-Trial Conference:   11/21/2022<br>Trial:                           12/6/2022 |

1. PLEASE TAKE NOTICE that on August 19, 2021, at 10:00 AM, or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable John D. Early, Courtroom 6A of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California, 92701, Plaintiffs MASIMO CORPORATION and CERCACOR LABORATORIES, INC. will and hereby do move the Court for Reconsideration of the Court's June 10 Order Denying Motion to Compel Discovery From Tim Cook (Dkt. 455). Masimo brings this motion under Local Rule 7-18, subsections (a) and (b), based on new material facts.

Pursuant to Local Rule 37-1, the parties met and conferred by phone at least on July 9, 2021, but were unable to resolve their differences.

This motion is based upon this Notice of Motion, the Memorandum in Support of the motion, the Declaration of Adam B. Powell, including the exhibits attached thereto, all documents filed concurrently herewith, any subsequently filed memorandums and declarations, the pleadings and papers filed in this action, and any other arguments, evidence, and other matters submitted to the Court, at the hearing or otherwise. A proposed order is being lodged for the Court's consideration.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 19, 2021

By: /s/ Adam B. Powell
Joseph R. Re
Stephen C. Jensen
Benjamin A. Katzenellenbogen
Perry D. Oldham
Stephen W. Larson
Mark D. Kachner
Adam B. Powell

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.

35267393

-1-