# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 10 ORDER DENYING MOTION TO COMPEL DISCOVERY FROM TIM COOK (DKT. 455)**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Date: August 19, 2021<br>Time: 10:00 a.m.<br>Ctrm: 6A<br><br>Discovery Cut-Off: 3/7/2022<br>Pre-Trial Conference: 11/21/2022<br>Trial: 12/6/2022 |

Having considered Plaintiffs' Motion for Reconsideration, all the papers filed in support, in opposition and in reply thereof, evidence of record cited therein, and any oral argument by counsel on the motion, and for good cause found, the Court hereby **GRANTS** Plaintiffs' Motion for Reconsideration of the Court's June 10 Order Denying Motion to Compel Discovery from Tim Cook (Dkt. 455) as follows:

(1) The Court vacates the June 10 Order (Dkt. 455);

(2) The Court grants Plaintiffs' Motion to Compel (Dkt. 377); and

(3) Within fourteen (14) calendar days of this Order, Apple shall search Tim Cook's electronically stored information ("ESI") using Plaintiffs' proposed search terms and produce all responsive, non-privileged documents.

**IT IS SO ORDERED.**

Dated:_____

The Honorable John D. Early
United States Magistrate Judge

35267454