JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendants. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br>**DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION**<br><br>Magistrate Judge John D. Early<br>Date:     August 19, 2021<br>Time:     10:00 a.m.<br>Ctrm:     6A<br><br>Discovery Cut-Off:        3/7/2022<br>Pre-Trial Conference:  11/21/2022<br>Trial:                          12/6/2022 |

Gibson, Dunn & Crutcher LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING APPLE'S OPPOSITION TO
PLAINTIFFS' MOTION FOR RECONSIDERATION
CASE NO. 8:20-CV-00048-JVS (JDEX)

Pursuant to Local Rule 79-5.2.2(a), Defendant Apple Inc. ("Apple") requests that the Court grant it leave to file under seal Defendant Apple Inc.'s Opposition to Plaintiffs' Motion for Reconsideration and Exhibits B, C, E, F, H and J to the Declaration of Joshua Lerner in support of Apple's Application to File Under Seal Documents Regarding Apple's Opposition to Plaintiffs' Motion for Reconsideration ("Application").  Each of these documents or exhibits contains information that, as represented to Apple by Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Plaintiffs") has been designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" ("AEO") either by Plaintiffs or Apple under the protective order in this case, or has otherwise previously been filed under seal in this matter.

Exhibits B, C, H, and J contain information that Plaintiffs or Apple have designated "Confidential" or "Highly Confidential" under the protective order in this case and sought to seal .

Exhibits E and F are copies of declarations that have previously been filed under seal in this matter.

The redacted portions of Apple's Opposition contain information that Plaintiffs have requested be filed under seal, or quote, reference, or summarize the aforementioned exhibits and should be sealed for the same reasons.

Accordingly, Apple respectfully requests an order granting leave to file under seal the foregoing documents and exhibits.

Dated July 29, 2021

1

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION
CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn & Crutcher LLP

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joshua H. Lerner*
     Joshua H. Lerner

*Attorneys for Apple Inc.*

Gibson, Dunn & Crutcher LLP

2

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION
CASE NO. 8:20-CV-00048-JVS (JDEX)