# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION**<br><br>Hon. John D. Early |

1

[Proposed] Order Granting Apple's Application to File Under Seal Documdnts Regarding Apple's Opposition to Plaintiffs' Motion for Reconsideration
Case No. 8:20-cv-00048-JVS (JDEx)

This matter is before the Court pursuant to Defendant Apple Inc.'s Application to File under Seal Documents Regarding Apple's Opposition to Plaintiffs' Motion for Reconsideration (the "Application") under Local Rule 79-5.2.2. Having considered the Application and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal its Opposition to Plaintiffs' Motion for Reconsideration and related documents.

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable John D. Early
United States Magistrate Judge

2

[Proposed] Order Granting Apple's Application to File Under Seal Documents Regarding Apple's Opposition to Plaintiffs' Motion for Reconsideration
Case No. 8:20-cv-00048-JVS (JDEx)