JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, pro hac vice
  bburoker@gibsondunn.com
BRIAN K. ANDREA, pro hac vice
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8541 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, pro hac vice
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF KRISTIN M. DRIEMAN IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION**<br><br>Magistrate Judge John D. Early<br><br>Discovery Cut-Off: 3/7/2022<br>Pre-Trial Conference: 11/21/2022<br>Trial: 12/6/2022 |

Gibson, Dunn & Crutcher LLP

DECLARATION OF KRISTIN M. DRIEMAN IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION | CASE NO. 8:20-CV-00048-JVS (JDEx)

# DECLARATION OF KRISTIN M. DRIEMAN

I, Kristin M. Drieman, declare and state as follows:

1. I am a paralegal in the Minneapolis office of Merchant & Gould. I have personal, firsthand knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

2. I make this declaration in support of Apple's Opposition to the Motion for Reconsideration filed by Plaintiffs Masimo Corp. and Cercacor Laboratories, Inc. ("Plaintiffs") in the matter *Masimo Corp., et al. v. Apple Inc.*, Case No. 8:20-cv-00048-JVS (JDEx).

3. I provide paralegal support to counsel for True Wearables and Marcelo Lamego (collectively "True Wearables") in *Masimo Corp., et al. v. True Wearables, Inc., et al.*, No. 8:18-cv-02001-JVS (JDEx). In my role as paralegal, I am aware of the content and timing of document productions made by True Wearables in this case.

4. On February 6, 2020, True Wearables produced an email that Marcelo Lamego sent to Tim Cook at 3:54:07 AM EDT on October 2, 2013. A true and correct copy of that document, which bears Bates stamp TRUE016520-522 is attached as **Exhibit A**.

5. Also on February 6, 2020, I sent Plaintiffs' counsel an email enclosing a link to access a production of documents with the Bates range TRUE016516-19975. A true and correct copy of the email I sent to Plaintiffs' counsel is attached as **Exhibit B**. I sent a separate email the same day enclosing the password for the production. A true and correct copy of that email is attached as **Exhibit C**.

//
//
//
//
//

1

DECLARATION OF KRISTIN M. DRIEMAN IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION | CASE NO. 8:20-CV-00048-JVS (JDEx)

Gibson, Dunn & Crutcher LLP

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of July, 2021, in Mendota Heights, Minnesota

By: *Kristin M. Drieman*
Kristin M. Drieman

DECLARATION OF KRISTIN M. DRIEMAN IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION | CASE NO. 8:20-CV-00048-JVS (JDEX)

Gibson, Dunn & Crutcher LLP

# Exhibit A



# The three equations

**Marcelo Lamego** <mmlamego@stanfordalumni.org>　　　　　　　　　　　　Wed, Oct 2, 2013 at 12:54 AM
To: tcook@apple.com

Dear Tim Cook,

I was approached by Apple in the beginning of this year (by David Affourtit and James Foster) and was asked if I would like to join the executive technical team. Because I did not want to sign the Apple's NDA for an onsite interview, the process came to a halt. I felt that it was not appropriate to receive confidential information from or disclose confidential information to Apple given my fiduciary responsibilities as the Chief Technical Officer of Cercacor.

I have developed several medical devices in the last 10 years and I am positively sure I could add a significant value to the Apple team, if I was given the chance of becoming part of it in a senior technical executive position and without conflicting with the large IP I have developed for Masimo and Cercacor during the same period.

What I am sure Apple soon will realize is that medical, wellness and fitness technologies are very deceptive in the sense that they are easy to develop for products that work in most (~80%) he users. Getting the same technology to work in almost the entire population is a problem extremely more complex. This is the very reason most medical device startups become insolvent. Knowing Apple's reputation, I am sure you would not settle for even 99%, imagine then, 80%.

As you probably know, regulatory barriers are another important consideration when dealing with medical technologies in general. If the FDA or any other regulatory agency worldwide (i.e., Canada, Japan, Korea, Europe, etc.) believe your product should be regulated by their standards then, the choice of intended use combined with the technology realization strategy can make the development shorten or longer by several years.

The reason I feel attracted by Apple as a company is not related to the things most people are interested in, i.e., brand recognition, great culture, great products, great people. It has to do with the fact that, as an engineer, I realized that there are three important equations to be solved in order to create a competitive global medical, wellness and fitness product portfolio:

(i) The user equation - Apple has solved it and created the industry standard. With a brand recognition similar to the ones from luxury products, everybody is interested in understanding and using Apple's intuitive interfaces.

(ii) The patient equation - This is the deceptive part.

(iii) The connectivity equation - This can only be solved with scale and brand recognition, which e synonymous for Apple. Reliable wireless technology and device interoperability will become a must in the medical device segment.

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TRUE016520

Exhibit A
Page 4

Stanford Alumni Mail - The three equations                                                      11/24/18, 11:30 AM

I believe Apple has solved (i) and has enough resources to solve (iii). I can help you to solve (ii).

I would appreciate if the content of this letter could be kept confidential, since it can jeopardize the outcome of my career at Cercacor.

I strongly believe that we can develop the new wave of technology that will make Apple the number one brand in the medical, fitness and wellness device market. If you agree, feel free to contact me anytime.

All the best,

Marcelo Malini Lamego

18 Lyra Way

Coto de Caza CA 92679

Home phone: (949) 216-9294

My resume is available at http://www.linkedin.com/pub/marcelo-lamego/54/644/725

Confidentiality notice: This e-mail may contain information confidential and/or privileged from disclosure. If the reader is not the intended recipient, copying, dissemination or continued possession of this communication is strictly prohibited.

CONFIDENTIAL                                                                                TRUE016521
                                                                                            Exhibit A
                                                                                            Page 5

Stanford Alumni Mail - Apple     11/26/18, 9:09 PM



# Apple

**David Affourtit** <affourtit@apple.com>     Wed, Oct 2, 2013 at 10:25 AM
To: Marcelo Lamego <mmlamego@stanfordalumni.org>
Cc: Denby Frazier <denby@apple.com>

Hello Marcelo,

Thank you for your voicemail and follow up. I saw your note to Tim Cook. I'm glad you remain enthusiastic about Apple.

As I've transitioned out of the Exec Recruiting team into a management role, I've asked my associate from the Exec Recruiting team to reach out to you directly. Her name is Denby Frazier, cc'd.

Denby, meet Marcelo, Marcelo, Denby.

All the best and thanks again!

Cheers,
Dave

# Exhibit B

# Kristin M. Drieman

| | |
|---|---|
| **From:** | Kristin M. Drieman |
| **Sent:** | Thursday, February 6, 2020 2:42 PM |
| **To:** | joseph.re@knobbe.com; stephen.jensen@knobbe.com; irfan.lateef@knobbe.com; brian.claassen@knobbe.com; LitMASIMOL.1085L@Knobbe.onmicrosoft.com; Claudia.Watson |
| **Cc:** | Peter A. Gergely; Ryan James Fletcher, Ph.D.; Paige Stradley; Amanda Washton; s.wiggins@conklelaw.com; Shannon Maney; Zach Kachmer |
| **Subject:** | RE: Masimo v. True Wearables_Document Production |

Counsel,

Please find a link to Defendants' document production in the above-referenced matter. The document has been Bates numbered as TRUE016516-19975.

shepherddata.egnyte.com/dl/98UAl7d5zi

The password will be sent in a separate email.

Thank you,

**Kristin M. Drieman**
Litigation Paralegal
Merchant & Gould P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN 55402-4247
USA

**Telephone** (612) 336-4703
**Fax** (612) 332-9081
**merchantgould.com**

GUARDIANS OF GREAT IDEAS®

Note: This e-mail message is confidential and may be privileged or otherwise protected by law. If you are not the intended recipient, please: (1) reply via e-mail to the sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever.
Please consider the environment before printing this email. Thank you.

# Exhibit C

Exhibit C
Page 9

# Kristin M. Drieman

| | |
|---|---|
| **From:** | Kristin M. Drieman <KDrieman@merchantgould.com> |
| **Sent:** | Thursday, February 6, 2020 2:43 PM |
| **To:** | joseph.re@knobbe.com; stephen.jensen@knobbe.com; irfan.lateef@knobbe.com; brian.claassen@knobbe.com; LitMASIMOL.1085L@Knobbe.onmicrosoft.com; Claudia.Watson |
| **Cc:** | Peter A. Gergely; Ryan James Fletcher, Ph.D.; Paige Stradley; Amanda Washton; s.wiggins@conklelaw.com; Shannon Maney; Zach Kachmer |
| **Subject:** | RE: Masimo v. True Wearables_Document Production |

Counsel,

The password for today's production is **R9R6zHUAGbTa**

Thank you,

**Kristin M. Drieman**
Litigation Paralegal
Merchant & Gould P.C.
150 South Fifth Street
Suite 2200
Minneapolis, MN 55402-4247
USA

**Telephone** (612) 336-4703
**Fax** (612) 332-9081
merchantgould.com

GUARDIANS OF GREAT IDEAS®

Note: This e-mail message is confidential and may be privileged or otherwise protected by law. If you are not the intended recipient, please: (1) reply via e-mail to the sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever.
Please consider the environment before printing this email. Thank you.