# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:20-cv-0048-JVS (JDEx) | Date | July 30, 2021 |
|---|---|---|---|
| Title | Masimo Corporation, et al. v. Apple Inc. | | |

Present: The Honorable   John D. Early, United States Magistrate Judge

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| n/a | n/a |

**Proceedings:**   (In Chambers) Order re Hearing on Plaintiffs' Motion for Reconsideration (Dkt. 471)

On July 19, 2021, Plaintiffs filed a Motion for Reconsideration (Dkt. 471, "Motion"), with supporting papers, set for hearing on August 19, 2021. On July 29, 2021, Defendant filed an Opposition to the Motion, with supporting papers. Dkt.477-479.

The Motion was set for hearing on a Closed Hearing Date. As a result, the hearing on the Motion is continued to September 2, 2021 at the same time and location previously noticed. Plaintiffs' reply papers, if any, must be filed by August 5, 2021.

IT IS SO ORDERED.