JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**JOINT STIPULATION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 10 ORDER DENYING MOTION TO COMPEL DISCOVERY FROM TIM COOK**<br><br>Hon. James V. Selna<br><br>Hearing Date:      September 2, 2021<br>Hearing Time:      10:00 a.m.<br>Courtroom:          6A |

Pursuant to Local Rule 7-1, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") and Defendant Apple Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to continue the Hearing on Plaintiffs' Motion for Reconsideration of the Court's June 10 Order Denying Motion to Compel Discovery from Tim Cook ("Motion") as follows:

WHEREAS, on July 19, 2021, Masimo filed the Motion (Dkt. Nos. 471, 472);

WHEREAS, Masimo noticed the Motion for a hearing on Thursday, August 19, 2021;

WHEREAS, the Court rescheduled the hearing on the Motion to September 2, 2021 (Dkt. No. 480);

WHEREAS, counsel for Apple, due to a scheduling conflict relating to family travel, requested that Masimo consent to continue the hearing on the Motion;

WHEREAS, Masimo agreed to Apple's request;

WHEREAS, September 23, 2021, is the first Thursday after September 2, 2021, on which counsel for both parties are available; and

WHEREAS, the Parties therefore request that the Court continue the hearing on the Motion to September 23, 2021, at 10:00 a.m.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The Hearing on the Motion shall be continued to September 23, 2021, at 10:00 a.m., in Courtroom 6A;

2. This Stipulation is strictly related to scheduling, and nothing in this Stipulation shall be construed as evidencing any position or concession by either Party about the legality of the proposed relief or the merits of the Motion.

| | |
|---|---|
| Dated: August 25, 2021 | Respectfully submitted, |
| | JOSHUA H. LERNER<br>H. MARK LYON<br>BRIAN M. BUROKER<br>BRIAN A. ROSENTHAL<br>ILISSA SAMPLIN<br>ANGELIQUE KAOUNIS<br>BRIAN K. ANDREA<br>GIBSON, DUNN & CRUTCHER LLP |
| | By: /s/ Joshua H. Lerner<br>      Joshua H. Lerner |
| | *Attorneys for Defendant Apple Inc.* |
| | JOSEPH R. RE<br>STEPHEN C. JENSEN<br>PERRY D. OLDHAM<br>STEPHEN W. LARSON<br>ADAM B. POWELL<br>KNOBBE, MARTENS, OLSON & BEAR LLP |
| | By: /s/ Adam B. Powell<br>      Adam B. Powell |
| | *Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.* |

**ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

By: /s/ Joshua H. Lerner
Joshua H. Lerner

*Attorney for Defendant Apple Inc.*