# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **[PROPOSED] ORDER CONTINUING THE HEARING ON PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 10 ORDER DENYING MOTION TO COMPEL DISCOVERY FROM TIM COOK** <br><br> Hon. James V. Selna <br><br> Hearing Date: September 2, 2021 <br> Hearing Time: 10:00 a.m. <br> Courtroom: 6A |

Gibson, Dunn & Crutcher LLP

This matter is before the Court pursuant to the parties' stipulation to continue the Hearing on Plaintiffs' Motion for Reconsideration of the Court's June 10 Order Denying Motion to Compel Discovery from Tim Cook ("Motion"). Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the hearing on the Motion is continued to September 23, 2021, at 10:00 a.m., in Courtroom 6A.

**IT IS SO ORDERED.**

Dated: _____

The Honorable James V. Selna
United States District Judge