UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> ORDER GRANTING APPLICATIONS TO FILE DOCUMENTS UNDER SEAL [DKT. 474, 477, 483] |

Having considered the Applications (Dkt. 474, 477, 483, "Applications") to file various documents under seal in connection with Plaintiffs' Motion for Reconsideration of a prior discovery-related motion (Dkt. 471), and good cause having been shown, the Applications are GRANTED. The documents identified in the Applications may be filed under seal.

Dated: September 20, 2021

JOHN D. EARLY
United States Magistrate Judge