UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 8:20-cv-0048-JVS (JDE) | Date | September 23, 2021 |
|---|---|---|---|
| Title | Masimo Corporation, et al. v. Apple Inc. | | |

Present: The Honorable  John D. Early, United States Magistrate Judge

| Maria Barr | CS 09/23/21 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Joseph R. Re, Adam Powell | Joshua H. Lerner |

**Proceedings:**   Hearing re Plaintiffs' Motion for Reconsideration (Dkt. 471)

Case called. Counsel make appearances. Court issues oral tentative ruling on the Motion (Dkt. 471). Counsel argue. After hearing from counsel, the Court states the Motion will be granted, but directs the parties to further meet and confer regarding the search terms to be used, with the Court delaying the issuance of a written order on the Motion until Monday, September 27, 2021, or later, with Plaintiffs ordered to file a report of the outcome further discussions regarding search terms by September 27, 2021. Further production by Defendant will be ordered to be made by October 27, 2021. A further written order will issue.

IT IS SO ORDERED.

1 : 15

Initials of Clerk:   mba