Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404; Facsimile: (949)-760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**STATUS REPORT PURSUANT TO THE SEPTEMBER 23, 2021, MINUTE ORDER (DKT. 493)**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Discovery Cut-Off:  3/7/2022<br>Pre-Trial Conference: 11/21/2022<br>Trial:  12/6/2022 |

Masimo submits this Status Report Pursuant To The September 23, 2021, Minute Order (Dkt. 493).

Masimo originally proposed the following terms:

    **1.**    Masimo OR Cercacor OR Kiani OR Diab

    **2.**    Lamego OR Marcelo OR O'Reilly OR O'Reily

    **3.**    "efficient infringement"

    **4.**    healthcare OR ((patient OR medical) /5 monitor*)

Apple agreed to terms 1-3, but not term 4. Masimo proposed breaking term 4 into two searches and narrowing the "healthcare" portion as follows:

    **4(a).**  (patient OR medical) /5 monitor*

    **4(b).**  healthcare AND ("pulse rate" OR "heart rate" OR "blood oxygen" OR SpO2 OR "pulse oximeter" OR "pulse oximetry" OR "oxygen saturation" OR "remote monitoring" OR "care plans" OR "data analytics" OR healthkit OR researchkit OR precision OR tailor OR custom)

Masimo also asked Apple to search the following common misspellings in terms 1 and 2 above: Massimo, Ceracor, and O'Rielly.

Apple is considering Masimo's proposal. Masimo plans to update the Court on any further discussions by September 29.

                           Respectfully submitted,

                           KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 27, 2021    By: */s/ Adam B. Powell*
                                  Joseph R. Re
                                  Stephen C. Jensen
                                  Perry D. Oldham
                                  Stephen W. Larson
                                  Adam B. Powell

                                  Attorneys for Plaintiffs
                                  Masimo Corporation and
                                  Cercacor Laboratories