Hon. Andrew J. Guilford, Ret.
Judicate West
1851 East First Street
Suite 1450
Santa Ana, CA 92705
Tel: (714) 834-1340
Fax: (714) 834-1344

Special Master

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No.: SACV 20-00048 JVS (JDEx)<br>(JW Case No.: A279845)<br><br>**AFFIDAVIT OF SPECIAL MASTER UNDER FEDERAL RULE OF CIVIL PROCEDURE 53(B)(3)(A)** |

I accept the appointment of Special Master in this matter.

I am not aware of any ground for my disqualification under 28 U.S.C. § 455.

I declare under penalty of perjury under the laws of the United States and state of California that the foregoing is true and correct.

Executed on: September 17, 2021

*/s/ Andrew J. Guilford*
Hon. Andrew J. Guilford, Ret.
Special Master