Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404; Facsimile: (949)-760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**SECOND STATUS REPORT PURSUANT TO THE SEPTEMBER 23, 2021, MINUTE ORDER (DKT. 493)**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Discovery Cut-Off:       3/7/2022<br>Pre-Trial Conference:  11/21/2022<br>Trial:                              12/6/2022 |

Masimo submits this Second Status Report Pursuant To The September 23, 2021, Minute Order (Dkt. 493) and Masimo's prior status report (Dkt. 494).

Apple agreed to Masimo's proposed changes to its original search terms as recited in Masimo's prior status report. *See* Dkt. 494 at 1:10-17. Thus, the parties do not dispute the search terms that will be used to search Mr. Cook's ESI.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 28, 2021     By: */s/ Adam B. Powell*
Joseph R. Re
Stephen C. Jensen
Perry D. Oldham
Stephen W. Larson
Adam B. Powell

Attorneys for Plaintiffs
Masimo Corporation and
Cercacor Laboratories

-1-