UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 10 ORDER DENYING MOTION TO COMPEL DISCOVERY FROM TIM COOK (DKT. 445)**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early] |

Having considered Plaintiffs' Motion for Reconsideration of the Court's June 10 Order Denying Motion to Compel Discovery from Tim Cook (Dkt. 471, "Motion"), all the papers and evidence filed in support of and in opposition to the Motion, the argument by counsel at the September 23, 2021 hearing (Dkt. 493) on the Motion, and the two post-hearing Status Reports (Dkt. 494, 499) filed by Plaintiffs, for the reasons stated on the record at the hearing and incorporated herein, the Court, finding Plaintiffs procedurally have met their burden under Local Civil Rule 7-18 for reconsideration of

-1-

the June 10, 2021 order, and substantively have met their burden for the relief sought that was initially denied without prejudice in the June 10, 2021 Order, hereby **GRANTS** Plaintiffs' Motion (Dkt. 471) as follows:

    A.    The Court vacates the June 10 Order (Dkt. 445);

    B.    The Court grants the relief requested in Plaintiffs' Motion to Compel (Dkt. 377), as limited below;

    C.    Defendant is ORDERED to search Tim Cook's electronically stored information using the following search terms:

        1.    Masimo OR Cercacor OR Kiani OR Diab (including searching for common misspellings Massimo, Ceracor, O'Rielly)

        2.    Lamego OR Marcelo OR O'Reilly OR O'Reily (including searching for common misspellings Massimo, Ceracor, O'Rielly)

        3.    "efficient infringement"

        4(a).    (patient OR medical) /5 monitor*

        4(b).    healthcare AND ("pulse rate" OR "heart rate" OR "blood oxygen" OR SpO2 OR "pulse oximeter" OR "pulse oximetry" OR "oxygen saturation" OR "remote monitoring" OR "care plans" OR "data analytics" OR healthkit OR researchkit OR precision OR tailor OR custom)

and produce all responsive, non-privileged documents by October 27, 2021, a deadline that the parties may joint agree to extend without further order from the Court.

**IT IS SO ORDERED.**

Dated: September 29, 2021

_____
JOHN D. EARLY
United States Magistrate Judge