1  Joseph R. Re (Bar No. 134479)
   joseph.re@knobbe.com
2  Stephen C. Jensen (Bar No. 149894)
   steve.jensen@knobbe.com
3  Benjamin A. Katzenellenbogen (Bar No. 208527)
   ben.katzenellenbogen@knobbe.com
4  Perry D. Oldham (Bar No. 216016)
   perry.oldham@knobbe.com
5  Stephen W. Larson (Bar No. 240844)
   stephen.larson@knobbe.com
6  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, Fourteenth Floor
7  Irvine, CA 92614
   Telephone: (949) 760-0404; Facsimile: (949) 760-9502
8
   Adam B. Powell (Bar. No. 272725)
9  adam.powell@knobbe.com
   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
10 3579 Valley Centre Drive
   San Diego, CA 92130
11 Telephone: (858) 707-4000; Facsimile: (858) 707-4001

12 Attorneys for Plaintiffs,
   MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

13

14                **IN THE UNITED STATES DISTRICT COURT**

                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
15
                        **SOUTHERN DIVISION**
16

17 | MASIMO CORPORATION, | ) | Case No. 8:20-cv-00048-JVS-JDE |
   a Delaware corporation; and

18 CERCACOR LABORATORIES, INC.,
   a Delaware corporation

19                                      **PLAINTIFFS' NOTICE OF**
        Plaintiffs,                      **MOTION AND MOTION TO**
20                                      **MODIFY THE PROTECTIVE**
        v.                               **ORDER (DKT. 67)**
21
   APPLE INC., a California corporation  [Discovery Document: Referred to
22                                       Magistrate Judge John D. Early]
        Defendant.
23                                       Date:    November 18, 2021
                                         Time:    10:00 a.m.
24                                       Ctrm:    6A

25
                                         Discovery Cut-Off:    3/7/2022
26                                       Pre-Trial Conference: 11/21/2022
                                         Trial:                12/6/2022
27

28

PLEASE TAKE NOTICE that on November 18, 2021, at 10:00 AM, or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable John D. Early, Courtroom 6A of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California, 92701, Plaintiffs MASIMO CORPORATION and CERCACOR LABORATORIES, INC. will and hereby do move the Court to Modify the Protective Order (Dkt. 67).  Masimo brings this motion under Local Rule 7-4.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 9, 2021.

This motion is based upon this Notice of Motion, the Memorandum in Support of the Motion, the Declaration of Adam B. Powell, including the exhibits attached thereto, all documents filed concurrently herewith, any subsequently filed memorandums and declarations, the pleadings and papers filed in this action, and any other arguments, evidence, and other matters submitted to the Court, at the hearing or otherwise.  A proposed order is being lodged for the Court's consideration.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  October 19, 2021

By: */s/ Adam B. Powell*
Joseph R. Re
Stephen C. Jensen
Benjamin A. Katzenellenbogen
Perry D. Oldham
Stephen W. Larson
Mark D. Kachner
Adam B. Powell

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.

35267393

-1-