1
2
3
4
5
6
7
8
9
10

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY THE PROTECTIVE ORDER (DKT. 67)**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Date:  November 18, 2021<br>Time:  10:00 a.m.<br>Ctrm:  6A<br><br>Discovery Cut-Off:       3/7/2022<br>Pre-Trial Conference:  11/21/2022<br>Trial:                          12/6/2022 |

Having considered Plaintiffs' Motion to Modify the Protective Order (Dkt. 67), all the papers filed in support, in opposition and in reply thereof, the evidence of record cited therein, and any oral argument by counsel, and for good cause found, the Court **GRANTS** the Motion.  Paragraph 5.1 of the Protective Order (Dkt. 67) is hereby modified to add the material shown in underline below:

> 5.1 All Protected Material shall be used solely for this case, the ITC investigation captioned as *In re Certain Light-Based Physiological Measurement Devices and Components Thereof*, ITC Inv. No. 337-TA-1276 (the "ITC Investigation"), or any related appellate proceeding, and not for any other purpose whatsoever, including without limitation any other litigation, patent prosecution or acquisition, patent reexamination or reissue proceedings, or any business or competitive purpose or function. Nothing in this Protective Order shall prevent or restrict a Party from producing Protected Material in the ITC Investigation, provided that the material is designated as "CONFIDENTIAL BUSINESS INFORMATION, SUBJECT TO PROTECTIVE ORDER," or with a comparable notice, under Paragraph 2(a) of the Protective Order in the ITC Investigation.  Protected Material shall not be distributed, disclosed or made available to anyone except as expressly provided in this Order.

**IT IS SO ORDERED.**

Dated:_____

_____
The Honorable John D. Early
United States Magistrate Judge

-1-