Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF MOTION TO MODIFY THE PROTECTIVE ORDER**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Date:   November 18, 2021<br>Time:   10:00 a.m.<br>Ctrm:   6A<br><br>Discovery Cut-Off:   3/7/2022<br>Pre-Trial Conference:   11/21/2022<br>Trial:   12/6/2022 |

I, Adam B. Powell, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in Support of Masimo's Motion for to Modify the Protective Order (the "Motion").

2. On September 9, 2021, I participated in a meet and confer with counsel for Apple regarding this motion. The parties were unable to resolve their dispute.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of the June 10, 2021, hearing regarding Masimo's Motion to Compel in this case.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the publicly filed Joint Stipulation Regarding Apple's Motion to Quash Subpoena and For a Protective Order in *Masimo Corp. v. True Wearables, Inc.*, No. 8:18-cv-02001-JVS (JDEx) (C.D. Cal. July 2, 2021) ("*True Wearables*"), Dkt. 321.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the transcript of the June 24, 2021, hearing regarding Apple's Motion to Quash in *True Wearables*, Dkt. 316.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Exhibit 4 of the publicly filed Plaintiffs' Exhibits 3-5, 8, and 10 to the Declaration of Mark D. Kachner in Support of Opposition to Apple Inc.'s Motion to Quash and For a Protective Order in *Masimo Corp. v. True Wearables, Inc.*, No. 8:18-cv-02001-JVS (JDEx) (C.D. Cal. July 2, 2021), Dkt. 321-01.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the transcript of the September 23, 2021, hearing regarding Masimo's Motion for Reconsideration in this case.

8. In June 2021, Masimo filed a complaint in *In re Certain Light-Based Physiological Measurement Devices and Components Thereof*, ITC Inv. No. 337-TA-

-1-

1276 (the "ITC Investigation"). Attached hereto as **Exhibit 6** is a true and correct copy of the public version of Masimo's operative 1st Amended Complaint filed on July 7, 2021, in the ITC Investigation, excluding exhibits.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the August 13, 2021, Notice of Institution of Investigation in the ITC Investigation.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the August 18, 2021, Protective Order in the ITC Investigation.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the Procedural Schedule set by in the ITC Investigation on October 14, 2021.

12. I am also counsel for Masimo and Cercacor in the ITC Investigation. In the ITC Investigation, Apple moved for an order to preclude Steve Jensen from accessing information designated pursuant to the ITC Protective Order. That motion is fully briefed but has not been decided. Apple also argued it should not have to produce any discovery on future products or prototypes. The parties are meeting and conferring on that matter. Apple also argued its ESI searching should be limited to three custodians per side. The parties are also meeting and conferring on that matter.

13. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from various requests for production that Masimo served on Apple in this case.

14. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from various requests for production that Masimo served on Apple in the ITC Investigation.

15. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from various requests for production that Apple served on Masimo in this case.

16. Attached hereto as **Exhibit 13** is a true and correct copy of redacted excerpts from various requests for production that Apple served on Masimo in the ITC Investigation.

17. Attached hereto as **Exhibit 14** is a true and correct copy of a letter that I sent to Brian Andrea (counsel for Apple), dated September 2, 2021.

/ / /

18. Attached hereto as **Exhibit 15** is a true and correct redacted copy of an email that I sent to Mr. Andrea, dated September 13, 2021.

19. Attached hereto as **Exhibit 16** is a true and correct copy of a letter I received from Mr. Andrea, dated September 13, 2021.

20. Attached hereto as **Exhibit 17** is a true and correct copy of a letter that I sent to Mr. Andrea, dated September 27, 2021.

21. Attached hereto as **Exhibit 18** is a true and correct copy of a letter that I received from Mr. Andrea, dated September 29, 2021.

22. Attached hereto as **Exhibit 19** is a true and correct copy of a letter that I sent to Mr. Andrea, dated October 1, 2021.

23. Attached hereto as **Exhibit 20** is a true and correct copy of an email I received from the Special Master, dated October 7, 2021.

24. Attached hereto as **Exhibit 21** is a true and correct copy of an email chain between myself and Mr. Andrea between October 8 and October 11, 2021.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on October 19, 2021, at Encinitas, California.

                */s/ Adam B. Powell*
                Adam B. Powell