# EXHIBIT 1

UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, D.C.

Before the Honorable Monica Bhattacharyya
Administrative Law Judge

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN LIGHT-BASED PHYSIOLOGICAL MEASUREMENT DEVICES AND COMPONENTS THEREOF** | Inv. No. 337-TA-1276 |

**RESPONDENT APPLE INC.'S OBJECTIONS AND RESPONSES TO COMPLAINANTS' THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS
(NOS. 131-133)**

Pursuant to the United States International Trade Commission's Rules of Practice and Procedure and 19 C.F.R. §§ 210.27 and 210.30, and the Administrative Law Judge's Ground Rules in this Investigation, Respondent Apple Inc. ("Respondent" or "Apple"), by counsel, hereby responds to Complainants Masimo Corporation and Cercacor Laboratories, Inc.'s (collectively, "Complainants") Third Set of Requests for the Production of Documents and Things (Nos. 131-133) ("Requests") as follows:

**RESERVATIONS AND RIGHTS**

Apple hereby incorporates by reference its Reservation of Rights as set forth in Apple's Responses to Complainants' First Set of Requests for Production of Documents and Things.

The responses provided here are submitted on behalf of Apple and reflect Apple's continuing investigations of facts and discovery of information and documents for the claims and defenses at issue in this Investigation. Accordingly, Apple's responses are based solely on information currently available to Apple based upon a reasonable investigation. Investigation and discovery are ongoing. Pursuant to 19 C.F.R. § 210.27(f), Apple reserves all rights to supplement,

1

modify, revise, and/or amend any response should additional information become available through the discovery process or other means, or at the appropriate time under the Procedural Order, or to assert additional objections to these Requests as necessary and/or appropriate. Apple also reserves the right to produce or use any information or documents that are discovered after service of these responses in support of or in opposition to any motion, in depositions, or in hearings. Nothing in these responses shall be deemed an admission by Apple regarding the existence of any information, the relevance or admissibility of any information, for any purpose, or the truth or accuracy of any statement or characterization contained in any of Complainants' Requests. In responding to Complainants' Requests, Apple does not waive any objection on the grounds of privilege, competency, relevance, materiality, authenticity, or admissibility of the information contained in these responses.

## GENERAL STATEMENTS AND OBJECTIONS

1. Apple incorporates fully by reference its General Statements and Objections from its October 7, 2021 Objections and Responses to Complainants' Second Set of Requests for Production of Documents and Things to Apple Inc. (Nos. 127-130).

2. Apple further objects to Complainants' Third Set of Requests for Production of Documents and Things to Apple Inc. (Nos. 131-133) as designed to impose undue burden on Apple as the requests therein are cumulative of issues discussed extensively by the parties on multiple DCMs and as reflected in the Joint Discovery Stipulation and numerous letters. Apple has repeatedly declined Complainants' proposal to stipulate to the broad cross-use of all documents, written discovery, and depositions produced or conducted by the parties in *Masimo Corp. v. Apple Inc.*, No. 8:20-cv-00048 (C.D. Cal.), a pending proceeding that involves different causes of action, different patents, and a broader set of accused products than are at

2

337-TA-1276 - RESPONDENT APPLE INC.'S OBJECTIONS AND RESPONSES TO COMPLAINANTS' THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 131-133)

issue in this Investigation. Complainants declared impasse on their request for cross-use on September 13, 2021, but have not sought relief from the ALJ.

## SPECIFIC OBJECTIONS AND RESPONSES

**REQUEST FOR PRODUCTION NO. 131:**

All documents and things produced by Apple in *Masimo Corp. v. Apple Inc.*, No. 8:20-cv-00048 (C.D. Cal.).

**RESPONSE TO REQUEST NO. 131:**

Apple objects to this Request because *Masimo Corp. v. Apple Inc.*, No. 8:20-cv-00048 (C.D. Cal.), involves different patents, different products, and different accused functionalities than are at issue in this Investigation, and also trade secret and correction of inventorship claims unrelated to any claim or defense in this Investigation, and therefore this Request is not likely to lead to the discovery of admissible evidence relevant to the claims or defenses of any party and is overbroad, unduly burdensome, and not proportional to the needs of the Investigation. Apple further objects to this Request to the extent it seeks documents in contravention of or to circumvent the Protective Order issued by Magistrate Judge John Early in *Masimo Corp. v. Apple Inc.*, No. 8:20-cv-00048 (C.D. Cal.), Dkt. No. 67.

Subject to and without waiving the foregoing Specific and General Objections, Apple will not produce documents in response to this Request, except to the extent they are responsive to another request to which Apple has agreed to produce responsive, non-privileged documents.

**REQUEST FOR PRODUCTION NO. 132:**

All transcripts of any depositions taken in *Masimo Corp. v. Apple Inc.*, No. 8:20-cv-00048 (C.D. Cal.).

**RESPONSE TO REQUEST NO. 132:**

Apple objects to this Request because *Masimo Corp. v. Apple Inc.*, No. 8:20-cv-00048 (C.D. Cal.), involves different patents, different products, and different accused functionalities than are at

3

337-TA-1276 - RESPONDENT APPLE INC.'S OBJECTIONS AND RESPONSES TO COMPLAINANTS' THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 131-133)

issue in this Investigation, and also trade secret and correction of inventorship claims unrelated to any claim or defense in this Investigation, and therefore this Request is not likely to lead to the discovery of admissible evidence relevant to the claims or defenses of any party and is overbroad, unduly burdensome, and not proportional to the needs of the Investigation.  Apple further objects to this Request to the extent it seeks information in contravention of or to circumvent the Protective Order issued by Magistrate Judge John Early in *Masimo Corp. v. Apple Inc.*, No. 8:20-cv- 00048 (C.D. Cal.), Dkt. No. 67.  Apple further objects to this Request to the extent it contravenes or seeks to circumvent the limitations on discovery in the United States International Trade Commission's Rules of Practice and Procedure, including 19 C.F.R. § 210.28.

Subject to and without waiving the foregoing Specific and General Objections, Apple will not produce documents in response to this Request, except to the extent they are responsive to another request to which Apple has agreed to produce responsive, non-privileged documents.

**REQUEST FOR PRODUCTION NO. 133:**

All responses to interrogatories or to requests for admission served by Apple in *Masimo Corp. v. Apple Inc.*, No. 8:20-cv-00048 (C.D. Cal.).

**RESPONSE TO REQUEST NO. 133:**

Apple objects to this Request because *Masimo Corp. v. Apple Inc.*, No. 8:20-cv-00048 (C.D. Cal.), involves different patents, different products, and different accused functionalities than are at issue in this Investigation, and also trade secret and correction of inventorship claims unrelated to any claim or defense in this Investigation, and therefore this Request is not likely to lead to the discovery of admissible evidence relevant to the claims or defenses of any party and is overbroad, unduly burdensome, and not proportional to the needs of the Investigation.  Apple further objects to this Request to the extent it seeks information in contravention of or to circumvent the Protective Order issued by Magistrate Judge John Early in *Masimo Corp. v. Apple Inc.*, No. 8:20-cv- 00048 (C.D.

4

337-TA-1276 - Respondent Apple Inc.'s Objections and Responses to Complainants' Third Set of Requests For Production of Documents and Things (Nos. 131-133)

Cal.), Dkt. No. 67. Apple further objects to this Request to the extent it contravenes or seeks to circumvent the limitations on discovery in the United States International Trade Commission's Rules of Practice and Procedure, including 19 C.F.R. § 210.29.

Subject to and without waiving the foregoing Specific and General Objections, Apple will not produce documents in response to this Request, except to the extent they are responsive to another request to which Apple has agreed to produce responsive, non-privileged documents.

5

337-TA-1276 - RESPONDENT APPLE INC.'S OBJECTIONS AND RESPONSES TO COMPLAINANTS' THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 131-133)

Dated: October 14, 2021        Respectfully submitted,

                                         */s/ Sarah R. Frazier*
                                         Mark Selwyn
                                         WILMER CUTLER PICKERING HALE AND DORR LLP
                                         2600 El Camino Real
                                         Suite 400
                                         Palo Alto, CA 94306
                                         Telephone: (650) 858-6031

                                         Joseph J. Mueller
                                         Richard Goldenberg
                                         Sarah R. Frazier
                                         WILMER CUTLER PICKERING HALE AND DORR LLP
                                         60 State Street
                                         Boston, MA 02109
                                         Telephone: (617) 526-6000

                                         Michael D. Esch
                                         David Cavanaugh
                                         WILMER CUTLER PICKERING HALE AND DORR LLP
                                         1875 Pennsylvania Ave., NW
                                         Washington, DC 20006
                                         Telephone: (202) 663-6000

                                         *Counsel for Respondent Apple Inc.*

6

337-TA-1276 - RESPONDENT APPLE INC.'S OBJECTIONS AND RESPONSES TO COMPLAINANTS' THIRD SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 131-133)

*CERTAIN LIGHT-BASED PHYSIOLOGICAL MEASUREMENT*
*DEVICES AND COMPONENTS THEREOF*
Inv. No. 337-TA-1276

## CERTIFICATE OF SERVICE

I, Lanta M. Chase, hereby certify that true and correct copies of the foregoing, **RESPONDENT APPLE'S OBJECTIONS AND RESPONSES TO COMPLAINANTS' THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO APPLE INC. (NOS. 131-133)**, have been served on this 14th day of October, 2021, on the following in the manner indicated:

| | |
|---|---|
| Stephen C. Jensen<br>Joseph R. Re<br>Sheila N. Swaroop<br>Ted. M. Cannon<br>Alan G. Laquer<br>Kendall M. Loebbaka<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>2040 Main Street<br>Fourteenth Floor<br>Irvine, CA 92614<br><br>William R. Zimmerman<br>Jonathan E. Bachand<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>1717 Pennsylvania Avenue N.W., Suite 900<br>Washington, DC 20006<br><br>Brian C. Horne<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>1925 Century Park East<br>Suite 600<br>Los Angeles, CA 90067<br><br>Karl W. Kowalis<br>Matthew S. Friedrichs<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>1155 Avenue of the Americas<br>24th Floor<br>New York, NY 10036<br><br>*Counsel for Complainants* | ☐ Via Hand Delivery (2 Copies)<br>☐ Via Overnight Delivery<br>☐ Via Facsimile<br>☒ Via Electronic Mail<br>Masimo.AppleITC@knobbe.com |

*/s/ Lanta M. Chase*
Lanta M. Chase

7

337-TA-1276 - Respondent Apple Inc.'s Objections and Responses to Complainants' Third Set of Requests for Production of Documents and Things (Nos. 131-133)