# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 8:20-cv-0048-JVS (JDEx) | Date | November 18, 2021 |
|---|---|---|---|
| Title | Masimo Corporation, et al. v. Apple Inc. | | |

**Present: The Honorable**  John D. Early, United States Magistrate Judge

| Maria Barr | CS 11/18/21 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Adam Powell | Mark D. Selwyn , Illisa S. Samplin |

**Proceedings:**   Hearing re Plaintiffs' Motion to Modify Protective Order (Dkt. 505)

Case called. Counsel make appearances and argue. For the reasons stated on the record, the Court DENIES the Motion (Dkt. 505). The denial is without prejudice to any party, after a further meet and confer with the opposing party regarding the scope of materials covered by the Protective Order (Dkt. 67) that the party believes may be relevant to and potentially useable in the ITC litigation, refiling a motion seeking similar or more limited relief. The Court confirms that such meet and confer communications between counsel of record in this action, who are bound by the Protective Order, do not themselves violate the Protective Order.

IT IS SO ORDERED.

1 : 00

Initials of Clerk:   mba