| | |
|---|---|
| JOSHUA H. LERNER, SBN 220755<br>  jlerner@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street Suite 3000<br>San Francisco, CA 94105<br>Tel.: 415.393.8200 / Fax: 415.393.8306<br><br>H. MARK LYON, SBN 162061<br>  mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Tel.: 650.849.5300 / Fax: 650.849.5333<br><br>BRIAN M. BUROKER, *pro hac vice*<br>  bburoker@gibsondunn.com<br>BRIAN K. ANDREA, *pro hac vice*<br>  bandrea@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Tel.: 202.955.8500 / Fax: 202.467.0539<br><br>BRIAN A. ROSENTHAL, *pro hac vice*<br>  brosenthal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel.: 212.351.2339 / Fax: 212.817.9539 | MARK D. SELWYN, SBN 244180<br>  mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING,<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Tel.: 650.858.6000 / Fax: 650.858.6100<br><br>ILISSA SAMPLIN, SBN 314018<br>  isamplin@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel.: 213.229.7000 / Fax: 213.229.7520<br><br>ANGELIQUE KAOUNIS, SBN 209833<br>  akaounis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2029 Century Park East Suite 4000<br>Los Angeles, CA 90067<br>Tel.: 310.552.8546 / Fax: 310.552.7026 |

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>       Plaintiffs,<br><br>   v.<br><br>APPLE INC.,<br>a California corporation,<br><br>       Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OR TO BIFURCATE TRIAL IN THE ALTERNATIVE**<br><br>**<u>Hearing</u>**<br><br>Date: February 7, 2022<br>Time: 1:30pm<br>Courtroom: 10C<br>Judge: Hon. James V. Selna |

Gibson, Dunn &<br>Crutcher LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS MOT. FOR PARTIAL SUMMARY JUDGMENT OR BIFURCATION          CASE NO. 8:20-cv-00048-JVS (JDEX)

Pursuant to Local Rule 79-5.2.2, Defendant Apple Inc. ("Apple") requests that the Court grant leave to file under seal Apple's Motion for Partial Summary Judgment or Bifurcation, as well as the Proposed Statement of Undisputed Facts and Exhibits 2, 13-14, 16-17, and 20-21 in support of the Motion. As detailed in the accompanying Declaration of Mark D. Selwyn, each of the enumerated exhibits contains information that Plaintiffs have (1) designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the protective order and (2) indicated cannot be filed publicly without violating that order. The redacted portions of Apple's Motion and Statement of Undisputed Facts quote, reference, or summarize the aforementioned exhibits and should be sealed for the same reason.

Accordingly, Apple respectfully requests an order granting leave to file under seal the Motion, Proposed Statement of Undisputed Facts, and Exhibits 2, 13-14, 16-17, and 20-21.

Dated: December 7, 2021

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN ANDREA
GIBSON, DUNN & CRUTCHER LLP

MARK D. SELWYN
WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Mark D. Selwyn*
    Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS MOT. FOR PARTIAL SUMMARY JUDGMENT OR BIFURCATION     1     CASE NO. 8:20-cv-00048-JVS (JDEx)