| | |
|---|---|
| JOSHUA H. LERNER, SBN 220755<br>   jlerner@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street Suite 3000<br>San Francisco, CA 94105<br>Tel.: 415.393.8200 / Fax: 415.393.8306<br><br>H. MARK LYON, SBN 162061<br>   mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Tel.: 650.849.5300 / Fax: 650.849.5333<br><br>BRIAN M. BUROKER, *pro hac vice*<br>   bburoker@gibsondunn.com<br>BRIAN K. ANDREA, *pro hac vice*<br>   bandrea@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Tel.: 202.955.8500 / Fax: 202.467.0539<br><br>BRIAN A. ROSENTHAL, *pro hac vice*<br>   brosenthal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel.: 212.351.2339 / Fax: 212.817.9539 | MARK D. SELWYN, SBN 244180<br>   mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING,<br>   HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Tel.: 650.858.6000 / Fax: 650.858.6100<br><br>ILISSA SAMPLIN, SBN 314018<br>   isamplin@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel.: 213.229.7000 / Fax: 213.229.7520<br><br>ANGELIQUE KAOUNIS, SBN 209833<br>   akaounis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2029 Century Park East Suite 4000<br>Los Angeles, CA 90067<br>Tel.: 310.552.8546 / Fax: 310.552.7026 |

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>            Plaintiffs,<br><br>   v.<br><br>APPLE INC.,<br>a California corporation,<br><br>            Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR TO BIFURCATE TRIAL IN THE ALTERNATIVE**<br><br>**Hearing**<br><br>Date: February 7, 2022<br>Time: 1:30pm<br>Courtroom: 10C<br>Judge: Hon. James V. Selna |

1    This matter is before the Court pursuant to Defendant Apple Inc.'s Application
2    to File under Seal Documents Regarding Apple's Motion for Partial Summary
3    Judgment Or Bifurcation (the "Application") under Local Rule 79-5.2.2.  Having
4    considered the Application and supporting documents, and all other matters properly
5    before the Court, being fully advised on the proceedings, and for good cause
6    appearing:

7

8    IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple
9    shall file under seal its Motion, the Proposed Statement of Undisputed Facts, and
10   exhibits 2, 13-14, 16-17, and 20-21.

11

12   **IT IS SO ORDERED.**

13

14   Dated: _____                           _____

15                                                  The Hon. James V. Selna
                                                    United States District Court Judge