JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING,
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE THIRTEENTH CAUSE OF ACTION FOR TRADE SECRET MISAPPROPRIATION, OR TO BIFURCATE TRIAL IN THE ALTERNATIVE**<br><br>**Hearing**<br><br>Date: February 7, 2022<br>Time: 1:30pm<br>Courtroom: 10C<br>Judge: Hon. James V. Selna |

TO THE COURT, PLAINTIFFS, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 7, 2022, or as soon thereafter as the matter may be heard, in Courtroom 10C, located at 411 West Fourth Street, Santa Ana, California, 92701, Defendant Apple Inc. ("Apple") will, and hereby does, move the Court for an order granting partial summary judgment in Apple's favor on the trade secret claim alleged in Plaintiffs' Fourth Amended Complaint—or, in the alternative, bifurcation.

Specifically, Apple moves for partial summary judgment on Plaintiffs' trade secret claim because it is barred by the statute of limitations. *See* Cal. Civ. Code § 3426.6. In the alternative, Apple respectfully requests that this Court bifurcate the trial, so that Apple can present its statute-of-limitations case to a jury as soon as possible.

This motion is made following the conference between counsel pursuant to L.R. 7-3, which took place on November 30, 2021.

This motion is supported by the accompanying Memorandum of Points and Authorities, the Proposed Statement of Undisputed Facts and Conclusions of Law, the Declaration of Brian Andrea, a Proposed Order, and such other evidence or argument as may be presented at or before the hearing.

| | |
|---|---|
| Dated: December 7, 2021 | Respectfully submitted,<br><br>JOSHUA H. LERNER<br>H. MARK LYON<br>BRIAN M. BUROKER<br>BRIAN A. ROSENTHAL<br>ILISSA SAMPLIN<br>ANGELIQUE KAOUNIS<br>BRIAN ANDREA<br>GIBSON, DUNN & CRUTCHER LLP<br><br>MARK D. SELWYN<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br><br>By: */s/ Mark D. Selwyn*<br>      Mark D. Selwyn<br><br>*Attorneys for Defendant Apple Inc.* |