| | |
|---|---|
| JOSHUA H. LERNER, SBN 220755<br>  jlerner@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street Suite 3000<br>San Francisco, CA 94105<br>Tel.: 415.393.8200 / Fax: 415.393.8306<br><br>H. MARK LYON, SBN 162061<br>  mlyon@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Tel.: 650.849.5300 / Fax: 650.849.5333<br><br>BRIAN M. BUROKER, *pro hac vice*<br>  bburoker@gibsondunn.com<br>BRIAN K. ANDREA, *pro hac vice*<br>  bandrea@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Tel.: 202.955.8500 / Fax: 202.467.0539<br><br>BRIAN A. ROSENTHAL, *pro hac vice*<br>  brosenthal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel.: 212.351.2339 / Fax: 212.817.9539 | MARK D. SELWYN, SBN 244180<br>  mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING,<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Tel.: 650.858.6000 / Fax: 650.858.6100<br><br>ILISSA SAMPLIN, SBN 314018<br>  isamplin@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Tel.: 213.229.7000 / Fax: 213.229.7520<br><br>ANGELIQUE KAOUNIS, SBN 209833<br>  akaounis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2029 Century Park East Suite 4000<br>Los Angeles, CA 90067<br>Tel.: 310.552.8546 / Fax: 310.552.7026 |

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>              Plaintiffs,<br><br>     v.<br><br>APPLE INC.,<br>a California corporation,<br><br>              Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF BRIAN ANDREA IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE THIRTEENTH CAUSE OF ACTION FOR TRADE SECRET MISAPPROPRIATION, OR TO BIFURCATE TRIAL IN THE ALTERNATIVE**<br><br>**<u>Hearing</u>**<br><br>Date: February 7, 2022<br>Time: 1:30pm<br>Courtroom: 10C<br>Judge: Hon. James V. Selna |

Gibson, Dunn &
Crucher LLP

Andrea Declaration iso Apple's Mot. For Partial Summary Judgment On Plaintiffs'
CUTSA Claim, Or To Bifurcate Trial                    Case No. 8:20-cv-00048-JVS (JDEx)

I, Brian Andrea, declare and state as follows:

1. I am of counsel with the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3. I make this Declaration in support of Apple's Motion For Partial Summary Judgment or Bifurcation ("Motion").

4. Attached hereto as **Exhibit 1** is a true and correct copy of a January 24, 2014 letter from Stephen C. Jensen of Knobbe Martens to Apple CEO Tim Cook.

5. Attached hereto as **Exhibit 2 [Filed under seal]** is a true and correct copy of Michael O'Reilly's Employee Confidentiality Agreement with Plaintiff Masimo Corporation ("Masimo").

6. Attached hereto as **Exhibit 3** is a true and correct copy of an Apple press release issued on March 9, 2015, entitled "Apple Introduces ResearchKit, Giving Medical Researchers the Tools to Revolutionize Medical Studies."

7. Attached hereto as **Exhibit 4** is a true and correct copy of a blog post published on March 12, 2015 on *The Health Care Blog*.

8. Attached hereto as **Exhibit 5** is a true and correct copy of an article published on March 10, 2015 by *The Verge*.

9. Attached hereto as **Exhibit 6** is a true and correct copy of an article published on May 20, 2015 by *Vox*.

10. Attached hereto as **Exhibit 7** is a true and correct copy of an article published on March 10, 2015 by *Fortune*.

11. Attached hereto as **Exhibit 8** is a true and correct copy of an article published on March 14, 2015 by *TechCrunch*.

12. Attached hereto as **Exhibit 9** is a true and correct copy of an article published on January 13, 2014 by *USA Today*.

Gibson, Dunn & Crutcher LLP

ANDREA DECLARATION ISO APPLE'S MOT. FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' CUTSA CLAIM, OR TO BIFURCATE TRIAL   2   CASE NO. 8:20-cv-00048-JVS (JDEx)

13. Attached hereto as **Exhibit 10** is a true and correct copy of an article published by the *Chicago Tribune* on May 6, 2014.

14. Attached hereto as **Exhibit 11** is a true and correct copy of an article published by *The New York Times* on January 31, 2014.

15. Attached hereto as **Exhibit 12** is a true and correct copy of an article published by *The Wall Street Journal* on January 31, 2014.

16. Attached hereto as **Exhibit 13 [Filed under seal]** is a true and correct copy of an internal email between Plaintiffs' employees sent on September 15, 2014.

17. Attached hereto as **Exhibit 14 [Filed under seal]** is a true and correct copy of an internal email between Plaintiffs' employees sent in February 18, 2015.

18. Attached hereto as **Exhibit 15** is a true and correct copy of a published patent application, Publication No. 2016/0061726.

19. Attached hereto as **Exhibit 16 [Filed under seal]** is a true and correct copy of an email between Masimo CEO Joe Kiani and a journalist.

19. Attached hereto as **Exhibit 17 [Filed under seal]** is a true and correct copy of edits to a draft news article that were attached to Exhibit 16.

20. Attached hereto as **Exhibit 18** is a true and correct copy of email between former Masimo executive Paul Jansen and Michael O'Reilly.

21. Attached hereto as **Exhibit 19** is the October 15, 2021 summary judgment ruling in *Masimo Corporation v. True Wearables, Inc.*, No. 18-cv-02001, Dkt. 359.

22. Attached hereto as **Exhibit 20 [Filed under seal]** is a true and correct copy of a May 25, 2016 letter from Masimo's counsel to Marcelo Lamego.

23. Attached hereto as **Exhibit 21 [Filed under seal]** is a true and correct copy of an October 7, 2016 letter from Masimo's counsel to Marcelo Lamego's counsel.

24. Attached hereto as **Exhibit 22** is a true and correct copy of U.S. Patent No. 9,952,095.

Gibson, Dunn & Crutcher LLP

ANDREA DECLARATION ISO APPLE'S MOT. FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' CUTSA CLAIM, OR TO BIFURCATE TRIAL     3     CASE NO. 8:20-cv-00048-JVS (JDEx)

25. Attached hereto as **Exhibit 23** is a true and correct copy of this Court's Order regarding Apple's motion to dismiss, Dkt. 60.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of December, 2021 in Oakton, Virginia.

By: _____
Brian Andrea

Gibson, Dunn & Crutcher LLP

ANDREA DECLARATION ISO APPLE'S MOT. FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' CUTSA CLAIM, OR TO BIFURCATE TRIAL    4    CASE NO. 8:20-cv-00048-JVS (JDEx)