# EXHIBIT 3

Newsroom

PRESS RELEASE
March 9, 2015

# Apple Introduces ResearchKit, Giving Medical Researchers the Tools to Revolutionize Medical Studies

New Apps to Aid Research on Asthma, Breast Cancer, Cardiovascular Disease, Diabetes & Parkinson's Disease

SAN FRANCISCO—March 9, 2015—Apple® today announced ResearchKit™, an open source software framework designed for medical and health research, helping doctors and scientists gather data more frequently and more accurately from participants using iPhone® apps. World-class research institutions have already developed apps with ResearchKit for studies on asthma, breast cancer, cardiovascular disease, diabetes and Parkinson's disease.* Users decide if they want to participate in a study and how their data is shared.

"iOS apps already help millions of customers track and improve their health. With hundreds of millions of iPhones in use around the world, we saw an opportunity for Apple to have an even greater impact by empowering people to participate in and contribute to medical research," said Jeff Williams, Apple's senior vice president of Operations. "ResearchKit gives the scientific community access to a diverse, global population and more ways to collect data than ever before."

ResearchKit turns iPhone into a powerful tool for medical research. When granted permission by the user, apps can access data from the Health app such as weight, blood pressure, glucose levels and asthma inhaler use, which are measured by third-party devices and apps.

HealthKit™ is a software framework Apple introduced with iOS 8 to provide developers the ability for health and fitness apps to communicate with each other. ResearchKit can also request from a user, access to the accelerometer, microphone, gyroscope and GPS sensors in iPhone to gain insight into a patient's gait, motor impairment, fitness, speech and memory.

ResearchKit also makes it easier to recruit participants for large-scale studies, accessing a broad cross-section of the population—not just those within driving distance of an institution. Study participants can complete tasks or submit surveys right from the app, so researchers spend less time on paperwork and more time analyzing data. ResearchKit also enables researchers to present an interactive informed consent process. Users choose which studies to participate in and the data they want to provide in each study.

"We're excited to use these new ResearchKit tools from Apple to expand participant recruitment and quickly gather even more data through the simple use of an iPhone app. The data it will provide takes us one step closer to developing more personalized care," said Patricia Ganz, MD, professor at the UCLA Fielding School of Public Health and Director of Cancer Prevention & Control Research at UCLA's Jonsson Comprehensive Cancer Center. "Access to more diverse patient-reported health data will help us learn more about long-term aftereffects of cancer treatments and provide us with a better understanding of the breast cancer patient experience."

"When it comes to researching how we can better diagnose and prevent disease, numbers are everything. By using Apple's new ResearchKit framework, we're able to extend participation beyond our local community and capture significantly more data to help us understand how asthma works," said Eric Schadt, PhD, the Jean C. and James W. Crystal Professor of Genomics at the Icahn School of Medicine at Mount Sinai, and Founding Director of the Icahn Institute for Genomics and Multiscale Biology. "Using iPhone's advanced sensors, we're able to better model an asthma patient's condition to enable us to deliver a more personalized, more precise treatment."

Developed by the Icahn School of Medicine at Mount Sinai and LifeMap Solutions, the Asthma Health app is designed to facilitate asthma patient education and self-monitoring, promote positive behavioral changes and reinforce adherence to treatment plans according to current asthma guidelines. The study tracks symptom patterns in an individual and potential triggers for these exacerbations so that researchers can learn new ways to personalize asthma treatment.

The Share the Journey app, developed by the Dana-Farber Cancer Institute, Penn Medicine, Sage Bionetworks and UCLA's Jonsson Comprehensive Cancer Center, is a research study that aims to

understand why some breast cancer survivors recover faster than others, why their symptoms vary over time and what can be done to improve symptoms. Share the Journey will use surveys and sensor data on iPhone to collect and track fatigue, mood and cognitive changes, sleep disturbances and reduction in exercise.

Developed by Stanford Medicine, the MyHeart Counts app measures activity and uses risk factor and survey information to help researchers more accurately evaluate how a participant's activity and lifestyle relate to cardiovascular health. By studying these relationships on a broad scale, researchers will be able to understand better how to keep hearts healthier.

Massachusetts General Hospital developed the GlucoSuccess app to understand how various aspects of a person's life—diet, physical activity and medications—affect blood glucose levels. The app can also help participants identify how their food choices and activity relate to their best glucose levels, enabling them to clearly see correlations and take more active roles in their own well-being.

Developed by Sage Bionetworks and the University of Rochester, the Parkinson mPower app helps people living with Parkinson's disease track their symptoms by recording activities using sensors in iPhone. These activities include a memory game, finger tapping, speaking and walking. Activity and survey data from your phone are combined with data from many other participants to fuel Parkinson's research at a scale never before possible, making this the world's largest and most comprehensive study of this disease.

ResearchKit will be released as an open source framework next month, providing researchers with the ability to contribute to specific activity modules in the framework, like memory or gait testing, and share them with the global research community to further advance what we know about disease. For more information, visit www.apple.com/researchkit.

*ResearchKit apps are available on the App Store™ in the US at appstore.com/researchkit and will be rolling out to more countries in the future. iPhone 5, iPhone 5s, iPhone 6, iPhone 6 Plus and the latest generation of iPod touch support ResearchKit apps.

Apple designs Macs, the best personal computers in the world, along with OS X, iLife, iWork and professional software. Apple leads the digital music revolution with its iPods and iTunes online store. Apple has reinvented the mobile phone with its revolutionary iPhone and App Store, and is defining the future of mobile media and computing devices with iPad.

**Press Contacts**:
Trudy Muller
Apple
tmuller@apple.com
(408) 862-7426

Jacqueline Roy
Apple
jacqueline_roy@apple.com
(408) 862-4386

Apple, the Apple logo, Mac, Mac OS, Macintosh, ResearchKit, iPhone, HealthKit and App Store are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

**The latest news and updates, direct from Apple.**

Read more ›

Newsroom    Apple Introduces ResearchKit, Giving Medical Researchers the Tools to Revolutionize Medical Studies

| Shop and Learn | Services | Apple Store | For Business | Apple Values |
|---|---|---|---|---|
| Store | Apple Music | Find a Store | Apple and Business | Accessibility |
| Mac | Apple TV+ | Genius Bar | Shop for Business | Education |
| iPad | Apple Fitness+ | Today at Apple | | Environment |
| iPhone | Apple News+ | Apple Camp | **For Education** | Inclusion and Diversity |
| Watch | Apple Arcade | Apple Store App | Apple and Education | Privacy |
| AirPods | iCloud | Refurbished and Clearance | Shop for K-12 | Racial Equity and Justice |
| TV & Home | Apple One | Financing | Shop for College | Supplier Responsibility |
| iPod touch | Apple Card | Apple Trade In | | |
| AirTag | Apple Books | Order Status | **For Healthcare** | **About Apple** |
| Accessories | Apple Podcasts | Shopping Help | Apple in Healthcare | Newsroom |
| Gift Cards | App Store | | Health on Apple Watch | Apple Leadership |
| | | | Health Records on iPhone | Career Opportunities |
| | **Account** | | | Investors |
| | Manage Your Apple ID | | **For Government** | Ethics & Compliance |
| | Apple Store Account | | Shop for Government | Events |
| | iCloud.com | | Shop for Veterans and Military | Contact Apple |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2021 Apple Inc. All rights reserved.    Privacy Policy    Terms of Use    Sales and Refunds    Legal    Site Map    United States

4