# EXHIBIT 4

Apple Research Kit is Open Source But is it "Open"? – The Health Care Blog

THCB

# The Health Care Blog

*Everything you always wanted to know about the Health Care system. But were afraid to ask.*

TECH

# Apple Research Kit is Open Source But Is It "Open"?

Mar 12, 2015 • 💬 7

By VINCE KURAITIS



(https://thehealthcareblog.com/files/2015/03/Screen-Shot-2015-03-12-at-8.10.22-AM.png)

For now, the answer is "we don't know".

But… the question is very important and worth tracking over the coming months. Let's not assume that open source will equate to "open".

**What is ResearchKit?**

Apple's press release (https://www.apple.com/pr/library/2015/03/09Apple-Introduces-ResearchKit-Giving-Medical-Researchers-the-Tools-to-Revolutionize-Medical-Studies.html) provided an overview of ResearchKit:

*Apple® today announced ResearchKit™, an open source software framework designed for medical and health research, helping doctors and scientists gather data more frequently and more accurately from participants using iPhone® apps. World-class research institutions have already developed apps with ResearchKit for studies on asthma, breast cancer, cardiovascular disease, diabetes and Parkinson's disease.*

*…With hundreds of millions of iPhones in use around the world, we saw an opportunity for Apple to have an even greater impact by empowering people to participate in and contribute to medical research," said Jeff Williams, Apple's senior vice president of Operations. "ResearchKit gives the scientific community access to a diverse, global population and more ways to collect data than ever before."*

Many members of the research community have had high praise for ResearchKit. For more details and perspectives about ResearchKit, see the list of articles appended at the bottom of this post.

**THCB**

embraced open source software. A ZDNet article described
Steve Jobs as an "open source pioneer"
(http://www.zdnet.com/article/steve-jobs-an-open-source-pioneer-you-
bet/).

**Lessons From Google Android and It's Control
Points**

Google Android OS has provided a lesson in how software
can be open source but not very open.

When Android was released in 2007, it received many kudos
for being open source software. For a few years the collective
consciousness of the tech industry described Apple iOS as a
walled garden and typically described Android as being a
much more open alternative.

However, over time it's become apparent that BOTH Android
and iOS are walled gardens, albeit with different types of
walls, in different locations, and having different levels of
permeability.

Andreas Constantinou of Vision Mobile wrote about Android
"control points" (http://www.visionmobile.com/blog/2010/04/is-
android-evil/):

You thought Android was open? The Android governance
model consists of an elaborate set of control points that
allows Google to bundle its own services and control the exact
software and hardware make-up on every handset.

He goes on to list and describe eight specific Android control
points:

1. Private branches
2. Closed review process
3. Speed of evolution
4. Incomplete software
5. Gated developer community
6. Anti-fragmentation agreement
7. Private roadmap
8. Android trademark

**What Are ResearchKit's Control Points?**

At the start, one of the biggest control points is that
ResearchKit will only be available to people with iPhones.
Philip Jones, MD notes that this raises many issues for
researchers: selection bias, attrition bias, observer bias, big
data.

So for now, if you use an Android, Windows or Blackberry
phone (i.e., about 80% of us) you're out of luck.

It's not possible at this time to answer fully the question
about control points. ResearchKit won't be released until next
month, so we don't know many details. We'll also need to see
how the ResearchKit toolkit/software is received and adopted
in the researcher, developer, and app user communities.
Finally,  we'll need not simply  to look at how ResearchKit
stands as independent, discrete software — we'll need to
understand how it fits into the broader Apple business
ecosystem, including HealthKit and iOS 8. All this will take
some time to discern.

However, simply asking the question is important…and the
purpose of this post is to sensitize you to the issue and get it

**THCB**

## APPENDIX — INFO AND PERSPECTIVES ON RESEARCHKIT





From Apple

Apple Introduces ResearchKit, Giving Medical Researchers the Tools to Revolutionize Medical Studies (https://www.apple.com/pr/library/2015/03/09Apple-Introduces-ResearchKit-Giving-Medical-Researchers-the-Tools-to-Revolutionize-Medical-Studies.html)
Apple Press Release; March 9, 2015

Apple ResearchKit Website (http://www.apple.com/researchkit/)

ResearchKit Technical Overview (https://developer.apple.com/researchkit/researchkit-technical-overview.pdf)
Apple, March 2015

Optimistic, Excited

Smartphones set for large-scale health studies (http://www.nature.com/news/smartphones-set-to-boost-large-scale-health-studies-1.17083)
Nature; March 10, 2015

Forget the Watch. Apple's most meaningful debut is on the iPhone (http://fortune.com/2015/03/10/apple-debut-researchkit-iphone/)
Fortune; March 10, 2015

Better by Default: An Access Conversation with John Wilbanks (http://quantifiedself.com/2015/03/better-default-access-conversation-john-wilbanks/)
Quantified Self; March 10, 2015

Why ResearchKit Is the Most Exciting Thing Apple Announced Yesterday (http://lifehacker.com/why-researchkit-is-the-most-exciting-thing-apple-announ-1690533190)
Lifehacker; March 10, 2015

How Apple is fixing the world (http://transapplantic.nl/2015/03/how-apple-is-fixing-the-world/)
TransAppLantic; March 10, 2015

Can Apple Help Cure Cancer? Its New ResearchKit Could Be The Start (http://www.forbes.com/sites/dandiamond/2015/03/09/apple-now-wants-to-cure-cancer-and-it-wants-you-to-help/)
Forbes; March 9, 2015

Circumspective, Cautious

Apple's ResearchKit is not (yet) ready for primetime — A medical researcher's perspective. (https://statsdoc.wordpress.com/2015/03/10/apples-researchkit-is-not-yet-ready-for-primetime-a-medical-researchers-perspective/)
Ramblings of a Doctor; March 10, 2015

Apple's new ResearchKit: 'Ethics quagmire' or medical research aid? (http://www.theverge.com/2015/3/10/8177683/apple-research-kit-app-ethics-medical-research)
The Verge; March 10, 2015

How Apple's New Health App Could Be Used — or Abused (http://time.com/3738429/apple-health-app-researchkit/)
Time; March 10, 2015



**THCB**

(http://miami.cbslocal.com/2015/03/10/apple-watch-researchkit-raise-privacy-concerns/)
CBS Miami; March 10, 2015

Why Apple's New ResearchKit Could Have a Diversity
Problem (http://www.buzzfeed.com/stephaniemlee/why-apples-new-researchkit-could-have-a-diversity-problem#.dk94nKaEB)
BuzzFeed News; March 10, 2015

Will the iPhone transform medicine? The FDA may have
something to say (http://arstechnica.com/apple/2015/03/will-the-iphone-transform-medicine-the-fda-may-have-something-to-say/)
Ars Technica; March 10, 2015

**Spread the love**