# EXHIBIT 9

12/6/21, 11:13 AM  Case 8:20-cv-00048-JVS-JDE   Document 522-12   Filed 12/07/21   Page 2 of 3   Page ID
Apple execs met with FDA on mobile medical apps
#:40239



TECH

# Apple execs met with FDA on mobile medical apps

**Alistair Barr** USA TODAY
Published 8:11 p.m. ET Jan. 31, 2014 | Updated 8:25 p.m. ET Jan. 31, 2014

SAN FRANCISCO - Apple executives met recently with the U.S. Food and Drug Administration to discuss mobile medical applications, sparking speculation about new health and fitness gadgets, software and services the technology giant may be working on.

Jeff Williams, senior vice president of Operations at Apple, reporting to CEO Tim Cook, met on Dec. 13 with Margaret Hamburg, M.D., Commissioner of Food and Drugs at the FDA, according to the agency's public calendar.

Other Apple executives at the meeting included: Bud Tribble, Vice President of Software Technology; Cathy Novelli, Vice President, Worldwide Government Affairs; and in-house lobbyist Tim Powderly.

Rounding out the Apple team was Dr. Michael O'Reilly, a medical expert from the Universities of Michigan and California who used to be the Chief Medical Officer of Masimo Corp. Masimo develops medical devices and sensors, including the first-and-only FDA-cleared technology that continuously measures hemoglobin without a painful needle stick.

The meeting, reported earlier on Friday by the *New York Times*, added to speculation about Apple's plans for wearable technology that will tracks users' activities, health and fitness.

Cook has said Apple is interested in wearable technology and many analysts expect the company to bring out an iWatch smart watch, possibly this year. Dr. O'Reilly, who joined Apple last year, is reportedly working on the iWatch project, among other things.

Apple spokesman Steve Dowling declined to comment.

Technology news website 9to5Mac said Friday that Apple plans to release a new version of its iOS mobile operating system this year with health and fitness tracking features.

12/6/21, 11:13 AM
Apple takes aim at with FDA on mobile medical apps
Case 8:20-cv-00048-JVS-JDE   Document 522-12   Filed 12/07/21   Page 3 of 3   Page ID #:40240

The next version, iOS 8, will include an application code-named "Healthbook," which will monitor and store fitness statistics such as steps taken, calories burned, and miles walked, 9to5Mac reported.

Healthbook will also help users manage and track weight loss and monitor their vital signs, such as blood pressure, hydration levels, heart rate, and potentially several other blood-related data points, such as glucose levels, 9to5Mac added.