# EXHIBIT 12

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/BL-DGB-32540

# Apple Moves Toward Health and Fitness

*By Daisuke Wakabayashi*
Jan. 31, 2014 9:38 pm ET

Siri, how's my blood pressure?

There's growing number of signs that Apple is developing a wearable device, such as a watch, that will focus on health and fitness. It's a critical moment for Apple, which has promised that it will soon break into one or more new product categories as growth in iPhones start to slow.

The website 9to5Mac reported that the company is working on a sensor-laden iWatch that will work with an application codenamed "Healthbook" capable of monitoring and storing information such as steps taken, calories burned, blood pressure, hydration levels and even blood-related data such as glucose levels.

Apple's health and fitness application will be part of the company's upcoming iOS 8 operating system, the report said, suggesting that the iWatch may be released this year. An Apple spokeswoman declined to comment.

Last month, Apple executives met with officials at the U.S. Food and Drug Administration regarding "mobile medical applications."

According to the agency's public calendar, the meeting took place on Dec. 9th between FDA Commissioner Margaret Hamburg and a group of senior Apple executives including Jeff Williams, senior vice president of operations, Bud Tribble, vice president of software technology, and Michael O'Reilly, a recent hire who used to be chief medical officer for Masimo, a producer of non-invasive technology to measure oxygen in the blood.

The meeting was reported earlier by the New York Times.

**The New Omicron Covid-19 Variant: What to Know**
Get all your questions answered.

READ