# EXHIBIT 18

| | |
|---|---|
| **From**: | Paul Jansen [/O=MASIMO/OU=RADICALS/CN=RECIPIENTS/CN=PJANSEN] |
| **Sent**: | 4/28/2015 4:35:36 PM |
| **To**: | Michael O'Reilly [drmikeo@gmail.com] |
| **Subject**: | Apple Watch already has 264 health apps, unused pulse ox functionality, and a hospital pilot | mobihealthnews |

http://mobihealthnews.com/42900/apple-watch-already-has-264-apps-unused-pulse-ox-functionality-and-a-hospital-pilot/

I'm sure these reports are always 100% accurate...
☺

This caught my eye:
*After iFixIt dismantled the Apple Watch and posted a detailed summary of their findings, they discovered that some of those sensors are still in the device and could possibly be enabled by a future firmware update, namely the blood oxygenation sensor. The sensor uses photoplethysmography, as Apple revealed last week, and that same technology can be used to measure SpO2, especially if the device contains both green and infrared LEDs, which the Apple Watch does. So it's possible that, if Apple engineers crack the accuracy problems and/or obtain additional FDA clearance, pulse oximetry functionality could be enabled.*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                              MASA00450452