Name and address:
Sarah R. Frazier
WILMERHALE
60 State St.
Boston, MA 02109

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation and Ceracor Laboratories, Inc.<br><br>Plaintiff(s)<br>v.<br><br>Apple Inc.<br><br>Defendant(s). | CASE NUMBER<br>8:20-cv-00048-JVS (JDEx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Frazier, Sarah R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

610-331-2809     617-526-5000
*Telephone Number*   *Fax Number*

Sarah.Frazier@wilmerhale.com
*E-Mail Address*

of

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Apple Inc.

*Name(s) of Party(ies) Represented*  ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

and designating as Local Counsel

Gosma, Derek
*Designee's Name (Last Name, First Name & Middle Initial)*

274515     213-443-5308     213-443-5400
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

Derek.Gosma@wilmerhale.com
*E-Mail Address*

of

Wilmer, Cutler, Pickering, Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA, 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge