Name and address:
Nora Q.E. Passamaneck
WILMERHALE
825 N. Lafayette Street
Denver, CO 80218

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Masimo Corporation and Ceracor Laboratories, Inc.

v.

Apple Inc.

Plaintiff(s)

Defendant(s).

CASE NUMBER

8:20-cv-00048-JVS (JDEx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Passamaneck, Nora Q.E.                of    Wilmer Cutler Pickering Hale and Dorr LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   825 N. Lafayette Street
720-274-3152          720-274-3133                            Denver, CO 80218
*Telephone Number*     *Fax Number*
Nora.Passamaneck@wilmerhale.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Apple Inc.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Gosma, Derek                of   Wilmer, Cutler, Pickering, Hale and Dorr LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   350 South Grand Avenue
274515      213-443-5308     213-443-5400                    Suite 2400
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*  Los Angeles, CA, 90071
Derek.Gosma@wilmerhale.com
*E-Mail Address*                                             *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                                              _____
                                                              U.S. District Judge/U.S. Magistrate Judge