Name and address:
Amy K. Wigmore
WILMERHALE
1875 Pennsylvania Avenue NW
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation and Ceracor Laboratories, Inc.<br><br>v.<br><br>Apple Inc.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br>8:20-cv-00048-JVS (JDEx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Wigmore, Amy K.    of    Wilmer Cutler Pickering Hale and Dorr LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    1875 Pennsylvania Avenue NW
202-663-6096    202-663-6363    Washington, DC 20006
*Telephone Number*    *Fax Number*
Amy.Wigmore@wilmerhale.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Apple Inc.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**
Gosma, Derek    of    Wilmer, Cutler, Pickering, Hale and Dorr LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    350 South Grand Avenue
274515    213-443-5308    213-443-5400    Suite 2400
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*    Los Angeles, CA, 90071
Derek.Gosma@wilmerhale.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____    _____
U.S. District Judge/U.S. Magistrate Judge