Click here to enter your name and address.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Click here to enter Plaintiff(s).

Masimo Corporation and Ceracor Laboratories, Inc.

Plaintiff(s)

v.

Click here to enter Defendant(s).

Apple Inc.

Defendant(s).

CASE NUMBER

8:20-cv-00048-JVS (JDEx)

## ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Wigmore, Amy K.

*Applicant's Name (Last Name, First Name & Middle Initial*

202-663-6096                    202-663-6363

*Telephone Number*          *Fax Number*

*E-Mail Address*

of

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Apple Inc.

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Gosma, Derek

*Designee's Name (Last Name, First Name & Middle Initial*

274515                    213-443-5308          213-443-5400

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

*E-Mail Address*

of

Wilmer, Cutler, Pickering, Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA, 90071

*Firm/Agency Name & Address*

## HEREBY ORDERS THAT the Application be:

☒ GRANTED

☐ DENIED:

☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: December 17, 2021**

*James V. Selna*

**U.S. District Judge**