Name and address:
Sarah R. Frazier
Wilmer Cutler Pickering Hale and Dorr LLP
60 State St.
Boston, MA 02109

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Masimo Corporation and Ceracor Laboratories, Inc.

Plaintiff(s)

v.

Apple Inc.

Defendant(s).

CASE NUMBER

8:20-cv-00048-JVS (JDEx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Frazier, Sarah R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

610-331-2809
*Telephone Number*

617-526-5000
*Fax Number*

Sarah.Frazier@wilmerhale.com
*E-Mail Address*

of Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Apple Inc.

*Name(s) of Party(ies) Represented*  ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

and designating as Local Counsel

Gosma, Derek
*Designee's Name (Last Name, First Name & Middle Initial)*

274515
*Designee's Cal. Bar No.*

213-443-5308
*Telephone Number*

213-443-5400
*Fax Number*

Derek.Gosma@wilmerhale.com
*E-Mail Address*

of Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA, 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1