# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation and Ceracor Laboratories, Inc.<br>Plaintiff(s)<br>v.<br>Apple Inc.<br>Defendant(s). | CASE NUMBER<br>8:20-cv-00048-JVS (JDEx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Frazier, Sarah R.
*Applicant's Name (Last Name, First Name & Middle Initial*

720-274-3152           720-274-3133
*Telephone Number*     *Fax Number*

*E-Mail Address*

of  Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Apple Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Gosma, Derek
*Designee's Name (Last Name, First Name & Middle Initial*

274515              213-443-5308          213-443-5400
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

*E-Mail Address*

of  Wilmer, Cutler, Pickering, Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA, 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.
**Dated: December 22, 2021**

*U.S. District Judge/James V. Selna*