Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: February 7, 2022<br>Time: 1:30 p.m.<br>Location: Courtroom 10C |

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

I, Adam B. Powell, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in Support of Plaintiffs' Opposition to Apple Inc.'s Motion for Partial Summary Judgement on the Thirteenth Cause of Action for Trade Secret Misappropriation, or to Bifurcate Trial in the Alternative.

2. Attached hereto as **Exhibit A [Filed Under Seal]** is a true and correct copy of a document Masimo produced in this litigation bearing production Bates numbers MASA00085626–MASA00085628.

3. Attached hereto as **Exhibit B [Filed Under Seal]** is a true and correct copy of a document Masimo produced in this litigation bearing production Bates numbers MASA00203107–MASA00203110.

4. Attached hereto as **Exhibit C** is a true and correct copy of a document produced in *Masimo v. True Wearables*, No. 8:18-cv-02001-JVS-JDE, and publicly filed in that case at Dkt. 321-1, Ex. 4.

5. Attached hereto as **Exhibit D [Filed Under Seal]** is a true and correct copy of a document Apple produced in this litigation bearing production Bates numbers APL-MAS_00332234–APL-MAS_00332238.

6. Attached hereto as **Exhibit E** is a true and correct copy of a Marcelo Lamego's LinkedIn profile that counsel for Masimo downloaded from www.linkedin.com in December 2021.

7. Attached hereto as **Exhibit F [Filed Under Seal]** is a true and correct copy of a document Masimo produced in this litigation bearing production Bates numbers MASA00159210–MASA00159215.

/ / /

/ / /

8. Attached hereto as **Exhibit G [Filed Under Seal]** is a true and correct copy of a document Masimo produced in this litigation bearing production Bates numbers MASA02285105–MASA02285107.

9. Attached hereto as **Exhibit H [Filed Under Seal]** is a true and correct copy of a document Apple produced in this litigation bearing production Bates numbers APL-MAS_00283837–APL-MAS_00283838.

10. Attached hereto as **Exhibit I [Filed Under Seal]** is a true and correct copy of a document Apple produced in this litigation bearing production Bates numbers APL-MAS_00292036–APL-MAS_00292039.

11. Attached hereto as **Exhibit J [Filed Under Seal]** is a true and correct copy of a document Apple produced in this litigation bearing production Bates numbers APL-MAS_00281407–APL-MAS_00281409.

12. Attached hereto as **Exhibit K [Filed Under Seal]** is a true and correct copy of a document Apple produced in this litigation bearing production Bates numbers APL-MAS_00281311–APL-MAS_00281313.

13. Attached hereto as **Exhibit L [Filed Under Seal]** is a true and correct copy of a document Apple produced in this litigation bearing production Bates numbers APL-MAS_00288778–APL-MAS_00288779.

14. Attached hereto as **Exhibit M [Filed Under Seal]** is a true and correct copy of a document Apple produced in this litigation bearing production Bates numbers APL-MAS_00259049–APL-MAS_00259053.

15. Attached hereto as **Exhibit N** is a true and correct copy of a website that Masimo's counsel downloaded from https://web.archive.org/web/20170215000000*/http://www.apple.com/healthcare in December 2021.

16. Attached hereto as **Exhibit O** is a true and correct copy of a website that Masimo's counsel downloaded from https://www.apple.com/newsroom/archive/health/?page=2 in December 2021.

/ / /

17. Attached hereto as **Exhibit P** is a true and correct copy of a website that Masimo's counsel downloaded from https://www.apple.com/newsroom/2018/12/ecg-app-and-irregular-heart-rhythm-notification-available-today-on-apple-watch/ in December 2021.

18. Attached hereto as **Exhibit Q** is a true and correct copy of a website that Masimo's counsel downloaded from https://web.archive.org/web/20140909204705 /http://www.apple.com/watch/overview/ in December 2021.

19. Attached hereto as **Exhibit R** is a true and correct copy of a compilation that Masimo's counsel created using the cover sheet from each of U.S. Patent Nos. 9,723,997, 9,952,095, and 10,219,754, along with the Nonpublication Request forms that Apple filed in connection with each of the patent applications resulting in the aforementioned patents. Masimo's counsel downloaded these documents from the USPTO public PAIR website in December 2021.

20. Attached hereto as **Exhibit S [Filed Under Seal]** is a true and correct copy of a document Apple produced in this litigation bearing production Bates numbers APL-MAS_00256748–APL-MAS_00256749.

21. Attached hereto as **Exhibit T [Filed Under Seal]** is a true and correct copy of a document Apple produced in this litigation bearing production Bates numbers APL-MAS_00360015–APL-MAS_00360017.

22. Attached hereto as **Exhibit U [Filed Under Seal]** is a true and correct copy of a document Apple produced in this litigation bearing production Bates number APL-MAS_00359911.

23. Attached hereto as **Exhibit V [Filed Under Seal]** is a true and correct copy of a document Apple produced in this litigation bearing production Bates numbers APL-MAS_00433706–APL-MAS_00433710.

24. Attached hereto as **Exhibit W [Filed Under Seal]** is a true and correct copy of a document Apple produced in this litigation bearing production Bates numbers APL-MAS_00433808–APL-MAS_00433810.

25. Attached hereto as **Exhibit X [Filed Under Seal]** is a true and correct copy of a letter dated September 14, 2021 from Apple's counsel of record to the Special Master in this case, in opposition to Masimo's motion to compel related to certain Masimo requests for documents.

26. Attached hereto as **Exhibit Y [Filed Under Seal]** is a true and correct copy of a document Masimo produced in this litigation bearing production Bates number MASA01088118.

27. Attached hereto as **Exhibit Z** is a true and correct copy of a website that Masimo's counsel downloaded from https://www.apple.com/watch/compare/?afid=p238%7CsoOkM0o33-dc_mtid_20925qtb42335_pcrid_570650681223_pgrid_130165755314_&cid=wwa-us-kwgo-watch-slid---Brand-AppleWatch-evergreenwatch- in January 2022.

28. Attached hereto as **Exhibit AA** is a true and correct copy of a document Masimo produced in this litigation bearing production Bates numbers MASA00264856–MASA00264874.

29. Attached hereto as **Exhibit BB [Filed Under Seal]** is a true and correct copy of a document Apple produced in this litigation bearing production Bates numbers APL-MAS_00300061–APL-MAS_00300062.

30. On June 15, 2020, Apple made its first production of documents in this case. As of November 1, 2021, Apple had produced 437,572 pages of discovery. From November 5-22, Apple made thirteen productions totaling 1,405,375 pages. As of the signing of this declaration, Apple has produced 1,842,947 pages of discovery. To date, the parties have each taken limited 30(b)(6) depositions on document collection but have taken no substantive depositions. Masimo has not yet deposed Marcelo Lamego, Michael O'Reilly, Tim Cook, Adrian Perica, and others.

/ / /

/ / /

/ / /

I declare under the penalty of perjury that the foregoing is true and correct. Executed on January 4, 2022, at Encinitas, California.

*/s/ Adam B. Powell*
Adam B. Powell

54855528