# EXHIBIT C

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
stephen.jensen@knobbe.com Irfan
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Brian C. Claassen (Bar No. 253627)
brian.claassen@knobbe.com
**KNOBBE, MARTENS, OLSON
 & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone:  (949) 760-0404
Facsimile:  (949) 760-9502

Attorneys for Plaintiffs,
Masimo Corporation and
Cercacor Laboratories, Inc.

Mark D. Kachner (Bar No. 234192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON
 & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067 Telephone:
(310) 551-3450 Facsimile: (310)
601-1263

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs/Counterdefendants,<br><br>v.<br><br>TRUE WEARABLES, INC., a Delaware corporation; and MARCELO LAMEGO, an individual,<br><br>Defendants/Counterclaimants. | Case No. 8:18-CV-02001-JVS-JDE<br><br>**PLAINTIFFS' EXHIBITS 3-5, 8, AND 10 TO THE DECLARATION OF MARK D. KACHNER IN SUPPORT OF OPPOSITION TO APPLE INC.'S MOTION TO QUASH AND FOR A PROTECTIVE ORDER**<br><br>**Hon. James V. Selna**<br>**Hon. Magistrate John D. Early**<br><br>**[Discovery Document: Referred to Magistrate Judge John D. Early]**<br><br>**Hearing: June 24, 2021**<br>**Time: 10:00 a.m.**<br>**Court: Room: 6A** |

UNREDACTED VERSION OF DOCUMENTS FILED PURSUANT TO ORDER OF THE COURT DATED JUNE 24, 2021 (DKT. NO. 311)

Exhibit C
-13-

# EXHIBIT 4

**[TRUE016520-522]**

Exhibit C
-14-

Stanford Alumni Mail - The three equations                                                                                      11/24/18, 11:30 AM



## The three equations

**Marcelo Lamego** <mmlamego@stanfordalumni.org>                                        Wed, Oct 2, 2013 at 12:54 AM
To: tcook@apple.com

Dear Tim Cook,

I was approached by Apple in the beginning of this year (by David Affourtit and James Foster) and was asked if I would like to join the executive technical team. Because I did not want to sign the Apple's NDA  for an onsite interview, the process came to a halt. I felt that it was not appropriate to receive confidential information from or disclose confidential information to Apple given my fiduciary responsibilities as the Chief Technical  Officer of Cercacor.

I have developed several medical devices in the last 10 years and I am positively sure I could add a significant value to the Apple team, if I was given the chance of becoming part of  it  in a senior technical executive position and without conflicting with the large IP I have developed for Masimo and Cercacor during the same period.

What I am sure Apple soon  will realize  is that medical, wellness and fitness technologies are very deceptive in the sense that they are easy to develop for products that work in most (~80%) he users. Getting the same technology to work in almost the entire population is a problem extremely   more complex . This is the very reason most medical device startups become insolvent. Knowing Apple's reputation, I am sure you would not settle for even 99%, imagine then, 80%.

As you probably know, regulatory barriers are another important consideration when dealing with medical technologies in general. If the FDA or any other regulatory agency worldwide (i.e., Canada, Japan, Korea, Europe, etc.) believe your product should be regulated by their standards then,  the choice of intended use combined with the technology realization strategy can make the development shorten or longer by several years.

The reason I feel attracted to Apple as a company is not related to the things most people are interested in, i.e., brand recognition, great culture, great products,  great people. It has to do with the fact that, as an engineer, I realized that there are three important equations to be solved in order to create a competitive global medical, wellness and fitness product portfolio:

(i) The user equation - Apple has solved it and created the industry standard. With a brand recognition similar to the ones from luxury products, everybody is interested in understanding and using Apple's intuitive interfaces.

(ii) The patient equation - This is the deceptive part.

(iii) The connectivity equation - This can only be solved with scale and brand recognition, which e synonymous for Apple. Reliable wireless technology and device interoperability will become a must in the medical device segment.

**EXHIBIT 4**
**-36-**

CONFIDENTIAL                                                                                      TRUE016520
                                                                                                                                                        Exhibit C
                                                                                                                                                        -15-

Stanford Alumni Mail - The three equations                                                    11/24/18, 11:30 AM

I believe Apple has solved (i) and has enough resources to solve (iii). I can help you to solve (ii).

I would appreciate if the content of this letter could be kept confidential, since it can jeopardize the outcome of my career at Cercacor.

I strongly believe that we can develop the new wave of technology that will make Apple the number one brand in the medical, fitness and wellness device market. If you agree, feel free to contact me anytime.

All the best,

Marcelo Malini Lamego

18 Lyra Way

Coto de Caza CA 92679

Home phone: (949) 216-9294

My resume is available at http://www.linkedin.com/pub/marcelo-lamego/54/644/725

Confidentiality notice: This e-mail may contain information confidential and/or privileged from disclosure. If the reader is not the intended recipient, copying, dissemination or continued possession of this communication is strictly prohibited.

**EXHIBIT 4**
-37-

CONFIDENTIAL                                                                        TRUE016521
                                                                                    Exhibit C
                                                                                    -16-

Stanford Alumni Mail - Apple

11/26/18, 9:09 PM



Marcelo Lamego <mmlamego@alumni.stanford.edu>

## Apple

**David Affourtit** <affourtit@apple.com>
To: Marcelo Lamego <mmlamego@stanfordalumni.org>
Cc: Denby Frazier <denby@apple.com>

Wed, Oct 2, 2013 at 10:25 AM

Hello Marcelo,

Thank you for your voicemail and follow up.  I saw your note to Tim Cook.  I'm glad you remain enthusiastic about Apple.

As I've transitioned out of the Exec Recruiting team into a management role, I've asked my associate from the Exec Recruiting team to reach out to you directly.  Her name is Denby Frazier, cc'd.

Denby, meet Marcelo, Marcelo, Denby.

All the best and thanks again!

Cheers,
Dave



**EXHIBIT 4**
-38-

CONFIDENTIAL

TRUE016522
Exhibit C
-17-

# EXHIBIT E

https://www.linkedin.com/in/marcelo-lamego-72564454?trk=people-guest_people_search-card                    12/29/2021

 **Linked**in

| People ▼ | Marcelo | | Lamego | 🔍 | Join now | Sign in |



## Marcelo Lamego

Founder and CEO - True Wearables

Rancho Santa Margarita, California, United States · 500+ connections

**Sign in to Connect**

ℹ️ **True Wearables**

S **Stanford University**

🔗 **Company Website** ↗

### Others named **Marcelo Lamego**

 **Marcelo Lamego**
Coordenador de Produção na Techint Engenharia e Construção
Greater Belo Horizonte

 **Marcelo Lamego**
Sales Coordinator
Curitiba, PR

 **MARCELO LAMEGO**
--
Espírito Santo, Brazil

 **marcelo lamego**
Aluno na Anhanguera Educacional
Pelotas, RS

9 others named Marcelo Lamego are on LinkedIn

**See others named Marcelo Lamego**

### Add new skills with these courses

 **Cert Prep: Certified SOLIDWORKS Associate**

 **Critical Communications for IT**

 **Training Neural Networks in C++**

**See all courses**

## About

Marcelo Malini Lamego is currently with True Wearables, Rancho Santa Margarita, CA. Throughout his career, he concentrated his efforts on the development of medical technologies and products. He is an inventor on more than 100 patents related to optimization and signal processing, devices, sensors and patient monitoring technologies, and author on more than 30 peer-reviewed journal and international conference articles in the areas of Automatic Control and Optimization, Adaptive Systems and Neural Networks, Power Electronics, and Mossbauer Spectroscopy applied to environmental control. Marcelo holds a Ph.D. degree in Electrical Engineering from Stanford University, California.

## Articles by Marcelo

 **True Wearables' SpBP™: Oxxiom for Sports and Aviation new continuous, cuffless, noninvasive blood pressure parameter**
By Marcelo Lamego
May 5, 2021

 **True Wearables Announces SpBP, the new Blood Pressure Parameter for Oxxiom for Sports and Aviation**
By Marcelo Lamego
Apr 6, 2021

 **True Wearables is Now Shipping Oxxiom for Sports and Aviation**
By Marcelo Lamego
Aug 28, 2018

## Activity

### Marcelo's public profile badge

Include this LinkedIn profile on other websites



**Marcelo Lamego**
Founder and CEO - True Wearables

ℹ️ Founder and CEO at True Wearables

S Stanford University

View profile                 Linked**in**

**View profile badges**



https://lnkd.in/gebp9AeZ
Shared by Marcelo Lamego



During the filming of The Passion of the Christ, Jim Caviezel (playing Jesus) lost 45 pounds, was struck by lightning, accidentally scourged with a...
Liked by Marcelo Lamego



https://lnkd.in/gKVnT-W
Liked by Marcelo Lamego

Sign in to see all activity

## Experience



**Founder and CEO**
True Wearables
Aug 2014 - Present · 7 years 5 months

29826 Avenida de Las Banderas, Suite 300, Rancho Santa Margarita CA 92688

True Wearables is a medical device company based in Rancho Santa Margarita, California that designs and manufactures low-cost, reliable, fully disposable, and wireless devices that are disrupting the medical industry and making the world a better place. Oxxiom is True Wearables' first product and is available in two versions:
Oxxiom Rx - True Wearables' FDA 510(k) cleared product and the world's first wireless (completely cordless), fully disposable, single-use pulse oximeter. It measures oxygen saturation (SpO2), pulse rate (PR), and pulse amplitude (PA).
Oxxiom for Sports and Aviation - True Wearables' device targeting fitness and wellness applications and the world's first wireless (completely cordless), fully disposable, single-use pulse oximeter for continuous monitoring of SpO2, PR, perfusion index (PI), and peripheral blood pressure (SpBP™). The measurement of SpBP™ does NOT require a cuff.
Oxxiom's unique design is the recipient of:
(1) The 2017 Good Design Award by the Chicago Athenaeum Museum of Architecture and Design, in the medical category: The award is presented to the most innovative and cutting-edge industrial, product, and graphic designs produced around the world. Winners are selected among thousands of submissions from leading manufacturers and industrial and graphic designers from over 48 countries, representing the most important and influential corporations around the world.
(2) The 2018 iF DESIGN AWARD: Each year, the world's oldest independent design organization, Hannover-based iF International Forum Design GmbH, organizes the iF DESIGN AWARD. Oxxiom won over the 63-member jury, made up of independent experts from all over the world, with its original origami-style design. Over 6,400 entries were submitted from 54 countries in hopes of receiving the seal of quality.
Show less ⌃



**R&D**
Apple
Jan 2014 - Jul 2014 · 7 months

Cupertino, CA

Worked in the Apple Watch project. Activities included:

(1) Produced key intellectual property related to bio-sensing under the form of several
issued patents (US9723997, US9952095, US10078052, US10271374, US10247670,
US10524671, US11009390);
(2) Defined required resources for current and future bio-sensing functionalities;
(3) Selected and hired scientists and engineers;
(4) Proposed and reviewed hardware and algorithm architectures, and advised team
regarding bio-sensing functionalities;
(5) Negotiated and signed contract with large local university for data collection on human
subjects to model the interaction between the subjects' physiology and bio-sensing
technology.

Show less ∧



**Chief Technical Officer**
Cercacor Laboratories, Inc.

2006 - Jan 2014 · 8 years

189 Technology, Irvine CA 92618

Responsible for the engineering team and Cercacor's research and product development.
Developed the Pronto-7, a FDA/CE approved noninvasive hemoglobin meter, currently being
sold worldwide by Masimo Corp, and recipient of:
(1) The 2011 Medical Design Excellence Award;
(2) The 2011 iF Product Design Award;
(3) The 2011 TechAmerica High-Tech Innovation Award;
(4) The 2011 World Health Organization Innovative Medical Technology (cost-effectively
address global health concerns and needs);
(5) The 2012 GOLD Stevie® American Business Award for the Best New Product or Service in
the Health & Pharmaceuticals category.
Pronto-7 uses Rainbow 4D Technology, an extension of Rainbow Technology.

Management activities included:
(i) Budget forecast, product roadmap, IP strategy, and updates to the Board of Directors;
(ii) Project management and design controls per ISO13485 and FDA Quality System
Regulation (QSR);
(iii) Regulatory (510k, CE Mark, etc.) and clinical (IRB sites/protocols, demographics, etc.)
strategies;
(iv) Negotiated supplier agreements and NDAs;
(v) Engineering and clinical labs (layout, equipment, people, workflow, etc.);
(vi) Setup HR (payroll and insurances, hiring package, evaluations, etc.), building lease, biz
licenses and insurances.
(vii) Hired/trained engineering and clinical teams (over 50 employees).

Technical activities included:
(i) Modeling: Numerical solver for 3D simulation of light transport in biological tissues;
(ii) HW: Device and sensor circuit architectures, and HW characterization metrics;
(iii) Algorithm: Design methodology and all core real-time estimation algorithms;
(iv) SW: Architecture, kernels, services, drivers, and graphical interface;
(v) Biosensor: Mechanical, electrical, and optical specifications of emitters and detectors;
(vi) Industrial design: Device and sensor form factors to receive certifications;
(vii) Connectivity: EMR connectivity for data sharing with HIPAA compliance via standard
protocols (HL7, POCT1A, etc.).

Show less ∧



**Research Scientist**
Masimo

Jan 2003 - Nov 2006 · 3 years 11 months

50 Parker, Irvine, CA 92618

Leading scientist in the development of the Rainbow Technology and of the first FDA/CE
approved noninvasive carboxyhemoglobin and methemoglobin meter Rad-57, currently
being sold worldwide by Masimo Corp, and recipient of:
(1) The 2006 Medical Design Excellence Award;
(2) The STA 2006 Application of Technology Award;
(3) The 2006 AEA Innovative Medical Technology Award.

This technology required mathematical concepts in several fields, ranging from optimal control theory and optimization, adaptive systems and statistics, transport theory and light interaction with biological tissues, light modulation, advanced digital signal processing techniques, embedded HW and SW.

Show less ⌃


**Professor**
Universidade de São Paulo
Jan 2002 - Dec 2002 · 1 year

MBA in Management and Product Engineering - PECE program

Taught during two semesters a graduate course entitled "Strategic Consulting for Engineers", wherein students learned and developed a number of business concepts and investment science skills needed to analyze business problems and create visual presentations in order to advise corporate management in the decision making process.


**Management Consultant**
The Boston Consulting Group
Jan 2001 - Dec 2002 · 2 years

Sao Paulo, Brazil

Worked in several projects in the areas of energy, technology, banking, new investment opportunities, and pharmaceuticals, mainly helping a pharmaceutical company on market assessment of various highly specialized drugs (HIV, Cancer, Hepatitis, etc.).
Completed The Boston Consulting Group 2001 Business Essentials Program at Babson College Wellesley, MA. Program instructors included several Senior BCG members and Harvard Business School professors, and Prof. Clayton M. Christensen, author of The Innovator's Dilemma book.

Show less ⌃


**Algorithm Engineer**
Masimo
2000 - 2000 · less than a year

Irvine, CA

Developed estimation algorithms, simulation tools, and experimental clinical data collection setups for the noninvasive measurement of blood constituents.


**Assistant Professor (full tenure)**
Universidade Federal do Espírito Santo (Oficial)
Jan 1994 - Aug 1996 · 2 years 8 months

Electrical Engineering Department, Vitoria, ES, Brazil

Taught undergraduate semester courses in Automatic Control (Classic and Modern), Electronics and Electrical Circuits II, with twice a week lectures (2 hours each with 40 to 60 students), and weekly laboratory sections (smaller number of students). Member of the Power Electronics Laboratory (LEPAC), conducting research in Automatic Control and Power Electronics (results published in 20+ papers in international conferences and journals), and supervising senior students on their final graduation projects.
Electrical Engineering Department Internship Coordinator, responsible for contacting local companies and enabling internships for senior students, a mandatory requirement for graduation.

Show less ⌃


**Visiting Researcher**
NHL Hogeschool
Feb 1993 - Aug 1993 · 7 months

Leeuwarden, The Netherlands

Developed a fuzzy logic laboratory comprising of laboratory-scale experiments /setups for educational purposes, including an inverted pendulum, an interval fuzzy simulator for differential equations, and a high-performance motion control system using extremity fuzzy

MB controllers. The results were published in a number of research oriented conference papers.



**Co-founder**
Hard Sistemas
Jul 1990 - Jan 1993 · 2 years 7 months

Vitoria, ES, Brazil

Projects Developed:
(1) Audio Switching Power Amplifier - developed as a prototype (the first of its kind), delivering over 1kW rms high-quality audio power. Patent was filed in the Brazilian Patent Office (INPI, 22/08/1991, # 103746-8)
(2) Hot Ductility Test Machine - Steel samples were subjected to controlled tension and temperature profiles and immediately frozen upon rupture to reproduce microstructure changes during the cold milling of large steel ingots. This test machine was developed for the Companhia Siderurgica de Tubarao (CST), Vitoria, ES, Brazil. Patent was filed in the Brazilian Patent Office(INPI, 16/09/1997, # PI9704161-0)

Show less ∧

## Education



**Stanford University**
Doctor of Philosophy (Ph.D.) · Electrical and Electronics Engineering

1996 - 2000



**Universidade Federal do Espírito Santo (Oficial)**
Master of Science (MS) · Electrical and Electronics Engineering

1991 - 1993



**Universidade Federal do Espírito Santo (Oficial)**
Bachelor of Engineering (B.E.) · Electrical and Electronics Engineering

1985 - 1990

## Languages

**English**
Native or bilingual proficiency

**Portuguese**
Native or bilingual proficiency

## Recommendations received



**Yannick de Alwis, CAPM®**
"Marcelo hired me on to the team at Cercacor in 2010, generously giving me an even more rewarding position than the one I had applied for. Marcelo is a brilliant engineer with many inventions to his name. He has the heart of a teacher, and was eager to help me in my career growth by freely sharing his experience and knowledge with me. Marcelo is a man of integrity. He cares deeply about both his work and, more importantly, the people he works with."

1 person has recommended Marcelo

Sign in to view

Exhibit E
-27-

More activity by Marcelo



**https://lnkd.in/gKVnT-W**
Shared by Marcelo Lamego



**https://lnkd.in/e8VTAbU**
Liked by Marcelo Lamego



**https://lnkd.in/e8VTAbU**
Shared by Marcelo Lamego



True Wearables announces Oxxiom 2 for Sports and Aviation, a wireless, continuous, single-use pulse oximeter and thermometry system combined in one...
Liked by Marcelo Lamego



True Wearables announces Oxxiom 2 for Sports and Aviation, a wireless, continuous, single-use pulse oximeter and thermometry system combined in one...
Shared by Marcelo Lamego



True Wearables announces Oxxiom 2 for Sports and Aviation, a wireless, continuous, single-use pulse oximeter and thermometry system combined in one...
Liked by Marcelo Lamego



True Wearables announces Oxxiom 2 for Sports and Aviation, a wireless, continuous, single-use pulse oximeter and thermometry system combined in one...
Posted by Marcelo Lamego



**https://lnkd.in/gVmPDuw**
Liked by Marcelo Lamego

---

## View Marcelo's full profile

∞ See who you know in common

Get introduced

Contact Marcelo directly

Sign in to view full profile

Linked in  © 2021   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community Guidelines   Language ⌄

# EXHIBIT N

https://web.archive.org/web/20170326041506/http://www.apple.com/healthcare/ 12/29/2021
http://www.apple.com/healthcare/ Go SEP MAR APR 26 2010 2017 2018
2,186 captures
1 Sep 2010 - 24 Dec 2021
About this capture

Healthcare

Overview Products and Platform

# The future of healthcare is in your hands.

Healthcare providers can deliver the best care when they have powerful, intuitive tools. Our technology helps them work effectively within hospitals, connect remotely with patients, and conduct groundbreaking medical research. The result is care that becomes more efficient, more personalized, and ultimately more human.

## Apple in the hospital.

Our products transform the way doctors and nurses work with their patients. Apps on iOS devices allow hospitals to work more efficiently. Clinicians to access health records and data right when they need them. Nurses to ensure better patient safety while administering medication. And patients to stay informed and engaged in their own care by communicating with their medical teams during hospital stays.

**Streamlining healthcare at Ochsner.**

Watch the video



## Continue patient care outside the hospital.

At home, iOS apps enable patients to stay connected to their care teams between office visits. Healthcare organizations can use off-the-shelf apps or use CareKit to create apps that empower patients to manage their health. iPhone, Apple Watch, the Health app, and HealthKit-enabled apps and medical devices make it easy for patients to record their health data and share it with their care teams.

Managing chronic disease with iOS apps.

Watch the video ▶

## Create custom apps for medical research.

Medical researchers can take their studies into the real world by building apps with ResearchKit. The open source framework streamlines the process, making it easier for researchers to enroll participants, capture informed consent, and gather medical information more frequently, rather than only during periodic visits.

Transforming health with ResearchKit.

Watch the video ▶





## The technology to make healthcare more personal.

See how Apple products and apps help healthcare providers streamline their work, deliver better care, and conduct medical research.

Learn more about our products and platform ›



## Contact us.

Get expert help from the Apple Business team by calling 1-800-GO-APPLE

The mention of third-party products is for informational purposes only and represents neither an endorsement nor a warranty. Apple assumes no responsibility with regard to the selection, performance, or use of these vendors or products. Some features, applications, and services may not be available for all areas. Application availability and pricing are subject to change.

The Diary - Personalized Health for Improved Care by The Diary Corporation.
Mobile MIM by MIM Software Inc.
Parkinson mPower study app by Sage Bionetworks, a Not-For-Profit Research Organization.
PatientTouch Communications by Patient Safe Solutions.
Qardio Blood Pressure Monitor and Weight Tracker by Qardio, Inc.

 Healthcare

| Shop and Learn | Apple Store | For Education | Account | About Apple |
|---|---|---|---|---|
| Mac | Find a Store | Apple and Education | Manage Your Apple ID | Apple Info |
| iPad | Genius Bar | Shop for College | Apple Store Account | Newsroom |
| iPhone | Workshops and Learning | | iCloud.com | Job Opportunities |
| Watch | Youth Programs | **For Business** | | Press Info |
| TV | Apple Store App | Apple and Business | | Investors |
| Music | Refurbished and Clearance | Shop for Business | | Events |
| iTunes | Financing | | **Apple Values** | Contact Apple |
| iPod | Reuse and Recycling | | Accessibility | |
| Accessories | Order Status | | Education | |
| Gift Cards | Shopping Help | | Environment | |
| | | | Inclusion and Diversity | |
| | | | Privacy | |
| | | | Supplier Responsibility | |

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2017 Apple Inc. All rights reserved.     Privacy Policy     Terms of Use     Sales and Refunds     Legal     Site Map          United States

# EXHIBIT O



# September 2020



September 15, 2020  PHOTOS
### New Apple Watch and iPad features enable wellness, fitness, and creativity
New iPad and Apple Watch models bring significant developments in health and wellness features to Apple Watch, iPhone, iPad, and Apple TV.



September 15, 2020  PRESS RELEASE
### Apple Watch SE: The ultimate combination of design, function, and value
Apple today announced Apple Watch SE, combining the key advancements of Apple Watch and a design customers love with a new, more affordable price.



September 15, 2020  PRESS RELEASE
### Singapore and Apple partner on national health initiative using Apple Watch
The government of Singapore and Apple today announced their partnership on LumiHealth, a healthy activity and behaviors program that uses Apple Watch.



September 15, 2020  PRESS RELEASE
### Apple Fitness+: A personalized fitness experience comes to life with Apple Watch
Apple today unveiled Fitness+, the first fitness experience built for Apple Watch, arriving later this year.



September 15, 2020  PRESS RELEASE
### Apple Watch Series 6 delivers breakthrough wellness and fitness capabilities
Apple today announced Apple Watch Series 6, featuring a Blood Oxygen sensor and app, new case finishes, Family Setup with watchOS 7, and more.

# June 2020



June 22, 2020  PRESS RELEASE
### watchOS 7 adds personalization, health, and fitness features to Apple Watch
Apple today previewed watchOS 7, delivering enhanced customization tools and new health and fitness features to the world's most advanced

Exhibit O
-61-

smartwatch.

## November 2019



November 14, 2019  PRESS RELEASE
### Apple launches three innovative studies today in the new Research app
US customers can enroll in three landmark studies: the Apple Women's
Health Study, the Apple Heart and Movement Study, and the Apple Hearing
Study.

## September 2019



September 10, 2019  UPDATE
### Apple announces three groundbreaking health studies
Three unprecedented medical studies, in partnership with leading
institutions, will reach more participants than has ever been possible.



September 10, 2019  PRESS RELEASE
### Apple unveils Apple Watch Series 5
Apple today announced Apple Watch Series 5, debuting an Always-On
Retina display that never sleeps.

## June 2019

June 4, 2019  UPDATE
### Apple Design Awards celebrate best-in-class design for apps and games
The Apple Design Awards and recognized nine iOS developers for outstanding artistry, technical
achievement, user interface and application design.



June 3, 2019  PRESS RELEASE
### watchOS 6 advances health and fitness capabilities for Apple Watch
Apple today previewed watchOS 6, which empowers Apple Watch users to
better manage their health and fitness.

## March 2019



March 27, 2019  UPDATE
### Apple Watch heart health features available today across Europe and Hong Kong
The ECG app on Apple Watch Series 4, a direct-to-consumer product,
enables customers to take an electrocardiogram right from their wrist.



March 16, 2019  UPDATE
### Stanford Medicine announces results of unprecedented Apple Heart Study
Stanford Medicine today reported results of the Apple Heart Study, which
enrolled over 400,000 participants from all 50 states in only eight months.

# February 2019



February 11, 2019  UPDATE

**Apple announces Health Records feature coming to veterans**

Working with the US Department of Veterans Affairs (VA), Apple announced that the Health Records on iPhone feature will be available soon to veterans.



February 1, 2019  UPDATE

**Apple marks Heart Month in February**

For Heart Month, Apple will offer an Activity Challenge on Apple Watch and heart health events in Apple Stores in San Francisco, Chicago and New York.

# December 2018



December 6, 2018  UPDATE

**ECG app and irregular heart rhythm notification available today on Apple Watch**

Starting today, the ECG app on Apple Watch Series 4 marks the first direct-to-consumer product that enables customers to take an electrocardiogram right from their wrist.

# March 2018



March 29, 2018  FEATURE

**Doctors put patients in charge with Apple's Health Records feature**

Starting today, patients of Stanford, NYU and 40 other hospitals and clinics can now view their medical records right from their iPhone.

# January 2018



January 24, 2018  UPDATE

**Apple previews iOS 11.3**

iOS 11.3 will deliver exciting new ways to experience AR, new Animoji on iPhone X and the ability to view health records in the Health app.

   2 of 2   

| Shop and Learn | Services | Apple Store | For Business | Apple Values |
|---|---|---|---|---|
| Store | Apple Music | Find a Store | Apple and Business | Accessibility |
| Mac | Apple TV+ | Genius Bar | Shop for Business | Education |

Exhibit O
-63-

iPad

iPhone

Watch

AirPods

TV & Home

iPod touch

AirTag

Accessories

Gift Cards

Apple News+

Apple Arcade

iCloud

Apple One

Apple Card

Apple Books

Apple Podcasts

App Store

**Account**

Manage Your Apple ID

Apple Store Account

iCloud.com

Apple Camp

Apple Store App

Refurbished and Clearance

Financing

Apple Trade In

Order Status

Shopping Help

**For Education**

Apple and Education

Shop for K-12

Shop for College

**For Healthcare**

Apple in Healthcare

Health on Apple Watch

Health Records on iPhone

**For Government**

Shop for Government

Shop for Veterans and Military

Inclusion and Diversity

Privacy

Racial Equity and Justice

Supplier Responsibility

**About Apple**

Newsroom

Apple Leadership

Career Opportunities

Investors

Ethics & Compliance

Events

Contact Apple

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2021 Apple Inc. All rights reserved.      Privacy Policy   |   Terms of Use   |   Sales and Refunds   |   Legal   |   Site Map                                                      United States

Exhibit O
-64-

# EXHIBIT P

Newsroom

UPDATE
December 6, 2018

# ECG app and irregular heart rhythm notification available today on Apple Watch





New electrodes in Apple Watch Series 4 now enable customers to take an ECG directly from the wrist. 

Starting today, the ECG app on Apple Watch Series 4 marks the first direct-to-consumer product that enables customers to take an electrocardiogram right from their wrist, capturing heart rhythm in a moment when they experience symptoms like a rapid or skipped heart beat and helping to provide critical data to physicians. The irregular

rhythm notification feature on Apple Watch can now also occasionally check heart rhythms in the background and send a notification if an irregular heart rhythm that appears to be atrial fibrillation (AFib) is identified. Apple worked with the Food and Drug Administration (FDA) for a number of years to receive De Novo classification for the ECG app and the irregular heart rhythm notification, making the features available over the counter.

Available today as part of a free update to watchOS 5.1.2, the ECG app[1] and irregular heart rhythm notification feature[2] will help users identify signs of AFib, the most common form of irregular rhythm. When left untreated, AFib is one of the leading conditions that can result in stroke, the second most common cause of death around the world. The CDC estimates AFib can affect up to two percent of the younger population and nine percent of those 65 years and older in the US.



Touching the Apple Watch Series 4 Digital Crown completes the circuit and electrical signals across the heart are measured. 

"Apple Watch has helped so many people around the world and we are humbled that it has become such an important part of our customers' lives," said Jeff Williams, Apple's chief operating officer. "With the release of these heart features, Apple Watch takes the next step in empowering people with more information about their health."

"We are confident in the ability of these features to help users have more informed conversations with their physicians," said Sumbul Desai, MD, Apple's vice president of Health. "With the ECG app and

Exhibit P
-66-

Irregular rhythm notification feature. Customers can now better understand aspects of their heart health in a more meaningful way."



Customers can take an ECG reading with Apple Watch Series 4 at any time.          

## ECG App

New electrodes built into the back crystal and Digital Crown on Apple Watch Series 4 work together with the ECG app to enable customers to take an ECG similar to a single-lead reading. To take an ECG recording at any time or following an irregular rhythm notification, users launch the new ECG app on Apple Watch Series 4 and hold their finger on the Digital Crown. As the user touches the Digital Crown, the circuit is completed and electrical signals across their heart are measured. After 30 seconds, the heart rhythm is classified as either AFib, sinus rhythm or inconclusive. All recordings, their associated classifications and any noted symptoms are stored securely in the Health app on iPhone. Users can share a PDF of the results with physicians.







All recordings, their associated classifications and any noted symptoms are stored securely in the Health app on iPhone.

## Irregular Rhythm Notification

Using the optical heart sensor in Apple Watch Series 1 or later, the irregular rhythm notification feature will occasionally check the user's heart rhythm in the background for signs of an irregular heart rhythm that appears to be AFib and alerts the user with a notification if an irregular rhythm is detected on five rhythm checks over a minimum of 65 minutes.



Apple Watch Series 1 or later with watchOS 5.1.2 sends a notification if an irregular heart
rhythm such as AFib, is identified. 

"The role that technology plays in allowing patients to capture
meaningful data about what's happening with their heart, right when
it's happening, like the functionality of an on-demand ECG, could be
significant in new clinical care models and shared decision making
between people and their healthcare providers," said Nancy Brown,
CEO of the American Heart Association, the world's leading voluntary
organization focused on heart and brain health. "At the American Heart
Association, we are committed to educating and empowering people
to be proactive in all areas of their heart health and general well-
being."

"The idea that wearables can be used by both patients and their
health care providers to manage and improve heart health holds
promise and should also be approached with caution to ensure
information and data are used responsibly and in concert with other
evidence-based tools and guidelines," said C. Michael Valentine, MD,
FACC, president of the American College of Cardiology. "The ACC,
through its focus on innovation, is committed to exploring ways that
new technologies can optimize patient care and outcomes."

The ECG app's ability to accurately classify an ECG recording into AFib
and sinus rhythm was validated in a clinical trial of around 600
participants. Rhythm classification from a gold standard 12-lead ECG
by a cardiologist was compared to the rhythm classification of a
simultaneously collected ECG from the ECG app. The study found the
ECG app on Apple Watch demonstrated 98.3 percent sensitivity in
classifying AFib and 99.6 percent specificity in classifying sinus
rhythm in classifiable recordings. In the study, 87.8 percent of
recordings could be classified by the ECG app.



The Apple Watch Series 4 ECG app classifies the heart rhythm as either AFib, sinus rhythm or inconclusive. 

The irregular rhythm notification feature was recently studied in the Apple Heart Study. With over 400,000 participants, the Apple Heart Study was the largest screening study on atrial fibrillation ever conducted, also making it one of the largest cardiovascular trials to date. A subset of the data from the Apple Heart Study was submitted to the FDA to support clearance of the irregular rhythm notification feature. In that sub-study, of the participants that received an irregular rhythm notification on their Apple Watch while simultaneously wearing an ECG patch, 80 percent showed AFib on the ECG patch and 98 percent showed AFib or other clinically relevant arrhythmias.

To enable these new heart features, customers will be taken through an onscreen setup flow that includes details about who can use these features, what the features can and cannot do, what results users may get, how to interpret those results and clear instructions for what to do if users are feeling symptoms that require immediate medical attention.

watchOS 5.1.2 will be available for download today. More information on the ECG app can be found here and more information on the irregular rhythm notification can be found here. Medical professionals and providers can find more information on Apple Watch, the ECG app and irregular rhythm notifications here.



**Images of watchOS 5.1.2**
Download all images ⊕

[1] This feature is available on Apple Watch Series 4 in the US, Puerto Rico, Guam and US Virgin Islands, and requires iPhone 5s or later on iOS 12.1.1. The ECG app does not detect a heart attack, blood clots, a stroke or other heart-related conditions including high blood pressure, congestive heart failure, high cholesterol or other forms of arrhythmia.
[2] This feature is available for Apple Watch Series 1 and later and requires iPhone 5s or later on iOS 12.1.1 in the US, Puerto Rico, Guam and US Virgin Islands. The irregular rhythm notification feature does not detect a heart attack, blood clots, a stroke or other heart-related conditions including high blood pressure, congestive heart failure, high cholesterol or other forms of arrhythmia.

## Press Contacts

**Lance Lin**
Apple
lance_lin@apple.com
(408) 974-5036

**Nikki Rothberg**
Apple
nrothberg@apple.com
(408) 974-4427

**Apple Media Helpline**
media.help@apple.com
(408) 974-2042

 **Newsroom**

**The latest news and updates, direct from Apple.**

Read more >

 Newsroom  ECG app and irregular heart rhythm notification available today on Apple Watch

| Shop and Learn | Services | Apple Store | For Business | Apple Values |
|---|---|---|---|---|
| Store | Apple Music | Find a Store | Apple and Business | Accessibility |
| Mac | Apple TV+ | Genius Bar | Shop for Business | Education |
| iPad | Apple Fitness+ | Today at Apple | | Environment |
| iPhone | Apple News+ | Apple Camp | **For Education** | Inclusion and Diversity |
| Watch | Apple Arcade | Apple Store App | Apple and Education | Privacy |
| AirPods | iCloud | Refurbished and Clearance | Shop for K-12 | Racial Equity and Justice |
| TV & Home | Apple One | Financing | Shop for College | Supplier Responsibility |
| iPod touch | Apple Card | Apple Trade In | **For Healthcare** | |
| AirTag | Apple Books | Order Status | Apple in Healthcare | **About Apple** |
| Accessories | Apple Podcasts | Shopping Help | Health on Apple Watch | Newsroom |
| Gift Cards | App Store | | Health Records on iPhone | Apple Leadership |
| | | | | Career Opportunities |
| | **Account** | | **For Government** | Investors |
| | Manage Your Apple ID | | Shop for Government | Ethics & Compliance |
| | Apple Store Account | | Shop for Veterans and Military | Events |
| | iCloud.com | | | Contact Apple |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2021 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map                    United States

Exhibit P
-71-

EXHIBIT Q



## There's an Apple Watch for everyone.

A device you wear is vastly different from one you keep on a desk or carry in your pocket. It's more than a tool. It's a very personal expression. So we designed Apple Watch to reflect a wide range of stylistic preferences. And we've curated three distinctive collections to help you find the watch that's right for you.



**WATCH**

Stainless steel or space black stainless steel cases. Sapphire crystal. A range of stylish bands.

**WATCH** SPORT

Anodized aluminum cases in silver or space gray. Strengthened Ion-X glass. Colorful, durable bands.

18-karat gold cases in yellow or rose. Sapphire crystal. Exquisitely crafted bands and closures.

## Innovation in every interaction.

Incorporating powerful technologies into something small enough to wear on the wrist presented some very big design challenges. Which led to even bigger creative solutions. Apple Watch combines a series of remarkable feats of engineering into a singular, entirely new experience. One that blurs the boundaries between the physical object and the software that powers it.

The crown has been a standard feature on watches for more than a century. Our new Digital Crown is a multifunctional input device that lets you zoom, scroll, and select without covering the screen. It's as integral to Apple Watch as the Click Wheel is to iPod. Or the mouse is to Mac. We also built the new Watch OS from the wrist up. The Home screen lets you quickly find your favorite apps. The custom font is easy to read at arm's length. And the force-sensitive Retina display puts more functionality at your fingertip. Technically speaking, it's one amazing little device.



**APPLE WATCH SPORT**
42mm Silver Aluminum Case
with Blue Sport Band

**APPLE WATCH**
38mm Stainless Steel Case
with Brown Modern Buckle

## An incredibly precise timepiece.

High-quality watches have long been defined by their ability to keep unfailingly accurate time, and Apple Watch is no exception. It uses multiple technologies in conjunction with your iPhone to keep time within 50 milliseconds of the definitive global time standard. And it can automatically adjust to the local time when you travel. Apple Watch also presents time in a more meaningful, personal context by sending you notifications and alerts relevant to your life and schedule.



**APPLE WATCH**
42mm Space Black Stainless Steel Case
with Space Black Stainless Steel Link Bracelet

## A more immediate, intimate way to connect.

Apple Watch is right there on your wrist, so it makes all the ways you're used to communicating more convenient. And because it touches your skin, we were able to add a physical dimension to alerts and notifications — you'll feel a gentle tap when you

Exhibit Q
-73-

can an intelligent health and fitness companion. It shows you more about your activity and lets you reach people in some new, sports ways that wouldn't be possible with any other device.



APPLE WATCH
42mm Stainless Steel Case
with Milanese Loop

APPLE WATCH
42mm Stainless Steel Case
with Stone Leather Loop

# An intelligent health
# and fitness companion.

Apple Watch gives you a more complete picture of your all-day physical activity because it
measures more than just the quantity of your movement, such as the number of steps you take.
It measures the quality and frequency as well. The three rings of the Activity app show your
progress at a glance, and provide all the motivation you need to sit less, move more, and get
some exercise. There's also a separate Workout app for dedicated cardio sessions. Over time,
Apple Watch can use what it learns about the way you move to suggest personalized daily
fitness goals and encourage you to achieve them. So you can live a better day and a healthier life.

APPLE WATCH
42mm Stainless Steel Case
with White Sport Band



Next
## There's an Apple Watch
## for everyone.

Explore the design of Apple Watch ›

Exhibit Q
-74-

Features are subject to change and may not be available in all regions or all languages or later.

This device has not been authorized as required by the rules of the Federal Communications Commission. This device is not, and may not be offered for sale or lease, or sold or leased, until authorization is obtained.

 Watch  >  Overview

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.

Copyright © 2014 Apple Inc. All rights reserved.  Terms of Use  |  Privacy Policy

Apple Info  |  Site Map  |  Hot News  |  RSS Feeds  |  Contact Us

Exhibit Q
-75-

# EXHIBIT R

US009723997B1

(12) **United States Patent**
Lamego

(10) Patent No.: **US 9,723,997 B1**
(45) Date of Patent: **Aug. 8, 2017**

(54) **ELECTRONIC DEVICE THAT COMPUTES HEALTH DATA**

(71) Applicant: **Apple Inc.**, Cupertino, CA (US)

(72) Inventor: **Marcelo M. Lamego**, Cupertino, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 44 days.

(21) Appl. No.: **14/617,422**

(22) Filed: **Feb. 9, 2015**

**Related U.S. Application Data**

(60) Provisional application No. 62/056,299, filed on Sep. 26, 2014.

(51) **Int. Cl.**
| | |
|---|---|
| *A61B 5/0205* | (2006.01) |
| *A61B 5/1455* | (2006.01) |
| *A61B 5/0402* | (2006.01) |
| *A61B 5/00* | (2006.01) |
| *A61B 5/021* | (2006.01) |

(Continued)

(52) **U.S. Cl.**
CPC .......... *A61B 5/0205* (2013.01); *A61B 5/0402* (2013.01); *A61B 5/14551* (2013.01); *A61B 5/6898* (2013.01); *A61B 5/70* (2013.01); *A61B 5/7203* (2013.01); *A61B 5/742* (2013.01); *A61B 5/7405* (2013.01); *A61B 5/7455* (2013.01); *A61B 5/021* (2013.01); *A61B 5/0261* (2013.01); *A61B 5/02416* (2013.01); *A61B 5/0537* (2013.01)

(58) **Field of Classification Search**
CPC . A61B 5/0205; A61B 5/0402; A61B 5/14551; A61B 5/6898
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,486,386 B1 * | 2/2009 | Holcombe | G01C 3/08 356/4.01 |
| 7,915,601 B2 | 3/2011 | Setlak et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2001145607 | 5/2001 |
| WO | WO 2015/030712 | 3/2015 |

OTHER PUBLICATIONS

Ohgi et al., "Stroke phase discrimination in breaststroke swimming using a tri-axial acceleration sensor device," *Sports Engineering*, vol. 6, No. 2, Jun. 1, 2003, pp. 113-123.

(Continued)

*Primary Examiner* — Paula J Stice

(74) *Attorney, Agent, or Firm* — Brownstein Hyatt Farber Schreck, LLP

(57) **ABSTRACT**

An electronic device includes a camera, an ambient light sensor, and a proximity sensor. The electronic device uses one or more of the camera and the proximity sensor to emit light into a body part of a user touching a surface of the electronic device and one or more of the camera, the ambient light sensor, and the proximity sensor to receive at least part of the emitted light reflected by the body part of the user. The electronic device computes health data of the user based upon sensor data regarding the received light. In some implementations, the electronic device may also include one or more electrical contacts that contact one or more body parts of the user. In such implementations, the health data may be further computed based on the an electrical measurement obtained using the electrical contacts.

**21 Claims, 7 Drawing Sheets**



PTO/SB/35 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| NONPUBLICATION REQUEST UNDER 35 U.S.C. 122(b)(2)(B)(i) | First Named Inventor | P22733US1 |
| | Title | Methods and Systems for Modulation... |
| | Attorney Docket Number | P22733US1 |

I hereby certify that the invention disclosed in the attached application **has not and will not be** the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

I hereby request that the attached application not be published under 35 U.S.C. 122(b).

| /S. Craig Hemenway/ | February 10, 2015 |
| Signature | Date |
| S. Craig Hemenway | 44,759 |
| Typed or printed name | Registration Number, if applicable |
| 303-223-1100 | |
| Telephone Number | |

This request must be signed in compliance with 37 CFR 1.33(b) and submitted with the application **upon filing.**

Applicant may rescind this nonpublication request at any time. If applicant rescinds a request that an application not be published under 35 U.S.C. 122(b), the application will be scheduled for publication at eighteen months from the earliest claimed filing date for which a benefit is claimed.

If applicant subsequently files an application directed to the invention disclosed in the attached application in another country, or under a multilateral international agreement, that requires publication of applications eighteen months after filing, the applicant **must** notify the United States Patent and Trademark Office of such filing within forty-five (45) days after the date of the filing of such foreign or international application. **Failure to do so will result in abandonment of this application (35 U.S.C. 122(b)(2)(B)(iii)).**

This collection of information is required by 37 CFR 1.213(a). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

US009952095B1

(12) **United States Patent**
      Hotelling et al.

(10) **Patent No.:** **US 9,952,095 B1**
(45) **Date of Patent:** **Apr. 24, 2018**

(54) **METHODS AND SYSTEMS FOR MODULATION AND DEMODULATION OF OPTICAL SIGNALS**

(71) Applicant: **Apple Inc.**, Cupertino, CA (US)

(72) Inventors: **Steven P. Hotelling**, Cupertino, CA (US); **Marcelo M. Lamego**, Cupertino, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/618,664**

(22) Filed: **Feb. 10, 2015**

**Related U.S. Application Data**

(60) Provisional application No. 62/057,089, filed on Sep. 29, 2014.

(51) **Int. Cl.**
| | |
|---|---|
| *G01J 1/44* | (2006.01) |
| *A61B 5/021* | (2006.01) |
| *A61B 5/024* | (2006.01) |
| *A61B 5/08* | (2006.01) |
| *A61B 5/11* | (2006.01) |
| *A61B 5/1455* | (2006.01) |
| *A61B 5/145* | (2006.01) |
| *A61B 5/00* | (2006.01) |
| *A61B 5/01* | (2006.01) |

(52) **U.S. Cl.**
CPC ................. *G01J 1/44* (2013.01); *A61B 5/01* (2013.01); *A61B 5/021* (2013.01); *A61B 5/02427* (2013.01); *A61B 5/0816* (2013.01); *A61B 5/1118* (2013.01); *A61B 5/14532* (2013.01); *A61B 5/14551* (2013.01); *A61B*

*5/4845* (2013.01); *A61B 5/4872* (2013.01); *G01J 2001/444* (2013.01)

(58) **Field of Classification Search**
CPC ..... G01J 1/44; G01J 2001/444; A61B 5/4845; A61B 5/1118; A61B 5/4872; A61B 5/02427
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,729,128 A | 3/1988 | Grimes | |
| 5,162,618 A | 11/1992 | Knowles | |
| 5,381,696 A | 1/1995 | Ichinose | |
| 5,515,298 A | 5/1996 | Bicz | |
| 5,589,636 A | 12/1996 | Bicz | |
| 5,719,950 A * | 2/1998 | Osten | .................. A61B 5/0205 340/5.82 |
| 5,886,452 A | 3/1999 | Toda | |
| 6,091,406 A | 7/2000 | Kambara | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 94/002911 | 2/1994 |

*Primary Examiner* — Tony Ko

(74) *Attorney, Agent, or Firm* — Brownstein Hyatt Farber Schreck, LLP

(57) **ABSTRACT**

An electronic device includes one or more light sources for emitting light toward a body part of a user and one or more optical sensors for capturing light samples while each light source is turned on and for capturing dark samples while the light source(s) are turned off. A signal produced by the one or more optical sensors is filtered and demodulated produce multiple demodulated signals each associated with a light source. Each signal associated with the light source(s) is analyzed to estimate or determine a physiological parameter of the user.

**20 Claims, 7 Drawing Sheets**



PTO/SB/35 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **NONPUBLICATION REQUEST UNDER 35 U.S.C. 122(b)(2)(B)(i)** | First Named Inventor | Marcelo M. Lamego |
| --- | --- | --- |
| | Title | Modulation and Demodulation Techniques... |
| | Attorney Docket Number | P22879US1 |

I hereby certify that the invention disclosed in the attached application **has not and will not be** the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

I hereby request that the attached application not be published under 35 U.S.C. 122(b).

/Nancy R. Simon/

February 12, 2015

Signature | Date

Nancy R. Simon

36,930

Typed or printed name | Registration Number, if applicable

303-223-1100

Telephone Number

This request must be signed in compliance with 37 CFR 1.33(b) and submitted with the application **upon filing.**

Applicant may rescind this nonpublication request at any time. If applicant rescinds a request that an application not be published under 35 U.S.C. 122(b), the application will be scheduled for publication at eighteen months from the earliest claimed filing date for which a benefit is claimed.

If applicant subsequently files an application directed to the invention disclosed in the attached application in another country, or under a multilateral international agreement, that requires publication of applications eighteen months after filing, the applicant **must** notify the United States Patent and Trademark Office of such filing within forty-five (45) days after the date of the filing of such foreign or international application. **Failure to do so will result in abandonment of this application (35 U.S.C. 122(b)(2)(B)(iii)).**

This collection of information is required by 37 CFR 1.213(a). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Exhibit R
-79-

US010219754B1

(12) **United States Patent**
Lamego

(10) **Patent No.:**     **US 10,219,754 B1**
(45) **Date of Patent:**     **Mar. 5, 2019**

(54) **MODULATION AND DEMODULATION TECHNIQUES FOR A HEALTH MONITORING SYSTEM**

(71) Applicant: **Apple Inc.**, Cupertino, CA (US)

(72) Inventor: **Marcelo M. Lamego**, Cupertino, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/621,268**

(22) Filed: **Feb. 12, 2015**

**Related U.S. Application Data**

(60) Provisional application No. 62/047,818, filed on Sep. 9, 2014.

(51) **Int. Cl.**
*A61B 5/00*          (2006.01)
(52) **U.S. Cl.**
CPC .......... *A61B 5/7228* (2013.01); *A61B 5/0059* (2013.01); *A61B 5/681* (2013.01); *A61B 5/7203* (2013.01); *A61B 5/725* (2013.01); *A61B 5/7225* (2013.01); *A61B 5/7278* (2013.01)

(58) **Field of Classification Search**
CPC ........................... A61B 5/0059; A61B 5/0084
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,349,952 A * 9/1994 McCarthy ........... A61B 5/0059
356/41
2012/0253155 A1* 10/2012 Diab ................. A61B 5/14551
600/324

* cited by examiner

*Primary Examiner* — Hien Nguyen
(74) *Attorney, Agent, or Firm* — Brownstein Hyatt Farber Schreck, LLP

(57) **ABSTRACT**

An electronic device includes one or more light sources for emitting light toward a body part of a user and one or more optical sensors for capturing light samples while each light source is turned on and for capturing dark samples while the light source(s) are turned off. A signal produced by the one or more optical sensors is demodulated produce multiple demodulated signals. Each demodulated signal is received by one or more decimation stages to produce a signal associated with each light source. Each signal associated with the light source(s) is analyzed to estimate or determine a physiological parameter of the user.

**6 Claims, 9 Drawing Sheets**



PTO/SB/35 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| NONPUBLICATION REQUEST UNDER 35 U.S.C. 122(b)(2)(B)(i) | First Named Inventor | Marcelo M. Lamego |
| | Title | Electronic Device that Computes Health Data |
| | Attorney Docket Number | P22734US1 |

I hereby certify that the invention disclosed in the attached application **has not and will not be** the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

I hereby request that the attached application not be published under 35 U.S.C. 122(b).

/David S. Atkinson/

_____
Signature

February 9, 2015

_____
Date

David S. Atkinson

_____
Typed or printed name

56,655

_____
Registration Number, if applicable

303-223-1100

_____
Telephone Number

This request must be signed in compliance with 37 CFR 1.33(b) and submitted with the application **upon filing.**

Applicant may rescind this nonpublication request at any time. If applicant rescinds a request that an application not be published under 35 U.S.C. 122(b), the application will be scheduled for publication at eighteen months from the earliest claimed filing date for which a benefit is claimed.

If applicant subsequently files an application directed to the invention disclosed in the attached application in another country, or under a multilateral international agreement, that requires publication of applications eighteen months after filing, the applicant **must** notify the United States Patent and Trademark Office of such filing within forty-five (45) days after the date of the filing of such foreign or international application. **Failure to do so will result in abandonment of this application (35 U.S.C. 122(b)(2)(B)(iii)).**

This collection of information is required by 37 CFR 1.213(a). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

EXHIBIT Z

https://www.apple.com/watch/compare/?afid=p238%7CsoOkM0o33-dc_mtid_209255d7_pcrid_2335_pcrid_570650681223_pgrid_130165755314_&cid=ww    01/03/2022
a-us-kwgo-watch-slid---Brand-AppleWatch-evergreenwatch-



# Apple Watch models

| | | |
|---|---|---|
|  |  |  |
| **Apple Watch Series 7** | **Apple Watch Series 6** | **Apple Watch SE** |

**Apple Watch Series 7**

- 41mm or 45mm case; over 50 percent more screen area[20]
- Always-On Retina LTPO OLED display, 1000 nits
- Ion-X glass display on aluminum cases; sapphire crystal display on stainless steel and titanium cases
- GPS and GPS + Cellular models
- S7 SiP with 64-bit dual-core processor; W3 wireless chip; U1 chip (Ultra Wideband)[14]
- Digital Crown with haptic feedback
- Blood oxygen sensor; electrical heart sensor and third-generation optical heart sensor
- High and low heart rate notifications, irregular heart rhythm notification, and ECG app[3]
- International emergency calling,[5] Emergency SOS,[4] and fall detection
- Water resistant 50 meters[1]
- Dustproof (IP6X)
- Most crack-resistant front

**Apple Watch Series 6**

- 40mm or 44mm case; over 30 percent larger display[20]
- Always-On Retina LTPO OLED display, 1000 nits
- Ion-X glass display on aluminum cases; sapphire crystal display on stainless steel and titanium cases
- GPS and GPS + Cellular models
- S6 SiP with 64-bit dual-core processor; W3 wireless chip; U1 chip (Ultra Wideband)[14]
- Digital Crown with haptic feedback
- Blood oxygen sensor; electrical heart sensor and third-generation optical heart sensor
- High and low heart rate notifications, irregular heart rhythm notification, and ECG app[3]
- International emergency calling,[5] Emergency SOS,[4] and fall detection
- Water resistant 50 meters[1]
- LTE and UMTS,[6] Wi-Fi, and Bluetooth 5.0
- GPS/GNSS, compass, and

**Apple Watch SE**

- 40mm or 44mm case; over 30 percent larger display[20]
- Retina LTPO OLED display, 1000 nits
- Ion-X glass display
- GPS and GPS + Cellular models
- S5 SiP with 64-bit dual-core processor; W3 wireless chip
- Digital Crown with haptic feedback
- Second-generation optical heart sensor
- High and low heart rate notifications and irregular heart rhythm notification[3]
- International emergency calling,[5] Emergency SOS,[4] and fall detection
- Water resistant 50 meters[1]
- LTE and UMTS,[6] Wi-Fi, and Bluetooth 5.0
- GPS/GNSS, compass, and always-on altimeter
- 50 percent louder speaker[20]; built-in mic
- 32GB capacity

Exhibit Z

-103-

crystal

- LTE and UMTS,[6] Wi-Fi, and Bluetooth 5.0
- GPS/GNSS, compass, and always-on altimeter
- 50 percent louder speaker[20]; built-in mic
- 32GB capacity
- Faster charge time

always-on altimeter

- 50 percent louder speaker[20]; built-in mic
- 32GB capacity



## Apple Watch Series 5

- 40mm or 44mm case; over 30 percent larger display[20]
- Always-On Retina LTPO OLED display, 1000 nits
- Ion-X glass display on aluminum cases; sapphire crystal display on stainless steel, titanium, and ceramic cases
- GPS and GPS + Cellular models
- S5 SiP with 64-bit dual-core processor; W3 wireless chip
- Digital Crown with haptic feedback
- Electrical heart sensor and second-generation optical heart sensor
- High and low heart rate notifications, irregular heart rhythm notification, and ECG app[3]
- International emergency calling,[5] Emergency SOS,[4] and fall detection
- Water resistant 50 meters[1]
- LTE and UMTS,[6] Wi-Fi, and Bluetooth 5.0



## Apple Watch Series 4

- 40mm or 44mm case; over 30 percent larger display[20]
- Retina LTPO OLED display, 1000 nits
- Ion-X glass display on aluminum cases; sapphire crystal display on stainless steel cases
- GPS and GPS + Cellular models
- S4 SiP with 64-bit dual-core processor; W3 wireless chip
- Digital Crown with haptic feedback
- Electrical heart sensor and second-generation optical heart sensor
- High and low heart rate notifications, irregular heart rhythm notification, and ECG app[3]
- Emergency SOS[4] and fall detection
- Water resistant 50 meters[1]
- LTE and UMTS,[6] Wi-Fi, and Bluetooth 5.0
- GPS/GNSS and barometric altimeter



## Apple Watch Series 3

- 38mm or 42mm case
- Second-generation Retina OLED display, 1000 nits
- Ion-X glass display on aluminum cases; sapphire crystal display on stainless steel and ceramic cases
- GPS model
- S3 SiP with dual-core processor; W2 wireless chip
- Digital Crown
- Optical heart sensor
- High and low heart rate notifications and irregular heart rhythm notification[3]
- Emergency SOS[4]
- Water resistant 50 meters[1]
- Wi-Fi and Bluetooth 4.2
- GPS/GNSS and barometric altimeter
- Built-in speaker and mic
- 8GB capacity

Exhibit Z
-104-

- GPS/GNSS, compass, and barometric altimeter

- 50 percent louder speaker[20]; built-in mic

- 32GB capacity

- 50 percent louder speaker[20]; built-in mic

- 16GB capacity



## Apple Watch Series 2

- 38mm or 42mm case

- Second-generation Retina OLED display

- Ion-X glass display on aluminum cases; sapphire crystal display on stainless steel and ceramic cases

- GPS model

- S2 with dual-core processor

- Digital Crown

- Optical heart sensor

- High and low heart rate notifications and irregular heart rhythm notification[3]

- Water resistant 50 meters[1]

- Wi-Fi and Bluetooth 4.0

- GPS/GNSS

- Built-in speaker and mic

- 8GB capacity



## Apple Watch Series 1

- 38mm or 42mm case

- Retina OLED display

- Ion-X glass display

- S1P with dual-core processor

- Digital Crown

- Optical heart sensor

- High and low heart rate notifications and irregular heart rhythm notification[3]

- Splash resistant[21]

- Wi-Fi and Bluetooth 4.0

- Built-in speaker and mic

- 8GB capacity

# EXHIBIT AA



Document title: Apple Watch Series 6 - Apple
Capture URL: https://www.apple.com/apple-watch-series-6/
Capture timestamp (UTC): Tue, 04 May 2021 01:33:38 GMT

MASA00264856

Exhibit AA
-106-



Document title: Apple Watch Series 6 - Apple
Capture URL: https://www.apple.com/apple-watch-series-6/
Capture timestamp (UTC): Tue, 04 May 2021 01:33:38 GMT

Page 2 of 19
MASA00264857

Exhibit AA
-107-



Document title: Apple Watch Series 6 - Apple
Capture URL: https://www.apple.com/apple-watch-series-6/
Capture timestamp (UTC): Tue, 04 May 2021 01:33:38 GMT



Document title: Apple Watch Series 6 - Apple
Capture URL: https://www.apple.com/apple-watch-series-6/
Capture timestamp (UTC): Tue, 04 May 2021 01:33:38 GMT

MASA00264859

Exhibit AA
-109-



Document title: Apple Watch Series 6 - Apple
Capture URL: https://www.apple.com/apple-watch-series-6/
Capture timestamp (UTC): Tue, 04 May 2021 01:33:38 GMT

Page 5 of 19
MASA00264860

Exhibit AA
-110-



Document title: Apple Watch Series 6 - Apple
Capture URL: https://www.apple.com/apple-watch-series-6/
Capture timestamp (UTC): Tue, 04 May 2021 01:33:38 GMT

MASA00264861

Exhibit AA

-111-



Document title: Apple Watch Series 6 - Apple
Capture URL: https://www.apple.com/apple-watch-series-6/
Capture timestamp (UTC): Tue, 04 May 2021 01:33:38 GMT

Page 7 of 19
MASA00264862
Exhibit AA
-112-



Document title: Apple Watch Series 6 - Apple
Capture URL: https://www.apple.com/apple-watch-series-6/
Capture timestamp (UTC): Tue, 04 May 2021 01:33:38 GMT

Page 8 of 19
MASA00264863

Exhibit AA
-113-



Document title: Apple Watch Series 6 - Apple
Capture URL: https://www.apple.com/apple-watch-series-6/
Capture timestamp (UTC): Tue, 04 May 2021 01:33:38 GMT

Page 9 of 19
MASA00264864
Exhibit AA
-114-



Document title: Apple Watch Series 6 - Apple
Capture URL: https://www.apple.com/apple-watch-series-6/
Capture timestamp (UTC): Tue, 04 May 2021 01:33:38 GMT

Page 10 of 19
MASA00264865
Exhibit AA
-115-



Document title: Apple Watch Series 6 - Apple
Capture URL: https://www.apple.com/apple-watch-series-6/
Capture timestamp (UTC): Tue, 04 May 2021 01:33:38 GMT

Page 11 of 19
MASA00264866

Exhibit AA
-116-



Document title: Apple Watch Series 6 - Apple
Capture URL: https://www.apple.com/apple-watch-series-6/
Capture timestamp (UTC): Tue, 04 May 2021 01:33:38 GMT

Page 12 of 19
MASA00264867
Exhibit AA
-117-



Document title: Apple Watch Series 6 - Apple
Capture URL: https://www.apple.com/apple-watch-series-6/
Capture timestamp (UTC): Tue, 04 May 2021 01:33:38 GMT

Page 13 of 19
MASA00264868

Exhibit AA
-118-



Document title: Apple Watch Series 6 - Apple
Capture URL: https://www.apple.com/apple-watch-series-6/
Capture timestamp (UTC): Tue, 04 May 2021 01:33:38 GMT

Page 14 of 19
MASA00264869
Exhibit AA
-119-



Document title: Apple Watch Series 6 - Apple
Capture URL: https://www.apple.com/apple-watch-series-6/
Capture timestamp (UTC): Tue, 04 May 2021 01:33:38 GMT

MASA00264870

Exhibit AA

-120-



Document title: Apple Watch Series 6 - Apple
Capture URL: https://www.apple.com/apple-watch-series-6/
Capture timestamp (UTC): Tue, 04 May 2021 01:33:38 GMT



# Use AR to see Apple Watch Series 6.

Just open this page in Safari on your iPhone or iPad.



 Fitness+

## Make your move.

A fitness experience for everyone, powered by Apple Watch. Try world-class workouts on your iPhone, iPad, and Apple TV. And now you can get 3 months free when you buy an Apple Watch.⁵

Try it free ↗    Learn more >



Apple Watch Studio

## Any case. Any band. Any style you want.

Create your style

MASA00264872

Exhibit AA
-122-

Apple Watch Series 6 Overview   Why Apple Watch    Buy

# Which Apple Watch is right for you?

Compare all models >







| | | |
|---|---|---|
| **Apple Watch Series 6** | **Apple Watch SE** | **Apple Watch Series 3** |
| From $399 | From $279 | From $199 |
| 44mm or 40mm case size | 44mm or 40mm case size | 42mm or 38mm case size |
| Always-On Retina display | — | — |
| — | Retina display | Retina display |
| GPS + Cellular⁷ GPS | GPS + Cellular⁷ GPS | GPS |
| Blood Oxygen app¹ | — | — |
| ECG app² | — | — |
| High and low heart rate notifications Irregular heart rhythm notification³ | High and low heart rate notifications Irregular heart rhythm notification³ | High and low heart rate notifications Irregular heart rhythm notification³ |
| Supports Family Setup¹⁰ (GPS + Cellular models) | Supports Family Setup¹⁰ (GPS + Cellular models) | — |
| Water resistant 50 meters¹¹ | Water resistant 50 meters¹¹ | Water resistant 50 meters¹¹ |

Buy 

Buy 

Buy 

Learn more >

Learn more >

Learn more >



**Fast, no-contact delivery**
Choose two-hour courier or free delivery.

Learn more >



**Online Personal Session**
From basics to pro tips, get more out of your new Apple Watch.

Learn more >

($)

**Get 3% Daily Cash back with Apple Card**
And pay over time, interest-free when you choose Apple Card Monthly Installments.†

Learn more >

**Get help buying**
Have a question? Call a Specialist or chat online. Call 1-800-MY-APPLE.

Contact us >

1. Blood Oxygen app measurements are not intended for medical use, including self-diagnosis or consultation with a doctor, and are only designed for general fitness and wellness purposes.

2. The ECG app is available on Apple Watch Series 4 and later (not including Apple Watch SE) with the latest version of iOS and watchOS. See apple.com/watch for compatibility details. ECG is not intended for use by people under 22 years old. With the ECG app, Apple Watch is capable of generating an ECG similar to a single-lead electrocardiogram.

3. Irregular rhythm notification requires the latest version of watchOS and iOS. It is not intended for use by people under 22 years old or those who have been previously diagnosed with atrial fibrillation (AFib).

4. Apple Music requires a subscription.

5. $9.99/month after free trial. No commitment. Plan automatically renews after trial until cancelled.

7. Wireless service plan required for cellular service. Contact your service provider for more details. Connection may vary based on network availability. International roaming is not supported. Check apple.com/watch/cellular for participating wireless carriers and eligibility. See support.apple.com/en-us/HT207578 for additional setup instructions.

7. The international emergency calling feature requires an Apple Watch Series 6 (GPS + Cellular) or Apple Watch SE (GPS + Cellular) model. For a list of supported countries and regions, see apple.com/watchos/feature-availability.

8. Apple Watch Series 6 (GPS + Cellular) and Apple Watch SE (GPS + Cellular) can use a cellular connection for Emergency SOS. To use Emergency SOS on an Apple Watch without cellular, your iPhone needs to be nearby. If your iPhone isn't nearby, your Apple Watch needs to be connected to a known Wi-Fi network and you must set up Wi-Fi Calling.

9. Apple Pay is not available in all markets. For a list of Apple Pay countries and regions, visit support.apple.com/en-us/HT207957.

10. Not all features will be available if the Apple Watch is set up through Family Setup. Wireless service plan required for cellular service. Contact your service provider for more details. Check apple.com/watch/cellular for participating wireless carriers and eligibility.

11. Apple Watch Series 6, Apple Watch SE, and Apple Watch Series 3 have a water resistance rating of 50 meters under ISO standard 22810:2010. This means that they may be used for shallow-water activities like swimming in a pool or ocean. However, they should not be used for scuba diving, waterskiing, or other activities involving high-velocity water or submersion below shallow depth.

Case and band combinations can be made within collections (Apple Watch, Apple Watch Nike, and Apple Watch Hermès) only.

Features are subject to change. Some features, applications, and services may not be available in all regions or all languages. View complete list.

† Apple Card Monthly Installments is available for certain Apple products and is subject to credit approval and credit limit. See https://support.apple.com/kb/HT211204 for more information about eligible products. iPhone purchases made at an Apple Store with one of these national carriers: AT&T, Sprint, Verizon, or T-Mobile. Variable APRs for Apple Card other than Apple Card Monthly Installments range from 10.99% to 21.99% based on creditworthiness. Rates as of April 1, 2020. Taxes and

Document title: Apple Watch Series 6 - Apple
Capture URL: https://www.apple.com/apple-watch-series-6/
Capture timestamp (UTC): Tue, 04 May 2021 01:33:38 GMT

Page 18 of 19
MASA00264873
Exhibit AA
-123-



Document title: Apple Watch Series 6 - Apple
Capture URL: https://www.apple.com/apple-watch-series-6/
Capture timestamp (UTC): Tue, 04 May 2021 01:33:38 GMT

Page 19 of 19
MASA00264874
Exhibit AA
-124-