| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 8:20-cv-00048-JVS-JDE

**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO APPLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Date:      February 7, 2022
Time:      1:30 p.m.
Location:  Courtroom 10C

1  Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Opposition to Apple Inc.'s Motion for Partial Summary Judgement, and finding good cause therefore, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) The proposed redacted portions of the Opposition;

(2) The proposed redacted portions of the supporting Statement of Genuine Disputes of Material Fact;

(3) The Declaration of Joe Kiani; and

(4) Exhibits A, B, D, F-M, S-Y, and BB to the Declaration of Adam B. Powell.

DATED: 1/5/22

_____
The Honorable James V. Selna
United States District Judge

54855581