Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone:  (949)-760-0404 Facsimile:  (949)-760-9502

Adam B. Powell (SBN 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**PLAINTIFFS' NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION FOR RELIEF FROM LOCAL RULE 7-3**<br><br>Discovery Cut-Off:     3/7/2022<br>Pre-Trial Conference:  11/21/2022<br>Trial:                        12/6/2022 |

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7-19, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") hereby apply *Ex Parte* For Relief From Local Rule 7-3.  In accordance with Local Rule 7-19, Masimo's counsel notified Apple's counsel of this Application on January 7, 2021, by email and followed up with notice by voicemail.  Powell Decl. ¶ 3 & Ex. 1.  The name, address, telephone number, and email address of opposing counsel are provided in the attached proof of service.  Apple has not responded or indicated whether it will oppose the application. *Id.* ¶ 3.

## MEMORANDUM OF POINTS AND AUTHORITIES

On Monday, December 27, Masimo told Apple it believed an adjustment of the schedule was necessary, and asked Apple to meet and confer.  Powell Decl., Ex. 1.  On December 29, Apple asked for the specific changes to the schedule, which Masimo provided that day.  *Id.*  Apple then stated it could not meet that week because Apple was "shutdown." *Id.*  Apple indicated it could meet the week of January 3.  *Id.*  On January 3, Masimo asked when Apple was available.  *Id.*  When Apple did not respond, Masimo wrote to Apple again on January 4.  *Id.*  When Apple still did not respond, Masimo raised the issue after a hearing in this case on January 5.  *Id.* ¶ 2.  Apple indicated it was still discussing the issue internally.  *Id.*  Apple responded later that evening by again stating it would meet later this week.  *Id.*, Ex. 1.  Masimo contacted Apple two more times on January 6 and 7, but Apple did not respond.  *Id.*

Unlike Local Rule 37-1 for discovery motions, Local Rule 7-3 contains no provision allowing a party to file a motion if the opposing party refuses to meet and confer in a reasonable period of time.  Even if the Court grants this application and Masimo files its motion on Monday, January 10, the earliest the motion can be heard is February 7—just four weeks before the close of fact discovery.  Masimo does not believe any motion should be delayed further.  Thus, Masimo respectfully requests relief from Local Rule 7-3 so that it can file

a motion and set it for hearing as soon as possible.  Masimo will, of course, continue trying to agree on a schedule with Apple informally after filing.

                                             Respectfully submitted,

                                             KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  January 7, 2022          By: */s/ Adam B. Powell*
                                         Joseph R. Re
                                         Stephen C. Jensen
                                         Perry D. Oldham
                                         Stephen W. Larson
                                         Adam B. Powell

                                         Attorneys for Plaintiffs,
                                         Masimo Corporation and
                                         Cercacor Laboratories

## **PROOF OF SERVICE**

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action.

On January 7, 2022, I served the within **PLAINTIFFS' NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION FOR RELIEF FROM LOCAL RULE 7-3, DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR RELIEF FROM LOCAL RULE 7-3 AND [PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR RELIEF FROM LOCAL RULE 7-3** on the parties or their counsel shown at the email addresses shown below:

Apple-Masimo@gibsondunn.com

Joshua H. Lerner
JLerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105

H. Mark Lyon,
MLyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211

Brian M. Buroker
BBuroker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

Brian K. Andrea
BAndrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

Brian A. Rosenthal
BRosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue

Kenneth G. Parker
kparker@gibsondunn.com
Gibson Dunn and Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612-4412

Marc R. Lewis
mlewis@lewisllewellyn.com
Lewis and Llewellyn LLP
601 Montgomery Street Suite 2000
San Francisco, CA 94111

Mark D. Selwyn
Mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING,
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306

Derek Gosma
Derek.gosma@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue Suite 2100
Los Angeles, CA 90071

Amy K. Wigmore
amy.wigmore@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

New York, NY 10166-0193

Ilissa Samplin
ISamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Angelique Kaounis
AKaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067

Jason C. Lo
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Tobias George Snyder
tsnyder@lewisllewellyn.com
Lewis       and       Llewellyn       LLP
601 Montgomery Street Suite 2000
San Francisco, CA 94111

Nora Q. E. Passamaneck
nora.passamaneck@wilmerhale.com
Wilmer Cutler Pickering Hale and
Dorr                                              LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202

Sarah R. Frazier
sarah.frazier@wilmerhale.com
Wilmer Cutler Pickering Hale and
Dorr                                              LLP
60            State            Steet
Boston, MA 02109

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on January 7, 2022, at Irvine, California.

Peter Toller

32993155

-4-