Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404 Facsimile: (949)-760-9502

Adam B. Powell (SBN 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000 Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR RELIEF FROM LOCAL RULE 7-3**<br><br>Discovery Cut-Off:   3/7/2022<br>Pre-Trial Conference:  11/21/2022<br>Trial:   12/6/2022 |

1  Having considered Plaintiffs' *Ex Parte* Application For Relief From
2  Local Rule 7-3, all the papers filed in support thereof, any papers in opposition
3  thereto, and any oral argument of counsel, and finding good cause, the Court
4  hereby GRANTS Plaintiffs' application as follows:
5    1.  Masimo may file a motion to modify the scheduling order without
6        meeting the requirements of Local Rule 7-3.

8  **IT IS SO ORDERED.**

10  DATED: _____  _____
11                                                              The Honorable James V. Selna
                                                            United States District Judge

13  32994247

-1-