1 | JOSHUA H. LERNER, SBN 220755
   jlerner@gibsondunn.com
2 | GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
3 | San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306
4
5 | H. MARK LYON, SBN 162061
   mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
6 | 1881 Page Mill Road
Palo Alto, CA 94304-1211
7 | Tel.: 650.849.5300 / Fax: 650.849.5333

8 | [Additional counsel next page]

9 | *Attorneys for Defendant Apple Inc.*

10

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S NOTICE OF NON-OPPOSITION TO APPLICATION FOR RELIEF FROM LOCAL RULE 7-3** |
|---|---|

1  BRIAN M. BUROKER, *pro hac vice*
     bburoker@gibsondunn.com
2  BRIAN K. ANDREA, *pro hac vice*
     bandrea@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
4  Washington, DC 20036
   Tel.: 202.955.8541 / Fax: 202.467.0539
5

   BRIAN A. ROSENTHAL, *pro hac vice*
6    brosenthal@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
7  200 Park Avenue
   New York, NY 10166-0193
8  Tel.: 212.351.2339 / Fax: 212.817.9539
9

   ILISSA SAMPLIN, SBN 314018
10    isamplin@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
11 333 South Grand Avenue
   Los Angeles, CA 90071-3197
12 Tel.: 213.229.7000 / Fax: 213.229.7520

13 ANGELIQUE KAOUNIS, SBN 209833
     akaounis@gibsondunn.com
14 GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East Suite 4000
15 Los Angeles, CA 90067
   Tel.: 310.552.8546 / Fax: 310.552.7026
16

   KENNETH G. PARKER, SBN 182911
17    kparker@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
18 3161 Michelson Drive
   Irvine, CA 92612
19 Tel:  949.451.4336 / Fax: 949.451.4220

20
21
22
23
24
25
26
27
28

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Apple Inc. does not oppose the relief Plaintiffs seek in their application (Docket No. 545), and disagrees with the assertion, implied or otherwise, that it has refused to meet and confer regarding possible schedule changes in this case or interfered with Plaintiffs' access to the Court. Apple is working in good faith to respond to Plaintiffs' proposal and expects to be able to respond substantively shortly. Had Plaintiffs asked for Apple's position on seeking waiver of L.R. 7-3 and relief sought in this *ex parte* prior to its filing, Apple would have stated its non-opposition to a waiver of L.R. 7-3. Plaintiffs first raised the L.R. 7-3 waiver and timing issue this morning and had not asked about it before. The undersigned just saw counsel for Plaintiffs in person on Wednesday, January 5, and counsel did not mention the issue of L.R. 7-3 and its impact on motion timing.

In addition, in the event of disagreement over proposed amendments to this Court's scheduling order (as amended), Apple will work with Plaintiffs to present the issues to this Court in an efficient manner, and Apple would generally favor a faster briefing schedule than that for a standard noticed motion.

In light of the above, Apple does not oppose entry of the order submitted as Docket No. 545-1.

Dated: January 7, 2021                  Respectfully submitted,

                                         GIBSON, DUNN & CRUTCHER LLP


                                         By: */s/ Kenneth G. Parker*
                                              Kenneth G. Parker

                                         *Attorneys for Defendant Apple Inc.*