IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER** |

Having considered Plaintiffs' Motion to Modify the Scheduling Order, all the papers filed in support, in opposition, and in reply thereof, the evidence of record cited therein, and any oral argument by counsel, and for good cause found, the Court **GRANTS** the Motion. The schedule shall be amended as set forth below.

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Non-Expert Discovery Cut-Off | 3/7/2022 | 11/7/2022 |
| Opening Expert Reports | 5/9/2022 | 1/9/2023 |
| Rebuttal Expert Reports | 6/20/2022 | 2/20/2023 |
| Last day to conduct Private ADR | 11/30/2021 | 4/4/2023 |
| Expert Discovery Cut-Off | 8/8/2022 | 4/10/2023 |
| Law and Motion – Motions Filed No Later Than | 9/12/2022 | 5/13/2023 |
| Law and Motion Cut-Off | 10/11/2022 | 6/12/2023 |
| Deadline To File Motions In Limine | 10/17/2022 | 6/19/2023 |
| Deadline To File Pretrial Documents | 11/7/2022 | 7/10/2023 |
| Final Pretrial Conference | 11/21/2022 | 7/24/2023 |
| Jury Trial | 12/6/2022 | 8/8/2023 |

**IT IS SO ORDERED.**

Dated:_____

_____
The Honorable James V. Selna
United States District Judge

54829582

-1-