1  Joseph R. Re (Bar No. 134479)
   joseph.re@knobbe.com
2  Stephen C. Jensen (Bar No. 149894)
   steve.jensen@knobbe.com
3  Perry D. Oldham (Bar No. 216016)
   perry.oldham@knobbe.com
4  Stephen W. Larson (Bar No. 240844)
   stephen.larson@knobbe.com
5  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
6  2040 Main Street, Fourteenth Floor
   Irvine, CA 92614
7  Telephone: (949) 760-0404 Facsimile: (949) 760-9502

8
   Adam B. Powell (Bar No. 272725)
9  adam.powell@knobbe.com
   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
10 3579 Valley Centre Drive
   San Diego, CA 92130
11 Telephone: (858) 707-4000 Facsimile: (858) 707-4001

12
   Attorneys for Plaintiffs,
13 Masimo Corporation and Cercacor Laboratories, Inc.

14         **IN THE UNITED STATES DISTRICT COURT**
           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
15                    **SOUTHERN DIVISION**

16

17 MASIMO CORPORATION,              ) Case No. 8:20-cv-00048-JVS-JDE
   a Delaware corporation; and      )
18 CERCACOR LABORATORIES, INC.,     ) **DECLARATION OF BILAL**
   a Delaware corporation           ) **MUHSIN IN SUPPORT OF**
                                     ) **PLAINTIFFS' MOTION TO**
19         Plaintiffs,              ) **MODIFY THE SCHEDULING**
                                     ) **ORDER**
20         v.                        )
                                     ) Date:   February 7, 2022
21 APPLE INC., a California corporation ) Time:  1:30pm
                                     ) Ctrm:   10C
22                                   ) Judge:  Hon. James. V. Selna
           Defendant.               )
23                                   )
                                     )
24                                   )

25

26

27

28

I, Bilal Muhsin, hereby declare:

1.    I am the Chief Operating Officer ("COO") of Masimo Corporation ("Masimo"). I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this declaration in support of Plaintiffs' Motion to Modify the Scheduling Order.

2.    I have been the COO of Masimo since May of 2019. Prior to beginning my tenure as COO, I worked at various positions at Masimo since June of 2000, including serving as Masimo's Vice President of Instruments, Masimo's Executive Vice President for Engineering, and Masimo's Executive Vice President for Marketing and Regulatory Affairs.

3.    Masimo is a global medical technology company that develops and manufactures products that noninvasively monitor physiological parameters, including oxygen saturation, pulse rate, respiratory rate, and more. Masimo is the leading manufacturer of pulse oximeters used in hospitals throughout the world. Pulse oximeters, which can measure a patients' blood oxygen saturation, are critical tools in the fight against COVID-19, helping doctors to both diagnose and treat the disease.

4.    Before the COVID-19 pandemic, Masimo estimates that its pulse oximeters were being used to monitor over 200 million patients annually. The COVID-19 pandemic drove a dramatic and sudden increase in demand for Masimo's life-saving pulse oximeters. At the same time, governmental agencies have periodically directed companies to shut down and send workers home. This was particularly true in California, where Masimo is based. These directives made it very difficult for Masimo to continue to meet the prior demand for its life-saving products, much less the unexpected dramatic increase in demand due to COVID-19.

-1-

5.      Through the tireless efforts of its employees, Masimo was able to satisfy this sudden increase in demand to ensure doctors worldwide could obtain its devices without delay or interruption in supply.  Masimo invested significant time and resources to keep its employees safe throughout the pandemic while ensuring continued production of its products and significantly increasing production.

6.      These efforts were very time consuming for Masimo's operations, engineering, and marketing teams, who frequently had to work late into or even through the night, including weekends.  They had to do this while at the same time taking measures to keep employees safe and avoid outbreaks of COVID-19 among core Masimo personnel who had to be in the office and maintain Masimo's critical operations.  While working to minimize the risk of COVID-19 at Masimo's existing facilities, Masimo also established contingency plans in the event of such an outbreak.

7.      Masimo was focused on protecting its manufacturing employees, and core team who were in the office.  Manufacturing employees had the added complexity of working in close proximity.  An outbreak at Masimo's manufacturing facility could have disrupted existing production as well as derailed efforts to increase production to meet the rapidly increasing demand.  To guard against this risk, Masimo worked to develop new and increasing sourcing, including creating alternative manufacturing locations to increase capacity and lessen the effect a COVID-19 outbreak at any location.  All of this had to be completed on an urgent basis.

8.      At the same time, Masimo had been developing its new Masimo SafetyNet product, which allows hospitals to monitor patients at their homes.  This product was not yet complete, and had not yet been cleared by the FDA.  Masimo urgently worked with the FDA on clearance so that Masimo could release its Masimo SafetyNet product to help alleviate the hospital overload.

Masimo quickly made national news when it released the product as the only clinical-grade remote wearable pulse oximeter available to allow health care professionals and hospitals to monitor COVID-19 patients from their home. This freed-up hospital staff and hospital beds to treat other patients, significantly increasing the number of COVID-19 patients they could monitor.

9.     Masimo's marketing and engineering teams were simultaneously and tirelessly working to both finish the product, all the required literature and also attend to FDA clearance.   Masimo also continued developing and releasing other new pulse oximetry products throughout the pandemic.

10.     Masimo's efforts to ensure continued production of its products, and guard against COVID-19 outbreaks at its facilities, continue to this day. The core team members who were and are leading Masimo's response to the COVID-19 pandemic (by protecting operations while increasing production and launching a new product to help protect public health) involved many of the same employees who were being called on to work with counsel to help collect documents and respond to discovery in the Apple litigation. Despite the challenges imposed by the COVID-19 pandemic, Masimo's employees worked to ensure Masimo met the requests from its lawyers at the same time it responded to its obligations to help patients and ensure an uninterrupted increased supply of its products worldwide.   However, Masimo has had instances where COVID-19 has impacted discovery activities that involve Masimo employees where teams were required to quarantine because of exposure to COVID-19.

Executed on January 10, 2022, at Irvine, California.

_Bilal Muhsin_

Bilal Muhsin