1  Joseph R. Re (Bar No. 134479)
   joseph.re@knobbe.com
2  Stephen C. Jensen (Bar No. 149894)
   steve.jensen@knobbe.com
3  Perry D. Oldham (Bar No. 216016)
   perry.oldham@knobbe.com
4  Stephen W. Larson (Bar No. 240844)
   stephen.larson@knobbe.com
5  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
6  2040 Main Street, Fourteenth Floor
   Irvine, CA 92614
7  Telephone: (949)-760-0404 Facsimile: (949)-760-9502

8  Adam B. Powell (SBN 272725)
9  adam.powell@knobbe.com
   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
10 12790 El Camino Real
   San Diego, CA 92130
11 Telephone: (858) 707-4000 Facsimile: (858) 707-4001

12 Attorneys for Plaintiffs,
13 Masimo Corporation and Cercacor Laboratories, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR RELIEF FROM LOCAL RULE 7-3**<br><br>Discovery Cut-Off: 3/7/2022<br>Pre-Trial Conference: 11/21/2022<br>Trial: 12/6/2022 |

Having considered Plaintiffs' *Ex Parte* Application For Relief From Local Rule 7-3, all the papers filed in support thereof, any papers in opposition thereto, **and the application being unopposed**, and finding good cause, the Court hereby GRANTS Plaintiffs' application as follows:

1. Masimo may file a motion to modify the scheduling order without meeting the requirements of Local Rule 7-3.

**IT IS SO ORDERED.**

DATED: January 11, 2022

_____
The Honorable James V. Selna
United States District Judge

32994247

-1-