1
2
3
4
5
6
7
8
9
10
11
12

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation <br><br> Defendant. | Case No. 8:20-cv-00048-JVS-JDE <br><br> **ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER** |

1    Having considered Plaintiffs' Application for Leave to File Under Seal
2    Documents Regarding Plaintiffs' Motion to Modify the Scheduling Order, and
3    finding good cause therefor, the Application is GRANTED.
4        **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
5    Cercacor Laboratories, Inc. may file under seal Exhibits 1-27 and portions of
6    Masimo's Motion.
7
8
9    DATED: 1/11/22                            _____
10                                             The Honorable James V. Selna
                                               United States District Judge
11
12   54829754
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                     -1-