Joseph R. Re (Bar No.134479)
Stephen C. Jensen (Bar No. 149894)
Benjamin A. Katzenellenbogen (Bar No. 208527)
Perry D. Oldham (Bar No. 216016)
Stephen W. Larson (Bar. No. 240844)
Mark D. Kachner (Bar No. 234192)
Adam B. Powell (Bar No. 272725)
Daniel P. Hughes (Bar No. 299695)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor, Irvine, CA 92614
Tel: (949) 760-0404  Fax:(949) 760-9502
ATTORNEY(S) FOR: Plaintiffs Masimo Corp.; Cercacor Laboratories

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASIMO CORPORATION, CERCACOR LABORATORIES, INC., Plaintiff(s), v. APPLE INC., Defendant(s) | CASE NUMBER: 8:20-cv-00048 <br><br> **AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiffs Masimo Corporation and Cercacor Laboratories Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| MASIMO CORPORATION | Plaintiff |
| BLACKROCK, INC. | Owns at least 10% of the stock of Plaintiff Masimo Corporation |
| Cercacor Laboratories, Inc. | Plaintiff |
| Apple, Inc. | Defendant |

January 14, 2022
Date

/s/ Mark D. Kachner
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs Masimo Corporation and Cercacor Laboratories Inc.

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**