JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS REPLY TO PLAINTIFFS' OPPOSITION TO APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THIRTEENTH CAUSE OF ACTION FOR TRADE SECRET MISAPPROPRIATION, OR TO BIFURCATE TRIAL IN THE ALTERNATIVE**<br><br>**Hearing**<br><br>Date: February 7, 2022<br>Time: 1:30pm<br>Courtroom: 10C<br>Judge: Hon. James V. Selna |

| | |
|---|---|
| 1 | BRIAN A. ROSENTHAL, *pro hac vice* |
| 2 | brosenthal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 3 | 200 Park Avenue<br>New York, NY 10166-0193 |
| 4 | Tel.: 212.351.2339 / Fax: 212.817.9539 |
| 5 | ILISSA SAMPLIN, SBN 314018<br>isamplin@gibsondunn.com |
| 6 | GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue |
| 7 | Los Angeles, CA 90071-3197<br>Tel.: 213.229.7000 / Fax: 213.229.7520 |
| 8 | ANGELIQUE KAOUNIS, SBN 209833 |
| 9 | akaounis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 10 | 2029 Century Park East Suite 4000<br>Los Angeles, CA 90067 |
| 11 | Tel.: 310.552.8546 / Fax: 310.552.7026 |
| 13 | MARK D. SELWYN, SBN 244180<br>mark.selwyn@wilmerhale.com |
| 14 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 15 | 2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 |
| 16 | Tel.: 650.858.6000 / Fax: 650.858.6100 |

This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Apple's Reply To Plaintiffs' Opposition To Apple's Motion for Partial Summary Judgment Or Bifurcation (the "Application") under Local Rule 79-5.2.2.  Having considered the Application and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file under seal its Reply to Plaintiffs' Opposition, and its Reply to Plaintiffs' Statement Of Genuine Disputes of Material Facts.

**IT IS SO ORDERED.**

Dated: _____                                  _____

The Hon. James V. Selna
United States District Court Judge