# EXHIBIT 24











# Apple in the hospital.

Our products transform the way doctors and nurses work with their patients. Apps on iPhone and iPad allow hospitals to work more efficiently. Clinicians to access health records and data right when they need them. Nurses to ensure better patient safety while administering medication. And patients to stay informed and engaged in their own care by communicating with their medical teams during hospital stays.

---

Empowering patients at Geisinger.

Watch the video ⊙

Streamlining healthcare at Ochsner.

Watch the video ⊙

Building a vaccination program at UCHealth.

Watch the video ⊙

The technology to make healthcare more personal.

See how Apple products and apps help healthcare providers streamline their work, deliver better care, and conduct medical research.

Learn more about our products and platform ›

Understand how your patients can use health features on Apple Watch.

See how heart rate notifications, irregular rhythm notifications, and the ECG app on Apple Watch can help give your patients an early warning sign that further evaluation may be warranted.

Learn more about health features on Apple Watch ›









## Empower your patients with their health data.

The Health app makes it easier than ever for users to be engaged in their health with ways to visualize, securely store, and share their health data. You can now view certain data that patients have chosen to share, from within your EHR workflow.

Learn more about health records on iPhone ›

## Contact us.

Get expert help from the Apple Business team by calling 1-800-GO-APPLE

The mention of third-party products is for informational purposes only and represents neither an endorsement nor a warranty. Apple assumes no responsibility with regard to the selection, performance, or use of these vendors or products. Some features, applications, and services may not be available for all areas. Application availability and pricing are subject to change.

Voalte Experience by Hill-Rom, Inc.

Case 8:20-cv-00048-JVS-JDE   Document 561-1   Filed 01/18/22   Page 8 of 8   Page ID #:42167

Apple Store Account

iCloud.com

Shop for Veterans and Military

Events

Contact Apple

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2022 Apple Inc. All rights reserved.   Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map                                    United States