| | |
|---|---|
| 1 | JOSHUA H. LERNER, SBN 220755 |
| 2 | jlerner@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 3 | 555 Mission Street Suite 3000<br>San Francisco, CA 94105 |
| 4 | Tel.: 415.393.8200 / Fax: 415.393.8306 |
| 5 | H. MARK LYON, SBN 162061<br>mlyon@gibsondunn.com |
| 6 | GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road |
| 7 | Palo Alto, CA 94304-1211<br>Tel.: 650.849.5300 / Fax: 650.849.5333 |
| 8 | BRIAN M. BUROKER, *pro hac vice* |
| 9 | bburoker@gibsondunn.com<br>BRIAN K. ANDREA, *pro hac vice* |
| 10 | bandrea@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 11 | 1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036 |
| 12 | Tel.: 202.955.8500 / Fax: 202.467.0539 |

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>**Hearing**<br><br>Date: February 7, 2022<br>Time: 10:00 a.m.<br>Courtroom: 6A<br>Judge: Hon. James V. Selna<br><br>Discovery Cut-Off: 3/7/22<br>Pre-Trial Conference: 11/21/22<br>Trial: 12/6/22 |

| | |
|---|---|
| 1 | BRIAN A. ROSENTHAL, *pro hac vice* |
| 2 | brosenthal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 3 | 200 Park Avenue<br>New York, NY 10166-0193 |
| 4 | Tel.: 212.351.2339 / Fax: 212.817.9539 |
| 5 | ILISSA SAMPLIN, SBN 314018<br>isamplin@gibsondunn.com |
| 6 | GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue |
| 7 | Los Angeles, CA 90071-3197<br>Tel.: 213.229.7000 / Fax: 213.229.7520 |
| 8 | ANGELIQUE KAOUNIS, SBN 209833 |
| 9 | akaounis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 10 | 2029 Century Park East Suite 4000<br>Los Angeles, CA 90067 |
| 11 | Tel.: 310.552.8546 / Fax: 310.552.7026 |
| 12 | MARK D. SELWYN, SBN 244180<br>mark.selwyn@wilmerhale.com |
| 13 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 14 | 2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 |
| 15 | Tel.: 650.858.6000 / Fax: 650.858.6100 |

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL

CASE NO. 8:20-cv-00048-JVS (JDEX)

This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its Opposition To Plaintiffs' Motion To Modify The Scheduling Order ("Application") under Local Rule 79-5.2.2.  Having considered the Application and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple shall file under seal Exhibits C, D, E, F, I, L, M, N, S, T, X, and Y to its Opposition To Plaintiffs' Motion To Modify The Scheduling Order.

**IT IS SO ORDERED.**

Dated: _____                     _____

The Hon. James V. Selna
United States District Court Judge