```
JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, pro hac vice
  bburoker@gibsondunn.com
BRIAN K. ANDREA, pro hac vice
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539
```

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF BRIAN ANDREA IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>Date: February 7, 2022<br>Time: 10:00 a.m.<br>Courtroom: 6A<br><br>Discovery Cut-Off: 3/7/2022<br>Pre-Trial Conference: 11/21/2022<br>Trial: 12/6/2022 |

Gibson, Dunn & Crutcher LLP

ANDREA DECLARATION IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER                                                     CASE NO. 8:20-cv-00048-JVS (JDEx)

| | |
|---|---|
| 1 | BRIAN A. ROSENTHAL, *pro hac vice* |
| 2 | brosenthal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 3 | 200 Park Avenue<br>New York, NY 10166-0193 |
| 4 | Tel.: 212.351.2339 / Fax: 212.817.9539 |
| 5 | ILISSA SAMPLIN, SBN 314018<br>isamplin@gibsondunn.com |
| 6 | GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue |
| 7 | Los Angeles, CA 90071-3197<br>Tel.: 213.229.7000 / Fax: 213.229.7520 |
| 8 | ANGELIQUE KAOUNIS, SBN 209833 |
| 9 | akaounis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 10 | 2029 Century Park East Suite 4000<br>Los Angeles, CA 90067 |
| 11 | Tel.: 310.552.8546 / Fax: 310.552.7026 |
| 12 | MARK D. SELWYN, SBN 244180<br>mark.selwyn@wilmerhale.com |
| 13 | WILMER CUTLER PICKERING,<br>  HALE AND DORR LLP |
| 14 | 2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 |
| 15 | Tel.: 650.858.6000 / Fax: 650.858.6100 |

Gibson, Dunn & Crutcher LLP

ANDREA DECLARATION IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER       CASE NO. 8:20-cv-00048-JVS (JDEx)

I, Brian Andrea, declare and state as follows:

1. I am of counsel with the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3. I make this Declaration in support of Defendant Apple Inc.'s Opposition to Plaintiffs' Motion to Modify the Scheduling Order ("Motion").

4. A true and correct copy of Plaintiffs' Tenth Set of Requests for Production of Documents, served on Apple on July 23, 2021, is attached hereto as **Exhibit A**.

5. A true and correct copy of Plaintiffs' Eleventh Set of Request for Production of Documents, served on Apple on October 29, 2021, is attached hereto as **Exhibit B**.

6. A true and correct copy of Plaintiffs' Supplemental Responses to Apple's First Set of Interrogatories (Nos. 6, 10, and 11), served on Apple on October 16, 2020, is attached hereto as **Exhibit C (filed under seal)**.

7. A true and correct copy of Order No. 3 of Special Master on Two Discovery Motions, served on Apple on January 13, 2022, is attached hereto as **Exhibit D (filed under seal)**.

8. A true and correct copy of Defendant's Opposition to Plaintiffs' Motion to Compel, served on the Special Master Hon. Andrew J. Guilford (Ret.) on January 5, 2022, is attached hereto as **Exhibit E (filed under seal)**.

9. A true and correct copy of Defendant's Opposition to Plaintiffs' request to modify the terms of ESI Discovery, served on the Special Master Hon. Andrew J. Guilford (Ret.) on November 19, 2021, is attached hereto as **Exhibit F (filed under seal)**.

Gibson, Dunn & Crutcher LLP

ANDREA DECLARATION IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER   1   CASE NO. 8:20-cv-00048-JVS (JDEx)

10. A true and correct copy of Defendant's Objections and Responses to Seventh Set of Requests for Production of Documents, served on Plaintiffs on May 28, 2021, is attached hereto as **Exhibit G**.

11. A true and correct copy of Defendant's Objections and Responses to Eighth Set of Requests for Production of Documents, served on Plaintiffs on June 21, 2021, is attached hereto as **Exhibit H**.

12. A true and correct copy of Defendant's Objections and Responses to Ninth Set of Requests for Production of Documents, served on Plaintiffs on June 21, 2021, is attached hereto as **Exhibit I (filed under seal)**.

13. A true and correct copy of a letter sent from Mark Kachner, counsel for Plaintiffs, to Ilissa Samplin, counsel for Apple, dated July 21, 2021, is attached hereto as **Exhibit J**.

14. A true and correct copy of a letter sent from Adam Powell, counsel for Plaintiffs, to Brian Andrea, counsel for Apple, dated July 27, 2021, is attached hereto as **Exhibit K**.

15. A true and correct copy of a letter from Adam Powell, counsel for Plaintiffs, to Brian Andrea, counsel for Apple, dated August 6, 2021, is attached hereto as **Exhibit L (filed under seal)**.

16. A true and correct copy of a letter from Adam Powell, counsel for Plaintiffs, to Brian Andrea, counsel for Apple, dated September 3, 2021, is attached hereto as **Exhibit M (filed under seal)**.

17. A true and correct copy of a letter from Adam Powell, counsel for Plaintiffs, to Brian Andrea, counsel for Apple, dated September 13, 2021 is attached hereto as **Exhibit N (filed under seal)**.

18. A true and correct copy of a letter from Adam Powell, counsel for Plaintiffs, to Brian Andrea, counsel for Apple, dated November 10, 2021, is attached hereto as **Exhibit O**.

Gibson, Dunn & Crutcher LLP

ANDREA DECLARATION IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER — 2 — CASE NO. 8:20-cv-00048-JVS (JDEx)

19. A true and correct copy of a letter from Adam Powell, counsel for Plaintiffs, to Brian Andrea, counsel for Apple, dated November 18, 2021, is attached hereto as **Exhibit P**.

20. A true and correct copy of a letter from Ilissa Samplin, counsel for Apple, to Adam Powell, counsel for Plaintiffs, dated May 14, 2021, is attached hereto as **Exhibit Q**.

21. A true and correct copy of Defendant Apple Inc.'s Notice of Deposition of Masimo Corporation and Cercacor Laboratories, Inc. pursuant to Fed. R. Civ. P. 30(B)(6) dated May 10, 2021, is attached hereto as **Exhibit R**.

22. A true and correct copy of a letter from Adam Powell, counsel for Plaintiffs, to Brian Andrea, counsel for Apple, dated December 15, 2021, is attached hereto as **Exhibit S (filed under seal)**.

23. A true and correct copy of a letter from Brian Andrea, counsel for Apple, to Adam Powell, counsel for Plaintiffs, dated August 20, 2021, is attached hereto as **Exhibit T (filed under seal)**.

24. A true and correct copy of a letter from Brian Andrea, counsel for Apple, to Adam Powell, counsel for Plaintiffs, dated December 17, 2021, is attached hereto as **Exhibit U**.

25. A true and correct copy of email correspondence between Daniel Hughes, counsel for Plaintiffs and Kenneth Parker, counsel for Apple, dated between August 9, 2021 and November 29, 2021, is attached hereto as **Exhibit V**.

26. A true and correct copy of a letter from Kenneth Parker, counsel for Apple, to the Special Master Hon. Andrew J. Guilford (Ret.) dated October 26, 2021, is attached hereto as **Exhibit W**.

27. A true and correct copy of a letter from Daniel Hughes, counsel for Plaintiffs, to the Special Master Hon. Andrew J. Guilford (Ret.) dated October 19, 2021, is attached hereto as **Exhibit X (filed under seal)**.

Gibson, Dunn & Crutcher LLP

ANDREA DECLARATION IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER — 3 — CASE NO. 8:20-cv-00048-JVS (JDEx)

28. A true and correct copy of the Highly Confidential Second Declaration Of Robin Goldberg Addressing Page 15, Lines 1-6 Of Special Master Order No. 2 dated December 30, 2021, is attached hereto as **Exhibit Y (filed under seal)**.

29. A true and correct copy of an email chain between Nora Passamaneck, counsel for Apple, and Adam Powell, counsel for Plaintiffs, with the first email dated December 23, 2021 and the last email dated January 14, 2022, is attached hereto as **Exhibit Z**.

30. Apple has produced more than 200,000 documents that span more than 1.8 million pages, including documents from 32 agreed upon ESI custodians. Plaintiffs have produced more than 320,000 documents, including documents collected from 26 agreed upon ESI custodians.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of January, 2022 in Oakton, Virginia.

By: *[signature]*
Brian Andrea

Gibson, Dunn & Crutcher LLP

ANDREA DECLARATION IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER         4         CASE NO. 8:20-cv-00048-JVS (JDEx)