# EXHIBIT J

# Knobbe Martens

KNOBBE, MARTENS, OLSON & BEAR, LLP

1925 Century Park East, Suite 600, Los Angeles, CA 90067
T (310) 551-3450

Mark Kachner
Mark.Kachner@knobbe.com

July 21, 2021

**VIA EMAIL**

Ilissa Samplin
Gibson, Dunn & Crutcher LLP
333 South Grand Ave.
Los Angeles, CA 90071

Re:   Masimo Corp. and Cercacor Laboratories v. Apple Inc.

Dear Ilissa:

I write this letter to request a meet and confer pursuant to Paragraph 7 of the Special Master Order (Dkt. 470) regarding Apple's responses to Plaintiffs' Requests for Production Nos. 265-273.

Plaintiffs' RFPs 265-273 seek documents and information regarding Apple's development and the operation of its Apple Watch Series 7, and an inspection of any prior versions or prototypes of the Apple Watch Series 7. Apple objected on various grounds including that these requests seek "information relating to Apple's unreleased products." That the Series 7 watch has not been publicly released does not shield the requested documents from discovery. *See, e.g.*, *Bryant v. Mattel, Inc.*, 2007 WL 5430888, at *4 (C.D. Cal. May 18, 2007). As Mr. Laquer's May 4, 2021 letter to Mr. Andrea pointed out, none of the cases Apple relies on are trade secret cases. *See EPOS Techs. v. Pegasus Techs.*, 842 F. Supp. 2d 31 (D.D.C. 2012) (patent case); *Fenster Family Patent Holdings, Inc. v. Siemens Med. Solutions USA, Inc.*, 2005 WL 2304190 (D. Del. Sept. 20, 2005) (patent case); *AGA Med. Corp. v. W.L. Gore & Assocs., Inc.*, 2011 WL 11023511 (D. Minn. Oct. 19, 2011). Apple is not taking a reciprocal approach to discovery concerning prototypes. Apple demanded discovery on Plaintiffs' unreleased prototypes and Plaintiffs provided that discovery. Apple now refuses Plaintiffs' similar discovery of Apple's unreleased prototypes. The Apple Watch prototype and development efforts and operation of that product are at issue.

Please let us know your availability for a meet and confer this week.

Best regards,

*[signature]*

Mark D. Kachner

53809765

INTELLECTUAL PROPERTY + TECHNOLOGY LAW | knobbe.com