# EXHIBIT P

# Knobbe Martens

KNOBBE, MARTENS, OLSON & BEAR, LLP

3579 Valley Centre Drive, Suite 300, San Diego, CA 92130
**T** (858) 707-4000

Adam Powell
Adam.Powell@knobbe.com

November 18, 2021

**VIA EMAIL**

Brian Andrea
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
BAndrea@gibsondunn.com

Re:   Masimo Corp. and Cercacor Laboratories, Inc. v. Apple Inc.

Dear Brian:

We write to request a meet and confer on the RFPs discussed below. Please let us know when Apple is available.

**RFPs 375-376, 378-379**: These RFPs seek communications regarding the subject matter claimed in the Disputed Patents. Such information is relevant to Masimo's correction of inventorship/ownership claims. Apple limited its response to subject matter to which Masimo alleges the "Alleged inventors made contributions." It is unclear how Apple is limiting its response, but such a limitation is inappropriate because communications regarding any portion of the claimed subject matter in the Disputed Patents are relevant. Please confirm Apple will produce all responsive documents.

**RFPs 380-387**: These RFPs seek documents regarding specific techniques in the Disputed Patents that Masimo identified in the complaint as belonging to Masimo. Such information is relevant to Masimo's correction of inventorship/ownership claims. Apple limited its response to subject matter to which Masimo alleges the "Alleged inventors made contributions." It is unclear how Apple is limiting its response, but such a limitation is inappropriate as discussed above. Moreover, these RFPs are already limited to specific portions of the Disputed Patents. Please confirm Apple will produce all responsive documents.

**RFPs 388-395**: These RFPs seek unpublished patent applications related to techniques at issue in this case, that name former Masimo employees as inventors, and/or that contain subject matter from such former employees. Such RFPs are relevant because Masimo alleges Apple is publishing Masimo's trade secrets in patent applications. Apple refused to produce ***any*** responsive documents. Apple has not identified the specific objections serving as the basis for its withholding of responsive documents pursuant to Fed. R. Civ. P. 34(b)(2)(C). Please confirm Apple will produce all responsive documents.

**RFPs 475 and 481**: These requests seek communications with Lamego and O'Reilly regarding patent applications. Such information is highly relevant to Masimo's claims, which allege that Apple acquired information from Masimo through Lamego/O'Reilly and then published it in patent applications. Apple agreed to produce only responsive documents that are relevant to specific techniques described in Masimo's Section 2019.210 disclosure. Nothing justifies Apple's limitation.

INTELLECTUAL PROPERTY + TECHNOLOGY LAW   |   knobbe.com

# Knobbe Martens

Judge Early previously held that Apple is "taking too restrictive of a view of what 2019.210 does; what the definition of relevance is for discovery." 5/20/2021 Tr. at 12. Thus, Apple may not restrict its production to only documents that *Apple* determines are relevant to the Section 2019.210 disclosure. Please confirm Apple will produce all responsive documents.

**RFPs 535-537**: These requests seek communications between the Defendant and several former employees regarding the Disputed Patents and unpublished patent applications regarding pulse rate. Such RFPs are relevant because Masimo alleges Apple is publishing Masimo's trade secrets in patent applications. Apple refused to produce *any* responsive documents. Apple has not identified the specific objections serving as the basis for its withholding of responsive documents pursuant to Fed. R. Civ. P. 34(b)(2)(C). Please confirm Apple will produce all responsive documents.

Please let us know when you are available to meet and confer pursuant to Paragraph 7 of the Special Master Order (Dkt. 470). I am generally available most of the day on November 22.

Best regards,

Adam B. Powell

53866034