# EXHIBIT Q

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Ilissa Samplin
Direct: +1 213.229.7354
Fax: +1 213.229.6354
ISamplin@gibsondunn.com

May 14, 2021

VIA E-MAIL (ADAM.POWELL@KNOBBE.COM)

Adam Powell
Knobbe, Martens, Olson & Bear LLP
3579 Valley Centre Dr.
Suite 300
San Diego, CA 92130

Re:     *Masimo Corp. et al. v. Apple, Inc.*, C.A. 8:20-cv-00048 (C.D. Cal.)

Dear Adam:

I write in response to your letter dated May 12, 2021 requesting a discussion regarding extending the deadline for discovery.

Apple is open to discussing an extension of the schedule for depositions, provided Plaintiffs do not use Apple's willingness to extend the schedule as a basis to seek relief from, or reconsideration of, the Court's Order regarding remote depositions (Dkt. 374).  Moreover, any extension must include deadlines to ensure that tasks such as ESI discovery and deposition scheduling proceed efficiently and with certainty.  To that end, we have included a proposal below.  As you will see, we have proposed dates for (i) Plaintiffs to serve their 30(b)(6) notice (Apple served its notice earlier this week), (ii) finalizing ESI search terms, (iii) scheduling depositions, and (iv) substantial completion of document production, which would include production of ESI.  These deadlines are important because the parties need certainty with respect to the deposition schedule.  Additionally, as we indicated previously, Apple is not willing to make its deponents available more than once.  Given that many of the Apple employees Plaintiffs have noticed for deposition are likely to be 30(b)(6) designees, Apple requires Plaintiffs' 30(b)(6) notice before making any of its employees available for deposition.  Apple has extended the same courtesy to Plaintiffs.

We also propose that any extension of the current discovery cut-off be for depositions only; there is no reason the parties cannot complete the remainder of discovery by the previously-scheduled deadline for the close of fact discovery.

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

# GIBSON DUNN

Adam Powell
May 14, 2021
Page 2

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Plaintiffs serve 30(b)(6) notice** | N/A | May 19, 2021 |
| **Final ESI search terms** | N/A | June 4, 2021 |
| **Deposition schedule set** | N/A | June 11, 2021 |
| **Substantial completion of document production** | N/A | June 25, 2021 |
| **Discovery cut-off** | July 5, 2021 | July 5, 2021 (except depositions) (includes cut-off for motions to compel) |
| | | August 13, 2021 (depositions only) |
| **Opening expert reports** | Sept. 6, 2021 | October 27, 2021 |
| **Rebuttal expert reports** | Oct. 18, 2021 | December 8, 2021 |
| **Expert discovery cut-off** | Dec. 6, 2021 | December 22, 2021 |
| **Law and Motion– motions filed no later than** | Jan. 10, 2022 | January 24, 2022 |
| **Law and Motion cut-off** | Feb. 7, 2022 at 1:30 pm | February 14, 2022 at 1:30 pm |
| **MILs** | Feb. 14, 2022 ||
| **Pretrial documents** | Mar. 7, 2022 ||
| **Final pretrial conference** | March 21, 2022 ||
| **Trial** | Apr. 5, 2022 ||

Please let us know if Plaintiffs agree to Apple's proposal.

Sincerely,

Ilissa Samplin