# EXHIBIT V

| | |
|---|---|
| **From:** | Daniel.Hughes <Daniel.Hughes@knobbe.com> |
| **Sent:** | Monday, November 29, 2021 5:32 PM |
| **To:** | Parker, Kenneth G. |
| **Cc:** | Ben.Katzenellenbogen; Lo, Jason; McDermott, Shannon C.; Joe.Re; Steve.Jensen; Perry.Oldham; Stephen.Larson; Adam.Powell; Mark.Kachner; Masimo.Apple; *** Apple-Masimo; Lerner, Joshua H.; Lyon, H. Mark; Buroker, Brian M.; Samplin, Ilissa; Kaounis, Angelique; Andrea, Brian; Rosenthal, Brian A.; Frazier, Sarah; Selwyn, Mark; Passamaneck, Nora Q.E.; WH Apple-Masimo Service List |
| **Subject:** | RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Ground Rules |

**[WARNING: External Email]**

Hi Ken,

Thank you for confirming Mr. Hammarth's deposition.  As we explained previously, Mr. Hammarth has requested that the deposition proceed remotely in light of his at-risk family member.  Counsel will be in a separate room.  We suggest starting at 10:00AM pacific.  Please confirm the logistical details today so that we can let Mr. Hammarth know.

Thanks,
Daniel

**Daniel Hughes**
Partner

858-707-4208 **Direct**

**Knobbe Martens**

---

**From:** Parker, Kenneth G. <KParker@gibsondunn.com>
**Sent:** Wednesday, November 24, 2021 6:25 PM
**To:** Daniel.Hughes <Daniel.Hughes@knobbe.com>
**Cc:** Ben.Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>; Lo, Jason <JLo@gibsondunn.com>; McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; nora.passamaneck@wilmerhale.com; WHApple-MasimoServiceList@wilmerhale.com
**Subject:** Re: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Ground Rules

Daniel,

We can do Hammarth on 12/2.

**Ken Parker**
Partner

1

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
3161 Michelson Drive, Irvine, CA 92612-4412
Tel +1 949.451.4336 • Cell +1 949.433.4890
KParker@gibsondunn.com • www.gibsondunn.com

On Nov 24, 2021, at 1:42 PM, Daniel.Hughes <Daniel.Hughes@knobbe.com> wrote:

**[WARNING: External Email]**
Jason and Ken,

We have yet to hear from you about the below proposed deposition dates.  Our witnesses cannot hold open the below dates indefinitely.  Please let us know today if Apple intends to take these depositions.

Thanks,
Daniel

**Daniel Hughes**
Partner

858-707-4208  Direct

**Knobbe Martens**

---

**From:** Daniel.Hughes
**Sent:** Friday, November 19, 2021 4:49 PM
**To:** Ben.Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>; Lo, Jason <JLo@gibsondunn.com>; Parker, Kenneth G. <KParker@gibsondunn.com>
**Cc:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Nora.Passamaneck@wilmerhale.com; WHApple-MasimoServiceList@wilmerhale.com
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Ground Rules

Jason and Ken,

We have yet to hear from you regarding our email below.  However, we have reached out to Mr. Lee and Mr. Hammarth about their upcoming availability for a deposition.  Mr. Hammarth is available for a deposition on Thursday, Dec. 2.  Mr. Lee is available for a deposition on Wednesday, December 8.  Please let us know promptly if Apple intends to take their depositions.

Thanks,
Daniel

**Daniel Hughes**
Partner

858-707-4208 Direct

**Knobbe Martens**

---

**From:** Ben.Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>
**Sent:** Monday, November 15, 2021 12:12 PM
**To:** Lo, Jason <JLo@gibsondunn.com>; Parker, Kenneth G. <KParker@gibsondunn.com>
**Cc:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Nora.Passamaneck@wilmerhale.com; WHApple-MasimoServiceList@wilmerhale.com
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Ground Rules

Jason and Ken,

Thanks for your emails.  We respond to Apple's various proposals below.

Timing For Noticing Depositions

The scheduling order establishes the deadlines for conducting fact discovery.  Masimo does not agree to either of Apple's proposed further limitations on the timing for noticing depositions.

Remote Depositions

Masimo does not agree to Apple's proposal regarding criteria for requesting remote depositions.  Apple's proposal would not avoid the need for individualized consideration of each witness's unique health and personal situation.  Apple does not define "at-risk" and fails to recognize that appropriate restrictions may change over time, including as governmental restrictions in light of Covid-19 and guidance regarding health risks posed by Covid-19 continue to evolve.

To the extent a witness requests a remote deposition, and the parties agree (or the Court orders) a remote deposition, Masimo is willing to agree the witness should be alone in the room during testimony and must not communicate with anyone in any way while on the record, other than through questions and answers on the record.

To the extent a witness requests that an in-person deposition be conducted with masks on, and the parties agree (or the Court orders) the in-person deposition be conducted with masks on, Masimo is willing to agree the taking party would have the option of taking the deposition remotely with the witness unmasked, subject to the further restrictions set forth above.

If a party offers a witness for an in-person deposition without a mask, the questioning party may choose to take the deposition remotely, but cannot use that election to require the witness to be alone in the room during testimony.

In-Person Depositions

Masimo is willing to agree that the parties may make witnesses available for in-person depositions at a location that is convenient for the witness, including the offices of the defending law firm, provided the location is not substantially more burdensome for the questioning party to travel to than the witnesses' home or work.

Masimo is further willing to agree that the parties shall disclose the proposed location of in-person depositions at least seven calendar days in advance and shall provide any agreed-upon information or documentation (such as proof of vaccination) at least three business days in advance.

Thanks,
Ben

**Ben Katzenellenbogen**

949-721-6374 Direct

**Knobbe Martens**

---

**From:** Lo, Jason <JLo@gibsondunn.com>
**Sent:** Monday, November 15, 2021 9:45 AM
**To:** Parker, Kenneth G. <KParker@gibsondunn.com>; Ben.Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>
**Cc:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Nora.Passamaneck@wilmerhale.com; WHApple-MasimoServiceList@wilmerhale.com
**Subject:** Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Deposition Ground Rules

[Updating Subject Line]

Hi Ben:

I am following up to see if you have had a chance to consider the below, or would like to chat about it.  Thanks.

**Jason C. Lo**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7153 • Fax +1 213.229.6153
JLo@gibsondunn.com • www.gibsondunn.com

---

**From:** Parker, Kenneth G.
**Sent:** Tuesday, November 9, 2021 9:50 PM
**To:** Ben.Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>; Lo, Jason <JLo@gibsondunn.com>
**Cc:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-

Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Nora.Passamaneck@wilmerhale.com; WHApple-MasimoServiceList@wilmerhale.com
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

Ben,

Following up on our call November 2, 2021, we are proposing deposition ground rules that we think will benefit both sides. Some of these have been proposed before.  Here is our proposal:

### Rule 30(b)(6) Timing Issues

Absent good cause, all parties will serve Rule 30(b)(6) deposition notices no later than January 7, 2022.

If a party producing a 30(b)(6) witness discloses the identity of the witness at least 14 days in advance of the scheduled deposition, the party taking the deposition has the option to notice the witness for deposition in their individual capacity.  If the party taking the deposition does not notice the witness in their individual capacity within 5 days of the disclosure, the party taking the deposition will not have the opportunity to later take the witness's individual deposition absent good cause.

### Remote Depositions

If the witness is at-risk or has an at-risk family member, that witness may choose to testify remotely.

For any remote deposition, the witness must be alone in the room during testimony and with no access to electronic devices, software, or browser windows other than what is necessary to conduct the deposition.  This rule is not intended to and does not prevent consultation with attorneys during deposition breaks.

If a witness's requests that an in-person deposition be conducted with masks on, the taking party has the option of requiring that the deposition be conducted remotely, and with the witness unmasked.

### In Person Depositions

For in-person depositions, witnesses will be offered in a city convenient to the witness, and at the location / law firm of choice of the defending party.

Location shall be disclosed at least seven days in advance; any other requirements (e.g., proof of vaccination) shall be disclosed at least three business days in advance of the deposition.

Please let us know your thoughts, and it may be good to get on the phone to discuss.

Regards,

**Ken Parker**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

5

3161 Michelson Drive, Irvine, CA 92612-4412
Tel +1 949.451.4336 • Cell +1 949.433.4890
KParker@gibsondunn.com • www.gibsondunn.com

---

**From:** Ben.Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>
**Sent:** Tuesday, November 2, 2021 7:28 PM
**To:** Parker, Kenneth G. <KParker@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>
**Cc:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Nora.Passamaneck@wilmerhale.com; WHApple-MasimoServiceList@wilmerhale.com
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

[WARNING: External Email]
Ken,
We informed Mr. Hammarth the deposition will not proceed tomorrow.
We said on the call that we did not know Mr. Hammarth's upcoming schedule.  Accordingly, we will inquire about Mr. Hammarth's availability, including within the next two weeks.

Please send the proposed framework as soon as you can.
Thanks,
Ben

**Ben Katzenellenbogen**

949-721-6374 Direct

**Knobbe** Martens

---

**From:** Parker, Kenneth G. <KParker@gibsondunn.com>
**Sent:** Tuesday, November 2, 2021 12:28 PM
**To:** Ben.Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>; Lo, Jason <JLo@gibsondunn.com>
**Cc:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Nora.Passamaneck@wilmerhale.com; WHApple-MasimoServiceList@wilmerhale.com
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

Ben,

Following up on our discussion with you, we would prefer to take the deposition of Mr. Hammarth off calendar. We believe it is important for the parties to reach a common understanding as to ground rules for when depositions will occur remotely or in person in this case generally, and we believe it is important to try to reach that understanding, if at all possible, prior to further depositions rather than reaching understandings on an ad-hoc, deposition-by-deposition basis. We understand that Mr. Hammarth has no availability in the next two weeks and that we will have to discuss new dates given this decision.

We will get you a proposed framework that we hope will work for both parties.

As always, we are available to discuss.

Sincerely,


**Ken Parker**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
3161 Michelson Drive, Irvine, CA 92612-4412
Tel +1 949.451.4336 • Cell +1 949.433.4890
KParker@gibsondunn.com • www.gibsondunn.com

---

**From:** Ben.Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>
**Sent:** Tuesday, November 2, 2021 11:01 AM
**To:** Parker, Kenneth G. <KParker@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>
**Cc:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Nora.Passamaneck@wilmerhale.com; WHApple-MasimoServiceList@wilmerhale.com
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

[WARNING: External Email]

Ken,

Let's plan to talk at 11:15. Can you circulate a dial-in number?

-Ben


**Ben Katzenellenbogen**
949-721-6374  Direct

## Knobbe Martens

---

**From:** Parker, Kenneth G. <KParker@gibsondunn.com>
**Sent:** Tuesday, November 2, 2021 10:50 AM
**To:** Ben.Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>; Lo, Jason <JLo@gibsondunn.com>

Cc: McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Nora.Passamaneck@wilmerhale.com; WHApple-MasimoServiceList@wilmerhale.com
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

Ben,

Let Jason and I know if you can get on the phone to discuss deposition procedures in light of what has happened in the past in this case. We could do 11, 11:30 or noon.

Sincerely,

**Ken Parker**

### GIBSON DUNN

Gibson, Dunn & Crutcher LLP
3161 Michelson Drive, Irvine, CA 92612-4412
Tel +1 949.451.4336 • Cell +1 949.433.4890
KParker@gibsondunn.com • www.gibsondunn.com

---

**From:** Ben.Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>
**Sent:** Monday, November 1, 2021 5:40 PM
**To:** Lo, Jason <JLo@gibsondunn.com>
**Cc:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Nora.Passamaneck@wilmerhale.com; WHApple-MasimoServiceList@wilmerhale.com
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

**[WARNING: External Email]**

Jason,
Please let us know by noon tomorrow (or ideally this evening) whether Apple will be taking the deposition of Cercacor on Wednesday.  If so, Mr. Hammarth has requested that the deposition proceed remotely in light of his at-risk family member.  Counsel will be in a separate room.  We suggest starting at 10a pacific.
Our understanding of the scope of the topics is set forth in my earlier emails, including that Apple agrees Plaintiffs would not waive any objections to the scope of the topics by proceeding with the deposition.
Thanks,
Ben

**Ben Katzenellenbogen**

949-721-6374  Direct

**Knobbe Martens**

---

**From:** Ben.Katzenellenbogen
**Sent:** Thursday, October 28, 2021 3:57 PM
**To:** Lo, Jason <JLo@gibsondunn.com>
**Cc:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Nora.Passamaneck@wilmerhale.com; WHApple-MasimoServiceList@wilmerhale.com
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

Jason,

We disagree with your assertions.

Plaintiffs asked Apple on September 24, and again on October 12, if Apple wanted to take the depositions in-person or remotely.  On October 12, Apple said it did not know because it did not know where the depositions would occur and if there would be indoor mask restrictions.  During our meet-and-confer on October 13, Plaintiffs confirmed the depositions would occur in our Orange County office.  During our follow-up discussions on October 18 and 19, the parties agreed they were not aware of any restrictions that would require masks if all participants were fully vaccinated (subject to individual witness health considerations).

On October 25, Apple asked if Masimo's witness was willing to appear in-person, and we confirmed he was.  Out of consideration for the witness, we also asked that, "[i]f Apple would like to postpone the depositions, please let us know today."  Apple responded on October 26 by confirming that "[w]e will proceed with the deposition on Thursday" and "we also will proceed with the deposition remotely."  Apple then cancelled the deposition at 9:15pm on October 27.  We are investigating Mr. Lee's availability to reschedule the deposition.

Plaintiffs continue to believe the parties should disclose the identities of witnesses at least a week ahead of time.  Despite Apple's refusal to commit to doing so, Plaintiffs disclose that the witness for next week's deposition of Cercacor will be Gerry Hammarth.  We expect that, going forward, Apple will disclose its witnesses a week ahead of time.

With respect to the logistics of conducting depositions, Plaintiffs never demanded nor agreed to health and safety procedures that would apply to all depositions throughout this case. Governmental restrictions in light of Covid-19 and guidance regarding health risks posed by Covid-19 continue to evolve.  Each witness also has unique health and personal considerations.  Accordingly, different procedures may be appropriate for each deposition.

For the two upcoming depositions, Mr. Lee is comfortable appearing for an in-person deposition without a mask (subject to the conditions set forth in my emails below).  Mr. Hammarth is not because he has an at-risk family member and, thus, masks would be required if that deposition occurs in person.

Thanks,

Ben

**Ben Katzenellenbogen**
Partner

949-721-6374 **Direct**

**Knobbe Martens**

---

**From:** Lo, Jason <JLo@gibsondunn.com>
**Sent:** Wednesday, October 27, 2021 9:15 PM
**To:** Ben.Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>
**Cc:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re
<Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>;
Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner
<Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-
Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>;
Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique
<AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A.
<BRosenthal@gibsondunn.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Selwyn, Mark
<Mark.Selwyn@wilmerhale.com>; Nora.Passamaneck@wilmerhale.com; WHApple-MasimoServiceList@wilmerhale.com
**Subject:** Re: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and
Cercacor

Ben:

Plaintiffs waited until two days ago to even disclose that the witness would be willing to testify in person, and
then waited until the today to disclose that Plaintiffs would not honor an agreement on remote depositions that
they themselves demanded.

We will take Mr. Lee's deposition in person, but it is not possible for us to make the logistical arrangements on
such short notice.  Please provide alternate dates on which Mr. Lee can be deposed in person.

**Jason C. Lo**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7153 • Fax +1 213.229.6153
JLo@gibsondunn.com • www.gibsondunn.com

---

**From:** Ben.Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>
**Sent:** Wednesday, October 27, 2021 14:20
**To:** Lo, Jason

Cc: McDermott, Shannon C.; Daniel.Hughes; Joe.Re; Steve.Jensen; Perry.Oldham; Stephen.Larson; Adam.Powell;
Mark.Kachner; Masimo.Apple; *** Apple-Masimo; Lerner, Joshua H.; Lyon, H. Mark; Buroker, Brian M.; Samplin, Ilissa;
Kaounis, Angelique; Andrea, Brian; Rosenthal, Brian A.; Frazier, Sarah; Selwyn, Mark;
Nora.Passamaneck@wilmerhale.com
Subject: RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and
Cercacor

  [WARNING: External Email]

Jason,


Plaintiffs made no attempt to "leverage" the identity of the witness.  We merely asked Apple to agree it would
reciprocally disclose the identity of its witnesses.  Apple refused and sought to extract unrelated
concessions.  We remain willing to agree to disclose the identity of 30(b)(6) witnesses so long as Apple does the
same.  Regardless, the witness for tomorrow is Bobby Lee.


Apple has also not explained why it believes the parties are at an impasse on the scope of the topics.  Plaintiffs
provided our position weeks ago and Apple did not initially raise any concerns.  Apple belatedly raised
concerns to which Plaintiffs responded.  Plaintiffs understood the parties agreed to the narrowed scope of the
topics proposed by Plaintiffs in their objections and in the email below, with the lone exception of topics on
which Plaintiffs have no information.  Now Apple declares an impasse.  If there is a dispute, we believe the
parties should meet and confer and seek the Special Master's guidance.  Nonetheless, we are willing to proceed
with the deposition based on the understanding that Apple agrees that we have not waived any objections by
proceeding with the deposition.


We also do not agree with Apple's demand that the witness be alone during the deposition.  Apple previously
offered a witness in person only if everyone, including the witness, wore a mask.  We responded by asking
Apple a question: if we proceeded remotely for "this deposition," would Apple confirm nobody would be in the
room with the witness?  Apple indicated the witness would be alone, so we decided to take that deposition
remotely.


As we have explained, each deposition should be addressed on a case-by-case basis depending on the witness'
individual circumstances and changing Covid-19 mandates.   We offered Bobby Lee in person without a mask,
and will be in the same room with him during the deposition.  Apple may take his deposition in person or
remotely, but may not use Apple's choice to impose restrictions on us or the witness.  Please note that, if Apple
elects to proceed in-person, all attendees will need to show proof of vaccination.


Thanks,

Ben

Ben Katzenellenbogen

949-721-6374 Direct

**Knobbe Martens**

---

**From:** Lo, Jason JLo@gibsondunn.com
**Sent:** Tuesday, October 26, 2021 5:01 PM
**To:** Ben.Katzenellenbogen Ben.Katzenellenbogen@knobbe.com
**Cc:** McDermott, Shannon C. SMcDermott@gibsondunn.com; Daniel.Hughes Daniel.Hughes@knobbe.com;
Joe.Re Joe.Re@knobbe.com; Steve.Jensen Steve.Jensen@knobbe.com; Perry.Oldham
Perry.Oldham@knobbe.com; Stephen.Larson Stephen.Larson@knobbe.com; Adam.Powell
Adam.Powell@knobbe.com; Mark.Kachner Mark.Kachner@knobbe.com; Masimo.Apple
Masimo.Apple@knobbe.com; *** Apple-Masimo Apple-Masimo@gibsondunn.com; Lerner, Joshua H.
JLerner@gibsondunn.com; Lyon, H. Mark MLyon@gibsondunn.com; Buroker, Brian M.
BBuroker@gibsondunn.com; Samplin, Ilissa ISamplin@gibsondunn.com; Kaounis, Angelique
AKaounis@gibsondunn.com; Andrea, Brian BAndrea@gibsondunn.com; Rosenthal, Brian A.
BRosenthal@gibsondunn.com; Frazier, Sarah Sarah.Frazier@wilmerhale.com; Selwyn, Mark
Mark.Selwyn@wilmerhale.com; Nora.Passamaneck@wilmerhale.com
**Subject:** Re: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of
Masimo and Cercacor

Ben:

While we have been willing to discuss proposals, including offering our own, we have been transparent of our view that the parties should not leverage the identity of a witness to try to get an upper hand in those discussions or in the deposition itself.

When your colleagues asked Apple to identify our 30(b)(6) witness on similar topics, we immediately disclosed that on July 23, 2021.  We did not make our disclosure contingent on the timing of the deposition (which was over a month away), we did not make it contingent on extracting some agreement from Plaintiffs, nor did we hide the identity of the witness for any other strategic purpose.

The proposal I made on October 22 was intended to ensure that the identities of the witness would be disclosed in advance of the deposition, and to minimize the possibility of duplicative depositions.  Plaintiffs have not explained why they rejected our proposal, beyond saying that it "goes far beyond agreeing to disclose the identities of witnesses" (which is precisely the reason why we proposed what we did).

Regardless of Plaintiffs' rationale for refusing to agree as to timing, it appears that we are now also at an impasse as to the identity of a witness who will be deposed in less than 48 hours.  We are also at an impasse as to Plaintiffs' attempts to narrow the scope of topics that mirror a notice that Plaintiffs themselves served.

We will proceed with the deposition on Thursday, and seek relief as appropriate.  Under the circumstances, we also will proceed with the deposition remotely.

We expect that Plaintiffs will abide by the ground rule that I previously reached with Mr. Powell:  "for any remote deposition, the witness must be alone in the room during testimony and with no access to electronic devices other than what is necessary to conduct the deposition."  Thank you.

**Jason C. Lo**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7153 • Fax +1 213.229.6153
JLo@gibsondunn.com • www.gibsondunn.com

---

**From:** Ben.Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>
**Sent:** Monday, October 25, 2021 14:05
**To:** Lo, Jason
**Cc:** McDermott, Shannon C.; Daniel.Hughes; Joe.Re; Steve.Jensen; Perry.Oldham; Stephen.Larson; Adam.Powell; Mark.Kachner; Masimo.Apple; *** Apple-Masimo; Lerner, Joshua H.; Lyon, H. Mark; Buroker, Brian M.; Samplin, Ilissa; Kaounis, Angelique; Andrea, Brian; Rosenthal, Brian A.; Frazier, Sarah; Selwyn, Mark; Nora.Passamaneck@wilmerhale.com
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

 [WARNING: External Email]

Jason,

13

We were surprised by your reference to the timing of the upcoming deposition.  We made our proposal on October 19 and Apple still has neither said whether it agrees to our proposal nor offered an alternative timeframe.

Regardless, Plaintiffs are happy to disclose witness identities ahead of time according to a mutually agreed schedule.  It does not need to be exactly one week if Apple would prefer a different amount of time.


We can conduct the deposition on Thursday in-person in our Orange County office, provided all attendees, including counsel, court reporter, and any videographer, are fully vaccinated.  Please confirm that is how you would like to proceed.

Thanks,

Ben



**Ben Katzenellenbogen**

949-721-6374 Direct

## Knobbe Martens


---

**From:** Lo, Jason <JLo@gibsondunn.com>
**Sent:** Monday, October 25, 2021 9:12 AM
**To:** Ben.Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>
**Cc:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Nora.Passamaneck@wilmerhale.com
**Subject:** Re: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor


Ben:

The scheduled deposition is just days away now.  Is it Plaintiffs' position that unless Apple agrees to the formulation below, Plaintiffs will simply not disclose the identity of its Rule 30(b)(6) witness in advance of the deposition?  If not, then when do Plaintiffs intend to disclose the identity?

Moreover, we are still waiting on Plaintiffs to indicate whether the witness agrees to testify in person.

**Jason C. Lo**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7153 • Fax +1 213.229.6153
JLo@gibsondunn.com • www.gibsondunn.com

---

**From:** Ben.Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>
**Sent:** Monday, October 25, 2021 6:31
**To:** Lo, Jason
**Cc:** McDermott, Shannon C.; Daniel.Hughes; Joe.Re; Steve.Jensen; Perry.Oldham; Stephen.Larson; Adam.Powell; Mark.Kachner; Masimo.Apple; *** Apple-Masimo; Lerner, Joshua H.; Lyon, H. Mark; Buroker, Brian M.; Samplin, Ilissa; Kaounis, Angelique; Andrea, Brian; Rosenthal, Brian A.; Frazier, Sarah; Selwyn, Mark
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

[WARNING: External Email]

Jason,

Plaintiffs do not agree to Apple's proposal, which goes far beyond agreeing to disclose the identities of witnesses.  Please let us know Apple's response to the proposal Plaintiffs made last Tuesday, which was:

The parties will disclose the names of Rule 30(b)(6) witness designees at least one week prior to scheduled depositions, with the understanding that, if additional or revised 30(b)(6) topics are served between the designation and the deposition (or other extenuating circumstances arise), a party may need to amend the topics on which a witness is designated.

If Apple would like to postpone the depositions, please let us know today.

With regard to our discussions regarding the scope of testimony Plaintiffs will provide in response to Apple's Second Notice of Deposition pursuant to Rule 30(b)(6), Plaintiffs are willing to prepare one or more witnesses to testify in response to Topic 1 regarding custodial documents. Plaintiffs are not able to prepare a witness to testify about information that is not reasonably available to the company.

As many of Apple's topics refer to the scope of Topic 1, subject to Plaintiffs' objections, Plaintiffs propose the following:

**Topic 1:**

Plaintiffs will provide one or more witnesses to testify about the categories of documents sent by, received by, or custodial to Marcelo Lamego and Michael O'Reilly that Plaintiffs are aware of having had in their possession, custody, or control at any time.

**Topic 2:**

Plaintiffs are not aware of any files or documents in Topic 1 that are no longer in their possession, custody, or control. Accordingly, any corporate knowledge reasonably available to Plaintiffs that would be within the scope of Topic 2 would be subsumed within the scope of Topic 1. Thus, Plaintiffs cannot separately designate a witness to testify with respect to Topic 2.

**Topic 3:**

Plaintiffs do not assert there are any files or documents in Topic 1 that "they can no longer search for or produce[.]" Accordingly, the premise of Topic 3 is false and Plaintiffs have no corporate knowledge to provide. Thus, Plaintiffs cannot designate a witness to testify with respect to Topic 3.

**Topic 4:**

Plaintiffs do not assert there are any files in Topic 1 that "are outside of [their] possession, custody, or control[.]" Accordingly, Plaintiffs have no corporate knowledge of, and cannot designate a witness on, that issue. Plaintiffs will provide one or more witnesses to testify regarding the location(s) on Plaintiffs' computer systems where files in Topic 1 are stored or were stored. Plaintiffs will not prepare a witness to testify regarding the location(s) of duplicative copies of such files.

**Topic 5:**

Plaintiffs do not assert there are any files in Topic 1 that "they can no longer search for or produce" or that "are outside of [their] possession, custody, or control[.]" Accordingly, Plaintiffs have no corporate knowledge regarding efforts to "recover files referenced in Topic 1" and, thus, cannot designate a witness on

that issue.  Plaintiffs will prepare one or more witnesses to testify regarding their efforts to search for and locate files referenced in Topic 1.


Thanks,

Ben


**Ben Katzenellenbogen**

949-721-6374 **Direct**

**Knobbe Martens**

---

**From:** Lo, Jason <JLo@gibsondunn.com>
**Sent:** Friday, October 22, 2021 10:48 AM
**To:** Ben.Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>
**Cc:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>
**Subject:** Re: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor


Ben:


To follow up on our discussions about disclosing the identity of Rule 30(b)(6) witnesses, we propose as follows:


If a party producing a 30(b)(6) witness discloses the identity of the witness at least 14 days in advance of the scheduled deposition, the party taking the deposition has the option to notice the witness for deposition in their individual capacity.  If the party taking the deposition does not notice the witness in their individual capacity within 5 days of the disclosure, the party taking the deposition will not have the opportunity to later take the witness's individual deposition absent good cause.

Because the next deposition is scheduled to take place in fewer than 14 days, if Plaintiffs agree to our proposal, we would not object to Plaintiffs moving the October 28 deposition in order to fit within the scope of Apple's proposal.  Thanks.

**Jason C. Lo**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7153 • Fax +1 213.229.6153
JLo@gibsondunn.com • www.gibsondunn.com

---

**From:** Ben.Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>
**Sent:** Tuesday, October 19, 2021 22:09
**To:** Lo, Jason
**Cc:** McDermott, Shannon C.; Daniel.Hughes; Joe.Re; Steve.Jensen; Perry.Oldham; Stephen.Larson; Adam.Powell; Mark.Kachner; Masimo.Apple; *** Apple-Masimo; Lerner, Joshua H.; Lyon, H. Mark; Buroker, Brian M.; Samplin, Ilissa; Kaounis, Angelique; Andrea, Brian; Rosenthal, Brian A.
**Subject:** Re: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

 **[WARNING: External Email]**

Jason,

I can talk then

Ben

**Ben Katzenellenbogen**

949-721-6374 **Direct**

**Knobbe Martens**

18

On Oct 19, 2021, at 9:50 PM, Lo, Jason <JLo@gibsondunn.com> wrote:

Hi Ben:

If you are available at 1 PT tomorrow, I will send a dial-in.  Thanks.

**Jason C. Lo**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7153 • Fax +1 213.229.6153
JLo@gibsondunn.com • www.gibsondunn.com

---

**From:** Ben.Katzenellenbogen <Ben.Katzenellenbogen@knobbe.com>
**Sent:** Tuesday, October 19, 2021 17:13
**To:** Lo, Jason; McDermott, Shannon C.; Daniel.Hughes; Joe.Re; Steve.Jensen; Perry.Oldham; Stephen.Larson; Adam.Powell; Mark.Kachner; Masimo.Apple
**Cc:** *** Apple-Masimo; Lerner, Joshua H.; Lyon, H. Mark; Buroker, Brian M.; Samplin, Ilissa; Kaounis, Angelique; Andrea, Brian; Rosenthal, Brian A.
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

 [WARNING: External Email]

Jason,

We appreciate your email below.

19

During the meet-and-confer, Plaintiffs confirmed we were offering to prepare witnesses to testify about the subject matter set forth in Plaintiffs' responses.  We did not understand Apple as having any concerns about the proposed scope.  If you would like to discuss further, I am available tomorrow.  Let me know what time(s) work for you.

With regard to disclosing the identities of witnesses, we suggested the parties discuss a generally applicable timeframe.  Apple initially rejected the idea, but later invited Plaintiffs to make a proposal.  Would Apple agree that the parties will disclose the names of Rule 30(b)(6) witness designees at least one week prior to scheduled depositions, with the understanding that, if additional or revised 30(b)(6) topics are served between the designation and the deposition (or other extenuating circumstances arise), a party may need to amend the topics on which a witness is designated?

Thanks,

Ben

**Ben Katzenellenbogen**

949-721-6374 Direct

**Knobbe Martens**

**From:** Lo, Jason <JLo@gibsondunn.com>
**Sent:** Monday, October 18, 2021 7:33 PM
**To:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Subject:** Re: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

Ben:

Following up on our short discussion this evening, it was our understanding that Plaintiffs are not
using its objections (other than for privilege and work product) to further limit the topics beyond
Plaintiffs' affirmative description of the scope of the topic (e.g., for Topic No. 4, "Plaintiffs will
provide one or more witnesses to testify regarding the location(s) where the documents sent by
or received by Marcelo Lamego and Michael O'Reilly are stored or were stored.").

But focusing on these descriptions vis-a-vis the actual topics, we do have a few additional
questions.  Please let me know if you are available on Wednesday to discuss by phone.  Thank
you.

**Jason C. Lo**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7153 • Fax +1 213.229.6153
JLo@gibsondunn.com • www.gibsondunn.com

---

**From:** McDermott, Shannon C.
**Sent:** Monday, October 18, 2021 6:56
**To:** Daniel.Hughes; Joe.Re; Steve.Jensen; Perry.Oldham; Stephen.Larson; Adam.Powell;
Mark.Kachner; Masimo.Apple
**Cc:** *** Apple-Masimo; Lerner, Joshua H.; Lyon, H. Mark; Buroker, Brian M.; Samplin, Ilissa;
Kaounis, Angelique; Andrea, Brian; Rosenthal, Brian A.
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of
Deposition of Masimo and Cercacor

Hi Daniel,

We write in follow up to our meet and confer regarding Apple's 30(b)(6) deposition notice.

In response to Plaintiffs' objections from September 24, we asked whether Plaintiffs intend on narrowing the deposition topics based on those objections.  You stated that Plaintiffs are not limiting the scope of the topics through those objections, other than objections based on privilege or work product.  Thus, the parties agree both Masimo and Cercacor will designate a witness to testify on the full scope of the topics included in the deposition notice.

We also asked you to identify the witnesses that will appear for Masimo on October 28 and Cercacor on November 3.  You refused to identify either witness.  Please provide Apple the names of the witnesses as soon as you are able to.

Thanks,

Shannon

**Shannon C. McDermott**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.235.4099 • Fax +1 202.831.6119
SMcDermott@gibsondunn.com • www.gibsondunn.com

---

**From:** McDermott, Shannon C.
**Sent:** Tuesday, October 12, 2021 11:42 PM
**To:** Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

Hi Daniel,

We do not know whether the depositions will be remote or live in part because we do not know who or where the witnesses are, and therefore whether there are any indoor mask restrictions.

Please use the following dial in tomorrow at 10 am PST:

Dial-in: 866-747-5969

Participant code: 202-955-8223

Best,

Shannon

**Shannon C. McDermott**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.235.4099 • Fax +1 202.831.6119
SMcDermott@gibsondunn.com • www.gibsondunn.com

---

**From:** Daniel.Hughes <Daniel.Hughes@knobbe.com>
**Sent:** Tuesday, October 12, 2021 9:45 PM
**To:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

[WARNING: External Email]

Hi Shannon,

We are available at 10 AM PST Wednesday.  Please circulate a dial-in number.

Please confirm whether Apple will take the depositions remotely or in person.

At the meet and confer, we should also discuss agreeing on how far in advance of 30(b)(6) depositions the parties will identify the names of the designated witness(es).

Thanks,

Daniel

**Daniel Hughes**

Partner

858-707-4208 **Direct**

**Knobbe Martens**

---

**From:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>
**Sent:** Monday, October 11, 2021 4:16 PM
**To:** Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

24

Hi Daniel,

We write to conduct a meet and confer to discuss Plaintiffs' objections to Apple's 30(b)(6) notice.  Specifically, we want to confirm whether Plaintiffs intend to limit the deposition topics or withhold information based on the objections.   We are free to discuss this Wednesday before 11 am PT.  Please let us know when you are available.

Finally, please identify the names of the witnesses who are testifying for both Masimo and Cercacor.

Best,

Shannon


**Shannon C. McDermott**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.235.4099 • Fax +1 202.831.6119
SMcDermott@gibsondunn.com • www.gibsondunn.com

---

**From:** Daniel.Hughes <Daniel.Hughes@knobbe.com>
**Sent:** Friday, September 24, 2021 10:41 PM
**To:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Lerner, Joshua H. <JLerner@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; Andrea, Brian <BAndrea@gibsondunn.com>; Rosenthal, Brian A. <BRosenthal@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor


[WARNING: External Email]

Dear Shannon,

Please find attached Masimo's objections to Apple's Second 30(b)(6) Deposition Notice.  Subject to our objections, Masimo will provide a witness to testify on October 28, 2021.  Cercacor will provide a witness to testify on November 2, 2021.

Please let us know if Apple intends to take these depositions remotely or in person.

Thanks,

Daniel

**Daniel Hughes**

Partner

858-707-4208 **Direct**

**Knobbe Martens**

---

**From:** Daniel.Hughes
**Sent:** Monday, September 20, 2021 6:49 PM
**To:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

Dear Shannon,

I never **stated** that Apple proposed the parties can serve multiple 30(b)(6) notices. However, Apple has served more than one 30(b)(6) notice.  Accordingly, as my email below specifically states, we were surprised that Apple maintained its position that the parties "should serve only a *single* 30(b)(6) notice."  My email explained that *Masimo* would agree the parties can serve multiple 30(b)(6) notices.  Based on your email below, we understand Apple has rejected our proposal.

We also did not refuse to provide objections or designate a witness, so we do not understand your suggestion to the contrary.  Plaintiffs had not yet served objections or designated a witness because Apple has continued to take contradictory positions regarding the appropriateness of multiple 30(b)(6) deposition notices.  Now that we have Apple's position, we will serve objections, designate a witness or witnesses, and provide their availability this week.  We note Apple waited nearly a month to request a meet and confer despite the Federal Rules requiring Apple do so "[b]efore or promptly after" serving the notice.  Apple also did not provide a witness on Masimo's court-ordered 30(b)(6) deposition until over a month after the noticed date.

Thanks,

Daniel

**Daniel Hughes**

Partner

858-707-4208 **Direct**

**Knobbe Martens**

---

**From:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>
**Sent:** Friday, September 17, 2021 6:49 PM
**To:** Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

Daniel,

We did not propose an agreement that "the parties can serve multiple 30(b)(6) notices," and you know that.

Plaintiffs take the position that each party may serve multiple Rule 30(b)(6) notices, and Plaintiffs will not agree to serve only a single Rule 30(b)(6) notice. Given these positions, there was - and is - no basis for Plaintiffs to not serve objections or to not put up a witness in response to Apple's notice. Please serve any objections immediately or we will deem them waived. And please identify the witness Plaintiffs will offer for deposition on September 22.

Thanks,

**Shannon C. McDermott\***

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.235.4099 • Fax +1 202.831.6119
SMcDermott@gibsondunn.com • www.gibsondunn.com

 *Admitted only in Minnesota; practicing under the supervision of members of the District of Columbia bar.

---

**From:** Daniel.Hughes <Daniel.Hughes@knobbe.com>
**Sent:** Friday, September 17, 2021 7:30 PM
**To:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

[WARNING: External Email]

Hi Shannon,

Masimo continues to believe the parties should agree that each party can serve multiple 30(b)(6) notices. Because Apple has now served multiple 30(b)(6) notices, we were surprised when Apple maintained that the parties should serve only a single 30(b)(6) notice. Masimo is willing to agree that the parties can serve multiple 30(b)(6) notices, but cannot agree in advance to limit itself to a single non-court ordered notice. With that in mind, Masimo will designate a witness if Apple wishes to proceed on its Second Notice of Deposition of Masimo Corp. and Cercacor Labs. However, absent an agreement, Masimo may object to any additional 30(b)(6) testimony as inconsistent with Apple's position that the parties should serve only a single 30(b)(6) notice.

Please let us know if Apple wishes to proceed with the noticed deposition.  If so, Masimo will
serve any objections it has, designate a witness, and provide times when the witness is available.


Thanks,

Daniel




**Daniel Hughes**

Partner

858-707-4208 **Direct**

**Knobbe Martens**




---

**From:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>
**Sent:** Friday, September 17, 2021 1:18 PM
**To:** Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>;
Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>;
Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>;
Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of
Deposition of Masimo and Cercacor


Hi Daniel,


We have not received a response to the email below.  Please provide Plaintiffs' position today.


Best,

Shannon

Shannon C. McDermott*

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.235.4099 • Fax +1 202.831.6119
SMcDermott@gibsondunn.com • www.gibsondunn.com

 *Admitted only in Minnesota; practicing under the supervision of members of the District of Columbia bar.

---

**From:** McDermott, Shannon C.
**Sent:** Thursday, September 16, 2021 7:08 PM
**To:** Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

Hi Daniel,

Thank you for discussing this issue with us yesterday on September 15.  During the call, Apple proposed that going forward each party serve a single 30(b)(6) notice.  Under this proposal, Apple would no longer pursue the deposition on September 22, and instead include the previously-served topics in its single 30(b)(6) notice to be served later on.  You agreed to provide Plaintiffs' position on this proposal upon conferring with your team.  Please provide Plaintiffs' position promptly, and if Plaintiffs do not agree to this proposal, please confirm that Plaintiffs will produce a knowledgeable witness next Wednesday.

Best,

Shannon C. McDermott*

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.235.4099 • Fax +1 202.831.6119
SMcDermott@gibsondunn.com • www.gibsondunn.com

 *Admitted only in Minnesota; practicing under the supervision of members of the District of Columbia bar.

---

**From:** McDermott, Shannon C.
**Sent:** Tuesday, September 14, 2021 2:25 PM

**To:** Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

Hi Daniel,

We will discuss this matter with you tomorrow at 1:30 PST.  Please use the following dial in:

Dial-in: 866-747-5969

Participant code: 202-955-8223

Best,

Shannon

**Shannon C. McDermott***

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.235.4099 • Fax +1 202.831.6119
SMcDermott@gibsondunn.com • www.gibsondunn.com

 *Admitted only in Minnesota; practicing under the supervision of members of the District of Columbia bar.

---

**From:** Daniel.Hughes <Daniel.Hughes@knobbe.com>
**Sent:** Tuesday, September 14, 2021 12:36 PM
**To:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple

<Masimo.Apple@knobbe.com>
**Cc:** \*\*\* Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of
Deposition of Masimo and Cercacor

**[WARNING: External Email]**

Hi Shannon,

We are available at 1:30 PST tomorrow.  Please circulate a dial-in number.

Thanks,

**Daniel Hughes**

Partner

858-707-4208 **Direct**

**Knobbe Martens**

---

**From:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>
**Sent:** Tuesday, September 14, 2021 5:09 AM
**To:** Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>;
Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>;
Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>;
Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** \*\*\* Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of
Deposition of Masimo and Cercacor

Hi Daniel,

We are available to meet and confer between 11:00 – 2:00 PST on Wednesday, September 15.  Please let us know when works for you in that time frame.

Best,

Shannon

**Shannon C. McDermott\***

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.235.4099 • Fax +1 202.831.6119
SMcDermott@gibsondunn.com • www.gibsondunn.com

 \*Admitted only in Minnesota; practicing under the supervision of members of the District of Columbia bar.

---

**From:** Daniel.Hughes <Daniel.Hughes@knobbe.com>
**Sent:** Monday, September 13, 2021 9:46 PM
**To:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** \*\*\* Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

**[WARNING: External Email]**

Hi Shannon,

F.R.C.P. 30(b)(6) requires that the parties meet and confer "before or promptly after the notice or subpoena is served," not after Plaintiffs' serve objections.  Further, Apple has taken seemingly contradictory positions regarding both the number and scope of 30(b)(6) depositions.  Thus, Masimo prefers to meet with Apple first to better understand Apple's positions before serving objections.

Please propose a time within 10:00-12:00 PST tomorrow and circulate a dial-in number.


Thanks,

Daniel


**From:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>
**Sent:** Monday, September 13, 2021 5:27 PM
**To:** Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham <Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor


Hi Daniel,


We have not received a response regarding Plaintiffs' objections to the Notice, which we served on Plaintiffs over a month ago on August 9.  Please let us know when Plaintiffs anticipate providing their objections so we are able to have a proper meet and confer before the noticed date of September 22.


Best,

Shannon


**Shannon C. McDermott\***

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.235.4099 • Fax +1 202.831.6119
SMcDermott@gibsondunn.com • www.gibsondunn.com

 \*Admitted only in Minnesota; practicing under the supervision of members of the District of Columbia bar.

**From:** McDermott, Shannon C.
**Sent:** Sunday, September 12, 2021 10:30 AM
**To:** Daniel.Hughes <Daniel.Hughes@knobbe.com>; Joe.Re <Joe.Re@knobbe.com>;
Steve.Jensen <Steve.Jensen@knobbe.com>; Perry Oldham <Perry.Oldham@knobbe.com>;
Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>;
Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of
Deposition of Masimo and Cercacor

Hi Daniel,

Thank you for your willingness to meet and confer.  However, we would like to receive
Plaintiffs' objections to the Notice, or confirmation that they have no objections, prior to meeting
and conferring, so that we can be prepared to have a proper meet and confer.  Please let us know
when Plaintiffs anticipate providing their objections or confirm Plaintiffs do not object.

Best,

Shannon

**Shannon C. McDermott***

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.235.4099 • Fax +1 202.831.6119
SMcDermott@gibsondunn.com • www.gibsondunn.com

 *Admitted only in Minnesota; practicing under the supervision of members of the District of Columbia bar.

**From:** Daniel.Hughes <Daniel.Hughes@knobbe.com>
**Sent:** Friday, September 10, 2021 7:15 PM
**To:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>; Joe.Re
<Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham
<Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell
<Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple
<Masimo.Apple@knobbe.com>

**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of
Deposition of Masimo and Cercacor

**[WARNING: External Email]**

Hi Shannon,

We are available to meet and confer anytime from 9:00-2:00 PST on Monday, September 13,
2020.  Please propose a time within that range and circulate a dial-in number.

Best,

Daniel

**Daniel Hughes**

Partner

858-707-4208 **Direct**

**Knobbe Martens**

**From:** McDermott, Shannon C. <SMcDermott@gibsondunn.com>
**Sent:** Friday, September 10, 2021 5:54 AM
**To:** Joe.Re <Joe.Re@knobbe.com>; Steve.Jensen <Steve.Jensen@knobbe.com>; Perry.Oldham
<Perry.Oldham@knobbe.com>; Stephen.Larson <Stephen.Larson@knobbe.com>; Adam.Powell
<Adam.Powell@knobbe.com>; Mark.Kachner <Mark.Kachner@knobbe.com>; Masimo.Apple
<Masimo.Apple@knobbe.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of
Deposition of Masimo and Cercacor

Counsel,

We have not received a response to the below email.  Please let us know when you are available
to meet and confer on this issue.

Best,

Shannon

**Shannon C. McDermott\***

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.235.4099 • Fax +1 202.831.6119
SMcDermott@gibsondunn.com • www.gibsondunn.com

 \*Admitted only in Minnesota; practicing under the supervision of members of the District of Columbia bar.

---

**From:** McDermott, Shannon C.
**Sent:** Friday, September 3, 2021 12:36 PM
**To:** Joseph R. Re - Knobbe Martens (joe.re@knobbe.com) <joe.re@knobbe.com>; Steve Jensen
- Knobbe Martens (steve.jensen@knobbe.com) <steve.jensen@knobbe.com>; Perry Oldham -
Knobbe Martens (perry.oldham@knobbe.com) <perry.oldham@knobbe.com>; Stephen W.
Larson - Knobbe Martens (stephen.larson@knobbe.com) <stephen.larson@knobbe.com>; Adam
Powell - Knobbe Martens (adam.powell@knobbe.com) <adam.powell@knobbe.com>; Mark
Kachner (mark.kachner@knobbe.com) <mark.kachner@knobbe.com>;
Masimo.Apple@knobbe.com
**Cc:** \*\*\* Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of
Deposition of Masimo and Cercacor

Counsel,

On August 9, Apple served a 30(b)(6) notice on Masimo and noticed the deposition for
September 22.  We are reaching out to arrange a meet and confer to confirm you have no
objections to the date, location, or topics listed.  Please let us know when you are available to
discuss next week.

Best,

Shannon

**Shannon C. McDermott***

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.235.4099 • Fax +1 202.831.6119
SMcDermott@gibsondunn.com • www.gibsondunn.com

 *Admitted only in Minnesota; practicing under the supervision of members of the District of Columbia bar.

---

**From:** Morgan, Tracy A.
**Sent:** Monday, August 9, 2021 4:49 PM
**To:** Joseph R. Re - Knobbe Martens (joe.re@knobbe.com) <joe.re@knobbe.com>; Steve Jensen - Knobbe Martens (steve.jensen@knobbe.com) <steve.jensen@knobbe.com>; Perry Oldham - Knobbe Martens (perry.oldham@knobbe.com) <perry.oldham@knobbe.com>; Stephen W. Larson - Knobbe Martens (stephen.larson@knobbe.com) <stephen.larson@knobbe.com>; Adam Powell - Knobbe Martens (adam.powell@knobbe.com) <adam.powell@knobbe.com>; Mark Kachner (mark.kachner@knobbe.com) <mark.kachner@knobbe.com>; Masimo.Apple@knobbe.com
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Subject:** Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Apple's Second Notice of Deposition of Masimo and Cercacor

Counsel,

Please find attached your electronic service copy of the following document:

DEFENDANT APPLE INC.'S SECOND NOTICE OF DEPOSITION OF MASIMO CORP. AND CERCACOR LABS., INC. UNDER FRCP 30(B)(6)

**Tracy A. Morgan, CP**
Certified Paralegal

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
3161 Michelson Drive, Irvine, CA 92612-4412
Tel +1 949.451.4186 • Fax +1 949.475.4686
TMorgan2@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and
privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the
intended recipient. Any review, disclosure, distribution by others or forwarding without express
permission is strictly prohibited. If it has been sent to you in error, please reply to advise the
sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm
and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and
privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the
intended recipient. Any review, disclosure, distribution by others or forwarding without express
permission is strictly prohibited. If it has been sent to you in error, please reply to advise the
sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm
and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and
privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the
intended recipient. Any review, disclosure, distribution by others or forwarding without express
permission is strictly prohibited. If it has been sent to you in error, please reply to advise the
sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm
and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.