# EXHIBIT Z

| | |
|---|---|
| **From:** | Passamaneck, Nora Q.E. |
| **Sent:** | Friday, January 14, 2022 8:26 PM |
| **To:** | Adam.Powell; Selwyn, Mark |
| **Cc:** | WH Apple-Masimo Service List; *** Apple-Masimo; Masimo.Apple; Parker, Kenneth G. |
| **Subject:** | RE: Masimo v. Apple DCT:  deadlines for oppositions on motions to compel |

Adam,

Plaintiffs previously proposed a five-month extension of the schedule before filing its motion, then proposed an eight-month extension in its motion, and now seeks agreement on a six-month extension.  We do not understand why Plaintiffs think that they may, after over a year of discovery and more than six hundred RFPs, seek substantial amounts of new discovery and identify numerous new ESI custodians.  Plaintiffs should have done so long ago.  However, recognizing that both parties have additional discovery to complete, including numerous depositions, Apple would agree to a three-month extension on fact discovery so long as (1) the parties agree that they will identify no additional ESI custodians (and in any event Apple does not believe Plaintiffs are entitled to identify additional custodians at this time); (2) the parties complete all document production by the current March 7 deadline for fact discovery; (3) all motions to compel regarding document production be filed no later than February 1, so that any disputes can be ruled upon by the current March 7 deadline for fact discovery; and (4) Plaintiffs serve a Rule 30(b)(6) notice at least one month before any Apple depositions are scheduled.  We believe these conditions will allow the parties to use the next six months efficiently and ensure that discovery is focused on the issues in this case.

As for your suggestion for expedited briefing, the time for such discussion was before Plaintiffs filed their motion.  Or course, Plaintiffs are welcome to forego filing a reply, which would mean the Court has all relevant briefing when Apple files its Opposition on Tuesday (Monday is a federal holiday).

Regards,

Nora

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Wednesday, January 12, 2022 11:14 AM
**To:** Selwyn, Mark <Mark.Selwyn@wilmerhale.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Parker, Kenneth G. <KParker@gibsondunn.com>
**Subject:** RE: Masimo v. Apple DCT: deadlines for oppositions on motions to compel

**EXTERNAL SENDER**

Mark,

Thank you for sending us Apple's proposal and discussing it with us yesterday.  Masimo continues to believe that an eight-month extension for fact discovery is appropriate for the reasons described in our motion.  To avoid burdening the Court, however, we would be willing to compromise on a six-month extension for fact discovery.  Because Apple appears to want more time later in the process for summary judgment motions, we would be willing to extend trial by seven months instead of six if you want.  The parties should also discuss a briefing schedule on summary judgment motions for

planning purposes.  We suggest the same time that the parties recently adopted for Apple's pending MSJ (four weeks for oppositions and two weeks for replies).

Finally, Apple's January 7 filing states that Apple favors a "faster briefing schedule" if the parties cannot reach an agreement on the schedule.  Please let us know what you had in mind.  We would be willing to shorten the time for opposition and reply so that Apple's opposition is due January 14 and Masimo's reply is due January 19, even though Masimo's time to reply would fall over the weekend.  We also suggest the parties inform the Court it can decide the issue anytime without a hearing.

Please let us know Apple's position as soon as possible.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245  Direct
**Knobbe Martens**

**Adam Powell**
Partner
858-707-4245  Direct
**Knobbe Martens**

**From:** Selwyn, Mark <Mark.Selwyn@wilmerhale.com>
**Sent:** Tuesday, January 11, 2022 12:17 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Parker, Kenneth G. <KParker@gibsondunn.com>
**Subject:** RE: Masimo v. Apple DCT: deadlines for oppositions on motions to compel

Adam:

Although we agree that trial should be moved by approximately five months, we believe that fact discovery can be completed by mid-May 2022 as shown below.  We available today at 3:30pm PT to discuss.

| Event | Current Schedule | Masimo's Proposed Schedule | Apple's Proposed Schedule |
|---|---|---|---|
| Non-Expert Discovery Cut-Off | 3/7/2022 | 8/8/2022 | 5/19/22 |
| Opening Expert Reports | 5/9/2022 | 10/10/2022 | 7/22/22 |
| Rebuttal Expert Reports | 6/20/2022 | 11/21/2022 | 9/16/22 |
| Expert Discovery Cut-Off | 8/8/2022 | 1/9/2022 | 11/18/22 |
| Law and Motion – Motions Filed No Later Than | 9/12/2022 | 2/13/2022 | 1/9/23 |
| Law and Motion Cut-Off | 10/11/2022 | 3/13/2023 | 2/13/23 |

| Deadline To File Motions In Limine | 10/17/2022 | 3/20/2023 | 3/28/23 (6 weeks before trial) |
| Deadline To File Pretrial Documents | 11/7/2022 | 4/10/2023 | 4/10/23 (same as Masimo proposal) |
| Final Pretrial Conference | 11/21/2022 | 4/24/2023 | 4/24/23 (same as Masimo proposal) |
| Jury Trial | 12/6/2022 | 5/9/2023 | 5/9/23 (same as Masimo proposal) |

Mark

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Tuesday, January 11, 2022 11:53 AM
**To:** Parker, Kenneth G. <KParker@gibsondunn.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Subject:** RE: Masimo v. Apple DCT: deadlines for oppositions on motions to compel

**EXTERNAL SENDER**

Ken,

During our brief call on Friday, you indicated that you hoped to provide Apple's position on Friday or over the weekend. We did not hear from you over the weekend or on Monday, leaving us with no choice but to file a motion to modify the schedule. As we noted in our *ex parte* application, we remain available to discuss this issue to see if we can reach an agreement. Please let us know when Apple has finalized its position and is prepared to talk.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct
**Knobbe Martens**

**From:** Adam.Powell
**Sent:** Friday, January 7, 2022 8:43 AM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo v. Apple DCT: deadlines for oppositions on motions to compel

Nora,

We still have not received Apple's position or even a time that Apple is available to meet despite Apple telling us it would meet and confer with us this week. If we do not hear from you soon, we will apply *ex parte* for relief from Local Rule 7-3.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Thursday, January 6, 2022 10:52 AM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo v. Apple DCT: deadlines for oppositions on motions to compel

Nora,

We disagree with Apple's position that it may decline to respond to Masimo emails because of its "shutdown," while simultaneously pushing Masimo on other issues. It has now been almost two weeks since Apple requested (and we provided) Masimo's position on this issue. Apple told us that it would meet and confer with us this week. We expect Apple to respond today with its position in writing along with the times that it is available to meet and confer tomorrow.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Wednesday, January 5, 2022 3:42 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple DCT: deadlines for oppositions on motions to compel

Adam,

As we have told you, Apple's holiday shutdown lasted through and including Monday, January 3. We expect to be in a position to meet and confer with you this week, and will follow up with specific suggested times.

Regards,
Nora

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Tuesday, January 4, 2022 4:29 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple DCT: deadlines for oppositions on motions to compel

**EXTERNAL SENDER**

Nora,

We have not received a response despite requesting a meet and confer more than a week ago. Please let us know when you are available.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

**From:** Adam.Powell
**Sent:** Monday, January 3, 2022 3:00 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple DCT: deadlines for oppositions on motions to compel

Nora,

Thanks for your email. We disagree with Apple's position on this issue, as well as its reference to Logan's email. Logan was responding to **Apple's** request to defer Masimo's meet and confer on privilege logs until the week of January 3. In agreeing to Apple's request, Logan suggested the parties also discuss Apple's similar request to meet and confer on privilege logs at the same time.

Regardless, we understand Apple is representing it is unable to discuss this issue with us before Tuesday. Please let us know a date and time when you are available.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Thursday, December 30, 2021 2:19 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>

5

**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple DCT: deadlines for oppositions on motions to compel

Adam,

You have now made conflicting demands for a meet-and-confer.  You previously asserted that Plaintiffs required Apple's position "at least 24 hours in advance of the meeting" so that the parties "can have a productive meet and confer."  Yet you now demand that we meet-and-confer on January 3, even though we have previously told you that Apple is shutdown through January 3, returning January 4.  That Apple is not available this week should come as little surprise – Plaintiffs have put off a meet-and-confer on privilege logs until next week when members of your team will be back from the holidays.  *See* Logan Young December 30 email.  We will confer with our client as soon as reasonably possible in light of the holidays and will propose a time to meet-and-confer next week.

Regards,
Nora

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Thursday, December 30, 2021 11:25 AM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple DCT: deadlines for oppositions on motions to compel

**EXTERNAL SENDER**

Nora,

Apple requested that Masimo provide its position on the schedule on December 27.  We did so that same day.  Apple now states it cannot respond or meet with us for at least a week.  Since Apple is unwilling to meet with us this week, please confirm a time that you are available to meet with us on January 3 so that any necessary motion practice can proceed expeditiously.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245  Direct
**Knobbe Martens**

---

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Wednesday, December 29, 2021 4:17 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple DCT: deadlines for oppositions on motions to compel

Adam,

Thank you for providing Plaintiffs' proposal.  Due to the holidays and Apple's week-long shutdown, we will not be able to respond "by the close of business today."  We expect to be in a position to meet and confer with you next week.

Best regards,
Nora

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Wednesday, December 29, 2021 12:03 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple DCT: deadlines for oppositions on motions to compel

**EXTERNAL SENDER**

Nora,

We disagree with Apple's perspective, but note that Apple seeks further document discovery and claims there are numerous remaining disputes to be resolved.

My prior email proposed "a five-month extension of time."  Below is a chart applying that timing with potential dates.  Masimo reserves the right to request different dates in any motion practice on the schedule.

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Non-Expert Discovery Cut-Off | 3/7/2022 | 8/8/2022 |
| Opening Expert Reports | 5/9/2022 | 10/10/2022 |
| Rebuttal Expert Reports | 6/20/2022 | 11/21/2022 |
| Expert Discovery Cut-Off | 8/8/2022 | 1/9/2022 |
| Law and Motion – Motions Filed No Later Than | 9/12/2022 | 2/13/2022 |
| Law and Motion Cut-Off | 10/11/2022 | 3/13/2023 |
| Deadline To File Motions In Limine | 10/17/2022 | 3/20/2023 |
| Deadline To File Pretrial Documents | 11/7/2022 | 4/10/2023 |
| Final Pretrial Conference | 11/21/2022 | 4/24/2023 |
| Jury Trial | 12/6/2022 | 5/9/2023 |

Please provide Apple's position by the close of business today and let us know when you are available to meet and confer tomorrow.

Best regards,
Adam

**Adam Powell**

Partner

858-707-4245 **Direct**

# Knobbe Martens

---

**From:** Passameneck, Nora Q.E. <Nora.Passameneck@wilmerhale.com>
**Sent:** Wednesday, December 29, 2021 8:01 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple DCT: deadlines for oppositions on motions to compel

Adam,

Plaintiffs complain that Apple has somehow caused delay and produced only recently almost 2 million pages of documents, yet Plaintiffs have produced well over 2.9 million pages, and inexplicably have delayed in producing the simplest of collections (e.g., we received Mr. Lamego's deposition transcripts just last week, after numerous requests). Further, as described in Apple's most recent motions to compel, Plaintiffs have failed to provide Apple crucial discovery regarding the purported trade secrets at issue and damages Plaintiffs seek. Moreover, certain of the deadlines (such as that for non-email ESI) are the result of Plaintiff raising issues very late in discovery and then, even after raising them, inexplicably delaying filing motions.

Please provide Plaintiffs' proposed changes to the schedule up to and including trial so that we can evaluate precisely what Plaintiffs are proposing.

Thank you,
Nora

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Monday, December 27, 2021 5:28 PM
**To:** Passameneck, Nora Q.E. <Nora.Passameneck@wilmerhale.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple DCT: deadlines for oppositions on motions to compel

**EXTERNAL SENDER**

Nora,

Thank you for confirming the parties agreement on the schedule for briefing Masimo's 12/22 motion to compel and Apple's 12/23 motion to compel.

As for the overall schedule, we never expressed a "desire" to extend the schedule. Instead, we explained that the numerous and lengthy extensions obtained by Apple had a cumulative effect of making the current schedule untenable, and that Apple's position on the overall schedule left us with no choice but to decline further extensions that we would normally provide. The current fact discovery cutoff is March 7, 2022. Dkt. 468 at 5. Apple recently produced almost 2 million pages of documents that Masimo needs to review in order to complete depositions. Apple has also successfully obtained numerous extensions of time to provide discovery ordered by the Special Master, including lengthy extensions to produce documents not until January. After the parties finish reviewing each other's productions, the parties intend

8

to take more than 20 depositions each.  Based on prior experience in this case, we also expect the parties will continue having a significant number of disputes that all take time to resolve.

Accordingly, we do not believe the current schedule is feasible.  We suggest that a five-month extension of time would hopefully be sufficient to complete fact discovery in an orderly fashion.  Please let us know when Apple is available this week for a conference of counsel to discuss the schedule and, if necessary, a motion to adjust the schedule.  So that we can have a productive meet and confer, please provide Apple's position on our request at least 24 hours in advance of the meeting.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Monday, December 27, 2021 2:20 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple DCT: deadlines for oppositions on motions to compel

Adam,

We understand that Plaintiffs agree to a reciprocal extension for both motions submitted last week so long as the extension is not used against Plaintiffs on any motion to modify the case schedule.  We agree.  Further, Plaintiffs have now mentioned several times their desire for an extension of the schedule, but have never made any proposal for Apple to consider.  If Plaintiffs have a proposal, please make one.

Thank you,
Nora

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Monday, December 27, 2021 11:24 AM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple DCT: deadlines for oppositions on motions to compel

**EXTERNAL SENDER**

Nora,

Masimo did not refuse Apple's extension "in order to disrupt the personal obligations of [its] own team and [Apple's]."  We have explained many times that one extension alone may not be prejudicial, but the cumulative effect of Apple's many extensions has made the current schedule untenable.

We continue to believe Apple should not be asking for extensions given Apple's position that the schedule cannot change.  However, we will grant this particular request as a professional courtesy in view of the holidays if Apple agrees

9

it will not use this extension against us on any motion to modify the case schedule.  Please let us know by close of business today if Apple agrees.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245 Direct

**Knobbe Martens**

---

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Sunday, December 26, 2021 7:26 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple DCT: deadlines for oppositions on motions to compel

Adam:

We filed our motion because Masimo has refused to provide adequate responses to the interrogatories at issue and to comply with its Rule 26(a)(1) obligations.  Apple's motion obviously has nothing to do with seeking "leverage on a requested extension on a separate issue."

We fail to see how either side would be prejudiced in any way by a reciprocal one-week extension.  Contrary to your e-mail, you obviously do have a choice: you could act professionally and accommodate a reasonable request for a reciprocal extension, or you could refuse in order to disrupt the personal obligations of your own team and ours.  You have chosen the latter.

Regards,
Nora

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Friday, December 24, 2021 5:23 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple DCT: deadlines for oppositions on motions to compel

**EXTERNAL SENDER**

Nora,

We are in receipt of your extension request that you sent at 7:53pm on December 23 demanding a response on Christmas Eve.  Your request seeks an extension for Apple to respond to our December 22 motion in exchange for an extension for Masimo to respond to your December 23 motion.  We disagree with what appears to us to be Apple's tactic of filing a premature motion the evening before Christmas Eve to seek leverage on a requested extension on a separate issue.

As we separately explained to Mr. Parker, Apple has requested many lengthy extensions while simultaneously stating that it will not agree to extend the schedule.  While we would ordinarily grant your request as a professional courtesy in

view of the holidays, Apple has left us no choice but to decline the request at this time.  If Apple changes its position regarding extending the overall case schedule, then we are happy to discuss a reasonable extension on this issue.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245 Direct

**Knobbe Martens**

---

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Thursday, December 23, 2021 7:53 PM
**To:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** Masimo v. Apple DCT: deadlines for oppositions on motions to compel

Counsel,

Apple's opposition to Plaintiffs' Motion to Compel Apple to produce documents responsive to Masimo's Request for Production Nos. 377, 388-395, 413-416, 418, 420-421, 425, 480, 536-537, and 548-553 is currently due December 29, and Plaintiffs' opposition to Apple's Motion to Compel supplementation of Plaintiffs' responses to Apple Interrogatory Nos. 13, 17, and 28 and their initial disclosure regarding computation of damages under FRCP 26 is due December 30.  In light of the holidays, we propose that the parties agree on reciprocal one-week extensions of the deadlines for oppositions.  Please let us know if you agree, and we can notify Judge Guilford.  If we do not hear from you by tomorrow, we will proceed with the default briefing schedule for both motions.

Regards,
Nora


**Nora Q.E. Passamaneck | WilmerHale**
1225 Seventeenth St.
Suite 2600
Denver, CO 80202 USA
+1 720 274 3152 (t)
+1 720 274 3133 (f)
nora.passamaneck@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.


NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.