1  JOSHUA H. LERNER, SBN 220755
      jlerner@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street Suite 3000
3  San Francisco, CA 94105
   Tel.: 415.393.8200 / Fax: 415.393.8306
4
5  H. MARK LYON, SBN 162061
      mlyon@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
7  Palo Alto, CA 94304-1211
   Tel.: 650.849.5300 / Fax: 650.849.5333
8  BRIAN M. BUROKER, *pro hac vice*
      bburoker@gibsondunn.com
9  BRIAN K. ANDREA, *pro hac vice*
      bandrea@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
11 Washington, D.C. 20036
   Tel.: 202.955.8500 / Fax: 202.467.0539
12
13 [Counsel appearance continues on next page]

14 *Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, | CASE NO. 8:20-cv-00048-JVS (JDEx) |
| Plaintiffs, | **ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS REPLY TO PLAINTIFFS' OPPOSITION TO APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THIRTEENTH CAUSE OF ACTION FOR TRADE SECRET MISAPPROPRIATION, OR TO BIFURCATE TRIAL IN THE ALTERNATIVE** |
| v. | |
| APPLE INC., a California corporation, | |
| Defendant. | <u>**Hearing**</u> |
| | Date: February 7, 2022 Time: 1:30pm Courtroom: 10C Judge: Hon. James V. Selna |

BRIAN A. ROSENTHAL, *pro hac vice*
   brosenthal@gibsondunn.com

1

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue

2

New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

3

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com

4

GIBSON, DUNN & CRUTCHER LLP

5

333 South Grand Avenue
Los Angeles, CA 90071-3197

6

Tel.: 213.229.7000 / Fax: 213.229.7520

7

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com

8

GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000

9

Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

10

11

MARK D. SELWYN, SBN 244180

12

  mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING

13

  HALE AND DORR LLP
2600 El Camino Real, Suite 400

14

Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL

CASE NO. 8:20-cv-00048-JVS (JDEX)

1    This matter is before the Court pursuant to Apple's Application to File Under

2    Seal Documents Regarding Apple's Reply To Plaintiffs' Opposition To Apple's

3    Motion for Partial Summary Judgment Or Bifurcation (the "Application") under Local

4    Rule 79-5.2.2.  Having considered the Application and supporting documents, and all

5    other matters properly before the Court, being fully advised on the proceedings, and

6    for compelling reasons appearing:

7

8    IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple

9    shall file under seal its Reply to Plaintiffs' Opposition, and its Reply to Plaintiffs'

10   Statement Of Genuine Disputes of Material Facts.

11

12   **IT IS SO ORDERED.**

13

14   Dated: 1/19/22

15                                                 The Hon. James V. Selna
16                                                 United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28