1
2
3
4
5
6
7
8
9
10
11
12

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER** |

24
25
26
27
28

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Motion to Modify the Protective Order, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal Exhibits 1-5, 7, 19-20, 25-28, 30, 31, 34, 35, 37, 40, 42-49, 54, 59, 65-67 and portions of Masimo's Motion.

DATED: _____          _____

                                                            The Honorable John D. Early
United States Magistrate Judge

54829754