Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**SUPPLEMENTAL DECLARATION OF ADAM B. POWELL IN SUPPORT OF MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>Date:　February 7, 2022<br>Time:　10:00 a.m.<br>Ctrm:　6A<br><br>Discovery Cut-Off:　3/7/2022<br>Pre-Trial Conference:　11/21/2022<br>Trial:　12/6/2022 |

I, Adam B. Powell, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this supplemental declaration and, if called upon as a witness, would testify competently thereto. I submit this Supplemental Declaration in Support of Masimo's Motion for to Modify the Scheduling Order (the "Motion").

2. As of today, the Patent Trials and Appeals Board ("PTAB") has held hearings on eleven of Apple's fifteen petitions for *inter partes review* ("IPR") of patents asserted in this case. The PTAB has scheduled the remaining hearings to occur by February 9, 2022. Based on the statutory requirements, the PTAB should begin issuing Final Written Decisions for the IPRs in early March 2022.

3. Apple's second Rule 30(b)(6) deposition notice included topics on document preservation and collection. Pursuant to that notice, Apple took the deposition of Cercacor Laboratories, Inc. on December 2, 2021, and the deposition of Masimo Corporation on December 8, 2021.

4. On January 18, 2022, Apple told Masimo during a meet and confer that it did not know when it would complete production of "Slack" messages pursuant to the Special Master's order. Masimo agreed to extend Apple's deadline through January 28 and is waiting for Apple to provide further information about the issue. Apple also indicated it would seek discovery from Masimo about "Slack" messages, but has not yet explained exactly what discovery it will be seeking.

5. I am counsel for Masimo and Cercacor in *In re Certain Light-Based Physiological Measurement Devices and Components Thereof*, ITC Inv. No. 337-TA-1276 (the "ITC Investigation"). As of the signing of this Declaration, Apple has noticed six upcoming Masimo depositions and four upcoming third-party depositions in the ITC Investigation. Masimo has noticed eleven upcoming Apple depositions in the ITC Investigation.

6. Attached hereto as **Exhibit 51 [FUS]** is a true and correct copy of an email chain, the last email dated January 24, 2022, from myself to Brian Andrea (counsel for Apple).

7. Attached hereto as **Exhibit 52 [FUS]** is a true and correct copy of an email chain, the last email dated November 24, 2021, from Daniel Hughes (counsel for Masimo) to Brian Andrea.

8. Attached hereto as **Exhibit 53** is a true and correct copy of an email chain, the last email dated January 21, 2022, from Nora Passamaneck (counsel for Apple) to myself.

9. Attached hereto as **Exhibit 54 [FUS]** is a true and correct copy of a December 3, 2021, letter from myself to Brian Andrea.

10. Attached hereto as **Exhibit 55** is a true and correct copy of a May 21, 2021, letter from Ilissa Samplin (counsel for Apple) to Cheryl Burgess (counsel for Masimo) and Alan Laquer (counsel for Masimo).

11. Attached hereto as **Exhibit 56** is a true and correct copy of Masimo's September 24, 2021, Objections and Responses to Apple's second notice of deposition of Masimo Corporation and Cercacor Laboratories, Inc.

12. Attached hereto as **Exhibit 57** is a true and correct copy of a November 29, 2021, email from Daniel Hughes to Kenneth Parker (counsel for Apple).

13. Attached hereto as **Exhibit 58 [FUS]** is a true and correct copy of a compilation of Masimo's Notices of Deposition served on November 18, 2020, April 19, 2021, and May 13, 2021.

14. Attached hereto as **Exhibit 59 [FUS]** is a true and correct copy of an email chain, the last email dated December 30, 2021, from myself to Brian Andrea.

15. Attached hereto as **Exhibit 60** is a true and correct copy of Maxell, Ltd.'s Motion for Sanctions filed in Maxell, Ltd. v. Apple, Inc., Case No. 5:19-cv-00036-RWS (Dkt. 221).

16. Attached hereto as **Exhibit 61** is a true and correct copy of an excerpt of the transcript from the June 03, 2021, Hearing regarding Masimo's Motion to Compel.

17. Attached hereto as **Exhibit 62 [FUS]** is a true and correct copy of Masimo's December 22, 2021, Motion to Compel.

18. Attached hereto as **Exhibit 63** is a true and correct copy of an excerpt of the transcript from the May 20, 2021, Hearing regarding Masimo's Motion to Compel.

19. Attached hereto as **Exhibit 64 [FUS]** is a true and correct copy Apple's Fifteenth Set of Requests For Production Of Documents (Nos. 346-357).

20. Attached hereto as **Exhibit 65 [FUS]** is a true and correct copy of an email chain, the last email dated March 9, 2021, from myself to Brian Andrea.

21. Attached hereto as **Exhibit 66** is a true and correct copy of an excerpt of the transcript from the June 17, 2021, Hearing regarding Masimo's Motion to Compel.

22. Attached hereto as **Exhibit 67 [FUS]** is a true and correct copy of Masimo's July 12, 2021 Notice of Deposition of Apple, Inc.

23. Attached hereto as **Exhibit 68** is a true and correct copy of Apple's August 9, 2021, Notice of Deposition of Masimo.

24. Attached hereto as **Exhibit 69 [FUS]** is a true and correct copy of an email chain, the last email dated January 19, 2022, from Nora Passamaneck to Daniel Hughes.

25. Attached hereto as **Exhibit 70 [FUS]** is a true and correct copy of Apple's December 23, 2021, Motion to Compel.

26. Attached hereto as **Exhibit 71 [FUS]** is a true and correct copy of a January 7, 2022, letter from Jason Lo (counsel for Apple) to Daniel Hughes.

27. Attached hereto as **Exhibit 72 [FUS]** is a true and correct copy of a January 19, 2022, letter from Mark Kachner (counsel for Masimo) to Angelique Kaounis (counsel for Apple).

28. Attached hereto as **Exhibit 73** is a true and correct copy of an email chain, the last email dated January 12, 2022, from myself to Mark Selwyn (counsel for Apple).

29. Attached hereto as **Exhibit 74** is a true and correct copy of a printout of the New York Times Coronavirus case tracking web page as of January 23, 2022, located at https://www.nytimes.com/interactive/2021/us/california-covid-cases.html.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on January 24, 2022, at Encinitas, California.

                 */s/ Adam B. Powell*
                 Adam B. Powell

54941784