1

2

3

4

5

6

7

8

9

10

11

12

13

**IN THE UNITED STATES DISTRICT COURT**

14

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15

**SOUTHERN DIVISION**

16

| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation | ) Case No. 8:20-cv-00048-JVS-JDE |
|---|---|

17

18

19
Plaintiffs,

20
v.

21
APPLE INC., a California corporation

22
Defendant.

) Case No. 8:20-cv-00048-JVS-JDE
)
) **[PROPOSED] ORDER**
) **GRANTING LEAVE TO FILE**
) **UNDER SEAL DOCUMENTS**
) **REGARDING PLAINTIFFS'**
) **REPLY IN SUPPORT OF**
) **PLAINTIFFS' MOTION TO**
) **MODIFY THE SCHEDULING**
) **ORDER**
)
)
)
)
)
)

23

24

25

26

27

28

1    Having considered Plaintiffs' Application for Leave to File Under Seal

2    Documents Regarding Plaintiffs' Reply In Support of Plaintiffs' Motion to

3    Modify the Scheduling Order, and finding good cause therefor, the Application

4    is GRANTED.

5        **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and

6    Cercacor Laboratories, Inc. may file under seal Exhibits 51, 52, 54, 58, 59, 62,

7    64, 65, 67, 69-72 and portions of Masimo's Reply.

8

9    DATED: _____                    _____

10                                                The Honorable James V. Selna
                                                  United States District Judge
11

12   54974640

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-