1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10              SOUTHERN DIVISION

11  MASIMO CORPORATION,              | CASE NO. 8:20-cv-00048-JVS (JDEx)
12  et al.,                          |
                                     | ORDER GRANTING APPLICATION
13              Plaintiffs,          | TO FILE DOCUMENTS UNDER
                                     | SEAL [DKT. 571]
14       v.                          |
15  APPLE INC.,                      |
16                                   |
                 Defendant.          |
17

18
19          Having considered Plaintiffs' Application for Leave to File Under Seal
20  Documents Regarding Plaintiffs' Motion to Modify the Protective Order (Dkt.
21  571), and finding good cause therefor, the Application is GRANTED.
22          **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
23  Cercacor Laboratories, Inc. may file under seal Exhibits 1-5, 7, 19-20, 25-28, 30,
24  31, 34, 35, 37, 40, 42-49, 54, 59, 65-67  and portions of Masimo's Motion.
25
26
27  Dated: January 27, 2022
28
                                     JOHN D. EARLY
                                     United States Magistrate Judge