| | |
|---|---|
| 1 | JOSHUA H. LERNER, SBN 220755 |
| 2 |   jlerner@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 3 | 555 Mission Street Suite 3000<br>San Francisco, CA 94105 |
| 4 | Tel.: 415.393.8200 / Fax: 415.393.8306 |
| 5 | H. MARK LYON, SBN 162061<br>  mlyon@gibsondunn.com |
| 6 | GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road |
| 7 | Palo Alto, CA 94304-1211<br>Tel.: 650.849.5300 / Fax: 650.849.5333 |
| 8 | BRIAN M. BUROKER, *pro hac vice* |
| 9 |   bburoker@gibsondunn.com<br>BRIAN K. ANDREA, *pro hac vice* |
| 10 |   bandrea@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 11 | 1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036 |
| 12 | Tel.: 202.955.8500 / Fax: 202.467.0539 |
| 13 | [Counsel appearance continues on next page] |
| 14 | *Attorneys for Defendant Apple Inc.* |

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br>a California corporation,<br><br>        Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE PROTECTIVE ORDER (DKT. 67)**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Date: February 17, 2022<br>Time: 10:00 am<br>Courtroom: 6C |

1 | BRIAN A. ROSENTHAL, *pro hac vice*
　　brosenthal@gibsondunn.com
2 | GIBSON, DUNN & CRUTCHER LLP
　　200 Park Avenue
3 | New York, NY 10166-0193
　　Tel.: 212.351.2339 / Fax: 212.817.9539
4 |
5 | ILISSA SAMPLIN, SBN 314018
　　isamplin@gibsondunn.com
　　GIBSON, DUNN & CRUTCHER LLP
6 | 333 South Grand Avenue
　　Los Angeles, CA 90071-3197
7 | Tel.: 213.229.7000 / Fax: 213.229.7520

8 | ANGELIQUE KAOUNIS, SBN 209833
　　akaounis@gibsondunn.com
9 | GIBSON, DUNN & CRUTCHER LLP
　　2029 Century Park East Suite 4000
10 | Los Angeles, CA 90067
　　Tel.: 310.552.8546 / Fax: 310.552.7026
11 |
12 | MARK D. SELWYN, SBN 244180
　　mark.selwyn@wilmerhale.com
　　WILMER CUTLER PICKERING
13 | 　HALE AND DORR LLP
　　2600 El Camino Real, Suite 400
14 | Palo Alto, CA 94306
　　Tel.: 650.858.6000 / Fax: 650.858.6100

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE PROTECTIVE ORDER
CASE NO. 8:20-cv-00048-JVS (JDEX)

Pursuant to Local Rule 79-5.2.2, Apple requests that the Court grant leave to file under seal Apple's Opposition To Plaintiffs' Motion To Modify The Protective Order ("Opposition"). As detailed in the accompanying Declaration of Mark D. Selwyn, the redacted portions of the Opposition quote, reference, or summarize documents that both parties have asserted contain confidential information and should be filed under seal. *See* Dkt. 571, Dkt. 573.

Accordingly, Apple respectfully requests an order granting leave to file its Opposition under seal.

Dated: January 27, 2022

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN ANDREA
GIBSON, DUNN & CRUTCHER LLP

MARK D. SELWYN
WILMER CUTLER PICKERING HALE
 AND DORR LLP

By: */s/ Mark D. Selwyn*
       Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE PROTECTIVE ORDER      1      CASE NO. 8:20-cv-00048-JVS (JDEx)