UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 20-00048JVS(JDEx) | Date February 2, 2022 |
| Title Masimo Corporation, et al v Apple, Inc | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] ORDER VACATING MOTION TO MODIFY

     Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (together, "Plaintiffs") move to modify the present scheduling order. (Docket No. 548.) Apple Inc. ("Apple") has filed an opposition. (Docket No. 565.)

     The present motion is premature given that the trial date is ten months away. However, the Court is gravely concerned that no substantive depositions have taken place and with the pace of Apple's document production. Given the talent and experience of counsel on both sides, the current situation is at a minimum perplexing.

     The Court orders the motion off calendar and the hearing vacated. The parties are directed to promptly contact the Special Master for a review and assessment of the status of discovery and a frank discussion of what is necessary to put this case on a firm track to trial. Absent the parties' agreement to a detailed schedule going forward, the Special Master is directed to present his own recommendation to the Court by way of report. Subject to the Special Master's availability, this process shall be concluded within the next thirty days. The Court will solicit further input as necessary after the parties have completed the process outlined above.

cc: The Honorable Andrew J. Guilford (Ret.), Special Master

| | : 0 |
|---|---|
| Initials of Preparer | lmb |