Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**SUPPLEMENTAL DECLARATION OF ADAM B. POWELL IN SUPPORT OF MOTION TO MODIFY THE PROTECTIVE ORDER (DKT. 67)**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Date: February 17, 2022<br>Time: 10:00 a.m.<br>Ctrm: 6A<br><br>Discovery Cut-Off: 3/7/2022<br>Pre-Trial Conference: 11/21/2022<br>Trial: 12/6/2022 |

1 | Mark D. Kachner (Bar No. 234,192)
  | mark.kachner@knobbe.com
2 | **KNOBBE, MARTENS, OLSON & BEAR, LLP**
  | 1925 Century Park East, Suite 600
3 | Los Angeles, CA 90067
  | Telephone: (310) 551-3450
4 | Facsimile: (310) 551-3458
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Adam B. Powell, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in Support of Masimo's Motion for to Modify the Protective Order (the "Motion").

2. I am counsel for Masimo and Cercacor in *In re Certain Light-Based Physiological Measurement Devices and Components Thereof*, ITC Inv. No. 337-TA-1276 (the "ITC Investigation"). I have also spoken to co-counsel who is more involved in the day-to-day aspects of the ITC Investigation. The ITC Investigation was assigned to Administrative Law Judge Monica Bhattacharyya ("the ALJ"). The ALJ has a process whereby the parties submit short letter briefs prior to filing formal discovery motions. Using this process, the ALJ has ruled on many disputes without a formal motion. Masimo has submitted three such letter briefs discussing at least ten disputes. The parties are discussing many other disputes.

3. I spoke to the e-discovery specialist responsible for Masimo's document review database in this case about the process for creating an "overlay" file. The parties have produced various "metadata" fields with document productions and used overlay files to supplement the productions with additional metadata or other information not included with the original production. For example, the parties agreed to exchange a "confidentiality" overlay indicating whether each document was designated as Highly Confidential, Confidential, or Not Confidential. I understand that it typically takes about 30 minutes to prepare a basic overlay if the producing party already has the requested information in its database.

4. Attached hereto as **Exhibit 74** is a true and correct copy of excerpts from the transcript of the May 20, 2021, hearing regarding Masimo's Motion to Compel (Dkts. 351, 357) in this case.

5. Attached hereto as **Exhibit 75** is a true and correct copy of redacted excerpts from various requests for production that Masimo served on Apple in this case.

6. Attached hereto as **Exhibit 76** is a true and correct copy of excerpts from various requests for production that Masimo served on Apple in the ITC Investigation.

7. On January 18, 2022, I met with counsel for Apple regarding this Motion. During the meeting, the parties thoroughly discussed each category of documents at issue in the Motion and Apple declined to agree on each category. I then asked Apple's counsel to confirm my understanding that Apple declined to agree on any of the categories. Apple's counsel confirmed. The parties then agreed they had reached an impasse, and I asked if Apple would agree to expedited briefing. Apple's counsel stated they did not know Apple's position. I asked them to provide Apple's position by January 19 and indicated Masimo would like to file this Motion by January 20 to schedule a hearing as quickly as possible. Apple responded in writing on January 19 and declined Masimo's request for expedited briefing. *See* Exhibit 20.

8. On January 20, I contacted Kenneth G. Parker (counsel for Apple in this case) by telephone and asked if Apple would agree to waive the requirements of Local Rule 7 so that Masimo could file the Motion on January 20 and set it for hearing a hearing on February 17. Mr. Parker agreed. Attached hereto as **Exhibit 77** is a true and correct copy of the email exchange between myself and Mr. Parker confirming the parties' agreement.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on February 3, 2022, at Encinitas, California.

          */s/ Adam B. Powell*
          Adam B. Powell

55008284