# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO MODIFY THE PROTECTIVE ORDER** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Reply in Support of Plaintiffs' Motion to Modify the Protective Order, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal portions of Plaintiffs' Reply.

DATED: _____          _____

The Honorable John D. Early
United States Magistrate Judge

55043385

-1-