UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:20-cv-0048-JVS (JDEx) | Date | February 16, 2022 |
|---|---|---|---|
| Title | Masimo Corporation, et al. v. Apple Inc. | | |

Present: The Honorable   John D. Early, United States Magistrate Judge

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Adam Powell | Mark D. Selwyn , Illisa S. Samplin |

**Proceedings:**   (In Chambers) Order Vacating Hearing on Motion to Modify Protective Order (Dkt. 568)

On January 20, 2022, Plaintiffs filed a Motion to Modify the Protective Order, set for hearing on February 17, 2022, at 10:00 a.m. before the assigned Magistrate Judge. Dkt. 568 ("Motion"). The Motion has been fully briefed.

The Court finds that the Motion may properly be decided without a hearing and VACATES the hearing set for February 17, 2022, with a written order on the Motion to be issued.

With respect two pending applications to file certain materials under seal in connection with the Motion (Dkt. 582, 601), counsel are reminded of the requirements of Local Rule 79-5.2.2, including the differing procedures depending on whether the filing party is also the party who considers the material to be "confidential" and the obligations of the designating party when another party is the filing party.

IT IS SO ORDERED.