UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL [DKT. 593] |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Motion to Modify the Protective Order (Dkt. 593), and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs may file under seal the unredacted version of Plaintiffs' Reply Brief, currently lodged as Dkt. 594-1.

Dated: February 16, 2022

JOHN D. EARLY
United States Magistrate Judge