UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, et al., <br><br>           Plaintiffs, <br><br>    v. <br><br> APPLE INC., <br><br>           Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> ORDER GRANTING APPLICATIONS TO FILE DOCUMENTS UNDER SEAL [DKT. 582, 601] |

Having considered Applications (Dkt. 582, 601) for Leave to File Under Seal Documents in connection with briefing in support of or in opposition to Plaintiffs' Motion to Modify the Protective Order, and finding good cause therefor, the Applications (Dkt. 582, 601) are GRANTED.

**IT IS HEREBY ORDERED THAT** requesting parties may file under seal unredacted versions of documents referenced in the Applications (Dkt. 582, 601).

Dated: February 17, 2022

JOHN D. EARLY
United States Magistrate Judge