1  JOSHUA H. LERNER, SBN 220755
    jlerner@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street Suite 3000
3  San Francisco, CA 94105
   Tel.: 415.393.8200 / Fax: 415.393.8306
4
5  H. MARK LYON, SBN 162061
    mlyon@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  1881 Page Mill Road
   Palo Alto, CA 94304-1211
7  Tel.: 650.849.5300 / Fax: 650.849.5333

8  BRIAN M. BUROKER, *pro hac vice*
    bburoker@gibsondunn.com
9  BRIAN K. ANDREA, *pro hac vice*
    bandrea@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
11 Washington, D.C. 20036
   Tel.: 202.955.8500 / Fax: 202.467.0539
12
   [Counsel appearance continues on next page]
13
   *Attorneys for Defendant Apple Inc.*
14
15               **UNITED STATES DISTRICT COURT**
                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
16                        **SOUTHERN DIVISION**

17 MASIMO CORPORATION,                    CASE NO. 8:20-cv-00048-JVS (JDEx)
   a Delaware corporation; and
18 CERCACOR LABORATORIES, INC.,
   a Delaware corporation,
19                                        **DEFENDANT APPLE INC.'S**
                Plaintiffs,              **APPLICATION TO FILE UNDER**
20                                        **SEAL DOCUMENTS REGARDING**
        v.                                **ITS OBJECTIONS TO SPECIAL**
21                                        **MASTER ORDER NO. 4**
   APPLE INC.,
22 a California corporation,              Date: March 28, 2022
                                          Time: 1:30 p.m.
23              Defendant.

24                                        Discovery Cut-Off: 3/7/2022
                                          Pre-Trial Conference: 11/21/2022
25                                        Trial: 12/6/2022
26
27
28

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OBJECTIONS TO SPECIAL
MASTER ORDER NO. 4                                    CASE NO. 8:20-cv-00048-JVS (JDEX)

BRIAN A. ROSENTHAL, *pro hac vice*
 brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
 isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
 akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

MARK D. SELWYN, SBN 244180
 mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

Pursuant to Local Rule 79-5.2.2, Apple requests that the Court grant leave to file under seal Apple's Objections to Special Master Order No. 4 ("Objections").  As detailed in the accompanying Declaration of Mark D. Selwyn, Plaintiffs have asserted that Exhibits 1, 2, 3, 7, 8, and 9 contain confidential information and should be filed under seal, and the redacted portions of Apple's Objections quote, reference, or summarize those documents.

Accordingly, Apple respectfully requests an order granting leave to file its Opposition and Exhibits 1, 2, 3, 7, 8, and 9 under seal.

Dated:  February 22, 2022                Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN ANDREA
GIBSON, DUNN & CRUTCHER LLP

MARK D. SELWYN
WILMER CUTLER PICKERING HALE
  AND DORR LLP

By: */s/ Mark D. Selwyn*
       Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OBJECTIONS TO SPECIAL MASTER ORDER NO. 4          1          CASE NO. 8:20-cv-00048-JVS (JDEx)