| | |
|---|---|
| 1 | JOSHUA H. LERNER, SBN 220755 |
|   |   jlerner@gibsondunn.com |
| 2 | GIBSON, DUNN & CRUTCHER LLP |
|   | 555 Mission Street Suite 3000 |
| 3 | San Francisco, CA 94105 |
|   | Tel.: 415.393.8200 / Fax: 415.393.8306 |
| 4 | |
|   | H. MARK LYON, SBN 162061 |
| 5 |   mlyon@gibsondunn.com |
|   | GIBSON, DUNN & CRUTCHER LLP |
| 6 | 1881 Page Mill Road |
|   | Palo Alto, CA 94304-1211 |
| 7 | Tel.: 650.849.5300 / Fax: 650.849.5333 |

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>        Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS OBJECTIONS TO SPECIAL MASTER ORDER NO. 4**<br><br>Date: March 28, 2022<br>Time: 1:30 p.m.<br><br>Discovery Cut-Off: 3/7/2022<br>Pre-Trial Conference: 11/21/2022<br>Trial: 12/6/2022 |

1  BRIAN A. ROSENTHAL, *pro hac vice*
     brosenthal@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
3  New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
4
   ILISSA SAMPLIN, SBN 314018
5    isamplin@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  333 South Grand Avenue
   Los Angeles, CA 90071-3197
7  Tel.: 213.229.7000 / Fax: 213.229.7520

8  ANGELIQUE KAOUNIS, SBN 209833
     akaounis@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East Suite 4000
10 Los Angeles, CA 90067
   Tel.: 310.552.8546 / Fax: 310.552.7026
11
   MARK D. SELWYN, SBN 244180
12   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
13   HALE AND DORR LLP
   2600 El Camino Real, Suite 400
14 Palo Alto, CA 94306
   Tel.: 650.858.6000 / Fax: 650.858.6100

15
16
17
18
19
20
21
22
23
24
25
26
27
28

This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its Objections To Special Master Order No. 4 ("Application") under Local Rule 79-5.2.2. Having considered the Application and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal its Objections To Special Master No. 4 and Exhibits 1, 2, 3, 7, 8, and 9.

**IT IS SO ORDERED.**

Dated: _____                    _____

The Hon. James V. Selna
United States District Court Judge