JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DECLARATION OF BRIAN ANDREA IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 4** <br><br> **Hearing** <br><br> Date: March 28, 2022 <br> Time: 1:30 p.m. <br><br> Discovery Cut-Off: 3/7/2022 <br> Pre-Trial Conference: 11/21/2022 <br> Trial: 12/6/2022 |

Gibson, Dunn & Crucher LLP

1   BRIAN A. ROSENTHAL, *pro hac vice*
      brosenthal@gibsondunn.com
2   GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
3   New York, NY 10166-0193
    Tel.: 212.351.2339 / Fax: 212.817.9539
4
    ILISSA SAMPLIN, SBN 314018
5     isamplin@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
6   333 South Grand Avenue
    Los Angeles, CA 90071-3197
7   Tel.: 213.229.7000 / Fax: 213.229.7520
8   ANGELIQUE KAOUNIS, SBN 209833
      akaounis@gibsondunn.com
9   GIBSON, DUNN & CRUTCHER LLP
    2029 Century Park East Suite 4000
10  Los Angeles, CA 90067
    Tel.: 310.552.8546 / Fax: 310.552.7026
11
    MARK D. SELWYN, SBN 244180
12    mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING
13    HALE AND DORR LLP
    2600 El Camino Real, Suite 400
14  Palo Alto, CA 94306
    Tel.: 650.858.6000 / Fax: 650.858.6100

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Brian Andrea, declare and state as follows:

1.      I am of counsel with the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2.      I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3.      I make this Declaration in support of Apple's Objections to Special Master Order No. 4 ("Objections").

4.      Attached hereto as **Exhibit 1 (filed under seal)** is a true and correct copy of Plaintiffs' First Supplemental Response To Apple's Seventh Set Of Interrogatories (No. 28), served on September 10, 2021.

5.      Attached hereto as **Exhibit 2 (filed under seal)** is a true and correct copy of Plaintiffs' Supplemental Responses To Apple's Interrogatory Nos. 4-6, 26, and 29, served on February 10, 2022.

6.      Attached hereto as **Exhibit 3 (filed under seal)** is a true and correct copy of Apple's Motion To Compel regarding Interrogatory Nos. 4-7, 11, 23, 26, and 29, dated November 29, 2021.

7.      Attached hereto as **Exhibit 4** is a true and correct copy of Apple's Motion To Compel regarding Interrogatory Nos. 13, 17, and 28 and Plaintiffs' initial disclosures under FRCP 26(a)(1)(A)(iii), dated December 23, 2021.

8.      Attached hereto as **Exhibit 5** is a true and correct copy of Apple's Reply In Support Of Its' Motion To Compel regarding Interrogatory Nos. 13, 17, and 28 and Plaintiffs' initial disclosures under FRCP 26(a)(1)(A)(iii), dated January 28, 2022.

9.      Attached hereto as **Exhibit 6** is a true and correct copy of Order No. 4 of Special Master On Two Discovery Motions, dated February 7, 2022.

10.     Attached hereto as **Exhibit 7 (filed under seal)** is a true and correct copy of Plaintiffs Masimo Corporation And Cercacor Laboratories, Inc.'s Second

ANDREA DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 4
1
CASE NO. 8:20-cv-00048-JVS (JDEx)

Supplemental Response To Apple's First Set Of Interrogatories (No. 17), served on April 27, 2021.

11.     Attached hereto as **Exhibit 8 (filed under seal)** is a true and correct copy of Apple's Seventh Set Of Interrogatories To Plaintiffs Masimo Corporation And Cercacor Laboratories, Inc. (Nos. 28-29), served on March 5, 2021.

12.     Attached hereto as **Exhibit 9 (filed under seal)** is a true and correct copy of a letter, dated December 6, 2021, from Nora Passamaneck, counsel for Apple, to Mark Kachner, counsel for Plaintiffs, regarding Interrogatory Nos. 13, 17, and 28 and Plaintiffs' Rule 26 Disclosures.

13.     Attached hereto as **Exhibit 10** is a true and correct copy of Plaintiffs' Opposition To Apple's Motion To Compel regarding Interrogatory Nos. 13, 17, and 28 and Plaintiffs' initial disclosures under FRCP 26(a)(1)(A)(iii), dated January 21, 2022.

14.     Attached hereto as **Exhibit 11** is a true and correct copy of an email chain, dated January 18, 2022, between Nora Passamaneck, counsel for Apple, and Mark Kachner and Adam Powell, counsel for Plaintiffs, regarding Interrogatory Nos. 13, 17, and 28 and Plaintiffs' Rule 26 Disclosures.

15.     Attached hereto as **Exhibit 12** is a true and correct copy of an email chain dated, December 20, 2021, between Nora Passamaneck, counsel for Apple, and Mark Kachner and Adam Powell, counsel for Plaintiffs, regarding the parties' December 13, 2021 meet and confer.

1       I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.

3       Executed this 22nd day of February, 2022 in Oakton, Virginia.

4

5                     By: _____

6                            Brian Andrea

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANDREA DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 4

3             CASE NO. 8:20-cv-00048-JVS (JDEx)