# EXHIBIT 12

## Mark.Kachner

| | |
|---|---|
| **From:** | Mark.Kachner |
| **Sent:** | Monday, December 20, 2021 9:36 PM |
| **To:** | Passamaneck, Nora Q.E.; *** Apple-Masimo; Masimo.Apple |
| **Cc:** | WH Apple-Masimo Service List |
| **Subject:** | RE: Masimo v. Apple -- December 13 Meet and Confer |

Nora,

We are reviewing your letters, including the numerous cases that you provided for the first time on Friday. We note that you are demanding supplemental responses to several contention interrogatories, including on several damages issues. We are in the process of reviewing Apple's documents, including the nearly 2 million pages of documents that Apple recently produced. Apple will also be producing additional documents relevant to damages in January pursuant to the Special Master Order. We also believe the January 4 hearing on other contention interrogatories (including interrogatory 26, which your letter discusses in addressing interrogatory 28) will inform the parties' dispute. We suggest the parties continue this discussion after that hearing.

Regards,
Mark

**Mark Kachner**
Partner

310-407-3472 Direct

**Knobbe Martens**

---

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Friday, December 17, 2021 8:42 AM
**To:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** Masimo v. Apple -- December 13 Meet and Confer

Adam,
Please see my attached letter.
Regards,
Nora

**Nora Q.E. Passamaneck | WilmerHale**
1225 Seventeenth St.
Suite 2600
Denver, CO 80202 USA
+1 720 274 3152 (t)
+1 720 274 3133 (f)
nora.passamaneck@wilmerhale.com

Please consider the environment before printing this email.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.