# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS OBJECTIONS TO SPECIAL MASTER ORDER NO. 4 [612]**<br><br>Date: March 28, 2022<br>Time: 1:30 p.m.<br><br>Discovery Cut-Off: 3/7/2022<br>Pre-Trial Conference: 11/21/2022<br>Trial: 12/6/2022 |

1   This matter is before the Court pursuant to Apple's Application to File Under
2   Seal Documents Regarding Its Objections To Special Master Order No. 4
3   ("Application") under Local Rule 79-5.2.2.  Having considered the Application and
4   supporting documents, and all other matters properly before the Court, being fully
5   advised on the proceedings, and for good cause appearing:

7   IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple
8   shall file under seal its Objections To Special Master No. 4 and Exhibits 1, 2, 3, 7, 8,
9   and 9.

11   **IT IS SO ORDERED.**

13   Dated: February 23, 2022              _____
14                                          The Hon. James V. Selna
                                            United States District Court Judge