Hon. Andrew J. Guilford (Ret.)
Judicate West
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340

Special Master

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware Corporation; and CERCACOR LABORATORIES, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. SACV 20-00048 JVS (JDEx)<br><br>(JW Reference No.: A279845)<br><br>**REPORT ON RECOMMENDATIONS CONCERNING SCHEDULING** |

Plaintiffs filed a motion before the Court in January 2022 to modify the scheduling order in this case. (Dkt. No. 557.) After the motion was fully briefed, the Court took it off-calendar and in a February 2, 2022 Order stated, "[a]bsent the parties' agreement to a detailed schedule going forward, the Special Master is directed to present his own recommendation to the Court by way of report." (Dkt. 586.) The Special Master discussed this matter with the parties at a hearing on February 4, 2022, and on February 6, 2022, issued an Order on Scheduling establishing a procedure to respond to the February 2, 2022 Order of Judge Selna, including that the parties meet and confer on the issue. The Special Master urged that the parties cooperate in setting a trial date as soon as reasonably possible.

The Special Master has now reviewed the original briefing on the January scheduling order motion, as well as all other documents related to the Special Master's February 6, 2022 Order. Central to the review by the Special Master was a Proposed Schedule submitted by both sides on February 18, 2022.

On February 22, 2022, a hearing was held on the scheduling issue, with a tentative ruling sent to both sides before the hearing. The hearing was attended by many people from both sides, and was reported by Crystal Hereford.

At the February 22 hearing, many issues were discussed concerning scheduling. The Special Master observed that Plaintiffs' earlier briefs to the Court complained of deadlines and other orders set by the Special Master that have not yet been met, including some relating to Apple's collection of text message communications for certain ESI custodians. The effect of this on scheduling was discussed.

Apple stated in its earlier opposition to Plaintiffs' motion to the Court that to the extent a scheduling extension was permitted, the case should be bifurcated, with a first phase trial to focus on Apple's statute of limitations defense. At the February 22 hearing, the parties stated that the Court had denied Apple's motion for partial summary judgment as to its statute of limitations defense, including by denying Apple's alternative request for bifurcation. At the hearing, the parties provided the Special Master with a copy of the Court's sealed ruling. (*See* Dkt. No. 606.) The Special Master did not consider bifurcation in reviewing scheduling.

Many other tangential issues were raised in the parties' initial briefing to the Court, including an issue about the identification of ESI custodians and whether new ESI custodians can be identified at this late stage in this case. The effect of all such issues on scheduling was discussed at the February 22 hearing.

The February 18, 2022 Proposed Schedule was discussed at great length during the February 22 hearing. Hopes that the parties would make this a true *Joint* Report by largely agreeing on this Proposed Schedule were dashed as there was very little agreement. There was much dispute about dates, and dispute about what events needed to be scheduled. The parties did agree that the December 6, 2022 trial date should be moved to August 8, 2023, and this was the date

used to schedule other dates. The Special Master reviewed all circumstances concerning each proposed date.

After the February 22 hearing, further communications by the Special Master established that the trial should start on March 27, 2022. The Special Master then thoroughly reviewed the Proposed Schedule, and adjusted it to the Final Schedule that is attached as Exhibit 1 with a trail date on March 27, 2022. Again, the Special Master reviewed all circumstances concerning each proposed date in setting the Final Schedule for all the events listed,

Thus, the Special Master submits this "Report on Recommendations" as requested by Judge Selna, attaching a Final Schedule as Exhibit 1 with a trial date of March 27, 2022.

THUS IT IS REPORTED AND RECOMMMENDED

Dated:  February 25, 2022

_____
Hon. Andrew J. Guilford (Ret.)
Special Master

# Exhibit 1

## Special Master's Recommended Final Schedule

| Event | Current Schedule | Masimo's Proposal | Apple's Proposal | Special Master's Ruling or Recommendation |
|---|---|---|---|---|
| * Apple to complete production of non-email ESI searches of currently identified custodians and/or search terms | N/A | 2/28/2022 | 2/28/2022 | 2/28/2022 |
| * Either party to move, if necessary, regarding disputes relating to Masimo's production from non-email ESI searches | N/A | N/A | N/A | 3/8/2022 |
| * Masimo to complete production from non-email ESI searches | N/A | N/A | N/A | 3/22/2022 |
| * Parties to serve notices for all witnesses to be deposed | N/A | 7/25/2022 | 3/14/2022 | 4/29/2022 |
| * Last day to serve RFPs and ROGs | N/A | 7/18/2022 | 4/4/2022 | 5/13/2022 |
| *Parties to serve objections to 30(b)(6) notices | N/A | Two weeks after 30(b)(6) notice | 3/28/2022 | 1 week after notice |
| *M&C on 30(b)(6) objections | N/A | One week after objections to 30(b)(6) notice | 4/4/2022 | 1 week after objections to notice |
| *Parties provide witness availability | N/A | Promptly upon request | 4/11/2022 | 10 days after request |
| * Completion of responses to document production | N/A | 8/29/2022 | 5/21/2022 | 6/10/2022 |
| *Parties to have taken at least 35 hours of planned fact depositions each | N/A | 9/12/2022 | 5/27/2022 | 6/17/2022 |
| * Last day to serve RFAs | N/A | 10/10/2022 | 6/15/2022 | 7/15/2022 |
| Non-Expert Discovery Cut-Off, including completion of fact depositions | 3/7/2022 | 11/7/2022 | 7/15/2022 | 8/12/2022 |
| *Serve supplements contention interrogatories with information learned through the close of fact-discovery | N/A | 12/5/2022 | 8/12/2022 | 8/26/2022 |
| Opening Expert Reports | 5/9/2022 | 1/9/2023 | 11/11/2022 | 9/23/2022 |
| Rebuttal Expert Reports | 6/20/2022 | 2/20/2023 | 1/13/2023 | 11/4/2022 |
| Expert Discovery Cut-Off | 8/8/2022 | 4/10/2023 | 2/27/2023 | 12/12/2022 |
| Law and Motion – Motions Filed No Later Than | 9/12/2022 | 5/13/2023 | 3/27/2023 | 1/9/2023 |

| Event | Current Schedule | Masimo's Proposal | Apple's Proposal | Special Master's Ruling or Recommendation |
|---|---|---|---|---|
| Law and Motion [Hearing] Cut-Off | 10/11/2022 | 6/12/2023 | 5/1/2023 | 2/6/2023 |
| Deadline To File Motions In Limine | 10/17/2022 | 6/19/2023 | 6/19/2023 | 2/13/2023 |
| [Preferred] Last day to conduct Private ADR | 11/30/2021 | 4/4/2023 | 2/20/2023 | 2/20/2023 |
| Deadline To File Pretrial Documents | 11/7/2022 | 7/10/2023 | 7/10/2023 | 2/27/2023 |
| Final Pretrial Conference | 11/21/2022 | 7/24/2023 | 7/24/2023 | 3/13/2023 |
| Jury Trial | 12/6/2022 | 8/8/2023 | 8/8/2023 | 3/27/2023 |

**JUDICATE WEST**
Alternative Dispute Resolution

*Results Beyond Dispute*℠

1851 E. First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344

www.judicatewest.com

## PROOF OF SERVICE

**Masimo Corporation, et al. vs. Apple, Inc.**
**A279845**

    I, the undersigned, an employee of Judicate West, located at 1851 E. First Street, Suite 1600, Santa Ana, CA 92705, declare under penalty of perjury that I am over the age of eighteen (18) and not a party to this matter or proceeding.

On February 25, 2022, I served the foregoing documents, described as:

### REPORT ON RECOMMENDATIONS CONCERNING SCHEDULING
to the following parties:

### SEE ATTACHED MAILING LIST

(X) **BY E-MAIL** I caused the above-referenced document to be transmitted via electronic mail (email) to the parties as listed on this Proof of Service

( ) **BY ELECTRONIC FILING** I caused such document to be sent via electronic service by submitting an electronic version of the document(s) to One Legal, LLC, through the user interface at www.onelegal.com.

( ) **BY FASCIMILE** I caused the above-referenced document to be transmitted via facsimile to the parties as listed on this Proof of Service. The document was transmitted by facsimile transmission and the transmission was reported as complete and without error.

( ) **BY PERSONAL SERVICE** I personally delivered the documents to the persons at the address (es): by leaving the documents at the person (s) office, in an envelope or package clearly labeled to identify the person(s) being served, with a receptionist or an individual in charge of the office.

( ) **BY UNITED STATES PARCEL SERVICE** I am readily familiar with the business' practice for collection and processing of correspondence and mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business

( ) **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **February 25, 2022**, at Santa Ana, California

                                                                            Heidi Adams
                                                                            Judicate West

Downtown Los Angeles Office • 601 S. Figueroa St., Suite 3400 • Los Angeles, CA 90017 • (213) 223-1 113 • Fax (213) 223-1 114
Sacramento Office • 980 9TH Street, Suite 2200 • Sacramento, CA 95814 • (916) 394-8490 • Fax (916) 394-8495
San Diego Office • 402 West Broadway, Suite 2400 • San Diego, CA 92101 • (619) 814-1966 • Fax (619) 814-1967
San Francisco Office • 100 Pine St., Suite 1950 • San Francisco, CA 94111 • (415) 266-1242 • Fax (415) 266-1243
West Los Angeles Office • 11601 Wilshire Blvd., Suite 2040 • Los Angeles, CA 90025 • (310) 442-2100 • Fax (310) 442-2125



**Santa Ana Office**
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344

**www.judicatewest.com**

# Case Contact List

as of Friday, February 25, 2022

**JW Case #: A279845**

*Case Caption: Masimo Corporation, et al. vs. Apple, Inc.*

Daniel P. Hughes, Esq.
Knobbe, Martens, Olson & Bear, LLP
12790 El Camino Real
San Diego, CA 92130
Phone: (858) 707-4000   Fax: (858) 707-4001
Email: daniel.hughes@knobbe.com
Representing Masimo Corporation; Cercacor Laboratories, Inc.

Stephen C. Jensen, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main St.
14th Floor
Irvine, CA 92614
Phone: (949) 760-0404   Fax: (949) 760-9502
Email: steve.jensen@knobbe.com
Representing Masimo Corporation; Cercacor Laboratories, Inc.

Mark D. Kachner, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main St.
14th Floor
Irvine, CA 92614
Phone: (949) 760-0404   Fax: (949) 760-9502
Email: mark.kachner@knobbe.com
Representing Masimo Corporation; Cercacor Laboratories, Inc.

Benjamin A. Katzenellenbogen, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main St.
14th Floor
Irvine, CA 92614
Phone: (949) 760-0404   Fax: (949) 760-9502
Email: ben.katzenellenbogen@knobbe.com
Representing Masimo Corporation; Cercacor Laboratories, Inc.

Stephen W. Larson, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main St.
14th Floor
Irvine, CA 92614
Phone: (949) 760-0404   Fax: (949) 760-9502
Email: stephen.larson@knobbe.com
Representing Masimo Corporation; Cercacor Laboratories, Inc.

Downtown Los Angeles Office ● 601 S. Figueroa Street Suite 4000 ● Los Angeles, CA 90017 ● (213) 223-1113 ● Fax (213) 223-1114
San Diego Office ● 402 W. Broadway Suite 2400 ● San Diego, CA 92101 ● (619) 814-1966 ● Fax (619) 814-1967
San Francisco Office ● 100 Pine Street Suite 1950 ● San Francisco, CA 94111 ● (415) 266-1242 ● Fax (415) 266-1243
West Los Angeles Office ● 11601 Wilshire Blvd Suite 2040 ● Los Angeles, CA 90025 ● (310) 442-2100 ● Fax (310) 442-2125
Sacramento Office ● 980 9th Street Suite 2200 ● Sacramento, CA 95814 ● (916) 394-8490 ● Fax (916) 394-8495



**Santa Ana Office**
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344
**www.judicatewest.com**

JUDICATE WEST — Alternative Dispute Resolution
Results Beyond Dispute℠

Perry D. Oldham, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main St.
14th Floor
Irvine, CA 92614
Phone: (949) 760-0404   Fax: (949) 760-9502
Email: perry.oldman@kmob.com
Representing Masimo Corporation; Cercacor Laboratories, Inc.

Adam B. Powell, Esq.
Knobbe, Martens, Olson & Bear, LLP
12790 El Camino Real
San Diego, CA 92130
Phone: (858) 707-4000   Fax: (858) 707-4001
Email: adam.powell@knobbe.com
Representing Masimo Corporation; Cercacor Laboratories, Inc.

Joseph R. Re, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main St.
14th Floor
Irvine, CA 92614
Phone: (949) 760-0404   Fax: (949) 760-9502
Email: jre@kmob.com
Representing Masimo Corporation; Cercacor Laboratories, Inc.

Ryan J. Moran, Esq.
Apple, Inc.
1 Infinite Loop
MS 169-2NYJ
Cupertino, CA 95014
Phone: (408) 974-0756   Fax:
Email: rmoran@apple.com
Representing Apple, Inc.

Natalie Pous, Esq.
Apple, Inc.
1 Infinite Loop
MS 169-2NYJ
Cupertino, CA 95014
Phone: (408) 974-0756   Fax:
Email: npous@apple.com
Representing Apple, Inc.

Brian K. Andrea, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Ave. N.W.
Washington, D.C. 20036
Phone: (202) 955-8500   Fax: (202) 530-4238
Email: bandrea@gibsondunn.com
Representing Apple, Inc.

Downtown Los Angeles Office ● 601 S. Figueroa Street Suite 4000 ● Los Angeles, CA 90017 ● (213) 223-1113 ● Fax (213) 223-1114
San Diego Office ● 402 W. Broadway Suite 2400 ● San Diego, CA 92101 ● (619) 814-1966 ● Fax (619) 814-1967
San Francisco Office ● 100 Pine Street Suite 1950 ● San Francisco, CA 94111 ● (415) 266-1242 ● Fax (415) 266-1243
West Los Angeles Office ● 11601 Wilshire Blvd Suite 2040 ● Los Angeles, CA 90025 ● (310) 442-2100 ● Fax (310) 442-2125
Sacramento Office ● 980 9th Street Suite 2200 ● Sacramento, CA 95814 ● (916) 394-8490 ● Fax (916) 394-8495



**Santa Ana Office**
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344
**www.judicatewest.com**

Brian M. Buroker, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Ave. N.W.
Washington, D.C. 20036
Phone: (202) 955-8500   Fax: (202) 530-4238
Email: bburoker@gibsondunn.com
Representing Apple, Inc.

Angelique Kaounis, Esq.
Gibson, Dunn & Crutcher, LLP
2029 Century Park E.
Suite 4000
Los Angeles, CA 90067
Phone: (310) 552-8500   Fax:
Email: akaounis@gibsondunn.com
Representing Apple, Inc.

Joshua H. Lerner, Esq.
Gibson, Dunn & Crutcher, LLP
555 Mission St.
Suite 3000
San Francisco, CA 94105
Phone: (415) 393-8200   Fax: (415) 393-8306
Email: jlerner@gibsondunn.com
Representing Apple, Inc.

Jason C. Lo, Esq.
Gibson, Dunn & Crutcher, LLP
333 S. Grand Ave.
49th Floor
Los Angeles, CA 90071
Phone: (213) 229-7000   Fax: (213) 229-6635
Email: jlo@gibsondunn.com
Representing Apple, Inc.

H. Mark Lyon, Esq.
Gibson, Dunn & Crutcher, LLP
1881 Page Mill Rd.
Palo Alto, CA 94304
Phone: (650) 849-5300   Fax: (650) 849-5333
Email: mlyon@gibsondunn.com
Representing Apple, Inc.

Kenneth G. Parker, Esq.
Gibson, Dunn & Crutcher, LLP
3161 Michelson Dr.
Irvine, CA 92612
Phone: (949) 451-3800   Fax: (949) 451-4220
Email: kparker@gibsondunn.com
Representing Apple, Inc.

Downtown Los Angeles Office ● 601 S. Figueroa Street Suite 4000 ● Los Angeles, CA 90017 ● (213) 223-1113 ● Fax (213) 223-1114
San Diego Office ● 402 W. Broadway Suite 2400 ● San Diego, CA 92101 ● (619) 814-1966 ● Fax (619) 814-1967
San Francisco Office ● 100 Pine Street Suite 1950 ● San Francisco, CA 94111 ● (415) 266-1242 ● Fax (415) 266-1243
West Los Angeles Office ● 11601 Wilshire Blvd Suite 2040 ● Los Angeles, CA 90025 ● (310) 442-2100 ● Fax (310) 442-2125
Sacramento Office ● 980 9th Street Suite 2200 ● Sacramento, CA 95814 ● (916) 394-8490 ● Fax (916) 394-8495



**Santa Ana Office**
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344
**www.judicatewest.com**

Brian Rosenthal, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Ave. N.W.
Washington, D.C. 20036
Phone: (202) 955-8500   Fax: (202) 530-4238
Email: barosenthal@gibsondunn.com
Representing Apple, Inc.

Ilissa S. Samplin, Esq.
Gibson, Dunn & Crutcher, LLP
333 S. Grand Ave.
49th Floor
Los Angeles, CA 90071
Phone: (213) 229-7000   Fax: (213) 229-6635
Email: isamplin@gibsondunn.com
Representing Apple, Inc.

Marc R. Lewis, Esq.
Lewis & Llewellyn, LLP
601 Montgomery St.
Suite 2000
San Francisco, CA 94111
Phone: (415) 800-0590   Fax: (415) 390-2127
Email: mlewis@lewisllewellyn.com
Representing Apple, Inc.

Tobias G. Snyder, Esq.
Lewis & Llewellyn, LLP
601 Montgomery St.
Suite 2000
San Francisco, CA 94111
Phone: (415) 800-0590   Fax: (415) 390-2127
Email: tsnyder@lewisllewellyn.com
Representing Apple, Inc.

Mark D. Selwyn, Esq.
Wilmer Cutler Pickering Hale & Dorr, LLP
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
Phone: (650) 858-6031   Fax:
Email: mark.selwyn@wilmerhale.com
Representing Apple, Inc.

Downtown Los Angeles Office ● 601 S. Figueroa Street Suite 4000 ● Los Angeles, CA 90017 ● (213) 223-1113 ● Fax (213) 223-1114
San Diego Office ● 402 W. Broadway Suite 2400 ● San Diego, CA 92101 ● (619) 814-1966 ● Fax (619) 814-1967
San Francisco Office ● 100 Pine Street Suite 1950 ● San Francisco, CA 94111 ● (415) 266-1242 ● Fax (415) 266-1243
West Los Angeles Office ● 11601 Wilshire Blvd Suite 2040 ● Los Angeles, CA 90025 ● (310) 442-2100 ● Fax (310) 442-2125
Sacramento Office ● 980 9th Street Suite 2200 ● Sacramento, CA 95814 ● (916) 394-8490 ● Fax (916) 394-8495