Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF OPPOSITION TO APPLE INC'S OBJECTION TO SPECIAL MASTER ORDER NO. 4**<br><br>Date:   March 29, 2022<br>Time:   1:30 p.m.<br>Ctrm:   10C |

1  Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Adam B. Powell, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in Support of Masimo's Opposition to Apple Inc's Objection to Special Master Order No. 4.

2. Attached hereto as **Exhibit A** is a true and correct copy of a redacted version of Order No. 3 of the Special Master on Two Discovery Motions, filed on the public docket at Dkt. 579.

3. Attached hereto as **Exhibit B** is a true and correct copy of the February 4, 2022, Tentative Discovery Order No. 4 of the Special Master.

4. Attached hereto as **Exhibit C [FUS]** is a true and correct copy of the transcript of the February 4, 2022, Hearing regarding Plaintiffs' December 22, 2021, Motion to Compel, and Apple's December 23, 2021, Motion to Compel.

5. Attached hereto as **Exhibit D [FUS]** is a true and correct copy of a November 27, 2020, letter from Ilissa Samplin (counsel for Apple) to Mark Kachner (counsel for Masimo).

6. Attached hereto as **Exhibit E [FUS]** is a true and correct copy of Masimo's December 13, 2021, opposition to Apple's November 29, 2021, Motion to Compel on Apple's Interrogatory Nos. 4-7, 11, 23, 26, and 29.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on March 7, 2022, at San Diego, California.

 /s/ Adam B. Powell
Adam B. Powell

55151705