UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-00048JVS(JDEx) | Date | March 14, 2022 |
| Title | Masimo Corporation, et al v Apple, Inc | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   [IN CHAMBERS] <u>Order</u> <u>Re</u> <u>Trial</u> <u>Schedule</u>

      The Court adopts the trial schedule proposed by the Special Master leading to a March 28, 2023[1] trial.  (Docket No. 619.)  A copy of the schedule is attached.

| | : | 0 |
|---|---|---|
| | Initials of Preparer | lmb |

cc: Special Master Judge Andrew J Guilford

---

[1]Trials commence on Tuesdays.

**Special Master's Recommended Final Schedule**

| Event | Current Schedule | Masimo's Proposal | Apple's Proposal | Special Master's Ruling or Recommendation |
|---|---|---|---|---|
| * Apple to complete production of non-email ESI searches of currently identified custodians and/or search terms | N/A | 2/28/2022 | 2/28/2022 | 2/28/2022 |
| * Either party to move, if necessary, regarding disputes relating to Masimo's production from non-email ESI searches | N/A | N/A | N/A | 3/8/2022 |
| * Masimo to complete production from non-email ESI searches | N/A | N/A | N/A | 3/22/2022 |
| * Parties to serve notices for all witnesses to be deposed | N/A | 7/25/2022 | 3/14/2022 | 4/29/2022 |
| * Last day to serve RFPs and ROGs | N/A | 7/18/2022 | 4/4/2022 | 5/13/2022 |
| *Parties to serve objections to 30(b)(6) notices | N/A | Two weeks after 30(b)(6) notice | 3/28/2022 | 1 week after notice |
| *M&C on 30(b)(6) objections | N/A | One week after objections to 30(b)(6) notice | 4/4/2022 | 1 week after objections to notice |
| *Parties provide witness availability | N/A | Promptly upon request | 4/11/2022 | 10 days after request |
| * Completion of responses to document production | N/A | 8/29/2022 | 5/21/2022 | 6/10/2022 |
| *Parties to have taken at least 35 hours of planned fact depositions each | N/A | 9/12/2022 | 5/27/2022 | 6/17/2022 |
| * Last day to serve RFAs | N/A | 10/10/2022 | 6/15/2022 | 7/15/2022 |
| Non-Expert Discovery Cut-Off, including completion of fact depositions | 3/7/2022 | 11/7/2022 | 7/15/2022 | 8/12/2022 |
| *Serve supplements contention interrogatories with information learned through the close of fact-discovery | N/A | 12/5/2022 | 8/12/2022 | 8/26/2022 |
| Opening Expert Reports | 5/9/2022 | 1/9/2023 | 11/11/2022 | 9/23/2022 |
| Rebuttal Expert Reports | 6/20/2022 | 2/20/2023 | 1/13/2023 | 11/4/2022 |
| Expert Discovery Cut-Off | 8/8/2022 | 4/10/2023 | 2/27/2023 | 12/12/2022 |
| Law and Motion – Motions Filed No Later Than | 9/12/2022 | 5/13/2023 | 3/27/2023 | 1/9/2023 |

| Event | Current Schedule | Masimo's Proposal | Apple's Proposal | Special Master's Ruling or Recommendation |
|---|---|---|---|---|
| Law and Motion [Hearing] Cut-Off | 10/11/2022 | 6/12/2023 | 5/1/2023 | 2/6/2023 |
| Deadline To File Motions In Limine | 10/17/2022 | 6/19/2023 | 6/19/2023 | 2/13/2023 |
| [Preferred] Last day to conduct Private ADR | 11/30/2021 | 4/4/2023 | 2/20/2023 | 2/20/2023 |
| Deadline To File Pretrial Documents | 11/7/2022 | 7/10/2023 | 7/10/2023 | 2/27/2023 |
| Final Pretrial Conference | 11/21/2022 | 7/24/2023 | 7/24/2023 | 3/13/2023 |
| Jury Trial | 12/6/2022 | 8/8/2023 | 8/8/2023 | 3/27/2023 |