Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**SECOND SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION TO MODIFY THE PROTECTIVE ORDER (DKT. 67)**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Date: February 17, 2022<br>Time: 10:00 a.m.<br>Ctrm: 6A<br><br>Discovery Cut-Off: 3/7/2022<br>Pre-Trial Conference: 11/21/2022<br>Trial: 12/6/2022 |

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Masimo") write to provide newly available facts in support of Masimo's Motion to Modify the Protective Order, which will be decided without a hearing. *See* Dkt. 603.

On March 8, 2022, Apple filed a public redacted version of a previously sealed brief in the pending ITC Investigation. *See* Third Suppl. Powell Decl., Ex. 79. The now-public document represents to the Administrative Law Judge ("ALJ") that "neither Mr. Lamego nor any other former employee of Complainants worked on the design or development of the accused features." *Id.* at 8. In the same filing, Apple published an interrogatory response that stated Apple is "not aware of any Apple employees formerly employed by Complainants who worked on the design or development of the Blood Oxygen feature incorporated into the Accused Products." *Id.*, Ex. 7 at 11. Masimo should be permitted to use documents in Categories 1 and 5 to rebut these incorrect representations.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: March 14, 2022 | By: */s/ Adam B. Powell* |
|  | Joseph R. Re |
|  | Stephen C. Jensen |
|  | Benjamin A. Katzenellenbogen |
|  | Perry D. Oldham |
|  | Stephen W. Larson |
|  | Mark D. Kachner |
|  | Adam B. Powell |
|  | Daniel P. Hughes |
|  | Attorneys for Plaintiffs MASIMO CORPORATION and CERCACOR LABORATORIES, INC. |

55245158