JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS REPLY IN SUPPORT OF OBJECTIONS TO SPECIAL MASTER ORDER NO. 4**<br><br>Date: March 28, 2022<br>Time: 1:30 p.m.<br><br>Discovery Cut-Off: 8/12/2022<br>Pre-Trial Conference: 3/13/2023<br>Trial: 3/28/2023 |

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS REPLY IN SUPPORT OF OBJECTIONS TO SPECIAL MASTER ORDER NO. 4

CASE NO. 8:20-cv-00048-JVS (JDEX)

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

NORA Q.E. PASSAMANECK
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel: 720.274.3152 / Fax: 720.273.3133

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS REPLY IN SUPPORT OF OBJECTIONS TO SPECIAL MASTER ORDER NO. 4

CASE NO. 8:20-cv-00048-JVS (JDEX)

1  Pursuant to Local Rule 79-5.2.2, Apple requests that the Court grant leave to file
2  under seal Apple's Reply In Support Of Objections To Special Master Order No. 4
3  ("Reply"). As detailed in the accompanying Declaration of Mark D. Selwyn, Plaintiffs
4  have asserted that Exhibits 13 and 14 contain confidential information and should be
5  filed under seal, and the redacted portions of Apple's Objections quote, reference, or
6  summarize those documents. Exhibit 14 further contains Apple's confidential
7  information, for which there is good cause to keep under seal.
8  Accordingly, Apple respectfully requests an order granting leave to file its Reply
9  and Exhibits 13 and 14 under seal.

11  Dated: March 14, 2022              Respectfully submitted,

12                                     JOSHUA H. LERNER
                                       H. MARK LYON
13                                     BRIAN M. BUROKER
                                       BRIAN A. ROSENTHAL
14                                     ILISSA SAMPLIN
                                       ANGELIQUE KAOUNIS
15                                     BRIAN ANDREA
                                       GIBSON, DUNN & CRUTCHER LLP
16
                                       MARK D. SELWYN
17                                     WILMER CUTLER PICKERING HALE
                                        AND DORR LLP
18

                                       By: /s/ Mark D. Selwyn
20                                             Mark D. Selwyn

                                       *Attorneys for Defendant Apple Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS REPLY IN SUPPORT OF OBJECTIONS TO SPECIAL MASTER ORDER NO. 4
1                                      CASE NO. 8:20-cv-00048-JVS (JDEx)