1  JOSHUA H. LERNER, SBN 220755
     jlerner@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street Suite 3000
3  San Francisco, CA 94105
   Tel.: 415.393.8200 / Fax: 415.393.8306
4
   H. MARK LYON, SBN 162061
5    mlyon@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  1881 Page Mill Road
   Palo Alto, CA 94304-1211
7  Tel.: 650.849.5300 / Fax: 650.849.5333
8  BRIAN M. BUROKER, *pro hac vice*
     bburoker@gibsondunn.com
9  BRIAN K. ANDREA, *pro hac vice*
     bandrea@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
11 Washington, D.C. 20036
   Tel.: 202.955.8500 / Fax: 202.467.0539
12
   [Counsel appearance continues on next page]
13
   *Attorneys for Defendant Apple Inc.*
14

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| 17  MASIMO CORPORATION, a Delaware corporation; and 18 CERCACOR LABORATORIES, INC., a Delaware corporation, 19<br><br>20            Plaintiffs,<br><br>      v.<br>21<br>22  APPLE INC., a California corporation,<br>23            Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF OBJECTIONS TO SPECIAL MASTER ORDER NO. 4**<br><br>**Hearing**<br><br>Date: March 28, 2022<br>Time: 1:30 p.m.<br><br>Discovery Cut-Off: 8/12/2022<br>Pre-Trial Conference: 3/13/2023<br>Trial: 3/28/2023 |

24

25

26

27

28

Wilmer Cutler
Pickering Hale
and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF OBJECTIONS TO
SPECIAL MASTER ORDER NO. 4                                          CASE NO. 8:20-cv-00048-JVS (JDEX)

1  BRIAN A. ROSENTHAL, *pro hac vice*
     brosenthal@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
3  New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
4
   ILISSA SAMPLIN, SBN 314018
5    isamplin@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  333 South Grand Avenue
   Los Angeles, CA 90071-3197
7  Tel.: 213.229.7000 / Fax: 213.229.7520

8  ANGELIQUE KAOUNIS, SBN 209833
     akaounis@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East Suite 4000
10 Los Angeles, CA 90067
   Tel.: 310.552.8546 / Fax: 310.552.7026
11
   MARK D. SELWYN, SBN 244180
12   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
13   HALE AND DORR LLP
   2600 El Camino Real, Suite 400
14 Palo Alto, CA 94306
   Tel.: 650.858.6000 / Fax: 650.858.6100
15
   NORA  Q.E. PASSAMANECK
16   nora.passamaneck@wilmerhale.com
   WILMER CUTLER PICKERING
17   HALE AND DORR LLP
   1225 Seventeenth St., Suite 2600
18 Denver, CO 80202
   Tel: 720.274.3152 / Fax: 720.273.3133
19
20
21
22
23
24
25
26
27
28

Wilmer Cutler
Pickering Hale
and Dorr  LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF OBJECTIONS TO
SPECIAL MASTER ORDER NO. 4                    CASE NO. 8:20-cv-00048-JVS (JDEX)

I, Nora Passamaneck, declare and state as follows:

1.    I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2.    I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3.    I make this Declaration in support of Apple's Reply In Support Of Objections To Special Master Order No. 4 ("Objections").

4.    Attached hereto as **Exhibit 13 (filed under seal)** is an excerpt of a true and correct copy of the transcript of the February 4, 2022 hearing before the Special Master regarding Apple's motion to compel on Interrogatory No. 28.

5.    Attached hereto as **Exhibit 14 (filed under seal)** is a true and correct copy of Plaintiffs' Opposition to Apple's Motion to Compel, dated December 13, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of March, 2022 in Denver, Colorado.

By: _____
Nora Q.E. Passamaneck

Wilmer Cutler
Pickering Hale
and Dorr LLP