JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S RESPONSE TO PLAINTIFFS' SECOND "SUPPLEMENTAL SUBMISSION" IN SUPPORT OF THEIR MOTION TO MODIFY THE PROTECTIVE ORDER (DKT. 67)**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early]<br><br>Date: February 17, 2022<br>Time: 10:00 am<br>Courtroom: 6A |

1   BRIAN A. ROSENTHAL, *pro hac vice*
       brosenthal@gibsondunn.com
2   GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
3   New York, NY 10166-0193
    Tel.: 212.351.2339 / Fax: 212.817.9539
4
    ILISSA SAMPLIN, SBN 314018
5      isamplin@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
6   333 South Grand Avenue
    Los Angeles, CA 90071-3197
7   Tel.: 213.229.7000 / Fax: 213.229.7520

8   ANGELIQUE KAOUNIS, SBN 209833
       akaounis@gibsondunn.com
9   GIBSON, DUNN & CRUTCHER LLP
    2029 Century Park East Suite 4000
10  Los Angeles, CA 90067
    Tel.: 310.552.8546 / Fax: 310.552.7026
11
    MARK D. SELWYN, SBN 244180
12     mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING
13    HALE AND DORR LLP
    2600 El Camino Real, Suite 400
14  Palo Alto, CA 94306
    Tel.: 650.858.6000 / Fax: 650.858.6100

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant Apple Inc. ("Apple") provides this brief response to Plaintiffs' second unauthorized submission in further support of their Motion to Modify the Protective Order. Plaintiffs wrongly assert that (1) Apple has made false statements in the parallel ITC proceeding and (2) documents in this case would establish the falsity of those statements. Plaintiffs fail to identify the documents to which they are alluding (either in their submission or separately to Apple) and for good reason—there are none because Apple's statements were truthful.

In any event, Plaintiffs have been in possession of the interrogatory response they cite *since September 16, 2021*. To the extent that they wished to seek any specific further categories of documents that they believe were not produced in the ITC Investigation and that would purportedly rebut Apple's long-stated position, they were free to do so *in the ITC Investigation*. In fact, Plaintiffs have already sought and received voluminous discovery in the ITC related to the development of the features accused in that Investigation, all of which corroborate Apple's statement that Plaintiffs' former employees did not work on them.

For these reasons—and the reasons explained in Apple's opposition brief—Plaintiffs' continued attempts to avoid the discovery procedures and limitations in the ITC investigation—where the roughly six-month-long period of fact discovery is now over and closed—should be rejected.

| | |
|---|---|
| Dated: March 15, 2022 | Respectfully submitted, |
| | JOSHUA H. LERNER<br>H. MARK LYON<br>BRIAN M. BUROKER<br>BRIAN A. ROSENTHAL<br>ILISSA SAMPLIN<br>ANGELIQUE KAOUNIS<br>BRIAN ANDREA<br>GIBSON, DUNN & CRUTCHER LLP |
| | MARK D. SELWYN<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| | By: /s/ Mark D. Selwyn |
| | *Attorneys for Defendant Apple Inc.* |