

Hon. Andrew J. Guilford (Ret.)
Judicate West
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340

Special Master

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware Corporation; and CERCACOR LABORATORIES, INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No. SACV 20-00048 JVS (JDEx)<br><br>(JW Reference No.: A279845)<br><br>ORDER NO. 7 OF SPECIAL MASTER ON TWO DISCOVERY DISPUTES |

This Discovery Order No. 7 of the Special Master addresses two pending discovery disputes.

First, on February 25, 2022, Masimo Corporation and Cercacor Laboratories, Inc. (together, "Plaintiffs") moved "for an order compelling Apple to comply with Judge Early's order to produce documents from Apple CEO Tim Cook's electronically stored information ('ESI')." ("CEO ESI Mot.") Apple opposed the motion on March 4 ("CEO ESI Opp'n") and Plaintiffs filed a reply on March 11 ("CEO ESI Reply").

Second, on February 28, 2022, each side filed a letter relating to the same dispute – whether Apple's Rule 30(b)(6) witness Robin Goldberg is required by Discovery Order No. 2 to now sit for an additional 1-hour deposition. Plaintiffs styled their February 28, 2022 correspondence as a motion "to enforce the Order No. 2 of the Special Master on Discovery Motions." ("Masimo Rule

30(b)(6) Mot.") Apple referred to its February 28, 2022 correspondence as a request for clarification or guidance. ("Apple Clarification Request.") Oppositions were received on March 7, 2022 ("Opp'n to Masimo Rule 30(b)(6) Mot."; "Opp'n to Apple Clarification Request") and replies were received on March 14, 2022 ("Reply re Masimo Rule 30(b)(6) Mot."; "Reply re Apple Clarification Request").

The Special Master provides this written Order under the terms of Paragraph 10 of the Order Appointing the Special Master.

After thorough letter-briefing, an oral argument was held on March 24, 2022. Before the hearing, the parties were provided with a tentative R&R relating to the two disputes.

Consistent with the guidance provided in various communications, sections of this Order, and at the hearing, the Special Master **GRANTS** Masimo's February 25, 2022 motion. The Special Master accordingly compels production of all ESI identified using the search terms stated in Judge Early's September 29, 2021 Order within 21 days of this Order. On the February 28, 2022 dispute, the Special Master enforces his Discovery Order No. 2 by **DENYING** Masimo's request for an additional one-hour deposition of Apple's Rule 30(b)(6) witness.

1. **PLAINTIFFS' FEBRUARY 25, 2022 CEO MOTION**

The parties dispute the adequacy of Apple's production of ESI collected from the files of Apple's CEO. Judge Early twice considered disputes on the threshold question of whether Plaintiffs should be permitted to even seek discovery from Apple's CEO. Judge Early initially denied Plaintiffs' request. But a document was then unearthed that contradicted Apple's assertion that its CEO was not likely to have information relevant to this case. Judge Early ultimately granted a motion for reconsideration and ordered Apple to search its CEO's ESI. Judge Early's ruling directed Apple to "search Tim Cook's electronically stored information" for specific search terms "and produce all responsive, non-privileged documents." (Dkt. No. 502 at 2.)

After running specific search terms on its CEO's ESI, Apple disclosed hit counts to Masimo. Those hit counts show that the specific search terms identified about 1,500 "Unique Docs." (CEO ESI Opp'n at 1 (approximated from chart showing search terms and corresponding hit counts,

including under the heading "Unique Docs").) Apple initially produced 28 documents in October 2021 and withheld one document family as privileged. (*Id.*) The parties continued to meet and confer regarding the dispute, and Apple later provided Plaintiffs with additional information about its production of CEO ESI, including eventually producing one additional document.

Plaintiffs ask that Apple be ordered to hand over all the non-privileged documents identified by the search terms. Plaintiffs dispute that Apple should be permitted to withhold documents based on Apple's assessment that those documents are irrelevant to this case. For its part, Apple explains at a high level some bases for its assertion that many of the documents identified by the search terms are irrelevant.

At the hearing, counsel for Plaintiffs strongly emphasized that their motion was styled as a motion to enforce Judge Early's earlier ruling on Plaintiffs' motion for reconsideration. Plaintiffs referred to the specific procedural history involved in this dispute, including by reference to certain colloquies that previously took place with Judge Early during the hearing before him on the motion for reconsideration. Arguments were reiterated regarding who should decide what information is relevant for purposes of ESI discovery. The Special Master asked some questions to explore Apple's asserted determinations regarding lack of relevance, and answers referring to certain categories of documents as "atmospheric" and "not critical to trial" were telling.

The Special Master must continue to emphasize the concerns stated in his tentative ruling regarding ESI data dumps and notions of basic trust in complex litigations. The Special Master also acknowledges Apple's stated concerns regarding "opening the floodgates" to ongoing disputes on related discovery issues. But the Special Master has been persuaded that in the specific circumstances of this dispute, Judge Early intended by his September 29, 2021 Order Granting Plaintiffs' Motion for Reconsideration (Dkt. No. 502) that Apple be required to produce all documents uncovered by the search terms identified, without any determinations made by Apple regarding their perceived relevance to this case.

Plaintiffs' February 25, 2022 CEO ESI Motion is **GRANTED**. Apple must produce all ESI identified using the search terms stated in Judge Early's September 29, 2021 Order within 21 days of this Order.

## 2. PARTIES' FEBRUARY 28, 2022 DISPUTE OVER ADDITIONAL DEPOSITION OF APPLE'S RULE 30(b)(6) WITNESS

In Discovery Order No. 2, the Special Master considered the parties' dispute over the sufficiency of Rule 30(b)(6) deposition testimony offered by Apple witness Robin Goldberg. The Special Master directed Apple to submit a sworn declaration further answering four questions that had been asked and inadequately answered during the deposition. Goldberg timely submitted that sworn declaration.

The Special Master's Discovery Order No. 2 also stated that "[i]f necessary, the parties may meet and confer after the declaration is served and if necessary, Masimo is permitted to take a further one-hour deposition solely on these [four] narrow topics." (Discovery Order No. 2 at 12.)

The Special Master has reviewed Goldberg's declaration as well as the arguments raised by the parties regarding whether an additional one-hour deposition is necessary. The Special Master finds that it is not. Goldberg provided a full response to each of the four questions in the Special Master's Discovery Order No. 2. There comes a point where the remedy for an answer not liked by the interrogator is effective cross examination at trial concerning discovery requests carefully crafted with trial in mind. Plaintiffs' arguments for otherwise seeking an additional one-hour deposition from Goldberg are not persuasive.

At the hearing, Plaintiffs submitted on the Special Master's tentative ruling as to this dispute.

The Special Master accordingly enforces his Discovery Order No. 2 by finding a further Rule 30(b)(6) deposition unnecessary and **DENYING** Masimo's request for an additional one-hour deposition of Apple's Rule 30(b)(6) witness.

## 3. CONCLUSION

Numerous other arguments were presented in the briefs and oral arguments, and all were considered by the Special Master in making this Order.

Consistent with the guidance provided in various communications, sections of this Order, and at the hearing, the Special Master **GRANTS** Masimo's February 25, 2022 motion. The Special Master accordingly compels production of all ESI identified using the search terms stated in Judge Early's September 29, 2021 Order within 21 days of this Order. On the February 28, 2022 dispute, the Special Master enforces his Discovery Order No. 2 by **DENYING** Masimo's request for an additional one-hour deposition of Apple's Rule 30(b)(6) witness.

As noted, the Special Master provides this written Order under the terms of Paragraph 10 of the Order Appointing the Special Master, which states in part as follows.

> The Special Master shall issue rulings by order, except for any contempt findings that shall be issued by report and recommendation. See Fed. R. Civ. P. 53(c)(2). The Special Master shall provide any written order, report, or recommendation to counsel for the parties by email to give them an opportunity to propose redactions before submission to the Court. The parties shall meet and confer and submit any proposed redactions to the Special Master within three court days. If the parties cannot agree on redactions, the parties shall provide their positions by email to the Special Master, including all proposed redactions, and the Special Master may redact upon a finding that redaction is appropriate in his/her discretion before filing.

THUS IT IS ORDERED.

Dated: April 1, 2022

Hon. Andrew J. Guilford (Ret.)
Special Master

**JUDICATE WEST**
Alternative Dispute Resolution

*Results Beyond Dispute*℠

1851 E. First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344

www.judicatewest.com

## PROOF OF SERVICE

### Masimo Corporation et al. v. Apple Inc.
### A279845

I, the undersigned, an employee of Judicate West, located at 1851 E. First Street, Suite 1600, Santa Ana, CA 92705 declare under penalty of perjury that I am over the age of eighteen (18) and not a party to this matter or proceeding.

On April 1, 2022, I served the foregoing documents, described as:

### ODER NO. 7 OF SPECIAL MASTER ON TWO DISCOVERY DISPUTES

to the following parties:

### SEE ATTACHED MAILING LIST

(X) **BY E-MAIL** I caused the above-referenced document to be transmitted via electronic mail (e-mail) to the parties as listed on this Proof of Service

( ) **BY ELECTRONIC FILING** I caused such document to be sent via electronic service by submitting an electronic version of the document(s) to One Legal, LLC, through the user interface at www.onelegal.com.

( ) **BY FASCIMILE** I caused the above-referenced document to be transmitted via facsimile to the parties as listed on this Proof of Service. The document was transmitted by facsimile transmission and the transmission was reported as complete and without error.

( ) **BY PERSONAL SERVICE** I personally delivered the documents to the persons at the address (es): by leaving the documents at the person (s) office, in an envelope or package clearly labeled to identify the person(s) being served, with a receptionist or an individual in charge of the office.

( ) **BY UNITED STATES PARCEL SERVICE** I am readily familiar with the business' practice for collection and processing of correspondence and mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business

( ) **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X) **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 1, 2022**, at Santa Ana, California

_Heidi Adams_
Judicate West

Downtown Los Angeles Office • 601 S. Figueroa St., Suite 3400 • Los Angeles, CA 90017 • (213) 223-1113 • Fax (213) 223-1114
Sacramento Office • 980 9ᵀᴴStreet, Suite 2200 • Sacramento, CA 95814 • (916) 394-8490 • Fax (916) 394-8495
San Diego Office • 402 West Broadway, Suite 2400 • San Diego, CA 92101 • (619) 814-1966 • Fax (619) 814-1967
San Francisco Office • 100 Pine St., Suite 1950 • San Francisco, CA 94111 • (415) 266-1242 • Fax (415) 266-1243
West Los Angeles Office • 11601 Wilshire Blvd., Suite 2040 • Los Angeles, CA 90025 • (310) 442-2100 • Fax (310) 442-2125



**Santa Ana Office**
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344

**www.judicatewest.com**

# Case Contact List

as of Friday, April 1, 2022

**JW Case #: A279845**

*Case Caption: Masimo Corporation, et al. vs. Apple, Inc.*

Daniel P. Hughes, Esq.
Knobbe, Martens, Olson & Bear, LLP
12790 El Camino Real
San Diego, CA 92130
Phone: (858) 707-4000   Fax: (858) 707-4001
Email: daniel.hughes@knobbe.com
Representing Masimo Corporation; Cercacor Laboratories, Inc.

Joseph F. Jennings, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main St.
14th Floor
Irvine, CA 92614
Phone: (949) 760-0404   Fax: (949) 760-9502
Email: joe.jennings@knobbe.com
Representing Masimo Corporation; Cercacor Laboratories, Inc.

Stephen C. Jensen, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main St.
14th Floor
Irvine, CA 92614
Phone: (949) 760-0404   Fax: (949) 760-9502
Email: steve.jensen@knobbe.com
Representing Masimo Corporation; Cercacor Laboratories, Inc.

Mark D. Kachner, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main St.
14th Floor
Irvine, CA 92614
Phone: (949) 760-0404   Fax: (949) 760-9502
Email: mark.kachner@knobbe.com
Representing Masimo Corporation; Cercacor Laboratories, Inc.

Benjamin A. Katzenellenbogen, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main St.
14th Floor
Irvine, CA 92614
Phone: (949) 760-0404   Fax: (949) 760-9502
Email: ben.katzenellenbogen@knobbe.com
Representing Masimo Corporation; Cercacor Laboratories, Inc.

Downtown Los Angeles Office ● 601 S. Figueroa Street Suite 4000 ● Los Angeles, CA 90017 ● (213) 223-1113 ● Fax (213) 223-1114
San Diego Office ● 402 W. Broadway Suite 2400 ● San Diego, CA 92101 ● (619) 814-1966 ● Fax (619) 814-1967
San Francisco Office ● 100 Pine Street Suite 1950 ● San Francisco, CA 94111 ● (415) 266-1242 ● Fax (415) 266-1243
West Los Angeles Office ● 11601 Wilshire Blvd Suite 2040 ● Los Angeles, CA 90025 ● (310) 442-2100 ● Fax (310) 442-2125
Sacramento Office ● 980 9th Street Suite 2200 ● Sacramento, CA 95814 ● (916) 394-8490 ● Fax (916) 394-8495



**Santa Ana Office**
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344
**www.judicatewest.com**

Stephen W. Larson, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main St.
14th Floor
Irvine, CA 92614
Phone: (949) 760-0404   Fax: (949) 760-9502
Email: stephen.larson@knobbe.com
Representing Masimo Corporation; Cercacor Laboratories, Inc.

Perry D. Oldham, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main St.
14th Floor
Irvine, CA 92614
Phone: (949) 760-0404   Fax: (949) 760-9502
Email: perry.oldman@kmob.com
Representing Masimo Corporation; Cercacor Laboratories, Inc.

Adam B. Powell, Esq.
Knobbe, Martens, Olson & Bear, LLP
12790 El Camino Real
San Diego, CA 92130
Phone: (858) 707-4000   Fax: (858) 707-4001
Email: adam.powell@knobbe.com
Representing Masimo Corporation; Cercacor Laboratories, Inc.

Joseph R. Re, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main St.
14th Floor
Irvine, CA 92614
Phone: (949) 760-0404   Fax: (949) 760-9502
Email: jre@kmob.com
Representing Masimo Corporation; Cercacor Laboratories, Inc.

Ryan J. Moran, Esq.
Apple, Inc.
1 Infinite Loop
MS 169-2NYJ
Cupertino, CA 95014
Phone: (408) 974-0756   Fax:
Email: rmoran@apple.com
Representing Apple, Inc.

Natalie Pous, Esq.
Apple, Inc.
1 Infinite Loop
MS 169-2NYJ
Cupertino, CA 95014
Phone: (408) 974-0756   Fax:
Email: npous@apple.com
Representing Apple, Inc.

Downtown Los Angeles Office ● 601 S. Figueroa Street Suite 4000 ● Los Angeles, CA 90017 ● (213) 223-1113 ● Fax (213) 223-1114
San Diego Office ● 402 W. Broadway Suite 2400 ● San Diego, CA 92101 ● (619) 814-1966 ● Fax (619) 814-1967
San Francisco Office ● 100 Pine Street Suite 1950 ● San Francisco, CA 94111 ● (415) 266-1242 ● Fax (415) 266-1243
West Los Angeles Office ● 11601 Wilshire Blvd Suite 2040 ● Los Angeles, CA 90025 ● (310) 442-2100 ● Fax (310) 442-2125
Sacramento Office ● 980 9th Street Suite 2200 ● Sacramento, CA 95814 ● (916) 394-8490 ● Fax (916) 394-8495



**Santa Ana Office**
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344

**www.judicatewest.com**

Brian K. Andrea, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Ave. N.W.
Washington, D.C. 20036
Phone: (202) 955-8500   Fax: (202) 530-4238
Email: bandrea@gibsondunn.com
Representing Apple, Inc.

Brian M. Buroker, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Ave. N.W.
Washington, D.C. 20036
Phone: (202) 955-8500   Fax: (202) 530-4238
Email: bburoker@gibsondunn.com
Representing Apple, Inc.

Angelique Kaounis, Esq.
Gibson, Dunn & Crutcher, LLP
2029 Century Park E.
Suite 4000
Los Angeles, CA 90067
Phone: (310) 552-8500   Fax:
Email: akaounis@gibsondunn.com
Representing Apple, Inc.

Joshua H. Lerner, Esq.
Gibson, Dunn & Crutcher, LLP
555 Mission St.
Suite 3000
San Francisco, CA 94105
Phone: (415) 393-8200   Fax: (415) 393-8306
Email: jlerner@gibsondunn.com
Representing Apple, Inc.

Jason C. Lo, Esq.
Gibson, Dunn & Crutcher, LLP
333 S. Grand Ave.
49th Floor
Los Angeles, CA 90071
Phone: (213) 229-7000   Fax: (213) 229-6635
Email: jlo@gibsondunn.com
Representing Apple, Inc.

H. Mark Lyon, Esq.
Gibson, Dunn & Crutcher, LLP
1881 Page Mill Rd.
Palo Alto, CA 94304
Phone: (650) 849-5300   Fax: (650) 849-5333
Email: mlyon@gibsondunn.com
Representing Apple, Inc.

Downtown Los Angeles Office ● 601 S. Figueroa Street Suite 4000 ● Los Angeles, CA 90017 ● (213) 223-1113 ● Fax (213) 223-1114
San Diego Office ● 402 W. Broadway Suite 2400 ● San Diego, CA 92101 ● (619) 814-1966 ● Fax (619) 814-1967
San Francisco Office ● 100 Pine Street Suite 1950 ● San Francisco, CA 94111 ● (415) 266-1242 ● Fax (415) 266-1243
West Los Angeles Office ● 11601 Wilshire Blvd Suite 2040 ● Los Angeles, CA 90025 ● (310) 442-2100 ● Fax (310) 442-2125
Sacramento Office ● 980 9th Street Suite 2200 ● Sacramento, CA 95814 ● (916) 394-8490 ● Fax (916) 394-8495



**Santa Ana Office**
1851 East First Street
Suite 1600
Santa Ana, CA 92705
Phone: (714) 834-1340
Fax: (714) 834-1344

**www.judicatewest.com**

Brian Rosenthal, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Ave. N.W.
Washington, D.C. 20036
Phone: (202) 955-8500   Fax: (202) 530-4238
Email: barosenthal@gibsondunn.com
Representing Apple, Inc.

Ilissa S. Samplin, Esq.
Gibson, Dunn & Crutcher, LLP
333 S. Grand Ave.
49th Floor
Los Angeles, CA 90071
Phone: (213) 229-7000   Fax: (213) 229-6635
Email: isamplin@gibsondunn.com
Representing Apple, Inc.

Kenneth G. Parker, Esq.
Haynes Boone, LLP
600 Anton Blvd.
Suite 700
Costa Mesa, CA 92626
Phone: (949) 202-3000   Fax: (949) 202-3114
Email: ken.parker@haynesboone.com
Representing Apple, Inc.

Marc R. Lewis, Esq.
Lewis & Llewellyn, LLP
601 Montgomery St.
Suite 2000
San Francisco, CA 94111
Phone: (415) 800-0590   Fax: (415) 390-2127
Email: mlewis@lewisllewellyn.com
Representing Apple, Inc.

Tobias G. Snyder, Esq.
Lewis & Llewellyn, LLP
601 Montgomery St.
Suite 2000
San Francisco, CA 94111
Phone: (415) 800-0590   Fax: (415) 390-2127
Email: tsnyder@lewisllewellyn.com
Representing Apple, Inc.

Mark D. Selwyn, Esq.
Wilmer Cutler Pickering Hale & Dorr, LLP
2600 El Camino Real
Suite 400
Palo Alto, CA 94306
Phone: (650) 858-6031   Fax:
Email: mark.selwyn@wilmerhale.com
Representing Apple, Inc.

Downtown Los Angeles Office ● 601 S. Figueroa Street Suite 4000 ● Los Angeles, CA 90017 ● (213) 223-1113 ● Fax (213) 223-1114
San Diego Office ● 402 W. Broadway Suite 2400 ● San Diego, CA 92101 ● (619) 814-1966 ● Fax (619) 814-1967
San Francisco Office ● 100 Pine Street Suite 1950 ● San Francisco, CA 94111 ● (415) 266-1242 ● Fax (415) 266-1243
West Los Angeles Office ● 11601 Wilshire Blvd Suite 2040 ● Los Angeles, CA 90025 ● (310) 442-2100 ● Fax (310) 442-2125
Sacramento Office ● 980 9th Street Suite 2200 ● Sacramento, CA 95814 ● (916) 394-8490 ● Fax (916) 394-8495