Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**PLAINTIFFS' NOTICE OF FULLY BRIEFED MOTION AND MOTION TO MODIFY TRADE SECRET DISCLOSURE**<br><br>Date:     April 25, 2022<br>Time:     1:30pm<br>Ctrm:    10C<br>Judge:   Hon. James V. Selna |

1   Mark D. Kachner (Bar No. 234,192)
    mark.kachner@knobbe.com
2   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
    1925 Century Park East, Suite 600
3   Los Angeles, CA 90067
    Telephone: (310) 551-3450
4   Facsimile: (310) 551-3458

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLEASE TAKE NOTICE that on April 25, 2022, at 1:30 PM, or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable James V. Selna, Courtroom 10C of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California, 92701, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Masimo") will and hereby do move to modify Masimo's Section 2019.210 Trade Secret Disclosure.  Masimo selected this hearing date because the Motion is already fully briefed and fourteen days is the standard time between the reply brief and the hearing.  *See* Local Rule 7-10.

Masimo brings the Motion under Local Rule 7-3 and pursuant to the instructions of the Special Master, Hon. Andrew J. Guilford (Ret.).  On February 9, 2022, the parties met and conferred on the Motion.  The parties continued discussing their dispute by email and then Masimo filed the Motion before the Special Master on March 4, 2022. On April 7, 2022, the Special Master issued a Tentative Order, stating:

> For many reasons – including those based on review of this procedural history, the stated scope of the Special Master's authority in the Order Appointing Special Master, and the nature of this dispute – the Special Master finds that this dispute is more appropriately raised before Judge Selna.  The Special Master thus DECLINES TO RULE on Masimo's March 4, 2022 Motion for Leave to Amend.

> For sake of judicial and party efficiency, the Special Master RECOMMENDS to the extent Plaintiffs intend to maintain their request to amend their trade secret disclosures, that Judge Selna accept as complete briefing the three letter briefs and their attachments filed before the Special Master by the parties on this issue and decline to accept any further submissions from the parties beyond their lodging of these materials on the docket.

Powell Decl., Attachment I at 4.  The parties submitted on the tentative during the hearing.

Accordingly, Masimo hereby lodges the parties' prior briefing pursuant to the Special Master's instructions.  *See id.*, Attachment II (Masimo's Opening Brief), Attachment III (Masimo's Opening Exhibits), Attachment IV (Apple's Opposition Brief), Attachment V (Apple's Opposition Exhibits), Attachment VI (Masimo's Reply

-1-

Brief), Attachment VII (Masimo's Reply Exhibits), Attachment VIII (Masimo's Reply Declaration).

The Motion is based upon this Notice, the documents filed concurrently herewith, any subsequently filed documents, the pleadings and papers filed in this action, and any other arguments, evidence, and other matters submitted to the Court, at the hearing or otherwise.  A proposed order is being lodged for the Court's consideration.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 11, 2022                    By: /s/Adam B. Powell
                                             Joseph R. Re
                                             Stephen C. Jensen
                                             Benjamin A. Katzenellenbogen
                                             Perry D. Oldham
                                             Stephen W. Larson
                                             Mark D. Kachner
                                             Adam B. Powell
                                             Daniel P. Hughes

                                             Attorneys for Plaintiffs
                                             MASIMO CORPORATION and
                                             CERCACOR LABORATORIES, INC.