1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 8:20-cv-00048-JVS-JDE

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION**

1    Having considered Plaintiffs' Motion to Modify Trade Secret Disclosure,

2  all the papers filed in support thereof, any papers in opposition thereto, and any

3  oral argument of counsel, and finding good cause, the Court hereby GRANTS

4  Plaintiffs' Motion. Plaintiffs may amend their Section 2019.210 Trade Secret

5  Disclosure as shown in Exhibit 3 to Attachment III to Plaintiffs' Motion

6

7  **IT IS SO ORDERED.**

8

9

10  Dated: _____       _____

11                                   The Honorable James V. Selna
                                    United States District Judge
12

13  55432345

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28