Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' NOTICE OF FULLY BRIEFED MOTION AND MOTION TO MODIFY TRADE SECRET DISCLOSURE**<br><br>Hon. Judge James V. Selna<br><br>Date: April 25, 2022<br>Time: 1:30 p.m.<br>Ctrm: 10C |

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

I, Adam B. Powell, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in Support of Plaintiffs' Notice of Fully Briefed Motion and Motion to Modify Trade Secret Disclosure (the "Motion").

2. Attached hereto as **Attachment I** is a true and correct copy of the Tentative Order of the Special Master dated April 7, 2022.

3. Attached hereto as **Attachment II [Filed Under Seal]** is a true and correct copy of Masimo's Opening Brief in Support of its Motion To Amend Trade Secret Disclosure ("Masimo's Opening Brief"), which Masimo transmitted to the Special Master on March 4, 2022.

4. Attached hereto as **Attachment III [Filed Under Seal]** are true and correct copies of Exhibits 1-12 in support of Masimo's Opening Brief, which Masimo transmitted to the Special Master on March 4, 2022.

5. Attached hereto as **Attachment IV [Filed Under Seal]** is a true and correct copy of Apple's Opposition To Plaintiffs Motion to Amend the Section 2019.210 Disclosure ("Apple's Opposition Brief"), which Apple transmitted to the Special Master on March 11, 2022.

6. Attached hereto as **Attachment V [Filed Under Seal]** are true and correct copies of Exhibits A-E in support of Apple's Opposition Brief, which Apple transmitted to the Special Master on March 11, 2022.

7. Attached hereto as **Attachment VI [Filed Under Seal]** is a true and correct copy of Masimo's Reply in Support of its Motion To Amend Trade Secret Disclosure ("Masimo's Reply Brief"), which Masimo transmitted to the Special Master on March 23, 2022.

8. Attached hereto as **Attachment VII [Filed Under Seal]** are true and correct copies of Exhibits 13-18 in support of Masimo's Reply Brief, which Masimo transmitted to the Special Master on March 23, 2022.

9. Attached hereto as **Attachment VIII [Filed Under Seal]** is a true and correct copy of the Powell Declaration in Support of Masimo's Reply Brief, which Masimo transmitted to the Special Master on March 23, 2022.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on April 11, 2022, at Encinitas, California.

*/s/ Adam B. Powell*
Adam B. Powell

55431746