# ATTACHMENT VII

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 13

# Redacted Exhibit Filed Under Seal

Redacted Exhibit Filed
Under Seal

# Redacted Exhibit Filed Under Seal

Redacted Exhibit Filed
Under Seal

# EXHIBIT 14

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:18-cv-02001-JVS (JDEx) | Date | January 19, 2021 |
|---|---|---|---|
| Title | Masimo Corporation, et al., v. True Wearables, Inc., et al. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**   (In Chambers) Order re: Defendants' Motion to Strike Portions of Plaintiffs' Interrogatory Responses and Compel Re-Designation of Interrogatory Responses as Confidential [Dkt. 132, "Motion"]

Defendants' Motion (Dkt. 132) came on regularly for hearing by telephone. The Court, after noting it had considered the Motion, the supporting Joint Stipulation (Dkt. 132-1, "Jt. Stip."), Defendants' Supplemental Memorandum (Dkt. 138), all evidence submitted in support of and in opposition to the Motion (Dkt. 132-2 to 132-4, 134, 134-1 to 134-19, 136-1, 138-1 to 138-2), issued an oral tentative ruling, and counsel for the parties were heard in argument.

For the reasons stated on the record (see Dkt. 144), the Court denies the Motion (Dkt. 132) in part and directs the parties to further confer regarding the remainder.

For the reasons stated on the record, the Court denies the Motion to the extent it asks this Court, based upon Plaintiffs' Supplemental Responses to Interrogatory Nos. 1 and 11 containing disclosures relating to Plaintiffs' alleged trade secrets, to "limit this case to the five original alleged trade secrets that remain from the list Plaintiffs provided at the outset of the case," a limitation that will, in Defendants' view, "will, in effect, be a determination of which of Plaintiffs' alleged trade secrets are properly at issue in this suit." Dkt. 132-1 ("Joint Stipulation" or "Jt. Stip.") at 4, 6. As noted, although discovery-related motions have been referred to the undersigned generally (see Dkt. 7), with respect to "interrogatories directed to trade secrets," at the Scheduling Conference, Judge Selna ordered: "If there is a dispute as to the adequacy of the response, I want them brought to me on an ex parte basis, seven days return." Dkt. 31, 5:19-6:14. The dispute here relates directly to the adequacy of

Exhibit 14

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:18-cv-02001-JVS (JDEx) | Date | January 19, 2021 |
|---|---|---|---|
| Title | Masimo Corporation, et al., v. True Wearables, Inc., et al. | | |

Plaintiffs' trade secret disclosures. Further, to grant the relief Defendants seek, that is, to determine that only certain trade secrets are "properly at issue in this suit" is beyond the scope of the discovery refence to the assigned magistrate judge. See Dkt. 7. Nonetheless, to the extent this Court has authority to consider the issue, the Court finds separately that Plaintiffs have shown sufficient cause for the timing of their renewed amended trade secret disclosures, rendering the relief Defendants seek unwarranted on the merits, for the reasons stated on the record. Nothing herein limits Defendants' ability to seek review of this Order or raise to the issue in the first instance with Judge Selna.

With respect to the portion of the Motion relating to Plaintiffs' designations of materials under the Protective Order, the Court directs the parties to comply with the further procedures described by the Court at the hearing and, if any disputes as to that issue remains, presented such issue to the Court in the manner described at the hearing. See Dkt. 144.

Therefore, for the reasons stated on the record (see Dkt. 144), the Court denies the Motion (Dkt. 132) in part and directs the parties to further confer regarding the remainder.

Initials of Clerk:            mba

Exhibit 14

Attachment VII
-265-

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Tuesday, January 19, 2021 3:11 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 8:18-cv-02001-JVS-JDE Masimo Corporation et al v. True Wearables, Inc. et al Order on Motion to Strike re Discovery Matter

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 1/19/2021 at 3:10 PM PST and filed on 1/19/2021
**Case Name:**      Masimo Corporation et al v. True Wearables, Inc. et al
**Case Number:**     8:18-cv-02001-JVS-JDE
**Filer:**
**Document Number:** 150

**Docket Text:**
<span style="color:blue">**MINUTE (IN CHAMBERS) Order re: Defendants' Motion to Strike Portions of Plaintiffs' Interrogatory Responses and Compel Re-Designation of Interrogatory Responses as Confidential [132] by Magistrate Judge John D. Early. For the reasons stated on the record (see Dkt. 144), the Court denies the Motion (Dkt. 132) in part and directs the parties to further confer regarding the remainder. (see document for further details) (hr)**</span>

**8:18-cv-02001-JVS-JDE Notice has been electronically mailed to:**

Sherron L Wiggins     support@conklelaw.com , s.wiggins@conklelaw.com

Ryan J Fletcher      kdrieman@merchantgould.com , rfletcher@merchantgould.com , smaney@merchantgould.com

Brian Christopher Claassen      brian.classen@knobbe.com , knobbeadmin@ecf.courtdrive.com

Amanda Rose Washton      a.washton@conklelaw.com , support@conklelaw.com , awashton@hotmail.com

Peter A Gergely      pgergely@merchantgould.com

Exhibit 14
Attachment VII
-266-

Joseph R Re    joe.re@knobbe.com, litigation@kmob.com, knobbeadmin@ecf.courtdrive.com, jre@kmob.com

Paige S Stradley    pstradley@merchantgould.com

Irfan A Lateef    litigation@kmob.com, irfan.lateef@knobbe.com, ial@kmob.com

Stephen C Jensen    sjensen@kmob.com, steve.jensen@knobbe.com

Zach Kachmer    zkachmer@merchantgould.com

Perry D Oldham    2pdo@kmob.com, litigation@kmob.com, perry.oldham@knobbe.com

**8:18-cv-02001-JVS-JDE Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**
Andrew T Pouzeshi
Merchant and Gould PC
1801 California Street Suite 3300
Denver CO 80202

Exhibit 14
Attachment VII
-267-

# EXHIBIT 15

# Oxford English Dictionary | The definitive record of the English language

# refine, *v.*

**Pronunciation:** ⓘ Brit. /rɪˈfʌɪn/, U.S. /rəˈfaɪn/,  /rɪˈfaɪn/

**Forms:** 1500s–1700s **refyne**, 1500s– **refine**.

**Frequency (in current use):**

**Origin:** Formed within English, by derivation. **Etymons:** RE- *prefix*, FINE *v.3*

**Etymology:** < RE- *prefix* + FINE *v.3* Compare Catalan *refinar* (1575), Spanish *refinar* (first half of the 16th cent.), Portuguese *refinar* (1589), all with a range of senses similar to the English word, and compare also post-classical Latin *refinire* to separate metal from (ore) (*c*1295 in a British source), Middle French *refiner* to refine (sugar) (*a*1469). Compare Middle French, French *raffiner* to free (a substance) form impurities (1519), to make fine or delicate (1600; < *re-* RE- *prefix* + *affiner* AFFINE *v.*), which replaced Middle French *refiner* (see above), and the similarly formed Italian *raffinare* (*a*1276 as *rafinare*). Compare also the following apparently isolated borrowing of French *raffiner*:

1551   T. RAYNALD tr. A. Vesalius *Compend. Declar. Vertues Oile Imperial* sig. Eii v   In this oile the foure elements..by the benefit of nature be so subtiliatid, raffinid, and depurid, that trueli neuer hitherto eni oile hathe ben..more simple, subtile and Aierial.

1.

**a.** *transitive*. In general use. To free from impurities; to purify, cleanse; to separate *from* something base or inferior. Now *rare*.

?1572   T. PAYNELL tr. *Treasurie Amadis of Fraunce* Ded. sig. ¶.iiijᵛ   As Golde is golde true touchstone tryeth at euerie ryme and season, And dothe refyne the good from bad..So Amadis of worthie fame [etc.].

1595   G. MARKHAM *Most Honorable Trag. Sir R. Grinuile* clxxi   His pure part, from worser parts refind.

1601   R. CHESTER *Loves Martyr* 61   Our vnpure Sinne by him being full refind.

*a*1665   K. DIGBY *Jrnl. Voy. to Mediterranean* (1868) 40   Because the windes can not refine the aire.

1667   J. MILTON *Paradise Lost* XII. 548   To..raise From the conflagrant mass, purg'd and refin'd, New Heav'ns, new Earth.

1707   I. WATTS *Hymns & Spiritual Songs* II. 180   Earth and Worms Shall ye must refine this Flesh.

1712   R. BLACKMORE *Creation* III. 135   By the driving Wind The Air from noxious Vapours is refin'd.

1754   BP. T. SHERLOCK *Disc.* (1759) I. i. 30   Its Worship is refined from the Errors and Idolatries of Superstition.

1781   W. COWPER *Progress of Error* 344   To purge and skim away the filth of vice, That so refined it might the more entice.

1845   *Times* 19 Mar. 7   The Romish Church taught that after this life there existed a purgatorial fire, in which sins might be purified and refined.

1857   'B. CORNWALL' *Dramatic Scenes* 401   Where the streams Of Poesy refine the brain With sweet thoughts.

1999   *Utopian Stud.* (Nexis) 1 Jan. 26   Only in Bellamy's utopian Boston is evolution successful as a means of social progress, perpetually refining and purifying 'the race'.

**b.** *transitive*. To purify, clarify, or distil (a substance or product, esp. raw sugar or crude oil), esp. by a series of industrial processes; to make purer or of a finer quality. Occasionally *intransitive*.

1582   S. Batman *Vppon Bartholome, De Proprietatibus Rerum* XIX. f. 395ᵛ   They must be refined from their waste if they be foule, by letting them often settle in fayre water, after they bee grownd.

1614   S. Purchas *Pilgrimage* (ed. 2) V. xii. 507   The raw Lac is of a darke red colour, but being refined, they make it of all colours.

1630   tr. G. Botero *Relations Famous Kingdomes World* (rev. ed.) 371   Selling their Sugars unextracted from the Cane to the Venetians, and buying it againe from them after it is refined.

1678   J. Bunyan *Pilgrim's Progress* 59   Now the Table was furnished with fat things, and with Wine that was well refined .

1707   E. Ward *Wooden World Dissected* 83   Tho' the Extraction be very gross, it's yet so well refin'd, that it does not, in the least, smell of the Kettle.

1799   tr. *Laboratory* (ed. 6) I. I. 8   The nitre is thoroughly refined.

1836–41   W. T. Brande *Man. Chem.* (ed. 5) 1076   It cannot be doubted that much improvement may be made in refining sugar, by the aid of chemistry, so as to produce a larger quantity of refined from raw sugar.

1883   *Cent. Mag.* July 332/2   The United [Company] stores and transports [oil]; the Standard buys, refines, sells, and exports.

1939   *Fortune* Nov. 11   Pure Dextrose is derived chiefly from American corn... It is refined in American factories.

1988   *Here's Health* Apr. 91/2   When flour is refined to make white bread, it loses most of its 20 vitamins and minerals and almost all its fibre.

1998   *Good Health Mag.* Mar. 56/1   Crystallised salt..has been refined and as a result is transformed into glistening white crystals that can be used in cooking.

2004   A. Thomson *Introd. Afr. Polit.* (ed. 2) ii. 26   Although it still relies heavily on its cash-crop farming, the Kenyan economy..is particularly successful in refining petroleum products (from imported oil).


†**c.** *transitive.* To clear (the spirits, mind, etc.) from dullness; to make clearer or more subtle. *Obsolete.*

With quot. 1605 cf. sense 2b.

1589   G. Puttenham *Arte Eng. Poesie* I. iii. 4   They came by instinct diuine, and by deepe meditation, and much abstinence (the same assubtiling and refining their spirits) to be made apt to receaue visions.

1605   J. Sylvester tr. G. de S. Du Bartas *Deuine Weekes & Wks.* I. i. 1   Thou glorious Guide..Lift vp my Soule, my drossie spirits refine.

1690   *School of Politicks* 1   With sober Liquour to refine my Head.

a1704   T. Brown *Oration in Praise Drunkenness* in *Wks.* (1707) I. i. 51   Wine..refines the Judgment of the Doctors and make[s] their Opinions most Canonical.

1728   E. Haywood tr. M.-A. de Gomez *Belle Assemblée* (1732) II. 107   A Relaxation of Thought is certainly a help to the refining it.


†**d.** *transitive.* To purify morally; to raise to a higher spiritual state. *Obsolete.*

1594   G. Chapman *Σκὶα Νυκτὸς* sig. D   An argument to rauish and refine An earthly soule, and make it meere diuine.

1667   J. Milton *Paradise Lost* XI. 63   Tri'd in sharp tribulation, and refin'd By Faith and faithful works.

1672   J. Dryden *Conquest Granada* II. IV. iii. 131   Blessed souls are there refin'd, and..prepar'd for light.

Exhibit 15
Attachment VII
-270-

1711   J. Addison *Spectator* No. 257. ¶8   What Actions can express the entire Purity of Thought which refines and sanctifies a virtuous Man?

1775   J. Ryland *Contempl. Insufficiency of Reason* vii. 21 (*heading*)   Reason is utterly insufficient to..root out vicious inclinations from the soul, and refine and purify the heart.

**2.**

 **a.** *transitive. Metallurgy.* To purify or separate (metals) from dross, alloy, or other extraneous matter by removing oxides, carbon, and dissolved gases, generally at high temperature; *spec.* to convert grey pig iron into white metal, or to purify and otherwise improve steel in the ladle after steel-making. Also: to separate metals from (ore, dross, etc.). Also *intransitive.*

1579   T. Hill tr. L. Fioravanti *Ioyfull Iewell* xxviii. 21   As in melting or refining metalls [It. *si liquefanno i metalli*].

1596   W. Raleigh *Discoverie Guiana* (new ed.) 49   I found in it, his quicksiluer, saltpeter, and diuers things for the triall of mettels, and also the dust of such ore as he had refined.

1604   E. Grimeston tr. J. de Acosta *Nat. & Morall Hist. Indies* iv. iii. 209   As much quicke-silver as is necessarie to refine their gold and silver.

1673   J. Ray *Coll. Eng. Words* 117   All lead oar dig'd in England hath a proportion of silver mixt with it, but some so little, that it will not quit cost to refine it.

1728   E. Chambers *Cycl.* at *Refining*   There are two Ways of refining Silver: The one with Lead; the other with Salt-petre.

1796   J. Morse *Amer. Universal Geogr.* (new ed.) I. 591   Furnaces for running this ore into pigs..and forges to refine pig-iron into bars.

1839   A. Ure *Dict. Arts* 1124   The teller silver is refined in quantities of 160 or 170 marcs.

1884   W. H. Greenwood *Steel & Iron* xiii. 246   The loss is greater in refining hot-blast than it is with cold-blast pig-iron.

1924   A. J. Allmand & H. J. T. Ellingham *Princ. Appl. Electrochem.* (ed. 2) xxiii. 585   The larger double-ring furnaces can certainly refine as well as melt.

1940   G. H. J. Adlam & L. S. Price *Higher School Certificate Inorg. Chem.* (ed. 2) xxxviii. 333   The crude metal is refined first by liquidation.

1982   G. C. Hill & J. S. Holman *Chem. in Context: Lab. Man. & Study Guide* 150   This sponge iron is melted in an electric arc furnace where the 'gangue' is removed as a liquid slag and the molten metal refined to a suitable steel composition.

2001   R. W. Cahn *Coming of Materials Sci.* xi. 456   By far the most important is the Hall–Héroult process..for producing aluminium from alumina, itself refined from bauxite ore.

 **b.** *transitive. figurative* and in figurative context.

1596   E. Spenser *Hymne in Honour of Beautie* 47   It more faire..it makes, And the grosse matter of this earthly myne Which clotheth it thereafter doth refyne.

1633   J. Ford *Broken Heart* ii. iii. sig. D4   What heauen Refines mortality from drosse of earth [etc.].

1683   M. Astell *Enemies* in J. S. Millman & G. Wright *Early Mod. Women's Mss. Poetry* (2007) 187   You are my Vertues exercise, The usefull Furnace to refine My dross.

Exhibit 15
Attachment VII
-271-

1720   R. WELTON tr. T. Alvares de Andrade *Sufferings Son of God* I. xi. 294   When Thou refinest all the Dross, all that is base and Earthly in me by the Fire of Thy Love.

*a*1800   W. COWPER *Epist. to R. Lloyd* in *Poems* (1980) I. 57   Nor needs [he] his genuine ore refine; 'Tis ready polish'd from the mine.

1810   W. SCOTT *Lady of Lake* II. 73   A human tear From passion's dross refined and clear.

1827   J. KEBLE *Christian Year* II. lxxiii. 87   The world's rude furnace must thy blood refine.

1871   R. BROWNING *Prince Hohenstiel-Schwangau* 91   The special gold, whate'er the form it take, Head-work or heart-work, fined and thrice-refined I' the crucible of life.

1995   *Sun (Baltimore)* 8 Oct. J3/2   He was able to refine their poetic kernels while his colleagues struggled with the dross.

## †**3.** *transitive.* To polish or purify (a language, composition, etc.); to render in a more cultured or elegant aesthetic style. *Obsolete*.

Now merged with sense 4.

1582   R. MULCASTER *1st Pt. Elementarie* xii. 76   Other tungs beside the first refined, marking this currant applied the same to their own seuerall writing.

1589   R. GREENE *Menaphon* sig. F   She heard him so superfine, as if Ephæbus had learnd him to refine his mother tongue.

*a*1630   F. MORYSON in *Shakespeare's Europe* (1903) V. i. 438   The English tounge..hath beene in late ages excellently refyned and made perfitt for ready and breefe deliuery both in prose and verse.

1634   *Malory's Most Anc. Hist. Prince Arthur* (title page)   The Most Ancient and Valiant History of the Renowned Prince Arthur..newly refined.

1664   J. PLAYFORD *Brief Introd. Skill Musick* (ed. 4) I. 76   Of late years our language is much refined, and so is our Musick.

1700   J. DRYDEN *Fables* Pref. sig. *Aᵛ   I..resolv'd to put their Merits to the Trial, by turning some of the *Canterbury Tales* into our Language, as it is now refin'd.

1750   S. JOHNSON *Rambler* No. 37. ⁋8   They may as well refine the speech as the sentiments of their personages.

1809   LD. BYRON *Eng. Bards & Sc. Reviewers* 925   Let sonneteering Bowles his strains refine.

1841   E. W. LANE tr. *Thousand & One Nights* I. 75   He took the trouble of refining the language of a copy of them which he possessed.

## **4.** *transitive.* To free (something, as a practice, system, method, product, etc.) from imperfections or defects; to bring to a better state; (now esp.) to make minor changes so as to improve or clarify.

1592   R. GREENE *Vision* sig. Eᵛ   Some thought to amend Nature with Art, and with Apothecaries drugges, to refine that which God had made perfect.

*c*1670   T. HOBBES *Dial. Com. Laws* (1840) 5   The law of England..hath been fined and refined by an infinite number of grave and learned men.

*a*1703   E. CHAMBERLAYNE *Present State Eng.* (1707) III. iv. 287   King James the Fifth refined the Order of St. Andrew in Scotland.

1708   J. KEILL *Acct. Animal Secretion* Pref. p. xix   The whole Practice of Physick by the Invention of many useful Remedies, is so much refined, that [etc.].

Exhibit 15
Attachment VII
-272-

1807   T. Young *Course Lect. Nat. Philos.* I. xxviii. 336   It is easy, by means of rollers,..to refine the head of the pump rod to a rectilinear motion.

1813   P. B. Shelley *Queen Mab* VIII. 105   Lending their power to pleasure and to pain, Yet raising, sharpening, and refining each.

1899   *Contemp. Rev.* June 870   We refine the method of stealing, that is all—joint-stock it, and sometimes call it a dividend.

1949   K. Clark *Landscape into Art* Epil. 133   Numerous methods of representation had been mastered and refined.

1978   E. Cleaver *Soul on Fire* 84   Over the years, I had refined my own technique of jazzing with the man.

2003   *Creativity* May 45   The search engine has been refined with new features like a negative search tool.

**5.**

**a.** *transitive.* To free from roughness, coarseness, or crudeness; to imbue with cultivated feelings, instincts, etc.; to make (a person, faculty) more cultured or polished. Also *intransitive* with object implied.

1592   R. Greene *Quip for Vpstart Courtier* sig. B3ᵛ   They had not the true vse of gentility, and therefore they lived meanely and died obscurely, but now mennes capacities are refined.

1667   J. Milton *Paradise Lost* VIII. 589   Love refines The thoughts, and heart enlarges.

1671   E. Chamberlayne *Angliæ Notitia* (ed. 5) I. ii. 61   The Britains or Welsh more lately refined did not take Surnames till of late years.

1781   W. Cowper *Charity* 98   Ingenious Art..Steps forth to fashion and refine the race.

1781   W. Cowper *Charity* 332   All truth is precious,...And what dilates the powers must needs refine.

1838   E. Bulwer-Lytton *Alice* I. I. iii. 23   He had sought less to curb, than to refine and elevate her imagination.

1848   L. Hunt *Jar of Honey* iii. 32   When reproached for carrying off paintings..from Sicily, he said he did it to refine the minds of his countrymen.

1938   'S. Smith' *Tender only to One* 41   It's nice to get abroad, It quickens and refines.

1979   R. P. Graves *A. E. Housman* (1981) v. 81   The study of classics might refine a student's literary discrimination.

2005   *Irish Univ. Rev.* (Nexis) 22 Mar.   [My mother's] speech was not as earthen as..that of her brothers and sisters; it was refined by years of schooling with the nuns.

**b.** *intransitive.* To become more polished, elegant, or cultured.

a1640   J. Fletcher & P. Massinger *False One* III. ii, in F. Beaumont & J. Fletcher *Comedies & Trag.* (1647) sig. Rr2/1   Did you live at Court, as I doe (Gallants) You would refine, and learne an apter language.

1711   A. Pope *Ess. Crit.* 25   Let a Lord once own the happy Lines, How the Wit brightens! How the Style refines!

1762   O. Goldsmith *Citizen of World* II. 45   In proportion as society refines, new books must ever become more necessary.

1821   J. Clare *Village Minstrel* I. 31   As his years increas'd his taste refin'd.

1921   E. T. Raymond *Portraits of Nineties* 59   It was, no doubt, a dread of commonness that led him [*sc.* George Meredith] to refine excessively.

1991   *Independent* (Nexis) 14 Dec. 39   As their taste refines, jewellery buyers usually turn their attention towards small, delicate things.

Exhibit 15
Attachment VII
-273-

**6.** *intransitive.* To become purified; to grow clear or free from impurities. Now *rare.*

1604   E. Grimeston tr. J. de Acosta *Nat. & Morall Hist. Indies* IV. xiv. 250   The Emeralds grow in stones..and they seeme by little and little to thicken and refine.

1690   J. Norris *Christian Blessedness* 54   They presen[t]ly began to behave themselves more orderly, and seemed like Gold, to refine upon the Trial of the Furnace.

1713   J. Addison *Cato* I. vi   The pure stream..Works it self clear, and as it runs, refines.

1734   I. Watts *Reliquiæ Juveniles* xxviii. 111   Let it lie and refine from all the Dregs of Sin and sensual Impurities.

1809   Ld. Byron *Eng. Bards & Sc. Reviewers* 496   That head,..though the thickening dross will scarce refine, Augments its ore, and is itself a mine.

1844   *Dict. Trade, Commerce & Navigation* at *Sugar*   The impure crust which forms on the upper surface of the pans when the sugar is refining.

1948   *Trans. Amer. Foundrymen's Soc.* **56** 16   A melt..coarsens gradually as time and temperature increase..then begins to refine again with further increases in temperature.

**7.** *transitive.* To bring *into*, raise *to*, a certain state by purifying or making more subtle, elegant, distilled, etc.

1608   T. Dekker *Dead Tearme* sig. F4ᵛ   After I was thus fashioned and refined into the ciuill and beautifull shape of a Citty, I began to be courted.

1647   N. Bacon *Hist. Disc. Govt.* 92   Time and experience refined this way of triall into a more excellent condition.

1704   J. Swift *Tale of Tub* xi. 196   Refining what is Literal into Figure and Mystery.

1776   E. Gibbon *Decline & Fall* I. xv. 484   The sensual connexion was refined into a resemblance of the mystic union of Christ with his church, and was pronounced to be indissoluble either by divorce or by death.

1864   W. W. Skeat tr. J. L. Uhland *Songs & Ballads* 270   Dante, who could earthly passion To celestial love refine.

1877   E. R. Conder *Basis of Faith* ii. 68   To refine this discussion into the wire-drawing of verbal controversy.

1970   J. G. Farrell *Troubles* II. 336   This was the face of Anglo-Ireland, the inbred Protestant aristocracy,..progressively refining itself into a separate luxurious species.

1990   J. Halperin *Novelists in their Youth* i. 19   James's passivity was by time and degree refined into a mode of artistic vision.

**8.** *transitive.* To clear *away*, or *out of*, by refining.

1622   T. Robinson *Anat. Eng. Nunnery* 9   [The Iesuits] wil quickly..refine them out of their siluer and golden drosse, into a more sublime estate and condition.

1748   S. Johnson *London* 106   Behold the warrior dwindled to a beau; Sense, freedom, piety, refin'd away.

1751   J. Jortin *Serm.* (1771) VI. vii. 140   To purify their religion, till they refined it away.

1848   A. Brontë *Tenant of Wildfell Hall* II. iv. 72   She should have enough to purify and etherialize her soul, but not enough to refine away her heart.

1857   H. T. Buckle *Hist. Civilisation Eng.* I. ix. 588   This was a simple alternative; which might indeed be kept out of sight, but could not be refined away.

Exhibit 15
Attachment VII
-274-

1893   W. Forbes-Mitchell *Reminisc. Great Mutiny* 3   A class of writers..who would if it were possible, refine even God Himself out of creation.

1916   J. Joyce *Portrait of Artist* v. 252   The artist..remains..above his handiwork, invisible, refined out of existence.

2007   *Slate Mag.* (Nexis) 2 Oct.   By 1978..the endearing Jersey wharf rat in Springsteen had been refined away.


**9.** *intransitive*. To improve *on* or *upon* something by introducing refinements.

1659   J. Evelyn *Char. Eng.* 21   A rigid, and uncharitable discipline..introduced by the Scots, and so refined upon by these.

1662   J. Evelyn *Sculptura* iv. 50   Lanferri, and..Barlacchi graved divers things:..which afterwards Sebastiano Serli refining upon, compos'd the better part of that excellent book of his.

1721   E. Young *Revenge* I. i   Not only die, But plunge the dagger in my heart myself? This is refining on calamity.

1765   W. Blackstone *Comm. Laws Eng.* I. xviii. 590   Our laws have considerably refined and improved upon the invention.

1816   J. Austen *Emma* I. ix. 163   You must not refine too much upon this charade.

1904   H. James *Golden Bowl* I. v. 99   They..looked across the wide reaches of green which seemed in a manner to refine upon their freedom.

1984   G. H. Clarfield & W. M. Wiecek *Nucl. Amer.* ix. 269   To keep refining upon and perfecting the art of nuclear weapons.

2006   *Amer. Jrnl. Transplantation* **6** 1355 (*heading*)   Endoplasmic and vascular surface activation during organ preservation: Refining upon the benefits of machine perfusion.


**10.** To employ or affect a subtlety of thought or speech; (hence) to adopt oversubtle language or reasoning. Now *rare* (*archaic* and *historical* in later use).

**a.** *intransitive*. With *on* or *upon* (a subject, etc.).

1669   R. Montagu in *Buccleuch MSS* (Hist. MSS Comm.) (1899) I. 449   The politicians here, that refine upon everything.

1702   W. Penn *More Fruits of Solitude* §274. 101   If an able Man refines upon the proceedings of an ordinary Capacity, according to his own, he must ever miss it.

1745   E. Haywood *Female Spectator* IV. 24   To relate Matters, not refine upon them, is I take it the only Business of an Historian.

1791   J. Byng *Diary* 18 June in *Torrington Diaries* (1935) II. 312   When she writes fully, she is complianant, and refines upon pleasure till it becomes a pain!

1837   H. Martineau *Society in Amer.* III. 291   The company who sit at the feet of the pastor while he refines upon abstractions.

1883   *Contemp. Rev.* Aug. 163   To creep out of a difficulty..by refining upon words in defiance of the intention.

1902   W. James *Varieties Relig. Experience* xviii. 456   She can refine upon the definition of this hypothesis, distinguishing between what is innocent over-belief and symbolism in the expression of it, and what is to be literally taken.

1982   W. Golding *Moving Target* 198   Not to refine upon it, my mind is all at sea.

Exhibit 15
Attachment VII
-275-

**b.** *intransitive.* Without construction.

1726   J. SWIFT *Cadenus & Vanessa* 4   This tempts Free-thinkers to refine, And bring in doubt their Pow'r divine.

1774   O. GOLDSMITH *Retaliation* 35   Who, too deep for his hearers, still went on refining, And thought of convincing, while they thought of dining.

1825   *Blackwood's Edinb. Mag.* July 134/2   I should not trust a German. He would refine too much.

1875   B. JOWETT tr. Plato *Dialogues* (ed. 2) III. 316   Suppose the objector to refine still further, and to draw the nice distinction [etc.].

1913   H. H. FURNESS *Tragedie Julius Caesar* 122 (*note*)   Do we refine too much in supposing that this inconsistency between the purpose and the language of Decius is intended by the poet?

2000   J. AIKEN *Lady Catherine's Necklace* ii. 22   'Come, come now, Colonel, you refine too much—' Maria had begun huskily.

---

**DERIVATIVES**

**reˈfinable** *adj.* that may be refined.

1607   S. HIERON *Discovery of Hypocrisie* 22   To purifie that which is refineable as gold & siluer.

1721   A. CAMPBELL *Doctr. Middle State* 95   All that are Refinable, as are all who were Admitted into the Right Hand Side of Hades, shall then be Refined by this Fire.

1877   *Times* 19 Sept. 7   London possesses the two largest bullion refining establishments in the world,..and a great deal of refinable gold does come here.

1978   *Time* 31 Dec. 72   A rough theory that's refinable can catch more truth than an elegant model that doesn't fit the world.

2006   *Greenwire* (Nexis) 7 June   The energy that is needed to convert the [tar] sands to refinable oil is immense.

---

This entry has been updated (OED Third Edition, September 2009; most recently modified version published online March 2022).

Copyright © 2022 Oxford University Press. All rights reserved.

# EXHIBIT 16

Redacted Exhibit Filed Under Seal

Redacted Exhibit Filed Under Seal

Redacted Exhibit Filed
Under Seal

Redacted Exhibit Filed
Under Seal

Redacted Exhibit Filed
Under Seal

Redacted Exhibit Filed Under Seal

Redacted Exhibit Filed
Under Seal

Redacted Exhibit Filed
Under Seal

Redacted Exhibit Filed Under Seal

# EXHIBIT 17

Redacted Exhibit Filed
Under Seal

# EXHIBIT 18

Redacted Exhibit Filed Under Seal

Redacted Exhibit Filed
Under Seal

Redacted Exhibit Filed
Under Seal

Redacted Exhibit Filed
Under Seal

Redacted Exhibit Filed Under Seal

Redacted Exhibit Filed
Under Seal

Redacted Exhibit Filed
Under Seal

Redacted Exhibit Filed Under Seal

Redacted Exhibit Filed
Under Seal

Redacted Exhibit Filed
Under Seal

Redacted Exhibit Filed
Under Seal

Redacted Exhibit Filed Under Seal

Redacted Exhibit Filed Under Seal