**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' NOTICE OF FULLY BRIEFED MOTION AND MOTION TO MODIFY TRADE SECRET DISCLOSURE** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Notice of Fully Briefed Motion And Motion to Modify Trade Secret Disclosure, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the entirety of Attachments III and VIII, portions of Attachments V and VII, and the redacted portions of Attachments II, IV, and VI.

DATED: _____                    _____

The Honorable James V. Selna
United States District Judge

55229131

-1-