IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' NOTICE OF FULLY BRIEFED MOTION AND MOTION TO MODIFY TRADE SECRET DISCLOSURE** |

1  Having considered Plaintiffs' Application for Leave to File Under Seal
2  Documents Regarding Plaintiffs' Notice of Fully Briefed Motion And Motion to
3  Modify Trade Secret Disclosure, and finding good cause therefor, the
4  Application is GRANTED.

5  **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
6  Cercacor Laboratories, Inc. may file under seal the entirety of Attachments III
7  and VIII, portions of Attachments V and VII, and the redacted portions of
8  Attachments II, IV, and VI.

10  DATED: 4/12/22

                                                                  The Honorable James V. Selna
                                                                  United States District Judge

55229131