JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>        Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 7**<br><br>Date: May 16, 2022<br>Time: 1:30 p.m.<br><br>Discovery Cut-Off: August 12, 2022<br>Pre-Trial Conference: March 3, 2023<br>Trial: March 28, 2023 |

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 7
CASE NO. 8:20-cv-00048-JVS (JDEx)

BRIAN A. ROSENTHAL, *pro hac vice*
 brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
 isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
 akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

MARK D. SELWYN, SBN 244180
 mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

NORA Q.E. PASSAMANECK, *pro hac vice*
 nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel: 720.274.3152 / Fax: 720.273.3133

KENNETH G. PARKER, SBN 182911
 ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Tel: 949.202.3014 / Fax: 949.202.3152

I, Nora Passamaneck, declare and state as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3. I make this Declaration in support of Apple's Objections to Special Master Order No. 7 ("Objections").

4. Attached hereto as **Exhibit 1 (filed under seal)** is a true and correct copy of a letter, dated November 10, 2021, from Adam Powell, counsel for Plaintiffs, to Joshua Lerner, counsel for Apple, regarding search terms used for Tim Cook's ESI documents.

5. Attached hereto as **Exhibit 2 (filed under seal)** is a true and correct copy of a letter, dated November 16, 2021, from Jason Lo, counsel for Apple, to Adam Powell, counsel for Plaintiffs, regarding production of Tim Cook's ESI documents.

6. Attached hereto as **Exhibit 3 (filed under seal)** is a true and correct copy of an email chain, dated December 6, 2021, between counsel for Apple and counsel for Plaintiffs, regarding production of Tim Cook's ESI documents.

7. Attached hereto as **Exhibit 4 (filed under seal)** is a true and correct copy of a letter, dated December 30, 2021, from Adam Powell, counsel for Plaintiffs, to Susanna Schuemann, counsel for Apple.

8. Attached hereto as **Exhibit 5 (filed under seal)** is a true and correct copy of a letter, dated January 25, 2022, from Susanna Schuemann, counsel for Apple, to Adam Powell, counsel for Plaintiffs, regarding production of Tim Cook's ESI documents.

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 7    1    Case No. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler Pickering Hale and Dorr LLP

9. Attached hereto as **Exhibit 6 (filed under seal)** is a true and correct copy of an email chain, dated September 28, 2021, between counsel for Apple and counsel for Plaintiffs, regarding search terms used for Tim Cook's ESI documents.

10. Attached hereto as **Exhibit 7** is a true and correct copy of an excerpt of Plaintiffs Masimo Corporation And Cercacor Laboratories, Inc.'s Third Set Of Requests For Production Of Documents To Defendant Apple Inc. (Nos. 61-147), served on July 17, 2020.

11. Attached hereto as **Exhibit 8 (filed under seal)** is a true and correct copy of a letter, dated April 11, 2021, from Ilissa Samplin, counsel for Apple, to Adam Powell, counsel for Plaintiffs, regarding Apple's document production.

12. Attached hereto as **Exhibit 9 (filed under seal)** is a true and correct copy of an email between Tim Cook and Michael O'Reilly, dated June 18, 2013.

13. Attached hereto as **Exhibit 10** is a true and correct copy of an excerpt of Plaintiffs Masimo Corporation And Cercacor Laboratories, Inc.'s Fifth Set Of Requests For Production Of Documents To Defendant Apple Inc. (Nos. 173-248), served on October 9, 2020.

14. Attached hereto as **Exhibit 11 (filed under seal)** is a true and correct copy of an excerpt of Plaintiffs Masimo Corporation And Cercacor Laboratories, Inc.'s Ninth Set Of Requests For Production Of Documents To Defendant Apple Inc. (Nos. 318-524), served on May 25, 2021.

15. Attached hereto as **Exhibit 12 (filed under seal)** is a true and correct copy of a letter, dated March 9, 2021, from Ilissa Samplin, counsel for Apple, to Adam Powell, counsel for Plaintiffs, regarding Apple's document production.

16. Attached hereto as **Exhibit 13 (filed under seal)** is a true and correct copy of an excerpt of Defendant Apple Inc.'s Objections And Responses To Plaintiffs Masimo Corporation And Cercacor Laboratories, Inc.'s Ninth Set Of

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 7          2          Case No. 8:20-cv-00048-JVS (JDEX)

Requests For Production Of Documents To Defendant Apple Inc. (Nos. 318-524), served on June 21, 2021.

17. Attached hereto as **Exhibit 14** is a true and correct copy of the transcript of the July 10, 2021, hearing before Magistrate Judge John D. Early regarding Plaintiffs' Motion To Compel (Dkt. No. 377).

18. Attached hereto as **Exhibit 15** is a true and correct copy of an excerpt of Plaintiffs' Exhibits 3-5, 8, And 10 To The Declaration Of Mark D. Kachner In Support Of Opposition To Apple Inc.'s Motion To Quash And For A Protective Order, dated July 2, 2021.

19. Attached hereto as **Exhibit 16** is a true and correct copy of the transcript of the September 23, 2021, hearing before Magistrate Judge John D. Early regarding Plaintiffs' Motion For Reconsideration.

20. Attached hereto as **Exhibit 17 (filed under seal)** is a true and correct copy of Plaintiffs' compilation of excerpts of internal business documents produced by Apple.

21. Attached hereto as **Exhibit 18 (filed under seal)** is a true and correct copy of an internal Apple business presentation.

22. Attached hereto as **Exhibit 19 (filed under seal)** is a true and correct copy of Plaintiffs' February 25, 2022 Motion To Compel.

23. Attached hereto as **Exhibit 20 (filed under seal)** is a true and correct copy of Apple's March 4, 2022 Opposition To Plaintiffs' Motion To Compel Apple to produce all documents resulting from the search terms to Tim Cook's ESI.

24. Attached hereto as **Exhibit 21 (filed under seal)** is a true and correct copy of Plaintiffs' March 11, 2022 Reply In Support Of Its Motion To Compel

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 7         3         Case No. 8:20-cv-00048-JVS (JDEX)

1  Apple to produce all documents resulting from the search terms to Tim Cook's
2  ESI.
3      25.   Attached hereto as **Exhibit 22** is a true and correct copy of Tentative
4  Order No. 7 of Special Master on Two Discovery Disputes, dated March 23, 2022.
5      26.   Attached hereto as **Exhibit 23 (filed under seal)** is a true and correct
6  copy of a Transcript of Special Master Hearing, dated March 24, 2022.
7      27.   Attached hereto as **Exhibit 24 (filed under seal)** is a true and correct
8  copy of a letter, dated April 12, 2022, from Nora Passamaneck, counsel for Apple,
9  to Adam Powell, counsel for Plaintiffs.
10     28.   Attached hereto as **Exhibit 25 (filed under seal)** is a true and correct
11 copy of an email, dated April 15, 2022, from Daniel Hughes, counsel for Plaintiffs,
12 to Nora Passamaneck, counsel for Apple.

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 7    4    Case No. 8:20-cv-00048-JVS (JDEX)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of April, 2022 in Denver, Colorado.

By: _____
Nora Q.E. Passamaneck