# EXHIBIT 10

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949)-760-0404; Facsimile: (949)-760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S FIFTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT APPLE INC. (NOS. 173-248)**<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early |

Exhibit 10
Page 1

**REQUEST FOR PRODUCTION NO. 211:**

All documents and things that refer or relate to the value and importance of using any technique for calculating oxygen saturation.

**REQUEST FOR PRODUCTION NO. 212:**

The complete source code, including all versions, revisions, and comments, for any of Your products that calculate oxygen saturation.

**REQUEST FOR PRODUCTION NO. 213:**

Documents sufficient to identify any pulse oximetry algorithm that You have implemented or ever considered implementing in the Accused Products.

**REQUEST FOR PRODUCTION NO. 214:**

All documents and things that refer or relate to any meeting with Masimo or Cercacor.

**REQUEST FOR PRODUCTION NO. 215:**

All documents and things that refer or relate to any agreements between Masimo or Cercacor and Apple, including confidentiality agreements.

**REQUEST FOR PRODUCTION NO. 216:**

All communications with Michael O'Reilly before Mr. O'Reilly left Masimo.

**REQUEST FOR PRODUCTION NO. 217:**

All communications with Marcelo Lamego before Mr. Lamego left Cercacor.

**REQUEST FOR PRODUCTION NO. 218:**

All documents and things referring or relating to, or otherwise evidencing, Apple's decision to discuss physiological monitoring technology with Masimo or Cercacor.

**REQUEST FOR PRODUCTION NO. 244:**

All communications between Michael O'Reilly and any hospital or healthcare provider in the first twelve months that Mr. O'Reilly worked at Apple.

**REQUEST FOR PRODUCTION NO. 245:**

Documents sufficient to show the date and reason for any of Michael O'Reilly's changes in title or job responsibilities at Apple.

**REQUEST FOR PRODUCTION NO. 246:**

All communications between Marcelo Lamego and any hospital or healthcare provider while Mr. Lamego worked at Apple.

**REQUEST FOR PRODUCTION NO. 247:**

All patent and/or invention disclosure documents provided by Marcelo Lamego to Apple.

**REQUEST FOR PRODUCTION NO. 248:**

Documents sufficient to show the date and reason for Marcelo Lamego's employment at Apple ending.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 9, 2020   By: /s/ Adam B. Powell
Joseph R. Re
Stephen C. Jensen
Perry D. Oldham
Stephen W. Larson
Adam B. Powell

Attorneys for Plaintiffs,
Masimo Corporation and
Cercacor Laboratories, Inc.

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in San Diego, California. I am over the age of 18 and not a party to the within action.

On October 9, 2020, I served the within **PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S FIFTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT APPLE INC. (NOS. 173-248)** on the parties or their counsel shown at the email addresses shown below:

Apple-Masimo@gibsondunn.com

Joshua H. Lerner
JLerner@gibsondunn.com

H. Mark Lyon,
MLyon@gibsondunn.com

Brian M. Buroker
BBuroker@gibsondunn.com

Brian K. Andrea
BAndrea@gibsondunn.com

Brian A. Rosenthal
BRosenthal@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 9, 2020, at Encinitas, California.

                                                */s/ Adam B. Powell*
                                                Adam B. Powell

33513588