Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF OPPOSITION TO DEFENDANT APPLE INC.'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 7**<br><br>Date: May 16, 2022<br>Time: 1:30 p.m.<br>Ctrm: 10C |

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

I, Adam B. Powell, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in Support of Masimo's Opposition to Apple Inc's Objection to Special Master Order No. 7.

2. Attached hereto as **Exhibit A** is a true and correct copy of the publicly filed Joint Stipulation Regarding Non-Party Apple Inc.'s Motion to Quash Subpoena and For a Protective Order in *Masimo Corp. v. True Wearables, Inc.*, No. 8:18-cv-02001-JVS (JDEx) (C.D. Cal. July 2, 2021), Dkt. 321.

3. Attached hereto as **Exhibit B** is a true and correct copy of a transcript of the June 24, 2021, hearing before the Court in *Masimo Corp. v. True Wearables, Inc.* No. 8:18-cv-02001-JVS (JDEx) (C.D. Cal. June 29, 2021), Dkt. 316.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Civil Minutes – General in *Masimo Corp. v. True Wearables, Inc.*, No. 8:18-cv-02001-JVS (JDEx) (C.D. Cal. June 24, 2021), Dkt. 311.

5. Attached hereto as **Exhibit D [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_00332234.

6. Attached hereto as **Exhibit E [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_00310646.

7. Attached hereto as **Exhibit F** is a true and correct printout of the webpage located at https://www.apple.com/newsroom/2011/11/15enUS-Apple-Names-Arthur-D-Levinson-Chairman-of-the-Board/, entitled "Apple Names Arthur D. Levinson Chairman of the Board," dated November 15, 2011.

8. Attached hereto as **Exhibit G [Filed Under Seal]** is a true and correct copy of a document Apple produced in this case bearing production number APL-MAS_01871320, and with metadata indicating its custodian is Timothy Cook.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Order Re Parties' October 2, 2012, Discovery Motions in *DCG Systems v. Checkpoint Technologies*, Case No. 11-03792 PSG (N.D. Cal, Oct. 19, 2012), Dkt. 166.

10. Attached hereto as **Exhibit I** is a true and correct copy of a transcript of the July 10, 2020, hearing in this matter.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on April 25, 2022, at Encinitas, California.

                    /s/ Adam B. Powell
                    Adam B. Powell

55445586