# EXHIBIT C

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 8:18-cv-02001-JVS (JDEx) | Date | June 24, 2021 |
|---|---|---|---|
| Title | Masimo Corporation, et al. v. True Wearables, Inc., et al. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Maria Barr | CS 06/24/21 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Moving Party: |
|---|---|
| Joseph R. Re, Mark D. Kachner | Ilissa Samplin for Apple Inc. |
| | [No Appearance for Defendants] |

**Proceedings:** Hearing re: Non-Party Apple, Inc.'s Motion to Quash Subpoena (Dkt. 282) and Sealing Applications (Dkt. 280, 289, 291)

Case called. Appearance made. Counsel for Non-Party Apple Inc. ("Apple") and for Plaintiffs are heard regarding Apple's Motion to Quash Subpoena and for a Protective Order (Dkt. 282, "Motion") and the Applications for Sealing filed by Apple and Plaintiffs (Dkt. 280, 289, 291, collectively, "Sealing Applications").

Following argument, the Court ordered, for the reasons stated on the record, that the Motion (Dkt. 282) is DENIED in its entirety EXCEPT as to Request for Production No.1 in the Subpoena; Apple is ordered to produce all non-privileged documents in its possession, custody or control that are responsive to "Revised" Requests for Production Nos. 2-5 as limited by Plaintiffs in the Joint Stipulation filed in connection with the Motion (see Dkt. 282-1 at 7 (original pagination)) by July 7, 2021, with a deposition to proceed as to Topics 1-4 (id. at 6) as soon thereafter as may be reasonably scheduled by the parties.

As to the Sealing Applications:
- Dkt. 280 is:
  - GRANTED as to:
    - (i) the Joint Stipulation (Dkt. 281-1), with the parties to meet and confer and file a new, redacted version on the public docket no earlier than 11 days after the hearing herein that accounts for the sealing rulings herein;
    - (ii) Exhibits H and N to the Declaration of Illissa Sample in support of the Motion;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:18-cv-02001-JVS (JDEx) | Date | June 24, 2021 |
|---|---|---|---|
| Title | Masimo Corporation, et al. v. True Wearables, Inc., et al. | | |

- o DENIED as to Exhibits 3-5, 8, and 10 to the Declaration of Mark Kachner in support of the Motion as a sufficient showing to overcome the strong presumption of public access in civil cases has not been made, as no declaration by the party that had designated material as confidential was filed within 4 days of the filing of the sealing request showing good cause for sealing (see Local Rule 79-5.2.2(b)(i)) and no party sought continued sealing at the hearing;
- o Subject to a further showing by Plaintiffs as to Exhibits 6, 7, and 11 to the Declaration of Mark Kachner in support of the Motion, with Plaintiffs to submit, under seal, by June 28, 2021, an evidentiary showing and legal basis to support sealing of such materials, with redacted versions of Exhibits 6, 7, and 10, if appropriate, filed in the public docket (see Local Rule 79-5.2.2);
- Dkt. 289 is DENIED;
- Dkt. 291 is DENIED; and
- For any material as to which a sealing request is denied, barring intervening order, the filing party shall file such material on the public docket no earlier than 4 days and no later than 10 days after the hearing herein.

IT IS SO ORDERED.

|  | 1 | : | 10 |
|---|---|---|---|

Initials of Clerk: mba