# EXHIBIT H

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10          SAN JOSE DIVISION

11  DCG SYSTEMS, INC.,                       )    Case No.: C 11-03792 PSG
                                             )
12                      Plaintiff,           )    **ORDER RE PARTIES' OCTOBER 2,**
            v.                               )    **2012 DISCOVERY MOTIONS**
13                                           )
    CHECKPOINT TECHNOLOGIES, LLC,            )    **(Re: Docket Nos. 124, 128, 134)**
14                                           )
                        Defendant.           )
15                                           )
                                             )
16

17          In this patent infringement suit, the parties bring three motions: (1) Plaintiff DCG Systems,

18  Inc.'s ("DCG") motion to compel further responses to requests for production and second set of

19  interrogatories; (2) DCG's motion for sanctions; and (3) Defendant Checkpoint Technologies

20  LLC's ("Checkpoint") motion for protective order and cost-shifting. The parties oppose each

21  other's respective motions. On October 2, 2012, the parties appeared for hearing. Having reviewed

22  the papers and considered the arguments of counsel, the court is of the opinion that a lengthy

23  opinion is less desirable than a set of clear, even if terse, rulings that will allow this matter to move

24  forward without further undue friction.

25          IT IS HEREBY ORDERED that DCG's motion to compel is GRANTED.

26          Except for email, Checkpoint shall produce documents responsive to DCG's document

27  requests and not merely relevant to the disputed issues in this case as determined by Checkpoint.

28  For email, Checkpoint shall produce documents using search terms as a proxy for responsiveness.

1

Case No.: C 11-3792 PSG
ORDER

Case 8:20-cv-00048-JVS-JDE Document 659-5 Filed 04/25/22 Page 3 of 3 Page ID
Case5.11-cv-03792-PSG Document 66 Filed 10/17/12 Page2 of 2
#:48517

United States District Court
For the Northern District of California

1    As the parties agreed in their joint case management statement,[1] documents, including those

2  on the August 22 and 23 hard drives, shall be produced with a Concordance load file.

3    No later than October 26, 2012, Checkpoint shall further respond to interrogatory no. 9. All

4  other discovery shall be produced no later than November 9, 2012.

5    IT IS FURTHER ORDERED that DCG's motion for sanctions is DENIED.

6    IT IS FURTHER ORDERED that Checkpoint's motion for protective order is GRANTED-

7  IN-PART.

8    Because Checkpoint produced documents on a hard drive on October 1, 2012, including

9  responsive .pst email files, DCG shall promptly return the .pst email files Bates range CP

10  00108426-CP108428 that Checkpoint inadvertently produced on August 22 and 23, 2012.

11  Checkpoint's request for cost-shifting is denied.

12  **IT IS SO ORDERED.**

13  Dated:   10/19/2012

_Paul S. Grewal_

PAUL S. GREWAL
United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] _See_ Docket No. 25, at ¶8B.

2

Case No.: C 11-3792 PSG
ORDER