IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE INC.'S OBJECTION TO SPECIAL MASTER ORDER NO. 7** |

1  Having considered Plaintiffs' Application for Leave to File Under Seal
2  Documents Regarding Plaintiffs' Opposition to Defendant Apple Inc.'s
3  Objection to Special Master Order No. 7, and finding good cause therefor, the
4  Application is GRANTED.

5  **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
6  Cercacor Laboratories, Inc. may file under seal:

7  (1) The proposed redacted portions of the supporting memorandum; and
8  (2) Exhibits D, E, and G to the Declaration of Adam B. Powell.

10  DATED: _____           _____

11                                   The Honorable James V. Selna
                                     United States District Judge

12  55502016

-1-