JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OBJECTIONS TO SPECIAL MASTER ORDER NO. 8**<br><br>Date: May 23, 2022<br>Time: 1:30 p.m.<br><br>Discovery Cut-Off: 8/12/2022<br>Pre-Trial Conference: 3/13/2023<br>Trial: 3/28/2023 |

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OBJECTIONS TO SPECIAL MASTER ORDER NO. 8            CASE NO. 8:20-cv-00048-JVS (JDEX)

| | |
|---|---|
| 1 | BRIAN A. ROSENTHAL, *pro hac vice* |
| 2 | brosenthal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 3 | 200 Park Avenue<br>New York, NY 10166-0193 |
| 4 | Tel.: 212.351.2339 / Fax: 212.817.9539 |
| 5 | ILISSA SAMPLIN, SBN 314018<br>isamplin@gibsondunn.com |
| 6 | GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue |
| 7 | Los Angeles, CA 90071-3197<br>Tel.: 213.229.7000 / Fax: 213.229.7520 |
| 8 | ANGELIQUE KAOUNIS, SBN 209833 |
| 9 | akaounis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 10 | 2029 Century Park East Suite 4000<br>Los Angeles, CA 90067 |
| 11 | Tel.: 310.552.8546 / Fax: 310.552.7026 |
| 12 | MARK D. SELWYN, SBN 244180<br>mark.selwyn@wilmerhale.com |
| 13 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 14 | 2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 |
| 15 | Tel.: 650.858.6000 / Fax: 650.858.6100 |
| 16 | NORA Q.E. PASSAMANECK, *pro hac vice*<br>nora.passamaneck@wilmerhale.com |
| 17 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 18 | 1225 Seventeenth St., Suite 2600<br>Denver, CO 80202 |
| 19 | Tel: 720.274.3152 / Fax: 720.273.3133 |
| 20 | KENNETH G. PARKER, SBN 182911<br>ken.parker@haynesboone.com |
| 21 | HAYNES AND BOONE, LLP<br>600 Anton Blvd., Suite 700 |
| 22 | Costa Mesa, CA 92626<br>Tel: 949.202.3014 / Fax: 949.202.3152 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OBJECTIONS TO SPECIAL MASTER ORDER NO. 8       CASE NO. 8:20-cv-00048-JVS (JDEX)

Pursuant to Local Rule 79-5.2.2, Apple requests that the Court grant leave to file under seal Apple's Objections to Special Master Order No. 8 ("Objections") and Exhibits 1-8, 11-13, 15, 19, 21, 24, 25, and 27-31. As detailed in the accompanying Declaration of Mark D. Selwyn, Exhibits 2, 6, 11-13, 15, 19, 21, 24, 25, 27, 28, 30, and 31 contain Apple's confidential information; Plaintiffs have indicated that Exhibits 1-5, 7, 8, and 29 contain their confidential information; and the redacted portions of Apple's Objections quote, reference, or summarize those documents.

Accordingly, Apple respectfully requests an order granting leave to file its Objections and Exhibits 1-8, 11-13, 15, 19, 21, 24, 25, and 27-31 under seal.

Dated: April 25, 2022

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN ANDREA
GIBSON, DUNN & CRUTCHER LLP

MARK D. SELWYN
NORA Q.E. PASSAMANECK
WILMER CUTLER PICKERING HALE
 AND DORR LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

By: */s/ Mark D. Selwyn*
     Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OBJECTIONS TO SPECIAL MASTER ORDER NO. 8           1           CASE NO. 8:20-cv-00048-JVS (JDEx)