JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br>                    Plaintiffs, <br><br>     v. <br><br> APPLE INC., a California corporation, <br><br>                    Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **APPLE'S NOTICE OF OBJECTIONS AND OBJECTIONS TO SPECIAL MASTER ORDER NO. 8** <br><br> Date: May 23, 2022 <br> Time: 1:30pm <br><br> Discovery Cut-Off: August 12, 2022 <br> Pre-Trial Conference: March 13, 2023 <br> Trial: March 28, 2023 |

1  BRIAN A. ROSENTHAL, *pro hac vice*
     brosenthal@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
3  New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
4
   ILISSA SAMPLIN, SBN 314018
5    isamplin@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  333 South Grand Avenue
   Los Angeles, CA 90071-3197
7  Tel.: 213.229.7000 / Fax: 213.229.7520

8  ANGELIQUE KAOUNIS, SBN 209833
     akaounis@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East Suite 4000
10 Los Angeles, CA 90067
   Tel.: 310.552.8546 / Fax: 310.552.7026
11
   KENNETH G. PARKER, SBN 182911
12   ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
13 600 Anton Blvd., Suite 700
   Costa Mesa, CA 92626
14 Tel: 720.274.3152 / Fax: 720.273.3133

15 MARK D. SELWYN, SBN 244180
     mark.selwyn@wilmerhale.com
16 WILMER CUTLER PICKERING
     HALE AND DORR LLP
17 2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
18 Tel.: 650.858.6000 / Fax: 650.858.6100

19 NORA Q.E. PASSAMANECK, *pro hac vice*
     nora.passamaneck@wilmerhale.com
20 WILMER CUTLER PICKERING
     HALE AND DORR LLP
21 1225 Seventeenth St., Suite 2600
   Denver, CO 80202
22 Tel: 720.274.3152 / Fax: 720.273.3133

23

24

25

26

27

28

TO THE COURT, PLAINTIFFS, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 23, 2022, or as soon thereafter as the matter may be heard, in Courtroom 10C, located at 411 West Fourth Street, Santa Ana, California, 92701, Defendant Apple Inc. ("Apple") will, and hereby does, object, under Federal Rule of Civil Procedure 53 and the Court's order appointing the Hon. Andrew J. Guilford (Ret.) as Special Master (Dkt. No. 470), to Special Master Order No. 8 issued on April 11, 2022, denying Apple's motion to compel the production of certain documents responsive to Apple RFP Nos. 275 and 283-286.

This motion is supported by the accompanying Objections, the Declaration of Nora Passamaneck, a Proposed Order, and such other evidence or argument as may be presented at or before the hearing.

Dated: April 25, 2022

Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN ANDREA
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

MARK D. SELWYN
NORA Q.E. PASSAMANECK
WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ *Mark D. Selwyn*
Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*