JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 8**<br><br>Date: May 23, 2022<br>Time: 1:30 p.m.<br><br>Discovery Cut-Off: August 12, 2022<br>Pre-Trial Conference: March 3, 2023<br>Trial: March 28, 2023 |

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 8
CASE NO. 8:20-cv-00048-JVS (JDEx)

1  BRIAN A. ROSENTHAL, *pro hac vice*
     brosenthal@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
3  New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
4
   ILISSA SAMPLIN, SBN 314018
5    isamplin@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  333 South Grand Avenue
   Los Angeles, CA 90071-3197
7  Tel.: 213.229.7000 / Fax: 213.229.7520

8  ANGELIQUE KAOUNIS, SBN 209833
     akaounis@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East Suite 4000
10 Los Angeles, CA 90067
   Tel.: 310.552.8546 / Fax: 310.552.7026
11
   MARK D. SELWYN, SBN 244180
12   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
13   HALE AND DORR LLP
   2600 El Camino Real, Suite 400
14 Palo Alto, CA 94306
   Tel.: 650.858.6000 / Fax: 650.858.6100
15
   NORA Q.E. PASSAMANECK, *pro hac vice*
16   nora.passamaneck@wilmerhale.com
   WILMER CUTLER PICKERING
17   HALE AND DORR LLP
   1225 Seventeenth St., Suite 2600
18 Denver, CO 80202
   Tel: 720.274.3152 / Fax: 720.273.3133
19
   KENNETH G. PARKER, SBN 182911
20   ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
21 600 Anton Blvd., Suite 700
   Costa Mesa, CA 92626
22 Tel: 949.202.3014 / Fax: 949.202.3152

23

24

25

26

27

28

I, Nora Passamaneck, declare and state as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3. I make this Declaration in support of Apple's Objections to Special Master Order No. 8 ("Objections").

4. Attached hereto as **Exhibit 1 (filed under seal)** is a true and correct copy of a letter, dated December 30, 2021, from Angelique Kaounis, counsel for Apple, to Mark Kachner, counsel for Plaintiffs, regarding Plaintiffs' production.

5. Attached hereto as **Exhibit 2 (filed under seal)** is a true and correct copy of an email chain, dated February 18, 2022, between counsel for Apple and counsel for Plaintiffs, regarding Plaintiffs' production.

6. Attached hereto as **Exhibit 3 (filed under seal)** is a true and correct copy of a letter, dated January 13, 2022, from Mark Kachner, counsel for Plaintiffs, to Angelique Kaounis, counsel for Apple, regarding Plaintiffs' production.

7. Attached hereto as **Exhibit 4 (filed under seal)** is a true and correct copy of an email chain, dated August 19, 2021, between counsel for Apple and counsel for Plaintiffs, regarding Apple's production.

8. Attached hereto as **Exhibit 5 (filed under seal)** is a true and correct copy of a letter, dated January 11, 2022, from Angelique Kaounis, counsel for Apple, to Adam Powell, counsel for Plaintiffs, regarding Plaintiffs' production.

9. Attached hereto as **Exhibit 6 (filed under seal)** is a true and correct copy of a letter, dated February 12, 2022, from Mark Kachner, counsel for

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 8    1    Case No. 8:20-cv-00048-JVS (JDEX)

Plaintiffs, to Angelique Kaounis, counsel for Apple, regarding Plaintiffs' production.

10. Attached hereto as **Exhibit 7 (filed under seal)** is a true and correct copy of Plaintiffs' Responses to Apple Inc.'s Tenth Set Of Requests For Production Of Documents And Things (Nos. 258-278), served on May 6, 2021.

11. Attached hereto as **Exhibit 8 (filed under seal)** is a true and correct copy of a letter, dated February 9, 2022, from Mark Kachner, counsel for Plaintiffs, to Angelique Kaounis, counsel for Apple, regarding Plaintiffs' production.

12. Attached hereto as **Exhibit 9** is a true and correct copy of Defendant Apple Inc.'s First Set Of Requests For Production Of Documents And Things To Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc., served on April 3, 2020.

13. Attached hereto as **Exhibit 10** is a true and correct copy of Defendant Apple Inc.'s Twelfth Set Of Requests For Production Of Documents And Things To Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (Nos. 283-286), served on May 12, 2021.

14. Attached hereto as **Exhibit 11 (filed under seal)** is a true and correct copy of an email chain, dated July 3, 2021, between counsel for Apple and counsel for Plaintiffs, regarding Plaintiffs' production.

15. Attached hereto as **Exhibit 12 (filed under seal)** is a true and correct copy of a letter, dated January 19, 2022, from Mark Kachner, counsel for Plaintiffs, to Angelique Kaounis, counsel for Apple, regarding Plaintiffs' production.

16. Attached hereto as **Exhibit 13 (filed under seal)** is a true and correct copy of Plaintiffs' December 22, 2021 Motion To Compel regarding Plaintiffs'

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 8   2   Case No. 8:20-cv-00048-JVS (JDEX)

Request for Production Nos. 377, 388-395, 413-416, 418, 420-421, 425, 480, 536-537, and 548-553.

17. Attached hereto as **Exhibit 14** is a true and correct redacted copy of Judge James V. Selna's April 28, 2021 Order Regarding Reviewed Motion for Preliminary Injunction.

18. Attached hereto as **Exhibit 15 (filed under seal)** is a true and correct copy of an email chain, dated February 25, 2022, between counsel for Apple and counsel for Plaintiffs, regarding Apple's Privilege Log.

19. Attached hereto as **Exhibit 16** is a true and correct copy of an email chain, dated March 24, 2022, between counsel for Apple and counsel for Plaintiffs, regarding Plaintiffs' Production.

20. Attached hereto as **Exhibit 17** is a true and correct copy of a letter, dated June 30, 2020, from Brian Andrea, counsel for Apple, to Mark Kachner, counsel for Plaintiffs, regarding Apple's production.

21. Attached hereto as **Exhibit 18** is a true and correct copy of a letter, dated October 17, 2020, from Brian Andrea, counsel for Apple, to Stephen Larson, counsel for Plaintiffs, regarding Plaintiffs' production.

22. Attached hereto as **Exhibit 19 (filed under seal)** is a true and correct copy of Apple's February 18, 2022 Opposition to Plaintiffs' Motion To Compel regarding Plaintiffs' Request for Production Nos. 445, 446, 570-574, and 589-592.

23. Attached hereto as **Exhibit 20** is a true and correct copy of Plaintiffs' Responses to Apple Inc.'s Fourth Set Of Interrogatories (Nos. 24-25), served on December 3, 2020.

24. Attached hereto as **Exhibit 21 (filed under seal)** is a true and correct copy of a letter, dated February 15, 2021, from Ilissa Samplin, counsel for Apple,

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 8    3    Case No. 8:20-cv-00048-JVS (JDEX)

1  to Mark Kachner, counsel for Plaintiffs, regarding Plaintiffs' responses to
2  interrogatories.
3     25.    Attached hereto as **Exhibit 22** is a true and correct copy of the
4  transcript of the September 23, 2021 hearing before Magistrate Judge John D.
5  Early regarding Plaintiffs' Motion For Reconsideration regarding Tim Cook's ESI.
6     26.    Attached hereto as **Exhibit 23** is a true and correct copy of the First
7  Amended Protective Order in *Masimo Corp. et al. v. True Wearables, Inc. et al.*,
8  C.A. No. 8:18-CV-02001, Dkt. 260 (C.D. Cal.), dated May 4, 2021.
9     27.    Attached hereto as **Exhibit 24 (filed under seal)** is a true and correct
10 copy of a letter, dated June 30, 2021, from Cheryl T. Burgess, counsel for
11 Plaintiffs, to Brian Andrea, counsel for Apple, regarding Plaintiffs' production.
12     28.    Attached hereto as **Exhibit 25 (filed under seal)** is a true and correct
13 copy of Apple's Supplemental Privilege Log Pursuant to Plaintiffs' RFPs 257-258.
14     29.    Attached hereto as **Exhibit 26** is Plaintiffs' Responses to Apple Inc.'s
15 Twelfth Set Of Requests For Production Of Documents And Things (Nos. 283-
16 286), served on June 11, 2021.
17     30.    Attached hereto as **Exhibit 27 (filed under seal)** is a true and correct
18 copy of Apple's March 11, 2022 Motion To Compel.
19     31.    Attached hereto as **Exhibit 28 (filed under seal)** is a true and correct
20 copy of Plaintiffs' March 23, 2022 Opposition To Apple's Motion To Compel.
21     32.    Attached hereto as **Exhibit 29 (filed under seal)** is a true and correct
22 copy of Plaintiffs' March 30, 2022 Reply In Support Of Its Motion To Compel.
23     33.    Attached hereto as **Exhibit 30 (filed under seal)** is a true and correct
24 copy of a transcript of Special Master hearing, dated April 8, 2022.
25     34.    Attached hereto as **Exhibit 31 (filed under seal)** is a true and correct
26 copy of a transcript of Special Master hearing, dated March 11, 2022.
27
28

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 8         4         Case No. 8:20-cv-00048-JVS (JDEX)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of April, 2022 in Denver, Colorado.

By: _____
Nora Q.E. Passamaneck