# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **[PROPOSED] ORDER SUSTAINING APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 8** <br><br> Date: May 23, 2022 <br> Time: 1:30 p.m. <br><br> Discovery Cut-Off: August 12, 2022 <br> Pre-Trial Conference: March 13, 2023 <br> Trial: March 28, 2023 |

This matter is before the Court pursuant to Defendant Apple Inc.'s Objections to Special Master Order No. 8, which denied Apple's motion to compel the production of certain documents responsive to RFP Nos. 275 and 283-286:

- Communications between Michael O'Reilly and the Food and Drug Administration during O'Reilly's employment with Plaintiffs;
- Discovery responses from *Masimo Corp. et al. v. True Wearables, Inc. et al.*, C.A. No. 8:18-CV-02001 (C.D. Cal.), that (1) mention Marcelo Lamego, (2) mention other current or former Apple employees, or (3) relate to any of the alleged trade secrets Plaintiffs contend Apple misappropriated; and
- Unredacted copies of sealed filings from the *Masimo Corp. et al. v. True Wearables, Inc. et al.*, C.A. No. 8:18-CV-02001 (C.D. Cal.), that mention Mr. Lamego or any other current or former Apple employees

Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's objections to the Special Master's Order No. 8 are SUSTAINED and the portion of Special Master Order Number 8 denying Plaintiffs' motion to compel production of certain documents responsive to RFP Nos. 275 and 283-286 is REVERSED.

**IT IS SO ORDERED.**

Dated: _____

The Hon. James V. Selna
United States District Court Judge