1
2
3
4
5
6
7
8
9
10
11
12
13

**IN THE UNITED STATES DISTRICT COURT**

14

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15

**SOUTHERN DIVISION**

16
17
18
19
20
21
22
23
24
25
26
27
28

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation

        Plaintiffs,

        v.

APPLE INC., a California corporation

        Defendant.

) Case No. 8:20-cv-00048-JVS-JDE
)
) **ORDER GRANTING LEAVE TO**
) **FILE UNDER SEAL**
) **DOCUMENTS REGARDING**
) **PLAINTIFFS' OPPOSITION TO**
) **DEFENDANT APPLE INC.'S**
) **OBJECTION TO SPECIAL**
) **MASTER ORDER NO. 7**
)
)
)
)
)
)

1  Having considered Plaintiffs' Application for Leave to File Under Seal
2  Documents Regarding Plaintiffs' Opposition to Defendant Apple Inc.'s
3  Objection to Special Master Order No. 7, and finding good cause therefor, the
4  Application is GRANTED.

5  **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
6  Cercacor Laboratories, Inc. may file under seal:

7  (1) The proposed redacted portions of the supporting memorandum; and

8  (2) Exhibits D, E, and G to the Declaration of Adam B. Powell.

9  (3)

11  DATED: 4/26/22     _____

12  The Honorable James V. Selna
   United States District Judge

13  55502016

-1-