# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO SUPPLEMENT THE FOURTH AMENDED COMPLAINT** |

Having considered Plaintiffs' Motion for Leave to Supplement the Fourth Amended Complaint  all the papers filed in support, in opposition and in reply thereof, the evidence of record cited therein, and any oral argument by counsel, and for good cause found, the Court **GRANTS** the Motion.

**IT IS SO ORDERED.**

Dated:_____

_____
The Honorable James V. Selna
United States District Judge

55487410