JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.: 415.393.8200 / Fax: 415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITS OBJECTIONS TO SPECIAL MASTER ORDER NO. 7**<br><br>Date: May 16, 2022<br>Time: 1:30 p.m.<br><br>Discovery Cut-Off: August 12, 2022<br>Pre-Trial Conference: March 3, 2023<br>Trial: March 28, 2023 |

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITS OBJECTIONS TO SPECIAL MASTER ORDER NO. 7   CASE NO. 8:20-cv-00048-JVS (JDEx)

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth St. Suite 2600
Denver, CO 80202
Tel: 720.274.3152 / Fax: 720.273.3133

KENNETH G. PARKER, SBN 182911
  ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Tel: 949.202.3014 / Fax: 949.202.3152

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITS OBJECTIONS TO SPECIAL MASTER ORDER NO. 7     Case No. 8:20-cv-00048-JVS (JDEX)

I, Nora Passamaneck, declare and state as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3. I make this Declaration in support of Apple's Reply In Support of Its Objections to Special Master Order No. 7 ("Reply").

4. Attached hereto as **Exhibit 26 (filed under seal)** is a true and correct copy of a letter, dated April 29, 2022, from Nora Passamaneck, counsel for Apple, to Adam Powell, counsel for Plaintiffs, regarding production of Apple's CEO Tim Cook's ESI documents.

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITS OBJECTIONS TO SPECIAL MASTER ORDER NO. 7    1    Case No. 8:20-cv-00048-JVS (JDEX)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of May 2022 in Denver, Colorado.

By: _____
Nora Q.E. Passamaneck

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITS OBJECTIONS TO SPECIAL MASTER ORDER NO. 7    2    Case No. 8:20-cv-00048-JVS (JDEX)