# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE INC.'S OBJECTION TO SPECIAL MASTER ORDER NO. 8** |

|    |    |
|----|----|
| 1  | Having considered Plaintiffs' Application for Leave to File Under Seal |
| 2  | Documents Regarding Plaintiffs' Opposition to Defendant Apple Inc.'s |
| 3  | Objection to Special Master Order No. 8, and finding good cause therefor, the |
| 4  | Application is GRANTED. |
| 5  | **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and |
| 6  | Cercacor Laboratories, Inc. may file under seal: |
| 7  | (1) The proposed redacted portions of the supporting memorandum; and |
| 8  | (2) Exhibits C-E, and G, and H to the Declaration of Stephen W. Larson. |
| 9  |    |
| 10 | DATED: _____      _____ |
| 11 |                                                       The Honorable James V. Selna<br>United States District Judge |

-1-