IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation

    Plaintiffs,

    v.

APPLE INC., a California corporation

    Defendant.

Case No. 8:20-cv-00048-JVS-JDE

**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE INC.'S OBJECTION TO SPECIAL MASTER ORDER NO. 8**

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Opposition to Defendant Apple Inc.'s Objection to Special Master Order No. 8, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) The proposed redacted portions of the supporting memorandum; and

(2) Exhibits C-E, and G, and H to the Declaration of Stephen W. Larson.

DATED: 5/3/22

_____
The Honorable James V. Selna
United States District Judge