Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL REGARDING NOTICE OF *EX PARTE* APPLICATION PURSUANT TO LOCAL RULE 7-19.1**<br><br>Date:   May 16, 2022<br>Time:  1:30 p.m.<br>Ctrm:   10C |

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

I, Adam B. Powell, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration regarding notice of Masimo's e*x parte* application pursuant to Local Rule 7-19.1.

2. At approximately 11:00am on May 4, 2022, I spoke to Nora Passamaneck and Brian Andrea (both counsel for Apple) orally over the phone. I orally advised them that Masimo intended to file this application that afternoon and asked whether Apple would oppose Masimo's requested relief. Ms. Passamaneck indicated she would get back to me. I then wrote Ms. Passamaneck an email stating:

> Thanks for talking to me briefly just now. As discussed, Masimo intends to file an ex parte application for permission to file a sur-reply to Apple's Objections to Order No. 7. We believe a sur-reply is justified because Apple relied on new facts in its reply that it should have presented with its opening brief. For example, Apple newly produced documents from Cook's ESI and made certain representations about the documents with its reply brief.
>
> You indicated that you would let us know if Apple will oppose the ex parte application. Please let us know Apple's position as soon as possible.

3. At approximately 3:00pm on May 4, 2022, I spoke to Ms. Passamaneck again over the phone and asked if Apple would oppose Masimo's requested relief. Ms. Passamaneck indicated that she was not yet able to provide Apple's position. As of the signing of this declaration, Apple has not indicated whether it will oppose.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on May 4, 2022, at Encinitas, California.

*/s/ Adam B. Powell*
Adam B. Powell

-1-