# ATTACHMENT B

1   Joseph R. Re (Bar No. 134479)
    joseph.re@knobbe.com
2   Stephen C. Jensen (Bar No. 149894)
    steve.jensen@knobbe.com
3   Benjamin A. Katzenellenbogen (Bar No. 208527)
    ben.katzenellenbogen@knobbe.com
4   Perry D. Oldham (Bar No. 216016)
    perry.oldham@knobbe.com
5   Stephen W. Larson (Bar No. 240844)
    stephen.larson@knobbe.com
6   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
    2040 Main Street, Fourteenth Floor
7   Irvine, CA 92614
    Telephone: (949) 760-0404; Facsimile: (949) 760-9502
8
    Adam B. Powell (Bar. No. 272725)
9   adam.powell@knobbe.com
    Daniel P. Hughes (Bar No. 299695)
10  daniel.hughes@knobbe.com
    **KNOBBE, MARTENS, OLSON & BEAR, LLP**
11  3579 Valley Centre Drive
    San Diego, CA 92130
12  Telephone: (858) 707-4000; Facsimile: (858) 707-4001

13  [Counsel appearance continues on next page]

14  Attorneys for Plaintiffs,
    MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

15              **IN THE UNITED STATES DISTRICT COURT**

16          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

17                    **SOUTHERN DIVISION**

18

19  MASIMO CORPORATION,                    ) Case No. 8:20-cv-00048-JVS-JDE
    a Delaware corporation; and            )
20  CERCACOR LABORATORIES, INC.,           ) **[PROPOSED] DECLARATION OF**
    a Delaware corporation                 ) **ADAM B. POWELL IN SUPPORT OF**
21                                          ) **PLAINTIFFS' SUR-REPLY**
              Plaintiffs,                   ) **REGARDING APPLE'S**
22                                          ) **OBJECTIONS TO SPECIAL**
         v.                                 ) **MASTER ORDER NO. 7**
23                                          )
    APPLE INC., a California corporation    ) Date:    May 16, 2022
24                                          ) Time:    1:30 p.m.
              Defendant.                    ) Ctrm:    10C
25                                          )
                                            )
26                                          )
                                            )
27                                          )
                                            )
28

1   Mark D. Kachner (Bar No. 234,192)
    mark.kachner@knobbe.com
2   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
    1925 Century Park East, Suite 600
3   Los Angeles, CA 90067
    Telephone: (310) 551-3450
4   Facsimile: (310) 551-3458

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Adam B. Powell, hereby declare as follows:

1.     I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action.  I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.  I submit this Declaration in Support of Masimo's Sur Reply Regarding Apple's Objections to Special Master Order No. 7.

2.     Attached hereto as **Exhibit J [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_02365277.

3.     Attached hereto as **Exhibit K [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_02365278.

4.     Attached hereto as **Exhibit L [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_02364423.

5.     Attached hereto as **Exhibit M [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_02364484.

6.     Attached hereto as **Exhibit N [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_02364331.

7.     Attached hereto as **Exhibit O [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_02365265.

8.     Attached hereto as **Exhibit P [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_02364454.

9.     Attached hereto as **Exhibit Q [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_02364531.

10.    Attached hereto as **Exhibit R [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_02364977.

/ / /

/ / /

/ / /

1    I declare under the penalty of perjury that the foregoing is true and correct.

2    Executed on May 4, 2022, at Encinitas, California.

3

4                                   /s/ Adam B. Powell
                                       Adam B. Powell
5

6    55445586

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT J

## DOCUMENT FILED UNDER SEAL

# EXHIBIT K

DOCUMENT FILED UNDER SEAL

# EXHIBIT L

DOCUMENT FILED UNDER SEAL

# EXHIBIT M

## DOCUMENT FILED UNDER SEAL

# EXHIBIT N

DOCUMENT FILED UNDER SEAL

# EXHIBIT O

DOCUMENT FILED UNDER SEAL

# EXHIBIT P

DOCUMENT FILED UNDER SEAL

# EXHIBIT Q

## DOCUMENT FILED UNDER SEAL

# EXHIBIT R

DOCUMENT FILED UNDER SEAL