# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION FOR LEAVE TO FILE SUR-REPLY REGARDING APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 7** |

1   Having considered Plaintiffs' *Ex Parte* Application For Sur-Reply
2   Regarding Apple Inc.'s Objections to Special Master Order No. 7, and finding
3   good cause therefor, the Application is GRANTED.
4   **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
5   Cercacor Laboratories, Inc. may file their Proposed Sur Reply (Attachment A)
6   and Proposed Declaration of Adam B. Powell (Attachment B). Because
7   Plaintiffs separately showed good cause to file the proposed versions of these
8   documents under seal, Plaintiffs may file the final documents under seal as well.

10  DATED: _____           _____
11                                     The Honorable James V. Selna
                                       United States District Judge
12  55502016

-1-