1  Joseph R. Re (Bar No. 134479)
   joseph.re@knobbe.com
2  Stephen C. Jensen (Bar No. 149894)
   steve.jensen@knobbe.com
3  Benjamin A. Katzenellenbogen (Bar No. 208527)
   ben.katzenellenbogen@knobbe.com
4  Perry D. Oldham (Bar No. 216016)
   perry.oldham@knobbe.com
5  Stephen W. Larson (Bar No. 240844)
   stephen.larson@knobbe.com
6  Justin J. Gillett (Bar No. 298150)
   Justin.Gillett@knobbe.com
7  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, Fourteenth Floor
8  Irvine, CA 92614
   Telephone: (949) 760-0404; Facsimile: (949) 760-9502
9
   Adam B. Powell (Bar. No. 272725)
10 adam.powell@knobbe.com
   Daniel P. Hughes (Bar No. 299695)
11 Daniel.hughes@knobbe.com
   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
12 3579 Valley Centre Drive
   San Diego, CA 92130
13 Telephone: (858) 707-4000; Facsimile: (858) 707-4001

14 [Counsel appearance continues on next page]

15 Attorneys for Plaintiffs,
   MASIMO CORPORATION and CERCACOR LABORATORIES, INC.
16

17              IN THE UNITED STATES DISTRICT COURT

18              FOR THE CENTRAL DISTRICT OF CALIFORNIA

19                       SOUTHERN DIVISION

20

21 MASIMO CORPORATION,           ) Case No. 8:20-cv-00048-JVS-JDE
   a Delaware corporation; and   )
22 CERCACOR LABORATORIES, INC.,  )
   a Delaware corporation        ) **PLAINTIFFS' APPLICATION TO**
23                               ) **FILE UNDER SEAL DOCUMENTS**
            Plaintiffs,           ) **REGARDING PLAINTIFFS'** *EX*
24                               ) *PARTE* **APPLICATION FOR SUR-**
       v.                        ) **REPLY REGARDING APPLE'S**
25                               ) **OBJECTIONS TO SPECIAL**
   APPLE INC., a California corporation ) **MASTER ORDER NO. 7**
26                               )
            Defendant.            )
27                               )
                                 )
28                               )

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

Pursuant to Local Rule 79-5.2.2(a), Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") respectfully request leave to file under seal documents regarding Plaintiffs' *Ex Parte* Application For Sur-Reply Regarding Apple's Objections to Special Master Order No. 7. Masimo has provided a proposed redacted version of its proposed Sur Reply (Attachment A). Masimo requests the Court seal Exhibits J-R to the Declaration of Adam B. Powell (Attachment B) in their entirety.

## I. LEGAL STANDARDS

The public's "access to judicial records is not absolute." *Kamakana v. City & Cnty. of Honolulu,* 447 F.3d 1172, 1178 (9th Cir. 2006). Documents filed in connection with a discovery dispute are properly sealed upon a showing of good cause. *See Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210 (9th Cir. 2002). "One factor that weighs in favor of sealing documents is when the release of the documents will cause competitive harm to a business." *Apple Inc. v. Samsung Elecs. Co., Ltd.*, 727 F.3d 1214, 1221 (Fed. Cir. 2013). Information should be sealed where "competitors could not obtain [the information] anywhere else." *Id.* at 1229 (reversing district court's refusal to seal material after finding compelling reasons to seal the material). Moreover, identifications of trade secrets are "subject to any orders that may be appropriate under Section 3426.5 of the Civil Code." Cal. Code Civ. P. § 2019.210. Section 3426.5 states that a court "shall preserve the secrecy of an *alleged* trade secret by reasonable means, which may include . . . sealing the records of the action . . . ." Cal. Civ. Code § 3426.5 (emphasis added).

## II. ARGUMENT

The information that Masimo seeks to seal contains information that Apple considers confidential. Exhibits J-R to the Declaration of Adam B. Powell (Attachment B) are documents that Apple designated as "Highly Confidential – Attorney's Eyes Only," under the Protective Order. Declaration of Stephen W. Larson ¶ 4. The redacted portions of Masimo's Proposed Sur-Reply (Attachment A) discuss the aforementioned exhibits. *Id.* ¶ 5. Masimo requests the Court seal these documents based on Apple's

representation that they are highly confidential such that disclosure would cause competitive harm. *See Apple*, 727 F.3d at 1221.

### III. CONCLUSION

For the reasons discussed above, Masimo respectfully requests that the Court seal the redacted portion of Masimo's Proposed Sur-Reply (Attachment A) and Exhibits J-R to the Declaration of Adam B. Powell (Attachment B).

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: May 4, 2022

By: */s/ Stephen W. Larson*
    Joseph R. Re
    Stephen C. Jensen
    Benjamin A. Katzenellenbogen
    Perry D. Oldham
    Stephen W. Larson
    Mark D. Kachner
    Adam B. Powell
    Daniel P. Hughes

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.