# ATTACHMENT B

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' SUR-REPLY REGARDING APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 7**<br><br>Date: May 16, 2022<br>Time: 1:30 p.m.<br>Ctrm: 10C |

1  Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Adam B. Powell, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in Support of Masimo's Sur Reply Regarding Apple's Objections to Special Master Order No. 7.

2. Attached hereto as **Exhibit J [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_02365277.

3. Attached hereto as **Exhibit K [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_02365278.

4. Attached hereto as **Exhibit L [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_02364423.

5. Attached hereto as **Exhibit M [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_02364484.

6. Attached hereto as **Exhibit N [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_02364331.

7. Attached hereto as **Exhibit O [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_02365265.

8. Attached hereto as **Exhibit P [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_02364454.

9. Attached hereto as **Exhibit Q [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_02364531.

10. Attached hereto as **Exhibit R [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_02364977.

/ / /

/ / /

/ / /

I declare under the penalty of perjury that the foregoing is true and correct. Executed on May 4, 2022, at Encinitas, California.

                                    */s/ Adam B. Powell*
                                       Adam B. Powell

55445586

-2-

# EXHIBIT J

DOCUMENT FILED UNDER SEAL

# EXHIBIT K

DOCUMENT FILED UNDER SEAL

# EXHIBIT L
DOCUMENT FILED UNDER SEAL

# EXHIBIT M

DOCUMENT FILED UNDER SEAL

# EXHIBIT N

DOCUMENT FILED UNDER SEAL

# EXHIBIT O

DOCUMENT FILED UNDER SEAL

# EXHIBIT P

DOCUMENT FILED UNDER SEAL

# EXHIBIT Q

DOCUMENT FILED UNDER SEAL

# EXHIBIT R

DOCUMENT FILED UNDER SEAL