1
2
3
4
5
6
7
8
9
10
11
12

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS'** *EX PARTE* **APPLICATION FOR SUR-REPLY REGARDING APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 7** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' *Ex Parte* Application For Sur-Reply Regarding Apple Inc.'s Objections to Special Master Order No. 7, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the redacted portion of Masimo's Proposed Sur-Reply (Attachment A) and Exhibits J-R to the Declaration of Adam B. Powell (Attachment B).

DATED: 5/5/22

_____

The Honorable James V. Selna
United States District Judge

55502016