IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation<br><br>  Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION FOR LEAVE TO FILE SUR-REPLY REGARDING APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 7** |

Having considered Plaintiffs' *Ex Parte* Application For Sur-Reply Regarding Apple Inc.'s Objections to Special Master Order No. 7, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file their Proposed Sur Reply (Attachment A) and Proposed Declaration of Adam B. Powell (Attachment B). Because Plaintiffs separately showed good cause to file the proposed versions of these documents under seal, Plaintiffs may file the final documents under seal as well.

DATED: May 05, 2022

_____
The Honorable James V. Selna
United States District Judge

55502016