1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 8:20-cv-00048-JVS-JDE

**PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION TO MODIFY THE PROTECTIVE ORDER**

[Discovery Document: Referred to Magistrate Judge John D. Early]

1   Having considered Plaintiffs' *Ex Parte* Application to Modify the Protective

2   Order (the "Application"), all the papers filed in support thereof, any papers in

3   opposition thereto, and any oral argument of counsel, and finding good cause, the Court

4   **GRANTS** the Motion.   Paragraph 5.1 of the Protective Order (Dkt. 67) is hereby

5   modified to add the material shown in underline below:

6

7   5.1 All Protected Material shall be used solely for this case or any related
    appellate proceeding, and not for any other purpose whatsoever, including
8   without limitation any other litigation, patent prosecution or acquisition,
    patent reexamination or reissue proceedings, or any business or competitive
9   purpose or function, except that both parties may use Exhibits 1-18 attached
    to the May 5, 2022, Declaration of Adam B. Powell in Support of Plaintiffs'
10  *Ex Parte* Motion For Relief from the Protective Order ("Exhibits 1-18") in
    the ITC investigation captioned as *In re Certain Light-Based Physiological*
11  *Measurement Devices and Components Thereof*, ITC Inv. No. 337-TA-
    1276 (the "ITC Investigation"):
12

13  Nothing in this Protective Order shall prevent or restrict a Party from
    producing Exhibits 1-18 in the ITC Investigation, provided that the material
14  is designated as "CONFIDENTIAL BUSINESS INFORMATION,
    SUBJECT TO PROTECTIVE ORDER," or with a comparable notice,
15  under Paragraph 2(a) of the Protective Order in the ITC Investigation.
    Protected Material shall not be distributed, disclosed or made available to
16  anyone except as expressly provided in this Order.

17

18  **IT IS SO ORDERED.**

19

20

21

22  DATED: _____              _____

23                                            The Honorable John D. Early
                                              United States Magistrate Judge
24

25  55518261

26

27

28

-1-