IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS'** *EX PARTE* **APPLICATION TO MODIFY THE PROTECTIVE ORDER**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early] |

| | |
|---|---|
| 1 | Having considered Plaintiffs' Application for Leave to File Under Seal |
| 2 | Documents Regarding Plaintiffs' *Ex Parte* Application To Modify the |
| 3 | Protective Order, and finding good cause therefor, the Application is |
| 4 | GRANTED. |
| 5 | **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and |
| 6 | Cercacor Laboratories, Inc. may file under seal the redacted portion of |
| 7 | Masimo's *Ex Parte* Application and Exhibits 1-18 to the Declaration of Adam |
| 8 | B. Powell. |

DATED: _____  _____

The Honorable John D. Early
United States Magistrate Judge