1  Joseph R. Re (Bar No. 134479)
   joseph.re@knobbe.com
2  Stephen C. Jensen (Bar No. 149894)
   steve.jensen@knobbe.com
3  Benjamin A. Katzenellenbogen (Bar No. 208527)
   ben.katzenellenbogen@knobbe.com
4  Perry D. Oldham (Bar No. 216016)
   perry.oldham@knobbe.com
5  Stephen W. Larson (Bar No. 240844)
   stephen.larson@knobbe.com
6  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, Fourteenth Floor
7  Irvine, CA 92614
   Telephone: (949) 760-0404; Facsimile: (949) 760-9502
8
   Adam B. Powell (Bar. No. 272725)
9  adam.powell@knobbe.com
   Daniel P. Hughes (Bar No. 299695)
10 daniel.hughes@knobbe.com
   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
11 3579 Valley Centre Drive
   San Diego, CA 92130
12 Telephone: (858) 707-4000; Facsimile: (858) 707-4001

13 [Counsel appearance continues on next page]

14 Attorneys for Plaintiffs,
   MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

15

16              **IN THE UNITED STATES DISTRICT COURT**

17          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

18                      **SOUTHERN DIVISION**

19 MASIMO CORPORATION,                     ) Case No. 8:20-cv-00048-JVS-JDE
   a Delaware corporation; and             )
20 CERCACOR LABORATORIES, INC.,            ) ~~[PROPOSED]~~ **DECLARATION OF**
   a Delaware corporation                  ) **ADAM B. POWELL IN SUPPORT OF**
21                                          ) **PLAINTIFFS' SUR-REPLY**
            Plaintiffs,                     ) **REGARDING APPLE'S**
22                                          ) **OBJECTIONS TO SPECIAL**
        v.                                  ) **MASTER ORDER NO. 7**
23                                          )
   APPLE INC., a California corporation     ) Date:   May 16, 2022
24                                          ) Time:   1:30 p.m.
            Defendant.                      ) Ctrm:   10C
25                                          )
                                            )
26                                          )
                                            )
27                                          )
                                            )
28              FILED PURSUANT TO ORDER OF
              THE COURT DATED MAY 5, 2022

1  Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I, Adam B. Powell, hereby declare as follows:

2    1.    I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP,

3    counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.

4    (collectively, "Masimo") in this action. I have personal knowledge of the matters set

5    forth in this declaration and, if called upon as a witness, would testify competently

6    thereto. I submit this Declaration in Support of Masimo's Sur Reply Regarding Apple's

7    Objections to Special Master Order No. 7.

8    2.    Attached hereto as **Exhibit J [Filed Under Seal]** is a true and correct copy

9    of the document that Apple produced in discovery as APL-MAS_02365277.

10   3.    Attached hereto as **Exhibit K [Filed Under Seal]** is a true and correct

11   copy of the document that Apple produced in discovery as APL-MAS_02365278.

12   4.    Attached hereto as **Exhibit L [Filed Under Seal]** is a true and correct

13   copy of the document that Apple produced in discovery as APL-MAS_02364423.

14   5.    Attached hereto as **Exhibit M [Filed Under Seal]** is a true and correct

15   copy of the document that Apple produced in discovery as APL-MAS_02364484.

16   6.    Attached hereto as **Exhibit N [Filed Under Seal]** is a true and correct

17   copy of the document that Apple produced in discovery as APL-MAS_02364331.

18   7.    Attached hereto as **Exhibit O [Filed Under Seal]** is a true and correct

19   copy of the document that Apple produced in discovery as APL-MAS_02365265.

20   8.    Attached hereto as **Exhibit P [Filed Under Seal]** is a true and correct copy

21   of the document that Apple produced in discovery as APL-MAS_02364454.

22   9.    Attached hereto as **Exhibit Q [Filed Under Seal]** is a true and correct

23   copy of the document that Apple produced in discovery as APL-MAS_02364531.

24   10.   Attached hereto as **Exhibit R [Filed Under Seal]** is a true and correct

25   copy of the document that Apple produced in discovery as APL-MAS_02364977.

26   / / /

27   / / /

28   / / /

-1-

1        I declare under the penalty of perjury that the foregoing is true and correct.

2    Executed on May 4, 2022, at Encinitas, California.

3

4                               */s/ Adam B. Powell*

                                   Adam B. Powell

5

6    55445586

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT J

## DOCUMENT FILED UNDER SEAL

# EXHIBIT K

DOCUMENT FILED UNDER SEAL

# EXHIBIT L

DOCUMENT FILED UNDER SEAL

# EXHIBIT M

## DOCUMENT FILED UNDER SEAL

# EXHIBIT N

DOCUMENT FILED UNDER SEAL

# EXHIBIT O

DOCUMENT FILED UNDER SEAL

# EXHIBIT P

## DOCUMENT FILED UNDER SEAL

# EXHIBIT Q

DOCUMENT FILED UNDER SEAL

# EXHIBIT R

## DOCUMENT FILED UNDER SEAL