1

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

2

3

4

5

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

6

7

8

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

9

10

11

12

13

[Counsel appearance continues on next page]

14

*Attorneys for Defendant Apple Inc.*

15

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

16

17

18

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

19

20

                    Plaintiffs,

21

         v.

22

APPLE INC.,
a California corporation,

23

                    Defendant.

24

CASE NO. 8:20-cv-00048-JVS (JDEx)

**DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS *EX PARTE* APPLICATION FOR RESPONSE TO SUR-REPLY REGARDING APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 7**

25

26

27

28

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel: 720.274.3152 / Fax: 720.273.3133

KENNETH G. PARKER, SBN 182911
  ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Tel: 949.202.3014 / Fax: 949.202.3152

Wilmer Cutler
Pickering Hale
and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS *EX PARTE* APPLICATION

CASE NO. 8:20-cv-00048-JVS (JDEX)

1    Pursuant to Local Rule 79-5.2.2, Apple requests that the Court grant leave to file

2    under seal Apple's Proposed Response To Plaintiffs' Sur-Reply Regarding Apple's

3    Objections to Special Master Order No. 7 ("Response").   As detailed in the

4    accompanying Declaration of Mark D. Selwyn, the redacted portions of Apple's

5    Response quote, reference, or summarize documents that have been filed under seal.

6    Accordingly, Apple respectfully requests an order granting leave to file its

7    Response under seal.

8

9    Dated: May 6, 2022                Respectfully submitted,

10                                     H. MARK LYON
                                       BRIAN M. BUROKER
11                                     BRIAN A. ROSENTHAL
                                       ILISSA SAMPLIN
12                                     ANGELIQUE KAOUNIS
                                       BRIAN ANDREA
13                                     GIBSON, DUNN & CRUTCHER LLP

14                                     MARK D. SELWYN
                                       JOSHUA H. LERNER
15                                     NORA Q.E. PASSAMANECK
                                       WILMER CUTLER PICKERING HALE
16                                      AND DORR LLP

17                                     KENNETH G. PARKER
                                       HAYNES AND BOONE, LLP
18

19

20   By: /s/ Mark D. Selwyn
         Mark D. Selwyn
21

22   Attorneys for Defendant Apple Inc.

23

24

25

26

27

28

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS *EX PARTE* APPLICATION
1          CASE NO. 8:20-cv-00048-JVS (JDEx)