# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC.,<br>a California corporation,<br><br>　　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL** |

This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its *Ex Parte* Application For Response To Plaintiffs' Sur-Reply Regarding Apple's Objections To Special Master Order No. 7 ("Application To File Under Seal") under Local Rule 79-5.2.2.  Having considered the Application To File Under Seal and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is GRANTED.  Apple shall file under seal its Proposed Response To Plaintiffs' Sur-Reply Regarding Apple's Objections To Special Master Order No. 7.

**IT IS SO ORDERED.**

Dated: _____         _____
                                         The Hon. James V. Selna
                                         United States District Court Judge