JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.236.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearances continue on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S NOTICE OF *EX PARTE* APPLICATION FOR RESPONSE TO SUR-REPLY REGARDING APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 7**<br><br>Hon. James V. Selna<br>No Hearing Noticed |

```
BRIAN A. ROSENTHAL, pro hac vice
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

NORA Q.E. PASSAMANECK, pro hac vice
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel: 720.274.3152 / Fax: 720.273.3133

KENNETH G. PARKER, SBN 182911
  ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Tel: 949.202.3014 / Fax: 949.202.3152
```

1      **PLEASE TAKE NOTICE** that, pursuant to Local Rule 7-19, Defendant Apple Inc. ("Apple") hereby applies *ex parte* for an Order allowing Apple to file a two-page Response to Plaintiffs' Sur-Reply to Apple's Objections to Special Master Order No. 7 (Dkt. 685). In accordance with Local Rule 7-19.1, Apple's counsel notified counsel for Plaintiffs of this Application on May 6, 2022. *See* Attachment B (Declaration of Nora Passamaneck In Support Of *Ex Parte* Application For Response To Plaintiffs' Sur-Reply). Plaintiffs indicated they would oppose the motion. *Id.*

The contact information for Plaintiffs' counsel is as follows:

Joseph R. Re, SBN 134479
joseph.re@knobbe.com
Stephen C. Jensen, SBN 149894
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen, SBN 208527
ben.katzenellenbogen@knobbe.com
Perry D. Oldham, SBN 216016
perry.oldham@knobbe.com
Stephen W. Larson, SBN 240844
stephen.larson@knobbe.com
Justin J. Gillett, SBN 298150
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Adam B. Powell, SBN 272725
adam.powell@knobbe.com
Daniel P. Hughes, SBN 299695
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Mark D. Kachner, SBN 234192
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

## MEMORANDUM OF POINTS AND AUTHORITIES

This Application is made *ex parte* on the grounds that (1) Apple will be irreparably prejudiced if it is not provided the opportunity to respond to Plaintiffs' Sur-Reply (because the Sur-Reply includes numerous misleading statements) and (2) Apple is without fault in creating the situation requiring *ex parte* relief (because it did not receive Plaintiffs' sur-reply until yesterday). *See Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 490 (C.D. Cal. 1995) (*ex parte* relief is appropriate when "the evidence [ ] show[s] that the moving party's cause will be irreparably prejudiced" and "the moving party is without fault").

***First***, Apple would be severely prejudiced if it is not given the opportunity to respond to Plaintiffs' Sur-Reply, which falsely accuses Apple of gamesmanship and of improperly withholding relevant and responsive documents. As explained in further detail in Apple's proposed Response, *see* Attachment A, Apple's production was small, as timely as possible under the circumstances, and involved documents that were produced out of an abundance of caution and a desire to narrow this dispute. Plaintiffs' Sur-Reply distorts the record on each of these points, necessitating a very brief rebuttal.

***Second***, Apple is not at fault in creating the need for *ex parte* relief. There is insufficient time to bring a regularly-noticed motion because Apple's underlying motion is set for hearing on May 16, 2022, which is in less than two weeks. *See* Dkt. 654. Moreover, Apple promptly filed this request just one day after reviewing Plaintiffs' Sur-Reply. Under the circumstances, *ex parte* relief is appropriate. *Malch v. Dolan*, 2018 WL 6017000, at *2 (C.D. Cal. Apr. 12, 2018) (granting *ex parte* application when, *inter alia*, "Defendants did not have sufficient time to bring a properly noticed motion").

Apple respectfully requests leave to address Plaintiffs' new sur-reply arguments and evidence in a two-page response. *See* Attachment A. Apple also requests leave to file the supporting Declaration of Nora Passamaneck. *See* Attachment B.

| | | |
|---|---|---|
| 1 | Dated: May 6, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | H. MARK LYON |
| | | BRIAN M. BUROKER |
| 4 | | BRIAN A. ROSENTHAL |
| | | ILISSA SAMPLIN |
| 5 | | ANGELIQUE KAOUNIS |
| 6 | | BRIAN ANDREA |
| | | GIBSON, DUNN & CRUTCHER LLP |
| 7 | | |
| 8 | | KENNETH G. PARKER |
| | | HAYNES AND BOONE, LLP |
| 9 | | |
| 10 | | MARK D. SELWYN |
| | | JOSHUA H. LERNER |
| 11 | | NORA Q.E. PASSAMANECK |
| 12 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 13 | | |
| 14 | | |
| 15 | | By: */s/ Mark D. Selwyn* |
| | | Mark D. Selwyn |
| 16 | | |
| 17 | | *Attorneys for Defendant Apple Inc.* |