# ATTACHMENT A

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL.**

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR
1 Front Street, Ste. 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] APPLE'S RESPONSE TO PLAINTIFFS' SUR-REPLY IN SUPPORT OF ITS OBJECTIONS TO SPECIAL MASTER ORDER NO. 7** |

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL.

1  BRIAN A. ROSENTHAL, *pro hac vice*
     brosenthal@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
3  New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
4
   ILISSA SAMPLIN, SBN 314018
5    isamplin@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  333 South Grand Avenue
   Los Angeles, CA 90071-3197
7  Tel.: 213.229.7000 / Fax: 213.229.7520

8  ANGELIQUE KAOUNIS, SBN 209833
     akaounis@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East Suite 4000
10 Los Angeles, CA 90067
   Tel.: 310.552.8546 / Fax: 310.552.7026
11
   KENNETH G. PARKER, SBN 182911
12   Ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
13 660 Anton Boulevard Suite 700
   Costa Mesa, CA 92626
14 Tel. 650.949.3014 / Fax: 949.202.3001

15 MARK D. SELWYN, SBN 244180
     mark.selwyn@wilmerhale.com
16 WILMER CUTLER PICKERING
     HALE AND DORR LLP
17 2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
18 Tel.: 650.858.6000 / Fax: 650.858.6100

19 NORA Q.E. PASSAMANECK, *pro hac vice*
     nora.passamaneck@wilmerhale.com
20 WILMER CUTLER PICKERING
     HALE AND DORR LLP
21 1225 Seventeenth St., Suite 2600
   Denver, CO 80202
22 Tel: 720.274.3152 / Fax: 720.273.3133

23
24
25
26
27
28

Apple submits this response to Plaintiffs' sur-reply to briefly address certain misleading statements presented in that filing.

Plaintiffs mischaracterize what Apple produced on April 29, 2022 and why it did so. ████████████████████████████████████████████████████████████████ ████████, Sur-Reply 1, but, in reality, Apple produced only a handful of emails that hit on Plaintiffs' search terms and had even a remote connection to this litigation—the remainder of documents produced were merely part of the same families (e.g., email attachments). For example, ████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████. Sur-Reply 1. But the timing of the production was based on Plaintiffs' last-minute denial of Apple's compromise offer, which took place on the morning Apple's objections were due—after that, Apple moved as quickly as it could to produce the documents to ensure there could be no argument that it was withholding anything remotely relevant. Moreover, Apple did not oppose Plaintiffs' request to file a sur-reply, which gave them the opportunity to respond to the April 29 production.[1]

Plaintiffs also misrepresent the importance of the documents produced. For example, Plaintiffs' ████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ The

---

[1] Plaintiffs also misrepresent the position Apple took in its opening brief. While Plaintiffs describe ████████████████████████████████████████████████ ████████████████████████████████████████████████████ Apple has consistently stated that it did not produce documents that were irrelevant *or* non-responsive, *e.g.*, Mot. 11.

1  other documents have (as Apple explained in its reply) only a remote connection to this
2  litigation at a very high level of generality.  They include █████████
3  ████████████████████████████████████████████████████████████
4  ████████████████████████████████████████████████████████████
5  ████████████████████████████████████████████████████████████
6  ████████████████████████████████████████████████████████████
7  ████████████████████████████████████████████████████████████
8  ████████████████████████████████████████████████████

9　　　　　Ultimately, Plaintiffs' sur-reply is a distraction from the issue raised by Apple's
10 objections:  Whether Judge Early "intended" Apple to produce *all* non-privileged ESI
11 from Mr. Cook that hit on Plaintiffs' broad search terms.  To keep the focus on that issue,
12 Apple has proactively produced everything that is even arguably with the realm of
13 relevance.  *See* Ex. 26.  To the extent that this Court has any questions regarding the
14 remaining Cook ESI that Apple has not produced, Apple has no objection to producing
15 those documents for in camera review.

16　　　　　　　　　　　　　　　　**CONCLUSION**

17　　　　　Apple respectfully requests that the Court sustain Apple's objections to the
18 Special Master's Discovery Order No. 7.

Wilmer Cutler
Pickering Hale
and Dorr LLP

APPLE'S RESPONSE TO PLAINTIFFS' SUR-REPLY ISO ITS OBJECTIONS TO SPECIAL MASTER ORDER
NO. 7
                                              2        CASE NO. 8:20-cv-00048-JVS (JDEx)

| | |
|---|---|
| Dated: May 6, 2022 | Respectfully submitted, |

H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN ANDREA
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

MARK D. SELWYN
JOSHUA H. LERNER
NORA Q.E. PASSAMANECK
WILMER CUTLER PICKERING HALE AND DORR LLP


By: */s/ Mark D. Selwyn*
      Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*