# ATTACHMENT B

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearances continue on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF *EX PARTE* APPLICATION FOR RESPONSE TO PLAINTIFFS' SUR-REPLY REGARDING APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 7**<br><br>Hon. James V. Selna<br>No Hearing Noticed |

Passamaneck Decl. In Support Of Apple's *Ex Parte* Application For Response To Sur-Reply
Case No. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

| | |
|---|---|
| 1 | BRIAN A. ROSENTHAL, *pro hac vice* |
| |   brosenthal@gibsondunn.com |
| 2 | GIBSON, DUNN & CRUTCHER LLP |
| | 200 Park Avenue |
| 3 | New York, NY 10166-0193 |
| | Tel.: 212.351.2339 / Fax: 212.817.9539 |
| 4 | |
| 5 | ILISSA SAMPLIN, SBN 314018 |
| |   isamplin@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| 6 | 333 South Grand Avenue |
| | Los Angeles, CA 90071-3197 |
| 7 | Tel.: 213.229.7000 / Fax: 213.229.7520 |
| 8 | ANGELIQUE KAOUNIS, SBN 209833 |
| |   akaounis@gibsondunn.com |
| 9 | GIBSON, DUNN & CRUTCHER LLP |
| | 2029 Century Park East Suite 4000 |
| 10 | Los Angeles, CA 90067 |
| | Tel.: 310.552.8546 / Fax: 310.552.7026 |
| 11 | |
| 12 | MARK D. SELWYN, SBN 244180 |
| |   mark.selwyn@wilmerhale.com |
| 13 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| 14 | 2600 El Camino Real, Suite 400 |
| | Palo Alto, CA 94306 |
| 15 | Tel.: 650.858.6000 / Fax: 650.858.6100 |
| 16 | NORA Q.E. PASSAMANECK, *pro hac vice* |
| |   nora.passamaneck@wilmerhale.com |
| 17 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| 18 | 1225 Seventeenth St., Suite 2600 |
| | Denver, CO 80202 |
| 19 | Tel: 720.274.3152 / Fax: 720.273.3133 |
| 20 | KENNETH G. PARKER, SBN 182911 |
| |   ken.parker@haynesboone.com |
| 21 | HAYNES AND BOONE, LLP |
| | 600 Anton Blvd., Suite 700 |
| 22 | Costa Mesa, CA 92626 |
| | Tel: 949.202.3014 / Fax: 949.202.3152 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECL. IN SUPPORT OF APPLE'S *EX PARTE* APPLICATION FOR RESPONSE TO SUR-REPLY
CASE NO. 8:20-cv-00048-JVS (JDEx)

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto. I submit this Declaration regarding notice of Apple's *ex parte* application pursuant to Local Rule 7-19.1.

3. Pursuant to Local Rule 7-19.1, on May 6, 2022, at approximately 9:00 a.m. PT, I left a voicemail for Adam Powell, counsel for Plaintiffs, asking for a call back at his earliest convenience. I then wrote Mr. Powell an email stating:

> I just left you a voicemail and appreciate a call back at your earliest convenience. In particular, Apple intends to file an ex parte application for permission to file a response to Plaintiffs' sur-reply in support of its Objections to Order No. 7. We believe a response to Plaintiffs' sur-reply is justified to correct certain statements made by Plaintiffs in their sur-reply.
>
> As we will file this afternoon, please let us know Plaintiffs' position as soon as possible.

4. At approximately 1:00 p.m. PT on May 6, 2022, I spoke to Mr. Powell over the phone and asked if Plaintiffs opposed Apple's requested relief. Mr. Powell indicated that Plaintiffs oppose Apple's requested relief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of May 2022.

By: _____
Nora Passamaneck

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECL. IN SUPPORT OF APPLE'S *EX PARTE* APPLICATION FOR RESPONSE TO SUR-REPLY
1
CASE NO. 8:20-cv-00048-JVS (JDEx)