# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR RESPONSE TO PLAINTIFFS' SUR-REPLY REGARDING APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 7**<br><br>Hon. James V. Selna<br>No Hearing Noticed |

Having considered Defendant Apple Inc.'s ("Apple") *Ex Parte* Application For Response To The Plaintiffs' Sur-Reply Regarding Apple's Objections To Special Master Order No. 7, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Apple may file its Proposed Response To The Sur-Reply (Attachment A) and Proposed Declaration of Nora Q.E. Passamaneck (Attachment B).

**IT IS SO ORDERED.**

Dated:_____

_____
The Hon. James V. Selna
United States District Court Judge