JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DEFENDANT APPLE INC.'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPPOSITION TO PLAINTIFFS' *EX PARTE* APPLICATION TO MODIFY THE PROTECTIVE ORDER**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early] |

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPPOSITION TO PLAINTIFFS' *EX PARTE* APPLICATION          CASE NO. 8:20-cv-00048-JVS (JDEX)

1

2  BRIAN A. ROSENTHAL, *pro hac vice*
     brosenthal@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
4  New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
5
   ILISSA SAMPLIN, SBN 314018
6    isamplin@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
7  333 South Grand Avenue
   Los Angeles, CA 90071-3197
8  Tel.: 213.229.7000 / Fax: 213.229.7520

9  ANGELIQUE KAOUNIS, SBN 209833
     akaounis@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East Suite 4000
11 Los Angeles, CA 90067
   Tel.: 310.552.8546 / Fax: 310.552.7026
12
   MARK D. SELWYN, SBN 244180
13   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
14   HALE AND DORR LLP
   2600 El Camino Real, Suite 400
15 Palo Alto, CA 94306
   Tel.: 650.858.6000 / Fax: 650.858.6100
16
   NORA Q.E. PASSAMANECK, *pro hac vice*
17   nora.passamaneck@wilmerhale.com
   WILMER CUTLER PICKERING
18   HALE AND DORR LLP
   1225 Seventeenth St., Suite 2600
19 Denver, CO 80202
   Tel: 720.274.3152 / Fax: 720.273.3133
20
   KENNETH G. PARKER, SBN 182911
21   ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
22 600 Anton Blvd., Suite 700
   Costa Mesa, CA 92626
23 Tel: 949.202.3014 / Fax: 949.202.3152

24

25

26

27

28

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPPOSITION TO PLAINTIFFS'
*EX PARTE* APPLICATION                                      CASE NO. 8:20-cv-00048-JVS (JDEX)

1  Pursuant to Local Rule 79-5.2.2, Apple requests that the Court grant leave to file
2  under seal Apple's Opposition to Plaintiffs' *Ex Parte* Application To Modify The
3  Protective Order ("Opposition").  As detailed in the accompanying Declaration of
4  Mark D. Selwyn, the redacted portions of Apple's Opposition quote, reference, or
5  summarize documents for which Plaintiffs have applied to file under seal.

6  Accordingly, Apple respectfully requests an order granting leave to file its
7  Opposition under seal.

Dated:  May 6, 2022               Respectfully submitted,

H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN ANDREA
GIBSON, DUNN & CRUTCHER LLP

MARK D. SELWYN
JOSHUA H. LERNER
NORA Q.E. PASSAMANECK
WILMER CUTLER PICKERING HALE
  AND DORR LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP


By:  */s/ Mark D. Selwyn*
          Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPPOSITION TO PLAINTIFFS'
*EX PARTE* APPLICATION         1         CASE NO. 8:20-cv-00048-JVS (JDEx)