1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early] |

This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its Opposition To Plaintiffs' *Ex Parte* Application To Modify The Protective Order ("Application To File Under Seal") under Local Rule 79-5.2.2. Having considered the Application To File Under Seal and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is GRANTED. Apple shall file under seal its Opposition To Plaintiffs' *Ex Parte* Application To Modify The Protective Order.

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. John D. Early
Magistrate Judge