JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS'** *EX PARTE* **APPLICATION TO MODIFY THE PROTECTIVE ORDER**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early] |

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' *EX PARTE* APPLICATION TO MODIFY THE PROTECTIVE ORDER

CASE NO. 8:20-cv-00048-JVS (JDEx)

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth St. Suite 2600
Denver, CO 80202
Tel: 720.274.3152 / Fax: 720.273.3133

KENNETH G. PARKER, SBN 182911
  ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Tel: 949.202.3014 / Fax: 949.202.3152

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' *EX PARTE* APPLICATION TO MODIFY THE PROTECTIVE ORDER

Case No. 8:20-cv-00048-JVS (JDEX)

I, Nora Passamaneck, declare and state as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3. I make this Declaration in support of Apple's Opposition to Plaintiffs' *Ex Parte* Application To Modify The Protective Order ("Opposition").

4. Attached hereto as **Exhibit A** is a true and correct copy of an email, dated May 2, 2022, from Daniel Hughes, counsel for Plaintiffs, to counsel for Apple, regarding cross-use of documents and Plaintiffs' intention to file the *Ex Parte* Application that Apple opposes.

5. Attached hereto as **Exhibit B** is a true and correct copy of Order No. 4: Issuing Replacement Ground Rules in *In re Certain Light-Based Physiological Measurement Devices and Components Thereof*, ITC Inv. No. 337-TA-1276 ("ITC investigation"), dated September 13, 2021.

6. Attached hereto as **Exhibit C** is a true and correct copy of Order No. 6: Setting Procedural Schedule in the ITC investigation, dated October 14, 2021.

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' *EX PARTE* APPLICATION TO MODIFY THE PROTECTIVE ORDER
1   Case No. 8:20-cv-00048-JVS (JDEX)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of May 2022 in Denver, Colorado.

By: _____
Nora Q.E. Passamaneck

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' *EX PARTE* APPLICATION TO MODIFY THE PROTECTIVE ORDER

2          Case No. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler Pickering Hale and Dorr LLP