# EXHIBIT A

| | |
|---|---|
| **From:** | Daniel.Hughes |
| **To:** | Masimo.Apple; *** Apple-Masimo; WH Apple-Masimo Service List; Parker, Ken |
| **Subject:** | Apple v. Masimo - Ex Parte Motion Re Cross-Use |
| **Date:** | Monday, May 2, 2022 7:58:30 PM |

**EXTERNAL SENDER**

Counsel,

Masimo requests that Apple allow cross-use of the below listed documents in *In re Certain Light-Based Physiological Measurement Devices and Components Thereof*, ITC Inv. No. 337-TA-1276 (the "ITC Investigation"). If Apple refuses to allow cross-use, Masimo intends to move *ex parte* for relief from the protective order to use these documents in the ITC Investigation. Please confirm that Apple agrees to allow cross use of these documents or provide Apple's availability on Tuesday, May 4 or Wednesday, May 5 to meet and confer on Masimo's *ex parte* motion. Additionally, if Apple does not agree to allow cross use of these documents, please identify which, if any, Apple believes should be filed under seal.

- APL-MAS_00212155
- APL-MAS_00225017
- APL-MAS_00226067
- APL-MAS_00332007
- APL-MAS_00359911
- APL-MAS_00403773
- APL-MAS_00415060
- APL-MAS_00433706
- APL-MAS_00433808
- APL-MAS_00536875
- APL-MAS_00592181
- APL-MAS_00676497
- APL-MAS_00690233
- APL-MAS_00700555
- APL-MAS_00733237
- APL-MAS_01058238
- APL-MAS_01135388
- APL-MAS_01853759

Thanks,
Daniel

**Daniel Hughes**
Partner
Daniel.Hughes@knobbe.com
858-707-4208  Direct

**Knobbe Martens**

Exhibit A
Page 1

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.