# EXHIBIT C

UNITED STATES INTERNATIONAL TRADE COMMISSION

Washington, D.C.

| In the Matter of<br><br>**CERTAIN LIGHT-BASED PHYSIOLOGICAL MEASUREMENT DEVICES AND COMPONENTS THEREOF** | Inv. No. 337-TA-1276 |
|---|---|

ORDER NO. 6:    SETTING PROCEDURAL SCHEDULE

(October 14, 2021)

Pursuant to Order No. 5 (Sept. 22, 2021), the parties submitted a proposed procedural schedule. The proposed dates are hereby adopted with additional deadlines for expert reports on claim construction (if necessary) and modifications to the deadlines for submitting proposed exhibits and filing post-hearing briefs. The investigation shall proceed in accordance with the deadlines set forth below:

| Event | Date |
|---|---|
| File identification of expert witnesses, including their expertise and curriculum vitae | Wednesday, November 10, 2021 |
| Exchange list of claim terms to be construed | Friday, November 12, 2021 |
| Exchange of proposed claim constructions | Wednesday, November 24, 2021 |
| Initial deadline for responses to contention interrogatories on issues for which the responding party bears the burden of proof | Friday, December 3, 2021 |
| Initial deadline for responses to contention interrogatories on issues for which the responding party does not bear the burden of proof | Wednesday, December 22, 2021 |
| Meet and confer to discuss and limit number of disputed terms | Wednesday, January 5, 2022 |
| File joint proposed claim construction chart | Thursday, January 13, 2022 |
| Exchange of initial expert reports (if any) on claim construction issues | Tuesday, January 18, 2022 |

Exhibit C
Page 1

| | |
|---|---|
| Exchange of rebuttal expert reports (if any) on claim construction issues | Tuesday, January 25, 2022 |
| Initial *Markman* briefs | Thursday, January 27, 2022 |
| Rebuttal *Markman* briefs | Thursday, February 10, 2022 |
| Cut-off date for supplements to contention interrogatories on issues for which the responding party bears the burden of proof | Friday, February 11, 2022 |
| File notice of prior art | Tuesday, February 15, 2022 |
| **Joint Tutorial and Markman hearing** | **Thursday, February 17, 2022** |
| Cut-off date for supplements to contention interrogatories on issues for which the responding party does not bear the burden of proof | Friday, February 18, 2022 |
| Submission of updated joint proposed claim construction chart | Wednesday, February 23, 2022 |
| Fact discovery cutoff and completion | Wednesday, February 23, 2022 |
| Deadline for motions to compel discovery | Friday, March 4, 2022 |
| Exchange of initial expert reports (identify tests/surveys/data) | Friday, March 4, 2022 |
| File tentative lists of witnesses a party will call to testify at the hearing, with an identification of each witness' relationship to the party | Friday, March 18, 2022 |
| Exchange of rebuttal expert reports | Tuesday, March 22, 2022 |
| Expert discovery cutoff and completion | Tuesday, April 5, 2022 |
| Deadline for motions to compel expert discovery | Thursday, April 7, 2022 |
| Deadline for filing motions for summary determination | Thursday, April 7, 2022 |
| Attendance at one-day mediation session | No later than April 21, 2022 |
| Exchange of exhibit lists among the parties | Friday, April 22, 2022 |
| Exchange proposed direct exhibits, with physical exhibits available | Thursday, April 28, 2022 |
| Submission of joint report on mediation | No later than May 1, 2022 |
| Exchange proposed rebuttal exhibits, with rebuttal physical exhibits available | Thursday, May 5, 2022 |
| File pre-hearing statements and briefs | Friday, May 13, 2022 |

Exhibit C
Page 2

| | |
|---|---|
| File requests for receipt of evidence without a sponsoring witness | Friday, May 13, 2022 |
| Deadline to file motions in *limine* | Tuesday, May 17, 2022 |
| File high priority objections statements | Tuesday, May 17, 2022 |
| Submit proposed exhibits to the Administrative Law Judge | Monday, May 23, 2022 |
| File responses to requests for receipt of evidence without a sponsoring witness | Tuesday, May 24, 2022 |
| File responses to motions in *limine* | Tuesday, May 24, 2022 |
| File responses to high priority objection statements | Tuesday, May 24, 2022 |
| **Pre-hearing conference** | **Friday, June 3, 2022** |
| **Hearing** | **Week of June 6-10, 2022** |
| File initial post-trial briefs and final exhibit lists | Monday, June 27, 2022 |
| File reply post-trial briefs | Monday, July 11, 2022 |
| Initial determination due | Friday, September 16, 2022 |
| Target date for completion of investigation | Monday, January 16, 2023 |

**SO ORDERED.**

Monica Bhattacharyya
Administrative Law Judge