# EXHIBIT 27

| | |
|---|---|
| **From:** | Garcia, Nina |
| **To:** | Masimo.AppleITC |
| **Cc:** | WH Apple-Masimo 1276 Service List |
| **Subject:** | RE: Inv. No. 337-1276: Hearing Exhibit List and Counter Designations |
| **Date:** | Saturday, May 7, 2022 1:44:30 PM |

Kendall,

Complainants proposed a procedure whereby the parties would identify exhibits for the exhibit list at different times depending on who had the burden of proof. Apple declined as this is not consistent with the Procedural Schedule or Ground Rules, which do not suggest different dates for identification of exhibits depending on whether the party intends to introduce as part of its case-in-chief or responsive case. The Procedural Schedule does however provide for identification and service of rebuttal exhibits—i.e., exhibits being identified in response to exhibits on the other side's original list—which is what Apple provided Thursday. To the extent there was any confusion, Apple does not object if Complainants have rebuttal exhibits of this nature to add so long as they provide them by Monday.

Best,
Nina

**Nina Garcia | WilmerHale**
+1 617 526 6446 (t)
nina.garcia@wilmerhale.com

---

**From:** Kendall.Loebbaka <Kendall.Loebbaka@knobbe.com>
**Sent:** Friday, May 6, 2022 9:24 PM
**To:** Chase, Lanta <Lanta.Chase@wilmerhale.com>; WH Apple-Ericsson 1299 Service List <WHApple-Ericsson1299ServiceList@wilmerhale.com>
**Cc:** Masimo.AppleITC <Masimo.AppleITC@knobbe.com>
**Subject:** RE: Inv. No. 337-1299: Hearing Exhibit List and Counter Designations

**EXTERNAL SENDER**

Counsel,

Apple refused Masimo's offer to exchange rebuttal exhibit lists. As a result, the parties agreed to a single date to exchange exhibit lists. Accordingly, please explain your basis for providing the May 5 "rebuttal exhibit list."

Best regards,
Kendall

**Kendall Loebbaka**
Partner

Exhibit 27
-2-

949-721-7687 Direct

**Knobbe Martens**

---

**From:** Chase, Lanta <Lanta.Chase@wilmerhale.com>
**Sent:** Thursday, May 5, 2022 4:27 PM
**To:** Masimo.AppleITC <Masimo.AppleITC@knobbe.com>
**Cc:** WH Apple-Ericsson 1299 Service List <WHApple-Ericsson1299ServiceList@wilmerhale.com>
**Subject:** Inv. No. 337-1299: Hearing Exhibit List and Counter Designations

Counsel,

An amended and supplemental exhibit list containing Apple's rebuttal exhibits and Apple's counter deposition designations may be downloaded from this link:

In its list, Apple has withdrawn duplicative exhibits, updated purpose and sponsoring witness information for RX-0003 through RX-0007, updated sponsoring witness information for RX-0925 through RX-0930, and changed the confidentiality designation for RX-0807, RX-0808, RX-0810, RX-0811, and RX-0813.

Apple reserves all rights as provided in our April 22, 2022 letter. The inclusion of any rebuttal exhibit does not waive any argument regarding the admissibility of post-Complaint evidence to support Complainants' domestic industry arguments.

Best,
Lanta

**Lanta M. Chase | WilmerHale**
IP Litigation Case Manager
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
+1 202 247 4229 (t)
+1 202 663 6363 (f)
lanta.chase@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.


NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Exhibit 27
-3-