IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation<br><br>    Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PLAINTIFFS' REPLY TO APPLE'S OPPOSITION TO *EX PARTE* APPLICATION TO MODIFY THE PROTECTIVE ORDER**<br><br>[Discovery Document: Referred to Magistrate Judge John D. Early] |

Having considered Plaintiffs' Application for Leave to File Under Seal Plaintiffs' Reply to Apple's Opposition To *Ex Parte* Application To Modify the Protective Order, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the redacted portion of Masimo's Reply to Apple's Opposition To *Ex Parte* Application.

DATED: _____                    _____
                                                              The Honorable John D. Early
                                                              United States Magistrate Judge