**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR RESPONSE TO PLAINTIFFS' SUR-REPLY REGARDING APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 7** <br><br> Hon. James V. Selna <br> No Hearing Noticed |

# DENIED
## BY ORDER OF THE COURT

Having considered Defendant Apple Inc.'s ("Apple") *Ex Parte* Application For Response To The Plaintiffs' Sur-Reply Regarding Apple's Objections To Special Master Order No. 7, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Apple may file its Proposed Response To The Sur-Reply (Attachment A) and Proposed Declaration of Nora Q.E. Passamaneck (Attachment B).

**IT IS SO ORDERED.**

**DENIED**

BY ORDER OF THE COURT

Dated:____5/9/22_____

_____

The Hon. James V. Selna
United States District Court Judge