# EXHIBIT 32
# Redacted in its Entirety