Case 8:20-cv-00048-JVS-JDE   Document 725-3   Filed 05/16/22   Page 1 of 2   Page ID #:51242

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

            Plaintiffs,

  v.

APPLE INC.,
a California corporation,

           Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**[PROPOSED] ORDER DENYING IN PART PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT FOURTH AMENDED COMPLAINT, DKT. 672, AND GRANTING LEAVE TO FILE AS A SUPPLEMENT DKT. 673-3**

Wilmer Cutler Pickering Hale and Dorr LLP

[PROPOSED] ORDER DENYING IN PART PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT FOURTH AMENDED COMPLAINT, DKT. 672, AND GRANTING LEAVE TO FILE AS A SUPPLEMENT DKT. 673-3
CASE NO. 8:20-cv-00048-JVS (JDEX)

This matter is before the Court pursuant to Plaintiffs Masimo Corp. and Cercacor Laboratories, Inc.'s (collectively, "Plaintiffs") Motion for Leave to Supplement Fourth Amended Complaint, Dkt. 672.  In support of that Motion, Plaintiffs provided as Exhibit A their proposed supplement, Dkt. 673-1, and provided as Exhibit C a draft supplement to which Apple Inc. ("Apple") would agree.  Dkt. 673-3.  Having considered the Motion, supporting documents, Apple, Inc.'s Opposition, Plaintiffs' reply, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Plaintiffs' Motion for Leave to Supplement Fourth Amended Complaint is DENIED IN PART insofar as Plaintiffs seek to file Dkt. 673-1 as a Supplement to the Fourth Amended Complaint.  Plaintiffs are instead GRANTED LEAVE to file Dkt. 673-3 as a supplement to the Fourth Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. James J. Selna
U.S. District Judge

Wilmer Cutler Pickering Hale and Dorr LLP

[PROPOSED] ORDER DENYING IN PART PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT FOURTH AMENDED COMPLAINT, DKT. 672, AND GRANTING LEAVE TO FILE AS A SUPPLEMENT DKT. 673-3
CASE NO. 8:20-cv-00048-JVS (JDEx)