JOSHUA H. LERNER, SBN 220755
 joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
 mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
 bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
 bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLICATION TO STRIKE INCORRECTLY FILED DOCUMENT [DKT. 713]**<br><br>Judge: Hon. James V. Selna |

| | |
|---|---|
| 1 | BRIAN A. ROSENTHAL, *pro hac vice* |
| 2 | brosenthal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 3 | 200 Park Avenue<br>New York, NY 10166-0193 |
| 4 | Tel.: 212.351.2339 / Fax: 212.817.9539 |
| 5 | ILISSA SAMPLIN, SBN 314018<br>isamplin@gibsondunn.com |
| 6 | GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue |
| 7 | Los Angeles, CA 90071-3197<br>Tel.: 213.229.7000 / Fax: 213.229.7520 |
| 8 | ANGELIQUE KAOUNIS, SBN 209833 |
| 9 | akaounis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 10 | 2029 Century Park East Suite 4000<br>Los Angeles, CA 90067 |
| 11 | Tel.: 310.552.8546 / Fax: 310.552.7026 |
| 12 | MARK D. SELWYN, SBN 244180<br>mark.selwyn@wilmerhale.com |
| 13 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 14 | 2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 |
| 15 | Tel.: 650.858.6000 / Fax: 650.858.6100 |
| 16 | NORA Q.E. PASSAMANECK, *pro hac vice*<br>nora.passamaneck@wilmerhale.com |
| 17 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 18 | 1225 Seventeenth St., Suite 2600<br>Denver, CO 80202 |
| 19 | Tel: 720.274.3152 / Fax: 720.273.3133 |
| 20 | KENNETH G. PARKER, SBN 182911<br>ken.parker@haynesboone.com |
| 21 | HAYNES AND BOONE, LLP<br>600 Anton Blvd., Suite 700 |
| 22 | Costa Mesa, CA 92626<br>Tel: 949.202.3014 / Fax: 949.202.3152 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Defendant Apple Inc. ("Apple") requests that Dkt. 713 be stricken due to a filing error.

On May 6 2022, Apple filed two separate sealing applications—one located at Dkt. 700 (Apple's Application To File Under Seal Documents Regarding Its *Ex Parte* Application For Response To Sur-Reply Regarding Apple's Objections To Special Master Order No. 7) and the other at Dkt. 703 (Apple's Application To File Under Seal Documents Regarding Its Opposition To Plaintiffs' Ex Parte Application To Modify The Protective Order).  On May 9, Judge Early granted the application listed at Dkt. 703; Judge Selna has not yet ruled on Dkt. 700.  In response to Judge Early's ruling, Apple inadvertently refiled the sealed material covered by Dkt. 700—instead of the sealed material covered by Dkt. 703—at Dkt. 713.

Accordingly, Apple respectfully requests an order striking Dkt. 713.  A Proposed Order is attached.  Once this Court strikes Dkt. 713, Apple will file the sealed material located at Dkt. 703 as a new docket entry, pursuant to Local Rule 79-5.2.2(c).

| | | |
|---|---|---|
| 1 | Dated: May 19, 2022 | Respectfully submitted, |
| 2 | | H. MARK LYON |
| 3 | | BRIAN M. BUROKER<br>BRIAN A. ROSENTHAL |
| 4 | | ILISSA SAMPLIN<br>ANGELIQUE KAOUNIS |
| 5 | | BRIAN ANDREA<br>GIBSON, DUNN & CRUTCHER LLP |
| 6 | | MARK D. SELWYN |
| 7 | | JOSHUA H. LERNER<br>NORA Q.E. PASSAMANECK |
| 8 | | WILMER CUTLER PICKERING HALE<br>  AND DORR LLP |
| 9 | | KENNETH G. PARKER |
| 10 | | HAYNES AND BOONE, LLP |
| 12 | | By: */s/ Mark D. Selwyn*<br>       Mark D. Selwyn |
| 14 | | *Attorneys for Defendant Apple Inc.* |