1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER STRIKING INCORRECTLY FILED DOCUMENT [DKT. 713]**<br><br>Judge: Hon. James V. Selna |

1  Upon consideration of Defendant Apple Inc.'s Application To Strike Incorrectly Filed Document [Dkt. 713], and for good cause appearing:

IT IS HEREBY ORDERED THAT the clerk shall strike Dkt. 713, filed on behalf of Apple, Inc.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          The Hon. James V. Selna
                                          United States District Court Judge