1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>APPLE INC.,<br>a California corporation,<br><br>          Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER STRIKING INCORRECTLY FILED DOCUMENT [DKT. 713]**<br><br>Judge: Hon. James V. Selna |

1  Upon consideration of Defendant Apple Inc.'s Application To Strike Incorrectly
2  Filed Document [Dkt. 713], and for good cause appearing:
3  IT IS HEREBY ORDERED THAT the clerk shall strike Dkt. 713, filed on
4  behalf of Apple, Inc.

6  **IT IS SO ORDERED.**

8  Dated: May 20, 2022

_____
The Hon. James V. Selna
United States District Court Judge