Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**SUPPLEMENTAL DECLARATION OF BENJAMIN A. KATZENELLENBOGEN IN SUPPORT OF MOTION FOR LEAVE TO SUPPLEMENT THE FOURTH AMENDED COMPLAINT**<br><br>Hon. Judge James V. Selna<br><br>Date: June 6, 2022<br>Time: 1:30 p.m.<br>Ctrm: 10C |

1  Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Benjamin A. Katzenellenbogen, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Supplemental Declaration in Support of Masimo's Motion for Leave to Supplement the Fourth Amended Complaint (the "Motion").

2. Attached hereto as **Exhibit D** is Advanced Thermal Sciences Corporation's Memorandum in support of its Motion for Leave to File a Supplemental Complaint (Dkt. 100) in *Advanced Thermal Sciences Corp. v. Applied Materials, Inc.* SACV 07-1384 JVS (JWJx).

3. Attached hereto as **Exhibit E** is the Declaration of Benjamin A. Katzenellenbogen in support of Advanced Thermal Sciences Corporation's Motion for Leave to File a Supplemental Complaint (Dkt. 101) and attached exhibits 1-6 including the draft supplemental complaint (Dkt. 101-7) in *Advanced Thermal Sciences Corp. v. Applied Materials, Inc.* SACV 07-1384 JVS (JWJx).

4. Attached hereto as **Exhibit F** is the Court's Order granting ATS lease to supplement the complaint (Dkt. 114) in *Advanced Thermal Sciences Corp. v. Applied Materials, Inc.* SACV 07-1384 JVS (JWJx).

5. Attached hereto as **Exhibit G** is ATS's Supplemental Complaint for Fraud (Dkt. 116) in *Advanced Thermal Sciences Corp. v. Applied Materials, Inc.* SACV 07-1384 JVS (JWJx).

I declare under the penalty of perjury that the foregoing is true and correct. Executed on May 23, 2022, at Laguna Niguel, California.

                 */s/ Benjamin A. Katzenellenbogen*
                 Benjamin A. Katzenellenbogen

55630668