# EXHIBIT E

1  Joseph R. Re (State Bar No. 134,479)
   2jrr@kmob.com
2  Benjamin A. Katzenellenbogen (State Bar No. 208,527)
   2bak@kmob.com
3  Colin B. Heideman (State Bar No. 238,674)
   2cbh@kmob.com
4  Nicholas B. Janda (State Bar No. 253,610)
   2nbj@kmob.com
5  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
6  Irvine, CA 92614
   Telephone: (949) 760-0404
7  Facsimile: (949) 760-9502

8  [FOR A COMPLETE LISTING OF PLAINTIFF / COUNTER
   DEFENDANT'S COUNSEL REFER TO SIGNATURE PAGE]
9
   Attorneys for Plaintiff/Counterdefendant, ADVANCED
10 THERMAL SCIENCES CORPORATION

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                       SOUTHERN DIVISION

14

| | |
|---|---|
| ADVANCED THERMAL SCIENCES CORPORATION, a Delaware Corporation, | Civil Action No. SACV 07-1384 JVS (JWJx) |
| Plaintiff, | **DECLARATION OF BENJAMIN A. KATZENELLENBOGEN IN SUPPORT OF ADVANCED THERMAL SCIENCES CORPORATION'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT** |
| v. | |
| APPLIED MATERIALS, INC., a Delaware Corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | Date: October 6, 2008 Time: 1:30 p.m. Ctrm. 10C |
| | The Honorable James V. Selna |

I, Benjamin A. Katzenellenbogen, declare and state as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and I am licensed to practice law in the State of California. I am a member of the bar of this Court and counsel for Advanced Thermal Sciences Corporation in the above captioned action. I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of an e-mail I received from Ms. Jan Ellard, dated September 5, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of an e-mail I sent to Ms. Ellard, dated August 15, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of an e-mail I sent to Ms. Ellard, dated August 22, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of an e-mail I received from Ms. Ellard, dated August 26, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of an e-mail I received from Ms. Ellard, dated August 29, 2008.

7. Attached hereto as Exhibit 6 is a true and correct copy of ATS' [Proposed] Supplemental Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this September 15, 2008, at Irvine, California.

                                              s/Benjamin A. Katzenellenbogen
                                              Benjamin A. Katzenellenbogen

**From:** Ellard, Jan [jellard@orrick.com]
**Sent:** Friday, September 05, 2008 2:01 PM
**To:** Ben.Katzenellenbogen
**Subject:** RE: ATS

Ben,

Monday evening or tuesday morning for the draft amended counterclaim.

I will be in on Monday until 2 to look at a stip. Sunday may also work. If you could send the text in an email, I know I can read sunday and get back to you quickly.

Applied will not stipulate to allow ATS to add a fraud claim.

Thanks,
Jan

---

**From:** Ben.Katzenellenbogen [mailto:BKatzenellenbogen@kmob.com]
**Sent:** Friday, September 05, 2008 1:03 PM
**To:** Ellard, Jan
**Cc:** Ryan Patch; Lamb, Steven A.; Joe.Re; Colin.Heideman
**Subject:** RE: ATS

Jan,

When next week will you be in a position to file your motion/stipulation (and to get us a copy of the proposed second amended counterclaims)?

In the mean time, thank you for agreeing to extend the time for us to respond to the first amended counterclaims. We will prepare a stipulation/motion to formally extend the deadline for ATS to respond to AMI's first amended counterclaims by 10 days. This will give us a few more days to sort out the most efficient way to present the disputed issues to the Court. Will you be around on Monday to approve it, or should I send the draft to another member of your team?

Although I think a 10-day extension makes sense, I wanted to let you know that however we end up deciding to present the issues to the Court, we intend to file our motion to dismiss AMI's amended counterclaim for breach of a supply provision before the end of next week. So I do not anticipate needing the full 10 days.

In addition, we also plan on filing either a stipulation or a motion for leave to add the fraud claim next week. Please confirm whether AMI is going to oppose. If we do not hear from you by the close of business today, we will interpret that as a lack of consent and will present our request to the Court as an opposed motion.

Thanks,

Ben

---

**From:** Ellard, Jan [mailto:jellard@orrick.com]
**Sent:** Friday, September 05, 2008 3:01 PM
**To:** Ben.Katzenellenbogen
**Subject:** ATS

Ben: We will not be in a position to file a motion for leave to amend on Monday. can we stipulate to do so later in the week? I do not have client approval yet on the items you seek stricken from our amended counterclaim. Alternatively, we could stipulate that

**2**                                                                                                                    **EXHIBIT 1**

ATS can file its motion to dismiss/strike/response to our counterclaim to the end of next week or the following.  Whatever works best for you. Just let me know.

I am in meetings most of the day so email works best.

Thanks,
Jan


JAN E. ELLARD

ORRICK HERRINGTON & SUTCLIFFE, LLP
SILICON VALLEY
1000 MARSH ROAD
MENLO PARK, CA 94025

650-614-7489

650-614-7401

email jellard@orrick.com

www.orrick.com

| | |
|---|---|
| From: | Ben.Katzenellenbogen |
| Sent: | Friday, August 15, 2008 4:05 PM |
| To: | Ellard, Jan |
| Cc: | Lincoln, Sean; Venkatesan, Siddhartha; Ryan Patch; slamb@ssd.com; Joe.Re; Colin.Heideman |
| Subject: | ATS v. AMI |

Jan,

I write regarding two issues.

First, we received AMI's Supplemental Responses to ATS' Interrogatories Nos. 1-5 and 8 on Tuesday, and have now had an opportunity to review and analyze them. AMI's Supplemental Responses regarding the subject matter that AMI contends was Jointly Developed IP, and to which AMI contends it made an inventive or creative contribution, indicate that AMI may have committed fraud in connection with inducing ATS to enter into the TDSF Statement of Work. Please let us know if AMI will oppose ATS' request for leave to amend its Complaint to allege this claim.

In light of the upcoming deadline for seeking leave to amend under Rule 15(a), if AMI intends to oppose this request, please let us know if you are available on Monday, July 18th at 10 a.m. to meet and confer about this issue. (We are not seeking to meet and confer about the sufficiency of AMI's Supplemental Responses. We will address that issue at a later date.)

Second, we would appreciate a one-week extension of time to respond to AMI's First Set of Interrogatories. Please let us know at your earliest convenience if AMI is willing to grant such an extension.

Thanks,

Ben

**Ben Katzenellenbogen**
Partner

**Knobbe Martens**

2040 Main Street, 14th Floor
Irvine, CA
949-760-0404 **Main**
949-760-9502 **Fax**
Email: bkatzenellenbogen@kmob.com
Website: www.kmob.com
Knobbe Martens Olson & Bear LLP

| | |
|---|---|
| **From:** | Ben.Katzenellenbogen |
| **Sent:** | Friday, August 22, 2008 4:13 PM |
| **To:** | Ellard, Jan |
| **Cc:** | Venkatesan, Siddhartha; Ryan Patch; Lamb, Steven A.; Joe.Re; Colin.Heideman |
| **Subject:** | RE: ATS |
| **Attachments:** | Draft ATS Fraud Allegation.pdf |

Jan,

Pursuant to your earlier request, please find attached a draft of ATS' proposed claim for fraud. Please let us know if AMI will consent to ATS adding such a claim either by amendment or supplementation. If you have any questions or concerns, we suggest discussing the issue on Tuesday as part of our meet and confer about other issues.

Thanks,

Ben

**Ben Katzenellenbogen**
Partner

**Knobbe Martens**

2040 Main Street, 14th Floor
Irvine, CA
949-760-0404 **Main**
949-760-9502 **Fax**
Email: bkatzenellenbogen@kmob.com
Website: www.kmob.com
Knobbe Martens Olson & Bear LLP

---

**From:** Ellard, Jan [mailto:jellard@orrick.com]
**Sent:** Monday, August 18, 2008 2:11 PM
**To:** Ben.Katzenellenbogen
**Subject:** ATS

Ben:

Regarding your extension request for rog responses, you can have until Friday as long as you serve by email by 5pm.

Regarding your request regarding amending the complaint, we can't evaluate your request in a vacuum. Please send us a draft counterclaim and we'll consider your request to stipulate to amend to the complaint.

Thanks,
Jan


JAN E. ELLARD

ORRICK HERRINGTON & SUTCLIFFE, LLP
SILICON VALLEY
1000 MARSH ROAD
MENLO PARK, CA 94025

| | |
|---|---|
| From: | Ellard, Jan [jellard@orrick.com] |
| Sent: | Tuesday, August 26, 2008 1:26 PM |
| To: | Ben.Katzenellenbogen |
| Cc: | Venkatesan, Siddhartha |
| Subject: | RE: meet and confer |

Ben:

We understood the meet and confer to concern the motion to dismiss. We are evaluating the merits of your fraud claim and need to confer with our client. Same is true for the 30b6. Let's set a separate time for the latter two issues. Friday works for me. Any earlier is not very workable.

Thanks,
Jan

---

**From:** Ben.Katzenellenbogen [mailto:BKatzenellenbogen@kmob.com]
**Sent:** Tuesday, August 26, 2008 12:17 PM
**To:** Ellard, Jan
**Cc:** Venkatesan, Siddhartha; Ryan Patch; Lamb, Steven A.; Joe.Re; Colin.Heideman
**Subject:** RE: meet and confer

Jan,

If tomorrow morning is better for you, we'll do tomorrow morning. How does 10 a.m. sound?

My understanding is that we are going to address: (1) ATS' proposed Motion to Dismiss/Strike; (2) ATS' proposed claim for fraud; and (3) AMI's objections to ATS' 30(b)(6) notice. Please let me know if you will not be prepared to discuss any of those issues.

Thanks,

Ben

**Ben Katzenellenbogen**
Partner

**Knobbe Martens**

2040 Main Street, 14th Floor
Irvine, CA
949-760-0404 **Main**
949-760-9502 **Fax**
Email: bkatzenellenbogen@kmob.com
Website: www.kmob.com
Knobbe Martens Olson & Bear LLP

---

**From:** Ellard, Jan [mailto:jellard@orrick.com]
**Sent:** Tuesday, August 26, 2008 11:20 AM
**To:** Ben.Katzenellenbogen
**Cc:** Venkatesan, Siddhartha
**Subject:** meet and confer

Ben: i am in expert meetings all day. I can meet and confer at 5:30 or tomorrow morning. Would prefer tomorrow. Please let me know. thanks

JAN E. ELLARD

ORRICK HERRINGTON & SUTCLIFFE, LLP
SILICON VALLEY
1000 MARSH ROAD
MENLO PARK, CA 94025
650-614-7489
650-614-7401
email jellard@orrick.com
www.orrick.com

**From:** Ellard, Jan [jellard@orrick.com]
**Sent:** Friday, August 29, 2008 2:45 PM
**To:** Ben.Katzenellenbogen; Lamb, Steven A.
**Cc:** Venkatesan, Siddhartha; Ryan Patch; Joe.Re; Colin.Heideman
**Subject:** RE: 30b(6) notice

Ben:

10:30 is fine. We will not oppose any motion for leave to file a fraud claim on the grounds of delay in actually filing the motion for leave. I need the time to prepare for the meet and confer.

I will send you an email about your second paragraph (amended counterclaim). I think we'll need to file a stip.

We will send the signed mediation statement and pdf to you or you have permission to sign for me.

Thanks,
jan

---

**From:** Ben.Katzenellenbogen [mailto:BKatzenellenbogen@kmob.com]
**Sent:** Friday, August 29, 2008 2:19 PM
**To:** Ellard, Jan; Lamb, Steven A.
**Cc:** Venkatesan, Siddhartha; Ryan Patch; Joe.Re; Colin.Heideman
**Subject:** RE: 30b(6) notice

Jan,

As long as AMI agrees that it will not assert that ATS delayed filing any motion for leave to add the fraud claim, we can agree to postpone our meet and confer about the fraud claim to Tuesday morning as well, although 10:30 am would work better for me as I have another call at 9 am. I have a flight to the east coast early Tuesday afternoon, so it will be important that the meet and confer take place Tuesday morning. I have no preference as to which conference call number we use. In addition, we do not believe that we need to identify any additional information in order to allege our fraud claim.

Following up on our previous meet and confer, can you please send us an email or give me a call to identify what amendments AMI is proposing to make and when AMI anticipates filing the amended counterclaims? I ask because we discussed at least three different categories of potential amendments AMI was considering: addressing the use of the term Agreement in paragraphs 36-38; removing the "or other activities" language in paragraphs 14, 35 and 43; and removing the references to future patent applications in paragraph 45 and the Prayer. It was not clear to me from your earlier email which of these amendments AMI was proposing. Also, is AMI taking the position that it can file its amended counterclaim as of right, or are you planning on filing a motion to request leave to file the amended counterclaims? If you would like to file a joint or unopposed motion, please let us know when you will send us the draft motion and proposed second amended counterclaims.

Finally, attached please find a draft of the Joint Report regarding the Mediation. Please let us know if you have any comments or suggestions. If it is acceptable, please send us a signed signature page via PDF.

Thanks,

Ben


**Ben Katzenellenbogen**
Partner
**Knobbe Martens**
2040 Main Street, 14th Floor
Irvine, CA
949-760-0404 **Main**

Case 8:20-cv-00048-JVS-JDE   Document 734-2   Filed 05/23/22   Page 11 of 19   Page ID
#:51332
Case 8:07-cv-01384-JVS-JWJ   Document 101-6   Filed 09/15/2008   Page 2 of 3

949-760-9502 **Fax**
Email: bkatzenellenbogen@kmob.com
Website: www.kmob.com
Knobbe Martens Olson & Bear LLP

---

**From:** Ellard, Jan [mailto:jellard@orrick.com]
**Sent:** Friday, August 29, 2008 1:54 PM
**To:** Lamb, Steven A.
**Cc:** Venkatesan, Siddhartha; Ben.Katzenellenbogen
**Subject:** RE: 30b(6) notice

Thank you. Yes, all is stable. But it has not been a fun week.

Fraud claim is fine to discuss as well. I would like for ATS to identify any documents in either party's production that it thinks supports its claim. I think all you have identified is Applied's rog responses.

thanks and have a good weekend.
Jan

---

**From:** Lamb, Steven A. [mailto:SLamb@ssd.com]
**Sent:** Friday, August 29, 2008 1:41 PM
**To:** Ellard, Jan
**Cc:** Venkatesan, Siddhartha; Ben.Katzenellenbogen
**Subject:** RE: 30b(6) notice

10 am Tuesday it is. I understand you had a medical emergency with a friend and hope all is better now. Can we do the other meet and confer immediately thereafter re the fraud issue? Ben, do you want to use your call in number or mine?
lamb


Steven A. Lamb
Squire, Sanders & Dempsey L.L.P.
555 South Flower Street, 31st Floor
Los Angeles, California 90071-2300
Telephone   +1.213.624.2500
Facsimile    +1.213.623.4581
Toll Free     +1.800.689.6547
slamb@ssd.com
www.ssd.com

Beijing  Bratislava  Brussels  Budapest  Caracas  Cincinnati  Cleveland  Columbus  Frankfurt  Hong Kong  Houston  London  Los Angeles  Miami  Moscow  New York  Palo Alto  Phoenix  Prague  Rio de Janeiro  San Francisco  Santo Domingo  Shanghai  Tallahassee  Tampa  Tokyo  Tysons Corner  Warsaw  Washington DC  West Palm Beach

Associated Offices:  Bucharest  Buenos Aires  Dublin  Kyiv  Milan  Santiago

NOTICE: This email message and all attachments transmitted with it are intended solely for the use of the addressees and may contain legally privileged, protected or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

**From:** Ellard, Jan [mailto:jellard@orrick.com]
**Sent:** Friday, August 29, 2008 1:38 PM
**To:** Lamb, Steven A.
**Cc:** Venkatesan, Siddhartha
**Subject:** 30b(6) notice

Steve:  My apologies for not getting back to you yesterday.  Are you available to meet and confer on Tuesday morning at 10?  or is there another time that is better?
Thanks and have a nice weekend.
Jan

Joseph R. Re (State Bar No. 134,479)
2jrr@kmob.com
Benjamin A. Katzenellenbogen (State Bar No. 208,527)
2bak@kmob.com
Colin B. Heideman (State Bar No. 238,674)
2cbh@kmob.com
Nicholas B. Janda (State Bar No. 253,610)
2nbj@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

[FOR A COMPLETE LISTING OF PLAINTIFF / COUNTER DEFENDANT'S COUNSEL REFER TO SIGNATURE PAGE]

Attorneys for Plaintiff/Counterdefendant, ADVANCED THERMAL SCIENCES CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ADVANCED THERMAL SCIENCES CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED MATERIALS, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV 07-1384 JVS (JWJx)<br><br>**ADVANCED THERMAL SCIENCES CORPORATION'S [PROPOSED] SUPPLEMENTAL COMPLAINT**<br><br>Date: October 6, 2008<br>Time: 1:30 p.m.<br>Ctrm. 10C<br><br>The Honorable James V. Selna |

Plaintiff ADVANCED THERMAL SCIENCES CORPORATION ("ATS") brings this Supplemental Complaint against Defendant APPLIED MATERIALS, INC. ("AMI"), and alleges as follows:

## I. SIXTH CLAIM FOR RELIEF

### (Fraud)

60. ATS repeats, realleges, and incorporates by reference the allegations set forth in paragraphs 1 through 59 of ATS' Complaint, as though fully set forth herein.

61. AMI falsely represented to ATS that AMI would not contest ATS' exclusive inventorship or ownership of ATS' TDSF technology. Specifically, in Recital B of the Agreement, AMI falsely represented to ATS that AMI understood and agreed that, "[*ATS*] is a manufacturer of, among other things, Components and *is the owner of proprietary Component technology*." (Emphases added.)

62. In Section 2.0 of the TDSF SOW, AMI falsely represented to ATS that AMI understood and agreed that the TDSF SOW was intended to drive the development, design, test, and qualification of, "[*ATS'*] *patented technology for TDSF*." (Emphasis added.)

63. In Section 7.4 of the TDSF SOW, AMI falsely represented to ATS that AMI understood and agreed that the TDSF technology was, "[*ATS'*] *TDSF technology*, . . . ." (Emphasis added.)

64. In Section 11.3 of the TSDF SOW, AMI falsely represented to ATS that AMI understood and agreed that, upon AMI's failure to pursue further projects involving ATS' TDSF technology, "[*ATS*] *may market* [*ATS'*] *patented TDSF technology to third parties*." (Emphasis added.)

65. In Section 10.1 of the TDSF SOW, AMI falsely represented to ATS that AMI understood and agreed that, "[*ATS'*] *pre-existing IP includes but is not limited to* technologies for: pumping, temperature control valve design and

application, single and multiple channel temperature control system designs, temperature sensor design and manufacturing, heat exchanger design and manufacturing, *techniques for saturated fluid transfer temperature control*, and temperature control logic and software." (Emphases added.)

66. AMI's representations to ATS individually and collectively indicated to ATS that AMI understood and agreed that the subject matter disclosed and claimed in the '353 Patent was ATS' "Pre-Existing IP" under the Agreement and that AMI would not dispute ATS' exclusive inventorship and ownership of the '353 Patent.

67. AMI's representations to ATS individually and collectively further indicated to ATS that AMI understood and agreed that AMI would not dispute ownership of the technology disclosed and claimed in the '353 Patent, and that regardless of any alleged AMI contributions to other aspects of ATS' TDSF technology, ATS would always be free to exploit, use and license to others all aspects of the TDSF technology that ATS developed or invented before executing the TDSF Statement of Work and all aspects of the TDSF technology that ATS developed or invented independently of AMI.

68. AMI knew these representations were false, as particularly revealed by AMI's First Supplemental Responses to ATS' First Set of Interrogatories, served on August 12, 2008, and AMI's Amended Counterclaims, served on August 18, 2008.

69. AMI made the false representations with the intent of inducing ATS to enter into the TDSF SOW.

70. AMI made the false representations with the intent of inducing ATS to enter into Amendment Number 2 to extend the expiration of the Agreement from May 14, 2004, to May 14, 2005.

71. AMI made the false representations with the intent of inducing ATS to provide AMI with access to and disclosure of ATS' TDSF technology.

72. AMI made the false representations with the intent of inducing ATS to expend considerable financial and technological resources to develop customized versions of ATS' TDSF technology for AMI.

73. AMI made the false representations with the intent of inducing ATS to forgo exploring other aspects and applications of ATS' TDSF technology.

74. AMI made the false representations with the intent of inducing ATS to forgo entering into development agreements with third parties regarding ATS' TDSF technology.

75. ATS reasonably relied upon AMI's false representations to its detriment. ATS would not have entered into the TDSF SOW, extended the expiration of the Agreement from May 14, 2004, to May 14, 2005, provided AMI with access to and disclosure of ATS' TDSF technology, expended considerable financial and technological resources to develop customized versions of ATS' TDSF technology for AMI, forgone exploring other aspects and applications of ATS' TDSF technology, or forgone entering into development agreements with third parties regarding ATS' TDSF technology but for AMI's false representations.

76. AMI's false representations, and ATS' reasonable reliance on those false representations, have damaged ATS. ATS' damages include, but are not limited to: the time, resources and attorneys' fees ATS has and continues to expend protecting its rights through this litigation; the considerable financial and technological resources ATS expended to develop customized versions of ATS' TDSF technology for AMI; and ATS' inability to exploit, use or license to others its intellectual property rights in the TDSF technology.

77. AMI's false representations, and ATS' reasonable reliance on those false representations, have also unjustly enriched AMI. AMI has been unjustly enriched by, among other benefits, gaining access to ATS' TDSF technology,

which provided AMI with an opportunity to assert the existence of Jointly Developed IP and enabled AMI to file the blocking AMI Patent Applications, and preventing AMI's competitors from having access to ATS' TDSF technology.

## II.  SUPPLEMENTAL PRAYER FOR RELIEF

WHEREFORE, Plaintiff ATS prays for judgment in its favor against Defendant AMI for the following supplemental relief:

P.  A judgment that AMI defrauded ATS under the common law;

Q.  An order that AMI's actions were willful, intentional, and/or malicious and awarding ATS punitive damages;

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 15, 2008  By: s/Benjamin A. Katzenellenbogen
Joseph R. Re
Benjamin A. Katzenellenbogen
Colin B. Heideman
Nicholas B. Janda

JACKSON DEMARCO TIDUS PECKENPAUGH

Ryan M. Patch (State Bar No. 128,042)
rpatch@jdtplaw.com
2030 Main Street, 12th Floor
Irvine, CA 92614
Telephone:  (949) 752-8585
Facsimile:  (949) 752-0597

SQUIRE, SANDERS & DEMPSEY L.L.P.

Steven A. Lamb (State Bar No. 132,534)
slamb@ssd.com
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone:  (213) 624-4500
Facsimile:  (213) 623-4581

Attorneys for Plaintiff / Counterdefendant
ADVANCED THERMAL SCIENCES CORPORATION

## DEMAND FOR JURY TRIAL

ATS hereby demands a trial by jury as to all issues triable by a jury in the above-captioned action.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 15, 2008  By: s/Benjamin A. Katzenellenbogen
    Joseph R. Re
    Benjamin A. Katzenellenbogen
    Colin B. Heideman
    Nicholas B. Janda

JACKSON DEMARCO TIDUS PECKENPAUGH

    Ryan M. Patch (State Bar No. 128,042)
    rpatch@jdtplaw.com
    2030 Main Street, 12th Floor
    Irvine, CA 92614
    Telephone: (949) 752-8585
    Facsimile: (949) 752-0597

SQUIRE, SANDERS & DEMPSEY L.L.P.

    Steven A. Lamb (State Bar No. 132,534)
    slamb@ssd.com
    555 South Flower Street, 31st Floor
    Los Angeles, CA 90071
    Telephone: (213) 624-4500
    Facsimile: (213) 623-4581

Attorneys for Plaintiff / Counterdefendant
ADVANCED THERMAL SCIENCES
CORPORATION

5908421
091508

# CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, 14th Floor, Irvine, California 92614.

On September 15, 2008, I served the within **DECLARATION OF BENJAMIN A. KATZENELLENBOGEN IN SUPPORT OF ADVANCED THERMAL SCIENCES CORPORATION'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

**VIA HAND DELIVERY TO**:

> Sean A. Lincoln
> Michael R. Heafey
> Jan Ellard
> Siddhartha M. Venkatesan
> ORRICK, HERRINGTON & SUTCLIFFE, LLP
> 1000 Marsh Road,
> Menlo Park, CA  94024

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 15, 2008, at Irvine, California.

s/Margaret H. Greenwalt
Margaret H. Greenwalt

5903228
091508

- 17 -