# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

Case No. 8:20-cv-00048-JVS-JDE

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CONFIRMATION THAT PATENT STAY HAS ENDED**

Having considered Plaintiffs' Motion For Confirmation That Patent Stay Has Ended, all the papers filed in support, in opposition, and in reply thereof, the evidence of record cited therein, and any oral argument by counsel, and for good cause found, the Court **GRANTS** the Motion as follows:

The stay (Dkt. 220) has ended for the Eleventh Cause of Action (Infringement of U.S. Patent No. 8,457,703) and Twelfth Cause of Action (Infringement of U.S. Patent No. 10,433,776). Both causes of action will proceed to trial on the current schedule.

**IT IS SO ORDERED.**

Dated:_____

_____
The Honorable James V. Selna
United States District Judge

54829582