Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF MOTION FOR CONFIRMATION THAT PATENT STAY HAS ENDED** |

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

I, Adam B. Powell, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and Counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this Declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in support of Masimo's Motion for Confirmation That Patent Stay Has Ended.

2. On May 12, 2022, I met and conferred with Brian Rosenthal, Nora Passamaneck, Ken Parker, and David Brzozowski (all counsel for Apple in this case) regarding the relief sought in this Motion. The parties thoroughly discussed their dispute, but were unable to reach an agreement.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpted claims from U.S. Patent No. 8,457,703.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpted claims from U.S. Patent No. 10,433,776.

5. Attached hereto as **Exhibit 3 [Filed Under Seal]** is a true and correct copy of Masimo's Supplemental Responses to Apple's Interrogatory Nos. 6 and 26.

6. Attached hereto as **Exhibit 4 [Filed Under Seal]** is a true and correct copy of excerpts from Masimo's Requests for Production. Apple agreed to produce or was ordered to produce documents responsive to RFP Nos. 63, 149, 153, 325, 328, 339, and 342.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from Apple's Requests for Production. Masimo agreed to produce documents responsive to RFP Nos. 104-109, 122-127, 145, and 279-282.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the transcript of the July 10, 2020, hearing before Judge Selna in this case.

9. As of the date of this declaration, Apple produced about 2.4 million pages of documents and Masimo produced over 3 million pages of documents in this case.

10. I am familiar with the *Inter Partes* Review ("IPR") proceedings before the Patent Trial and Appeal Board ("PTAB") regarding the asserted patents in this case. Those IPR proceedings are complete. For two patent families, the PTAB found all but one claim unpatentable. The third "low power" patent family includes U.S. Patent Nos. 8,457,703 and 10,433,776. The PTAB confirmed the patentability of all claims for the '703 and '776 Patents.

11. I am also counsel for Masimo in *In re Certain Light-Based Physiological Measurement Devices and Components Thereof* ITC Inv. No. 337-TA-1276 (the "ITC Investigation"). The ITC Investigation was instituted on August 13, 2021, and is scheduled for a final hearing beginning on June 6, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 23, 2022, at Encinitas, California.

                                        */s/ Adam B. Powell*
                                        Adam B. Powell