1
2
3
4
5
6
7
8
9
10
11
12

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' MOTION FOR CONFIRMATION THAT PATENT STAY HAS ENDED** |

1   Having considered Plaintiffs' Application for Leave to File Under Seal
2   Documents Regarding Plaintiffs' Motion for Confirmation That Patent Stay Has
3   Ended, and finding good cause therefor, the Application is GRANTED.
4   **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
5   Cercacor Laboratories, Inc. may file under seal the redacted portion of
6   Masimo's Memorandum in Support of Motion for Confirmation That Patent
7   Stay Has Ended and Exhibits 3-4 to the Declaration of Adam B. Powell.

DATED: _____       _____

The Honorable James V. Selna
United States District Judge

-1-