# EXHIBIT 3

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 4

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL