IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' MOTION FOR CONFIRMATION THAT PATENT STAY HAS ENDED** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Motion for Confirmation That Patent Stay Has Ended, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the redacted portion of Masimo's Memorandum in Support of Motion for Confirmation That Patent Stay Has Ended and Exhibits 3-4 to the Declaration of Adam B. Powell.

DATED: 5/24/22

_____
The Honorable James V. Selna
United States District Judge

-1-