JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OBJECTIONS TO SPECIAL MASTER ORDER NO. 9** <br><br> Date: July 11, 2022 <br> Time: 1:30 p.m. <br><br> Discovery Cut-Off: 8/12/2022 <br> Pre-Trial Conference: 3/13/2023 <br> Trial: 3/28/2023 |

| | |
|---|---|
| 1 | BRIAN A. ROSENTHAL, *pro hac vice* |
| 2 | brosenthal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 3 | 200 Park Avenue<br>New York, NY 10166-0193 |
| 4 | Tel.: 212.351.2339 / Fax: 212.817.9539 |
| 5 | ILISSA SAMPLIN, SBN 314018<br>isamplin@gibsondunn.com |
| 6 | GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue |
| 7 | Los Angeles, CA 90071-3197<br>Tel.: 213.229.7000 / Fax: 213.229.7520 |
| 8 | ANGELIQUE KAOUNIS, SBN 209833 |
| 9 | akaounis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 10 | 2029 Century Park East Suite 4000<br>Los Angeles, CA 90067 |
| 11 | Tel.: 310.552.8546 / Fax: 310.552.7026 |
| 12 | MARK D. SELWYN, SBN 244180<br>mark.selwyn@wilmerhale.com |
| 13 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 14 | 2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 |
| 15 | Tel.: 650.858.6000 / Fax: 650.858.6100 |
| 16 | NORA Q.E. PASSAMANECK, *pro hac vice*<br>nora.passamaneck@wilmerhale.com |
| 17 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 18 | 1225 Seventeenth St., Suite 2600<br>Denver, CO 80202 |
| 19 | Tel: 720.274.3152 / Fax: 720.273.3133 |
| 20 | KENNETH G. PARKER, SBN 182911<br>ken.parker@haynesboone.com |
| 21 | HAYNES AND BOONE, LLP<br>600 Anton Blvd., Suite 700 |
| 22 | Costa Mesa, CA 92626<br>Tel: 949.202.3014 / Fax: 949.202.3152 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1   Pursuant to Local Rule 79-5.2.2, Apple requests that the Court grant leave to file
2   under seal Apple's Objections to Special Master Order No. 9 ("Objections"), the
3   [Proposed] Order Sustaining Apple's Objections To Special Master Order No. 9
4   ("Proposed Order") and Exhibits 2-4, 7, 10, 13, 14, 17, 19-21, 23, 25, 26, 29-31, 33,
5   34, and 37-45.  As detailed in the accompanying Declaration of Mark D. Selwyn,
6   Exhibits 13, 29, 37, and 38 contain Apple's confidential information; Plaintiffs have
7   indicated that Exhibits 2-4, 7, 10, 13, 14, 17, 19-21, 23, 25, 26, 30, 31, 33, 34, and 39-
8   45 contain their confidential information; and the redacted portions of Apple's
9   Objections and the Proposed Order quote, reference, or summarize those documents.

10   Accordingly, Apple respectfully requests an order granting leave to file its
11   Objections, the Proposed Order, and Exhibits 2-4, 7, 10, 13, 14, 17, 19-21, 23, 25, 26,
12   29-31, 33, 34, and 37-45 under seal.

14   Dated: May 25, 2022        Respectfully submitted,

15                               H. MARK LYON
                                 BRIAN M. BUROKER
16                               BRIAN A. ROSENTHAL
                                 ILISSA SAMPLIN
17                               ANGELIQUE KAOUNIS
                                 BRIAN ANDREA
18                               GIBSON, DUNN & CRUTCHER LLP

19                               MARK D. SELWYN
                                 JOSHUA H. LERNER
20                               NORA Q.E. PASSAMANECK
                                 WILMER CUTLER PICKERING HALE
21                                AND DORR LLP

22                               KENNETH G. PARKER
                                 HAYNES AND BOONE, LLP

25                        By:  /s/ Mark D. Selwyn
                                 Mark D. Selwyn

                                 *Attorneys for Defendant Apple Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OBJECTIONS TO SPECIAL MASTER ORDER NO. 9     1     CASE NO. 8:20-cv-00048-JVS (JDEx)