# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **[PROPOSED] ORDER SUSTAINING APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 9** <br><br> Date: July 11, 2022 <br> Time: 1:30 p.m. <br><br> Discovery Cut-Off: August 12, 2022 <br> Pre-Trial Conference: March 13, 2023 <br> Trial: March 28, 2023 |

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

This matter is before the Court pursuant to Defendant Apple Inc.'s Objections to Special Master Order No. 9, which denied Apple's motion to compel the production of documents responsive to Apple's Requests for Production ("RFP") Nos. 346, 350, 358, 360, 361, 364, 366, 369, 371, and 373-375:

- Apple's RFP Nos. 346 and 350 seek documents and communications sufficient to show ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ██████████████████████ ; and

- RFP Nos. 358, 360, 361, 364, 366, 369, and 371 seek documents concerning ████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████

Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's objections to the Special Master's Order No. 9 are SUSTAINED and the portion of Special Master Order No. 9 denying Apple's motion to compel production of documents responsive to Apple RFP Nos. 346, 350, 358, 360, 361, 364, 366, 369, 371, and 373-375 is REVERSED. Plaintiffs are ordered to produce documents responsive to these RFPs within 14 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____  _____
The Hon. James V. Selna
United States District Court Judge