JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 9**<br><br>Date: July 11, 2022<br>Time: 1:30 p.m.<br><br>Discovery Cut-Off: August 12, 2022<br>Pre-Trial Conference: March 3, 2023<br>Trial: March 28, 2023 |

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel: 720.274.3152 / Fax: 720.273.3133

KENNETH G. PARKER, SBN 182911
  ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Tel: 949.202.3014 / Fax: 949.202.3152

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 9
Case No. 8:20-cv-00048-JVS (JDEX)

I, Nora Passamaneck, declare and state as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3. I make this Declaration in support of Apple's Opposition To Plaintiffs' Motion For Leave To Supplement The Fourth Amended Complaint ("Opposition").

4. Attached hereto as **Exhibit 1** is a true and correct copy of a snapshot at 1:10 into Plaintiff Masimo's YouTube video, "Masimo talks to Arab Health TV," (https://www.youtube.com/watch?v=5KvcsFkxBvE), dated January 24, 2022.

5. Attached hereto as **Exhibit 2 (filed under seal)** is a true and correct copy of Defendant Apple Inc.'s Fifteenth Set Of Requests For Production Of Documents And Things To Plaintiffs Masimo Corporation And Cercacor Laboratories, Inc. (Nos. 346-357), served on December 9, 2021.

6. Attached hereto as **Exhibit 3 (filed under seal)** is a true and correct copy of Plaintiffs' Responses To Apple Inc.'s Fifteenth Set Of Requests For Production Of Documents And Things (Nos. 346-357), served on January 10, 2022.

7. Attached hereto as **Exhibit 4 (filed under seal)** is a true and correct copy of a letter dated January 12, 2022, from Brian Andrea, counsel for Apple, to Mark Kachner, counsel for Plaintiffs, regarding Plaintiffs' responses to Apple's Fifteenth Set Of Requests For Production.

8. Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt of Plaintiffs Masimo Corporation and Cercacor Laboratories Inc.'s Seventh Set Of

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 9                                      1                      Case No. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler Pickering Hale and Dorr LLP

Requests For Production Of Documents To Defendant Apple Inc. (Nos. 257-280), served on April 28, 2021.

9. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of Plaintiffs Masimo Corporation and Cercacor Laboratories Inc.'s Ninth Set Of Requests For Production Of Documents To Defendant Apple Inc. (Nos. 318-524) (Corrected), served on May 25, 2021.

10. Attached hereto as **Exhibit 7 (filed under seal)** is a true and correct copy of a letter dated January 21, 2022, from Brian Andrea, counsel for Apple, to Mark Kachner, counsel for Plaintiffs, regarding Plaintiffs' responses to Apple's Fifteenth Set Of Requests For Production.

11. Attached hereto as **Exhibit 8** is a true and correct copy of a letter dated January 14, 2022, from Mark Kachner, counsel for Plaintiffs, to Brian Andrea, counsel for Apple, regarding Plaintiffs' responses to Apple's Fifteenth Set Of Requests For Production.

12. Attached hereto as **Exhibit 9** is a true and correct copy of a letter dated January 25, 2022, from Mark Kachner, counsel for Plaintiffs, to Brian K. Andrea, counsel for Apple, regarding Plaintiffs' responses to Apple's Fifteenth Set Of Requests For Production.

13. Attached hereto as **Exhibit 10 (filed under seal)** is a true and correct copy of a letter dated February 23, 2022, from Nora Passamaneck, counsel for Apple, to Mark Kachner, counsel for Plaintiffs, regarding Plaintiffs' refusal to produce documents in response to Apple's Request For Production Nos. 347-354.

14. Attached hereto as **Exhibit 11** is a true and correct copy of an email chain, dated from to February 23, 2022 to February 25, 2022 between Mark Kachner, counsel for Plaintiffs, and Nora Passamaneck, counsel for Apple,

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 9    2    Case No. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler Pickering Hale and Dorr LLP

regarding Apple's proposal with respect to its Request For Production Nos. 347-354.

15. Attached hereto as **Exhibit 12** is a true and correct copy of an excerpt of Order No. 3 Of Special Master On Two Discovery Motions, dated January 13, 2022.

16. Attached hereto as **Exhibit 13 (filed under seal)** is a true and correct copy of Plaintiffs' Motion To Compel, dated August 31, 2021, regarding Plaintiffs' Request For Production Nos. 265-273 and 452-465.

17. Attached hereto as **Exhibit 14 (filed under seal)** is a true and correct copy of an excerpt of Plaintiffs Masimo Corporation and Cercacor Laboratories Inc.'s Second Supplemental Response To Apple's First Set Of Interrogatories (No. 17), served on April 27, 2021.

18. Attached hereto as **Exhibit 15** is a true and correct copy of a document comparing the similarities between Apple's and Plaintiffs' Requests For Production and submitted in connection with Apple's Motion To Compel, regarding its Request for Production Nos. 346-354.

19. Attached hereto as **Exhibit 16** is a true and correct copy of an excerpt of Plaintiffs Masimo Corporation and Cercacor Laboratories Inc.'s Sixth Set Of Requests For Production Of Documents To Defendants Apple Inc. (Nos. 249-256), served on March 3, 2021.

20. Attached hereto as **Exhibit 17 (filed under seal)** is a true and correct copy of an excerpt of Order No. 2 Of Special Master On Two Discovery Motions, dated December 9, 2021.

21. Attached hereto as **Exhibit 18** is a true and correct copy of a letter dated August 27, 2021, from Adam Powell, counsel for Plaintiffs, to Brian Andrea, counsel for Apple, regarding Plaintiffs' Requests For Production.

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 9    3    Case No. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler Pickering Hale and Dorr LLP

22. Attached hereto as **Exhibit 19 (filed under seal)** is a true and correct copy of Plaintiffs Masimo Corporation and Cercacor Laboratories Inc.'s Third Supplemental Response To Apple's First Set Of Interrogatories No. 17, served on March 7, 2022.

23. Attached hereto as **Exhibit 20 (filed under seal)** is a true and correct copy of an excerpt of Plaintiffs' Supplemental Responses To Apple's Interrogatory Nos. 4-6, 26, and 29, served on February 10, 2022.

24. Attached hereto as **Exhibit 21 (filed under seal)** is a true and correct copy of an email chain, dated from February 8, 2022 to February 17, 2022, between Mark Kachner, counsel for Plaintiffs, and David Brzozowski, counsel for Apple, regarding Apple's Requests For Production pertaining to Masimo's W1 watch product.

25. Attached hereto as **Exhibit 22** is a true and correct copy of an excerpt of the transcript of the May 20, 2021 hearing before Magistrate Judge John D. Early regarding Motion To Compel [Dkt Nos. 351, 357].

26. Attached hereto as **Exhibit 23 (filed under seal)** is a true and correct copy of Apple's March 1, 2022 Motion To Compel regarding its Request for Production Nos. 346-354.

27. Attached hereto as **Exhibit 24** is a true and correct copy of Plaintiffs' March 8, 2022 Opposition To Apple's Motion To Compel regarding its Request for Production Nos. 346-354.

28. Attached hereto as **Exhibit 25 (filed under seal)** is a true and correct copy of Apple's March 15, 2022 Reply In Support Of Its Motion To Compel regarding its Request for Production Nos. 346-354.

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 9 — 4 — Case No. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler Pickering Hale and Dorr LLP

29. Attached hereto as **Exhibit 26 (filed under seal)** is a true and correct copy of Plaintiffs' Responses To Apple Inc.'s Sixteenth Set Of Requests For Production Of Documents And Things (Nos. 358-400), served on March 7, 2022.

30. Attached hereto as **Exhibit 27** is a true and correct copy of the transcript of the November 18, 2021 hearing before Magistrate Judge John D. Early regarding Plaintiffs' Motion To Modify The Protective Order.

31. Attached hereto as **Exhibit 28** is a true and correct copy of a letter dated January 13, 2022, from Adam Powell, counsel for Plaintiffs, to Nora Passamaneck, counsel for Apple, regarding the Protective Order.

32. Attached hereto as **Exhibit 29 (filed under seal)** is a true and correct copy of Defendant Apple Inc.'s Opposition To Plaintiffs' Motion To Modify The Protective Order (Dkt. 67), dated January 27, 2021.

33. Attached hereto as **Exhibit 30 (filed under seal)** is a true and correct copy of Defendant Apple Inc.'s Sixteenth Set Of Requests For Production Of Documents And Things To Plaintiffs Masimo Corporation And Cercacor Laboratories, Inc. (Nos. 358-400), served on February 8, 2022.

34. Attached hereto as **Exhibit 31 (filed under seal)** is a true and correct copy of a letter dated March 9, 2022 from Brian Andrea, counsel for Apple, to Mark Kachner, counsel for Plaintiffs, regarding Plaintiffs' responses to Apple's Sixteenth Set of Requests For Production.

35. Attached hereto as **Exhibit 32** is a true and correct copy of an email chain dated from March 9, 2022 to March 18, 2022, between Doran Satanove, counsel for Apple, and Justin Gillet, counsel for Plaintiffs, regarding Plaintiffs' responses to Apple's Sixteenth Set of Requests For Production.

36. Attached hereto as **Exhibit 33 (filed under seal)** is a true and correct copy of an email chain dated from March 9, 2022 to March 30, 2022, between

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 9   5   Case No. 8:20-cv-00048-JVS (JDEX)

counsel for Plaintiffs and counsel for Apple regarding Apple's Requests For Production.

37. Attached hereto as **Exhibit 34 (filed under seal)** is a true and correct copy of the Declaration Of Joe Kiani In Support Of Plaintiffs' Opposition To Apple's Motion To Stay The Patent Infringement Case Pending *Inter Partes* Review Proceedings, dated September 28, 2020.

38. Attached hereto as **Exhibit 35** is a true and correct copy of [Tentative] Order No. 8 Of Special Master On Four Discovery Motions, dated April 7, 2022.

39. Attached hereto as **Exhibit 36** is a true and correct copy of Defendant Apple Inc.'s Fifth Set Of Requests For Production Of Documents And Things To Plaintiffs Masimo Corporation And Cercacor Laboratories, Inc. (Nos. 104-109), served on November 12, 2020.

40. Attached hereto as **Exhibit 37 (filed under seal)** is a true and correct copy of an email chain dated from March 1, 2022 to March 17, 2022, between counsel for Plaintiffs and counsel for Apple, regarding ESI custodians and search terms.

41. Attached hereto as **Exhibit 38 (filed under seal)** is a true and correct copy of an email chain dated from March 30, 2022 to April 1, 2022, between Nora Passamaneck, counsel for Apple, and Adam Powell, counsel for Plaintiffs.

42. Attached hereto as **Exhibit 39 (filed under seal)** is a true and correct copy of Apple's March 30, 2022 Motion To Compel regarding its Request For Production Nos. 358-375.

43. Attached hereto as **Exhibit 40 (filed under seal)** is a true and correct copy of Plaintiffs' April 6, 2022 Opposition To Apple's Motion To Compel regarding its Request For Production Nos. 358-375.

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 9     6     Case No. 8:20-cv-00048-JVS (JDEX)

44. Attached hereto as **Exhibit 41 (filed under seal)** is a true and correct copy of Apple's April 13, 2022 Reply In Support Of Its Motion To Compel regarding its Request For Production Nos. 358-375.

45. Attached hereto as **Exhibit 42 (filed under seal)** is a true and correct copy of the transcript of the April 29, 2022 hearing before Special Master Judge Andrew J. Guilford regarding Apple's March 1, 2022 and March 30, 2022 Motions To Compel.

46. Attached hereto as **Exhibit 43 (filed under seal)** is a true and correct copy of a letter, dated April 15, 2022, from Apple to Judge Guilford, providing Apple's narrowed version of RFP Nos. 346-351, and 353.

47. Attached hereto as **Exhibit 44 (filed under seal)** is a true and correct copy of a letter, dated April 22, 2022, from Plaintiffs to Judge Guilford, objecting to Apple's narrowed version of RFP Nos. 346-351, and 353.

48. Attached hereto as **Exhibit 45 (filed under seal)** is a true and correct copy of Order No. 9 Of Special Master On Two Discovery Disputes, dated May 11, 2022.

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 9     7     Case No. 8:20-cv-00048-JVS (JDEX)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of May 2022 in Denver, Colorado.

By: _____
Nora Q.E. Passamaneck

---

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER
ORDER NO. 9                               8                    Case No. 8:20-cv-00048-JVS (JDEX)