# EXHIBIT 1

Snapshot of Jan. 24, 2022 YouTube video (https://www.youtube.com/watch?v=5KvcsFkxBvE) at 1:10, last visited Feb. 28, 2022.



Exhibit 1
Page 1