# EXHIBIT 8

# Knobbe Martens

KNOBBE, MARTENS, OLSON & BEAR, LLP

1925 Century Park East, Suite 600, Los Angeles, CA 90067
T (310) 551-3450

Mark Kachner
Mark.Kachner@knobbe.com

January 14, 2022

**VIA EMAIL**

Brian Andrea
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.,
Washington, DC 20036-5306
BAndrea@gibsondunn.com

Re:   Masimo Corp. and Cercacor Laboratories v. Apple Inc.

Dear Brian:

We write in response to your January 12, 2022, letter regarding Masimo's responses to Apple's 15th Set of Requests for Production. Apple's letter does not request a meet and confer, but for RFP 354, Apple states that it would be "happy" to meet and confer. If Apple seeks to meet and confer, please specifically identify any issue you wish to meet and confer on.

**RFPs 347-352:** As Apple recognizes, these RFPs concern all of Plaintiffs' products or planned products that are intended to measure physiological parameters. Accordingly, as we explained in our objections, the requests encompass "all or nearly off of Plaintiffs' portfolio of monitoring products dating back to the early 1990s." As such, taken together, these requests appear to seek production of nearly every document Plaintiffs ever possessed. Apple "disagrees with Plaintiffs' characterizations of these RFPs." But Apple does not explain how these RFPs seek a narrower set of documents. We disagree with Apple's assertion that these requests "parallel" Masimo's requests because Masimo did not seek every document about every product Apple has ever made. The scope of these RFPs and magnitude of responsive documents is not comparable to the scope or magnitude of Masimo's requests that you identified in your January 12, 2022 letter. You also fail to address the proportionality of your requests, and instead state merely that "[w]ith regards to proportionality and breadth, Apple has produced documents responsive to your comparable RFPs without issue."

**RFPs 353-354:** RFP 353 is similar in scope to Apple's RFPs 347-352. The discussion above applies equally to RFP 353, and Masimo maintains its objections. For RFP 354, Apple made no attempt to explain what it means by "wrist-worn product" so that we can better understand the potential scope of any additional inspection Apple seeks. Please identify what specifically Apple is seeking.

**RFPs 355-357:** Apple contends with no explanation that "BlackRock's ownership interest in Masimo, and Masimo's agreements with Blackrock, are relevant to Plaintiff's alleged ownership interests in their purported trade secrets, and Plaintiffs' efforts to maintain the secrecy of their purported trade secrets." Apple has not explained how communications with a shareholder could have any bearing on these issues or any issue in the lawsuit.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

INTELLECTUAL PROPERTY + TECHNOLOGY LAW | knobbe.com

Exhibit 8
Page 1

**Knobbe** Martens

Page 2

Best regards,

*[signature]*

Mark D. Kachner

54907697

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

knobbe.com

Exhibit 8
Page 2