# EXHIBIT 11

| | |
|---|---|
| **From:** | Mark.Kachner <Mark.Kachner@knobbe.com> |
| **Sent:** | Friday, February 25, 2022 6:16 PM |
| **To:** | Passamaneck, Nora Q.E.; Masimo.Apple; *** Apple-Masimo |
| **Cc:** | WH Apple-Masimo Service List |
| **Subject:** | RE: Masimo Corp. et al. v. Apple Inc., 20-cv-00048: correspondence |

**EXTERNAL SENDER**

Counsel,

We are considering your proposals in your February 23, 2022 letter. In that letter, Apple wrote that if we do not accept your proposals by today then Apple would consider the parties at an impasse. We disagree that the parties are at an impasse but we need more than 2 days to evaluate these particular proposals.

Regards, Mark

**Mark Kachner**
Partner

310-407-3472 Direct

**Knobbe Martens**

---

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Wednesday, February 23, 2022 9:14 AM
**To:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Cc:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** Masimo Corp. et al. v. Apple Inc., 20-cv-00048: correspondence

Counsel,
Please see the attached correspondence.
Regards,
Nora

**Nora Q.E. Passamaneck | WilmerHale**
1225 Seventeenth St.
Suite 2600
Denver, CO 80202 USA
+1 720 274 3152 (t)
+1 720 274 3133 (f)
nora.passamaneck@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.