# EXHIBIT 15

| Exemplary Apple's RFPs At Issue Here | Plaintiffs' Comparable RFPs |
|---|---|
| **RFP 346:** Documents and Communications sufficient to show the design, development, and operation of any algorithms and/or functionality of Your products or planned products that ***measure or are intended to measure physiological parameters*** . . . including, without limitation . . . ***prototypes***. | **RFP 265:** All documents or communications referencing or relating to the research, design, and/or development of Defendant's Apple Watch Series 7, and/or any component of Defendant's Apple Watch Series 7 that ***measures physiological parameters*** . . . including, without limitation, . . . ***prototypes***.[1] |
| **RFP 349:** All Documents and Communications relating to Your decisions to research, design and/or develop products and/or algorithms that ***measure or are intended to measure, physiological parameters*** . . . including, without limitation . . . prototypes. | **RFP 266:** All documents or communications referencing or relating to the decisions to research, design, and/or develop Defendant's Apple Watch Series 7, and/or any component of Defendant's Apple Watch Series 7 that ***measures physiological parameters*** . . . . |
| **RFP 347:** Documents sufficient to identify each Person involved in the design, and development of any algorithms and/or functionality of Your products or planned products, including prototypes, that ***measure or are intended to measure physiological parameters*** . . . . | **RFP 271:** Documents sufficient to identify all persons involved in the research, design, and development of ***any physiological measurement capability*** . . . of the Apple Watch Series 7. |
| **RFP 353:** An inspection of Your products or planned products that ***measure or are intended to measure, physiological parameters***, . . . including without limitation, all prior versions and prototypes. | **RFP 251:** An inspection of any Apple product that ***calculates one or more physiological parameters*** including but not limited to pulse oximetry, including without limitation, prior and future planned versions and prototypes. |

---

[1] Plaintiffs defined "Apple Watch Series 7" to mean "Apple Watch models or prototypes following the Apple Watch Series 6, which was released on September 18, 2020, ***regardless of whether it has been released yet*** or what it is called internally or publicly." Ex. 5 at 3 (Definition No. 9), Ex. 6 at 3 (Definition No. 9); *see also* Ex. 13, Pls.' 8/31/21 Mot. to Compel. at 1 (Plaintiffs acknowledging that their requests include "future versions of the watch, including the Series 7, Series 8, etc.").

Exhibit 15
Page 1