# EXHIBIT 16

| | |
|---|---|
| 1 | Joseph R. Re (Bar No. 134479) |
| 2 | joseph.re@knobbe.com<br>Stephen C. Jensen (Bar No. 149894) |
| 3 | steve.jensen@knobbe.com<br>Perry D. Oldham (Bar No. 216016) |
| 4 | perry.oldham@knobbe.com |
| 5 | Stephen W. Larson (Bar No. 240844)<br>stephen.larson@knobbe.com |
| 6 | **KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>2040 Main Street, Fourteenth Floor |
| 7 | Irvine, CA 92614<br>Telephone: (949)-760-0404; Facsimile: (949)-760-9502 |
| 8 | |
| 9 | Adam B. Powell (Bar. No. 272725)<br>adam.powell@knobbe.com |
| 10 | **KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>12790 El Camino Real |
| 11 | San Diego, CA 92130<br>Telephone: (858) 707-4000; Facsimile: (858) 707-4001 |
| 12 | |
| 13 | Attorneys for Plaintiffs,<br>Masimo Corporation and Cercacor Laboratories, Inc. |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation<br><br>   Plaintiffs,<br><br> v.<br><br>APPLE INC., a California corporation<br><br>   Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) **PLAINTIFFS MASIMO**<br>) **CORPORATION AND**<br>) **CERCACOR LABORATORIES,**<br>) **INC.'S SIXTH SET OF REQUESTS**<br>) **FOR PRODUCTION OF**<br>) **DOCUMENTS TO DEFENDANT**<br>) **APPLE INC. (NOS. 249-256)**<br>)<br>) Hon. James V. Selna<br>) Magistrate Judge John D. Early<br>) |

Exhibit 16
Page 1

1. d. the date of the information or document.

2. 3. If You are aware of the existence, past or present, of a requested document or thing, but the document or thing is not in Your possession, custody, or control, then so state in Your response to the request for that document or thing. Identify such document or thing and identify, by name, title, and address, the person who last maintained possession, custody, or control of the document or thing. If the requested document or thing no longer exists, then Your response should state when, how, and why this is the case.

4. Produce each requested document or thing along with all non-identical drafts thereof. Furthermore, produce each document in its entirety, without abbreviation or redaction.

5. Identify specifically the derivation and source of each document and thing to be produced.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 249:**

All documents and things related to decisions to research, design, and/or develop products or components used to calculate one or more physiological parameters including but not limited to pulse oximetry.

**REQUEST FOR PRODUCTION NO. 250:**

All documents and things related to decisions to research, design, and/or develop any Apple wrist worn monitor that performs pulse oximetry and/or any component of any Apple wrist worn monitor that performs pulse oximetry.

**REQUEST FOR PRODUCTION NO. 251:**

An inspection of any Apple product that calculates one or more physiological parameters including but not limited to pulse oximetry, including without limitation, prior and future planned versions and prototypes.

1  **REQUEST FOR PRODUCTION NO. 252:**

2  An inspection of any Apple wrist worn monitor that performs pulse
3  oximetry, including without limitation, prior and future planned versions and
4  prototypes.

5  **REQUEST FOR PRODUCTION NO. 253:**

6  All trial and deposition transcripts of testimony by any current or former
7  Apple employee in any litigation or legal proceeding, related to calculating one
8  or more physiological parameters including but not limited to pulse oximetry.

9  **REQUEST FOR PRODUCTION NO. 254:**

10  All trial and deposition transcripts of testimony by any named inventor of
11  any of the Disputed Patents.

12  **REQUEST FOR PRODUCTION NO. 255:**

13  All communications between an Apple employee or Apple representative,
14  including Apple's inhouse or outside counsel, and any employee of Plaintiffs
15  while the employee was employed by Plaintiffs.

16  **REQUEST FOR PRODUCTION NO. 256:**

17  All business reports related to anticipated or actual profitability by
18  product or business unit, related to Apple Watch Products.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 3, 2021    By: */s/ Mark D. Kachner*

Joseph R. Re
Stephen C. Jensen
Perry D. Oldham
Stephen W. Larson
Mark D. Kachner
Adam B. Powell

Attorneys for Plaintiffs,
Masimo Corporation and
Cercacor Laboratories, Inc.

-5-

Exhibit 16
Page 3