# EXHIBIT 33
# Redacted in its Entirety