# EXHIBIT 34
Redacted in its Entirety