# EXHIBIT 37
Redacted in its Entirety