# EXHIBIT 38
# Redacted in its Entirety