# EXHIBIT 39
# Redacted in its Entirety