# EXHIBIT 40
Redacted in its Entirety