# EXHIBIT 41
# Redacted in its Entirety