# EXHIBIT 42
# Redacted in its Entirety