# EXHIBIT 43
# Redacted in its Entirety