# EXHIBIT 44
# Redacted in its Entirety