# EXHIBIT 45
# Redacted in its Entirety