# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER SUSTAINING APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 9**<br><br>Date: July 11, 2022<br>Time: 1:30 p.m.<br><br>Discovery Cut-Off: August 12, 2022<br>Pre-Trial Conference: March 13, 2023<br>Trial: March 28, 2023 |

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

1  This matter is before the Court pursuant to Defendant Apple Inc.'s Objections
2  to Special Master Order No. 9, which denied Apple's motion to compel the
3  production of documents responsive to Apple's Requests for Production ("RFP")
4  Nos. 346, 350, 358, 360, 361, 364, 366, 369, 371, and 373-375:

- Apple's RFP Nos. 346 and 350 seek documents and communications sufficient to show ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ ; and

- RFP Nos. 358, 360, 361, 364, 366, 369, and 371 seek documents concerning ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's objections to the Special Master's Order No. 9 are SUSTAINED and the portion of Special Master Order No. 9 denying Apple's motion to compel production of documents responsive to Apple RFP Nos. 346, 350, 358, 360, 361, 364, 366, 369, 371, and 373-375 is REVERSED. Plaintiffs are ordered to produce documents responsive to these RFPs within 14 days of the date of this Order.

**IT IS SO ORDERED.**

1
2  Dated: _____   _____
3                                          The Hon. James V. Selna
                                           United States District Court Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28