# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL** |

This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its Objections to Special Master Order No. 9 ("Application") under Local Rule 79-5.2.2.  Having considered the Application To File Under Seal and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is GRANTED.  Apple shall file under seal its Objections to Special Master Order No. 9 ("Objections"), the [Proposed] Order Sustaining Apple's Objections To Special Master Order No. 9, and Exhibits 2-4, 7, 10, 13, 14, 17, 19-21, 23, 25, 26, 29-31, 33, 34, and 37-45.

**IT IS SO ORDERED.**

Dated: 5/26/22

_____
The Hon. James V. Selna
United States District Court Judge