1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>              Plaintiffs,<br><br>     v.<br><br>APPLE INC., a California corporation,<br><br>              Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL** |

This matter is before the Court pursuant to Apple's Application to File Under Seal A Document Regarding Its Opposition To Plaintiffs' Motion For "Confirmation That Patent Stay Has Ended" ("Application") under Local Rule 79-5.2.2.  Having considered the Application To File Under Seal and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is GRANTED.  Apple shall file under seal its Opposition To Plaintiffs' Motion For "Confirmation That Patent Stay Has Ended" ("Opposition").

**IT IS SO ORDERED.**

Dated: 6/7/22

_____
The Hon. James V. Selna
United States District Court Judge