JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS MOTION TO CLARIFY OR RECONSIDER ORDER REGARDING PLAINTIFFS' MOTION TO MODIFY TRADE SECRET DISCLOSURE (DKT. 669)**<br><br>Date: July 11, 2022<br>Time: 1:30 p.m.<br><br>Discovery Cut-Off: 8/12/2022<br>Pre-Trial Conference: 3/13/2023<br>Trial: 3/28/2023 |

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENT RE MOT. TO CLARIFY OR RECONSIDER TS ORDER
CASE NO. 8:20-cv-00048-JVS (JDEX)

1  BRIAN A. ROSENTHAL, *pro hac vice*
2     brosenthal@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
3  200 Park Avenue
   New York, NY 10166-0193
4  Tel.: 212.351.2339 / Fax: 212.817.9539

5  ILISSA SAMPLIN, SBN 314018
      isamplin@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
7  Los Angeles, CA 90071-3197
   Tel.: 213.229.7000 / Fax: 213.229.7520

8  ANGELIQUE KAOUNIS, SBN 209833
      akaounis@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East Suite 4000
10 Los Angeles, CA 90067
   Tel.: 310.552.8546 / Fax: 310.552.7026

11
   MARK D. SELWYN, SBN 244180
12    mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
13    HALE AND DORR LLP
   2600 El Camino Real, Suite 400
14 Palo Alto, CA 94306
   Tel.: 650.858.6000 / Fax: 650.858.6100

15
   NORA Q.E. PASSAMANECK, *pro hac vice*
16    nora.passamaneck@wilmerhale.com
   WILMER CUTLER PICKERING
17    HALE AND DORR LLP
   1225 Seventeenth St., Suite 2600
18 Denver, CO 80202
   Tel: 720.274.3152 / Fax: 720.273.3133

19
   KENNETH G. PARKER, SBN 182911
20    ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
21 600 Anton Blvd., Suite 700
   Costa Mesa, CA 92626
22 Tel: 949.202.3014 / Fax: 949.202.3152

23
24
25
26
27
28

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS RE MOT. TO CLARIFY OR RECONSIDER TS ORDER
CASE NO. 8:20-cv-00048-JVS (JDEX)

1   Pursuant to Local Rule 79-5.2.2, Apple requests that the Court grant leave to file
2   under seal Apple's Memorandum In Support Of Its Motion To Clarify Or Reconsider
3   Order Regarding Plaintiffs' Motion To Modify Trade Secret Disclosure (Dkt. 669)
4   ("Motion"), the [Proposed] Order Granting Apple's Motion To Clarify Or Reconsider
5   Order Regarding Plaintiffs' Motion To Modify Trade Secret Disclosure (Dkt. 669)
6   ("Proposed Order"), and Exhibits A, C, and E to the Declaration of Nora Passamaneck
7   In Support Of the Motion. As detailed in the accompanying Declaration of Mark D.
8   Selwyn, Plaintiffs have indicated that Exhibits A, C, and E contain their confidential
9   information, and the redacted portions of Apple's Motion and the Proposed Order quote,
10  reference, or summarize those documents.

11  Accordingly, Apple respectfully requests an order granting leave to file its
12  Motion, the Proposed Order, and Exhibits A, C, and E under seal.

14  Dated: June 13, 2022            Respectfully submitted,

                                    H. MARK LYON
                                    BRIAN M. BUROKER
                                    BRIAN A. ROSENTHAL
                                    ILISSA SAMPLIN
                                    ANGELIQUE KAOUNIS
                                    GIBSON, DUNN & CRUTCHER LLP

                                    MARK D. SELWYN
                                    JOSHUA H. LERNER
                                    NORA Q.E. PASSAMANECK
                                    WILMER CUTLER PICKERING HALE
                                      AND DORR LLP

                                    KENNETH G. PARKER
                                    HAYNES AND BOONE, LLP


                                    By: */s/ Mark D. Selwyn*
                                           Mark D. Selwyn

                                    *Attorneys for Defendant Apple Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS RE MOT. TO CLARIFY OR RECONSIDER TS ORDER         1         CASE NO. 8:20-cv-00048-JVS (JDEx)