# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>                Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO CLARIFY OR RECONSIDER ORDER REGARDING PLAINTIFFS' MOTION TO MODIFY TRADE SECRET DISCLOSURE (DKT. 669)**<br><br>Date: July 11, 2022<br>Time: 1:30 p.m.<br><br>Discovery Cut-Off: August 12, 2022<br>Pre-Trial Conference: March 13, 2023<br>Trial: March 28, 2023 |

1  This matter is before the Court pursuant to Defendant Apple Inc.'s Motion to
2  Clarify or Reconsider Order Regarding Plaintiffs' Motion to Modify Trade Secret
3  Disclosure (Dkt. 669).  That Order, Dkt. 669, granted Plaintiffs' request to amend

4  ███████████████████████████████████████

5  Having considered the briefing, supporting documents, and all other matters
6  properly before the Court, being fully advised on the proceedings, and for good cause
7  appearing:

8  IT IS HEREBY ORDERED THAT Apple's Motion is GRANTED and the
9  Court's Order Regarding Plaintiffs' Motion to Amend Trade Secret Disclosure (Dkt.
10 669) is CLARIFIED and AMENDED to reflect that the ███████████████
11 ████████████████████████████████████████████████
12 ████████████████████████████████████████████████
13 ████████████████████████████████████████████████
14 ███████████████████████████████

16 **IT IS SO ORDERED.**

18 Dated: _____  _____
19 The Hon. James V. Selna
   United States District Court Judge

---

[PROPOSED] ORDER GRANTING APPLE'S MOT. TO CLARIFY OR RECONSIDER ORDER RE TS DISC.
1   Case No. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler
Pickering Hale
and Dorr LLP