JOSHUA H. LERNER, SBN 220755
 joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
 mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
 bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearances continue on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF MOTION TO CLARIFY OR RECONSIDER ORDER REGARDING PLAINTIFFS' MOTION TO MODIFY TRADE SECRET DISCLOSURE (DKT. 669)**<br><br>Date: July 11, 2022<br>Time: 1:30pm<br>Discovery Cut-Off: August 12, 2022<br>Pre-Trial Conference: March 13, 2023<br>Trial: March 28, 2023 |

PASSAMANECK DECL. IN SUPPORT OF APPLE'S MOT. TO CLARIFY OR RECONSIDER ORDER RE TS DISC.
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

| | |
|---|---|
| 1 | BRIAN A. ROSENTHAL, *pro hac vice* |
| | brosenthal@gibsondunn.com |
| 2 | GIBSON, DUNN & CRUTCHER LLP |
| | 200 Park Avenue |
| 3 | New York, NY 10166-0193 |
| | Tel.: 212.351.2339 / Fax: 212.817.9539 |
| 4 | |
| | ILISSA SAMPLIN, SBN 314018 |
| 5 | isamplin@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| 6 | 333 South Grand Avenue |
| | Los Angeles, CA 90071-3197 |
| 7 | Tel.: 213.229.7000 / Fax: 213.229.7520 |
| 8 | ANGELIQUE KAOUNIS, SBN 209833 |
| | akaounis@gibsondunn.com |
| 9 | GIBSON, DUNN & CRUTCHER LLP |
| | 2029 Century Park East Suite 4000 |
| 10 | Los Angeles, CA 90067 |
| | Tel.: 310.552.8546 / Fax: 310.552.7026 |
| 11 | |
| 12 | MARK D. SELWYN, SBN 244180 |
| | mark.selwyn@wilmerhale.com |
| 13 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 14 | 2600 El Camino Real, Suite 400 |
| | Palo Alto, CA 94306 |
| 15 | Tel.: 650.858.6000 / Fax: 650.858.6100 |
| 16 | NORA Q.E. PASSAMANECK, *pro hac vice* |
| | nora.passamaneck@wilmerhale.com |
| 17 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 18 | 1225 Seventeenth St., Suite 2600 |
| | Denver, CO 80202 |
| 19 | Tel: 720.274.3152 / Fax: 720.273.3133 |
| 20 | KENNETH G. PARKER, SBN 182911 |
| | ken.parker@haynesboone.com |
| 21 | HAYNES AND BOONE, LLP |
| | 600 Anton Blvd., Suite 700 |
| 22 | Costa Mesa, CA 92626 |
| | Tel: 949.202.3014 / Fax: 949.202.3152 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECL. IN SUPPORT OF APPLE'S MOT. TO CLARIFY OR RECONSIDER ORDER RE TS DISC.
CASE NO. 8:20-cv-00048-JVS (JDEx)

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Motion To Clarify Or Reconsider Order Regarding Plaintiffs' Motion To Modify Trade Secret Disclosure (Dkt. 669) ("Motion").

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit A (filed under seal)** is a true and correct copy of Plaintiffs' Supplemental Response to Apple Inc.'s First Set of Interrogatories (No. 10), served on May 12, 2022.

5. Attached hereto as **Exhibit B** is a true and correct copy of Defendant Apple Inc.'s First Set of Interrogatories To Plaintiffs Masimo Corporation And Cercacor Laboratories, Inc., served on April 14, 2020.

6. Attached hereto as **Exhibit C (filed under seal)** is a true and correct copy of Plaintiffs Masimo Corporation And Cercacor Laboratories Inc.'s Supplemental Responses To Apple's First Set Of Interrogatories 6, 10 And 11, served on October 16, 2020.

7. Attached hereto as **Exhibit D** is a true and correct copy of email correspondence from counsel for Plaintiffs to counsel for Apple dated May 12, 2022.

8. Attached hereto as **Exhibit E (filed under seal)** is a true and correct copy of email correspondence sent between counsel for Plaintiffs and counsel for Apple between May 16, 2022 and May 31, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of June 2022.

By: _____

Nora Passamaneck

PASSAMANECK DECL. IN SUPPORT OF APPLE'S MOT. TO CLARIFY OR RECONSIDER ORDER RE TS DISC.
2    CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP