# EXHIBIT D

| | |
|---|---|
| **From:** | Adam.Powell |
| **To:** | *** Apple-Masimo; WH Apple-Masimo Service List; "Lerner, Joshua H."; "Lyon, H. Mark"; "Buroker, Brian M."; Andrea, Brian; Rosenthal, Brian A.; "Samplin, Ilissa"; "Kaounis, Angelique"; Lo, Jason; mlewis@lewisllewellyn.com; Selwyn, Mark; Gosma, Derek; Wigmore, Amy; tsnyder@lewisllewellyn.com; Passamaneck, Nora Q.E.; Frazier, Sarah; Ken.Parker@haynesboone.com; Jason.Lao@haynesboone.com |
| **Cc:** | Masimo.Apple |
| **Subject:** | Masimo v. Apple |
| **Date:** | Thursday, May 12, 2022 8:36:42 PM |
| **Attachments:** | 2022-05-12 Supplemental Response to Apple"s First Set of Interrogatories (No. 10).pdf |

**EXTERNAL SENDER**

Counsel,

Attached is Plaintiffs' Supplemental Response to Apple's First Set of Interrogatories (No. 10).

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245 Direct

**Knobbe Martens**

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.