# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO CLARIFY OR RECONSIDER ORDER REGARDING PLAINTIFFS' MOTION TO MODIFY TRADE SECRET DISCLOSURE (DKT. 669)** <br><br> Date: July 11, 2022 <br> Time: 1:30 p.m. <br><br> Discovery Cut-Off: August 12, 2022 <br> Pre-Trial Conference: March 13, 2023 <br> Trial: March 28, 2023 |

1   This matter is before the Court pursuant to Defendant Apple Inc.'s Motion to
2   Clarify or Reconsider Order Regarding Plaintiffs' Motion to Modify Trade Secret
3   Disclosure (Dkt. 669). That Order, Dkt. 669, granted Plaintiffs' request to amend
4   ███████████████████████████████████████████

5   Having considered the briefing, supporting documents, and all other matters
6   properly before the Court, being fully advised on the proceedings, and for good cause
7   appearing:

8   IT IS HEREBY ORDERED THAT Apple's Motion is GRANTED and the
9   Court's Order Regarding Plaintiffs' Motion to Amend Trade Secret Disclosure (Dkt.
10  669) is CLARIFIED and AMENDED to reflect that the ███████████████
11  ████████████████████████████████████████████████████████
12  ████████████████████████████████████████████████████████
13  ████████████████████████████████████████████████████████
14  ███████████████████████████████████████

16  **IT IS SO ORDERED.**

18  Dated: _____
19                                    The Hon. James V. Selna
                                      United States District Court Judge