Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) **SUPPLEMENTAL DECLARATION**<br>) **OF ADAM B. POWELL IN SUPPORT**<br>) **OF MOTION FOR CONFIRMATION**<br>) **THAT PATENT STAY HAS ENDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1   Mark D. Kachner (Bar No. 234,192)
    mark.kachner@knobbe.com
2   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
    1925 Century Park East, Suite 600
3   Los Angeles, CA 90067
    Telephone: (310) 551-3450
4   Facsimile: (310) 551-3458

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Adam B. Powell, hereby declare:

1.      I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and Counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action.  I have personal knowledge of the matters set forth in this Supplemental Declaration and, if called upon as a witness, would testify competently thereto.  I submit this Declaration in support of Masimo's Reply In Support of Motion for Confirmation That Patent Stay Has Ended.

2.      On Friday, May 20, 2022, Masimo received Apple's argumentative edits to the Status Report and Request for Status Conference.  Masimo prepared its opening brief over the weekend of May 21-22 and filed it on May 23, 2022.

3.      Attached hereto as **Exhibit 7** is a true and correct copy of an article titled *Fed. Cir. Patent Decisions In 2021: An Empirical Review* (January 6, 2022) by Dan Bagatell, available at https://www.law360.com/articles/1452355.

4.      Attached hereto as **Exhibit 8** is a true and correct copy of a webpage announcing the Limited Market Release of the W1, available at https://www.masimo.com/company/news/masimo-w1-limited-market-release/, which Masimo produced in discovery as MASA03225774.

5.      Attached hereto as **Exhibit 9 [filed under seal]** is a true and correct excerpt of the document Apple produced in discovery as APL-MAS_01211263.

6.      Attached hereto as **Exhibit 10 [filed under seal]** is a true and correct excerpt of the document Apple produced in discovery as APL-MAS_00160964.

7.      Attached hereto as **Exhibit 11 [filed under seal]** is a true and correct excerpt of the document Apple produced in discovery as APL-MAS_02294529.

8.      Attached hereto as **Exhibit 12 [filed under seal]** is a true and correct copy of the document Apple produced in discovery as APL-MAS_00203336.

/ / /

/ / /

/ / /

1    I declare under penalty of perjury under the laws of the United States that the

2    foregoing is true and correct.

3    Executed on June 13, 2022, at Encinitas, California.

4                                                    */s/ Adam B. Powell*

5                                                    Adam B. Powell

6    55790259