**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CONFIRMATION THAT PATENT STAY HAS ENDED** |

| | |
|---|---|
| 1 | Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Reply In Support of Motion for Confirmation That Patent Stay Has Ended, and finding good cause therefor, the Application is GRANTED. |

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the redacted portion of Plaintiffs' Reply In Support of Motion for Confirmation That Patent Stay Has Ended and Exhibits 9-12 to the Declaration of Adam B. Powell.

DATED: _____        _____

The Honorable James V. Selna
United States District Judge