# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL** |

1    This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its Motion To Clarify Or Reconsider Order Regarding Plaintiffs' Motion To Modify Trade Secret Disclosure (Dkt. 669) ("Application To File Under Seal") under Local Rule 79-5.2.2.  Having considered the Application To File Under Seal and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

     IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is GRANTED.  Apple shall file under seal its Memorandum In Support Of Its Motion To Clarify Or Reconsider Order Regarding Plaintiffs' Motion To Modify Trade Secret Disclosure (Dkt. 669) ("Motion"), the [Proposed] Order Granting Apple's Motion To Clarify Or Reconsider Order Regarding Plaintiffs' Motion To Modify Trade Secret Disclosure (Dkt. 669) ("Proposed Order"), and Exhibits A, C, and E.

     **IT IS SO ORDERED.**

Dated: 6/14/22

_____
The Hon. James V. Selna
United States District Court Judge