Name and address:
PILLSBURY WINTHROP SHAW PITTMAN LLP
MICHAEL E. ZELIGER (SBN 271118)
michael.zeliger@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304-1115

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASIMO CORPORATION, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>APPLE INC.<br><br>Defendant(s), | CASE NUMBER<br><br>8:20-cv-00048-JVS-JDE<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**<br>***PRO HAC VICE*** |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Roozen, Theresa A.
*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

PILLSBURY WINTHROP SHAW PITTMAN LLP
*Firm/Agency Name*

1200 Seventeenth Street, NW                202.663.8185            202.663.8007
                                           *Telephone Number*      *Fax Number*
*Street Address*

Washington, DC 20036                       theresa.roozen@pillsburylaw.com
*City, State, Zip Code*                    *E-mail Address*

**I have been retained to represent the following parties:**

Rockley Photonics Holdings, Ltd.          ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Non-party (subpoena)
                                          ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Pennsylvania | 10/30/2014 | Yes |
| Virginia | 6/17/2020 | Yes |
| District of Columbia | 8/8/2016 | Yes |

G-64 (09/20)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 3

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 6/21/2022

Theresa A. Roozen
Applicant's Name (please type or print)

*[signature]*
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

ZELIGER, MICHAEL E.
*Designee's Name (Last Name, First Name & Middle Initial)*

PILLSBURY WINTHROP SHAW PITTMAN LLP
*Firm/Agency Name*

2550 Hanover Street
*Street Address*

Palo Alto, CA 94304-1115
*City, State, Zip Code*

650.233.4500
*Telephone Number*

650.233.4545
*Fax Number*

michael.zeliger@pillsburylaw.com
*Email Address*

271118
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated   June 21, 2022

MICHAEL E. ZELIGER  *(print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional admissions:
U.S. District Court for the Western District of Pennsylvania, admitted February 5, 2015, good standing
U.S. Court of Appeals for the District of Columbia, admitted April 15, 2016, good standing
U.S. District Court for the District of Maryland, admitted April 28, 2017, good standing
U.S. District Court for the District of Columbia, admitted January 8, 2018, good standing
U.S. Court of Appeals for the Federal Circuit, admitted October 23, 2018, good standing



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Theresa Ann Roozen, Esq.**

**DATE OF ADMISSION**

**October 30, 2014**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated:  June 21, 2022**

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk

# VIRGINIA STATE BAR

## *CERTIFICATE OF GOOD STANDING*

THIS IS TO CERTIFY THAT **THERESA ANN ROOZEN** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **MRS. ROOZEN** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **JUNE 17, 2020,** AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

Issued June 17, 2022

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Theresa Ann Roozen*

was duly qualified and admitted on August 8, 2016 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 14, 2022.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.