Name and address:
PILLSBURY WINTHROP SHAW PITTMAN LLP
MICHAEL E. ZELIGER (SBN 271118)
michael.zeliger@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304-1115

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASIMO CORPORATION, et al.<br><br>Plaintiff(s)<br>v.<br>APPLE INC.<br><br>Defendant(s). | CASE NUMBER<br>8:20-cv-00048-JVS-JDE<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Roozen, Theresa A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202.663.8185                202.663.8007
*Telephone Number*          *Fax Number*

theresa.roozen@pillsburylaw.com
*E-Mail Address*

of

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Rackley Photonics Holdings, Ltd.

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)*   ☐ *Defendant(s)*   ☒ *Other:* Non-party (subpoena)

**and designating as Local Counsel**

Zeliger, Michael
*Designee's Name (Last Name, First Name & Middle Initial)*

271118             650.233.4500        650.233.4545
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*

michael.zeliger@pillsburylaw.com
*E-Mail Address*

of Pillsbury Winthrop Shaw Pittman LLP

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1