IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE INC.'S MOTION TO CLARIFY OR RECONSIDER ORDER REGARDING PLAINTIFFS' MOTION TO MODIFY TRADE SECRET DISCLOSURE (DKT. 669)** |

1  Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Opposition to Defendant Apple Inc.'s Motion to Clarify or Reconsider Order Regarding Plaintiffs' Motion to Modify Trade Secret Disclosure (Dkt. 669), and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the proposed redacted portions of Plaintiffs' Opposition to Defendant Apple Inc.'s Motion to Clarify or Reconsider Order Regarding Plaintiffs' Motion to Modify Trade Secret Disclosure (Dkt. 669) and Exhibits 4-9 and 11-14 to the Declaration of Adam B. Powell.

DATED: _____          _____

                                                      The Honorable James V. Selna
                                                      United States District Judge