Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE INC.'S MOTION TO CLARIFY OR RECONSIDER ORDER REGARDING PLAINTIFFS' MOTION TO MODIFY TRADE SECRET DISCLOSURE (DKT. 669)**<br><br>Date: July 11, 2022<br>Time: 1:30 p.m.<br>Ctrm: 10C |

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

I, Adam B. Powell, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in Support of Plaintiffs' Opposition to Apple Inc.'s motion to Clarify or Reconsider Order regarding Plaintiffs' Motion to Modify Trade Secret Disclosure (Dkt. 669).

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from Apple's website, www.apple.com/healthcare, that was printed at my direction on or about June 21, 2022.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from Masimo's Second Set of Requests for Production of Documents (Nos. 26-60), which Masimo served on Apple in this case on May 12, 2020.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from Masimo's Third Set of Requests for Production of Documents (Nos. 61-147), which Masimo served on Apple in this case on July 17, 2020.

5. Attached hereto as **Exhibit 4 [Filed Under Seal]** is a true and correct copy of redacted excerpts from Masimo's Eighth Set of Requests for Production of Documents (Nos. 281-317), which Masimo served on Apple in this case on May 19, 2021.

6. Attached hereto as **Exhibit 5 [Filed Under Seal]** is a true and correct copy of excerpts from Masimo's Ninth Set of Requests for Production of Documents (Nos. 318-524), which Masimo served on Apple in this case on May 25, 2021.

7. Attached hereto as **Exhibit 6 [Filed Under Seal]** is a true and correct copy of Masimo's Twelfth Set of Requests for Production of Documents (Nos. 593-598), which Masimo served on Apple in this case on December 23, 2021.

8. Attached hereto as **Exhibit 7 [Filed Under Seal]** is a true and correct copy of a letter Masimo sent to the Special Master on November 17, 2021, in support of its motion to compel.

9. Attached hereto as **Exhibit 8 [Filed Under Seal]** is a true and correct copy of excerpts from Apple's Objections and Responses to Masimo's Fifth Set of Interrogatories (Nos. 17-22), dated May 28, 2021.

10. Attached hereto as **Exhibit 9 [Filed Under Seal]** is a true and correct copy of excerpts from Apple's Second Supplemental Objections and Responses to Masimo's Fifth Set of Interrogatories (Nos. 20-21), dated April 29, 2022.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from Apple's Seventeenth Set of Requests for Documents and Things (Nos. 401-432), dated February 28, 2022.

12. Attached hereto as **Exhibit 11 [Filed Under Seal]** is a true and correct copy of excerpts from Masimo's Supplemental Responses to Apple's First Set of Interrogatories (Nos. 6, 10, 11), which Masimo served on Apple in this case on October 16, 2020.

13. Attached hereto as **Exhibit 12 [Filed Under Seal]** is a true and correct copy of a document Apple produced in this case bearing production number APL-MAS_00307924.

14. Attached hereto as **Exhibit 13 [Filed Under Seal]** is a true and correct copy of a document Apple produced in this case bearing production number APL-MAS_00192027-APL-MAS_00192031.

15. Attached hereto as **Exhibit 14 [Filed Under Seal]** is a true and correct copy of a document Apple produced in this case bearing production number APL-MAS_00171041-APL-MAS_00171043.

16. Attached hereto as **Exhibit 15** is a true and correct copy of redacted excerpts from Apple's Sixteenth Set of Requests for Documents and Things (Nos. 358-400), dated February 8, 2022.

1  I declare under the penalty of perjury that the foregoing is true and correct.
2  Executed on June 21, 2022, at Irvine, California.

         /s/ Adam B. Powell
_____

55800077

-3-