# EXHIBIT 1



Exhibit 1
-4-

# Apple in the hospital.

Our products transform the way doctors and nurses work with their patients. Apps on iPhone and iPad allow hospitals to work more efficiently. Clinicians to access health records and data right when they need them. Nurses to ensure better patient safety while administering medication. And patients to stay informed and engaged in their own care by communicating with their medical teams during hospital stays.

―――――――

**Empowering patients at Geisinger.**

Watch the video ⊙

**Streamlining healthcare at Ochsner.**

Watch the video ⊙

**Building a vaccination program at UCHealth.**

Watch the video ⊙

Exhibit 1
-5-

## Continue patient care at home.

At home, iOS and iPadOS apps enable patients to stay connected to their care teams between office visits. Healthcare organizations can use off-the-shelf apps or use CareKit to create apps that empower patients to manage their health. iPhone, Apple Watch, the Health app, and HealthKit-enabled apps and medical devices make it easy for patients to record their health data and share it with their care teams.

**Enabling neonatal care at home with UVA.**
Watch the video ⊙

**Managing chronic disease at Ochsner.**
Watch the video ⊙

Exhibit 1
-6-



Exhibit 1
-7-





## The technology to make healthcare more personal.

See how Apple products and apps help healthcare providers streamline their work, deliver better care, and conduct medical research.

Learn more about our products and platform ›

## Understand how your patients can use health features on Apple Watch.

See how heart rate notifications, irregular rhythm notifications, and the ECG app on Apple Watch can



Exhibit 1

-8-

help give your patients an early warning sign that further evaluation may be warranted.

Learn more about health features on Apple Watch ›



Note: Apple Watch never checks for heart attacks



## Empower your patients with their health data.

The Health app makes it easier than ever for users to be engaged in their health with ways to visualize, securely store, and share their health data. You can now view certain data that patients have chosen to share, from within your EHR workflow.

Learn more about health records on iPhone ›



## Contact us.

Get expert help from the Apple Business team by calling 1-800-GO-APPLE

The mention of third-party products is for informational purposes only and represents neither an endorsement nor a warranty. Apple assumes no responsibility with regard to the selection, performance, or use of these vendors or products. Some features, applications, and services may not be available for all areas. Application availability and pricing are subject to change.

Voalte Experience by Hill-Rom, Inc.

Exhibit 1
-9-

 Healthcare

**Shop and Learn**
Store
Mac
iPad
iPhone
Watch
TV & Home
AirTag
Accessories
Gift Cards

**Services**
Apple Music
Apple TV+
Apple Fitness+
Apple News+
Apple Arcade
iCloud
Apple One
Apple Card
Apple Books
Apple Podcasts
App Store

**Account**
Manage Your Apple ID
Apple Store Account
iCloud.com

**Apple Store**
Find a Store
Genius Bar
Today at Apple
Apple Camp
Apple Store App
Refurbished and Clearance
Financing
Apple Trade In
Order Status
Shopping Help

**For Business**
Apple and Business
Shop for Business

**For Education**
Apple and Education
Shop for K-12
Shop for College

**For Healthcare**
Apple in Healthcare
Health on Apple Watch
Health Records on iPhone

**For Government**
Shop for Government
Shop for Veterans and Military

**Apple Values**
Accessibility
Education
Environment
Inclusion and Diversity
Privacy
Racial Equity and Justice
Supplier Responsibility

**About Apple**
Newsroom
Apple Leadership
Career Opportunities
Investors
Ethics & Compliance
Events
Contact Apple

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2022 Apple Inc. All rights reserved.   Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map                    United States

Exhibit 1
-10-

# EXHIBIT 2

1  Joseph R. Re (Bar No. 134479)
2  joseph.re@knobbe.com
   Stephen C. Jensen (Bar No. 149894)
3  steve.jensen@knobbe.com
   Perry D. Oldham (Bar No. 216016)
4  perry.oldham@knobbe.com
   Stephen W. Larson (Bar No. 240844)
5  stephen.larson@knobbe.com
6  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, Fourteenth Floor
7  Irvine, CA 92614
8  Telephone:  (949)-760-0404; Facsimile:  (949)-760-9502
9
10 Adam B. Powell (Bar No. 272725)
   adam.powell@knobbe.com
11 **KNOBBE, MARTENS, OLSON & BEAR, LLP**
12 12790 El Camino Real
   San Diego, CA 92130
13 Telephone: (858) 707-4000; Facsimile: (858) 707-4001
14
15 Attorneys for Plaintiffs,
   Masimo Corporation and Cercacor Laboratories, Inc.
16
17          **IN THE UNITED STATES DISTRICT COURT**
18        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
19                  **SOUTHERN DIVISION**
20
   MASIMO CORPORATION,                ) Case No. 8:20-cv-00048-JVS-JDE
21 a Delaware corporation; and        )
   CERCACOR LABORATORIES, INC.,       ) **PLAINTIFFS' SECOND SET OF**
22 a Delaware corporation             ) **REQUESTS FOR PRODUCTION**
                                      ) **OF DOCUMENTS TO**
23          Plaintiffs,               ) **DEFENDANT APPLE INC. (NOS.**
                                      ) **26-60)**
24        v.                          )
                                      )
25 APPLE INC., a California corporation )
                                      ) Hon. James V. Selna
26        Defendant.                  ) Magistrate Judge John D. Early
                                      )
27                                    )
                                      )
28

Exhibit 2
-11-

**REQUEST FOR PRODUCTION NO. 47:**

All documents and things that refer or relate to Heart Rate Context as used in the "Details" section of the "All Recorded Data" for Heart Rate in the iOS Health App.

**REQUEST FOR PRODUCTION NO. 48:**

All documents and things that refer or relate to changes in Heart Rate Context (e.g., Sedentary, Streaming, Workout, Background).

**REQUEST FOR PRODUCTION NO. 49:**

All documents and things that refer or relate to operation of LEDs for each of the types of Heart Rate Context (e.g., Sedentary, Streaming, Workout, Background).

**REQUEST FOR PRODUCTION NO. 50:**

Three of each of the Apple Watch Products.

**REQUEST FOR PRODUCTION NO. 51:**

All year-end financial statements and/or annual reports from Apple from 2015 to the present.

**REQUEST FOR PRODUCTION NO. 52:**

Documents sufficient to show (on a monthly basis) the units sold, unit price, sales, costs, and profits from 2015 to the present for each version of the Apple Watch Products.

**REQUEST FOR PRODUCTION NO. 53:**

Documents sufficient to show (on a monthly basis) all revenue sources, costs and profits from 2015 to present for all products or services that are associated, are convoyed with, or are functionally related to each version of the Apple Watch Products.

**REQUEST FOR PRODUCTION NO. 54:**

All documents and things reflecting or concerning the pricing, cost, margin, and sales of each version of the Apple Watch Products.

Exhibit 2
-12-

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: May 12, 2020             By: /s/ Adam B. Powell
                                    Joseph R. Re
                                    Stephen C. Jensen
                                    Perry D. Oldham
                                    Stephen W. Larson
                                    Adam B. Powell

                                    Attorneys for Plaintiffs,
                                    Masimo Corporation and
                                    Cercacor Laboratories, Inc.

-10-

Exhibit 2
-13-

**PROOF OF SERVICE**

I am a citizen of the United States of America and I am employed in Irvine, California.  I am over the age of 18 and not a party to the within action.

On May 12, 2020, I served the within **PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT APPLE INC. (NOS. 26-60)** on the parties or their counsel shown at the email addresses shown below:

GIBSON, DUNN & CRUTCHER LLP

Joshua H. Lerner
JLerner@gibsondunn.com

H. Mark Lyon,
MLyon@gibsondunn.com

Brian M. Buroker
BBuroker@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on May 12, 2020, at Irvine, California.

Karina Villanueva

32414069

-11-

Exhibit 2
-14-

# EXHIBIT 3

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone:  (949) 760-0404; Facsimile:  (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) **PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT APPLE INC. (NOS. 61-147)**<br>)<br>)<br>) Hon. James V. Selna<br>) Magistrate Judge John D. Early<br>)<br>) |

Exhibit 3
-15-

**REQUEST FOR PRODUCTION NO. 74:**

All documents and things that refer or relate to the performance of non-invasive physiological measurements for the Apple Watch Series 3.

**REQUEST FOR PRODUCTION NO. 75:**

All documents and things that refer or relate to the performance of non-invasive physiological measurements for the Apple Watch Series 4 and later.

**REQUEST FOR PRODUCTION NO. 76:**

All documents and things that refer or relate to changes in the performance of non-invasive physiological measurements between the Apple Watch Series 3 and the Apple Watch Series 4.

**REQUEST FOR PRODUCTION NO. 77:**

All documents and things that refer or relate to changes in the performance of non-invasive physiological measurements between the Apple Watch Series 4 and the Apple Watch Series 5.

**REQUEST FOR PRODUCTION NO. 78:**

The complete source code, including prior versions, revisions, and comments, that relates to the following features of Apple Watch Products: LEDs, photodiodes, duty cycle, changes in measurement modes, heart rate context, calculation of physiological parameters based on detected optical signals, determination of heart rate, the health application, the breathe application, and communications of physiological parameters to Apple iOS Products.

**REQUEST FOR PRODUCTION NO. 79:**

The complete source code, including prior versions, revisions, and comments, that relates to the following features of Apple iOS Products: communication of physiological parameters from Apple Watch Products, the health application, and tracking of physiological parameters over time.

-6-

Exhibit 3
-16-

requests for production, responses to interrogatories, responses to requests for admission, and all supplemental disclosures and responses.

**REQUEST FOR PRODUCTION NO. 146:**

All documents and things relating to the contents and/or subject matter of any declarations or affidavits filed by You in this litigation.

**REQUEST FOR PRODUCTION NO. 147:**

All documents and things upon which You intend to rely upon, use, or introduce at trial, for any purpose, including to introduce into evidence, or use as impeachment, rebuttal, or demonstrative purposes.


KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 17, 2020           By: */s/ Adam B. Powell*
                                   Joseph R. Re
                                   Stephen C. Jensen
                                   Perry D. Oldham
                                   Stephen W. Larson
                                   Adam B. Powell

                                   Attorneys for Plaintiffs,
                                   Masimo Corporation and
                                   Cercacor Laboratories, Inc.

-17-

Exhibit 3
-17-

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California.  I am over the age of 18 and not a party to the within action.

On July 17, 2020, I served the within **PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT APPLE INC. (NOS. 61-147)** on the parties or their counsel shown at the email addresses shown below:

GIBSON, DUNN & CRUTCHER LLP

| | |
|---|---|
| Apple-Masimo@gibsondunn.com | Brian A. Rosenthal<br>BRosenthal@gibsondunn.com |
| Joshua H. Lerner<br>JLerner@gibsondunn.com | Ilissa Samplin<br>ISamplin@gibsondunn.com |
| H. Mark Lyon,<br>MLyon@gibsondunn.com | Angelique Kaounis<br>AKaounis@gibsondunn.com |
| Brian M. Buroker<br>BBuroker@gibsondunn.com | |
| Brian K. Andrea<br>BAndrea@gibsondunn.com | |

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on July 17, 2020, at Irvine, California.

_____

Karina Villanueva

32420011

-18-

Exhibit 3
-18-

# EXHIBIT 4

DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 5

DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 6

DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 7

DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 8

DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 9

DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 10

JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street Suite 3000
San Francisco, CA 94105
Tel.:  415.393.8200 / Fax:  415.393.8306

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.:  650.849.5300 / Fax:  650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.:  202.955.8500 / Fax:  202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.:  212.351.2339 / Fax:  212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP 333
South Grand Avenue
Los Angeles, CA 90071-3197
Tel.:  213.229.7000 / Fax:  213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP 2029
Century Park East Suite 4000
Los Angeles, CA 90067
Tel.:  310.552.8546 / Fax:  310.552.7026

MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel:  650.858.6000 / Fax:  650.858.6100

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, | CASE NO. 8:20-cv-00048-JVS (JDEx) |
| Plaintiffs, | **DEFENDANT APPLE INC.'S SEVENTEENTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC. (NOS. 401-432)** |
| v. | |
| APPLE INC., a California corporation, | Hon. James V. Selna |
| Defendant. | Magistrate Judge John D. Early |

Gibson, Dunn & Crutcher LLP

APPLE INC.'S SEVENTEENTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFFS MASIMO AND CERCACOR – CASE NO. 8:20-CV-00048-JVS (JDEX)

Exhibit 10
-86-

### III.   <u>REQUESTS FOR PRODUCTION</u>

**REQUEST FOR PRODUCTION NO. 401:**

A copy of the video and/or audio recording of the Kiani Interview, including, without limitation, any video and/or audio outtakes of the Kiani Interview.

**REQUEST FOR PRODUCTION NO. 402:**

Communications between Plaintiffs and Bloomberg Government relating to the Kiani Interview.

**REQUEST FOR PRODUCTION NO. 403:**

Communications between Plaintiffs and Brad Stone relating to the Kiani Interview.

**REQUEST FOR PRODUCTION NO. 404:**

Communications between Plaintiffs and the Innovation Alliance relating to the Kiani Interview.

**REQUEST FOR PRODUCTION NO. 405:**

Documents relating to the Kiani Interview, including, without limitation, any scripts, talking points, outlines, fact sheets, and/or summaries.

**REQUEST FOR PRODUCTION NO. 406:**

Documents and Communications between Vimeo, LLC relating to the video and/or audio recording of the Kiani Interview.

**REQUEST FOR PRODUCTION NO. 407:**

Documents referring or relating to Apple's ResearchKit.

**REQUEST FOR PRODUCTION NO. 408:**

Documents referring or relating to Apple's HealthKit.

**REQUEST FOR PRODUCTION NO. 409:**

Documents referring or relating to Apple's CareKit.

**REQUEST FOR PRODUCTION NO. 410:**

Documents referring or relating to any effort by Apple to partner or otherwise collaborate with any hospital concerning the Apple Watch.

Gibson, Dunn & Crutcher LLP

9

Exhibit 10
-87-

1      Dated: February 28, 2022      Respectfully submitted,

2

3                                JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER

4                                BRIAN A. ROSENTHAL
ILISSA SAMPLIN

5                                ANGELIQUE KAOUNIS
BRIAN K. ANDREA

6                                GIBSON, DUNN & CRUTCHER LLP

7                                MARK D. SELWYN
WILMER CUTLER PICKERING

8                                HALE AND DORR LLP

9

10                           By: */s/ Joshua H. Lerner*
                                  Joshua H. Lerner

11

12                              *Attorneys for Defendant Apple Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13

APPLE INC.'S SEVENTEENTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO
PLAINTIFFS MASIMO AND CERCACOR – CASE NO. 8:20-CV-00048-JVS (JDEX)

Exhibit 10
-88-

<u>**CERTIFICATE OF SERVICE**</u>

I am a citizen of the United States of America and I am employed in the Town of Stamford, State of Connecticut, I am over the age of eighteen years and am not a party to the within action; my business address is 1050 Connecticut Ave., N.W., in Washington, District of Columbia.

On February 28, 2022, I served a true and correct copy of the foregoing **DEFENDANT APPLE INC.'S SEVENTEENTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC. (NOS. 401-432)** on the parties or their counsel at the email addresses shown below:

> KNOBBE, MARTENS, OLSON & BEAR, LLP
>
> Joseph R. Re
> joseph.re@knobbe.com
>
> Stephen C. Jensen
> steve.jensen@knobbe.com
>
> Perry D. Oldham
> perry.oldham@knobbe.com
>
> Stephen W. Larson
> stephen.larson@knobbe.com
>
> Adam B. Powell
> adam.powell@knobbe.com
>
> Mark Kachner
> mark.kachner@knobbe.com

I certify and declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on February 28, 2022, at Stamford, Connecticut.

By: _____
       A. David Brzozowski, II

Gibson, Dunn & Crutcher LLP

APPLE INC.'S SEVENTEENTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFFS MASIMO AND CERCACOR – CASE NO. 8:20-CV-00048-JVS (JDEX)

Exhibit 10
-89-

# EXHIBIT 11

DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 12

DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 13

DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 14

DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 15

1  JOSHUA H. LERNER, SBN 220755
2    jlerner@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
3  555 Mission Street Suite 3000
   San Francisco, CA 94105
4  Tel.: 415.393.8200 / Fax: 415.393.8306

5  H. MARK LYON, SBN 162061
6    mlyon@gibsondunn.com                    ILISSA SAMPLIN, SBN 314018
   GIBSON, DUNN & CRUTCHER LLP                 isamplin@gibsondunn.com
7  1881 Page Mill Road                      GIBSON, DUNN & CRUTCHER LLP 333
   Palo Alto, CA 94304-1211                 South Grand Avenue
8  Tel.: 650.849.5300 / Fax: 650.849.5333  Los Angeles, CA 90071-3197
                                            Tel.: 213.229.7000 / Fax: 213.229.7520
9  BRIAN M. BUROKER, *pro hac vice*
10   bburoker@gibsondunn.com                ANGELIQUE KAOUNIS, SBN 209833
   BRIAN K. ANDREA, *pro hac vice*            akaounis@gibsondunn.com
11   bandrea@gibsondunn.com                 GIBSON, DUNN & CRUTCHER LLP 2029
   GIBSON, DUNN & CRUTCHER LLP              Century Park East Suite 4000
12 1050 Connecticut Avenue, N.W.            Los Angeles, CA 90067
   Washington, D.C. 20036                   Tel.: 310.552.8546 / Fax: 310.552.7026
13 Tel.: 202.955.8500 / Fax: 202.467.0539
14                                          MARK D. SELWYN. SBN 244180
   BRIAN A. ROSENTHAL, *pro hac vice*         mark.selwyn@wilmerhale.com
15   brosenthal@gibsondunn.com              WILMER CUTLER PICKERING
   GIBSON, DUNN & CRUTCHER LLP                HALE AND DORR LLP
16 200 Park Avenue                          2600 El Camino Real, Suite 400
   New York, NY 10166-0193                  Palo Alto, California 94306
17 Tel.: 212.351.2339 / Fax: 212.817.9539  Tel: 650.858.6000 / Fax: 650.858.6100

18 *Attorneys for Defendant Apple Inc.*

19              **UNITED STATES DISTRICT COURT**
20 **FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

21 MASIMO CORPORATION,                    CASE NO. 8:20-cv-00048-JVS (JDEx)
   a Delaware corporation; and
22 CERCACOR LABORATORIES, INC.,           **DEFENDANT APPLE INC.'S**
   a Delaware corporation,                **SIXTEENTH SET OF REQUESTS**
23                                         **FOR PRODUCTION OF**
                                           **DOCUMENTS AND THINGS TO**
24            Plaintiffs,                  **PLAINTIFFS MASIMO**
                                           **CORPORATION AND CERCACOR**
25       v.                                **LABORATORIES, INC. (NOS. 358-400)**
26 APPLE INC.,
   a California corporation,               Hon. James V. Selna
27
              Defendant.                   Magistrate Judge John D. Early
28

Gibson, Dunn &
Crutcher LLP

**REQUEST FOR PRODUCTION NO. 393:**

All Documents, Communications, and Things relating to the development of any Cercacor personal health application, including, without limitation, laboratory notebooks, memoranda, product specifications, conceptual drawings, schematics, diagrams, meeting minutes, and presentations.

**REQUEST FOR PRODUCTION NO. 394:**

**REQUEST FOR PRODUCTION NO. 395:**

Documents, Communications, and Things demonstrating that Plaintiffs had a strategy for marketing an FDA-cleared, approved, or regulated consumer product for medical use before January 21, 2014.

**REQUEST FOR PRODUCTION NO. 396:**

Documents, Communications, and Things relating to the development of the Masimo Personal Health Application, including, without limitation, laboratory notebooks, memoranda, product specifications, conceptual drawings, schematics, diagrams, meeting minutes, and presentations.

**REQUEST FOR PRODUCTION NO. 397:**

Documents, Communications, and Things relating to the development of any Cercacor personal health application, including, without limitation, laboratory notebooks, memoranda, product specifications, conceptual drawings, schematics, diagrams, meeting minutes, and presentations.

**REQUEST FOR PRODUCTION NO. 398:**

Documents, Communications, and Things related to any business plans and/or marketing plans relating to the Masimo Personal Health Application.

**REQUEST FOR PRODUCTION NO. 399:**

Gibson, Dunn & Crutcher LLP

APPLE INC.'S SIXTEENTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFFS MASIMO AND CERCACOR – CASE NO. 8:20-CV-00048-JVS (JDEX)

Exhibit 15
-108-

Documents, Communications, and Things related to any business plans and/or marketing plans relating to any Cercacor personal health application.

**REQUEST FOR PRODUCTION NO. 400:**

Communications with any hospital or institutional healthcare provider relating to or demonstrating the functionality of the Masimo Personal Health Application or any Cercacor personal health application.

Dated: February 8, 2022          Respectfully submitted,

JOSHUA H. LERNER
H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN K. ANDREA
GIBSON, DUNN & CRUTCHER LLP

MARK D. SELWYN
WILMER CUTLER PICKERING
HALE AND DORR LLP


By: */s/ Joshua H. Lerner*
         Joshua H. Lerner

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn &
Crutcher LLP

15

APPLE INC.'S SIXTEENTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO
PLAINTIFFS MASIMO AND CERCACOR – CASE NO. 8:20-CV-00048-JVS (JDEX)

Exhibit 15
-109-

## CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in the Town of Stamford, State of Connecticut, I am over the age of eighteen years and am not a party to the within action; my business address is 1050 Connecticut Ave., N.W., in Washington, District of Columbia.

On February 8, 2022, I served a true and correct copy of the foregoing **DEFENDANT APPLE INC.'S SIXTEENTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC. (NOS. 358-400)** on the parties or their counsel at the email addresses shown below:

> KNOBBE, MARTENS, OLSON & BEAR, LLP
>
> Joseph R. Re
> joseph.re@knobbe.com
>
> Stephen C. Jensen
> steve.jensen@knobbe.com
>
> Perry D. Oldham
> perry.oldham@knobbe.com
>
> Stephen W. Larson
> stephen.larson@knobbe.com
>
> Adam B. Powell
> adam.powell@knobbe.com
>
> Mark Kachner
> mark.kachner@knobbe.com

I certify and declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on February 8, 2022, at Stamford, Connecticut.

By: _____
   A. David Brzozowski, II

16

Exhibit 15
-110-