IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE INC.'S MOTION TO REVIEW SPECIAL MASTER ORDER NO. 9** |

1     Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Opposition to Defendant Apple Inc.'s Motion to Review Special Master Order No. 9, and finding good cause therefor, the Application is GRANTED.

    **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the proposed redacted portions of Plaintiffs' Opposition to Defendant Apple Inc.'s Motion to Review Special Master Order No. 9, the proposed redacted portions of the Declaration of Baraa Kahf filed in support of Plaintiffs' Opposition, and Exhibits B, D, and F to the Declaration of Baraa Kahf.

DATED: _____            _____

                                                                    The Honorable James V. Selna
United States District Judge