1  Joseph R. Re (Bar No. 134479)
   joseph.re@knobbe.com
2  Stephen C. Jensen (Bar No. 149894)
   steve.jensen@knobbe.com
3  Benjamin A. Katzenellenbogen (Bar No. 208527)
   ben.katzenellenbogen@knobbe.com
4  Perry D. Oldham (Bar No. 216016)
   perry.oldham@knobbe.com
5  Stephen W. Larson (Bar No. 240844)
   stephen.larson@knobbe.com
6  Justin J. Gillett (Bar No. 298150)
   justin.gillett@knobbe.com
7  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
8  Irvine, CA 92614
   Telephone: (949) 760-0404; Facsimile: (949) 760-9502
9
   Adam B. Powell (Bar. No. 272725)
10 adam.powell@knobbe.com
   Daniel P. Hughes (Bar No. 299695)
11 daniel.hughes@knobbe.com
   KNOBBE, MARTENS, OLSON & BEAR, LLP
12 3579 Valley Centre Drive
   San Diego, CA 92130
13 Telephone: (858) 707-4000; Facsimile: (858) 707-4001

14 [Counsel appearance continues on next page]

15 Attorneys for Plaintiffs,
   MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

16        IN THE UNITED STATES DISTRICT COURT

17      FOR THE CENTRAL DISTRICT OF CALIFORNIA

18                 SOUTHERN DIVISION

19

20 MASIMO CORPORATION,                  ) Case No. 8:20-cv-00048-JVS-JDE
   a Delaware corporation; and          )
21 CERCACOR LABORATORIES, INC.,         ) DECLARATION OF BARAA KAHF
   a Delaware corporation               ) IN SUPPORT OF OPPOSITION TO
22                                       ) DEFENDANT APPLE INC.'S
              Plaintiffs,               ) MOTION TO REVIEW OF SPECIAL
23                                       ) MASTER ORDER NO. 9
          v.                            )
24                                       ) Date:   July 11, 2022
   APPLE INC., a California corporation ) Time:   1:30 p.m.
25                                       ) Ctrm:   10C
              Defendant.                )
26                                       ) Hon. James V. Selna
                                         )
27 ─────────────────────────────────────)

28        REDACTED VERSION OF DOCUMENT
          PROPOSED TO BE FILED UNDER SEAL

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

1  I, Baraa Kahf, hereby declare as follows:

2  1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP,

3  counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.

4  (collectively, "Masimo") in this action. I have personal knowledge of the matters set

5  forth in this declaration and, if called upon as a witness, would testify competently

6  thereto. I submit this Declaration in Support of Masimo's Opposition to Apple's

7  Motion to Review Special Master Order No. 9.

8  2. On May 26, my colleague Adam Powell informed Apple that Masimo

9  intended to reproduce its entire production from the ITC Investigation in this case.

10  Masimo formally reproduced the 1.4 million pages of additional documents on June 8,

11  which were delivered to Apple on June 10.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 ████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████

3 ████████████████████████████████████████████████████

4 ████████████████████████████████████████████████████

5 ████████████████████████████████████████████████████

6 ████████████████████████████████████████████████████

7 ████████████████████████████████████████████████████

8 ████████████████████████████████████████████████████

9 ████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████

12 ████████

13 ████████████

14 ████████████████████████████████████████████████████

15 ████████████████████████████████████████████████████

16 ████████████████████████████████████████████████████

17 ████████████████████████████████████████████████████

18 ████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████

20 ██████████████████████████

21      5.     Earlier in the litigation, Masimo originally produced more than 24,000

22 pages of documents relating to W1, and then continued to produce other responsive

23 documents Masimo found in discovery.  Masimo then conducted an entire additional

24 round of ESI searching using Apple's requested W1 search terms, resulting in a

25 production of 145,045 pages of documents.  Masimo's recent reproduction of its ITC

26 documents has resulted in Masimo producing over 1.2 million pages of W1 documents.

27 ████████████████████████████████████████████████████

28 ████████████████████████████████████████████████████



9.      Masimo has produced at least 1,830,709 pages of documents relating to the W1, MightySat, iSpO2, and Radius PPG.  As discussed above, Masimo estimates that it has produced at least 1,192,219 pages of documents concerning W1.  A keyword search of "MightySat" indicates that Masimo has produced at least 340,487 pages of documents relating to MightySat.  A keyword search of "iSpO2" indicates that Masimo has produced at least 288,589 pages of documents relating to iSpO2.  A keyword search of "Radius PPG" indicates that Masimo has produced at least 128,345 pages of documents relating to Radius PPG.

10.      Masimo's production already includes a substantial amount of marketing documents regarding the W1 as well as the other products Apple may contend fall within its definition of wrist-worn products.  For example, a keyword search for the terms market* or promot* or brochure or "sales training" results in documents totaling 543,393 pages of documents for the W1, 410,338 pages of documents for MightySat, 312,805 pages of documents for iSpO2, and 99,467 pages of documents for Radius PPG.

11.      To date, Masimo has produced 4,976,579 pages of documents.  In contrast, Apple has produced 2,523,204 pages.

12.      Attached hereto as **Exhibit A** is a true and correct copy of the transcript for a November 18, 2021 hearing before Magistrate Judge John D. Early regarding Masimo's motion to modify the protective order.

13.      Attached hereto as **Exhibit B [Filed Under Seal]** is a true and correct copy of the transcript for a September 29, 2021 hearing before Special Master Andrew Guilford regarding Masimo's motion to compel discovery on unreleased Apple Watch products.

14.      Attached hereto as **Exhibit C** is a true and correct copy of a May 26, 2022 email sent from Adam Powell, counsel of record in this matter, to Apple's counsel.

15.      Attached hereto as **Exhibit D [Filed Under Seal]** is a true and correct copy of a letter brief that Masimo submitted to Special Master Andrew Guilford on

August 31, 2021 in support of Masimo's Motion to Compel discovery on unreleased Apple Watch products.

16. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from Masimo's Responses to Apple's First Set of Requests for Production of Documents and Things (Nos. 1-78).

17. Attached hereto as **Exhibit F [Filed Under Seal]** is a true and correct copy of the transcript for a March 24, 2022 hearing before Special Master Andrew Guilford regarding three discovery motions.

18. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the transcript for a May 20, 2021 hearing before Magistrate Judge John D. Early regarding two Masimo motions to compel further discovery responses.

19. Attached hereto as **Exhibit H** is a true and correct copy of an email I received on November 9, 2021, from Kenneth G. Parker, counsel of record for Apple.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on June 21, 2022, at Butte, Montana.

*/s/ Baraa Kahf*
Baraa Kahf

55686655