Name and address:
PILLSBURY WINTHROP SHAW PITTMAN LLP
MICHAEL E. ZELIGER (SBN 271118)
michael.zeliger@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304-1115

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MASIMO CORPORATION, et al.

Plaintiff(s),

v.

APPLE INC.

Defendant(s).

CASE NUMBER: 8:20-cv-00048-JVS-JDE

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Roozen, Theresa A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202.663.8185 — *Telephone Number*
202.663.8007 — *Fax Number*
theresa.roozen@pillsburylaw.com — *E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Rackley Photonics Holdings, Ltd.

Name(s) of Party(ies) Represented

[ ] Plaintiff(s)  [ ] Defendant(s)  [X] Other: Non-party (subpoena)

and designating as Local Counsel
Zeliger, Michael
*Designee's Name (Last Name, First Name & Middle Initial)*

271118 — *Designee's Cal. Bar No.*
650.233.4500 — *Telephone Number*
650.233.4545 — *Fax Number*
michael.zeliger@pillsburylaw.com — *E-Mail Address*

of Pillsbury Winthrop Shaw Pittman LLP
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: _____
    [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
    [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: [ ] be refunded [ ] not be refunded.

Dated 6/22/22

*U.S. District Judge* James V Selna

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1