Name and address:

PILLSBURY WINTHROP SHAW PITTMAN LLP
MICHAELE. ZELIGER (SBN 271118)
michael.zeliger@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304-1115

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MASIMO CORPORATION, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:20-cv-00048-JVS-JDE |
| v. | |
| APPLE INC. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Rusnak, Eric C.                                     of

*Applicant's Name (Last Name, First Name & Middle Initial)*

202.663.8164                202.663.8007

*Telephone Number*        *Fax Number*

eric.rusnak@pillsburylaw.com

*E-Mail Address*

> Pillsbury Winthrop Shaw Pittman LLP
> 1200 Seventeenth Street, NW
> Washington, DC 20036
>
> *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Rockley Photonics Holdings, Ltd.

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:* Non-party (subpoena)

**and designating as Local Counsel**

Zeliger, Michael                                     of

*Designee's Name (Last Name, First Name & Middle Initial)*

271118          650.233.4500          650.233.4545

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

michael.zeliger@pillsburylaw.com

*E-Mail Address*

> Pillsbury Winthrop Shaw Pittman LLP
> 2550 Hanover Street
> Palo Alto, CA 94304-1115
>
> *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**