JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **APPLE'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS OBJECTIONS TO SPECIAL MASTER ORDER NO. 9** <br><br> Date: July 11, 2022 <br> Time: 1:30 p.m. <br><br> Discovery Cut-Off: 8/12/2022 <br> Pre-Trial Conference: 3/13/2023 <br> Trial: 3/28/2023 |

Wilmer Cutler
Pickering Hale
and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS OBJECTIONS TO SPECIAL
MASTER ORDER NO. 9                                   CASE NO. 8:20-cv-00048-JVS (JDEX)

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel: 720.274.3152 / Fax: 720.273.3133

KENNETH G. PARKER, SBN 182911
  ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Tel: 949.202.3014 / Fax: 949.202.3152

APPLE'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS OBJECTIONS TO SPECIAL
MASTER ORDER NO. 9                                      CASE NO. 8:20-cv-00048-JVS (JDEX)

1    Pursuant to Local Rule 79-5.2.2, Apple requests that the Court grant leave to file

2    under seal Apple's Reply In Support Of Its Objections to Special Master Order No. 9

3    ("Reply").  As detailed in the accompanying Declaration of Mark D. Selwyn, the

4    redacted portions of Apple's Reply quote, reference, or summarize documents that this

5    Court has already sealed, *see* Dkts. 746, 784.

6    Accordingly, Apple respectfully requests an order granting leave to file its Reply

7    under seal.

8

9    Dated:  June 27, 2022                     Respectfully submitted,

10                                             H. MARK LYON
                                               BRIAN M. BUROKER
11                                             BRIAN A. ROSENTHAL
                                               ILISSA SAMPLIN
12                                             ANGELIQUE KAOUNIS
                                               GIBSON, DUNN & CRUTCHER LLP
13
                                               MARK D. SELWYN
14                                             JOSHUA H. LERNER
                                               NORA Q.E. PASSAMANECK
15                                             WILMER CUTLER PICKERING HALE
                                                AND DORR LLP
16
                                               KENNETH G. PARKER
17                                             HAYNES AND BOONE, LLP

18

19                                             By:  */s/ Mark D. Selwyn*
                                                    Mark D. Selwyn
20

21                                             *Attorneys for Defendant Apple Inc.*

22

23

24

25

26

27

28

Wilmer Cutler
Pickering Hale
and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS OBJECTIONS TO SPECIAL
MASTER ORDER NO. 9                     1                     CASE NO. 8:20-cv-00048-JVS (JDEx)