# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

        Plaintiffs,

  v.

APPLE INC.,
a California corporation,

        Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL**

1   This matter is before the Court pursuant to Apple's Application to File Under
2   Seal Its Reply In Support Of Its Objections to Special Master Order No. 9
3   ("Application") under Local Rule 79-5.2.2.  Having considered the Application To File
4   Under Seal and supporting documents, and all other matters properly before the Court,
5   being fully advised on the proceedings, and for good cause appearing:
6   IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is
7   GRANTED.  Apple shall file under seal its Reply In Support Of Its Objections to
8   Special Master Order No. 9 ("Reply").

10  **IT IS SO ORDERED.**

12  Dated: _____     _____
13                                      The Hon. James V. Selna
                                         United States District Court Judge