# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL** |

1    This matter is before the Court pursuant to Apple's Application to File Under Seal A Document Regarding Its Reply In Support Of Its Motion To Clarify Or Reconsider Order Regarding Plaintiffs' Motion To Modify Trade Secret Disclosure (Dkt. 669) ("Application To File Under Seal") under Local Rule 79-5.2.2.  Having considered the Application To File Under Seal and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

   IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is GRANTED.  Apple shall file under seal its Reply In Support Of Motion To Clarify Or Reconsider Order Regarding Plaintiffs' Motion To Modify Trade Secret Disclosure (Dkt. 669) ("Reply").

   **IT IS SO ORDERED.**

Dated: 6/28/22

                              _____
                              The Hon. James V. Selna
                              United States District Court Judge