Name and address:
Robert A. Vincent
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation and Cercacor Laboratories, Inc.<br><br>Plaintiff(s)<br>v.<br>Apple, Inc.<br><br>Defendant(s). | **CASE NUMBER**<br>8:20-cv-00048-JVS-JDE<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Vincent, Robert A.   of   Gibson, Dunn & Crutcher LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*         2001 Ross Avenue Suite 2100
                                                                     Dallas, TX 75201
214-698-3281    214-571-2921
*Telephone Number*   *Fax Number*

rvincent@gibsondunn.com
*E-Mail Address*        *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Apple Inc.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Kaounis, Angelique   of   Gibson, Dunn & Crutcher LLP
*Designee's Name (Last Name, First Name & Middle Initial)*         2029 Century Park East
                                                                     Suite 400
                                                                     Los Angeles, CA 90067-3026
209833    310-552-8546    310-552-7026
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

AKaounis@gibsondunn.com
*E-Mail Address*        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                                    _____
                                                U.S. District Judge/U.S. Magistrate Judge