Name and address:
Nina Garcia
Wilmer Cutler Pickering Hale and Dorr LLP
60 State St.
Boston, MA 02109

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Masimo Corporation and Ceracor Laboratories, Inc.

v.                                                          Plaintiff(s)

Apple Inc.

                                                            Defendant(s).

**CASE NUMBER**

8:20 cv 00048 JVS (DEx)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Garcia, Josefina B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

617-526-6446      617-526-5000
*Telephone Number*   *Fax Number*

Nina.Garcia@wilmerhale.com
*E-Mail Address*

of

Wilmer Cutler Pickering Hale and Dorr LLP
60 State St.
Boston, MA 02109
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Apple Inc.

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other: _____

and designating as Local Counsel

Gosma, Derek
*Designee's Name (Last Name, First Name & Middle Initial)*

274515         213-443-5308     213-443-5400
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

Derek.Gosma@wilmerhale.com
*E-Mail Address*

of

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☒ not be refunded.

Dated   6/30/22

*U.S. District Judge James V Selna*

G 64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1