Robert A. Vincent
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201

Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation and Cercacor Laboratories, Inc.<br><br>Plaintiff(s)<br><br>v.<br><br>Apple, Inc.<br><br>Defendant(s). | **CASE NUMBER**<br>8:20-cv-00048-JVS-JDE<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Vincent, Robert A.            of    Gibson, Dunn & Crutcher LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     2001 Ross Avenue Suite 2100
214-698-3281       214-571-2921                                 Dallas, TX 75201
*Telephone Number*   *Fax Number*
rvincent@gibsondunn.com
*E-Mail Address*                                *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Apple Inc.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Kaounis, Angelique                 of   Gibson, Dunn & Crutcher LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    2029 Century Park East
209833     310-552-8546    310-552-7026                        Suite 400
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*    Los Angeles, CA 90067-3026
AKaounis@gibsondunn.com
*E-Mail Address*                                *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated       June 30, 2022                              /s/ James V. Selna
                                                       U.S. District Judge James V Selna

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1