Robert A. Vincent
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201

Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation and Cercacor Laboratories, Inc.<br><br>Plaintiff(s)<br>v.<br><br>Apple, Inc.<br><br>Defendant(s). | **CASE NUMBER**<br>8:20-cv-00048-JVS-JDE<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Vincent, Robert A.     of     Gibson, Dunn & Crutcher LLP
                               2001 Ross Avenue Suite 2100
*Applicant's Name (Last Name, First Name & Middle Initial)*     Dallas, TX 75201

214-698-3281     214-571-2921
*Telephone Number*     *Fax Number*

rvincent@gibsondunn.com
*E-Mail Address*     *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Apple Inc.

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Kaounis, Angelique     of     Gibson, Dunn & Crutcher LLP
                               2029 Century Park East
*Designee's Name (Last Name, First Name & Middle Initial)*     Suite 400
                               Los Angeles, CA 90067-3026
209833     310-552-8546     310-552-7026
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

AKaounis@gibsondunn.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded, ☐ not be refunded.

Dated   6/30/22

*/s/ James V. Selna*
U.S. District Judge James V Selna

G-64 ORDER (5/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1