Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

*Counsel for Defendants listed on next page.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**JOINT STIPULATION FOR EXPEDITED BRIEFING AND REQUEST FOR EXPEDITED CONSIDERATION OF PLAINTIFFS' MOTION TO INCREASE DEPOSITION HOURS** |

1  JOSHUA H. LERNER, SBN 220755
2     joshua.lerner@wilmerhale.com
   WILMER CUTLER PICKERING
3  HALE AND DORR LLP
   1 Front Street, Suite 3500
4  San Francisco, CA 94111
5  Tel.: 628.235.1000 / Fax: 628.235.1001
   H. MARK LYON, SBN 162061
6  mlyon@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
8  Palo Alto, CA 94304-1211
9  Tel.: 650.849.5300 / Fax: 650.849.5333

10 BRIAN M. BUROKER, *pro hac vice*
   bburoker@gibsondunn.com
11 GIBSON, DUNN & CRUTCHER LLP
12 1050 Connecticut Avenue, N.W.
   Washington, D.C. 20036
13 Tel.: 202.955.8500 / Fax: 202.467.0539
14
15 BRIAN A. ROSENTHAL, *pro hac vice*
   brosenthal@gibsondunn.com
16 GIBSON, DUNN & CRUTCHER LLP
17 200 Park Avenue
   New York, NY 10166-0193
18 Tel.: 212.351.2339 / Fax: 212.817.9539
19
20 ILISSA SAMPLIN, SBN 314018
   isamplin@gibsondunn.com
21 GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
22 Los Angeles, CA 90071-3197
23 Tel.: 213.229.7000 / Fax: 213.229.7520

24 ANGELIQUE KAOUNIS, SBN 209833
25 akaounis@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
26 2029 Century Park East Suite 4000
27 Los Angeles, CA 90067
   Tel.: 310.552.8546 / Fax: 310.552.7026
28

Kenneth G. Parker, SBN 182911
Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Tel: 949.202.3014 / Fax: 949.202.3001

MARK D. SELWYN, SBN 244180
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

Attorneys for Defendant Apple Inc.

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), respectfully submit this Stipulation For Expedited Briefing And Request For Expedited Consideration of Plaintiffs' Motion To Increase Deposition Hours (the "Motion").

WHEREAS, the Court previously allowed the Parties to take 100 hours of fact depositions per side (Dkt. 37);

WHEREAS, the Parties disagree as to whether that limit should be increased; and

WHEREAS, a regularly noticed motion cannot be heard before the close of fact discovery on August 12, 2022 (Dkt. 627).

ACCORDINGLY, in an effort to eliminate the need for Masimo to seek *ex parte* relief, the parties hereby stipulate to the following briefing schedule for the Motion:

1. Masimo will file an opening brief of no more than five pages on July 18, 2022;
2. Apple will file an opposition of no more than five pages on July 20, 2022;
3. Masimo will file a reply of no more than three pages on July 21, 2022; and
4. The Parties respectfully request the Court resolve the dispute as soon as practicable under the circumstances.

SO STIPULATED.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 18, 2022

By: */s/ Adam B. Powell*
Joseph R. Re
Stephen C. Jensen
Benjamin A. Katzenellenbogen
Perry D. Oldham
Stephen W. Larson
Mark D. Kachner
Adam B. Powell
Daniel P. Hughes

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.

-1-

|   |   |
|---|---|
| | GIBSON, DUNN & CRUTCHER LLP |
| Dated: July 18, 2022 | By: */s/ Nora Passamaneck (with permission)* |
| | Joshua H. Lerner |
| | H. Mark Lyon |
| | Brian M. Buroker |
| | Brian A. Rosenthal |
| | Ilissa Samplin |
| | Angelique Kaounis |
| | GIBSON, DUNN & CRUTCHER LLP |
| | |
| | Kenneth G. Parker |
| | HAYNES AND BOONE, LLP |
| | |
| | Mark D. Selwyn |
| | Nora Passamaneck |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |

**ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

Dated: July 18, 2022                               By: */s/ Adam B. Powell*