```
 1  Joseph R. Re (Bar No. 134479)
    joseph.re@knobbe.com
 2  Stephen C. Jensen (Bar No. 149894)
    steve.jensen@knobbe.com
 3  Benjamin A. Katzenellenbogen (Bar No. 208527)
    ben.katzenellenbogen@knobbe.com
 4  Perry D. Oldham (Bar No. 216016)
    perry.oldham@knobbe.com
 5  Stephen W. Larson (Bar No. 240844)
    stephen.larson@knobbe.com
 6  Justin J. Gillett (Bar No. 298150)
    Justin.Gillett@knobbe.com
 7  KNOBBE, MARTENS, OLSON & BEAR, LLP
    2040 Main Street, Fourteenth Floor
 8  Irvine, CA 92614
    Telephone: (949) 760-0404; Facsimile: (949) 760-9502
 9
    Adam B. Powell (Bar. No. 272725)
10  adam.powell@knobbe.com
    Daniel P. Hughes (Bar No. 299695)
11  Daniel.hughes@knobbe.com
    KNOBBE, MARTENS, OLSON & BEAR, LLP
12  3579 Valley Centre Drive
    San Diego, CA 92130
13  Telephone: (858) 707-4000; Facsimile: (858) 707-4001

14  [Counsel appearance continues on next page]

15  Attorneys for Plaintiffs,
    MASIMO CORPORATION and CERCACOR LABORATORIES, INC.
16
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' MOTION TO INCREASE DEPOSITION HOURS**<br><br>Hon. James V. Selna<br><br>Date:   August 15, 2022<br>Time:   1:30 p.m.<br>Ctrm: 10C |

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

I, Adam B. Powell, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in Support of Plaintiffs' Motion To Increase Deposition Hours (the "Motion").

2. On July 18, 2022, I met and conferred telephonically with Nora Passamaneck (counsel for Apple) regarding the relief sought in this Motion. Ms. Passamaneck informed me that Apple would not agree to increase the deposition hours limit. We also discussed a briefing schedule to efficiently bring this Motion to the Court for consideration. After some follow up discussions, the parties agreed that Masimo would submit its opening brief on July 18, 2022, without waiting seven days after the conference. The parties also agreed that Apple would submit its opposition on July 20 and Masimo would submit its reply on July 21. The parties memorialized their agreement in a Stipulation filed concurrently herewith.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email that Ms. Passamaneck sent to me on July 18, 2022.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an email that Ms. Passamaneck sent to me on July 11, 2022.

5. On May 27, 2022, Apple stated it "may present at least the following 14 witnesses at trial and/or designate them for Rule 30(b)(6) testimony": Ueyn Block, Chinsan Han, Steven Hotelling, Afshad Mistri, Divya Nag, Trevor Ness, Wolf Oetting, Michael O'Reilly, Brian Land, Paul Mannheimer, Adrian Perica, Peter Russell-Clarke, Steve Waydo, and Mark Rollins. Apple later substituted Michael Jaynes for Mark Rollins.

6. On July 15, 2022, Apple designated the following individuals to provide 30(b)(6) testimony on behalf of Apple: David Amor, Ueyn Block, Deidre Caldbeck,

Robin Goldberg, Jackie Harlow, Steve Hotelling, Michael Jaynes, Eugene Kim, Brian Land, Paul Mannheimer, Afshad Mistri, Divya Nag, Trevor Ness, Wolf Oetting, Denby Sellers, Steve Waydo, and Jeff Williams. Apple also added Chris Saari to its list of individuals it may call as a witness at trial.

7. On July 18, 2022, Apple identified four individuals as witnesses Apple does not plan to present at trial. One was never on Apple's trial list and two others remain designated to testify for Apple on 30(b)(6) topics. Apple's current list of witnesses it may call at trial or has designated as 30(b)(6) witnesses includes (asterisks designate individuals Masimo has not deposed): *David Amor, *Ueyn Block, *Deidre Caldbeck, *Robin Goldberg, *Jackie Harlow, *Steve Hotelling, *Michael Jaynes, *Eugene Kim, *Brian Land, Paul Mannheimer, Afshad Mistri, *Divya Nag, Trevor Ness, *Michael O'Reilly, *Wolf Oetting, Denby Sellers, *Adrian Perica, *Peter Russell-Clarke, *Chris Saari, *Steve Waydo, and *Jeff Williams. Masimo previously deposed Goldberg on different issues, but has not yet deposed her on the 30(b)(6) topics at issue.

8. Masimo designated the following individuals to provide 30(b)(6) testimony on behalf of Masimo: Ammar Al-Ali, Mohamed Diab, Gerry Hammarth, Joe Kiani, Tracy Miller, Bilal Muhsin, Greg Olsen, Walt Weber, and Micah Young.

9. As of the signing of this Declaration, Masimo has taken the depositions of seven Apple employees and one third party. I directed my staff to review the deposition transcripts and determine how much time Masimo used on those depositions. Based on that review, I understand Masimo has used about 40 hours of deposition time. Below is a summary of each deposition that Masimo has taken so far.

- **Marcelo Lamego**. Lamego was Cercacor's Chief Technical Officer before Apple recruited him. Masimo alleges he took Masimo's trade secrets to Apple. Masimo used about 7 hours deposing Lamego because of his importance and his refusal to answer questions directly.

- **Denby Sellers**. Sellers was Apple's 30(b)(6) designees on recruiting and HR

topics. Masimo understands she was also involved in recruiting Lamego and O'Reilly. Masimo used about 4.1 hours deposing Sellers.

- **Afshad Mistri, Louis Bokma, and Jack Fu**. Masimo understands these individuals worked with Lamego and/or O'Reilly. Mistri was Apple's 30(b)(6) designee on several business and marketing topics, and Masimo understands he worked with O'Reilly on the same. Masimo understands Bokma worked on implementing the trade secrets at issue in Masimo's Motion for Preliminary Injunction. *See* Dkt. 198 at 10 (the Court finding Masimo demonstrated a likelihood of success on the merits). Masimo understands Fu was a manager involved in implementing Lamego's technical suggestions. Masimo used an average of 4.5 hours deposing these witnesses.

- **Trevor Ness**. Ness is one of Apple's 30(b)(6) designees on inventorship topics and a named inventor on disputed Apple patents. Masimo used about 3.9 hours deposing Ness.

- **Paul Manheimer**. Manheimer was Apple's 30(b)(6) designee on several technical topics concerning Apple's development of the oxygen saturation technology at issue in this case. He was also Apple's designated corporate representative in the recent ITC hearing between the parties. Masimo used about 5.3 hours deposing Manheimer.

- **Robin Goldberg**. Masimo deposed Goldberg pursuant to a Court order to address Apple's destruction of electronic documents from Lamego and another former Apple employee named David Nazzaro. Judge Early ordered the deposition after raising concerns about Apple's explanations of what happened. *See* June 17, 2021, Transcript at 20:24-21:2 ("I read the meet and confer paperwork as well and I'm going to be blunt. I can't always tell what Apple is saying and what representations are made."); *id.* at 22:2-3 ("Hmm, removed? Does that mean destroyed or deleted?"). The deposition took about 7 hours due to the witness' evasive answers and the importance of recovering Lamego's files. *See* Dkt. 538

at 12 (Special Master reviewing the transcript and finding "Masimo is entitled to more forthcoming answers from Apple on important issues").

10.   As of the signing of this Declaration, Masimo has produced about 5 million pages of documents in this case. Apple has produced about 2.6 million pages of documents in this case.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on July 18, 2022, at Encinitas, California.

/s/ Adam B. Powell

55800077