# EXHIBIT 1

| | |
|---|---|
| **From:** | Passamaneck, Nora Q.E. |
| **To:** | Adam.Powell; Masimo.Apple; Apple-Masimo; WH Apple-Masimo Service List |
| **Subject:** | RE: Masimo v. Apple: Apple"s 30(b)(6) designations |
| **Date:** | Monday, July 18, 2022 1:09:33 PM |

Adam,

The parties have agreed to forego replies for the sake of expediency on other issues (e.g., 30(b)(6) depositions), but if Plaintiffs insist on extending briefing to include a reply Apple will not object.

Please respond to the remainder of my email by COB today so that we can plan accordingly.

Regards,
Nora

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Monday, July 18, 2022 1:22 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple: Apple's 30(b)(6) designations

**EXTERNAL SENDER**

Nora,

The Local Rules permit a reply for all motions (L.R. 7-10) and we are aware of no rule modifying that procedure for expedited motions. For *ex parte* applications, the rules do not say one way or the other but courts in this district typically permit replies. In fact, earlier in this case, the Court rejected Apple's argument that a reply was inappropriate on an *ex parte* application.

Thus, we believe a reply would be permitted for either an expedited motion or an *ex parte* application. We cannot agree to Apple's demand that we give up our right of reply to secure agreement on the briefing schedule. We would agree to your proposal if you agree that we can file a 3 page reply on Thursday. Please let us know by 2pm today if Apple agrees. Otherwise, Apple will have left us no choice but to file an *ex parte* application.

We will address the remainder of your email later.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

Exhibit 1
-5-

**Knobbe Martens**

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Monday, July 18, 2022 12:03 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple: Apple's 30(b)(6) designations

Adam,

Apple will agree to a proposed expedited briefing schedule where Plaintiffs file a 5-page motion by today, and Apple files a 5-page opposition by Wednesday.  The rules do not provide for a right of reply.

Please provide a proposed stipulation to the extent one is necessary.

Further to our discussion on depositions, I confirm that Apple does not plan to present at trial Chinsan Han, Eugene Kim, Wolff Oetting, or David Tom.  Please let us know immediately if Plaintiffs still plan on proceeding with these depositions.

Finally, while we have agreed to find alternative dates for Divya Nag, this request—made close in time to the deposition without apparent good cause—is causing scheduling issue.  In the interest of working cooperative with you, we will continue to look for an alternative date for her if Plaintiffs agree to take the one remaining deposition this week (Ueyn Block) remotely in view of the COVID concerns we have raised.

Regards,
Nora

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Monday, July 18, 2022 9:14 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple: Apple's 30(b)(6) designations

Adam,

I am available at 9:00 this morning to meet and confer.  Please call my direct line.

We will revert back with dates for Divya Nag's deposition.  Given that Russell-Clark's deposition is a week away and he is not designated for any 30(b)(6) topics, however, Plaintiffs have no reason to demand an alternative date.  As Plaintiffs have offered no reason to delay his deposition, please confirm Plaintiffs will proceed with his deposition or agree to forego it.  Please further note that

Exhibit 1
-6-

Block is scheduled for July 21, Oetting and Land are scheduled for July 28, and Kim is scheduled for July 29.  Please confirm that Plaintiffs are proceeding with these depositions.

Thank you,
Nora

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Friday, July 15, 2022 8:54 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple: Apple's 30(b)(6) designations

**EXTERNAL SENDER**

Nora,

Apple's addition of four previously unidentified witnesses makes it clear that the parties will not be able to complete depositions under the current 100-hour limit.  Even if Masimo deposed Apple's designated witnesses for an average of only 5 hours each, it would take 90 hours just to depose the 18 individuals that Apple asserts it will take to trial or designate as 30(b)(6) witnesses.  That leaves essentially no time for Masimo to depose witnesses of Masimo's choice.  Apple's attempts to blame Masimo lack merit.  Among other things, the parties have about the same number of 30(b)(6) topics.  Masimo designated witnesses efficiently to facilitate Apple's deposition process, whereas Apple chose a tactical designation to strain the limit.

Accordingly, Masimo will seek relief from the 100-hour limit.  We have been asking Apple to provide 30(b)(6) designations for all witnesses since June 24.  Apple's three-week delay in providing this information, combined with the rapidly approaching close of fact discovery, unfortunately will require *ex parte* relief.  Alternatively, we would be willing to consider expedited briefing if you prefer.   Please let us know when you are available on Monday before noon to meet and confer.

Based on Apple's position, we will also be taking Divya Nag and Peter Russell-Clark later in discovery.  Please provide their availability in August.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>

Exhibit 1
-7-

**Sent:** Friday, July 15, 2022 10:30 AM
**To:** Masimo.Apple <Masimo.Apple@knobbe.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** Masimo v. Apple: Apple's 30(b)(6) designations

Counsel,

Attached please find Apple's designations for Plaintiffs' Rule 30(b)(6) topics which are not in dispute. Apple provides these designations without prejudice to Apple designating different witness(es) on any particular topic at a later date.  We will follow up with availability for Deidre Caldbeck, David Amor, Jackie Harlow, and Robin Goldberg shortly.  We may also present Chris Saari at trial, and therefore will provide his availability for deposition.

The number of witnesses needed to cover Plaintiffs' 30(b)(6) topics is a product of Plaintiffs' expansive topics, which are not tailored to the issues in this case and require multiple witnesses. Further, Plaintiffs have demanded over 20 Apple witness depositions without regard to their 30(b)(6) notice.  We again urge Plaintiffs to narrow and/or drop their overbroad and/or irrelevant topics. Apple will not agree to expand the hours limit set by the Court.

Regards,
Nora

**Nora Q.E. Passamaneck | WilmerHale**
1225 Seventeenth St.
Suite 2600
Denver, CO 80202 USA
+1 720 274 3152 (t)
+1 720 274 3133 (f)
nora.passamaneck@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original

Exhibit 1
-8-

message.

Exhibit 1
-9-