Name and address:
David Yin
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Masimo Corporation and Ceracor Laboratories, Inc.

Plaintiff(s)

v.

Apple Inc.

Defendant(s).

CASE NUMBER

8:20-cv-00048-JVS (DEx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Yin, David                                           of    Wilmer Cutler Pickering Hale and Dorr LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    1875 Pennsylvania Avenue, NW
202-663-6677        202-663-6363                              Washington, DC 20006
*Telephone Number*    *Fax Number*
David.Yin@wilmerhale.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Apple Inc.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Gosma, Derek                                         of    Wilmer Cutler Pickering Hale and Dorr LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    350 South Grand Avenue
274515      213-443-5308     213-443-5400                     Suite 2400
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*   Los Angeles, CA 90071
Derek.Gosma@wilmerhale.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                                              _____
                                                              U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1