# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation, et al, <br> PLAINTIFF(S) <br> v. <br> Apple, Inc, <br> DEFENDANT(S). | CASE NUMBER <br> SACV 20-00048JVS(JDEx) <br><br> **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 7/18/22 | 820 | Stipulation to Expedite Briefing |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☒ The document is stricken and counsel is ordered to file an amended or corrected document by July 22, 2022.
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: 7/19/22         By: Lisa Bredahl
                           Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge