# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXPEDITED BRIEFING AND REQUEST FOR EXPEDITED CONSIDERATION OF PLAINTIFFS' MOTION TO INCREASE DEPOSITION HOURS** |

Having considered the Stipulation For Expedited Briefing And Request For Expedited Consideration of Plaintiffs' Motion To Increase Deposition Hours, the Court GRANTS the request as follows:

1. Masimo will file an opening brief of no more than five pages on July 18, 2022;
2. Apple will file an opposition of no more than five pages on July 20, 2022; and
3. Masimo will file a reply of no more than three pages on July 21, 2022.

**IT IS SO ORDERED.**

Dated: _____          _____
The Honorable James V. Selna
United States District Judge

55985234