Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

*Counsel for Defendants listed on next page.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR JOINT REPORT AND SUPPLEMENTAL BRIEF REGARDING APPLE'S MOTION TO CLARIFY OR RECONSIDER ORDER RE TRADE SECRET DISCLOSURE** |

1  JOSHUA H. LERNER, SBN 220755
     joshua.lerner@wilmerhale.com
2  WILMER CUTLER PICKERING
3  HALE AND DORR LLP
   1 Front Street, Suite 3500
4  San Francisco, CA 94111
5  Tel.: 628.235.1000 / Fax: 628.235.1001
   H. MARK LYON, SBN 162061
6  mlyon@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
8  Palo Alto, CA 94304-1211
9  Tel.: 650.849.5300 / Fax: 650.849.5333

10 BRIAN M. BUROKER, *pro hac vice*
11 bburoker@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
12 1050 Connecticut Avenue, N.W.
   Washington, D.C. 20036
13 Tel.: 202.955.8500 / Fax: 202.467.0539
14
15 BRIAN A. ROSENTHAL, *pro hac vice*
   brosenthal@gibsondunn.com
16 GIBSON, DUNN & CRUTCHER LLP
17 200 Park Avenue
   New York, NY 10166-0193
18 Tel.: 212.351.2339 / Fax: 212.817.9539
19
20 ILISSA SAMPLIN, SBN 314018
   isamplin@gibsondunn.com
21 GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
22 Los Angeles, CA 90071-3197
23 Tel.: 213.229.7000 / Fax: 213.229.7520

24 ANGELIQUE KAOUNIS, SBN 209833
25 akaounis@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
26 2029 Century Park East Suite 4000
27 Los Angeles, CA 90067
   Tel.: 310.552.8546 / Fax: 310.552.7026
28

Kenneth G. Parker, SBN 182911
Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Tel: 949.202.3014 / Fax: 949.202.3001

MARK D. SELWYN, SBN 244180
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

Attorneys for Defendant Apple Inc.

1  Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), respectfully submit this Stipulation and [Proposed] Order Extending the Deadline for Joint Report and Supplemental Brief Regarding Apple's Motion To Clarify Or Reconsider Order Re Trade Secret Disclosure (the "Motion").

WHEREAS, on July 6, 2022, the Court issued an Order Regarding the Motion (Dkt. 815) (the "July 6 Order");

WHEREAS, the July 6 Order required that the parties to meet and confer within seven days;

WHEREAS, the July 6 Order required the parties to file a joint report setting forth various applications on which they reached agreement related to the Motion (the "Joint Report") within fourteen days;

WHEREAS, the July 6 Order required Masimo to file a supplemental brief addressing various applications on which the Parties had not reached agreement related to the Motion ("Plaintiffs' Supplemental Brief") within fourteen days;

WHEREAS, the Parties met and conferred as required by the Order;

WHEREAS, the Parties are continuing to confer and believe that further meet and confer efforts are likely to resolve or narrow the issues before the Court;

WHEREAS, the Parties have agreed to request a two-day extension of the deadline for the Joint Report and for Plaintiffs' Supplemental Brief to July 22, 2022; and

ACCORDINGLY, in an effort to resolve or narrow the issues in the Parties' supplemental briefing, the parties hereby stipulate to extend the deadline for the Parties' Joint Report and for Plaintiffs' Supplemental Brief to July 22, 2022.

The parties have attached a Proposed Order for the Court's consideration.

SO STIPULATED.

-1-

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: July 20, 2022 | By: */s/ Adam B. Powell* |
|  | Joseph R. Re |
|  | Stephen C. Jensen |
|  | Benjamin A. Katzenellenbogen |
|  | Perry D. Oldham |
|  | Stephen W. Larson |
|  | Mark D. Kachner |
|  | Adam B. Powell |
|  | Daniel P. Hughes |
|  | Attorneys for Plaintiffs |
|  | MASIMO CORPORATION and |
|  | CERCACOR LABORATORIES, INC. |
|  | GIBSON, DUNN & CRUTCHER LLP |
| Dated: July 20, 2022 | By: */s/ Nora Passamaneck (with permission)* |
|  | Joshua H. Lerner |
|  | H. Mark Lyon |
|  | Brian M. Buroker |
|  | Brian A. Rosenthal |
|  | Ilissa Samplin |
|  | Angelique Kaounis |
|  | GIBSON, DUNN & CRUTCHER LLP |
|  | Kenneth G. Parker |
|  | HAYNES AND BOONE, LLP |
|  | Mark D. Selwyn |
|  | Nora Passamaneck |
|  | WILMER CUTLER PICKERING |
|  | HALE AND DORR LLP |

**ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

| | |
|---|---|
| Dated: July 20, 2022 | By: */s/ Adam B. Powell* |