# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER EXTENDING THE DEADLINE FOR JOINT REPORT AND SUPPLEMENTAL BRIEF REGARDING APPLE'S MOTION TO CLARIFY OR RECONSIDER ORDER RE TRADE SECRET DISCLOSURE** |

Having considered the Stipulation Extending the Deadline for Joint Report and Supplemental Brief Regarding Apple's Motion To Clarify Or Reconsider Order Re Trade Secret Disclosure, the Court GRANTS the request as follows:

The deadline for the Parties' Joint Report and for Plaintiffs' Supplemental Brief discussed in the Court's Order Regarding Apple's Motion To Clarify Or Reconsider Order Re Trade Secret Disclosure (Dkt. 815 at 6) is extended to July 22, 2022.

**IT IS SO ORDERED.**

Dated:_____          _____
                                The Honorable James V. Selna
                                United States District Judge

-1-