JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>    Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION INCREASE DEPOSITION TIME**<br><br>Date: August 18, 2022<br>Time: 1:30 p.m.<br>Ctrm: 6A |

1  BRIAN A. ROSENTHAL, *pro hac vice*
     brosenthal@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
3  New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
4
   ILISSA SAMPLIN, SBN 314018
5    isamplin@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  333 South Grand Avenue
   Los Angeles, CA 90071-3197
7  Tel.: 213.229.7000 / Fax: 213.229.7520

8  ANGELIQUE KAOUNIS, SBN 209833
     akaounis@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East Suite 4000
10 Los Angeles, CA 90067
   Tel.: 310.552.8546 / Fax: 310.552.7026
11
   MARK D. SELWYN, SBN 244180
12   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
13   HALE AND DORR LLP
   2600 El Camino Real, Suite 400
14 Palo Alto, CA 94306
   Tel.: 650.858.6000 / Fax: 650.858.6100
15
   NORA Q.E. PASSAMANECK, *pro hac vice*
16   nora.passamaneck@wilmerhale.com
   WILMER CUTLER PICKERING
17   HALE AND DORR LLP
   1225 Seventeenth St., Suite 2600
18 Denver, CO 80202
   Tel: 720.274.3152 / Fax: 720.273.3133
19
   KENNETH G. PARKER, SBN 182911
20   ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
21 600 Anton Blvd., Suite 700
   Costa Mesa, CA 92626
22 Tel: 949.202.3014 / Fax: 949.202.3152

23

24

25

26

27

28

I, Nora Passamaneck, declare and state as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3. I make this Declaration in support of Apple's Opposition To Plaintiffs' Motion To Increase Deposition Time ("Opposition").

4. Attached hereto as **Exhibit A** is a true and correct copy of an email sent by Adam Powell of Knobbe Martens on May 3, 2022.

5. Attached hereto as **Exhibit B** is a true and correct copy of an email sent by Adam Powell of Knobbe Martens on May 31, 2022, along with prior related email correspondence between the parties.

6. In May 2022, Apple sought depositions of 37 witnesses. Apple has since narrowed its list. Apple has taken 5 depositions and is currently scheduled to take 12 additional depositions of Plaintiffs' witnesses. Apple has withdrawn its request to take other depositions to ensure that it stays within the 100-hour limitation.

7. As Apple explained in its March 8, 2021 response to Plaintiffs' Interrogatory No. 11, Kornelius Raths began his employment with Apple in July 2018. His work focuses on the sleep/wake function for Apple Watch.

8. On May 27, 2022, I informed Plaintiffs that Apple did not intend to use twelve individuals at trial or designate them to provide testimony on Plaintiffs' Rule 30(b)(6) notice. That list includes Louis Bokma, Tim Cook, Daniel Culbert, Josh Du, James Foster, Jack Fu, Erno Klaassen, Eugene Kim, Lan Nguyen, Kornelius Raths, David Smoley, and Dong Zheng. Plaintiffs deposed Mr. Bokma

on June 16, 2022 and Mr. Fu on June 14, 2022. Plaintiffs have stated that they still intend to attempt to depose Mr. Cook and Eugene Kim. As a result, Apple designated Eugene Kim to testify regarding one portion of one of Plaintiffs' Rule 30(b)(6) topics—i.e., Kornelius Raths' employment. Wolf Oetting is likewise designated to testify on only one of Plaintiffs' Rule 30(b)(6) topics.

9.  On July 18, 2022, I informed Plaintiffs that Apple did not intend to present Chinsan Han, Eugene Kim, Wolf Oetting, or David Tom at trial. Although Mr. Han and Mr. Tom are not designated as 30(b)(6) witnesses, Plaintiffs have indicated that they still intend to depose both individuals.

10.  On June 24, 2022, Plaintiffs spent roughly 4 hours deposing Denby Sellers. Ms. Sellers was also deposed in the *True Wearables* case for 7 hours as Apple's corporate designee regarding Apple's hiring and employment of Lamego, and was designated on these same topics in this action.

11.  On June 3, 2022, Apple agreed to Plaintiffs' request to use prior deposition and hearing transcripts from the parties' ITC proceeding in this case.

12.  Plaintiffs re-deposed one witness (Paul Mannheimer) from the ITC proceeding on June 30, 2022. They have also stated that they plan to re-depose three other Apple witnesses who testified during the ITC trial (Brian Land, Steve Waydo, and Ueyn Block).

13.  Apple's 30(b)(6) designations added four witnesses that Apple had previously not identified. Of these witnesses, Jackie Harlow is designated to testify regarding efficient infringement/Sherlocking and Robin Goldberg is designated to testify regarding Apple's efforts to search for and locate information in response to Plaintiffs' discovery requests in this case. Plaintiffs previously deposed Ms. Goldberg in this action for almost seven hours regarding document retention issues as they relate to Dr. Lamego and one additional employee. Apple

also designated two witnesses Plaintiffs have already deposed in the parallel ITC proceeding—Deidre Caldbeck and David Amor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of July 2022 in Denver, Colorado.

By: _____
Nora Q.E. Passamaneck