# EXHIBIT A

| | |
|---|---|
| **From:** | Adam.Powell <Adam.Powell@knobbe.com> |
| **Sent:** | Wednesday, May 4, 2022 1:41 AM |
| **To:** | \*\*\* Apple-Masimo; WH Apple-Masimo Service List; Lerner, Joshua H.; Lyon, H. Mark; Buroker, Brian M.; Andrea, Brian; Rosenthal, Brian A.; Samplin, Ilissa; Kaounis, Angelique; Lo, Jason; mlewis@lewisllewellyn.com; Selwyn, Mark; Gosma, Derek; Wigmore, Amy; Tobias Snyder; Passamaneck, Nora Q.E.; Frazier, Sarah; Parker, Ken; Jason.Lao@haynesboone.com |
| **Cc:** | Masimo.Apple |
| **Subject:** | Masimo v. Apple |
| **Attachments:** | 2022-05-03 Masimo's AEO 30b6 Notice.pdf |

**EXTERNAL SENDER**

Counsel,

Attached is Masimo's 30(b)(6) Notice and below is a list of Apple witnesses that Masimo would like to depose.

- David Affortit
- Ueyn Block
- Louis Bokma
- Johannes Bruinsma
- Deirdre Caldbeck
- Tim Cook
- Daniel Culbert
- Josh Du
- Aditya Dua
- James Foster
- Jack Fu
- Myra Haggerty
- Chinsan Han
- Steve Hotelling
- Eugene Kim
- Erno Klaassen
- Brian Land
- Paul Manheimer
- Bob Mansfield
- Naoto Matsuyuki
- Afshad Mistri
- Divya Nag
- Trevor Ness
- Lan Nguyen
- Michael O'Reilly
- Wolf Oetting
- Adrian Perica
- Kornelius Raths
- Mark Rollins
- Peter Russell-Clarke
- Chris Saari

- Denby Sellers
- Steve Smith
- David Smoley
- David Tom
- Steve Waydo
- Jeff Williams
- Doug Zheng

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.