# EXHIBIT B

| | |
|---|---|
| **From:** | Adam.Powell <Adam.Powell@knobbe.com> |
| **Sent:** | Tuesday, May 31, 2022 10:01 PM |
| **To:** | Passamaneck, Nora Q.E.; Lo, Jason |
| **Cc:** | *** Apple-Masimo; Masimo.Apple; WH Apple-Masimo Service List |
| **Subject:** | RE: Exchange of Witness Availability |

**EXTERNAL SENDER**

Nora,

Thank you for your email. When Apple suggested this procedure, including an exchange of 20 witnesses each party intends to depose, we explained that we did not know whether the procedure would resolve the parties' dispute. Based on your email below, we do not believe 20 witnesses will be sufficient. Below is a list of 22 Apple employees that Masimo currently intends to depose. For the reasons previously discussed, this list is preliminary and subject to change. As we have requested numerous times over the last two weeks, please provide availability for these witnesses immediately.

1. Ueyn Block
2. Louis Bokma
3. Tim Cook
4. Jack Fu
5. Chinsan Han
6. Steve Hotelling
7. Eugene Kim
8. Brian Land
9. Paul Manheimer
10. Bob Mansfield
11. Afshad Mistri
12. Divya Nag
13. Trevor Ness
14. Michael O'Reilly
15. Wolf Oetting
16. Adrian Perica
17. Mark Rollins
18. Peter Russell-Clark
19. Denby Sellers
20. David Tom
21. Steve Waydo
22. Jeff Williams

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Friday, May 27, 2022 4:03 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; Lo, Jason <JLo@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Exchange of Witness Availability

Adam,

Apple may present at least the following 14 witnesses at trial and/or designate them for Rule 30(b)(6) testimony:
- Ueyn Block
- Chinsan Han
- Steven Hotelling
- Afshad Mistri
- Divya Nag
- Trevor Ness
- Wolf Oetting
- Michael O'Reilly
- Brian Land
- Paul Mannheimer
- Adrian Perica
- Peter Russell-Clarke
- Steve Waydo
- Mark Rollins

Apple does not intend to take at least the following 12 noticed employees to trial:
- Louis Bokma
- Tim Cook
- Daniel Culbert
- Josh Du
- James Foster
- Jack Fu
- Erno Klaassen
- Eugene Kim
- Lan Nguyen
- Kornelius Raths
- David Smoley
- Dong Zheng

Regards,
Nora

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Friday, May 27, 2022 8:31 AM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Lo, Jason <JLo@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Exchange of Witness Availability

**EXTERNAL SENDER**

Nora,

Thank you for your email. We are not sure if the proposal will resolve the parties' dispute, but we are willing to try. Our understanding is that the list of 20 witnesses is for scheduling purposes for convenience. A party would neither be forced to take all 20 witnesses nor precluded from requesting different or additional witnesses during the discovery period. We are hoping neither party will make major changes, but both parties need some flexibility to adjust as they take depositions. If that is not your understanding, please let us know.

Assuming Apple agrees, please let us know when Apple would like to exchange lists of (1) 14 witnesses that they may take to trial and/or designate for Rule 30(b)(6) testimony; and (2) 12 witnesses that they do not intend to take to trial and/or designate for Rule 30(b)(6) testimony.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct
**Knobbe Martens**

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Thursday, May 26, 2022 11:42 AM
**To:** Adam.Powell <Adam.Powell@knobbe.com>; Lo, Jason <JLo@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Exchange of Witness Availability

Adam,

Further to our discussions regarding narrowing witnesses for deposition, Apple proposes that the parties identify (1) 14 witnesses that they may take to trial and/or designate for Rule 30(b)(6) testimony; and (2) 12 witnesses that they do not intend to take to trial and/or designate for Rule 30(b)(6) testimony. These identifications will be without prejudice to either party later identifying additional witnesses. One business day after exchanging these lists, the parties will then identify 20 witnesses they wish to depose and that the other party will provide specific dates for availability (keeping in mind that each party must take 35 hours of depositions by June 17). Please let us know if you agree to this approach.

Regards,
Nora

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Wednesday, May 25, 2022 9:59 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Lo, Jason <JLo@gibsondunn.com>
**Cc:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Exchange of Witness Availability

**EXTERNAL SENDER**

Nora and Jason,