Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

*Counsel for Defendants listed on next page.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>     Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation<br><br>     Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**JOINT REPORT REGARDING DEFENDANT APPLE INC.'S MOTION TO CLARIFY OR RECONSIDER ORDER REGARDING PLAINTIFFS' MOTION TO MODIFY TRADE SECRET DISCLOSURE (DKT. 669)** |

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

1  JOSHUA H. LERNER, SBN 220755
2     joshua.lerner@wilmerhale.com
3  WILMER CUTLER PICKERING
   HALE AND DORR LLP
4  1 Front Street, Suite 3500
5  San Francisco, CA 94111
   Tel.: 628.235.1000 / Fax: 628.235.1001
6
7  H. MARK LYON, SBN 162061
   mlyon@gibsondunn.com
8  GIBSON, DUNN & CRUTCHER LLP
9  1881 Page Mill Road
   Palo Alto, CA 94304-1211
10 Tel.: 650.849.5300 / Fax: 650.849.5333
11
   BRIAN M. BUROKER, *pro hac vice*
12 bburoker@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
13 1050 Connecticut Avenue, N.W.
14 Washington, D.C. 20036
   Tel.: 202.955.8500 / Fax: 202.467.0539
15
16 BRIAN A. ROSENTHAL, *pro hac vice*
   brosenthal@gibsondunn.com
17 GIBSON, DUNN & CRUTCHER LLP
18 200 Park Avenue
   New York, NY 10166-0193
19 Tel.: 212.351.2339 / Fax: 212.817.9539
20
21 ILISSA SAMPLIN, SBN 314018
   isamplin@gibsondunn.com
22 GIBSON, DUNN & CRUTCHER LLP
23 333 South Grand Avenue
   Los Angeles, CA 90071-3197
24 Tel.: 213.229.7000 / Fax: 213.229.7520
25
   ANGELIQUE KAOUNIS, SBN 209833
26 akaounis@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
27 2029 Century Park East Suite 4000
28 Los Angeles, CA 90067

1  | Tel.: 310.552.8546 / Fax: 310.552.7026
2  |
3  | Kenneth G. Parker, SBN 182911
   | Ken.parker@haynesboone.com
4  | HAYNES AND BOONE, LLP
   | 600 Anton Blvd., Suite 700
5  | Costa Mesa, CA 92626
   | Tel: 949.202.3014 / Fax: 949.202.3001
6  |
7  | MARK D. SELWYN, SBN 244180
   | mark.selwyn@wilmerhale.com
8  | WILMER CUTLER PICKERING
9  | HALE AND DORR LLP
   | 2600 El Camino Real, Suite 400
10 | Palo Alto, CA 94306
11 | Tel.: 650.858.6000 / Fax: 650.858.6100
12 | Attorneys for Defendant Apple Inc.

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Masimo") and Defendant Apple Inc. ("Apple") hereby submit the following joint report Pursuant to the Court's July 6, 2022, Order Regarding Apple's Motion to Clarify or Reconsider Order Re Trade Secret Disclosure (Dkt. 815).

The parties previously stipulated to extend the deadline to file this report and Masimo's supplemental brief based on their continued efforts to meet and confer. Dkt. 828. Because the Court has not yet ruled on that stipulation, the parties are filing this joint report, and Masimo is filing its supplemental brief, in an abundance of caution. The parties will continue to meet and confer to try to narrow their disputes further and will inform the Court if they make progress.

## JOINT REPORT

**1. Agreed Applications**

In the interest of compromise, the parties agree the following applications reasonably may fall within TS D.1-D.5.

- Blood Oxygen application;
- Heart Rate application (i.e., high / low heart rate notification and irregular rhythm notification);
- ECG application (including AFib);
- Health application to the extent it uses blood oxygen, heart rate, or ECG data; and
- Research application to the extent it uses blood oxygen, heart rate, or ECG data.

**2. Disputed Frameworks and Applications**

The parties dispute whether the following frameworks and applications reasonably may fall within TS D.1-D.5.

- HealthKit to the extent it uses blood oxygen, heart rate, or ECG data;
- CareKit to the extent it uses blood oxygen, heart rate, or ECG data;
- SensorKit to the extent it uses blood oxygen, heart rate, or ECG data;

-1-

1. ███████████████████████████████████████
- Heart Rate application (including high / low heart rate notification and irregular rhythm notification).

Plaintiffs have agreed to exclude from the present scope of TS D.1-D.5 aspects of these frameworks and applications that do **not** use blood oxygen, heart rate, or ECG data.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 20, 2022   By: /s/ *Adam B. Powell*
Joseph R. Re
Stephen C. Jensen
Perry D. Oldham
Stephen W. Larson
Adam B. Powell

Attorneys for Plaintiffs,
Masimo Corporation and
Cercacor Laboratories

GIBSON, DUNN & CRUTCHER LLP

Dated: July 20, 2022   By: /s/ *Nora Passamaneck (with permission)*
Joshua H. Lerner
H. Mark Lyon
Brian M. Buroker
Brian A. Rosenthal
Ilissa Samplin
Angelique Kaounis
GIBSON, DUNN & CRUTCHER LLP

Kenneth G. Parker
HAYNES AND BOONE, LLP

Mark D. Selwyn
Nora Passamaneck
WILMER CUTLER PICKERING HALE AND DORR LLP

Attorneys for Defendant Apple Inc.

| | |
|---|---|
| 1 | **ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)** |
| 2 | Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of |
| 3 | this document has been obtained from each of the signatories above. |
| 4 | |
| 5 | /s/ Adam B. Powell |
| 6 | Adam B. Powell |

-3-