Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT APPLE INC.'S MOTION TO CLARIFY OR RECONSIDER ORDER REGARDING PLAINTIFFS' MOTION TO MODIFY TRADE SECRET DISCLOSURE (DKT. 669)** |

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

I, Adam B. Powell, hereby declare as follows:

1.      I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action.  I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.  I submit this Declaration in Support of Plaintiffs' Supplemental Memorandum in Opposition to Defendant Apple Inc.'s Motion to Clarify or Reconsider Order regarding Plaintiffs' Motion to Modify Trade Secret Disclosure (Dkt. 669).

2.      On May 12, 2022, Masimo served its Third Supplemental Response to Apple's Interrogatory No. 10.  At that time, the parties had taken only three depositions.  Masimo deposed Robin Goldberg on August 31, 2021.   Apple deposed Gerry Hammarth and Bobby Lee on December 2, 2021, and December 8, 2021, respectively.  Each deposition was a non-substantive 30(b)(6) deposition concerning document collection, retention, and/or destruction.

3.      At my direction, counsel for Masimo reviewed the dates of Apple's productions.  Based on their review, Apple produced about 437,000 pages of documents from the beginning of this case through November 4, 2021.  Apple then produced about 1.9 million pages of documents between November 5, 2021, and May 12, 2022.  Apple has since produced about 200,000 pages of documents between May 13, 2022 and July 18, 2022.

4.      Attached hereto as **Exhibit 16 [Filed Under Seal]** is a true and correct copy of an email chain between myself and Nora Passamaneck (counsel for Apple in this case), dated between July 8, 2022, and July 19, 2022.

5.      Attached hereto as **Exhibit 17 [Filed Under Seal]** is a true and correct copy of a document Apple produced in this case beginning with production number APL-MAS_01684067.

6.      Attached hereto as **Exhibit 18 [Filed Under Seal]** is a true and correct copy of a document Apple produced in this case beginning with production number APL-MAS_00350839.

7.      Attached hereto as **Exhibit 19 [Filed Under Seal]** is a true and correct copy of a document Apple produced in this case beginning with production number APL-MAS_01349994.

8.      Attached hereto as **Exhibit 20 [Filed Under Seal]** is a true and correct copy of a document Apple produced in this case beginning with production number APL-MAS_00204514.

9.      Attached hereto as **Exhibit 21 [Filed Under Seal]** is a true and correct copy of Masimo's Tenth Set of Requests for Production of Documents to Apple (Nos. 525-574), dated July 23, 2021.

10.     Attached hereto as **Exhibit 22 [Filed Under Seal]** is a true and correct copy of the Transcript of Special Master Hearing in this case, dated March 11, 2022.

11.     Attached hereto as **Exhibit 23 [Filed Under Seal]** is a true and correct copy of Masimo's Fifth Set of Interrogatories (Nos. 17-22), dated April 28, 2021.

12.     Attached hereto as **Exhibit 24 [Filed Under Seal]** is a true and correct copy of Masimo's Reponses to Apple's Eighth Set of Interrogatories (No. 30), dated January 5, 2022.

13.     Attached hereto as **Exhibit 25 [Filed Under Seal]** is a true and correct copy of a letter sent by Jason Lo (counsel for Apple) to my colleague Daniel Hughes, dated June 15, 2022.

14.     Attached hereto as **Exhibit 26 [Filed Under Seal]** is a true and correct copy of a document Apple produced in this case beginning with production number APL-MAS_00269779.

15.     Attached hereto as **Exhibit 27 [Filed Under Seal]** is a true and correct copy of a document Apple produced in this case beginning with production number APL-MAS_01334679.

16.     Attached hereto as **Exhibit 28 [Filed Under Seal]** is a true and correct copy of a document Apple produced in this case beginning with production number APL-MAS_00966436.

17.     Attached hereto as **Exhibit 29 [Filed Under Seal]** is a true and correct copy of a document Apple produced in this case beginning with production number APL-MAS_01199023.

18.     Attached hereto as **Exhibit 30 [Filed Under Seal]** is a true and correct copy of a document Apple produced in this case beginning with production number APL-MAS_01167800.

19.     Attached hereto as **Exhibit 31 [Filed Under Seal]** is a true and correct copy of a letter I sent to Brian Andrea (counsel for Apple in this case), dated September 13, 2021.

20.     Attached hereto as **Exhibit 32 [Filed Under Seal]** is a true and correct copy of a letter I sent to Angelique Kaounis (counsel for Apple in this case), dated October 8, 2021.

21.     Attached hereto as **Exhibit 33 [Filed Under Seal]** is a true and correct copy of an email chain between myself and Nora Passamaneck (counsel for Apple in this case), dated between March 1, 2022, and March 10, 2022.

22.     Attached hereto as **Exhibit 34** is a true and correct copy of excerpts from Apple's Research and Care Organization website, https://www.researchandcare.org/resources/investigator-support-program/, that was printed at my direction on July 20, 2022.

23.     Attached hereto as **Exhibit 35 [Filed Under Seal]** is a true and correct copy of Apple's Objections and Responses to Masimo's Twelfth Set of Requests for Production of Documents to Apple (Nos. 593-598), dated January 24, 2022.

24.     Attached hereto as **Exhibit 36 [Filed Under Seal]** is a true and correct copy of an email from Nora Passamaneck (counsel for Apple in this case) to counsel

for Masimo, dated July 15, 2022, and the accompanying attachment comprising Apple's designations for certain of Masimo's Rule 30(b)(6) topics in this case.

25.     Attached hereto as **Exhibit 37** is a true and correct copy of excerpts from Apple's website, https://developer.apple.com/documentation/sensorkit, that was printed at my direction on or about July 20, 2022.

26.     Attached hereto as **Exhibit 38 [Filed Under Seal]** is a true and correct copy of excerpts of Apple's Fifth Objections and Responses to Masimo's Interrogatory No. 12 in this case, dated July 15, 2022.

27.     Attached hereto as **Exhibit 39 [Filed Under Seal]** is a true and correct copy of Apple's Supplemental Objections and Responses to Masimo's Interrogatory No. 14 in this case, dated July 15, 2022.

28.     Attached hereto as **Exhibit 40 [Filed Under Seal]** is a true and correct copy of a document Apple produced in this case beginning with production number APL-MAS_00291507.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on July 20, 2022, at San Diego, California.

_/s/ Adam B. Powell_

# EXHIBIT 16

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 17

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 18

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 19

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 20

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 21

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 22

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 23

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 24

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 25

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 26

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 27

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 28

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 29

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 30

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 31

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 32

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 33

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 34

Case 8:20-cv-00048-JVS-JDE   Document 834-1   Filed 07/20/22   Page 26 of 36   Page ID
#:54900

 Research & Care          ResearchKit    CareKit    Developers    Resources    Publications        Submit your App

GETTING STARTED, DEVELOPMENT AND LAUNCH

# Investigator Support Program



At Apple, we are continuously inspired by the innovative ways the research, clinical, and developer communities leverage our products and platforms. We are excited to announce a program that will support these communities in their future work.

With ResearchKit and CareKit, it's easier than ever to create apps to conduct research studies, as well as deliver novel care programs. We have seen first hand how researchers and clinicians are able to accomplish even more in their research and care programs with the addition of Apple Watch, and we want to help more people have the same kind of success.

To better support the efforts of these incredible communities we are piloting a new program to support investigators. This program will give groups and individuals the opportunity to receive Apple Watches to include in their research study or care program. Once proposals are submitted to the Investigator Support team, they will be evaluated based on study design, utilization of Apple products and frameworks, ability to operationalize the proposed study, and the impact to users, patients, and/or the scientific community.

## Investigator Support Program Overview

Exhibit 34

- Apple Watches provided to selected investigators.

- Process will include proposal submission, competitive evaluation, followed by awarding devices to be used in studies.

- Evaluation criteria prioritizes projects that advance science, enable people to lead healthier lives, uniquely leverage our products and frameworks, and involve well thought out development plans.

To be considered for this program, email research_proposals@apple.com for more information on how to get started.

---

 ResearchKit & CareKit  >  Resources  >  Investigator Support Program

Contact us:   ResearchKit team   |   CareKit team   |   Investigator Support Program

Privacy Policy   |   Legal

Copyright © 2022 Apple Inc. All rights reserved.

Exhibit 34

# EXHIBIT 35

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 36

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 37

Documentation / SensorKit

Language: **Swift** ⌄     API Changes: **Show** ⌄

**SensorKit**

Setup

📄 Configuring Your Project for Sensor Reading

> ⓒ SRSensorReader

Authorization

Ⓣ com.apple.developer.sensorkit.reader.allow

Data Querying

> ⓒ SRFetchRequest

> ⓒ SRFetchResult

Data Interpretation

> ⓒ SRAmbientLightSample

> ⓒ SRVisit

> ⓒ SRWristDetection

> ⓒ SRKeyboardMetrics

> ⓒ SRDeviceUsageReport

> ⓒ SRMessagesUsageReport

> ⓒ SRPhoneUsageReport

Deletion Analytics

> ⓒ SRDeletionRecord

🔍 Filter

Framework

# SensorKit

Retrieve data and derived metrics from an iPhone's sensors, or from a paired Apple Watch.

iOS 14.0+    iPadOS 14.0+    macOS 12.3+

Mac Catalyst 14.0+

## Overview

As the system gathers information using various sensors on a device, SensorKit enables an app to access select raw data, or metrics that the system processes from a sensor, such as:

- Steps information

- Accelerometer or rotation-rate data

- The configuration of a watch on the user's wrist

- Ambient light in the physical environment

- Details about a user's routine commute or travel

See Sensors for the complete list.

> Note
>
> This framework ignores calls from Mac apps that you build with Mac Catalyst.

## Topics

### Setup

Exhibit 37

Setup

📄 Configuring Your Project for Sensor Reading

Add metadata to your app to attain system
and user permission to access sensor data.

class `SRSensorReader`

An object that establishes user authorization
and records data for a particular sensor.

## Authorization

`com.apple.developer.sensorkit.reader`
`.allow`

The necessary entitlement to access sensor
data that's required by your app's
preapproved research study.

## Data Querying

class `SRFetchRequest`

An object that defines the criteria for a
sample query.

class `SRFetchResult`

Recorded data that a sensor reader fetches.

## Data Interpretation

class `SRAmbientLightSample`

The amount of ambient light in the user's
environment.

class `SRVisit`

The user's progess in their daily travel
routine.

class `SRWristDetection`

The configuration of a watch on the wearer's
wrist.

class `SRKeyboardMetrics`

The configuration of a device's keyboard and
its usage patterns.

class `SRDeviceUsageReport`

The frequency and relative duration that the

the frequency and relative duration that the user uses their device, particular Apple apps, or websites.

class `SRMessagesUsageReport`

An object that describes the user's Messages app activity over a period of time.

class `SRPhoneUsageReport`

An object that describes the user's phone activity over a period of time.

## Deletion Analytics

class `SRDeletionRecord`

An object that describes the reason the framework deletes samples.

Exhibit 37

# EXHIBIT 38

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 39

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 40

## PROPOSED TO BE FILED UNDER SEAL