1  Joseph R. Re (Bar No. 134479)
   joseph.re@knobbe.com
2  Stephen C. Jensen (Bar No. 149894)
   steve.jensen@knobbe.com
3  Benjamin A. Katzenellenbogen (Bar No. 208527)
   ben.katzenellenbogen@knobbe.com
4  Perry D. Oldham (Bar No. 216016)
   perry.oldham@knobbe.com
5  Stephen W. Larson (Bar No. 240844)
   stephen.larson@knobbe.com
6  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, Fourteenth Floor
7  Irvine, CA 92614
   Telephone: (949) 760-0404; Facsimile: (949) 760-9502
8
   Adam B. Powell (Bar. No. 272725)
9  adam.powell@knobbe.com
   Daniel P. Hughes (Bar No. 299695)
10 Daniel.hughes@knobbe.com
   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
11 3579 Valley Centre Drive
   San Diego, CA 92130
12 Telephone: (858) 707-4000; Facsimile: (858) 707-4001

13 Attorneys for Plaintiffs,
   MASIMO CORPORATION and CERCACOR LABORATORIES, INC.
14
   *Counsel for Defendants listed on next page.*
15

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**JOINT REPORT REGARDING DEFENDANT APPLE INC.'S MOTION TO CLARIFY OR RECONSIDER ORDER REGARDING PLAINTIFFS' MOTION TO MODIFY TRADE SECRET DISCLOSURE (DKT. 669)** |

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

JOSHUA H. LERNER, SBN 220755
   joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067

1 | Tel.: 310.552.8546 / Fax: 310.552.7026

2 | Kenneth G. Parker, SBN 182911
3 | Ken.parker@haynesboone.com
4 | HAYNES AND BOONE, LLP
    600 Anton Blvd., Suite 700
5 | Costa Mesa, CA 92626
    Tel: 949.202.3014 / Fax: 949.202.3001
6

7 | MARK D. SELWYN, SBN 244180
    mark.selwyn@wilmerhale.com
8 | WILMER CUTLER PICKERING
9 | HALE AND DORR LLP
    2600 El Camino Real, Suite 400
10| Palo Alto, CA 94306
11| Tel.: 650.858.6000 / Fax: 650.858.6100

12| Attorneys for Defendant Apple Inc.

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Masimo") and Defendant Apple Inc. ("Apple") hereby submit the following joint report Pursuant to the Court's July 6, 2022, Order Regarding Apple's Motion to Clarify or Reconsider Order Re Trade Secret Disclosure (Dkt. 815).

The parties previously stipulated to extend the deadline to file this report and Masimo's supplemental brief based on their continued efforts to meet and confer.  Dkt. 828.  Because the Court has not yet ruled on that stipulation, the parties are filing this joint report, and Masimo is filing its supplemental brief, in an abundance of caution.  The parties will continue to meet and confer to try to narrow their disputes further and will inform the Court if they make progress.

## JOINT REPORT

**1.  Agreed Applications**

In the interest of compromise, the parties agree the following applications reasonably may fall within TS D.1-D.5.

- Blood Oxygen application;
- Heart Rate application (i.e., high / low heart rate notification and irregular rhythm notification);
- ECG application (including AFib);
- Health application to the extent it uses blood oxygen, heart rate, or ECG data; and
- Research application to the extent it uses blood oxygen, heart rate, or ECG data.

**2.  Disputed Frameworks and Applications**

The parties dispute whether the following frameworks and applications reasonably may fall within TS D.1-D.5.

- HealthKit to the extent it uses blood oxygen, heart rate, or ECG data;
- CareKit to the extent it uses blood oxygen, heart rate, or ECG data;
- SensorKit to the extent it uses blood oxygen, heart rate, or ECG data;

-1-

1 ███████████████████████

2 - Heart Rate application (including high / low heart rate notification and irregular rhythm notification).

Plaintiffs have agreed to exclude from the present scope of TS D.1-D.5 aspects of these frameworks and applications that do ***not*** use blood oxygen, heart rate, or ECG data.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 20, 2022      By: */s/ Adam B. Powell*
        Joseph R. Re
        Stephen C. Jensen
        Perry D. Oldham
        Stephen W. Larson
        Adam B. Powell

        Attorneys for Plaintiffs,
        Masimo Corporation and
        Cercacor Laboratories

GIBSON, DUNN & CRUTCHER LLP

Dated: July 20, 2022      By: */s/ Nora Passamaneck (with permission)*
        Joshua H. Lerner
        H. Mark Lyon
        Brian M. Buroker
        Brian A. Rosenthal
        Ilissa Samplin
        Angelique Kaounis
        GIBSON, DUNN & CRUTCHER LLP

        Kenneth G. Parker
        HAYNES AND BOONE, LLP

        Mark D. Selwyn
        Nora Passamaneck
        WILMER CUTLER PICKERING HALE AND DORR LLP

        Attorneys for Defendant Apple Inc.

**ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

*/s/ Adam B. Powell*
Adam B. Powell