# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation et al., <br><br> PLAINTIFF(S) <br> v. <br> Apple Inc. <br><br> DEFENDANT(S) | CASE NUMBER <br><br> 8:20-cv-00048-JVS (JDEx) <br><br> **NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☒ the following scanned document ☒ docket entry  have/has been corrected as indicated below.

Title of scanned document: ORDER GRANTING JOINT STIPULATION FOR EXPEDITED BRIEFING

Filed date: July 20, 2022     Document Number(s): 829

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 21-01, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other:  The Order granting Joint Stipulation for Expedited Briefing and Request for Expedited Consideration of Plaintiff's Motion to Increase Deposition Hours (Dkt. 829) incorrectly referred to, and was linked to the wrong docket entry. The order should have referred to Dkt. 827.

CLERK, U.S. DISTRICT COURT

Date: July 20, 2022     By: Maria Barr
                                   Deputy Clerk

G-11 (03/21)     NOTICE OF CLERICAL ERROR