1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation

          Plaintiffs,

      v.

APPLE INC., a California corporation

          Defendant.

) Case No. 8:20-cv-00048-JVS-JDE
)
) **ORDER EXTENDING THE**
) **DEADLINE FOR JOINT REPORT**
) **AND SUPPLEMENTAL BRIEF**
) **REGARDING APPLE'S MOTION**
) **TO CLARIFY OR RECONSIDER**
) **ORDER RE TRADE SECRET**
) **DISCLOSURE**
)
)
)
)
)
)
)
)
)

Having considered the Stipulation Extending the Deadline for Joint Report and Supplemental Brief Regarding Apple's Motion To Clarify Or Reconsider Order Re Trade Secret Disclosure, the Court GRANTS the request as follows:

The deadline for the Parties' Joint Report and for Plaintiffs' Supplemental Brief discussed in the Court's Order Regarding Apple's Motion To Clarify Or Reconsider Order Re Trade Secret Disclosure (Dkt. 815 at 6) is extended to July 22, 2022.

**IT IS SO ORDERED.**

Dated:  July 21, 2022

The Honorable James V. Selna
United States District Judge