Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Baraa Kahf (Bar No. 261144)
Baraa.Kahf@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

*Counsel for Defendants listed on next page.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**JOINT STIPULATION IMPLEMENTING RECOMMENDATION OF THE SPECIAL MASTER REGARDING EXPEDITED BRIEFING** |

1  Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458

5
   JOSHUA H. LERNER, SBN 220755
6    joshua.lerner@wilmerhale.com
   WILMER CUTLER PICKERING
7  HALE AND DORR LLP
8  1 Front Street, Suite 3500
   San Francisco, CA 94111
9  Tel.: 628.235.1000 / Fax: 628.235.1001

10
   H. MARK LYON, SBN 162061
11 mlyon@gibsondunn.com
12 GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
13 Palo Alto, CA 94304-1211
14 Tel.: 650.849.5300 / Fax: 650.849.5333

15 BRIAN M. BUROKER, *pro hac vice*
   bburoker@gibsondunn.com
16 GIBSON, DUNN & CRUTCHER LLP
17 1050 Connecticut Avenue, N.W.
   Washington, D.C. 20036
18 Tel.: 202.955.8500 / Fax: 202.467.0539

19
   BRIAN A. ROSENTHAL, *pro hac vice*
20 brosenthal@gibsondunn.com
21 GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
22 New York, NY 10166-0193
23 Tel.: 212.351.2339 / Fax: 212.817.9539

24
   ILISSA SAMPLIN, SBN 314018
25 isamplin@gibsondunn.com
26 GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
27 Los Angeles, CA 90071-3197
   Tel.: 213.229.7000 / Fax: 213.229.7520
28

ANGELIQUE KAOUNIS, SBN 209833
akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

Kenneth G. Parker, SBN 182911
Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Tel: 949.202.3014 / Fax: 949.202.3001

MARK D. SELWYN, SBN 244180
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

Attorneys for Defendant Apple Inc.

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), respectfully submit this Stipulation Implementing Recommendation of the Special Master Regarding Expedited Briefing.

Whereas, on July 15, 2022, the Special Master issued an Order requesting the Court's guidance regarding what the Special Master identified as a threshold question:

> The Special Master DEFERS RULING on Plaintiffs' June 1, 2022 motion to compel. The Special Master respectfully finds that before the motion can be resolved, Judge Selna's guidance should first be sought on the following threshold question: whether Plaintiffs will be permitted to seek discovery in this case regarding their offensive non-party issue preclusion theory.

Special Master Order No. 11 Regarding Two Discovery Motions, p.2.

The Special Master further recommended an expedited briefing schedule on the issue:

> The Special Master RECOMMENDS that each party file an opening brief on this issue with the Court of no more than 10 pages by July 22, 2022 (submitted as a noticed motion on the Court's docket); each party file responsive cross-briefs of no more than 5 pages by July 29, 2022; and no additional briefs be permitted except as otherwise requested by Judge Selna, with Judge Selna respectfully asked to review the dispute at his earliest convenience.

*Id.*

Accordingly, the parties hereby stipulate, subject to the Court's approval, as follows:

- Masimo and Apple may each file an opening brief on the issue identified by the Special Master in Order No. 11 of no more than ten (10) pages by July 22, 2022 (submitted as a noticed motion on the Court's docket).

- Masimo and Apple may each file a responsive cross-brief of no more than five (5) pages by July 29, 2022.
- No additional briefs will be permitted except as otherwise requested by the Court.
- The motion(s) will be deemed fully submitted and ready for review by the Court at its earliest convenience as of July 29, 2022.

The parties have attached a Proposed Order for the Court's consideration.

SO STIPULATED.

|  | Respectfully submitted, |
|---|---|
|  | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: July 21, 2022 | By: */s/ Benjamin A. Katzenellenbogen* |
|  | Joseph R. Re |
|  | Stephen C. Jensen |
|  | Benjamin A. Katzenellenbogen |
|  | Perry D. Oldham |
|  | Stephen W. Larson |
|  | Mark D. Kachner |
|  | Baraa Kahf |
|  | Adam B. Powell |
|  | Daniel P. Hughes |
|  | Justin J. Gillett |
|  | Attorneys for Plaintiffs |
|  | MASIMO CORPORATION and CERCACOR LABORATORIES, INC. |

|   |   |
|---|---|
|   | GIBSON, DUNN & CRUTCHER LLP |
| Dated: July 21, 2022 | By: */s/ Nora Passamaneck (with permission)* <br> Joshua H. Lerner <br> H. Mark Lyon <br> Brian M. Buroker <br> Brian A. Rosenthal <br> Ilissa Samplin <br> Angelique Kaounis <br> GIBSON, DUNN & CRUTCHER LLP <br><br> Kenneth G. Parker <br> HAYNES AND BOONE, LLP <br><br> Mark D. Selwyn <br> Nora Passamaneck <br> WILMER CUTLER PICKERING HALE AND DORR LLP |

**ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

|   |   |
|---|---|
| Dated: July 21, 2022 | By: */s/ Benjamin A. Katzenellenbogen* <br> Benjamin A. Katzenellenbogen |

55996623