# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

Case No. 8:20-cv-00048-JVS-JDE

**ORDER IMPLEMENTING RECOMMENDATION OF THE SPECIAL MASTER REGARDING EXPEDITED BRIEFING**

Cc: Special Master Andrew Guilford

Having considered the parties' Joint Stipulation Implementing Recommendation of the Special Master Regarding Expedited Briefing, the Court GRANTS the request as follows:

- Masimo and Apple may each file an opening brief on the issue identified by the Special Master in Order No. 11 of no more than ten (10) pages by July 22, 2022 (submitted as a noticed motion on the Court's docket).
- Masimo and Apple may each file a responsive cross-brief of no more than five (5) pages by July 29, 2022.
- No additional briefs will be permitted except as otherwise requested by the Court.
- The motion(s) will be deemed fully submitted and ready for review by the Court at its earliest convenience as of July 29, 2022.

**IT IS SO ORDERED.**

Dated: July 22, 2022

The Honorable James V. Selna
United States District Judge

55996694