Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' REVISED SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANT APPLE INC.'S MOTION TO CLARIFY OR RECONSIDER ORDER REGARDING PLAINTIFFS' MOTION TO MODIFY TRADE SECRET DISCLOSURE (DKT. 669)** |

1  Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Adam B. Powell, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in Support of Plaintiffs' Supplemental Memorandum in Opposition to Defendant Apple Inc.'s Motion to Clarify or Reconsider Order regarding Plaintiffs' Motion to Modify Trade Secret Disclosure (Dkt. 669).

2. On May 12, 2022, Masimo served its Third Supplemental Response to Apple's Interrogatory No. 10. At that time, the parties had taken only three depositions. Masimo deposed Robin Goldberg on August 31, 2021. Apple deposed Gerry Hammarth and Bobby Lee on December 2, 2021, and December 8, 2021, respectively. Each deposition was a non-substantive 30(b)(6) deposition concerning document collection, retention, and/or destruction.

3. At my direction, counsel for Masimo reviewed the dates of Apple's productions. Based on their review, Apple produced about 437,000 pages of documents from the beginning of this case through November 4, 2021. Apple then produced about 1.9 million pages of documents between November 5, 2021, and May 12, 2022. Apple has since produced about 200,000 pages of documents between May 13, 2022 and July 18, 2022. Apple has produced documents this week.

4. Attached hereto as **Exhibit 16 [Filed Under Seal]** is a true and correct copy of an email chain between myself and Nora Passamaneck (counsel for Apple in this case), dated between July 8, 2022, and July 19, 2022.

5. Attached hereto as **Exhibit 17 [Filed Under Seal]** is a true and correct copy of a document Apple produced in this case beginning with production number APL-MAS_00966436.

-1-

6.     Attached hereto as **Exhibit 18 [Filed Under Seal]** is a true and correct copy of a document Apple produced in this case beginning with production number APL-MAS_01199023.

7.     Attached hereto as **Exhibit 19 [Filed Under Seal]** is a true and correct copy of a document Apple produced in this case beginning with production number APL-MAS_01167800.

8.     Attached hereto as **Exhibit 20 [Filed Under Seal]** is a true and correct copy of a letter I sent to Brian Andrea (counsel for Apple in this case), dated September 13, 2021.

9.     Attached hereto as **Exhibit 21 [Filed Under Seal]** is a true and correct copy of a letter I sent to Angelique Kaounis (counsel for Apple in this case), dated October 8, 2021.

10.    Attached hereto as **Exhibit 22 [Filed Under Seal]** is a true and correct copy of an email chain between myself and Nora Passamaneck (counsel for Apple in this case), dated between March 1, 2022, and March 10, 2022.

11.    Attached hereto as **Exhibit 23** is a true and correct copy of excerpts from Apple's Research and Care Organization website, https://www.researchandcare.org/resources/investigator-support-program/, that was printed at my direction on or about July 20, 2022.

12.    Attached hereto as **Exhibit 24 [Filed Under Seal]** is a true and correct copy of an email from Nora Passamaneck (counsel for Apple in this case) to counsel for Masimo, dated July 15, 2022, and the accompanying attachment comprising Apple's designations for certain of Masimo's Rule 30(b)(6) topics in this case.

13.    Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from Apple's website, https://developer.apple.com/documentation/sensorkit, that was printed at my direction on or about July 20, 2022.

14. Attached hereto as **Exhibit 26 [Filed Under Seal]** is a true and correct copy of Apple's Objections and Responses to Masimo's Twelfth Set of Requests for Production of Documents to Apple (Nos. 593-598), dated January 24, 2022.

15. Attached hereto as **Exhibit 27 [Filed Under Seal]** is a true and correct copy of a document Apple produced in this case beginning with production number APL-MAS_00291507.

16. Attached hereto as **Exhibit 28 [Filed Under Seal]** is a true and correct copy of excerpts of Apple's Fifth Objections and Responses to Masimo's Interrogatory No. 12 in this case, dated July 15, 2022.

17. Attached hereto as **Exhibit 29 [Filed Under Seal]** is a true and correct copy of Apple's Supplemental Objections and Responses to Masimo's Interrogatory No. 14 in this case, dated July 15, 2022.

18. Attached hereto as **Exhibit 30 [Filed Under Seal]** is a true and correct copy of a letter Angelique Kaounis (counsel for Apple in this case) sent to me, dated September 17, 2021.

19. During the meet and confer on July 21, 2022, Ms. Kaounis told me that she distinguished "frameworks" and "applications" during a meet and confer she had with me sometime in August or September of 2021. I disagree that any such conversation occurred. I asked for the date of the meeting to which Ms. Kaounis was referring. Ms. Kaounis did not provide the date.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on July 22, 2022, at Encinitas, California.

/s/ Adam B. Powell

# EXHIBITS 16-22

## FILED UNDER SEAL

# EXHIBIT 23

Research & Care    ResearchKit    CareKit    Developers    Resources    Publications    Submit your App

GETTING STARTED, DEVELOPMENT AND LAUNCH

# Investigator Support Program



At Apple, we are continuously inspired by the innovative ways the research, clinical, and developer communities leverage our products and platforms. We are excited to announce a program that will support these communities in their future work.

With ResearchKit and CareKit, it's easier than ever to create apps to conduct research studies, as well as deliver novel care programs. We have seen first hand how researchers and clinicians are able to accomplish even more in their research and care programs with the addition of Apple Watch, and we want to help more people have the same kind of success.

To better support the efforts of these incredible communities we are piloting a new program to support investigators. This program will give groups and individuals the opportunity to receive Apple Watches to include in their research study or care program. Once proposals are submitted to the Investigator Support team, they will be evaluated based on study design, utilization of Apple products and frameworks, ability to operationalize the proposed study, and the impact to users, patients, and/or the scientific community.

## Investigator Support Program Overview

Exhibit 23
41

- Apple Watches provided to selected investigators.

- Process will include proposal submission, competitive evaluation, followed by awarding devices to be used in studies.

- Evaluation criteria prioritizes projects that advance science, enable people to lead healthier lives, uniquely leverage our products and frameworks, and involve well thought out development plans.

To be considered for this program, email research_proposals@apple.com for more information on how to get started.

 ResearchKit & CareKit    >    Resources    >    Investigator Support Program

Contact us:    ResearchKit team   |   CareKit team   |   Investigator Support Program

Privacy Policy   |   Legal                                        Copyright © 2022 Apple Inc. All rights reserved.

# EXHIBIT 24
## FILED UNDER SEAL

# EXHIBIT 25

Documentation / SensorKit                                    Language: Swift ⌄     API Changes: Show ⌄

**SensorKit**

Setup
- Configuring Your Project for Sensor Reading
- › Ⓒ SRSensorReader

Authorization
- Ⓣ com.apple.developer.sensorkit.reader.allow

Data Querying
- › Ⓒ SRFetchRequest
- › Ⓒ SRFetchResult

Data Interpretation
- › Ⓒ SRAmbientLightSample
- › Ⓒ SRVisit
- › Ⓒ SRWristDetection
- › Ⓒ SRKeyboardMetrics
- › Ⓒ SRDeviceUsageReport
- › Ⓒ SRMessagesUsageReport
- › Ⓒ SRPhoneUsageReport

Deletion Analytics
- › Ⓒ SRDeletionRecord

Framework

# SensorKit

Retrieve data and derived metrics from an iPhone's sensors, or from a paired Apple Watch.

[ iOS 14.0+ ]  [ iPadOS 14.0+ ]  [ macOS 12.3+ ]
[ Mac Catalyst 14.0+ ]

## Overview

As the system gathers information using various sensors on a device, SensorKit enables an app to access select raw data, or metrics that the system processes from a sensor, such as:

- Steps information
- Accelerometer or rotation-rate data
- The configuration of a watch on the user's wrist
- Ambient light in the physical environment
- Details about a user's routine commute or travel

See Sensors for the complete list.

> Note
> This framework ignores calls from Mac apps that you build with Mac Catalyst.

## Topics

### Setup

≡ Filter

Exhibit 25
55

### Setup

📄 **Configuring Your Project for Sensor Reading**
Add metadata to your app to attain system and user permission to access sensor data.

`class` `SRSensorReader`
An object that establishes user authorization and records data for a particular sensor.

## Authorization

`com.apple.developer.sensorkit.reader.allow`
The necessary entitlement to access sensor data that's required by your app's preapproved research study.

## Data Querying

`class` `SRFetchRequest`
An object that defines the criteria for a sample query.

`class` `SRFetchResult`
Recorded data that a sensor reader fetches.

## Data Interpretation

`class` `SRAmbientLightSample`
The amount of ambient light in the user's environment.

`class` `SRVisit`
The user's progess in their daily travel routine.

`class` `SRWristDetection`
The configuration of a watch on the wearer's wrist.

`class` `SRKeyboardMetrics`
The configuration of a device's keyboard and its usage patterns.

`class` `SRDeviceUsageReport`
The frequency and relative duration that the

Exhibit 25
56

The frequency and relative duration that the user uses their device, particular Apple apps, or websites.

class `SRMessagesUsageReport`

An object that describes the user's Messages app activity over a period of time.

class `SRPhoneUsageReport`

An object that describes the user's phone activity over a period of time.

## Deletion Analytics

class `SRDeletionRecord`

An object that describes the reason the framework deletes samples.

Exhibit 25
57

# EXHIBIT 24

FILED UNDER SEAL