1

JOSHUA H. LERNER, SBN 220755
   Joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1 Front Street, Ste. 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

2

3

4

5

H. MARK LYON, SBN 162061
   mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

6

7

8

9

BRIAN M. BUROKER, *pro hac vice*
   bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

10

11

12

[Counsel appearance continues on next page]

13

*Attorneys for Defendant Apple Inc.*

14

15

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

16

17

18

19

20

21

22

23

24

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

          Plaintiffs,

      v.

APPLE INC.,
a California corporation,

          Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**APPLE'S NOTICE OF MOTION AND MOTION TO BAR PLAINTIFFS FROM RAISING OFFENSIVE COLLATERAL ESTOPPEL**

Date: August 22, 2022
Time: 1:30pm

Discovery Cut-Off: August 12, 2022
Pre-Trial Conference: March 13, 2023
Trial: March 28, 2023

25

26

27

28

1   BRIAN A. ROSENTHAL, *pro hac vice*
        brosenthal@gibsondunn.com
2   GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
3   New York, NY 10166-0193
    Tel.: 212.351.2339 / Fax: 212.817.9539
4
    ILISSA SAMPLIN, SBN 314018
5      isamplin@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
6   333 South Grand Avenue
    Los Angeles, CA 90071-3197
7   Tel.: 213.229.7000 / Fax: 213.229.7520
8   ANGELIQUE KAOUNIS, SBN 209833
        akaounis@gibsondunn.com
9   GIBSON, DUNN & CRUTCHER LLP
    2029 Century Park East Suite 4000
10  Los Angeles, CA 90067
    Tel.: 310.552.8546 / Fax: 310.552.7026
11
    KENNETH G. PARKER, SBN 182911
12      Ken.parker@haynesboone.com
    HAYNES AND BOONE, LLP
13  660 Anton Boulevard Suite 700
    Costa Mesa, CA 92626
14  Tel. 650.949.3014 / Fax: 949.202.3001
15  MARK D. SELWYN, SBN 244180
        mark.selwyn@wilmerhale.com
16  WILMER CUTLER PICKERING
        HALE AND DORR LLP
17  2600 El Camino Real, Suite 400
    Palo Alto, CA 94306
18  Tel.: 650.858.6000 / Fax: 650.858.6100
19  NORA Q.E. PASSAMANECK, *pro hac vice*
        nora.passamaneck@wilmerhale.com
20  WILMER CUTLER PICKERING
        HALE AND DORR LLP
21  1225 Seventeenth St., Suite 2600
    Denver, CO 80202
22  Tel: 720.274.3152 / Fax: 720.273.3133

23

24

25

26

27

28

TO THE COURT, PLAINTIFFS, AND ALL COUNSEL OF RECORD:

   **PLEASE TAKE NOTICE** that on August 22, 2022, or as soon thereafter as the matter may be heard, in Courtroom 10C, located at 411 West Fourth Street, Santa Ana, California, 92701, Defendant Apple Inc. ("Apple") will, and hereby does, move for the Court to Bar Plaintiffs From Raising Offensive Collateral Estoppel.

   This motion is supported by the accompanying Memorandum in Support, the Declaration of Nora Passamaneck, a Proposed Order, and such other evidence or argument as may be presented at or before the hearing.

   This motion is made pursuant to Order No. 11 Of Special Master Regarding Two Discovery Motions, dated July 15, 2022.

Dated:  July 22, 2022                    Respectfully submitted,

                                         H. MARK LYON
                                         BRIAN M. BUROKER
                                         BRIAN A. ROSENTHAL
                                         ILISSA SAMPLIN
                                         ANGELIQUE KAOUNIS
                                         GIBSON, DUNN & CRUTCHER LLP

                                         KENNETH G. PARKER
                                         HAYNES AND BOONE, LLP

                                         MARK D. SELWYN
                                         JOSHUA H. LERNER
                                         NORA Q.E. PASSAMANECK
                                         WILMER CUTLER PICKERING
                                          HALE AND DORR LLP


                                         By:  *Mark D. Selwyn*
                                              Mark D. Selwyn


                                         *Attorneys for Defendant Apple Inc*