JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S MOTION TO BAR PLAINTIFFS FROM RAISING OFFENSIVE COLLATERAL ESTOPPEL** <br><br> Date: August 22, 2022 <br> Time: 1:30 p.m. <br><br> Discovery Cut-Off: 8/12/22 <br> Pre-Trial Conference: 3/13/23 <br> Trial: 3/28/23 |

1  BRIAN A. ROSENTHAL, *pro hac vice*
     brosenthal@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
3  New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
4
   ILISSA SAMPLIN, SBN 314018
5    isamplin@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  333 South Grand Avenue
   Los Angeles, CA 90071-3197
7  Tel.: 213.229.7000 / Fax: 213.229.7520

8  ANGELIQUE KAOUNIS, SBN 209833
     akaounis@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East Suite 4000
10 Los Angeles, CA 90067
   Tel.: 310.552.8546 / Fax: 310.552.7026
11
   MARK D. SELWYN, SBN 244180
12   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
13   HALE AND DORR LLP
   2600 El Camino Real, Suite 400
14 Palo Alto, CA 94306
   Tel.: 650.858.6000 / Fax: 650.858.6100
15
   NORA Q.E. PASSAMANECK, *pro hac vice*
16   nora.passamaneck@wilmerhale.com
   WILMER CUTLER PICKERING
17   HALE AND DORR LLP
   1225 Seventeenth St., Suite 2600
18 Denver, CO 80202
   Tel: 720.274.3152 / Fax: 720.273.3133
19
   KENNETH G. PARKER, SBN 182911
20   ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
21 600 Anton Blvd., Suite 700
   Costa Mesa, CA 92626
22 Tel: 949.202.3014 / Fax: 949.202.3152

23

24

25

26

27

28

I, Nora Passamaneck, declare and state as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3. I make this Declaration in support of Apple's Motion To Bar Plaintiffs From Raising Offensive Collateral Estoppel ("Motion").

4. Attached hereto as **Exhibit 1** is a true and correct copy the Complaint filed in *Masimo Corp. et al. v. True Wearables Inc.*, Case No. 8:18-CV-02001, dated November 8, 2018.

5. Attached hereto as **Exhibit 2 (filed under seal)** is a true and correct copy of an agreement between Apple and a nonparty, dated March 3, 2021.

6. Attached hereto as **Exhibit 3 (filed under seal)** is a true and correct copy of an email exchange between Plaintiffs' counsel and Apple's counsel, regarding the term and scope of the agreement between Apple and a nonparty, the last email dated May 25, 2022.

7. Attached hereto as **Exhibit 4 (filed under seal)** is a true and correct copy of Apple's Opposition to Plaintiffs' July 1, 2022 Motion to Compel production of privileged documents and communication exchanged between Apple and a nonparty, submitted July 15, 2022.

8. Attached hereto as **Exhibit 5 (filed under seal)** is a true and correct copy of Plaintiffs' Interrogatory No. 25, served on February 15, 2022.

9. Attached hereto as **Exhibit 6 (filed under seal)** is a true and correct copy of Apple Inc.'s Objections and Responses to Plaintiffs' Interrogatory No. 25, served on April 29, 2022.

10. Attached hereto as **Exhibit 7 (filed under seal)** is a true and correct copy of Apple's Opposition to Plaintiffs' June 1, 2022 Motion to Compel a supplemental response to Interrogatory No. 25, submitted on June 8, 2022.

11. Attached hereto as **Exhibit 8 (filed under seal)** is a true and correct copy of Plaintiffs' Motion to Compel nonparty's compliance with subpoena, filed May 24, 2022.

12. Attached hereto as **Exhibit 9 (filed under seal)** is a true and correct copy of Plaintiffs' Motion to Compel supplemental response to Interrogatory No. 25, filed June 1, 2022.

13. Attached hereto as **Exhibit 10 (filed under seal)** is a true and correct copy of Apple's letter submitted to the Special Master related to Plaintiffs' Motion to Compel nonparty's compliance with subpoena, submitted on June 6, 2022.

14. Attached hereto as **Exhibit 11 (filed under seal)** is a true and correct copy of Plaintiffs' letter to the Special Master responding to Apple's June 6, 2022 letter, submitted on June 13, 2022.

15. Attached hereto as **Exhibit 12 (filed under seal)** is a true and correct copy of Plaintiffs' supplemental letter brief on offensive collateral estoppel, submitted to the Special Master on June 30, 2022.

16. Attached hereto as **Exhibit 13 (filed under seal)** is a true and correct copy of Apple's supplemental letter brief on offensive collateral estoppel, submitted to the Special Master on June 30, 2022.

17. Attached hereto as **Exhibit 14 (filed under seal)** is a true and correct copy of Plaintiffs' response to Apple's supplemental letter brief on offensive collateral estoppel, submitted to the Special Master on July 7, 2022.

18. Attached hereto as **Exhibit 15 (filed under seal)** is a true and correct copy of Apple's response to Plaintiffs' supplemental letter brief on offensive collateral estoppel, submitted to the Special Master on July 7, 2022.

19. Attached hereto as **Exhibit 16 (filed under seal)** is a true and correct copy of the Special Master's Order No. 11, dated July 15, 2022.

20. Attached hereto as **Exhibit 17 (filed under seal)** is a true and correct copy of the Special Master's Order No. 13, dated July 20, 2022.

21. Attached hereto as **Exhibit 18 (filed under seal)** is a true and correct copy of a letter dated June 28, 2022, from Nora Passamaneck, counsel for Apple, to Adam Powell, counsel for Plaintiffs.

22. Attached hereto as **Exhibit 19 (filed under seal)** is a true and correct copy of Defendant Apple Inc.'s Objections And Responses To Plaintiffs Masimo Corporation And Cercacor Laboratories, Inc.'s Eighth Set Of Interrogatories To Defendant Apple Inc. (Nos. 26-35), dated June 15, 2022.

23. Attached hereto as **Exhibit 20 (filed under seal)** is a true and correct copy of Plaintiffs' reply in support of their June 1, 2022 Motion to Compel supplemental response to Interrogatory No. 25, submitted to the Special Master on June 15, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of July 2022 in Nederland, Colorado.

By: _____
Nora Q.E. Passamaneck