Wilmer Cutler
Pickering Hale
and Dorr LLP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **[PROPOSED] ORDER GRANTING APPLE'S MOTION TO BAR PLAINTIFFS FROM RAISING OFFENSIVE COLLATERAL ESTOPPEL** <br><br> Date: August 22, 2022 <br> Time: 1:30 p.m. <br><br> Discovery Cut-Off: August 12, 2022 <br> Pre-Trial Conference: March 13, 2023 <br> Trial: March 28, 2023 |

[PROPOSED] ORDER GRANTING APPLE'S MOT. TO BAR PLAINTIFFS FROM RAISING OFFENSIVE COLLATERAL ESTOPPEL

Case No. 8:20-cv-00048-JVS (JDEX)

This matter is before the Court pursuant to Defendant Apple Inc.'s Motion to Bar Plaintiffs From Raising Offensive Collateral Estoppel.

Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Motion is GRANTED. Plaintiffs have forfeited their collateral estoppel argument by failing to provide Apple with sufficient notice. In addition, the record is sufficiently clear to establish that Plaintiffs cannot establish "control" (and thus preclusion) as a matter of law.

**IT IS SO ORDERED.**

Dated: _____   _____
The Hon. James V. Selna
United States District Court Judge

[PROPOSED] ORDER GRANTING APPLE'S MOT. TO BAR PLAINTIFFS FROM RAISING OFFENSIVE COLLATERAL ESTOPPEL.

1    Case No. 8:20-cv-00048-JVS (JDEX)