IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation<br><br>    Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' MOTION SEEKING GUIDANCE REQUESTED BY THE SPECIAL MASTER** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Memorandum In Support Of Motion Seeking Guidance Requested By The Special Master, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) The proposed redacted portions of Plaintiffs' Memorandum In Support Of Motion Seeking Guidance Requested By The Special Master; and

(2) Exhibits 1-7 to the Declaration of Benjamin A. Katzenellenbogen.

(3) Unredacted Memorandum In Support Of Motion Seeking Guidance Requested By The Special Master to be filed under seal within three (3) days.

DATED: _____        _____

The Honorable James V. Selna
United States District Judge

55998055

-1-