# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION SEEKING GUIDANCE REQUESTED BY THE SPECIAL MASTER** |

Having considered Plaintiffs' Motion Seeking Guidance Requested by the Special Master, all the papers filed in support, in opposition, and in reply thereof, the evidence of record cited therein, and any oral argument by counsel, and for good cause found, the Court **GRANTS** the Motion as follows:

1. Plaintiffs will be permitted to seek discovery in this case regarding Plaintiffs' offensive non-party issue preclusion theory.

   A. Plaintiffs' offensive non-party issue preclusion theory need not have been pled in the complaint.

   B. Plaintiffs timely identified Plaintiffs' offensive non-party issue preclusion theory.

   C. Whether Plaintiffs will prevail on Plaintiffs' offensive non-party issue preclusion theory is not relevant to the scope of discovery.

   D. Apple has not established that Plaintiffs will ultimately be unable to muster the evidence necessary to satisfy the applicable legal standard for non-party issue preclusion.

**IT IS SO ORDERED.**

Dated:_____          _____
                                The Honorable James V. Selna
                                United States District Judge

55997115