Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF BENJAMIN A. KATZENELLENBOGEN IN SUPPORT OF MOTION SEEKING GUIDANCE REQUESTED BY THE SPECIAL MASTER** |

1  Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458

I, Benjamin A. Katzenellenbogen, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and Counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this Declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in support of Masimo's Motion Seeking Guidance Requested by the Special Master.

2. I conducted multiple conferences of counsel pursuant to L.R. 7-3, including two hearings before the Special Master, which took place on June 24 and July 13, 2022.

3. Attached hereto as **Exhibit 1 [Filed Under Seal]** is a true and correct copy of the ORDER NO. 11 OF SPECIAL MASTER REGARDING TWO DISCOVERY MOTIONS, dated July 15, 2022, requesting guidance from the Court regarding discovery in support of non-party issue preclusion theory.

4. Attached hereto as **Exhibit 2 [Filed Under Seal]** is a true and correct copy of the ORDER OF SPECIAL MASTER REQUESTING SUPPLEMENTAL BRIEFING REGARDING PLAINTIFFS' "NON-PARTY ISSUE PRECLUSION THEORY," dated June 24, 2022.

5. Attached hereto as **Exhibit 3 [Filed Under Seal]** is a true and correct copy of the Highly Confidential - Attorneys' Eyes Only DEFENDANT APPLE INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.'S SEVENTH SET OF INTERROGATORIES TO DEFENDANT APPLE INC. (NO. 25), dated April 29, 2022.

6. Attached hereto as **Exhibit 4 [Filed Under Seal]** is a true and correct copy of a letter from Adam Powell, counsel for Masimo, to Brian Andrea, counsel for Apple, dated May 6, 2022.

7. Attached hereto as **Exhibit 5 [Filed Under Seal]** is a true and correct copy of is a true and correct copy of a letter from Brian Andrea, counsel for Apple, to Adam Powell, counsel for Masimo, dated May 10, 2022.

8. Attached hereto as **Exhibit 6 [Filed Under Seal]** is a true and correct copy of Apple's Highly Confidential - Attorneys' Eyes Only Reply Brief in support of Apple' July 1, 2022, motion to compel, dated July 15, 2022.

9. Attached hereto as **Exhibit 7 [Filed Under Seal]** is a true and correct copy of Apple's Highly Confidential - Attorneys' Eyes Only Letter Brief in support of Apple's June 30, 2022, Supplemental Brief and pursuant to the Special Master's June 24 Order Requesting Supplemental Briefing Regarding Plaintiffs' "Non-Party Issue Preclusion Theory," dated July 7, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 22, 2022, at Irvine, California.

        */s/ Ben Katzenellenbogen*
        Benjamin A. Katzenellenbogen

55997080

# EXHIBIT 1-7

## FILED UNDER SEAL