1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL** |

1  This matter is before the Court pursuant to Apple's Application To File Under Seal Documents Regarding Its Motion To Bar Plaintiffs From Raising Offensive Collateral Estoppel ("Application") under Local Rule 79-5.2.2. Having considered the Application To File Under Seal and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is GRANTED. Apple shall file under seal its Motion To Bar Plaintiffs From Raising Offensive Collateral Estoppel and Exhibits 2-20.

**IT IS SO ORDERED.**

Dated: 7/25/22

_____
The Hon. James V. Selna
United States District Court Judge