1
2
3
4
5
6
7
8
9
10
11
12

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation<br><br>        Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) **ORDER GRANTING LEAVE TO**<br>) **FILE UNDER SEAL**<br>) **DOCUMENTS REGARDING**<br>) **PLAINTIFFS' MOTION SEEKING**<br>) **GUIDANCE REQUESTED BY**<br>) **THE SPECIAL MASTER**<br>)<br>)<br>)<br>)<br>)<br>) |

1    Having considered Plaintiffs' Application for Leave to File Under Seal

2  Documents Regarding Plaintiffs' Memorandum In Support Of Motion Seeking

3  Guidance Requested By The Special Master, and finding good cause therefor,

4  the Application is GRANTED.

5    **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and

6  Cercacor Laboratories, Inc. may file under seal:

7    (1) The proposed redacted portions of Plaintiffs' Memorandum In

8        Support Of Motion Seeking Guidance Requested By The Special

9        Master; and

10   (2) Exhibits 1-7 to the Declaration of Benjamin A. Katzenellenbogen.

11   (3) Unredacted Memorandum In Support Of Motion Seeking Guidance

12       Requested By The Special Master to be filed under seal within three

13       (3) days.

14

15  DATED: 7/25/22

16                                The Honorable James V. Selna
17                                United States District Judge

18  55998055

19

20

21

22

23

24

25

26

27

28

-1-