JOSHUA H. LERNER, SBN 220755
 joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
 mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
 bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION TO CLARIFY OR RECONSIDER ORDER REGARDING PLAINTIFFS' MOTION TO MODIFY TRADE SECRET DISCLOSURE (DKT. 669)**<br><br>Date: July 11, 2022<br>Time: 1:30pm<br>Discovery Cut-Off: 8/12/2022<br>Pre-Trial Conference: 3/13/2023<br>Trial: 3/28/2023 |

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENT RE SUPP. MEMO. ISO MOT. TO CLARIFY OR RECONSIDER TS ORDER         CASE NO. 8:20-cv-00048-JVS (JDEX)

1  BRIAN A. ROSENTHAL, *pro hac vice*
     brosenthal@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
3  New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
4
   ILISSA SAMPLIN, SBN 314018
5    isamplin@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  333 South Grand Avenue
   Los Angeles, CA 90071-3197
7  Tel.: 213.229.7000 / Fax: 213.229.7520

8  ANGELIQUE KAOUNIS, SBN 209833
     akaounis@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East Suite 4000
10 Los Angeles, CA 90067
   Tel.: 310.552.8546 / Fax: 310.552.7026
11
   MARK D. SELWYN, SBN 244180
12   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
13    HALE AND DORR LLP
   2600 El Camino Real, Suite 400
14 Palo Alto, CA 94306
   Tel.: 650.858.6000 / Fax: 650.858.6100
15
   NORA Q.E. PASSAMANECK, *pro hac vice*
16   nora.passamaneck@wilmerhale.com
   WILMER CUTLER PICKERING
17    HALE AND DORR LLP
   1225 Seventeenth St., Suite 2600
18 Denver, CO 80202
   Tel: 720.274.3152 / Fax: 720.273.3133
19
   KENNETH G. PARKER, SBN 182911
20   ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
21 600 Anton Blvd., Suite 700
   Costa Mesa, CA 92626
22 Tel: 949.202.3014 / Fax: 949.202.3152

23

24

25

26

27

28

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS RE MOT. TO CLARIFY OR RECONSIDER TS ORDER
CASE NO. 8:20-cv-00048-JVS (JDEX)

1  Pursuant to Local Rule 79-5.2.2, Apple requests that the Court grant leave to file
2  under seal Apple's Supplemental Memorandum In Support Of Its Motion To Clarify Or
3  Reconsider Order Regarding Plaintiffs' Motion To Modify Trade Secret Disclosure
4  (Dkt. 669) ("Memorandum"), and Exhibits AA and CC to the Declaration of Nora
5  Passamaneck In Support Of the Memorandum.  As detailed in the accompanying
6  Declaration of Mark D. Selwyn, Plaintiffs have indicated that Exhibits AA and CC
7  contain their confidential information, and Exhibit AA describes prior exhibits and
8  briefing that the Court has already ordered to be filed under seal pursuant to the
9  protective order.  The redacted portions of Apple's Memorandum quote, reference, or
10 summarize such documents.

11 Accordingly, Apple respectfully requests an order granting leave to file its
12 Memorandum and Exhibits AA and CC under seal.

14 Dated: July 27, 2022           Respectfully submitted,

15                                 H. MARK LYON
                                   BRIAN M. BUROKER
16                                 BRIAN A. ROSENTHAL
                                   ILISSA SAMPLIN
17                                 ANGELIQUE KAOUNIS
                                   GIBSON, DUNN & CRUTCHER LLP
18
19                                 MARK D. SELWYN
                                   JOSHUA H. LERNER
20                                 NORA Q.E. PASSAMANECK
                                   WILMER CUTLER PICKERING HALE
21                                  AND DORR LLP

22                                 KENNETH G. PARKER
                                   HAYNES AND BOONE, LLP

24                            By: */s/ Mark D. Selwyn*
                                   Mark D. Selwyn
25
26                                 *Attorneys for Defendant Apple Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS RE SUPP. MEMO ISO MOT. TO CLARIFY OR RECONSIDER TS ORDER        1        CASE NO. 8:20-cv-00048-JVS (JDEx)