# EXHIBIT AA
Redacted in its Entirety