# EXHIBIT BB

| | |
|---|---|
| **From:** | Morgan, Tracy A. <TMorgan2@gibsondunn.com> |
| **Sent:** | Friday, June 25, 2021 8:48 PM |
| **To:** | Joseph R. Re - Knobbe Martens (joe.re@knobbe.com); Steve Jensen - Knobbe Martens (steve.jensen@knobbe.com); Perry Oldham - Knobbe Martens (perry.oldham@knobbe.com); Adam Powell - Knobbe Martens (adam.powell@knobbe.com); Stephen W. Larson - Knobbe Martens (stephen.larson@knobbe.com); Masimo.Apple@knobbe.com |
| **Cc:** | *** Apple-Masimo |
| **Subject:** | Masimo v. Apple - Apple Production (APLPROD026) |

Counsel,
Documents are available for download.  The credentials to access the SFTP site are below.  The SFTP password and production .RAR file password will be sent separately.  Please note these files will only remain available on the SFTP site for seven days.

Due to the size of the data the production has been provided in two parts.  Please download both parts before attempting to extract the data.  Opening the first .RAR file (Part 1) using the password should open both parts as if they were one file.  Please let us know if you have any issues.

Production Volume: APLPROD026_20210625
Bates Range: APL-MAS_00196613 - APL-MAS_00328041
File Names:
APLPROD026_20210625.part1.rar
APLPROD026_20210625.part2.rar
Password:      Sent separately


| **Host** | sftp.gibsondunn.com |
|---|---|
| **Connection type** | SFTP/SSH (we recommend using the software FileZilla to connect) |
| **Port** | 22 |
| **Username** | 03290-00135_Apple_Productions |
| **Password to SFTP** | Sent Separately |


**Tracy A. Morgan, CP**
Certified Paralegal

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
3161 Michelson Drive, Irvine, CA 92612-4412
Tel +1 949.451.4186 • Fax +1 949.475.4686
TMorgan2@gibsondunn.com • www.gibsondunn.com

1

Exhibit BB
Page 1