# EXHIBIT CC
# Redacted in its Entirety