# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR REVIEW OF MAGISTRATE JUDGE EARLY'S JULY 22, 2022, ORDER DENYING MASIMO'S MOTION TO INCREASE DEPOSITION HOURS (DKT. 849)** |

Having considered Plaintiffs' *Ex Parte* Application For Review of Magistrate Judge Early's July 22, 2022, Order Denying Masimo's Motion To Increase Deposition Hours (Dkt. 849), all the papers filed in support, in opposition, and in reply thereof, the evidence of record cited therein, and any oral argument by counsel, and for good cause found, the Court **GRANTS** the Motion as follows:

(1) Judge Early's July 22, 2022, Order Denying Masimo's Motion To Increase Deposition Hours (Dkt. 849) is REVERSED; and

(2) Masimo may take up to 140 hours of fact depositions.

**IT IS SO ORDERED.**

Dated:_____

The Honorable James V. Selna
United States District Judge

55979686