JOSHUA H. LERNER, SBN 220755
 joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
 mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
 bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPPOSITION TO PLAINTIFFS' MOTION SEEKING GUIDANCE REQUESTED BY THE SPECIAL MASTER** <br><br> Date: August 22, 2022 <br> Time: 1:30 p.m. <br><br> Discovery Cut-Off: 8/12/2022 <br> Pre-Trial Conference: 3/13/2023 <br> Trial: 3/28/2023 |

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPP. TO PLAINTIFFS' MOT. SEEKING GUIDANCE REQUESTED BY THE SPECIAL MASTER

CASE NO. 8:20-cv-00048-JVS (JDEX)

BRIAN A. ROSENTHAL, *pro hac vice*
   brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
   isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
   akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

MARK D. SELWYN, SBN 244180
   mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

NORA Q.E. PASSAMANECK, *pro hac vice*
   nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel: 720.274.3152 / Fax: 720.273.3133

KENNETH G. PARKER, SBN 182911
   ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Tel: 949.202.3014 / Fax: 949.202.3152

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPP. TO PLAINTIFFS' MOT. SEEKING GUIDANCE REQUESTED BY THE SPECIAL MASTER

CASE NO. 8:20-cv-00048-JVS (JDEX)

1    Pursuant to Local Rule 79-5.2.2, Apple requests that the Court grant leave to file

2    under seal Apple's Opposition to Plaintiffs' Motion Seeking Guidance Requested by

3    the Special Master ("Opposition").  As detailed in the accompanying Declaration of

4    Mark D. Selwyn, the redacted portions of Apple's Opposition quote, reference, or

5    summarize documents this Court has previously granted permission to seal, *see* Dkts.

6    859 & 860, as well as Exhibit A, which Plaintiffs have indicated contains their

7    confidential information pursuant to the protective order.

8        Accordingly, Apple respectfully requests an order granting leave to file its

9    Opposition under seal.

10

11   Dated:  July 29, 2022            Respectfully submitted,

12                                    H. MARK LYON
                                      BRIAN M. BUROKER
13                                    BRIAN A. ROSENTHAL
                                      ILISSA SAMPLIN
14                                    ANGELIQUE KAOUNIS
                                      GIBSON, DUNN & CRUTCHER LLP
15
                                      MARK D. SELWYN
16                                    JOSHUA H. LERNER
                                      NORA Q.E. PASSAMANECK
17                                    WILMER CUTLER PICKERING HALE
                                        AND DORR LLP
18
                                      KENNETH G. PARKER
19                                    HAYNES AND BOONE, LLP

20

21                                    By:  */s/ Mark D. Selwyn*
                                          Mark D. Selwyn
22

23                                    *Attorneys for Defendant Apple Inc.*

24

25

26

27

28

Wilmer Cutler
Pickering Hale
and Dorr LLP