1  JOSHUA H. LERNER, SBN 220755
     joshua.lerner@wilmerhale.com
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  1 Front Street, Suite 3500
   San Francisco, CA 94111
4  Tel.: 628.235.1124 / Fax: 628.235.1001

5  H. MARK LYON, SBN 162061
     mlyon@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
7  Palo Alto, CA 94304-1211
   Tel.: 650.849.5300 / Fax: 650.849.5333

8
   BRIAN M. BUROKER, *pro hac vice*
9    bburoker@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
10 1050 Connecticut Avenue, N.W.
   Washington, D.C. 20036
11 Tel.: 202.955.8500 / Fax: 202.467.0539

12 [Counsel appearance continues on next page]

13 *Attorneys for Defendant Apple Inc.*

14

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION SEEKING GUIDANCE REQUESTED BY THE SPECIAL MASTER**<br><br>Date: August 22, 2022<br>Time: 1:30 p.m.<br><br>Discovery Cut-Off: 8/12/22<br>Pre-Trial Conference: 3/13/23<br>Trial: 3/28/23 |

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION ISO OPP. TO PLAINTIFFS' MOT. SEEKING GUIDANCE REQUESTED BY THE SPECIAL MASTER                Case No. 8:20-cv-00048-JVS (JDEX)

```
 1  BRIAN A. ROSENTHAL, pro hac vice
      brosenthal@gibsondunn.com
 2  GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
 3  New York, NY 10166-0193
    Tel.: 212.351.2339 / Fax: 212.817.9539
 4
    ILISSA SAMPLIN, SBN 314018
 5    isamplin@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
 6  333 South Grand Avenue
    Los Angeles, CA 90071-3197
 7  Tel.: 213.229.7000 / Fax: 213.229.7520

 8  ANGELIQUE KAOUNIS, SBN 209833
      akaounis@gibsondunn.com
 9  GIBSON, DUNN & CRUTCHER LLP
    2029 Century Park East Suite 4000
10  Los Angeles, CA 90067
    Tel.: 310.552.8546 / Fax: 310.552.7026
11
    MARK D. SELWYN, SBN 244180
12    mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING
13    HALE AND DORR LLP
    2600 El Camino Real, Suite 400
14  Palo Alto, CA 94306
    Tel.: 650.858.6000 / Fax: 650.858.6100
15
    NORA Q.E. PASSAMANECK, pro hac vice
16    nora.passamaneck@wilmerhale.com
    WILMER CUTLER PICKERING
17    HALE AND DORR LLP
    1225 Seventeenth St., Suite 2600
18  Denver, CO 80202
    Tel: 720.274.3152 / Fax: 720.273.3133
19
    KENNETH G. PARKER, SBN 182911
20    ken.parker@haynesboone.com
    HAYNES AND BOONE, LLP
21  600 Anton Blvd., Suite 700
    Costa Mesa, CA 92626
22  Tel: 949.202.3014 / Fax: 949.202.3152

23

24

25

26

27

28
```

I, Nora Passamaneck, declare and state as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3. I make this Declaration in support of Apple's Opposition to Plaintiffs' Motion Seeking Guidance Requested by the Special Master ("Opposition").

4. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt of the July 12, 2022 deposition transcript of Marcelo Lamego, which is designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of July 2022 in Nederland, Colorado.

By: /s/ _____
Nora Q.E. Passamaneck

PASSAMANECK DECLARATION ISO OPP. TO PLAINTIFFS' MOT. SEEKING GUIDANCE REQUESTED BY THE SPECIAL MASTER    1    Case No. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler Pickering Hale and Dorr LLP