Ravi Deol
Wilmer Cutler Pickering Hale and Dorr LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Masimo Corporation and Ceracor Laboratories, Inc. | 8:20-cv-00048-JVS (DEx) |
|---|---|
| Plaintiff(s) v. | |
| Apple Inc. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Deol, Ravi        of
*Applicant's Name (Last Name, First Name & Middle Initial)*

720-598-3459        720-274-3133
*Telephone Number*        *Fax Number*

Ravi.Deol@wilmerhale.com
*E-Mail Address*

Wilmer Cutler Pickering Hale and Dorr
1225 Seventeenth St., Suite 2600
Denver, CO 80202

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Apple Inc.

*Name(s) of Party(ies) Represent*        ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Gosma, Derek        of
*Designee's Name (Last Name, First Name & Middle Initial)*

274515        213-443-5308        213-443-5400
*Designee's Cal. Bar No.*        *Telephone Number*        *Fax Number*

Derek.Gosma@wilmerhale.com
*E-Mail Address*

Wilmer Cutler Pickering Hale and Dorr
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: August 2, 2022**        _____
        **U.S. District Judge James V Selna**