H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

MARK D. SELWYN, SBN 244180
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

Attorneys for Defendant Apple Inc.

[Counsel appearance continues on next page]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS**<br><br>**[PROPOSED] ORDER LODGED HEREWITH**<br><br>Expert Discovery Cut-Off: 12/12/2022<br>Law and Motion Filing Cutoff: 01/09/2023<br>Law and Motion Hearing Cutoff: 02/06/2023<br>Final Pre-Trial Conf.: 02/13/2023<br>Trial: 03/27/2023 |

| | |
|---|---|
| 1 | BRIAN M. BUROKER, *pro hac vice* |
| 2 | bburoker@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 3 | 1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036 |
| 4 | Tel.: 202.955.8500 / Fax: 202.467.0539 |
| 5 | BRIAN A. ROSENTHAL, *pro hac vice*<br>brosenthal@gibsondunn.com |
| 6 | GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue |
| 7 | New York, NY 10166-0193<br>Tel.: 212.351.2339 / Fax: 212.817.9539 |
| 8 | ILISSA SAMPLIN, SBN 314018 |
| 9 | isamplin@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 10 | 333 South Grand Avenue<br>Los Angeles, CA 90071-3197 |
| 11 | Tel.: 213.229.7000 / Fax: 213.229.7520 |
| 12 | ANGELIQUE KAOUNIS, SBN 209833<br>akaounis@gibsondunn.com |
| 13 | GIBSON, DUNN & CRUTCHER LLP<br>2029 Century Park East Suite 4000 |
| 14 | Los Angeles, CA 90067<br>Tel.: 310.552.8546 / Fax: 310.552.7026 |
| 15 | KENNETH G. PARKER, SBN 182911 |
| 16 | Ken.parker@haynesboone.com<br>HAYNES AND BOONE, LLP |
| 17 | 600 Anton Blvd., Suite 700<br>Costa Mesa, CA 92626 |
| 18 | Tel: 949.202.3014 / Fax: 949.202.3001 |
| 19 | JOSHUA H. LERNER, SBN 220755<br>Joshua.lerner@wimerhale.com |
| 20 | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 21 | 1 Front Street, Suite 3500<br>San Francisco, California 94111 |
| 22 | Tel.: 628.235.1124 / Fax: 628.235.1001 |
| 23 | Attorneys for Defendant Apple Inc. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION RE DISPOSITIVE MOTION BRIEFING SCHEDULE

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

Attorneys for Plaintiffs Masimo Corporation and
Cercacor Laboratories, Inc.

STIPULATION RE DISPOSITIVE MOTION BRIEFING SCHEDULE

WHEREAS, the deadline to file dispositive motions in this case is January 9, 2023 (Dkt. 627 at 3) and the hearing cut-off is February 6, 2023; and

WHEREAS, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Plaintiffs") and Defendant Apple Inc. ("Apple" or "Defendant") (collectively, the "parties"), believe that it would benefit the administration of this case to adopt a briefing schedule that allows more time for the parties to brief issues and the Court to consider them than is contemplated by the normal 28-day briefing schedule set forth in the Local Rules.

ACCORDINGLY, the parties hereby propose to the Court the following briefing schedule for all motions filed pursuant to Fed. R. Civ. P. 56:

1. Motions and supporting documents shall be filed on or before December 19, 2022;

2. Oppositions to all motions and supporting documents shall be filed on or before January 12, 2023;

3. All replies and any supporting documents shall be filed on or before January 23, 2023; and

4. The hearing cutoff date shall remain February 6, 2023 or such other date as the Court deems proper.

**IT IS SO STIPULATED**           HAYNES AND BOONE, LLP

Dated:  August 2, 2022            By: */s/Kenneth G. Parker*
                                  Kenneth G. Parker
                                  HAYNES AND BOONE, LLP

                                  H. Mark Lyon
                                  Brian M. Buroker
                                  Brian A. Rosenthal
                                  Ilissa Samplin
                                  Angelique Kaounis
                                  GIBSON, DUNN & CRUTCHER LLP

STIPULATION RE DISPOSITVE MOTION BRIEFING SCHEDULE

-1-

|  |  |
|---|---|
|  | Mark D. Selwyn<br>Joshua H. Lerner<br>Nora Passamaneck<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br><br>Attorneys for Defendant Apple Inc.<br><br>Knobbe, Martens, Olson & Bear, LLP |
| Dated: August 2, 2022 | By: /s/*Adam B. Powell*<br>    Joseph R. Re<br>    Stephen C. Jensen<br>    Benjamin A. Katzenellenbogen<br>    Perry D. Oldham<br>    Stephen W. Larson<br>    Mark D. Kachner<br>    Adam B. Powell<br>    Daniel P. Hughes<br><br>Attorneys for Plaintiffs<br>Masimo Corporation and<br>Cercacor Laboratories, Inc. |

55161852

STIPULATION RE DISPOSITVE MOTION BRIEFING SCHEDULE

-2-