1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

8

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

9

### SOUTHERN DIVISION

10

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) **(PROPOSED) ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS**<br>) |

11
12
13
14
15
16
17
18

Expert Discovery Cut-Off:  12/12/2022
Law and Motion Filing Cutoff:  01/09/2023
Law and Motion Hearing Cutoff:  02/06/2023
Final Pre-Trial Conf.:  02/13/2023
Trial:  03/27/2023

19
20
21
22
23
24
25
26
27
28

(PROPOSED) ORDER ISO STIPULATION RE DISPOSITIVE MOTION
BRIEFING SCHEDULE

1    The Court, having considered the Joint Stipulation Extending Dispositive Motion

2  Briefing Schedule by and between Plaintiffs Masimo Corporation and Cercacor

3  Laboratories, Inc. ("Plaintiffs") and Defendant Apple Inc. ("Apple" or "Defendant"),

4  and good cause appearing, issues the following Order:

5    All motions filed pursuant to Fed. R. Civ. P. 56 will be filed as follows:

6    1.  Motions and supporting documents shall be filed on or before December 19,

7  2022;

8    2.  Oppositions to all motions and supporting documents shall be filed on or before

9  January 12, 2023;

10    3.  All replies and any supporting documents shall be filed on or before January

11  23, 2023; and

12    4.  The hearing cutoff date shall remain February 6, 2023 or such other date as the

13  Court deems proper.

14    IT IS SO ORDERED.

15

16  DATED:_____

17

18                                    _____

19                                    HON. JAMES V. SELNA
                                      UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27  (PROPOSED) ORDER ISO STIPULATION RE DISPOSITVE MOTION BRIEFING

28                                    SCHEDULE