NOTE: CHANGES MADE BY THE COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE ON SUMMARY JUDGMENT MOTIONS [897]**<br><br>Expert Discovery Cut-Off: 12/12/2022<br>Law and Motion Filing Cutoff: 01/09/2023<br>Law and Motion Hearing Cutoff: 02/06/2023<br>Final Pre-Trial Conf.: 02/13/2023<br>Trial: 03/27/2023 |

ORDER ISO STIPULATION RE DISPOSITIVE MOTION BRIEFING SCHEDULE

The Court, having considered the Joint Stipulation Extending Dispositive Motion Briefing Schedule by and between Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Plaintiffs") and Defendant Apple Inc. ("Apple" or "Defendant"), and good cause appearing, issues the following Order:

All motions filed pursuant to Fed. R. Civ. P. 56 will be filed as follows:

1. Motions and supporting documents shall be filed on or before December 19, 2022;

2. Oppositions to all motions and supporting documents shall be filed on or before January 12, 2023;

3. All replies and any supporting documents shall be filed on or before January 23, 2023; and

4. The hearing cutoff date shall remain February 6, 2023 or such other date as the Court deems proper.

**The Court cautions that it will not consider more than one summary judgment per side absent prior application and approval by the Court at least seven days in advance of the filing date. The parties' resources may be inexhaustible; the Court's are not.**

IT IS SO ORDERED.

DATED: August 11, 2022

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

ORDER ISO STIPULATION RE DISPOSITVE MOTION BRIEFING SCHEDULE

-1-

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER ISO STIPULATION RE DISPOSITVE MOTION BRIEFING SCHEDULE