H. MARK LYON, SBN 162061
mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

MARK D. SELWYN, SBN 244180
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

Attorneys for Defendant Apple Inc.

[Counsel appearance continues on next page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**JOINT REPORT REGARDING PROPOSED REDACTIONS TO COLLATERAL ESTOPPEL RULING PURSUANT TO DKT. 902**<br><br>Expert Discovery Cut-Off: 12/12/22<br>Law and Motion Filing Cutoff: 12/19/22<br>Law and Motion Hearing Cutoff: 2/6/23<br>Final Pre-Trial Conf.: 2/13/23<br>Trial: 3/27/23 |

Joint Report Ordered By Dkt. 902

BRIAN M. BUROKER, *pro hac vice*
bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

BRIAN A. ROSENTHAL, *pro hac vice*
brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

KENNETH G. PARKER, SBN 182911
Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Tel: 949.202.3014 / Fax: 949.202.3001

JOSHUA H. LERNER, SBN 220755
Joshua.lerner@wimerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, California 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

NORA Q.E. PASSAMANECK, *pro hac vice*
nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel: 720.274.3152 / Fax: 720.273.3133

Attorneys for Defendant Apple Inc.

Joint Report Ordered By Dkt. 902

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

Attorneys for Plaintiffs Masimo Corporation and
Cercacor Laboratories, Inc.

Pursuant to this Court's Order at Dkt. No. 902, the parties hereby submit this joint report.

The proposed redactions that Apple submitted on August 16, 2022 regarding Dkt. No. 896 were proposed only by Apple Inc. Apple shared these proposed redactions with Plaintiffs on August 15, 2022. Masimo responded that Masimo had no redactions to the Court's order. Masimo continues to believe that no redactions to the Court's August 16, 2022, order are necessary.

Apple contends its initially proposed redactions omit the names of two third parties that Plaintiffs have accused of acting improperly, as well as surrounding, identifying contextual information. *See Cat Coven LLC v. Shein Fashion Group, Inc.*, 2019 WL 10856813, at *1 (C.D. Cal. Dec. 20, 2019) (noting that "invasion of a third party's privacy interest is a 'compelling reason' for filing a document under seal").[1] Apple's briefing consistently redacted the names of both third parties when discussing the context of Plaintiffs' collateral estoppel theory, *see, e.g.*, Dkt. 851-1 at 1, 2, 3, 5, 6, 7, 8, 9, 10, and this Court granted Apple's application to seal all the exhibits that specifically addressed the targets of Plaintiffs' collateral estoppel theory (albeit on a number of different rationales), *see* Dkts. 850, 851, 859.

Plaintiffs' parallel motion did not redact the name of one of the third parties. However, Apple contends that, out of an abundance of caution and in an effort to protect third-party privacy interests, Apple proposed redacting both sets of names.

In light of this Court's stated concerns that the August 16, 2022, proposed redactions are too broad, Apple has now submitted to this Court's clerk a narrower set of proposed redactions. Apple contends those redactions omit only the name of the third party that was not referenced in either parties' briefing and the legal agreement mentioned in footnote 1.

---

[1] Apple also proposed redacting one reference to a legal agreement that this Court has previously ordered sealed. *See, e.g.*, Dkt. 851 at ¶ 5.

|    |                            |                                                             |
|----|----------------------------|-------------------------------------------------------------|
| 1  |                            |                                                             |
| 2  |                            | WILMER CUTLER PICKERING                                     |
| 3  |                            | HALE AND DORR LLP                                           |
| 4  | Dated: August 31, 2022     | By: */s/ Mark D. Selwyn*                                    |
| 5  |                            | Mark D. Selwyn                                              |
|    |                            | Joshua H. Lerner                                            |
| 6  |                            | Nora Passamaneck                                            |
| 7  |                            |                                                             |
| 8  |                            | H. Mark Lyon                                                |
|    |                            | Brian M. Buroker                                            |
| 9  |                            | Brian A. Rosenthal                                          |
|    |                            | Ilissa Samplin                                              |
| 10 |                            | Angelique Kaounis                                           |
| 11 |                            | GIBSON, DUNN & CRUTCHER LLP                                 |
| 12 |                            | Kenneth G. Parker                                           |
| 13 |                            | HAYNES AND BOONE, LLP                                       |
| 14 |                            | Attorneys for Defendant Apple Inc.                          |
| 15 |                            |                                                             |
|    |                            | Knobbe, Martens, Olson & Bear, LLP                          |
| 16 |                            |                                                             |
| 17 | Dated: August 31, 2022     | By: */s/ Daniel P. Hughes* (with permission)                |
| 18 |                            | Joseph R. Re                                                |
|    |                            | Stephen C. Jensen                                           |
| 19 |                            | Benjamin A. Katzenellenbogen                                |
|    |                            | Perry D. Oldham                                             |
| 20 |                            | Stephen W. Larson                                           |
| 21 |                            | Mark D. Kachner                                             |
|    |                            | Adam B. Powell                                              |
| 22 |                            | Daniel P. Hughes                                            |
| 23 |                            | Attorneys for Plaintiffs                                    |
|    |                            | Masimo Corporation and                                      |
| 24 |                            | Cercacor Laboratories, Inc.                                 |
| 25 |                            |                                                             |
| 26 |                            |                                                             |
| 27 |                            |                                                             |
| 28 |                            Joint Report Ordered By Dkt. 902                              |

**ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

Dated: August 31, 2022                    By: */s/ Mark D. Selwyn*