JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S *EX PARTE* APPLICATION FOR AN ORDER STAYING PORTIONS OF SPECIAL MASTER ORDER NO. 15**<br><br>No Hearing Noticed |

1  BRIAN A. ROSENTHAL, *pro hac vice*
     brosenthal@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
3  New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
4
   ILISSA SAMPLIN, SBN 314018
5    isamplin@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  333 South Grand Avenue
   Los Angeles, CA 90071-3197
7  Tel.: 213.229.7000 / Fax: 213.229.7520

8  ANGELIQUE KAOUNIS, SBN 209833
     akaounis@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East Suite 4000
10 Los Angeles, CA 90067
   Tel.: 310.552.8546 / Fax: 310.552.7026
11
   MARK D. SELWYN, SBN 244180
12   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
13   HALE AND DORR LLP
   2600 El Camino Real, Suite 400
14 Palo Alto, CA 94306
   Tel.: 650.858.6000 / Fax: 650.858.6100
15
   NORA Q.E. PASSAMANECK, *pro hac vice*
16   nora.passamaneck@wilmerhale.com
   WILMER CUTLER PICKERING
17   HALE AND DORR LLP
   1225 Seventeenth St., Suite 2600
18 Denver, CO 80202
   Tel: 720.274.3152 / Fax: 720.273.3133
19
   KENNETH G. PARKER, SBN 182911
20   ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
21 600 Anton Blvd., Suite 700
   Costa Mesa, CA 92626
22 Tel: 949.202.3014 / Fax: 949.202.3152

23
24
25
26
27
28

I, Nora Passamaneck, declare and state as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3. I make this Declaration in support of Apple's *Ex Parte* Application for an order staying enforcement of portions of Special Master Order No. 15 dated September 8, 2022.

4. On September 12, 2022, at approximately 9:00 a.m., I spoke with Adam Powell of Knobbe Martens (counsel for Plaintiffs) by telephone, notifying him of the specific date and contents of this Application. Mr. Powell stated that Plaintiffs intend to oppose this Application.

5. Attached hereto as **Exhibit 1 (filed under seal)** is a copy of Special Master Order No. 15 dated September 8, 2022.

6. On September 10, 2022, I emailed counsel for Plaintiffs (1) informing them of the Special Master's unavailability and Apple's intent to file this Application and (2) asking if Plaintiffs would oppose. Prior to the evening of September 9, 2022, Apple was unaware of the Special Master's unavailability through September 25, 2022. Attached hereto as **Exhibit 2** is a true and correct copy of the email that I sent Plaintiffs' counsel on September 10, 2022. Plaintiffs' counsel did not respond to this email.

7. Attached hereto as **Exhibit 3 (filed under seal)** is a true and correct copy of Plaintiffs' motion to compel Apple to produce certain information and documents related to a third-party, dated August 12, 2022.

8. Attached hereto as **Exhibit 4 (filed under seal)** is a true and correct copy of Apple's Opposition to Plaintiffs' Motion to Compel, dated August 19, 2022.

9. Attached hereto as **Exhibit 5** is a true and correct copy of an email I sent Mr. Powell on September 9, 2022, regarding Apple's intent to file its request to stay with the Special Master. Plaintiffs' counsel did not respond to this email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of September 2022 in Denver, Colorado.

By: _____
    Nora Q.E. Passamaneck

---

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S EX PARTE APPLICATION
2     Case No. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler Pickering Hale and Dorr LLP