# EXHIBIT 2

| | |
|---|---|
| **From:** | Passamaneck, Nora Q.E. |
| **Sent:** | Saturday, September 10, 2022 1:19 PM |
| **To:** | Masimo.Apple |
| **Cc:** | Apple-Masimo; WH Apple-Masimo Service List |
| **Subject:** | FW: Masimo v. Apple (S279845) - Apple's Request To Stay Portions of Special Master Order No. 15 |
| **Attachments:** | Masimo v. Apple -- Apple's Request To Stay Portions of Special Master Order No. 15 (September 9, 2022).pdf; Masimo v. Apple -- Exhibit ISO Apple's Request To Stay Portions of Special Master Order No. 15 (September 9, 2022).pdf |

Counsel,

We received the following from Judge Guilford in response to Apple's Request to Stay Portion of Special Master Order No. 15:

> I will be away from the office on a ship and out of contact until September 25, 2022. For help on Judicate West matters, you can contact Heid Adams or Heather Reed.

If we do not receive guidance from Judge Guilford over the weekend, we intend to file on Monday an ex parte motion seeking relief from Special Master Order No. 15.  Specifically, we will file an ex parte motion seeking a stay of the portion of Order No. 15 requiring Apple to produce documents and information in response to RFP Nos. 682, 683, 691, and Interrogatory No. 28 (collectively, the "Rockley discovery") pending Apple's appeal of those portions of the Order, which Apple will file on September 19.

Please let me know whether Plaintiffs consent to this ex parte filing—we are available to meet and confer tomorrow or Monday morning to discuss.

Thank you,
Nora

---

**From:** Sprankling, Thomas <Thomas.Sprankling@wilmerhale.com>
**Sent:** Friday, September 9, 2022 7:17 PM
**To:** Andrew Guilford <andrewguilford@judicatewest.com>
**Cc:** heidi@judicatewest.com; JennaK@judicatewest.com; Lyon, H. Mark <MLyon@gibsondunn.com>; Buroker, Brian M. <BBuroker@gibsondunn.com>; Daniel Hughes <Daniel.Hughes@knobbe.com>; Kendall Loebbaka <Kendall.Loebbaka@knobbe.com>; Samplin, Ilissa <ISamplin@gibsondunn.com>; Amadi, Brittany <Brittany.Amadi@wilmerhale.com>; Kaounis, Angelique <AKaounis@gibsondunn.com>; BRosenthal@gibsondunn.com; nfayad@lewisllewellyn.com; mlewis@lewisllewellyn.com; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Parker, Ken <Ken.Parker@haynesboone.com>; Adam Powell <Adam.Powell@knobbe.com>; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Subject:** Masimo v. Apple (S279845) - Apple's Request To Stay Portions of Special Master Order No. 15

Re:    Masimo Corporation v. Apple, Inc.
        C.D. Cal. Case No. 8:20-cv-00048-JVS-JDE
        JW Case No. S279845-24

Dear Judge Guilford,

Exhibit 2
Page 1

Apple respectfully requests that the Special Master stay the portions of his September 8, 2022 order requiring Apple to produce documents and information in response to RFP Nos. 682, 683, 691, and Interrogatory No. 28 until 7 days after Judge Selna rules on Apple's forthcoming objections to those portions of the ruling.  Please note that at the conclusion of the letter, Apple respectfully requests that the Special Master rule on the stay by Monday evening, in order to allow Apple time to pursue ex parte relief in front of Judge Selna if necessary.

I attach a short letter and an exhibit.  The password for both documents is ADSUVA87?

Respectfully,

Thomas Sprankling

Exhibit 2
Page 2