# EXHIBIT 5

| | |
|---|---|
| **From:** | Passamaneck, Nora Q.E. |
| **Sent:** | Friday, September 9, 2022 3:52 PM |
| **To:** | Apple-Masimo; Masimo.Apple |
| **Cc:** | WH Apple-Masimo District Court Paralegal Team |
| **Subject:** | Masimo v. Apple:  Motion to Stay Order No. 15 |

Adam,

Apple intends to appeal Special Master Order No. 15 as it relates to RFP Nos. 682, 683, 691 and Interrogatory No. 28 (i.e., the Rockley-related discovery requests).

Because the Special Master's Order requires production by September 15, Apple will file a motion with the Special Master to stay that aspect of the order pending Judge Selna's ruling on its appeal.  In order to expedite proceedings, Apple will file its objections by no later than Monday, September 19, which will permit the matter to be noticed for Monday, October 17.  That is the earliest available hearing date, since Judge Selna's website indicates that October 10 is not available.

As Apple plans to file its stay motion tonight, please let us know your position on the stay by no later than 6pm PT.  If we do not hear from you by then, we will assume that you oppose the motion.

Best,

Nora

**Nora Q.E. Passamaneck | WilmerHale**
1225 Seventeenth St.
Suite 2600
Denver, CO 80202 USA
+1 720 274 3152 (t)
+1 720 274 3133 (f)
nora.passamaneck@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.