1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

11

12

13

14

15

16

17

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

Plaintiffs,

v.

APPLE INC.,
a California corporation,

Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**[PROPOSED] ORDER GRANTING APPLE'S *EX PARTE* APPLICATION TO STAY PORTIONS OF SPECIAL MASTER ORDER NO. 15**

18

19

20

21

22

23

24

25

26

27

28

Wilmer Cutler
Pickering Hale
and Dorr LLP

[PROPOSED] ORDER GRANTING APPLE'S EX PARTE APPLICATION

CASE NO. 8:20-cv-00048-JVS (JDEX)

This matter is before the Court pursuant to Apple's *Ex Parte* Application for an Order Staying Portions of Special Master Order No. 15 ("*Ex Parte* Application") under Local Rule 7-19.

Having considered Apple's *Ex Parte* Application and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

**IT IS HEREBY ORDERED THAT** Apple's *Ex Parte* Application is GRANTED.  Enforcement of the Rockley-related portions of Special Master Order No. 15 are STAYED against Apple until seven days after this Court rules on Apple's forthcoming Objections to Special Master Order No. 15.

**IT IS SO ORDERED.**

Dated: _____                           _____

The Hon. James V. Selna
United States District Court Judge

Wilmer Cutler Pickering Hale and Dorr LLP

[PROPOSED] ORDER GRANTING APPLE'S EX PARTE APPLICATION

CASE NO. 8:20-cv-00048-JVS (JDEx)