1
2
3
4
5
6
7
8
9
10
11
12

### IN THE UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE INC.'S *EX PARTE* APPLICATION TO STAY** |

1 | Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Opposition to Defendant Apple Inc.'s *Ex Parte* Motion to Stay Pending Portions of Special Master order No 15, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the proposed redacted portions of Masimo's Opposition to Defendant Apple Inc.'s *Ex Parte* Motion to Stay Pending Portions of Special Master order No 15 and Exhibits C, D, and F to the Declaration of Adam B. Powell.

DATED: _____      _____

The Honorable James V. Selna
United States District Judge

-1-