Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE INC.'S *EX PARTE* APPLICATION TO STAY** |

```
 1   Mark D. Kachner (Bar No. 234,192)
     mark.kachner@knobbe.com
 2   KNOBBE, MARTENS, OLSON & BEAR, LLP
     1925 Century Park East, Suite 600
 3   Los Angeles, CA 90067
     Telephone: (310) 551-3450
 4   Facsimile: (310) 551-3458
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

1    I, Adam B. Powell, hereby declare:

2    1.    I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and Counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this Declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in support of Masimo's Opposition to Apple's *Ex Parte* Application To Stay.

3    2.    Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the March 18, 2022, transcript of Trial Day 4 in *Masimo Corporation v. True Wearables, Inc.*

4    3.    Attached hereto as **Exhibit B** is a true and correct copy of the March 30, 2022, Order Granting Leave to File Corrections to Seal Portions of Trial Transcripts (Dkt. 561) in *Masimo Corporation v. True Wearables, Inc.*

5    4.    Attached hereto as **Exhibit C [Under Seal]** is a true and correct copy of Exhibit 248 from the Eugene Kim deposition in this case.

6    5.    Attached hereto as **Exhibit D [Under Seal]** is a true and correct copy of excerpts from the September 1, 2022, Special Master hearing transcript in this case.

7    6.    Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the September 23, 2021, Judge Early hearing transcript in this case.

8    7.    Attached hereto as **Exhibit F [Under Seal]** is a true and correct copy of the July 14, 2022, Special Master hearing transcript in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 13, 2022, at San Diego, California.

                                 */s/ Adam B. Powell*
                                 Adam B. Powell