NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**GRANTING APPLE'S *EX PARTE* APPLICATION TO STAY PORTIONS OF SPECIAL MASTER ORDER NO. 15 [909]** |

This matter is before the Court pursuant to Apple's *Ex Parte* Application for an Order Staying Portions of Special Master Order No. 15 ("*Ex Parte* Application") under Local Rule 7-19.

Having considered Apple's *Ex Parte* Application and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

**IT IS HEREBY ORDERED THAT** Apple's *Ex Parte* Application is GRANTED. Enforcement of the Rockley-related portions of Special Master Order No. 15 are STAYED against Apple until seven days after this Court rules on Apple's forthcoming Objections to Special Master Order No. 15. Apple shall take whatever preparations are necessary to ensure production on that schedule if the Court overrules the objection. Any objection shall be filed promptly.

The Court appreciates that the stay will affect certain deadlines, including expert filings. When the Court rules of the forthcoming objection, the Court will make all necessary adjustments in the schedule to ensure that no party is prejudiced.

**IT IS SO ORDERED.**

Dated: September 14, 2022

_____
The Hon. James V. Selna
United States District Court Judge