JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OBJECTIONS TO SPECIAL MASTER ORDER NO. 15**<br><br>Date: October 17, 2022<br>Time: 1:30 p.m.<br><br>Non-Expert Discovery Cut-Off: Aug. 12, 2022<br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 27, 2023 |

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS RE. ITS OBJECTIONS TO SM ORDER NO. 15
CASE NO. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler
Pickering Hale
and Dorr LLP

1   BRIAN A. ROSENTHAL, *pro hac vice*
       brosenthal@gibsondunn.com
2   GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
3   New York, NY 10166-0193
    Tel.: 212.351.2339 / Fax: 212.817.9539
4
    ILISSA SAMPLIN, SBN 314018
5      isamplin@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
6   333 South Grand Avenue
    Los Angeles, CA 90071-3197
7   Tel.: 213.229.7000 / Fax: 213.229.7520

8   ANGELIQUE KAOUNIS, SBN 209833
       akaounis@gibsondunn.com
9   GIBSON, DUNN & CRUTCHER LLP
    2029 Century Park East Suite 4000
10  Los Angeles, CA 90067
    Tel.: 310.552.8546 / Fax: 310.552.7026
11
    MARK D. SELWYN, SBN 244180
12     mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING
13    HALE AND DORR LLP
    2600 El Camino Real, Suite 400
14  Palo Alto, CA 94306
    Tel.: 650.858.6000 / Fax: 650.858.6100
15
    NORA Q.E. PASSAMANECK, *pro hac vice*
16     nora.passamaneck@wilmerhale.com
    WILMER CUTLER PICKERING
17    HALE AND DORR LLP
    1225 Seventeenth St., Suite 2600
18  Denver, CO 80202
    Tel: 720.274.3152 / Fax: 720.273.3133
19
    KENNETH G. PARKER, SBN 182911
20     ken.parker@haynesboone.com
    HAYNES AND BOONE, LLP
21  600 Anton Blvd., Suite 700
    Costa Mesa, CA 92626
22  Tel: 949.202.3014 / Fax: 949.202.3152

23
24
25
26
27
28

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS RE: ITS OBJECTIONS TO SM ORDER NO. 15
CASE NO. 8:20-cv-00048-JVS (JDEX)

Pursuant to Local Rule 79-5.2.2, Apple requests that the Court grant leave to file under seal Apple's Objections to Special Master Order No. 15 ("Objections"), Exhibits 2-10, 13, 15-19, 21-22, and the Declaration of Guru Pattabhiraman ("Pattabhiraman Declaration").

As detailed in the accompanying Declaration of Mark D. Selwyn, (1) Exhibits 3-7, 13, 15-19, 21-22 and the Pattabhiraman Declaration contain Apple's confidential information; (2) Exhibits 4, 8-10, 15-16 disclose the names of non-party individuals; (3) Plaintiffs have requested to seal Exhibits 4-7 and 15-16 on the ground that those exhibits contain Masimo's confidential information; (4) Exhibit 2 is a transcript that issued with "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" markings, and (5) the redacted portions of Apple's Objections quote or closely paraphrase those documents.

Accordingly, Apple respectfully requests an order granting leave to file its Objections, Exhibits 2-10, 13, 15-19, 21-22 and the Pattabhiraman Declaration under seal.

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS RE: ITS OBJECTIONS TO SM ORDER NO. 15
CASE NO. 8:20-cv-00048-JVS (JDEx)
1

| | | |
|---|---|---|
| 1 | Dated: September 19, 2022 | Respectfully submitted, |
| 2 | | H. MARK LYON |
| 3 | | BRIAN M. BUROKER<br>BRIAN A. ROSENTHAL |
| 4 | | ILISSA SAMPLIN<br>ANGELIQUE KAOUNIS |
| 5 | | GIBSON, DUNN & CRUTCHER LLP |
| 6 | | KENNETH G. PARKER<br>HAYNES AND BOONE, LLP |
| 7 | | MARK D. SELWYN |
| 8 | | JOSHUA H. LERNER<br>NORA Q.E. PASSAMANECK |
| 9 | | WILMER CUTLER PICKERING HALE<br>  AND DORR LLP |
| 11 | | By: */s/ Mark D. Selwyn* |
| 12 | |      Mark D. Selwyn |
| 13 | | *Attorneys for Defendant Apple Inc.* |

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS RE: ITS OBJECTIONS TO SM ORDER NO. 15
1
CASE NO. 8:20-cv-00048-JVS (JDEx)