JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 15**<br><br>Date: October 17, 2022<br>Time: 1:30 p.m.<br><br>Non-Expert Discovery Cut-Off: Aug. 12, 2022<br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 27, 2023 |

1   BRIAN A. ROSENTHAL, *pro hac vice*
    brosenthal@gibsondunn.com
2   GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
3   New York, NY 10166-0193
    Tel.: 212.351.2339 / Fax: 212.817.9539
4
    ILISSA SAMPLIN, SBN 314018
5     isamplin@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
6   333 South Grand Avenue
    Los Angeles, CA 90071-3197
7   Tel.: 213.229.7000 / Fax: 213.229.7520

8   ANGELIQUE KAOUNIS, SBN 209833
      akaounis@gibsondunn.com
9   GIBSON, DUNN & CRUTCHER LLP
    2029 Century Park East Suite 4000
10  Los Angeles, CA 90067
    Tel.: 310.552.8546 / Fax: 310.552.7026
11
    MARK D. SELWYN, SBN 244180
12    mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING
13    HALE AND DORR LLP
    2600 El Camino Real, Suite 400
14  Palo Alto, CA 94306
    Tel.: 650.858.6000 / Fax: 650.858.6100
15
    NORA Q.E. PASSAMANECK, *pro hac vice*
16    nora.passamaneck@wilmerhale.com
    WILMER CUTLER PICKERING
17    HALE AND DORR LLP
    1225 Seventeenth St., Suite 2600
18  Denver, CO 80202
    Tel: 720.274.3152 / Fax: 720.273.3133
19
    KENNETH G. PARKER, SBN 182911
20    ken.parker@haynesboone.com
    HAYNES AND BOONE, LLP
21  600 Anton Blvd., Suite 700
    Costa Mesa, CA 92626
22  Tel: 949.202.3014 / Fax: 949.202.3152

23

24

25

26

27

28

I, Nora Passamaneck, declare and state as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3. I make this Declaration in support of Apple's Objections to Special Master Order No. 15 dated September 19, 2022.

4. Attached hereto as **Exhibit 1** is a copy of Rockley Photonics' Supplemental Objections and First Supplemental Responses to Plaintiffs' Subpoena dated August 5, 2022 and submitted as Exhibit 1 in support of Plaintiffs' Motion to Compel Apple to provide discovery regarding Apple's relationship with Rockley ("Motion to Compel").

5. Attached hereto as **Exhibit 2 (filed under seal)** is a copy of the transcript of the July 13, 2022 Special Master Hearing and submitted as Exhibit 2 in support of Plaintiffs' Motion to Compel.

6. Attached hereto as **Exhibit 3 (filed under seal)** is a copy of Plaintiffs' May 24, 2022 motion to compel Rockley to provide documents responsive to Plaintiffs' subpoena and submitted as Exhibit 3 in support of Plaintiffs' Motion to Compel.

7. On May 13, 2022, Plaintiffs served a total of 113 requests for production of documents and 10 interrogatories on Apple.

8. Attached hereto as **Exhibit 4 (filed under seal)** is a copy of Plaintiffs' Fifteenth Set of Requests for Production of Documents to Apple (Nos. 667-779) served on May 13, 2022 and submitted as Exhibit 4 in support of Plaintiffs' Motion to Compel.

9. Attached hereto as **Exhibit 5 (filed under seal)** is a copy of a June 27, 2022 letter I sent to Plaintiffs' counsel Adam Powell in response to Mr. Powell's June 17, 2022 letter regarding Apple's responses to Plaintiffs' Fifteenth Set of Requests for Production and submitted as Exhibit 5 in support of Plaintiffs' Motion to Compel.

10. Attached hereto as **Exhibit 6 (filed under seal)** is a copy of Plaintiffs' Eighth Set of Interrogatories to Apple (Nos. 26-35) served on May 13, 2022 and submitted as Exhibit 6 in support of Plaintiffs' Motion to Compel.

11. Attached hereto as **Exhibit 7 (filed under seal)** is a copy of a June 27, 2022 letter I sent to Plaintiffs' counsel Adam Powell in response to Mr. Powell's June 17, 2022 letter regarding Apple's responses to Plaintiffs' Eighth Set of Interrogatories and submitted as Exhibit 7 in support of Plaintiffs' Motion to Compel.

12. Attached hereto as **Exhibit 8 (filed under seal)** is a copy of Appendix A submitted in support of Apple's Opposition to Plaintiffs' Motion to Compel dated August 19, 2022 ("Apple's Opposition").

13. Attached hereto as **Exhibit 9 (filed under seal)** is a copy of Plaintiffs' subpoena served on Rockley on April 7, 2022 and submitted as Exhibit A in support of Apple's Opposition.

14. Attached hereto as **Exhibit 10 (filed under seal)** is a copy of Rockley's Objections and Responses to Plaintiffs' Subpoena dated May 5, 2022 and submitted as Exhibit B in support of Apple's Opposition.

15. Attached hereto as **Exhibit 11** is a copy of Rockley's May 25, 2022 Motion to Quash Subpoena and submitted as Exhibit C in support of Apple's Opposition.

16. Attached hereto as **Exhibit 12** is a copy of Rockley's June 30, 2022 supplemental brief regarding Plaintiffs' issue preclusion theory and submitted as Exhibit D in support of Apple's Opposition.

17. Attached hereto as **Exhibit 13 (filed under seal)** is a copy of Apple's June 6, 2022 letter to the Special Master regarding Rockley's Motion to Quash Subpoena and submitted as Exhibit E in support of Apple's Opposition.

18. Attached hereto as **Exhibit 14** is a copy of Apple's June 13, 2022 Reply to Plaintiffs' June 13, 2022 Response to Apple's June 6, 2022 Letter regarding Rockley's Motion to Quash Subpoena and submitted as Exhibit F in support of Apple's Opposition.

19. Attached hereto as **Exhibit 15 (filed under seal)** is a copy of Apple's Objections and Responses to Plaintiffs' Fifteenth Set of Requests for Production of Documents (Nos. 667-779) served on June 12, 2022 and submitted as Exhibit G in support of Apple's Opposition.

20. Attached hereto as **Exhibit 16 (filed under seal)** is a copy of Apple's Objections and Responses to Plaintiffs' Eighth Set of Interrogatories (Nos. 26-35) served on June 15, 2022 and submitted as Exhibit H in support of Apple's Opposition.

21. Attached hereto as **Exhibit 17 (filed under seal)** is a copy of the excerpted transcript of the deposition of Steven Hotelling taken on August 2, 2022 and submitted as Exhibit I in support of Apple's Opposition.

22. Attached hereto as **Exhibit 18 (filed under seal)** is a copy of the excerpted transcript of the deposition of Jeff Williams taken on August 9, 2022 and submitted as Exhibit J in support of Apple's Opposition.

23.  Attached hereto as **Exhibit 19 (filed under seal)** is a copy of the excerpted transcript of the deposition of Eugene Kim taken on July 29, 2022 and submitted as Exhibit K in support of Apple's Opposition.

24.  Attached hereto as **Exhibit 20** is a copy of the Appendix to Plaintiffs' May 24, 2022 motion to compel Rockley's compliance with subpoena and submitted as Exhibit L in support of Apple's Opposition.

25.  Attached hereto as **Exhibit 21 (filed under seal)** is a copy of Plaintiffs' August 26, 2022 Reply in support of the Motion to Compel ("Reply").

26.  Attached hereto as **Exhibit 22 (filed under seal)** is a copy of Plaintiffs' May 24 Motion to Compel Rockley's compliance with subpoena and submitted as Exhibit 8 to Plaintiffs' Reply.

27.  Attached hereto as **Exhibit 23** is a copy of Rockley's August 3, 2022 Declaration regarding Plaintiffs' subpoena request Nos. 15 and 17.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of September 2022 in Nederland, Colorado.

By: _____
Nora Q.E. Passamaneck

---

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SM ORDER NO. 15
4     Case No. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler Pickering Hale and Dorr LLP