# EXHIBIT 20

# APPENDIX

**REQUEST NO. 1 (as narrowed):**

Documents sufficient to show Rockley's relationship, collaboration, or coordination with Apple relating to any of the following: this case, *In re Certain Light-Based Physiological Measurement Devices and Components Thereof* ITC Inv. No. 337-TA-1276, *Masimo v. True Wearables* Case No. 8:18-cv-02001-JVS-JDE (including appeals), any of the Lamego Family, True Wearables, Masimo, or Cercacor.

**REQUEST NO. 4 (as narrowed):**

Documents sufficient to show the technology, hardware, software, or components provided by Rockley to Apple (or vice versa) related to non-invasive physiological monitoring using light, including pulse rate, oxygen saturation, perfusion index, total hemoglobin, oxygen content, pleth variability index, methemoglobin, carboxyhemoglobin, respiration rate from the pleth, or blood glucose.

**REQUEST NO. 7 (as narrowed):**

Documents regarding Apple that refer or relate to any of the following: this case, *In re Certain Light-Based Physiological Measurement Devices and Components Thereof* ITC Inv. No. 337-TA-1276, *Masimo v. True Wearables* Case No. 8:18-cv-02001-JVS-JDE (including appeals), any of the Lamego Family, True Wearables, Masimo, or Cercacor.

**REQUEST NO. 8 (as narrowed):**

Documents regarding, or communications with, True Wearables and/or any of the Lamego Family, that refer or relate to any of the following: this case, *In re Certain Light-Based Physiological Measurement Devices and Components Thereof* ITC Inv. No. 337-TA-1276, *Masimo v. True Wearables* Case No. 8:18-cv-02001-JVS-JDE (including appeals), Masimo, or Cercacor.

**REQUEST NO. 9 (as narrowed):**

Documents regarding any agreement with Apple to collaborate or coordinate on issues relating to any of the following: this case, *In re Certain Light-Based Physiological Measurement Devices and Components Thereof* ITC Inv. No. 337-TA-1276, *Masimo v. True Wearables* Case No. 8:18-cv-02001-JVS-JDE (including appeals), any of the Lamego Family, True Wearables, Masimo, or Cercacor.

**REQUEST NO. 10 (as narrowed):**

Documents regarding any agreement with True Wearables and/or any of the Lamego Family to collaborate or coordinate on issues relating to any of the following: this case, *In re Certain Light-Based Physiological Measurement Devices and Components Thereof* ITC Inv. No. 337-TA-1276, *Masimo v. True Wearables* Case No. 8:18-cv-02001-JVS-JDE (including appeals), Masimo, or Cercacor.

Exhibit 20
Page 1

**REQUEST NO. 15 (as narrowed):**

Documents regarding Apple that refer or relate to any instruction to any Rockley employee not to disclose that they work for Rockley in connection with testimony given in any action relating to Masimo, Cercacor, True Wearables, or Marcelo Lamego.

**REQUEST NO. 16:**

Documents regarding, or communications with, True Wearables and/or any of the Lamego Family that refer or relate to any instruction to any Rockley employee not to disclose that they work for Rockley in connection with testimony given in any action relating to Masimo, Cercacor, True Wearables, or Marcelo Lamego.

**REQUEST NO. 17 (as narrowed):**

Documents regarding Apple that refer or relate to any effort (by Apple or Rockley) to recruit or hire individuals who at any time worked for Masimo or Cercacor.

**REQUEST NO. 25 (as narrowed):**

Documents sufficient to identify any payments made (directly or indirectly) by Apple to Rockley, including anyone associated with Rockley, related to any of the following: this case, *In re Certain Light-Based Physiological Measurement Devices and Components Thereof* ITC Inv. No. 337-TA-1276, *Masimo v. True Wearables* Case No. 8:18-cv-02001-JVS-JDE (including appeals), any of the Lamego Family, True Wearables, Masimo, or Cercacor.

**REQUEST NO. 26:**

Documents sufficient to identify any payments made (directly or indirectly) by Rockley to True Wearables and/or any of the Lamego Family, including anyone associated with True Wearables or any of the Lamego Family.

**REQUEST NO. 27:**

Documents sufficient to identify the conveyance of any thing of value (directly or indirectly) by Rockley to True Wearables and/or any of the Lamego Family, including anyone associated with True Wearables or any of the Lamego Family. For the avoidance of doubt, this request relates to any agreement to provide, or suggestion Rockley may provide, money, a business or purchasing relationship, favors, legal support, or any other type of support or assistance.

**REQUEST NO. 28 (as narrowed):**

Documents sufficient to identify any payments made (directly or indirectly) by Rockley for legal services or costs incurred by Rockley or anyone else related to any of the following: this case, *In re Certain Light-Based Physiological Measurement Devices and Components Thereof* ITC Inv. No. 337-TA-1276, *Masimo v. True Wearables* Case No. 8:18-cv-02001-JVS-JDE (including appeals), any of the Lamego Family,

True Wearables, Masimo, or Cercacor. For purposes of this request, you may exclude payments by Rockley solely related to representing Rockley and/or its employees in connection with subpoenas issued in these cases.

**REQUEST NO. 29 (as narrowed):**

Documents regarding any involvement by Rockley and/or its legal counsel in this case, *Masimo Corp. v. True Wearables Inc.*, Case No. 8:18-CV-02001 (including appeals), or *In re Certain Light-Based Physiological Measurement Devices and Components Thereof* ITC Inv. No. 337-TA-1276. For purposes of this request, you may exclude involvement by Rockley and/or its legal counsel solely related to representing Rockley and/or its employees in connection with subpoenas issued in these cases.

**REQUEST NO. 30 (as narrowed):**

Documents regarding any selection of, input on, or decisions regarding what legal counsel would represent True Wearables and/or any of the Lamego Family in this case, *Masimo Corp. v. True Wearables Inc.*, Case No. 8:18-CV-02001 (including appeals), or *In re Certain Light-Based Physiological Measurement Devices and Components Thereof* ITC Inv. No. 337-TA-1276.

**REQUEST NO. 31:**

Documents regarding any payment by Rockley for litigation expenses, including attorneys fees, incurred by True Wearables and/or any of the Lamego Family in this case, *Masimo Corp. v. True Wearables Inc.*, Case No. 8:18-CV-02001 (including appeals), or *In re Certain Light-Based Physiological Measurement Devices and Components Thereof* ITC Inv. No. 337-TA-1276.

**REQUEST NO. 32:**

Documents regarding any indemnification agreement between Rockley and True Wearables and/or Marcelo Lamego.

**REQUEST NO. 33:**

Documents regarding any ability by Rockley and/or its legal counsel to be involved in, influence, control, or determine whether True Wearables and/or Marcelo Lamego appeals any decision in *Masimo Corp. v. True Wearables Inc.*, Case No. 8:18-CV-02001 (including appeals).

**REQUEST NO. 34 (as narrowed):**

Documents regarding any ability by Rockley and/or its legal counsel to be involved in, review, provide input on, draft, edit, or approve any filing in this case, *Masimo Corp. v. True Wearables Inc.*, Case No. 8:18-CV-02001 (including appeals), or *In re Certain Light-Based Physiological Measurement Devices and Components Thereof* ITC Inv. No. 337-TA-1276. For purposes of this request, you may exclude filings by Rockley or its employees.

**REQUEST NO. 35 (as narrowed):**

Documents regarding any ability by Rockley and/or its legal counsel to be involved in, provide input on, influence, or affect any litigation strategy in this case, *Masimo Corp. v. True Wearables Inc.*, Case No. 8:18-CV-02001 (including appeals), or *In re Certain Light-Based Physiological Measurement Devices and Components Thereof* ITC Inv. No. 337-TA-1276. For purposes of this request, you may exclude Rockley's own strategy solely related to representing itself or its employees in connection with subpoenas issued in these cases.

**REQUEST NO. 36:**

Documents regarding any agreement, including a joint defense agreement, between Rockley and Apple, True Wearables, and/or any of the Lamego Family, relating to this case, *Masimo Corp. v. True Wearables Inc.*, Case No. 8:18-CV-02001 (including appeals), or *In re Certain Light-Based Physiological Measurement Devices and Components Thereof* ITC Inv. No. 337-TA-1276.

**REQUEST NO. 37:**

Documents regarding any instructions or suggestions by Rockley and/or its legal counsel given to Apple, True Wearables and/or any of the Lamego Family or their legal counsel regarding this case, *Masimo Corp. v. True Wearables Inc.*, Case No. 8:18-CV-02001 (including appeals), or *In re Certain Light-Based Physiological Measurement Devices and Components Thereof* ITC Inv. No. 337-TA-1276.