# EXHIBIT 23

PILLSBURY WINTHROP SHAW PITTMAN LLP
MICHAEL E. ZELIGER (SBN 271118)
michael.zeliger@pillsburylaw.com
Michael E. Zeliger (CA Bar No. 271118)
michael.zeliger@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304
Telephone (650) 233-4500
Facsimile: (650) 233-4545

ERIC C. RUSNAK (*pro hac vice*)
eric.rusnak@pillsburylaw.com
THERESA A. ROOZEN (*pro hac vice*)
theresa.roozen@pillsburylaw.com
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone:    202.663.8000
Facsimile:     202.663.8007

Attorneys for Non-Party
*Rockley Photonics Holdings, Ltd.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Masimo Corporation *and* Cercacor Laboratories, Inc.,<br><br>          Plaintiff,<br><br>    vs.<br><br>Apple, Inc.<br><br>          Defendant. | Case No. 8:20-cv-00048-JVS-JDS<br><br>**DECLARATION OF ROCKELY PHOTONICS HOLDINGS, LTD**.<br><br><br>Judge:  The Honorable James V. Selna, and The Honorable John D. Early |
|---|---|

**DECLARATION OF TOM ADAMS**

1. I, Tom Adams, am General Counsel of Rockley Photonics Holdings Ltd.

2. Rockley Photonics, Inc. is the U.S. subsidiary of Rockley Photonics Holdings Ltd., a foreign entity located in the United Kingdom.

3. Counsel for Masimo Corporation ("Masimo") issued a subpoena for documents to Rockley Photonics Holdings Ltd. but served Rockley Photonics, Inc. instead.

4. Rockley Photonics Holdings Ltd. and Rockley Photonics, Inc. are referred herein jointly as "Rockley."

5. On July 15, 2022, Special Master Andrew J. Guilford issued Order No. 12, quashing Masimo's subpoena to Rockley as it relates to all requests except for Request Nos. 4, 15 and 17. The Special Master invited one or more declarations addressing Request Nos. 15 and 17. A public version of this order was entered on the docket on August 3, 2022. (Dkt. 893).

6. Request No. 15, as narrowed by Masimo, calls for "Documents regarding Apple that refer or relate to any instruction to any Rockley employee not to disclose that they work for Rockley in connection with testimony given in any action relating to Masimo, Cercacor, True Wearables, or Marcelo Lamego."

7. Rockley conducted a diligent search of its electronic and paper documents. It does not have any documents regarding Apple that refer or relate to any instruction to any Rockley employee not to disclose that they work for Rockley in connection with testimony given in any action relating to Masimo, Cercacor, True Wearables, or Marcelo Lamego. Rockley is not withholding any documents on the basis of privilege.

8. Request No. 17, as narrowed by Masimo, calls for "Documents regarding Apple that refer or relate to any effort (by Apple or Rockley) to recruit or hire individuals who at any time worked for Masimo or Cercacor."

9. Rockley conducted a diligent search of its electronic and paper documents. It does not have any documents regarding Apple that refer or relate to any effort (by Apple or Rockley) to recruit or hire individuals who at any time worked for Masimo or Cercacor. Rockley is not withholding any documents on the basis of privilege.

Under the penalty of perjury, I declare the foregoing to be true and correct.

1  Date: August 3, 2022                                    _TA_____
                                                                Tom Adams
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28