# Declaration of Guru Pattabhiraman

## in Support of Apple's Objections to Special Master Order No. 15

# Redacted in its Entirety