1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

9
10
11

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

Plaintiffs,

v.

APPLE INC.,
a California corporation,

Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**[PROPOSED] ORDER SUSTAINING APPLE'S OBJECTIONS TO PORTIONS OF SPECIAL MASTER ORDER NO. 15**

Date: October 17, 2022
Time: 1:30 p.m.

Non-Expert Discovery Cut-Off: Aug. 12, 2022
Pre-Trial Conference: Mar. 13, 2023
Trial: Mar. 27, 2023

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This matter is before the Court pursuant to Defendant Apple Inc.'s Objections to Special Master Order No. 15, which granted in part Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.'s motion to compel and ordered Apple to provide discovery in response to Plaintiffs' Requests for Production ("RFP") Nos. 682, 683, 691 and Interrogatory No. 28.

Wilmer Cutler
Pickering Hale
and Dorr LLP

1   Having considered the briefing, supporting documents, and all other matters properly

2   before the Court, being fully advised on the pleadings, and for good cause appearing:

3            IT IS HEREBY ORDERED THAT Apple's objections to the Special Master's

4   Order No. 15 are SUSTAINED and the portion of Special Master Order No. 15 granting

5   Plaintiffs' motion to compel as to Plaintiffs' RFP Nos. 682, 683, 691, and Interrogatory

6   No. 28 is REVERSED.

7

8

9            **IT IS SO ORDERED.**

10

11   Dated: _____                    _____

12                                              The Hon. James V. Selna
                                                United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28