JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S AMENDED APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS *EX PARTE* APPLICATION FOR AN ORDER STAYING PORTIONS OF SPECIAL MASTER ORDER NO. 15**<br><br>No Hearing Noticed |

APPLE'S AMENDED APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS EX PARTE APPLICATION

CASE NO. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler Pickering Hale and Dorr LLP

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel: 720.274.3152 / Fax: 720.273.3133

KENNETH G. PARKER, SBN 182911
  ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Tel: 949.202.3014 / Fax: 949.202.3152

Pursuant to Local Rule 79-5.2.2, Apple requests that the Court grant leave to file under seal Apple's *Ex Parte* Application for an Order Staying Portions of Special Master Order No. 15 ("Application") and Exhibits 1, 3 and 4. While this Court granted the underlying Application on September 15, 2022, this Court has not yet ruled on Apple's original application to seal that document and its exhibits, which was filed on September 12, 2022. Apple files this amended application to seal—along with an amended proposed order, amended Selwyn Declaration, and less-redacted Application—in order to make more of the Application accessible and to stay consistent with the redactions to Apple's pending Objections to Special Master Order No. 15. *See* Dkt. 921-2.

As detailed in the accompanying Amended Declaration of Mark D. Selwyn, Exhibit 1 discloses the names of non-party individuals, Exhibit 3 has been labeled "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY" by Plaintiffs, Exhibit 4 disclose Apple's confidential information, and the redacted portions of Apple's Application quote, reference, or summarize the confidential portions of those documents.

Accordingly, Apple respectfully requests an order granting leave to file its Application and Exhibits 1, 3, and 4 under seal.

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S AMENDED APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS EX PARTE APPLICATION
1
CASE NO. 8:20-cv-00048-JVS (JDEx)

| | | |
|---|---|---|
| 1 | Dated: September 22, 2022 | Respectfully submitted, |
| 2 | | H. MARK LYON |
| 3 | | BRIAN M. BUROKER<br>BRIAN A. ROSENTHAL |
| 4 | | ILISSA SAMPLIN<br>ANGELIQUE KAOUNIS |
| 5 | | GIBSON, DUNN & CRUTCHER LLP |
| 6 | | KENNETH G. PARKER<br>HAYNES AND BOONE, LLP |
| 7 | | MARK D. SELWYN |
| 8 | | JOSHUA H. LERNER<br>NORA Q.E. PASSAMANECK |
| 9 | | WILMER CUTLER PICKERING HALE<br>  AND DORR LLP |
| 11 | | By: */s/ Mark D. Selwyn* |
| 12 | |       Mark D. Selwyn |
| 13 | | *Attorneys for Defendant Apple Inc.* |