Wilmer Cutler
Pickering Hale
and Dorr LLP

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **[PROPOSED] ORDER GRANTING APPLE'S AMENDED APPLICATION TO FILE UNDER SEAL** |

1. This matter is before the Court pursuant to Apple's Amended Application to File Under Seal Documents Regarding Its *Ex Parte* Application for an Order Staying Portions of Special Master Order No. 15 ("Application To File Under Seal") under Local Rule 79-5.2.2. Having considered the Application To File Under Seal and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

**IT IS HEREBY ORDERED THAT** Apple's Amended Application To File Under Seal is GRANTED. Apple shall file under seal its *Ex Parte* Application for an Order Staying Portions of Special Master Order No. 15 and Exhibits 1, 3, and 4.

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. James V. Selna
United States District Court Judge