# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL** <br><br> Date: October 17, 2022 <br> Time: 1:30 p.m. <br><br> Non-Expert Discovery Cut-Off: Aug. 12, 2022 <br> Pre-Trial Conference: Mar. 13, 2023 <br> Trial: Mar. 27, 2023 |

1   This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its Objections to Special Master Order No. 15 ("Application To File Under Seal") under Local Rule 79-5.2.2.  Having considered the Application To File Under Seal and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

**IT IS HEREBY ORDERED THAT** Apple's Application To File Under Seal is GRANTED.  Apple shall file under seal its Objections to Special Master Order No. 15 ("Objections"), Exhibits 2-10, 13, 15-19, 21-22, and the Pattabhiraman Declaration in Support of the Objections.

A public redacted version the Objections shall be filed within seven days.

**IT IS SO ORDERED.**

Dated: September 26, 2022

_____
The Hon. James V. Selna
United States District Court Judge