# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

          Plaintiffs,

   v.

APPLE INC.,
a California corporation,

          Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**ORDER GRANTING APPLE'S AMENDED APPLICATION TO FILE UNDER SEAL**

This matter is before the Court pursuant to Apple's Amended Application to File Under Seal Documents Regarding Its *Ex Parte* Application for an Order Staying Portions of Special Master Order No. 15 ("Application To File Under Seal") under Local Rule 79-5.2.2.  Having considered the Application To File Under Seal and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

**IT IS HEREBY ORDERED THAT** Apple's Amended Application To File Under Seal is GRANTED.  Apple shall file under seal its *Ex Parte* Application for an Order Staying Portions of Special Master Order No. 15 and Exhibits 1, 3, and 4.

A public redacted version of the Appliction shall be filed within seven days.

**IT IS SO ORDERED.**

Dated: September 26, 2022

The Hon. James V. Selna
United States DistrictJudge