# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE INC.'S MOTION FOR REVIEW OF SPECIAL MASTER ORDER NO. 15** |

1  Having considered Plaintiffs' Application for Leave to File Under Seal
2  Documents Regarding Plaintiffs' Opposition to Defendant Apple Inc.'s Motion
3  for Review of Special Master Order No 15, and finding good cause therefor, the
4  Application is GRANTED.

5  **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
6  Cercacor Laboratories, Inc. may file under seal the proposed redacted portions
7  of Masimo's Opposition to Defendant Apple Inc.'s Motion for Review of
8  Special Master Order No. 15 and Exhibit D to the Declaration of Adam B.
9  Powell.

11  DATED: _____          _____
12                                    The Honorable James V. Selna
                                      United States District Judge

-1-