# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL**<br><br>Date: October 17, 2022<br>Time: 1:30 p.m.<br><br>Non-Expert Discovery Cut-Off: Aug. 12, 2022<br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 27, 2023 |

1   This matter is before the Court pursuant to Apple's Application to File Under Seal Its Reply In Support Of Its Objections To Special Master Order No. 15 ("Application To File Under Seal") under Local Rule 79-5.2.2.  Having considered the Application To File Under Seal and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

**IT IS HEREBY ORDERED THAT** Apple's Application To File Under Seal is GRANTED.  Apple shall file under seal its Reply In Support Of Its Objections To Special Master Order No. 15.

**IT IS SO ORDERED.**

Dated: _____                                    _____
                                                          The Hon. James V. Selna
                                                          United States District Court Judge