# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' MOTION TO MODIFY OCTOBER 11 OPINION** |

| | |
|---|---|
| 1 | Having considered Plaintiffs' Application for Leave to File Under Seal |
| 2 | Documents Regarding Plaintiffs' Motion to Modify October 11 Opinion, and |
| 3 | finding good cause therefor, the Application is GRANTED. |
| 4 | **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and |
| 5 | Cercacor Laboratories, Inc. may file under seal the proposed redacted portions |
| 6 | of Masimo's Memorandum in Support of Motion to Modify October 11 |
| 7 | Opinion. |

DATED: _____          _____

The Honorable James V. Selna
United States District Judge

56479372

-1-