# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY OCTOBER 11 OPINION**<br><br>Date:   November 14, 2022<br>Time:   1:30 p.m.<br>Ctrm:   10C |

Having considered Plaintiffs' Motion to Modify October 11 Opinion, all the papers filed in support, in opposition and in reply thereof, evidence of record cited therein, and any oral argument by counsel on the motion, and for good cause found, the Court hereby **GRANTS** Plaintiffs' Motion. The Court will issue a new order removing the "second" timing ground currently on pages 7-8 of the October 11, 2022, Order.

**IT IS SO ORDERED.**

Dated:_____

_____
The Honorable James V. Selna
United States District Judge