Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Baraa Kahf (Bar No. 261144)
Baraa.Kahf@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF JOSEPH R. RE IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY OCTOBER 11 OPINION**<br><br>Date: November 14, 2022<br>Time: 1:30 p.m.<br>Location: Courtroom 10C |

1  Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Joseph R. Re, hereby declare as follows:

1.     I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in Support of Masimo's Motion to Modify October 11 Opinion.

2.     I am lead counsel for Masimo in this case and in *Masimo Corp. v. True Wearables, Inc.*, No. 8:18-cv-02001-JVS-JDE (C.D. Cal.) ("*True Wearables*").

3.     The defendants in *True Wearables* took depositions of several individuals who previously worked for Cercacor, including Cristiano Dalvi in August 2020 and Sean Merritt in May 2021. During their depositions, Dalvi and Merritt declined to identify their employer. I understand that, shortly after the Dalvi and Merritt depositions, lawyers at my firm attempted to determine where Dalvi and Merritt worked but did not succeed.

4.     While preparing for Dalvi and Merritt's cross-examination during trial in *True Wearables*, my colleagues and I again searched the Internet for information about Dalvi and Merritt. I was present for that search, and it revealed International Patent Publication Numbers WO 2021/116766 and WO 2022/029486. Those documents show they were published on June 17, 2021, and February 10, 2022, respectively. Both name Rockley Photonics Limited as applicant and several individuals as inventors, including Dalvi and Merritt. That is the first time that I or any other counsel for Masimo found public information suggesting that Dalvi and Merritt worked for Rockley. After finding the publications, we included them in our cross-examination binders for use on cross-examination.

5.     During trial, the court reporter requested that I inform her of any corrections we wanted to the rough transcript. I began sending her various changes. I then noticed that the transcripts did not accurately reflect the various portions that should be sealed and unsealed. For example, I informed her that the transcript

-1-

incorrectly identified Merritt's testimony as sealed. After several emails over two days, she responded: "I just checked with Judge Selna, and he wants you to file the changes you wish to make to portions of the proceedings to be sealed or unsealed." After trial, the parties filed a Joint Stipulation For Leave To File Corrections To Seal Portions Of The Trial Transcripts. *Masimo Corp. v. True Wearables, Inc.*, No. 8:18-cv-02001-JVS-JDE (C.D. Cal.), Dkt. 559. The Court issued an order on March 30 unsealing testimony from Merritt and others. *Id.*, Dkt. 561.

6. Attached hereto as **Exhibit 1** is a true and correct copy of an October 17, 2022, email from Nora Passamaneck (counsel for Apple) to Adam Powell (counsel for Masimo). As explained in the email, the parties met and conferred about this Motion on October 13, 2022. Apple agreed to waive the requirement that the parties meet and confer seven days before filing a motion (L.R. 7-3). Apple indicated it intends to oppose this Motion.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on October 17, 2022, at Irvine, California.

                */s/ Joseph R. Re*
                  Joseph R. Re