# EXHIBIT 1

| | |
|---|---|
| **From:** | Passamaneck, Nora Q.E. |
| **To:** | Adam Powell |
| **Cc:** | Masimo.Apple; Apple-Masimo; WH Apple-Masimo Service List |
| **Subject:** | RE: Masimo v. Apple - October 11 Order |
| **Date:** | Monday, October 17, 2022 08:59:12 AM |

Adam,

Apple opposes Plaintiffs' request. Apple did not accept Mr. Re's representation during the Special Master's hearing, much less in any manner that would warrant seeking to modify Judge Selna's October 11 Order, which is based on Judge Selna's own fact-finding and observations as to the presiding judge in the *True Wearables* action.

Apple will further agree to waive the 7-day meet-and-confer requirement.

Thank you,
Nora

**From:** Adam Powell <Adam.Powell@knobbe.com>
**Sent:** Saturday, October 15, 2022 12:37 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - October 11 Order

**EXTERNAL SENDER**

Nora,

We have not received a response to this email. We would appreciate Apple providing its position by noon on October 17.

Thanks,
Adam

**Adam Powell**
Partner
858-707-4245  Direct
**Knobbe Martens**

**From:** Adam Powell
**Sent:** Thursday, October 13, 2022 4:09 PM
**To:** Nora.Passamaneck@wilmerhale.com
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; Apple-Masimo <Apple-

Exhibit 1
-3-

Masimo@gibsondunn.com>; WHApple-MasimoServiceList@wilmerhale.com

**Subject:** Masimo v. Apple - October 11 Order

Nora,

Thank you for meeting with me today regarding Masimo's anticipated motion with respect to Judge Selna's October 11 Order.  Masimo is not asking Judge Selna to change his ruling.  Masimo is asking to modify the opinion in support of the order by removing the "Second" ground under the "Timeliness" section of the order on pages 7-8.  Apple raised this issue during the Special Master hearing and Joe Re represented that Masimo actually learned of the relevant facts (including the patent publications) during trial in *True Wearables*.  *See* 9/1/2022 Hearing Tr. at 58-59.  We understood that Apple accepted that representation because it did not raise this argument in its objections before Judge Selna, so we anticipate Apple will not take issue with that representation now.

Please let us know if Apple will (a) oppose our request and (b) waive the requirement to meet and confer 7 days before filing a motion (*see* L.R. 7-3).

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Exhibit 1
-4-