1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation

Plaintiffs,

v.

APPLE INC., a California corporation

Defendant.

) Case No. 8:20-cv-00048-JVS-JDE
)
) **ORDER GRANTING LEAVE TO**
) **FILE UNDER SEAL**
) **DOCUMENTS REGARDING**
) **PLAINTIFFS' MOTION TO**
) **MODIFY OCTOBER 11 OPINION**
)
)
)
)
)
)
)
)
)
)
)

1    Having considered Plaintiffs' Application for Leave to File Under Seal

2   Documents Regarding Plaintiffs' Motion to Modify October 11 Opinion, and

3   finding good cause therefor, the Application is GRANTED.

4    **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and

5   Cercacor Laboratories, Inc. may file under seal the proposed redacted portions of

6   Masimo's Memorandum in Support of Motion to Modify October 11 Opinion.

7

8

9   DATED: 10/18/22

10                             The Honorable James V. Selna
                               United States District Judge
11

12   56479372

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28