JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearances continue on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**STIPULATION REGARDING BRIEFING ON APPLE'S FORTHCOMING MOTION TO STRIKE PLAINTIFFS' RULE 26(A)(2)(C) DISCLOSURES**<br><br>**[PROPOSED] ORDER LODGED HEREWITH**<br><br>Trial: 03/27/2023 |

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel: 720.274.3152 / Fax: 720.273.3133

KENNETH G. PARKER, SBN 182911
  ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Tel: 949.202.3014 / Fax: 949.202.3152

*Attorneys for Defendant Apple, Inc.*

STIPULATION RE. BRIEFING ON APPLE'S FORTHCOMING MOT. TO STRIKE PLAINTIFFS' RULE 26(A)(2)(C) DISCLOSURES
                                                      CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

| | |
|---|---|
| 1 | Joseph R. Re (Bar No. 134479) |
| 2 | joseph.re@knobbe.com |
| | Stephen C. Jensen (Bar No. 149894) |
| 3 | steve.jensen@knobbe.com |
| 4 | Benjamin A. Katzenellenbogen (Bar No. 208527) |
| | ben.katzenellenbogen@knobbe.com |
| 5 | Perry D. Oldham (Bar No. 216016) |
| 6 | perry.oldham@knobbe.com |
| | Stephen W. Larson (Bar No. 240844) |
| 7 | stephen.larson@knobbe.com |
| 8 | **KNOBBE, MARTENS, OLSON & BEAR, LLP** |
| | 2040 Main Street, Fourteenth Floor |
| 9 | Irvine, CA 92614 |
| 10 | Telephone: (949) 760-0404; Facsimile: (949) 760-9502 |
| 11 | |
| | Adam B. Powell (Bar. No. 272725) |
| 12 | adam.powell@knobbe.com |
| | Daniel P. Hughes (Bar No. 299695) |
| 13 | Daniel.hughes@knobbe.com |
| 14 | **KNOBBE, MARTENS, OLSON & BEAR, LLP** |
| | 3579 Valley Centre Drive |
| 15 | San Diego, CA 92130 |
| 16 | Telephone: (858) 707-4000; Facsimile: (858) 707-4001 |
| 17 | |
| | Mark D. Kachner (Bar No. 234,192) |
| 18 | mark.kachner@knobbe.com |
| | **KNOBBE, MARTENS, OLSON & BEAR, LLP** |
| 19 | 1925 Century Park East, Suite 600 |
| 20 | Los Angeles, CA 90067 |
| | Telephone: (310) 551-3450 |
| 21 | Facsimile: (310) 551-3458 |
| 22 | |
| 23 | *Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | STIPULATION RE. BRIEFING ON APPLE'S FORTHCOMING MOT. TO STRIKE PLAINTIFFS' RULE 26(A)(2)(C) DISCLOSURES |
| | CASE NO. 8:20-cv-00048-JVS (JDEx) |

WHEREAS, on October 13, 2022, Defendant Apple Inc. ("Apple") submitted a letter motion to the Special Master moving to strike four Rule 26(a)(2)(C) disclosures that were served by Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") on September 23, 2022 (the "Letter Motion").

WHEREAS, on October 14, 2022, the Special Master issued an Order regarding the Letter Motion that, *inter alia*, "respectfully **RECOMMENDS** that this matter is best decided by Judge Selna in the first instance" and "**ORDERS** the parties to meet and confer regarding what, if any, modifications they might jointly and promptly seek from Judge Selna to applicable briefing procedures related to Apple's [Letter Motion]." Dkt. 947 at 2.

WHEREAS, Masimo and Apple (collectively, the "parties"), have met and conferred and agree Apple will withdraw the Letter Motion and refile a new Motion to Strike Plaintiffs' Rule 26(a)(2)(C) Disclosures (the "Motion") before this Court. The parties agree to the following briefing schedule and page limits for Apple's Motion subject to approval by the Court.

ACCORDINGLY, the parties hereby propose to the Court the following briefing schedule for the Motion, which adheres to Local Rules 6 and 7 with the exception of providing Masimo with an additional day to file its opposition brief:

1. Apple shall file its motion on October 18, 2022.
2. Masimo shall file its opposition on or before November 1, 2022.
3. Apple shall file its reply on or before November 7, 2022.
4. Apple shall notice the hearing for November 21, 2022.
5. The parties' briefs shall not exceed 25 pages.

**IT IS SO STIPULATED.**

The parties have attached a Proposed Order for the Court's consideration.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 18, 2022 | By: /s/ Mark D. Selwyn |
|  | Mark D. Selwyn |
|  | Joshua H. Lerner |
|  | Nora Passamaneck |
|  | WILMER CUTLER PICKERING HALE AND DORR LLP |
|  |  |
|  | Kenneth G. Parker |
|  | HAYNES AND BOONE, LLP |
|  |  |
|  | H. Mark Lyon |
|  | Brian M. Buroker |
|  | Brian A. Rosenthal |
|  | Ilissa Samplin |
|  | Angelique Kaounis |
|  | GIBSON, DUNN & CRUTCHER LLP |
|  |  |
|  | *Attorneys for Defendant Apple Inc.* |
|  |  |
| Dated: October 18, 2022 | By: /s/ Adam B. Powell |
|  | Joseph R. Re |
|  | Stephen C. Jensen |
|  | Benjamin A. Katzenellenbogen |
|  | Perry D. Oldham |
|  | Stephen W. Larson |
|  | Mark D. Kachner |
|  | Adam B. Powell |
|  | Daniel P. Hughes |
|  | KNOBBE, MARTENS, OLSON & BEAR, LLP |
|  |  |
|  | *Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.* |

**ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

Dated: October 18, 2022     By: /s/ Mark D. Selwyn