# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING ON APPLE'S FORTHCOMING MOTION TO STRIKE PLAINTIFFS' RULE 26(A)(2)(C) DISCLOSURES**<br><br>Trial: 03/27/2023 |

[PROPOSED] ORDER GRANTING STIPULATION RE APPLE'S FORTHCOMING MOT. TO STRIKE PLAINTIFFS' RULE 26(A)(2)(C) DISCLOSURES                    CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

The Court, having considered the Stipulation Regarding Briefing on Apple's Forthcoming Motion to Strike Plaintiffs' Rule 26(A)(2)(C) Disclosures by and between Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") and Defendant Apple Inc. ("Apple"), and good cause appearing, issues the following Order:

Apple's forthcoming Motion to Strike Plaintiffs' Rule 26(A)(2)(C) Disclosures will be filed according to the following briefing schedule and page limits:

1. Apple shall file its motion on October 18, 2022.
2. Masimo shall file its opposition on or before November 1, 2022.
3. Apple shall file its reply on or before November 7, 2022.
4. Apple shall notice the hearing for November 21, 2022.
5. The parties' briefs shall not exceed 25 pages.

**IT IS SO ORDERED.**

Dated: _____

The Hon. James V. Selna
United States District Court Judge