JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearances continue on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS MOTION TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES**<br><br>Date: Nov. 21, 2022<br>Time: 1:30 p.m.<br>Expert Discovery Cut-Off: Dec. 12, 2022<br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 27, 2023 |

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS RE. ITS MOT. TO STRIKE PLAINTIFFS' RULE 26(A)(2)(C) DISCLOSURES
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

1  BRIAN A. ROSENTHAL, *pro hac vice*
      brosenthal@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
3  New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
4
   ILISSA SAMPLIN, SBN 314018
5     isamplin@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  333 South Grand Avenue
   Los Angeles, CA 90071-3197
7  Tel.: 213.229.7000 / Fax: 213.229.7520

8  ANGELIQUE KAOUNIS, SBN 209833
      akaounis@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East Suite 4000
10 Los Angeles, CA 90067
   Tel.: 310.552.8546 / Fax: 310.552.7026
11
12 MARK D. SELWYN, SBN 244180
      mark.selwyn@wilmerhale.com
13 WILMER CUTLER PICKERING
      HALE AND DORR LLP
14 2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
15 Tel.: 650.858.6000 / Fax: 650.858.6100

16 NORA Q.E. PASSAMANECK, *pro hac vice*
      nora.passamaneck@wilmerhale.com
17 WILMER CUTLER PICKERING
      HALE AND DORR LLP
18 1225 Seventeenth St., Suite 2600
   Denver, CO 80202
19 Tel: 720.274.3152 / Fax: 720.273.3133

20 KENNETH G. PARKER, SBN 182911
      ken.parker@haynesboone.com
21 HAYNES AND BOONE, LLP
   600 Anton Blvd., Suite 700
22 Costa Mesa, CA 92626
   Tel: 949.202.3014 / Fax: 949.202.3152

23
24
25
26
27
28 APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS RE. ITS MOT. TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES

CASE NO. 8:20-cv-00048-JVS (JDEx)

Pursuant to Local Rule 79-5.2.2, Defendant Apple Inc. ("Apple") requests that the Court grant leave to file under seal Apple's Memorandum in Support of Its Motion to Strike Plaintiffs' Purported Rule 26(a)(2)(C) Disclosures ("Memorandum") and Exhibits 1-7, 10-14, and 16.

As detailed in the accompanying Declaration of Mark D. Selwyn, (1) Exhibits 12 and 13 include Apple's confidential information; (2) Exhibit 13 contains third-party confidential information; (3) Plaintiffs have indicated that Exhibits 1-7, 10-14, and 16 contain their confidential information; and (4) the redacted portions of Apple's Memorandum quotes, references, or summarizes the confidential portions of these exhibits.

Accordingly, Apple respectfully requests an order granting leave to file its Memorandum and Exhibits 1-7, 10-14, and 16 under seal.

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS RE. ITS MOT. TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES
1
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

| | | |
|---|---|---|
| 1 | Dated: October 18, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | H. MARK LYON<br>BRIAN M. BUROKER |
| 4 | | BRIAN A. ROSENTHAL<br>ILISSA SAMPLIN |
| 5 | | ANGELIQUE KAOUNIS |
| 6 | | GIBSON, DUNN & CRUTCHER LLP |
| 7 | | KENNETH G. PARKER |
| 8 | | HAYNES AND BOONE, LLP |
| 9 | | MARK D. SELWYN |
| 10 | | JOSHUA H. LERNER<br>NORA Q.E. PASSAMANECK |
| 11 | | WILMER CUTLER PICKERING HALE AND |
| 12 | | DORR LLP |
| 13 | | |
| 14 | | By: /s/ Mark D. Selwyn |
| 15 | |      Mark D. Selwyn |
| 16 | | *Attorneys for Defendant Apple Inc.* |

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS RE. ITS MOT. TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES

2                                      CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP