JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearances continue on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF SARAH FRAZIER IN SUPPORT OF APPLE'S MOTION TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES**<br><br>Date: Nov. 21, 2022<br>Time: 1:30 p.m.<br>Expert Discovery Cut-Off: Dec. 12, 2022<br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 27, 2023 |

FRAZIER DECL. IN SUPPORT OF APPLE'S MOT. TO STRIKE PLAINTIFFS' PURPORTED RULE 26(a)(2)(C) DISCLOSURES.
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

1  BRIAN A. ROSENTHAL, *pro hac vice*
     brosenthal@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
3  New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
4
   ILISSA SAMPLIN, SBN 314018
5    isamplin@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  333 South Grand Avenue
   Los Angeles, CA 90071-3197
7  Tel.: 213.229.7000 / Fax: 213.229.7520

8  ANGELIQUE KAOUNIS, SBN 209833
     akaounis@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East Suite 4000
10 Los Angeles, CA 90067
   Tel.: 310.552.8546 / Fax: 310.552.7026
11
12 MARK D. SELWYN, SBN 244180
     mark.selwyn@wilmerhale.com
13 WILMER CUTLER PICKERING
     HALE AND DORR LLP
14 2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
15 Tel.: 650.858.6000 / Fax: 650.858.6100

16 NORA Q.E. PASSAMANECK, *pro hac vice*
     nora.passamaneck@wilmerhale.com
17 WILMER CUTLER PICKERING
     HALE AND DORR LLP
18 1225 Seventeenth St., Suite 2600
   Denver, CO 80202
19 Tel: 720.274.3152 / Fax: 720.273.3133

20 SARAH R. FRAZIER, *pro hac vice*
     sarah.frazier@wilmerhale.com
21 WILMER CUTLER PICKERING
     HALE AND DORR LLP
22 60 State Street
   Boston, MA 02109
23 Tel.: 617.526.6000 / Fax: 617.526.5000

24 KENNETH G. PARKER, SBN 182911
     ken.parker@haynesboone.com
25 HAYNES AND BOONE, LLP
   600 Anton Blvd., Suite 700
26 Costa Mesa, CA 92626
   Tel: 949.202.3014 / Fax: 949.202.3152

27

28  FRAZIER DECL. IN SUPPORT OF APPLE'S MOT. TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C)
    DISCLOSURES.                                            CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

I, Sarah R. Frazier, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Motion to Strike Plaintiffs' Purported Rule 26(a)(2)(C) Disclosures ("Motion").

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. On August 12, 2022, non-expert discovery in the above-captioned matter closed.

5. On August 18, 2022, Plaintiffs produced to Apple documents bearing Bates production numbers MASA03583610-MAS03583633. This included the documents bearing the starting Bates numbers MASA03583610, MASA03583611, MASA03583612, MASA03583613, MASA03583614, MASA03583615, MASA03583616, MASA03583617, MASA03583618, MASA03583619, MASA03583620, MASA03583621, MASA03583622, MASA03583623, and MASA03583624.

6. On August 22, 2022, counsel for Plaintiffs stated: "The documents produced [on August 18, 2022] were an update to an analysis that Masimo previously conducted and produced. This is not an analysis that Masimo performs in the ordinary course of business, nor are the documents produced kept in the ordinary course of business. Rather this analysis was done for this litigation as part of expert discovery." A copy of this email is Exhibit 9 to Apple's Motion.

7. The Expert Disclosure of Richard Priddell Pursuant to Fed. R. Civ. P. 26(a)(2)(C) dated September 23, 2022 cites to MASA03583619 (at ¶¶ 16, 18). A copy of this Disclosure (along with its Exhibit A) is Exhibit 2 to Apple's Motion.

8. The Expert Disclosure of Bilal Muhsin Pursuant to Fed. R. Civ. P. 26(a)(2)(C) dated September 23, 2022 cites to MASA03583610 (at ¶ 20), MASA03583611 (at ¶ 24), MASA03583612 (at ¶ 23), MASA03583613 (at ¶ 23), MASA03583614 (at ¶ 23),

FRAZIER DECL. IN SUPPORT OF APPLE'S MOT. TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES.                                    1                           CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

1  MASA03583615 (at ¶ 23), MASA03583616 (at ¶ 23), MASA03583617 (at ¶ 25),
2  MASA03583618 (at ¶ 19), MASA03583620 (at ¶ 26), MASA03583621 (at ¶ 22),
3  MASA03583622 (at ¶ 18), MASA03583623 (at ¶ 21), and MASA03583624 (at ¶ 25).
4  A copy of this Disclosure is Exhibit 3 to Apple's Motion.

5      I declare under penalty of perjury under the laws of the United States of America
6  that the foregoing is true and correct to the best of my knowledge.

8      Executed this 18th day of October 2022.

By: *Sarah R. Frazier* (signature)

Sarah R. Frazier

FRAZIER DECL. IN SUPPORT OF APPLE'S MOT. TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES.    2    CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP