JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearances continue on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S MOTION TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES**<br><br>Date: Nov. 21, 2022<br>Time: 1:30 p.m.<br>Expert Discovery Cut-Off: Dec. 12, 2022<br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 27, 2023 |

PASSAMANECK DECL. ISO APPLE'S MOT. TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES                                                                                                         CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

| | |
|---|---|
| 1 | BRIAN A. ROSENTHAL, *pro hac vice* |
| 2 | brosenthal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 3 | 200 Park Avenue<br>New York, NY 10166-0193 |
| 4 | Tel.: 212.351.2339 / Fax: 212.817.9539 |
| 5 | ILISSA SAMPLIN, SBN 314018<br>isamplin@gibsondunn.com |
| 6 | GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue |
| 7 | Los Angeles, CA 90071-3197<br>Tel.: 213.229.7000 / Fax: 213.229.7520 |
| 8 | ANGELIQUE KAOUNIS, SBN 209833 |
| 9 | akaounis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 10 | 2029 Century Park East Suite 4000<br>Los Angeles, CA 90067 |
| 11 | Tel.: 310.552.8546 / Fax: 310.552.7026 |
| 12 | MARK D. SELWYN, SBN 244180<br>mark.selwyn@wilmerhale.com |
| 13 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 14 | 2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 |
| 15 | Tel.: 650.858.6000 / Fax: 650.858.6100 |
| 16 | NORA Q.E. PASSAMANECK, *pro hac vice*<br>nora.passamaneck@wilmerhale.com |
| 17 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 18 | 1225 Seventeenth St., Suite 2600<br>Denver, CO 80202 |
| 19 | Tel: 720.274.3152 / Fax: 720.273.3133 |
| 20 | SARAH R. FRAZIER, *pro hac vice*<br>sarah.frazier@wilmerhale.com |
| 21 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 22 | 60 State Street<br>Boston, MA 02109 |
| 23 | Tel.: 617.526.6000 / Fax: 617.526.5000 |
| 24 | KENNETH G. PARKER, SBN 182911<br>ken.parker@haynesboone.com |
| 25 | HAYNES AND BOONE, LLP<br>600 Anton Blvd., Suite 700 |
| 26 | Costa Mesa, CA 92626<br>Tel: 949.202.3014 / Fax: 949.202.3152 |
| 27 | |
| 28 | PASSAMANECK DECL. ISO APPLE'S MOT. TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES                    CASE NO. 8:20-cv-00048-JVS (JDEx) |

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Motion to Strike Plaintiffs' Purported Rule 26(a)(2)(C) Disclosures.

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit 1 (filed under seal)** is a copy of a October 7, 2022 letter that Plaintiffs' counsel Kendall Loebbaka sent to me regarding Plaintiffs' Rule 26(a)(2)(C) disclosures.

5. Attached hereto as **Exhibit 2 (filed under seal)** is a copy of the Expert Disclosure of Richard Priddell Pursuant to Fed. R. Civ. P. 26(a)(2)(C) dated September 23, 2022 along with its Exhibit A.

6. Attached hereto as **Exhibit 3 (filed under seal)** is a copy of the Expert Disclosure of Bilal Muhsin Pursuant to Fed. R. Civ. P. 26(a)(2)(C) dated September 23, 2022.

7. Attached hereto as **Exhibit 4 (filed under seal)** is a copy of the Expert Disclosure of Joe Kiani Pursuant to Fed. R. Civ. P. 26(a)(2)(C) dated September 23, 2022.

8. Attached hereto as **Exhibit 5 (filed under seal)** is a copy of the Expert Disclosure of Mohamed Diab Pursuant to Fed. R. Civ. P. 26(a)(2)(C) dated September 23, 2022.

9. Attached hereto as **Exhibit 6 (filed under seal)** is a copy of email correspondence sent between counsel for Plaintiffs and counsel for Apple between June 23, 2022 and July 14, 2022.

PASSAMANECK DECL. ISO APPLE'S MOT. TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES
1                              CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

10. Attached hereto as **Exhibit 7 (filed under seal)** is a copy of a September 30, 2022 letter that I sent to Plaintiffs' counsel Mark Kachner regarding Plaintiffs' Rule 26(a)(2)(C) disclosures.

11. Attached hereto as **Exhibit 8** is a copy of email correspondence sent between counsel for Apple and counsel for Plaintiffs between September 30, 2022 and October 7, 2022. The "attached correspondence" referenced in Exhibit 8 is attached hereto as Exhibit 1.

12. Attached hereto as **Exhibit 9** is a copy of email correspondence sent between counsel for Plaintiffs and counsel for Apple between August 18, 2022 and August 22, 2022.

13. Attached hereto as **Exhibit 10 (filed under seal)** is a copy of the transcript of the deposition of Joseph E. Kiani taken on August 5, 2022.

14. Attached hereto as **Exhibit 11 (filed under seal)** is a copy of the transcript of the deposition of Mohamed Diab taken on September 23, 2022.

15. Attached hereto as **Exhibit 12 (filed under seal)** is a copy of Plaintiffs' Masimo Corporation and Cercacor Laboratories, Inc.'s Seventh Supplemental Response to Apple's First Set of Interrogatories No. 17 served on September 6, 2022.

16. Attached hereto as **Exhibit 13 (filed under seal)** is a copy of excerpts from the Expert Report of Jeffrey H. Kinrich dated October 6, 2022.

17. Attached hereto as **Exhibit 14 (filed under seal)** is a copy of Plaintiffs' Second Supplemental Response to Apple's Sixth Set of Interrogatories (No. 27) served on September 6, 2022.

18. Attached hereto as **Exhibit 15** is a copy of email correspondence sent between counsel for Apple and counsel for Plaintiffs between October 17, 2022 and October 18, 2022.

PASSAMANECK DECL. ISO APPLE'S MOT. TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES
2    CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

19. Attached hereto as **Exhibit 16 (filed under seal)** is a copy of Plaintiffs' revised 30(b)(6) designations served on July 22, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of October 2022.

By: _____
Nora Passamaneck