# EXHIBIT 8

| | |
|---|---|
| **From:** | Kendall Loebbaka <Kendall.Loebbaka@knobbe.com> |
| **Sent:** | Friday, October 7, 2022 9:00 PM |
| **To:** | Frazier, Sarah; Passamaneck, Nora Q.E.; Masimo.Apple; Apple-Masimo; WH Apple-Masimo Service List |
| **Subject:** | RE: Masimo v. Apple: correspondence |
| **Attachments:** | 2022-10-07 Letter from Loebbaka to Passamaneck.pdf |

**EXTERNAL SENDER**

Sarah and Nora,

Please see the attached correspondence. Masimo is available for a meet and confer regarding its Rule 26(a)(2)(C) disclosures on Tuesday, October 11 at 1:30pm PT. Please confirm that Apple is available at this time and circulate a call-in.

Best regards,
Kendall

**Kendall Loebbaka**
Partner

949-721-7687  Direct

**Knobbe Martens**

---

**From:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>
**Sent:** Friday, October 7, 2022 2:07 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple: correspondence

Counsel,

It has been five business days since we requested your confirmation that you will withdraw Plaintiffs' improper Rule 26(a)(2)(C) disclosures or meet and confer. We have still not received a response. Please provide your availability for a meet and confer on Monday or Tuesday to address this issue.

Thank you,
Sarah

---

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Wednesday, October 5, 2022 10:51 AM
**To:** Masimo.Apple <Masimo.Apple@knobbe.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple: correspondence

1

Exhibit 8
Page 1

Counsel,
We have received no response to my September 30 letter.  Please provide today your availability to meet and confer on Plaintiffs' Rule 26(a)(2)(C) disclosures.
Regards,
Nora

---

**From:** Passamaneck, Nora Q.E. <Nora.Passameneck@wilmerhale.com>
**Sent:** Friday, September 30, 2022 6:20 PM
**To:** Masimo.Apple <Masimo.Apple@knobbe.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** Masimo v. Apple: correspondence

Counsel,
Please see the attached correspondence.
Regards,
Nora

**Nora Q.E. Passamaneck | WilmerHale**
1225 Seventeenth St.
Suite 2600
Denver, CO 80202 USA
+1 720 274 3152 (t)
+1 720 274 3133 (f)
nora.passamaneck@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.


NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.