# EXHIBIT 15

| | |
|---|---|
| **From:** | Adam Powell <Adam.Powell@knobbe.com> |
| **Sent:** | Tuesday, October 18, 2022 2:07 PM |
| **To:** | Sprankling, Thomas; Apple-Masimo; WH Apple-Masimo Service List |
| **Cc:** | Masimo.Apple; Lerner, Joshua |
| **Subject:** | RE: Scheduled Session Notice - Masimo Corporation, et al. vs. Apple, Inc. (A279845) |

**EXTERNAL SENDER**

Thomas,

Thanks for your email.  We agree to continue abiding by the parties' normal practice of permitting three weeks for oppositions and two weeks for replies.  To avoid any misunderstanding, we understand each party also reserves the right to assert a different schedule is necessary for time-sensitive motions.

Please send us a stipulation at your convenience.

Thanks,
Adam

**Adam Powell**
Partner
858-707-4245 Direct
**Knobbe Martens**

---

**From:** Sprankling, Thomas <Thomas.Sprankling@wilmerhale.com>
**Sent:** Monday, October 17, 2022 1:47 PM
**To:** Adam Powell <Adam.Powell@knobbe.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>
**Subject:** RE: Scheduled Session Notice - Masimo Corporation, et al. vs. Apple, Inc. (A279845)

Adam,

We will agree to the one-time compromise proposal you discussed with Josh.

  (1)  Apple files a noticed motion tomorrow, Plaintiffs' opposition brief is due on November 1, and Apple's reply brief is due on November 7.  (We will plan to notice the hearing for November 21.)
  (2)  The normal 25-page limit applies to the briefs.

We agree to this proposal on the assumption that it will not change the parties' normal practice of allowing 3 weeks for oppositions and 2 weeks for replies for matters briefed for the first time in front of Judge Selna.

Please confirm your agreement with the above.  Once you do so, we can supply a joint stipulation.

Best,

Tom

1

Exhibit 15
Page 1