# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL**<br><br>Date: Nov. 21, 2022<br>Time: 1:30 p.m.<br>Expert Discovery Cut-Off: Dec. 12, 2022<br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 27, 2023 |

This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its Motion to Strike Plaintiffs' Purported Rule 26(a)(2)(C) Disclosures ("Application to File Under Seal"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application to File Under Seal is GRANTED. Apple shall file under seal its Memorandum in Support of Apple's Motion to Strike Plaintiffs' Purported Rule 26(a)(2)(C) Disclosures and Exhibits 1-7, 10-14, and 16.

**IT IS SO ORDERED.**

Dated: 10/19/22

The Hon. James V. Selna
United States District Court Judge