JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001
H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]
*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 16**<br><br>Date: November 21, 2022<br>Time: 1:30 p.m.<br>Non-Expert Discovery Cut-Off: Aug. 12, 2022<br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 27, 2023 |

1   BRIAN A. ROSENTHAL, *pro hac vice*
       brosenthal@gibsondunn.com
2   GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
3   New York, NY 10166-0193
    Tel.: 212.351.2339 / Fax: 212.817.9539
4
    ILISSA SAMPLIN, SBN 314018
5      isamplin@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
6   333 South Grand Avenue
    Los Angeles, CA 90071-3197
7   Tel.: 213.229.7000 / Fax: 213.229.7520

8   ANGELIQUE KAOUNIS, SBN 209833
       akaounis@gibsondunn.com
9   GIBSON, DUNN & CRUTCHER LLP
    2029 Century Park East Suite 4000
10  Los Angeles, CA 90067
    Tel.: 310.552.8546 / Fax: 310.552.7026
11
    MARK D. SELWYN, SBN 244180
12     mark.selwyn@wilmerhale.com
    WILMER CUTLER PICKERING
13    HALE AND DORR LLP
    2600 El Camino Real, Suite 400
14  Palo Alto, CA 94306
    Tel.: 650.858.6000 / Fax: 650.858.6100
15
    NORA Q.E. PASSAMANECK, *pro hac vice*
16     nora.passamaneck@wilmerhale.com
    WILMER CUTLER PICKERING
17    HALE AND DORR LLP
    1225 Seventeenth St., Suite 2600
18  Denver, CO 80202
    Tel: 720.274.3152 / Fax: 720.273.3133
19
    KENNETH G. PARKER, SBN 182911
20     ken.parker@haynesboone.com
    HAYNES AND BOONE, LLP
21  600 Anton Blvd., Suite 700
    Costa Mesa, CA 92626
22  Tel: 949.202.3014 / Fax: 949.202.3152

23

24

25

26

27

28

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 16                                Case No. 8:20-cv-00048-JVS (JDEX)

I, Nora Passamaneck, declare and state as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3. I make this Declaration in support of Apple's Objections to Special Master Order No. 16.

4. Attached hereto as **Exhibit 1** is a true and correct copy of an email chain from Brittany Amadi, counsel for Apple, to the Special Master with the subject Masimo v. Apple (S279845) - Apple's Motion for Protective Order re Deposition of Tim Cook, dated July 21, 2022.

5. Attached hereto as **Exhibit 2** is a true and correct copy of an email chain from Adam Powell, counsel for Plaintiffs, to me with the subject Masimo v. Apple - Cook Motion, dated August 19, 2022.

6. Attached hereto as **Exhibit 3** is a true and correct copy of a printout from the website https://www.apple.com/leadership/tim-cook/, dated August 19, 2022.

7. Attached hereto as **Exhibit 4 (filed under seal)** is a true and correct copy of a letter from me to Adam Powell, counsel for Plaintiffs, regarding Apple's production, dated August 12, 2022.

8. Attached hereto as **Exhibit 5 (filed under seal)** is a true and correct copy of excerpts of the Jeff Williams deposition transcript, dated August 9, 2022.

9. Attached hereto as **Exhibit 6 (filed under seal)** is a true and correct copy of Apple's Fifth Supplemental Rule 30(b)(6) Designations.

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 16          1          Case No. 8:20-cv-00048-JVS (JDEX)

10. Attached hereto as **Exhibit 7 (filed under seal)** is a true and correct copy of excerpts of the Adrian Perica rough deposition transcript, dated August 12, 2022.

11. Attached hereto as **Exhibit 8 (filed under seal)** is a true and correct copy of a document bearing the bates numbers APL-MAS_00310646-APL-MAS_00310647.

12. Attached hereto as **Exhibit 9** is a true and correct copy of Plaintiffs' Notice of Deposition of Michael O'Reilly, dated April 19, 2021.

13. Attached hereto as **Exhibit 10** is a true and correct copy of an email from Adam Powell, counsel for Plaintiffs, to Apple's counsel with the subject Masimo v. Apple regarding depositions, dated May 4, 2022.

14. Attached hereto as **Exhibit 11 (filed under seal)** is a true and correct copy of a document bearing the bates numbers APL-MAS_00433662-APL-MAS_00433663.

15. Attached hereto as **Exhibit 12 (filed under seal)** is a true and correct copy of a document bearing the bates numbers APL-MAS_00414174-APL-MAS_00414175.

16. Attached hereto as **Exhibit 13 (filed under seal)** is a true and correct copy of a document bearing the bates numbers APL-MAS_00359946-APL-MAS_00359951.

17. Attached hereto as **Exhibit 14 (filed under seal)** is a true and correct copy of excerpts of the Denby Sellers deposition transcript in *Masimo Corporation v. True Wearables, Inc.*, No. 8:18-cv-02001-JVS (C.D. Cal.), dated December 15, 2021.

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 16    2    Case No. 8:20-cv-00048-JVS (JDEX)

18. Attached hereto as **Exhibit 15 (filed under seal)** is a true and correct copy of excerpts of the Steven Hotelling deposition transcript, dated August 2, 2022.

19. Attached hereto as **Exhibit 16 (filed under seal)** is a true and correct copy of excerpts of the Marcelo Lamego deposition transcript, dated July 13, 2022.

20. Attached hereto as **Exhibit 17 (filed under seal)** is a true and correct copy of a document bearing the bates numbers APL-MAS_01842212-APL-MAS_01842221.

21. Attached hereto as **Exhibit 18 (filed under seal)** is a true and correct copy of excerpts of the Adrian Perica deposition transcript, dated August 12, 2022.

22. Attached hereto as **Exhibit 19 (filed under seal)** is a true and correct copy of excerpts of the Jackie Harlow deposition transcript, dated August 5, 2022.

23. Attached hereto as **Exhibit 20** is a true and correct copy of Order No. 13 of Special Master Regarding Three Discovery Disputes, dated July 20, 2022.

24. Attached hereto as **Exhibit 21 (filed under seal)** is a true and correct copy of an annotated version of Appendix A to Plaintiffs' August 26, 2022 Opposition to Apple's August 19, 2022 Motion for a Protective Order Regarding Tim Cook.

25. Attached hereto as **Exhibit 22 (filed under seal)** is a true and correct copy of a document bearing the bates numbers APL-MAS_02506793-APL-MAS_02506794.

26. Attached hereto as **Exhibit 23 (filed under seal)** is a true and correct copy of the Third Amended Initial Disclosures Of Plaintiffs Masimo Corporation And Cercacor Laboratories, Inc., dated August 3, 2022.

27. Attached hereto as **Exhibit 24** is a true and correct copy of the Transcript of the Hearing Re: Plaintiffs' Motion to Compel [Dkt. No. 377] and

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 16   3   Case No. 8:20-cv-00048-JVS (JDEX)

Order Denying the Motion before the Honorable John D. Early, dated June 10, 2021.

28. Attached hereto as **Exhibit 25** is a true and correct copy of the Transcript of the In-Person Hearing Re: Plaintiff's Motion for Reconsideration Before the Honorable John D. Early, dated September 23, 2021.

29. Attached hereto as **Exhibit 26 (filed under seal)** is a true and correct copy of a document bearing the bates numbers APL-MAS_00403851-APL-MAS_00403852.

30. Attached hereto as **Exhibit 27 (filed under seal)** is a true and correct copy of a document bearing the bates numbers APL-MAS_000433808-APL-MAS_000433810.

31. Attached hereto as **Exhibit 28 (filed under seal)** is a true and correct copy of a document bearing the bates numbers APL-MAS_00433706-APL-MAS_00433710.

32. Attached hereto as **Exhibit 29 (filed under seal)** is a true and correct copy of excerpts of the Adrian Perica deposition transcript, dated August 12, 2022.

33. Attached hereto as **Exhibit 30 (filed under seal)** is a true and correct copy of excerpts of the Robert Mansfield deposition transcript, dated August 11, 2022.

34. Attached hereto as **Exhibit 31 (filed under seal)** is a true and correct copy of a document bearing the bates numbers APL-MAS_00433729-APL-MAS_00433730.

35. Attached hereto as **Exhibit 32 (filed under seal)** is a true and correct copy of a document bearing the bates number APL-MAS_02363359.

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 16    4    Case No. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler Pickering Hale and Dorr LLP

36. Attached hereto as **Exhibit 33 (filed under seal)** is a true and correct copy of a document bearing the bates number APL-MAS_00332007-APL-MAS_00332010.

37. Attached hereto as **Exhibit 34 (filed under seal)** is a true and correct copy of a document bearing the bates numbers APL-MAS_01842212-APL-MAS_01842221.

38. Attached hereto as **Exhibit 35 (filed under seal)** is a true and correct copy of a document bearing the bates numbers APL-MAS_02735175-APL-MAS_02735177.

39. Attached hereto as **Exhibit 36** is a true and correct copy of a document bearing the bates number APL-MAS_02698715.

40. Attached hereto as **Exhibit 37** is a true and correct copy of a document bearing the bates number APL-MAS_02725455.

41. Attached hereto as **Exhibit 38 (filed under seal)** is a true and correct copy of a document bearing the bates numbers APL-MAS_00310646-APL-MAS_003106487.

42. Attached hereto as **Exhibit 39** is a true and correct copy of a press release titled Apple Names Arthur D. Levinson Chairman of the Board, dated November 15, 2011.

43. Attached hereto as **Exhibit 40 (filed under seal)** is a true and correct copy of a document bearing the bates number APL-MAS_01871320.

44. Attached hereto as **Exhibit 41 (filed under seal)** is a true and correct copy of a document bearing the bates numbers MASA01261401-MASA01261402.

45. Attached hereto as **Exhibit 42 (filed under seal)** is a true and correct copy of excerpts of the Denby Sellers deposition transcript, dated June 24, 2022.

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 16      5      Case No. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler Pickering Hale and Dorr LLP

46. Attached hereto as **Exhibit 43 (filed under seal)** is a true and correct copy of a document bearing the bates number APL-MAS_00310640.

47. Attached hereto as **Exhibit 44 (filed under seal)** is a true and correct copy of a document bearing the bates numbers APL-MAS_02365406-APL-MAS_02365407.

48. Attached hereto as **Exhibit 45 (filed under seal)** is a true and correct copy of a document bearing the bates number APL-MAS_00432926.

49. Attached hereto as **Exhibit 46 (filed under seal)** is a true and correct copy of excerpts of the Jeff Williams deposition transcript, dated August 9, 2022.

50. Attached hereto as **Exhibit 47 (filed under seal)** is a true and correct copy excerpts of the Marcelo Lamego deposition transcript, dated July 13, 2022.

51. Attached hereto as **Exhibit 48** is a true and correct copy of a print out of the website https://www.beckershospitalreview.com/disruptors/behind-apple-s-healthcare-strategy-4-quotes-from-ceo-tim-cook.html, dated August 25, 2022.

52. Attached hereto as **Exhibit 49** is a true and correct copy of a printout of the website https://www.sportspromedia.com/news/tim-cook-apple-watch-sports-fitness-plus/, dated August 25, 2022.

53. Attached hereto as **Exhibit 50** is a true and correct copy of a printout of the website https://frontofficesports.com/apples-next-move/, dated August 26, 2022.

54. Attached hereto as **Exhibit 51 (filed under seal)** is a true and correct copy of a document bearing the bates numbers APL-MAS_02364331-APL-MAS_02364336.

55. Attached hereto as **Exhibit 52 (filed under seal)** is a true and correct copy of a document bearing the bates numbers APL-MAS_02364521-APL-MAS_02364523.

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 16   6   Case No. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler Pickering Hale and Dorr LLP

56. Attached hereto as **Exhibit 53 (filed under seal)** is a true and correct copy of excerpts of the Afshad Mistri deposition transcript, dated July 1, 2022.

57. Attached hereto as **Exhibit 54 (filed under seal)** is a true and correct copy of excerpts of the Eugene Kim deposition transcript, dated July 29, 2022.

58. Attached hereto as **Exhibit 55 (filed under seal)** is a true and correct copy of excerpts of the Stephen Waydo deposition transcript, dated August 11, 2022.

59. Attached hereto as **Exhibit 56 (filed under seal)** is a true and correct copy of excerpts of the Chinsan Han rough deposition transcript, dated August 18, 2022.

60. Attached hereto as **Exhibit 57 (filed under seal)** is a true and correct copy of excerpts of the David Tom deposition transcript, dated August 11, 2022.

61. Attached hereto as **Exhibit 58** is a true and correct copy of a document bearing the bates numbers MASA02957628-MASA02957630.

62. Attached hereto as **Exhibit 59 (filed under seal)** is a true and correct copy of Transcript of Special Master Hearing dated March 11, 2022.

63. Attached hereto as **Exhibit 60 (filed under seal)** is a true and correct copy of excerpts of the Jackie Harlow deposition transcript, dated August 5, 2022.

64. Attached hereto as **Exhibit 61 (filed under seal)** is a true and correct copy of the Joe Kiani deposition transcript, dated August 5, 2022.

65. Attached hereto as **Exhibit 62 (filed under seal)** is a true and correct copy of excerpts of the Michael O'Reilly deposition transcript, dated September 22, 2022.

66. Attached hereto as **Exhibit 63 (filed under seal)** is a true and correct copy of Apple's Renewed Motion for a Protective Order Regarding Tim Cook, dated August 19, 2022.

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 16     7     Case No. 8:20-cv-00048-JVS (JDEX)

67. Attached hereto as **Exhibit 64 (filed under seal)** is a true and correct copy of Plaintiffs' Opposition to Apple's Renewed Motion for a Protective Order Regarding Tim Cook, dated August 26, 2022.

68. Attached hereto as **Exhibit 65 (filed under seal)** is a true and correct copy of Appendix A to Plaintiffs' Opposition to Apple's Renewed Motion for a Protective Order Regarding Tim Cook, dated August 26, 2022.

69. Attached hereto as **Exhibit 66 (filed under seal)** is a true and correct copy of Apple's Reply in Support of Renewed Motion for a Protective Order Regarding Tim Cook, dated September 2, 2022.

70. Attached hereto as **Exhibit 67 (filed under seal)** is a true and correct copy of Transcript of Special Master Hearing, dated October 3, 2022.

71. Attached hereto as **Exhibit 68 (filed under seal)** is a true and correct copy of Order No. 16 of Special Master Regarding Three Discovery Motions, dated October 14, 2022.

Wilmer Cutler Pickering Hale and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 16         8         Case No. 8:20-cv-00048-JVS (JDEX)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of October 2022 in Denver, Colorado.

By: _____
Nora Q.E. Passamaneck

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 16                            9                  Case No. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler Pickering Hale and Dorr LLP