1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER SUSTAINING APPLE'S OBJECTIONS TO SPECIAL MASTER ORDER NO. 16** |

1  This matter is before the Court pursuant to Apple's Objections to Special Master Order No. 16, which denied Apple's motion for a protective order regarding Tim Cook.

Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's objections to Special Master Order No. 16 are SUSTAINED and the portion of Special Master Order No. 16 denying Apple's motion for a protective order regarding Tim Cook is REVERSED. This Court hereby issues a protective order precluding the deposition of Tim Cook.

**IT IS SO ORDERED.**

Dated: _____     _____
The Hon. James V. Selna
United States District Court Judge