Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Baraa Kahf (Bar No. 261144)
Baraa.Kahf@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**REPLY DECLARATION OF JOSEPH R. RE IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY OCTOBER 11 OPINION**<br><br>Date:     November 14, 2022<br>Time:     1:30 p.m.<br>Location: Courtroom 10C |

| | |
|---|---|
| 1 | Mark D. Kachner (Bar No. 234,192) |
| | mark.kachner@knobbe.com |
| 2 | **KNOBBE, MARTENS, OLSON & BEAR, LLP** |
| | 1925 Century Park East, Suite 600 |
| 3 | Los Angeles, CA 90067 |
| | Telephone: (310) 551-3450 |
| 4 | Facsimile: (310) 551-3458 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

I, Joseph R. Re, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in Support of Masimo's Motion to Modify October 11 Opinion.

2. I am lead counsel for Masimo in this case and in *Masimo Corp. v. True Wearables, Inc.*, No. 8:18-cv-02001-JVS-JDE (C.D. Cal.) ("*True Wearables*").

3. Before trial in *True Wearables*, Masimo and its counsel knew Matthew Paul left Apple and began working for Rockley. Neither Masimo nor counsel for Masimo knew that Sean Merritt, Cristiano Dalvi, Ferdyan Lesmana, Maria Javier, or Phillip Perea worked for Rockley before the *True Wearables* trial began on March 15, 2022.

4. At trial, Masimo asked Merritt whether Dalvi, Lesmana, Javier, and Perea worked at Rockley. Masimo did so based on Merritt and Dalvi testifying at trial that they worked for Rockley and deposition testimony that in no way suggested any of these individuals worked for Rockley. That deposition testimony was designated pursuant to the protective order in *True Wearables* for use in that case only.

5. Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt from the public trial transcript in *True Wearables*, in which Mr. Kiani explained that he knew that Paul worked at Rockley before trial in *True Wearables* and that he did not know the others discussed above worked at Rockley.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on October 31, 2022, at New York, New York.

                                  */s/ Joseph R. Re*
                                  Joseph R. Re