# EXHIBIT 2

1

```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                         SOUTHERN DIVISION

                               - - -

          THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING


          MASIMO CORPORATION, et al.,     )CERTIFIED TRANSCRIPT
                         Plaintiffs,      )
               vs.                        )
                                          )  SACV-18-02001-JVS
          TRUE WEARABLES, INC., et al.,   )
                         Defendants.      )  TRIAL DAY 5
          -------------------------------  )
                                             (UNDER SEAL)


              REPORTER'S TRANSCRIPT OF PROCEEDINGS

                     Santa Ana, California

                        March 22, 2022



                     SHARON A. SEFFENS, RPR
                     United States Courthouse
                     411 West 4th Street, Suite 1-1053
                     Santa Ana, CA  92701
                     (714) 543-0870
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

Exhibit 2
-2-

```
02:30   1    A    We don't.  We actually print on exhibits I have shown
02:30   2    before on a translucent material, and you can clearly see
02:30   3    it.
02:30   4    Q    And I think you are referring to Exhibit 2541?
02:30   5    A    Yes, the Radius PPG.
02:30   6    Q    And there is printing on the transparent cover, right?
02:30   7    A    Yes.  Your Honor, if you look at that, you see the
02:30   8    transparent cover has printing on it that says Masimo sensor
02:30   9    site.  You don't need it to be white and opaque to be able
02:30   10   to print on it.
02:30   11   Q    That sounds like a cosmetic reason versus a technical
02:30   12   reason.
02:30   13   A    Yeah.  You only need opaque if you're trying to not let
02:31   14   light from the LED get into the photodetector most of the
02:31   15   time.
02:31   16   Q    Most of the time.  Nothing is perfect.
02:31   17        One more thing I want to ask you about, or almost,
02:31   18   to put an end to this.  You saw some witnesses testify that
02:31   19   might have surprised you.  You saw Sean Merritt testify for
02:31   20   Dr. Lamego?
02:31   21   A    Yes.
02:31   22   Q    You saw Cristiano Dalvi, Mat Paul.  Did you see that?
02:31   23   A    I did.
02:31   24   Q    Did anything surprise you about these witnesses
02:31   25   testifying all for Dr. Lamego?
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

Exhibit 2
-3-

```
02:31   1    A    Yes.  Before this trial I only knew Mat Paul was at
02:31   2    Rockley right after leaving Apple.  I did not know Cristiano
02:31   3    or Sean or most of my Rainbow team from Cercacor now is at
02:31   4    Rockley Photonics, which, their main funder is Apple.
02:31   5    Q    And you just learned during this trial that all three
02:31   6    of them work at Rockley Photonics?
02:32   7    A    I knew about Matt Paul before trial that he was at
02:32   8    Rockley, but I learned that Sean and Cristiano and almost
02:32   9    ten of our people are at Rockley.  Literally everyone on our
02:32  10    Rainbow team at Cercacor except for Jesse, Hong, and Marcelo
02:32  11    are now at Rockley Photonics.
02:32  12    Q    Did it surprise you that some of them like Sean Merritt
02:32  13    and Cristiano Dalvi were trying to conceal who their
02:32  14    employers were?
02:32  15    A    Yes, because I know you had asked them before and they
02:32  16    would never tell you who they work for.
02:32  17    Q    What other significant surprise did you learn in this
02:32  18    trial about Dr. Lamego and Cercacor?
02:32  19    A    Well, unfortunately the surprises were many.
02:32  20    Q    But something specific that would better track
02:32  21    documents?
02:33  22    A    Actually I learned that from Mr. Rosario.  I had told
02:33  23    Dr. Lamego in 2011 to put a special software because it was
02:33  24    available then to be able to track anyone who has copied
02:33  25    files either to themselves or to a USB stick.  And they had
```

```
03:05   1              THE COURT:  Okay, thank you.
03:05   2          (Proceedings concluded at 3:05 p.m.)
03:05   3                      *    *    *
03:05   4
03:05   5
03:05   6
03:05   7
03:05   8
03:05   9
03:05  10
03:05  11
03:05  12
03:05  13
03:05  14
03:05  15
03:05  16
03:05  17
03:05  18
03:05  19
03:05  20
03:05  21
03:05  22
03:05  23
03:05  24
03:05  25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

Exhibit 2
-5-