IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO REVIEW SPECIAL MASTER ORDER NO. 16** |

1  Having considered Plaintiffs' Application for Leave to File Under Seal
2  Documents Regarding Plaintiffs' Opposition to Apple's Motion to Review
3  Special Master Order No. 16, and finding good cause therefor, the Application
4  is GRANTED.

5  **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
6  Cercacor Laboratories, Inc. may file under seal the redacted portion of
7  Masimo's Opposition and Exhibits A and B to the Declaration of Adam B.
8  Powell.

10 DATED: _____   _____
11                                 The Honorable James V. Selna
                                   United States District Court Judge