Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Jeremy A. Anapol (Bar No. 285828)
jeremy.anapol@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO REVIEW SPECIAL MASTER ORDER NO. 16** |

1  Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Adam B. Powell, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in Support of Masimo's Opposition to Apple's Motion to Review Special Master Order No. 16 (the "Motion").

2. Attached hereto as **Exhibit A [Filed Under Seal]** is a true and correct copy of Apple's June 30, 2022, Motion for a Protective Order barring the deposition of Tim Cook.

3. Attached hereto as **Exhibit B [Filed Under Seal]** is a true and correct copy of the document that Apple produced in discovery as APL-MAS_01853759.

4. Attached hereto as **Exhibit C** is a true and correct copy of Apple's publicly filed Motion to Compel Depositions of 14 of Samsung's Purported "Apex" Witnesses in *Apple Inc. v. Samsung Electronics Co., Ltd.*, No. 5:11-cv-01846-LHK (N.D. Cal. Feb. 16, 2012), Dkt. 736-2.

5. Attached hereto as **Exhibit D** is a true and correct copy of an email from Kenneth Parker (counsel for Apple) to Andrew Guilford on November 9, 2021.

6. As of the signing of this declaration, Masimo has produced over 5 million pages of documents in discovery.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 31, 2022, at Encinitas, California.

                                     */s/ Adam B. Powell*
                                     Adam B. Powell