# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO STRIKE PLAINTIFFS' RULE 26(A)(2)(C) DISCLOSURES** |

1  Having considered Plaintiffs' Application for Leave to File Under Seal
2  Documents Regarding Plaintiffs' Opposition to Apple's Motion to Strike
3  Plaintiffs' Rule 26(A)(2)(C) Disclosures, and finding good cause therefor, the
4  Application is GRANTED.

5  **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
6  Cercacor Laboratories, Inc. may file under seal the redacted portion of
7  Masimo's Opposition, the redaction portion of the supporting Declaration of
8  Mark D. Kachner, and Exhibits A-B and D-S.

10  DATED: _____           _____
11                                     The Honorable James V. Selna
                                       United States District Court Judge

13  56549745