Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF MARK D. KACHNER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE INC.'S MOTION TO STRIKE PLAINTIFFS' RULE 26(A)(2)(C) DISCLOSURES** |

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

1  Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Mark D. Kachner, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and Counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this Declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in support of Masimo's Opposition to Apple's Motion to Strike Plaintiffs' Rule 26(A)(2)(C) Disclosures.

2. Richard Priddell, Masimo's Senior Vice President of Hardware Engineering, has not authored a publication in the previous 10 years. Masimo has never offered expert testimony from Priddell in litigation. Priddell has never testified as an expert at trial or deposition. Priddell is not being compensated for work in this litigation beyond his regular salary and benefits.

3. Bilal Muhsin, Masimo's Chief Operating Officer, has not authored a publication in the previous 10 years. Since at least 2018, Masimo has not offered expert testimony from Muhsin in litigation. Since at least 2018, Muhsin has not testified as an expert at trial or deposition. Muhsin is not being compensated for work in this litigation beyond his regular salary and benefits.

4. Since 2018, Mohamed Diab, Masimo Fellow Scientist offered opinion testimony for Masimo once at trial and deposition. That was in the matter *Masimo v. True Wearables*, Case No. 8:18-cv-02001-JVS-JDE.

5. Since 2018, Joe Kiani, Masimo's Chief Executive Officer offered opinion testimony for Masimo once at trial and deposition. That was in the matter *Masimo v. True Wearables*, Case No. 8:18-cv-02001-JVS-JDE.

6. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the deposition of Masimo's Chief Financial Officer, Micah Young, dated February 23, 2022, taken in ITC Investigation 337-TA-1276.

7. Attached hereto as **Exhibit B** is a true and correct copy of the transcript of the deposition of Masimo's Chief of Engineering, Innovation and Design, Ammar Al-Ali, dated February 16, 2022, taken in ITC Investigation 337-TA-1276.

8. Attached hereto as **Exhibit C** is a true and correct copy of an email exchange between counsel for Masimo and counsel for Apple between May 27, 2022 and June 13, 2022.

9. Attached hereto as **Exhibit D** is a true and correct printout of an Excel spreadsheet bearing bates number MASA10971059, which was cross-produced in the ITC Investigation 337-TA-1276 at MASITC_00974486. This document was Exhibit 19 in Micah Young's deposition attached as Exhibit A, and Exhibit 15 in Ammar Al-Ali's deposition attached as Exhibit B.

10. Attached hereto as **Exhibit E** is a true and correct printout of an Excel spreadsheet bearing bates number MASA10971155, which was cross-produced in the ITC Investigation 337-TA-1276 at MASITC_00974582.

11. Attached hereto as **Exhibit F** is a true and correct copy a printout of an Excel spreadsheet bearing bates number MASA03583619, that Priddell discusses in his Rule 26(a)(2)(C) disclosure.

12. Attached hereto as **Exhibit G** is a true and correct copy of an email exchange between counsel for Masimo and counsel for Apple between May 13, 2022 and May 27, 2022.

13. Attached hereto as **Exhibit H** is a true and correct copy of Masimo's Second Amended Initial Disclosures dated May 23, 2022.

14. In July 2022, Masimo had planned to rely on Masimo engineer, Stephen Scruggs to offer opinions that are now offered by Richard Priddell. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15. In ITC Investigation 337-TA-1276 between Masimo and Apple, the ITC admitted the following documents into evidence:

- CX-0635C which Masimo cross-produced in this case as MASA11073487;
- CX-0623C which Masimo cross-produced in this case as MASA11073475;
- CX-0624C which Masimo cross-produced in this case as MASA11073476;
- CX-0646C which Masimo cross-produced in this case as MASA11073498; and
- CX-0632C which Masimo cross-produced in this case as MASA11073484.

16. As Muhsin explained in his Rule 26(a)(2)(C) disclosure at paragraphs 18-22 and 26, he updated the information in MASA11073487 at MASA03583622; he updated the information in MASA11073475 at MASA03583618; he updated the information in MASA11073476 at MASA03583610; he updated the information in MASA11073498 in MASA03583623; and he updated the information in MASA11073484 in MASA03583621. He further explained at paragraphs 23-25 of his disclosure that his analysis includes additional updated information at MASA03583612, MASA03583613, MASA03583614, MASA03583615, MASA03583616, MASA03583611, MASA03583617, MASA03583624.

17. Attached hereto as **Exhibit I** is a true and correct copy of a letter from Kendall Loebbaka, counsel for Masimo, to Nora Passamaneck, counsel for Apple dated October 4, 2022.

18. Attached hereto as **Exhibit J** is a true and correct copy of an email exchange between counsel for Masimo and counsel for Apple on October 17, 2022.

19. Attached hereto as **Exhibit K** is a true and correct copy of the deposition transcript of Bilal Muhsin taken on August 19, 2022.

20. Attached hereto as **Exhibit L** is a true and correct copy of an email exchange between counsel for Masimo and counsel for Apple dated between September 1, 2022 and September 21, 2022.

21. Attached hereto as **Exhibit M** is a true and correct copy of a letter I sent to Nora Passamaneck counsel for Apple on September 26, 2022.

22. Attached hereto as **Exhibit N** is a true and correct copy of Masimo's Seventh Supplemental Response to Apple's Interrogatory No. 6.

23. Attached hereto as **Exhibit O** is a true and correct copy of Masimo's Seventh Supplemental Response to Apple's Interrogatory No. 10.

24. Attached hereto as **Exhibit P** is a true and correct copy of the deposition transcript of Greg Olsen taken on June 21, 2022.

25. Attached hereto as **Exhibit Q** is a true and correct copy of Masimo's Seventh Supplemental Response to Apple's Interrogatory No. 26.

26. Attached hereto as **Exhibit R** is a true and correct copy of a May 7, 2011 email from Marcelo Lamego to Howard Chan produced from Cercacor's records in discovery in this case at MASA00074967.

27. Attached hereto as **Exhibit S** is a true and correct copy of a Cercacor document produced from Cercacor's records in discovery in this case at MASA01265265-MASA01265532.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 1, 2022, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　/s/ Mark D. Kachner
　　　　　　　　　　　　　　　　　　Mark D. Kachner

56492296