JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearances continue on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS REPLY IN FURTHER SUPPORT OF ITS MOTION TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES**<br><br>Date: Nov. 21, 2022<br>Time: 1:30 p.m.<br>Expert Discovery Cut-Off: Dec. 12, 2022<br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 27, 2023 |

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS RE. ITS REPLY IN FURTHER SUPPORT OF ITS MOT. TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

1  BRIAN A. ROSENTHAL, *pro hac vice*
    brosenthal@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
3  New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
4
   ILISSA SAMPLIN, SBN 314018
5    isamplin@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  333 South Grand Avenue
   Los Angeles, CA 90071-3197
7  Tel.: 213.229.7000 / Fax: 213.229.7520

8  ANGELIQUE KAOUNIS, SBN 209833
    akaounis@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East Suite 4000
10 Los Angeles, CA 90067
   Tel.: 310.552.8546 / Fax: 310.552.7026
11
   MARK D. SELWYN, SBN 244180
12   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
13    HALE AND DORR LLP
   2600 El Camino Real, Suite 400
14 Palo Alto, CA 94306
   Tel.: 650.858.6000 / Fax: 650.858.6100
15
   NORA Q.E. PASSAMANECK, *pro hac vice*
16   nora.passamaneck@wilmerhale.com
   WILMER CUTLER PICKERING
17    HALE AND DORR LLP
   1225 Seventeenth St., Suite 2600
18 Denver, CO 80202
   Tel: 720.274.3152 / Fax: 720.273.3133
19
   KENNETH G. PARKER, SBN 182911
20   ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
21 600 Anton Blvd., Suite 700
   Costa Mesa, CA 92626
22 Tel: 949.202.3014 / Fax: 949.202.3152

23
24
25
26
27
28

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS RE. ITS REPLY IN FURTHER SUPPORT OF ITS MOT. TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

Pursuant to Local Rule 79-5.2.2, Defendant Apple Inc. ("Apple") requests that the Court grant leave to file under seal Apple's Reply in Further Support of Its Motion to Strike Plaintiffs' Purported Rule 26(a)(2)(C) Disclosures ("Reply") and Exhibits 17-19 and 21.

As detailed in the accompanying Declaration of Mark D. Selwyn, (1) Exhibits 17, 18, and 21 include Apple's confidential information; (2) Plaintiffs have indicated that Exhibit 19 contains their confidential information; and (3) the redacted portions of Apple's Reply quotes, references, or summarizes the confidential portions of these exhibits or documents that the Court has already sealed, *see* Dkts. 958, 982.

Accordingly, Apple respectfully requests an order granting leave to file its Reply and Exhibits 17-19 and 21 under seal.

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS RE. ITS REPLY IN FURTHER SUPPORT OF ITS MOT. TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES
1    CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

| | | |
|---|---|---|
| 1 | Dated: November 7, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | H. MARK LYON<br>BRIAN M. BUROKER |
| 4 | | BRIAN A. ROSENTHAL<br>ILISSA SAMPLIN |
| 5 | | ANGELIQUE KAOUNIS |
| 6 | | GIBSON, DUNN & CRUTCHER LLP |
| 7 | | KENNETH G. PARKER |
| 8 | | HAYNES AND BOONE, LLP |
| 9 | | MARK D. SELWYN |
| 10 | | JOSHUA H. LERNER<br>NORA Q.E. PASSAMANECK |
| 11 | | WILMER CUTLER PICKERING HALE AND |
| 12 | | DORR LLP |
| 13 | | |
| 14 | | By: /s/ Mark D. Selwyn<br>     Mark D. Selwyn |
| 15 | | |
| 16 | | *Attorneys for Defendant Apple Inc.* |

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS RE. ITS REPLY IN FURTHER SUPPORT OF ITS MOT. TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES
2                    CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP