JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearances continue on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S REPLY IN FURTHER SUPPORT OF ITS MOTION TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES**<br><br>Date: Nov. 21, 2022<br>Time: 1:30 p.m.<br>Expert Discovery Cut-Off: Dec. 12, 2022<br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 27, 2023 |

PASSAMANECK DECL. ISO APPLE'S REPLY IN FURTHER SUPPORT OF ITS MOT. TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES        CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

| | |
|---|---|
| 1 | BRIAN A. ROSENTHAL, *pro hac vice* |
| 2 | brosenthal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 3 | 200 Park Avenue<br>New York, NY 10166-0193 |
| 4 | Tel.: 212.351.2339 / Fax: 212.817.9539 |
| 5 | ILISSA SAMPLIN, SBN 314018<br>isamplin@gibsondunn.com |
| 6 | GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue |
| 7 | Los Angeles, CA 90071-3197<br>Tel.: 213.229.7000 / Fax: 213.229.7520 |
| 8 | ANGELIQUE KAOUNIS, SBN 209833 |
| 9 | akaounis@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 10 | 2029 Century Park East Suite 4000<br>Los Angeles, CA 90067 |
| 11 | Tel.: 310.552.8546 / Fax: 310.552.7026 |
| 12 | MARK D. SELWYN, SBN 244180<br>mark.selwyn@wilmerhale.com |
| 13 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 14 | 2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 |
| 15 | Tel.: 650.858.6000 / Fax: 650.858.6100 |
| 16 | NORA Q.E. PASSAMANECK, *pro hac vice*<br>nora.passamaneck@wilmerhale.com |
| 17 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 18 | 1225 Seventeenth St., Suite 2600<br>Denver, CO 80202 |
| 19 | Tel: 720.274.3152 / Fax: 720.273.3133 |
| 20 | SARAH R. FRAZIER, *pro hac vice*<br>sarah.frazier@wilmerhale.com |
| 21 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 22 | 60 State Street<br>Boston, MA 02109 |
| 23 | Tel.: 617.526.6000 / Fax: 617.526.5000 |
| 24 | KENNETH G. PARKER, SBN 182911<br>ken.parker@haynesboone.com |
| 25 | HAYNES AND BOONE, LLP<br>600 Anton Blvd., Suite 700 |
| 26 | Costa Mesa, CA 92626<br>Tel: 949.202.3014 / Fax: 949.202.3152 |
| 27 | |
| 28 | |

Passamaneck Decl. ISO Apple's Reply In Further Support of Its Mot. to Strike Plaintiffs'
Purported Rule 26(a)(2)(C) Disclosures                Case No. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Reply in Further Support of its Motion to Strike Plaintiffs' Purported Rule 26(a)(2)(C) Disclosures.

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit 17 (filed under seal)** is a copy of email correspondence that I sent to counsel for Plaintiffs on October 31, 2022.

5. Attached hereto as **Exhibit 18 (filed under seal)** is a copy of an October 11, 2022 letter that I sent to Plaintiffs' counsel Kendall Loebbaka.

6. Attached hereto as **Exhibit 19 (filed under seal)** is an excerpted copy of Exhibit B to the Expert Disclosure of Richard Priddell Pursuant to Fed. R. Civ. P. 26(a)(2)(C) dated September 23, 2022, showing Exhibit B's columns A, K, S, and W.

7. Attached hereto as **Exhibit 20** is a copy of the public version of Complainants' Corrected Initial Post-Hearing Brief dated July 6, 2022 from *In the matter of Certain Light-Based Physiological Measurement Devices and Components Thereof* before the United States International Trade Commission.

8. Attached hereto as **Exhibit 21 (filed under seal)** is a copy of Plaintiffs' August 5, 2022 letter to Judge Guilford regarding their motion to compel with respect to Interrogatory No. 32 and Request for Production Nos. 717-723.

PASSAMANECK DECL. ISO APPLE'S REPLY IN FURTHER SUPPORT OF ITS MOT. TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES
1
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of November 2022.

By: _____

Nora Passamaneck

PASSAMANECK DECL. ISO APPLE'S REPLY IN FURTHER SUPPORT OF ITS MOT. TO STRIKE PLAINTIFFS' PURPORTED RULE 26(A)(2)(C) DISCLOSURES
2
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP