JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS REPLY IN SUPPORT OF OBJECTIONS TO SPECIAL MASTER ORDER NO. 16**<br><br>Date: November 21, 2022<br>Time: 1:30 p.m.<br><br>Pre-Trial Conference: 3/13/2023<br>Trial: 3/27/2023 |

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS REPLY IN SUPPORT OF
OBJECTIONS TO SPECIAL MASTER ORDER NO. 16        CASE NO. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler
Pickering Hale
and Dorr LLP

BRIAN A. ROSENTHAL, *pro hac vice*
 brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
 isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
 akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

MARK D. SELWYN, SBN 244180
 mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

NORA Q.E. PASSAMANECK, *pro hac vice*
 nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

KENNETH G. PARKER, SBN 182911
 ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Tel.: 949.202.3014 / Fax: 949.202.3152

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS REPLY IN SUPPORT OF OBJECTIONS TO SPECIAL MASTER ORDER NO. 16    CASE NO. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler Pickering Hale and Dorr LLP

1  Pursuant to Local Rule 79-5.2.2, Apple requests that the Court grant leave to file under seal Apple's Reply In Support of Objections to Special Master Order No. 16 ("Reply") and Exhibits 69-70. As detailed in the accompanying Declaration of Mark D. Selwyn, Exhibit 69 contains Apple's confidential information; Plaintiffs have indicated that Exhibit 70 contains their confidential information; and the redacted portions of Apple's Reply quote, reference, or summarize those documents or other documents previously filed under seal in connection with Apple's Objections to Special Master Order No. 16. *See* Dkt. 968.

Accordingly, Apple respectfully requests an order granting leave to file its Reply and Exhibits 69-70 under seal.

Dated: November 7, 2022       Respectfully submitted,

H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
BRIAN ANDREA
GIBSON, DUNN & CRUTCHER LLP

MARK D. SELWYN
JOSHUA H. LERNER
NORA Q.E. PASSAMANECK
WILMER CUTLER PICKERING HALE
 AND DORR LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP


By: */s/ Mark D. Selwyn*
       Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS REPLY IN SUPPORT OF
OBJECTIONS TO SPECIAL MASTER ORDER NO. 16        CASE NO. 8:20-cv-00048-JVS (JDEx)
1

Wilmer Cutler
Pickering Hale
and Dorr LLP