**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

           Plaintiffs,

     v.

APPLE INC.,
a California corporation,

           Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL**

Wilmer Cutler
Pickering Hale
and Dorr LLP

This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its Reply in Support of Objections to Special Master Order No. 16 ("Application") under Local Rule 79-5.2.2.  Having considered the Application, supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is GRANTED.  Apple shall file under seal its Reply In Support of Objections to Special Master Order No. 16 and Exhibits 69-70.

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. James V. Selna
United States District Court Judge

---

Wilmer Cutler
Pickering Hale
and Dorr LLP