JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111

Tel.: 628.235.1124 / Fax: 628.235.1001
H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
BRIAN K. ANDREA, *pro hac vice*
  bandrea@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]
*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF OBJECTIONS TO SPECIAL MASTER ORDER NO. 16** <br><br> Date: November 21, 2022 <br> Time: 1:30 p.m. <br> Non-Expert Discovery Cut-Off: Aug. 12, 2022 <br><br> Pre-Trial Conference: Mar. 13, 2023 <br><br> Trial: Mar. 27, 2023 |

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF OBJECTIONS TO
SPECIAL MASTER ORDER NO. 16          CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel: 720.274.3152 / Fax: 720.273.3133

KENNETH G. PARKER, SBN 182911
  ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Tel: 949.202.3014 / Fax: 949.202.3152

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Wilmer Cutler
Pickering Hale
and Dorr LLP

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF OBJECTIONS TO SPECIAL MASTER ORDER NO. 16        Case No. 8:20-cv-00048-JVS (JDEX)

1    I, Nora Passamaneck, declare and state as follows:

2    1.    I am a partner with the law firm of Wilmer Cutler Pickering Hale and

3  Dorr LLP and counsel of record for Defendant Apple Inc. ("Apple") in the above-

4  captioned action.

5    2.    I have personal knowledge of the facts stated herein and, if called

6  upon to do so, could and would competently testify thereto.

7    3.    I make this Declaration in support of Apple's Reply In Support of

8  Objections to Special Master Order No. 16.

9    4.    Attached hereto as **Exhibit 69 (filed under seal)** is a true and correct

10  copy of excerpts of the David Tom deposition transcript, dated August 11, 2022.

11    5.    Attached hereto as **Exhibit 70 (filed under seal)** is a true and correct

12  copy of Plaintiffs' Revised 30(b)(6) designations, dated July 21, 2022.

13

14    I declare under penalty of perjury under the laws of the United States of

15  America that the foregoing is true and correct.

16    Executed this 7th day of November 2022 in Denver, Colorado.

17

18    By: _____

19          Nora Q.E. Passamaneck

20

21

22

23

24

25

26

27

28

---

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF OBJECTIONS TO SPECIAL MASTER ORDER NO. 16    1    Case No. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler Pickering Hale and Dorr LLP