# EXHIBIT 69
Redacted in its Entirety