# EXHIBIT 70
Redacted in its Entirety