Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**DECLARATION OF VALERY G. TELFORT IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO SPECIAL MASTER ORDER DATED OCTOBER 24, 2022** |

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE SUBMITTED IN CAMERA**

I, Valery G. Telfort, hereby declare as follows:

1. I am currently Senior Vice President, Engineering at Masimo Corporation ("Masimo"). I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.

2. ███████████████████████████████████████████

3. ███████████████████████████████████████████████████████████████████████.

4. ███████████████████████████████████████████████████████

5. ███████████████████████████████████████ Pages 14, 20, 26, and 35 list patents ██████████████████████ about which Masimo sought legal advice. ██████████████████████████████████████████████

-1-

1 ████████████████████████████████████████
2 ████████████████████████████████████████
3 ██████████████████████████
4
5       I declare under the penalty of perjury that the foregoing is true and
6 correct. Executed on November 7, 2022, at Irvine, California.

                                         _____
                                              Valery G. Telfort

34727229

-2-