Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Jeremy A. Anapol (Bar No. 285828)
jeremy.anapol@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF JAROM KESLER IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO SPECIAL MASTER ORDER DATED OCTOBER 24, 2022** |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE SUBMITTED IN CAMERA**

1  Adam B. Powell (Bar. No. 272725)
   adam.powell@knobbe.com
2  Daniel P. Hughes (Bar No. 299695)
   Daniel.hughes@knobbe.com
3  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   3579 Valley Centre Drive
4  San Diego, CA 92130
   Telephone: (858) 707-4000; Facsimile: (858) 707-4001
5

6
   Mark D. Kachner (Bar No. 234,192)
7  mark.kachner@knobbe.com
   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
8  1925 Century Park East, Suite 600
   Los Angeles, CA 90067
9  Telephone: (310) 551-3450
   Facsimile: (310) 551-3458

1  I, Jarom Kesler, hereby declare:

2  1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP. I frequently represent Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo"). I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.

2. ███████████████████████████████████████

3. ███████████████████████████████████████

4. ███████████████████████████████████████

5. ███████████████████████████████████████

A number of pages of the presentation sought legal advice regarding specific patents of

1  various companies. ███████████████████████████
2  ███████████████████████████████
3     6. ███████████████████████████████
4  ███████████████████████████████████
5  ███████████████████████████████████
6  ████████████████
7     7. ███████████████████████████████
8  ███████████████████████████████████
9  ███████████████████████████████████
10 ███████████████████████████████████
11 ████████████████████
12
13   I declare under penalty of perjury under the laws of the United States that the
14 foregoing is true and correct.
15   Executed on November 8, 2022, at Auckland, New Zealand.
16
17                                  /s/ Jarom Kesler
                                    Jarom Kesler
18
19
20
21
22
23
24
25
26
27
28