Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Jeremy A. Anapol (Bar No. 285828)
jeremy.anapol@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF JAROM KESLER IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO SPECIAL MASTER ORDER DATED OCTOBER 24, 2022** |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE SUBMITTED IN CAMERA**

1  Adam B. Powell (Bar. No. 272725)
   adam.powell@knobbe.com
2  Daniel P. Hughes (Bar No. 299695)
   Daniel.hughes@knobbe.com
3  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   3579 Valley Centre Drive
4  San Diego, CA 92130
   Telephone: (858) 707-4000; Facsimile: (858) 707-4001
5

6
   Mark D. Kachner (Bar No. 234,192)
7  mark.kachner@knobbe.com
   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
8  1925 Century Park East, Suite 600
   Los Angeles, CA 90067
9  Telephone: (310) 551-3450
   Facsimile: (310) 551-3458

I, Jarom Kesler, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP. I frequently represent Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo"). I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.

2. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

3. ████████████████████████████████████████████████████████████████████████████████████████████████████████

4. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

5. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

A number of pages of the presentation sought legal advice regarding specific patents of

-1-

1 various companies. █████████████████████████
2 ████████████████████████████
3     6.   █████████████████████████
4 ████████████████████████████████
5 ████████████████████████████████
6 ████████████████
7     7.   █████████████████████████
8 ████████████████████████████████
9 ████████████████████████████████
10 ████████████████████████████████
11 ████████████████████

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 8, 2022, at Auckland, New Zealand.

      */s/ Jarom Kesler*
      Jarom Kesler