# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER SUSTAINING PLAINTIFFS' OBJECTIONS TO SPECIAL MASTER ORDER DATED OCTOBER 24, 2022**<br><br>Date: December 5, 2022<br>Time: 1:30 p.m.<br>Location: Courtroom 10C |

     Having considered Plaintiffs' Plaintiffs' Objections To Special Master Order Dated October 24, 2022, all papers filed in support thereof, any papers in opposition thereto, and any oral argument of counsel, and finding good cause, the Court hereby SUSTAINS Plaintiffs' Objections as follows:

     Plaintiffs have established the disputed documents are privileged and need not be produced.

**IT IS SO ORDERED.**

DATED: _____          _____

                                                             The Honorable James V. Selna
United States District Judge

34521797