1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

          Plaintiffs,

    v.

APPLE INC.,
a California corporation,

          Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL**

Date: Nov. 21, 2022
Time: 1:30 p.m.
Expert Discovery Cut-Off: Dec. 12, 2022
Pre-Trial Conference: Mar. 13, 2023
Trial: Mar. 27, 2023

[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO SEAL

CASE NO. 8:20-cv-00048-JVS (JDEx)

This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its Reply in Further Support of Its Motion to Strike Plaintiffs' Purported Rule 26(a)(2)(C) Disclosures ("Application to File Under Seal").  Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application to File Under Seal is GRANTED.  Apple shall file under seal its Reply in Further Support of Its Motion to Strike Plaintiffs' Purported Rule 26(a)(2)(C) Disclosures and Exhibits 17-19 and 21.

**IT IS SO ORDERED.**

Dated: 11/8/22

The Hon. James V. Selna
United States District Court Judge

---

Wilmer Cutler
Pickering Hale
and Dorr LLP