1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL** |

1   This matter is before the Court pursuant to Apple's Application to File Under
2   Seal Documents Regarding Its Reply in Support of Objections to Special Master Order
3   No. 16 ("Application") under Local Rule 79-5.2.2.  Having considered the
4   Application, supporting documents, and all other matters properly before the Court,
5   being fully advised on the proceedings, and for good cause appearing:

7   IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is
8   GRANTED.  Apple shall file under seal its Reply In Support of Objections to Special
9   Master Order No. 16 and Exhibits 69-70.

11   **IT IS SO ORDERED.**

13   Dated: 11/8/22

_____
The Hon. James V. Selna
United States District Court Judge