IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OBJECTIONS TO SPECIAL MASTER ORDER DATED OCTOBER 24, 2022** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Objections to Special Master Order Dated October 24, 2022, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) The proposed redacted portions of the supporting memorandum;

(2) The proposed redacted portions of the Declaration of Jarom Kesler in Support of Plaintiffs' Objections to Special Master Order Dated October 24, 2022;

(3) The proposed redacted portions of the Declaration of Valery Telfort in Support of Plaintiffs' Objections to Special Master Order Dated October 24, 2022; and

(4) The proposed redacted portions of the Declaration of Benjamin A. Katzenellenbogen in Support of Plaintiffs' Objections to Special Master Order Dated October 24, 2022, and Exhibits A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A, 1, 3, 4, 5, and 6, attached thereto.

DATED: 11/8/22

_____
The Honorable James V. Selna
United States District Judge

-1-