1   JOSHUA H. LERNER, SBN 220755
      joshua.lerner@wilmerhale.com
2   WILMER CUTLER PICKERING
      HALE AND DORR LLP
3   One Front Street, Suite 3500
    San Francisco, CA 94111
4   Tel.: 628.235.1000 / Fax: 628.235.1001

5   H. MARK LYON, SBN 162061
      mlyon@gibsondunn.com
6   GIBSON, DUNN & CRUTCHER LLP
    1881 Page Mill Road
7   Palo Alto, CA 94304-1211
    Tel.: 650.849.5300 / Fax: 650.849.5333

8
9   BRIAN M. BUROKER, *pro hac vice*
      bburoker@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
10  1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036
11  Tel.: 202.955.8500 / Fax: 202.467.0539

12  [Counsel appearances continue on next page]

13  *Attorneys for Defendant Apple Inc.*

14              **UNITED STATES DISTRICT COURT**
           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
15                   **SOUTHERN DIVISION**

16  MASIMO CORPORATION,                   CASE NO. 8:20-cv-00048-JVS (JDEx)
    a Delaware corporation; and
17  CERCACOR LABORATORIES, INC.,          **APPLE'S APPLICATION TO FILE**
    a Delaware corporation,               **UNDER SEAL DOCUMENTS**
18                                         **REGARDING ITS MOTION TO**
                        Plaintiffs,        **STRIKE PLAINTIFFS' UNTIMELY**
19                                         **REASONABLE ROYALTY THEORY**
            v.
20                                         Date: Dec. 12, 2022
    APPLE INC.,                            Time: 1:30 p.m.
21  a California corporation,              Expert Discovery Cut-Off: Dec. 12, 2022
                                           Pre-Trial Conference: Mar. 13, 2023
22                      Defendant.         Trial: Mar. 27, 2023

23

24

25

26

27

28

Wilmer Cutler
Pickering Hale
and Dorr LLP

1   BRIAN A. ROSENTHAL, *pro hac vice*
      brosenthal@gibsondunn.com
2   GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
3   New York, NY 10166-0193
    Tel.: 212.351.2339 / Fax: 212.817.9539
4
    ILISSA SAMPLIN, SBN 314018
5     isamplin@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
6   333 South Grand Avenue
    Los Angeles, CA 90071-3197
7   Tel.: 213.229.7000 / Fax: 213.229.7520

8   ANGELIQUE KAOUNIS, SBN 209833
      akaounis@gibsondunn.com
9   GIBSON, DUNN & CRUTCHER LLP
    2029 Century Park East Suite 4000
10  Los Angeles, CA 90067
    Tel.: 310.552.8546 / Fax: 310.552.7026
11

12  MARK D. SELWYN, SBN 244180
      mark.selwyn@wilmerhale.com
13  WILMER CUTLER PICKERING
      HALE AND DORR LLP
    2600 El Camino Real, Suite 400
14  Palo Alto, CA 94306
    Tel.: 650.858.6000 / Fax: 650.858.6100
15

16  NORA Q.E. PASSAMANECK, *pro hac vice*
      nora.passamaneck@wilmerhale.com
17  WILMER CUTLER PICKERING
      HALE AND DORR LLP
    1225 Seventeenth St., Suite 2600
18  Denver, CO 80202
    Tel.: 720.274.3152 / Fax: 720.273.3133
19

20  KENNETH G. PARKER, SBN 182911
      ken.parker@haynesboone.com
    HAYNES AND BOONE, LLP
21  600 Anton Blvd., Suite 700
    Costa Mesa, CA 92626
22  Tel.: 949.202.3014 / Fax: 949.202.3152

23

24

25

26

27

28

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS RE. ITS MOT. TO STRIKE PLAINTIFFS' UNTIMELY REASONABLE ROYALTY THEORY

CASE NO. 8:20-cv-00048-JVS (JDEx)

1    Pursuant to Local Rule 79-5.2.2, Defendant Apple Inc. ("Apple") requests that the

2   Court grant leave to file under seal Apple's Memorandum in Support of Its Motion to

3   Strike Plaintiffs' Previously Undisclosed Reasonable Royalty Theory

4   ("Memorandum"), the Declaration of Nora Passamaneck in Support of Apple's Motion

5   To Strike Plaintiffs' Untimely Reasonable Royalty Theory ("Passamaneck

6   Declaration"), and Exhibits 1-3 and 5-13.

7    As detailed in the accompanying Declaration of Mark D. Selwyn, (1) Exhibits 1,

8   2, 6, 8, and 9 include Apple's confidential information; (2) Exhibit 2 contains third-party

9   confidential information; (3) Plaintiffs have indicated that Exhibits 1-3 and 5-13 contain

10  their confidential information; and (4) the redacted portions of Apple's Memorandum

11  and the Passamaneck Declaration quote, reference, or summarize the confidential

12  portions of these exhibits.

13   Accordingly, Apple respectfully requests an order granting leave to file its

14  Memorandum, the Passamaneck Declaration, and Exhibits 1-3 and 5-13 under seal.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wilmer Cutler
Pickering Hale
and Dorr LLP

1    Dated:        November 14, 2022        Respectfully submitted,

2
                                           H. MARK LYON
3                                          BRIAN M. BUROKER
                                           BRIAN A. ROSENTHAL
4                                          ILISSA SAMPLIN
                                           ANGELIQUE KAOUNIS
5                                          GIBSON, DUNN & CRUTCHER LLP
6
7                                          KENNETH G. PARKER
                                           HAYNES AND BOONE, LLP
8
9                                          MARK D. SELWYN
                                           JOSHUA H. LERNER
10                                         NORA Q.E. PASSAMANECK
                                           WILMER CUTLER PICKERING HALE AND
11                                         DORR LLP
12
13
14                                         By:  *Mark D. Selwyn*
                                                Mark D. Selwyn
15
16                                         *Attorneys for Defendant Apple Inc.*
17
18
19
20
21
22
23
24
25
26
27
28