JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearances continue on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S MOTION TO STRIKE PLAINTIFFS' UNTIMELY REASONABLE ROYALTY THEORY**<br><br>Date: Dec. 12, 2022<br>Time: 1:30 p.m.<br>Expert Discovery Cut-Off: Dec. 12, 2022<br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 27, 2023 |

REDACTED VERSION OF
DOCUMENT PROPOSED TO BE FILED UNDER SEAL

PASSAMANECK DECL. IN SUPPORT OF APPLE'S MOT. TO STRIKE UNTIMELY REASONABLE ROYALTY THEORY
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

1  BRIAN A. ROSENTHAL, *pro hac vice*
   brosenthal@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
3  New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
4
   ILISSA SAMPLIN, SBN 314018
5    isamplin@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  333 South Grand Avenue
   Los Angeles, CA 90071-3197
7  Tel.: 213.229.7000 / Fax: 213.229.7520

8  ANGELIQUE KAOUNIS, SBN 209833
     akaounis@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East Suite 4000
10 Los Angeles, CA 90067
   Tel.: 310.552.8546 / Fax: 310.552.7026
11
   MARK D. SELWYN, SBN 244180
12   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
13   HALE AND DORR LLP
   2600 El Camino Real, Suite 400
14 Palo Alto, CA 94306
   Tel.: 650.858.6000 / Fax: 650.858.6100
15
   NORA Q.E. PASSAMANECK, *pro hac vice*
16   nora.passamaneck@wilmerhale.com
   WILMER CUTLER PICKERING
17   HALE AND DORR LLP
   1225 Seventeenth St., Suite 2600
18 Denver, CO 80202
   Tel.: 720.274.3152 / Fax: 720.273.3133
19

20 KENNETH G. PARKER, SBN 182911
     ken.parker@haynesboone.com
21 HAYNES AND BOONE, LLP
   600 Anton Blvd., Suite 700
22 Costa Mesa, CA 92626
   Tel.: 949.202.3014 / Fax: 949.202.3152
23

24
25
26
27
28

PASSAMANECK DECL. ISO APPLE'S MOT. TO STRIKE PLAINTIFFS' UNTIMELY REASONABLE ROYALTY THEORY                     CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Motion to Strike Plaintiffs' Untimely Reasonable Royalty Theory ("Motion").

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. On the morning of November 14, 2022, the Special Master confirmed via email that it is his understanding that a motion to strike pursuant to FRCP 26(e) and 37(c) should be decided by this Court in the first instance, rather than going first to the Special Master.

5. Attached hereto as **Exhibit 1 (filed under seal)** is a copy of Plaintiffs' Masimo Corporation and Cercacor Laboratories, Inc.'s Seventh Supplemental Response to Apple's First Set of Interrogatories No. 17 served on September 6, 2022.

6. Attached hereto as **Exhibit 2 (filed under seal)** is a copy of the Expert Report of Jeffrey H. Kinrich dated October 6, 2022 and "updated" October 17, 2022, with highlights indicating the portions of the report that Apple requests be stricken pursuant to this Motion.

7. The Kinrich reports cites to ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

8. Plaintiffs produced the ▉▉▉▉▉▉ mentioned in the prior paragraph ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

9. To date, Plaintiffs have produced ███████████████████████████████████████████████████████████████████████████████████████

10. Attached hereto as **Exhibit 3 (filed under seal)** is a copy of email correspondence sent between counsel for Apple and counsel for Plaintiffs between October 24, 2022 and November 14, 2022.

11. Attached hereto as **Exhibit 4** is a copy of the Initial Disclosures of Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. dated April 14, 2020.

12. Attached hereto as **Exhibit 5 (filed under seal)** is a copy of Apple's motion to compel supplementation of Plaintiffs' responses to Interrogatory Nos. 13, 17, and 28 and their initial disclosure regarding computation of damages under FRCP 26(a)(1)(A)(iii) dated December 23, 2021.

13. Attached hereto as **Exhibit 6 (filed under seal)** is a copy of the First Amended Initial Disclosures of Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. dated April 14, 2020 and served on March 7, 2022.

14. Attached hereto as **Exhibit 7 (filed under seal)** is a copy of the transcript of the deposition of Joseph E. Kiani taken on August 5, 2022.

15. Attached hereto as **Exhibit 8 (filed under seal)** is a copy of the Second Amended Initial Disclosures of Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. dated May 23, 2022.

16. Attached hereto as **Exhibit 9 (filed under seal)** is a copy of the Third Amended Initial Disclosures of Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. dated August 3, 2022.

17. Attached hereto as **Exhibit 10 (filed under seal)** is a copy of the transcript of the deposition of Bilal Muhsin taken on August 19, 2022.

18. Attached hereto as **Exhibit 11 (filed under seal)** is a copy of the transcript of the deposition of Rick Fishel taken on July 28, 2022.

19. Attached hereto as **Exhibit 12 (filed under seal)** is a copy of Plaintiffs' Seventh Supplemental Response to Apple's Interrogatory No. 26 served on September 6, 2022.

20. Attached hereto as **Exhibit 13 (filed under seal)** is a copy of Plaintiffs' Fourth Supplemental Response To Apple Inc.'s Seventh Set of Interrogatories (No. 28) served on September 6, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of November 2022.

By: _____
Nora Passamaneck