# EXHIBIT 1
# Redacted in its Entirety