# EXHIBIT 2
# Redacted in its Entirety