# EXHIBIT 3
Redacted in its Entirety