# EXHIBIT 4

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**INITIAL DISCLOSURES OF PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.**<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early |

Exhibit 4
Page 1

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiffs Masimo Corporation ("Masimo") and Cercacor Laboratories, Inc. ("Cercacor") (collectively, "Plaintiffs") hereby make the following initial disclosures to Defendant Apple, Inc. ("Apple"). These initial disclosures are based on information and documents presently available to and located by Plaintiffs and its attorneys. Plaintiffs reserve the right to supplement, revise, correct, or otherwise amend these initial disclosures, to assert additional facts and theories that they later develop, and/or to produce additional information during the course of discovery, as provided by the Federal Rules of Civil Procedure and the Court's Local Rules, and to rely on such information as evidence in this action. By making these disclosures, Plaintiffs do not waive any applicable privilege, work product protection, or other immunity, and reserves the right to object to the production or admissibility of any information included below. |

## A.   <u>INDIVIDUALS LIKELY TO HAVE KNOWLEDGE OF DISCOVERABLE FACTS</u>

Plaintiffs have not yet identified all of the persons whom they may use to support their claims and defenses in this action. Upon information and belief, other persons having discoverable information that Plaintiffs may use to support their claims may be uncovered during discovery. However, pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), Plaintiffs identify the following persons who may have discoverable information that Plaintiffs may use to support their claims or defenses. Where indicated, the individuals should be contacted through counsel for Plaintiffs at the following address and telephone number:

> Attn: Steve Larson
> Knobbe, Martens, Olson & Bear, LLP
> 2040 Main Street, 14th Floor
> Irvine, CA  92614
> Telephone: (949) 760-0404

| NAME | AREAS OF KNOWLEDGE | CONTACT INFORMATION |
|---|---|---|
| Joe Kiani, Masimo Corporation | Masimo's business and products; Cercacor's business and products. | Masimo Corporation 52 Discovery Irvine, CA 92618  TO BE CONTACTED THROUGH COUNSEL FOR MASIMO |
| Yongsam Lee, Masimo Corporation | Masimo's products, regulatory submissions and manufacturing processes relating to Masimo's products, Masimo's IT policies, confidentiality policies, and document access restrictions. | Masimo Corporation 52 Discovery Irvine, CA 92618  TO BE CONTACTED THROUGH COUNSEL FOR MASIMO |
| Tracy Miller, Masimo Corporation | Masimo's human resources policies, employment and confidentiality agreements | Masimo Corporation 52 Discovery Irvine, CA 92618  TO BE CONTACTED THROUGH COUNSEL FOR MASIMO |
| Mohamed Diab Masimo Corporation | Masimo's research, development, and technology; Masimo's products; subject matter of the disputed patents to which Masimo asserts ownership and/or inventorship should be corrected | Masimo Corporation 52 Discovery Irvine, CA 92618  TO BE CONTACTED THROUGH COUNSEL FOR MASIMO |
| Ammar Al-Ali Masimo Corporation | Masimo's research, development, and technology; Masimo's products; subject matter of the disputed patents to which Masimo asserts ownership and/or inventorship should be corrected | Masimo Corporation 52 Discovery Irvine, CA 92618  TO BE CONTACTED THROUGH COUNSEL FOR MASIMO |

| NAME | AREAS OF KNOWLEDGE | CONTACT INFORMATION |
|---|---|---|
| Walt Weber Masimo Corporation | Masimo's research, development, and technology; Masimo's products; subject matter of the disputed patents to which Masimo asserts ownership and/or inventorship should be corrected | Masimo Corporation 52 Discovery Irvine, CA 92618<br><br>TO BE CONTACTED THROUGH COUNSEL FOR MASIMO |
| Bilal Muhsin, Masimo Corporation | Masimo's research, development, and technology; Masimo's products | Masimo Corporation 52 Discovery Irvine, CA 92618<br><br>TO BE CONTACTED THROUGH COUNSEL FOR MASIMO |
| Abraham Mazda Kiani, Cercacor Laboratories | Cercacor's business and products. | Cercacor Laboratories 15750 Alton Irvine, CA 92618<br><br>TO BE CONTACTED THROUGH COUNSEL FOR MASIMO |
| Greg Olsen, Cercacor Laboratories | Cercacor's research, development, and technology; Cercacor's products | Cercacor Laboratories 15750 Alton Irvine, CA 92618<br><br>TO BE CONTACTED THROUGH COUNSEL FOR MASIMO |
| Kevin Pauley, Cercacor Laboratories | Cercacor's research, development, and technology; Cercacor's products | Cercacor Laboratories 15750 Alton Pkwy Irvine, CA 92618<br><br>TO BE CONTACTED THROUGH COUNSEL FOR MASIMO |

| NAME | AREAS OF KNOWLEDGE | CONTACT INFORMATION |
|---|---|---|
| Gerry Hammarth, Cercacor Laboratories | Cercacor's business and products; Cercacor's IT policies, confidentiality policies, and access restrictions; sales and financial harm to Cercacor | Cercacor Laboratories 15750 Alton Pkwy Irvine, CA 92618<br><br>TO BE CONTACTED THROUGH COUNSEL FOR MASIMO |
| Former Masimo and/or Cercacor employees who went to Apple, including but not limited to John Aguilar, Johannes Bruinsma, Ottavia Golfetto, Haritha Haridas, Swapnil Harsule, Joseph Jagenow, Shruti Koneru, Marcelo Lamego, Inje Lee, Yinghui Lu, Ehsan Masoumi, Michael O'Reilly, Boris Oreshkin, Cornelius Rath, Will Regan, Felipe Tonello, Vincent Wayne, and Rich Young. | Acquisition, use, and disclosure of Plaintiffs' confidential information | |

Plaintiffs reserve the right to name additional individuals with knowledge concerning their claims and defenses as discovery progresses.

**B.     DOCUMENTS AND THINGS IN THE POSSESSION OF COUNSEL OR THE PARTY**

Plaintiffs identify the following categories of non-privileged documents, electronically stored information, and tangible things that are in their

-4-

Exhibit 4
Page 5

possession, custody, or control that Plaintiffs currently believe they may use to support their claims or defenses, unless solely for impeachment. By providing the following categories of documents, Plaintiffs do not waive their right to object to the production of any document in their possession, custody, or control for any reason, including based on grounds of attorney-client privilege, work product immunity, or any other applicable privilege or immunity.

Plaintiffs' disclosure of the following categories of documents and things is based solely upon information Plaintiffs have been able to discover to the present date and shall not be deemed a representation that additional documents do not exist. Plaintiffs reserve the right to supplement these disclosures as their investigation of the facts of this case continues.

1. Documents relating to the design, development and operation of Masimo technology;
2. Documents pertaining to the asserted patents, including their prosecution histories;
3. Documents pertaining to any alleged prior art to the asserted patents;
4. Communications between Masimo and Apple;
5. License Agreement between Masimo and Cercacor;
6. Plaintiffs' IT policies, confidentiality policies, and document access restrictions;
7. Employment Agreements between Plaintiffs and their former employees who went to Apple, including Marcelo Lamego and Michael O'Reilly; and
8. Documents pertaining to the confidential and proprietary information to which former employees of Plaintiffs who went to Apple, including Marcelo Lamego and Michael O'Reilly, had access at Plaintiffs.

The documents and things identified above are located at Knobbe, Martens, Olson & Bear, LLP, 2040 Main Street, 14th Floor, Irvine, CA 92614, Masimo Corporation, 52 Discovery, Irvine, CA 92618, and/or Cercacor Laboratories, Inc., 15750 Alton Pkwy, Irvine, CA 92618.

C. **STATEMENT OF BASIS FOR ANY DAMAGES CLAIMED**

Plaintiffs seek monetary relief for all damages sustained by Plaintiffs by virtue of Defendant's acts, as set forth in the Complaint and any amended complaints. Plaintiffs seek compensatory damages, lost profits, restitution, unjust enrichment, reasonable royalties, punitive damages, and/or exemplary damages. Plaintiffs also seek reasonable attorneys' fees.

Plaintiffs have not yet made a computation of any category of damages pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii) because Plaintiffs require discovery from Defendant to do so. Plaintiffs expect that they will produce such information and supporting documentation through an expert witness and report at the appropriate time, pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's case scheduling order in this matter.

D. **INSURANCE AGREEMENTS IN FORCE**

Plaintiffs are not aware of any insurance agreements under which an insurance carrier may be liable to satisfy all or part of any possible judgment or to indemnify or reimburse for payments made to satisfy any such judgment.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 14, 2020 By: */s/ Stephen W. Larson*
Joseph R. Re
Stephen C. Jensen
Perry D. Oldham
Stephen W. Larson

Attorneys for Plaintiffs,
Masimo Corporation and
Cercacor Laboratories

# PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action.

On April 14, 2020, I served the within **INITIAL DISCLOSURES OF PLAINTIFFS MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.** on the parties or their counsel shown at the email addresses shown below:

GIBSON, DUNN & CRUTCHER LLP

Joshua H. Lerner
JLerner@gibsondunn.com

H. Mark Lyon,
MLyon@gibsondunn.com

Brian M. Buroker
BBuroker@gibsondunn.com

Ilissa Samplin
ISamplin@gibsondunn.com

Angelique Kaounis
AKaounis@gibsondunn.com

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on April 14, 2020, at Irvine, California.

Karina Villanueva

32465232