# EXHIBIT 5
Redacted in its Entirety