# EXHIBIT 6
# Redacted in its Entirety