# EXHIBIT 7
# Redacted in its Entirety