# EXHIBIT 8
# Redacted in its Entirety