# EXHIBIT 9
# Redacted in its Entirety