# EXHIBIT 10
Redacted in its Entirety