# EXHIBIT 11
Redacted in its Entirety