# EXHIBIT 12
# Redacted in its Entirety