# EXHIBIT 13
# Redacted in its Entirety