# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO STRIKE PLAINTIFFS' UNTIMELY REASONABLE ROYALTY THEORY**<br><br>Date: Dec. 12, 2022<br>Time: 1:30 p.m.<br>Expert Discovery Cut-Off: Dec. 12, 2022<br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 27, 2023 |

This matter is before the Court pursuant to Defendant Apple Inc.'s Motion to Strike Plaintiffs' Untimely Reasonable Royalty Theory ("Motion").  Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Motion is GRANTED and the highlighted portions of Exhibit 2 are stricken from Mr. Kinrich's damages report.

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. James V. Selna
United States District Court Judge