# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' REPLY IN SUPPORT OF ITS OBJECTIONS TO SPECIAL MASTER ORDER DATED OCTOBER 24, 2022** |

Having considered Plaintiffs' Application To File Under Seal Documents Regarding Plaintiffs' Reply In Support Of Its Objections To Special Master Order Dated October 24, 2022, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) The proposed redacted portions of Plaintiff's Reply; and

(2) Exhibits A-12, A-13, A-14, and A-15, attached to the Declaration of Benjamin A. Katzenellenbogen in Support of Plaintiffs' Reply in Support of Its Objections to Special Master Order Dated October 24, 2022.

DATED: _____    _____

The Honorable James V. Selna
United States District Judge

56664774