Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF BENJAMIN A. KATZENELLENBOGEN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF ITS OBJECTIONS TO SPECIAL MASTER ORDER DATED OCTOBER 24, 2022** |

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

I, Benjamin A. Katzenellenbogen, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.

2. Attached hereto as **Exhibit A-9** is a true and correct copy of a document I understand to be excerpts of the transcript of the June 10, 2021 hearing before Magistrate Judge John D. Early regarding Masimo's Motion to Compel [Dkt. No. 377] and Order Denying The Motion.

3. Attached hereto as **Exhibit A-10** is a true and correct copy of a document I understand to be excerpts of the transcript of the June 3, 2021 hearing before Magistrate Judge John D. Early regarding Masimo's Motion to Compel [Dkt. No. 357].

4. Attached hereto as **Exhibit A-11** is a true and correct copy of a document I understand to be excerpts of the unsealed partial transcript of the May 20, 2021 hearing before Magistrate Judge John D. Early regarding Masimo's Motion to Compel [Dkt. Nos. 351, 357].

5. Attached hereto as **Exhibit A-12 (filed under seal)** is a true and correct copy of Masimo's Reply in Support of Its Motion to Compel Apple Regarding Apple's Common Interest Assertions, dated July 22, 2022.

6. Attached hereto as **Exhibit A-13 (filed under seal)** is a true and correct copy of Order No. 14 of Special Master Regarding Two Previously-Deferred Discovery Motions and a New Discovery Motion, dated August 26, 2022.

7. Attached hereto as **Exhibit A-14 (filed under seal)** is a true and correct copy of Order No. 15 of Special Master Regarding Three Discovery Disputes, dated September 8, 2022.

8. Attached hereto as **Exhibit A-15 (filed under seal)** is a true and correct copy of a document I understand to be excerpts from the Transcript of the Deposition of Massi Joseph E. Kiani, taken August 5, 2002.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 21, 2022, at Irvine, California.

  /s/ Benjamin A. Katzenellenbogen  
Benjamin A. Katzenellenbogen

-2-