**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO STRIKE PLAINTIFFS' REASONABLE ROYALTY THEORY** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Opposition to Apple's Motion to Strike Plaintiffs' Reasonable Royalty Theory, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the redacted portion of Masimo's Opposition, the redacted portion of the supporting Declaration of Mark D. Kachner, and Exhibits A-G.

DATED: _____  _____

The Honorable James V. Selna
United States District Court Judge

56665660