Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF MARK D. KACHNER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE INC.'S MOTION TO STRIKE PLAINTIFFS' REASONABLE ROYALTY THEORY** |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

I, Mark D. Kachner, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and Counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this Declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in support of Masimo's Opposition to Apple's Motion to Strike Plaintiffs' Reasonable Royalty Theory.

2. Attached hereto as **Exhibit A (filed under seal)** is a true and correct copy of an email exchange between Masimo's counsel and Apple's counsel between October 1, 2021 and January 25, 2022.

3. Attached hereto as **Exhibit B (filed under seal)** is a true and correct copy of Masimo's opposition to Apple's December 23, 2021 motion to compel to the Special Master.

4. Attached hereto as **Exhibit C (filed under seal)** is a true and correct copy of Apple's May 12, 2022 motion to compel to the Special Master.

5. Attached hereto as **Exhibit D (filed under seal)** is a true and correct copy of excerpts of Apple's Second Supplemental Response to Masimo's Interrogatory No. 16, served on August 12, 2022.

6. Attached hereto as **Exhibit E (filed under seal)** is a true and correct copy of the rebuttal expert report of Apple's technical expert Dr. Sarrafzadeh, served November 4, 2022.

7. Attached hereto as **Exhibit F (filed under seal)** is a true and correct copy of the rebuttal expert report of Apple's damages expert Shirley Webster, served November 17, 2022.

8. During fact discovery, Masimo produced annual transaction level sales spreadsheets showing sales data for each purchase with information broken down by customer and product. ███████████████████████████████████████
████████████████████

1   9.   ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████

6   10.   Attached hereto as **Exhibit G (filed under seal)** is a true and correct copy of an email exchange between Masimo's counsel and Apple's counsel between September 1, 2022 and September 29, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 21, 2022, at Los Angeles, California.

                           /s/ Mark D. Kachner
                           Mark D. Kachner

56639210

# EXHIBIT A
## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT B

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT C
## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT D
# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT E
# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT F
# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT G
# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL