UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 20-00048-JVS(JDEx) |
| Date | November 21, 2022 |
| Title | Masimo Corporation et al v. Apple Inc. |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas for Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Benjamin Katzenellenbogen | Nora Passamaneck |
| Mark Kachner | Sarah Frazier |
| Kendall Loebbakar | Nora Passamaneck |

**Proceedings:** Defendant's Motion to Strike Plaintiffs' Purported Rule (A)(2)(C) Disclosures [957]

Cause is called for hearing and counsel make their appearances. The Court's tentative ruling is issued. Motion is argued and taken under submission.

| | 00 : 42 |
|---|---|
| Initials of Preparer | eva/lmb |