# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Lanta Chase |
| 2a. Contact Phone Number | 202 247 4229 |
| 3a. Contact E-mail Address | lanta.chase@wilmerhale.com |
| 1b. Attorney Name (if different) | Mark Selwyn |
| 2b. Attorney Phone Number | 650 858 6031 |
| 3b. Attorney E-mail Address | mark.selwyn@wilmerhale.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Wilmer, Culter, Pickering, Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, D.C. 20006

**5. Name & Role of Party Represented:** Defendant Apple Inc.

**6. Case Name:** Masimo Corporation, et al v Apple, Inc

**7a. District Court Case Number:** 8:20-cv-00048-JVS-JDE

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
- ☐ DIGITALLY RECORDED
- ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Sharon A. Seffens

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☒ Non-Appeal   ☐ Criminal  ☒ Civil   ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| Hearing Date | Minute Order Docket# | Judge | Proceeding Type / Portion | PDF | TEXT/ASCII | PAPER | CONDENSED | CM/ECF ACCESS | WORD INDEXING | Release Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/21/2022 | 1032 | Hon. Selna | Motion to Strike Plaintiffs' Purported Rule (A)(2)(C) Disclosures [Dkt. 957] | ● | ● | ○ | ● | ○ | ● | ○ | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: November 22, 2022   Signature: /s/ Mark D. Selwyn

G-120 (06/18)