# EXHIBIT 14
Redacted in its Entirety