# EXHIBIT 15
# Redacted in its Entirety