JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearances continue on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFFS' UNTIMELY REASONABLE ROYALTY THEORY**<br><br>Date: Dec. 12, 2022<br>Time: 1:30 p.m.<br>Expert Discovery Cut-Off: Dec. 12, 2022<br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 27, 2023 |

Passamaneck Decl. In Support Of Apple's Reply ISO Its Mot. to Strike Plaintiffs' Untimely Reasonable Royalty Theory     Case No. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

1    BRIAN A. ROSENTHAL, *pro hac vice*
     brosenthal@gibsondunn.com
2    GIBSON, DUNN & CRUTCHER LLP
     200 Park Avenue
3    New York, NY 10166-0193
     Tel.: 212.351.2339 / Fax: 212.817.9539
4
5    ILISSA SAMPLIN, SBN 314018
     isamplin@gibsondunn.com
     GIBSON, DUNN & CRUTCHER LLP
6    333 South Grand Avenue
     Los Angeles, CA 90071-3197
7    Tel.: 213.229.7000 / Fax: 213.229.7520

8    ANGELIQUE KAOUNIS, SBN 209833
     akaounis@gibsondunn.com
9    GIBSON, DUNN & CRUTCHER LLP
     2029 Century Park East Suite 4000
10   Los Angeles, CA 90067
     Tel.: 310.552.8546 / Fax: 310.552.7026
11
12   MARK D. SELWYN, SBN 244180
     mark.selwyn@wilmerhale.com
13   WILMER CUTLER PICKERING
      HALE AND DORR LLP
     2600 El Camino Real, Suite 400
14   Palo Alto, CA 94306
     Tel.: 650.858.6000 / Fax: 650.858.6100
15
16   NORA Q.E. PASSAMANECK, *pro hac vice*
     nora.passamaneck@wilmerhale.com
17   WILMER CUTLER PICKERING
      HALE AND DORR LLP
18   1225 Seventeenth St., Suite 2600
     Denver, CO 80202
19   Tel.: 720.274.3152 / Fax: 720.273.3133

20   KENNETH G. PARKER, SBN 182911
     ken.parker@haynesboone.com
21   HAYNES AND BOONE, LLP
     600 Anton Blvd., Suite 700
22   Costa Mesa, CA 92626
     Tel.: 949.202.3014 / Fax: 949.202.3152

23

24

25

26

27

28   Passamaneck Decl. ISO Apple's Reply ISO Its Mot. to Strike Plaintiffs' Untimely
      Reasonable Royalty Theory                           Case No. 8:20-cv-00048-JVS (JDEx)

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Reply In Support Of Its Motion To Strike Plaintiffs' Untimely Reasonable Royalty Theory.

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit 14 (filed under seal)** is a copy of a subpoena that Apple served on a third party on July 25, 2022.

5. Attached hereto as **Exhibit 15 (filed under seal)** is an email between counsel for Apple and counsel for the third party subpoenaed on July 25, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of November 2022.

By: _____
Nora Passamaneck

Passamaneck Decl. ISO Apple's Reply ISO Its Mot. to Strike Plaintiffs' Untimely Reasonable Royalty Theory
1
Case No. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP