JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S *EX PARTE* APPLICATION TO STRIKE THE "SUPPLEMENTAL" EXPERT REPORT OF JEFFREY KINRICH SERVED ON NOVEMBER 30, 2022**<br><br>No Hearing Noticed |

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

KENNETH G. PARKER, SBN 182911
  ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Blvd., Suite 700
Costa Mesa, CA 92626
Tel.: 949.202.3014 / Fax: 949.202.3152

I, Nora Passamaneck, declare and state as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned action.

2. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

3. I make this Declaration in support of Apple's *Ex Parte* Application to Strike the "Supplemental" Expert Report of Jeffrey Kinrich Served on November 30, 2022. A true and correct copy of that report is attached hereto as **Exhibit 1 (filed under seal)**.

4. Plaintiffs served the "Supplemental" Report at 10:20pm PT on November 30, 2022. At 11:04am PT on December 1, 2022, I emailed counsel for Plaintiffs informing them of Apple's intent to move to strike the "Supplemental" Report. Attached hereto as **Exhibit 2** (**filed under seal**) is a true and correct copy of my email chain with Plaintiffs' counsel on December 1, 2022.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a Rough Transcript from the November 21, 2022 hearing before the Court regarding Apple's Motion to Strike four Rule 26(a)(2)(C) disclosures.

6. If Apple were to file its motion to strike as a noticed motion under Local Rules 6 and 7, it would not be heard until January 9, 2023. Specifically, Local Rule 6 requires the moving party to notice a hearing at least 28 days in advance. This Court sits only on Mondays, and the Court is closed on Monday, January 2, 2023.

7. At approximately 3:15pm on December 1, 2022, I met and conferred with Mark Kachner of Knobbe Martens, notifying him of the specific date and contents of this Application. Mr. Kachner indicated that Plaintiffs oppose Apple's Application.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.

4  Executed this 2nd day of December 2022.

By: _____
Nora Q.E. Passamaneck

---

PASSAMANECK DECLARATION IN SUPPORT OF APPLE'S EX PARTE APPLICATION
                                2                    Case No. 8:20-cv-00048-JVS (JDEX)