# Exhibit 2

R‍EDACTED IN ITS E‍NTIRETY