# EXHIBIT A

REDACTED VERSION OF DOCUMENT

PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT B

# Mark Kachner

| | |
|---|---|
| **From:** | Deol, Ravi <Ravi.Deol@wilmerhale.com> |
| **Sent:** | Thursday, December 1, 2022 3:19 PM |
| **To:** | Kendall Loebbaka; WH Apple-Masimo Service List;  Apple-Masimo |
| **Cc:** | Masimo.Apple |
| **Subject:** | RE: Masimo v Apple \| Sarrafzadeh and Warren Depositions |

Kendall,

Thank you for confirming the location of Dr. Madisetti's deposition.  For Dr. Palmatier's deposition in Seattle, Washington, can you please confirm that the deposition will proceed at Knobbe's Seattle office?

Apple will not be proceeding with the depositions of Mr. Kiani or Mr. Diab.

I can also confirm that all expert depositions will begin at 9am local time.  The only deposition not currently scheduled with a 9am local start time is Mr. Cook's deposition on December 7 (starting at 2pm PT).  I can also confirm that someone will be present at WilmerHale's Palo Alto office on Saturday, December 3 at 8am PT to allow the reporter and videographer entry.  Please have all individuals attending the depositions of Dr. Perez and Mr. Cook, including the court report and videographer, fill out WilmerHale's Visitor Registration Form and confirm compliance with COVID requirements.  (https://wilmerhalecommunications.com/92/4279/landing-pages/us-visitor-form.asp).

Best,

**Ravi Deol | WilmerHale**
+1 720 598 3459 (t)

---

**From:** Kendall Loebbaka <Kendall.Loebbaka@knobbe.com>
**Sent:** Wednesday, November 30, 2022 3:36 PM
**To:** Deol, Ravi <Ravi.Deol@wilmerhale.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo v Apple \| Sarrafzadeh and Warren Depositions

**EXTERNAL SENDER**

Ravi,

Dr. Madisetti's deposition on December 8 and 9 will take place at Finnegan's Atlanta office at 271 17th Street NW, Suite 1400, Atlanta, Georgia 30363.

Please confirm by tomorrow that Apple will proceed with Kiani's deposition on December 8 and Diab's deposition on December 12 at Knobbe's Irvine office.

Masimo proposes that the parties continue their agreement to start depositions at 9am local time unless noted otherwise.  Please confirm.  Please also confirm that someone will be present at WilmerHale's Palo Alto office on Saturday, December 3 at 8am PT to allow office access for the court reporter to set up for Perez's deposition.

Best regards,