JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1124 / Fax: 628.235.1001

H. MARK LYON, SBN 162061
  mlyon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel.: 650.849.5300 / Fax: 650.849.5333

BRIAN M. BUROKER, *pro hac vice*
  bburoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel.: 202.955.8500 / Fax: 202.467.0539

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S REPLY IN SUPPORT OF ITS *EX PARTE* APPLICATION TO STRIKE THE "SUPPLEMENTAL" EXPERT REPORT OF JEFFREY KINRICH SERVED ON NOVEMBER 30, 2022**<br><br>No Hearing Noticed |

APPLE'S REPLY ISO *EX PARTE* APP. TO STRIKE NOV. 30, 2022 "SUPPLEMENTAL" KINRICH REPORT
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel.: 213.229.7000 / Fax: 213.229.7520

ANGELIQUE KAOUNIS, SBN 209833
  akaounis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East Suite 4000
Los Angeles, CA 90067
Tel.: 310.552.8546 / Fax: 310.552.7026

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth St., Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S REPLY ISO *EX PARTE* APP. TO STRIKE NOV. 30, 2022 "SUPPLEMENTAL" KINRICH REPORT
1
CASE NO. 8:20-cv-00048-JVS (JDEx)

Plaintiffs' opposition misstates the facts and the law.  *First*, Plaintiffs are simply wrong that they "could not have anticipated Apple's Rule 26 Motion to Strike and the Court's order" before the October 6, 2022 Kinrich report was served.  Opp. 4.  Apple sent Plaintiffs a two-page letter detailing its FRCP 26(a)(2) and 26(e) objections to the Priddell and Muhsin disclosures six days prior to the service of Mr. Kinrich's report; in that letter, Apple asked Plaintiffs to "confirm by October 3, 2022 that you intend to withdraw the disclosures" or "provide your availability to meet and confer by October 4, 2022."  *See* Dkt. 959-7 at 2 (Sept. 30, 2022 letter).  Plaintiffs ignored Apple's letter until the day after Mr. Kinrich's report was served.  *See* Dkt. 959 at 6.[1]

*Second*, while Plaintiffs strongly imply that courts "routinely" permit an expert to supplement his or her report under the circumstances presented here, Opp. 3-4, they do not identify a single case in which a court has permitted an expert to belatedly supplement his or her report where the non-moving party was on notice of the legal flaws in the report before it was served.  In *Confederated Tribes*, for example, the non-moving party "first learned of [the moving party's] contentions *after* the discovery deadline, and acted promptly to remedy the alleged deficiency."  2003 WL 23715981, at *2 (D. Or. Jan. 21, 2003) (emphasis added).  And in *Samsung Electronics*, both sides timely exchanged supplemental reports on a deadline the parties had agreed upon—Samsung simply (and incorrectly) believed that Apple's supplemental report conflicted with a ruling in another case.  2014 WL 1322854, at *1, *4.

*Finally*, Plaintiffs are wrong that Apple is seeking an "advisory opinion" regarding Mr. Kinrich's original October 2022 report.  Opp. 6.  The only relief Apple requests at this time is for this Court to strike the supplemental report and to preclude Mr. Kinrich from relying on it.

---

[1] Plaintiffs are also wrong that Apple provided no "analysis" for why the prerequisites for ex parte relief are satisfied.  Opp. 7.  The *Mission Power* decision requires the moving party to show (1) prejudice if the application is not granted and (2) it "is without fault in creating the crisis."  883 F. Supp. 488, 492 (C.D. Cal. 1995).  Apple spent several pages explaining why both requirements are met.  App. 5-7.

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S REPLY ISO *EX PARTE* APP. TO STRIKE NOV. 30, 2022 "SUPPLEMENTAL" KINRICH REPORT
2                     CASE NO. 8:20-cv-00048-JVS (JDEx)

# CONCLUSION

Apple respectfully requests that this Court strike the Supplemental Expert Report of Jeffrey H. Kinrich dated November 30, 2022 and preclude Mr. Kinrich from offering any of the opinions or relying on any of the statements made therein.

Dated: December 5, 2022

Respectfully submitted,

H. MARK LYON
BRIAN M. BUROKER
BRIAN A. ROSENTHAL
ILISSA SAMPLIN
ANGELIQUE KAOUNIS
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

MARK D. SELWYN
JOSHUA H. LERNER
NORA Q.E. PASSAMANECK
WILMER CUTLER PICKERING HALE AND DORR LLP


By: /s/ Mark D. Selwyn
      Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S REPLY ISO *EX PARTE* APP. TO STRIKE NOV. 30, 2022 "SUPPLEMENTAL" KINRICH REPORT
3
CASE NO. 8:20-cv-00048-JVS (JDEx)