<div style="text-align:center; color:red; font-weight:bold; font-size:200%">DENIED</div>

BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S *EX PARTE* APPLICATION TO STRIKE THE "SUPPLEMENTAL" EXPERT REPORT OF JEFFREY KINRICH SERVED ON NOVEMBER 30, 2022** |

1. This matter is before the Court pursuant to Apple's *Ex Parte* Application to Strike the "Supplemental" Expert Report of Jeffrey Kinrich Served on November 30, 2022 ("*Ex Parte* Application") under Local Rule 7-19.

2. Having considered Apple's *Ex Parte* Application and supporting documents, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing:

**IT IS HEREBY ORDERED THAT** Apple's *Ex Parte* Application is GRANTED. The Supplemental Expert Report of Jeffrey H. Kinrich dated November 30, 2022 is stricken and Mr. Kinrich is precluded from offering any of the opinions or relying on any of the statements made therein.

**IT IS SO ORDERED.**

Dated: _____

**DENIED**

BY ORDER OF THE COURT
_____
The Hon. James V. Selna United States District Court Judge

Denied without prejudice to a noticed motion.  JVS December 06, 2022

---

[PROPOSED] ORDER GRANTING APPLE'S EX PARTE APPLICATION

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP