IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO APPLE'S *EX PARTE* APPLICATION TO STRIKE THE SUPPLEMENTAL EXPERT REPORT OF JEFFREY KINRICH** |

1  Having considered Plaintiffs' Application for Leave to File Under Seal
2  Documents Regarding Plaintiffs' Opposition to Apple's *Ex Parte* Application to
3  Strike the Supplemental Expert Report of Jeffrey Kinrich, and finding good cause
4  therefor, the Application is GRANTED.

5  **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
6  Cercacor Laboratories, Inc. may file under seal the redacted portion of Masimo's
7  Opposition and Exhibit A.

10  DATED: 12/6/2022

   _____
   The Honorable James V. Selna
   United States District Judge

13  56743877

-1-