Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Baraa Kahf (Bar No. 261144)
Baraa.Kahf@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
Masimo Corporation and Cercacor Laboratories, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>Hon. James V. Selna<br>Magistrate Judge John D. Early<br><br>**MASIMO'S NOTICE IN RESPONSE TO NOVEMBER 29 ORDER (DKT. 1049)** |

1  Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    Plaintiffs MASIMO CORPORATION and CERCACOR LABORATORIES, INC. (collectively, "Masimo") provide the following notice in response to the Court's November 29 Order (Dkt. 1049).

    Pursuant to the Court's Order, the parties met and conferred to discuss a potential compromise regarding Masimo's objections to the Special Master's Order, dated October 24, 2022, as outlined on pages 7-8 of the Court's Order.

    Masimo is pleased to notify the Court and the Special Master that the parties reached a compromise and no further review of this issue is necessary.

              KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: December 13, 2022   By: /s/ Benjamin A. Katzenellenbogen
                Joseph R. Re
                Stephen C. Jensen
                Benjamin A. Katzenellenbogen
                Perry D. Oldham
                Stephen W. Larson
                Mark D. Kachner
                Baraa Kahf
                Adam B. Powell
                Daniel P. Hughes
                Justin J. Gillett

                Attorneys for Plaintiffs,
                Masimo Corporation and
                Cercacor Laboratories, Inc.

56802549