Name and address:

Joseph J. Mueller
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation and Ceracor Laboratories, Inc.<br><br>v.         Plaintiff(s)<br><br>Apple Inc.<br><br>Defendant(s). | CASE NUMBER<br>8:20-cv-00048-JVS-JDE<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Mueller, Joseph J.      of      Wilmer Cutler Pickering Hale and Dorr LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*                60 State Street
                                                                            Boston, MA 02109

(617) 526-6000      (617) 526-5000
*Telephone Number*      *Fax Number*

Joseph.Mueller@wilmerhale.com
*E-Mail Address*                                                  *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Apple Inc.

*Name(s) of Party(ies) Represented*       ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

Gosma, Derek      of      Wilmer Cutler Pickering Hale and Dorr LLP
*Designee's Name (Last Name, First Name & Middle Initial)*                350 South Grand Avenue
                                                                            Suite 2400
                                                                            Los Angeles, CA 90071

274515      213-443-5308      213-443-5400
*Designee's Cal. Bar No.*      *Telephone Number*      *Fax Number*

Derek.Gosma@wilmerhale.com
*E-Mail Address*                                                  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____                    _____
                                                 U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)      (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*      Page 1 of 1