**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS MOTION TO STRIKE PLAINTIFFS' UNTIMELY NOVEMBER 2022 SUPPLEMENT TO APPLE INTERROGATORY NO. 33**<br><br>Date: February 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 27, 2023 |

This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its Motion to Strike Plaintiffs' Untimely November 2022 Supplement To Apple Interrogatory No. 33 ("Application to File Under Seal").  Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application to File Under Seal is GRANTED.  Apple shall file under seal its Memorandum in Support of Apple's Motion to Strike Plaintiffs' Untimely November 2022 Supplement To Apple Interrogatory No. 33 and Exhibits 1-13.

**IT IS SO ORDERED.**

Dated: _____          _____
                                  The Hon. James V. Selna
                                  United States District Court Judge