MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S MOTION TO STRIKE PLAINTIFFS' UNTIMELY NOVEMBER 2022 SUPPLEMENT TO APPLE INTERROGATORY NO. 33**<br><br>Date: February 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 27, 2023 |

Passamaneck Decl. ISO Apple's Motion to Strike Plaintiffs' Untimely November 2022 Supplement To Interrogatory No. 33

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel. 650.949.3014 / Fax: 949.202.3001

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Motion to Strike Plaintiffs' Untimely November Supplements to Apple Interrogatory No. 33 and the Kinrich Report ("Motion").

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit 1 (filed under seal)** is a copy of Plaintiffs' Masimo Corporation and Cercacor Laboratories, Inc.'s Supplemental Response to Apple's Ninth Set of Interrogatories No. 33 served on November 23, 2022.

5. Attached hereto as **Exhibit 2 (filed under seal)** is a copy of a letter sent from counsel for Apple to counsel for Plaintiffs dated June 28, 2022.

6. Attached hereto as **Exhibit 3 (filed under seal)** is a copy of a letter sent from counsel for Apple to counsel for Plaintiffs dated July 8, 2022.

7. Attached hereto as **Exhibit 4 (filed under seal)** is a copy of a letter sent from counsel for Apple to counsel for Plaintiffs dated July 29, 2022.

8. Attached hereto as **Exhibit 5 (filed under seal)** is a copy of a letter sent from counsel for Plaintiffs to counsel for Apple dated July 19, 2022.

9. Attached hereto as **Exhibit 6 (filed under seal)** is a copy of Apple's Motion to Compel Plaintiffs to Supplement Their Response to Apple Interrogatory No. 33 dated August 22, 2022.

10. Attached hereto as **Exhibit 7 (filed under seal)** is a copy of Plaintiffs' Opposition to Apple's Special Master Submission regarding Apple's Motion to Compel Plaintiffs to Supplement Their Response to Apple Interrogatory No. 33 dated August 29, 2022.

PASSAMANECK DECL. ISO APPLE'S MOTION TO STRIKE PLAINTIFFS' UNTIMELY NOVEMBER 2022 SUPPLEMENT TO APPLE INTERROGATORY NO. 33
1
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

11. Attached hereto as **Exhibit 8 (filed under seal)** is a copy of Apple's Reply In Support of Its Motion to Compel Plaintiffs to Supplement Their Response to Apple Interrogatory No. 33 dated September 6, 2022.

12. Attached hereto as **Exhibit 9 (filed under seal)** is a copy of the Special Master's Tentative Ruling on Apple's Motion to Compel Plaintiffs to Supplement Their Response to Apple Interrogatory No. 33, provided on September 29, 2022.

13. Attached hereto as **Exhibit 10 (filed under seal)** is a copy of email correspondence sent between counsel for Apple and counsel for Plaintiffs between November 23, 2022 and December 1, 2022.

14. Attached hereto as **Exhibit 11 (filed under seal)** is a copy of Plaintiffs' Eighth Set of Interrogatories served on May 13, 2022.

15. Attached hereto as **Exhibit 12 (filed under seal)** is a copy of Plaintiffs' Eighth Supplemental Response to Apple's Interrogatory No. 6 served on September 29, 2022.

16. Attached hereto as **Exhibit 13 (filed under seal)** is a copy of the transcript of the deposition of Greg Olsen taken on June 21, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of December 2022.

By: _____

Nora Passamaneck

PASSAMANECK DECL. ISO APPLE'S MOTION TO STRIKE PLAINTIFFS' UNTIMELY NOVEMBER 2022 SUPPLEMENT TO APPLE INTERROGATORY NO. 33
2
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP