# EXHIBIT 4
Redacted in its Entirety