**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO STRIKE PLAINTIFFS' UNTIMELY NOVEMBER SUPPLEMENT TO APPLE INTERROGATORY NO. 33**<br><br>Date: February 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 27, 2023 |

[PROPOSED] ORDER GRANTING APPLE'S MOT. TO STRIKE PLAINTIFFS' UNTIMELY NOVEMBER SUPPLEMENT TO APPLE INTERROGATORY NO. 33           CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

1. This matter is before the Court pursuant to Defendant Apple Inc.'s Motion to Strike Plaintiffs' Untimely November 2022 to Apple Interrogatory No. 33 ("Motion"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Motion is GRANTED and Plaintiffs' November 23, 2022 supplemental response to Apple's Interrogatory No. 33 is stricken.

**IT IS SO ORDERED.**

Dated: _____          _____
                                  The Hon. James V. Selna
                                  United States District Court Judge

[PROPOSED] ORDER GRANTING APPLE'S MOT. TO STRIKE PLAINTIFFS' UNTIMELY NOVEMBER 2022 SUPPLEMENT TO APPLE'S INTERROGATORY NO. 33

1    CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP