| | |
|---|---|
| 1 | MARK D. SELWYN, SBN 244180<br>  mark.selwyn@wilmerhale.com |
| 2 | THOMAS G. SPRANKLING, SBN 294831<br>  thomas.sprankling@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 4 | 2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 |
| 5 | Tel.: 650.858.6000 / Fax: 650.858.6100 |
| 6 | JOSHUA H. LERNER, SBN 220755<br>  joshua.lerner@wilmerhale.com |
| 7 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 8 | One Front Street, Suite 3500<br>San Francisco, CA 94111 |
| 9 | Tel.: 628.235.1000 / Fax: 628.235.1001 |
| 10 | AMY K. WIGMORE, *pro hac vice*<br>  amy.wigmore@wilmerhale.com |
| 11 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 12 | 1875 Pennsylvania Ave NW<br>Washington, DC 20006 |
| 13 | Tel.: 202.663.6000 / Fax: 202.663.6363 |
| 14 | [Counsel appearance continues on next page] |
| 15 | *Attorneys for Defendant Apple Inc.* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION,<br>a Delaware corporation; and<br>CERCACOR LABORATORIES, INC.,<br>a Delaware corporation,<br><br>                    Plaintiffs,<br><br>        v.<br><br>APPLE INC.,<br>a California corporation,<br><br>                    Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' TRADE SECRET CLAIM AND PLAINTIFFS' LOST PROFITS DAMAGES THEORY**<br><br>Date: February 6, 2023<br>Time: 1:30pm<br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 27, 2023 |

SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

TO THE COURT, PLAINTIFFS, AND ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on February 6, 2023, or as soon thereafter as the matter may be heard, in Courtroom 10C, located at 411 West Fourth Street, Santa Ana, California, 92701, Defendant Apple Inc. ("Apple") will, and hereby does, move the Court for an order granting partial summary judgment in Apple's favor of no liability on Plaintiffs' trade secret claim and/or Plaintiffs' lost profits damages theory.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on December 12, 2022. It is supported by the accompanying Memorandum of Points and Authorities, the Proposed Statement of Uncontroverted Facts and Conclusions of Law, the Declaration of Nora Passamaneck and attached Exhibits 1-29, a Proposed Order, and such other evidence or argument as may be presented at or before the hearing.

Dated:   December 19, 2022           Respectfully submitted,

MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP

APPLE'S NOTICE OF MOTION AND MOTION FOR PARTIAL S.J. ON PLAINTIFFS' TRADE SECRET CLAIM AND LOST PROFITS
1
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

By: */s/ Mark D. Selwyn*
      Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*