MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' TRADE SECRET CLAIM AND PLAINTIFFS' LOST PROFITS DAMAGES THEORY**<br><br>Date: February 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 27, 2023 |

PASSAMANECK DECL. ISO APPLE'S MOT. FOR PARTIAL S.J. ON PLAINTIFFS' TRADE SECRET CLAIM AND LOST PROFITS

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Motion For Partial Summary Judgment On Plaintiffs' Trade Secret Claim And Plaintiffs' Lost Profits Damages Theory ("Motion").

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit 1 (filed under seal)** is a copy of Plaintiffs' Letter Brief, dated August 29, 2022, in opposition to Apple's Motion to Compel.

5. Attached hereto as **Exhibit 2 (filed under seal)** is a copy of Exhibit A to Plaintiffs' Letter Brief, dated August 29, 2022, in opposition to Apple's Motion to Compel.

6. Attached hereto as **Exhibit 3 (filed under seal)** is a copy of Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.'s Supplemental Responses to Apple's First Set Of Interrogatories 2, 4-13, 16, and 17, dated August 14, 2020.

7. Attached hereto as **Exhibit 4 (filed under seal)** is a copy of Plaintiffs' Seventh Supplemental Responses to Apple's Interrogatory No. 6, dated September 6, 2022.

8. Attached hereto as **Exhibit 5 (filed under seal)** is a copy of Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.'s Fifth Supplemental Response to Apple's First Set of Interrogatories (No. 7), dated September 29, 2022.

9. Attached hereto as **Exhibit 6 (filed under seal)** is a copy of Plaintiffs' Supplemental Response to Apple Inc.'s Ninth Set of Interrogatories (No. 33), dated November 23, 2022.

10. Attached hereto as **Exhibit 7** is a copy of "An *In Vitro* Tissue Model for Evaluating the Effect of Carboxyhemoglobin Concentration on Pulse Oximetry," by Mendelson, *et al.*, produced with Bates numbers APL-MAS_03029663-665.

11. Attached hereto as **Exhibit 8 (filed under seal)** is a copy of a document produced by Plaintiffs with Bates numbers MASA00081226-230.

12. Attached hereto as **Exhibit 9 (filed under seal)** is a copy of a document produced by Plaintiffs with Bates numbers MASA00159364-396.

13. Attached hereto as **Exhibit 10 (filed under seal)** is a copy of the transcript of the deposition of Massi Joseph E. Kiani, dated August 5, 2022.

14. Attached hereto as **Exhibit 11 (filed under seal)** is a copy of the transcript of the deposition of Robert A. Smith, dated August 18, 2022.

15. Attached hereto as **Exhibit 12 (filed under seal)** is a copy of the transcript of the deposition of Bilal Muhsin, dated August 19, 2022.

16. Attached hereto as **Exhibit 13 (filed under seal)** is a copy of the transcript of the deposition of Walter M. Weber, dated August 26, 2022.

17. Attached hereto as **Exhibit 14 (filed under seal)** is a copy of the transcript of the deposition of Mohamed Diab, dated September 23, 2022.

18. Attached hereto as **Exhibit 15 (filed under seal)** is a copy of the Expert Report of Vijay K. Madisetti, Ph.D., dated September 23, 2022.

19. Attached hereto as **Exhibit 16 (filed under seal)** is a copy of the Rebuttal Expert Report of Vijay K. Madisetti, Ph.D., dated November 4, 2022.

20. Attached hereto as **Exhibit 17 (filed under seal)** is a copy of the Rebuttal Expert Report of Majid Sarrafzadel, Ph.D. Regarding Certain of Plaintiffs' Alleged Trade Secrets, dated November 4, 2022.

PASSAMANECK DECL. IN SUPPORT OF APPLE'S MOT. FOR PARTIAL S.J. ON PLAINTIFFS' TRADE SECRET CLAIM AND LOST PROFITS
2
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

21. Attached hereto as **Exhibit 18 (filed under seal)** is a copy of the Expert Report of Steve Warren, Ph.D. Regarding Certain of Plaintiffs' Alleged Trade Secrets, dated September 23, 2022.

22. Attached hereto as **Exhibit 19 (filed under seal)** is a copy of the Rebuttal Report of Steve Warren, Ph.D. Regarding Certain of Plaintiffs' Alleged Trade Secrets, dated November 4, 2022.

23. Attached hereto as **Exhibit 20 (filed under seal)** is a copy of the Expert Report of Robert Palmatier, Ph.D., dated October 6, 2022.

24. Attached hereto as **Exhibit 21 (filed under seal)** is a copy of the Rebuttal Expert Report of Marco Perez, M.D., dated November 17, 2022.

25. Attached hereto as **Exhibit 22 (filed under seal)** is a copy of the Rebuttal Expert Report of Dr. Ran Kivetz, dated November 17, 2022.

26. Attached hereto as **Exhibit 23 (filed under seal)** is a copy of the Expert Report of Jeffrey H. Kinrich, dated October 6, 2022, as "updated" October 17, 2022.

27. Attached hereto as **Exhibit 24 (filed under seal)** is a copy of the Supplemental Expert Report of Jeffrey H. Kinrich, dated November 30, 2022.

28. Attached hereto as **Exhibit 25 (filed under seal)** is a copy of the Supplemental Expert Report of Shirley Webster, dated December 13, 2022.

29. Attached hereto as **Exhibit 26 (filed under seal)** is a copy of an email from Mark Kachner, counsel for Plaintiffs, to Nina Garcia, counsel for Apple, dated December 11, 2022.

30. Attached hereto as **Exhibit 27 (filed under seal)** is a copy of an email from Kendall Loebbaka, counsel for Plaintiffs, to counsel for Apple, dated December 15, 2022.

31. Attached hereto as **Exhibit 28 (filed under seal)** is a copy of the transcript of the deposition of Vijay K. Madisetti, Ph.D., dated December 8, 2022.

32. Attached hereto as **Exhibit 29 (filed under seal)** is a copy of the transcript of the deposition of Vijay K. Madisetti, Ph.D., dated December 9, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of December 2022.

By: _____
Nora Passamaneck

Passamaneck Decl. In Support Of Apple's Mot. For Partial S.J. On Plaintiffs' Trade Secret Claim And Lost Profits

4

Case No. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP