# EXHIBIT 7

Case 8:20-cv-00048-JVS-JDE   Document 1083-10   Filed 12/19/22   Page 2 of 4   Page ID #:74625

IEEE TRANSACTIONS ON BIOMEDICAL ENGINEERING, VOL. 36, NO. 6, JUNE 1989

625

# Communications

## An *In Vitro* Tissue Model for Evaluating the Effect of Carboxyhemoglobin Concentration on Pulse Oximetry

YITZHAK MENDELSON AND JOEL C. KENT

*Abstract*—An *in vitro* tissue model was developed for specific application to noninvasive transmittance pulse oximetry. The model was used to assess the effect of variations in carboxyhemoglobin concentration on noninvasive measurements of arterial hemoglobin oxygen saturation. The predictive nature of this model is important for a better understanding of the limitation of pulse oximetry and for the improved design of pulse oximeters.

### I. INTRODUCTION

Arterial hemoglobin oxygen saturation ($SaO_2$) measurement by pulse oximeters is obtained by analyzing changes in the absorption of red (e.g., 660 nm) and infrared (e.g., 930 nm) light produced by arterial blood pulsation in a vascular bed [1]–[3].

While several investigators have found good correlation between pulse oximeter readings ($SpO_2$)[1] and $SaO_2$ measured directly from samples of arterial blood [4]–[6], others noticed inaccuracies which were caused by the intravenous administration of exogenous dyes [7], [8], elevated levels of carboxyhemoglobin (HbCO) [9] and methemoglobin [10] and the interference from infrared heat lamps [11].

Although the effect of physiological variables on pulse oximetry may be assessed from *in vivo* studies, it must be realized that accurate and reproducible *in vivo* studies under controlled physiological conditions are difficult to obtain and often not ethical. To date, relatively few systematic studies have been published describing in detail the quantitative effect of variations in physiological conditions on pulse oximetry. Therefore, the primary objective of this work was to develop a simple *in vitro* device which can be used to test noninvasive pulse oximeters. The model is of considerable practical utility because it enables to quantitatively predict how variations in physiological variables such as HbCO can affect noninvasive measurement of $SaO_2$.

### II. METHODS

#### A. Tissue Model

The complicated interaction of light with biological media cannot be simulated in great detail. Therefore, our goal was not to model the exact anatomical configuration of a vascular tissue bed but rather to simulate the relevant optical properties of tissue with specific application to pulse oximetry.

In developing the tissue model several criteria had to be considered: 1) the optical properties of the tissue model must be similar to that of biological tissue, 2) the material used to construct the

[1] Notation based upon nomenclature recommended by J. P. Payne and J. W. Severinghaus in their book, *Pulse Oximetry*. New York: Springer-Verlag, 1986.

Manuscript received September 28, 1987; revised October 31, 1988. This work was supported in part by grants from the Datascope Corporation and the Whitaker, W. M. Keck, Surdna Foundations.

The authors are with the Department of Biomedical Engineering, Worcester Polytechnic Institute, Worcester, MA 01609.

IEEE Log Number 8826264.



Fig. 1. Schematic representation of the tissue model.

model must be flexible enough to simulate arterial pulsations which are similar in size and shape to real photoplethysmograms, 3) the material must be biocompatible, and 4) the ratio of whole blood/tissue volume in the tissue model must be comparable to that of real tissue.

The tissue model, as depicted in Fig. 1, consists of a 1.25 × 1.25 × 10.0 cm mold constructed of semitransparent Dow Corning silicone elastomer (MDX-4-4210). To simulate the color appearance of lightly pigmented Caucasian skin, the silicone elastomer was mixed with a flesh colored pigment (Fe-Mg-$TiO_2$) which was previously dispersed in silicone. A medical grade silicone elastomer was chosen because it has been widely used in biomedical applications for designing various encapsulants. Before the curing agent was added, the mixture was deaerated by exposure to a 30 mmHg vacuum for 10 min. In order to structurally support the finger mold, two special plexiglass endpieces were fitted to the silastic mold on both sides.

Blood is pumped through 15 symmetrically distributed conduits (diameter 0.5 mm) in the molded silicone. A blood/tissue ratio of approximately 2.0 percent was used based on the average ratio of blood/tissue volumes for a tissue bed as reported by Burch [12].

The optical properties of the tissue model causes the incident light from the LED's in the pulse oximeter sensor to be diffusely scattered and partially absorbed before reaching the photodetector. The sensor of a Nellcor N-100 (Nellcor Inc., Hayward, CA pulse oximeter was attached across the tissue model similar to the way a pulse oximeter sensor is normally attached to a peripheral vascular tissue bed.

#### B. Blood Preparation

Outdated packed red blood cells and plasma from adult subjects were obtained from a local Red Cross blood bank. The packed cells were suspended in the plasma to obtain a hematocrit of approximately 41 percent. The blood was thoroughly mixed and then filtered through a transfusion filter set in order to remove microaggregates. The pH of the blood was adjusted to 7.4 $-/+$ 0.1 by the addition of isotonic sodium bicarbonate.

#### C. Experimental Setup

To compare $SpO_2$ readings from the pulse oximeter against blood $SaO_2$ we developed an *in vitro* setup for pumping whole blood through the tissue model [13]. The setup, which is illustrated in Fig. 2, consists of three parts: a Harvard Apparatus Model 1405 pulsatile blood pump (Harvard Apparatus Company, South Natick, MA), a 120 ml capacity temperature-controlled disk oxygenator, and the silastic tissue model. The Instrumentation Laboratory IL 282 CO-Oximeter (Instrumentation Laboratory Inc., Lexington, MA), which is commonly used for calibrating pulse oximeters, was used to analyze the blood samples.

0018-9294/89/0600-0625$01.00 © 1989 IEEE

Authorized licensed use limited to: Kansas State University. Downloaded on September 06,2022 at 02:08:00 UTC from IEEE Xplore. Restrictions apply.

APL-MAS_03029663

Exhibit 7
Page 1



Fig. 2. The *in vitro* setup for circulating whole blood through the tissue model.



Fig. 3. Comparison between the Nellcor pulse oximeter measurements and blood $SaO_2$ for simulated normal physiological conditions. The solid line is the linear regression line for the data set. The dashed line indicates identity.



Fig. 4. Comparison between the Nellcor pulse oximeter measurements and blood $SaO_2$ for normal (1.5 percent) and abnormal (5.1 and 10.6 percent) HbCO concentrations. The dashed line indicates identity.

Blood is pumped in a close loop through the disk oxygenator and the tissue model. The stroke volume of the pulsatile blood pump was adjusted to produce a photoplethysmographic waveform similar in size to that measured by the same pulse oximeter from an average size human finger. The stroke rate of the pump was set at 70 strokes/min. The blood pump produced a fixed pulsatile phase of 35 percent systole and 65 percent diastole.

The disk oxygenator consists of 10 plexiglass disks (dimensions of each disk: 6.5 cm diam × 2 mm thick) mounted on a stainless steel shaft which is connected to a motor rotating at a rate of 60 RPM. The disks are mounted inside a 7.5 cm diam × 10 cm stainless steel tube. A second plexiglass tube (12 cm diam × 10 cm) was used as a reservoir for circulating thermostated water outside the blood reservoir in the oxygenator. The temperature of the circulating blood was maintained at 37° −/+ 0.5°C.

The blood was first deoxygenated and allowed to reach a steady saturation level of approximately 20 percent as measured by the IL-282 CO-Oximeter. This was achieved by passing a mixture of 95 percent $N_2$—5 percent $CO_2$ gas through the upper air compartment of the disk oxygenator. After the blood was desaturated, the gas inlet of the oxygenator was disconnected and the blood was exposed to room air for brief periods in order to gradually oxygenate the blood. Readings from the Nellcor pulse oximeter were recorded periodically when the $SpO_2$ readings remained stable for at least 3 min. Measurements displayed by the Nellcor pulse oximeter were compared simultaneously against blood samples withdrawn from a sampling port next to the inlet of the tissue model. Each blood sample was immediately analyzed by the IL-282 CO-Oximeter.

### III. EXPERIMENTAL RESULTS

The physiological parameters simulated by this model were selected based on practical reasons since they represent clinical conditions associated with carbon monoxide poisoning.

The experimental results were summarized by comparing the Nellcor $SpO_2$ readings obtained from a series of baseline experiments simulating normal physiological conditions with $SpO_2$ values representing the abnormal condition. The mean differences between the two sets of $SpO_2$ readings were used to assess the effect of the perturbed variable on the $SpO_2$ measurement.

*A. Baseline Experiments*

To assess the validity of the *in vitro* tissue model, we first compared $SpO_2$ and $SaO_2$ by simulating normal physiological conditions. These conditions are based on an average hematocrit of 41 and 1.5 percent HbCO. The results of these experiments are plotted in Fig. 3. A total of 227 blood samples from 10 different whole blood units ranging in saturation from approximately 25 to 98 percent were analyzed. The statistical analysis of this set of data produced a linear regression line represented by the equation: $SpO_2 = 0.82 + 15.98 (SaO_2)$; $r = 0.99$, SEE $= 1.47$, $p < 0.001$.

*B. Variations in HbCO Concentration*

Carbon monoxide is a normal product of hemoglobin catabolism in the body. The quantity of HbCO in the blood in normal subjects is below 2 percent. In smokers, however, the level of HbCO may rise above 10 percent [14].

To assess the error in $SpO_2$ due to elevated levels of HbCO, we performed a series of eight experiments in which we increased the HbCO in the blood from its normal value of 1.5 percent to an average level of 5.1 and 10.6 percent. Blood HbCO was adjusted by adding a 10 percent $CO$/5 percent $CO_2$/85 percent $N_2$ gas mixture to the gas compartment of the disk oxygenator. The exact level of HbCO in the blood was determined from the IL-282 CO-Oximeter. The result of these simulations are plotted in Fig. 4. Statistical analysis of these data sets produced linear regression equations of $SpO_2 = 0.86 + 14.6 (SaO_2)$; $N = 96$, $r = 0.99$, SEE $= 1.55$, $p < 0.001$, and $SpO_2 = 0.95 + 11.75 (SaO_2)$; $N = 96$, $r = 0.99$, SEE $= 1.34$, $p < 0.001$ for the 5.1 percent and 10.6 percent HbCO

Authorized licensed use limited to: Kansas State University. Downloaded on September 06,2022 at 02:08:00 UTC from IEEE Xplore. Restrictions apply.





Fig. 5. Mean deviations in $SpO_2$ from IL-282 $SaO_2$ (a) and baseline $SpO_2$ (b) for blood samples containing 1.5, 5.1, and 10.6 percent HbCO.

levels, respectively. As indicated by these regression equations and the mean deviations in $SpO_2$ from the IL-282 $SaO_2$ and baseline $SpO_2$ values (Fig. 5), an increase in HbCO resulted in an overestimation of $SpO_2$ for values above 40 percent.

## IV. DISCUSSION

The major motivation for this *in vitro* study has been the inherent limitations of simple *in vivo* methods for evaluating the accuracy of pulse oximeters. Some manufacturers of pulse oximeters provide an electronic simulator that injects an artificial photoplethysmographic pulse to simulate the output from the optical sensor. This pulse is used to check the integrity of the electronic circuitry in the oximeter. Although this approach is in general adequate for testing the electronics, the technique can not be used to quantitate the accuracy of a pulse oximeter under different physiological conditions.

Shimada *et al.* [15] devised a pulsating optical cuvette which is made of a rigid glass disk and a stainless steel disk with a center hole covered with a flexible glass window. The two disks are spaced 3 mm apart. The cuvette is filled with whole blood through a syringe. Cyclic variations of $+/-$ 0.25 mm in the light path are obtained by a rotating wheel which displaces the plunger of the syringe. The tissue model described here is different from the model described by Shimada in the following respects. First, our approach enables continuous circulation of whole blood at different $SaO_2$ levels. Second, the model simulates the propagation of light through a diffusely scattering medium which is composed of whole blood and a blood-free tissue component.

Pulse oximeters perform spectrophotometric measurements in the visible region based on a single red wavelength. Since the specific optical absorption coefficient of HbCO for a red wavelength of 660 nm (0.040 $\mu m^2$) is comparable in magnitude to that of $HbO_2$ (0.046 $\mu m^2$) [16], the presence of elevated HbCO levels in the blood will cause a decrease in the size of the red photoplethysmogram. Furthermore, since the absorption coefficient of HbCO in the infrared waveband between 920-970 nm is negligible, abnormally high levels of HbCO will cause an overestimation in $SpO_2$ measurement.

Despite its usefulness, the tissue model is not without limitations. For example, further improvement of this model could include a venous blood compartment in addition to the present single arterial blood compartment.

Although the regression lines obtained from the tissue model are different from the line of identity, it is clearly evident that this *in vitro* tissue model allows controlled and reproducible measurement of $SpO_2$ using a pulse oximeter. Furthermore, despite the ability to simulate the optical properties of tissue, the quantitative extrapolation of the errors measured in this *in vitro* study and the use of this model for the calibration of pulse oximeters should not be considered a replacement of *in vivo* studies.

The model developed is also potentially useful for assessing the effect of other physiological and physical variables such as blood hematocrit, methemoglobin concentration, arterial blood pulsations, blood temperature, and variations in the peak emission wavelengths of the LED's in the optical sensor on the accuracy of noninvasive pulse oximeters.

## REFERENCES

[1] I. Yoshiya, Y. Shimada, and K. Tanaka, "Spectrophotometric monitoring of arterial oxygen saturation in the fingertip," *Med. Biol. Eng. Comput.*, vol. 18, pp. 27-32, 1980.

[2] I. Yohsiya and Y. Shimada, "Noninvasive spectrophotometric estimation of arterial oxygen saturation," in *Noninvasive Physiological Measurements, Vol. 2*, P. Rolfe, Ed. New York: Academic, 1983, pp. 251-286.

[3] M. Yelderman and J. Corenman, "Real time oximetry," in *Computing in Anesthesia and Intensive Care*, O. Prakash, S. H. Mey, and R. W. Patterson, Eds. Martinus Nijhoff, 1983, pp. 328-341.

[4] F. G. Mihm and B. D. Halperin, "Noninvasive detection of profound arterial desaturation using a pulse oximetry device," *Anesthesiol.*, vol. 62, pp. 85-87, 1985.

[5] M. Yelderman and W. New, "Evaluation of pulse oximetry," *Anesthesiol.*, vol. 59, pp. 349-352, 1983.

[6] N. Macenzie, "Comparison of a pulse oximeter with an ear oximeter and an *in vitro* oximeter," *J. Clin. Monit.*, vol. 1, pp. 156-160, 1985.

[7] M. S. Scheller, R. J. Unger, and M. J. Kelner, "Effect of intravenously administered dyes on pulse oximetry readings," *Anesthesiol.*, vol. 65, no. 5, pp. 550-552, 1986.

[8] M. R. Kessler, T. Eide, B. Humayun, and P. J. Poppers, "Spurious pulse oximeter desaturation with methylene blue injection," *Anesthesiol.*, vol. 65, pp. 435-436, 1986.

[9] S. J. Barker and K. K. Tremper, "The effect of carbon monoxide inhalation on pulse oximetry and transcutaneous $PO_2$," *Anesthesiol.*, vol. 66, pp. 677-679, 1987.

[10] S. J. Barker, K. K. Tremper, J. Hyatt, and B. S. Zaccari, "Effects of methemoglobinemia on pulse oximetry and mixed venous oximetry," *Anesthesiol.*, vol. 67, p. A171, 1987.

[11] D. Brooks, D. A. Paulus, and W. E. Winkle, "Infrared heat lamps interfere with pulse oximeters," *Anesthesiol.*, vol. 61, p. 630, 1984.

[12] G. E. Burch, *Digital Plethysmography*. New York: Grove and Stratton, 1954.

[13] J. C. Kent, "An experimental and theoretical model for transmission pulse oximetry," M.S. thesis, Biomedical Engineering Program, Worcester Polytechnic Institute, Worcester, MA, 1987.

[14] R. D. Stewart, E. D. Baretta, L. R. Platte, E. B. Stewart, J. H. Kalbfleisch, B. V. Yserloo, and A. A. Rimm, "Carboxyhemoglobin levels in american blood donors," *JAMA*, vol. 229, no. 9, pp. 1187-1195, 1974.

[15] Y. Shimada, I. Yoshiya, N. Oka, and K. Hamaguri, "Effects of multiple scattering and peripheral circulation on arterial oxygen saturation measured with a pulse-type oximeter," *Med. Biol. Eng. Comput.*, vol. 22, pp. 475-478, 1984.

[16] O. W. Van Assendelft, "Spectrophotometry of haemoglobin derivatives," Royal Vangorcum Ltd., Assen, The Netherlands, 1970.

Authorized licensed use limited to: Kansas State University. Downloaded on September 06,2022 at 02:08:00 UTC from IEEE Xplore. Restrictions apply.

APL-MAS_03029665

Exhibit 7
Page 3