# EXHIBIT 16
# Redacted in its Entirety