# EXHIBIT 17
# Redacted in its Entirety