# EXHIBIT 18
# Redacted in its Entirety