# EXHIBIT 19
# Redacted in its Entirety