# EXHIBIT 20
Redacted in its Entirety