# EXHIBIT 21
# Redacted in its Entirety