# EXHIBIT 22
# Redacted in its Entirety