# EXHIBIT 23
# Redacted in its Entirety