# EXHIBIT 24
# Redacted in its Entirety