# EXHIBIT 25
# Redacted in its Entirety