# EXHIBIT 26
# Redacted in its Entirety