# EXHIBIT 27
# Redacted in its Entirety