# EXHIBIT 28
# Redacted in its Entirety