# EXHIBIT 29
Redacted in its Entirety