IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Motion for Partial Summary Judgment, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) Portions of the Memorandum in Support of Plaintiffs' Motion For Partial Summary Judgment;

(2) Portions of the Statement of Uncontroverted Facts and Conclusions of Law in Support of Plaintiffs' Motion For Partial Summary Judgment;

(3) Portions of the supporting Loebbaka Declaration;

(4) Exhibits 1-27, 29-33, 35, 39-68, and 70-72 to the Loebbaka Declaration; and

(5) The supporting declarations of Joe Kiani, Mohamed Diab, Bilal Muhsin, Gerry Hammarth, Tracy Miller, Jeroen Poeze, and Vijay Madisetti.

DATED: _____        _____

The Honorable James V. Selna
United States District Judge

56803378

-1-