# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

The Court, having considered Plaintiffs' Motion for Partial Summary Judgment, and having read the submissions of the parties and considered any arguments of counsel, and good cause appearing, **IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.
2. Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") are entitled to partial summary judgment as a matter of law that Apple misappropriated Masimo's Trade Secrets D-9 through D-15.

**IT IS SO ORDERED.**

Dated:_____        _____
                                Hon. James V. Selna
                                United States District Judge

56826266