prJoseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Baraa Kahf (Bar No. 261144)
baraa.Kahf@knobbe.com
Justin J. Gillett (Bar No. 298150)
justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearances continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF KENDALL M. LOEBBAKA IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:     February 6, 2023<br>Time:     1:30 p.m.<br>Location: Courtroom 10C<br><br>**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL** |

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

I, Kendall M. Loebbaka, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and Counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this Declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in support of Masimo's Motion for Partial Summary Judgment.

2. Attached hereto as **Exhibit 1 [filed under seal]** is a true and correct copy of an email from Marcelo Lamego to Joe Kiani dated July 21, 2006, bearing Bates Number MASA00335690 kept in the ordinary course of business and produced by Plaintiffs in this case.

3. Attached hereto as **Exhibit 2 [filed under seal]** is a true and correct copy of an email chain culminating in an email from Joe Kiani to Marcelo Lamego dated September 28, 2013, bearing Bates Numbers MASA03363032-033 kept in the ordinary course of business and produced by Plaintiffs in this case.

4. Attached hereto as **Exhibit 3 [filed under seal]** is a true and correct copy of Masimo Corp.'s Information Security Policy, bearing Bates Numbers MASA00075021-39 kept in the ordinary course of business and produced by Plaintiffs in this case.

5. Attached hereto as **Exhibit 4 [filed under seal]** is a true and correct copy of Masimo Corp.'s Information Technology Training Policy & Procedure, bearing Bates Numbers MASA03374156-157 kept in the ordinary course of business and produced by Plaintiffs in this case.

6. Attached hereto as **Exhibit 5 [filed under seal]** is a true and correct copy of Masimo Corp.'s Server Security Policy, bearing Bates Numbers MASA00204597-600 kept in the ordinary course of business and produced by Plaintiffs in this case.

7. Attached hereto as **Exhibit 6 [filed under seal]** is a true and correct copy of Masimo Corp.'s Computer Equipment Acceptable Use Policy, bearing Bates Numbers MASA00092077-80 kept in the ordinary course of business and produced by Plaintiffs in this case.

8. Attached hereto as **Exhibit 7 [filed under seal]** is a true and correct copy of Masimo Corp.'s Email Use Policy bearing Bates Numbers MASA03252227-29 kept in the ordinary course of business and produced by Plaintiffs in this case.

9. Attached hereto as **Exhibit 8 [filed under seal]** is a true and correct copy of Jereon Poeze's lab notebook, bearing Bates Numbers MASA00086899-972 kept in the ordinary course of business and produced by Plaintiffs in this case.

10. Attached hereto as **Exhibit 9 [filed under seal]** is a true and correct copy of Marcelo Lamego's Masimo Corporation Employee Confidentiality Agreement, executed June 26, 2000, bearing Bates Numbers MASA00085602-608 kept in the ordinary course of business and produced by Plaintiffs in this case.

11. Attached hereto as **Exhibit 10 [filed under seal]** is a true and correct copy of Marcelo Lamego's Masimo Corporation Employee Confidentiality Agreement, executed January 28, 2003, bearing Bates Numbers MASA00123290-293 kept in the ordinary course of business and produced by Plaintiffs in this case.

12. Attached hereto as **Exhibit 11 [filed under seal]** is a true and correct copy of Marcelo Lamego's Masimo Employee Confidentiality Agreement, executed January 31, 2005, bearing Bates Numbers MASA00085613-616 kept in the ordinary course of business and produced by Plaintiffs in this case.

13. Attached hereto as **Exhibit 12 [filed under seal]** is a true and correct copy of the Amended and Restated Cross-licensing Agreement between Masimo Laboratories and Masimo Corporation, effective January 1, 2007, bearing Bates Numbers MASA0081231-272 kept in the ordinary course of business and produced by Plaintiffs in this case.

14. Attached hereto as **Exhibit 13 [filed under seal]** is a true and correct copy of Marcelo Lamego's Masimo Labs Employee Confidentiality Agreement, executed May 19, 2009, bearing Bates Numbers MASA00139543-546 kept in the ordinary course of business and produced by Plaintiffs in this case.

15. Attached hereto as **Exhibit 14 [filed under seal]** is a true and correct copy of Cercacor Code of Business Conduct and Ethics, bearing Bates Numbers MASA00204532-544 kept in the ordinary course of business and produced by Plaintiffs in this case.

16. Attached hereto as **Exhibit 15 [filed under seal]** is a true and correct copy of Masimo Labs's Employee Handbook 2009, bearing Bates Numbers MASA00131518-565 kept in the ordinary course of business and produced by Plaintiffs in this case.

17. Attached hereto as **Exhibit 16 [filed under seal]** is a true and correct copy of Marcelo Lamego's Employee Acknowledgement, signed January 21, 2014, bearing Bates Number MASA00123202 kept in the ordinary course of business and produced by Plaintiffs in this case.

18. Attached hereto as **Exhibit 17 [filed under seal]** is a true and correct copy of the transcript of the deposition of Marcelo Lamego, taken on July 12, 2022 in this case.

19. Attached hereto as **Exhibit 18 [filed under seal]** is a true and correct copy of an email chain from Jesse Chen to Arun Panch, dated June 20, 2012, without attachments, bearing Bates Numbers MASA03583636-637 kept in the ordinary course of business and produced by Plaintiffs in this case.

20. Attached hereto as **Exhibit 19 [filed under seal]** is a true and correct copy of the transcript of the deposition of Steven Hotelling, taken on August 2, 2022 in this case.

1  21. Attached hereto as **Exhibit 20 [filed under seal]** is a true and correct copy of an email ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ produced by Apple in this case bearing Bates Numbers APL-MAS_00403772-784, marked as Deposition Exhibit 259.

22. Attached hereto as **Exhibit 21 [filed under seal]** is a true and correct of an ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ produced by Apple in this case bearing Bates Numbers APL-MAS_00434185-199.

23. Attached hereto as **Exhibit 22 [filed under seal]** is a true and correct copy of an email chain culminating in an email ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ produced by Apple bearing Bates Numbers APL-MAS_00909102-134, marked Deposition Exhibit No. 260.

24. Attached hereto as **Exhibit 23 [filed under seal]** is a true and correct copy of an email chain culminating in an email ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ bearing Bates Numbers MASA00085626-628 kept in the ordinary course of business and produced by Plaintiffs in this case.

25. Attached hereto as **Exhibit 24 [filed under seal]** is a true and correct copy of an email chain culminating in an email ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ produced by Apple in this case bearing Bates Numbers APL-MAS_00433706-710.

26. Attached hereto as **Exhibit 25 [filed under seal]** is a true and correct copy of an email ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ produced by Apple in this case bearing Bates Number APL-MAS_00359911.

27. Attached hereto as **Exhibit 26 [filed under seal]** is a true and correct copy of an email chain culminating in an email ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ produced by Apple in this case bearing Bates Numbers APL-MAS_00433808-810.

1    28.    Attached hereto as **Exhibit 27 [filed under seal]** is a true and correct copy of the transcript of the deposition of Michael O'Reilly, taken on September 22, 2022 in this case.

       29.    Attached hereto as **Exhibit 28** is a true and correct copy of an email chain culminating in an email from Marcelo Lamego to Tim Cook, dated October 2, 2013, marked as Deposition Exhibit No. 5.

       30.    Attached hereto as **Exhibit 29 [filed under seal]** is a true and correct copy of an email chain culminating in an email ▊▊▊▊▊▊▊▊▊▊▊ produced by Apple in this case bearing Bates Numbers APL-MAS_00332007-010.

       31.    Attached hereto as **Exhibit 30 [filed under seal]** is a true and correct copy of an ▊▊▊▊▊▊▊▊▊▊▊ produced by Apple in this case bearing Bates Numbers APL-MAS_01853759-795.

       32.    Attached hereto as **Exhibit 31 [filed under seal]** is a true and correct copy of an email chain culminating in an email ▊▊▊▊▊▊▊▊▊▊▊, produced by Apple in this case bearing Bates Numbers APL-MAS_00359986-987.

       33.    Attached hereto as **Exhibit 32 [filed under seal]** is a true and correct copy of an email chain culminating in an email ▊▊▊▊▊▊▊▊▊▊▊ produced by Apple in *Masimo v. True Wearables*, Case No. 8:18-CV-02001-JVS-JDE, marked Exhibit No. 3418, and usable in this case pursuant to an agreement between Plaintiffs and Apple.

       34.    Attached hereto as **Exhibit 33 [filed under seal]** is a true and correct copy of excerpts of Defendant Apple Inc.'s Supplemental Objections and Responses to Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.'s Third Set of Interrogatories to Defendant Apple Inc. (Nos. 11-13), dated October 7, 2022.

35.     Attached hereto as **Exhibit 34** is a true and correct copy of a letter from Steve Jensen to Tim Cook, dated January 24, 2014, bearing Bates Numbers MASA03049141-42 kept in the ordinary course of business and produced by Plaintiffs in this case.

36.     Attached hereto as **Exhibit 35 [filed under seal]** is a true and correct copy of an email chain culminating in an email ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ produced by Apple in this case bearing Bates Numbers APL-MAS_00574531-542.

37.     Attached hereto as **Exhibit 36** is a true and correct copy of U.S. Patent Provisional Application No. 62/047,818, filed September 9, 2014, bearing Bates Numbers MASA03238794-836 produced by Plaintiffs in this case.

38.     Attached hereto as **Exhibit 37** is a true and correct copy of the file history of U.S. Patent Application No. 14/621,268, filed February 12, 2015, issued as U.S. Patent No. 10,219,754, bearing Bates Numbers MASA00086613-881 produced by Plaintiffs in this case.

39.     Attached hereto as **Exhibit 38** is a true and correct copy of U.S. Patent No. 10,219,754, issued on March 5, 2019, bearing Bates Numbers MASA00086882-898 produced by Plaintiffs in this case.

40.     Attached hereto as **Exhibit 39 [filed under seal]** is a true and correct copy of the transcript of the deposition of Walter M. Weber, taken on August 26, 2022 in this case.

41.     Attached hereto as **Exhibit 40 [filed under seal]** is a true and correct copy of an email from Joe Kiani to a Masimo listserv email address, dated February 9, 2007, bearing Bates Number MASA03374353 kept in the ordinary course of business and provided by Plaintiffs in this case.

42.     Attached hereto as **Exhibit 41 [filed under seal]** is a true and correct copy of the transcript of the deposition of Tracy Miller, taken on June 16, 2022 in this case.

1  43.  Attached hereto as **Exhibit 42 [filed under seal]** is a true and correct copy of the transcript of the deposition of Germain Hammarth, taken on July 26, 2022 in this case.

44.  Attached hereto as **Exhibit 43 [filed under seal]** is a true and correct copy of an email chain culminating in an email from Arun Panch to Marcelo Lamego, et al., dated August 15, 2012, bearing Bates Numbers MASA03363036-039 kept in the ordinary course of business and provided by Plaintiffs in this case.

45.  Attached hereto as **Exhibit 44 [filed under seal]** is a true and correct copy of an email ███████████████████████████████████████████ ███████ produced by Apple in this case bearing Bates Numbers APL-MAS_00180664-679, marked Deposition Exhibit No. 142.

46.  Attached hereto as **Exhibit 45 [filed under seal]** is a true and correct copy of an email ███████████████████████████████████████████ ███████████ produced by Apple in this case bearing Bates Numbers APL-MAS_00430169-170.

47.  Attached hereto as **Exhibit 46 [filed under seal]** is a true and correct copy of an email chain culminating in an email ███████████████████████ ███████████ produced by Apple in this case bearing Bates Numbers APL-MAS_00239728-733.

48.  Attached hereto as **Exhibit 47 [filed under seal]** is a true and correct copy of a ████████████████████████████████████████████████████ produced by Apple in this case bearing Bates Numbers APL-MAS_03081499.

49.  Attached hereto as **Exhibit 48 [filed under seal]** is a true and correct copy of ██████████████████████████████████████████ produced by Apple in this case bearing Bates Numbers APL-MAS_01890890-891, marked Deposition Exhibit No. 14.

50. Attached hereto as **Exhibit 49 [filed under seal]** is a true and correct copy of an email ███████████ ███████████████ produced by Apple in this case bearing Bates Numbers APL-MAS_00241566-568, marked Deposition Exhibit No. 143.

51. Attached hereto as **Exhibit 50 [filed under seal]** is a true and correct copy of an ████████████████████████████████████████ ████████████████████████████ project produced by Apple in this case bearing Bates Numbers APL-MAS_01875995-998.

52. Attached hereto as **Exhibit 51 [filed under seal]** is a true and correct copy of an ███████████████████ produced by Apple in this case bearing Bates Numbers APL-MAS_01876011-012, marked Exhibit No. 267.

53. Attached hereto as **Exhibit 52 [filed under seal]** is a true and correct copy of an email ████████████████████████████████████████ ██████ produced by Apple in this case bearing Bates Number APL-MAS_03081519.

54. Attached hereto as **Exhibit 53 [filed under seal]** is a true and correct copy of an email ████████████████████████████████████████ ██████ produced by Apple in this case bearing Bates Number APL-MAS_03081548.

55. Attached hereto as **Exhibit 54 [filed under seal]** is a true and correct copy of an email ████████████████████████████████████████ ████████ produced by Apple in this casebearing Bates Number APL-MAS_00430266.

56. Attached hereto as **Exhibit 55 [filed under seal]** is a true and correct copy of an email ████████████████████████████████████████ ██████ produced by Apple in this case bearing Bates Numbers APL-MAS_00240437-442.

57. Attached hereto as **Exhibit 56 [filed under seal]** is a true and correct copy of an email chain culminating in an email ████████████████████

1  ███████████████ produced by Apple in this case bearing Bates Numbers APL-
2  MAS_00239962-964.

3      58.  Attached hereto as **Exhibit 57 [filed under seal]** is a true and correct copy
4  of an email chain culminating in an email ████████████████████████████████
5  ████████████████████████████████ produced by Apple in this case bearing Bates
6  Numbers APL-MAS_01216557-560.

7      59.  Attached hereto as **Exhibit 58 [filed under seal]** is a true and correct copy
8  of an email ████████████████████████████████████████████ produced by
9  Apple in this case bearing Bates Numbers APL-MAS_00310721-722, marked
10 Deposition Exhibit No. 161.

11     60.  Attached hereto as **Exhibit 59 [filed under seal]** is a true and correct copy
12 of an email ██████████████████████████████████████ produced by Apple
13 in this case bearing Bates Numbers APL-MAS_00380415-417.

14     61.  Attached hereto as **Exhibit 60 [filed under seal]** is a true and correct copy
15 of an email chain culminating in an email ████████████████████████████████
16 ████████████████████████████ produced by Apple in this case bearing Bates
17 Numbers APL-MAS_00180415-447, marked Deposition Exhibit No. 162.

18     62.  Attached hereto as **Exhibit 61 [filed under seal]** is a true and correct copy
19 of the transcript of the deposition of Stephen Waydo, taken on August 11, 2022 in this
20 case.

21     63.  Attached hereto as **Exhibit 62 [filed under seal]** is a true and correct copy
22 of an ████████████████████████████████████████████████████████████
23 ████████████ produced by Apple in this case bearing Bates Numbers APL-
24 MAS_01974842-846.

25     64.  Attached hereto as **Exhibit 63 [filed under seal]** is a true and correct copy
26 of an ████████████████████████████████████████████████████████████

-9-

1    ▮▮▮▮▮▮▮▮ produced by Apple in this case bearing Bates Numbers APL-
2    MAS_01975388-392.

3    65. Attached hereto as **Exhibit 64 [filed under seal]** is a true and correct copy
4    of an email ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ produced
5    by Apple in this case bearing Bates Number APL-MAS_00710210, marked Deposition
6    Exhibit No. 239.

7    66. Attached hereto as **Exhibit 65 [filed under seal]** is a true and correct copy
8    of an email ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ produced by Apple
9    in this case bearing Bates Numbers APL-MAS_00498535-36, marked Deposition
10   Exhibit No. 238.

11   67. Attached hereto as **Exhibit 66 [filed under seal]** is a true and correct copy
12   of excerpts of Defendant Apple Inc.'s Supplemental Objections and Responses to
13   Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.'s Fourth Set of
14   Interrogatories to Defendant Apple Inc. (Nos. 14-16), dated October 7, 2022.

15   68. Attached hereto as **Exhibit 67 [filed under seal]** is a true and correct copy
16   listing Masimo's Trade Secrets at issue in this motion.

17   69. Attached hereto as **Exhibit 68 [filed under seal]** is a true and correct copy
18   of excerpts from Masimo laboratory notebooks from 2003-2005 kept in the ordinary
19   course of business and produced by Plaintiffs in this case.

20   70. Attached hereto as **Exhibit 69** is a true and correct copy of excerpts of a
21   Masimo webpage regarding its 2012 Press Releases, captured on March 3, 2014, bearing
22   Bates Numbers MASA11073197-203 kept in the ordinary course of business on
23   Masimo's webpage in 2014 and produced by Plaintiffs in this case.

24   71. Attached hereto as **Exhibit 70 [filed under seal]** is a true and correct copy
25   of an email ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
26   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ produced by Apple in this case bearing Bates Number APL-
27   MAS_01831295.

28

72. Attached hereto as **Exhibit 71 [filed under seal]** is a true and correct copy of an email ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ bearing Bates Numbers MASA03046494 and MASA03046497-1 to 97-2.

73. Attached hereto as **Exhibit 72 [filed under seal]** is a true and correct copy of an email chain culminating in an email ▊▊▊▊▊▊▊▊▊▊▊▊ bearing Bates Numbers MASA03583894-896 kept in the ordinary course of business and produced by Plaintiffs in this case.

74. Attached hereto as **Exhibit 73** is the curriculum vitae of Vijay Madisetti, Ph.D.

75. Attached hereto as **Exhibit 74** is the Pronto-7 Operator's Manual, bearing Bates Numbers MASA00014687-736 kept in the ordinary course of business and produced by Plaintiffs in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 19, 2022, at Irvine, California.

                                         */s/ Kendall M. Loebbaka*
                                         Kendall M. Loebbaka

56731004