# EXHIBIT 69

Masimo - Current News Page 1 of 90



Masimo - Current News                                                   Page 2 of 90





| Date | Headline |
|---|---|
| 08/01/2012 | Masimo Enters Noninvasive Multigas Monitoring, including Capnography, with Acquisition of PHASEIN |
| 07/26/2012 | New Study Reveals Wide Variation in Blood Transfusion Practices During Surgery |
| 07/23/2012 | Masimo Signs Pulse Oximetry Distribution Deal with MWI Veterinary Supply |
| 07/18/2012 | Masimo to Report Second Quarter 2012 Financial Results after Market Close on August 1 |
| 07/17/2012 | Pulse Oximetry Screening Hailed as the 'New Milestone' to Combat Critical Congenital Heart Disease - Signal Extraction Technology Leading the Way in Large, Independent Clinical Studies |
| 07/09/2012 | New Study Affirms Masimo rainbow® Pulse CO-Oximetry™ Accuracy for Noninvasive Carboxyhemoglobin and Methemoglobin Measurements |
| 07/03/2012 | U.S. Medical Material Enterprise Standardization Office Selects Masimo Rad-57™ Handheld Pulse CO-Oximeter as Joint Product of Choice |
| 07/02/2012 | Masimo Signs Pronto-7™ Distribution Deal with PSS World Medical |
| 06/25/2012 | New Study Shows Masimo SET® Pulse Oximetry Outperforms Competing Technologies |
| 06/21/2012 | New Study Shows Masimo rainbow® Pulse CO-Oximetry™ Speeds Evaluation & Treatment of Carbon Monoxide Poisoning |
| 06/18/2012 | Anesthesia Patient Safety Foundation Publishes Expanded Dartmouth Hitchcock Medical Center Results with Post-Surgical Monitoring Using Masimo SET® and Patient SafetyNet™ |
| 06/13/2012 | Masimo Signs Pronto-7™ Distribution Deal with Henry Schein |
| 06/11/2012 | United Kingdom's National Health Service Includes Masimo Pleth Variability Index® as "High Impact Innovation" for Intra Operative Fluid Management |
| 06/08/2012 | Masimo CEO Joe Kiani Named Ernst & Young Entrepreneur of the Year |
| 06/04/2012 | Premier Healthcare Renews Supplier Agreement with Masimo |
| 05/31/2012 | Masimo 2012 Radical-7® and Pronto-7™ Shine at Nursing Expo |
| 05/29/2012 | Masimo to Present at William Blair & Company 32nd Annual Growth Stock Conference |
| 05/17/2012 | First Published Study on Masimo Acoustic Respiration Rate Demonstrates Significantly Higher Patient Tolerance and Similar Accuracy Compared to Capnometry in Post-Surgical Patients |
| 05/08/2012 | Masimo Joins Summer Jobs+ Program, Offering Paid Internships, Free Workshops |
| 05/08/2012 | Ospedale Valduce and Masimo Announce Italy's First Installation of Masimo Patient SafetyNet™ |
| 05/03/2012 | Novation Inks Supplier Contract Category Agreement for Masimo SET® pulse oximetry and rainbow® SET Pulse CO-Oximetry™ |
| 05/02/2012 | Masimo Reports First Quarter 2012 Financial Results |
| 04/26/2012 | Masimo to Present at Deutsche Bank Securities 37th Annual Health Care Conference |
| 04/25/2012 | Masimo Announces New Low-Profile Infant and Neonatal Pulse Oximetry Sensors |
| 04/23/2012 | Essential Medical Dismisses Patent Case against Masimo and Cercacor |
| 04/19/2012 | New Study Shows Masimo's Noninvasive Pleth Variability Index Provides Similar Ability to Assess Fluid Responsiveness During Surgery as More Costly and Invasive Method |
| 04/18/2012 | Masimo to Report First Quarter 2012 Financial Results after Market Close on May 2 |
| 04/12/2012 | Masimo Pronto-7™ Receives China and South Korea Regulatory Clearances |
| 04/02/2012 | Fortis Healthcare Signs Agreement Giving India's Fastest-Growing Hospital Chain Access to Masimo's State-of-the-Art Noninvasive Patient Monitoring Solutions |
| 03/26/2012 | Masimo Debuts 2012 Radical-7® at World Congress of Anaesthesiologists |
| 03/12/2012 | Masimo Acquires Assets of Spire Semiconductor to Advance Innovation, Speed Development, and Reduce Costs |
| 03/06/2012 | Sana Kliniken AG Signs Agreement with Masimo, Giving One of Germany's Largest Private Hospital Networks Access to Masimo's Advanced Noninvasive Patient Monitoring Solutions |
| 02/27/2012 | Masimo to Present at 24th Annual ROTH Conference |
| 02/23/2012 | GE Healthcare Partners with Masimo to Incorporate rainbow® SET Technology with GE Patient Monitors |
| 02/14/2012 | Masimo Announces "Better Care" Program—A Hospital Risk-Share Program for Blood Transfusion Related Cost Reduction with |
| 02/14/2012 | Masimo Reports Fourth Quarter and Full Year 2011 Financial Results; Provides 2012 Financial Guidance |
| 01/26/2012 | Masimo to Report Fourth Quarter and Full Year 2011 Financial Results After Market Close on February 14, 2012 |
| 01/09/2012 | Masimo Announces FDA Clearance and Full Market Release of the New Pronto-7™ for Noninvasive Total Hemoglobin Spot-Check Measurement, Along with SpO2, Pulse Rate, and Perfusion Index |




**University of North Carolina Hospitals Standardizes to Masimo SET® Pulse Oximetry for Improved Patient Outcomes**
*Nationally Recognized Healthcare Organization Installs Masimo Patient SafetyNet™ for Advanced Patient Monitoring*

**Chapel Hill, North Carolina & Irvine, California – December 27, 2012** – Masimo (NASDAQ: MASI) today announced that the University of North Carolina Hospitals in Chapel Hill, ranked nationally in three adult and 10 pediatric specialties by *U.S. News & World Report* (2012-2013), has converted to Masimo SET® pulse oximetry, the standard-of-care at leading hospitals worldwide.

UNC Hospitals joins a growing list of nationally recognized health organizations using Masimo SET®, clinically shown to virtually eliminate false alarms[1] and help clinicians detect life-threatening events.[2] More than 100 independent clinical studies have confirmed that Masimo SET® technology allows clinicians to accurately monitor blood oxygen saturation in the most challenging conditions – helping to substantially contribute to improved patient outcomes.

"We had been using a competitor's pulse oximeter for many years, but I was very familiar with the data demonstrating the superior results of Masimo's technology," said Carolyn Viall Donohue, Associate Chief Nursing Officer and Associate Vice President at University of North Carolina Health Care System. "We were very excited to do a side-by-side comparison with Masimo on patients under anesthesia, and in the ICU and NICU. During the live trial, Masimo performed very well. While Masimo's pulse oximetry is price competitive, this is not just a money issue. Going with Masimo was an improvement in patient care for us."

She recollects an incident in late 2011. Two young boys were admitted to the burn unit with severe inhalation injuries. Their oxygen levels were low, and the staff were unable to maintain pulse oximeter readings on one of the boys. The hospital called a Masimo sales representative and requested a Masimo Radical-7® that the hospital was about to use in a trial of the product. "With the Masimo unit, we got readings on this child when we were not able to get readings from our current pulse oximeter equipment," Viall Donohue said. "The doctors and nurses didn't want to return the (Masimo) pulse oximeter. After this episode the director of respiratory therapy told me, 'I'm a believer in Masimo technology.'"

For 20 straight years, UNC Hospitals – which includes N.C. Memorial Hospital, N.C. Children's Hospital, N.C. Women's Hospital, N.C. Neurosciences Hospital, and N.C. Cancer Hospital – has been included in the *U.S. News & World Report* Best Hospitals list for multiple specialties. Only 3 percent of hospitals in the United States meet the *U.S. News* Best Hospitals criteria.

In keeping with its commitment to provide state-of-the-art patient care, UNC Hospitals also is installing Masimo Patient SafetyNet™, which can help ensure patient safety by noninvasively and continuously measuring and tracking a patient's underlying physiological conditions to assist clinicians in detecting changes or abnormalities that signal declining health status. If a patient's condition deteriorates, the system automatically sends wireless alerts directly to clinicians – prompting a potentially lifesaving response at the patient's bedside. Patient SafetyNet also has been clinically shown to reduce preventable and costly rescue events and transfers to intensive care units.[3]

"We are honored to be partners with UNC Hospitals, which has an impressive focus on patient empathy and a well-deserved reputation for providing stellar care," said Masimo founder and CEO Joe Kiani. "By comparing Masimo in side-by-side trials, UNC Hospitals demonstrated its ongoing and data-driven commitment to improving patient safety and care by embracing leading-edge technologies. We share this vision and mission, and look forward to working with UNC Hospitals now and well into the future."

[1] Shah N, Ragaswamy HB, Govindugari K, Estanol L "Performance of Three New-Generation Pulse Oximeters during Motion and Low Perfusion in Volunteers". *J Clin Anesth*. 2012 Aug;24(5):385-91.
[2] Taenzer, Andreas H.; Pyke, Joshua B.; McGrath, Susan P.; Blike, George T. "Impact of Pulse Oximetry Surveillance on Rescue Events and Intensive Care Unit Transfers: A Before-and-After Concurrence Study." *Anesthesiology*, February 2010, Vol. 112, Issue 2. Available online here.
[3] Taenzer A, Blike G, McGrath S, Pyke J, Herrick M, Renaud C, Morgan J. "Postoperative Monitoring – The Dartmouth Experience." Anesthesia Patient Safety Foundation Newsletter Spring-Summer 2012. Available online.

**About University of North Carolina Hospitals**
UNC Hospitals is an 824-bed public, academic medical center operated by and for the people of North Carolina. The Hospitals' mission is to provide high quality patient care, to educate health care professionals, to advance research and to provide community service. UNC Hospitals includes North Carolina Cancer Hospital, North Carolina Children's Hospital, North Carolina Memorial Hospital, North Carolina Neurosciences Hospital, and North Carolina Women's Hospital. Each year UNC Hospitals cares for patients from all 100 counties in North Carolina and several surrounding states.

**About Masimo**
Masimo (NASDAQ: MASI) is the global leader in innovative noninvasive monitoring technologies that significantly improve patient care—helping solve "unsolvable" problems. In 1995, the company debuted Measure-Through Motion and Low Perfusion pulse oximetry, known as Masimo SET®, which virtually eliminated false alarms and increased pulse oximetry's ability to help clinicians detect life-threatening events. More than 100 independent and objective studies have shown that Masimo SET® outperforms other pulse oximetry technologies, even under the most challenging clinical conditions, including patient motion and low peripheral perfusion. In 2005, Masimo introduced rainbow SET® Pulse CO-Oximetry technology, allowing noninvasive and continuous monitoring of blood constituents that previously required invasive procedures, including total hemoglobin (SpHb®), oxygen content (SpOC™), carboxyhemoglobin (SpCO®), methemoglobin (SpMet®), and Pleth Variability Index (PVI®), in addition to SpO2, pulse rate, and perfusion index (PI). Additional information about Masimo and its products may be found at www.masimo.com.

**Forward-Looking Statements**
This press release includes forward-looking statements as defined in Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, in connection with the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based on current expectations about future events affecting us and are subject to risks and uncertainties, all of which are difficult to predict and many of which are beyond our control and could cause our actual results to differ materially and adversely from those expressed in our forward-looking statements as a result of various risk factors, including, but not limited to: risks related to our assumptions regarding the repeatability of clinical results; risks related to our belief that Masimo's unique noninvasive measurement technologies, including: Patient SafetyNet contributes to positive clinical outcomes and patient safety; risks related to our belief that Masimo noninvasive medical breakthroughs provide cost-effective solutions with comparable accuracy and unique advantages, including: immediate and continuous results that enable earlier treatment without causing invasive trauma in all patients and in every clinical situation; as well as other factors discussed in the "Risk Factors" section of our most recent reports filed with the Securities and Exchange Commission ("**SEC**"), which may be obtained for free at the SEC's website at www.sec.gov. Although we believe that the expectations reflected in our forward-looking statements are reasonable, we do not know whether our expectations will prove correct. All forward-looking statements included in this press release are expressly qualified in their entirety by the foregoing cautionary statements. You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of today's date. We do not undertake any obligation to update, amend or clarify these statements or the "Risk Factors" contained in our most recent reports filed with the SEC, whether as a result of new information, future events or otherwise, except as may be required under the applicable securities laws.

**Media Contacts:**
Tom Hughes
UNC Health Care System
Phone: (919) 966-6047
Email: tahughes@unch.unc.edu

Mike Drummond
Masimo Corporation
Phone: (949) 297-7434
Email: mdrummond@masimo.com

*Masimo, SET, Signal Extraction Technology, Improving Patient Outcome and Reducing Cost of Care... by Taking Noninvasive Monitoring to New Sites and Applications, rainbow, SpHb, SpOC, SpCO, SpMet, PVI, rainbow Acoustic Monitoring, RRa, Radical-7, Rad-87, Rad-57,Rad-8, Rad-5,Pulse CO-Oximetry, Pulse CO-Oximeter, Adaptive Threshold Alarm, and SEDLine are trademarks or registered trademarks of Masimo Corporation. The use of the trademarks Patient SafetyNet and PSN is under license from University HealthSystem Consortium.*

 go to top

---

### Happy Holidays from Masimo!

**Irvine, California — December 21, 2012 —** From the launch of iSpO2, our first consumer product, to the release of the breakthrough 2012 Radical-7, this year has been one of great challenges and even greater achievements. As we honor this very special time of the season, it is with gratitude and a heart-felt desire to give something back to a few of the organizations that share our vision for a better world, in your name. Simply respond with an email to charity@masimo.com specifying your charity choice from the list below and we will **donate $10** in your name:



- Amnesty International
- CARE
- Clinton Foundation
- Doctors Without Borders
- Huntington's Disease Society of America
- Make-a-Wish Foundation
- March for Babies
- Masimo Foundation for Ethics, Innovation, and Competition in Healthcare
- Opportunity International
- PATH
- SOS Children's Villages
- Swan Foundation
- Tiyatien Health
- UNICEF
- United Way
- World Vision

As we look to 2013, we are excited to kick off the New Year with the inaugural *Patient Safety Science & Technology Summit*, Jan. 13-14, featuring former President Bill Clinton as the keynote. We are grateful for the opportunity to have transformed healthcare and we thank each of you for your support in helping us to improve the lives of clinicians and patients we diligently serve. Cheers to a new year full of great possibilities!

*Masimo*

**Masimo Mission Statement**
Improving patient outcomes and reducing cost of care by taking noninvasive monitoring to new sites and applications.®

**Masimo Guiding Principles**

- Remain faithful to your promises and responsibilities.
- Thrive on fascination and accomplishment and not on greed and power.
- Make each day as fun as possible.
- Strive to make each year better than the year before, both personally and for the Team.
- Do what is best for patient care.

*NOTE: Only e-mails sent to charity@masimo.com from official Livewire members will be processed. Please also include any comments or suggestions you might have that will help us to better fulfill our mission and adhere to our guiding principles.*

 go to top

---

   

MASITC_01076627
MASA11073200

Exhibit 69
-1410-

### Ogden Regional Medical Center Standardizes to Masimo rainbow® Pulse CO-Oximetry™
*Leading-Edge Utah Hospital Leverages Advanced Medical Technologies*
*for Noninvasive, Continuous Patient Monitoring, Including Total Hemoglobin (SpHb®)*

**Irvine, California – December 19, 2012** – Masimo (NASDAQ: MASI) today announced that Ogden Regional Medical Center (ORMC), named by The Joint Commission as a Top Performer on Key Quality Measures™, has standardized to Masimo rainbow® Pulse CO-Oximetry™ and sensor technologies for advanced patient monitoring. This noninvasive technology helps save lives by making it safer, faster, and easier than ever for healthcare professionals to measure and monitor patient conditions – on-the-spot, in just seconds.

The conversion equips Ogden Regional Medical Center with breakthrough rainbow® technology. Among its multiple capabilities, this innovation enables needleless and pain-free blood testing of total hemoglobin (SpHb®) – and delivers immediate results for hospital patients.

"I like the fact that you can pinpoint the total hemoglobin in real time, and quickly identify a patient's status on a waveform display; both of these features make my job more manageable," said Travis Slade, MD, an anesthesiologist at ORMC. "I've also been very impressed with the device's sensitivity. It consistently displays results that are nearly identical to (hemoglobin) lab tests we've run. It also works when other technologies don't. There have been cases when we used a conventional pulse ox that didn't produce a SpO2 reading. We brought in the Masimo, and got the results we needed."

Other Masimo rainbow® measurements in use at ORMC include SpCO®, which helps clinicians to more quickly detect elevated levels of carbon monoxide in the blood – which can facilitate earlier diagnosis and treatment for patients poisoned by carbon monoxide; and Pleth Variability Index (PVI®), which can continuously assess and allow clinicians to better manage fluids as they are administered to patients – in a noninvasive and cost-effective manner.

As part of its system-wide conversion, ORMC will also leverage Masimo SET® pulse oximetry in every patient care setting. A standard-of-care at leading hospitals worldwide, Masimo SET® has been clinically shown to virtually eliminate false alarms[1] and increase a clinician's ability to detect life-threatening events.[2]

"We are thrilled that ORMC, with its nationally recognized reputation for quality of care, has selected Masimo SET® and Masimo rainbow® technologies as key parts of its ongoing commitment to patient safety," said Masimo CEO and founder Joe Kiani. "It is an honor to be able to partner with such an esteemed healthcare organization, and we look forward to working with ORMC for years to come."

1 Shah N, Ragaswamy H, Govindugari K, Estanol L. "Performance of three new-generation pulse oximeters during motion and low perfusion in volunteers." *Journal of Clinical Anesthesia*. 2012 (10.1016/j.jclinane.2011.10.012) Available online here
2 Taenzer, Andreas H.; Pyke, Joshua B.; McGrath, Susan P.; Blike, George T. "Impact of Pulse Oximetry Surveillance on Rescue Events and Intensive Care Unit Transfers: A Before-and-After Concurrence Study." *Anesthesiology*, February 2010, Vol. 112, Issue 2. Available online here

**About Ogden Regional Medical Center**
This MountainStar Healthcare hospital utilizes advanced technologies while delivering nationally recognized care to patients in northern Utah and surrounding communities. It was recently honored with the 2012 100 Top Hospitals® Award in the category of medium-sized community hospitals and recognized as a 2011 Top Performer on Key Quality Measures™ for heart attack care, pneumonia and surgical care by The Joint Commission. It is one of only three in Utah to achieve the 2012 and 2011 Maternity Care Excellence Award from HealthGrades, a national healthcare rating organization, which also recognized the hospital among the top fifteen percent in the country for treating COPD and sepsis. As a Level II Trauma Center and a Certified Stroke Center, ORMC was ranked among the top 15 percent in the nation for stroke treatment in 2011 by HealthGrades.

**About Masimo**
Masimo (NASDAQ: MASI) is the global leader in innovative noninvasive monitoring technologies that significantly improve patient care—helping solve "unsolvable" problems. In 1995, the company debuted Measure-Through Motion and Low Perfusion pulse oximetry, known as Masimo SET®, which virtually eliminated false alarms and increased pulse oximetry's ability to detect life-threatening events. More than 100 independent and objective studies have shown that Masimo SET® outperforms other pulse oximetry technologies, even under the most challenging clinical conditions, including patient motion and low peripheral perfusion. In 2005, Masimo introduced rainbow SET® Pulse CO-Oximetry, allowing noninvasive and continuous monitoring of blood constituents that previously required invasive procedures, including total hemoglobin (SpHb®), oxygen content (SpOC™), carboxyhemoglobin (SpCO®), methemoglobin (SpMet®), and Pleth Variability Index (PVI®), in addition to SpO2, pulse rate, and perfusion index (PI). In 2008, Masimo introduced Patient SafetyNet™, a remote monitoring and wireless clinician notification system designed to help hospitals avoid preventable deaths and injuries associated with failure to rescue events. In 2009, Masimo introduced rainbow® Acoustic Monitoring™, the first-ever noninvasive and continuous monitoring of acoustic respiration rate (RRa™). Masimo's rainbow® SET® technology platform offers a breakthrough in patient safety by helping clinicians detect life-threatening conditions and helping guide treatment options. In 2010, Masimo acquired SedLine®, a pioneer in the development of innovative brain function monitoring technology and devices. In 2012, Masimo acquired assets of Spire Semiconductor, LLC, maker of advanced light emitting diode (LED) and other advanced component-level technologies; and acquired Phasein AB, a developer and manufacturer of ultra-compact mainstream and sidestream capnography, multigas analyzers, and handheld capnometry solutions. Masimo SET® and Masimo rainbow® SET® technologies also can be found in over 100 multiparameter patient monitors from over 50 medical device manufacturers around the world. Founded in 1989, Masimo has the mission of "Improving Patient Outcome and Reducing Cost of Care ... by Taking Noninvasive Monitoring to New Sites and Applications®." Additional information about Masimo and its products may be found at www.masimo.com.

**Forward-Looking Statements**
This press release includes forward-looking statements as defined in Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, in connection with the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based on current expectations about future events affecting us and are subject to risks and uncertainties, all of which are difficult to predict and many of which are beyond our control and could cause our actual results to differ materially and adversely from those expressed in our forward-looking statements as a result of various risk factors, including, but not limited to: risks related to our assumptions regarding the repeatability of clinical results; risks related to our belief that Masimo's unique noninvasive measurement technologies, including: total hemoglobin (SpHb), SpOC, SpCO, SpMet, and PVI contribute to positive clinical outcomes and patient safety; risks related to our belief that Masimo noninvasive medical breakthroughs provide cost-effective solutions with comparable accuracy and unique advantages, including: immediate and continuous results that enable earlier treatment without causing invasive trauma in all patients and in every clinical situation; as well as other factors discussed in the "Risk Factors" section of our most recent reports filed with the Securities and Exchange Commission ("**SEC**"), which may be obtained for free at the SEC's website at www.sec.gov. Although we believe that the expectations reflected in our forward-looking statements are reasonable, we do not know whether our expectations will prove correct. All forward-looking statements included in this press release are expressly qualified in their entirety by the foregoing cautionary statements. You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of today's date. We do not undertake any obligation to update, amend or clarify these statements or the "Risk Factors" contained in our most recent reports filed with the SEC, whether as a result of new information, future events or otherwise, except as may be required under the applicable securities laws.

**Media Contacts:**
Mike Drummond
Masimo Corporation
(949) 297-7434
Email: mdrummond@masimo.com
*Masimo, SET, Signal Extraction Technology, Improving Patient Outcome and Reducing Cost of Care... by Taking Noninvasive Monitoring to New Sites and Applications, rainbow, SpHb, SpOC, SpCO, SpMet, PVI, rainbow Acoustic Monitoring, RRa, Radical-7, Rad-87, Rad-57,Rad-8, Rad-5,Pulse CO-Oximetry, Pulse CO-Oximeter, Adaptive Threshold Alarm, and SEDLine are trademarks or registered trademarks of Masimo Corporation. The use of the trademarks Patient SafetyNet and PSN is under license from University HealthSystem Consortium.*

go to top

MASITC_01076628
MASA11073201

Exhibit 69
-1411-

**Masimo to Present at 31st Annual J.P. Morgan Healthcare Conference**

IRVINE, Calif., December 18, 2012 – Masimo (NASDAQ: MASI) today announced that its management is scheduled to present at the 31st Annual J.P. Morgan Healthcare Conference at the Westin St. Francis Hotel in San Francisco on Tuesday, January 8, 2013, at 1:30 p.m. Pacific Time. A live audiocast of the presentation will be available on the Masimo website at www.masimo.com. A replay of the audiocast will be available following the live presentation.

**About Masimo**
Masimo (NASDAQ: MASI) is the global leader in innovative noninvasive monitoring technologies that significantly improve patient care—helping solve "unsolvable" problems. In 1995, the company debuted Measure-Through Motion and Low Perfusion pulse oximetry, known as Masimo SET®, which virtually eliminated false alarms and increased pulse oximetry's ability to detect life-threatening events. More than 100 independent and objective studies have shown that Masimo SET® outperforms other pulse oximetry technologies, even under the most challenging clinical conditions, including patient motion and low peripheral perfusion. In 2005, Masimo introduced rainbow SET® Pulse CO-Oximetry technology, allowing noninvasive and continuous monitoring of blood constituents that previously required invasive procedures, including total hemoglobin (SpHb®), oxygen content (SpOC™), carboxyhemoglobin (SpCO®), methemoglobin (SpMet®), and Pleth Variability Index (PVI®), in addition to SpO2, pulse rate, and perfusion index (PI). In 2008, Masimo introduced Patient SafetyNet™, a remote monitoring and wireless clinician notification system designed to help hospitals avoid preventable deaths and injuries associated with failure to rescue events. In 2009, Masimo introduced rainbow® Acoustic Monitoring™, the first-ever noninvasive and continuous monitoring of acoustic respiration rate (RRa™). Masimo's rainbow® SET® technology platform offers a breakthrough in patient safety by helping clinicians detect life-threatening conditions and helping guide treatment options. In 2010, Masimo acquired SEDLine®, a pioneer in the development of innovative brain function monitoring technology and devices. And in 2012, Masimo acquired the assets of Spire Semiconductor, LLC, maker of advanced light emitting diode (LED) and other advanced component-level technologies; and PHASEIN AB, a developer and manufacturer of ultra-compact mainstream and sidestream capnography, multigas analyzers, and handheld capnometry solutions. Masimo SET® and Masimo rainbow® SET® technologies also can be found in over 100 multiparameter patient monitors from over 50 medical device manufacturers around the world. Founded in 1989, Masimo has the mission of "Improving Patient Outcome and Reducing Cost of Care ... by Taking Noninvasive Monitoring to New Sites and Applications®." Additional information about Masimo and its products may be found at www.masimo.com.

**Contact:**
Sheree Aronson
(949) 297-7043
saronson@masimo.com
*Masimo, SET, Signal Extraction Technology, Improving Patient Outcome and Reducing Cost of Care by Taking Noninvasive Monitoring to New Sites and Applications, Rainbow, SpHb, SpOC, SpCO, SpMet, PVI, Rainbow Acoustic Monitoring, RRa, Radical-7, Rad-87, Rad-57, Rad-8, Rad-5, Pulse CO-Oximetry, Pulse CO-Oximeter, and SEDLine are trademarks or registered trademarks of Masimo Corporation.*


go to top

---

**Masimo Launches iSpO2™ – Commercially Available Pulse Oximeter for iPhone, iPad & iPod touch**

**Irvine, California – December 13, 2012** – In keeping with its commitment to excellence and innovation, Masimo (NASDAQ: MASI) today announced the debut of the iSpO2™ pulse oximeter cable and sensor with Measure-Through Motion and Low Perfusion Masimo SET® technology for use with iPhone, iPad or iPod touch with 30-pin connector.

iSpO2™ uses the same technology found in Masimo's breakthrough line of pulse oximeters and Pulse CO-Oximeters™ – the standard-of-care pulse oximetry technology at work in leading hospitals around the world – providing accurate measurements, even during the challenging conditions of motion and low perfusion.

Customers can purchase the iSpO2™ Signal Extraction Pulse Oximeter and use their iPhone, iPad or iPod touch to check their own blood oxygenation (SpO2), pulse rate, and perfusion index measurements for sports and aviation use and is not intended for medical use.

After purchasing the iSpO2™ (available at iSpO2.com and Amazon) and connecting it to an iPhone, iPad or iPod touch, the iSpO2™ application will automatically download. Thereafter, using the iSpO2™ is easy as 1-2-3:


CAPTION: *Masimo iSpO2™ pulse oximetry cable and sensor (available at iSpO2.com) is compatible with the iPhone, iPad, or iPod touch*

- Connect the iSpO2™ cable to your iPhone, iPad or iPod touch
- Slip the iSpO2™ sensor on your ring finger
- Your results appear on screen

The iSpO2™ Medical, the professional version for medical use, is pending CE Mark and U.S. FDA 510(k) clearance. This product will be made available through Masimo's existing distribution channels.

"Masimo was founded on a mission to take noninvasive monitoring to new sites and applications," said Masimo founder and CEO Joe Kiani. "The iSpO2™ for iPhone, iPad or iPod touch with 30-pin connector represents our first consumer product and should create myriad new possibilities with the goal of further empowering people."

Please visit iSpO2.com for purchasing information.

MASITC_01076629
MASA11073202

Exhibit 69
-1412-

**About Masimo**
Masimo (NASDAQ: MASI) is the global leader in innovative noninvasive monitoring technologies that significantly improve patient care—helping solve "unsolvable" problems. In 1995, the company debuted Measure-Through Motion and Low Perfusion pulse oximetry, known as Masimo SET®, which virtually eliminated false alarms and increased pulse oximetry's ability to detect life-threatening events. More than 100 independent and objective studies have shown that Masimo SET® outperforms other pulse oximetry technologies, even under the most challenging clinical conditions, including patient motion and low peripheral perfusion. In 2005, Masimo introduced rainbow SET® Pulse CO-Oximetry technology, allowing noninvasive and continuous monitoring of blood constituents that previously required invasive procedures, including total hemoglobin (SpHb®), oxygen content (SpOC™), carboxyhemoglobin (SpCO®), methemoglobin (SpMet®), and Pleth Variability Index (PVI®), in addition to SpO2, pulse rate, and perfusion index (PI). In 2008, Masimo introduced Patient SafetyNet™, a remote monitoring and wireless clinician notification system designed to help hospitals avoid preventable deaths and injuries associated with failure to rescue events. In 2009, Masimo introduced rainbow® Acoustic Monitoring™, the first-ever noninvasive and continuous monitoring of acoustic respiration rate (RRa™). Masimo's rainbow® SET® technology platform offers a breakthrough in patient safety by helping clinicians detect life-threatening conditions and helping guide treatment options. In 2010, Masimo acquired SedLine®, a pioneer in the development of innovative brain function monitoring technology and devices. In 2012, Masimo acquired assets of Spire Semiconductor, LLC, maker of advanced light emitting diode (LED) and other advanced component-level technologies; and Phasein AB, a developer and manufacturer of ultra-compact mainstream and sidestream capnography, multigas analyzers, and handheld capnometry solutions. Masimo SET® and Masimo rainbow® SET technologies also can be found in over 100 multiparameter patient monitors from over 50 medical device manufacturers around the world. Founded in 1989, Masimo has the mission of "Improving Patient Outcome and Reducing Cost of Care ... by Taking Noninvasive Monitoring to New Sites and Applications®." Additional information about Masimo and its products may be found at www.masimo.com.

**Forward-Looking Statements**
This press release includes forward-looking statements as defined in Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, in connection with the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based on current expectations about future events affecting us and are subject to risks and uncertainties, all of which are difficult to predict and many of which are beyond our control and could cause our actual results to differ materially and adversely from those expressed in our forward-looking statements as a result of various risk factors related to the new iSpO2, as well as other factors discussed in the "Risk Factors" section of our most recent reports filed with the Securities and Exchange Commission ("**SEC**"), which may be obtained for free at the SEC's website at www.sec.gov. Although we believe that the expectations reflected in our forward-looking statements are reasonable, we do not know whether our expectations will prove correct. All forward-looking statements included in this press release are expressly qualified in their entirety by the foregoing cautionary statements. You are cautioned not to place undue reliance on these forward-looking statements, which speak only as of today's date. We do not undertake any obligation to update, amend or clarify these statements or the "Risk Factors" contained in our most recent reports filed with the SEC, whether as a result of new information, future events or otherwise, except as may be required under the applicable securities laws.

**Media Contact:**
Mike Drummond
Masimo Corporation
Phone: (949) 297-7434
Email: mdrummond@masimo.com
*Masimo, SET, Signal Extraction Technology, Improving Patient Outcome and Reducing Cost of Care... by Taking Noninvasive Monitoring to New Sites and Applications, rainbow, SpHb, SpOC, SpCO, SpMet, PVI, rainbow Acoustic Monitoring, RRa, Radical-7, Rad-87, Rad-57,Rad-8, Rad-5,Pulse CO-Oximetry, Pulse CO-Oximeter, Adaptive Threshold Alarm, and SedLine are trademarks or registered trademarks of Masimo Corporation. The use of the trademarks Patient SafetyNet and PSN are under license from University HealthSystem Consortium*


go to top

---



VOTE EARLY – VOTE OFTEN Voting for the first REAL Awards is now open!

In September, we were proud to announce our involvement in the first ever REAL Awards – an awards series dedicated to the inspiring, and often life-saving, work of health workers around the world. Since the launch of this initiative, hundreds of nominations were submitted on behalf of caring and dedicated health workers right here in the U.S.

And now is the best part – reading the stories! By visiting www.theREALawards.com, you can read the heartfelt stories about health workers nominated in eight different categories:

- Newborn and Mother care
- Pediatric care
- Chronic Disease care
- Hospice care
- Emergency care
- Veteran care
- At-home care
- General Health Worker

You can vote once a day, every day, until the voting period ends on January 7.

**Please visit** www.theREALawards.com **today and cast your vote for a truly deserving health worker – and don't forget to encourage your friends and family to take part in this important and uplifting initiative by sharing your votes on twitter and Facebook!**


go to top

---

