# EXHIBIT 73

Professor Vijay K. Madisetti, ECE

**Dr. Vijay K. Madisetti**
**Fellow, IEEE**
vkm@madisetti.com
Cell: 770-527-0177
**Address:**
**56 Creekside Park Drive**
**Johns Creek, GA 30022**

**Employment:**

- 1989-present: Full Professor of Cybersecurity & Privacy, and Electrical & Computer Engineering (**Georgia Tech, Atlanta, GA 30332**).

**Areas of Technical Interest –** Signal Processing, Cloud Computing Embedded Systems, Wireless & Mobile Communications, Computer Engineering, Circuit Design (Analog/Digital), Biomedical Instrumentation Hardware/Software, Software Engineering, Digital Signal Processing, Sensors, Wireline & Wireless Computer Networks, Software Systems**,** Control Systems, Chip Design, Cloud Computing.

**Education:  PhD** (EECS, University of California at Berkeley, 1989), **B.Tech** (Hons) in Electronics and Electrical Communications Engineering (Indian Institute of Technology, Kharagpur, 1984).

**Startup Companies**:

Director, **VP Technologies, Inc**. (1995-  ): A startup commercialized through Georgia Tech's Advanced Technology Development Corporation (ATDC) focusing on digital software and hardware design services for military market. http://www.vptinc.net

Director, **Soft Networks, LLC** (2001-2007): A startup commercialized through Georgia Tech support focusing on software development tools and compilers for Cellular/WiFi/VOIP/telecommunication products. http://www.soft-networks.com

Director, **Elastic Video Inc.** (2007- 2009): A startup commercialized through Georgia Tech's VentureLab (http://venturelab.gatech.edu) development image and video processing software for wireless & IP networking.

Exhibit 73
-1421-

Professor Vijay K. Madisetti, ECE

## Litigation Experience (2016-2022) With Testimony

**(Note:  There may be multiple cases between the parties, e.g., District Court v. ITC, US versus Foreign Cases)**

**Chrimar v. Adtran, Alcatel, et al.**
Technology:  Power over Ethernet (2015-2017)
Submitted reports & Deposition & Trial

**Chamberlain  v. Ryobi/TTI**
Case No: 1:16-cv-06097 (ND Illinois)
Expert for Ryobi
Technology:  Wireless/IoT/Barrier Movement (2016 – 2019)
Submitted reports & deposition & trial testimony

**IOEngine v. IMC/Imation**
Case No: cv-14-1572-GMS (US Delaware)
Expert for IMC/Imation
Technology:  Networked Storage Device (2016-2017)
Submitted reports & deposition & trial testimony

**Huawei  v. Samsung**
Case No: 3:16-cv-2787-WHO (ND Cal)
Expert for Samsung
Technology:  4G/LTE Random Access Protocols (2016-2019)
Submitted reports & deposition

**Hitachi Maxell v. ZTE/Huawei**
Case No: 5:16-cv-00178-RWS (ED Texas)
Expert for Hitachi Maxell
Technology:  Digital Cameras
Submitted reports & deposition (2017 – 2018)

**Hitachi Maxell v. Apple**
Case No: 5:19-cv-00036-RWS
Expert for Hitachi Maxell
Technology: Digital Cameras
Submitted Expert Reports (2020-)

**Qualcomm v. Apple**
Case No: 17-ccv-0108-GPC-MDD (SD Cal) Also, Related ITC/FTC Matters
Expert for Qualcomm
Technology:  4G/Wireless Communications/Smartphones (2017-2019)
Submitted Reports and Deposition

Exhibit 73
-1422-

Professor Vijay K. Madisetti, ECE

**Qualcomm v. Apple**
Case No: 3:17-cv-01375-DMS-MDD (SD Cal)
Expert for Qualcomm
Technology:  4G/Wireless Communications/Smartphones (2017-2019)
Submitted Reports and Deposition

**Optis v. Huawei**
Case No: 2:17-cv-123 (E.D. Texas)
Expert for Optis Wireless
Technology:  4G/Video  (2017-2019)
Submitted reports & deposition

**Beckman Coulter v. Sysmex**
Case No: 1:17-cv-24049-DPG (ND Illinois)
Expert for Sysmex
Technology:  Medical Instrumentation Automation (2017-present)
Testifying Expert

**TQ Delta v. Xyxel/Adtran**
Expert for TQ Delta
Technology:  DSL Technologies (2018-present)
Testifying Expert

**3GL/KPN v. LG, Blackberry, HTC**
Expert for 3GL/KPN
Technology: 4G/LTE Protocols (2018-present)
Reports and Deposition / Testifying Expert

**Rovi v. Comcast**
ITC No. 337-TA-1103 (ITC)
Expert for Rovi
Technology:  Digital Video & interactive GUI (Jan 2018-May 2018)
Reports and Deposition

**Cirba/Densify v. VMWare**
Case No: 1:19-cv-00742-LPS
Expert for Cirba/Densify
Technology: Virtualization (2019-present)
Reports Deposition/PI Hearing / Testifying Expert

**Power Integrations v. On Semiconductor**
Case No: 17-cv-03189-BLF
Expert for On Semiconductor
Technology:  Power Electronics (2018-2019)

Exhibit 73
-1423-

Professor Vijay K. Madisetti, ECE

Reports & Deposition/Testifying Expert.

**Pathway  v. Lumens, IPEVO, Aver JDA**
Case No: ITC 337-TA-1045
Expert for Lumens JDA
Technology:  Document Cameras (2016-2019)
Reports & Deposition (for IPR/ITC, no trial)


**Wilan v. Apple**
Case No: 3:14-cv-2235
Expert for WiLan
Technology: Voice over LTE/LTE Protocols (2017-2020)
Reports and Testified through Deposition/Trials

**St. Lawrence Comm. v. Amazon**
Case No. 2:19-CV-00027-JRG
Expert for Amazon
Technology: Multimedia Codecs
Submitted Expert Reports/Deposition (2020-2020)

**PanOptis v. Apple**
Case No. 2:19-CV-00066-JRG
Expert for PanOptis
Technology: LTE
Submitted Expert Reports/Deposition/Trial  (2019-2020)


**GAS v. Sprint Communications**
Case No. 2:20-cv-00007-RWS
Expert for General Access (GAS)
Technology: LTE
Submitted Expert Reports/Deposition (9/21-)


**Causum v. Ecobee, Itron, et al**
Case No. ITC 337-TA-1277
Expert for Causum
Technology: Load Management
Submitted Expert Reports and Deposition (6/22)

**Masimo v. Apple**
Case No. ITC 337-TA-1276
Expert for Masimo
Technology: Pulse Oximetry
Submitted Expert Reports, Deposition & Trial

Exhibit 73
-1424-

Professor Vijay K. Madisetti, ECE

**TQ Delta v. Nokia, Adtran, 2Wire, et al**
Cases in Delaware & Texas
Expert for TQ Delta
Technology: DSL and Cable Modems
Submitted Expert Reports, Depositions & Hearings.

Additional matters include declarations supporting IPRs at the PTAB for Google
(US Patent 8,601,154), On Semiconductor (US Patent 6,212,079), Ubisoft (US
Patent 5,490,216), Lumens JDA (2017-2019), Broadcom (WiFi), Sony (US Patent
6,101,534), Kia, (US Patent 5,530,431), Qualcomm,  Ericsson, Daimler Benz,
VW, Estech, Amazon, Ring, Digital Ally, On Semiconductor, United Patents,
BMC Software, Masimo, Sentius, BMW, Facebook, PAWS, Google., Daimler
and Dolby.

# Earned Degrees

1. **B. Tech (Hons), Electronics & Electrical Comm. Engineering**
   *Indian Institute of Technology (IIT), Kharagpur, India*
   1984.

2. **Ph.D., Electrical Engineering & Computer Sciences (EECS)**
   *University of California (UC), Berkeley. CA*
   1989.

# Books

1. **VLSI Digital Signal Processors**
   *Madisetti, V.K.;*
   Boston: MA, IEEE Press: Butterworth Heinemann, 1995, 525 pp.

2. **Quick-Turnaround ASIC Design in VHDL**
   *Romdhane, M., Madisetti, V.K., Hines, J.*
   Boston: MA, Kluwer Academic Press, 1996, 190 pp.

3. **The Digital Signal Processing Handbook (First Edition)**
   *Madisetti, V. K., Williams, D. (Editors)*
   CRC Press, Boca Raton, Fla, 1998, 2500 pp.

4. **VHDL: Electronics Systems Design Methodologies**.
   *Madisetti, V. K. (Editor)*

Exhibit 73
-1425-

Professor Vijay K. Madisetti, ECE

Boston: MA, IEEE Standards Press, 2000, ISBN 0-7381-1878-8.

5. **Platform-Centric Approach to System-on-Chip (SoC) Design.**
   *Madisetti, V. K., Arpnikanondt, A.*
   Springer, Boston: MA, Springer, 2004, 280 pp.

6. **The Digital Signal Processing Handbook – Second Edition.**
   Madisetti, V. K. (2009)
   CRC Press, Boca Raton, Fla.

7. **Cloud Computing:  A Hands-On Approach**
   *A Bahga,  V. Madisetti (2013)*
   Amazon CreateSpace Publishing, 2013, 454 pp.

8. **Internet of Things:  A Hands-On Approach**
   *A Bahga,  V. Madisetti (2014)*
   Amazon CreateSpace Publishing, 2014, 450 pp.



Exhibit 73
-1426-

Professor Vijay K. Madisetti, ECE



**9. Big Data Science & Analytics: A Hands-On Approach**
*A Bahga, V. Madisetti (2016)*
Amazon CreateSpace Publishing, 2016, 542 pp.



**10. Blockchain Applications: A Hands-On Approach**
*A Bahga, V. Madisetti (2017)*
Amazon CreateSpace Publishing, 2017, 380 pp.

Exhibit 73
-1427-

Professor Vijay K. Madisetti, ECE



## Edited Books & Collection of Papers

1. **Advances in Parallel & Distributed Simulation**
   *Madisetti, V.K.;Nicol, D., Fujimoto, R. (Editors)*
   San Diego, CA: SCS Press, 1991, 200 pp.

2. **Modeling, Analysis, Simulation of Computer & Telecommunications Systems**
   *Madisetti, V., Gelenbe, E., Walrand, J. W. (Editors)*
   Los Alamitos: CA, IEEE Computer Society Press, 1994, 425 pp.

3. **Modeling & Simulations on Microcomputers**
   *Madisetti, V.K. (Editor)*
   San Diego, CA: SCS Press, 138 pp. 1990.

## Editorship of Journals & Transactions

1. **IEEE Design & Test of Computers**
   Special Issue: Reengineering Digital Systems
   April – June 1999 (Vol 16, No 2)
   *Madisetti, V.K (Editor)*
   Los Alamitos: CA, IEEE Computer Society Press, 1999.

2. **IEEE Design & Test of Computers**
   Special Issue: Rapid Prototyping of Digital Systems
   Fall 1996  (Vol 13, No 3)

Exhibit 73
-1428-

Professor Vijay K. Madisetti, ECE

*Madisetti, V., Richards, M. (Editors)*
Los Alamitos: CA, IEEE Computer Society Press, 1994, 425 pp.

**3. IEEE Transactions on Circuits & Systems II**
*Associate Editor*: 1993-1995.

**4. International Journal in Computer Simulation**
*Associate Editor: 1990-1993*

**5. International Journal in VLSI Signal Processing**
*Editorial Board:  1995 - Present*

## Recent Issued US Patents

[1]    10,503,927   Method and system for securing cloud storage and databases from insider threats and optimizing performance, Issued Dec 10, 2019

[2].   10,460,283   Smart contract optimization for multiparty service or product ordering system, Issued Oct 29, 2019

[3].   10,459,946   Method and system for tuning blockchain scalability, decentralization, and security for fast and low-cost payment and transaction processing, Issued Oct 29, 2019

[4].   10,402,589   Method and system for securing cloud storage and databases from insider threats and optimizing performance, Issued Sep 3, 2019

[5].   10,394,845   Method and system for tuning blockchain scalability for fast and low-cost payment and transaction processing, Issued Aug 27, 2019

[6].   10,289,631   Method and system for tuning blockchain scalability for fast and low-cost payment and transaction processing, Issued May 24, 2019

[7].   10,255,342   Method and system for tuning blockchain scalability, decentralization, and security for fast and low-cost payment and transaction processing, Issued April 9, 2019

[8].   10,243,743   Tokens or crypto currency using smart contracts and blockchains, Issued March 26. 2019

[9].   10,204,339   Method and system for blockchain-based combined identity, ownership, integrity and custody management, Issued February 12, 2019

[10]. 10,204,148   Method and system for tuning blockchain scalability, decentralization, and security for fast and low-cost payment and transaction processing, Issued Feb 12, 2019

[11]. 10,121,143   Method and system for blockchain-based combined identity,

Professor Vijay K. Madisetti, ECE

ownership, integrity and custody management, Issued Nov 6, 2018

[12]. 10,102,526   Method and system for blockchain-based combined identity, ownership, integrity and custody management, October 16, 2018

[13]. 10,102,265   Method and system for tuning blockchain scalability for fast and low-cost payment and transaction processing, October 16, 2018

[14]. 9,935,772   Methods and systems for operating secure digital management aware applications, April 3, 2018

[15]. 9,769,213   Method and system for secure digital object management, Issued Sep 19, 2017

## Refereed Journal Publications

**1. Trends in the Electronic Control of Mine Hoists**
*Madisetti, V. and Ramlu, M.,*
*IEEE Transactions on Industry Applications, Vol IA-22, No. 6,*
*November/December 1986. Pages 1105-1112*

**2. Multilevel range/NEXT performance in digital subscriber loops**
*Brand, G.; Madisetti, V.; Messerschmitt, D.G.;*
Communications, Speech and Vision, IEE Proceedings I [see also IEE Proceedings-Communications] ,Volume: 136 , Issue: 2 , April 1989
Pages:169 – 174

**3. Seismic migration algorithms on parallel computers**
*Madisetti, V.K.; Messerschmitt, D.G.;*
Signal Processing, IEEE Transactions on [see also Acoustics, Speech, and Signal Processing, IEEE Transactions on] ,Volume: 39 , Issue: 7 , July 1991
Pages:1642 – 1654

**4. Asynchronous algorithms for the parallel simulation of event-driven dynamical systems**
*Madisetti, V.K.; Walrand, J.C.; Messerschmitt, D.G.:*
ACM Transactions on Modeling and Computer Simulation, v 1, n 3, July 1991,
Pages:  244-74

**5. Synchronization mechanisms for distributed event-driven computation**
*Madisetti, V.K.; Hardaker, D.:*
ACM Transactions on Modeling and Computer Simulation, v 2, n 1, Jan. 1992,
Pages:  12-51

Exhibit 73
-1430-

Professor Vijay K. Madisetti, ECE

**6. Efficient VLSI Architectures for the Arithmetic Fourier Transform (AFT)**
*Kelley, B.T.; Madisetti, V.K.;*
Signal Processing, IEEE Transactions on [see also Acoustics, Speech, and Signal Processing, IEEE Transactions on] ,Volume: 41 , Issue: 1 , January 1993
Pages:365-378

**7. The fast discrete Radon transform. I. Theory**
*Kelley, B.T.; Madisetti, V.K.;*
Image Processing, IEEE Transactions on ,Volume: 2 , Issue: 3 , July 1993
Pages:382 – 400

**8. The Georgia Tech digital signal multiprocessor**
*Barnwell, T.P., III; Madisetti, V.K.; McGrath, S.J.A.;*
Signal Processing, IEEE Transactions on [see also Acoustics, Speech, and Signal Processing, IEEE Transactions on] ,Volume: 41 , Issue: 7 , July 1993
Pages:2471 – 2487

**9. The MIMDIX Environment for Parallel Simulation**
*Madisetti, V.K.; Hardaker, D.; Fujimoto, R.M.:*
Journal of Parallel and Distributed Computing, v18, no. 4, August 1993,
Pages: 473-83.

**10. LMSGEN: a prototyping environment for programmable adaptive digital filters in VLSI**
*Romdhane, M.S.B.; Madisetti, V.K.;*
Chapter in VLSI Signal Processing, VII, 1994.,
Pages:33 – 42

**11. Fixed-point co-design in DSP**
*Egolf, T.W.; Famorzadeh, S.; Madisetti, V.K.;*
Chapter in VLSI Signal Processing, VII, 1994.,
Pages:113 - 126

**12. A fast spotlight-mode synthetic aperture radar imaging system**
*Madisetti, V.K.;*
Communications, IEEE Transactions on ,Volume: 42 , Issue: 234 , February-April 1994
Pages:873 – 876

**13. Rapid prototyping on the Georgia Tech digital signal multiprocessor**
*Curtis, B.A.; Madisetti, V.K.;*
Signal Processing, IEEE Transactions on [see also Acoustics, Speech, and

11

Exhibit 73
-1431-

Professor Vijay K. Madisetti, ECE

Signal Processing, IEEE Transactions on] ,Volume: 42 , Issue: 3 , March 1994
Pages:649 – 662

**14.Low-power signaling in asymmetric noisy channels via spectral shaping**
*Sipitca, M.; Madisetti, V.K.;*
Signal Processing Letters, IEEE, Volume: 1 , Issue: 8 , Aug 1994
Pages:117 – 118

**15. A quantitative methodology for rapid prototyping and high-level synthesis of signal processing algorithms**
*Madisetti, V.K.; Curtis, B.A.;*
Signal Processing, IEEE Transactions on [see also Acoustics, Speech, and Signal Processing, IEEE Transactions on] ,Volume: 42 , Issue: 11 , Nov. 1994
Pages:3188 – 3208

**16. Computer Simulation of Application-Specific Signal Processing Systems**
*Casinovi, G.; Madisetti, V.K.;*
International Journal in Computer Simulation, Vol. 4, No. 4, Nov 1994.

**17. System partitioning of MCMs for low power**
*Khan, S.A.; Madisetti, V.K.;*
Design & Test of Computers, IEEE  ,Volume: 12 , Issue: 1 , Spring 1995
Pages:41 – 52

**18. Error correcting run-length limited codes for magnetic recording**
*Jaejin Lee; Madisetti, V.K.;*
Magnetics, IEEE Transactions on  ,Volume: 31 , Issue: 6 , Nov. 1995
Pages:3084 – 3086

**19. Virtual prototyping of embedded microcontroller-based DSP systems**
*Madisetti, V.K.; Egolf, T.W.;*
Micro, IEEE  ,Volume: 15 , Issue: 5 , Oct. 1995
Pages:9 – 21

**20. Constrained multitrack RLL codes for the storage channel**
*Lee, J.; Madisetti, V.K.;*
Magnetics, IEEE Transactions on  ,Volume: 31 , Issue: 3 , May 1995
Pages:2355 – 2364

**21. Rapid digital system prototyping: current practice, future challenges**
*Madisetti, V.K.;*

Exhibit 73
-1432-

Professor Vijay K. Madisetti, ECE

Design & Test of Computers, IEEE  ,Volume: 13 , Issue: 3 , Fall 1996
Pages:12 – 22

**22. Conceptual prototyping of scalable embedded DSP systems**
*Dung, L.-R.; Madisetti, V.K.;*
Design & Test of Computers, IEEE  ,Volume: 13 , Issue: 3 , Fall 1996
Pages:54 – 65

**23. Advances in rapid prototyping of digital systems**
*Madisetti, V.K.; Richards, M.A.;*
Design & Test of Computers, IEEE  ,Volume: 13 , Issue: 3 , Fall 1996
Pages:9

**24. Combined modulation and error correction codes for storage channels**
*Jaejin Lee; Madisetti, V.K.;*
Magnetics, IEEE Transactions on  ,Volume: 32 , Issue: 2 , March 1996
Pages:509 – 514

**25. Model-based architectural design and verification of scalable embedded DSP systems-a RASSP approach**
*Dung, L.-R.; Madisetti, V.K.; Hines, J.W.;*
Chapter in VLSI Signal Processing, IX, 1996.
Pages:147 – 156

**26. Low-power digital filter implementations using ternary coefficients**
*Hezar, R.; Madisetti, V.K.;*
Chapter in VLSI Signal Processing, IX, 1996.,
Pages:179 – 188

**27. All-digital oversampled front-end sensors**
*Romdhane, M.S.B.; Madisetti, V.K.;*
Signal Processing Letters, IEEE, Volume: 3 , Issue: 2 , Feb. 1996
Pages:38 – 39

**28. Modeling COTS components in VHDL**
*Calhoun, S., Reese, R; Egolf, T., Madisetti, V.K.;*
Journal of VLSI Signal Processing, Volume: 14 , Issue: 2 , Nov 1996
Pages: 24 – 31

**29. VHDL-Based Rapid Systems Prototyping**
*Egolf, T.; Madisetti, V.K.;*
Journal of VLSI Signal Processing, Volume: 14 , Issue: 2 , Nov 1996
Pages: 40-52

Exhibit 73
-1433-

Professor Vijay K. Madisetti, ECE

**30. Interface design for core-based systems**
*Madisetti, V.K.; Lan Shen;*
Design & Test of Computers, IEEE  ,Volume: 14 , Issue: 4 , Oct.-Dec. 1997
Pages:42 - 51


**31. Incorporating cost modeling in embedded-system design**
*Debardelaben, J.A.; Madisetti, V.K.; Gadient, A.J.;*
Design & Test of Computers, IEEE  ,Volume: 14 , Issue: 3 , July-Sept. 1997
Pages:24 – 35


**32. On homomorphic deconvolution of bandpass signals**
*Marenco, A.L.; Madisetti, V.K.;*
Signal Processing, IEEE Transactions on [see also Acoustics, Speech, and
Signal Processing, IEEE Transactions on]  ,Volume: 45 , Issue: 10 , Oct. 1997
Pages:2499 – 2514


**33. A case study in the development of multi-media educational material: the VHDL interactive tutorial**
*Gadient, A.J.; Stinson, J.A., Jr.; Taylor, T.C.; Aylor, J.H.; Klenke, R.H.; Salinas, M.H.; Madisetti, V.K.; Egolf, T.; Famorzadeh, S.; Karns, L.N.; Carter, H.W.;*
Education, IEEE Transactions on  ,Volume: 40 , Issue: 4 , Nov. 1997
Pages:17 pp.


**34. Adaptive mobility management in wireless networks**
*Jeongwook Kim; Madisetti, V.K.;*
Electronics Letters  ,Volume: 34 , Issue: 15 , 23 July 1998
Pages:1453 – 1455


**35. Efficient implementation of two-band PR-QMF filterbanks**
*Hezar, R.; Madisetti, V.K.;*
Signal Processing Letters, IEEE  ,Volume: 5 , Issue: 4 , April 1998
Pages:92 – 94


**36. On fast algorithms for computing the inverse modified discrete cosine transform**
*Yun-Hui Fan; Madisetti, V.K.; Mersereau, R.M.;*
Signal Processing Letters, IEEE  ,Volume: 6 , Issue: 3 , March 1999
Pages:61 – 64


**37. System on chip or system on package?**
*Tummala, R.R.; Madisetti, V.K.;*
Design & Test of Computers, IEEE  ,Volume: 16 , Issue: 2 , April-June 1999
Pages:48 – 56

Exhibit 73
-1434-

Professor Vijay K. Madisetti, ECE

**38. Reengineering legacy embedded systems**
*Madisetti, V.K.; Jung, Y.-K.; Khan, M.H.; Kim, J.; Finnessy, T.;*
Design & Test of Computers, IEEE ,Volume: 16 , Issue: 2 , April-June 1999
Pages:38 – 47

**39. Reengineering digital systems**
*Madisetti, V.K.;*
Design & Test of Computers, IEEE ,Volume: 16 , Issue: 2 , April-June 1999
Pages:15 – 16

**40. Parameter optimization of robust low-bit-rate video coders**
*Sangyoun Lee; Madisetti, V.K.;*
Circuits and Systems for Video Technology, IEEE Transactions on, Volume: 9
Issue: 6 , Sept. 1999
Pages:849 – 855

**41. Closed-form for infinite sum in bandlimited CDMA**
*Jatunov, L.A.; Madisetti, V.K.;*
Communications Letters, IEEE ,Volume: 8 , Issue: 3 , March 2004
Pages:138 – 140

**42. A new protocol to enhance path**
**reliability and load balancing in mobile ad hoc networks**
*Argyriou, A.; Madisetti, V.K.;*
Journal of Ad Hoc Networks, Elsevier Press, 2004

**43. Closed-form analysis of CDMA systems using Nyquist pulse**
*Jatunov, L.A.; Madisetti, V. K.;*
Communications Letters, IEEE (Under Revision), 2005.

**44. Systematic Design of End-to-End Wireless Mobility Management**
**Prototocols,**
*Argyriou, A.; Madisetti, V. K.;*
ACM/Springer Wireless Networks (WINET), Accepted 2005.

**45. A Novel End-to-End Approach for Video Streaming Over the Internet,**
*Argyriou, A.; Madisetti, V. K.;*
Kluwer Telecommunications Systems, Vol. 28, No. 2, Pages 133-150, Jan
2005. *Special Issue on Multimedia Streaming.*

**46. An Analytical Framework of RD Optimized Video Streaming with TCP,**
*Argyriou, A.; Madisetti, V. K.;*
IEEE Transactions on Multimedia, Submitted for review in March 2005.

Exhibit 73
-1435-

Professor Vijay K. Madisetti, ECE

**47. Modeling the Effect of Handoffs on Transport Protocol Performance,**
*Argyriou, A.; Madisetti, V. K.;*
IEEE Transactions on Mobile Computing, Submitted for review in March 2005

**48. Throughput Models for Transport Protocols with CBR and VBR Traffic
Workloads",**
*Argyriou, A.; Madisetti, V. K.;*
ACM Transactions on Multimedia Computing, Communications & Applications,
Submitted for review in April 2005.

**49. "Electronic System, Platform & Package Codesign",**
*Madisetti, V. K.*
*IEEE Design & Test of Computers*, Volume 23, Issue 3, June 2006. pages
220-233.

**50. "The Design of an End-to-End Handoff Management Protocol",**
*A. Argyriou, Madisetti, V. K.*
*Wireless Networks, Springer, May 2006.*

**51. "A Soft-Handoff Transport Protocol for Media Flows in Heterogeneous
Mobile Networks ",**
*A. Argyriou, Madisetti, V. K.*
*Computer Networks, Vol 50, Issue 11, Pages 1860-1871, August 2006.*

**52. "Computationally Efficient SNR Estimation for Bandlimited WCDMA
Systems"**
*L. Jatunov, Madisetti, V. K.*
*IEEE Transactions on Wireless Communications, Volume 5, Issue 13,
December 2006, Pages 3480-3491.*

**53. "Space-Time Codes for Wireless & Mobile Applications",**
*M. Sinnokrot, Madisetti, V.K.*
*DSP Handbook, Second Edition, 2009 (to be published)*

**54.** A. Bahga, V. Madisetti, "**Rapid Prototyping of Advanced Cloud-Based
Systems**", *IEEE Computer*, vol. 46, no. 11, Nov 2013, pp 76-83, 2013

**55.** A. Bahga, V. Madisetti, "**Cloud-Based Information Integration &
Informatics Framework for Healthcare Application**s", *IEEE Computer*,
February 2015.

Exhibit 73
-1436-

Professor Vijay K. Madisetti, ECE

56. A. Bahga, V. Madisetti, "**A Cloud-based Approach for Interoperable EHRs**", *IEEE Journal of Biomedical and Health Informatics*, vol. 17, no. 5, Sep 2013, pp. 894-906, 2013

57. A. Bahga, V. Madisetti, "**Cloud-Based Information Technology Framework for Data Driven Intelligent Transportation Systems**", *Journal of Transportation Technologies*, vol.3 no.2, April 2013

58. A. Bahga, V. Madisetti, **"Performance Evaluation Approach for Multi-tier Cloud Applications"**, *Journal of Software Engineering and Applications*, vol. 6, no. 2, pp. 74-83, Mar 2013.

59. Yusuf, A., V. Madisetti, **"Configuration for Predicting Travel Time Using Wavelet Packets and Support Vector Regression**", *Journal of Transportation Technologies*, vol 3, no. 3, June 2013.

60. A. Bahga, V. Madisetti, **"Analyzing Massive Machine Maintenance Data in a Computing Cloud"**, *IEEE Transactions on Parallel and Distributed Systems*, vol. 23, no. 10, pp. 1831 - 1843, 2012.

61. N. Radia. Y. Zhang, M. Tatimapula, V. Madisetti, **"Next Generation Applications on Cellular Networks: Trends, Challenges, and Solutions**," *Proceedings of the IEEE*, Vol 100, Issue 4, pp. 841-854, 2012.

62. A. Bahga, V. Madisetti, "**Rapid Prototyping of Advanced Cloud-Based Systems**", *IEEE Computer*, vol. 46, no. 11, Nov 2013, pp 76-83, 2013

63. A. Bahga, V. Madisetti, "**A Cloud-based Approach for Interoperable EHRs**", *IEEE Journal of Biomedical and Health Informatics*, vol. 17, no. 5, Sep 2013, pp. 894-906, 2013

64. A. Bahga, V. Madisetti, "**Cloud-Based Information Integration & Informatics Framework for Healthcare Application**s", *IEEE Computer*, February 2015.

## Peer Reviewed Conference Publications

1. **Dynamically–reduced complexity implementation of echo cancelers**
   *Madisetti, V.; Messerschmitt, D.; Nordstrom, N.;*
   Acoustics, Speech, and Signal Processing, IEEE International Conference on ICASSP '86.  ,Volume: 11 , Apr 1986

Professor Vijay K. Madisetti, ECE

2. **Seismic migration algorithms using the FFT approach on the NCUBE multiprocessor**
   *Madisetti, V.K.; Messerschmitt, D.G.;*
   Acoustics, Speech, and Signal Processing, 1988. ICASSP-88., 1988
   International Conference on , 11-14 April 1988

3. **Seismic migration algorithms on multiprocessors**
   *Madisetti, V.K.; Messerschmitt, D.G.;*
   Acoustics, Speech, and Signal Processing, 1988. ICASSP-88., 1988
   International Conference on , 11-14 April 1988
   Pages:2124 - 2127 vol.4

4. **WOLF: A rollback algorithm for optimistic distributed simulation systems**
   *Madisetti, V.; Walrand, J.; Messerschmitt, D.;*
   Simulation Conference Proceedings, 1988 Winter , December 12-14, 1988
   Pages:296 – 305

5. **Efficient distributed simulation**
   *Madisetti, V.; Walrand, J.; Messerschmitt, D.;*
   Simulation Symposium, 1989. The 22nd Annual , March 28-31, 1989
   Pages:5 - 6

6. **High speed migration of multidimensional seismic data**
   *Kelley, B.; Madisetti, V.;*
   Acoustics, Speech, and Signal Processing, 1991. ICASSP-91., 1991
   International Conference on , 14-17 April 1991
   Pages:1117 - 1120 vol.2

7. **Performance of a fast analog VLSI implementation of the DFT**
   *Buchanan, B.; Madisetti, V.; Brooke, M.;*
   Circuits and Systems, 1992., Proceedings of the 35th Midwest Symposium on , 9-12 Aug. 1992
   Pages:1353 - 1356 vol.2

8. **Task scheduling in the Georgia Tech digital signal multiprocessor**
   *Curtis, B.A.; Madisetti, V.K.;*
   Acoustics, Speech, and Signal Processing, 1992. ICASSP-92., 1992 IEEE
   International Conference on  ,Volume: 5 , 23-26 March 1992
   Pages:589 - 592 vol.5

9. **The fast discrete Radon transform**
   *Kelley, B.T.; Madisetti, V.K.;*
   Acoustics, Speech, and Signal Processing, 1992. ICASSP-92., 1992 IEEE

18

Exhibit 73
-1438-

Professor Vijay K. Madisetti, ECE

International Conference on  ,Volume: 3 , 23-26 March 1992
Pages:409 - 412 vol.3

**10.Yield-based system partitioning strategies for MCM and ASEM design**
*Khan, S.; Madisetti, V.;*
Multi-Chip Module Conference, 1994. MCMC-94, Proceedings., 1994 IEEE,15-
17 March 1994
Pages:144 – 149

**11. Multitrack RLL codes for the storage channel with immunity to
intertrack interference**
*Lee, J.; Madisetti, V.K.;*
Global Telecommunications Conference, 1994. GLOBECOM '94.
'Communications: The Global Bridge'., IEEE,Volume: 3 , 28 Nov.-2 Dec. 1994
Pages:1477 - 1481 vol.3

**12. A parallel mapping of backpropagation algorithm for mesh signal
processor**
*Khan, S.A.; Madisetti, V.K.;*
Neural Networks for Signal Processing [1995] V. Proceedings of the 1995
IEEE Workshop , 31 Aug.-2 Sept. 1995
Pages:561 – 570

**13. Virtual prototyping of embedded DSP systems**
*Madisetti, V.K.; Egolf, T.; Famorzadeh, S.; Dung, L.-R.;*
Acoustics, Speech, and Signal Processing, 1995. ICASSP-95., 1995
International Conference on  ,Volume: 4 , 9-12 May 1995
Pages:2711 - 2714 vol.4

**14. Assessing and improving current practice in the design of
application-specific signal processors**
*Shaw, G.A.; Anderson, J.C.; Madisetti, V.K.;*
Acoustics, Speech, and Signal Processing, 1995. ICASSP-95., 1995
International Conference on  ,Volume: 4 , 9-12 May 1995
Pages:2707 - 2710 vol.4

**15. Introduction to ARPA's RASSP initiative and education/facilitation
program**
*Corley, J.H.; Madisetti, V.K.; Richards, M.A.;*
Acoustics, Speech, and Signal Processing, 1995. ICASSP-95., 1995
International Conference on  ,Volume: 4 , 9-12 May 1995
Pages:2695 - 2698 vol.4

**16. DSP design education at Georgia Tech**
*Madisetti, V.K.; McClellan, J.H.; Barnwell, T.P., III;*
Acoustics, Speech, and Signal Processing, 1995. ICASSP-95., 1995

Exhibit 73
-1439-

Professor Vijay K. Madisetti, ECE

International Conference on  ,Volume: 5 , 9-12 May 1995
Pages:2869 - 2872 vol.5

**17. Rapid prototyping of DSP systems via system interface module generation**
*Famorzadeh, S.; Madisetti, V.K.;*
Acoustics, Speech, and Signal Processing, 1996. ICASSP-96. Conference Proceedings., 1996 IEEE International Conference on  ,Volume: 2 , 7-10 May 1996
Pages:1256 - 1259 vol. 2

**18. Rapid prototyping of DSP chip-sets via functional reuse**
*Romdhane, M.S.B.; Madisetti, V.K.;*
Acoustics, Speech, and Signal Processing, 1996. ICASSP-96. Conference Proceedings., 1996 IEEE International Conference on  ,Volume: 2 , 7-10 May 1996
Pages:1236 - 1239 vol. 2

**19. A constructive deconvolution procedure of bandpass signals by homomorphic analysis**
*Marenco, A.L.; Madisetti, V.K.;*
Geoscience and Remote Sensing Symposium, 1996. IGARSS '96. 'Remote Sensing for a Sustainable Future.', International  ,Volume: 3 , 27-31 May 1996
Pages:1592 - 1596 vol.3

**20.  BEEHIVE: an adaptive, distributed, embedded signal processing environment**
*Famorzadeh, S.; Madisetti, V.; Egolf, T.; Nguyen, T.;*
Acoustics, Speech, and Signal Processing, 1997. ICASSP-97., 1997 IEEE International Conference on  ,Volume: 1 , 21-24 April 1997
Pages:663 - 666 vol.1

**21. Target detection from coregistered visual-thermal-range images**
*Perez-Jacome, J.E.; Madisetti, V.K.;*
Acoustics, Speech, and Signal Processing, 1997. ICASSP-97., 1997 IEEE International Conference on  ,Volume: 4 , 21-24 April 1997
Pages:2741 - 2744 vol.4

**22. Variable block size adaptive lapped transform-based image coding**
*Klausutis, T.J.; Madisetti, V.K.;*
Image Processing, 1997. Proceedings., International Conference on  ,Volume: 3 , 26-29 Oct. 1997
Pages:686 - 689 vol.3

Exhibit 73
-1440-

Professor Vijay K. Madisetti, ECE

**23. A Rate 8/10 (0, 6) MTR Code And Its Encoder/decoder**
*Jaejin Lee; Madisetti, V.K.;*
Magnetics Conference, 1997. Digests of INTERMAG '97., 1997 IEEE
International , 1-4 April 1997
Pages:BS-15 - BS-15

**24. VHDL models supporting a system-level design process: a RASSP approach**
*DeBardelaben, J.A.; Madisetti, V.K.; Gadient, A.J.;*
VHDL International Users' Forum, 1997. Proceedings , 19-22 Oct. 1997
Pages:183 – 188

**25. A performance modeling framework applied to real time infrared search and track processing**
*Pauer, E.K.; Pettigrew, M.N.; Myers, C.S.; Madisetti, V.K.;*
VHDL International Users' Forum, 1997. Proceedings , 19-22 Oct. 1997
Pages:33 – 42

**26. System design and re-engineering through virtual prototyping: a temporal model-based approach**
*Khan, M.H.; Madisetti, V.K.;*
Signals, Systems & Computers, 1998. Conference Record of the Thirty-Second Asilomar Conference on  ,Volume: 2 , 1-4 Nov. 1998
Pages:1720 - 1724 vol.2

**27. A debugger RTOS for embedded systems**
*Akgul, T.; Kuacharoen, P.; Mooney, V.J.; Madisetti, V.K.;*
Euromicro Conference, 2001. Proceedings. 27th , 4-6 Sept. 2001
Pages:264 - 269

**28. Adaptability, extensibility and flexibility in real-time operating systems**
*Kuacharoen, P.; Akgul, T.; Mooney, V.J.; Madisetti, V.K.;*
Digital Systems, Design, 2001. Proceedings. Euromicro Symposium on , 4-6 Sept. 2001
Pages:400 – 405

**29.  Effect of handoff delay on the system performance of TDMA cellular systems**
*Turkboylari, M.; Madisetti, V.K.;*
Mobile and Wireless Communications Network, 2002. 4th International Workshop on , 9-11 Sept. 2002
Pages:411 – 415

**30. Enforcing interdependencies and executing transactions atomically over autonomous mobile data stores using SyD link technology**

Exhibit 73
-1441-

Professor Vijay K. Madisetti, ECE

*Prasad, S.K.; Bourgeois, A.G.; Dogdu, E.; Sunderraman, R.; Yi Pan; Navathe, S.; Madisetti, V.;*
Distributed Computing Systems Workshops, 2003. Proceedings. 23rd International Conference on , 19-22 May 2003
Pages:803 – 809

**31. Performance evaluation and optimization of SCTP in wireless ad-hoc networks**
*Argyriou, A.; Madisetti, V.;*
Local Computer Networks, 2003. LCN '03. Proceedings. 28th Annual IEEE International Conference on , 20-24 Oct. 2003
Pages:317 - 318

**32. Implementation of a calendar application based on SyD coordination links**
*Prasad, S.K.; Bourgeois, A.G.; Dogdu, E.; Sunderraman, R.; Yi Pan; Navathe, S.; Madisetti, V.;*
Parallel and Distributed Processing Symposium, 2003. Proceedings. International , 22-26 April 2003
Pages:8 pp.

**33. Bandwidth aggregation with SCTP**
*Argyriou, A.; Madisetti, V.;*
Global Telecommunications Conference, 2003. GLOBECOM '03. IEEE  Volume: 7 , 1-5 Dec. 2003
Pages:3716 - 3721 vol.7

**34. Software streaming via block streaming**
*Kuacharoen, P.; Mooney, V.J.; Madisetti, V.K.;*
Design, Automation and Test in Europe Conference and Exhibition, 2003 , 2003
Pages:912 – 917

**35. Frequency-dependent space-interleaving for MIMO OFDM systems**
*Mohajerani, P.; Madisetti, V.K.;*
Radio and Wireless Conference, 2003. RAWCON '03. Proceedings , Aug. 10-13, 2003
Pages:79 - 82

**36. A media streaming protocol for heterogeneous wireless networks**
*Argyriou, A.; Madisetti, V.;*
Computer Communications, 2003. CCW 2003. Proceedings. 2003 IEEE 18th Annual Workshop on , 20-21 Oct. 2003
Pages:30 – 33

Exhibit 73
-1442-

Professor Vijay K. Madisetti, ECE

**37. Realizing load-balancing in ad-hoc networks with a transport layer
protocol**
*Argyriou, A.; Madisetti, V.;*
Wireless Communications and Networking Conference, 2004. WCNC. 2004
IEEE  ,Volume: 3 , 21-25 March 2004
Pages:1897 - 1902 Vol.3

**38.Streaming H.264/AVC video over the Internet**
*Argyriou, A.; Madisetti, V.;*
Consumer Communications and Networking Conference, 2004. CCNC 2004.
First IEEE , 5-8 Jan. 2004
Pages:169 – 174

Exhibit 73
-1443-

Professor Vijay K. Madisetti, ECE

## Other Publications

1. **A Transport Layer Technology for Improving the QoS of Networked Multimedia Applications <draft-madisetti-arguriou-qos-sctp-00.txt).**
   *Madisetti, V., Argyriou, A.*
   IETF Internet-Draft, Jul 25, 2002.

2. **Voice & Video over Mobile IP Networks <draft-madisetti-argyriou-voice-video-mip-00.txt>**
   *Madisetti, V., Argyriou, A.*
   IETF Internet-Draft, Nov 20, 2002.

3. **Enhancements to ECRTP with Applications to Robust Header Compression for Wireless Applications**. **<draft-madisetti-rao-suresh-rohc-00.txt>**
   *Madisetti, V.; Rao, S., Suresh, N.*
   IETF Internet-Draft, June 30, 2003.

## Ph.D. Students Graduated

1. **Brian T. Kelley, 1992**
   *VLSI Computing Architectures for High Speed Signal Processing*
   Member of Technical Staff, Motorola.

   <u>Winner of Dr. Thurgood Marshall Dissertation Fellowship Award</u>

2. **Bryce A. Curtis, 1992**
   *Special Instruction Set Multiple Chip Computer for DSP*
   Member of Technical Staff, IBM

3. **Jaejin Lee, 1994**
   *Robust Multitrack Codes for the Magnetic Channel*
   Professor, Yonsei University, Korea

4. **Mohamed S. Ben Romdhane, 1995**
   *Design Synthesis of Application-Specific IC for DSP*
   Director of IP, Rockwell.

5. **Shoab A. Khan, 1995**
   *Logic and Algorithm Partitioning on MCMs*
   Professor, National University of Science & Technology, Pakistan

6. **Lan-Rong Dung, 1997**
   *VHDL-based Conceptual Prototyping of Embedded DSP Architectures*
   Professor, National Chaio Tung University, Taiwan.

Exhibit 73
-1444-

Professor Vijay K. Madisetti, ECE

Winner of VHDL International Best PhD Thesis Award, 1997

**7. Thomas W. Egolf, 1997**
*Virtual Prototyping of Embedded DSP Systems*
Distinguished Member of Technical Staff, Agere

**8.  Alvaro Marenco, 1997**
*On Homomorphic Deconvolution of Bandpass Signals*
Professor, Texas A&M University.

Winner of GIT ECE Outstanding Teaching Assistant Award

**9. Shahram Famorzadeh, 1997**
*BEEHIVE: A Distributed Environment for Adaptive Signal Processing*
Member of Technical Staff, Rockwell.

**10. Timothy J. Klausutis, 1997**
*Adaptive Lapped Transforms with Applications to Image Coding.*
US Air Force/Univ. of Florida.

**11. Lan Shen, 1998**
*Temporal Design of Core-Based Systems*
Member of Technical Staff, IBM

**12. James DeBardelaben, 1998**
*Optimization Based Approach to Cost Effective DSP Design*
Research Scientist, Johns Hopkins University

Georgia Tech ECE Faculty Award

**13. Sangyoun Lee, 1999**
*Design of Robust Video Signal Processors*
Professor, Yonsei University

US Army Sensors Lab Research Excellence Award, 1999

**14. Rahmi Hezar, 2000**
*Oversampled Digital Filters*
Member of Technical Staff, Texas Instruments

**15. Yong-kyu Jung, 2001**
*Model-Based Processor Synthesis*
Professor, Texas A&M University

**16. Mustafa Turkboylari, 2002**
*Handoff Algorithms for Wireless Applications*
Member of Technical Staff, Texas Instruments

**17. Yun-Hui Fan, 2002**
*A Stereo Audio Coder with Nearly Constant Signal to Noise Ratio*
Post-Doctoral Research Associate, Northeastern University

**18.  Subrato K. De, 2002**

Exhibit 73
-1445-

Professor Vijay K. Madisetti, ECE

*Design of a Retargetable Compiler for DSP*
Member of Technical Staff, Qualcomm

US Army Sensors Lab Research Excellence Award, 1999

**19. Chonlameth Aripnikanondt, 2004**
*System-on-Chip Design with UML*
*Professor, King Mongkut's University, Thailand.*

US Army Sensors Lab Research Excellence Award, 1999

**20. Loran Jatunov, 2004**
*Performance Analysis of 3G CDMA Systems*
Senior Research Scientist, Soft Networks, LLC.

**21. Antonios Argyriou, 2005**, Serving in Hellenic Army.

**22. Pilho Kim, 2009,  Scientist, VP Technologies, Inc.**

**23. M. Sinnokrot, 2009,  Staff Engineer, Qualcomm.**


## Awards & Honors

1.  **Jagasdis Bose National Science Talent Fellowship**, Indian Institute of Technology, Kharagpur, 1980-1984.

2.  **General Proficiency Prize**, Indian Institute of Technology,  Kharagpur, 1984.

3.  **Demetri Angelakos Outstanding Graduate Student Award**, Univ. of California, Berkeley, 1989

4.  **Ira Kay IEEE/ACM Best Paper Award** for Best Paper presented at IEEE Annual Simulation Symposium, 1989

5.  **IBM Faculty Development Award** 1990

6.  **Technical Program Chair**, IEEE Workshop on Parallel and Distributed Simulation. 1990.

7.  **Technical Program Chair**, IEEE MASCOTS'94

8.  **NSF RI Award**, 1990

9.  **VHDL International Best PhD Dissertation Advisor Award**, 1997

Exhibit 73
-1446-

Professor Vijay K. Madisetti, ECE

10. **Georgia Tech Outstanding Doctoral Dissertation Advisor Award**, 2001.

11. **ASEE 2006 Frederick Emmons Terman Medal, 2006.**

12. **Fellow of IEEE**



| Intellectual Property Disclosures (Georgia Tech) |

| Patent | Date | Description |
|--------|------|-------------|
| 2843 | 2004 | Method and Apparatus for Improving the Performance of Wireless LANs |
| 2825 | 2003 | Method and Apparatus for Optimal Partitioning and Ordering of Antennas for Layered Space-Time Block Codes in MIMO Communications Systems |
| 2815 | 2003 | How to Rapidly Develop a SyD Application |
| GSU-023 | 2003 | Rapid Development of SyD Applications |

Professor Vijay K. Madisetti, ECE

| 2810 | 2003 | System on Mobile Devices Middleware Design |
| 2718 | 2003 | A Transport Layer Algorithm for Improved Anycast Communication |
| 2717 | 2003 | A Novel Transport Layer Load-Balancing Algorithm |
| 2716 | 2003 | A Transport Layer QoS Algorithm |
| 2715 | 2003 | A Novel Transport Layer Algorithm for MPLS Performance |
| 2659 | 2002 | A New Algorithm and Technology for Implementing Mobile IP with Applications to Voice and Video over Mobile IP |
| 2656 | 2002 | Debugging with Instruction-Level Reverse Execution |
| 2655 | 2002 | Embedded Software Streaming |
| 2539 | | System of Databases: An Enabling Technology for Programming |
| 2517 | 2002 | A Dynamic Instantiated Real-Time Operating System Debugger |
| 2516 | 2002 | A Dynamic Real-Time Operating System |
| GSU-009 | 2001 | System of Databases: Architecture,, Global Queries, Triggers and Constraints |
| 2480 | 2001 | Mobile Fleet Application based on SyD Technology |
| 2479 | 2001 | System of Databases: A model with coordination links and a calendar application |
| 1893 | 1999 | Beehive |
| 1726 | 1995 | Very High Scale Integrated Circuit Hardware Description Language Models (VHDL Models) |
| 1401 | 1995 | Self-Compensation Receiver (SCR) |

**Issued Patents**: 9,935,772, 9,769,213

Exhibit 73
-1448-