## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation and Ceracor Laboratories, Inc.<br><br>v.<br>Plaintiff(s)<br><br>Apple Inc.<br>Defendant(s). | **CASE NUMBER**<br>8:20-cv-00048-JVS-JDE<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [1074]** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Mueller, Joseph J.   of   Wilmer Cutler Pickering Hale and Dorr LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*         60 State Street
                                                                    Boston, MA 02109
(617) 526-6000      (617) 526-5000
*Telephone Number*    *Fax Number*
Joseph.Mueller@wilmerhale.com
*E-Mail Address*                                                    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Apple Inc.

Name(s) of Party(ies) Represented       ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other: _____
and designating as Local Counsel

Gosma, Derek   of   Wilmer Cutler Pickering Hale and Dorr LLP
*Designee's Name (Last Name, First Name & Middle Initial)*        350 South Grand Avenue
                                                                   Suite 2400
274515      213-443-5308      213-443-5400                         Los Angeles, CA 90071
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
Derek.Gosma@wilmerhale.com
*E-Mail Address*                                                   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated   December 20, 2022                                          */s/ James V. Selna*
                                                                   U.S. District Judge