# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masimo Corporation and Cercacor Laboratories, Inc.<br><br>                                            **Plaintiff(s)**<br>v.<br><br>Apple Inc.<br><br>                                            **Defendant(s).** | **CASE NUMBER**<br><br>8:20-cv-00048-JVS (DEx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [1075]** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Scherker, Emily R.   of   Wilmer Cutler Pickering Hale and Dorr LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*         7 World Trade Center
212-230-8832            212-230-8888                250 Greenwich Street
*Telephone Number*       *Fax Number*               New York, NY 10007
Emily.Scherker@wilmerhale.com
*E-Mail Address*                                   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Apple Inc.

*Name(s) of Party(ies) Represent*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Gosma, Derek    of   Wilmer Cutler Pickering Hale and Dorr LLP
*Designee's Name (Last Name, First Name & Middle Initial)*      350 South Grand Avenue
274515        213-443-5308        213-443-5400            Suite 2400
                                                          Los Angeles, CA 90071
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
Derek.Gosma@wilmerhale.com
*E-Mail Address*                                   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: December 20, 2022**

*/s/ James V. Selna*
**U.S. District Judge**