MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, pro hac vice
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363
[Counsel appearances continue on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S CERTIFICATE OF COMPLIANCE IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFFS' UNTIMELY NOVEMBER 2022 SUPPLEMENT TO APPLE INTERROGATORY NO. 33**<br><br>Pre-Trial Conference: 3/13/23<br>Trial: 3/28/23 |

```
 1   SARAH R. FRAZIER, pro hac vice
       sarah.frazier@wilmerhale.com
 2   WILMER CUTLER PICKERING
       HALE AND DORR LLP
 3   60 State Street
     Boston, MA 02109
 4   Tel.: 617.526.6000 / Fax: 617.526.5000

 5   NORA Q.E. PASSAMANECK, pro hac vice
       nora.passamaneck@wilmerhale.com
 6   WILMER CUTLER PICKERING
       HALE AND DORR LLP
 7   1225 Seventeenth Street, Suite 2600
     Denver, CO 80202
 8   Tel.: 720.274.3152 / Fax: 720.273.3133

 9   BRIAN A. ROSENTHAL, pro hac vice
       brosenthal@gibsondunn.com
10   GIBSON, DUNN & CRUTCHER LLP
     200 Park Avenue
11   New York, NY 10166-0193
     Tel.: 212.351.2339 / Fax: 212.817.9539
12
     KENNETH G. PARKER, SBN 182911
13     ken.parker@haynesboone.com
     HAYNES AND BOONE, LLP
14   660 Anton Boulevard, Suite 700
     Costa Mesa, CA 92626
15   Tel. 650.949.3014 / Fax: 949.202.3001
16
17
18
19
20
21
22
23
24
25
26
27
28
```

APPLE'S CERTIFICATE OF COMPLIANCE

CASE NO. 8:20-cv-00048-JVS (JDEx)

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant Apple Inc., certifies that this brief contains 3,144 words, which [choose one]:

 X  complies with the word limit of L.R. 11-6.1.

 __ complies with the word limit set by court order dated [date].

Dated:  December 20, 2022            Respectfully submitted,

MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP


By: /s/ Mark D. Selwyn
     Mark D. Selwyn


*Attorneys for Defendant Apple Inc.*