# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS CORRECTED MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' TRADE SECRET CLAIM AND PLAINTIFFS' LOST PROFITS DAMAGES THEORY [1093]**<br><br>Date: February 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 27, 2023 |

This matter is before the Court pursuant to Apple's Application to File Under Seal Its Corrected Memorandum In Support Of Its Motion For Partial Summary Judgment On Plaintiffs' Trade Secret Claim And Plaintiffs' Lost Profits Damages Theory ("Application to File Under Seal"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application to File Under Seal is GRANTED. Apple shall file under seal its Corrected Memorandum In Support Of Its Motion For Partial Summary Judgment On Plaintiffs' Trade Secret Claim And Plaintiffs' Lost Profits Damages Theory.

**IT IS SO ORDERED.**

Dated: December 22, 2022

_____
The Hon. James V. Selna
United States District Court Judge