1  MARK D. SELWYN, SBN 244180
     mark.selwyn@wilmerhale.com
2  THOMAS G. SPRANKLING, SBN 294831
     thomas.sprankling@wilmerhale.com
3  WILMER CUTLER PICKERING
     HALE AND DORR LLP
4  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
5  Tel.: 650.858.6000 / Fax: 650.858.6100

6  JOSHUA H. LERNER, SBN 220755
     joshua.lerner@wilmerhale.com
7  WILMER CUTLER PICKERING
     HALE AND DORR LLP
8  One Front Street, Suite 3500
   San Francisco, CA 94111
9  Tel.: 628.235.1000 / Fax: 628.235.1001

10  AMY K. WIGMORE, *pro hac vice*
      amy.wigmore@wilmerhale.com
11  WILMER CUTLER PICKERING
      HALE AND DORR LLP
12  1875 Pennsylvania Ave NW
    Washington, DC 20006
13  Tel.: 202.663.6000 / Fax: 202.663.6363

14  [Counsel appearances continue on next page]

15  *Attorneys for Defendant Apple Inc.*

16              **UNITED STATES DISTRICT COURT**
          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
17                    **SOUTHERN DIVISION**

| | |
|---|---|
| 18  MASIMO CORPORATION, a Delaware corporation; and 19  CERCACOR LABORATORIES, INC., a Delaware corporation, 20                Plaintiffs, 21        v. 22  APPLE INC., 23  a California corporation, 24                Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) **APPLE'S CERTIFICATE OF SERVICE OF DECLARATION OF MARK SELWYN PURSUANT TO L.R. 79-5.2.2(B) IN SUPPORT OF PLAINTIFFS' APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** Date: February 6, 2023 Time: 1:30pm Pre-Trial Conference: Mar. 13, 2023 Trial: Mar. 27, 2023 |

25
26
27
28

APPLE'S CERTIFICATE OF SERVICE OF SEALED DOCUMENTS

CASE NO. 8:20-cv-00048-JVS (JDEx)

1
2
3
4

SARAH R. FRAZIER, *pro hac vice*
 sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

5
6
7
8

NORA Q.E. PASSAMANECK, *pro hac vice*
 nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

9
10
11
12

BRIAN A. ROSENTHAL, *pro hac vice*
 brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

13
14
15

KENNETH G. PARKER, SBN 182911
 Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

16
17
18
19
20
21
22
23
24
25
26
27
28

APPLE'S CERTIFICATE OF SERVICE OF SEALED DOCUMENTS

CASE NO. 8:20-cv-00048-JVS (JDEx)

**CERTIFICATE OF SERVICE**

I, Sydney E. Donovan, declare as follows:

I am employed in the County of Denver, State of Colorado. I am over the age of 18 years and am not a party to this action. My business address is 1225 17th Street, Suite 2600, Denver, CO 80202, in said County and State. On December 23, 2022, I served the following document under seal:


(1)    DECLARATION OF MARK SELWYN PURSUANT TO L.R. 79-5.2.2(B) IN SUPPORT OF PLAINTIFFS' APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT


on the persons stated below, by the following means of service:

KNOBBE, MARTENS, OLSON & BEAR, LLP

Joseph R. Re (joseph.re@knobbe.com)

Stephen C. Jensen (steve.jensen@knobbe.com)

Benjamin A. Katzenellenbogen (ben.katzenellenbogen@knobbe.com)

Perry D. Oldham (perry.oldham@knobbe.com)

Stephen W. Larson (stephen.larson@knobbe.com)

Adam B. Powell (adam.powell@knobbe.com)

Daniel P. Hughes (daniel.hughes@knobbe.com)

Mark Kachner (mark.kachner@knobbe.com)

The document was served pursuant to Fed. R. Civ. P. 5(b) via electronic mail. Based on an agreement of the parties to accept service by email or electronic transmission to the above service list, I served the document to the persons at the email addresses listed above.

I did this at the direction of Mark D. Selwyn who is a member of this Court.

APPLE'S CERTIFICATE OF SERVICE OF SEALED DOCUMENTS

1

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

1        I declare under penalty of perjury under the laws of the United States of

2    America that the foregoing is true and correct, and that this declaration was executed

3    on December 23, 2022, at Arlington, Texas.

4

5    _____

6              Sydney E. Donovan

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wilmer Cutler
Pickering Hale
and Dorr LLP