MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearances continue on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **STIPULATION REGARDING ADDITIONAL DISCOVERY OF DISPUTED AGREEMENTS** <br><br> **[PROPOSED] ORDER LODGED HEREWITH** <br><br> Expert Discovery Cut-Off: 12/12/2022 <br> Law and Motion Filing Cutoff: 1/9/2023 <br> Law and Motion Hearing Cutoff: 2/6/2023 <br> Final Pre-Trial Conf.: 2/13/2023 <br> Trial: 3/27/2023 |

SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel. 650.949.3014 / Fax: 949.202.3001

*Attorneys for Defendant Apple Inc.*

Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

*Attorneys for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.*

WHEREAS, on December 9, 2022, the Court ordered the parties to meet and confer regarding Apple's request for additional discovery regarding certain "Disputed Agreements" and to file a Joint Report setting forth a proposal for resolving Apple's discovery requests. Dkt. 1076 at 6-7.

WHEREAS, the parties have agreed to a discovery schedule regarding the Disputed Agreements that does not alter the remaining pretrial and trial schedule.

ACCORDINGLY, the parties hereby propose to the Court the following discovery schedule related to the Disputed Agreements:

1. Plaintiffs will serve initial supplemental responses to Apple Interrogatory Nos. 17, 26, and 28 by December 23, 2022, and Plaintiffs will serve further supplements by January 6, 2023.
2. Apple will serve limited additional discovery requests by December 23, 2022.
3. Plaintiffs will produce additional documents relating to the: negotiation and drafting of the Disputed Agreements, interpretation of terms of the Disputed Agreements, and royalties paid pursuant to the Disputed Agreements by January 6, 2023, to the extent found after a reasonable search.
4. Plaintiffs will endeavor to serve their responses to Apple's additional discovery requests served on December 23, 2022 by January 6, 2023. To the extent Plaintiffs have concerns about the scope of those requests or require additional time they will promptly inform Apple after receipt of the requests.
5. Apple will subpoena testimony and/or the production of documents from the relevant third parties to the Disputed Agreements within twenty-one (21) days of receiving Plaintiffs' responses to Apple's additional discovery

requests assuming Plaintiffs' additional document collection is complete by that time.

6. Apple's expert(s) will endeavor to serve supplemental expert report(s) within thirty (30) days after Apple has received the requested discovery from Plaintiffs and the relevant third parties. The parties agree to discuss a specific deadline for these supplemental reports once fact discovery regarding the Disputed Agreements is completed and taking into consideration the trial schedule in this matter.

7. To the extent necessary, expert depositions regarding any reasonable royalty opinions will be completed within four weeks of a jury verdict.

**IT IS SO STIPULATED.**

The parties have attached a Proposed Order for the Court's consideration.

Dated: December 23, 2022

Respectfully submitted,

By: /s/ Mark D. Selwyn
Mark D. Selwyn
Joshua H. Lerner
Nora Passamaneck
WILMER CUTLER PICKERING HALE AND DORR LLP

Kenneth G. Parker
HAYNES AND BOONE, LLP

Brian A. Rosenthal
GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Defendant Apple Inc.*

| | |
|---|---|
| Dated: December 23, 2022 | By: */s/ Mark D. Kachner* |
| | Joseph R. Re |
| | Stephen C. Jensen |
| | Benjamin A. Katzenellenbogen |
| | Perry D. Oldham |
| | Stephen W. Larson |
| | Mark D. Kachner |
| | Adam B. Powell |
| | Daniel P. Hughes |
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| | |
| | *Attorneys for Plaintiffs* |
| | *Masimo Corporation and* |
| | *Cercacor Laboratories, Inc.* |

**ATTESTATION UNDER LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Civil L. R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the signatories above.

Dated: December 23, 2022          By: */s/ Mark D. Selwyn*