**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING ADDITIONAL DISCOVERY OF DISPUTED AGREEMENTS**<br><br>Expert Discovery Cut-Off: 12/12/2022<br>Law and Motion Filing Cutoff: 1/9/2023<br>Law and Motion Hearing Cutoff: 2/6/2023<br>Final Pre-Trial Conf.: 2/13/2023<br>Trial: 3/27/2023 |

The Court, having considered the Stipulation Regarding Additional Discovery of Disputed Agreements by and between Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. and Defendant Apple Inc., and good cause appearing, issues the following Order:

The parties will adhere to the following schedule for seeking and providing additional discovery regarding certain "Disputed Agreements":

1. Plaintiffs will serve initial supplemental responses to Interrogatory Nos. 17, 26, and 28 by December 23, 2022, and Plaintiffs will serve further supplements by January 6, 2023.

2. Apple will serve limited additional discovery requests on or before December 23, 2022.

3. Plaintiffs will produce additional documents relating to the negotiation and drafting of the Disputed Agreements, interpretation of terms of the Disputed Agreements, and royalties paid pursuant to the Disputed Agreements by January 6, 2023, to the extent found after a reasonable search.

4. Plaintiffs will endeavor to serve their responses to Apple's additional discovery requests served on December 23, 2022 by January 6, 2023. To the extent Plaintiffs have concerns about the scope of those requests or require additional time, they will promptly inform Apple after receipt of the requests.

5. Apple will subpoena testimony and/or the production of documents from the relevant third parties to the Disputed Agreements within twenty-one (21) days of receiving Plaintiffs' responses to Apple's additional discovery requests assuming Plaintiffs' additional document collection is complete by that time.

[PROPOSED] ORDER GRANTING STIPULATION RE ADDITIONAL DISCOVERY OF DISPUTED AGREEMENTS
1    CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

6. Apple's expert(s) will endeavor to serve supplemental expert report(s) within thirty (30) days after Apple has received the requested discovery from Plaintiffs and the relevant third parties. The parties agree to discuss a specific deadline for these supplemental reports once fact discovery regarding the Disputed Agreements is completed and taking into consideration the trial schedule in this matter.

7. To the extent necessary, expert depositions regarding any reasonable royalty opinions will be completed within four weeks of a jury verdict.\

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. James V. Selna
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATION RE ADDITIONAL DISCOVERY OF DISPUTED AGREEMENTS
2     CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP