1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation<br><br>　　　　Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' MOTION FOR DISCOVERY ON AIRPODS ROYALTIES** |

1    Having considered Plaintiffs' Application for Leave to File Under Seal
2    Documents Regarding Plaintiffs' Motion for Discovery on AirPods Royalties,
3    and finding good cause therefor, the Application is GRANTED.

4    **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
5    Cercacor Laboratories, Inc. may file under seal the proposed redacted portions
6    of Masimo's Memorandum in Support of Motion for Discovery on AirPods
7    Royalties and the identified accompanying exhibits.

8
9    DATED: _____        _____
10                                       The Honorable James V. Selna
                                         United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28