Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Baraa Kahf (Bar No. 261144)
Baraa.Kahf@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR DISCOVERY ON AIRPODS ROYALTIES**<br><br>Date:     February 6, 2023<br>Time:     1:30 p.m.<br>Location: Courtroom 10C |

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

PLEASE TAKE NOTICE that on February 6, 2023, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable James V. Selna, Courtroom 10C of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California, 92701, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Masimo") will and hereby do move for relief from the scheduling order to allow it to take limited discovery on AirPods royalties. Masimo brings this motion under Local Rule 7-4.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on January 2, 2023. *See* Powell Decl. ¶ 27.

This motion is based upon this Notice of Motion, the Memorandum in Support of the Motion, the Declaration of Adam B. Powell, including the exhibits attached thereto, all documents filed concurrently herewith, any subsequently filed memorandums and declarations, the pleadings and papers filed in this action, and any other arguments, evidence, and other matters submitted to the Court, at the hearing or otherwise. A proposed order is being lodged for the Court's consideration.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 9, 2023

By: */s/ Adam B. Powell*
Joseph R. Re
Stephen C. Jensen
Benjamin A. Katzenellenbogen
Perry D. Oldham
Stephen W. Larson
Mark D. Kachner
Baraa Kahf
Adam B. Powell
Daniel P. Hughes
Justin J. Gillett

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.

-1-