1
2
3
4
5
6
7
8
9
10

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DISCOVERY ON AIRPODS ROYALTIES**<br><br>Date:  February 6, 2023<br>Time:  1:30 p.m.<br>Ctrm:  10C |

Having considered Plaintiffs' Motion for Discovery on AirPods Royalties, all the papers filed in support, in opposition and in reply thereof, evidence of record cited therein, and any oral argument by counsel on the motion, and for good cause found, the Court hereby **GRANTS** Plaintiffs' Motion and orders:

(1) The parties may serve limited written discovery requests within seven days of this Order;

(2) The parties shall respond within fourteen days of receiving (1);

(3) Masimo may serve a supplemental damages report within 21 days of receiving (2);

(4) Apple may serve a report responsive to (3) within 21 days of receiving it; and

(5) Expert depositions regarding any reasonable royalty opinion shall be completed within four weeks of a jury verdict.

**IT IS SO ORDERED.**

Dated:_____        _____
                                          The Honorable James V. Selna
                                          United States District Judge