1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

8
9

10 | MASIMO CORPORATION,
a Delaware corporation; and

CASE NO. 8:20-cv-00048-JVS (JDEx)

11 | CERCACOR LABORATORIES, INC.,
a Delaware corporation,

**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERT ROBERT PALMATIER**

12

13                          Plaintiffs,

14              v.

Date: February 6, 2023
Time: 1:30pm

15 | APPLE INC.,
a California corporation,

16                          Defendant.

Pre-Trial Conference: Mar. 13, 2023
Trial: Mar. 28, 2023

17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO SEAL

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

1    This matter is before the Court pursuant to Apple's Application to File Under Seal

2    Documents Regarding Its Motion to Exclude the Opinions and Testimony of Plaintiffs'

3    Expert Robert Palmatier ("Application").  Having considered the briefing, supporting

4    documents, and all other matters properly before the Court, being fully advised on the

5    pleadings, and for good cause appearing:

6    IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.  Apple

7    shall file under seal its Memorandum In Support Of Its Motion to Exclude the Opinions

8    and Testimony of Plaintiffs' Expert Robert Palmatier and Exhibits 1-4.

9    **IT IS SO ORDERED.**

10

11   Dated: _____        _____

12                                     The Hon. James V. Selna
                                       United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO SEAL
                    1                 CASE NO. 8:20-cv-00048-JVS (JDEx)