MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERT ROBERT PALMATIER** <br><br> Date: February 6, 2023 <br> Time: 1:30pm <br><br> Pre-Trial Conference: Mar. 13, 2023 <br> Trial: Mar. 28, 2023 |

Wilmer Cutler
Pickering Hale
and Dorr LLP

1   SARAH R. FRAZIER, *pro hac vice*
      sarah.frazier@wilmerhale.com
2   WILMER CUTLER PICKERING
       HALE AND DORR LLP
3   60 State Street
    Boston, MA 02109
4   Tel.: 617.526.6000 / Fax: 617.526.5000

5   NORA Q.E. PASSAMANECK, *pro hac vice*
      nora.passamaneck@wilmerhale.com
6   WILMER CUTLER PICKERING
       HALE AND DORR LLP
7   1225 Seventeenth Street, Suite 2600
    Denver, CO 80202
8   Tel.: 720.274.3152 / Fax: 720.273.3133

9   BRIAN A. ROSENTHAL, *pro hac vice*
      brosenthal@gibsondunn.com
10  GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
11  New York, NY 10166-0193
    Tel.: 212.351.2339 / Fax: 212.817.9539
12
    KENNETH G. PARKER, SBN 182911
13    Ken.parker@haynesboone.com
    HAYNES AND BOONE, LLP
14  660 Anton Boulevard, Suite 700
    Costa Mesa, CA 92626
15  Tel.: 650.949.3014 / Fax: 949.202.3001

16

17

18

19

20

21

22

23

24

25

26

27

28

PASSAMANECK DECL. ISO APPLE'S MOT. TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERT ROBERT PALMATIER

CASE NO. 8:20-cv-00048-JVS (JDEx)

I, Nora Passamaneck, declare and state as follows:

1.      I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2.      I make this Declaration in support of Apple's Motion to Exclude the Opinions and Testimony of Plaintiffs' Expert Robert Palmatier ("Motion").

3.      I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4.      Attached hereto as **Exhibit 1 (filed under seal)** is a copy of the Expert Report of Robert Palmatier, Ph.D, dated October 6, 2022.

5.      Attached hereto as **Exhibit 2 (filed under seal)** is a copy of the Rebuttal Expert Report of Robert Palmatier, Ph.D., dated November 17, 2022.

6.      Attached hereto as **Exhibit 3 (filed under seal)** is a copy of the transcript of the December 21, 2022 deposition of Robert Palmatier, Ph.D.

7.      Attached hereto as **Exhibit 4 (filed under seal)** is a copy of the transcript of the December 22, 2022 deposition of Robert Palmatier, Ph.D.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of January 2023.


By: _____

Nora Passamaneck

Wilmer Cutler
Pickering Hale
and Dorr LLP