# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERT ROBERT PALMATIER**<br><br>Date: February 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

[PROPOSED] ORDER GRANTING APPLE'S MOT. TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERT ROBERT PALMATIER    CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

1  This matter is before the Court pursuant to Defendant Apple Inc.'s Motion to
2  Exclude the Opinions and Testimony of Plaintiffs' Expert Robert Palmatier ("Motion").
3  Having considered the briefing, supporting documents, and all other matters properly
4  before the Court, being fully advised on the pleadings, and for good cause appearing:
5  IT IS HEREBY ORDERED THAT Apple's Motion is GRANTED. Dr.
6  Palmatier's October 6, 2022 Report is excluded in its entirety.
7  **IT IS SO ORDERED.**

Dated: _____   _____
The Hon. James V. Selna
United States District Court Judge