IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' DAUBERT MOTION TO EXCLUDE CERTAIN TESTIMONY OF DEFENDANT'S EXPERTS** |

The Court, having considered Plaintiffs' *Daubert* Motion to Exclude Certain Testimony of Defendant's Experts, and having read the submissions of the parties and considered any arguments of counsel, and good cause appearing, hereby GRANTS the Motion as follows:

- The opinions of Dr. Majid Sarrafzadeh regarding whether Plaintiffs' trade secrets are readily ascertainable are excluded;
- The opinions of Dr. Steve Warren regarding whether Plaintiffs' trade secrets are readily ascertainable are excluded;
- The opinions of Dr. Marco Perez regarding whether Plaintiffs' trade secrets are readily ascertainable are excluded;
- The opinions of Dr. Ran Kivetz regarding whether Plaintiffs' trade secrets are readily ascertainable are excluded;
- The opinions of Dr. Majid Sarrafzadeh regarding whether Plaintiffs' trade secrets are generally known are excluded;
- The opinions of Dr. Steve Warren regarding whether Plaintiffs' trade secrets are generally known are excluded;
- The opinions of Dr. Marco Perez regarding whether Plaintiffs' trade secrets are generally known are excluded; and
- The opinions of Dr. Ran Kivetz regarding whether Plaintiffs' trade secrets are generally known are excluded.

**IT IS SO ORDERED.**

Dated:_____          _____
                                Hon. James V. Selna
                                United States District Judge

56793487

-1-