1  Joseph R. Re (Bar No. 134479)
   joseph.re@knobbe.com
2  Stephen C. Jensen (Bar No. 149894)
   steve.jensen@knobbe.com
3  Benjamin A. Katzenellenbogen (Bar No. 208527)
   ben.katzenellenbogen@knobbe.com
4  Perry D. Oldham (Bar No. 216016)
   perry.oldham@knobbe.com
5  Stephen W. Larson (Bar No. 240844)
   stephen.larson@knobbe.com
6  Baraa Kahf (Bar No. 261144)
   Baraa.Kahf@knobbe.com
7  Justin J. Gillett (Bar No. 298150)
   Justin.Gillett@knobbe.com
8  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, Fourteenth Floor
9  Irvine, CA 92614
   Telephone: (949) 760-0404; Facsimile: (949) 760-9502

11 Adam B. Powell (Bar. No. 272725)
   adam.powell@knobbe.com
12 Daniel P. Hughes (Bar No. 299695)
   Daniel.hughes@knobbe.com
13 **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   3579 Valley Centre Drive
14 San Diego, CA 92130
   Telephone: (858) 707-4000; Facsimile: (858) 707-4001

15 [Counsel appearance continues on next page]

16 Attorneys for Plaintiffs,
17 MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' DAUBERT MOTION TO EXCLUDE CERTAIN TESTIMONY OF DEFENDANT'S EXPERTS**<br><br>Date:     February 6, 2023<br>Time:     1:30 p.m.<br>Location: Courtroom 10C |

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

1          I, Adam B. Powell, declare and state as follows:

2          1.    I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.

        2.    I submit this Declaration in support of Plaintiffs' *Daubert* Motion to Exclude Certain Testimony of Defendant's Experts.

        3.    Attached hereto as **Exhibit 1 [Filed Under Seal]** is a true and correct copy of the Expert Report of Majid Sarrafzadeh, Ph.D. Regarding Certain of Plaintiffs' Alleged Technical Trade Secrets.

        4.    Attached hereto as **Exhibit 2 [Filed Under Seal]** is a true and correct copy of the transcript of the December 8, 2022, deposition of Majid Sarrafzadeh, Ph.D.

        5.    Attached hereto as **Exhibit 3 [Filed Under Seal]** is a true and correct copy of the Expert Report of Steve Warren, Ph.D. Regarding Certain of Plaintiffs' Alleged Technical Trade Secrets.

        6.    Attached hereto as **Exhibit 4 [Filed Under Seal]** is a true and correct copy of the redacted transcript of the December 9, 2022, deposition of Steve Warren, Ph.D.

        7.    Attached hereto as **Exhibit 5 [Filed Under Seal]** is a true and correct copy of the transcript of the December 10, 2022, deposition of Steve Warren, Ph.D.

        8.    Attached hereto as **Exhibit 6 [Filed Under Seal]** is a true and correct copy of the Expert Report of Marco Perez, M.D.

        9.    Attached hereto as **Exhibit 7 [Filed Under Seal]** is a true and correct copy of the transcript of the December 3, 2022, deposition of Marco Perez, M.D.

        10.    Attached hereto as **Exhibit 8 [Filed Under Seal]** is a true and correct copy of the Expert Report of Dr. Ran Kivetz.

        11.    Attached hereto as **Exhibit 9 [Filed Under Seal]** is a true and correct copy of the transcript of the December 21, 2022, deposition of Ran Kivetz, Ph.D.

12. Attached hereto as **Exhibit 10 [Filed Under Seal]** is a true and correct copy of the transcript of the December 22, 2022, deposition of Ran Kivetz, Ph.D.

13. On January 2, 2023, the parties met and conferred to discuss Masimo's anticipated *Daubert* motion. The parties were unable to resolve their dispute and Apple indicated that it would oppose Masimo's *Daubert* motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 9, 2023, in Irvine, California.

                                                           /s/ *Adam B. Powell*
                                                         Adam B. Powell

56793427