1
2
3
4
5
6
7
8
9
10
11

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' CONTINGENT MOTION TO STRIKE AND REQUEST FOR EVIDENTIARY SANCTIONS** |

1  Having considered Plaintiffs' Application for Leave to File Under Seal
2  Documents Regarding Plaintiffs' Conditional Motion to Strike and Request for
3  Evidentiary Sanctions, and finding good cause therefor, the Application is
4  GRANTED.

5  **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
6  Cercacor Laboratories, Inc. may file under seal:

7  (1) Portions of the Memorandum in Support of Masimo's Contingent
8       Motion to Strike and Request for Evidentiary Sanctions;
9  (2) Appendices A and B to the supporting Hughes Declaration; and
10 (3) Exhibits 1-17 and 19-38 to the supporting Hughes Declaration.

12 DATED: _____          _____
13                                   The Honorable James V. Selna
                                     United States District Judge

56803378

-1-