MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERT JEFFREY KINRICH**<br><br>Date: February 6, 2023<br>Time: 1:30pm<br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

PASSAMANEKC DECL. ISO APPLE'S MOT. TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERT JEFFERY KINRICH

CASE NO. 8:20-cv-00048-JVS (JDEx)

SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Motion to Exclude the Opinions and Testimony of Plaintiffs' Expert Jeffrey Kinrich ("Motion").

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit 1** is a copy of an email from Mark Kachner, counsel for Plaintiffs, to Sarah Frazier, counsel for Apple, dated August 22, 2022.

5. Attached hereto as **Exhibit 2 (filed under seal)** is a copy of the Expert Disclosure of Bilal Muhsin Pursuant to Fed. R. Civ. P. 26(a)(2)(C), dated September 23, 2022.

6. Attached hereto as **Exhibit 3 (filed under seal)** is a copy of the Expert Disclosure of Richard Priddell Pursuant to Fed. R. Civ. P. 26(a)(2)(C), dated September 23, 2022.

7. Attached hereto as **Exhibit 4 (filed under seal)** is a copy of the Updated Expert Report of Jeffrey H. Kinrich, updated on October 17, 2022.

8. Attached hereto as **Exhibit 5 (filed under seal)** is a copy of Exhibit 3 from the January 3, 2023 deposition of Jeffrey Kinrich.

9. Attached hereto as **Exhibit 6 (filed under seal)** is a copy of the transcript of the January 3, 2023 deposition of Jeffrey Kinrich.

10. Attached hereto as **Exhibit 7 (filed under seal)** is a copy of the Supplemental Expert Report of Jeffrey Kinrich, dated November 30, 2022.

11. Attached hereto as **Exhibit 8 (filed under seal)** is a copy of Exhibit 4 to the Updated Expert Report of Jeffrey Kinrich, updated on October 17, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of January 2023.

By: _____

Nora Passamaneck