# EXHIBIT 1

| | |
|---|---|
| **From:** | Mark Kachner |
| **To:** | Frazier, Sarah; Peter Toller; *** Apple-Masimo; WH Apple-Masimo Service List; Lerner, Joshua; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; bburoker@gibsondunn.com; rvincent@gibsondunn.com; BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Selwyn, Mark; Gosma, Derek; Burton, Alison; Wigmore, Amy; tsnyder@lewisllewellyn.com; Passamaneck, Nora Q.E.; Jason.Lao@haynesboone.com; jlo@gibsondunn.com; Garcia, Nina; Lyons, James M.; Yin, David; ken.parker@haynesboone.com; michael.zeliger@pillsburylaw.com |
| **Cc:** | Masimo.Apple |
| **Subject:** | RE: Masimo Corp. et al. v. Apple Inc. \| 20-cv-00048 - Discovery - Document Production (MASA080) |
| **Date:** | Monday, August 22, 2022 8:18:57 PM |

**EXTERNAL SENDER**

Counsel,

The documents produced Thursday were an update to an analysis that Masimo previously conducted and produced.  This is not an analysis that Masimo performs in the ordinary course of business, nor are the documents produced kept in the ordinary course of business.  Rather this analysis was done for this litigation as part of expert discovery.

Regards, Mark

**Mark Kachner**
Partner
310-407-3472 Direct

**Knobbe** Martens

**From:** Frazier, Sarah <Sarah.Frazier@wilmerhale.com>
**Sent:** Thursday, August 18, 2022 8:16 PM
**To:** Mark Kachner <Mark.Kachner@knobbe.com>; Peter Toller <Peter.Toller@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; bburoker@gibsondunn.com; rvincent@gibsondunn.com; BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Burton, Alison <Alison.Burton@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; tsnyder@lewisllewellyn.com; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Jason.Lao@haynesboone.com; jlo@gibsondunn.com; Garcia, Nina <Nina.Garcia@wilmerhale.com>; Lyons, James M. <James.Lyons@wilmerhale.com>; Yin, David <David.Yin@wilmerhale.com>; ken.parker@haynesboone.com; michael.zeliger@pillsburylaw.com
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Discovery - Document Production (MASA080)

Mark,

Fact discovery closed on August 12, 2022.  Please explain why these documents are just now being produced, whether Plaintiffs intend to affirmatively rely on them, and, if so, provide your authority

Exhibit 1
Page 1

for doing so.

Regards,
Sarah

**From:** Mark Kachner <Mark.Kachner@knobbe.com>
**Sent:** Thursday, August 18, 2022 7:43 PM
**To:** Peter Toller <Peter.Toller@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Lerner, Joshua <Joshua.Lerner@wilmerhale.com>; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; bburoker@gibsondunn.com; rvincent@gibsondunn.com; BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Selwyn, Mark <Mark.Selwyn@wilmerhale.com>; Gosma, Derek <Derek.Gosma@wilmerhale.com>; Burton, Alison <Alison.Burton@wilmerhale.com>; Wigmore, Amy <Amy.Wigmore@wilmerhale.com>; tsnyder@lewisllewellyn.com; Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Jason.Lao@haynesboone.com; jlo@gibsondunn.com; Garcia, Nina <Nina.Garcia@wilmerhale.com>; Frazier, Sarah <Sarah.Frazier@wilmerhale.com>; Lyons, James M. <James.Lyons@wilmerhale.com>; Yin, David <David.Yin@wilmerhale.com>; ken.parker@haynesboone.com; michael.zeliger@pillsburylaw.com
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** RE: Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Discovery - Document Production (MASA080)

**EXTERNAL SENDER**

Counsel,

During Bilal Muhsin's deposition, Mr. Mushin can address Apple's questions about the documents in today's production.

Regards, Mark

**Mark Kachner**
Partner
310-407-3472 Direct
**Knobbe** Martens

**From:** Peter Toller <Peter.Toller@knobbe.com>
**Sent:** Thursday, August 18, 2022 2:37 PM
**To:** *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Joshua.Lerner@wilmerhale.com; MLyon@gibsondunn.com; BBuroker@gibsondunn.com; ISamplin@gibsondunn.com; AKaounis@gibsondunn.com; bburoker@gibsondunn.com; rvincent@gibsondunn.com;

Exhibit 1
Page 2

BRosenthal@gibsondunn.com; mlewis@lewisllewellyn.com; Mark.selwyn@wilmerhale.com; Derek.gosma@wilmerhale.com; alison.burton@wilmerhale.com; amy.wigmore@wilmerhale.com; tsnyder@lewisllewellyn.com; nora.passamaneck@wilmerhale.com; sarah.frazier@wilmerhale.com; Jason.lao@haynesboone.com; jlo@gibsondunn.com; nina.garcia@wilmerhale.com; sarah.frazier@wilmerhale.com; james.lyons@wilmerhale.com; david.yin@wilmerhale.com; ken.parker@haynesboone.com; michael.zeliger@pillsburylaw.com
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** Masimo Corp. et al. v. Apple Inc. | 20-cv-00048 - Discovery - Document Production (MASA080)

Counsel

Please find documents bearing production numbers MASA03583610-MAS03583633 (MASA080) available for download at https://knobbe.sharefile.com/d-s7fc3b73f381e4e6591165ac010fb5257.  Please note the documents within this production are designated pursuant to the parties' protective order.  The password to the zip files is the same as the prior productions.

**Peter Toller**
Litigation Paralegal
Peter.Toller@knobbe.com
(949) 760-0404  **Main**
**Knobbe Martens**
2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Exhibit 1
Page 3