# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation,

    Plaintiffs,

v.

APPLE INC.,
a California corporation,

    Defendant.

CASE NO. 8:20-cv-00048-JVS (JDEx)

**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERT JEFFREY KINRICH**

Date: February 6, 2023
Time: 1:30pm
Pre-Trial Conference: Mar. 13, 2023
Trial: Mar. 28, 2023

[Proposed] Order Granting Apple's Mot. to Exclude Opinions and Testimony of Plaintiffs' Expert Jeffery Kinrich     Case No. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

This matter is before the Court pursuant to Defendant Apple Inc.'s Motion to Exclude the Opinions and Testimony of Plaintiffs' Expert Jeffrey Kinrich ("Motion"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Motion is GRANTED. Mr. Kinrich's lost profits and unjust enrichment opinions are excluded.

**IT IS SO ORDERED.**

Dated: _____      _____
　　　　　　　　　　　　　　　　　　The Hon. James V. Selna
　　　　　　　　　　　　　　　　　　United States District Court Judge