Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Baraa Kahf (Bar No. 261144)
baraa.Kahf@knobbe.com
Justin J. Gillett (Bar No. 298150)
justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**PLAINTIFFS' NOTICE OF MOTION AND CONTINGENT MOTION TO STRIKE AND REQUEST FOR EVIDENTIARY SANCTIONS**<br><br>Date:       February 6, 2023<br>Time:       1:30 p.m.<br>Location:   Courtroom 10C |

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

PLEASE TAKE NOTICE that on February 6, 2023, at 1:30 PM, or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable James V. Selna, Courtroom 10C of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California, 92701, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Masimo") will and hereby contingently move to strike:

1. the limitation-by-limitation inventorship theories and opinions offered by Apple's experts Sarrafzadeh and Warren;
2. the generally known and readily ascertainable theories and opinions not disclosed during fact discovery offered by Apple's experts Sarrafzadeh, Warren, Kivetz, and Perez;
3. the theories and opinions on the "head start" time offered by Apple's experts Sarrafzadeh, Warren, and Kivetz;
4. the theories and opinions based on Apple's testing of an Apple Watch offered by Apple's expert Warren; and
5. the theories and opinions that Apple regarding a business deal with Masimo offered by Apple's expert Webster.

Masimo further contingently moves for evidentiary sanctions barring Apple from arguing and presenting evidence that it did not use or acquire Masimo's Business And Marketing Plans And Strategies and Strategies For Interacting With Hospitals Trade Secrets because of Apple's production of critical O'Reilly notebooks after fact discovery closed.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on January 2, 2023.

This motion is based upon this Notice of Motion, the Memorandum in Support of the Motion, the Declaration of Daniel P. Hughes, including the exhibits and appendices attached thereto, all documents filed concurrently herewith, any subsequently filed memorandums and declarations, the pleadings and papers filed in this action, and any

-1-

other arguments, evidence, and other matters submitted to the Court, at the hearing or otherwise.  A proposed order is being lodged for the Court's consideration.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 9, 2023

By: */s/ Daniel P. Hughes*
    Joseph R. Re
    Stephen C. Jensen
    Benjamin A. Katzenellenbogen
    Perry D. Oldham
    Stephen W. Larson
    Mark D. Kachner
    Baraa Kahf
    Adam B. Powell
    Daniel P. Hughes
    Justin J. Gillett

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.