1
2
3
4
5
6
7
8
9
10
11

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' CONTINGENT MOTION TO STRIKE AND REQUEST FOR EVIDENTIARY SANCTIONS |

The Court, having considered Plaintiffs' Contingent Motion to Strike and Request For Evidentiary Sanctions, and having read the submissions of the parties and considered any arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' Contingent Motion is GRANTED.
2. The following theories and opinions are hereby stricken and may not be presented by Defendant Apple Inc. ("Apple") at trial:
   a. The limitation-by-limitation theories and opinions regarding inventorship in the expert reports of Sarrafzadeh and Warren;
   b. The generally known and readily ascertainable theories and opinions in the expert reports of Sarrafzadeh, Warren, Perez, and Kivetz that rely upon references listed in Appendix A to the supporting Declaration of Daniel P. Hughes;
   c. The generally known and readily ascertainable theories and opinions in the expert reports of Perez and Kivetz that rely upon the marketing principles and third-party products listed in Appendix B to the supporting Declaration of Daniel P. Hughes;
   d. The "head start" advantage theories and opinions in the expert reports of Sarrafzadeh, Warren, and Kivetz;
   e. The theories and opinions in the expert report of Warren that rely on testing of the Apple Watch; and
   f. The theories and opinions in the expert report of Webster regarding a business deal with Masimo.
3. Apple may not argue or present evidence that Apple did not use or acquire (i) Plaintiffs' Business And Marketing Plans And Strategies Trade Secrets or (ii) Plaintiffs' Strategies for Interacting with Hospitals Trade Secrets.

///
///
///

-1-

-2-

**IT IS SO ORDERED.**

Dated:_____ _____
Hon. James V. Selna
United States District Judge