MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S MOTION TO STRIKE UNTIMELY FACT AND EXPERT DECLARATIONS SUPPORTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: Feb. 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

PASSAMANECK DECL. ISO APPLE'S MOT. TO STRIKE UNTIMELY FACT AND EXPERT DECLS.
SUPPORTING PLAINTIFFS' MOT. FOR PARTIAL S.J.
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

PASSAMANECK DECL. ISO APPLE'S MOT. TO STRIKE UNTIMELY FACT AND EXPERT DECLS. SUPPORTING PLAINTIFFS' MOT. FOR PARTIAL S.J.

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment ("Motion").

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit 1** is a copy of Apple's First Set of Interrogatories to Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc., dated January 9, 2020.

5. Attached hereto as **Exhibit 2 (filed under seal)** is a copy of Plaintiffs' Eighth Supplemental Responses to Apple's Interrogatory No. 6, dated September 29, 2022.

6. Attached hereto as **Exhibit 3 (filed under seal)** is a copy of the Declaration of Jeroen Poeze in Support of Plaintiffs' Motion for Preliminary Injunction (Dkt. 120), dated August 18, 2020.

7. Attached hereto as **Exhibit 4 (filed under seal)** is a copy of Plaintiffs' Second Amended Initial Disclosures, dated May 23, 2022.

8. Attached hereto as **Exhibit 5** is a copy of an email chain between Adam Powell, counsel for Plaintiffs, and Nora Passamaneck, counsel for Apple, dated May 13 through May 27, 2022.

9. Attached hereto as **Exhibit 6** is a copy of an email chain between Nora Passamaneck, counsel for Apple, and Daniel Hughes and Adam Powell, counsel for Plaintiffs, with certain personal information redacted, dated June 23 through July 15, 2022.

PASSAMANECK DECL. IN SUPPORT OF APPLE'S MOT. TO STRIKE UNTIMELY FACT AND EXPERT DECLS. SUPPORTING PLAINITIFFS' MOT. FOR PARTIAL S.J.

1

CASE NO. 8:20-cv-00048-JVS (JDEX)

10. Attached hereto as **Exhibit 7 (filed under seal)** is a copy of Plaintiffs' Second Supplemental Response to Apple's Interrogatory No. 13, dated September 6, 2022.

11. Attached hereto as **Exhibit 8 (filed under seal)** is a copy of Plaintiffs' Ninth Supplemental Response to Apple's Interrogatory No. 17, dated January 6, 2023.

12. Attached hereto as **Exhibit 9 (filed under seal)** is a copy of the Expert Disclosure of Joe Kiani Pursuant to Fed. R. Civ. P. 26(a)(2)(C), dated September 23, 2022.

13. Attached hereto as **Exhibit 10 (filed under seal)** is a copy of the Expert Report of Vijay K. Madisetti, Ph.D., dated September 23, 2022.

14. Attached hereto as **Exhibit 11 (filed under seal)** is a copy of the Rebuttal Expert Report of Majid Sarrafzadeh, Ph.D. Regarding Certain of Plaintiffs' Alleged Trade Secrets, dated November 4, 2022.

15. Attached hereto as **Exhibit 12 (filed under seal)** is a chart containing a comparison between the previously undisclosed paragraphs of the Declaration of Vijay Madisetti in Support of Plaintiffs' Motion for Summary Judgment (Dkt. 1085-9), dated December 19, 2022, and the corresponding paragraphs of the Expert Report of Vijay K. Madisetti, Ph.D., dated September 23, 2022 (attached hereto as **Exhibit 10**).

16. Attached hereto as **Exhibit 13 (filed under seal)** is a copy of the transcript of the deposition of Vijay K. Madisetti, Ph.D., dated December 8, 2022.

PASSAMANECK DECL. IN SUPPORT OF APPLE'S MOT. TO STRIKE UNTIMELY FACT AND EXPERT DECLS. SUPPORTING PLAINITIFFS' MOT. FOR PARTIAL S.J.
2
CASE NO. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler Pickering Hale and Dorr LLP

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of January 2023.

By: _____

Nora Passamaneck

PASSAMANECK DECL. IN SUPPORT OF APPLE'S MOT. TO STRIKE UNTIMELY FACT AND EXPERT DECLS. SUPPORTING PLAINITIFFS' MOT. FOR PARTIAL S.J.
3            CASE NO. 8:20-cv-00048-JVS (JDEX)

Wilmer Cutler Pickering Hale and Dorr LLP