# EXHIBIT 6

| | |
|---|---|
| **From:** | Passamaneck, Nora Q.E. |
| **Sent:** | Friday, July 15, 2022 11:27 AM |
| **To:** | Daniel.Hughes; Adam.Powell |
| **Cc:** | Masimo.Apple; *** Apple-Masimo; WH Apple-Masimo Service List |
| **Subject:** | RE: Masimo v. Apple - Upcoming depositions |

Daniel,

Mr. Coleman did not appear on either of Plaintiffs' lists provided May 27, and we were simply confirming that Plaintiffs do not intend to present him at trial. Assuming this is true and given your confirmation of this, we will not proceed with his deposition next week. We expect Plaintiffs to provide his availability should Plaintiffs later decide that they will present him at trial.

To be clear, the lists the parties exchanged were not a vehicle for either party to extend the 100-hour deposition limit, but rather to assist the each side in identifying witnesses for deposition. Apple expects the 100-hour limit to apply.

Regards,
Nora

**From:** Daniel.Hughes <Daniel.Hughes@knobbe.com>
**Sent:** Thursday, July 14, 2022 5:28 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - Upcoming depositions

**EXTERNAL SENDER**

Nora,

Our May 27 email included a list of witnesses Masimo did not currently intend to take to trial or designate for 30(b)(6) topics. That list included Richard Priddell and Kevin Pauley. Thus, we do not understand what more information Apple is seeking on those witnesses. Please let us know promptly if Apple intends to take those depositions.

As to Jon Coleman, the parties already agreed to exchange specific numbers of will call and will not call witnesses. If Apple would like to revisit this agreement, please let us know. Regardless, the parties already agreed that, if the offering party takes a witness to trial that was not on the party's will call list, and the other party has not deposed that witness, the offering party will make the witness available for a deposition even if the deposition would occur after the discovery cutoff and/or would exceed the allowable deposition hours. Given that the Coleman deposition is beginning in three business days, please confirm by close of business tomorrow if Apple will be moving forward on that date.

Other than the confirmed deposition date that Apple canceled, Mr. Al-Ali is available August 16-19 or August 23-26. Mr. Al-Ali's schedule fills up quickly, so please confirm a date for the deposition so that we can reserve it on Mr. Al-Ali's calendar.

Regards,

Daniel

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Wednesday, July 13, 2022 6:33 AM
**To:** Daniel.Hughes <Daniel.Hughes@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - Upcoming depositions

Daniel,
Despite repeated requests, you have not responded to my question whether Plaintiffs intend to present Mr. Priddell at trial. Given Plaintiffs' delay, Apple will not proceed with his deposition tomorrow. Please let us know whether Plaintiffs intend to present him at trial; if so, please let us know a date in August when he is available for deposition.
Thank you,
Nora

**From:** Passamaneck, Nora Q.E.
**Sent:** Tuesday, July 12, 2022 10:13 PM
**To:** Daniel.Hughes <Daniel.Hughes@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - Upcoming depositions

Daniel,
Please respond to my email regarding Mr. Priddell.
Thank you,
Nora

**From:** Daniel.Hughes <Daniel.Hughes@knobbe.com>
**Sent:** Tuesday, July 12, 2022 10:07 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - Upcoming depositions

**EXTERNAL SENDER**

Nora,

The topics Masimo designated Mr. Al-Ali on are topics that are highly duplicative, and boil down to the Masimo W1 development and Al-Ali's involvement in training Lamego about technology which is at issue in Apple's patents in this case. Apple has been well aware of Mr. Al-Ali's knowledge for months as Masimo identified him in Masimo's interrogatory responses. *See, e.g.*, Plaintiffs' Responses to Interrogatory No. 34, Plaintiffs' Supplemental Responses to Interrogatory No. 4. Apple is also well-aware of Mr. Al-Ali's involvement in the W1 development based on the ITC case, and the reproduction of all of those documents in this case. Thus, Apple could not have been surprised that he was designated on these topics.

Regardless, we will investigate additional availability for Mr. Al-Ali. However, last we understood his availability, we are looking at the last two weeks of August.

Regards,
Daniel

---

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Tuesday, July 12, 2022 1:35 PM
**To:** Daniel.Hughes <Daniel.Hughes@knobbe.com>; Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - Upcoming depositions

Daniel,

As you know, ███████████████████████████████████████████████████████  We have been working on designations, and should be in a position to exchange 30(b)(6) designations by tomorrow.  Nothing was stopping Plaintiffs, however, from designating Masimo witnesses in a timely fashion.  Indeed, it appears that Plaintiffs purposely withheld designating Mr. Al-Ali for 16 topics until less than 2 days before his deposition.  These topics include several regarding W1, which requires additional preparation.   In comparison to Plaintiffs' witnesses, no Apple employee will be deposed until next week such that there is no prejudice to Plaintiffs.  Given Plaintiffs' belated designation of Mr. Al-Ali, we will need alternative dates for his deposition so that we can properly prepare.

As to Mr. Priddell and further to my other emails, please confirm that Plaintiffs do not intend to present him at trial so that we can take him off the schedule.

Regards,
Nora

---

**From:** Daniel.Hughes <Daniel.Hughes@knobbe.com>
**Sent:** Tuesday, July 12, 2022 1:02 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>; Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - Upcoming depositions

**EXTERNAL SENDER**

Nora,

We have yet to hear back from you regarding our proposal to exchange witnesses for all 30(b)(6) topics, despite the fact that Masimo made its request weeks ago.  We still believe that the parties should mutually exchange all the witness for 30(b)(6) Topics. Regardless, for the Masimo witnesses to be deposed this week, we are designating Mr. Al-Ali on Topics 13-17.  We are also designating Mr. Al-Ali on Topics 66, 69, and 70-78 with facts of his interactions with Lamego.  He will not be providing legal contentions, or connecting the facts to the legal contentions.  That is not appropriate for a deposition, as we have explained.  And, we will object to questions asking him for legal conclusions, and contentions attempting to have him connect the facts to the contentions.  We are not designating Mr. Priddell on any topics.

Best regards,
Daniel

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Wednesday, July 6, 2022 8:26 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - Upcoming depositions

Adam,

[redacted], we are unable to exchange the full scope of 30(b)(6) designees this week as intended. We expect to be able to do so next week.

Thank you for understanding,
Nora

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Saturday, July 2, 2022 4:14 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - Upcoming depositions

**EXTERNAL SENDER**

Nora,

We did not receive a response to this email. Please let us know when Apple will be in a position to exchange 30(b)(6) designations.

Thanks,
Adam

**Adam Powell**
Partner
858-707-4245  Direct
**Knobbe Martens**

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Tuesday, June 28, 2022 9:24 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - Upcoming depositions

Nora,

Thanks for your email. When next week will Apple be in a position to exchange 30(b)(6) designations?

Thanks,

Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Tuesday, June 28, 2022 8:06 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - Upcoming depositions

Adam,

Apple agrees to exchange 30(b)(6) designations in the form you suggest below, and will be in a position to do so next week.

Regards,
Nora

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Monday, June 27, 2022 6:31 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - Upcoming depositions

**EXTERNAL SENDER**

Nora,

We have not heard back from you about exchanging 30(b)(6) designations. Please let us know when Apple will be prepared to do so. We also suggest the parties do so in the format below that lists the topic and agreed-upon language.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Adam.Powell
**Sent:** Friday, June 24, 2022 5:58 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - Upcoming depositions

Nora,

Thanks for your email.  We do not intend to designate Dalke on Apple's 30(b)(6) topics.  We will designate Young on 30(b)(6) topics 1, 26, 27, and 28 with respect to Masimo Corp.  Below is our understanding of the final agreed-upon language for those topics, subject to our objections and discussions.

| Topic # | Agreed-Upon Language |
| --- | --- |
| 1 | The management, ownership, corporate structure, and revenue structure of each of Masimo and Cercacor and whether and how profits and/or losses flow to or between each company |
| 26 | Plaintiffs' sales, pricing, cost, revenue, and profit data during the last ten years for each product that Plaintiffs believe incorporates any alleged Trade Secret. |
| 27 | Forecasts for Plaintiffs' sales, pricing, cost, revenue, and profit for each product that Plaintiffs believe incorporates any alleged Trade Secret. |
| 28 | Royalties received or paid in the last ten years for technology attributable to the subject matter covered by Plaintiffs' alleged Trade Secrets. |

We would like to exchange 30(b)(6) designations for all topics soon.  Please let us know if Apple would be prepared to do so on Monday.

Best regards,
Adam

**Adam Powell**
Partner

858-707-4245  Direct

**Knobbe Martens**

---

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Friday, June 24, 2022 5:04 PM
**To:** Adam.Powell <Adam.Powell@knobbe.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - Upcoming depositions

Adam,

We designate next week's witnesses on the following topics, subject to Apple's objections and the agreements the parties' have reached with respect to the scope of these topics:

- Afshad Mistri: Topics 20, 47 and 48
- Paul Mannheimer: Topics 6 and 7 as they relate to the Blood Oxygen component

Please provide us designations for Dalke and Young immediately.  With Dalke's deposition only two business days away we may not be able to proceed if he is designated on a number of topics.

Please also let us know by Monday whether you intend to take Mr. Mistri's deposition remotely or in person so that he and we can plan accordingly.

We agree that an omnibus identification of which witnesses will be designated on which topics makes sense, but we are not prepared to have that exchange today.

We are checking on July 28 for Mr. Abdul-Hafiz and will confirm as soon as we can.

Regards,
Nora

---

**From:** Adam.Powell <Adam.Powell@knobbe.com>
**Sent:** Thursday, June 23, 2022 8:10 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>; *** Apple-Masimo <Apple-Masimo@gibsondunn.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** Masimo v. Apple - Upcoming depositions

**EXTERNAL SENDER**

Nora,

We write regarding a few issues on upcoming depositions.

First, please let us know tomorrow if Apple is designating any Apple witnesses next week (Manheimer or Mistri) for 30(b)(6) topics. We will do the same for Masimo's witnesses next week (Dalke and Young).

Second, we do not believe the parties should continue designating witnesses on a piecemeal basis a few days in advance of each deposition. We suggest the parties exchange a full list of anticipated designations for all topics on which the parties agree, with the understanding that the designations may need to be changed later. Please let us know if Apple would be willing to provide such a list tomorrow.

Third, we will proceed with the Manheimer deposition in person. We will let you know about the Mistri deposition.

Fourth, Yassir Abdul-Hafiz is available for a deposition on July 28. Please confirm that date and let us know if Apple would like to proceed in person or remotely.

Best regards,
Adam

**Adam Powell**
Partner
858-707-4245 Direct
**Knobbe Martens**

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.