# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO STRIKE UNTIMELY FACT AND EXPERT DECLARATIONS SUPPORTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: Feb. 6, 2023<br>Time: 1:30pm<br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

[Proposed] Order Granting Apple's Mot. To Strike Untimely Fact And Expert Decls. Supporting Plaintiffs' Mot. For Partial S.J.　　　Case No. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

This matter is before the Court pursuant to Defendant Apple Inc.'s Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment ("Motion").  Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Motion is GRANTED.  Paragraphs 62-65, 67, 70, 72-87, 112, 115, 118-127, 156-161, and 163-172 of the Declaration of Vijay Madisetti in Support of Plaintiffs' Motion for Summary Judgment, dated December 19, 2022 (Dkt. 1085-9); paragraphs 3 and 14-20 of the Declaration of Jeroen Poeze in Support of Plaintiffs' Motion for Partial Summary Judgment, dated December 18, 2022  (Dkt. 1085-12); and the new theory of harm set forth in paragraph 8 of the Declaration of Joe Kiani in Support of Plaintiffs' Motion for Partial Summary Judgment, dated December 19, 2022 (Dkt. 1085-13), are stricken from the record, and Plaintiffs are precluded from offering the evidence and opinions set forth in those paragraphs at trial. Plaintiffs are further directed to pay Apple's  fees and costs associated with this motion.

**IT IS SO ORDERED.**

Dated: _____         _____
The Hon. James V. Selna
United States District Court Judge

Wilmer Cutler Pickering Hale and Dorr LLP

[Proposed] Order Granting Apple's Mot. To Strike Untimely Fact And Expert Decls. Supporting Plaintiffs' Mot. For Partial S.J.

1

Case No. 8:20-cv-00048-JVS (JDEx)