# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>APPLE INC., a California corporation,<br><br>            Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPPOSITION TO PLAINTIFFS MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: Feb. 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its Opposition To Plaintiffs' Motion For Partial Summary Judgment ("Application to File Under Seal").  Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application to File Under Seal is GRANTED.  Apple shall file under seal its Opposition To Plaintiffs' Motion For Partial Summary Judgment ("Opposition"), Apple's Statement Of Genuine Disputes Of Material Fact In Support Of Its Opposition To Plaintiffs' Motion For Partial Summary Judgment ("Statement Of Genuine Disputes Of Material Fact"), Apple's Objections To Evidence Submitted by Plaintiffs In Support of Their Motion For Partial Summary Judgment ("Objections"), and Exhibits A-S.

**IT IS SO ORDERED.**

Dated: _____  _____
The Hon. James V. Selna
United States District Court Judge