IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' TRADE SECRET CLAIM AND PLAINTIFFS' LOST PROFITS DAMAGES THEORY** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Opposition to Apple's Motion for Partial Summary Judgment on Plaintiffs' Trade Secret Claim and Plaintiffs' Lost Profits Damages Theory, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the redacted portions of Masimo's Opposition and Masimo's Statement of Disputed Facts in Support of Its Opposition, and may file under seal in their entirety Exhibits A-O, Q-S, U-QQ, SS, UU-GGG, III-CCCC, EEEE, GGGG-AAAAA attached to the Daniel P. Hughes Declaration.

DATED: _____          _____

The Honorable James V. Selna
United States District Court Judge

56841396

-1-