MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: Feb. 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

1  SARAH R. FRAZIER, *pro hac vice*
      sarah.frazier@wilmerhale.com
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  60 State Street
   Boston, MA 02109
4  Tel.: 617.526.6000 / Fax: 617.526.5000

5  NORA Q.E. PASSAMANECK, *pro hac vice*
      nora.passamaneck@wilmerhale.com
6  WILMER CUTLER PICKERING
      HALE AND DORR LLP
7  1225 Seventeenth Street, Suite 2600
   Denver, CO 80202
8  Tel.: 720.274.3152 / Fax: 720.273.3133

9  BRIAN A. ROSENTHAL, *pro hac vice*
      brosenthal@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
11 New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
12
   KENNETH G. PARKER, SBN 182911
13    Ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
14 660 Anton Boulevard, Suite 700
   Costa Mesa, CA 92626
15 Tel.: 650.949.3014 / Fax: 949.202.3001

16
17
18
19
20
21
22
23
24
25
26
27
28

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Opposition To Plaintiffs' Motion For Partial Summary Judgment ("Opposition").

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit A (filed under seal)** is a copy of Plaintiffs' Revised 30(b)(6) Designation, dated July 21, 2022.

5. Attached hereto as **Exhibit B (filed under seal)** is a copy of the transcript of the deposition of Denby Sellers, dated June 24, 2022.

6. Attached hereto as **Exhibit C (filed under seal)** is a copy of the transcript of the deposition of Germain Hammarth, dated July 26, 2022.

7. Attached hereto as **Exhibit D (filed under seal)** is a copy of the transcript of the deposition of Massi Joseph E. Kiani, dated August 5, 2022.

8. Attached hereto as **Exhibit E (filed under seal)** is a copy the transcript of the deposition of Adrian Perica, dated August 12, 2022.

9. Attached hereto as **Exhibit F (filed under seal)** is a copy of the transcript of the deposition of Bilal Muhsin, dated August 19, 2022.

10. Attached hereto as **Exhibit G (filed under seal)** is a copy of the transcript of the deposition of Walter M. Weber, dated August 26, 2022.

11. Attached hereto as **Exhibit H (filed under seal)** is a copy of the transcript of the deposition of Mohamed Diab, dated September 23, 2022.

12. Attached hereto as **Exhibit I (filed under seal)** is a copy of the transcript of the deposition of Tim Cook, dated December 7, 2022.

13. Attached hereto as **Exhibit J (filed under seal)** is a copy of the transcript of the deposition of Vijay K. Madisetti, Ph.D., dated December 8, 2022.

14. Attached hereto as **Exhibit K (filed under seal)** is a copy of the transcript of the deposition of Vijay K. Madisetti, Ph.D., dated December 9, 2022.

15. Attached hereto as **Exhibit L (filed under seal)** is a copy of the transcript of the deposition of Majid Sarrafzadeh, Ph.D., dated December 8, 2022.

16. Attached hereto as **Exhibit M (filed under seal)** is a copy of the transcript of the deposition of Majid Sarrafzadeh, Ph.D., dated December 9, 2022.

17. Attached hereto as **Exhibit N (filed under seal)** is a copy of the Rebuttal Expert Report of Vijay K. Madisetti, Ph.D. Regarding Certain of Plaintiffs' Alleged Trade Secrets, dated November 4, 2022.

18. Attached hereto as **Exhibit O (filed under seal)** is a copy of the Expert Report of Majid Sarrafzadeh, Ph.D., dated September 23, 2022.

19. Attached hereto as **Exhibit P (filed under seal)** is a copy of the Rebuttal Expert Report of Majid Sarrafzadeh, Ph.D., dated November 4, 2022.

20. Attached hereto as **Exhibit Q (filed under seal)** is a copy of a document produced by Apple with Bates numbers APL_MAS_00057922-7938.

21. Attached hereto as **Exhibit R (filed under seal)** is a copy of a document produced by Apple with Bates numbers APL_MAS_01891927-1928.

22. Attached hereto as **Exhibit S (filed under seal)** is a copy of a document produced by Apple with Bates numbers APL-MAS_00060602-0606.

23. Attached hereto as **Exhibit T** is a copy of United States Patent No. 5,800,348, produced by Apple with Bates numbers APL-MAS_00033311-3333.

24. Attached hereto as **Exhibit U** is a copy of a textbook titled "Design of Pulse Oximeters," edited by J.G. Webster, produced by Apple with Bates numbers APL-MAS_00035465-5720.

25. Attached hereto as **Exhibit V** is a copy of United States Patent No. 6,778,923, produced by Apple with Bates numbers APL-MAS_01994549-4579.

26. Attached hereto as **Exhibit W** is a copy of United States Patent No. 7,003,338, produced by Apple with Bates numbers APL-MAS_01995853-5867.

27. Attached hereto as **Exhibit X** is a copy of United States Patent Application Publication No. 2011/0237911, produced by Apple with Bates numbers APL-MAS_02015530-5556.

28. Attached hereto as **Exhibit Y** is a copy of United States Patent No. 8,471,713, produced by Apple with Bates numbers APL-MAS_02049084-9107.

29. Attached hereto as **Exhibit Z** is a copy of United States Patent No. 9,861,305, produced by Apple with Bates numbers APL-MAS_02067133-7153.

30. Attached hereto as **Exhibit AA** is a copy of an article titled "Takuo Aoyagi: Discovery of Pulse Oximetry," written by John W. Severinghaus, produced by Apple with Bates numbers APL-MAS_02301973-1976.

31. Attached hereto as **Exhibit BB** is a copy of excerpts from a textbook titled "Multirate Digital Signal Processing," written by Ronald E. Crochiere and Lawrence R. Rabiner, produced by Apple with Bates numbers APL-MAS_02481585-1651.

32. Attached hereto as **Exhibit CC** is a copy of United States Patent No. 6,229,856, produced by Plaintiffs with Bates numbers MASA00045839-5874.

33. Attached hereto as **Exhibit DD** is a copy of United States Patent No. 5,919,134, produced by Apple with Bates numbers APL-MAS_01990197-0224.

34. Attached hereto as **Exhibit EE** is a copy of United States Patent Application Publication No. 2016/0367173, produced by Apple with Bates numbers APL-MAS_02020661-0691.

35. Attached hereto as **Exhibit FF** is a copy of United States Patent No. 8,358,075, produced by Apple with Bates numbers APL-MAS_ 02912437-2445.

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct to the best of my knowledge.
3  Executed this 12th day of January 2023.

By: _____
Nora Passamaneck