# EXHIBIT A
# Redacted in its Entirety