# EXHIBIT B
# Redacted in its Entirety