# EXHIBIT C
# Redacted in its Entirety