# EXHIBIT D
# Redacted in its Entirety