# EXHIBIT E
Redacted in its Entirety