# EXHIBIT F
# Redacted in its Entirety