# EXHIBIT G
# Redacted in its Entirety