# EXHIBIT H
# Redacted in its Entirety