# EXHIBIT I
Redacted in its Entirety