# EXHIBIT J
# Redacted in its Entirety