# EXHIBIT K
Redacted in its Entirety