# EXHIBIT L
# Redacted in its Entirety