# EXHIBIT M
# Redacted in its Entirety