# EXHIBIT N
Redacted in its Entirety