# EXHIBIT O
# Redacted in its Entirety