# EXHIBIT P
Redacted in its Entirety