# EXHIBIT Q
Redacted in its Entirety