# EXHIBIT R
# Redacted in its Entirety