# EXHIBIT S
Redacted in its Entirety