# EXHIBIT BB

# Multirate Digital Signal Processing

**Ronald E. Crochiere**
**Lawrence R. Rabiner**



PRENTICE-HALL SIGNAL PROCESSING SERIES
ALAN V. OPPENHEIM, SERIES EDITOR

APL-MAS_02481585

Exhibit BB
Page 1

*Library of Congress Cataloging in Publication Data*

Crochiere, Ronald E.
    Multirate digital signal processing.

    (Prentice-Hall signal processing series)
    Includes index.
    1. Signal processing—Digital techniques.
I. Rabiner, Lawrence R.    II. Title.
III. Series.
TK5102.5.C76   1983   621.38′043    82-23113
ISBN 0-13-605162-6


Text processing: *Donna Manganelli*
Editorial/production and supervision by *Barbara Cassel* and *Mary Carnis*
Cover design: *Mario Piazza*
Manufacturing buyer: *Anthony Caruso*

© 1983 by Prentice-Hall, Inc., Englewood Cliffs, New Jersey 07632


All rights reserved. No part of this book may be
reproduced, in any form or by any means,
without permission in writing from the publisher.

Printed in the United States of America

10  9  8  7  6  5  4  3  2  1


ISBN 0-13-605162-6


Prentice-Hall International, Inc., *London*
Prentice-Hall of Australia Pty. Limited, *Sydney*
Editora Prentice-Hall do Brasil, Ltda., *Rio de Janeiro*
Prentice-Hall Canada Inc., *Toronto*
Prentice-Hall of India Private Limited, *New Delhi*
Prentice-Hall of Japan, Inc., *Tokyo*
Prentice-Hall of Southeast Asia Pte. Ltd., *Singapore*
Whitehall Books Limited, *Wellington, New Zealand*

APL-MAS_02481586

Exhibit BB
Page 2

Case 8:20-cv-00048-JVS-JDE   Document 1130-32   Filed 01/12/23   Page 4 of 68   Page ID #:95673

how sampling rate conversion concepts can be used to form efficient implementations of a variety of digital signal processing operations, such as digital filtering, phase shifting, modulation, and filter banks.

## 1.1 SAMPLING RATE CONVERSION

The process of digitally converting the sampling rate of a signal from a given rate $F = 1/T$ to a different rate $F' = 1/T'$ is called *sampling rate conversion*. When the new sampling rate is higher than the original sampling rate, that is,

$$F' > F \qquad (1.4a)$$

or

$$T' < T \qquad (1.4b)$$

the process is generally called *interpolation* since we are creating samples of the original physical process from a reduced set of samples. Historically, the mathematical process of interpolation, or "reading between the lines," received widespread attention from mathematicians who were interested in the problem of tabulating useful mathematical functions. The question was how often a given function had to be tabulated (sampled) so that someone could use some simple interpolation rule to obtain accurate values of the function at any higher sampling rate [1.5]. Not only did this work lead to an early appreciation of the sampling process, but it also led to several interesting classes of "interpolation functions" which could provide almost arbitrarily high accuracy in the interpolated values, provided that sufficient tabulated values of the function were available.

The process of digitally converting the sampling rate of a signal from a given rate $F$ to a lower rate $F'$, that is,

$$F' < F \qquad (1.5a)$$

or

$$T' > T \qquad (1.5b)$$

is called *decimation*.[1] It will be shown in Chapter 3 that decimation and interpolation of signals are dual processes - e.g. a digital system that implements a decimator can be transformed into a dual digital system that implements an interpolator using straightforward transformation techniques.

---

[1] Strictly speaking, decimation means a reduction by 10%. In signal processing, decimation has come to mean a reduction in sampling rate by any factor.

APL-MAS_02481587

Exhibit BB
Page 3

$$x(n) = \frac{1}{2\pi} \int_{-\pi}^{\pi} X(e^{j\omega}) e^{j\omega n} \, d\omega \qquad (2.16)$$

Combining Eqs. (2.15) and (2.16), we get

$$\frac{1}{2\pi} \int_{-\pi}^{\pi} X(e^{j\omega}) e^{j\omega n} \, d\omega = \frac{1}{2\pi} \int_{-\infty}^{\infty} X_C(j\Omega) e^{j\Omega n T} \, d\Omega \qquad (2.17)$$

By expressing the right-hand side of Eq. (2.17) as a sum of integrals (each of width $2\pi/T$), we get

$$\frac{1}{2\pi} \int_{-\infty}^{\infty} X_C(j\Omega) e^{j\Omega n T} \, d\Omega = \frac{1}{2\pi} \sum_{l=-\infty}^{\infty} \int_{(2l-1)\pi/T}^{(2l+1)\pi/T} X_C(j\Omega) e^{j\Omega n T} \, d\Omega$$

$$= \frac{1}{2\pi} \sum_{l=-\infty}^{\infty} \int_{-\pi/T}^{\pi/T} \left[ X_C\left( j\Omega + j\frac{2\pi l}{T} \right) \right] e^{j\Omega n T} e^{j2\pi l n} \, d\Omega$$

$$= \frac{1}{2\pi} \int_{-\pi/T}^{\pi/T} \left[ \sum_{l=-\infty}^{\infty} X_C\left( j\Omega + j\frac{2\pi l}{T} \right) \right] e^{j\Omega n T} \, d\Omega \qquad (2.18)$$

since $e^{j2\pi l n} = 1$ for all integer values of $l$ and $n$. Combining Eqs. (2.17) and (2.18), setting $\Omega = \omega/T$ and $\Omega_F = 2\pi/T$, gives

$$\frac{1}{2\pi} \int_{-\pi}^{\pi} [X(e^{j\omega})] e^{j\omega n} \, d\omega = \frac{1}{2\pi} \int_{-\pi}^{\pi} \left[ \frac{1}{T} \sum_{l=-\infty}^{\infty} X_C(j\Omega + jl\,\Omega_F) \right] e^{j\omega n} \, d\omega \quad (2.19)$$

Finally, by equating terms within the brackets, we get

$$X(e^{j\omega}) = \frac{1}{T} \sum_{l=-\infty}^{\infty} X_C(j(\Omega + l\,\Omega_F)) = \frac{1}{T} \sum_{l=-\infty}^{\infty} X_C\left( \frac{j}{T}(\omega + 2\pi l) \right) \qquad (2.20)$$

Equation (2.20) provides the fundamental link between continuous and digital systems. The correspondence between these relations and the spectral interpretation of the PAM signal $X_C(j\Omega) * S(j\Omega)$ in Figure 2.3 is also apparent; that is, the spectrum of the digital signal corresponds to harmonically translated and amplitude scaled repetitions of the analog spectrum.

### 2.1.3  The Sampling Theorem

Given the analog signal $x_C(t)$ it is always possible to obtain the digital signal $x(n)$. However, the reverse process is not always true; that is, $x_C(t)$ uniquely specifies

APL-MAS_02481588

$x(n)$; but $x(n)$ does not necessarily uniquely specify $x_C(t)$. In practice it is generally desired to have a unique correspondence between $x(n)$ and $x_C(t)$ and the conditions under which this uniqueness holds is given by the well-known *sampling theorem*:

> If a continuous signal $x_C(t)$ has a bandlimited Fourier transform $X_C(j\Omega)$, that is, $|X_C(j\Omega)| = 0$ for $|\Omega| \geqslant 2\pi F_C$, then $x_C(t)$ can be uniquely reconstructed without error from equally spaced samples $x_C(nT)$, $-\infty < n < \infty$, if $F \geqslant 2F_C$, where $F = 1/T$ is the sampling frequency.

The sampling theorem can be conveniently understood in terms of the spectral interpretations of the sampling process and Eq. (2.20). Figure 2.4 shows an example of the spectrum of a bandlimited signal [part (a)] and the resulting spectrum of the digital signal for a sampling period which is shorter than required by the sampling theorem [part (b)], a sampling period equal to that required by the sampling theorem [part (c)], and a sampling period longer than required by the sampling theorem [part d)]. From Fig. 2.4 we readily see that for parts (b) and (c) (when the conditions of the sampling theorem are met) the higher-order spectral components (the terms in Eq. (2.20) for $|l| \geqslant 1$) do not overlap the baseband and distort the digital spectrum. Thus one basic interpretation of the sampling theorem is that the spectrum of the sampled signal must be the same as (to within a constant multiplier) the spectrum of the continuous signal for the baseband of frequencies $(-2\pi F_C < \Omega < 2\pi F_C)$.



**Figure 2.4** Spectral interpretations of the sampling theorem.

APL-MAS_02481589

### 2.1.4 Reconstruction of an Analog Signal from Its Samples

The major consequence of the sampling theorem is that the original sequence $x_C(t)$ can be uniquely and without error reconstructed from its samples $x(n)$ if the samples are obtained at a sufficiently high rate. To see how this reconstruction is accomplished, we consider the spectrum of the continuous-time modulated signal $x_C(t)s(t)$ as shown in Figure 2.3(c). This spectrum is identical to that of the sampled signal $x(n)$. To recover $X_C(j\Omega)$ from the convolution $X_C(j\Omega) * S(j\Omega)$, we merely have to filter the signal $x_C(t)s(t)$ by an ideal lowpass filter whose cutoff frequency is between $2\pi F_C$ and $\Omega_F - 2\pi F_C$. This processing is illustrated in Figure 2.5. To implement this process, an ideal digital-to-analog converter is required to get $x_C(t)s(t)$ from $x(n)$. Assuming that we do not worry about the realizability of such an ideal converter, the reconstruction formula from Figure 2.5 is



**Figure 2.5**  Sampling and reconstruction of a continuous signal.

$$x_C(t) = \int_{\tau=-\infty}^{\infty} x_C(\tau)s(\tau)\hat{h}(t-\tau)\,d\tau \qquad (2.21)$$

and applying Eqs. (2.2) to (2.4) gives

$$x_C(t) = \sum_{n=-\infty}^{\infty} x(n)\hat{h}(t-nT) \qquad (2.22)$$

For an ideal lowpass filter with cutoff frequency $F_{LP}$, the ideal impulse response $\hat{h}_I(t)$ is of the form

$$\hat{h}_I(t) = \frac{\sin(2\pi F_{LP}t)}{2\pi F_{LP}t} \qquad (2.23)$$

Generally, $F_{LP}$ is chosen as

$$F_{LP} = \frac{F}{2} = \frac{1}{2T} \qquad (2.24)$$

leading to the well-known reconstruction formula

APL-MAS_02481590

Exhibit BB
Page 6

$$x_C(t) = \sum_{n=-\infty}^{\infty} x(n) \left[ \frac{\sin\left[\pi(t-nT)/T\right]}{\pi(t-nT)/T} \right] \qquad (2.25)$$

Figure 2.6 illustrates the application of Eq. (2.25) to a typical signal. It is seen that the ideal lowpass filter acts like an interpolator for the bandlimited signal $x_C(t)$, allowing the determination of *any* value of $x_C(t)$ from the *infinite* set of its samples taken at a sufficiently high rate.



**Figure 2.6** Illustration of a bandlimited reconstruction from shifted and scaled lowpass filter responses.

In practice the "ideal" filter is unrealizable because it requires values of $x(n)$ for $-\infty < n < \infty$ in order to evaluate a single value of $x_C(t)$. Therefore, some realizable approximation to $\hat{h}_I(t)$ must be used. Figure 2.7 illustrates an example of an impulse response for a realizable reconstruction or interpolating lowpass filter, $\hat{h}(t)$, that extends over a finite number of samples of $x(n)$. In this figure we show plots of $x_C(t)$ (bottom figure) and $x(n)$, and the range of $\hat{h}(t-nT)$ evaluated in the region of the $n_o$th sample [i.e., at $t = n_o T$ (top figure)]. To the extent that the frequency response of the actual lowpass filter approximates the ideal lowpass filter, the reconstruction error of $x_C(t)$ can be kept small.

### 2.1.5 Summary of the Implications of the Sampling Theorem

The main result of the sampling theorem is that there is a minimum rate (related directly to the bandwidth of the signal) at which a signal can be sampled and for which theoretically exact reconstruction of the signal is possible from its samples. If the signal is sampled below this minimum rate, then distortions, in the form of spectral foldover or *aliasing* [e.g., see Fig. 2.4(d)], occur from which no recovery is

APL-MAS_02481591



**Figure 2.7**  Illustration of reconstruction of a bandlimited signal from its samples using a nonideal finite duration impulse response lowpass filter.



**Figure 2.8**  Representation of a practical sampling system with prefiltering to avoid aliasing.

generally possible. Thus to ensure that the conditions of the sampling theorem are met for a given application, the signal to be sampled is generally first filtered by a lowpass filter whose cutoff frequency is less than (or equal to) half the sampling frequency. Such a filter is often called an *anti-aliasing prefilter* because its purpose is to guarantee that no aliasing occurs due to sampling. Thus the standard representation of a system for sampling a signal (analog-to-digital conversion) is as shown in Fig. 2.8. We will see in the following sections that a lowpass filter of the type shown in Fig. 2.8 is required for almost all sampling rate conversion systems.

## 2.2  SAMPLING RATE CONVERSION — AN ANALOG INTERPRETATION

The process of sampling rate conversion is one of converting the sequence $x(n)$ obtained from sampling $x_C(t)$ with a period $T$, to another sequence $y(m)$ obtained from sampling $x_C(t)$ with a period $T'$. The most straightforward way to perform this conversion is to reconstruct $x_C(t)$ (or the lowpass filtered version of it)

APL-MAS_02481592

by integer factors, and interpolation by integer factors [2.3]. We then consider the general case of a sampling rate change by a factor of $L/M$.

### 2.3.2 Sampling Rate Reduction — Decimation by an Integer Factor $M$

Consider the process of reducing the sampling rate (decimation) of $x(n)$ by an integer factor $M$, that is,

$$\frac{T'}{T} = \frac{M}{1} \tag{2.49}$$

Then the new sampling rate is

$$F' = \frac{1}{T'} = \frac{1}{MT} = \frac{F}{M} \tag{2.50}$$

Assume that $x(n)$ represents a full band signal; that is, its spectrum is nonzero for all frequencies in the range $-F/2 \leqslant f \leqslant F/2$, with $\omega = 2\pi f T$:

$$|X(e^{j\omega})| \neq 0, \quad |\omega| = |2\pi f T| \leqslant \frac{2\pi F T}{2} = \pi \tag{2.51}$$

except possibly at an isolated set of points. Based on the analog interpretation of sampling we see that in order to lower the sampling rate and to avoid aliasing at this lower rate, it is necessary to filter the signal $x(n)$ with a *digital* lowpass filter that approximates the ideal characteristic

$$\widetilde{H}(e^{j\omega}) = \begin{cases} 1, & |\omega| \leqslant \frac{2\pi F' T}{2} = \frac{\pi}{M} \\ 0, & \text{otherwise} \end{cases} \tag{2.52}$$

The sampling rate reduction is then achieved by forming the sequence $y(m)$ by saving only every $M$th sample of the filtered output. This process is illustrated in Fig. 2.15(a). If we denote the actual lowpass filter unit sample response as $h(n)$, then we have

$$w(n) = \sum_{k=-\infty}^{\infty} h(k)x(n-k) \tag{2.53}$$

where $w(n)$ is the filtered output as seen in Fig. 2.15(a). The final output $y(m)$ is then obtained as

APL-MAS_02481593

# 5

# Multistage Implementations of Sampling Rate Conversion

## 5.0 INTRODUCTION

We have shown several times throughout this book that a general conceptual model for changing the sampling rate of a signal by the rational factor $L/M$ is of the type shown in Fig. 5.1. It was shown in Chapter 2 that the processing involved in implementing this model could be viewed as a two-stage system: first interpolating the sequence by a factor of $L$, followed by a stage of decimation by a factor of $M$. We showed in Chapter 3 that the computational load in implementing this system (i.e., the digital filtering operations) could be efficiently performed at the lowest sampling rate of the system and in Chapter 4 we discussed filter designs for this single-stage approach. In this chapter we consider cascaded (multistage) implementations of these sampling rate conversion systems for even greater efficiencies in some cases. We will concentrate primarily on integer conversion ratios; however, the concepts can be readily applied to rational ratios as well, particularly at the last stage of conversion.



**Figure 5.1** General structure for sampling rate conversion by a ratio of $L/M$.

The concept of using a series of stages to implement a sampling rate conversion system can be applied to the case of integer interpolators and decimators [5.1-5.4], as shown in Fig. 5.2. Consider first a system for decimating a signal by

**193**

APL-MAS_02481594

an integer factor of $M$, as shown in Fig. 5.2(a). We denote the original sampling frequency of the input signal, $x(n)$, as $F_0$, and the final sampling frequency of the decimated signal $y(m)$ as $F_0/M$. If the decimation ratio $M$ can be factored into the product

$$M = \prod_{i=1}^{I} M_i \qquad (5.1)$$

where each $M_i$, $i = 1, 2, ..., I$, is an integer, we can express this network in the form shown in Fig. 5.2(b) (see Section 3.1.2). This structure, by itself, does not provide any inherent advantage over the structure of Fig. 5.2(a). However, if we modify the structure by introducing a lowpass filter between *each* of the sampling rate compressors, we obtain the structure of Fig. 5.2(c). This structure has the property that the sampling rate reduction occurs in a series of $I$ stages, where each stage (shown within dashed boxes) is an *independent* decimation stage. Note that the intermediate sampling frequencies at the output of the stages are denoted as $F_1$, $F_2$, ..., $F_I$ for stages $i = 1, 2, ..., I$, respectively.



**Figure 5.2**  Steps in constructing a multistage decimator for decimation by a factor $M$.

Similarly, for an $I$-stage 1-to-$L$ interpolator, if the overall interpolation rate, $L$, can be factored into the product

$$L = \prod_{i=1}^{I} L_i \qquad (5.2)$$

then the general single-stage interpolator structure of Fig. 5.3(a) can be converted

APL-MAS_02481595

Exhibit BB
Page 11

into the multistage structure of Fig. 5.3(c). Again each of the stages within the structure of Fig. 5.3(b) is an *independent* interpolation stage. The reader should note that the stages of the interpolator structure in Fig. 5.3(c) are numbered in *reverse* order (i.e., the output stage is stage 1, and the input stage is stage $I$). This is often done for notational convenience to emphasize the transpose relationship between multistage decimators and interpolators (see Section 3.1.3). As will be seen later, an $I$-stage interpolator can be designed by designing an $I$-stage decimator and taking its transpose. Since the transposition operation reverses the direction of all signal paths in the structure, the output stage of the multistage decimator becomes the input stage of the multistage interpolator. Thus it is convenient, notationally, to number the interpolator stages in reverse order, as shown in Fig. 5.3. For the same reason the input sampling frequency of the multistage interpolator is labeled $F_I$ and the output sampling frequency is labeled $F_0$. The input and output sampling frequencies for stage $i$ of the multistage interpolator are $F_i$ and $F_{i-1}$, respectively, as seen in Fig. 5.3. Because of this transpose relationship between multistage decimators and interpolators we will generally discuss only decimator designs in this chapter, with the understanding that the same operations can be applied to interpolators by the process of transposition.



**Figure 5.3**  Steps in constructing a multistage interpolator for interpolation by a factor $L$.

The obvious question that arises from the discussion above is why consider such multistage structures. At first glance it would appear as if we are greatly increasing the overall computation (since we have inserted filters between each stage) of the structure. This, however, is precisely the opposite of what occurs in

APL-MAS_02481596

Exhibit BB
Page 12

practice. The reasons for considering multistage structures, of the types shown in Figs. 5.2(c) and 5.3(c), are:

1. Significantly reduced computation to implement the system
2. Reduced storage in the system
3. Simplified filter design problem (i.e., wider normalized transition bands allowed at each stage)
4. Reduced finite-word-length effects (i.e., round-off noise and coefficient sensitivity) in the implementations of the digital filters

These structures however are not without some drawbacks. They include:

1. Increased control structure required to implement a multistage process
2. Difficulty in choosing the appropriate values of $I$ of Eq. (5.1) or (5.2) and the best factors $L_i$ (or $M_i$)

It is the purpose of this chapter to show why and how a multistage implementation of a sampling rate conversion system can be (and generally is) more efficient than the standard single-stage structure for the following cases:

1. $L \gg 1$ ($M = 1$) case 1
2. $M \gg 1$ ($L = 1$) case 2
3. $L/M \approx 1$ but $L \gg 1$, $M \gg 1$ case 3

Cases 1 and 2 are high-order interpolation and decimation systems, and case 3 is when a slight change in sampling rate is required (e.g., $L/M = 80/69$).

## 1  COMPUTATIONAL EFFICIENCY OF A TWO-STAGE STRUCTURE—A DESIGN EXAMPLE

Since the motivation for considering multistage implementations of sampling rate conversion systems is the potential reduction in computation, it is worthwhile presenting a simple design example that illustrates the manner in which the computational efficiency is achieved.

The design example is one in which a signal, $x(n)$, with sampling rate of 10,000 Hz, is to be decimated by a factor of $M = 100$ to give the signal $y(m)$ at a 100-Hz rate. Figure 5.4(a) shows the standard, single-stage, decimation network which implements the desired process. It is assumed that the passband of the signal is from 0 to 45 Hz, and that the band from 45 to 50 Hz is a transition band. We also assume that a passband ripple of 0.01 and a stopband ripple of 0.001 are required. Hence the specifications of the required lowpass filter are as shown in Fig. 5.4(b). We assume, for simplicity, that the design formula for FIR equiripple designs

APL-MAS_02481597

$$N \approx \frac{D_\infty(\delta_p, \delta_s)}{\Delta F/F} \qquad (5.3)$$

can be used to give the number of taps, $N$, of a symmetric FIR filter with
maximum passband ripple $\delta_p$, maximum stopband ripple $\delta_s$, transition width $\Delta F$,
and sampling frequency $F$ (an explanation of this form of the equation is given in
Section 5.3.1). For the lowpass filter of Fig. 5.4(b) we have

$$\Delta F = 50 - 45 = 5 \text{ Hz}$$
$$F = 10{,}000 \text{ Hz}$$
$$\delta_p = 0.01$$
$$\delta_s = 0.001$$
$$D_\infty(\delta_p, \delta_s) = 2.54$$

giving, from Eq. (5.3), $N \approx 5080$. Let the overall computation, in multiplications
per second (MPS) necessary to implement this system be denoted by $R_T^*$ where the
$*$ denotes *multiplication* rate. [Later we will let $R_T^+$ denote total computation in
additions per second (APS)]. Then it can be shown that

$$R_T^* \approx \frac{NF}{2M} = \frac{(5080)(10{,}000)}{2(100)} = 254{,}000 \quad \text{MPS}$$

that is, a total of 254,000 multiplications per second is required to implement the
system of Fig. 5.4(a) [assuming an efficient decimator structure which takes
advantage of symmetry of $h(k)$].

Consider now the two-stage implementation shown in Fig. 5.4(c). The first



**Figure 5.4**  Simple example of a one-stage and a two-stage network for decimation
by a factor of 100-to-1.

APL-MAS_02481598

Exhibit BB
Page 14

Case 8:20-cv-00048-JVS-JDE   Document 1130-32   Filed 01/12/23   Page 16 of 68   Page ID #:95685

stage decimates the signal by a factor of 50,[1] and the second stage decimates the (already decimated) signal by a factor of 2, giving a total decimation factor of 100. The resulting filter specifications are illustrated in Fig. 5.4(d). For the first stage the passband of the $N_1$ tap filter, $LPF_1$, is from 0 to 45 Hz, but the transition band extends from 45 Hz to 150 Hz. Since the sampling rate at the output of the first stage is 200 Hz, the residual signal energy from 100 to 150 Hz gets aliased back into the range 50 to 100 Hz after decimation by the factor of 50. This aliased signal then gets removed in the second stage. For the second stage the passband of the $N_2$ tap filter, $LPF_2$, extends from 0 to 45 Hz and the transition band extends from 45 to 50 Hz. One other change in the filter specifications occurs because we are using a two-stage filtering operation. The passband ripple specification of each stage of the two-stage structure is reduced to $\delta_p/2$ (since each stage can theoretically add passband ripple to each preceding stage). The stopband ripple specification does not change since the cascade of two lowpass filters only reduces the stopband ripples. Hence the $D_\infty(\delta_p, \delta_s)$ function in the filter design equation becomes $D_\infty(\delta_p/2, \delta_s)$ for the filters in the two-stage implementation. Since the function $D_\infty(\delta_p, \delta_s)$ is relatively insensitive to factors of 2 in $\delta_p$ or $\delta_s$, only slight changes occur in its value (from 2.54 to 2.76) due to this factor. For the specific example of Fig. 5.4(c) we get (for the first stage)

$$N_1 = \frac{2.76}{(150-45)/10,000} = 263 \quad \text{taps}$$

$$R_1 = \frac{N_1 F}{M_1} = \frac{(263)(10,000)}{50} = 52,600 \quad \text{MPS (not including symmetry)}$$

For the second stage we get

$$N_2 = \frac{2.76}{5/200} = 110.4 \quad \text{taps}$$

$$R_2 = \frac{(110.4)(200)}{2} = 11,000 \quad \text{MPS (not including symmetry)}$$

The total computation in MPS for the two-stage implementation, *assuming* the use of symmetry, is then

$$R_T^* = \frac{R_1}{2} + \frac{R_2}{2} = \frac{52,600 + 11,000}{2} = 31,800 \quad \text{MPS}$$

Thus a reduction in computation of almost 8 to 1 is achieved in the two-stage decimator over a single-stage decimation for this design example.

---

[1] We explain later in this chapter how the individual decimation factors of the stages are obtained.

APL-MAS_02481599

Exhibit BB
Page 15

It is easy to see where the reduction in computation comes from for the multistage decimator structure by examining Eq. (5.3). We see that the required filter orders are directly proportional to $D_\infty(\delta_p, \delta_s)$ and $F$, and inversely proportional to $\Delta F$, the filter transition width. For the early stages of a multistage decimator, although the sampling rates are large, equivalently the transition widths are very large, thereby leading to relatively small values of filter length $N$. For the last stages of a multistage decimator, the transition width becomes small, but so does the sampling rate and the combination again leads to relatively small values of required filter lengths. We see from the analysis above that computation is kept low in each stage of the overall multistage structure.

As discussed earlier, a two-stage interpolator with a 1-to-100 change in sampling rate can be designed by transposing the decimator design of Fig. 5.4(c). The first stage (stage 2) increases the sampling rate by a factor of $L_2 = 2$ (i.e., from 100 Hz to 200 Hz) and the second stage (stage 1) increases the sampling rate by the factor $L_1 = 50$ (from 200 Hz to 10,000 Hz). As in the decimator, it can be shown that this two-stage design is more efficient in computation than a single-stage interpolator by a factor of approximately 8.

The simple examples presented above are by no means a complete picture of the capabilities and sophistication that can be found in multistage structures for sampling rate conversion. They are merely intended to show why such structures are of fundamental importance for many practical systems in which sampling rate conversion is required. In the next section we set up a formal structure for dealing with multistage sampling rate conversion networks, and show how it can be used in a variety of implementations.

## 5.2 TERMINOLOGY AND FILTER REQUIREMENTS FOR MULTISTAGE DESIGNS

There are a large number of parameters and trade-offs involved in the design of multistage decimator and interpolator systems, including the choice of the number of stages $I$, the decimation or interpolation ratios $M_i$ or $L_i$ at each stage, the filter requirements, and the actual filter designs at each stage. Several general design procedures have been suggested for choosing these parameters and they are discussed in more detail in Sections 5.3 to 5.6. In this section we define the terminology used to specify the filter requirements for each stage of a multistage system.

### 5.2.1 Overall Filter Requirements

Consider the $I$-stage decimator of Fig. 5.2(c), where the total decimation rate of the system is $M$. The sampling rate (frequency) at the output of the $i$th stage $(i = 1, 2, ..., I)$ is

APL-MAS_02481600

Case 8:20-cv-00048-JVS-JDE   Document 1130-32   Filed 01/12/23   Page 18 of 68   Page ID #:95687

$$F_i = \frac{F_{i-1}}{M_i}, \quad i = 1, 2, ..., I \tag{5.4}$$

with initial input sampling frequency $F_0$, and final output sampling frequency $F_I$, where

$$F_I = \frac{F_0}{\prod\limits_{i=1}^{I} M_i} = \frac{F_0}{M} \tag{5.5}$$

Any of the structures discussed in Chapter 3 and any of the filter designs in Chapter 4 can be used for each stage of the network. Using the ideas developed in Chapter 4, we define the useful frequency range of the output signal $y(m)$ as

$$0 \leqslant f \leqslant F_p \qquad \text{passband} \tag{5.6a}$$

$$F_p \leqslant f \leqslant F_s \leqslant \frac{F_I}{2} \quad \text{transition band} \tag{5.6b}$$

where $f$, $F_p$, and $F_s$ are analog frequencies (i.e., they are not normalized to any sampling rate). The filter specifications of Eq. (5.6) are illustrated in Fig. 5.5(a). Because of the large number of sampling rates involved in multistage systems, we will generally refer to frequencies in this chapter in analog terms rather than in digital terms, to avoid confusion.



**Figure 5.5**   (a) Filter requirements such that no aliasing occurs in the baseband of $y(m)$; (b) alternative design which allows aliasing above $F_p$.

Note that in the specification above we have restricted the final stopband edge, $F_s$, to be less than or equal to $F_I/2$. [In Fig. 5.5(a) we have drawn it so that $F_s = F_I/2$.] This protects the entire baseband (from 0 to $F_I/2$) of $y(m)$ from aliasing. In *each* stage of processing this baseband must be protected since once

APL-MAS_02481601

Exhibit BB
Page 17

any significant aliasing occurs, it cannot be removed. Any other frequency band can be aliased in an early stage since subsequent processing will remove any signal components from the band, as seen in the simple design example of Section 5.1.

In some applications it may be acceptable to allow some aliasing to occur in the upper region of the transition band of $y(m)$ above $F_p$. In this case we can choose $F_I/2 \leqslant F_s \leqslant F_I - F_p$ as shown in Fig. 5.5(b). (Hence we have drawn the case where $F_s = F_I - F_p$.) This permits the use of a filter with a wider transition band (up to twice as wide) in the final stage, and therefore the filter order is reduced to about half that required when no aliasing can occur. In most of our discussions, however, we assume that the entire baseband of the signal $y(m)$ is to be protected and therefore the condition in Eq. (5.6b) and Fig. 5.5(a) applies.

In the case of an $I$-stage interpolator [see Fig. 5.3(c)], the sampling rate $F_{i-1}$ at the output of the $i$th stage is

$$F_{i-1} = F_i L_i, \quad i = I, I-1, \ldots, 2, 1 \tag{5.7a}$$

and

$$F_0 = F_I \prod_{i=1}^{I} L_i = LF_I \tag{5.7b}$$

where $F_I$ is the initial input sampling frequency and $F_0$ is the final output sampling frequency. [Note that Eqs. (5.7a) and (5.7b) are the same as Eqs. (5.4) and (5.5), respectively, with $M$ replaced by $L$.] The frequency bands of interest for the interpolator filters are

$$0 \leqslant f \leqslant F_p \qquad \text{passband} \tag{5.8a}$$

$$F_p \leqslant f \leqslant F_s \leqslant \frac{F_I}{2} \qquad \text{transition band} \tag{5.8b}$$

and any harmonic images above $F_I/2$ must be removed by the filtering process.

The overall filter requirements above impose specific restrictions on the filter specifications for individual stages in the multistage designs. These restrictions are affected by the choice of $F_p$ and $F_s$ and the frequencies $F_i$, $i = 0, 1, 2, \ldots, I$. For convenience we define a dimensionless transition bandwidth measure $\Delta f$ as

$$\Delta f = \frac{F_s - F_p}{F_s} \tag{5.9}$$

This definition will be used throughout this chapter. As $\Delta f$ approaches 0, the width of the transition band becomes small, and as $\Delta f$ approaches 1.0, the width of the transition band becomes large (see Fig. 5.5). Hence $\Delta f$ is a measure of the complexity of the filters needed to ensure that no aliasing (decimator) or imaging

APL-MAS_02481602

Exhibit BB
Page 18

(interpolator) occurs in the multistage design (particularly in stage $I$ of the design).

## 5.2.2 Lowpass Filter Requirements for Individual Stages

If we now examine the lowpass filter frequency regions for the individual stages of the $I$-stage decimator of Fig. 5.6(a) we get results of the type shown in Figs. 5.6(b)-(d). For the first stage the passband is defined from

$$0 \leqslant f \leqslant F_p \quad \text{stage 1 passband} \qquad (5.10a)$$

and the transition band is from

$$F_p \leqslant f \leqslant F_1 - F_s \quad \text{stage 1 transition band} \qquad (5.10b)$$

Signal energy in the transition band in this stage will alias back upon itself (after the decimation by $M_1$) only from $f = F_s$ up to $f = F_1/2$; hence the baseband 0 to $F_s$ is protected against aliasing. The stopband of the stage 1 lowpass filter is from

$$F_1 - F_s \leqslant f \leqslant \frac{F_0}{2} \quad \text{stage 1 stopband} \qquad (5.10c)$$



**Figure 5.6** Signal processing operations and filter specifications for an $I$-stage decimator.

For the second stage of the system, the passband and stopband regions of the lowpass filter are

APL-MAS_02481603

Exhibit BB
Page 19

$$0 \leqslant f \leqslant F_p \quad \text{stage 2 passband} \tag{5.11a}$$

$$F_2 - F_s \leqslant f \leqslant \frac{F_1}{2} \quad \text{stage 2 stopband} \tag{5.11b}$$

as shown in Fig. 5.6(c). Again the band from $0 \leqslant f \leqslant F_s$ is protected from aliasing in the decimation stage.

For the $i$th stage of the system, the lowpass filter passband and stopband regions are

$$0 \leqslant f \leqslant F_p \qquad \text{stage } i \text{ passband} \tag{5.12a}$$

$$F_i - F_s \leqslant f \leqslant \frac{F_{i-1}}{2} \quad \text{stage } i \text{ stopband} \tag{5.12b}$$

It is readily seen from Eqs. (5.4), (5.6), and (5.12) and Fig. 5.6(d) that, for the last stage, the transition band of the lowpass filter is the same as the transition band of the one-stage implementation filter. However, the sampling rate of the system is substantially reduced in most cases.

Figure 5.7 illustrates the lowpass filter passband and transition band regions for the case of an $I$-stage interpolator. At any stage $i$ ($i = I, I-1, ..., 2, 1$), the input sampling rate is $F_i$ and the output sampling rate is $F_{i-1}$ and they are related according to Eq. (5.7a). The process of sampling rate increase by $L_i$ introduces harmonic images of the baseband spectrum centered at multiples of $F_i$. To remove



**Figure 5.7** Signal processing operations and filter specifications of an $I$-stage interpolator.

APL-MAS_02481604

Exhibit BB
Page 20

Case 8:20-cv-00048-JVS-JDE   Document 1130-32   Filed 01/12/23   Page 22 of 68   Page ID #:95691

these images and retain the baseband signal, the filter $h_i(m_i)$ must filter the signal over the bands

$$0 \leqslant f \leqslant F_p \qquad \text{stage } i \text{ passband} \qquad (5.13a)$$

$$F_i - F_s \leqslant f \leqslant \frac{F_{i-1}}{2} \quad \text{stage } i \text{ stopband} \qquad (5.13b)$$

As discussed previously, these filter bands are identical to those for the decimator [Eqs. (5.12)] because of the transpose relationship between these two systems and the way in which we numbered the stages.

### 5.2.3  Filter Specifications for Individual Stages That Include Don't-Care Bands

In the preceding section we specified the filter frequency bands of the individual stages in terms of lowpass filter requirements (i.e., passband, transition band, and stopband regions). These lowpass characteristics are often used in practice because simple, straightforward design techniques are readily available for lowpass designs. These filter characteristics are, however, more restrictive than necessary in early stages of multistage decimators (or final stages of multistage interpolators). In these stages the frequency band 0 to $F_s$ often represents a relatively small percentage of the output sampling rate of that stage (or the input sampling rate of an interpolator stage) (i.e., $F_s \ll F_i$). When this condition occurs, the stopband region can be divided into a set of true stopband and $\phi$ (don't-care) regions.

To illustrate this point, consider the filtering requirements for the $i$th stage of an $I$-stage interpolator (where $F_s \ll F_i$), as shown in Fig. 5.8(a). Figure 5.8(b) shows the spectrum of the input signal $x_i(n)$ and Fig. 5.8(c) shows the spectrum of the signal $w_i(m)$ after sampling rate expansion by the factor $L_i$. The role of the filter $h_i(m)$ is to remove the harmonic images of the baseband in $w_i(m)$ located at $F_i, 2F_i, 3F_i, ...,$ as seen by the characteristic in Fig. 5.8(d). In between these images the filter response can be unconstrained and these regions are called don't-care or $\phi$ bands.

As $F_s$ becomes much smaller than $F_i$, the widths of the $\phi$ bands become wider and the required stopband regions become narrower. In the limit as $F_s \to 0$, the required filter response approaches that of a "comb filter," as will be discussed later. Also, recall from Section 4.3.3 that by taking advantage of the $\phi$ bands, the order of the required filters can be reduced significantly when $F_s$ becomes small compared to $F_i$. In the case of minimum mean-square-error filter designs, the $\phi$ bands are automatically taken advantage of in the design (see Chapter 4). We discuss the effects of incorporating the $\phi$ bands in the filter design later in this chapter.

APL-MAS_02481605

Exhibit BB
Page 21



**Figure 5.8**  General multiple stopband specifications for stage $i$ of an $I$-stage interpolator.

### 5.2.4 Passband and Stopband Tolerance Requirements

Up to now we have been concerned solely with the regions of definition of the individual filter frequency bands.  Another consideration in the design equations is the magnitude specifications on the filter response in each of the frequency bands.  If we denote the canonic one-stage lowpass filter response as $H_{\mathrm{LP}}(e^{j2\pi f/F})$, we have

$$1 - \delta_p \leqslant |H_{\mathrm{LP}}(e^{j2\pi f/F})| \leqslant 1 + \delta_p \quad f \in \text{passband} \quad (5.14a)$$

$$0 \leqslant |H_{\mathrm{LP}}(e^{j2\pi f/F})| \leqslant \delta_s \qquad f \in \text{stopband} \quad (5.14b)$$

where $\delta_p$ is the maximum deviation from 1.0 in the passband, $\delta_s$ is the maximum deviation from 0.0 in the stopband, and $F$ is the sampling rate of the filter.[2]  For an $I$-stage implementation, the overall passband magnitude response is

$$H_0(e^{j2\pi f/F_0}) = \prod_{i=1}^{I} H_i(e^{j2\pi f/F_{i-1}}) \quad f \in \text{passband} \quad (5.15)$$

where $H_i(e^{j2\pi f/F_{i-1}})$ is the response of the $i$th lowpass filter, and $H_0(e^{j2\pi f/F_0})$ is the

---

[2] Recall also that for interpolators an additional scale factor of $L_i$ is associated with the filters.  For convenience we will ignore this factor in this discussion.

APL-MAS_02481606

Exhibit BB
Page 22

Case 8:20-cv-00048-JVS-JDE   Document 1130-32   Filed 01/12/23   Page 24 of 68   Page ID #:95693

overall response. Equation (5.15) is valid in the passband since each filter response
is well defined for the common passband range. If each lowpass filter individually
satisfied Eq. (5.14a) in the passband, and if the responses lined up precisely in
frequency, we would have

$$(1 - \delta_p)^I \leqslant |H_0(e^{j2\pi f/F_0})| \leqslant (1 + \delta_p)^I \quad f \in \text{passband} \qquad (5.16a)$$

or (for small $\delta_p$)

$$1 - I\delta_p \leqslant |H_0(e^{j2\pi f/F_0})| \leqslant 1 + I\delta_p \quad f \in \text{passband} \qquad (5.16b)$$

Hence to compensate for this "growth" of the passband ripple with the number of
stages, the design specification of the $i$th stage for each lowpass filter must be
modified to

$$1 - \frac{\delta_p}{I} \leqslant |H_I(e^{j2\pi f/F_{i-1}})| \leqslant 1 + \frac{\delta_p}{I} \quad f \in \text{passband} \qquad (5.17)$$

The constraint of Eq. (5.17) guarantees that the desired passband ripple constraints
[Eq. (5.14a)] are met by the composite filter characteristic of the $I$-stage network.

For the stopband no changes need be made in the ripple specification [Eq.
(5.14b)] since $\delta_s$ is generally small and the cascade of stages reduces the stopband
ripple when the frequency bands of two stages overlap.

### 5.2.5  Design Considerations

Given the network structure of Fig. 5.2c for the $I$-stage decimator [or Fig. 5.3(c)
for the interpolator], we will be interested in the specification of the following:

1.  The number of stages, $I$, to realize an overall decimation factor of $M$
2.  The choice of decimation factors, $M_i$, $i = 1, 2, ..., I$, that are appropriate
    for the chosen implementation
3.  The types of digital filters used in each stage of the structure (e.g., FIR
    versus IIR designs, equiripple versus mean-square-error versus specialized
    designs)
4.  The structure used to implement the filter chosen for each stage
5.  The required filter order (impulse response duration) in each stage of the
    structure
6.  The resulting amount of computation and storage required for each stage,
    and for the overall structure

As in most signal processing design problems, there are a number of factors that
influence each choice, and it is not a simple matter to make any choice over all
others. However, it is the purpose of this chapter to highlight the kinds of trade

APL-MAS_02481607

offs that can be made and to illustrate the effects of some of these trade-offs in practical design examples.

In Sections 5.3 to 5.5 we discuss three distinct approaches to the design of FIR multistage structures that take these considerations into account. Each approach is based on a somewhat different design philosophy and has slightly different advantages and disadvantages. In practice, however design trade-offs are often highly applications dependent, and combinations of these methods may give the best results. In Section 5.6 we consider, briefly, multistage IIR designs, and in Section 5.7 we discuss a practical method of implementation of multistage systems. Although we refer only to decimator designs in the following discussion, the reader is again reminded that the same techniques apply equally to interpolators through the process of transposition.

## 5.3  MULTISTAGE FIR DESIGNS BASED ON AN OPTIMIZATION PROCEDURE

The first approach that we consider for designing a multistage decimator is based on setting up the problem as an optimization problem [5.3-5.5]. Given that the filter parameters $F_0$, $M$, $F_p$, $F_s$, $\delta_p$ and $\delta_s$ are specified, the objective is to optimize the efficiency of the design (i.e., minimize computation, storage, etc.) by varying the remaining free parameters $M_i$, $i = 1, 2, ..., I$, and the total number of stages $I$. The design procedure is performed by finding the most efficient solution (i.e., the best choice of values $M_i$) for each value of $I$, $I = 1, 2, 3, ...$, and then selecting that value of $I$ that gives the best overall solution.

The objective function to be minimized is an analytical measure of the efficiency of the design. One meaningful measure of this is the total number of multiplications per second (MPS) that must be performed. If this value is denoted as $R_T^*$, and $R_i$ is the number of MPS for stage $i$, then[3]

$$R_T^* = \sum_{i=1}^{I} R_i \qquad (5.18)$$

where Eq. (5.18) does not include the use of symmetry of $h(k)$. Letting $N_i$ denote the FIR filter length required for stage $i$, $R_i$ can be expressed in the form (using the efficient structures in Chapter 3)

$$R_i = N_i F_i \qquad (5.19)$$

If the FIR filters are symmetrical, the total number of multiplications can be reduced by a factor of 2, or if they contain regularly spaced, zero-valued

---

[3] We use the notation $R_T^*$ to denote total computation in terms of multiplications per second (MPS), and $R_T^+$ to denote total computation in terms of additions per second (APS).

APL-MAS_02481608

Exhibit BB
Page 24

coefficients (as in half-band filters), these properties can be utilized in the design, as will be seen later. For our purposes we assume that Eq. (5.19) applies.

Another measure of design complexity is the amount of memory required for coefficient and data storage. Since this quantity is approximately proportional to the sum of the filter lengths in each of the stages, a second objective criterion that we will consider is total storage, $N_T$, defined as

$$N_T = \sum_{i=1}^{I} N_i \qquad (5.20)$$

In the optimization procedure we then wish to solve for

$$\widetilde{R}_T^* = \min_{I, \{M_i\}} (R_T^*) \qquad (5.21\text{a})$$

or

$$\widetilde{N}_T = \min_{I, \{M_i\}} (N_T) \qquad (5.21\text{b})$$

where, for convenience, the ratios $M_i$, $i = 1, 2, ..., I$, are allowed to be continuous variables. Once these ideal values of $M_i$ are found, the nearest appropriate choice of integer values can be chosen such that Eq. (5.1) is satisfied.

To formulate the problem we need first to express the required filter lengths $N_i$ for each stage $i$ in terms of the passband and stopband requirements discussed above. This is discussed in Section 5.3.1. We then derive expressions for the objective function $R_T^*$ and $N_T$ in Sections 5.3.2 and 5.3.3, respectively, and give analytic solutions for the case of $I = 2$. In Section 5.3.4 we discuss a computer-aided optimization procedure for obtaining solutions when $I$ is greater than 2 and discuss the results of these simulations. Finally, in Section 5.3.5 we give a design example. Later, in Sections 5.6 and 5.7, we consider the problem of multistage designs with IIR filters and some specific implementation issues.

### 5.3.1 Analytic Expressions for the Required Filter Order for Each Stage of a Multistage Design

As seen from the discussion above, in order to formulate the optimization procedure it is necessary to express the filter order in each stage in terms of the filter requirements for that stage. Analytic expressions for many of the filter designs discussed in Chapter 4 are not available. This is especially the case for filters with the general multiple stopband specifications discussed in Section 5.2.3.

However, for the case of equiripple designs and the lowpass characteristics discussed in Section 5.2.2, a good approximate design formula is available and

APL-MAS_02481609

therefore our optimization will be based on this particular class of designs. The design equation is (see Chapter 4)

$$N \simeq \frac{D_{\infty}(\delta_p, \delta_s)}{\Delta F / F} - \frac{f(\delta_p, \delta_s) \Delta F}{F} \qquad (5.22a)$$

where $D_{\infty}(\delta_p, \delta_s)$ and $f(\delta_p, \delta_s)$ are as defined in Chapter 4, $\Delta F$ is the transition bandwidth of the filter (expressed in analog terms), and $F$ is the sampling rate of the filter.

   In the particular application that we are considering, the second term in Eq. (5.22a) is generally insignificant compared to the first term, especially when $\Delta F$ is much smaller than $F$ [5.4, 5.5]. Therefore, for convenience, it is generally sufficient to simplify Eq. (5.22a) to the form

$$N \simeq \frac{D_{\infty}(\delta_p, \delta_s)}{\Delta F / F} \qquad (5.22b)$$

   Applying the lowpass filter requirements in Sections 5.2.2 and 5.2.4 to Eq. (5.22b) then gives the desired filter length $N_i$ for stage $i$ in the form

$$N_i \simeq \frac{D_{\infty}(\delta_p / I, \delta_s) F_{i-1}}{F_i - F_s - F_p}, \quad i = 1, 2, ..., I \qquad (5.23)$$

## 5.3.2  Design Criteria Based on Multiplication Rate

By substituting Eq. (5.23) into Eqs. (5.18) and (5.19), the overall computation rate of the multistage system can be expressed as

$$R_T^* = D_{\infty} \left( \frac{\delta_p}{I}, \delta_s \right) \sum_{i=1}^{I} \frac{F_{i-1} F_i}{F_i - F_s - F_p} \qquad (5.24)$$

By careful application of Eqs. (5.1), (5.4), (5.5), (5.6), and (5.9) and assuming that

$$F_s = \frac{F_I}{2} \qquad (5.25)$$

it can be shown [5.4] that Eq. (5.24) can be expressed in the form

$$R_T^* = D_{\infty} \left( \frac{\delta_p}{I}, \delta_s \right) \cdot F_0 \cdot S \quad \text{MPS} \qquad (5.26a)$$

APL-MAS_02481610

Exhibit BB
Page 26

Case 8:20-cv-00048-JVS-JDE   Document 1130-32   Filed 01/12/23   Page 28 of 68   Page ID #:95697

where

$$S = S(\Delta f, M, I; M_1, M_2, ..., M_{I-1})$$

$$= \frac{2}{\Delta f \prod\limits_{i=1}^{I-1} M_i} + \sum\limits_{i=1}^{I-1} \frac{M_i}{\left[\prod\limits_{j=1}^{i} M_j\right]\left[1 - \frac{2 - \Delta f}{2M}\left(\prod\limits_{j=1}^{i} M_j\right)\right]} \quad (5.26b)$$

This form of the expression for $R_T^*$ is particularly revealing because it expresses $R_T^*$ only in terms of the specified design parameters $\delta_p$, $\delta_s$, $F_0$, $\Delta f$, $M$, and $I$ [note that $F_p$ and $F_s$ are absorbed in $\Delta f$ in Eq. (5.9)] and in terms of the $I - 1$ *independent* design variables $M_1, M_2, ..., M_{I-1}$. Thus the expression for $R_T^*$ is in the proper form for an algorithmic optimization procedure, as will be seen shortly. It is important to recognize that $R_T^*$, in this form, is not a function of the final decimation ratio $M_I$. This is because once the values $M_1, M_2, ..., M_{I-1}$ and $M$ are specified, $M_I$ can be determined [from Eq. (5.1)]. Thus $M_I$ is a dependent variable, not an independent variable.

We can now proceed to minimize the objective function $R_T^*$ as a function of the independent variables. For $I = 1$ there is no flexibility in the design since $M_1 = M$. For $I = 2$ we can minimize $R_T^*$ as a function of $M_1$ by taking the derivative of Eq. (5.26) with respect to $M_1$ and setting it to zero. This yields a quadratic function in $M_1$ and leads to two solutions, only one of which is valid and is of the form [5.4]

$$M_{1_{opt}} = \frac{2M[1 - \sqrt{M\Delta f/(2 - \Delta f)}\,]}{2 - \Delta f(M + 1)}, \quad I = 2$$

$$= \frac{2M}{(2 - \Delta f) + \sqrt{2M\Delta f - M(\Delta f)^2}}, \quad I = 2 \quad (5.27a)$$

$$M_{2_{opt}} = \frac{M}{M_{1_{opt}}}, \quad\quad\quad\quad I = 2 \quad (5.27b)$$

For $I$ greater than 2, this analytic approach is not possible and we must resort to more powerful computer-aided optimization techniques [5.4]. The results of this approach, including design charts, are discussed more fully in Section 5.3.4.

### 5.3.3 Design Criteria Based on Storage Requirements

Following a similar procedure to the one described above, we can generate designs that minimize the objective function $N_T$ rather than $R_T^*$. By substituting Eq. (5.23) into Eq. (5.20), we get

APL-MAS_02481611

$$N_T = D_\infty \left( \frac{\delta_p}{I}, \delta_s \right) \sum_{i=1}^{I} \frac{F_{i-1}}{F_i - F_s - F_p} \qquad (5.28)$$

and with the aid of Eqs. (5.1), (5.4), (5.5), (5.9), and (5.25) we can express $N_T$ in the form [5.5]

$$N_T = D_\infty \left( \frac{\delta_p}{I}, \delta_s \right) T \qquad (5.29a)$$

where

$$T = T(\Delta f, M, I; M_1, M_2, ..., M_{I-1})$$

$$= \frac{2M}{\Delta f \prod\limits_{i=1}^{I-1} M_i} + \sum_{i=1}^{I-1} \frac{M_i}{1 - [(2 - \Delta f)/2M]\prod\limits_{j=1}^{i} M_j} \qquad (5.29b)$$

Again, this expression for $N_T$ is the proper form for an optimization procedure since $N_T$ is expressed only in terms of the essential design parameters $\delta_p$, $\delta_s$, $F_0$, $\Delta f$, $M$, and $I$, and in terms of the $I - 1$ *independent* design variables $M_1$, $M_2$, ..., $M_{I-1}$.

For the case $I = 2$, an analytic solution can again be obtained by taking the derivative of $N_T$ with respect to $M_1$ and setting it to zero. This leads to

$$M_{1_{opt}} = \frac{2M}{(2 - \Delta f) + \sqrt{2M\Delta f}}, \ I = 2 \qquad (5.30a)$$

$$M_{2_{opt}} = \frac{M}{M_{1_{opt}}}, \qquad\qquad I = 2 \qquad (5.30b)$$

For $I$ greater than 2, a computer optimization routine must be used to find the minimum of $N_T$ with respect to the independent variables, as discussed in the next section.

### 5.3.4  Design Curves Based on Computer-Aided Optimization

In the procedure described above for minimizing the objective functions $R_T^*$ or $N_T$, several interesting observations can be made. From Eq. (5.26) it is seen that $R_T^*$ is basically a product of three factors, $F_0$, $D_\infty(\delta_p/I, \delta_s)$ (which is a function of $\delta_p$, $\delta_s$, and $I$), and $S$ (which is a function of $\Delta f$, $M$, $I$, and the independent design parameters $M_i$, $i = 1, 2, ..., I - 1$). Similarly, from Eqs. (5.29) it is seen that $N_T$

APL-MAS_02481612

is a product of two factors $D_\infty(\delta_p/I, \delta_s)$ and $T$ (which is a function of $\Delta f$, $M$, $I$, and $M_i$, $i = 1, 2, ..., I - 1$). This factorization property makes the problem much simpler to deal with and to grasp intuitively. For example, we can observe the effects that $\delta_p$ and $\delta_s$ have on $R_T^*$ or $N_T$ by examining the behavior of $D_\infty(\delta_p/I, \delta_s)$. We can also see from the curves of $D_\infty(\delta_p, \delta_s)$ in Chapter 4 (Fig. 4.11) that $D_\infty(\delta_p/I, \delta_s)$ is a very weak function of $I$ and thus this factor has very little effect on the choice of $I$ in minimizing $N_T$ or $R_T^*$ as a function of $I$. For example, in going from a one-stage $(I = 1)$ degin to a two-stage $(I = 2)$ design, $D_\infty(\delta_p/I, \delta_s)$ typically changes by a factor of approximately 10%.

In contrast, the factors $S$ in $R_T^*$ or $T$ in $N_T$ are very strong functions of $I$, as well as the design parameters $\Delta f$ and $M$, and they are independent of the parameters $\delta_p$ and $\delta_s$. We can therefore minimize $R_T^*$ or $N_T$ as a function of $M_i$, $i = 1, 2, ..., I - 1$ for each $I$ by minimizing only the respective factors $S$ or $T$. These solutions can then be plotted as a function of the design variables $\Delta f$ and $M$.

Figure 5.9 illustrates the basic algorithmic approach for minimizing the functions $S$ or $T$ with respect to $M_i$, $i = 1, 2, ..., I - 1$, with an optimization procedure such as the Hooke and Jeeves algorithm [5.4-5.7]. An initial guess for the $M_i$ values is made first to start the procedure. The algorithm then systematically searches the space of $M_i$ values in an iterative manner until the minimum of $S$ (or $T$) is found. The Hooke and Jeeves algorithm is well suited to this problem. It does not require the evaluation of derivatives and it does not generally get trapped in local minima [5.4].



**Figure 5.9**  Minimization of $S$ (or $T$) with the Hooke and Jeeves optimization routine.

APL-MAS_02481613

Design curves based on this optimization procedure for minimum $R_T^*$ designs can be found in Ref. 5.4 and similar curves for minimum $N_T$ designs can be found in Ref. 5.5. It turns out that designs based on minimizing $N_T$ also result in designs that are essentially minimized for $R_T^*$ as well. This occurs because minima, for the function $S$ (or $R_T^*$) are relatively broad minima whereas minima for the function $T$ (or $N_T$) are slightly narrower. Therefore, the designs for minimized $N_T$ are preferred since they cover both cases. The fact that essentially the same ideal values of $M_i$ minimize both functions $R_T^*$ and $N_T$ can be seen for the case $I = 2$ by comparing the analytical solutions in Eqs. (5.27) and (5.30). The only difference in these two expressions is the $(\Delta f)^2$ term in Eq. (5.27a), which rapidly becomes negligible as $\Delta f$ becomes small.

Figures 5.10 to 5.13 illustrate four examples of design curves based on the optimization procedure described above for the cases $\Delta f = 0.2, 0.1, 0.05,$ and $0.02$ (i.e., transition bandwidths of 20, 10, 5, and 2% of the baseband, respectively). Figures 5.10(a) to 5.13(a) show plots of minimized values of $S$ (called $\overline{S}$) in Eq. (5.26) as a function of $M$ for each value of $I$. Figures 5.10(b) to 5.13(b) show similar minimized values of $T$ (called $\overline{T}$) in Eqs. (5.29). Finally, Figs. 5.10(c) to 5.13(c) show ideal values of $M_i$, $i = 1, 2, ..., I$ as a function of $M$ for each $I$, which result in the foregoing minimized values of $S$ and $T$. Several important properties of this design procedure can be seen from these figures and the discussion above. They include:

1.  Both the minimization of computation rate (proportional to $\overline{S}$) and storage (proportional to $\overline{T}$) can be achieved with essentially the same choice of ratios $M_i$, $i = 1, 2, ..., I$, which minimize $T$ for a given $I$. (This result was discussed above.)

2.  In terms of minimizing the computation rate [see Eq. 5.26(a) and the curves for minimum $S$ in Figs. 5.10(a) to 5.13(a)], most of the gain in efficiency in multistage designs is achieved when going from a one-stage to a two-stage design. Only small additional gains are achieved when going from two-stage to three- or four-stage designs.

3.  For minimizing the storage requirements, significant reductions in storage can still be achieved in going from two to three or four stages for large $M$, although the largest decrease is obtained in going from one to two stages.

4.  The gain in efficiency (either in computation or storage) in going from one to $I$ stages increases dramatically as $\Delta f$ gets smaller and as $M$ gets larger. For example, a computational reduction of about 80 to 1 and a reduction in storage requirements of about 450 to 1 can be achieved by using a three-stage structure instead of a one-stage structure in implementing a 1000-to-1 decimator (or interpolator) with a normalized transition width of $\Delta f = 0.02$ [see Figs. 5.13(a) and (b)].

APL-MAS_02481614

214         Multistage Implementations of Sampling Rate Conversion    Chap. 5



**Figure 5.10** Design curves for multistage FIR decimators (or interpolators) with minimized values of $S$ and $T$ and ideal values of $M_i$, $i = 1, 2, ..., I$, and $\Delta f = 0.2$.

**Figure 5.11** Design curves for multistage FIR decimators or interpolators for $\Delta f = 0.1$.

5.    The decimation ratios of an $I$-stage minimized design follow the relation

$$M_1 > M_2 > \cdots > M_I$$

as anticipated from the discussion early in this chapter.

APL-MAS_02481615

Exhibit BB
Page 31

Case 8:20-cv-00048-JVS-JDE   Document 1130-32   Filed 01/12/23   Page 33 of 68   Page ID #:95702



**Figure 5.12**  Design curves for multistage FIR decimators or interpolators for $\Delta f = 0.05$.

**Figure 5.13**  Design curves for multistage FIR decimators or interpolators for $\Delta f = 0.02$.

6.   The required computation rate or storage requirements of a minimized $I$-stage design are relatively insensitive to small changes in the $M_i$ values for each stage.  Thus the nearest integer values for $M_i$, $i = 1, 2, ..., I$, can generally be used with little loss in efficiency.

7.   The design curves above can also be applied to the design of decimators or interpolators for a minimized computation rate (but not storage) in which the overall conversion factor is a ratio of integers $M/L$ or where some of the stages have conversion ratios of the form $M_i/L_i$, where $M_i$ and $L_i$ are

APL-MAS_02481616

Exhibit BB
Page 32

Case 8:20-cv-00048-JVS-JDE   Document 1130-32   Filed 01/12/23   Page 34 of 68   Page ID #:95703

are integers [5.4]. In this case the structure in Fig. 5.1 is used in those stages and the nearest ratios of integers are still obtained from the design curves of Figs. 5.10(c) to 5.13(c).

8. The choices of ideal $M_i$ values in Figs. 5.10(c) to 5.13(c) are valid for any class of filter designs in which the length of the filter is inversely proportional to the width of the transition band (i.e., $N \propto 1/\Delta F$). However, they cannot account for specific kinds of filter designs such as half-band designs, comb filter designs, or designs that take advantage of don't-care bands. These issues are discussed in the next sections.

9. The design curves are unchanged if we assume that all the filters $N_i$, $i = 1, 2, ..., I$, are symmetrical and that this symmetry is used to reduce the total number of multiplies. In this case the total number of multiplications/sec is approximately $R_T^*/2$; however, the total number of additions/sec, $R_T^{\ddagger}$, is still equal to $R_T^*$.

## 5.3.5 Application of the Design Curves and Practical Considerations

The design curves in Figs. 5.10 to 5.13 are intended only to be used as a guideline in selecting practical integer (or ratio of integer) values of $M_i$, $i = 1, 2, ..., I$, and the number of stages $I$. Once practical values of $M_i$ are selected, they are applied to Eqs. (5.4) [or (5.7)], (5.12), (5.13) or the multiple stopband conditions in Fig. 5.8(d) to obtain the cutoff frequency requirements for each stage. The equiripple filter design techniques discussed in Chapter 4 can then be applied to design the appropriate filters, and any of the structures in Chapter 3 can be used for their implementations. Alternatively, any other filter designs that can be implemented more efficiently than the equiripple designs and still meet the same frequency requirements can be applied to any of the stages for additional efficiency. To illustrate the application of the ideas of this section, we present a simple design example.

**Design Example 1**

Consider the design of an $I$-stage structure to decimate a signal by a factor of $M = 64$, with overall filter specifications: $\delta_p = 0.01$, $\delta_s = 0.001$, $F_p = 0.45$ Hz, and $F_s = 0.5$ Hz. The input sampling frequency is $F_0 = 64$ Hz, and the output sampling rate is $F_I = F_0/64 = 1.0$ Hz.

**Solution.** For an $I = 1$-stage implementation we get

$$D_\infty(\delta_p, \delta_s) = D_\infty(0.01, 0.001) = 2.54$$

$$N_T = N_1 = \frac{D_\infty(\delta_p, \delta_s)}{(F_s - F_p)/F_0} = 3251 \quad \text{taps}$$

APL-MAS_02481617

$$R_T^+ = R_T^+ = R_1 = N_1 F_1 = (3251)(1) = 3251 \quad \text{MPS}$$

If we assume that the symmetry of the filter is used in the implementation, we then get

$$R_T^+ = R_1 = 3251 \quad \text{APS}$$

$$R_T^* = \frac{R_1}{2} = 1625 \quad \text{MPS}$$

where we have denoted the number of additions per second as APS. For an $I = 2$ stage design, we can determine the ideal choices of $M_1$ and $M_2$ from Eqs. (5.30). Alternatively, noting that $\Delta f = (0.5 - 0.45)/0.5 = 0.1$, we may use the appropriate design curves for $\Delta f = 0.1$ in Fig. 5.11(c). Using either method we get the ideal values $\tilde{M}_1 \simeq 23.4$ and $\tilde{M}_2 \simeq 2.74$. The nearest choice of integer values such that $M_1 M_2 = 64$ is either $(M_1 = 32, M_2 = 2)$ or $(M_1 = 16, M_2 = 4)$. We will use the second choice in this example. This leads to the design parameters:

$$D_\infty\left(\frac{\delta_p}{2}, \delta_s\right) = 2.76$$

$$N_1 = \frac{D_\infty(\delta_p/2, \delta_s) F_0}{F_1 - F_s - F_p} = 58 \quad \text{taps}$$

$$N_2 = \frac{D_\infty(\delta_p/2, \delta_s) F_1}{F_2 - F_s - F_p} = 221 \quad \text{taps}$$

$$N_T = N_1 + N_2 = 279 \quad \text{taps}$$

$$R_1 = N_1 F_1 = (58)(4) = 232 \quad \text{MPS}$$

$$R_2 = N_2 F_2 = (221)(1) = 221 \quad \text{MPS}$$

If symmetry is used in the implementation, we get for the two-stage design,

$$R_T^+ = R_1 + R_2 = 453 \quad \text{APS}$$

$$R_T^* = \frac{R_1 + R_2}{2} = 227 \quad \text{MPS}$$

Thus the two-stage design is more efficient than the one-stage design by a factor of about 7.2 in computation rate and a factor of about 11.7 in storage requirements. This is in agreement with that predicted by the curves for $S$ and $T$, respectively, in Fig. 5.11. Also, we can see from these curves that a slightly greater efficiency can be achieved by going to an $I = 3$-stage design.

APL-MAS_02481618

Exhibit BB
Page 34

Following the same procedure for three-stage design, we get

$$M_1 = 8, \quad M_2 = 4, \quad M_3 = 2$$

$$N_1 = 26, \quad R_1 = 208$$

$$N_2 = 22, \quad R_2 = 44$$

$$N_3 = 115, \quad R_3 = 115$$

Therefore, $N_T$ is

$$N_T = N_1 + N_2 + N_3 = 163$$

and, assuming the use of symmetry,

$$R_T^+ = R_1 + R_2 + R_3 = 367 \quad \text{APS}$$

$$R_T^* = \frac{R_1 + R_2 + R_3}{2} = 184 \quad \text{MPS}$$

Thus we see that a three-stage design achieves a reduction in storage of a factor of 19.9 and a reduction in computation of a factor of 8.9 over a one-stage design.

By using the multistopband designs discussed in Chapter 4 for early stages in the two- or three-stage design above it is possible to reduce the order of the filters in those stages. For example, from Fig. 4.13 it can be estimated that for the three-stage design, $N_1$ can be reduced by a factor of about 22% or $N_1 \simeq 20$, and $N_2$ can be reduced by a factor of about 10% or $N_2 \simeq 20$. This gives final values of $N_T = 155$, $R_T^+ = 315$ (APS), and $R_T^* = 157$ (MPS) and savings factors of 21 and 10.4, respectively, for storage and computation over that of a one-stage design.

## 5.4 MULTISTAGE STRUCTURES BASED ON HALF-BAND FIR FILTERS

A second philosophy in the design of multistage structures for decimators and interpolators is based on the use of half-band filters [5.1, 5.8, 5.9]. These filters are based on the symmetrical FIR designs discussed in Chapter 4 and they have the property that approximately half of the filter coefficients are exactly zero. Hence the number of multiplications in implementing such filters is half of that needed for symmetrical FIR designs and one-fourth of that needed for arbitrary FIR designs. The half-band filter is appropriate only for sampling rate changes of 2 to 1. Hence the design approach in an $M$-to-1 ($I$-stage) half-band decimator structure is to

APL-MAS_02481619

reduce the sampling rate by factors of 2 in each of the first $I - 1$ stages, that is,

$$M_1 = M_2 = ... = M_{I-1} = 2 \qquad (5.31a)$$

The final stage then has an integer reduction factor of

$$M_I = \frac{M}{2^{I-1}} \qquad (5.31b)$$

or more generally it may have a rational factor

$$\frac{M_I}{L_I} = \frac{M}{2^{I-1}} \qquad (5.31c)$$

in which case it is implemented by the structure in Fig. 5.1. This strategy works best when $M$ is a power of 2; however, it can be generally applied to arbitrary values of $M$ with, perhaps, some difficulty. For example, a conversion ratio of $M = 14$ can be factored into the form

$$M = 14 = 2 \cdot 2 \cdot 2 \cdot 2 \cdot \frac{7}{8}$$

where the final stage has a conversion ratio of $M_I/L_I = 7/8$ and requires a high-order filter to achieve this conversion (in practice a two-stage, $M_1 = 7$ and $M_2 = 2$, design might be more appropriate for this particular problem).

As discussed in Chapter 4, and illustrated in Fig. 5.14(a), the half-band filter has the following symmetry properties:

$$\delta_p = \delta_s = \delta \qquad (5.32a)$$

$$0 \leqslant f \leqslant F_c \quad \text{passband} \qquad (5.32b)$$

$$\frac{F}{2} - F_c \leqslant f \leqslant \frac{F}{2} \quad \text{stopband} \qquad (5.32c)$$

where $F$ is the sampling rate and $F_c$ is the passband cutoff frequency of the half-band filter. These symmetry properties impose certain restrictions on the use of half-band designs in multistage decimators (or interpolators) where the final transition band ($F_p$ to $F_s$) is to be protected from aliasing. These restrictions and a design example are discussed in Section 5.4.1. Alternatively, the half-band symmetry properties naturally conform to the design of multistage decimators (or interpolators) in which $M$ is a power of 2 and aliasing is permitted in the final transition band ($F_p$ to $F_s$). This special class of structures is discussed in Section 5.4.2.

APL-MAS_02481620

Exhibit BB
Page 36







**Figure 5.14** (a) Symmetry constraints of half-band filters; (b) filter requirements for half-band filters in stage $i$ ($i = 1, 2, ..., I - 1$) of an $I$-stage decimator; (c) filter requirements for stage $I$.

### 5.4.1  Half-Band Designs with No Aliasing in the Final Transition Band

Consider the design of an $I$-stage decimator (or interpolator) with a passband from 0 to $F_p$, and a stopband at $F_s = F_I/2$, where $F_I$ is the final sampling rate. Because of the symmetry properties of the half-band filters, the cutoff frequency requirements $F_c$ for the filters in stages $i = 1, 2, ..., I - 1$ must be altered slightly to accommodate these constraints. Figure 5.14(b) illustrates this modification, where

$$F_c = F_s \qquad (5.33a)$$

$$0 \leqslant f \leqslant F_c \quad \text{passband} \qquad (5.33b)$$

$$F_i - F_c \leqslant f \leqslant F_i \quad \text{stopband}, \quad i = 1, 2, ..., I - 1 \qquad (5.33c)$$

Note that the choice of $F_p$ does not enter into these constraints.

Figure 5.14(c) shows the filter requirements for stage $I$ (assuming that

APL-MAS_02481621

Exhibit BB
Page 37

$M_I = 2$), which is unchanged from that discussed in Section 5.2.2. Since this is not a symmetrical frequency response about $f = F_I/2$, this final filter cannot be a half-band design. The consequences of this result are illustrated in the following example.

**Design Example 2**

Consider the design of a six-stage structure to decimate a signal by a factor of $M = 2^6 = 64$, with overall filter specifications $\delta_p = 0.01$, $\delta_s = 0.001$, $F_p = 0.45$ Hz, $F_s = 0.5$ Hz, and where the frequency range from $F_p$ to $F_s$ is to be protected from aliasing. The input sampling frequency is $F_0 = 64$ Hz and the output sampling frequency is 1.0 Hz (this is identical to Design Example 1).

**Solution.**   The half-band tolerance constraints, $\delta$, for stages $i = 1, 2, ..., I - 1$ must satisfy

$$\delta = \min\left(\frac{\delta_p}{6}, \delta_s\right) = 0.001$$

Therefore,

$$D_\infty(0.001, 0.001) = 3.25$$

From the filter constraints in Eq. (5.33) and the discussion in Section 5.3.1, we get for the filter order

$$N_i = \frac{D_\infty(0.001, 0.001)}{(F_i - 2F_c)/2F_i}$$

Alternatively, the design curves for half-band designs in Chapter 4 (Fig. 4.16) can be used. The filter orders are approximately (based on the next-largest odd-order filter from the estimate above) $N_1 = 7$, $N_2 = 7$, $N_3 = 9$, $N_4 = 9$, and $N_5 = 13$. Note that because these are half-band designs, approximately half of the coefficients in these filters are zero.

For the final stage ($I = 6$) a half-band filter cannot be used, so we will assume that an equiripple FIR design is used. Thus

$$D_\infty\left(\frac{\delta_p}{6}, \delta_s\right) = 3.10$$

and

$$N_6 = \frac{D_\infty(\delta_p/6, \delta_s)}{(F_s - F_p)/F_5} = 124$$

The total storage requirement, $N_T$, for this design is then

APL-MAS_02481622

Exhibit BB
Page 38

$$N_T \simeq N_6 + \sum_{i=1}^{5} 0.5 N_i \simeq 147$$

where the factor of 0.5 in the expression above accounts for the fact that approximately one-half of the coefficients in the half-band filters are zero-valued. The total computation rate is approximately

$$R_T^+ = N_6 F_6 + \sum_{i=1}^{5} \frac{1}{2} N_i F_i = 359 \quad \text{APS}$$

and assuming the use of symmetry,

$$R_T^* = \frac{R_T^+}{2} = 180 \quad \text{MPS}$$

Thus it is seen that the savings factors (with regard to storage and computation) for this six-stage half-band example over that of a one-stage approach (see Design Example 1) are similar to those for the three-stage optimized design in the preceding section. The question as to whether it is more efficient to use a three-stage design rather than a six-stage design depends on the particular application. More will be said about this in Section 5.7.

### 5.4.2 Half-Band Designs for Power-of-2 Conversion Ratios and Aliasing in the Final Transition Band

As stated earlier, the symmetry properties of the half-band filters naturally conform to the design of $I$-stage decimators or interpolators in which the conversion ratios are

$$M_i = 2, \quad i = 1, 2, ..., I \qquad (5.34a)$$

such that

$$M = 2^I \qquad (5.34b)$$

and where aliasing is permitted in the final transition band ($F_p$ to $F_I/2$) [5.8]. The cutoff frequency requirements for the filters in each stage $i$ (including stage $I$) are then (see Fig. 5.15)

$$F_c = F_p \qquad (5.35a)$$

$$0 \leqslant f \leqslant F_p \quad \text{passband} \qquad (5.35b)$$

$$F_i - F_p \leqslant f \leqslant F_i \quad \text{stopband}, \quad i = 1, 2, ..., I \qquad (5.35c)$$

APL-MAS_02481623

Exhibit BB
Page 39



**Figure 5.15**  Filter requirements for stage $i$, $i = 1, 2, ..., I$, of an $I$-stage half-band decimator with $M = 2^I$ and aliasing permitted in the final transition band.

Based on these cutoff frequency requirements the filter order for the $i$th stage is

$$N_i \simeq \frac{D_\infty(\delta, \delta)}{(F_i - 2F_p)/F_{i-1}} \qquad (5.36)$$

Noting that

$$F_i = \frac{F_0}{2^i} = \frac{MF_I}{2^i} \qquad (5.37)$$

and defining a normalized measure of the final passband bandwidth as

$$k = \frac{F_p}{F_I/2} \qquad (5.38)$$

Eq. (5.36) can be expressed in the form

$$N_i = \frac{2D_\infty(\delta, \delta)}{1 - k/2^{I-i}} \qquad (5.39)$$

Since approximately half of the coefficients in these filters are zero valued, the total storage requirement for this design is

$$N_T \simeq \frac{1}{2} \sum_{i=1}^{I} N_i$$

$$\simeq D_\infty(\delta, \delta) \sum_{i=1}^{I} \left[ 1 - \frac{k}{2^{I-i}} \right]^{-1} \qquad (5.40)$$

Similarly, because of the zero-valued coefficients, the computation rate (in additions/sec) for this class of structures is

APL-MAS_02481624

Exhibit BB
Page 40

$$R_T^{\ddagger} \simeq \frac{1}{2} \sum_{i=1}^{I} N_i F_i \qquad (5.41)$$

Applying Eqs. (5.39) and (5.40) gives

$$R_T^{\ddagger} = D_{\infty}(\delta, \delta) \cdot F_0 \cdot S_h(k, I) \quad \text{APS} \qquad (5.42a)$$

where

$$S_h(k, I) = \sum_{i=1}^{I} \frac{1}{2^i} \left[ 1 - \frac{k}{2^{I-i}} \right]^{-1} \qquad (5.42b)$$

and, assuming the use of symmetry, the computation rate in multiplications/sec is

$$R_T^* = \frac{R_T^{\ddagger}}{2} \quad \text{MPS} \qquad (5.43)$$

Figure 5.16 shows plots of $S_h(k, I)$ as a function of $k$ and with $I$ as a parameter.
It can be seen that $S_h(k, I) \approx 1$ except for small values of $I$ and for values of $k$
near 1. Thus, under these conditions, $R_T^{\ddagger}$ can be further approximated as

$$R_T^{\ddagger} = 2R_T^* \approx D_{\infty}(\delta, \delta) F_0 \qquad (5.44)$$



**Figure 5.16**  Plot of $S_h(k, I)$ as a function of $k$ and the number of stages $I$.

It is of interest to compare this computation rate to that required for a

APL-MAS_02481625

single-stage (nonhalf-band) design which allows aliasing in the transition band. From Fig. 5.5 and the discussion above it can be seen that the filter order for a single-stage design is

$$N_1\Big|_{\substack{\text{single}\\\text{stage}}} \simeq \frac{D_\infty(\delta_p, \delta_s)}{(F_I - 2F_p)/F_0} \tag{5.45a}$$

$$\simeq \frac{M D_\infty(\delta_p, \delta_s)}{1} - k \tag{5.45b}$$

and the multiplication rate (assuming symmetry) is

$$R_T^*\Big|_{\substack{\text{single}\\\text{stage}}} \simeq \frac{N_1 F_0}{2M} \tag{5.46a}$$

$$\simeq \frac{D_\infty(\delta_p, \delta_s)\cdot F_0}{2(1-k)} \tag{5.46b}$$

Therefore, the gain in computational efficiency of an $I$-stage half-band structure [Eq. (5.44)] over that of a single-stage $M$-to-1 structure is

$$GAIN \triangleq \frac{R_T^*\Big|_{\substack{\text{single}\\\text{stage}}}}{R_T^*\Big|_{\substack{I\text{-stage}\\\text{half-band}}}} \tag{5.47a}$$

$$= \frac{D_\infty(\delta_p, \delta_s)}{D_\infty(\delta, \delta)}\ \frac{1}{1-k} \tag{5.47b}$$

$$\approx \frac{1}{1-k} \tag{5.47c}$$

It is seen from this expression that the gain is approximately inversely proportional to the normalized width of the final transition band. The following example illustrates the differences when we can allow aliasing in the final stage of a multistage decimator.

**Design Example 3**

Consider the design of a six-stage half-band structure with aliasing in the final transition band and compare it with a similar one-stage design. The design parameters are $\delta_p = 0.01$, $\delta_s = 0.001$, $F_p = 0.45$ Hz, $F_0 = 64$ Hz, and $M = 2^6 = 64$.

APL-MAS_02481626

Exhibit BB
Page 42

**Solution.**   For a single-stage design we get

$$D_\infty(\delta_p, \delta_s) = 2.54$$

$$k = \frac{0.45}{0.5} = 0.9$$

and

$$N_T = N_1 \simeq \frac{M D_\infty(\delta_p, \delta_s)}{1-k} = 1625 \quad \text{taps}$$

$$R_T^+ = N_1 F_1 = 1625 \quad \text{APS}$$

Using symmetry gives

$$R_T^* = \frac{R_T^+}{2} = 813 \quad \text{MPS}$$

For a six-stage half-band design we get

$$\delta = \min\left(\frac{\delta_p}{6}, \delta_s\right) = 0.001$$

$$D_\infty(\delta, \delta) = 3.25$$

From Eq. (5.39) the filter orders are approximately (based on the next-largest odd order from the estimate above) $N_1 = 7$, $N_2 = 7$, $N_3 = 9$, $N_4 = 9$, $N_5 = 13$, and $N_6 = 65$. Therefore, the storage requirements are

$$N_T = \frac{1}{2} \sum_{i=1}^{6} N_i = 55$$

and the computational requirements (using symmetry) are

$$R_T^+ = \frac{1}{2} \sum_{i=1}^{6} N_i F_i = 268 \quad \text{APS}$$

$$R_T^* = \frac{R_T^+}{2} = 134 \quad \text{MPS}$$

In comparing this design to that of the one-stage design it is seen that the six-stage design is more efficient in computation by a factor of 6.1.

Comparing these designs, which allow aliasing in the final band, to those in

APL-MAS_02481627

Design Examples 1 and 2, which do not allow aliasing, it is also seen that it is primarily the final stage that gets changed in the designs.

## 5.5  MULTISTAGE FIR DESIGNS BASED ON A SPECIFIC FAMILY OF HALF-BAND FILTER DESIGNS AND COMB FILTERS

A third design approach incorporates the use of comb filters, where possible, in the initial stages of multistage decimators (or the final stages of multistage interpolators) followed by half-band designs and equiripple designs [5.10, 5.11]. The idea here is to use a large number of stages to implement a large change in sampling rates, and to use extremely simple linear-phase FIR filters when possible. The types of FIR filters that are used in these cases are generally comb filters and half-band filters. Thus in this section we first discuss the characteristics of comb filters and then we discuss a design procedure for multistage decimators (or interpolators) based on this approach.

### 5.5.1  Comb Filter Characteristics

The class of FIR linear-phase filters called *comb filters* are characterized by the impulse response

$$h(n) = \begin{cases} 1, & 0 \leqslant n \leqslant N - 1 \\ 0, & \text{elsewhere} \end{cases} \tag{5.48}$$

where $N$ is the number of taps in the filter. It can be shown that the Fourier transform of the impulse response of Eq. (5.48) is

$$H(e^{j\omega}) = \frac{\sin{(\omega N/2)}}{\sin{(\omega/2)}} \, e^{-j(N-1)\omega/2} \tag{5.49a}$$

and the magnitude of the frequency response is therefore

$$|H(e^{j\omega})| = \left| \frac{\sin{(\omega N/2)}}{\sin{(\omega/2)}} \right| \tag{5.49b}$$

Figure 5.17 illustrates a simple, one-stage interpolator using an $N = 5$-comb filter (where $F_i$ is the input sampling rate and $5F_i$ is the output sampling rate). A block diagram of the interpolator is shown in Fig. 5.17(a); Fig. 5.17(b) shows the impulse response of the comb filter, and Fig. 5.17(c) shows the magnitude frequency response (on a log scale). Figure 5.18 shows the impulse and frequency responses for an $N = 10$ comb filter.

It is seen from Figs. 5.17 and 5.18, as well as from Eqs. (5.49), that these

APL-MAS_02481628



**Figure 5.17** Example of an $N = 5$-comb filter used for a 1-to-5 interpolator stage.

comb filters have zeros in their frequency response at frequencies

$$\omega = \frac{2\pi k}{N}, \quad k = 1, 2, ..., N - 1 \qquad (5.50)$$

Examination of the frequency-response characteristic shows that it is of the same form as that required for the multiple stopband specifications for the $i$th stage of a multistage decimator or interpolator as discussed in Section 5.2.3 (see Fig. 5.8) when we choose

$$N = N_i = L_i \quad \text{interpolator} \qquad (5.51a)$$

or

$$N = N_i = M_i \quad \text{decimator} \qquad (5.51b)$$

It is also the same form as the multiple stopband filter discussed in Chapter 4. To emphasize this point, the ideal multiple stopband characteristics for an $L_i = 5$ and an $L_i = 10$ interpolator have been superimposed on the frequency responses in Figs. 5.17(c) and 5.18(b), respectively, where it is assumed that the stopband tolerances, $20 \log \delta_s$, are $-20$ dB and $-30$ dB, respectively.

APL-MAS_02481629

Exhibit BB
Page 45



**Figure 5.18**  Comb filter responses for $N = 10$ design.

Because of the choice of $N$ in Eqs. (5.51) and the fact that all the coefficient values in the comb filter are unity, these comb filters are extremely simple to implement since they do not require any multiplications. In the case of an $N = M_i$-to-1 decimator, they can be implemented by a simple sum-and-dump procedure (and scaling by $1/N$) in which the input signal is blocked into groups of $M_i$ samples. Each group of $M_i$ samples produces a single output sample. In the case of a 1-to-$L_i$ interpolator, the process is even simpler. Each input sample is simply repeated $L_i$ times to produce a signal whose sampling rate is $L_i$ times that of the input sampling rate (i.e., it is a digital sample-and-hold).

It can also be seen from Figs. 5.17(c) and 5.18(b) that comb filters work only when the required widths of the stopbands, $2F_s$, are small compared to the sampling rate $F_i$, and therefore these types of filters clearly have a limited range of applications (i.e., in the initial stages of decimators or the final stages of interpolators when $2F_s \ll F_i$).

The required design equations for this class of comb filters can be obtained by observing that the most critical stopband tolerance requirement is reached at the lower edge of the first stopband [see Fig. 5.17(c)], that is, at the frequency

$$F_l = F_i - F_s \qquad (5.52)$$

or equivalently at the frequency

$$\omega_l = \frac{2\pi F_l}{F_{i-1}} = 2\pi \frac{(1 - F_s/F_i)}{L_i} \qquad (5.53)$$

APL-MAS_02481630

Exhibit BB
Page 46

where $F_{i-1} = L_i F_i$ is the output sampling rate of stage $i$ according to the notation defined in Fig. 5.7. At this frequency we require that the stopband tolerance $\delta_s$ be met or exceeded, that is

$$\delta_s \geqslant \frac{|H(e^{j\omega_i})|}{|H(e^{j0})|}$$

$$\geqslant \frac{1}{L_i} \left| \frac{\sin \left[\pi(1 - F_s/F_i)\right]}{\sin \left[(\pi/L_i)(1 - F_s/F_i)\right]} \right|$$

$$\geqslant \left| \frac{\sin (\pi F_s/F_i)}{L_i \sin \left[(\pi/L_i)(1 - F_s/F_i)\right]} \right| \qquad (5.54a)$$

For $F_s \ll F_i$ this becomes

$$\delta_s \geqslant \left| \frac{\pi F_s}{L_i F_i \sin (\pi/L_i)} \right| \qquad (5.54b)$$

and for $L_i \gg 1$ it simplifies to the condition

$$\delta_s \geqslant \frac{F_s}{F_i} \qquad (5.54c)$$

Similarly, at the passband edge we require that the passband ripple $\delta_p/I$ (for an $I$-stage design) be met or exceeded, that is

$$\frac{\delta_p}{I} \geqslant 1 - \frac{|H(e^{j\omega_p})|}{|H(e^{j0})|} \qquad (5.55a)$$

where

$$\omega_p = \frac{2\pi F_p}{F_{i-1}} = \frac{2\pi F_p}{L_i F_i} \qquad (5.55b)$$

Applying Eqs. (5.49b) and (5.51) gives

$$\frac{\delta_p}{I} \geqslant 1 - \frac{1}{L_i} \left| \frac{\sin (\pi F_p/F_i)}{\sin (\pi F_p/L_i F_i)} \right| \qquad (5.56a)$$

and for $F_p \ll F_i$ and $L_i \gg 1$ we can apply the approximations $\sin(x) \simeq x - x^3/6$ to the numerator and $\sin(x) \simeq x$ to the denominator to get

APL-MAS_02481631

$$\frac{\delta_p}{I} \geqslant 1 - \frac{1}{L_i}\left[\frac{(\pi F_p/F_i) - (\pi^3 F_p^3/6F_i^3)}{(\pi F_p/L_i F_i)}\right] \qquad (5.56b)$$

This expression simplifies to the condition

$$\frac{\delta_p}{I} \geqslant \frac{1}{6}\left[\frac{\pi F_p}{F_i}\right]^2 \qquad (5.56c)$$

Equations (5.54c) and (5.56c) can therefore be used to determine quickly whether a comb filter design can be applied to a particular stage of a multistage decimator or interpolator, given the parameters $I$, $F_p$, $F_s$, $F_i$, $\delta_p$, and $\delta_s$. If the inequalities are satisfied, the comb filter can be used, and if they are not satisfied, it cannot be used. Generally, the stopband requirement of Eq. (5.54c) will be the most critical one.

### 5.5.2  A Design Procedure Using a Specific Class of Filters

We will now discuss a design procedure by Goodman and Carey [5.10] for multistage decimators and interpolators based on the use of a specific family of half-band filter designs and comb filters. Table 5.1 gives the values of the filter coefficients $h(n)$ for a set of nine specially designed symmetric FIR digital filters centered at $n = 0$ (only one symmetric half of the coefficient values are given).

TABLE 5.1   COEFFICIENTS OF SPECIALIZED FIR FILTERS

| Filter | $N$ | $h(0)$ | $h(1)$ | $h(3)$ | $h(5)$ | $h(7)$ | $h(9)$ |
|---|---|---|---|---|---|---|---|
| $F1*$ | $N$ | 1 | 1 | | | | |
| $F2$ | 3 | 2 | 1 | | | | |
| $F3$ | 7 | 16 | 9 | -1 | | | |
| $F4$ | 7 | 32 | 19 | -3 | | | |
| $F5$ | 11 | 256 | 150 | -25 | 3 | | |
| $F6$ | 11 | 346 | 208 | -44 | 9 | | |
| $F7$ | 11 | 512 | 302 | -53 | 7 | | |
| $F8$ | 15 | 802 | 490 | -116 | 33 | -6 | |
| $F9$ | 19 | 8192 | 5042 | -1277 | 429 | -116 | 18 |

*$F1$ is an $N$-tap comb filter

The first filter, denoted as $F1$ in the table, is an $N$-tap comb filter of the type discussed in the preceding section. Filters $F2$ through $F9$ are specialized half-band filter designs (see Section 5.4) with impulse response durations of from 3 to 19 samples. The magnitude responses of filters $F2$, $F3$, and $F5$ (normalized to a dc

APL-MAS_02481632

gain of 1.0) are plotted in Fig. 5.19(a). These three filters all have monotone passband responses. The passband magnitude responses (normalized to a dc gain of 1.0) of filters $F4$ and $F6$ through $F9$ (in the passband) are plotted in Figs. 5.19(b) and 5.19(c). Each of these filters is seen to have two or more ripples in the passband. Before discussing how these nine filters can be used in a multistage decimator, three key points must be made, namely:

1. The comb filter $F1$ can be used for decimation or interpolation by any integer factor (as long as its filtering characteristics meet specifications); however, half-band filters $F2$ through $F9$ can be used only in stages that decimate by a factor of 2.

2. Since filters $F1$, $F2$, $F3$, and $F5$ have monotonic passband response, some compensation of their falloff is generally required by later-stage filters to guarantee that the overall filtering characteristic of the multistage structure meets specifications. Thus the applicability of filters $F1$, $F2$, $F3$, and $F5$ is determined primarily by given stopband ripple specifications; for the other filters, both passband and stopband ripple specifications are important.

3. For all nine filters of Table 5.1, the filter coefficients are expressible with a small number of bits. In fact, many of the filter coefficients are integer powers of 2. Hence these filters can be implemented (on special-purpose hardware) even more efficiently than a general half-band filter.

For a given set of design specifications of a multistage structure, the way in which the specific filters (i.e., of Table 5.1) are chosen is as follows. From the given filter specifications (i.e., $\{F_p, F_s, \delta_p, \delta_s\}$) we define a level ripple factor $D$ as



**Figure 5.19**   (a) Monotonic frequency responses of half-band filters $F_2$, $F_3$, and $F_5$; (b) and (c) passband responses of filters $F_4$, $F_6$ through $F_9$.

APL-MAS_02481633

Exhibit BB
Page 49

$$D = -20 \log(\delta_s) \quad \text{for filters } F1, F2, F3, F5 \quad \text{(monotone response)} \quad (5.57a)$$

or

$$D = -20 \log \left[ \min \left( \frac{\delta_p}{I}, \delta_s \right) \right] \quad \text{for filters } F4, F6\text{-}F9 \quad \text{(nonmonotone response)}$$
$$(5.57b)$$

We next define an "oversampling" frequency ratio at the input to stage $i$, $O_i$, as

$$O_i = \frac{F_{i-1}}{F_I} = M \left\lceil \frac{F_{i-1}}{F_0} \right\rceil \quad (5.58a)$$

At the output of stage $i$, the oversampling ratio is

$$O_{i+1} = M \left\lceil \frac{F_i}{F_0} \right\rceil \quad (5.58b)$$

For conventional FIR filter length designs we would calculate the required filter based on the ripple specification of Eq. (5.57) and the required transition width. Since the idea in this implementation is to use one of the fixed set of filters (whenever possible), the procedure here is to determine the range of $D$ and $O_i$ such that each of the nine filters of Table 5.1 is applicable. This range is plotted in Fig. 5.20(a), which shows boundaries, in the $(O_i, D)$ plane, for which each of the nine filters meets specifications. The way the data of Fig. 5.20(a) are used is as follows. For stage 1, the grid point $(O_1, D)$ is located. If the boundary line of filter $F1$ lies to the left of the grid point, filter $F1$ is used in the first stage, and the decimation rate of this stage, $M_1$, is the largest integer such that the grid point $(O_1/M_1, D)$ also lies to the right of the $F1$ boundary line. For the second, and subsequent stages, decimation ratios of 2 are used, and the filter required is the filter whose boundary line lies to the left of the grid point $(O_i/2, D)$ for stage $i$. This procedure can be used until the next-to-last stage. A more general FIR filter is generally required to meet overall filter specifications for the last stage, using one of the design techniques discussed in Chapter 4.

We will now illustrate the use of specialized filters in a multistage decimator.

**Design Example 4**

To illustrate use of the procedure described above, again consider the design of a specialized filter structure to decimate a signal by a factor of $M = 64$, with filter specifications $\delta_p = 0.01$, $\delta_s = 0.001$, $F_p = 0.45$ Hz, $F_s = 0.5$ Hz, $F_0 = 64$ Hz, and $F_I = 1$ Hz. (This is identical to Design Examples 1 and 2.)

**Solution.**    We first calculate the ripple factor $D$ as

APL-MAS_02481634





**Figure 5.20**  (a) Design chart for specific filter family; (b) design example using the chart.

$$D = -20 \log (0.001) = -60 \text{ dB} \qquad (F1, F2, F3, F5)$$

$$D = -20 \log (\min (0.01/6, 0.001)) = -60 \text{ dB} \quad (F4, F6\text{-}F9)$$

where we have used six as the largest possible number of stages in the design. The oversampling index $O_1$ for the first stage is 64, showing that an $F2$ filter is required, as shown in Fig. 5.20(b). Note that the comb filter (filter $F1$) cannot be used in this design. Since the $F2$ filter is a half-band filter, a 2-to-1 sampling rate reduction is used in the first stage and the oversampling index $O_2$ at the input to the second stage is 32. For stages 2 and 3, filter $F3$ can be used as $O_i$ goes from 32 to 16 (stage 2), and 16 to 8 (stage 3). For stage 4 (as $O_i$ goes from 8 to 4) an $F5$ filter is required, whereas for stage 5 (as $O_i$ goes from 4 to 2) an $F8$ filter is required. For the final stage, a 124-point FIR filter (the same used in Design Example 2, stage 6 of the three-stage design in Section 5.4.1) is required.

The total storage requirements and computational requirements (using symmetry and excluding multiplication by $-1$, 1, or 2) of the resulting six-stage design are shown in Table 5.2.

APL-MAS_02481635

Exhibit BB
Page 51

**TABLE 5.2   FILTERS AND COMPUTATION RATES FOR DESIGN EXAMPLE 4**

| Stage $i$ | Filter | Number of Storage Locations | Number of Multiplications per Second (MPS) | Number of Additions per Second (APS) |
|---|---|---|---|---|
| 1 | $F_2$ | 3 | 0 | 64 |
| 2 | $F_3$ | 5 | 32 | 64 |
| 3 | $F_3$ | 5 | 16 | 32 |
| 4 | $F_5$ | 7 | 16 | 24 |
| 5 | $F_8$ | 9 | 10 | 16 |
| 6 | $N_6 = 124$ | 124 | 62 | 124 |
| Total | | 153 | 136 | 324 |

From this example it can be seen that there is only a slight savings in the multiplication rate in this design over that of Design Examples 1 and 2, and the number of additions/sec and storage requirements are similar. Some extra manipulations of the data to avoid multiplications by coefficients of $-1$ and 2 and to do data normalization in the structure are required. As mentioned previously, the principal advantage of this type of design is that the digital filter coefficients can be represented by a small number of bits, and specialized hardware structures can exploit this result to reduce the computation of the structure. A disadvantage of this approach, as in the half-band approaches discussed in Design Examples 2 and 3, is that generally a larger number of stages are required for the implementation. As discussed previously, the large number of stages add extra requirements on the control structure in the implementation which also must be considered in the design. This issue will be taken up in more detail in Section 5.7.

## 5.6 MULTISTAGE DECIMATORS AND INTERPOLATORS BASED ON IIR FILTER DESIGNS

Until now we have considered the use of FIR filters only in the implementation of decimators and interpolators. One reason for this is that FIR filters can be designed to have exactly linear phase. However, if linear phase is not an important consideration, then IIR filters can be considered as an attractive alternative. In this section it is shown that an optimization procedure similar to the one discussed in Section 5.3 can be used to design IIR multistage decimators and interpolators when conventional equiripple designs are used. In this discussion we consider only the case of integer decimation or interpolation stages. It is fairly straightforward to extend the results to noninteger stages.

To formulate the problem it is useful to reexamine the design of decimator and interpolator stages with integral ratios of sampling rates. As shown in Fig. 5.2(a), a decimator with a decimation rate of $M$ can be implemented by filtering the input signal with a lowpass filter (in this case an IIR filter) and then decreasing

APL-MAS_02481636

the sampling rate by selecting one out of every $M$ samples of the output of the filter. Unlike the FIR implementation, however, the output of the IIR filter (or all states of its recursive part) must be computed for *all values of n* prior to decimating by $M$, unless the filter design satisfies the denominator requirements discussed in Chapters 3 and 4. In a multistage decimator or interpolator design, the specifications on the lowpass filters are the same as those discussed in Section 5.2. As in the FIR case, transposition also applies in the case of IIR designs of decimators and interpolators, and therefore all design formulas and curves for multistage IIR decimators also apply to multistage IIR interpolators.

With the concepts above in mind we can now formulate the design relations for the multistage IIR decimator (or interpolator) [5.5]. We assume that the IIR filters are *elliptic designs* [5.12] (see Section 4.4.2). This choice of filters is made over that of the specific designs discussed in Section 4.4.4 because the order of the elliptic filters can be conveniently expressed in analytic form in order to define the objective function for the optimization procedure. For the designs in Section 4.4.4, such analytic expressions are not presently available.

Given the filter requirements for stage $i$, (see Section 5.2) the required elliptic filter order for that stage can be shown to be of the form [5.12]

$$N_i = A\left[\frac{\delta_p}{I}, \delta_s\right] B_i(M, \Delta f, I; M_1, M_2, ..., M_{I-1}) \tag{5.59}$$

where $A(\cdot)$ is a function of the ripples and $B_i(\cdot)$ is a function of the cutoff frequencies and decimation ratios. The function $A(\cdot)$ has the form

$$A = A\left[\frac{\delta_p}{I}, \delta_s\right]$$

$$= \frac{K(\sqrt{1-r^2})}{K(r)} \tag{5.60}$$

where

$$r = \frac{2\delta_s\sqrt{\delta_p/I}}{(1-\delta_p/I)\sqrt{(1-\delta_p/I)^2 - \delta_s^2}} \tag{5.61}$$

$K(\cdot)$ is the complete elliptic integral of the first kind, $\delta_p$ is passband ripple tolerance, $\delta_s$ is the stopband ripple tolerance, and $I$ is the total number of stages.

The function $B_i(\cdot)$ has the form

$$B_i = B_i(M, \Delta f, I; M_1, M_2, ..., M_{I-1})$$

APL-MAS_02481637

$$= \frac{K(t_i)}{K(\sqrt{1 - t_i^2})} \qquad (5.62)$$

where

$t_i$ = transition ratio of the filter for the $i$th stage

$$= \frac{\tan (\pi F_p / F_{i-1})}{\tan [\pi (F_i - F_s)/F_{i-1}]} \qquad (5.63a)$$

and using the previous terminology

$$F_i = \frac{F_0}{\prod_{j=1}^{i} M_j} \qquad (5.63b)$$

$$\Delta f = \frac{F_s - F_p}{F_s} \qquad (5.63c)$$

$$F_s = \frac{F_I}{2} \qquad (5.63d)$$

$$M_I = \frac{M}{\prod_{i=1}^{I-1} M_i} \qquad (5.63e)$$

With the expression above for filter order, the problem of minimizing a multistage IIR decimator or interpolator design in terms of its multiplication rate can readily be formulated.  The multiplication rate for a single decimator stage $i$ is approximately proportional to its IIR filter order $N_i$ times its (input) sampling rate $F_{i-1}$.  For an $I$-stage design, the total multiplication rate of the decimator (or interpolator) $R_T^*$ can then be expressed in the form

$$R_T^* \approx \sum_{i=1}^{I} G' N_i F_{i-1}$$

$$\approx G' F_0 \sum_{i=1}^{I} \frac{N_i M_i}{\prod_{j=1}^{i} M_j} \qquad (5.64)$$

where $G'$ is a proportionality factor that is dependent on the method of implementation of the IIR filter structure.  For example, in a conventional cascade

APL-MAS_02481638

structure, three multiplications are required for the implementation of a second-order section, and therefore for this structure $G'$ is approximately 3/2 (and we must add one multiplication for the gain constant).

With the aid of Eq. (5.59) the expression above can be written in the form

$$R_T^* \approx G' \cdot A\left[\frac{\delta_p}{I}, \delta_s\right] F_0 \widetilde{S} \qquad (5.65a)$$

where

$$\widetilde{S} = \widetilde{S}(M, \Delta f, I; M_1, M_2, ..., M_{I-1})$$

$$= \sum_{i=1}^{I} \frac{B_i M_i}{\prod\limits_{j=1}^{i} M_j} \Bigg|_{M_I = M / \prod\limits_{j=1}^{I-1} M_j} \qquad (5.65b)$$

The reader should note the similarity of this expression to that of $S$ in Eq. (5.26) for the FIR case (but not to be confused with $\widetilde{S}$ in Figs. 5.10 to 5.13). It is seen that $R_T^*$ can be expressed as a product of a function of the ripples, the initial sampling frequency, and a function of the cutoff frequencies and decimation ratios. In a similar manner, $R_T^*$ can be minimized by minimizing $\widetilde{S}$ as a function of the decimation (interpolation) ratios for each value of $I$ and then choosing the value of $I$ that minimizes the product. For convenience, the function $A(\delta_p/I, \delta_s)$ is tabulated in Table 5.3.

The minimization of $\widetilde{S}$ can again be performed by a routine such as the Hooke and Jeeves algorithm. This optimization is not a trivial one. The evaluation of the elliptic functions is extremely sensitive numerically [5.5]. Great care must be used in controlling the range of parameter values to avoid both arithmetic overflow and round-off error, and also in constraining the optimization search to be within the region of realizable solutions.

Using the Hooke and Jeeves method, the minimization problem above was solved. Plots of minimized values of $\widetilde{S}$ are given in Figs. 5.21(a) to 5.24(a) for final transition bandwidths $(\Delta f)$ of 0.2, 0.1, 0.05, and 0.02. The corresponding optimum decimation ratios and $B_i(\cdot)$ values are given in Figs. 5.21(b) to 5.24(b) and 5.21(c) to 5.24(c), respectively. These curves and Table 5.3 (which gives values for the function $A$ as $\delta_p$ and $\delta_s$ vary) can be used in a manner similar to that of the FIR design curves as a guide toward selecting practical integer values of decimation ratios for decimator (or interpolator) designs.

Several interesting observations can be made from these curves and tables. As in the FIR case, the function of the ripples $A(\delta_p/I, \delta_s)$ (see Table 5.3) is a weakly varying function of $I$, and again most of the interesting observations can be made from curves of the $\widetilde{S}$ function. From plots of $\widetilde{S}$ [Figs. 5.21(a) to 5.24(a)]

APL-MAS_02481639

**TABLE 5.3**  $A(\delta_p/I, \delta_s)$ FOR SEVERAL VALUES OF $\delta_p$, $\delta_s$, AND $I$

| $\delta_p$ | $\delta_s$ | $I=1$ | $I=2$ | $I=3$ | $I=4$ |
|---|---|---|---|---|---|
| 0.100 | 0.0100 | 4.10 | 4.32 | 4.45 | 4.55 |
| 0.100 | 0.0050 | 4.54 | 4.77 | 4.90 | 4.99 |
| 0.100 | 0.0010 | 5.57 | 5.79 | 5.92 | 6.01 |
| 0.100 | 0.0005 | 6.01 | 6.23 | 6.36 | 6.45 |
| 0.100 | 0.0001 | 7.03 | 7.26 | 7.39 | 7.48 |
| 0.050 | 0.0100 | 4.32 | 4.55 | 4.68 | 4.77 |
| 0.050 | 0.0050 | 4.77 | 4.99 | 5.12 | 5.21 |
| 0.050 | 0.0010 | 5.79 | 6.01 | 6.14 | 6.23 |
| 0.050 | 0.0005 | 6.23 | 6.45 | 6.58 | 6.67 |
| 0.050 | 0.0001 | 7.26 | 7.48 | 7.61 | 7.70 |
| 0.010 | 0.0100 | 4.84 | 5.06 | 5.19 | 5.28 |
| 0.010 | 0.0050 | 5.28 | 5.50 | 5.63 | 5.72 |
| 0.010 | 0.0010 | 6.30 | 6.53 | 6.65 | 6.75 |
| 0.010 | 0.0005 | 6.75 | 6.97 | 7.10 | 7.19 |
| 0.010 | 0.0001 | 7.77 | 7.99 | 8.12 | 8.21 |
| 0.005 | 0.0100 | 5.06 | 5.28 | 5.41 | 5.50 |
| 0.005 | 0.0050 | 5.50 | 5.72 | 5.85 | 5.94 |
| 0.005 | 0.0010 | 6.53 | 6.75 | 6.88 | 6.97 |
| 0.005 | 0.0005 | 6.97 | 7.19 | 7.32 | 7.41 |
| 0.005 | 0.0001 | 7.99 | 8.21 | 8.34 | 8.43 |
| 0.001 | 0.0100 | 5.57 | 5.79 | 5.92 | 6.01 |
| 0.001 | 0.0050 | 6.01 | 6.23 | 6.36 | 6.45 |
| 0.001 | 0.0010 | 7.04 | 7.26 | 7.39 | 7.48 |
| 0.001 | 0.0005 | 7.48 | 7.70 | 7.83 | 7.92 |
| 0.001 | 0.0001 | 8.50 | 8.72 | 8.85 | 8.94 |

we observe that improvements in efficiency of approximately two- or threefold are possible for moderate values of $M$ (20-50) by using a multistage design and gains of up to about eightfold are possible for large values of $M$ and small values of $\Delta f$. Although these gains are not as striking as those for FIR designs (which can be orders of magnitude), they do represent modest improvements. Another conclusion that can be drawn from these curves is that little, if any, improvement in efficiency can be gained by using a three-stage IIR design over a two-stage IIR design, and therefore two stages, at most, are sufficient for most purposes.

The curves in Figs. 5.21(c) to 5.24(c) represent $B_i$ values for the optimized designs. By noting from Eq. (5.59) that $N_i = AB_i$, it is clear that the $B_i$ values represent the normalized (e.g., $N_i/A$) filter orders. We can observe from these curves that the order of the final stage of a two- or three-stage design is essentially equal to that of a one-stage design. This occurs because the orders of the IIR

APL-MAS_02481640

Exhibit BB
Page 56



**Figure 5.21**  Design curves for multistage IIR decimators (or interpolators) with minimized values of $\overline{S}$ and ideal values of $M_i$, $i = 1, 2, ..., I$ and $\Delta f = 0.2$.

filters are determined by the ratio $F_p/F_s$.  As the sampling frequency is reduced it is clear that the transition ratio $t_I$ [see Eq. 5.63(a)] of the final stage $I$ remains essentially unchanged (except for a slight warping due to the bilinear transformation), and therefore $N_I$ and $B_I$ remain essentially unchanged as $I$ is increased.  The filter orders for the earlier stages of a multistage design are of course lower, as seen in Figs. 5.21(c) to 5.24(c).

It can also be seen that the sum of the filter orders for a multistage design (i.e., the total required storage), will always be greater than that of a one-stage

APL-MAS_02481641

Exhibit BB
Page 57



**Figure 5.22** Design curves for IIR multistage decimators or interpolators for $\Delta f = 0.1$.

design. Therefore, a multistage IIR decimator or interpolator is always less efficient, in terms of storage, than a single-stage IIR design. Thus, unlike the FIR design, where both computation and storage could be reduced, the multistage IIR design represents a trade-off between computation and storage.

**Design Example 5**

To illustrate the use of the IIR design tables and curves, we will choose a decimator with the specifications $M = 100$, $F_0 = 100$ Hz, $F_I = 1$ Hz, $F_p = 0.475$ Hz,

APL-MAS_02481642

Exhibit BB
Page 58

Case 8:20-cv-00048-JVS-JDE   Document 1130-32   Filed 01/12/23   Page 60 of 68   Page ID #:95729



**Figure 5.23** Design curves for IIR multistage decimators or interpolators for $\Delta f = 0.05$.

$F_s = 0.5$ Hz, $\delta_p = 0.001$, and $\delta_s = 0.0001$, giving $\Delta f = (0.5 - 0.475)/0.5 = 0.05$. For a one-stage IIR design it can be seen from Table 5.3 that $A = 8.50$ and from Fig. 5.23(c) that $B_1 = 1.61$. Therefore, the theoretical filter order is 13.7 [from Eq. (5.59)] and an actual value of 14 must be used. For a cascade implementation this will require a multiplication rate of $(1 + 14 \times 3/2)F_0$, or 2200 MPS.

For a two-stage IIR design it is seen from Fig. 5.23(b) that the optimum (theoretical) decimation ratios are $M_1 = 14.5$ and $M_2 = 6.9$. From Table 5.3 and Fig. 5.23(c) we find that $A = 8.72$, $B_1 = 0.39$, and $B_2 = 1.6$, giving theoretical filter orders of $N_1 \simeq 3.4$ and $N_2 \simeq 13.9$. One practical choice of decimation ratios is $M_1 = 20$ and

APL-MAS_02481643

Exhibit BB
Page 59



**Figure 5.24** Design curves for IIR multistage decimators or interpolators for $\Delta f = 0.02$.

$M_2 = 5$. This leads to theoretical filter orders of $N_1 = 3.8$ and $N_2 = 13.8$ (these values cannot be obtained from Fig. 5.23(c); see instead the tables in [5.12]). Actual filter orders for this design are, therefore, 4 and 14 for $N_1$ and $N_2$, respectively.

Another practical choice of decimation ratios might be $M_1 = 10$ and $M_2 = 10$. This results in theoretical filter orders of $N_1 = 3.1$ and $N_2 = 13.97$ and actual values of 4 and 14, respectively. With careful design, a third-order filter might be substituted for $N_1$, however.

The results for these three IIR designs together with corresponding FIR designs for

APL-MAS_02481644

Exhibit BB
Page 60

**TABLE 5.4**  COMPARISONS FOR AN $M = 100$ DECIMATOR

| | One-Stage IIR | Two-Stage IIR | Two-Stage IIR | Two-Stage FIR | Three-Stage FIR |
|---|---|---|---|---|---|
| Decimation Ratios | $M_1 = 100$ | $M_1 = 20$ $M_2 = 5$ | $M_1 = 10$ $M_2 = 10$ | $M_1 = 50$ $M_2 = 2$ | $M_1 = 10$ $M_2 = 5$ $M_3 = 2$ |
| Filter Lengths (taps) | $N_1 = 14$ | $N_1 = 4$ $N_2 = 14$ | $N_1 = 4$ $N_2 = 14$ | $N_1 = 423$ $N_2 = 347$ | $N_1 = 38$ $N_2 = 38$ $N_3 = 356$ |
| Computation (MPS) | 2200 | 810 | 920 | 598 | 406 |
| Computational Savings over One-Stage IIR Design | 1.0 | 2.7 | 2.4 | 3.7 | 5.4 |
| Storage | 14 | 18 | 18 | 798 | 436 |

the $M = 100$ decimation are given in Table 5.4. As seen in this table, a good choice for the IIR design might be the two-stage approach with $M_1 = 20$ and $M_2 = 5$. This results in a savings in computation of 2.7 over that of a one-stage design. It is achieved at the cost of four extra storage locations and the added complexity of a two-stage design.

In order to compare the IIR designs to FIR designs, a two-stage and a three-stage FIR decimator design are also included in Table 5.4. The design of the two-stage FIR decimator was taken from [5.13] and the three-stage design is taken from [5.5]. From this comparison we can observe that the FIR designs are more efficient in terms of computation than the IIR designs; however, they require considerably more storage for both data and coefficients.

Greater efficiency can be expected in multistage IIR decimator and interplator designs when the more efficient IIR filter designs in Section 4.4.4 are used. An example in Ref. 5.14, for an $M = 20$ decimator, shows that this type of multistage IIR design is slightly more efficient than a comparable FIR design, but that it requires more coefficient and data storage than an IIR design based on conventional IIR filters as discussed above. A difficulty with this approach is that no simple analytic expression for the filter order exists for these more efficient IIR filter designs. Therefore it is difficult to establish a systematic design procedure for multistage designs incorporating these filters.

## 5.7  CONSIDERATIONS IN THE IMPLEMENTATION OF MULTISTAGE DECIMATORS AND INTERPOLATORS

In the preceding sections we have presented three methods for implementing multistage FIR digital systems for decimation or interpolation and one approach

Case 8:20-cv-00048-JVS-JDE   Document 1130-32   Filed 01/12/23   Page 63 of 68   Page ID #:95732

using IIR filters. As in most real-world situations, there is no simple answer to the question as to when to use each of these structures. In the design examples of these sections, we have shown that each structure has special properties that can be exploited to minimize computation, storage, and cost. For example, the half-band structure is especially suitable for sampling rate changes of powers of 2, and in a pipeline architecture where the repetitive stages with decimation factors of 2 are easily realized. The structure based on the optimization procedure in Section 5.3 is especially suitable for sampling rate changes involving any product of factors, and for architectures that favor a small number of stages (e.g., software or array processor implementations). The design based on a specific family of comb and half-band filters is most suitable for designs with large ripple specifications, and for architectures where the cost of multiplication greatly exceeds the cost of shifting or adding. Finally, the IIR designs are useful where coefficient and storage requirements must be kept at a minimum and where a nonlinear phase response is acceptable.

In addition to these fairly straightforward differences between the different multistage structures, several other factors must be considered for implementing any of the proposed structures. One important factor is the cost of control of a hardware or software implementation of the structure. For many practical systems the cost (computation) of setting up the control structure of a multistage, multirate digital system may exceed the cost (computation) of the process being simulated. To illustrate some of the considerations, a simple software implementation of a three-stage FIR decimator and a three-stage FIR interpolator is described next [5.15].

We recall from Chapter 2 that the basic computation for implementing a sampling rate conversion by a factor of $M/L$ is

$$y(m) = \sum_{n=-\infty}^{\infty} g_m(n) x \left[ \lfloor \frac{mM}{L} \rfloor - n \right] \tag{5.66}$$

where

$$g_m(n) = h(nL + mM \oplus L), \text{ all } m \text{ and all } n \tag{5.67}$$

and where $\lfloor u \rfloor$ denotes the largest integer less than or equal to $u$. Thus for each stage, if the impulse response coefficients of the FIR filter, $h(n)$, are stored as the scrambled coefficient sets $g_m(n)$ of Eq. (5.67), we get $y(m)$ as a convolution of $x$ and $g_m$ (see Section 3.3.4).

If we now consider an implementation of a three-stage decimator with decimation ratios of $M_1, M_2, M_3$ and with $M = M_1 M_2 M_3$, we get a block diagram of the type shown in Fig. 5.25(a), with control structure of the type shown in Fig. 5.25(b). The decimator has three data buffers, labeled S1, S2, and S3 in Fig. 5.25(a). These buffers are used for storage of internal data for each stage. The size of the $i$th buffer, $N_i'$, is given as

APL-MAS_02481646

$$N_i' = M_i \lceil \frac{N_i}{M_i} \rceil \geqslant N_i, \ \ i = 1, 2, 3 \qquad (5.68)$$

where $\lceil u \rceil$ denotes the smallest integer greater than or equal to $u$, and $N_i$ is the length of the FIR filter for stage $i$. Each data buffer is partitioned into blocks of size $M_i$. A total of

$$Q_i = \lceil \frac{N_i}{M_i} \rceil \qquad (5.69)$$

blocks are used at stage $i$. Three additional buffers hold the filter coefficients of each stage.[4]

    The operation of the three-stage decimator structure is illustrated in the control structure of Fig. 5.25(b). Initially, $M_1$ samples of the input signal are transferred from the main input data buffer to S1 (i.e., S1 is updated by $M_1$ new samples). One output sample is then computed via Eq. (5.66), and stored in data buffer S2. This process is repeated $M_2$ times until data buffer S2 has $M_2$ samples, at which point one output is computed for stage 2 of the decimator, and stored in S3. This process repeats $M_3$ times until $M_3$ samples are stored in S3, at which point one output sample is computed for stage 3 of the decimator, which is the final output of the three-stage structure. At this point the decimator cycle is completed; $M = M_1 M_2 M_3$ samples have been read from the main input buffer, and one output sample has been computed. The process can now be repeated on each consecutive input block of $M$ samples until all processing is completed.

    Figure 5.26 shows a similar data flow structure and control structure for a three-stage 1-to-$L$ interpolator where

$$L = L_1 L_2 L_3 \qquad (5.70a)$$

$$Q_i = \lceil \frac{N_i}{L_i} \rceil, \ \ i = 1,2,3 \qquad (5.70b)$$

The interpolator has five data buffers associated with it, three (S1, S2, S3) of lengths $Q_1$, $Q_2$, and $Q_3$ samples, respectively, and two (T2, T3) of lengths $L_2$ and $L_3$ samples, respectively. In addition, each stage $i$ has a buffer for $N_2'$ "scrambled" coefficients which are partitioned into $L_i$ blocks of $Q_i$ each (see Section 3.3.4), where

$$N_i' = Q_i L_i, \ \ i = 1, 2, 3 \qquad (5.70c)$$

    In operation, one input sample of the signal $x(n)$ is stored in S3 and $L_3$

---

[4] Clearly, storage and computation reductions can be obtained based on symmetries in filter impulse responses. We neglect such effects here.

APL-MAS_02481647



**Figure 5.25**  (a) Data flow structure; and (b) control structure for a three-stage FIR decimator.

output samples are computed from stage 3 of the interpolator and temporarily stored in T3. One sample from T3 is then stored in S2 and $L_2$ output samples are computed from stage 2 and stored in T2. S1 is then updated by one sample from T2 and $L_1$ outputs are computed and stored in the main output buffer. This is repeated until all $L_2$ samples in T2 are removed. T2 is then refilled by updating S2 with one sample from T3 and computing $L_2$ more samples. Upon completion of the interpolator cycle one input was transferred into the interpolator and $L$ output samples are computed and stored in the main output data buffer. The process can then be repeated for the next input sample.

The purpose of the examples above is to illustrate the complexity of the control structure, even for a three-stage structure, and the interaction between the signal processing computation and the data flow within the system. The processes are described as serial processes and represent a straightforward approach for a software implementation. If high-speed and/or special-purpose hardware is used, the structures in Figs. 5.25 and 5.26 are also particularly attractive as they lend

APL-MAS_02481648

Exhibit BB
Page 64



**Figure 5.26** (a) Data flow structure and (b) control structure for a three-stage FIR interpolator.

themselves easily (with slight modification) to various degrees of parallel processing and pipelining. For example, in the interpolation stages all $L_i$ outputs of a stage $i$ can be computed in parallel [5.16]. Similar degrees of parallelism are possible in the implementation of the decimator stages. Pipelining is also an attractive possibility with these structures since they are essentially completely feedforward structures [5.17]. Each stage can be separately implemented in hardware. In this case it may be more attractive to choose the designs such that the amount of computation is equally divided among the stages rather than minimizing the total computation or total storage.

In Section 7.7.3 we will see another example of a multistage decimator and interpolator structure based on the use of polyphase filter structures in each stage. It will be shown that this is a particularly effective approach to the realization of a digital filter bank in which the computation for the different filter bank channels is

APL-MAS_02481649

Exhibit BB
Page 65

shared in the various stages of the multistage structure and distributed in time for effective control of the real-time processing.

## 5.8 SUMMARY

In this chapter we have shown how a significant reduction in computation can be achieved by realizing a decimator (or interpolator) with a large decimation (interpolation) ratio in stages. The larger the overall decimation or interpolation ratio, the higher the savings that can be achieved (over that of a single-stage design). Depending on the detailed specifications of the system, several different structures can be utilized to achieve the sampling rate reduction. It was also shown that, under some conditions, reductions in computation and/or storage could be achieved by using multiple stopband filters or comb filters (instead of conventional lowpass designs), and IIR filters instead of FIR linear phase designs.

Although we have concentrated primarily on multistage implementations of decimators, it should be clear that all the results of this chapter apply equally to multistage interpolators (because of duality and transposition), and to multistage realizations of networks making small rational changes in sampling rate (i.e., $L/M$ conversion) with large values of either $L$ or $M$.

## REFERENCES

5.1 M. G. Bellanger, J. L. Daguet, and G. P. Lepagnol, "Interpolation, Extrapolation, and Reduction of Computation Speed in Filters," *IEEE Trans. Acoust. Speech Signal Process.*, Vol. ASSP-22, No. 4, pp. 231-235, August 1974.

5.2 G. A. Nelson, L. L. Pfeifer, and R. C. Wood, "High-Speed Octave Band Digital Filtering," *IEEE Trans. Audio Electroacoust.*, Vol. AU-20, No. 1, pp. 58-65, March 1972.

5.3 R. R. Shively, "On Multistage FIR Filters with Decimation," *IEEE Trans. Acoust. Speech Signal Process.*, Vol. ASSP-23, No. 4, pp. 353-357, August 1975.

5.4 R. E. Crochiere and L. R. Rabiner, "Optimum FIR Digital Filter Implementations for Decimation, Interpolation, and Narrow-Band Filtering," *IEEE Trans. Acoust. Speech Signal Process.*, Vol. ASSP-23, No. 5, pp. 444-456, October 1975.

5.5 R. E. Crochiere and L. R. Rabiner, "Further Considerations in the Design of Decimators and Interpolators," *IEEE Trans. Acoust. Speech Signal Process.*, Vol. ASSP-24, No. 4, pp. 296-311, August 1976.

5.6   R. Hooke and T. A. Jeeves, "Direct Search Solution of Numerical and Statistical Problems," *J. Assoc. Comput. Mach.*, Vol. 8, No. 4, pp. 212-229, April 1961.

5.7   J. L. Kuester and J. H. Mize, *Optimization Techniques with Fortran.* New York: McGraw-Hill, 1973.

5.8   M. G. Bellanger, "Computation Rate and Storage Estimation in Multirate Digital Filtering with Halfband Filters," *IEEE Trans. Acoust. Speech Signal Process.*, Vol. ASSP-25, No. 4, pp. 344-346, August 1977.

5.9   D. W. Rorabacher, "Efficient FIR Filter Design for Sample-Rate Reduction and Interpolation," *Proc. IEEE Int. Symp. Circuits Syst.*, pp. 396-399, April 1975.

5.10   D. J. Goodman and M. J. Carey, "Nine Digital Filters for Decimation and Interpolation," *IEEE Trans Acoust. Speech Signal Process.*, Vol. ASSP-25, No. 2, pp. 121-126, April 1977.

5.11   E. B. Hogenauer, "An Economical Class of Digital Filters for Decimation and Interpolation," *IEEE Trans. Acoust. Speech Signal Process.*, Vol. ASSP-29, No. 2, pp. 155-162, April 1981.

5.12   L. R. Rabiner, J. F. Kaiser, O. Herrmann, and M. T. Dolan, "Some Comparisons between FIR and IIR Digital Filters," *Bell Syst. Tech. J.*, Vol. 53, No. 2, pp. 305-331, February 1974.

5.13   L. R. Rabiner and R. E. Crochiere, "A Novel Implementation for Narrow-Band FIR Digital Filters," *Trans. Acoust. Speech Signal Process.*, Vol. ASSP-23, No. 5, pp. 457-464, October 1975.

5.14   H. G. Martinez and T. W. Parks, "A Class of Infinite-Duration Impulse Response Digital Filters for Sampling Rate Reduction," *IEEE Trans. Acoust. Speech Signal Process.*, Vol. ASSP-27, No. 2, pp. 154-162, April 1979.

5.15   R. E. Crochiere and L. R. Rabiner, "A Program for Multistage Decimation, Interpolation, and Narrow-Band Filtering," in *Programs for Digital Signal Processing.* New York: IEEE Press, 1979, pp. 8.3-1 to 8.3-14.

5.16   H. Urkowitz, "Parallel Realization of Digital Interpolation Filters for Increasing the Sampling Rate," *IEEE Trans. Circuits Syst.*, Vol. CAS-22, pp. 146-154, February 1975.

5.17   R. E. Crochiere and A. V. Oppenheim, "Analysis of Linear Digital Networks," *Proc. IEEE*, Vol. 63, No. 4, pp. 581-595, April 1975.

APL-MAS_02481651