# EXHIBIT DD

US005919134A

# United States Patent [19]

**Diab**

[11] Patent Number: 5,919,134

[45] Date of Patent: Jul. 6, 1999

[54] **METHOD AND APPARATUS FOR DEMODULATING SIGNALS IN A PULSE OXIMETRY SYSTEM**

[75] Inventor: **Mohamed K. Diab**, Mission Viejo, Calif.

[73] Assignee: **Masimo Corp.**, Irvine, Calif.

[21] Appl. No.: **09/005,898**

[22] Filed: **Jan. 12, 1998**

**Related U.S. Application Data**

[60] Provisional application No. 60/043,620, Apr. 14, 1997.

[51] **Int. Cl.**[6] ............................................... **A61B 5/00**
[52] **U.S. Cl.** .................................... **600/323**; 600/336
[58] **Field of Search** .................................. 600/310, 322, 600/323, 330, 336; 356/39, 41, 323; 250/339.01, 339.06

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| Re. 35,122 | 12/1995 | Corenman et al. . |
| 3,638,640 | 2/1972 | Shaw . |
| 3,704,706 | 12/1972 | Herczfeld et al. . |
| 4,407,290 | 10/1983 | Wilber . |
| 4,773,422 | 9/1988 | Isaacson et al. . |
| 4,824,242 | 4/1989 | Frick et al. . |
| 4,848,901 | 7/1989 | Hood, Jr. . |
| 4,863,265 | 9/1989 | Flower et al. . |
| 4,867,571 | 9/1989 | Frick et al. . |
| 4,948,248 | 8/1990 | Lehman . |
| 5,349,952 | 9/1994 | McCarthy et al. ..................... 600/310 |
| 5,555,882 | 9/1996 | Richardson et al. .................... 600/336 |

FOREIGN PATENT DOCUMENTS

WO 94/09698   5/1994   WIPO .

Primary Examiner—Cary O'Connor
Assistant Examiner—Eric F. Winakur
Attorney, Agent, or Firm—Knobbe, Martens, Olson and Bear, LLP

[57] **ABSTRACT**

A method and an apparatus measure blood oxygenation in a subject. A first signal source applies a first input signal during a first time interval. A second signal source applies a second input signal during a second time interval. A detector detects a first parametric signal responsive to the first input signal passing through a portion of the subject having blood therein. The detector also detects a second parametric signal responsive to the second input signal passing through the portion of the subject. The detector generates a detector output signal responsive to the first and second parametric signals. A signal processor receives the detector output signal and demodulates the detector output signal by applying a first demodulation signal to a signal responsive to the detector output signal to generate a first output signal responsive to the first parametric signal. The signal processor applies a second demodulation signal to the signal responsive to the detector output signal to generate a second output signal responsive to the second parametric signal. The first demodulation signal and the second demodulation signal both include at least a first component having a first frequency and a first amplitude and a second component having a second frequency and a second amplitude. The second frequency is a harmonic of the first frequency. The second amplitude is related to the first amplitude to minimize crosstalk from the first parametric signal to the second output signal and to minimize crosstalk from the second parametric signal to the first output signal.

**13 Claims, 13 Drawing Sheets**



APL-MAS_01990197

Exhibit DD
Page 1



*FIG. 1*

APL-MAS_01990198

Exhibit DD
Page 2



FIG.2

APL-MAS_01990199

Exhibit DD
Page 3



FIG. 3



FIG.4

APL-MAS_01990201

Exhibit DD
Page 5



*FIG.5*



*FIG.6*

APL-MAS_01990202

Exhibit DD
Page 6



*FIG.7*

APL-MAS_01990203

Exhibit DD
Page 7



*FIG.8*

APL-MAS_01990204

Exhibit DD
Page 8



FIG. 9

APL-MAS_01990205

Exhibit DD
Page 9



FIG. 10

FIG. 11



*FIG.12*

APL-MAS_01990207

Exhibit DD
Page 11



*FIG. 13*

APL-MAS_01990208

Exhibit DD
Page 12



FIG.14

APL-MAS_01990209

Exhibit DD
Page 13



*FIG. 15*

5,919,134

**1**

## METHOD AND APPARATUS FOR DEMODULATING SIGNALS IN A PULSE OXIMETRY SYSTEM

The present application claims priority from U.S. Provisional Patent Application Ser. No. 60/043,620, filed Apr. 14, 1997, titled "METHOD AND APPARATUS FOR DEMODULATING SIGNALS IN A PULSE OXIMETRY SYSTEM."

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to the field of signal processing, and, more particularly, relates to the field of processing of signals generated in a physiological monitoring system, such as, for example, in a system for measuring blood oxygen saturation using pulse oximetry.

2. Description of the Related Art

The present invention will be described herein in connection with a pulse oximetry apparatus and a method which are used to measure blood oxygen saturation in a subject, such as, for example, a human patient. The teachings of the present invention can be used in other applications wherein useable signal information is obtained in a noisy environment.

In an exemplary pulse oximetry apparatus and a corresponding method, blood oxygen saturation is determined by transmitting pulses of electromagnetic energy through a portion of a subject which has blood flowing therein (e.g., through a finger, through an ear lobe, or other portion of the body where blood flows close to the skin). In the examples described herein, the pulses of electromagnetic energy comprise periodic pulses of red light having wavelengths of approximately 660 nanometers, for example, and periodic pulses of infrared light having wavelengths of approximately 905 nanometers. As described, for example, in U.S. Pat. No. 5,482,036 and in U.S. Pat. No. 5,490,505, the pulses of red light and the pulses of infrared light are applied with the same periodicity but in an alternating and non-overlapping manner. In particular, in preferred embodiments, the red pulses are active for approximately 25% of each cycle and the infrared pulses are also active for approximately 25% of each cycle. The red pulses are separated in time from the infrared pulses such that both pulses are inactive for approximately 25% of each cycle between a red pulse and the next infrared pulse and both pulses are inactive for approximately 25% of each cycle between an infrared pulse and the next red pulse. (Although described herein below in connection with pulses having 25% duty cycles, it should be understood by persons of skill in the art that the duty cycles of the pulses can be changed in some applications.) After propagating through the portion of the subject, the red pulses and the infrared pulses are detected by a detector which is responsive to light at both wavelengths and which generates an electrical signal which has a predictable relationship to the intensity of the electromagnetic energy incident on the detector. The electrical signal is processed in accordance with the present invention to provide a representation of the blood oxygen saturation of the subject.

In conventional time division multiplexing (TDM) demodulation that uses rectangular waves to drive the red and infrared LEDs, the conventional process of demodulation using square waves results in the aliasing of the ambient noise components that come close to the sidebands of harmonics and the fundamental frequency of the rectangular

**2**

waves, and the noise components are thus collapsed into the output signal generated by the demodulation. In particular, it is very difficult to avoid including harmonics of the line frequency in the demodulated output signal.

### SUMMARY OF THE INVENTION

The present invention avoids the problems associated with conventional demodulation and separation of TDM signals. In particular, the present invention avoids the problem of aliasing of the ambient noise into the passband of the system by selectively demodulating certain harmonics of the TDM signal. For example, in the preferred embodiment, only two harmonics (e.g., the fundamental and the first harmonic) are demodulated. The present invention specifically addresses solutions to problems caused by crosstalk resulting from filtering and also resulting from demodulating with only certain harmonics instead of demodulating with all harmonics as was done using conventional square wave demodulation. In the digital implementation of the present invention, the output of the photodetector is initially sampled at a very high frequency (e.g., 46,875 Hz), and the signals are filtered and decimated such that the final output signals are generated at a relatively low sampling rate (e.g., 62.5 Hz) which provides increased resolution at the output. Thus, bandwidth is traded for resolution in the output signal, thus increasing the signal to noise ratio.

One aspect of the present invention is an apparatus for measuring blood oxygenation in a subject. The apparatus comprises a first signal source which applies a first input signal during a first time interval. A second signal source applies a second input signal during a second time interval. A detector detects a first parametric signal responsive to the first input signal passing through a portion of the subject having blood therein. The detector also detects a second parametric signal responsive to the second input signal passing through the portion of the subject. The detector generates a detector output signal responsive to the first and second parametric signals. A signal processor receives the detector output signal. The signal processor demodulates the detector output signal by applying a first demodulation signal to a signal responsive to the detector output signal to generate a first output signal responsive to the first parametric signal and by applying a second demodulation signal to the signal responsive to the detector output signal to generate a second output signal responsive to the second parametric signal. Each of the first demodulation signal and the second demodulation signal comprises at least a first component having a first frequency and a first amplitude and a second component having a second frequency and a second amplitude. The second frequency is a harmonic of the first frequency. The second amplitude is selected to be related to the first amplitude to minimize crosstalk from the first parametric signal to the second output signal and to minimize crosstalk from the second parametric signal to the first output signal. In one embodiment, the second amplitude is determined by turning off one of the first and second signal sources and measuring the crosstalk between one of the parametric signals and the non-corresponding output signal while varying the second amplitude. A second amplitude is selected which minimizes the measured crosstalk.

Another aspect of the present invention is a method of minimizing crosstalk between two signals generated by applying a first pulse and a second pulse to measure a parameter. The first pulse and the second pulse are applied periodically at a first repetition rate defining a period. The first pulse is generated during a first interval in each period, and the second pulse is generated during a second interval in

APL-MAS_01990211

Exhibit DD
Page 15

5,919,134

**3**

each period. The second interval is spaced apart from the first interval. The first and second pulses produce first and second parametric signals responsive to the parameter. The first and second parametric signals are received by a single detector which outputs a composite signal responsive to the first and second parametric signals. The method comprises the step of applying a first demodulation signal to the composite signal to generate a first demodulated output signal wherein the first demodulation signal comprises at least a first component having a first frequency corresponding to the first repetition rate. The first component has a first amplitude. The first demodulation signal further comprises a second component having a second frequency which is a harmonic of the first frequency. The second component has a second amplitude which has a selected proportional relationship to the first amplitude. The method further includes the step of applying a second demodulation signal to the composite signal to generate a second demodulated output signal. The second demodulation signal comprises the first component at the first frequency and the first amplitude and further comprises the second component at the second frequency and the second amplitude. At least one of the first and second components of the second demodulation signal has a selected phase difference with respect to the corresponding one of the first and second components of the first demodulation signal. The method further includes the steps of lowpass filtering the first demodulated output signal to generate a first recovered output signal responsive to the first parametric signal; and lowpass filtering the second demodulated output signal to generate a second recovered output signal responsive to the second parametric signal.

Preferably, the selected phase difference is $\pi$. Also preferably, the first pulse and the second pulse are generally rectangular pulses having a respective duty cycle. The rectangular pulses comprise a plurality of sinusoidal components including a fundamental component corresponding to the first frequency and a first harmonic component corresponding to the second frequency. The fundamental component has a fundamental component amplitude and the first harmonic component has a first harmonic component amplitude. The first harmonic component amplitude is related to the harmonic component amplitude by a first proportionality value. The second amplitude of the second component of the first demodulation signal is related to the first amplitude of the first component of the first demodulation signal by a second proportionality value which is approximately the inverse of the first proportionality value.

The method in accordance with this aspect of the invention preferably includes the further steps of sampling the composite signal when neither the first pulse nor the second pulse is active to obtain a sampled signal; and measuring the sampled signal to determine a noise level of the parametric signals.

In a further embodiment according to this aspect of the present invention, the method further includes the steps of performing a transform on the composite signal to generate a spectra of the composite signal; sampling the spectra at a plurality of frequencies other than at predetermined ranges of frequencies around the first frequency and around harmonics of the first frequency; determining an average of the magnitudes of the sampled plurality of frequencies; and comparing the average to a selected threshold to determine whether the average magnitude exceeds the selected threshold.

Another aspect of the present invention is a method of demodulating a composite signal generated by applying first and second periodic pulses of electromagnetic energy to a

**4**

system having a parameter to be measured and by receiving signals responsive to the electromagnetic energy after having passed through the system and being affected by the parameter being measured. The signals are received as a composite signal having components responsive to the first and second pulses. The method comprises the step of applying a first demodulation signal to the composite signal to generate a first demodulated signal. The first demodulation signal comprises a first component having a first frequency corresponding to a repetition frequency of the first and second pulses and comprises a second component having a frequency which is a harmonic of the first frequency. The first component has a first amplitude and the second component has a second amplitude. The second amplitude has a predetermined relationship to the first amplitude. The predetermined relationship is selected to cause the first demodulated signal to have low frequency components responsive only to the first pulse. The method includes the further step of lowpass filtering the first demodulated signal to generate a first output signal. The first output signal varies in response to an effect of the parameter on the electromagnetic energy received from the first pulse.

Preferably, the method in accordance with this aspect of the invention includes the further step of applying a second demodulation signal to the composite signal to generate a second demodulated signal. The second demodulation signal has first and second components corresponding to the first and second components of the first demodulation signal. At least one of the first and second components of the second demodulation signal has a selected phase relationship with the corresponding one of the first and second components of the first demodulation signal. The method includes the further step of lowpass filtering the second demodulated signal to generate a second output signal. The second output signal varies in response to an effect of the parameter on the electromagnetic energy received from the second pulse.

Another aspect of the present invention is a pulse oximetry system which comprises a modulation signal generator. The modulation signal generator generates a first modulation signal which comprises a first pulse which repeats at a first repetition frequency. The first pulse has a duty cycle of less than 50%. The modulation signal generator generates a second modulation signal comprising a second pulse which also repeats at the first repetition frequency. The second pulse has a duty cycle of less than 50%. The second pulse occurs at non-overlapping times with respect to the first pulse. Each of the first and second pulses comprises a plurality of components wherein a first component has a frequency corresponding to the repetition frequency and wherein a second component has a second frequency corresponding to twice the first frequency. The second component has an amplitude which has a first predetermined relationship to an amplitude of the first component. A first transmitter emits electromagnetic energy at a first wavelength in response to the first pulse; and a second transmitter emits electromagnetic energy at a second wavelength in response to the second pulse. A detector receives electromagnetic energy at the first and second wavelengths after passing through a portion of a subject and generates a detector output signal responsive to the received electromagnetic energy. The detector output signal includes a signal component responsive to attenuation of the electromagnetic energy at the first wavelength and a signal component responsive to attenuation of the electromagnetic energy at the second wavelength. A first demodulator multiplies the detector signal by a first demodulation signal and generates a first demodulated output signal. The first

APL-MAS_01990212

Exhibit DD
Page 16

5,919,134

5

demodulation signal comprises a first component having the first frequency and having a first amplitude. The first demodulation signal also comprises a second component having the second frequency and having a second amplitude. The second amplitude has a second predetermined relationship to the first amplitude. The second predetermined relationship is approximately inversely proportional to the first predetermined relationship. A second demodulator multiplies the detector signal by a second demodulation signal and generates a second demodulated output signal. The second demodulation signal comprises a first component having the first frequency and having the first amplitude. The second demodulation signal further comprises a second component having the second frequency and having the second amplitude. At least one component of the second demodulation signal has a selected phase relationship with a corresponding one component of the first demodulation signal. Preferably, the selected phase relationship is a $\pi$ phase difference.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be described below in connection with the accompanying drawing figures in which:

FIG. 1 illustrates an exemplary block diagram of a representation of a signal processing system in accordance with the present invention used to determine blood oxygen saturation in a subject;

FIG. 2 illustrates exemplary waveforms of the current through the LEDs in FIG. 1 and the resulting intensities of the red light and the infrared light generated by the LEDs;

FIG. 3 illustrates a block diagram of the overall processing system in accordance with the present invention;

FIG. 4 illustrates a frequency spectra of the first modulation signal $M_1(t)$ for n=0, 1, 2, . . . , where the horizontal axis represents frequency and the vertical axis represents the energy in the DC and harmonic components of the signal;

FIG. 5 illustrates an exemplary spectrum of the first and second harmonics of the present invention when the fundamental frequency is selected to be 316.7 Hz in comparison to the fundamental and harmonics of conventional 60 Hz power;

FIG. 6 illustrates the effect of the value of B on the measured signal output $\hat{S}_\lambda(t)$ responsive to the red modulation pulses as the value of B is varied while the infrared modulation pulses are off;

FIG. 7 illustrates a preferred embodiment of the present invention implemented in a digital processing system;

FIG. 8 illustrates a detailed block diagram of the demodulation portion of the present invention;

FIG. 9 illustrates a detailed block diagram of the modulation portion of the present invention,

FIG. 10 illustrates the red drive waveform and the infrared drive waveform generated by the modulation portion of FIG. 9;

FIG. 11 illustrates the demodulation waveforms generated by the demodulation portion of FIG. 8;

FIG. 12 illustrates a method of time domain sampling the digital detection signal during the times when both the red pulses and the infrared pulses are off to obtain information regarding the level of ambient noise;

FIG. 13 illustrates a block diagram of a system which performs the time domain sampling of FIG. 12;

FIG. 14 illustrates a method of frequency domain sampling to determine the noise floor at frequencies other than the signal frequencies; and

6

FIG. 15 illustrates a block diagram of a system which performs the frequency domain sampling of FIG. 14.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 illustrates an exemplary block diagram of a representation of a signal processing system 100 in accordance with the present invention used to determine blood oxygen saturation in a subject, such as, for example, a human subject. In the example presented, the measurements are performed on a portion of the subject, such as a finger 102 illustrated in FIG. 1. An LED modulation circuit 104 drives a pair of back-to-back light emitting diodes (LEDs) 106, 108 by applying a periodic signal to the two light emitting diodes 106, 108. The LED 106 is selected to emit electromagnetic energy in the red visible light range, and has a wavelength of, for example, approximately 660 nanometers. The LED 108 is selected to emit electromagnetic energy in the infrared range, and has a wavelength of, for example, approximately 905 nanometers. The LED modulation circuit 104 supplies current in alternating directions so that the two LEDs 106, 108 are activated one at a time. In particular, as illustrated by a current waveform 120 in FIG. 2, current is first applied in a forward direction with respect to the red LED 106 during a first time interval 122 having a duration $\tau$. Thereafter, no current is applied to either LED during a second time interval 124 having a like duration $\tau$. Then, current is applied in a forward direction with respect to the infrared LED 108 during a third time interval 126, also having a duration $\tau$. Then, no current is applied to either LED during a fourth time interval 128 having a like duration $\tau$. Thereafter, the current is again applied in the forward direction for the red LED 106 during a fifth time interval 130 which corresponds to the first time interval 122. It can be seen that the overall cycle repeats with a period of duration T equal to $4\times\tau$. The red LED 106 emits light only when the current is applied in the forward direction with respect to the red LED 106. Thus, as illustrated by a red intensity waveform 132, the red LED 106 emits light as a pulse 134 during the first time interval 122 and as a pulse 136 during the fifth time interval 130, and so on. The red pulses repeat with a periodicity equal to T. Similarly, the infrared LED 108 emits infrared light only when the current is applied in the forward direction with respect to the infrared LED 108. Thus, as illustrated by an infrared intensity waveform 140, the infrared LED 108 emits infrared light as a pulse 142 during the third interval 126. A next infrared pulse 144 occurs at an interval T after the infrared pulse 142. Thus, the infrared pulses also repeat with a periodicity equal to T. It can be seen that the red pulses and the infrared pulses each have a duty cycle of 25%, and the red pulses and the infrared pulses are separated by intervals of one-fourth of each period T (i.e., the beginning of one pulse occurs an interval $\tau$ after the end of the previous pulse).

As further illustrated in FIG. 1, the electromagnetic energy pulses from the red LED 106 and the infrared LED 108 are applied to the finger 102. A detector 150 is positioned to receive the electromagnetic energy after the energy has passed through a portion of the finger 102. The detector 150 is selected to be responsive to both the red light and the infrared light and to generate an output signal responsive to the intensity of the energy received from each source. An exemplary current output signal from the detector 150 is represented by a waveform 152 in FIG. 2. As illustrated, the detector signal waveform 150 comprises a first pulse 154 responsive to the first red pulse 134, a second pulse 156 responsive to the infrared pulse 142 and a third pulse 158

APL-MAS_01990213

Exhibit DD
Page 17

5,919,134

7                                                                                    8

responsive to the second red pulse **136**. During the time between the first pulse **154** and the second pulse **156**, the detector signal waveform **150** comprises noise **160**, and during the time between the second pulse **156** and the second pulse **158**, the detector signal waveform **150** comprises noise **162**. The signal pulses **154**, **156** and **158** also include noise superimposed thereon. Although shown as repeating noise, it should be understood that the noise varies with time. For example, noise caused by ambient light will vary with a periodicity corresponding to the 50 Hz or 60 Hz power frequency and their harmonics, particularly when the ambient light is provided by fluorescent lights which generate significant noise at the first harmonic (i.e., 100 Hz or 120 Hz) and the third harmonic (i.e., 200 Hz or 240 Hz).

The output of the detector **150** is applied as an input to a signal processor block **170** which processes the detector signal and generates a first signal $S_1(t)$ responsive to the detected intensity of the red light incident on the detector **150** and generates a second signal $S_2(t)$ responsive to the detected intensity of the infrared light incident on the detector **150**. As illustrated, the signal processing block **170** is synchronized with the LED modulator **104** via a set of control lines **180**. As will be discussed below, the control lines **180** advantageously communicate signals which provide timing information that determines when to activate the red LED **106** and when to activate the infrared LED **108**.

FIG. **3** is a pictorial representation of a model of an exemplary system which incorporates the present invention. The red LED **106** provides a light intensity represented as $I_{RD}$, and the infrared LED **108** provides a light intensity represented as $I_{IR}$. The effects of turning the LEDs **106**, **108** on and off on periodic bases are modeled by a first multiplier or modulator **192** which applies a first modulation signal $M_1(t)$ to the red light intensity to generate a modulated red signal ($I_{RDMOD}(t)$) and by a second multiplier or modulator **194** which applies a second modulation signal $M_2(t)$ to the infrared light intensity to generate a modulated infrared signal ($I_{IRMOD}(t)$). The modulated light red signal and the modulated infrared signal are applied to the finger **102**, or other body portion, as described above. The finger **102** has blood flowing therein and is represented in FIG. **3** as a block **102**. The blood in the finger **102** has a volume and scattering components which vary throughout each cardiac cycle. The blood carries oxygen and other materials therein. The oxygen content is a function of both the blood volume and the concentration of the oxygen in the blood volume. The concentration of the oxygen in the blood volume is generally measured as blood oxygen saturation for reasons which are described in full in the above-identified issued U.S. Pat. Nos. 5,482,036 and 5,490,505. As further described in the two referenced patents, the blood oxygen saturation is determined by comparing the relative absorption of the red light and the infrared light in the finger **102**. The comparison is complicated by the noise caused by movement, ambient light, light scattering, and other factors.

In FIG. **3**, a pair of signals $S_1(t)$ and $S_2(t)$ represent the effect of the time-varying volume and scattering components of the blood in the finger **102** on the red light and the infrared light, respectively, passing through the finger **102** from the LEDs **106**, **108** to the detector **150**. The red light signal portion $S_1(t)$ is caused by the variable at tenuation of the red light passing through the finger **102**. The infrared light signal portion $S_2(t)$ is caused by the variable attenuation of the infrared light passing through the finger **102**. To show the effect of the variable attenuations, the signal portion $S_1(t)$ is illustrated as being applied to a first attenuation modulator **191** which multiplies the signal $S_1(t)$ by the modulated red

output ($I_{RDMOD}(t)$) of the first modulator **190**. Similarly, the infrared light signal portion $S_2(t)$ is illustrated as being applied to a second attenuation modulator **193** which multiplies the signal $S_2(t)$ by the modulated infrared output ($I_{IRMOD}(t)$) of the second modulator **192**. The outputs of the first and second attenuation modulators **191**, **193** are added together at the receiving photodetector **150**, which is modeled as an adder **194** and an adder **196**, to generate a composite signal M(t) where:

$$M(t) = S_1(t)M_1(t) + S_2(t)M_2(t). \qquad (1)$$

In Equation 1, the initial intensities of the red light and the infrared light are assumed to be normalized to 1.

The signal M(t) from the adder **194** is passed to an adder **196** where the signal M(t) is added to a signal n(t) which represents a composite noise signal caused by ambient light, electromagnetic pickup, and the like, which are also detected by the photodetector **150**. The output of the adder **196** is a signal M'(t) which includes noise components as well as the signal components . The noise components include DC components and harmonics of the power line frequency which appear in the ambient light. In addition, as will be discussed in more detail below, the signal M'(t) may also include noise at higher frequencies caused, for example, by other devices such as electrocauterization equipment, or the like.

The M'(t) signal output of the third adder **196** (i.e., the output of the detector **150**) is applied to the input of the signal processing block **170**. Within the signal processing block **170**, the signal M'(t) is first passed through a fixed gain amplifier **197** and then through an analog bandpass filter **198**. The analog bandpass filter **198** has a passband selected to pass signals in the range of 20 Hz to 10,000 Hz. Thus, a significant portion of the noise below 10 Hz is removed by the analog bandpass filter **198**. The signal components responsive to the blood oxygen saturation are frequency shifted by the operation of the two modulation signals $M_1(t)$ and $M_2(t)$ and are passed by the analog bandpass filter **198**.

In the preferred embodiment, the output of the analog bandpass filter **198** is sampled by an analog-to-digital converter **199** and converted therein to digital signals. For example, the signals are preferably sampled at 46,875 samples per second. The digital signals from the analog-to-digital converter **199** are provided as inputs to an optional sampling and decimation filter **200** which is implemented as a digital filter, such as, for example, a bandpass filter. The sampling and decimation filter **200** preferably operates at a sampling rate of approximately twice the highest frequency of interest.

The output of the sampling and decimation filter **200**, if included, or the output of the analog-to-digital converter **199**, if the sampling and decimation filter **200** is not included, is a signal MF(t). (For the purposes of the following discussion, it will be assumed that the optional filter **200** is included. If the optional filter **200** is not included, references to the output of the filter **200** should be considered as referring to the output of the analog-to-digital converter **199**.) The signal MF(t) is provided as a first input to a first demodulating multiplier **210**. The signal MF(t) is also provided as a first input to a second demodulating multiplier **212**. A first demodulating signal $D_1(t)$ is provided as a second input to the first demodulating multiplier **210**, and a second demodulating signal $D_2(t)$ is provided as a second input to the second demodulating multiplier **212**. The output of the first demodulating multiplier **210** is provided as an input to a first lowpass filter **220**, and the output of the

5,919,134

9

second demodulating multiplier is provided as an input to a second lowpass filter **222**. The bandwidths of the lowpass filters **220**, **222** are preferably approximately 8 Hz.

The output of the first lowpass filter **220** is a signal $\hat{S}_1(t)$, which, as discussed below, is an estimate of the signal $S_1(t)$. The output of the second lowpass filter **222** is a signal $\hat{S}_2(t)$, which, as discussed below, is an estimate of the signal $S_2(t)$. As will be shown below, the selection of the first demodulating signal $D_1(t)$ and the second demodulating signal $D_2(t)$ in accordance with the present invention substantially reduces or eliminates the effects of noise in the two output signals $\hat{S}_1(t)$ and $\hat{S}_2(t)$ and also substantially reduces or eliminates crosstalk between the two signals.

In the preferred embodiment of the present invention, the outputs of the lowpass filter **220** and the lowpass filter **222** are decimated by respective decimators **221** and **223**. In particular, the decimators **221**, **223** decimate by 750 to a sample rate of, for example, 62.5 Hz to provide a decimated output which can be further processed in accordance with the methods and apparatuses described in the above-referenced patents. The decimations which occur in the decimators **221**, **223** reduce the rate at which the output signals $\hat{S}_1(t)$ and $\hat{S}_2(t)$ need to be processed while maintaining the sample rate well above the 0–8 Hz frequency content of the signals of interest. The outputs of the filters **220, 222**, or the decimators **221, 223**, if included, are provided on respective output lines **224** and **226**.

In order to facilitate an understanding of how the present invention operates in demodulating the output signal $MF(t)$ from the sampling and decimation filter **200** or directly from the analog-to-digital converter **199**, the modulation signals $M_1(t)$ and $M_2(t)$ will first be described in terms of their frequency components. One skilled in the art will appreciate that the modulation signals $M_1(t)$ and $M_2(t)$ can each be represented by a Fourier cosine series expansion representing the fundamental and harmonic frequencies of the rectangular signal pulses

$$\left( e.g., \sum_{n=0}^{\infty} a_n \cos\omega t, \text{ where } \omega = 2\pi/T \right).$$

One skilled in the art will understand that the Fourier series expansion includes phases; however, by suitably selecting the time origin, the phases are set to zero. A component which is 180° out of phase with a corresponding component will advantageously be represented by a minus sign before the coefficient.

FIG. **4** illustrates a frequency spectra of the first modulation signal $M_1(t)$ for $n=0, 1, 2, \ldots$, where the horizontal axis represents frequency, with the energy in the DC component along the vertical axis and increasing harmonics of the fundamental frequency along the horizontal axis. The length of each component of $M_1(t)$ along the vertical axis represents the energy $E(n)$ in each component of the frequency spectra. The first component to the right of the vertical axis is at the fundamental frequency (i.e., $1/T$), which is designated herein as $f_0$; however, it should be understood that the fundamental frequency $f_0$ corresponds to $n=1$. The second component to the right of the vertical axis is the first harmonic $f_1$ (i.e., $n=2$), which has a frequency which is twice the fundamental frequency. The third component to the right of the vertical axis is the second harmonic $f_2$ (i.e., $n=3$), which has a frequency which is three times the fundamental frequency. The components to the right of the second harmonic are numbered accordingly. (Note, other conventions identify the fundamental frequency as the first

10

harmonic, and designate the second harmonic as the frequency which is twice the fundamental frequency. The identification of the fundamental frequency as $f_0$ is used in the discussion which follows.)

In FIG. **4**, a modulation envelope **230** is shown in dashed lines. The modulation envelope **230** represents the magnitudes of the fundamental and the harmonics of the signal $M_1(t)$. The shape of the envelope is determined by the modulation signal $M_1(t)$ which, for a repeating rectangular pulse train starting at time $t=0$ and having a normalized amplitude of 1, can be expressed as:

$$M_1(t) = \frac{\tau}{T} \sum_{n=0}^{\infty} \text{sinc}\left(\frac{n\tau}{T}\right)\cos\left(\frac{2\pi n t}{T}\right) \tag{2}$$

where sinc is the function $(\sin \pi x)/\pi x$ (i.e., $\text{sinc}(n\tau/T)=\sin(n\pi\tau/T)/(n\pi\tau/T)$). In the example shown, $\tau=\frac{1}{4}T$. (Note that for sampled signals, the envelope is more accurately represented as $\sin\alpha/\sin\beta$; however, as well known in the art, for the frequencies of interest, the sinc function is a suitable approximation.) Thus, the frequency spectra has nulls at $n=4$, $n=8$, $n=12$, and so on, corresponding to the third harmonic $f_3$, the seventh harmonic $f_7$, the eleventh harmonic $f_{11}$, and so on. Note that Equation 2 is an idealized form of the equation for $M_1(t)$, and that in general,

$$M_1(t) = \sum_{n=0}^{\infty} a_n \text{sinc}\left(\frac{n\tau}{T}\right) e^{-j\omega_0 n t}.$$

where $a_n$ is a complex number. In the discussion that follows, the values of $a_n$ are assumed to be real numbers only.

A similar frequency spectra (not shown) for the modulation signal $M_2(t)$ is determined by the expression:

$$M_2(t) = \frac{\tau}{T} \sum_{n=0}^{\infty} (-1)^n \text{sinc}\left(\frac{n\tau}{T}\right)\cos\left(\frac{2\pi n t}{T}\right) \tag{3}$$

An envelope for the frequency spectra of second modulation signal $M_2(t)$ will have the same magnitudes; however, it should be understood that be cause of the $(-1)^n$ term in the expression for $M_2(t)$, the fundamental $f_0$ and every even harmonic (i.e., $f_2$, $f_4$, etc.) are 180° out of phase with the corresponding harmonic of the first modulation signal $M_1(t)$.

In FIG. **3**, the sampling and decimation filter **200** receives its input from the analog-to-digital convertor **199** which converts the signal $M'(t)$ to a sequence of sampled digital values at a sampling rate of, for example, 46,875 samples per second. The filtering and decimation operation is performed by the filter **200** in the digital domain so that a very sharp lower cutoff frequency can be obtained. Filtering in the digital domain is basically a matrix multiplication operation. Thus, the output $MF(t)$ of the sampling and decimation filter **200** can be expressed as a function $BP$ of $M_1(t)$:

$$MF(t) = BP(M'(t)A) \tag{4}$$

where $BP$ is a matrix representing the filter transfer function and where $A$ is the gain of the amplifier **197**. For simplicity in the following discussion, $A$ will be considered as having a value of 1. Because the filter function $BP$ is a matrix, the multiplication in Equation 4 is a dot product operation; however, for simplicity, the dot product notation will not be used in the following equations. Furthermore, one skilled in

5,919,134

**11**

the art will appreciate that the filter operation can be performed by convolution in the time domain.

As discussed above, the first demodulating multiplier 210 multiplies the output MF of the filter 200 by the first demodulating signal $D_1(t)$ to generate the first output signal $\hat{S}_1(t)$, and the second demodulating multiplier 212 multiplies the bandpass filter output MF(t) by the second demodulating signal $D_2(t)$ to generate the second output signal $\hat{S}_2(t)$. The multiplication by the multipliers 210, 212 can also be expressed as follows:

$$\hat{S}_1(t)=LP[MF(t)D_1(t)]=LP[BP[M'(t)]D_1(t)] \qquad (5)$$

and

$$\hat{S}_2(t)=LP[MF(t)D_2(t)]=LP[BP[M'(t)]D_2(t)] \qquad (6)$$

where LP is the transfer function of the lowpass filter 220 and of the lowpass filter 222. As set forth above, some of the noise has been filtered out by the filter 200. Thus:

$$M'=S_1(t)M_1(t)+S_2(t)M_2(t) \qquad (7)$$

Therefore:

$$\hat{S}_1(t)=LP[BP[S_1(t)M_1(t)+S_2(t)M_2(t)]D_1(t)] \qquad (8)$$

and

$$\hat{S}_1(t)=LP[[BP[S_1(t)M_1(t)]+BP[S_2(t)M_2(t)]]D_1(t)] \qquad (9)$$

Similarly:

$$\hat{S}_2(t)=LP[[BP[S_2(t)M_2(t)]+BP[S_1(t)M_1(t)]]D_2(t)] \qquad (10)$$

The first term on the righthand side of each of Equations 9 and 10 above is the desired signal portion of the equation, and the second term on the righthand side of each of the equations is the crosstalk portion. Thus, in order to reduce the crosstalk to zero, the second term of each of Equations 9 and 10 is set to zero:

$$LP[BP[S_2(t)M_2(t)]D_1(t)]=0 \qquad (11)$$

and

$$LP[BP[S_1(t)M_1(t)]D_2(t)]=0 \qquad (12)$$

By setting the second terms to zero, Equations 9 and 10 reduce to:

$$\hat{S}_1(t)=LP[BP[S_1(t)M_1(t)]D_1(t)] \qquad (13)$$

and

$$\hat{S}_2(t)=LP[BP[S_2(t)M_2(t)]D_2(t)] \qquad (14)$$

One goal of the present invention is to select the demodulating signals $D_1(t)$ and $D_2(t)$ to satisfy Equations 11 and 12 to thereby reduce Equations 9 and 10 to Equations 13 and 14. This is accomplished by utilizing Equations 2 and 3 to

**12**

simplify the two equations by selectively using components of the two modulating signals $M_1(t)$ and $M_2(t)$ to generate the demodulating signals $D_1(t)$ and $D_2(t)$.

In order to simplify the discussion, Equation 2 can be rewritten as:

$$M_1(t)=\sum_{n=1}^{\infty}E(n)\cos(n\omega t) \qquad (15)$$

where $E(n)$ is the sinc envelope for the fundamental frequency $f_0$ (n=1) and the harmonics $f_1$ (n=2), $f_2$ (n=3), and so on, and where $\cos\omega t$ represents the cosine term $\cos(2\pi n t/T)$. (Note, as discussed above, for discrete sampled signals, the actual envelope of $E(n)$ is a $\sin c/\sin\beta$ function; however, for the frequencies of interest, the sinc function is a suitable representation.)

As discussed above, the DC term (n=0) does not need to be considered because of the operation of the filter 198, the analog-to-digital converter 199 and the filter 200, as well as the action of the demodulation, which shift any unwanted DC or near DC signals to higher frequencies before lowpass filtering. As a further simplification, the magnitude of the fundamental term in Equation 15 is normalized to a value of 1 (i.e., E(1)=1). Note that the normalization results in the need for a scale factor which will be discussed below. Thus, Equation 15 becomes:

$$M_1(t)=\cos\omega t+a\cos 2\omega t+b\cos 3\omega t+c\cos 4\omega t+\ldots \qquad (16)$$

The demodulation signal $D_1(t)$ is defined as:

$$D_1(t)=\cos\omega t+B\cos 2\omega t \qquad (17)$$

For reasons set forth below, only the first two cosine terms are needed.

Similarly, the second modulating signal $M_2(t)$ becomes:

$$M_2(t)=-\cos\omega t+a\cos 2\omega t+b\cos 3\omega t+c\cos 4\omega t+ \qquad (18)$$

and the second demodulation signal $D_2(t)$ is defined as:

$$D_2(t)=-\cos\omega t+B\cos 2\omega t \qquad (19)$$

Note that the signs of the fundamental and odd harmonics in Equation 18 are 180° out of phase with the corresponding terms in Equation 16.

Note, as will be developed more fully below, by including only the fundamental ($\cos\omega t$) and the first harmonic ($\cos 2\omega t$) in each of the demodulation signals, only the signals proximate to the fundamental and first harmonic need to be considered. By eliminating higher harmonics, the effects of the higher harmonics of the power line frequency are also eliminated in the output signals generated by the present invention.

Assume that the filter 198, the analog-to-digital converter 199 and the filter 200 do not affect the magnitude of the signal MF(t) with respect to M'(t) for the frequencies having significant energy. Thus, BP(M'(t))=M'(t) for the frequencies of concern. Therefore, starting with Equation 7:

$$M'(t)=S_1(t)M_1(t)+S_2(t)M_2(t) \qquad (7)$$

APL-MAS_01990216

Exhibit DD
Page 20

5,919,134

## 13

M'(t) can be written as:

$$M'(t)=S_1(t)[\cos\omega t+a\cos2\omega t+b\cos3\omega t+\ldots]+S_2(t)[-\cos\omega t+a\cos2\omega t-b\cos3\omega t+\ldots] \quad (20)$$

When the first demodulating multiplier **210** multiplies M'(t) by $D_1(t)$, the terms on the righthand side of Equation 20 are multiplied by the terms on the righthand side of Equation 17. Thus:

$$M'(t)D_1(t)=S_1(t)[\cos\omega t+a\cos2\omega t+b\cos3\omega t+\ldots][\cos\omega t+B\cos2\omega t]+S_2(t)[-\cos\omega t+a\cos2\omega t-b\cos3\omega t+\ldots][\cos\omega t+B\cos2\omega t] \quad (21)$$

The term $S_1(t)[\cos\omega t+a\cos2\omega t+b\cos3\omega t+\ldots][\cos\omega t+B\cos2\omega t]$ is the signal term which is to be preserved, and the term $S_2(t)[-\cos\omega t+a\cos2\omega t-b\cos3\omega t+\ldots][\cos\omega t+B\cos2\omega t]$ is the crosstalk term to be eliminated.

Expanding the crosstalk term from Equation 21, generates:

$$crosstalk=S_2(t)[-\cos^2\omega t-B\cos\omega t\cos2\omega t+a\cos2\omega t\cos\omega t+aB\cos^2 2\omega t-b\cos3\omega t\cos\omega t-bB\cos3\omega t\cos2\omega t+\ldots] \quad (22)$$

Using the identity, $\cos x\cos y=\frac{1}{2}[\cos(x+y)+\cos(x-y)]$, the crosstalk term from Equation 22 becomes:

$$crosstalk = S_2(t)[-1/2(2\cos\omega t+1)+((a-B)/2)[\cos3\omega t+\cos\omega t]+ \quad (23)$$
$$(aB/2)[\cos4\omega t+1]-(b/2)[\cos4\omega t+\cos2\omega t]-$$
$$(bB/2)[\cos5\omega t+\cos\omega t+\ldots]$$

The remaining terms in Equation 23 will all have a factor of $\cos\omega t$ or higher. Thus, Equation 23, when fully expanded only includes two DC terms:

$$crosstalk_{DC}=LP[S_2(t)[(aB/2)-\frac{1}{2}]] \quad (24)$$

where $S_2(t)$ corresponds to the infrared portion of the original plethysmograph signal which has a bandwidth of interest of approximately 0 to 10 Hz. Any components present above 10 Hz will be eliminated by the action of the lowpass filter **220**. Thus, it can be seen that only the signals of interest are folded back to DC or near DC. By using the lowpass filter **220**, the DC terms and near DC terms can be isolated so that only the DC terms and near DC terms of the crosstalk are presented at the output of the lowpass filter **220**. Thus, in order to eliminate the crosstalk, the crosstalk terms in Equation 24 need to be set to zero:

$$LP[S_2(t)[aB/2-\frac{1}{2}]]=0 \quad (25)$$

Thus:

$$B=1/a \quad (26)$$

The result in Equation 26 can also be expressed using a geometric interpretation of vector projection (i.e., dot products) of $S_2(t)$ and $S_1(t)$ wherein the projection of $S_2(t)$ onto $D_1(t)$ is equal to zero and the projection of $S_1(t)$ onto $D_2(t)$ is maximized. In other words, express $S_1(t)$, $S_2(t)$, $D_1(t)$ and $D_2(t)$ as vectors in an n-dimensional sample space. For example, in a preferred embodiment, n=148, and thus $S_1(t)$, $S_2(t)$, $D_1(t)$ and $D_2(t)$ are vectors of 148 samples each. The first crosstalk term is $S_1(t)\cdot D_2(t)$. The second crosstalk

## 14

term is $S_2(t)\cdot D_1(t)$. The first signal output is $S_1(t)\cdot D_1(t)$. The second signal output is $S_2(t)\cdot D_2(t)$. Select the vectors $D_1(t)$ and $D_2(t)$ to drive the crosstalk terms to zero.

The relationship in Equation 26 also works to preserve the signal term. In particular, the signal term in Equation 21 can be expanded and lowpass filtered in the same manner as the crosstalk term to obtain:

$$signal=\hat{S}_1(t)=LP[S_1(t)[(aB/2)+\frac{1}{2}]] \quad (27)$$

Using the relationship from Equation 26, then Equation 27 becomes:

$$signal=\hat{S}_1(t)=LP[S_1(t)[(a/2)+\frac{1}{2}]]=S_1(t)] \quad (28)$$

It can be readily shown that the same relationship holds for the crosstalk term and the signal term for the signal $S_2(t)$ by defining the second demodulation signal $D_2(t)$ as:

$$D_2(t)=-\cos\omega t+B\cos2\omega t \quad (29)$$

and multiplying $M_2(t)$ by $D_2(t)$. After expanding the crosstalk and signal terms and eliminating the non-DC terms, it can be shown that by selecting B=1/a, the crosstalk term is canceled and the signal term $S_2(t)$ is recovered.

From the foregoing, it can be seen that by choosing the relationship between the magnitude of B as the reciprocal of a, then the crosstalk terms are eliminated and the signal terms are preserved. Note that neither a nor B is an absolute value. As set forth in Equation 16, a is the magnitude of the $\cos2\omega t$ term of $M_1(t)$ when the magnitude of the $\cos\omega t$ term of $M_1(t)$ is normalized to 1. Similarly, from Equation 17, B is the magnitude of the $\cos2\omega t$ term of $D_1(t)$ when the $\cos\omega t$ term of $D_1(t)$ is normalized to 1.

It should be understood that both $D_1(t)$ and $D_2(t)$ can include higher harmonic terms; however, such additional terms could result in increased sensitivity to the noise of fluorescent lights and the like because of the harmonics of the 60 Hz power line frequency (or the 50 Hz power line frequency in other countries). For example, FIG. **5** illustrates an exemplary spectrum of the first and second harmonics of the present invention when the fundamental frequency is selected to be 316.7 Hz. Thus, the first harmonic frequency is 633.4 Hz. Note that the variations in the signals caused by blood flow throughout a cardiac cycle causes the fundamental and harmonics of modulation frequency to be surrounded by sidebands representing the frequency content of the plethysmograph. For example, in FIG. **5**, the first and second harmonics at 316.7 Hz and 633.4 Hz, ±8 Hz.

As further illustrated in FIG. **5**, the conventional 60 Hz power line frequency has harmonics at 120 Hz, 180 Hz, 240, etc. Thus, the nearest harmonics of the power line frequency to the first harmonic of the present invention are at 300 Hz and 360 Hz, and the nearest harmonics of the power line frequency to the second harmonic of the present invention are 600 Hz and 660 Hz. Similarly, if used in a country having a 50 Hz power line frequency, the nearest harmonics to the first harmonic of the present invention are 300 Hz and 350 Hz, and the nearest harmonics to the second harmonic of the present invention are 600 Hz and 650 Hz. Even if the power frequency were to vary by up to 1.5 percent, the noise generated by the ambient light from fluorescent lamps, or the like, would not be at the first and second harmonic frequencies of the present invention. The fundamental frequency has thus been selected to avoid power line caused ambient noise at the first and second harmonic frequencies.

5,919,134

**15**

The foregoing discussion assumed that the filter 200 did not significantly affect the amplitude of the filtered signal (i.e., BP=1). If the filter 200 does have an affect on the amplitude, then BP is not equal to 1, and B will be a constant times the value of B determined above:

$$B=k/a \qquad (30)$$

where k depends on the relative attenuation of the first harmonic and the second harmonic through the filter 200.

Although the value of the coefficient B can be calculated as set forth above, the calculations may be complicated if the filter 200 or the modulators 190, 192 introduce phase changes which cause the calculations to be performed on complex numbers. For example, if the modulation signals $M_1(t)$ and $M_2(t)$ are not rectangular waves which have 25% duty cycles and which are precisely 180° out of phase, as illustrated herein, then the coefficients of the frequency components of the modulation signals may be complex to account for the phase relationships, and thus, the coefficients of the demodulation signals may be complex.

As illustrated in FIG. 6, the value of B can also be determined empirically by performing a initial measurement with one channel (i.e., either the red pulse or the infrared pulse turned off) and minimizing the crosstalk signal. In particular, during the initial measurement, the waveform 140 in FIG. 2 is set to a continuous zero value so that no infrared pulses are generated. Thus, the detector 150 (FIG. 1) receives only the light generated by the red LED 106. Thus, $M_2(t)$ is set to zero, and Equation 10 for $\hat{S}_2(t)$ becomes:

$$\hat{S}_2(t)=LP[BP[S_1(t)M_1(t)]D_2(t)] \qquad (31)$$

It can be seen that $\hat{S}_2(t)$ includes only a crosstalk portion which can be measured on the output from the second lowpass filter 222. Thus, by varying the value B while monitoring magnitude or RMS (root-mean-squared) value of the output signal $\hat{S}_2(t)$, a minimum magnitude $\hat{S}_2(t)_{min}$ for the output signal $\hat{S}_2$-t) can be found which corresponds to the best value $B_{BEST}$ for B. In an ideal system, the best value for B corresponds to a zero value for the output signal $\hat{S}_2(t)$; however, in a real environment, the best value of B may correspond to a non-zero value for $\hat{S}_2(t)$ (i.e., a minimum error for $\hat{S}_2(t)$)). It should be understood that the value of $B_{BEST}$ can also be determined by turning off the red LED 106 and varying B while monitoring $\hat{S}_1(t)$ until $\hat{S}_1(t)$ is minimized.

From the foregoing, it can be seen that the effect of the modulation signals $D_1(t)$ and $D_2(t)$ is to shift the DC or near DC noise terms up in frequency while shifting the signals of interest at the harmonics back to DC or near DC, which in effect interchanges the noise spectra and the signal spectra so that the noise spectra can be eliminated by the action of the lowpass filters 220, 222, leaving only the signals of interest.

FIG. 7 illustrates a preferred embodiment of the present invention which implements the functions described above in a digital system. Preferably, the digital system comprises a digital signal processor (not shown), and the blocks described herein comprise data structures within the digital signal processor and software routines which implement the processes described below. In particular, the present invention comprises an LED demodulation block 300 which receives a digital configuration signal on a bus 310, a timing signal on a line 312 and a digital detector signal on a bus 314 as inputs. The digital configuration signal bus 310 provides a way to change the configuration of the LED demodulation

**16**

block 300 to accommodate different LEDs and different detection algorithms. Preferably, the timing signal on the line 312 is a 46,875 Hz (46.875 kHz) square wave signal which is used to synchronize the timing functions of the present invention. The digital detector signal on the line 314 is the output of the filter 200 which receives an output of an analog-to-digital converter 320. The analog-to-digital converter 320 is connected to the output of the detector 150 and samples the output of the detector 150 at 46,875 samples per second to provide a stream of sampled digital values of the red light and infrared light incident on the detector 150.

The LED modulation block 300 generates a demodulated red signal output on a bus 340 and generates a demodulated infrared signal output on a bus 342. The demodulated red signal output is passed through the low pass filter 220 and is output therefrom as the signal $\hat{S}_1(t)$. The demodulated infrared signal output is passed through the low pass filter 222 and is output therefrom as the signal $\hat{S}_2(t)$. As further illustrated in FIG. 8, the LED demodulation block 300 comprises a modulo(M) block 350, an LED demodulation state table block 352, the first demodulating multiplier 210 and the second demodulating multiplier 212.

The modulo(M) block 350 receives the main 46,875 Hz timing signal on the line 312 as one input and receives a MODULUS signal on a bus 354 as a second input. The bus 354 forms a portion of the configuration bus 310. The modulo(M) block 350 divides the timing signal by the MODULUS signal and generates a RESIDUE signal (described below) on a bus 356 which is provided as one input to the LED modulation state table block 352. The LED modulation state table block 352 also receives the configuration signals on the configuration bus 310.

The LED demodulation state table is responsive to the residue signal and the configuration signals to generate the first demodulating signal $D_1(t)$ on a bus 360 and to generate the second demodulating signal $D_2(t)$ on a bus 362. The first demodulating signal $D_1(t)$ is provided as one input to the first demodulating multiplier 210, as described above. The second demodulating signal $D_2(t)$ is provided as one input to the second demodulating multiplier 212, as described above. The first demodulating multiplier 210 and the second demodulating multiplier 212 receive the digital detector signal on the line 314 as respective second inputs. The demodulating multipliers 210, 212 multiply the digital detector signal by the first demodulating signal $D_1(t)$ and the second demodulating signal $D_2(t)$, respectively, to generate a demodulated red signal and a demodulated infrared signal on the buses 340 and 342, respectively. Because the outputs of the two demodulating multipliers 210 and 212 include the terms (cosωt, cos2ωt, and higher), the demodulated signals on the buses 340 and 342 are provided as respective inputs to the low pass filters 220 and 222 to pass only the DC terms, as discussed above. The outputs of the lowpass filters 220 and 222 on the buses 344 and 346, respectively, are the $\hat{S}_1(t)$ signal and the $\hat{S}_2(t)$ signal which contain only the DC and low frequency terms, which, in accordance with the discussion presented above between the original input signals $S_1(t)$ and $S_2(t)$ with the unwanted noise substantially reduced or eliminated. The two signals $\hat{S}_1(t)$ and $\hat{S}_2(t)$ are then applied to computation circuitry (not shown) which computes the blood oxygen saturation and other cardiographic parameters in a manner described in the above-cited U.S. Pat. Nos. 5,482,036 and 5,490,505.

The residue signal generated as the output from the modulo(M) block 350 is a multiple bit signal which counts from 0 to MODULUS-1. In the preferred embodiment described herein, MODULUS has a value of 148. Thus, the

APL-MAS_01990218

5,919,134

| 17 | 18 |

RESIDUE output of the modulo(M) block 350 counts from 0 to 147. The RESIDUE output of the modulo(M) block 350 is a binary representation of the current count and is provided as the input to the LED demodulation state table block 352. As illustrated in FIG. 9, the RESIDUE output on the bus 356 corresponds to the signal 180 in FIG. 1 and is also provided to the input of an LED modulation state table block 370 which, together with an LED driver circuit 372, comprise the modulation block 104 (FIG. 1) which generates the drive signals to the red LED 106 and the infrared LED 108. As described above, the red LED 106 and the infrared LED 108 generate the modulation signals $M_1(t)$ and $M_2(t)$, respectively, which effectively operate as carriers for the plethysmograph waveform to be measured. In particular, as illustrated by a red drive timing waveform 374 and by a infrared drive timing waveform 376 in FIG. 10, the modulation state table block 370 generates a red signal pulse 378 during the time when the RESIDUE signal increments from 0 to 36. Then, the modulation state table block 370 generates neither a red signal pulse nor an infrared signal pulse during the time when the RESIDUE signal increments from 37 to 73. Then, the modulation state table block 370 generates the infrared signal pulse 380 during the time when the RESIDUE signal increments from 74 to 110. Then, the modulation state table block 370 again generates neither a red signal pulse nor an infrared signal pulse during the time when the RESIDUE signal increments from 111 to 147. The RESIDUE signal then resets to 0 and the process repeats continuously.

The red signal pulse 378 and the infrared signal pulse 380 from the modulation state table block 370 are provided as inputs to the LED driver circuit 372 which turns on the red LED 106 when the red signal pulse 376 is active and turns on the infrared LED 108 when the infrared signal pulse 378 is active by generating the current waveform 120 illustrated in FIG. 2. The circuitry for converting the red signal pulse 376 and the infrared signal pulse 378 to the bidirectional current pulses of the waveform 120 is conventional and does not need to be described herein.

In the preferred embodiment, the LED demodulation state table block 352 implements demodulation equations which generally correspond to the Equations 17 and 19 described above. In particular, the LED demodulation state table block 352 receives the RESIDUE as one input to the state table and steps through the state table based upon the current value of the RESIDUE. The LED demodulation state table block 352 generates two output values for each value of the RESIDUE, wherein the first output value is the first demodulation signal $D_1(t)$ on the signal bus 360, and the second output value is the second demodulation signal $D_2(t)$ on the signal bus 362. In particular, the LED demodulation state table block 352 implements the following forms of the demodulation signal $D_1(t)$ and the $D_2(t)$ equations:

$$D_1(t) = -SCL\left(\cos\left[2\pi\left(\frac{R - 18.5 - HW\Delta}{\text{Modulus}}\right)\right] + HWD\left(\cos\left[4\pi\left(\frac{R - 18.5 - HW\Delta}{\text{Modulus}}\right)\right]\right)\right) \tag{32}$$

and

-continued

$$D_2(t) = -SCL\left(\cos\left[2\pi\left(\frac{R - 18.5 - HW\Delta}{\text{Modulus}}\right)\right] - HWD\left(\cos\left[4\pi\left(\frac{R - 18.5 - HW\Delta}{\text{Modulus}}\right)\right]\right)\right) \tag{33}$$

In Equations 32 and 33, the value SCL is a scale factor which determines the magnitudes of the two demodulation signals and which is used to compensate for the normalization discussed above and to compensate for other factors, such as, for example, non-ideal rectangular pulses. The method of determining the scale factor will be set forth below. In one particularly preferred embodiment, the value of SCL is 2.221441469. The value HWD is a hardware distortion factor, which corresponds to the value of B discussed above. The determination of the value B was described above, and will be described again below in connection with this preferred embodiment. In one particularly preferred embodiment where the pulses applied to the red LED 106 and the infrared LED 108 are idealized rectangular waves having 25% duty cycles, the value of HWD can be calculated to be 1.414213562. This ideal value for HWD can be determined by recognizing that the value of the coefficient a for the $\cos 2\omega t$ terms in Equations 16 and 18 is determined by the sinc function. When the coefficient of the $\cos\omega t$ term is normalized to 1, as in the two equations, then the value of the coefficient a is equal to $\sqrt{2}/2$. Thus, the ideal value for B (i.e., HWD) is $\sqrt{2}$. Of course, the actual value of the coefficient B, and thus HWD, will vary when the red pulses and the infrared pulses are not true rectangular waves. Since, in actual embodiments, the pulses will have finite rise times and fall times, the optimum value of HWD is preferably found empirically in the manner described below.

The value 18.5 in Equations 32 and 33 is used to align the demodulation waveforms with the modulation waveforms so that the peak of the cosine functions corresponds to the midpoints of each of the modulation waveforms. The value $HW\Delta$ is a hardware delay factor which may be needed in certain embodiments to compensate for delays in the analog processing, the digital processing or both, which cause the demodulation signals $D_1(t)$ and $D_2(t)$ to be out of phase with the modulation signals $M_1(t)$ and $M_2(t)$. In an ideal environment, the value of the hardware delay factor is 0. However, in one particularly preferred embodiment, the value of the hardware delay factor is 39. The modulus was described above and is basically the number of steps in each period of the waveforms. In the embodiment described herein, the modulus is 148. The value R is the RESIDUE which varies from 0 to modulus-1, and thus, in the preferred embodiment, R varies from 0 to 147.

In operation, the timing signal on the line 312 causes the modulo(M) block 350 to generate the RESIDUE signal, as described above. The RESIDUE value is applied to the LED modulation block 104 which generates the modulation signals $M_1(t)$ and $M_2(t)$, as described above. The RESIDUE value is also applied to the LED demodulation state table block 352 which generates a new value for $D_1(t)$ and a new value for $D_2(t)$ for each new RESIDUE value. Thus, 148 values of $D_1(t)$ and $D_2(t)$ are generated for each complete cycle. Because the timing signal is operating at 46,875 Hz, the modulation signals $M_1(t)$ and $M_2(t)$ and the demodulation signals $D_1(t)$ and $D_2(t)$ have a fundamental frequency of 316.722973 Hz, which, as discussed above, does not correspond to any harmonic of conventional 50 Hz or 60 Hz power line frequencies.

5,919,134

**19**

The HWΔ (hardware delay factor) value, the HWD (hardware distortion factor) value and the SCL (scaling factor) value are found empirically as follows. First, the ideal values of the hardware delay factor, the hardware distortion factor and the scale factor are applied to the Equations 32 and 33 in the LED demodulation state table block **352** (i.e., HWΔ=0, HWD=1.414213562, and SCL= 2.221441469). To determine the optimum value of the hardware delay factor, the second modulation signal $M_2(t)$ is set to a constant value of zero (i.e., the infrared LED is maintained in its OFF state). The red LED pulses are applied as set forth above, and the digital detector output signal from the analog-to-digital converter is monitored and compared to the modulation signal $M_1(t)$. The relative delay between the beginning of the modulation signal $M_1(t)$ and the detection of the beginning of the responsive output from the analog-to-digital converter is the optimum hardware delay factor (HWΔ) value. In one exemplary embodiment, the optimum value of the hardware delay factor is 39.

After determining the value of the hardware delay factor and applying it to Equations 32 and 33, the ideal value of the hardware distortion factor and the ideal value of the scale factor are applied to the two equations. Again, with the red LED pulses applied to the red LED **106** and no pulses applied to the infrared LED, the value of the hardware distortion factor is slowly varied from its ideal value while the DC component of the demodulated infrared signal output on the line **342** is monitored. The value of the hardware distortion factor is varied until the measured DC component is minimized, and the value of the hardware distortion factor corresponding to the minimal DC component is selected as the optimum value for the hardware distortion factor.

Next, with the value of the hardware delay factor and the value of the hardware distortion factor set to their respective optimum values, as determined above, the value of the scale factor (SCL) is initially set to 1. Again, with the modulation system generating pulses only to the red LED **106**, the DC component of the demodulated red signal output on the line **340** is measured. In addition, the difference in amplitude between the on state and the off state of the digital detector signal from the filter **200** is measured. The ratio of the measured amplitude difference to the measured DC component of the demodulated red signal output is selected as the optimum value for the scale factor.

An exemplary demodulation waveform $D_1(t)$ is illustrated by a waveform **400** in FIG. **11** and an exemplary demodulation waveform $D_2(t)$ is illustrated by a waveform **402** in FIG. **11**. The demodulation waveforms in FIG. **11** are illustrated with the hardware delay factor set to 0 in order to align the waveforms with the modulation waveforms in FIG. **10**. It should be understood that when the hardware delay factor is non-zero, the demodulation waveforms in FIG. **11** will be shifted in phase with respect to the modulation waveforms in FIG. **10**.

Although described above in connection with the variation of the amplitude of the first harmonic component of the demodulation signals in order to minimize the crosstalk, it should be understood that the relative amplitude of the second harmonic component of the demodulations signals with respect to the amplitude of the fundamental component of the demodulation signals is determined by the relationship of the amplitude of the first harmonic component of the modulation signals to the amplitude of the fundamental component of the modulation signals. The relationship of the amplitude of the first harmonic component of the modulation signals depends in part upon the duty cycles of the modulation signals. If the modulation duty cycles are varied,

**20**

the amplitude of the first harmonic component of the modulation signals changes. Thus, the crosstalk may also be minimized by holding the amplitudes of the components of the demodulation signals constant while varying the duty cycles of the modulation signals. One skilled in the art will appreciate that other variations in the modulation and demodulation signals may also be used to minimize the crosstalk between the two output signals.

Additional information can advantageously be derived from the digitized detection signal on the bus **314** and can be used to provide indications regarding the reliability of the demodulated signals generated as described above. In particular, although the present system is capable of demodulating the $\tilde{S}_1(t)$ signal and the $\tilde{S}_2(t)$ signal in the presence of significant ambient noise from light and other sources, it is possible that the level of the ambient noise is sufficiently high to affect the demodulated signals. FIGS. **12** and **13** illustrate a time domain method and system for determining the ambient noise level, and FIGS. **14** and **15** illustrate a frequency domain method and system for determining the ambient noise level.

As illustrated in FIG. **12**, the digital detection signal **152** is sampled by a sample signal represented by a waveform **500** which comprises a plurality of sampling pulses **502**. The sampling pulses **502** are timed to occur during the intervals between the red pulses **134**, **136** and the infrared pulses **142**, **144** when no red light and no infrared light should be detected by the detector **150** (FIG. **1**). Thus, any energy detected during the sample intervals is primarily caused by ambient light and other noise sources. As illustrated, the sampling pulses **502** preferably occur at the approximate midpoint of each interval between the red and infrared pulses.

As illustrated in FIG. **13**, the digital detection signal bus **314** is provided as an input to a time domain sampler **520**. The time domain sampler **520** also receives the RESIDUE signal on the bus **356** as a second input. The time domain sampler is responsive to the RESIDUE signal to sample the digital detection signal at times when the value of the RESIDUE signal corresponds to the quiescent times of the red pulses **134**, **136** and the infrared pulses **142**, **144**. As described above, the red pulses **134**, **136** are generated when the RESIDUE signal has values between 0 and 36, and the infrared pulses are generated when the RESIDUE signal has values between 74 and 110. Thus, assuming no hardware delay, the sampling pulses **502** are preferably generated, for example, when the RESIDUE signal has a value of 55 and when the RESIDUE signal has a value of 129, which positions the sampling pulses at the approximate midpoints of the quiescent intervals between the pulses. As discussed above, the actual system has a hardware delay caused by processing times. Thus, if the system has a hardware delay factor of, for example, 39, the sampling pulses **502** are shifted in time to occur when the RESIDUE signal has a value of 94 and a value of 20 (168 modulo$_{148}$). The sample times used by the time domain sampler **520** are advantageously determined by configuration signals received via the digital configuration bus **310**, described above. For example, the time domain sampler **520** can be initially set to sample at RESIDUE signal values of 55 and 129, and the value of the hardware delay value factor (HWΔ) communicated by the digital configuration bus **310** is added to both values to shift the sample to the correct sample interval.

As illustrated in FIG. **14**, a detection signal spectra **550** includes the two frequency components corresponding to the fundamental and first harmonic of the modulation signal at 316.7 Hz and 633.4 Hz, respectively. The spectra **550** further

APL-MAS_01990220

Exhibit DD
Page 24

5,919,134

21

includes the fundamental and multiple harmonics of the 60 Hz power line frequency. In addition, the spectra **550** includes noise at a multitude of frequencies which may be caused by various sources. One particularly troublesome source of noise encountered in pulse oximetry systems is an electrocauterization device which uses a high frequency electrical current to make surgical incisions and to cauterize the surrounding blood vessels at the same time. Although primarily high frequency sources, such devices also generate significant noise at lower frequencies because of arcing. When an electrocauterization device is operated close to a pulse oximeter detector, the noise generated by the device can overwhelm the signals generated by the pulse oximetry detector. In other words, the noise floor can be greater than the detectable signal from the pulse oximetry detector.

It is desirable to detect when the noise floor is too high so that the pulse oximetry system can indicate that the demodulated signals may not be reliable. In order to determine the level of the noise floor, the present invention samples the spectra **550** to determine the content of the frequency components detected at frequencies other than the fundamental and harmonic frequencies of the modulation signals. In particular, as illustrated by a sample control signal **560** in FIG. **14**, the portions of the spectra **550** which do not include the fundamental and harmonics of the modulation signal are sampled. Thus, in the preferred embodiment, the magnitudes of the spectra at 316.7 Hz, 633.4 Hz, 950.1 Hz, etc., are not sampled. Furthermore, because a band of frequencies around the fundamental and harmonics of the modulation signal also include significant information caused by the modulation of the red pulses and the infrared pulses by the changes in blood flow during each cardiac cycle. Thus, as illustrated in FIG. **14**, in the preferred embodiment, a band of frequencies surrounding the fundamental and harmonic frequencies of the modulation signals (i.e., the sidebands discussed above) are not included in the samples. For example, a band of at least ±10 Hz around each of the fundamental and harmonic frequencies is not included in the samples.

The intensities at the sampled frequencies are averaged, and an output signal is generated which represents the average intensity of the noise signals. Other portions (not shown) of the digital processing system advantageously monitor the average intensity of the noise signals, and, if the average intensity exceeds a selected threshold based upon the size of the measured plethysmograph, then the demodulated output signals from the system are considered as being unreliable and should not be used.

FIG. **15** illustrates a preferred embodiment of a system which determines the noise floor, as described above. The system of FIG. **15** includes a Fast Fourier Transform block **600** which receives a plurality of samples from the digitized detector bus **314** and generates a transformed output on a bus **610**. The transformed output on the bus **610** represents the spectra of the samples. In the preferred embodiment, a sufficient number of samples are taken to represent approximately 44 milliseconds of data so that at least two cycles of the 60 Hz power are included within the samples. For example, approximately 1,024 samples can be taken during the 44-millisecond interval at a sample rate of approximately 23.4 kHz (e.g., one-half the system timing rate). The spectra for a 44-millisecond interval are provided as inputs to a spectral sampler **620** which eliminates the samples in the ±8 Hz bands around the fundamental and harmonic frequencies of the modulation signals. The output of the spectral sampler **620** is provided on a bus **630** and is thereby provided as an input to an averager **640**. The averager **640** averages the

22

sampled noise spectra which it receives and provides an averaged output on a bus **650**. The averaged output on the bus **650** represents the noise floor and is provided to other portions of the digital processing system where it is compared to the selected threshold to determine whether the noise floor is excessive. The threshold is not necessarily fixed, but is dependent on the strength of the plethysmograph which in turn depends upon the perfusion of blood in the body portion being measured.

The embodiment of FIG. **15** can also advantageously be used to determine whether the ambient noise is primarily at 60 Hz, corresponding to power line frequencies in the United States and Canada, or at 50 Hz, corresponding to power line frequencies in Europe. The foregoing modulation frequency of 316.7 Hz is selected to avoid the harmonics of the 60 Hz power line frequency as well as the 50 Hz power line frequency. If a significant shift in the power line frequency is detected such that aliasing of the ambient noise occurs at the frequencies of interest, then the modulation frequency can be changed to displace the modulation harmonics farther from the harmonics of the power line frequency, such as, for example, by changing the 46,875 Hz sampling frequency, or by changing the modulus.

In the preferred embodiment of the present invention, the hardware described above is implemented in a digital signal processor and associated circuitry. The LED modulation block **104** and the LED demodulation state table block **352** comprise algorithms implemented by program code executed by the digital signal processor. In addition, the configuration variables, such as for example, the hardware delay value, the hardware distortion value and the hardware scale value are provided as inputs to the digital signal processor when it is set up. For example, the main operating program of the digital signal processor may be stored in non-volatile ROM or PROM, and the variables may be stored flash memory during a setup procedure. Techniques for communicating to and from a digital signal processor during such setup procedures are well-known to persons of skill in the art, and will not be described in detail herein. For example, the configuration bus **310**, discussed above, represents a communication path to the flash memory during such a setup procedure. The data provided to the configuration bus **310** may be provided by a system operator (not shown) or the data may be provided from look-up tables (not shown) maintained for different embodiments of the LEDs **106**, **108** and the detector **150**.

Although described above in connection with a pulse oximetry system wherein a parameter to be measured is the attenuation of red and infrared light passing through a portion of a subject's body, it should be understood that the method and apparatus described herein can also be used for other measurements where two or more signals are passed through a system to be analyzed. In particular, the present invention can be used to demodulate two combined parametric signals responsive to the system to be analyzed where the two parametric signals have a predetermined timing relationship between them, as described herein.

Although described above in connection with a particular embodiment of the present invention, it should be understood the description of the embodiment is illustrative of the invention and are not intended to be limiting. Various modifications and applications may occur to those skilled in the art without departing from the true spirit and scope of the invention as defined in the appended claims. For example, a plurality of signals $S_1, S_2, S_3 \ldots S_n$ can be demodulated and the crosstalk between signals reduced to a minimum by application of the foregoing invention to more than two

APL-MAS_01990221

Exhibit DD
Page 25

5,919,134

| 23 | 24 |

signals. One skilled in the art will appreciate that the hardware distortion factor (B or HWD) will be a complex number in such cases.

What is claimed is:

**1.** An apparatus for measuring blood oxygenation in a subject, said apparatus comprising:

a first signal source which applies a first input signal during a first time interval;

a second signal source which applies a second input signal during a second time interval;

a detector which detects a first parametric signal responsive to said first input signal passing through a portion of said subject having blood therein and which detects a second parametric signal responsive to said second input signal passing through said portion of said subject, said detector generating a detector output signal responsive to said first and second parametric signals; and

a signal processor which receives said detector output signal, said signal processor demodulating said detector output signal by applying a first demodulation signal to a signal responsive to said detector output signal to generate a first output signal responsive to said first parametric signal and applying a second demodulation signal to said signal responsive to said detector output signal to generate a second output signal responsive to said second parametric signal, each of said first demodulation signal and said second demodulation signal comprising at least a first component having a first frequency and a first amplitude and a second component having a second frequency and a second amplitude, said second frequency being a harmonic of said first frequency, said second amplitude selected to be related to said first amplitude to minimize crosstalk from said first parametric signal to said second output signal and to minimize crosstalk from said second parametric signal to said first output signal.

**2.** The apparatus of claim **1**, wherein a spectrum of said first input signal is different from a spectrum of said first demodulation signal, and a spectrum of said second input signal is different from a spectrum of said second demodulation signal.

**3.** An apparatus for measuring blood oxygenation in a subject, said apparatus comprising:

a first signal source which applies a first input signal during a first time interval;

a second signal source which applies a second input signal during a second time interval;

a detector which detects a first parametric signal responsive to said first input signal passing through a portion of said subject having blood therein and which detects a second parametric signal responsive to said second input signal passing through said portion of said subject, said detector generating a detector output signal responsive to said first and second parametric signals; and

a signal processor which receives said detector output signal, said signal processor demodulating said detector output signal by applying a first demodulation signal to a signal responsive to said detector output signal to generate a first output signal responsive to said first parametric signal and applying a second demodulation signal to said signal responsive to said detector output signal to generate a second output signal responsive to said second parametric signal, each of said first demodulation signal and said second demodulation

signal comprising at least a first component having a first frequency and a first amplitude and a second component having a second frequency and a second amplitude, said second frequency being a harmonic of said first frequency, said second amplitude selected to be related to said first amplitude to minimize crosstalk from said first parametric signal to said second output signal and to minimize crosstalk from said second parametric signal to said first output signal, wherein the second amplitude is determined by turning off one of the first and second signal sources and measuring the crosstalk between one of the parametric signals and the non-corresponding output signal while varying the second amplitude and selecting a second amplitude which minimizes the measured crosstalk.

**4.** A method of minimizing crosstalk between two signals generated by applying a first pulse and a second pulse to measure a parameter, wherein said first pulse and said second pulse are applied periodically at a first repetition rate defining a period, and wherein said first pulse is generated during a first interval in each period and said second pulse is generated during a second interval in each period, said second interval spaced apart from said first interval, said first and second pulses producing first and second parametric signals responsive to said parameter, said first and second parametric signals being received by a single detector which outputs a composite signal responsive to said first and second parametric signals, said method comprising the steps of:

applying a first demodulation signal to said composite signal to generate a first demodulated output signal, said first demodulation signal comprising at least a first component having a first frequency corresponding to said first repetition rate and having a first amplitude, said first demodulation signal further comprising a second component having a second frequency which is a harmonic of said first frequency and having a second amplitude which has a selected proportional relationship to said first amplitude;

applying a second demodulation signal to said composite signal to generate a second demodulated output signal, said second demodulation signal comprising said first component at said first frequency and said first amplitude and comprising said second component at said second frequency and said second amplitude, at least one of said first and second components of said second demodulation signal having a selected phase difference with respect to the corresponding one of said first and second components of said first demodulation signal; and

lowpass filtering said first demodulated output signal to generate a first recovered output signal responsive to said first parametric signal; and

lowpass filtering said second demodulated output signal to generate a second recovered output signal responsive to said second parametric signal.

**5.** The method as defined in claim **4**, wherein said selected phase difference is π.

**6.** The method as defined in claim **4**, wherein:

said first pulse and said second pulse are generally rectangular pulses having a duty cycle, and wherein said rectangular pulses comprise a plurality of sinusoidal components including a fundamental component corresponding to said first frequency and a first harmonic component corresponding to said second frequency, said fundamental component having a fundamental

APL-MAS_01990222

Exhibit DD
Page 26

5,919,134

25

component amplitude and said first harmonic component having a first harmonic component amplitude, said first harmonic component amplitude related to said harmonic component amplitude by a first proportionality value; and

said second amplitude of said second component of said first demodulation signal is related to said first amplitude of said first component of said first demodulation signal by a second proportionality value which is approximately the inverse of said first proportionality value.

**7**. The method as defined in claim **4**, further including the steps of:

sampling said composite signal when neither said first pulse nor said second pulse is active to obtain a sampled signal; and

measuring said sampled signal to determine a noise level of said parametric signals.

**8**. The method as defined in claim **4**, further including the steps of:

performing a transform on said composite signal to generate a spectra of said composite signal;

sampling said spectra at a plurality of frequencies other than at predetermined ranges of frequencies around said first frequency and around harmonics of said first frequency;

determining an average of the magnitudes of said sampled plurality of frequencies; and

comparing said average to a selected threshold to determine whether the average magnitude exceeds said selected threshold.

**9**. A method of demodulating a composite signal generated by applying first and second periodic pulses of electromagnetic energy to a system having a parameter to be measured and by receiving signals responsive to said electromagnetic energy after having passed through said system and being affected by said parameter being measured, said signals received as a composite signal having components responsive to said first and second pulses, said method comprising the steps of:

applying a first demodulation signal to said composite signal to generate a first demodulated signal, said first demodulation signal comprising a first component having a first frequency corresponding to a repetition frequency of said first and second pulses and comprising a second component having a frequency which is a harmonic of said first frequency, said first component having a first amplitude and said second component having a second amplitude, said second amplitude having a predetermined relationship to said first amplitude, said predetermined relationship selected to cause said first demodulated signal to have low frequency components responsive only to said first pulse; and

lowpass filtering said first demodulated signal to generate a first output signal, said first output signal varying in response to an effect of said parameter on the electromagnetic energy received from said first pulse.

**10**. The method as defined in claim **9**, further including the steps of:

applying a second demodulation signal to said composite signal to generate a second demodulated signal, said second demodulation signal having first and second components corresponding to said first and second components of said first demodulation signal, at least one of said first and second components of said second demodulation signal having a selected phase relationship with the corresponding one of said first and second components of said first demodulation signal; and

26

lowpass filtering said second demodulated signal to generate a second output signal, said second output signal varying in response to an effect of said parameter on the electromagnetic energy received from said second pulse.

**11**. The method as defined in claim **10**, wherein said selected phase relationship is a $\pi$ phase difference.

**12**. A pulse oximetry system, comprising:

a modulation signal generator, said modulation signal generator generating a first modulation signal comprising a first pulse which repeats at a first repetition frequency, said first pulse having a duty cycle of less than 50%, said modulation signal generator generating a second modulation signal comprising a second pulse which also repeats at said first repetition frequency, said second pulse having a duty cycle of less than 50%, said second pulse occurring at non-overlapping times with respect to said first pulse, said first and second pulses comprising a plurality of components wherein a first component has a frequency corresponding to said repetition frequency and a second component has a second frequency corresponding to twice said first frequency, said second component having an amplitude which has a first predetermined relationship to an amplitude of said first component;

a first transmitter which emits electromagnetic energy at a first wavelength in response to said first pulse;

a second transmitter which emits electromagnetic energy at a second wavelength in response to said second pulse;

a detector which receives electromagnetic energy at said first and second wavelengths after passing through a portion of a subject and which generates a detector output signal responsive to the received electromagnetic energy, said detector output signal including a signal component responsive to attenuation of said electromagnetic energy at said first wavelength and a signal component responsive to attenuation of said electromagnetic energy at said second wavelength;

a first demodulator which multiplies said detector signal by a first demodulation signal and generates a first demodulated output signal, said first demodulation signal comprising a plurality of components, said plurality of components including a first component having said first frequency and having a first amplitude and said plurality of components including a second component having said second frequency and having a second amplitude, said second amplitude having a second predetermined relationship to said first amplitude which second predetermined relationship is inversely proportional to said first predetermined relationship; and

a second demodulator which multiplies said detector signal by a second demodulation signal and generates a second demodulated output signal, said second demodulation signal comprising a first component having said first frequency and having said first amplitude and comprising a second component having said second frequency and having said second amplitude, at least one component of said second demodulation signal having a selected phase relationship with at least one of said plurality of components of said first demodulation signal.

**13**. The method as defined in claim **12**, wherein said selected phase relationship is a $\pi$ phase difference.

\* \* \* \* \*

APL-MAS_01990223

Exhibit DD
Page 27

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 5,919,134                                    Page 1 of  1
DATED          : July 6, 1999
INVENTOR(S)    : Mohamed K. Diab

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

<u>Column 25,</u>
Lines 32 and 33, change "gene rated" to -- gen-erated --.

Signed and Sealed this

Seventeenth Day of December, 2002

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

APL-MAS_01990224

Exhibit DD
Page 28