# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO STRIKE PLAINTIFFS' SUPPLEMENT TO APPLE'S INTERROGATORY NO. 33** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Opposition to Apple's Motion to Strike Plaintiffs' Supplement to Apple's Interrogatory No. 33, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) Portions of the Opposition to Apple's Motion to Strike Plaintiffs' Supplement to Apple's Interrogatory No. 33; and

(2) Exhibits A–F to the Declaration of Baraa Kahf in Support of Plaintiffs' Opposition to Apple's Motion to Strike Plaintiffs' Supplement to Apple's Interrogatory No. 33.

DATED: _____       _____

The Honorable James V. Selna
United States District Court Judge

56841341

-1-