Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF BARAA KAHF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE'S MOTION TO STRIKE PLAINTIFFS' SUPPLEMENT TO APPLE'S INTERROGATORY NO. 33** |

1  Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Baraa Kahf, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and Counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Plaintiffs") in this action. I have personal knowledge of the matters set forth in this Declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in support of Plaintiffs' Opposition to Apple's Motion to Strike Plaintiffs' Supplement to Apple's Interrogatory No. 33.

2. Apple served Interrogatory No. 33 on May 13, 2022, which was the last day to serve written discovery requests in this case.

3. Plaintiffs timely served their original response to Interrogatory No. 33 on June 15, 2022.

4. On August 22, 2022, Apple filed a motion to compel a further response to Interrogatory No. 33. Plaintiffs opposed.

5. On October 2, 2022, the Special Master issued a tentative order denying Apple's motion. The Special Master held a hearing on Apple's motion on October 3, 2022. At the hearing, Plaintiffs voluntarily agreed to supplement their response to Interrogatory No. 33. Apple never asked Plaintiffs to supplement by any specific date.

6. On October 14, 2022, the Special Master issued his final order denying Apple's motion to compel. Apple again never asked Plaintiffs to supplement by any specific date.

7. On November 23, 2022, Plaintiffs served on Apple a supplemental response to Apple's Interrogatory No. 33.

8. Plaintiffs designated Messrs. Joe Kiani, Mohamed Diab, and Greg Olsen to testify on behalf of Plaintiffs regarding Apple's Rule 30(b)(6) deposition Topic No. 2. Topic No. 2 concerned Plaintiffs' development of the alleged trade secrets. Apple deposed Mr. Olsen on June 21, 22, Mr. Kiani on August 5, 2022, and Mr. Diab on September 23, 2022.

9. Attached hereto as **Exhibit A (filed under seal)** is a true and correct copy of excerpts from the transcript of the September 23, 2022 deposition of Mohamed Diab.

10. Attached hereto as **Exhibit B (filed under seal)** is a true and correct copy of excerpts from the transcript of the June 21, 2022 deposition of Greg Olsen.

11. Attached hereto as **Exhibit C (filed under seal)** is a true and correct copy of Plaintiffs' September 29, 2022 Fifth Supplemental Response to Apple's Interrogatory No. 7.

12. Attached hereto as **Exhibit D (filed under seal)** is a true and correct copy of excerpts from the November 4, 2022 Rebuttal Expert Report of Majid Sarrafzadeh, Ph.D., who is expert for Apple in this case.

13. Attached hereto as **Exhibit E (filed under seal)** is a true and correct copy of excerpts from the transcript of the June 16, 2022 deposition of Tracy Miller.

14. Attached hereto as **Exhibit F (filed under seal)** is a true and correct copy of a Masimo Employee Confidentiality Agreement, which was marked as Exhibit 2013 during the deposition of Tracy Miller.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 12, 2022, at Irvine, California.

 /s/ Baraa Kahf
Baraa Kahf

56840911