Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Baraa Kahf (Bar No. 261144)
Baraa.Kahf@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**PLAINTIFFS' STATEMENT OF GENUINE DISPUTES OF MATERIAL FACTS AND CONCLUSIONS OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' TRADE SECRET CLAIM AND PLAINTIFFS' LOST PROFITS DAMAGES THEORY**<br><br>Date:       February 6, 2023<br>Time:       1:30 p.m.<br>Location:   Courtroom 10C |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively "Masimo") submit this Statement of Genuine Disputes of Material Facts pursuant to Local Rule 56-2, in opposition to Defendant Apple Inc.'s ("Defendant" or "Apple") Motion for Partial Summary Judgment [Dkt. 1083] and Proposed Statement of Uncontroverted Facts and Conclusions of Law [Dkt. 1082-2].

Local Rule 56-1 states: "A party filing a notice of motion for summary judgment or partial summary judgment shall lodge a proposed 'Statement of Uncontroverted Facts and Conclusions of Law.'  Such proposed statement shall set forth *the material facts* as to which the moving party contends there is no genuine dispute." L.R. 56-1 (emphasis added).  Apple's Statement of Uncontroverted Facts and Conclusions of Law [Dkt. 1082-2], includes numerous alleged facts that are immaterial to Apple's Motion for Partial Summary Judgment [D.I. 1083].  The local rules do not require Masimo to study documents or make other efforts to ascertain the accuracy of purported facts that are immaterial to Apple's motion.  Masimo does not agree that any fact immaterial to Appel's Motion for Partial Summary Judgment is undisputed or admitted.  Masimo reserves the right to express a view on such alleged facts in any subsequent briefing or proceeding.

The alleged facts that Masimo does not affirmatively dispute below should be deemed undisputed solely for the purposes of responding to Apple's present motion [Dkt. 1083].  Masimo reserves the right to contest the truth of any alleged facts not affirmatively disputed below later in these proceedings and for any purpose other than opposing Apple's present Motion for Partial Summary Judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# I.  MASIMO'S RESPONSE TO APPLE'S STATEMENT OF UNCONTROVERTED FACTS

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 1 | Plaintiffs have not identified evidence showing they had possession of ██████████ Trade Secret No. 1 in its entirety at the time of the alleged misappropriation. Passamaneck Decl. Ex. 17, ¶¶ 23-25, 66-87. | **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of D-1 in its entirety at the time of Apple's misappropriation.   Madisetti Decl.; Ex. 15 ¶¶ 42, 51-57, 94-96, 106-146, 185-91, 212-28, 251-54, 278-90, 311-13, 334-35, 357-58, 379-80, 403-04, 428-29; Ex. 2; Ex. 6, 6-9; Ex. J ¶5; Ex. K -907, -935-936; Ex. JJJ; Ex. L at 3, 10, 8-13; Ex. J ¶9; Ex. M ¶75. |
| 2 | Plaintiffs have not identified evidence showing they had possession of ██████████ Trade Secret No. 3 in its entirety at the time of the alleged misappropriation. Passamaneck Decl. Ex. 17, ¶¶ 23-25, 196-212. | **Factual dispute.**  Testimonial and documentary evidence show that Cercacor had possession of D-3 in its entirety at the time of Apple's misappropriation. *See* SGDF No. 1 |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 3 | Plaintiffs have not identified evidence showing they had possession of ▮▮▮▮▮▮ Trade Secret No. 8 in its entirety at the time of the alleged misappropriation. Passamaneck Decl. Ex. 17, ¶¶ 23-25, 243-255. | **Factual dispute.** Testimonial and documentary evidence show that Masimo had possession of D-8 in its entirety at the time of Apple's misappropriation. *See* SGDF No. 1 |
| 4 | Plaintiffs have not identified evidence showing they had possession of ▮▮▮▮▮▮ Trade Secret No. 9 in its entirety at the time of the alleged misappropriation. Passamaneck Decl. Ex. 17, ¶¶ 23-25, 284-299. | **Factual dispute.** Testimonial and documentary evidence show that Masimo had possession of D-9 in its entirety at the time of Apple's misappropriation. *See* SGDF No. 1 |
| 5 | Plaintiffs have not identified evidence showing they had possession of ▮▮▮▮▮▮ Trade Secret No. 10 in its entirety at the time of the alleged misappropriation. Passamaneck Decl. Ex. 17, ¶¶ 23-25, 325-340. | **Factual dispute.** Testimonial and documentary evidence show that Masimo had possession of D-10 in its entirety at the time of Apple's misappropriation. *See* SGDF No. 1 |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 6 | Plaintiffs have not identified evidence showing they had possession of ███████████ Trade Secret No. 11 in its entirety at the time of the alleged misappropriation. Passamaneck Decl. Ex. 17, ¶¶ 23-25, 364-375. | **Factual dispute.** Testimonial and documentary evidence show that Masimo had possession of D-11 in its entirety at the time of Apple's misappropriation. *See* SGDF No. 1 |
| 7 | Plaintiffs have not identified evidence showing they had possession of ███████████ Trade Secret No. 12 in its entirety at the time of the alleged misappropriation. Passamaneck Decl. Ex. 17, ¶¶ 23-25, 400-411. | **Factual dispute.** Testimonial and documentary evidence show that Masimo had possession of D-12 in its entirety at the time of Apple's misappropriation. *See* SGDF No. 1 |
| 8 | Plaintiffs have not identified evidence showing they had possession of ███████████ Trade Secret No. 13 in its entirety at the time of the alleged misappropriation. Passamaneck Decl. Ex. 17, ¶¶ 23-25, 435-446. | **Factual dispute.** Testimonial and documentary evidence show that Masimo had possession of D-13 in its entirety at the time of Apple's misappropriation. *See* SGDF No. 1 |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|-----|-------------------------------------|-------------------------------|
| 9 | Plaintiffs have not identified evidence showing they had possession of ██████████████ Trade Secret No. 14 in its entirety at the time of the alleged misappropriation. Passamaneck Decl. Ex. 17, ¶¶ 23-25, 470-481. | **Factual dispute.** Testimonial and documentary evidence show that Masimo had possession of D-14 in its entirety at the time of Apple's misappropriation. *See* SGDF No. 1 |
| 10 | Plaintiffs have not identified evidence showing they had possession of ██████████████ Trade Secret No. 15 in its entirety at the time of the alleged misappropriation. Passamaneck Decl. Ex. 17, ¶¶ 23-25, 506-517. | **Factual dispute.** Testimonial and documentary evidence show that Masimo had possession of D-15 in its entirety at the time of Apple's misappropriation. *See* SGDF No. 1 |
| 11 | Plaintiffs have not identified evidence showing they had possession of ██████████████ Trade Secret No. 16 in its entirety at the time of the alleged misappropriation. Passamaneck Decl. Ex. 17, ¶¶ 23-25, 542-546. | **Factual dispute.** Testimonial and documentary evidence show that Masimo had possession of D-16 in its entirety at the time of Apple's misappropriation. *See* SGDF No. 1 |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 12 | Plaintiffs have not identified evidence showing they had possession of ██████ ████ Trade Secret No. 4 in its entirety at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 19, ¶¶ 55-72. | **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of LP-4 in its entirety at the time of Apple's misappropriation.  Madisetti Decl.; Ex. 15 ¶¶ 441-442, 451-458; Ex. 2; Ex. 6, 6-10; Ex. 4 at 54; Ex. 14 at 195, 243-245; Exs. A-C; Ex. E at 58-68, 160-163; Ex. F; Ex. G at 229; Ex. I at MASA00085796; Ex. NNN at 270-279; Ex. R ¶145. |
| 13 | Plaintiffs have not identified evidence showing they had possession of ██████ ████ Trade Secret No. 5 in its entirety at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 19, ¶¶ 138-149. | **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of LP-5 in its entirety at the time of Apple's misappropriation.  Madisetti Decl.; Ex. 15 ¶¶ 441-442, 502-503, 513-520; Ex. 2; Ex. 6, 6-10; Ex. 29 at 327:4-23, 351:14-352:18; Ex. I at -679, -708-709, -723, -782-792, -801, -820, -858; Ex. GGGG at MASA03603259; Ex. HHHH at MASA03603311; Exs. IIII-LLLL; Ex. MMMM at MASA02171866, -892; Ex. NNNN at MASA02177173; Ex. OOOO at MASA00854405 -408; Exs. PPPP-YYYY. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 14 | Plaintiffs have not identified evidence showing they had possession of ██████ ███ Trade Secret No. 7 in its entirety at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 19, ¶¶ 233-243. | **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of LP-7 in its entirety at the time of Apple's misappropriation.  Madisetti Decl.; Ex. 15 ¶¶ 441-442, 589-590, 597, 651, 665, 680, 696, 740, Ex. 29 at 408:10-15; Ex. 2; Ex. 6, 6-10; Ex. O. |
| 15 | Plaintiffs have not identified evidence showing they had possession of ██████ ███ Trade Secret No. 8 in its entirety at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 19, ¶¶ 272-283. | **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of LP-8 in its entirety at the time of Apple's misappropriation.  Madisetti Decl.; Ex. 15 ¶¶ 441-442, 621-622, 629; Ex. 2; Ex. 6, 6-10; Ex. O. |
| 16 | Plaintiffs have not identified evidence showing they had possession of ██████ ███ Trade Secret No. 10 in its entirety at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 19, ¶¶ 320-325. | **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of LP-10 in its entirety at the time of Apple's misappropriation.  SGDF Nos. 12-15; Madisetti Decl.; Ex. 15 ¶¶ 441-442, 451-458 (LP-4), 502-503, 513-520 (LP-5), 589-590, 597 (LP-7), 621-622, 629 (LP-8); Ex. 2; Ex. 6, 6-10; Ex. O. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 17 | Plaintiffs have not identified evidence showing they had possession of ███ ███████ Trade Secret No. 4 in its entirety at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 19, ¶¶ 332, 339-362. | **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of S-4 in its entirety at the time of Apple's misappropriation.  Ex. EEEE, Ex. Q; Ex. R; Ex. T; Ex. U; Ex. V; Ex. FFFF; Madisetti Decl.; Ex. 15 ¶¶ 651, 659-740; Ex. 2; Ex. 6, 6-11; Ex. 29 at 408:10-15; Ex. S at 160:8-23, 160:8-23, 163:11-164, 91:9-15, 98:21-25, 128:23-130:9, 137:22-138:13; Ex. W at 131:15-138:9, 152:5-157:25, 161:25-166:24; Ex. 15 ¶683, 685; Ex. Q at -381:12; Exs. Q (MASA03051379), U (MASA00079777 at -791, V (MASA00079280)); Ex. FFFF ¶0010; Ex. DD at 691:16-19; Ex. P. |
| 18 | ████████ Trade Secret No. 5 incorporates ███████ Trade Secret No. 4.  Dkt. 296-1, ¶ 42.5. | **Admitted.** |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 19 | Plaintiffs have not identified evidence showing they had possession of ██████ ████████ Trade Secret No. 5 in its entirety at the time of the alleged misappropriation.  Statement of Uncontroverted Fact ("SUF") Nos. 17 and 18. | **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of S-5 in its entirety at the time of Apple's misappropriation.  SGDF No. 17.  Ex. EEEE, Ex. Q; Ex. R; Ex. T; Ex. U; Ex. V; Ex. FFFF; Madisetti Decl.; Ex. 15 ¶¶ 651, 659-740; 773, 781-788; Ex. 2; Ex. 6, 6-11. |
| 20 | ████████████ Trade Secret No. 6 incorporates ██████████ Trade Secret No. 4.  Dkt. 296-1, ¶ 42.6. | **Dispute.**  Sensor Placement No. 6 recites: ██████████████████ ████████████████████ ████████████████████ |
| 21 | Plaintiffs have not identified evidence showing they had possession of ██████ ████████ Trade Secret No. 6 in its entirety at the time of the alleged misappropriation.  SUF Nos. 17 and 20. | **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of S-6 in its entirety at the time of Apple's misappropriation.  **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of S-6 in its entirety at the time of Apple's misappropriation.  SGDF No. 17.  Ex. EEEE, Ex. Q; Ex. R; Ex. T; Ex. U; Ex. V; Ex. FFFF; Madisetti Decl.; Ex. 15 ¶¶ 659-740, 781-788, 811, 819-826; Ex. 2; Ex. 6, 6-11. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 22 | Plaintiffs have not identified evidence showing they had possession of ████████████ Trade Secret No. 1 in its entirety at the time of the alleged misappropriation. Passamaneck Decl. Ex. 21, ¶¶ 30, 32-38; Ex. 22, ¶¶ 127-143. | **Factual dispute.** Testimonial and documentary evidence show that Masimo had possession of B-1 in its entirety at the time of Apple's misappropriation. Palmatier Decl.; Ex. 20 ¶¶64-91, 255-68, 337-47, 429-37, 521-28; Exs. EE-FF; Ex. GG at 16-28, 33-35, 37-39, 44-45, 60, 65-67, 71-73, 76, 86-89, 373-76; Ex. HH at -482-86; Ex. II at -252, -254; Ex. JJ at -758-59; Ex. KK; Ex. LL; Ex. MM at -697; Ex. NN at -525; Ex. OO; Ex. PP; Ex. QQ at -311; Ex. RR at -915-16; Ex. SS at -298; Ex. TT at -234; Ex. UU; Ex. VV; Ex. WW at -559, -583-584; Ex. XX at -434, Ex. Y at 171, 174-175, 177, 181-84; Ex. Z at 416, Ex. PPP ¶59; Ex. YY at 49-52. Ex. 10 at 156-57, 199-200, 260, 276-77, 310-12, 313-18, 321, 323-25; Ex. 2; Ex. 6, 6-11. |
| 23 | ████████████ Trade Secret No. 2 incorporates ████████████ Trade Secret No. 1. Dkt. 296-1, ¶ 43.2. | **Admitted.** |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 24 | Plaintiffs have not identified evidence showing they had possession of ███████████ Trade Secret No. 2 in its entirety at the time of the alleged misappropriation.  SUF Nos. 22 and 23. | **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of B-2 in its entirety at the time of Apple's misappropriation.  *See* SGDF No. 22. |
| 25 | ███████████ Trade Secret No. 3 incorporates ███████ Trade Secret No. 1.  Dkt. 296-1, ¶ 43.3. | **Admitted.** |
| 26 | Plaintiffs have not identified evidence showing they had possession of ███████████ Trade Secret No. 3 in its entirety at the time of the alleged misappropriation.  SUF Nos. 22 and 25. | **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of B-3 in its entirety at the time of Apple's misappropriation. S*ee* SGDF No. 22. |
| 27 | ███████████ Trade Secret No. 4 incorporates ███████ Trade Secret No. 1.  Dkt. 296-1, ¶ 43.4. | **Admitted.** |
| 28 | Plaintiffs have not identified evidence showing they had possession of ███████████ Trade Secret No. 4 in its entirety at the time of the alleged misappropriation.  SUF Nos. 22 and 27. | **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of B-4 in its entirety at the time of Apple's misappropriation.  *See* SGDF No. 22. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 29 | Plaintiffs have not identified evidence showing they had possession of ███████████ Trade Secret No. 6 in its entirety at the time of the alleged misappropriation. Passamaneck Decl. Ex. 21, ¶¶ 235-236, 238; Ex. 22, ¶ 156. | **Factual dispute.** Testimonial and documentary evidence show that Masimo had possession of B-6 in its entirety at the time of Apple's misappropriation. *See* SGDF No. 22. |
| 30 | ████████████ Trade Secret No. 7 incorporates █████████ Trade Secret Nos. 1 and 6. Dkt. 296-1, ¶ 43.7. | **Dispute.** Business & Marketing Trade Secret No. 7 recites: ████ ████████████████████ ████████████████████ ████████████████████ It does not require knowledge that Plaintiffs were pursuing both "1 and 6" as Apple alleges. Dkt. 296-1, ¶ 43.7. |
| 31 | Plaintiffs have not identified evidence showing they had possession of ███████████ Trade Secret No. 7 in its entirety at the time of the alleged misappropriation. SUF Nos. 22, 29 and 30. | **Factual dispute.** Testimonial and documentary evidence show that Masimo had possession of B-7 in its entirety at the time of Apple's misappropriation. *See* SGDF Nos. 22-29. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 32 | ████████████ Trade Secret No. 7 incorporates ████████ Trade Secret Nos. 1 and 6.  Dkt. 296-1, ¶ 43.8. | **Dispute.**  Business & Marketing Trade Secret No. 7 recites: ██ ████████████████ ████████████████████ ████████████████████ It does not require knowledge that Plaintiffs were pursuing both "1 and 6" as Apple alleges.  Dkt. 296-1, ¶ 43.7.<br><br>To the extent Apple intended to refer to Business & Marketing Trade Secret No. 8, **Dispute.**  Business & Marketing Trade Secret No. 8 recites: ████████████ ██████████████ ██████████████ ████████████████ ██████████ ██████████████ Dkt. 296-1, ¶ 43.8. |
| 33 | Plaintiffs have not identified evidence showing they had possession of ████████████ Trade Secret No. 8 in its entirety at the time of the alleged misappropriation.  SUF Nos. 22, 29 and 32. | **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of B-8 in its entirety at the time of Apple's misappropriation.  *See* SGDF Nos. 22-29. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 34 | Plaintiffs have not identified evidence showing they had possession of ███████████ Trade Secret No. 5 in its entirety at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 21, ¶¶ 265-269, Ex. 22, ¶¶ 160-166. | **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of H-5 in its entirety at the time of Apple's misappropriation.  Palmatier Decl.; Ex. 20 ¶¶592-617; Ex. ZZ at -668, -670, 672-673; Ex. AAA at -007; Ex. BBB at -900; Ex. CCC; Ex. DDD; Ex. EEE; Ex. FFF at -583; Ex. GGG at -935; Ex. HHH at -221, -225; Ex. III at -008; Ex. 10 at 326-29, 333-35; Ex. GG at 16-18; Ex. YY at 62-65, 71-73, 76-77, 79; Ex. WW at -584 |
| 35 | ███████████ Trade Secret No. 6 Incorporates ███████████ Trade Secret No. 5.  Dkt. 296-1, ¶ 44.6. | **Admitted.** |
| 36 | Plaintiffs have not identified evidence showing they had possession of ███████████ Trade Secret No. 6 in its entirety at the time of the alleged misappropriation.  SUF Nos. 34 and 35. | **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of H-6 in its entirety at the time of Apple's misappropriation.  *See* SGDF No. 34. |
| 37 | ███████████ Trade Secret No. 7 incorporates ███████████ Trade Secret No. 5.  Dkt. 296-1, ¶ 44.7. | **Admitted.** |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|-----|-------------------------------------|-------------------------------|
| 38 | Plaintiffs have not identified evidence showing they had possession of ▮▮▮▮▮▮ Trade Secret No. 7 in its entirety at the time of the alleged misappropriation.  SUF Nos. 34 and 37. | **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of H-7 in its entirety at the time of Apple's misappropriation.  S*ee* SGDF No. 34. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|-----|-------------------------------------|-------------------------------|
| 39 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ▮▮▮▮▮ Trade Secret No. 1 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 17, ¶ 67; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** <br> **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of D-1 at the time of Apple's misappropriation. *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9; Ex. OOO. |
| 40 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ▮▮▮▮▮ Trade Secret No. 3 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 17, ¶ 197; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** <br> **Factual dispute.**  Testimonial and documentary evidence show that Cercacor had possession of D-3 at the time of Apple's misappropriation. *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9; Ex. OOO. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 41 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ██████████ Trade Secret No. 8 at the time of the alleged misappropriation.  Passmaneck Decl. Ex. 17, ¶ 244; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.**  **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of D-8 at the time of Apple's misappropriation. *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9; Ex. OOO. |
| 42 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ██████████ Trade Secret No. 9 at the time of the alleged misappropriation.  Passmaneck Decl. Ex. 17, ¶ 285; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.**  **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of D-9 at the time of Apple's misappropriation. *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9; Ex. OOO. |
| 43 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ██████████ Trade Secret No. 10 at the time of the alleged misappropriation.  Passmaneck Decl. Ex. 17, ¶ 326; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.**  **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of D-10 at the time of Apple's misappropriation.  *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9; Ex. OOO |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 44 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ▮▮▮▮▮▮▮▮▮▮▮▮ Trade Secret No. 11 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 17, ¶ 365; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of D-11 at the time of Apple's misappropriation.  *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9; Ex. OOO |
| 45 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ▮▮▮▮▮▮▮▮▮▮▮▮ Trade Secret No. 12 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 17, ¶ 401; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of D-12 at the time of Apple's misappropriation.  *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9; Ex. OOO |
| 46 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ▮▮▮▮▮▮▮▮▮▮▮▮ Trade Secret No. 13 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 17, ¶ 436; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of D-13 at the time of Apple's misappropriation.  *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9; Ex. OOO |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 47 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ███████████ Trade Secret No. 14 at the time of the alleged misappropriation.  Passmaneck Decl. Ex. 17, ¶ 471; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of D-14 at the time of Apple's misappropriation.  *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9; Ex. OOO |
| 48 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ███████████ Trade Secret No. 15 at the time of the alleged misappropriation.  Passmaneck Decl. Ex. 17, ¶ 507; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of D-15 at the time of Apple's misappropriation.  *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9; Ex. OOO |
| 49 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ███████████ Trade Secret No. 16 at the time of the alleged misappropriation.  Passmaneck Decl. Ex. 17, ¶¶ 67, 152, 197, 244, 285, 326, 365, 401, 436, 471, 507; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of D-16 at the time of Apple's misappropriation.  *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9; Ex. OOO |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 50 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ███████ Trade Secret No. 4 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 19, ¶ 55; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.**<br><br>**Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of LP-4 at the time of Apple's misappropriation.  SGDF No. 12; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |
| 51 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ███████ Trade Secret No. 5 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 19, ¶ 138; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.**<br><br>**Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of LP-5 at the time of Apple's misappropriation.  SGDF No. 13; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |
| 52 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ███████ Trade Secret No. 7 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 19, ¶ 233; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.**<br><br>**Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of LP-7 at the time of Apple's misappropriation.  SGDF No. 14; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 53 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ▉▉▉▉ Trade Secret No. 8 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 19, ¶ 272; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of LP-8 at the time of Apple's misappropriation.  SGDF No. 15; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |
| 54 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ▉▉▉▉ Trade Secret No. 10 at the time of the alleged misappropriation.   Passamaneck Decl. Ex. 19, ¶¶ 55, 138, 190, 233, 272, 321; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of LP-10 at the time of Apple's misappropriation.  SGDF No. 16; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |
| 55 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ▉▉▉▉ Trade Secret No. 4 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 19, ¶ 339; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of S-4 at the time of Apple's misappropriation. SGDF No. 17; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 56 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ▮▮▮▮▮ Trade Secret No. 5 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 19, ¶ 406; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.**<br>**Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of S-5 at the time of Apple's misappropriation. SGDF No. 19; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO. |
| 57 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ▮▮▮▮▮ Trade Secret No. 6 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 19, ¶¶ 339, 406, 423; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.**<br>**Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of S-6 at the time of Apple's misappropriation. SGDF No. 21; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO. |
| 58 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ▮▮▮▮▮ Trade Secret No. 1 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 21, ¶ 31; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.**<br>**Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of B-1 at the time of Apple's misappropriation. *See* SGDF No. 22; Exs. 1-2; Ex. 4-6; Exs. 8-9. Ex. OOO. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 59 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ███████████ Trade Secret No. 2 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 21, ¶¶ 31, 89; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of B-2 at the time of Apple's misappropriation. *See* SGDF No. 22; Exs. 1-2; Ex. 4-6; Exs. 8-9. Ex. OOO. |
| 60 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ███████████ Trade Secret No. 3 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 21, ¶¶ 31, 138; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of B-3 at the time of Apple's misappropriation. *See* SGDF No. 22; Exs. 1-2; Ex. 4-6; Exs. 8-9. Ex. OOO. |
| 61 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ███████████ Trade Secret No. 4 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 21, ¶¶ 31, 188; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of B-4 at the time of Apple's misappropriation. *See* SGDF No. 22; Exs. 1-2; Ex. 4-6; Exs. 8-9. Ex. OOO. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 62 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ███████████ Trade Secret No. 6 at the time of the alleged misappropriation. Passamaneck Decl. Ex. 21, ¶ 234, 236 & n.162; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.** Testimonial and documentary evidence show that Masimo had possession of B-6 at the time of Apple's misappropriation. *See* SGDF No. 22; Exs. 1-2; Ex. 4-6; Exs. 8-9. Ex. OOO. |
| 63 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ███████████ Trade Secret No. 7 at the time of the alleged misappropriation. Passamaneck Decl. Ex. 21, ¶¶ 31, 89, 138, 188, 234, 236 & n.162, 261; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.** Testimonial and documentary evidence show that Masimo had possession of B-7 at the time of Apple's misappropriation. *See* SGDF No. 22; Exs. 1-2; Ex. 4-6; Exs. 8-9. Ex. OOO. |
| 64 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ███████████ Trade Secret No. 8 at the time of the alleged misappropriation. Passamaneck Decl. Ex. 21, ¶¶ 31, 89, 138, 188, 234, 261; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.** Testimonial and documentary evidence show that Masimo had possession of B-8 at the time of Apple's misappropriation. SGDF No. 33; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|-----|-------------------------------------|-------------------------------|
| 65 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ██████████ Trade Secret No. 5 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 21, ¶ 264; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | Irrelevant.<br><br>**Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of H-5 at the time of Apple's misappropriation.  SGDF No. 33; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO. |
| 66 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ██████████ Trade Secret No. 6 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 21, ¶¶ 264, 297; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | Irrelevant.<br><br>**Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of H-6 at the time of Apple's misappropriation.  SGDF No. 33; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO. |
| 67 | Plaintiffs have not identified evidence showing which Plaintiff had possession of ██████████ Trade Secret No. 7 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 21, ¶¶ 264, 297; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | Irrelevant.<br><br>**Factual dispute.**  Testimonial and documentary evidence show that Masimo had possession of H-7 at the time of Apple's misappropriation.  SGDF No. 33; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|-----|-------------------------------------|-------------------------------|
| 68 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ███████████████ Trade Secret No. 1 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 17, ¶ 67; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of D-1 at the time of Apple's misappropriation.  *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |
| 69 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ███████████████ Trade Secret No. 3 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 17, ¶ 197; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of D-3 at the time of Apple's misappropriation.  *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |
| 70 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ███████████████ Trade Secret No. 8 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 17, ¶ 244; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of D-8 at the time of Apple's misappropriation.  *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 71 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ███████████ Trade Secret No. 9 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 17, ¶ 285; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of D-9 at the time of Apple's misappropriation.  *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |
| 72 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ███████████ Trade Secret No. 10 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 17, ¶ 326; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of D-10 at the time of Apple's misappropriation.  *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |
| 73 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ███████████ Trade Secret No. 11 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 17, ¶ 365; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of D-11 at the time of Apple's misappropriation.  *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 74 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ███████████████ Trade Secret No. 12 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 17, ¶ 401; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of D-12 at the time of Apple's misappropriation.  *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |
| 75 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ███████████████ Trade Secret No. 13 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 17, ¶ 436; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of D-13 at the time of Apple's misappropriation.  *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |
| 76 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ███████████████ Trade Secret No. 14 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 17, ¶ 471; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of D-14 at the time of Apple's misappropriation.  *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 77 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ████████████ Trade Secret No. 15 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 17, ¶ 507; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of D-15 at the time of Apple's misappropriation.  *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |
| 78 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ████████████ Trade Secret No. 16 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 17, ¶¶ 67, 152, 197, 244, 285, 326, 365, 401, 436, 471, 507; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of D-16 at the time of Apple's misappropriation.  *See* SGDF No. 1; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |
| 79 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ████ ████ Trade Secret No. 4 at the time of the alleged misappropriation. Passamaneck Decl. Ex. 19, ¶ 55; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of LP-4 at the time of Apple's misappropriation.  SGDF No. 12; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 80 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ▆▆▆ ▆▆▆ Trade Secret No. 5 at the time of the alleged misappropriation. Passamaneck Decl. Ex. 19, ¶ 138; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | Irrelevant.<br>**Factual dispute.** Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of LP-5 at the time of Apple's misappropriation. SGDF No. 13; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |
| 81 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ▆▆▆ ▆▆▆ Trade Secret No. 7 at the time of the alleged misappropriation. Passamaneck Decl. Ex. 19, ¶ 233; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | Irrelevant.<br>**Factual dispute.** Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of LP-7 at the time of Apple's misappropriation. SGDF No. 14; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |
| 82 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ▆▆▆ ▆▆▆ Trade Secret No. 8 at the time of the alleged misappropriation. Passamaneck Decl. Ex. 19, ¶ 272; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | Irrelevant.<br>**Factual dispute.** Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of LP-8 at the time of Apple's misappropriation. SGDF No. 15; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 83 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ▮▮▮ ▮▮▮ Trade Secret No. 10 at the time of the alleged misappropriation. Passamaneck Decl. Ex. 19, ¶¶ 55, 138, 190, 233, 272, 321; Ex. 6; Ex. 1; Ex. 2; Ex. 8; Ex. 9; Ex. 4; Ex. 5. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of LP-10 at the time of Apple's misappropriation.  SGDF No. 16; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |
| 84 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ▮▮▮ ▮▮▮ Trade Secret No. 4 at the time of the alleged misappropriation. Passamaneck Decl. Ex. 19, ¶ 339; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of S-4 at the time of Apple's misappropriation.  SGDF No. 17; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |
| 85 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ▮▮▮ ▮▮▮ Trade Secret No. 5 at the time of the alleged misappropriation. Passamaneck Decl. Ex. 19, ¶ 406; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of S-5 at the time of Apple's misappropriation.  SGDF No. 19; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 86 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ████ ██████ Trade Secret No. 6 at the time of the alleged misappropriation. Passamaneck Decl. Ex. 19, ¶¶ 339, 406, 423; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.** Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of S-6 at the time of Apple's misappropriation. SGDF No. 21; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |
| 87 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ████████████ Trade Secret No. 1 at the time of the alleged misappropriation. Passamaneck Decl. Ex. 21, ¶ 31; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.** Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of B-1 at the time of Apple's misappropriation. SGDF No. 22; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|-----|-------------------------------------|-------------------------------|
| 88 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ███████████ Trade Secret No. 1 at the time of the alleged Trade Secret No. 2 at the time of the alleged misappropriation. Passamaneck Decl. Ex. 21, ¶¶ 31, 89; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.** Apple's alleged uncontroverted fact is vague and unintelligible. To the extent Apple alleges Plaintiffs have not identified evidence that Plaintiffs had ownership of Business & Marketing Trade Secret No. 2 at the time of the alleged misappropriation, **Disputed.** Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of B-2 at the time of Apple's misappropriation. SGDF No. 22; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 89 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ███████████ Trade Secret No. 1 at the time of the alleged Trade Secret No. 3 at the time of the alleged misappropriation. Passamaneck Decl. Ex. 21, ¶¶ 31, 138; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.** Apple's alleged uncontroverted fact is vague and unintelligible. To the extent Apple alleges Plaintiffs have not identified evidence that Plaintiffs had ownership of Business & Marketing Trade Secret No. 3 at the time of the alleged misappropriation, **Disputed.** Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of B-3 at the time of Apple's misappropriation. SGDF No. 22; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|-----|-------------------------------------|-------------------------------|
| 90 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ███████████ Trade Secret No. 1 at the time of the alleged Trade Secret No. 4 at the time of the alleged misappropriation. Passamaneck Decl. Ex. 21, ¶¶ 31, 188; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.** Apple's alleged uncontroverted fact is vague and unintelligible. To the extent Apple alleges Plaintiffs have not identified evidence that Plaintiffs had ownership of Business & Marketing Trade Secret No. 4 at the time of the alleged misappropriation, **Disputed.** Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of B-4 at the time of Apple's misappropriation. SGDF No. 22; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 91 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ███████████ Trade Secret No. 1 at the time of the alleged Trade Secret No. 6 at the time of the alleged misappropriation. Passamaneck Decl. Ex. 21, ¶¶ 234, 236 & n.162; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.** Apple's alleged uncontroverted fact is vague and unintelligible. To the extent Apple alleges Plaintiffs have not identified evidence that Plaintiffs had ownership of Business & Marketing Trade Secret No. 6 at the time of the alleged misappropriation, **Disputed.** Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of B-6 at the time of Apple's misappropriation. SGDF No. 22; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|-----|-------------------------------------|-------------------------------|
| 92 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ████████████ Trade Secret No. 1 at the time of the alleged Trade Secret No. 7 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 21, ¶¶ 31, 89, 138, 188, 234, 236 & n.162, 261; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.**  **Factual dispute.**  Apple's alleged uncontroverted fact is vague and unintelligible.  To the extent Apple alleges Plaintiffs have not identified evidence that Plaintiffs had ownership of Business & Marketing Trade Secret No. 7 at the time of the alleged misappropriation, **Disputed.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of B-7 at the time of Apple's misappropriation.  SGDF No. 22; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 93 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ███████████████ Trade Secret No. 1 at the time of the alleged Trade Secret No. 8 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 21, ¶¶ 31, 89, 138, 188, 234, 236 & n.162, 261; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.**<br><br>**Factual dispute.**  Apple's alleged uncontroverted fact is vague and unintelligible.  To the extent Apple alleges Plaintiffs have not identified evidence that Plaintiffs had ownership of Business & Marketing Trade Secret No. 8 at the time of the alleged misappropriation, **Disputed.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of B-8 at the time of Apple's misappropriation.  SGDF No. 22; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |
| 94 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ███████████████ Trade Secret No. 5 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 21, ¶¶ 264; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.**<br><br>**Factual dispute.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of H-5 at the time of Apple's misappropriation.  SGDF No. 34; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 95 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ████████ Trade Secret No. 6 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 21, ¶¶ 264, 297; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of H-6 at the time of Apple's misappropriation.  SGDF No. 34; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |
| 96 | Plaintiffs have not identified evidence that Plaintiffs had ownership of ████████ Trade Secret No. 7 at the time of the alleged misappropriation.  Passamaneck Decl. Ex. 21, ¶¶ 264, 297; Ex. 22, ¶ 123 n.180; Ex. 1; Ex. 2; Ex. 4; Ex. 5; Ex. 6; Ex. 8; Ex. 9. | **Irrelevant.** **Factual dispute.**  Testimonial and documentary evidence show that Masimo Corporation and/or Cercacor Laboratories, Inc. had ownership of H-7 at the time of Apple's misappropriation.  SGDF No. 34; Exs. 1-2; Ex. 4-6; Exs. 8-9, Ex. OOO |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|-----|-------------------------------------|-------------------------------|
| 97 | ████████ Trade Secret No. 5 claims the idea of ████████████████ ████████████████ ████████████████ ████████ Passamaneck Decl. Ex. 16, ¶¶ 642-643; Ex. 19, ¶¶ 140-141, 145-147. | **Vague** as to "claims the idea of." <br><br> **Factual dispute.** Apple mischaracterizes LP-5, which does not identify a general problem coupled with a general solution. ████████ Trade Secret No. 5 recites: ████████ ... ████████ Ex. 15 ¶¶513-517; Ex. H at 133-36; Ex. I at -787; Ex. MMM ¶¶42-47; Ex. 16 ¶¶643-778. ████████ ... ████████ Ex. 15 ¶¶513-14, 516, 519; Ex. 29 at 327:4-23, |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|-----|-------------------------------------|-------------------------------|
|     |                                     | 351:14-352:18.  Ex. I at -679, -708-709, -723, -782-792, -801, -820, -858.  Ex. 15 ¶519; Ex. GGGG (MASA03603248) at -259; Ex. HHHH (MASA03603300) at -311; Exs. IIII-LLLL; Ex. MMMM (MASA02171862) at -866, -892; Ex. NNNN (MASA02177158) at -173; Ex. OOOO (MASA00854389) at -405-408; Exs. PPPP-YYYY. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 98 | Plaintiffs' expert does not identify anything in ▮▮▮▮ Trade Secret No. 5 that goes beyond ▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮ Passamaneck Decl. Ex. 16, ¶¶ 642-643; Ex. 19, ¶¶ 140-141, 145-147. | **Vague** as to "anything … that goes beyond the idea of." <br><br> **Factual dispute.** Masimo's expert identified how Masimo developed and used ▮▮▮▮ Trade Secret No. 5. SGDF No. 13; Ex. 15 ¶¶513-517; Ex. H at 133-36; Ex. I at -787; Ex. MMM ¶¶42-47; Ex. 16 ¶¶643-778; Ex. 15 ¶¶513-14, 516, 519; Ex. 29 at 327:4-23, 351:14-352:18.  Ex. I at -679, -708-709, -723, -782-792, -801, -820, -858.  Ex. 15 ¶519; Ex. GGGG (MASA03603248) at -259; Ex. HHHH (MASA03603300) at -311; Exs. IIII-LLLL; Ex. MMMM (MASA02171862) at -866, -892; Ex. NNNN (MASA02177158) at -173; Ex. OOOO (MASA00854389) at -405-408; Exs. PPPP-YYYY.  Apple identified no evidence showing LP-5 is generally known. Ex. 16 ¶¶643-778. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|-----|-------------------------------------|-------------------------------|
| 99 | ▓▓▓▓▓▓ Trade Secret No. 7 claims ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Passamaneck Decl. Ex. 16, ¶¶ 781, 783-788, 798-802; Ex. 18, ¶¶ 242- 247; Ex. 19, ¶¶ 192-195, 235-239, 244, 246; Ex. 29 at 375:7-376:24. | **Vague** as to "claims the idea of" **Factual dispute.** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ SGDF No. 17; Ex. RRR at APL-MAS_002397232; Ex. O at -498; Ex. 15 ¶597)); Ex. TTT at 270-80, 341-42, 350-56, 433-36; Exs. UUU-WWW; Ex. 15 ¶¶599-600. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 100 | Plaintiffs' expert does not identify anything in ▮▮▮▮ Trade Secret No. 7 that goes beyond the ▮▮▮▮ ▮▮▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ Passamaneck Decl. Ex. 16, ¶¶ 781, 783-788, 798-802; Ex. 18, ¶ 242- 247; Ex. 19, ¶¶ 192-195, 235-239, 244, 246; Ex. 29 at 375:7-376:24. | **Vague** as to "anything … that goes beyond the idea of." **Factual dispute.** Masimo's expert identified how Masimo developed and used ▮▮▮▮ Trade Secret No. 7, as well as how Apple acquired and used ▮▮▮▮ Trade Secret No. 7.  SGDF No. 14; Madisetti Decl; Ex. 15, Exs. XXX-YYY; Masimo's expert further explained that ▮▮▮▮ Trade Secret No. 7 is not generally known or readily ascertainable.  Ex. 16 ¶¶ 796-808. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|-----|-------------------------------------|-------------------------------|
| 101 | ███████ Trade Secret No. 8 claims ███████████████ ████████████████ █████████████████ ███████████ Passamaneck Decl. Ex. 16, ¶¶ 814, 819; Ex. 18, ¶¶ 249, 251-259; Ex. 19, ¶¶ 274-275; Ex. 7. | **Factual dispute. Vague** as to "claims the idea of" **Factual dispute.** ████████ ██████████████████ ████████████████ ████████████████ █████████████████ ███████████████SGDF 15; █████████████ ████████████████ ███████████████ ████████████████ ███████████████ █████████████████ ████████████████ Exs. XXX-YYY; Ex. 15 ¶629. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|-----|-------------------------------------|-------------------------------|
| 102 | Plaintiffs' expert does not identify anything in ▊▊▊ Trade Secret No. 8 ▊▊▊▊▊ ▊▊▊▊▊▊▊▊▊ ▊▊▊▊▊▊▊ ▊▊▊▊▊▊▊ Passamaneck Decl. Ex. 16, ¶¶ 814, 819; Ex. 18, ¶¶ 249, 251-259; Ex. 19, ¶¶ 274-275; Ex. 7. | **Vague** as to "anything … that goes beyond the idea of." **Factual dispute.** Masimo's expert identified how Masimo developed and used ▊▊▊ Trade Secret No. 8, as well as how Apple acquired and used ▊▊▊ Trade Secret No. 8. SGDF No. 15; Masimo's expert further explained that ▊▊▊ Trade Secret No. 8 is not generally known or readily ascertainable. Madisetti Decl.; Ex. 16 ¶¶811-829. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|-----|-------------------------------------|-------------------------------|
| 103 | Plaintiffs have not provided any explanation for the meaning of "value" as recited in ▊▊▊ ▊▊▊ Trade Secret No. 16. Ex. 15, ¶¶ 168-169, 193- 194, 233-234, 259-260, 294-295, 317-318, 339- 340, 362-363, 384-385, 408-409, 433-434. | **Immaterial.** **Factual dispute.** Masimo has provided evidence regarding the meaning of "value" in D-16. Ex. 15 ¶¶ 106-146, 168-169, 193-194, 212-218, 233-234, 251-254, 259-260, 278-290, 294-295, 311-313, 317-318, 334-335, 339-340, 357-358, 362-363, 379-380, 384-385, 403-404, 408-409, 428-429, 433-434. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 104 | Plaintiffs have not provided any explanation for the meaning of "importance" as recited in ███████████████████ Trade Secret No. 16.  Ex. 15, ¶¶ 168-169, 193- 194, 233-234, 259-260, 294-295, 317-318, 339-340, 362-363, 384-385, 408-409, 433-434. | **Immaterial.** **Factual dispute.**  Masimo has provided evidence regarding the meaning of "importance" in D-16.  Ex. 15 ¶¶ 106-146, 168-169, 193-194, 212-218, 233-234, 251-254, 259-260, 278-290, 294-295, 311-313, 317-318, 334-335, 339-340, 357-358, 362-363, 379-380, 384-385, 403-404, 408-409, 428-429, 433-434. |
| 105 | Plaintiffs have not provided any explanation for the meaning of "appropriateness" as recited in ███████████████████ Trade Secret No. 16.  Ex. 15, ¶¶ 168-169, 193- 194, 233-234, 259-260, 294-295, 317-318, 339- 340, 362-363, 384-385, 408-409, 433-434. | **Immaterial.** **Factual dispute.**  Masimo has provided evidence regarding the meaning of "appropriateness" in D-16.  Ex. 15 ¶¶ 106-146, 168-169, 193-194, 212-218, 233-234, 251-254, 259-260, 278-290, 294-295, 311-313, 317-318, 334-335, 339-340, 357-358, 362-363, 379-380, 384-385, 403-404, 408-409, 428-429, 433-434. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 106 | Plaintiffs have not provided any explanation for the meaning of "value" as recited in ███████ Trade Secret No. 10. Ex. 15, ¶¶ 457-458, 480, 555-556, 577-578, 607- 608, 638-639. | **Immaterial.** **Factual dispute.** Masimo has provided evidence regarding the meaning of "value" in LP-10. SGDF Nos. 97-102; Ex. 15 ¶¶ 451-458, 480-482, 513-520, 555-556, 567-568, 577-578, 597-598, 607-608, 629, 638-639. |
| 107 | Plaintiffs have not provided any explanation for the meaning of "importance" as recited in ███████ Trade Secret No. 10. Ex. 15, ¶¶ 457-458, 480, 555-556, 577-578, 607- 608, 638-639. | **Immaterial.** **Factual dispute.** Masimo has provided evidence regarding the meaning of "importance" in LP-10. SGDF Nos. 97-102; Ex. 15 ¶¶ 451-458, 480-482, 513-520, 555-556, 567-568, 577-578, 597-598, 607-608, 629, 638-639. |
| 108 | Plaintiffs have not provided any explanation for the meaning of "appropriateness" as recited in ███████ Trade Secret No. 10. Ex. 15, ¶¶ 457-458, 480, 555-556, 577-578, 607-608, 638-639. | **Immaterial.** **Factual dispute.** Masimo has provided evidence regarding the meaning of "appropriateness" in LP-10. SGDF Nos. 97-102; Ex. 15 ¶¶ 451-458, 480-482, 513-520, 555-556, 567-568, 577-578, 597-598, 607-608, 629, 638-639. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 109 | Plaintiffs have not provided any explanation for the meaning of "value" as recited in ▮▮▮▮ Trade Secret No. 6. Ex. 15, ¶¶ 755-756, 795-796, 819-826, 833-834. | **Immaterial.** **Factual dispute.** Masimo has provided evidence regarding the meaning of "value" in S-6. SDGF Nos. 17-21; Ex. 15 ¶¶ 659-740, 755-756, 781-788, 795-796, 819-826, 833-834. |
| 110 | Plaintiffs have not provided any explanation for the meaning of "importance" as recited in ▮▮▮▮ Trade Secret No. 6. Ex. 15, ¶¶ 755-756, 795- 796, 819-826, 833-834. | **Immaterial.** **Factual dispute.** Masimo has provided evidence regarding the meaning of "importance" in S-6. SDGF Nos. 17-21; Ex. 15 ¶¶ 659-740, 755-756, 781-788, 795-796, 819-826, 833-834. |
| 111 | Plaintiffs have not provided any explanation for the meaning of "appropriateness" as recited in ▮▮▮▮ Trade Secret No. 6. Ex. 15, ¶¶ 755-756, 795- 796, 819-826, 833-834. | **Immaterial.** **Factual dispute.** Masimo has provided evidence regarding the meaning of "appropriateness" in S-6. SDGF Nos. 17-21; Ex. 15 ¶¶ 659-740, 755-756, 781-788, 795-796, 819-826, 833-834. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|-----|-------------------------------------|-------------------------------|
| 112 | Plaintiffs have not provided any explanation for the meaning of "value" as recited in ██████████ Trade Secret No. 8.  Ex. 20, ¶¶ 175, 192, 297, 302, 372, 377, 462, 467, 570, 575. | **Immaterial.**<br>**Factual dispute.**  Masimo has provided evidence regarding the meaning of "value" in B-8.  Palmatier Decl.; Ex. 20 ¶¶ 64-91, 255-68, 337-47, 429-37, 521-28, 175-88, 297, 372, 462, 570. |
| 113 | Plaintiffs have not provided any explanation for the meaning of "importance" as recited in ██████ ████████ Trade Secret No. 8.  Ex. 20, ¶¶ 175, 192, 297, 302, 372, 377, 462, 467, 570, 575. | **Immaterial.**<br>**Factual dispute.**  Masimo has provided evidence regarding the meaning of "importance" in B-8.  Palmatier Decl.; Ex. 20 ¶¶ 64-91, 255-68, 337-47, 429-37, 521-28, 175-88, 297, 372, 462, 570. |
| 114 | Plaintiffs have not provided any explanation for the meaning of "appropriateness" as recited in ████ ████████ Trade Secret No. 8.  Ex. 20, ¶¶ 175, 192, 297, 302, 372, 377, 462, 467, 570, 575. | **Immaterial.**<br>**Factual dispute.**  Masimo has provided evidence regarding the meaning of "appropriateness" in B-8.  Palmatier Decl.; Ex. 20 ¶¶ 64-91, 255-68, 337-47, 429-37, 521-28, 175-88, 297, 372, 462, 570. |
| 115 | Plaintiffs have not provided any explanation for the meaning of "value" as recited in ████████████ Trade Secret No. 7.  Ex. 20, ¶¶ 659, 662. | **Immaterial.**<br>**Factual dispute.**  Masimo has provided evidence regarding the meaning of "value" in H-7.  Palmatier Decl.; Ex. 20 ¶¶ 592-617, 175-88, 659. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|-----|-------------------------------------|-------------------------------|
| 116 | Plaintiffs have not provided any explanation for the meaning of "importance" as recited in ▮▮▮ ▮▮▮ Trade Secret No. 7.  Ex. 20, ¶¶ 659, 662. | **Immaterial.** **Factual dispute.**  Masimo has provided evidence regarding the meaning of "importance" in H-7. Palmatier Decl.; Ex. 20 ¶¶ 592-617, 175-88, 659. |
| 117 | Plaintiffs have not provided any explanation for the meaning of "appropriateness" as recited in ▮▮▮ ▮▮▮ Trade Secret No. 7.  Ex. 20, ¶¶ 659, 662. | **Immaterial.** **Factual dispute.**  Masimo has provided evidence regarding the meaning of "appropriateness" in H-7. Palmatier Decl.; Ex. 20 ¶¶ 592-617, 175-88, 659. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|-----|-------------------------------------|-------------------------------|
| 118 | This Court excluded the Rule 26(a)(2)(B) disclosure of Mr. Pridell [sic].  Dkt. 1031 at 5-6, 10. | **Disputed-in-part.**  The Court excluded only the disclosures of Mr. Priddell that it found "should have been presented in [a] Rule 26(a)(2)(B) written report[]."  Dkt. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| | | 1031 at 10, 5-6. |
| 119 | This Court excluded the portions of the Rule 26(a)(2)(B) disclosure of Mr. Muhsin related to Plaintiffs' lost profits theory.  Dkt. 1031 at 5-6, 10. | **Disputed-in-part.**  The Court excluded only the portions of the disclosure of Mr. Muhsin that it found "should have been presented in [a] Rule 26(a)(2)(B) written report[]."  Dkt. 1031 at 10, 6-7. |
| 120 | This Court excluded the following specific alleged facts:<br><br>███████████████<br>██████████████████<br>█████<br>███████████████<br>████████████████████<br>████<br>███████████████<br>██████████████████<br>█████████████████<br>██████<br><br>Dkt. 1031 at 11. | **Disputed-in-part.**  Apple mischaracterizes the Court's Order, which specifically sets forth any excluded information or opinions.  Dkt. 1031. |
| 121 | Mr. Kinrich's lost profits opinions rely on the material excluded by this Court's Rule 26 ruling.  Dkt. 1031 at 6, 11-13; Ex. 25, §§ 2.2-2.4, at 4-11. | **Factual dispute.**  In his November 30, 2022 Supplemental Expert Report (Ex. 24), Mr. Kinrich set forth lost profits opinions that do not rely on material excluded by the Court's Rule 26 ruling (Dkt. 1031, 10-12). |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 122 | Plaintiffs' lost profits case depends on Mr. Kinrich's opinions.  Ex. 23, ¶¶ 60-139; Ex. 24, ¶¶ 2-11; Ex. 25, §§ 2.2-2.4, at 4-11. | **Disputed.**  This is not a fact.  Also, Mr. Kinrich's opinions form only part of the basis for Masimo's lost profits case. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 123 | Plaintiffs have abandoned ████████████████████ Trade Secret Nos. 2 and 4-7.  Passamaneck Decl. Ex. 15, ¶ 85; Ex. 27. | **Vague** as to "abandoned."  **Admitted** that Masimo does not intend to present at trial D-2, D-4, D-5, D-6, and D-7. |
| 124 | Plaintiffs have abandoned ████████ Trade Secret Nos. 1-3, 6, and 9.  Passamaneck Decl. Ex. 15, ¶ 85; Ex. 27. | **Vague** as to "abandoned."  **Admitted** that Masimo does not intend to present at trial LP-1, LP-2, LP-3, LP-6, and LP-9. |
| 125 | ████████ Trade Secret Nos. 1-3, 6, and 9 are incorporated in ████████ Trade Secret No. 10.  Passamaneck Decl. Ex. 19, ¶ 318. | **Admitted.** |
| 126 | Plaintiffs have abandoned ████ ████████ Trade Secret Nos. 1-3.  Passamaneck Decl. Ex. 15, ¶ 85. | **Vague** as to "abandoned."  **Admitted** that Masimo does not intend to present at trial S-1, S-2, and S-3. |

| No. | Apple's Alleged Uncontroverted Fact | Masimo's Statement of Dispute |
|---|---|---|
| 127 | Plaintiffs have abandoned ████ ████ Trade Secret No. 5. Passamaneck Decl. Ex. 20, ¶ 60. | **Vague** as to "abandoned." **Admitted** that Masimo does not intend to present at trial B-5. |
| 128 | The Court dismissed Plaintiffs' ████ Trade Secret Nos. 1-4.  Dkt. 350 at 5-8. | **Admitted.** |

## II.  APPLE'S CONCLUSIONS OF LAW

Local Rule 56.2 does not require Plaintiffs to respond to Apple's Proposed Conclusions of Law.  However, for the reasons explained in Plaintiffs' Opposition to Apple's Motion for Summary,  Apple's Proposed Conclusions of Law are incorrect and Masimo has at least raised a genuine issue of disputed fact regarding every issue raised by Apple in its motion.

## III.  GENUINELY DISPUTED MATERIAL FACTS

In addition to the above, the following facts raise genuine issue that preclude summary judgment.

| No. | Genuinely Disputed Material Fact | Evidence |
|---|---|---|
| 1 | ████████████ | Ex. 2, §§2.1, 3.1, 6.1-6.2. |
| 3 | ████████████ | Ex. 2, §§1.13, 1.24. |
| 4 | ████████████ | Ex. 2, §§2.1, 3.1, 6.1, 6.2. |

| No. | Genuinely Disputed Material Fact | Evidence |
|---|---|---|
|  | ██████████████████████████ |  |
| 5 | ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████████████████████████ █████ | Ex. 2 §§1.10, 1.16, 10.1. |
| 6 | ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████ | Ex. OOO; Ex. QQQ; Ex. ZZZZ; Ex. AAAAA at 125:21-126:14. |
| 7 | ██████████████████████████ ██████████████████████████ ██████████████████████ | Ex. 15 at 42, 51-57, ¶138; Madisetti Decl.; Ex. K at - 907, -935-936; Ex. J, ¶¶5, 9; Ex. L ¶9; Ex. M, ¶75. |
| 8 | ██████████████████████████ ██████████████████████████ ██████████████████████████ ██████ | Madisetti Decl.; Ex. 15 at 42; ¶¶130-31, ¶129. |
| 9 | ██████████████████████████ ██████████████████████████ ██████████████████████████ | Madisetti Decl.; Ex. 15 ¶¶141-143; Ex. JJJ. |
| 10 | Masimo engineers developed Masimo's sensors, including Masimo's Rainbow sensor, Pronto-7 sensor, and forehead sensor, ███ ████████ | Ex. A; Ex. B; Ex. C; Ex. 14 at 195:3-23, 243:1-245:9; Ex. E at 60:12-62:9; Ex. 15, ¶¶451-56; Madisetti Decl.; Ex. F. |

| No. | Genuinely Disputed Material Fact | Evidence |
|-----|----------------------------------|----------|
| 11 | ███████████████████████████ ███████████████████████████ ███████████████████████████ ███████████████████████████ ████████████ | Madisetti Decl.; Ex. 15 ¶¶513 (explaining development and notebooks), 515-17, 519; Ex. H at 133-136; Ex. I at -679, -801; Ex. 29 at 327:4-23, 351:14-352:18. |
| 12 | ███████████████████████████ ███████████████████████████ ███████████████████████████ ███████████████████████████ ███████ | Ex. 15 ¶¶513-14, 516, 519; Madisetti Decl.; Ex. 29 at 327:4-23,  351:14-352:18; Ex. I at -679, -708-709, -723, -782-792, -801, -820, -858; 15 ¶519; Ex. GGGG at -259; Ex. HHHH at -311; Exs. IIII-LLLL; Ex. MMMM at -866, -892; Ex. NNNN at -173; Ex. OOOO at -405-408; Exs. PPPP-YYYY. |
| 13 | Masimo derives economic value derives independent economic value from the problem described in ████████ Trade Secret No. 5 not being generally known in the industry or to the public. | Ex. MMM ¶¶42-47; Ex. 16, ¶¶646-778; Madisetti Decl.. |
| 14 | ███████████████████████████ ███████████████████████████ | Ex. N; Ex. LLL; Madisetti Decl.; Ex. 15. |

| No. | Genuinely Disputed Material Fact | Evidence |
|-----|----------------------------------|----------|
| 15 | ███████████████████████ ███████████████████████ ██████ | Ex. N; Ex. LLL; Madisetti Decl.; Ex. 15. |
| 16 | ███████████████████████ ███████████████████████ ███████████████████████ | Exs. NNN at APL-MAS_00068767; OOO at APL-MAS_00068767; PPP at APL_MAS_00089512; Ex. QQQ at 77-110; Madisetti Decl.; Ex. 15. |
| 17 | ███████████████████████ ███████████████████████ ████████████████ | Ex. N; Ex. LL; Madisetti Decl.; Ex. 15. |
| 18 | ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ █████████████ | Ex. N; Madisetti Decl.; Ex. 15 |
| 19 | ███████████████████████ ███████████████████████ █████████ | Ex. O; Ex. 15 ¶¶597; Madisetti Decl.; Ex. 15 |
| 20 | ███████████████████████ ███████████████████████ ██████ | Madisetti Decl.; Ex. 16 ¶¶794-802, 813-822. |
| 21 | ███████████████████████ | Ex. RRR at -732; Ex. TTT |

| No. | Genuinely Disputed Material Fact | Evidence |
|-----|----------------------------------|----------|
|     | ███████████████████████ ███████████████████████ ██████ | at 270-280, 341-342, 350-356, 433-436; Exs. UUU-WWW; Madisetti Decl.; Ex. 15 ¶¶599-600 |
| 22  | ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ██████ | Ex. RRR at -732; Madisetti Decl.; Ex. 16 |
| 23  | ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ███████████████ | Madisetti Decl.; Ex. 16 ¶¶798-802. |
| 24  | ███████████████████████ ███████████████████████ ███████████████████████ ████████████████████ | Exs. XXX-YYY; Madisetti Decl.; Ex. 15 ¶629; Ex. 16 ¶¶798-802. |
| 25  | ███████████████████████ ███████████████████████ ███████████████████████ ████████████ | Ex. ZZZ at 834; Ex. WWW; Madisetti Decl.; Ex. 15 ¶630-31. |
| 26  | ███████████████████████ ███████████████████████ ███████ | Ex. AAAA at -568; Madisetti Decl.; Ex. 15. |

| No. | Genuinely Disputed Material Fact | Evidence |
|-----|----------------------------------|----------|
| 27  | ███████████████████████████████ ███████████████████████████████ ████████████████████████ | Ex. DD at 268:272:4; Ex. P |
| 28  | ███████████████████████████████ ███████████████████████████████ █████████████████████████ | Ex. EEEE. |
| 29  | ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ █████████████████ | Ex. Q; |
| 30  | ██████████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ ████ | Madisetti Decl.; Ex. 15 ¶¶665, 671, 683-685, 687-688, 691, 694, 698-703, 712-714, 719, 724-725, 729, 734-735. |
| 31  | ███████████████████████████████ ████ | Madisetti Decl. Ex. S at 160:8-23, 163:11-164:12; Ex. 15 ¶¶673-74 (citing Exs. Q, U at -791), V; *see also* Ex. FFFF ¶0010. |
| 32  | ███████████████████████████████ ███████████████████████████████ ███████████████ | Ex. S at 160:8-23, 91:9-15, 98:21-25, 128:23-130:9, 137:22-138:13; Ex. W at 131:15-138:9, 152:5-157:25, 161:25-166:24; |

| No. | Genuinely Disputed Material Fact | Evidence |
|---|---|---|
| | | Ex. 15 ¶683, 685; Ex. Q at -381. |
| 33 | Masimo developed and used its Business and Marketing Trade Secrets | Palmatier Decl.; Ex. 20 ¶¶64-91, 255-68, 337-47, 429-37, 521-28; Exs. EE-FF; Ex. GG at 16-28, 33-35, 37-39, 44-45, 60, 65-67, 71-73, 76, 86-89, 373-76; Ex. HH at -482-86; Ex. II at -252, -254; Ex. JJ at -758-59; Ex. KK; Ex. LL; Ex. MM at -697; Ex. NN at -525; Ex. OO; Ex. PP; Ex. QQ at -311; Ex. RR at -915-16; Ex. SS at -298; Ex. TT at -234; Ex. UU; Ex. VV; Ex. WW at -559, -583-584; Ex. XX at -434. fligth |
| 34 | Apple's expert Kivitz admits that Masimo practices the Business and Marketing Trade Secrets. | Ex. X ¶39; Ex. Y at 171, 174-175, 177, 179, 181, 182-83, 186, 188, 214-15; Ex. Z at 416 |
| 35 | ███████████████████████ | Ex. AA at 31:16-32:4, 34:8-11. |

| No. | Genuinely Disputed Material Fact | Evidence |
|---|---|---|
| 36 | Masimo developed and used its Hospital Interaction Trade Secrets | Palmatier Decl.; Ex. 20 ¶¶592-617; Ex. ZZ at -668, 670, 672-73; Ex. AAA at -007; Ex. BBB at -900; Ex. CCC; Ex. DDD; Ex. EEE; Ex. FFF at -583; Ex. GGG at -935; Ex. HHH at -221, -225; Ex. III at -008; Ex. 10 at 326-329, 333-35; Ex. GG at 16-18; Ex. YY at 63-65, 71-73, 76-77, 79; Ex. ZZ at -668, 670, 672-73; Ex. AAA at -007; Ex. BBB at -900; Ex. CCC; *see* Ex. 20 ¶¶604-09. |
| 37 | ███████████████████████ ███████████████████████ ███████████████████████ █████████ | Ex. 10 at 333-34; Ex. WW at -584; Palmatier Decl.; Ex. 20 ¶432 (citing Ex. WW (MASA002745550)). |
| 38 | ███████████████████████ ███████████████████████ ███████████████████████ ███████████████████████ ██████ | Ex. D at 219-220, 251-252. |
| 39 | ███████████████████████ ███████████████████ | Ex. 10 at 168-169, 173-180; *see also* Ex. CCCC at -776. |

| No. | Genuinely Disputed Material Fact | Evidence |
|---|---|---|
| 40 | ██████████████████████ ██████████████ | Ex. DDDD; Ex. CCCC at -778Madisetti Decl.; Ex. 15. |
| 41 | ██████████████████████ ██████████████████████ ██████████████████████ ████████████ | Ex. 10 at 146-149, 157-159, 160, 165-166, 167; Ex. 12 at 290-291, 299-300; Ex. SSS ¶¶10-11, 13. |
| 42 | Masimo has evidence of module pricing and profit margins. | Ex. 10 at 160, 166-167; Ex. 12 at 299-300; Ex. T at -412. |

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  January 12, 2023

By: /s/ Daniel P. Hughes
Joseph R. Re
Stephen C. Jensen
Benjamin A. Katzenellenbogen
Perry D. Oldham
Stephen W. Larson
Mark D. Kachner
Baraa Kahf
Adam B. Powell
Daniel P. Hughes
Justin J. Gillett

Attorneys for Plaintiffs
MASIMO CORPORATION and
CERCACOR LABORATORIES, INC.