Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Baraa Kahf (Bar No. 261144)
baraa.Kahf@knobbe.com
Justin J. Gillett (Bar No. 298150)
justin.Gillett@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearances continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>) **DECLARATION OF ROBERT**<br>) **PALMATIER IN SUPPORT OF**<br>) **PLAINTIFFS' OPPOSITION TO**<br>) **APPLE'S MOTION FOR PARTIAL**<br>) **SUMMARY JUDGMENT ON**<br>) **PLAINTIFFS' TRADE SECRET**<br>) **CLAIM AND PLAINTIFFS' LOST**<br>) **PROFITS DAMAGES THEORY**<br>)<br>) Date:      February 6, 2022<br>) Time:      1:30 p.m.<br>) Location:  Courtroom 10C |

Mark D. Kachner (Bar No. 234,192)

mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

1      I, Robert Palmatier, hereby declare:

2      1.    I have personal knowledge of the matters set forth in this declaration and,

3 if called upon as a witness, would testify competently thereto.

4      2.    I submit this declaration in support of Masimo's Opposition to Apple's

5 Motion for Partial Summary Judgment.

6      3.    I have reviewed the document filed in this case at Docket No. 1082-21,

7 which I have been informed was attached as Exhibit 20 to a Declaration in Support of

8 Apple's Motion for Partial Summary Judgment.  The document is my opening expert

9 report in this case, entitled "Expert Report of Robert Palmatier, Ph. D.," dated October

10 6, 2022 ("Palmatier Opening Report").

11      4.    I have reviewed Exhibit 2 to my deposition in this case, which I been

12 informed was attached as Exhibit X to the Declaration of Daniel Hughes in Support of

13 Masimo's Opposition to Apple's Motion for Partial Summary Judgment.  The document

14 is my rebuttal expert report in this case, entitled "Rebuttal Expert Report of Robert

15 Palmatier, Ph. D.," dated November 17, 2022 ("Palmatier Rebuttal Report").

16      5.    The Palmatier Opening Report and Palmatier Rebuttal Report truly and

17 accurately sets forth my opinions in this matter and the bases for those opinions, and I

18 would testify to the contents therein at trial.

19

20      I declare under penalty of perjury under the laws of the United States that the

21 foregoing is true and correct.

22      Executed on January 12, 2023, at Seattle, Washington.

23

24

25 Robert Palmatier

26

27

28