Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Baraa Kahf (Bar No. 261144)
baraa.Kahf@knobbe.com
Justin J. Gillett (Bar No. 298150)
justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearances continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF VIJAY MADISETTI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:       February 6, 2022<br>Time:       1:30 p.m.<br>Location:   Courtroom 10C |

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com

1  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
2  Los Angeles, CA 90067
   Telephone: (310) 551-3450
3  Facsimile: (310) 551-3458

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Vijay Madisetti, hereby declare:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.

2. I submit this declaration in support of Masimo's Opposition to Apple's Motion for Partial Summary Judgment.

3. I have reviewed the document filed in this case at Document No. 1082-16, which I understand was attached as Exhibit 15 to a Declaration in Support of Apple's Motion for Partial Summary Judgment. This document is a copy of my opening Expert Report (without the associated appendices and exhibits), dated September 23, 2022 ("Opening Report").

4. I provided an Errata to my Opening Report, dated September 30, 2022 ("Errata"), which I understand is attached as Exhibit CC to the Declaration of Daniel Hughes in Support of Masimo's Opposition to Apple's Motion for Partial Summary Judgment.

5. I provided a Supplemental Expert Report, dated November 2, 2022 ("Supplemental Report"), which I understand is attached as Exhibit BB to the Declaration of Daniel Hughes in Support of Masimo's Opposition to Apple's Motion for Partial Summary Judgment.

6. I have reviewed the document filed in this case at Document No. 1082-17, which I understand was attached as Exhibit 16 to a Declaration in Support of Apple's Motion for Partial Summary Judgment. This document is a copy of my Rebuttal Expert Report (without the associated appendices and exhibits), dated November 4, 2022 ("Rebuttal Report").

7. I have reviewed the document filed in this case at Document No. 1082-29, which I understand was attached as Exhibit 28 to a Declaration in Support of Apple's Motion for Partial Summary Judgment. This document is a copy of my December 8, 2022 deposition transcript.

8. I have reviewed the document filed in this case at Document No. 1082-30, which I understand was attached as Exhibit 29 to a Declaration in Support of Apple's Motion for Partial Summary Judgment. This document is a copy of my December 9, 2022 deposition transcript.

9. My Opening Report, Supplemental Report, and Rebuttal Report—subject to the corrections and clarifications I provided in my Errata and at deposition—truly and accurately set forth my opinions in this matter and the bases for those opinions, and I would testify to the contents therein at trial.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 12, 2023, at Atlanta, Georgia.

*(signed) Vijay K. Madisetti 1/12/23*
Vijay K. Madisetti, Ph.D.