1  Joseph R. Re (Bar No. 134479)
   joseph.re@knobbe.com
2  Stephen C. Jensen (Bar No. 149894)
   steve.jensen@knobbe.com
3  Benjamin A. Katzenellenbogen (Bar No. 208527)
   ben.katzenellenbogen@knobbe.com
4  Perry D. Oldham (Bar No. 216016)
   perry.oldham@knobbe.com
5  Stephen W. Larson (Bar No. 240844)
   stephen.larson@knobbe.com
6  Justin J. Gillett (Bar No. 298150)
   Justin.Gillett@knobbe.com
7  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   2040 Main Street, Fourteenth Floor
8  Irvine, CA 92614
   Telephone: (949) 760-0404; Facsimile: (949) 760-9502
9
   Adam B. Powell (Bar. No. 272725)
10 adam.powell@knobbe.com
   Daniel P. Hughes (Bar No. 299695)
11 Daniel.hughes@knobbe.com
   **KNOBBE, MARTENS, OLSON & BEAR, LLP**
12 3579 Valley Centre Drive
   San Diego, CA 92130
13 Telephone: (858) 707-4000; Facsimile: (858) 707-4001

14 [Counsel appearance continues on next page]

15 Attorneys for Plaintiffs,
   MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF DANIEL P. HUGHES IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' TRADE SECRET CLAIM AND PLAINTIFFS' LOST PROFITS THEORY**<br><br>Date: February 6, 2023<br>Time: 1:30 pm<br>Location: 10C |

1  Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Daniel P. Hughes, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and Counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this Declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in support of Masimo's Opposition to Apple's Motion for Partial Summary Judgment on Plaintiffs' Trade Secret Claim and Plaintiffs' Lost Profits Damages Theory.

2. Attached hereto as **Exhibit A [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA03051964-968 kept in the ordinary course of business and produced by Plaintiffs in this case.

3. Attached hereto as **Exhibit B [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA02977328-329 kept in the ordinary course of business and produced by Plaintiffs in this case.

4. Attached hereto as **Exhibit C [filed under seal]** is a true and correct copy of a document title bearing Bates Numbers MASA03050342-344 kept in the ordinary course of business and produced by Plaintiffs in this case.

5. Attached hereto as **Exhibit D [filed under seal]** is a true and correct copy of the redacted transcript of the December 9, 2022, deposition of Steven Warren Ph.D.

6. Attached hereto as **Exhibit E [filed under seal]** is a true and correct copy of the transcript of the August 17, 2022, deposition of Ammar Al-Ali.

7. Attached hereto as **Exhibit F [filed under seal]** is a true and correct copy of a document bearing Bates Number MASA03016371 kept in the ordinary course of business and produced by Plaintiffs in this case.

8. Attached hereto as **Exhibit G [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA00138222-237 kept in the ordinary course of business and produced by Plaintiffs in this case.

9. Attached hereto as **Exhibit H [filed under seal]** is a true and correct copy of the transcript of the June 28, 2022, deposition of David Dalke.

10. Attached hereto as **Exhibit I [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA00085639-876 kept in the ordinary course of business and produced by Plaintiffs in this case, marked as Dalke Deposition Exhibit 2029.

11. Attached hereto as **Exhibit J [filed under seal]** is a true and correct copy of the Declaration of Jeroen Poeze in Support of Plaintiffs' Motion for Partial Summary Judgment, filed on December 21, 2022, Dkt. 1098-11.

12. Attached hereto as **Exhibit K [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA00086899-972 kept in the ordinary course of business and produced by Plaintiffs in this case, marked as Al-Ali Deposition Exhibit 9.

13. Attached hereto as **Exhibit L [filed under seal]** is a true and correct copy of the Plaintiffs' Memorandum in Support of Its Motion for Partial Summary Judgment, filed on December 21, 2022, Dkt. 1098.

14. Attached hereto as **Exhibit M [filed under seal]** is a true and correct copy of the Declaration of Vijay Madisetti in Support of Plaintiffs' Motion for Partial Summary Judgment, filed on December 21, 2022, Dkt. 1098-8.

15. Attached hereto as **Exhibit N [filed under seal]** is a true and correct copy of a document bearing Bates Numbers APL-MAS_00403581-585 produced by Apple in this case, marked as Madisetti Deposition Exhibit 72.

16. Attached hereto as **Exhibit O [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA01265265-532 kept in the ordinary course of business and produced by Plaintiffs in this case, marked as Lamego Deposition Exhibit 175.

17. Attached hereto as **Exhibit P** is a true and correct copy of a document bearing Bates Numbers MASA00032012-033 kept in the ordinary course of business and produced by Plaintiffs in this case.

18. Attached hereto as **Exhibit Q [filed under seal]** is a true and correct copy of documents bearing Bates Numbers MASA03051379, MASA03051381-393, and MASA03051482-486 kept in the ordinary course of business and produced by Plaintiffs in this case.

19. Attached hereto as **Exhibit R [filed under seal]** is a true and correct copy of excerpts of the Expert Report of Majid Sarrafzadeh, Ph.D. Regarding Certain of Plaintiffs' Alleged Technical Trade Secrets.

20. Attached hereto as **Exhibit S [filed under seal]** is a true and correct copy of the transcript of the June 21, 2022, deposition of Greg Olsen.

21. Attached hereto as **Exhibit T** is a true and correct copy of a document bearing Bates Numbers MASA03357288-493 kept in the ordinary course of business and produced by Plaintiffs in this case.

22. Attached hereto as **Exhibit U [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA00079777-835 kept in the ordinary course of business and produced by Plaintiffs in this case.

23. Attached hereto as **Exhibit V [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA00079280-293 kept in the ordinary course of business and produced by Plaintiffs in this case.

24. Attached hereto as **Exhibit W [filed under seal]** is a true and correct copy of the transcript of the August 3, 2022, deposition of Phil Weber.

25. Attached hereto as **Exhibit X [filed under seal]** is a true and correct copy of the Rebuttal Expert Report of Dr. Robert Palmatier, Ph.D., marked as Palmatier Deposition Exhibit 2.

26. Attached hereto as **Exhibit Y [filed under seal]** is a true and correct copy of the transcript of the December 21, 2022, deposition of Ran Kivetz, Ph.D.

27. Attached hereto as **Exhibit Z [filed under seal]** is a true and correct copy of the transcript of the December 22, 2022, deposition of Ran Kivetz, Ph.D.

28. Attached hereto as **Exhibit AA [filed under seal]** is a true and correct copy of the transcript of the August 11, 2022, deposition of Diedre Caldbeck.

29. Attached hereto as **Exhibit BB [filed under seal]** is a true and correct copy of the Supplemental Expert Report of Vijay K. Madisetti, Ph.D.

30. Attached hereto as **Exhibit CC [filed under seal]** is a true and correct copy of the Errata to the September 23, 2022 Expert Report of Vijay K. Madisetti Ph.D..

31. Attached hereto as **Exhibit DD [filed under seal]** is a true and correct copy of the redacted transcript of the December 10, 2022, deposition of Steven Warren Ph.D.

32. Attached hereto as **Exhibit EE [filed under seal]** is a true and correct copy of excerpts of a document bearing Bates Numbers MOR_MAS_00004697-788 produced by Apple in this case at later produced by Plaintiffs at Bates Numbers MASA03600454-545.

33. Attached hereto as **Exhibit FF [filed under seal]** is a true and correct copy of excerpts of a document bearing Bates Numbers MOR_MAS_00004576-696 produced by Apple in this case.

34. Attached hereto as **Exhibit GG [filed under seal]** is a true and correct copy of the transcript of the September 22, 2022, deposition of Michael O'Reilly.

35. Attached hereto as **Exhibit HH [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA00533482-491 kept in the ordinary course of business and produced by Plaintiffs in this case, marked as O'Reilly Deposition Exhibit 528.

36. Attached hereto as **Exhibit II [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MOR_MAS_00002252-261 produced by Apple in this case, marked as O'Reilly Deposition Exhibit 529.

37. Attached hereto as **Exhibit JJ [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA03363751-774 kept in the ordinary course of business and produced by Plaintiffs in this case.

38. Attached hereto as **Exhibit KK [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA03250360-366 kept in the ordinary course of business and produced by Plaintiffs in this case.

39. Attached hereto as **Exhibit LL [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA03050350-354 kept in the ordinary course of business and produced by Plaintiffs in this case.

40. Attached hereto as **Exhibit MM [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA01437695-703 kept in the ordinary course of business and produced by Plaintiffs in this case.

41. Attached hereto as **Exhibit NN [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA00079524-544 kept in the ordinary course of business and produced by Plaintiffs in this case.

42. Attached hereto as **Exhibit OO [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA00079546-557 kept in the ordinary course of business and produced by Plaintiffs in this case.

43. Attached hereto as **Exhibit PP [filed under seal]** is a true and correct copy of a document and cover page produced at Bates Number MASA11136126 kept in the ordinary course of business and produced by Plaintiffs in this case.

44. Attached hereto as **Exhibit QQ [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA00078273-408 kept in the ordinary course of business and produced by Plaintiffs in this case.

45. Attached hereto as **Exhibit RR** is a true and correct copy of a document bearing Bates Numbers MASA03583915-921 kept in the ordinary course of business and produced by Plaintiffs in this case.

46. Attached hereto as **Exhibit SS [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA00455269-307 kept in the ordinary course of business and produced by Plaintiffs in this case.

47. Attached hereto as **Exhibit TT** is a true and correct copy of a document bearing Bates Numbers MASA00264232-251 kept in the ordinary course of business and produced by Plaintiffs in this case.

48. Attached hereto as **Exhibit UU [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA002401471-482 kept in the ordinary course of business and produced by Plaintiffs in this case.

49. Attached hereto as **Exhibit VV [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA002403166-174 kept in the ordinary course of business and produced by Plaintiffs in this case.

50. Attached hereto as **Exhibit WW [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA002745550-585 kept in the ordinary course of business and produced by Plaintiffs in this case.

51. Attached hereto as **Exhibit XX [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA00576431-435 kept in the ordinary course of business and produced by Plaintiffs in this case.

52. Attached hereto as **Exhibit YY [filed under seal]** is a true and correct copy of the transcript of the July 28, 2022, deposition of Rick Fishel.

53. Attached hereto as **Exhibit ZZ [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA00419668-673 kept in the ordinary course of business and produced by Plaintiffs in this case.

54. Attached hereto as **Exhibit AAA [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA002748007-012 kept in the ordinary course of business and produced by Plaintiffs in this case.

55. Attached hereto as **Exhibit BBB [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA002501900-901 kept in the ordinary course of business and produced by Plaintiffs in this case.

56. Attached hereto as **Exhibit CCC [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA02304836-837 kept in the ordinary course of business and produced by Plaintiffs in this case.

57. Attached hereto as **Exhibit DDD [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA00080455-459 kept in the ordinary course of business and produced by Plaintiffs in this case.

58. Attached hereto as **Exhibit EEE [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA00080180-190 kept in the ordinary course of business and produced by Plaintiffs in this case.

59. Attached hereto as **Exhibit FFF [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA00128581-677 kept in the ordinary course of business and produced by Plaintiffs in this case.

60. Attached hereto as **Exhibit GGG [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA01253930-936 kept in the ordinary course of business and produced by Plaintiffs in this case.

61. Attached hereto as **Exhibit HHH** is a true and correct copy of a document bearing Bates Numbers MASA00264221-231 kept in the ordinary course of business and produced by Plaintiffs in this case.

62. Attached hereto as **Exhibit III [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA00080006-014 kept in the ordinary course of business and produced by Plaintiffs in this case.

63. Attached hereto as **Exhibit JJJ [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA03583636-637 kept in the ordinary course of business and produced by Plaintiffs in this case.

64. **Exhibit KKK** has been intentionally omitted.

65. Attached hereto as **Exhibit LLL [filed under seal]** is a true and correct copy of a document bearing Bates Numbers APL-MAS_00067173-175 produced by Apple in this case, marked as Block Deposition Exhibit 184.

66. Attached hereto as **Exhibit MMM [filed under seal]** is a true and correct copy of the Expert Disclosure of Mohamed Diab Pursuant to Fed. R. Civ. P. 26(a)(2)(C), dated September 23, 2022.

67. Attached hereto as **Exhibit NNN [filed under seal]** is a true and correct copy of the December 9, 2022, deposition of Vijay Madisetti, Ph.D.

68. Attached hereto as **Exhibit OOO [filed under seal]** is a true and correct compilation of Masimo employment agreements kept in the ordinary course of business and produced by Plaintiffs in this case.

69. Attached hereto as **Exhibit PPP [filed under seal]** is a true and correct copy of excerpts of the Expert Report of Marco Perez, Ph.D., marked as Perez Deposition Exhibit 554.

70. Attached hereto as **Exhibit QQQ [filed under seal]** is a true and correct copy of the transcript of the June 16, 2022, deposition of Tracy Miller.

71. Attached hereto as **Exhibit RRR [filed under seal]** is a true and correct copy of a document bearing Bates Numbers APL-MAS_00239728-733 produced by Apple in this case, marked as Lamego Deposition Exhibit 140.

72. Attached hereto as **Exhibit SSS [filed under seal]** is a true and correct copy of the Expert Disclosure of Bilal Muhsin Pursuant to Fed. R. Civ. P. 26(a)(2)(C), dated September 23, 2022.

73. Attached hereto as **Exhibit TTT [filed under seal]** is a true and correct copy of the transcript of the July 13, 2022, deposition of Marcelo Lamego, Ph.D.

74. Attached hereto as **Exhibit UUU [filed under seal]** is a true and correct copy of documents bearing Bates Numbers APL-MAS_00180664-679 produced by Apple in this case, marked as Lamego Deposition Exhibit 142.

75. Attached hereto as **Exhibit VVV [filed under seal]** is a true and correct copy of a document bearing Bates Number APL-MAS_00241566 produced by Apple in this case, marked as Fu Deposition Exhibit 6.

76. Attached hereto as **Exhibit WWW [filed under seal]** is a true and correct copy of a document bearing Bates Number APL-MAS_00429244 produced by Apple in this case.

77. Attached hereto as **Exhibit XXX [filed under seal]** is a true and correct copy of a document bearing Bates Number MASA00156282 kept in the ordinary course of business and produced by Plaintiffs in this case.

78. Attached hereto as **Exhibit YYY [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA002971347-348 kept in the ordinary course of business and produced by Plaintiffs in this case, marked as Al-Ali Deposition Exhibit 17.

79. Attached hereto as **Exhibit ZZZ [filed under seal]** is a true and correct copy of a document bearing Bates Numbers APL-MAS_00421832-836 produced by Apple in this case.

80. Attached hereto as **Exhibit AAAA [filed under seal]** is a true and correct copy of documents bearing Bates Numbers APL-MAS_00241566-568 produced by Apple in this case, marked as Lamego Deposition Exhibit 143.

81. Attached hereto as **Exhibit BBBB [filed under seal]** is a true and correct copy of an email from Adam B. Powell, counsel for Masimo, to counsel for Apple, dated September 23, 2022.

82. Attached hereto as **Exhibit CCCC [filed under seal]** is a true and correct copy of a document bearing Bates Numbers APL-MAS_01853759-795 produced by Apple in this case, marked as Hotelling Deposition Exhibit 263.

83. Attached hereto as **Exhibit DDDD** is a true and correct copy of a document bearing Bates Number MLAMEGO0000061-063 produced by Marcelo Lamego in this case, marked as Lamego Deposition Exhibit 5.

84. Attached hereto as **Exhibit EEEE [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA00081213-225 kept in the ordinary course of business and produced by Plaintiffs in this case, marked as Olsen Deposition Exhibit 5.

85. Attached hereto as **Exhibit FFFF** is a true and correct copy of a document bearing Bates Numbers MASA03054742-768 kept in the ordinary course of business and produced by Plaintiffs in this case.

86. Attached hereto as **Exhibit GGGG [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA03603248-260 kept in the ordinary course of business and produced by Plaintiffs in this case.

87. Attached hereto as **Exhibit HHHH [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA03603300-312 kept in the ordinary course of business and produced by Plaintiffs in this case.

88. Attached hereto as **Exhibit IIII [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA03603261-273 kept in the ordinary course of business and produced by Plaintiffs in this case.

89. Attached hereto as **Exhibit JJJJ [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA03603274-286 kept in the ordinary course of business and produced by Plaintiffs in this case.

90. Attached hereto as **Exhibit KKKK [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA03603287-299 kept in the ordinary course of business and produced by Plaintiffs in this case.

91. Attached hereto as **Exhibit LLLL [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA002970174-186 kept in the ordinary course of business and produced by Plaintiffs in this case.

92. Attached hereto as **Exhibit MMMM [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA02171862-914 kept in the ordinary course of business and produced by Plaintiffs in this case.

1    93.     Attached hereto as **Exhibit NNNN [filed under seal]** is a true and correct
2   copy of a document bearing Bates Numbers MASA02177158-193 kept in the ordinary
3   course of business and produced by Plaintiffs in this case.
4    94.     Attached hereto as **Exhibit OOOO [filed under seal]** is a true and correct
5   copy of a document bearing Bates Numbers MASA00854389-437 kept in the ordinary
6   course of business and produced by Plaintiffs in this case.
7    95.     Attached hereto as **Exhibit PPPP [filed under seal]** is a true and correct
8   copy of a document bearing Bates Numbers MASA10876152-161 kept in the ordinary
9   course of business and produced by Plaintiffs in this case.
10   96.     Attached hereto as **Exhibit QQQQ [filed under seal]** is a true and correct
11  copy of a document bearing Bates Numbers MASA10877576-585 kept in the ordinary
12  course of business and produced by Plaintiffs in this case.
13   97.     Attached hereto as **Exhibit RRRR [filed under seal]** is a true and correct
14  copy of a document bearing Bates Numbers MASA10880709-718 kept in the ordinary
15  course of business and produced by Plaintiffs in this case.
16   98.     Attached hereto as **Exhibit SSSS [filed under seal]** is a true and correct
17  copy of a document bearing Bates Numbers MASA10882237-246 kept in the ordinary
18  course of business and produced by Plaintiffs in this case.
19   99.     Attached hereto as **Exhibit TTTT [filed under seal]** is a true and correct
20  copy of a document bearing Bates Numbers MASA10883759-768 kept in the ordinary
21  course of business and produced by Plaintiffs in this case.
22   100.    Attached hereto as **Exhibit UUUU [filed under seal]** is a true and correct
23  copy of a document bearing Bates Numbers MASA10886962-971 kept in the ordinary
24  course of business and produced by Plaintiffs in this case.
25   101.    Attached hereto as **Exhibit VVVV [filed under seal]** is a true and correct
26  copy of a document bearing Bates Numbers MASA11359138-147 kept in the ordinary
27  course of business and produced by Plaintiffs in this case.
28

102. Attached hereto as **Exhibit WWWW [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA002521428-439 kept in the ordinary course of business and produced by Plaintiffs in this case.

103. Attached hereto as **Exhibit XXXX [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA11359148-159 kept in the ordinary course of business and produced by Plaintiffs in this case.

104. Attached hereto as **Exhibit YYYY [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA11370203-216 kept in the ordinary course of business and produced by Plaintiffs in this case.

105. Attached hereto as **Exhibit ZZZZ [filed under seal]** is a true and correct copy of a document bearing Bates Numbers MASA01176896-900 kept in the ordinary course of business and produced by Plaintiffs in this case, marked as Miller Deposition Exhibit 2013.

106. Attached hereto as **Exhibit AAAAA [filed under seal]** is a true and correct copy of the transcript of the July 26, 2022, deposition of Germain Hammarth.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 12, 2023, at San Diego, California.

                                     /s/Daniel Hughes
                                     Daniel P. Hughes

56840988