# EXHIBIT RR



## Health and Wellness On the Wrist



The first of its kind, the Masimo W1 offers accurate, continuous health data and actionable health insights – from the leader in hospital pulse oximetry – in a personal, lifestyle-friendly watch. Building on Masimo's decades of leadership in creating revolutionary noninvasive blood parameter monitoring solutions, Masimo W1 provides a variety of physiological data – including oxygen level (SpO2),* hydration index,** pulse rate, pulse rate variability, heart rate, heart rate variability, respiration rate, pleth variability index, and perfusion index – for consumers wanting to make better informed health and lifestyle decisions, improve their fitness, or track their health data on their own or with friends and family.

MASA03583915
EXHIBIT RR

## From the Inventors of Modern Pulse Oximeters

Masimo pulse oximetry is used to monitor more than **200 Million** patients annually.[1]

Masimo SET® is the primary pulse oximetry technology used at **9 of the top 10 hospitals** as ranked in the 2022-23 *U.S. News & World Report* Best Hospitals Honor Roll.[2]

Masimo SET® has been shown in **over 100 studies** to outperform other pulse oximetry technologies in hospital use.[3]

For Masimo W1, we have adapted monitoring technology based on Masimo SET® pulse oximetry to **optimize the capture of health data on the wrist**.



Insights Into Your Personal Health

Oxygen Level | Pulse Rate | Heart Rate | Breaths per Minute | Hydration Index**

MASA03583916
EXHIBIT RR


### Oxygen level (SpO2)*
Oxygen levels in your blood, which can change with heart and lung function, activity, and altitude


### Hydration Index (Hi)™**
An index calculated to reflect your relative level of hydration; studies have shown that optimal hydration can improve sleep quality, cognition, mood, and more


### Pulse rate (PR)
How often the hearts pushes blood through your body, which can change with general health, physical activity, and with your mental or emotional state (e.g., stress, anxiety)


### Heart rate (HR)
The number of times the heart beats in a minute, based on electrical signals


### Pulse Rate Variability (PRV)
The changes in your pulse rate that can show how consistently your blood is being pushed through your body, even with exercise or under stress


### Heart Rate Variability (HRV)
Variations in the amount of time between heart beats, which may provide insight into how consistently you are reacting to changes that affect your heart rate, like exercise or stress


### Pleth Variability Index (PVi®)
A calculation based on the changes in your perfusion index, which may be affected by your fluid volume during your respiration cycle and can increase with lower fluid levels


### Breaths per minute (RRp®†)
The number of breaths you take in a minute, based on the pleth; respiration rate can change with your general health condition, physical activity, or mental or emotional state


### Perfusion Index (Pi)
A calculation of the relative strength of your pulse, which changes based on your circulation

30 + years of innovation and breakthrough advances have allowed Masimo, the makers of clinically proven SET® pulse oximetry, to miniaturize similar monitoring technology and integrate it into a watch.



MASA03583917
EXHIBIT RR



## The Watch You Sleep With

True 24/7 continuous health data that tracks with your activities day and night, so nothing is missed

## Health Data That's Always There

Giving you the power to access your vital health signs immediately





## Keep Pace and Reach New Heights

Optimize your performance and get in tune with how your body reacts

## Maximize Your Rest, Refresh Your Health

With Masimo Health Plan we provide you the information that matters to your sleep in the Sleep Report with an option to review your sleep report by a certified clinician





## Get and Stay Healthy Together

Share and view health and activity data, updated in near real time, with friends and loved ones

## Masimo Health App

- ✓ See patterns and trends in the free Masimo Health App
- ✓ Review your data and gain vital insights into your health information
- ✓ Available for Android and iOS devices



## Masimo Services Your Personal SafetyNet

Join to get deeper insights to help you stay informed, motivated and inspired!

| | Personal | Advanced |
|---|---|---|
| In-app insights into your health data trends | ✓ | ✓ |
| Access to new health data and app features | ✓ | ✓ |
| Access to instant software updates | ✓ | ✓ |
| Automatic identification of overall wellness and sleep analysis | — | ✓ |
| Health data sharing | Share with one person | Multi-person sharing |
| In-depth health reports | Pay Per Report | ✓ |
| Health Coach | Pay per session | Pay per session |
| Secure Data Storage | One Year | Three Years |

### Masimo Wallet

Use Masimo Wallet to purchase Masimo Health services and share your credit with your family and friends.

What's Included ⊕

Specifications ⊕

### References

[1] Estimate: Masimo data on file.

[2] http://health.usnews.com/health-care/best-hospitals/articles/best-hospitals-honor-roll-and-overview.

[3] Published clinical studies on pulse oximetry and the benefits of Masimo SET® can be found on our website at http://www.masimo.com. Comparative studies include independent and objective studies which are comprised of abstracts presented at scientific meetings and peer-reviewed journal articles.

[4] This represents approximate run time with Screen on-time: 0%, Bluetooth connection On, Active Measurement, SpO2 and Heart Rate (Continuous Vitals On), Heart Rate (10 Spot-Check measurements), using a fully charged battery.

\* Arterial oxygen saturation.

\*\* Available with Limited Market Release participation agreement. Option available upon check out.

† RRp stands for respiratory rate from the pleth.

‡ HRV is only available when HR is classified as "Normal Sinus Rhythm".

PLCO-006168/PLM-14147A-0822

Follow Us

MASA03583920
EXHIBIT RR

# Masimo

Closer to the Heart®

Newsletter Sign-Up

Can't find an answer?
Available 24 hours, 7 days a week
(800) 916-1270

Email Customer Service:
customercare@masimo.com

**ABOUT US**
About Us
Contact Us
Warranty and Returns
Sitemap

**LEGAL**
Terms
Accessibility Statement

**PRIVACY**
Privacy Notice
Cookie Notice
CA Privacy

FOR HEALTHCARE PROVIDERS

© 2022, Masimo. All Rights Reserved. All trademarks and/or copyrights are properties of their respective owners. The Bluetooth® word mark and logos are registered trademarks owned by Bluetooth SIG, Inc. and any use of such marks by Masimo is under license. iPhone, iPad, iPod, and iPod touch are registered trademarks of Apple Inc. registered in the U.S. and other countries.

MASA03583921
EXHIBIT RR