# EXHIBIT TT

**TECHNICAL BULLETIN**

# HL7 Deployment and Configuration Guide for Masimo Product

Version 2.0



MASA00264232
EXHIBIT TT

# Table of Contents

1. Introduction ................................................................................................................................................................. 3

2. Connectivity ................................................................................................................................................................. 3

    2.1 Supported Interface Profiles ............................................................................................................................... 3

        2.1.1 ADT Admit, Discharge, and Transfer (Inbound) ............................................................................... 4

        2.1.2 Supported ADT messages ..................................................................................................................... 4

        2.1.3 Device Observation Reporting (Outbound) ...................................................................................... 5

        2.1.4 Observation Reporting Sample Outbound Message ...................................................................... 7

        2.1.5 Alarm Reporter (Outbound) ................................................................................................................. 8

        2.1.6 MDC Listing ............................................................................................................................................... 8

        2.1.7 Alarm Reporting Sample Outbound Message ................................................................................ 10

        2.1.8 Time Synchronization (Inbound) ....................................................................................................... 11

3. Message Formatting ................................................................................................................................................ 12

    3.1 Character Encodings ........................................................................................................................................... 12

4. Interface Deployment ............................................................................................................................................. 12

    4.1 Interface Deployment Process ........................................................................................................................ 12

    4.2 Interface Testing .................................................................................................................................................. 13

    4.3 Inbound/Outbound Message Configuration ............................................................................................... 14

    4.4 Initial Patient Index Synchronization ............................................................................................................ 14

5. Data Privacy and PHI .............................................................................................................................................. 14

6. Patient SafetyNet Admission ................................................................................................................................ 16

7. Interface Management and Technical Support ................................................................................................ 18

MASA00264233
EXHIBIT TT

## 1. INTRODUCTION

Masimo Patient SafetyNet™* is a supplemental remote monitoring and clinician notification system. Patient SafetyNet provides secondary display of physiologic monitoring devices, especially Masimo SET® and rainbow® pulse oximetry and acoustic respiration rate monitors. Patient SafetyNet enables clinicians to view and monitor patient physiological conditions when used in hospitals or hospital-type environments.

Masimo Iris Gateway™ is intended to be used to connect to and convert the data from multiple patient monitoring devices and make those data available to other systems. Iris Gateway can be used in hospital or hospital-like environments.

The user should refer to the Operator's Manuals for Patient SafetyNet and Iris Gateway for complete instructions for use, warnings and precautions.

Masimo systems products deploy with the Masimo Adaptive Connectivity Engine™ (ACE).  The ACE component of Masimo systems interfaces with patient demographics providers and electronic medical records systems using HL7 version 2.x messages, receives inbound ADT (Admit, Discharge, and Transfer) information, and reports patient vital signs and alarms.

### Patient SafetyNet Block Diagram



## 2. CONNECTIVITY

Masimo systems are field-configured by Masimo personnel to interface with new systems that can generate and receive HL7 version 2.x messages. The Masimo system HL7 interface can be configured to comply with the IHE Patient Care Device Technical Framework,  including the Pulse Oximetry Integration supplement.

3

MASA00264234
EXHIBIT TT

## 2.1 Supported Interface Profiles

### 2.1.1 ADT Admit, Discharge, and Transfer (Inbound)

The Masimo system HL7 Interface supports communication of patient ADT using HL7 messaging on a configured socket.

The HL7 ADT message allows the Masimo system to receive patient ADT information and make the information available to clinicians in order to admit a patient to the Masimo system. The Masimo system admission process is an internal process to associate a connected instrument to a patient.

Deploying a Masimo system HL7 ADT interface will facilitate the following:

> Patient Admission: Clinicians can use the patient information provided by the interface, for example Patient SafetyNet (more detail in section 7 Patient SafetyNet Admission).

> Vital Signs Reporting: Using patient information provided by the interface will facilitate vital signs reporting (outbound messages) to the EMR. The Masimo system will use patient information (e.g. Master Record Number) to report patient vital signs to the EMR.

### 2.1.2 Supported ADT messages

The Masimo system HL7 Interface supports the following HL7 version 2.x ADT messages:

| Message Code | Description |
| --- | --- |
| A01 | Admit/Visit Notification |
| A02 | Transfer a Patient |
| A03 | Discharge/End Visit |
| A04 | Register a Patient |
| A06 | Change an Outpatient to an Inpatient |
| A07 | Change an Inpatient to an Outpatient |
| A08 | Update Patient Information |
| A11 | Cancel Admit/Visit Notification |
| A12 | Cancel Transfer |
| A13 | Cancel Discharge/End Visit |
| A17 | Swap Patients |
| A18 | Merge Patient Information |
| A23 | Delete a Patient Record |
| A34 | Merge Patient Information – Patient ID Only |
| A35 | Merge Patient Information – Account Number Only |
| A36 | Merge Patient Information – Patient ID and Account Number |
| A40 | Merge Patient – Patient Identifier List |
| A46 | Change Patient ID |
| A47 | Change Patient Identifier List |

Other message types do not affect the Masimo system patient roster and are processed by sending an acknowledgement only.

MASA00264235
EXHIBIT TT

### 2.1.3 Device Observation Reporting (Outbound)

The Masimo system HL7 interface supports and acts as an IHE PCD Device Observation Reporter (DOR), with the Masimo system HL7 interface periodically sending patient vital signs to systems that act as Device Observation Consumers (DOC) (e.g. an Electronic Medical Record - EMR). The IHE support message for vital signs is the PCD-01 message.

The Masimo system sends parameters monitored by Masimo instruments connected to the Masimo system. Below are the outbound vital signs parameters, units of measure, and HL7 tags.

#### 2.1.3.1 Standards-Based Observation Reporting

Masimo Instruments send parameters out to a connected Masimo system, which then forwards to a consuming system. Below are the outbound vital signs parameters, units of measure, and corresponding identifiers chosen to correspond to the IHE Patient Care Device Technical Framework and the Pulse Oximetry Integration supplement. In accordance with the Technical Framework, MDC (Medical Device Communication) identifiers defined by ISO/IEEE 11073-10101:2004 and ISO/IEEE 11073-10101a:2015 are used to designate medical parameters.

| Identifier (OBX-3) | Vital Sign | Units (OBX-6) | Unit of Measure |
|---|---|---|---|
| 59408-5^Oxygen saturation in Arterial blood by Pulse oximetry^LN^150456^MDC_PULS_OXIM_SAT_O2^MDC | Oxygen Saturation (SpO$_2$) | %^Percent^UCUM | % |
| 8889-8^Heart Rate by Oximetry^LN^149530^MDC_PULS_OXIM_PULS_RATE^MDC | Pulse Rate (PR) | {beats}/min^{beats}/min^UCUM | BPM (1/min) |
| 192519^MDC_PULS_OXIM_PERFUSION_INDEX^99MASIMO | Perfusion Index (Pi) | {unitless} 1^-^UCUM | Unitless |
| 160284^MDC_PULS_OXIM_HB_CO_ART^MDC | Carbon Monoxide (SpCO) | %^Percent^UCUM | % |
| 160288^MDC_PULS_OXIM_HB_MET_ART^MDC | Methemoglobin (SpMet) | %^Percent^UCUM | % |
| 160284^MDC_PULS_OXIM_HB_CO_ART^MDC | Noninvasive Hemoglobin (SpHb) | g/dL^g/dL^UCUM | g/dL |
| 160280^MDC_PULS_OXIM_CONC_HB_O2_ART_CALC^MDC | Oxygen Content (SpOC) | mL/dL^mL/dL^UCUM | ml O$_2$/dL blood |
| 192518^MDC_PULS_OXIM_PLETH_AMPL_VAR_INDEX^99MASIMO | Pleth Variability Index (PVi) | {unitless} 1^-^UCUM | Unitless |
| 151650^MDC_ACOUSTIC_RESP_RATE^MDC | Acoustic Respiration Rate (RRa) | {breaths}/min^{breaths}/min^UCUM | Breaths/min |
| 151658^MDC_PULS_OXIM_PLETH_RESP_RATE^MDC | Pleth Respiration Rate (RRp) | {breaths}/min^{breaths}/min^UCUM | Breaths/min |
| 151728^MDC_AWAY_CO2_ET^MDC | End-tidal CO$_2$ (EtCO$_2$) | mmHg^mm[Hg]^UCUM | mmHg |
| 151736^MDC_AWAY_CO2_INSP^MDC | Fractional Concentration of Inspired CO$_2$ (FiCO$_2$) | mmHg^mm[Hg]^UCUM | mmHg |
| 151594^MDC_CO2_RESP_RATE^MDC | Capnography Respiratory Rate | {breaths}/min^breaths per minute^UCUM | Breaths/min |
| 150344^MDC_TEMP^MDC | Temperature | Cel^Cel&UCUM | Degrees C/F |
| 150021^MDC_PRESS_BLD_NONINV_SYS^MDC | Systolic Blood Pressure | mmHg^mm[Hg]^UCUM | mmHg |
| 150022^MDC_PRESS_BLD_NONINV_DIA^MDC | Diastolic Blood Pressure | mmHg^mm[Hg]^UCUM | mmHg |
| 150023^MDC_PRESS_BLD_NONINV_DIA^MEAN | Mean Arterial Pressure | mmHg^mm[Hg]^UCUM | mmHg |
| 159788^MDC_CONC_GLU_ART^MDC | Glucose | mg/dL^mg/dL^UCUM | mg/dL |

5

MASA00264236
EXHIBIT TT

Patient SafetyNet HL7 Interface

### 2.1.3.2 Simplified Observation Reporting

An alternative, simplified mapping for observation identifiers is also available.

| Identifier (OBX-3) | Vital Sign | Units (OBX-6) | Unit of Measure |
|---|---|---|---|
| SpO2 | Oxygen Saturation (SpO2) | %^Percent^UCUM | % |
| BPM | Pulse Rate (PR) | {beats}/min^beats per minute^UCUM | BPM |
| Pi | Perfusion Index (Pi) | {unitless} 1^-^UCUM | Unitless |
| SpCO | Carbon Monoxide (SpCO) | %^Percent^UCUM | % |
| SpMet | Methemoglobin (SpMet) | %^Percent^UCUM | % |
| SpHb | Noninvasive Hemoglobin (SpHb) | g/dL^g/dL^UCUM mmol/L^mmol/L^UCUM g/L^g/L^UCUM | g/dL mmol/L g/L |
| CAO2 | Oxygen Content (SpOC) | mL/dL^mL/dL^UCUM | ml O2/dL blood |
| PVi | Pleth Variability Index (PVi) | {unitless} 1^-^UCUM | Unitless |
| RR | Acoustic Respiration Rate (RRa) | {breaths}/min^breaths per minute^UCUM | RPM |
| PORR | Pleth Respiration Rate (RRp) | {breaths}/min^breaths per minute^UCUM | RPM |
| PSIF | Patient State Index (PSi) | {PSI}^PSI^UCUM | {dimensionless index} |
| SUPB | Suppression Ratio | %^Percent^UCUM | % |
| EMGB | Electromyography | %^Percent^UCUM | % |
| ARTB | Artifact | %^Percent^UCUM | % |
| EMG_SEFL | Spectral Edge Frequency Left | Hz^Hz^UCUM | Hz |
| EMG_SEFR | Spectral Edge Frequency Right | Hz^Hz^UCUM | Hz |
| EtCO2 | End-tidal CO2 | {breaths}/min^breaths per minute^UCUM | mmHg |
| FiCO2 | Fractional Concentration of Inspired CO2 | %^Percent^UCUM | % |
| EtCO2RR | Capnography Respiratory Rate | {breaths}/min^breaths per minute^UCUM | BPM |
| NIBPSystolic | Systolic Blood Pressure | mm[Hg]^mmHg^UCUM | mmHg |
| NIBPDiastolic | Diastolic Blood Pressure | mm[Hg]^mmHg^UCUM | mmHg |
| NIBPMap | Mean Arterial Pressure | mm[Hg]^mmHg^UCUM | mmHg |
| NIBPBPM | NIBP BPM | {beats}/min^beats per minute^UCUM | BPM (1/min) |
| Temperature | Temperature | Cel^Cel^UCUM / degF^degF^UCUM˙ | Degrees C/F |
| Temperature Manual | Temperature | Cel^Cel^UCUM / degF^degF^UCUM˙ | Degrees C/F |
| LOC | Level of Consciousness | {unitless} 1^-^UCUM | Unitless |
| SupO2 | Supplemental Oxygen | {unitless} 1^-^UCUM | Unitless |
| PainScale | Pain Scale | {unitless} 1^-^UCUM | Unitless |
| Glucose | Glucose | mg/dL^mg/dL^UCUM | mg/dL |
| EWS | Early Warning Score | {unitless} 1^-^UCUM | Unitless |
| RegoxrSO2 | Regional Oxygenation (Lead 1) | %^%^UCUM | % |
| RegoxrSO2 | Regional Oxygenation (Lead 2) | %^%^UCUM | % |
| RegoxDeltaBaseline | Delta Baseline (Lead 1) | %^%^UCUM | % |
| RegoxDeltaBaseline | Delta Baseline (Lead 2) | %^%^UCUM | % |
| RegoxDeltaSpO2 | Delta SpO2 (Lead 1) | %^%^UCUM | % |
| RegoxDeltaSpO2 | Delta SpO2 (Lead 2) | %^%^UCUM | % |
| ORi | Oxygen Reserve Index (ORi) | {unitless} 1^-^UCUM | Unitless |
| RPVi | Rainbow Pleth Variability Index (RPVi) | {unitless} 1^-^UCUM | Unitless |

MASA00264237
EXHIBIT TT

### 2.1.4 Observation Reporting Sample Outbound Message

**Standards-based Observation Sample Message**

```
MSH|^~\&|PSN|PSN|EMR|EMR|20170403161254.0713-0700||ORU^R01^ORU_R01|NJ5oMa;bWLUVf*ScGTK5|P|2.6||AL|NE|||||IHE_PCD_001^IHE PCD^1.3.6.1.4.1.19376.1.6.1.1.1^ISO
PID||101011^^||ELEVEN^PATIENT^^^^^^||19620517|M|||||||331042111|||||||||||||||
PV1|||3W^311^1|||||||||||331042184^^^AccMgr^VN^1||||||||||||||||20160405110000||||||V
OBR|1||0dcb92a2-335b-484d-bf76-5bf179da3218^^000c29ffff71bc33^EUI-64|44616-1^Pulse oximetry panel^LN||20170403161254.0713-0700||||||||||||||||||||252465000^Pulse oximetry^SCT|255238004^Continuous^SCT
OBX|1|NM|59408-5^Oxygen saturation in Arterial blood by Pulse oximetry^LN^150456^MDC_PULS_OXIM_SAT_O2^MDC|1.0.1.1||%^%^UCUM||>80|N|||X||20170403161254.0669-0700|||AMEAS^auto-measurement^MDC|2000006560^Eagle^masimo.com^DNS
OBX|2|NM|8889-8^Heart Rate by Oximetry^LN^149530^MDC_PULS_OXIM_PULS_RATE^MDC|1.0.1.2||{beats}/min^{beats}/min^UCUM|50-140|N|||X||20170403161254.0670-0700|||AMEAS^auto-measurement^MDC|2000006560^Eagle^masimo.com^DNS
OBX|3|NM|151650^MDC_ACOUSTIC_RESP_RATE^MDC|1.0.2.1||{breaths}/min^{breaths}/min^UCUM|6-30|N|||X||20170403161254.0671-0700|||AMEAS^auto-measurement^MDC|2000006560^Eagle^masimo.com^DNS
OBX|4|NM|160292^MDC_PULS_OXIM_HB_TOTAL_ART^MDC|1.0.1.3||g/dL^g/dL^UCUM|7.0-17.0|N|||X||20170403161254.0671-0700|||AMEAS^auto-measurement^MDC|2000006560^Eagle^masimo.com^DNS
OBX|5|NM|192518^MDC_PULS_OXIM_PLETH_AMPL_VAR_INDEX^99MASIMO|1.0.1.8||{unitless} 1^-^UCUM||N|||X||20170403161254.0672-0700|||AMEAS^auto-measurement^MDC|2000006560^Eagle^masimo.com^DNS
OBX|6|NM|192519^MDC_PULS_OXIM_PERFUSION_INDEX^99MASIMO|1.0.1.9||{unitless} 1^-^UCUM||N|||X||20170403161254.0672-0700|||AMEAS^auto-measurement^MDC|2000006560^Eagle^masimo.com^DNS
OBX|7|NM|160288^MDC_PULS_OXIM_HB_MET_ART^MDC|1.0.1.4||%^%^UCUM|<3.0|N|||X||20170403161254.0673-0700|||AMEAS^auto-measurement^MDC|2000006560^Eagle^masimo.com^DNS
OBX|8|NM|160284^MDC_PULS_OXIM_HB_CO_ART^MDC|1.0.1.5||%^%^UCUM|<10|N|||X||20170403161254.0673-0700|||AMEAS^auto-measurement^MDC|2000006560^Eagle^masimo.com^DNS
OBX|9|NM|160280^MDC_PULS_OXIM_CONC_HB_O2_ART_CALC^MDC|1.0.1.6||mL/dL^mL/dL^UCUM|10.0-25.0|N|||X||20170403161254.0674-0700|||ACALC^auto-calculation^MDC|2000006560^Eagle^masimo.com^DNS
OBX|10|NM|150344^MDC_TEMP^MDC|1.0.5.1|98.2|Cel^Cel^UCUM||||F||20160527075328.966-0700|||Nurse||2000006560^Eagle^masimo.com^DNS
OBX|11|NM|150022^MDC_PRESS_BLD_NONINV_DIA^MDC|1.0.5.3|87|mm[Hg]^mmHg^UCUM||||F||20160527075328.966-0700|||Nurse||2000006560^Eagle^masimo.com^DNS
OBX|12|NM|150021^MDC_PRESS_BLD_NONINV_SYS^MDC|1.0.5.2|133|mm[Hg]^mmHg^UCUM||||F||20160527075328.966-0700|||Nurse||2000006560^Eagle^masimo.com^DNS
```

**Simplified Observation Sample Message**

```
MSH|^~\&|PSN|PSN|EMR|EMR|20170404145919.7636-0700||ORU^R01^ORU_R01|nVH}pf:G4v+hkkRFJWJ|P|2.6||AL|NE|||||IHE_PCD_001^IHE PCD^1.3.6.1.4.1.19376.1.6.1.1.1^ISO
PV1||^^^^^^^^
OBR|1||51071e6e-8aef-4e01-b3bf-3f527ef1956f^^000c29ffff71bc33^EUI-64|44616-1^Pulse oximetry panel^LN||20170404145919.7636-0700||||||||||||||||||||252465000^Pulse oximetry^SCT|255238004^Continuous^SCT
OBX|1|NM|SpO2|1.0.1.1|96|%^Percent^UCUM|>80|||R||20170404145919.7574-0700|||1^Eagle^masimo.com^DNS
OBX|2|NM|SpCO2|1.0.1.10|99|%^%^UCUM|>80|||R||20170404145919.7576-0700|||1^Eagle^masimo.com^DNS
OBX|3|NM|BPM|1.0.1.2|72|{beats}/min^beats per minute^UCUM|30-120|||R||20170404145919.7578-0700|||1^Eagle^masimo.com^DNS
```

MASA00264238

EXHIBIT TT

OBX|4|NM|RR|1.0.2.1|16|{breaths}/min^breaths per minute^UCUM|||<30||||R|||20170404145919.7580-0700||||1^Eagle^masimo.com^DNS

OBX|5|NM|SpHb|1.0.1.3|10.7|g/dL^g/dL^UCUM|||||R|||20170404145919.7582-0700||||1^Eagle^masimo.com^DNS

OBX|6|NM|PVI|1.0.1.8|39|{unitless} 1^-^UCUM|||||R|||20170404145919.7584-0700||||1^Eagle^masimo.com^DNS

OBX|7|NM|PI|1.0.1.9|1.11|{unitless} 1^-^UCUM |||||R|||20170404145919.7586-0700||||1^Eagle^masimo.com^DNS

OBX|8|NM|SpMet|1.0.1.4|1.0|%^Percent^UCUM|||||R|||20170404145919.7588-0700||||1^Eagle^masimo.com^DNS

OBX|9|NM|SpCO|1.0.1.5|1|%^Percent^UCUM|||||R|||20170404145919.7591-0700||||1^Eagle^masimo.com^DNS

OBX|10|NM|CAO2|1.0.1.6|1.0|mL/dL^mL/dL^UCUM|||||R|||20170404145919.7593-0700||||1^Eagle^masimo.com^DNS

OBX|11|NM|EtCO2|1.0.4.1|47.0|%^Percent^UCUM|<20.0|||R|||20170404145919.7594-0700||||1^Eagle^masimo.com^DNS

OBX|12|NM|EtCO2RR|1.0.4.3|20|{breaths}/min^breaths per minute^UCUM|||<30||R|||20170404145919.7596-0700||||1^Eagle^masimo.com^DNS

OBX|13|NM|FiCO2|1.0.4.2|8.0|%^Percent^UCUM|<10.0||||R|||20170404145919.7598-0700||||1^Eagle^masimo.com^DNS

OBX|14|NM|PSIF|1.0.3.1|10|[PSI]^PSI^UCUM|<70|||R|||20170404145919.7600-0700||||1^Eagle^masimo.com^DNS

OBX|15|NM|EMGB|1.0.3.3|1|%^Percent^UCUM|||||R|||20170404145919.7602-0700||||1^Eagle^masimo.com^DNS

OBX|16|NM|SUPB|1.0.3.2|1|%^Percent^UCUM|||||R|||20170404145919.7604-0700||||1^Eagle^masimo.com^DNS

*Note: Masimo systems support integration with third-party patient monitors which generate additional vital signs measurements, with their own HL7 parameter definitions. These messages are configurable and are not included in this document.*

The following Message Segment Header (MSH) fields may be customized:

> MSH.3 – Sending Application
> MSH.4 – Sending Facility
> MSH.5 – Receiving Application
> MSH.6 – Receiving Facility

### 2.1.5 Alarm Reporter (Outbound)

The Masimo system HL7 interface can act as an IHE PCD Alarm Reporter (AR) where the Masimo system HL7 interface sends patient alarms to one or more systems acting as Alarm Managers (AM). The IHE PCD-04 message format is used to communicate alarm report information.

Below are the outbound alarms supported by the interface.

*Note: Masimo systems support integration with third-party patient monitors that generate additional alarms. These messages are configurable and are not included in this document.*

### 2.1.6 MDC Listing

| Alert Type | Alert Identifier | Parameter Identifier |
|---|---|---|
| SpO2 High Limit | MDC_EVT_HI_VAL_GT_LIM | 59408-5^Oxygen saturation in Arterial blood by Pulse oximetry^LN^150456^MDC_PULS_OXIM_SAT_O2^MDC |
| SpO2 Low Limit | MDC_EVT_LO_VAL_LT_LIM | |
| Pulse Rate High Limit | MDC_EVT_HI_VAL_GT_LIM | 8889-8^Heart Rate by Oximetry^LN^149530^MDC_PULS_OXIM_PULS_RATE^MDC |
| Pulse Rate Low Limit | MDC_EVT_LO_VAL_LT_LIM | |
| SpHb High Limit | MDC_EVT_HI_VAL_GT_LIM | 160284^MDC_PULS_OXIM_HB_CO_ART^MDC |
| SpHb Low Limit | MDC_EVT_LO_VAL_LT_LIM | |

MASA00264239
EXHIBIT TT

Technical Bulletin

| | | |
|---|---|---|
| PVI High Limit | MDC_EVT_HI_VAL_GT_LIM | 192518^MDC_PULS_OXIM_PLETH_ AMPL_VAR_INDEX^99MASIMO |
| PVI Low Limit | MDC_EVT_LO_VAL_LT_LIM | |
| SpCO High Limit | MDC_EVT_HI_VAL_GT_LIM | 160284^MDC_PULS_OXIM_HB_CO_ ART^MDC |
| SpCO Low Limit | MDC_EVT_LO_VAL_LT_LIM | |
| SpMet High Limit | MDC_EVT_HI_VAL_GT_LIM | 160288^MDC_PULS_OXIM_HB_MET_ ART^MDC |
| SpMet Low Limit | MDC_EVT_LO_VAL_LT_LIM | |
| CAO$_2$ High Limit | MDC_EVT_HI_VAL_GT_LIM | 160280^MDC_PULS_OXIM_CONC_ HB_O2_ART_CALC^MDC |
| CAO$_2$ Low Limit | MDC_EVT_LO_VAL_LT_LIM | |
| PI High Limit | MDC_EVT_HI_VAL_GT_LIM | 192519^MDC_PULS_OXIM_ PERFUSION_INDEX^99MASIMO |
| PI Low Limit | MDC_EVT_LO_VAL_LT_LIM | |
| RRp High Limit | MDC_EVT_HI_VAL_GT_LIM | 151658^MDC_PULS_OXIM_PLETH_ RESP_RATE^MDC |
| RRp Low Limit | MDC_EVT_LO_VAL_LT_LIM | |
| RR High Limit | MDC_EVT_HI_VAL_GT_LIM | 151650^MDC_ACOUSTIC_RESP_ RATE^MDC |
| RR Low Limit | MDC_EVT_LO_VAL_LT_LIM | |
| SpfO$_2$ High Limit | MDC_EVT_HI_VAL_GT_LIM | 192520^MDC_PULS_OXIM_FRAC_ SAT_O2_ART_CALC^99MASIMO |
| SpfO$_2$ Low Limit | MDC_EVT_LO_VAL_LT_LIM | |
| No Sensor | MDC_EVT_SENSOR_DISCONN | <Device Type> |
| Defective Sensor | MDC_EVT_SENSOR_MALF | <Device Type> |
| Interference | MDC_EVT_MSMT_INTERF | <Device Type> |
| Sensor Off | MDC_EVT_MSMT_DISCONN | <Device Type> |
| Unrecognized Sensor | MDC_EVT_INCOMPAT | <Device Type> |
| Check Sensor | MDC_EVT_ADVIS_SENSOR_CHK | <Device Type> |
| Incompatible Sensor | MDC_EVT_INCOMPAT | <Device Type> |
| No Cable Connected | MDC_EVT_DISCONN | <Device Type> |
| Incompatible Cable | MDC_EVT_INCOMPAT | <Device Type> |
| Unrecognized Cable | MDC_EVT_INCOMPAT | <Device Type> |
| Defective Cable | MDC_EVT_MALF | <Device Type> |
| Emitter Temp Out Of Range | MDC_EVT_TEMP_HI_GT_LIM | <Device Type> |
| Sensor Current Limit Exceeded | MDC_EVT_CKT_SHORT | <Device Type> |
| No Tape | MDC_EVT_DISCONN | <Device Type> |
| Invalid Tape | MDC_EVT_INCOMPAT | <Device Type> |
| Defective Tape | MDC_EVT_MALF | <Device Type> |
| No Acoustic Sensor Connected | MDC_EVT_SENSOR_DISCONN | <Device Type> |
| Defective Acoustic Sensor | MDC_EVT_SENSOR_MALF | <Device Type> |
| Respiratory Pause | MDC_EVT_APNEA | <Device Type> |
| Acoustic Sensor Off Patient | MDC_EVT_MSMT_DISCONN | <Device Type> |
| Bad Acoustic Sensor Placement | None | <Device Type> |
| Unrecognized Acoustic Sensor | MDC_EVT_INCOMPAT | <Device Type> |
| Incompatible Acoustic Sensor | MDC_EVT_INCOMPAT | <Device Type> |
| No Acoustic Cable Connected | MDC_EVT_DISCONN | <Device Type> |
| Incompatible Acoustic Cable | MDC_EVT_INCOMPAT | <Device Type> |
| Unrecognized Acoustic Cable | MDC_EVT_INCOMPAT | <Device Type> |
| Defective Acoustic Cable | MDC_EVT_MALF | <Device Type> |
| Low Battery | MDC_EVT_BATT_LO | <Device Type> |
| POC Disconnect Event | MDC_EVT_STAT_DISCONN | <Device Type> |
| Radius7 Disconnected | MDC_EVT_STAT_DISCONN | <Device Type> |
| O$_2$ Disconnected | MDC_EVT_MSMT_DISCONN | <Device Type> |
| No Resp Detected | MDC_EVT_BREATH_ABSENT | <Device Type> |
| EtCO$_2$ High Limit | MDC_EVT_HI_VAL_GT_LIM | 151728^MDC_AWAY_CO2_ET^MDC |
| EtCO$_2$ Low Limit | MDC_EVT_LO_VAL_LT_LIM | |
| EtCO$_2$RR High Limit | MDC_EVT_HI_VAL_GT_LIM | 151594^ MDC_CO2_RESP_RATE^MDC |
| EtCO$_2$RR Low Limit | MDC_EVT_LO_VAL_LT_LIM | |

**Device Type:** The parameter identifier (in table above) for technical alert will depends on the device type. For Masimo Root, the device type will be MDC_DEV_MON_PHYSIO_MULTI_PARAM_MDS. For Masimo, Radical-7®, Rad-87®, and Rad-97™ the device type will be MDC_DEV_ANALY_SAT_O2_MDS

MASA00264240
EXHIBIT TT

Patient SafetyNet HL7 Interface

### 2.1.7 Alarm Reporting Sample Outbound Message

Alarm Reporter messages support the entire alarm/alert event life cycle.  Below is a series of sample alarm messages for a Pulse Rate Low (PR LOW) condition.

Alarm Start

MSH|^~\&|PSN|PSN|EMR|EMR|20170118122936.2311-0800|||ORU^R40^ORU_R40|f9b2ecf2-61fd-42e6-8315-ec11676a4828|P|2.6|||AL|NE||||IHE_PCD_ACM_001^IHE PCD^1.3.6.1.4.1.19376.1.6.4.4.1^ISO

PID|||222222^^|TWO^PATIENT^^^^^||19620517|M||||||||331042102||||||||||||||

PV1|||3W^302^1||||||||||||331042184^^^AccMgr^VN^1||||||||||||||||20160405110000||||||V

OBR|1|c1b7c69d-d8ec-402b-951e-5045f036d035^^000c29ffff71bc33^EUI-64|a372b6cb-6885-4f47-b52e-a080f7e4f7cd^^000c29ffff71bc33^EUI-64|ALARM^ALARM|||20170118122936.2314-0800||||||||||||||||8ced99fb-03e4-4af4-ac8b-5371ecaa6950^^000c29ffff71bc33^EUI-64||||||||||||252465000^Pulse oximetry^SCT|255238004^Continuous^SCT

OBX|1|ST|196674^MDC_EVT_LO_VAL_LT_LIM^MDC|1.0.1.2.1|PR LOW|||L~SP|||R|||20170118122936.209-0800||||2000009385^Eagle^masimo.com^DNS

OBX|2|NM|149530^MDC_PULS_OXIM_PULS_RATE^MDC|1.0.1.2.2|56|264864^MDC_DIM_BEAT_PER_MIN^MDC|50-140||||R|||20170118122936.2309-0800

OBX|3|ST|68481^MDC_ATTR_EVENT_PHASE^MDC|1.0.1.2.3|start||||||R

OBX|4|ST|68482^MDC_ATTR_ALARM_STATE^MDC|1.0.1.2.4|active||||||R

Alarm Update

MSH|^~\&|PSN|PSN|EMR|EMR|20170118122937.2434-0800|||ORU^R40^ORU_R40|fce76883-e2a9-46d5-a278-f14418459a7a|P|2.6|||AL|NE||||IHE_PCD_ACM_001^IHE PCD^1.3.6.1.4.1.19376.1.6.4.4.1^ISO

PID|||222222^^|TWO^PATIENT^^^^^||19620517|M||||||||331042102||||||||||||||

PV1|||3W^302^1||||||||||||331042184^^^AccMgr^VN^1||||||||||||||||20160405110000||||||V

OBR|1|c1b7c69d-d8ec-402b-951e-5045f036d035^^000c29ffff71bc33^EUI-64|4b0b77d8-cbe9-4685-8de8-0d9f8ca603cb^^000c29ffff71bc33^EUI-64|ALARM^ALARM|||20170118122937.2436-0800||||||||||||||||8ced99fb-03e4-4af4-ac8b-5371ecaa6950^^000c29ffff71bc33^EUI-64||||||||||||252465000^Pulse oximetry^SCT|255238004^Continuous^SCT

OBX|1|ST|196674^MDC_EVT_LO_VAL_LT_LIM^MDC|1.0.1.2.1|PR LOW|||L~SP|||R|||20170118122936.209-0800||||2000009385^Eagle^masimo.com^DNS

OBX|2|NM|149530^MDC_PULS_OXIM_PULS_RATE^MDC|1.0.1.2.2|56|264864^MDC_DIM_BEAT_PER_MIN^MDC|80-140||||R|||20170118122937.2432-0800

OBX|3|ST|68481^MDC_ATTR_EVENT_PHASE^MDC|1.0.1.2.3|update||||||R

OBX|4|ST|68482^MDC_ATTR_ALARM_STATE^MDC|1.0.1.2.4|active||||||R

Alarm Update with Alarm Pause

MSH|^~\&|PSN|PSN|EMR|EMR|20170118102932.2725-0800|||ORU^R40^ORU_R40|b234ac59-d4ca-4a00-986b-0899244cf0db|P|2.6|||AL|NE||||IHE_PCD_ACM_001^IHE PCD^1.3.6.1.4.1.19376.1.6.4.4.1^ISO

PID|||222222^^|TWO^PATIENT^^^^^||19620517|M||||||||331042102||||||||||||||

PV1|||3W^302^1||||||||||||331042184^^^AccMgr^VN^1||||||||||||||||20160405110000||||||V

OBR|1|c1b7c69d-d8ec-402b-951e-5045f036d035^^000c29ffff71bc33^EUI-64|ab1b53ed-c42f-484e-8491-4792f0479c71^^000c29ffff71bc33^EUI-64|ALARM^ALARM|||20170118102932.2727-0800||||||||||||||||19c7edbc-d2c8-4719-97f2-7030d1711c3b^^000c29ffff71bc33^EUI-64||||||||||||252465000^Pulse oximetry^SCT|255238004^Continuous^SCT

OBX|1|ST|196674^MDC_EVT_LO_VAL_LT_LIM^MDC|1.0.1.2.1|PR LOW|||L~SP|||R|||20170118102856.232-0800||||2000009385^Eagle^masimo.com^DNS

OBX|2|NM|149530^MDC_PULS_OXIM_PULS_RATE^MDC|1.0.1.2.2|59|264864^MDC_DIM_BEAT_PER_MIN^MDC|80-140|||||R|||20170118102932.2723-0800

MASA00264241
EXHIBIT TT

```
OBX|3|ST|68481^MDC_ATTR_EVENT_PHASE^MDC|1.0.1.2.3|update|||||R
OBX|4|ST|68482^MDC_ATTR_ALARM_STATE^MDC|1.0.1.2.4|active|||||R
OBX|5|ST|68483^MDC_ATTR_ALARM_INACTIVATION_STATE^MDC|1.0.1.2.5|alarm-paused|||||R
```

**Alarm Stop**

```
MSH|^~\&|PSN|PSN|EMR|EMR|20170118103221.2443-0800||ORU^R40^ORU_R40|c3192869-68b9-490d-bfe5-3d91685fe9bf|P|2.6|||AL|NE|||IHE_PCD_ACM_001^IHE PCD^1.3.6.1.4.1.19376.1.6.4.4.1^ISO
PID|||222222^^||TWO^PATIENT^^^^^||19620517|M||||||||331042102|||||||||||||
PV1||3W^302^1||||||||||||331042184^^^AccMgr^VN^1|||||||||||||||||||20160405110000|||||V
OBR|1|c1b7c69d-d8ec-402b-951e-5045f036d035^^000c29ffff71bc33^EUI-64|733248f5-9abd-41e2-8d51-618af63cc3af^^000c29ffff71bc33^EUI-64|ALARM^ALARM|||20170118103221.2445-0800|||||||||||||||b6a6af87-c23f-47e1-a86c-7519f462b938^^000c29ffff71bc33^EUI-64||||||||||252465000^Pulse oximetry^SCT|255238004^Continuous^SCT
OBX|1|ST|196674^MDC_EVT_LO_VAL_LT_LIM^MDC|1.0.1.2.1|PR LOW|||L~SP|||R|||20170118103157.206-0800||||2000009385^Eagle^masimo.com^DNS
OBX|2|NM|149530^MDC_PULS_OXIM_PULS_RATE^MDC|1.0.1.2.2|59|264864^MDC_DIM_BEAT_PER_MIN^MDC|80-140|||R|||20170118103221.2441-0800
OBX|3|ST|68481^MDC_ATTR_EVENT_PHASE^MDC|1.0.1.2.3|stop|||||R
OBX|4|ST|68482^MDC_ATTR_ALARM_STATE^MDC|1.0.1.2.4|inactive|||||R
```

**Alarm Stop with Alarm Pause**

```
MSH|^~\&|PSN|PSN|EMR|EMR|20170118103106.2240-0800||ORU^R40^ORU_R40|8eedd99e-1103-4ee8-b2bb-a04419b45a85|P|2.6|||AL|NE|||IHE_PCD_ACM_001^IHE PCD^1.3.6.1.4.1.19376.1.6.4.4.1^ISO
PID|||222222^^||TWO^PATIENT^^^^^||19620517|M||||||||331042102|||||||||||||
PV1||3W^302^1||||||||||||331042184^^^AccMgr^VN^1|||||||||||||||||||20160405110000|||||V
OBR|1|c1b7c69d-d8ec-402b-951e-5045f036d035^^000c29ffff71bc33^EUI-64|0b21065d-7bf9-4db5-9fb3-1cbb80d822d0^^000c29ffff71bc33^EUI-64|ALARM^ALARM|||20170118103106.2242-0800|||||||||||||||19c7edbc-d2c8-4719-97f2-7030d1711c3b^^000c29ffff71bc33^EUI-64||||||||||252465000^Pulse oximetry^SCT|255238004^Continuous^SCT
OBX|1|ST|196674^MDC_EVT_LO_VAL_LT_LIM^MDC|1.0.1.2.1|PR LOW|||L~SP|||R|||20170118102856.232-0800||||2000009385^Eagle^masimo.com^DNS
OBX|2|NM|149530^MDC_PULS_OXIM_PULS_RATE^MDC|1.0.1.2.2|61|264864^MDC_DIM_BEAT_PER_MIN^MDC|50-140|||R|||20170118103106.2238-0800
OBX|3|ST|68481^MDC_ATTR_EVENT_PHASE^MDC|1.0.1.2.3|stop|||||R
OBX|4|ST|68482^MDC_ATTR_ALARM_STATE^MDC|1.0.1.2.4|inactive|||||R
OBX|5|ST|68483^MDC_ATTR_ALARM_INACTIVATION_STATE^MDC|1.0.1.2.5|alarm-paused|||||R
```

**Heartbeat Message**

```
MSH|^~\&|PSN|PSN|EMR|EMR|20170119105940.8219-0800||NMD^N02^NMD_N02|b52d4cff-457f-49f5-b925-74d3af24c62f|P|2.6|||AL|NE|||IHE_PCD_001^IHE PCD^1.3.6.1.4.1.19376.1.6.1.1.1^ISO
NCK|20170119105940.8219-0800
```

## 2.1.8 Time Synchronization (Inbound)

The Masimo system appliance can be configured to synchronize its clocks with other systems in the institution using NTP (Network Time Protocol).

MASA00264242

EXHIBIT TT

Patient SafetyNet HL7 Interface

## 3. MESSAGE FORMATTING

### 3.1 Character Encodings

The Masimo system HL7 interface currently supports the following message character encodings:

1. ASCII
2. UTF-8 Unicode
3. ISO 8859-1

## 4. INTERFACE DEPLOYMENT

### 4.1 Interface Deployment Process

Below is the interface deployment workflow:



The Masimo Project Implementation Team sets up a formal Project with a Master Project Scope Document and Project Timeline

The Customer provides sample ADT messages and identifies key data fields

Masimo provides a sample Results Out message to the Customer

The Customer identifies the desired parameters and reporting frequency of the vital signs data

Customer develops an ADT interface for each Masimo system

Customer develops necessary fields in Clinician User Interface (ex: Flow Sheet) to display Masimo data

Clinical Use Cases are identified to feed into the Test and Education Plans

Masimo and customer develop interface Test Plan, based off the sample provided below

Equipment is installed at Customer facility

Masimo and Customer execute the Test Plan

Interface sign off and turn the interface to production

Perform initial data synchronization with the Masimo Gateway

Education and Training

Go-Live

12

MASA00264243
EXHIBIT TT

### 4.2 Interface testing

Masimo and the customer may develop an interface test plan that includes test cases for verification. Example test cases for inbound messages are shown:

| Registration Function | Expected Trigger | Comments |
|---|---|---|
| Admit a patient to Location A | A01 | |
| Update demographic data | A08 | |
| Transfer patient to Location B | A02 | |
| Discharge patient | A03 | |
| | | |
| Register ED patient | A04 | |
| Admit ED patient to Location C | A06 | |
| Transfer patient to Location A | A02 | |
| | | |
| Register ED patient | A04 | |
| Admit ED patient to Location B | A06 | |
| Swap patient beds | A17 | |
| Discharge patient | A03 | |
| | | |
| Admit a patient to Location A | A01 | |
| Update demographic data | A08 | |
| Cancel admit | A11 | |
| Register ED patient | A04 | |
| Admit ED patient to Location A | A06 | |
| Transfer inpatient to outpatient | A07 | |
| | | |
| Admit patient to Location A | A01 | |
| Move patient account | A35 | |
| Transfer patient to Location B | A02 | |
| Update patient demographic | A08 | |
| Discharge patient | A03 | |

MASA00264244
EXHIBIT TT

Patient SafetyNet HL7 Interface

### 4.3 Inbound/Outbound Message Configuration

Masimo can configure the Patient SafetyNet HL7 interface for any inbound messages to smooth and facilitate the interface deployment process. Providing sample ADT messages early in the interface deployment process stages helps to identify any configuration needed in the interface before starting interface testing.

### 4.4 Initial Patient Index Synchronization

Before going live with the system, Patient SafetyNet needs to synchronize its patient roster with the current set of admitted patients for the nursing units where the system is deployed. There are two approaches to accomplishing this:

> Enable the ADT message feed with sufficient time (e.g., two weeks) prior to the Patient SafetyNet system going live, or

> Populate a comma delimited file with the currently admitted patients. Masimo then uploads the patient information to the SafetyNet HL7 patient roster before the customer enables the HL7 ADT message feed and Patient SafetyNet system goes live. Below is a sample suggested format for the file:

| Unit | Description | Unit^Room^Bed | MRN | Account | Name | DOB | Age | Sex | Admit Dt |
|------|-------------|---------------|-----|---------|------|-----|-----|-----|----------|
| A | SURGERY ICU A | A^112^A | XXX-XXX-XX | 999999 | First Name, Last Name | 3/2/1987 | 26 | M | 3/23/2012 |
| B | SURGERY ICU B | B^114^B | XXX-XXX-XX | 999999 | First Name, Last Name | 4/6/1954 | 59 | M | 5/15/2012 |
| C | SURGERY ICU C | C^118^C | XXX-XXX-XX | 999999 | First Name, Last Name | 2/9/1990 | 23 | M | 9/9/2012 |

## 5. DATA PRIVACY AND PHI

Masimo systems have been designed in compliance with the requirements of HIPAA regulations. Masimo systems store a minimal set of patient PHI (Protected Health Information) and maintain it in an access-controlled environment, made available for clinicians to use during the admission process in Masimo applications, such as Patient SafetyNet (see Patient SafetyNet Admission – section 7). The Masimo system HL7 interface uses the patient information to associate vital signs and alarms with patients in outbound messages.

MASA00264245
EXHIBIT TT

Masimo systems do not use any of the PHI data except for sending patient vital sign and alarm outbound messages. The patient information fields are as follows:

| Field Name | Required |
|---|---|
| Given Name (PID-5-2) | Optional |
| Family Name (PID-5-1) | Required |
| Middle Name (PID-5-3) | Optional |
| Patient ID (MRN) (PID-2 and/or PID-3) | Required |
| Patient Account Number (PID-18) | Required |
| Room Number/Point of Care/Bed (PV1-3) | Required |
| Admit Status | Required |
| SSN (PID-19) | Optional |
| Religion (PID-17) | Optional |
| Marital Status (PID-16) | Optional |
| Sex (PID-8) | Optional |
| Date of Birth (PID-7) | Optional |
| Patient Class (PV1-2) | Optional |

15

MASA00264246
EXHIBIT TT

Patient SafetyNet HL7 Interface

---

## 6. PATIENT SAFETYNET ADMISSION

To provide more insight into the Patient SafetyNet admission process and how patient ADT information is used, a step-by-step outline of the Patient SafetyNet admission process is shown below.

The admission starts with the user selecting a device from the Patient SafetyNet user interface:



Next, the user presses the Patient Admit Button [+👤] to access the admission interface as shown below:



MASA00264247
EXHIBIT TT

The user can access the list of patients in the appropriate units as received from the HL7 ADT message feed by pressing the Import button.



The user selects a patient and presses Apply.



Patient information is automatically populated.



MASA00264248
EXHIBIT TT

## 7. INTERFACE MANAGEMENT AND TECHNICAL SUPPORT

> Masimo provides 24/7 technical support for all products. To receive support, contact Masimo at phone number 800-326-4890 and choose option #2 for technical support. Contact information can also be found on the Masimo website at http://www.masimo.com/contact.htm

> Masimo has three levels of technical support. 99% of issues are directly resolved within Level 1 and Level 2. Other problems may be escalated to level 3, with additional support provided by Masimo's Engineering group.

> Masimo's Service-Level Agreement for technical support specifies a response within 30 minutes during normal working hours. Normal working hours are from 6:00 am to 5:00 pm PST, Monday through Friday. After hours, Masimo will provide a technical support response within two hours.

MASA00264249
EXHIBIT TT

MASA00264250
EXHIBIT TT

© 2018 Masimo Corporation. All rights reserved.

\* The use of the trademarks PATIENT SAFETYNET and PSN is
under license from University Health System Consortium.

SpfO$_2$, RPVi, ORi, and RRp have obtained CE Marking.
Not available in the U.S.

SpfO$_2$, RPVi, and ORi are not licensed for sale in Canada.

Caution: Federal (USA) law restricts this device to sale by or on the order
of a physician. See instructions for use for full prescribing information,
including indications, contraindications, warnings, and precautions.

**Masimo U.S.**
Tel: 1 877 4 Masimo
info-america@masimo.com

**Masimo International**
Tel: +41 32 720 1111
info-international@masimo.com



LAB4056-PI-1111719A-02-18

MASA00264251
EXHIBIT TT