# EXHIBIT HHH



# The Continuum of Patient Care

Masimo technology, products, and connectivity solutions simplify clinician workflows for integrated, coordinated care



MASA00264221
EXHIBIT HHH

# Masimo within the Continuum of Care

Masimo is an industry leader in patient monitoring, with a track record of innovative, award-winning technology designed for use across the continuum of care.



**Physician Office**
Simplify pre- and post-operative assessment with noninvasive spot-checking of key physiologic parameters and electronic charting of measurement data



**Labor/Delivery & Newborn Care**
Continuously monitor mothers and conduct newborn screening utilizing clinically-proven technology[1]

**ICU/PACU/NICU**
Advanced noninvasive and continuous monitoring on a single, interoperable platform provides clinicians with more in-depth, real-time insight into a patient's status

**Home Care**
Provide high-quality care after patients are discharged using hospital-grade monitoring technologies designed with advanced connectivity solutions for supplemental remote monitoring

**Pre-hospital**
Quickly assess patients at the scene and communicate incoming patient status to hospitals for seamless and timely transitions





**Operating Room**
Coordinate care among several clinicians with expanded visibility on a single platform for brain function monitoring, cerebral oximetry, capnography, and multiple noninvasive and continuous physiologic parameters





**Emergency Department**
Conduct rapid assessment of patients with advanced parameters, mobile vital signs monitoring, and Early Warning Scores

**Medical-Surgical Floor**
Streamline clinical workflows with automated charting and continuous supplemental remote monitoring

[1] Published clinical studies on pulse oximetry and the benefits of Masimo SET® can be found on our website at http://www.masimo.com/home/clinical-evidence/clinical-evidence/.

MASA00264222
EXHIBIT HHH

PRE-HOSPITAL | PHYSICIAN OFFICE | EMERGENCY DEPARTMENT | LABOR/DELIVERY & NEWBORN CARE | PERIOPERATIVE CARE | MEDICAL-SURGICAL FLOOR | HOME CARE

# Pre-Hospital

Masimo Pulse CO-Oximetry and portable capnography solutions enable first responders to quickly assess patients at the scene, monitor patients during transport, and alert hospitals of incoming patient status, so that staff can prepare the space, personnel, and equipment needed for appropriate and timely care transitions.



**EMMA™**
Obtain measurements and real-time $EtCO_2$ waveforms with minimal warm-up time

**Rad-57® Pulse CO-Oximeter®**
Durable, handheld monitor for quick noninvasive oxygen saturation, hemoglobin, and carboxyhemoglobin assessment at the scene



Rad-57 facilitates rapid, noninvasive on-scene assessment of carboxyhemoglobin levels in the blood, utilizing SpCO®

EMMA provides first responders the ability to confirm effective resuscitation, assess the depth and effectiveness of compressions, and recognize the return of spontaneous circulation[1]

[1] Neumar RW et al. *Circulation*. 2010;122:S729-S767.

MASA00264223
EXHIBIT HHH

PRE-HOSPITAL   **PHYSICIAN OFFICE**   EMERGENCY DEPARTMENT   LABOR/DELIVERY & NEWBORN CARE   PERIOPERATIVE CARE   MEDICAL-SURGICAL FLOOR   HOME CARE

# Physician Office

Masimo's integrated monitoring platforms and connectivity solutions simplify patient assessment and streamline documentation of patient data to improve workflow efficiencies and patient satisfaction throughout all stages of general and pre-operative care.



Streamline the measurement of patient vital signs, including oxygen saturation, blood pressure, and noninvasive hemoglobin, on a compact monitor that can be mounted on a portable roll stand

The portable, pocket-sized **MightySat™ Rx** fingertip pulse oximeter, featuring Masimo SET®, enables physicians to quickly and efficiently spot-check oxygen saturation and pulse rate

## Comprehensive, Efficient Patient Assessment



**Pronto® Spot-check Pulse CO-Oximeter**
Measure oxygen saturation (SpO2) and noninvasive total hemoglobin (SpHb®) on an easy-to-use, handheld monitor

**rainbow® DCI® Sensors**
Reusable sensor series with adult and pediatric options

**Rad-97™ Pulse CO-Oximeter with Noninvasive Blood Pressure**
Integrated vital signs in a customizable, upgradeable device

## Improving Workflows with Centralized Data Flows

**Iris Gateway**™ facilitates the continuous flow of patient data from Masimo devices to a patient data management system (PDMS), which may help reduce charting errors[1], declutter workspaces, and streamline office workflows



Masimo Device → Iris Gateway → Electronic Medical Record

[1] The Value of Medical Device Interoperability. West Health Institute. 2013.

MASA00264224
EXHIBIT HHH

PRE-HOSPITAL   PHYSICIAN OFFICE   **EMERGENCY DEPARTMENT**   LABOR/DELIVERY & NEWBORN CARE   PERIOPERATIVE CARE   MEDICAL-SURGICAL FLOOR   HOME CARE

# Emergency Department

The integration of advanced parameters and key vital signs into a single platform allows trauma clinicians to quickly assess patients, streamlining care.

## Integrated Solutions for Simplified Workflows

**Root® Patient Monitoring and Connectivity Platform**
Continuously monitor multiple key physiologic parameters with automated data transfer to the EMR

- **Radical-7® or Radius-7®**
Root connects with either Pulse CO-Oximeter to provide breakthrough measurements

- **Iris Gateway**
When connected to **Iris Gateway** or **Patient SafetyNet**™, Root enables an automated flow of patient data to the EMR, which may help streamline workflows, improve productivity, and reduce the likelihood of transcription errors[1]



**‹ Radius-7**
Radius-7 with Wi-Fi enables continuous, tetherless monitoring of patients in the waiting room with supplemental remote monitoring on Root, which may help clinicians adjust care prioritization based on changes in patient status

## Efficient Patient Assessment

**Root with Noninvasive Blood Pressure and Temperature**
Quickly and efficiently spot check patients using Root with integrated vital signs measurements

- Spot-check SpO2, blood pressure, and temperature with a single, portable monitor ›

- Integrated advanced parameters, such as total hemoglobin (SpHb), methemoglobin (SpMet®), and carboxyhemoglobin (SpCO), provide deeper insight into a patient's status, enabling clinicians to prioritize admittance and care ›

- Automatically calculate early warning scores utilizing patient data collected on Root and additional clinician-input values[2] ›



*The use of the trademark PATIENT SAFETYNET is under license from University Health System Consortium. [1] The Value of Medical Device Interoperability. West Health Institute. 2013. [2] As a default, EWS on Root is aligned with the NEWS system established by the Royal College of Physicians using seven (7) physiological contributors as the basis of the scoring system. Royal College of Physicians. National Early Warning Score (NEWS): Standardising the assessment of acute illness severity in the NHS. Report of a working party. London: RCP, 2012.

MASA00264225
EXHIBIT HHH

PRE-HOSPITAL   PHYSICIAN OFFICE   EMERGENCY DEPARTMENT   **LABOR/DELIVERY & NEWBORN CARE**   PERIOPERATIVE CARE   MEDICAL-SURGICAL FLOOR   HOME CARE

# Labor/Delivery & Newborn Care



When attending to mothers and newborns, it is important that clinicians be armed with integrated solutions that foster efficient workflows and high-quality care, such as Masimo SET® Measure-through Motion and Low Perfusion™ pulse oximetry.

**Rad-97** and **Radical-7** Pulse CO-Oximeters can be mounted on portable roll stands with wheels that glide smoothly and quietly to easily move between rooms

## Reliable Newborn Monitoring



### Rad-97 with Noninvasive Blood Pressure

Featuring industry-leading Masimo SET® pulse oximetry, noninvasive methemoglobin monitoring, and integrated noninvasive blood pressure in a configurable, compact device

- Customizable Neonatal profile automatically configures Rad-97 to the most applicable settings for the patient population
- Advanced connectivity capability facilitates the automated flow of patient data, including newborn screening results, to the EMR
- In a study of 32 infants, researchers showed that the time to reliable oxygen saturation readings during neonatal resuscitation was approximately 50 seconds faster using Masimo SET® than using other pulse oximetry technologies[2]



**Newborn Sensors** with SofTouch™ wraps for fragile skin automatically configure devices to a fast averaging time and maximum sensitivity settings for efficient newborn resuscitation

### CCHD Screening

> When combined with clinical assessment, Masimo SET® **improved** critical congenital heart disease (CCHD) screening sensitivity to 93%[1]



Improved Critical Congenital Heart Disease Screening Sensitivity vs. Clinical Assessment Alone

- Standard Screening: 77%
- Standard Screening + Masimo SET: 93%



### Retinopathy of Prematurity

> Masimo SET®, coupled with changes in clinical practice, led to a significant **reduction** in rates of severe Retinopathy of Prematurity (ROP)[3]



Severe Retinopathy of Prematurity Rate

- Period I (Pre-policy Change): Center A 13% Nellcor N-395, Center B 12% Nellcor N-395
- Period II (Post-policy Change, With Implementation of Masimo SET® in Center B): Center A 13% Nellcor N-395, Center B 5% Masimo SET
- Period III (Post-policy Change, With Implementation of Masimo SET® in Center A and Center B): Center A 6% Masimo SET, Center B 4% Masimo SET



[1] Zhao et al. *Lancet*. 2014 Aug 30;384(9945):747-54.
[2] Baquero H et al. Avoiding Hyperoxemia during Neonatal Resuscitation: Time to Response of Different SpO2 Monitors. *Acta Paediatr*. 2011 Apr;100(4):515-8.
[3] Castillo et al. *Acta Paediatr*. 2011 Feb;100(2):188-92.

MASA00264226
EXHIBIT HHH

PRE-HOSPITAL   PHYSICIAN OFFICE   EMERGENCY DEPARTMENT   LABOR/DELIVERY & NEWBORN CARE   **PERIOPERATIVE CARE**   MEDICAL/SURGICAL FLOOR   HOME CARE

# Perioperative Care

To optimize care for at-risk patients, clinicians need continuous visibility to key physiologic measurements, intuitive centralized displays of real-time patient data, and automated documentation of trends, events, and patient status.

**Root Patient Monitoring and Connectivity Platform**
The expandable Root platform centralizes patient monitoring by combining brain function monitoring, regional oximetry, capnography, and advanced Pulse CO-Oximetry in an easy-to-interpret, customizable display — while automating the transfer of third-party-device and Root data to the EMR

**Advanced Pulse CO-Oximetry**

- **Masimo SET®** provides reliable $SpO_2$ monitoring and demonstrates high sensitivity and specificity in identifying desaturation events during challenging conditions[1,2]
- **SpHb** provides real-time visibility to changes, or lack of changes, in hemoglobin concentration
- **PVi®** provides an automatic measurement of the dynamic changes in Perfusion Index (Pi) that occur during one or more respiratory cycles




**Brain Function Monitoring**

- **Next Generation SedLine®** brain function monitoring helps clinicians monitor the state of the brain under anesthesia with bilateral data acquisition and processing of electroencephalogram (EEG) signals
- **O3®** regional oximetry monitors cerebral oxygenation in situations in which pulse oximetry alone may not be sufficient

**NomoLine™ Capnography**

- **ISA™** modules with NomoLine no-moisture sampling lines provide sidestream $CO_2$ and gas monitoring, including $EtCO_2$ and respiration rate, for intubated and non-intubated patients
- During general anesthesia, the ISA OR+ module monitors the inhaled and exhaled concentration of five anesthetic gas agents, in addition to $EtCO_2$, $N_2O$, $O_2$, and respiration rate

[1] Shah et al. *J Clin Anesth.* 2012;24(5):385-91.
[2] Barker SJ. *Anesth Analg.* 2002;95(4):967-72.


MASA00264227
EXHIBIT HHH

PRE-HOSPITAL   PHYSICIAN OFFICE   EMERGENCY DEPARTMENT   LABOR/DELIVERY & NEWBORN CARE   **PERIOPERATIVE CARE**   MEDICAL/SURGICAL FLOOR   HOME CARE

# Perioperative Care

**Root** brings together data from multiple third-party monitors — such as IV pumps, ventilators, and anesthesia machines — automating data collection from devices otherwise unable to communicate to the EMR system.

   

**Third-party Devices**     **Root**     **Iris Gateway**     **Electronic Medical Record**



**Kite™** expands visibility of patient data on Root via a supplemental display. The expanded, customizable display allows multiple clinicians to view patient data simultaneously, even in a crowded environment, which may reduce errors caused by miscommunication

MASA00264228
EXHIBIT HHH

PRE-HOSPITAL   PHYSICIAN OFFICE   EMERGENCY DEPARTMENT   LABOR/DELIVERY & NEWBORN CARE   PERIOPERATIVE CARE   **MEDICAL-SURGICAL FLOOR**   HOME CARE

# Medical-Surgical Floor

Challenged by decreased nurse-to-patient ratios and increasing case complexity, clinicians on the medical-surgical floor require integrated monitoring technologies that automate and streamline the flow of patient data to improve clinical efficiency.

### Root Multimodal Monitoring Platform ❯

Expandable, versatile patient monitoring and connectivity platform that can adapt to changing patient needs

- **Masimo SET®** — Measure-through Motion and Low Perfusion pulse oximetry, well-suited to monitoring patients who are awake or ambulating

- **rainbow Acoustic Monitoring®** — Noninvasive monitoring of respiration rate utilizing the unique vibrations associated with breathing for a patient-tolerant[1] alternative to capnography

- **NomoLine Capnography Sidestream and Gas Monitoring** — Integrated ventilation monitoring with a wide variety of sampling lines for both intubated and non-intupated patients

- **Integrated Noninvasive Blood Pressure and Temperature** — Comprehensive vital signs monitoring with optional roll stand for quick spot-checking during rounds

- **Automatic Early Warning Score (EWS) Calculations** — Provides greater insight into patient status, arming clinicians with more information to make appropriate care decisions

- **Wearable Radius-7 Pulse CO-Oximeter** — Tetherless post-operative monitoring during patient ambulation



Listen to real-time audio of a patient's acoustic respiration rate from a supplemental remote monitoring station with rainbow Acoustic Monitoring

Actionable patient alarm notifications are sent to designated clinicians, with automatic escalation, facilitating immediate patient intervention

Simplify documentation with the simple press of a button, automating the transfer of Masimo, third-party, and manually entered patient data – such as level of consciousness, pain scale, and urine output – to the EMR



### Patient SafetyNet Supplemental Remote Monitoring and Clinician Notification System ❯

Optimizes patient safety and clinician workflows through centralized, supplemental remote monitoring and automated charting

- **Customizable Central View Station** — Remotely monitor up to 200 patients at a glance, quickly investigate patient alarms, and review trend data

- **Electronic Charting** — Increase clinical efficiency with automated transfer of patient data from Masimo and third-party devices to EMRs, which may improve productivity and reduce the likelihood of transcription errors[2]

- **HL7 ADT Integration** — Interfaces with hospital HL7 ADT systems for simplified patient association at the point of care




[1] Patino M. et al. *Paediatr Anaesth*. 2013 Sep 3.   [2] The Value of Medical Device Interoperability. West Health Institute. 2013.

MASA00264229

EXHIBIT HHH

PRE-HOSPITAL   PHYSICIAN OFFICE   EMERGENCY DEPARTMENT   LABOR/DELIVERY & NEWBORN CARE   PERIOPERATIVE CARE   MEDICAL SURGICAL FLOOR   **HOME CARE**

# Home Care

The integration of hospital-grade Masimo monitoring technologies in the home may help clinicians provide high-quality patient care and reliable continuous monitoring for patients, including children, requiring oxygen therapy or long-term invasive mechanical ventilation.



**Rad-97 Pulse CO-Oximeter**

- Versatile, upgradeable Pulse CO-Oximetry platform with advanced connectivity solutions that is easy to use for clinicians and non-clinicians alike
- Optional integrated noninvasive blood pressure enables hospital-grade Pulse CO-Oximetry with vital signs monitoring in the home
- *Home Mode* provides home users access to the settings and messages relevant to them, while hiding others and locking alarm settings, minimizing the chances of inadvertent interference



**Rad-97 with Noninvasive Blood Pressure**



**Pulse Oximetry in the Home**

- The American Thoracic Society recommends continuous monitoring using a pulse oximeter for children requiring chronic home invasive ventilation, especially when the child is asleep or unobserved[1]
- In a study of the performance of three pulse oximeters during conditions of motion and low perfusion, Masimo SET® had 3% missed true alarms and 5% false alarms, versus 43% and 28%, respectively, using competitor technology[2]

[1] An Official American Thoracic Society Clinical Practice Guideline: Pediatric Chronic Home Invasive Ventilation. *Am J Respir Crit Care Med*. Vol 193, Iss 8, pp e16–e35, Apr 15, 2016. DOI: 10.1164/rccm.201602-0276ST. [2] Shah N et al. *J Clin Anesth*. 2012 Aug;24(5):385-91.

MASA00264230

EXHIBIT HHH



Rad-97 with NIBP is not licensed for sale in Canada.

SpHb, SpCO, and SpMet monitoring are not intended to replace laboratory blood testing. Blood samples should be analyzed by laboratory instruments prior to clinical decision making. Masimo devices with SpCO monitoring are not intended to be used as the sole basis for making diagnosis or treatment decisions related to suspected carbon monoxide poisoning; it is intended to be used in conjunction with additional methods of assessing clinical signs and symptoms.

Caution: Federal (USA) law restricts this device to sale by or on the order of a physician. See instructions for use for full prescribing information, including indications, contraindications, warnings, and precautions.

60587/PLM-11110B-0318

MASA00264231
EXHIBIT HHH