# EXHIBIT DDDD



# The three equations

**Marcelo Lamego** <mmlamego@stanfordalumni.org>  
To: tcook@apple.com

Wed, Oct 2, 2013 at 12:54 AM

Dear Tim Cook,

I was approached by Apple in the beginning of this year (by David Affourtit and James Foster) and was asked if I would like to join the executive technical team. Because I did not want to sign the Apple's NDA for an onsite interview, the process came to a halt. I felt that it was not appropriate to receive confidential information from or disclose confidential information to Apple given my fiduciary responsibilities as the Chief Technical Officer of Cercacor.

I have developed several medical devices in the last 10 years and I am positively sure I could add a significant value to the Apple team, if I was given the chance of becoming part of it in a senior technical executive position and without conflicting with the large IP I have developed for Masimo and Cercacor during the same period.

What I am sure Apple soon will realize is that medical, wellness and fitness technologies are very deceptive in the sense that they are easy to develop for products that work in most (~80%) he users. Getting the same technology to work in almost the entire population is a problem extremely more complex. This is the very reason most medical device startups become insolvent. Knowing Apple's reputation, I am sure you would not settle for even 99%, imagine then, 80%.

As you probably know, regulatory barriers are another important consideration when dealing with medical technologies in general. If the FDA or any other regulatory agency worldwide (i.e., Canada, Japan, Korea, Europe, etc.) believe your product should be regulated by their standards then, the choice of intended use combined with the technology realization strategy can make the development shorten or longer by several years.

The reason I feel attracted by Apple as a company is not related to the things most people are interested in, i.e., brand recognition, great culture, great products, great people. It has to do with the fact that, as an engineer, I realized that there are three important equations to be solved in order to create a competitive global medical, wellness and fitness product portfolio:

(i) The user equation - Apple has solved it and created the industry standard. With a brand recognition similar to the ones from luxury products, everybody is interested in understanding and using Apple's intuitive interfaces.

(ii) The patient equation - This is the deceptive part.

(iii) The connectivity equation - This can only be solved with scale and brand recognition, which e synonymous for Apple. Reliable wireless technology and device interoperability will become a must in the medical device segment.

CONFIDENTIAL   TRUE016520

CONFIDENTIAL

MLAMEGO0000061  
EXHIBIT DDDD

I believe Apple has solved (i) and has enough resources to solve (iii). I can help you to solve (ii).

I would appreciate if the content of this letter could be kept confidential, since it can jeopardize the outcome of my career at Cercacor.

I strongly believe that we can develop the new wave of technology that will make Apple the number one brand in the medical, fitness and wellness device market. If you agree, feel free to contact me anytime.

All the best,

Marcelo Malini Lamego

18 Lyra Way

Coto de Caza CA 92679

Home phone: (949) 216-9294

My resume is available at http://www.linkedin.com/pub/marcelo-lamego/54/644/725

Confidentiality notice: This e-mail may contain information confidential and/or privileged from disclosure. If the reader is not the intended recipient, copying, dissemination or continued possession of this communication is strictly prohibited.

CONFIDENTIAL
CONFIDENTIAL

TRUE016521
MLAMEGO0000062
EXHIBIT DDDD

Stanford Alumni Mail - Apple                                                                                           11/26/18, 9:09 PM



# Apple

**David Affourtit** <affourtit@apple.com>                                                   Wed, Oct 2, 2013 at 10:25 AM
To: Marcelo Lamego <mmlamego@stanfordalumni.org>
Cc: Denby Frazier <denby@apple.com>

Hello Marcelo,

Thank you for your voicemail and follow up.  I saw your note to Tim Cook.  I'm glad you remain enthusiastic about Apple.

As I've transitioned out of the Exec Recruiting team into a management role, I've asked my associate from the Exec Recruiting team to reach out to you directly.  Her name is Denby Frazier, cc'd.

Denby, meet Marcelo, Marcelo, Denby.

All the best and thanks again!

Cheers,
Dave

CONFIDENTIAL                                                                                          TRUE016522
CONFIDENTIAL                                                                                          MLAMEGO0000063

EXHIBIT DDDD