# EXHIBIT FFFF

US 20110082711A1

(19) **United States**

(12) **Patent Application Publication**   (10) Pub. No.: **US 2011/0082711 A1**
  Poeze et al.   (43) Pub. Date:   **Apr. 7, 2011**

(54) **PERSONAL DIGITAL ASSISTANT OR ORGANIZER FOR MONITORING GLUCOSE LEVELS**

(75) Inventors:   **Jeroen Poeze**, Mission Viejo, CA (US); **Gregory A. Olsen**, Trabuco Canyon, CA (US); **Marcelo Lamego**, Coto De Caza, CA (US); **Massi Joe E. Kiani**, Laguna Niguel, CA (US)

(73) Assignee:   **MASIMO LABORATORIES, INC.**, Irvine, CA (US)

(21) Appl. No.:   **12/898,663**

(22) Filed:   **Oct. 5, 2010**

**Related U.S. Application Data**

(60) Provisional application No. 61/249,221, filed on Oct. 6, 2009.

**Publication Classification**

(51) **Int. Cl.**
  *G06Q 50/00*   (2006.01)
  *A61B 5/00*   (2006.01)

(52) **U.S. Cl.** ............................................. **705/3**; 600/300

(57)   **ABSTRACT**

The present disclosure provides a personal health organizer that enables patients and healthcare personnel to manage health data. The personal health organizer can be a portable device adapted to receive physiological reading data from a health data collection device or derive reading data from signals acquired by a sensor, or a software module/platform for performing same that is configured to be executed on a general purpose computing device such as a mobile phone/computer. The personal health organizer integrates reading data with applications that assist and promote health management, including reminders, alerts and health data tracking. The reading data obtained can be forwarded to healthcare providers so they can provide feedback such as alerts and diagnoses to the user. The personal health organizer can also support electronic medical record integration via networked computing so that locally stored medical data are automatically synchronized with remotely stored medical data records.



MASA03054742

EXHIBIT FFFF

Case 8:20-cv-00048-JVS-JDE   Document 1135-11   Filed 01/12/23   Page 3 of 28   Page ID #:100373



**FIG. 1A**



**FIG. 1B**

MASA03054743
EXHIBIT FFFF



FIG. 2A

FIG. 2B

MASA03054744

EXHIBIT FFFF



**FIG. 3A**



**FIG. 3B**



**FIG. 4**

MASA03054746

EXHIBIT FFFF



**FIG. 5**

Case 8:20-cv-00048-JVS-JDE   Document 1135-11   Filed 01/12/23   Page 8 of 28   Page ID #:100378



FIG. 6A

MASA03054748

EXHIBIT FFFF



FIG. 6B

MASA03054749
EXHIBIT FFFF



FIG. 7

MASA03054750

EXHIBIT FFFF



**FIG. 8**

MASA03054751

EXHIBIT FFFF

US 2011/0082711 A1

Apr. 7, 2011

1

## PERSONAL DIGITAL ASSISTANT OR ORGANIZER FOR MONITORING GLUCOSE LEVELS

### CROSS-REFERENCE TO RELATED APPLICATIONS

[0001] This application claims priority to U.S. Provisional Patent Application No. 61/249,221 filed on Oct. 6, 2009, entitled "Personal Health Organizer," the entire contents of which are hereby incorporated by reference in their entirety. All publications and patent applications mentioned in this specification are hereby incorporated by reference in their entirety to the same extent as if each individual publication or patent application was specifically and individually indicated to be incorporated by reference.

### BACKGROUND

[0002] 1. Field

[0003] The present disclosure relates to the field of patient monitoring devices. More specifically, the disclosure relates to portable and handheld personal health organizers that are adapted to be coupled with patient monitors that measure physiological characteristics such as blood glucose level, total hemoglobin, $SpO_2$, methemoglobin, carboxyhemoglobin, and the like.

[0004] 2. Description of the Related Art

[0005] Caregivers often employ patient monitoring systems or devices, such as pulse oximeters, capnographs, blood pressure cuffs, and the like, for convenient spot checking and even continuous monitoring of physiological characteristics of a patient. Patient monitoring systems generally include one or more sensors applied to a patient, a monitoring device, and one or more cables connecting the one or more sensors to the monitoring device.

[0006] Portability of these monitoring systems is advantageous for a number of reasons. For example, portable devices provide the patient with mobility and provide the caregiver the option of including the monitoring device when transporting patients from one setting to another. Also, caregivers often transport patients from an ambulance to a hospital emergency room, and between surgical, intensive care, and recovery settings. As another example, portable devices can also provide the patient the capability of using the monitoring systems at home or the like.

[0007] An example of a patient monitoring device is a glucometer, which is used in a procedure for measuring glucose concentration in the blood. Glucometers are a key element of home blood glucose monitoring by people with diabetes mellitus or prone to hypoglycemia. A glucometer typically provides a numerical readout of the patient's glucose level. Other monitor devices may measure physiological characteristics such as total hemoglobin, $SpO_2$, methemoglobin, carboxyhemoglobin, etc.

[0008] For many conventional patient monitoring devices such as pulse oximeters or glucometers, separate monitoring devices may be needed to measure the oxygen and glucose level saturations. Viewing and analyzing different physiological characteristics would also require separate devices. Moreover, conventional patient monitoring devices are limited to the specialized functions provided by the individual devices, which often include limited data analysis or synchronization capabilities.

### SUMMARY OF THE DISCLOSURE

[0009] Embodiments of the present disclosure provide a portable health organizer that enables patients and healthcare personnel to manage health data, and in particular, physiological reading data from one or more health data collection devices such as a glucometer or pulse oximeter. In an embodiment, the personal health organizer is a dedicated portable device that is adapted to retrieve reading data from a health data collection device, which is a noninvasive device in an embodiment and an invasive device in another embodiment.

[0010] In another embodiment, the personal health organizer is a software module/platform that is configured to be executed on a general purpose computing device such as a personal computer, a laptop, a mobile phone, a mobile computer, and a wristwatch computer. The general purpose computer device is directed by the personal health organizer software module/platform to collect or receive data from either an invasive or non-invasive health data collection device. Another embodiment is a personal health organizer device that includes an integrated health data collection module that is configured to receive physiological data reading from a sensor. The personal health organizer can measure various physiological reading data invasively or non-invasively through a sensor connected through a sensor port in an embodiment.

[0011] In an embodiment, the personal health organizer provides seamless integration of the reading data with the patient's existing medical data and with a number of software applications that help a patient manages his or her health. For example, the physiological reading data, e.g., blood glucose, total hemoglobin, $SpO_2$, methemoglobin, carboxyhemoglobin, can be tracked over a time period so the patient is reminded to take medication and/or perform a new reading. The reminders can be customized or calculated based on prior medical history and/or personal information such as age and gender stored in the personal health organizer. As another example, the reading data can also be forwarded to healthcare providers such as physicians and pharmacies so they can provide feedback to the patient. The personal health organizer can also trigger alerts if the reading data indicate an abnormal level that requires medical attention.

[0012] In addition to the forgoing, embodiments of the present disclosure also provide electronic medical record (EMR) integration in conjunction with support for medical record synchronization across networked locations (e.g. via a cloud computing network). Medical data (including reading data and other patient-entered data such as medication schedule and activity/food in-take logs) from the personal health organizer device are automatically synchronized with the corresponding records located at a remote entity (e.g. in a centralized EMR storage or at the healthcare providers' data storage). For example, newly obtained reading data can be synchronized with a shared, synchronized calendar so that both the physician and the patient user can adjust an appointment if the reading requires a change in the appointment schedule. As another example, prescription information can be synchronized so that reimbursements can be handled automatically when the user finishes a current prescription and purchases a new refill. In another example, the personal

MASA03054752

EXHIBIT FFFF

2

health organizer can initiate the prescription refill process after verifying drug interaction and consent of the user and the physician.

[0013] In other embodiments, the personal health organizer includes an accelerometer that detects user motion and the motion can assist in the collection and/or display of medical/reading data. For example, the accelerometer can detect a user's intent to use the device via touch/motion and automatically start the collection of data when the user places his or her finger into a sensor associated with a health collection data device. In another example, the personal health organizer can begin health data collection once the user places his or her finger into a sensor associated with a health collection data device and/or provides a gesture via a touch-screen input associated with the personal health organizer. In yet another example, the personal health organizer begins the data collection when the user places a finger into the sensor. The LEDs and photo diodes in the sensor can detect the presence of the finger and initiate data collection. The presence of a finger can be determined, for example, by determining when there is a significant reduction in detected light. Such a reduction in detected light can indicate the presence of a finger and start the data collection process.

[0014] In other embodiments, the personal health organizer includes a number of health education and gaming modules designed to educate the user on health management and motivate the user toward a healthier lifestyle. The educational and gaming content can be customized based on the user's current reading data. For example, a tree icon indicative of the user's health can be displayed on the personal health organizer, with the health of the tree corresponding to the recent readings obtained directly by the personal health organizer through a connected sensor or through an associated health collection device.

[0015] For purposes of summarizing the invention, certain aspects, advantages and novel features of the invention have been described herein. Of course, it is to be understood that not necessarily all such aspects, advantages or features will be embodied in any particular embodiment of the invention.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0016] A general architecture that implements the various features of the invention will now be described with reference to the drawings. The drawings and the associated descriptions are provided to illustrate embodiments of the invention and not to limit the scope of the invention. Throughout the drawings, reference numbers are re-used to indicate correspondence between referenced elements.

[0017] FIGS. 1A and 1B illustrate an embodiment of a personal health organizer.

[0018] FIGS. 2A and 2B illustrate another embodiment of a personal health organizer.

[0019] FIGS. 3A and 3B illustrate yet another embodiment of a personal health organizer.

[0020] FIG. 4 is a block diagram that illustrates the components of a personal health organizer in accordance with one embodiment.

[0021] FIG. 5 is a block diagram that illustrates the modules of a personal health organizer in accordance with one embodiment.

[0022] FIG. 6A is a flow diagram that illustrates various methods performed by the personal health organizer in accordance with one or more embodiments.

[0023] FIG. 6B illustrates the transfer and synchronization of reading data and medical data in accordance with one embodiment.

[0024] FIG. 7 illustrates a sample handheld monitor and an exemplary noninvasive optical sensor of a health data collection device in accordance with one embodiment.

[0025] FIG. 8 is a block diagram of an example health data collection device capable of noninvasively measuring one or more blood analytes in a monitored patient, according to an embodiment of the disclosure.

### DETAILED DESCRIPTION OF PREFERRED AND ALTERNATIVE EMBODIMENTS

[0026] Embodiments of the invention will now be described with reference to the accompanying figures, wherein like numerals refer to like elements throughout. The terminology used in the description presented herein is not intended to be interpreted in any limited or restrictive manner, simply because it is being utilized in conjunction with a detailed description of certain specific embodiments of the invention. Furthermore, embodiments of the invention can include several novel features, no single one of which is solely responsible for its desirable attributes or which is essential to practicing the inventions herein described.

[0027] Systems, methods, and computer-readable media are disclosed for obtaining and analyzing medical data from a medical device or a data server. More specifically, systems, methods, and computer readable media are disclosed for enabling a portable device to obtain and analyze medical data from a health data collection device, such as a glucometer.

[0028] FIGS. 1A-1B, 2A-2B, and 3A-3B illustrate three primary embodiments of the personal health organizer. First, FIGS. 1A and 1B depict a dedicated portable personal health organizer device that is configured to receive data from a health data collection device such as a glucometer. In an embodiment, the personal health organizer is configured to analyze data from the collection device, manage the collected data, and use the collected data to assist the patient in managing his or her personal healthcare. For example, the collected data can be used to schedule reminders for the patient to visit his or her physician or pharmacist. Second, FIGS. 2A and 2B depict a general purpose computing device configured to execute a personal health organizer software module, with the computing device further configured to receive data from a health data collection device such as a glucometer. The general purpose computing device can be a mobile computing device with its own operating system and software, and has installed upon it the personal health organizer software module configured to perform tasks that are substantially similar to those performed by the dedicated personal health organizer depicted in FIGS. 1A and 1B. Finally, FIGS. 3A and 3B depict a device that integrates a personal health organizer software module with a health data collection device module, with the collection device module coupled with hardware to perform tasks of health data collection such as those performed by a glucometer or other patient monitoring device described above. Each of these three primary embodiments will be described in further detail below.

Personal Health Organizer as a Dedicated Portable Device

[0029] FIG. 1A shows a personal health organizer 110 as a device configured for analyzing data collected by a health data collection device 112. As shown in FIG. 1A, the personal

MASA03054753

EXHIBIT FFFF

3

health organizer **110** can be connected to the health data collection device **112** via a communications link **114**. The communications link **114** can be a wired or wireless connection adapted to transfer data between the two devices. Examples of wired connections include USB, serial, and parallel and examples of wireless connections include Bluetooth®, Wi-Fi, WiMAX, Wireless USB, and ZIGBEE. In various embodiments, the health data collection device **112** is configured to collect physiological data from a patient invasively or non-invasively. The health data collection device **112** can be a glucometer, a pulse oximeter, monitor devices that measure total hemoglobin, SpO₂, methemoglobin, carboxyhemoglobin, and the like. Example portable non-invasive monitoring devices are disclosed in co-pending U.S. patent application Ser. No. 12/534,827, filed Aug. 3, 2009, assigned to Masimo Labs of Irvine, Calif., the Assignee of the present application, the disclosure of which is incorporated herein by reference.

[0030] The personal health organizer **110** can comprise a computing system configured to perform functional tasks of various embodiments of the invention. For example, in an embodiment, the personal health organizer **110** accesses data collected by the health data collection device **112** or stored at a medical data server **120** connected via a network **124**, which can include a LAN, WAN, or the Internet. The medical data server **120** and the personal health organizer **110** can be connected to the network via communications links **146** and **148**, respectively, and the communications links can include wired or wireless connections. The medical data server **120** can be a conventional, preexisting data system operated by an entity such as a hospital or an insurance company.

[0031] In the embodiment depicted in FIG. 1B, the health data collection device **112** includes a finger clip sensor **116** connected to a monitor **118** via a cable. Moreover, the monitor **118** can advantageously includes electronic processing, signal processing, and data storage devices capable of receiving signal data from the sensor **116**, processing the signal data to determine one or more output measurement values indicative of one or more physiological parameters of a monitored patient, and displaying the measurement values, trends of the measurement values, combinations of measurement values, and the like. Alternatively, in an embodiment, the personal health organizer **110** includes a sensor port that allows for a sensor such as the sensor **116** to be connected directly to the personal health organizer **110**, and in that embodiment the personal health organizer **110** includes components and devices for processing the signal data from the sensor **116**.

[0032] The monitor **118** can also include other components, such as a speaker, a power button, removable storage or memory (e.g., a flash card slot), an AC or DC power port, and one or more network interfaces, such as a universal serial bus (USB) interface, an Ethernet port, or a wireless port. These interfaces and ports can be used by the monitor **118** in one embodiment to communicate with the sensor **116** via a communication link **104**, which may include various types of communication protocols and links as described above with respect to the communication link **114**. For example, the monitor **118** can include a display that can indicate a measurement for glucose, for example, in mg/dL. Other analytes and forms of display can also appear on the monitor **118**.

[0033] In addition, although a single sensor with a single monitor **118** is shown, different combinations of sensors and device pairings can be implemented. For example, multiple sensors can be provided for a plurality of differing patient types or measurement sites or even patient fingers. The sensor **116** can also connect to the monitor **118** wirelessly. Alternatively, the sensor **116** and the monitor **118** can be integrated into a single unit. A skilled artisan would appreciate that many other monitoring device configurations can be used as well.

Personal Health Organizer as a Software Module

[0034] FIG. 2A depicts another embodiment with a personal health organizer software module **132** executed on a general purpose computing device **126**, with the computing device **126** coupled with the health data collection device **112** via a communications link **128**. The communications link **128** can be a wired or wireless connection adapted to transfer data between the two devices. The personal health organizer module **132** can be an executable program on an operating system of a device such as a mobile phone, a personal digital assistant, a portable music player, an electronic book reader, a netbook, a TV media center, and a laptop or desktop computer. For example, the personal health organizer module **132** can be an application that is executed on the operating system of a mobile phone such as the iPhone manufactured by Apple, Inc., a Blackberry device manufactured by Research In Motion, Inc., the Pre manufactured by Palm, Inc, or a mobile device manufactured by HTC, Nokia, or Motorola, etc. In an embodiment, the personal health organizer software module **132** is configured to perform tasks that are substantially similar to those performed by the dedicated personal health organizer depicted in FIG. 1A. In an embodiment, the computing device **126** is connected to the network **124** via a communications link **122**, which can be a wired or wireless connection. As with FIG. 1A, the computing device **126** can be connected to the medical data server **120** via the network **124**.

[0035] As shown in FIG. 2B, the general computing device **126** can be coupled with the health data collection device **112**, with the monitor **118** and sensor **116** as described above. In the embodiments shown in FIGS. 1A, 1B, 2A, and 2B, the communication and/or I/O interfaces of the health data collection device **112** can be used to connect to personal health organizer **110** or **126**. For example, the USB interface could be used to connect the monitor **118** to a USB port of the personal health organizer **110** or **126**. As another example, the wireless port of the health data collection device **112** could be used to communicate with the personal health organizer via a wireless link, such as an RF or infrared link or a Bluetooth® link. A skilled artisan will appreciate that a variety of other configurations and communication mechanisms are possible. For example, in an embodiment, general purpose computer device **126** includes a sensor port that allows for a sensor such as the sensor **116** to be connected directly to the general purpose computer device **126**, and in that embodiment the general purpose computer device **126** includes components and devices for processing the signal data from the sensor **116**. In another embodiment, the sensor **116** can be connected wirelessly to the general purpose computer device **126** through one or more known wireless connection protocols such as Bluetooth®. A skilled artisan will also appreciate that connecting the monitor **118** to the personal health organizer can allow the personal health organizer to collect, store, or analyze the output measurement values produced by the monitor **118**.

Integrated Device with Personal Health Organizer and Health Data Collection Modules

[0036] FIG. 3A depicts another embodiment with a personal health organizer software module **132** executed on a

MASA03054754

EXHIBIT FFFF

computing device **130** that is integrated with a health data collection device module **134**. In an embodiment, the health data collection device module **134** is configured to collect physiological data such as glucose reading and other physiological parameters. In an embodiment, the health data collection device module **134** includes components and devices for processing the signal data from the sensor **116**. As shown in FIG. 3B, the integrated device **130** can include a monitor display and a sensor **116**. The monitor display can provide for display for both the personal health organizer software module **132** and the health data collection device module **134**. In an embodiment, the sensor **116** can be further integrated into the integrated device **130**. In another embodiment, the wire connecting the sensor **116** to the integrated device **130** can be retractable or detachable so that the sensor **116** can be housed within the integrated device **130** or elsewhere when the sensor **116** is not in use. In the detachable embodiment, the integrated device **130** includes a sensor port that allows for the sensor **116** to be connected directly to the integrated device **130** through one or more known connection/communication protocols including USB and Ethernet. The sensor **116** can also connect wirelessly to the integrated device **130**.

[0037]   In one or more embodiments, the personal health organizer **110**, **126** or **130** can be covered by a water-proof case (e.g. a case that can withstand water pressure up to 300M in depth). In an embodiment, the sensor **116** is either detached from the personal health organizer device or integrated into the personal health organizer within the water-proof case. The case can allow, for example, divers to use the personal health organizer under water.

[0038]   Although a single personal health organizer is depicted in FIGS. 1A-3B, many different personal health organizers, monitoring devices, or sensors that operate as described above can be provided. In addition, multiple distinct healthcare entities and systems can communicate with a personal health organizer and its associated monitoring device and/or sensor. This can include corporate two-way interaction of data hubs such as Google Health, Microsoft Health Vault, and hubs maintained by WellPoint or other insurers. One skilled in the art will appreciate that any number of patients or healthcare professionals can be provided access to the personal health organizer **110**, **126**, or **130** or the data server **120**.

Personal Health Organizer Components—General

[0039]   FIG. **4** illustrates in more detail components of an example personal health organizer **110**, general computing device **126** (with a personal health organizer module **132**) or integrated device **130** in accordance with various embodiments (hereinafter referred to as "personal health organizer"). In an embodiment, the components are divided into required components and optional components. In FIG. **4**, the required components are illustrated in blocks with continuous lines while the optional components are illustrated in blocks with dotted lines.

[0040]   As illustrated in FIG. **4**, various embodiments of the personal health organizer include one or more of the following components: one or more computer processor(s) **202**, a storage **204**, a display/touch panel **206**, and an interface **208**. One or more of these components can be connected together via a system bus **210**. In an embodiment, the storage **204** includes (1) data storage such as a hard disk and/or removable media such as a flash drive, and/or (2) memory storage such as RAM or ROM. The processor(s) **202** can process signals

received from a sensor such as the sensor **116** shown in FIGS. 1B, 2B, and 3B and derive physiological readings such as blood glucose level or other parameters from the signals. The storage **204** can include instructions or data for performing one or more methods disclosed herein. In one or more embodiments, the storage **204** includes a media card reader interface that accepts a media card such as an SD card, a microSD card, a memory stick, a CF card and the like. The portable media card can be used to store patient information and enable the personal health organizer device to be shared, with the settings and data for the individual user stored in the user's media card. The personal health organizer can also include a biometric identification module (such as a vein pattern or finger print scanner) **246** to distinguish one user from another or provide security for information stored.

[0041]   In an embodiment, a personal health organizer computing platform/module **300** and related modules (shown in FIG. **5**) are stored in storage **204** and executed on the processor **202**. Additionally, the personal health organizer can access information including patient medical and reading data stored in storage **204** in performing methods disclosed herein.

[0042]   The interface **208** can include an input **234**, which can in turn include wired and wireless input connections in accordance with various protocols such USB, serial, parallel, SATA, Firewire (IEEE 1394), Bluetooth®, Wi-Fi, WiMAX, Wireless USB, ZIGBEE, etc. Although interface **208** is shown as a simple interface, multiple interfaces could be used. For example, the interface can include one or more commonly available input/output (I/O) interfaces that provide a communication interface to various external devices, connected via a wired, wireless, or combination of wired and wireless, communication link. In addition, sensor interface **224** can double as a wired interface to other connection types.

[0043]   The input **234** can also accept input from an input device such as a keyboard, a mouse, a speech recognition device, a touch screen device and/or other data entering devices. In an embodiment, the user inputs information through the touch screen functionality integrated into the display/touch panel **206**. The input **234** can be connected to the health data collection device **112**, other medical devices, other computing devices, etc. to collect medical and/or physiological reading data that is to be processed, analyzed, and/or communicated.

[0044]   In an embodiment, the interface **208** also includes a network interface **240** that can receive information over any type of network, such as a telephony-based network (e.g., PBX or POTS), a local area network (LAN), a wide area network (WAN), a dedicated intranet, and/or the Internet. The network interface **240** can include a wired interface such as an Ethernet interface or a wireless interface such as Wi-Fi or WiMAX.

[0045]   The personal health organizer can be adapted to provide output information to an output **232**, with the information output through wired and wireless connections in accordance with various protocols such USB, serial, parallel, SATA, Firewire, Bluetooth®, Wi-Fi, WiMAX, Wireless USB, ZIGBEE, etc. Information can also be output to an external display **228** and/or a printer **230**.

[0046]   As further described below, the personal health organizer can use the stored patient information to generate reports, alerts, and the like for healthcare providers. The personal health organizer can then output the medical infor-

MASA03054755

EXHIBIT FFFF

5

mation via the output **232** and/or send the medical information through via the network **124**.

[0047] The storage **204** can store personal data associated with patients connected to the personal health organizer, such as name, address, telephone number, driver's license number, social security number, credit card account number, checking account number, age, gender, ethnicity, etc. Sensitive or personal data may be stored in an encrypted format and/or not stored on the personal health organizer. In an embodiment, the user is provided with data storage and security options and can configure the device as desired. In an embodiment, information stored on the device can be remotely wiped, for example, if the device is lost or stolen. The storage **204** can preferably also include records of reports generated for the healthcare providers (when a provider is the user) or patients, alerts generated for the healthcare providers or patients, patients associated with the healthcare providers or patients, and requests made by the healthcare providers or patients. The storage **204** can also include the healthcare provider's or patient's membership identification ("ID") and password. The information to be stored in the storage **204** can be entered, obtained, or transmitted using the touch screen enabled display **206**, the input and output **232** and **234**, and/or the network interface **240**.

[0048] The personal health organizer in an embodiment includes one or more of: a media decoder/encoder/player **218** for playing back music and media, a phone **226**, a built-in video/still capability camera **214**, a barcode interface **220**, a magnetic compass/accelerometer **216**, a sensor interface **224**, a glucose strip reader **222**, a biometric identification module (such as a retinal, vein pattern, or finger-print scanner) **246**, and an audio component **244**. The media player **218** can play back media such as music and video via a media center software displayed on the display **206**. The camera **214** can support a document scanner that allows user to input documents and forms from healthcare providers or insurance companies. In an embodiment, the camera is paired with an optical character recognition module so that scanned medical forms can be converted into data that can be uploaded for synchronization at a server in a network (e.g. a cloud computing network) or stored on the personal health organizer device. The scanner can also enable the user to fill out a medical form and send the completed form to a healthcare provider or an insurance company. User can also photograph or scan the bar code of prescriptions and food packaging to obtain information on drug and nutrition.

[0049] The sensor interface **224** can be used to connect to a health data collection device and/or a sensor such as the sensor **116** shown in FIGS. 1A-3B to obtain reading data from the device or sensor. The glucose strip reader **222** can be used to read/scan glucose strips and obtain reading data from the strips. The barcode interface **220** can be used for distinguishing patient records in a hospital setting.

[0050] The personal health organizer can also include a GPS receiver component **212**, which can determine the location of the personal health organizer. The GPS receiver component **212** can include a digital GPS receiver that can determine the location of the personal health organizer by determining coordinates, such as latitude, longitude, altimeter, etc. using conventional methods know in the art. In the case of an emergency associated with a user of the personal health organizer, emergency services or address book contacts can be contacted and location information of the user can be given by the personal health organizer using information

provided by the GPS receiver component **212**. In addition, the personal health organizer can be adapted to locate and discover nearby healthcare facilities and/or computing devices. For instance, the personal health organizer can determine its location as discussed above, and from knowing its location it could determine the closest hospital or pharmacy, etc. The personal health organizer can also determine what medical devices, equipment, monitors, and/or other computing devices are located near it, for example, by using the broadcast IDs of these devices (e.g. Wi-Fi SSIDs).

[0051] In an embodiment, the magnetic compass/accelerometer component **216** enables a virtual reality capability. For example, a panoramic photo can be viewed on the display **206** by tilting/rotating the device, where the device updates the current viewing angle of the picture using the 3D acceleration vector from the accelerometer and the direction from the magnetic compass. In an embodiment, other accelerometer-related features include an orientation aware graphic user interface (GUI) on the display **206**, whereby the GUI adjusts according to the physical orientation of the personal health organizer device. In another embodiment, the GUI provides a hospital navigational feature that can assist a user with navigating or routing through a hospital, for example, using a virtual reality depiction of the hospital. In addition, the display **206** can be configured so that a "Portrait View" is used to display numbers and a "Horizontal/Landscape" view is used to view full screen trended data (e.g. readings tracked over a period of time). Both view options can be overridden in the control menu of the personal health organizer device. While in the "trend view," in an embodiment, the user can slide the trend timeline along a horizontal axis shake of the device, which can be taken to be a user generated gesture interaction with the device. In another embodiment, the user can rapidly shake the personal health organizer device and press the power button shortly to clear the trend that is being viewed. In another embodiment, the user can control or access the scroll menu with a vertical axis shake. An icon can be displayed to show a 2D bubble level and/or a 3D bubble level to give the user feedback that the device is being used in a good orientation for use.

[0052] In yet another embodiment, while the personal health organizer device is in an "Exercise Activity Flag Mode," the physical movement of the user is measured and correlated with the user's pulse rate, with the pulse being measured by the personal health organizer or a sensor strapped to the exercising user, in order to rate the user's physical activity.

[0053] In other embodiments, the accelerometer can be used so that a three-axis tilt of the device can adjust the perspective view of numerical 3D objects, and a three-axis tilt of the device can adjust the perspective view of the graph for more information. In other embodiments, a steady rapid shake of the device can be reflected in the falling apart of screen information on the display **206** and a prompt to notify the user that heavy vibration is detected. Rapid shaking of the device during an alarm clock notification can snooze the alarm.

[0054] The personal health organizer can include a device history log in which a user voluntarily provides access to log data so the manufacturer of the personal health organizer device can determine usage frequencies of various features.

MASA03054756

EXHIBIT FFFF

The log can be anonymized so that personal medical data is blacked out, blocked, or not provided.

Personal Health Organizer Components—Accessibility Features

[0055] The personal health organizer can also include software and/or hardware support (e.g. the audio component 244) for providing a user interface for visually impaired users, including speech and command recognition. In an embodiment, the personal health organizer provides haptic (touch-based) feedback. The feedback can be provided in addition to the audible voice and tonal feedback of the device (e.g. having a vibration notification on each screen interaction to assist the user in navigating the screens).

[0056] One embodiment of the personal health organizer includes an "auto-start" feature in which, after power on, the motion sensor and sensor 116 detects if a finger is placed and held steady for a time period (e.g. two seconds) at the sensor 116. If so, the device starts the measurement and can optionally upload the result to a server. In an embodiment, the auto-start feature can be paired with audible instructions, sent via the audio component 244, to assist the user in using the device in auto-start mode.

Modules of the Personal Health Organizer

[0057] In one or more embodiments, the personal health organizer device includes one or more modules as shown in FIG. 5. As shown, the personal health organizer device includes a medical and/or physiological data input software module 310 that supports and/or controls the receipt of medical or physiological reading data from the health data collection device 112, for example. In addition, a sensor interface module 306 can be included in the personal health organizer device to interface with various sensors. For example, in the embodiment depicted in FIGS. 3A and 3B, where the health data collection functionality is integrated into the personal health organizer device, the personal health organizer includes the sensor interface module 306 to interface with the attached sensor 116.

[0058] In an embodiment, the personal health organizer or personal health organizer module further includes a personal health organizer software platform 300 on which one or more of the following modules can be executed. In another embodiment, the modules can be executed on an operating system on a computing device apart from the personal health organizer platform 300. The modules include a network computing support module 302, a communications I/O interface module 304, an electronic medical data integration module 322, a gaming module 324, a medical data analysis module 326, a medical information and education module 328, a device security module 342, and a medical data display module 344. These modules are further described as follows.

Medical Data Analysis Module

[0059] The medical data analysis module 326, by way of example, can be used to receive medical or physiological data from the health data collection device 112 and/or the sensor 116. For example, the medical data analysis module 326 can be used to receive the measurement outputs from the monitor 118 in FIGS. 1B and 2B. As another example, the medical data analysis module 326 can be used to receive data from the sensor 116 in FIG. 3B. The medical data analysis module 326 can then analyze the data received from the sensor 116 to

determine reading data and/or measurement values similar to those determined by the monitor 118.

[0060] After receiving or determining the reading data, the medical data analysis module 326 can perform analysis on the reading data. For example, the medical data analysis module 326 can determine both pre-prandial and post-prandial peak glucose levels. This analysis can help healthcare professionals know when and how to titrate medications, especially for patients who are on an insulin sliding scale coverage. As another example, the medical data analysis module 326 can determine the mean glucose levels (daily, weekly, or monthly, etc.). The medical data analysis module 326 can also determine the correlation between the hemoglobin A1c and the glucose levels over a period of time, e.g., a two to three month period. This can show how well controlled the patient's blood sugar level is based on the glucose readings from the glucometer. These functions described can be performed by the medical data analysis module 326, a sub-module, and/or a separate program on the personal health organizer.

Medical Data Analysis Module—Data Tracking

[0061] In addition to receiving medical data, the medical data analysis module 326 can be configured to send collected or stored medical data to interested parties using the network computing support module 302 and/or the communications I/O interface module 304. For example, the medical data analysis module 326 can send a digital copy of a user's entire medical record, proof of health insurance, etc. to interested parties, such as a physician office. Medical data including current and past readings, reading trends, analyses, medical records, insurance records, can be sent via email, text message, or any other communication medium/protocol to any interested party. Likewise, an interested party (e.g. doctor, insurance company) can also send the same type of data to the personal health organizer via email, text message, or any other communication medium/protocol and the attached/transmitted data can be integrated into the records kept on the personal health organizer.

[0062] The medical data analysis module 326 can further include one or more sub-modules or programs for tracking medical data, including reading data and/or data related patient activities and correlating the medical data with patient activities. For example, the medical data analysis module 326 can track daily food intake that can be downloaded via network 124. In that embodiment, the medical data analysis module 326 is used to receive input from a user, via the input 234 and/or the display/touch panel 206, indicating food taken throughout the day. Then the medical data analysis module 326 can store the input in the storage 204, analyze the input to determine trends, and/or generate reports based on the input. This can help the physician, dietician, or patient to improve or modify dietary strategies for glucose control. In an embodiment, trending data is displayed to the user in various graphical formats on the display 206 through the medical data display module 344.

[0063] As another example, the medical data analysis module 326 can track the glycemic index (GI), which describes the effect of carbohydrates on glucose level, and is sometimes used for medical nutrition therapy. In another embodiment, the medical data analysis module 326 can maintain a log of insulin injections given and/or received to show a patient's compliance with medications. The insulin injections can be input by the user into the personal health organizer via the user interface on the display 206 or input automatically with

MASA03054757

EXHIBIT FFFF

digital syringe. The medical data analysis module **326** can also generate hypoglycemia or hyperglycemia alerts. For example, when the received reading data indicates that blood glucose is too low or too high, the medical data analysis module **326** can alert the patient and prompt the patient to log any symptoms of hypoglycemia or hyperglycemia. Moreover, the medical data analysis module **326** can have threshold reading values and/or accompanying symptom checklists configurable by a physician or a patient, so that if blood glucose values are detrimentally low or high and/or certain accompanying symptoms appear, alerts will be automatically sent to the patient's physician or emergency medical personnel. Similarly, the medical data analysis module **326** can determine if a user has missed a reading and it can send alerts (via SMS, email, automated voice call, etc.) to a friend, family member, or a caretaker to check on the user.

[0064]    Moreover, the medical data analysis module **326** can calculate the amount of insulin to be given based on the user's carbohydrate intake and glucose level post-prandial. This is helpful for patients who are on an insulin sliding scale coverage. Also, the medical data analysis module **326** can perform continuous blood glucose monitoring for patients in a hospital setting or in critical care.

[0065]    The medical data analysis module **326** can also be configured to manage activity flags, based on data input by a user. The data input can, by way of example, include: exercise time and severity of exercise, insulin (basal bolus) dosage, medication taken, food (GI index, carbohydrates/proteins) consumed, weight tracking, pulse rate tracking, or CO tracking for smokers. In addition, the tracking can include custom flags for other user-defined activities.

[0066]    In an embodiment, the medical data analysis module **326** works with the medical data display module **344** to provide visualization of health data tracking or trending. In an embodiment, the medical data display module **344** displays trended data for a user in a variety of graphical formats, for example, when rotated in a horizontal position. The trended data can contain readings or spot readings of measureable parameters or user input for activity flags, as discussed above.

[0067]    A skilled artisan would appreciate that the medical data analysis module **326** could be associated with different types of programs or applications installed by the user that can interface with the medical data analysis module **326**. The functions described herein can also be performed by the medical data analysis module **326** alone, one or more submodules, and/or one or more separate modules/programs on the personal health organizer.

Network Computing Support Module and Electronic Medical Data Integration Module

[0068]    In addition to analyzing reading data and providing the user with reminders, alerts, and other feedback to improve the user's health, the personal health organizer in an embodiment includes the electronic medical data record integration module **322** and/or the network computing support module **302** to assist in medical data synchronization. For example, the electronic medical data record integration module **322** can provide data backup and synchronization of medical results, contacts, and other user data (music, videos, etc.). The electronic medical data record integration module **322** can also be configured to enable synchronization of emails, text messages, and voice messages. The electronic medical data record integration module **322** and/or the network computing support module **302** can also be configured to synchronize

patient data to centralized medical data servers such as Google Health, Microsoft Health Vault, etc.

[0069]    The electronic medical data record integration module **322** can also enable non-patients such as physicians and family members of a primary patient user to synchronize patient data with different access privileges. For instance, an alias can be created to allow non-trusted sources to review patient data without personally identifiable information. The electronic medical data record integration module **322** can further enable a user to prove good health practices and compliance to receive special discounted rates or rate cuts from health insurance providers. In an embodiment, the electronic medical data record integration module **322** and/or the network computing support module **302** include an embedded web server that allows access to locally stored history, reading/medical data, data settings, and calendar, etc.

[0070]    The electronic medical data record integration module **322** and the network computing support module **302** can be associated with a calendar program. The program can allow a user to synchronize the calendar of the personal health organizer with an online synchronized calendar such as Outlook, iCalendar, Google Calendar, Yahoo Calendar, etc. The calendar can also provide an alarm function, including a smart clock that can store or access times for scheduled tests and can determine, based on reading data, if more tests are needed (invasive or non-invasive). As another example, when a prescription is entered, the personal health organizer device in an embodiment tracks medication intake and provides reminders for taking the prescribed medication.

[0071]    In addition, the electronic medical data record integration module **322** can be configured such that the personal health organizer can be used by multiple users. For example, each user's data can be tracked separately on the same device. As a result, for instance, one family would only have to buy one device for spot checking, and family members can login via a password or a biometric identification system as further described below. As another example, an endocrinologist office could purchase patient licenses and store the data of patients the office spot-checks, with the patient records separated by identification tags and protected via the security features described herein. A skilled artisan would appreciate that the users' medical data (including insurance information) could be stored separately on the personal health organizer or a remote system, e.g., an Electronic Medical Record (EMR) server located on a remote computing network (e.g. cloud computing network).

[0072]    In an embodiment, the medical data stored on the personal health organizer can be retrieved by an EMS or a first responder through the use of a Rad 57 or similar device. A physician can also perform data retrieval using a similar device. In another embodiment, the electronic medical data record integration module **322** can be configured to manage medical expenses and reimbursements. The electronic medical data record integration module **322** can be used to track health items purchased by the user and to synchronize the items with a medical expense account. The purchased items can also be compared by a comparison shopper module/program for best prices and alternative products. The purchase history information can also be sent to insurance companies for reimbursement of co-pay overages, for example.

[0073]    In another embodiment, the network computing support module **302** can be configured to provide reminders to the user if the personal health organizer is not with the user. For example, the user can call the personal health organizer

MASA03054758

EXHIBIT FFFF

via phone or send an email or text message with a particular question regarding appointment times, medication intake schedule, etc. In an embodiment, the personal health organizer or a data server with synchronized medical data records within a remote computing network (e.g. cloud computing network) provides answers to the particular questions sent.

[0074] Since diabetic patients are likely users of the personal health organizer and diabetes can sometimes lead to vision impairment, in an embodiment the electronic medical data record integration module **322** is configured to synchronize eye care prescription requirement dates and vision check-ups on a calendar. In an embodiment, the personal health organizer includes software for testing the user's vision on the device to determine if a new prescription is needed. The testing software can include Ishihara plates and distance charts displayed on the display **206**, with the displayed testing materials sized according to an arm's length testing distance.

[0075] In yet another embodiment, the electronic medical data record integration module **322** is configured to coordinate prescription. For example, once a user's physician verbally mentions a prescription, the personal health organizer can acoustically identify the drug term and search for generic alternatives. Once the physician agrees to the drug (either the branded drug or the suggested generic alternative), the electronic medical data record integration module **322** is configured in an embodiment to locate a closest pharmacy (using the built-in GPS and/or triangulation software based on cell tower location) with the best price and provides contact information of the pharmacy to the user. It can also provide the pharmacy information to a remote computing network (e.g. cloud computing network) for data synchronization or send it directly to the user's physician so that he or she can submit an electronic prescription.

[0076] Various embodiments of the personal health organizer also provide for exchange of medical data and related information via email. For example, while a caregiver is taking a reading or measurement of a patient with the personal health organizer, the caregiver can ask the patient whether or how the patient would like to receive information relating to the measurement, and if the patient prefers email or text messages, the email or text message format. The caregiver can input these communication preferences and send an email or text message to the patient at the point of measurement. In one embodiment, an email of the reading or measurement is automatically sent to the patient upon the completion of measurement process. In another embodiment, the email is sent later at the direction of the caregiver user or at a time configured by the caregiver user. The email or text message could also be routed to additional supervising caregivers, medical records personnel or files, others in the health providing mechanism for a particular patient, or the like. In some embodiments, federal, state, local, caregiver facility rulemaking bodies may place requirements on the distribution and/or content of the information, including, for example, the level of permission required for certain types of data based on, for example, the content thereof. In those instances, the personal health organizer may advantageously ask the caregiver at the point of measurement to acquire the appropriate permissions, or withhold sending the email or text message until such permissions are processed, authenticated, verified, or otherwise checked and approved or the like. In other embodiments, the personal health organizer may review the available permissions and appropriate rule authorities and determine the format and content of the email or text message that is avail-

able for sending. For example, the personal health organizer may include less information, less detailed information, different groupings of medical and/or personal information based on a particular patient's permissions and/or applicable medical data disclosure rules. Other forms of electronic communications can also be used, for example, information can be posted to a website, such as a private blog. Information can also be sent through various other information posting websites such as, for example, Twitter™.

[0077] None, some, or all of the information relating to patient interactions with the personal health organizer can be sent electronically. For example, emails may be sent to those patients (e.g. an outpatient) that may take measurements on their own or have them taken by a non-professional caregiver such a family member. Emails, text messages, or other electronic communications can also include reminders, requests for data, advice based on data obtained, or any other similar personal or medical information.

Electronic Medical Data Integration Processes

[0078] FIGS. **6**A and **6**B show methods for integrating medical data records in accordance with embodiments disclosed herein. At block **352**, in an embodiment, a signal indicative of the patient physiological reading is received and/or detected at a sensor of the personal health organizer (or an associated health data collection device). At block **354**, the personal health organizer (or an associated health data collection device) can process the signal to derive or calculate reading data (e.g. derive blood glucose level based on signal received). At the block **360**, the reading data can be stored locally (e.g. in the storage **204**) along with other medical data of the patient user. At block **362**, the personal health organizer can use the reading data to customize local content at the personal health organizer, including games and educational materials. At block **364**, the personal health organizer can use the reading data to generate health reminders and/or recommendations that are personalized for the patient user.

[0079] At block **356**, the reading data can be forwarded to a remote electronic medical storage. In an embodiment, related medical data can be forwarded with the reading data as well. At block **372**, the records kept at a centralized medical data storage can be synchronized with the forwarded reading data and/or related medical data. At block **374**, the forwarded reading data and/or medical data can be used to generate alerts to healthcare providers. At block **376**, the records kept at healthcare providers can be synchronized with the forwarded reading data and/or medical data. The healthcare providers can use the forwarded data to generate feedback such as alerts, data updates, and diagnoses, which are received at the personal health organizer at block **358** in accordance with an embodiment.

[0080] The synchronization of data records is further illustrated in FIG. **6**B, where a patient **420** is shown to provide reading data to a personal health organizer **402**, which in turns forwards the reading data and/or other related medical data of the patient **420** to a network **124**. The network **124** can include a remote computing network (e.g. cloud computing network) comprising of LANs, WANs, and the Internet. The reading data can be relayed to healthcare providers **404**, who can provide feedback such as alerts, reminders, and/or diagnoses to the personal health organizer **402** via the network **124**. The healthcare providers **404** can also synchronize their records based on the forwarded reading data (and/or related medical data) and in turn provide synchronized and/or updated medi-

MASA03054759

EXHIBIT FFFF

cal data back to the personal health organizer 402. Similarly, the reading data (and/or related medical data) can be forwarded to the electronic medical record storage 406 via the network, and the electronic medical record storage 406 can synchronize its records based on the forwarded reading data (and/or related medical data) and in turn provide synchronized and/or updated medical data back to the personal health organizer 402 via the network. The returned results from the healthcare providers 404 and/or the electronic medical record storage 406 can be displayed back to the patient 420 and/or used by the personal health organizer for other purposes such as completing financial costs and deductions to users' medical expense accounts.

Gaming Module

[0081]   In an embodiment, the personal health organizer includes a gaming module 324 that includes and/or supports a variety of health-related games. For example, the gaming module 324 can allow the user to purchase or download games associated with health training on the disease and written to motivate the emotional state of the user. As another example, the gaming module 324 can provide a game that provides a customizable digital pet for children to disassociate from the disease but learn how to care for the digital pet and themselves. The digital pet can include interchangeable configuration data that relate to the appearance of the pet. As a further example, the gaming module 324 can display a screen saver that displays a tree either in good or failing condition depending on a user's ability to live successfully with diabetes. For example, a user with a small number of doctor visits, missed insulin injections, bad food choices, and few exercise activities can be shown a withering tree. Conversely, a user who maintains few spikes and drops can be shown a healthy, vibrant tree. In another embodiment, the gaming module 324 can provide an interactive game based on training/flash cards and tests. The cards and tests can be based on device usage, health condition/standing, disease knowledge, latest news findings on cures, etc. The testing and training can be synchronized over Internet to allow friend and group competition and participation.

[0082]   The gaming module 324 can also be associated with a running companion module. The module can be used to synchronize training records for a user based on the user's shoe type or needs. The module could further be adapted to work with the accelerometer to function as a pedometer or perform some other assessment of movement. A skilled artisan would appreciate that the gaming module 324 could use measurements from the pedometer or other assessments of travel to deduce the required shoe type for a user or life span of a particular shoe. For example, the gaming module 324 can determine based on distance traveled, the best shoe type for a user or the life span of the shoe the user has been using. The gaming module 324 can utilize the accelerometer 216 in the personal health organizer to enhance the gaming experience.

External Reading from Additional Health Data Collection Devices

[0083]   Embodiments of the personal health organizer include a sensor interface module 306 that is adapted to connect to sensors for measuring physiological readings of a user. In an embodiment, the personal health organizer includes the communications I/O interface module 304 that is configured to interface with various health data collection devices and to obtain reading data from those devices. For example, the personal health organizer can connect to an insulin pump to obtain performance and historical record of pump behavior and dosing. In an embodiment, the personal health organizer connects via the Bluetooth® protocol (e.g. Near Field Connect (NFC) Bluetooth 2.1 +EDR) or any other short range wireless connection protocol. In another example, the personal health organizer device can connect to a kidney urine test (sensor), which is a separate sensor adapted to scan the litmus urine test to check protein level in the blood and kidney function. This urine test reading data can be tracked along with other reading and/or patient medical data by the one or more of the modules disclosed herein, e.g., medical data analysis module 326, to detect whether changes have occurred. The detected changes can be correlated with other medical data such as medication schedules to determine whether the changes have occurred as a result of new medication or progression of disease and damage to organs.

[0084]   In an embodiment, the personal health organizer is adapted to obtain reading from a weight scale (e.g. specific brands of electronics scales) to gather weight reading. In another embodiment, an optional thin pad sensor or digital scale tennis shoes can connect via a long cable or wirelessly to the personal health organizer device via, e.g., the interface component 208 shown in FIG. 4. The user stands on connected pad and the weight data is input into the medical data record of the user as kept by the personal health organizer or sent to a remote computing network (e.g. cloud computing network) for medical data synchronization.

[0085]   In another embodiment, the personal health organizer is adapted to connect to a sleep sensor, which includes a finger or a toe adhesive sensor that records data to a solid state drive. The recorded data can then be downloaded to the personal health organizer device the next morning to obtain hours of reading data recorded while the user was asleep. The connection to the sleep sensor can be wireless, e.g., the personal health organizer device can near field connect (NFC) to the sensor. Optionally, the sleep sensor can include a component that sends reading data in real time to the personal health organizer device (e.g. via Bluetooth® 2.1 +EDR (300' range)), and instructs the personal health organizer to contact medical personnel or an emergency contact if the reading data indicates a urgent medical need.

[0086]   In other embodiments, sensors and/or devices measuring physiological parameters such as Glucose, PR, CO, SpO2, Cholesterol, LDL, HDL, SpHb, Hemoglobin A1C, SpHet, SpMet, oxygen content, bilirubin, etc. can be connected to the personal health organizer device. In an embodiment, the interface 208 includes a universal interface that is adapted to connect to various kinds of home used medical equipment such as blood pressure measuring devices, body temperature thermometers, etc. In other embodiments, the personal health device connects these external health data collection devices through one or more wired or wireless connections as discussed above in conjunction with the interface 208 shown in FIG. 4.

Medical Information and Education—Rankings and Reviews

[0087]   The personal health organizer can also include a medical information and education module 328 that provides healthcare-related information. For example, the medical information and education module 328 can download and provide endocrinologist rankings, hospital rankings, ophthalmologist rankings, podiatrist rankings, surgeon rankings, etc. Endocrinologist rankings can, for example, provide a specialist listing service for best ranked doctors in a user's area

EXHIBIT FFFF

10

(based on GPS location or ZIP code) or elsewhere. These hospital, surgeon, and/or ophthalmologist rankings could also provide reviews based on care of diabetes. In addition or in lieu of the rankings, the medical information and education module **328** can provide diabetes product reviews. These reviews could include reviews of equipment, needles, pumps, medications, etc. These reviews and rankings can be periodically updated via the use of the network computing support module **302** and/or the communications I/O interface module **304**.

Medical Information and Education—Other Information and Online Communities

[0088]   In an embodiment, the medical information and education module **328** includes one or more of the following sub-modules. First, it can include a gestational diabetes sub-module that allows for the integration of information and settings specific to the term of pregnancy and the user's concerns. The gestational diabetes sub-module can show pictures of the fetus in each stage of development, and can further be synchronized with the user's calendar and week by week progression. The sub-module can also assist with monitoring timers, medication reminders, and prenatal timers etc. Second, the medical information and education module **328** can include a "Personal Nurse Educator" sub-module. The sub-module can be paid for by an insurance company to provide a 24-hour nurse on call service, with the service specifically allowed to access the user's medical information stored within a remote computing network (e.g. cloud computing network), including data stored on the personal health organizer device. The sub-module enables the user to chat with, send text messages to, email, or phone (including video conference) the on-call nurse with specific questions.

[0089]   Third, the medical information and education module **328** can include an online health information and chat forum access sub-module. For example, the sub-module can provide latest information on diabetes provided by the diabetes community, including medication information, medical definitions, medical theories, leading developments in cures, and equipment available in various countries. The sub-module can also provide access to support groups. In an embodiment, the sub-module can play back recorded phonic files of correct pronunciations of medications or medical terms. Fourth, the medical information and education module **328** can include a diabetes events calendar sub-module that shows local events and/or global events about diabetes (e.g., world diabetes day, fundraisers etc.), including information on how to get involved or donate directly from the personal health organizer device.

Additional Features

[0090]   In an embodiment, the personal health organizer includes the communications I/O interface module **304** for providing wireless access to the Internet. Access can be provided via any known protocols such as Wi-Fi, WiMAX, 3G, 4G, CDMA, GSM, etc. For instance, the communications module **304** can be configured to provide free Wi-Fi access at doctor's office. Similarly, the communications module **304** can be associated with an IP Telephony program such as Skype. This could allow video conferencing (e.g., using built-in camera **214**) between a user of the personal health organizer and his or her physician. The program can also allow Internet based calling via Vonage, Skype or other VoIP providers.

Verification/Security

[0091]   In an embodiment, the device security module **342** provides a number of security features to secure data stored on the personal health organizer device or otherwise prevent unauthorized access to the device. In an embodiment, if the personal health organizer device is lost, the device security module **342** enables the device to be located with a remote computing network (e.g. cloud computing network). For example, the owner of a lost device can trace the location of the device via the GPS receiver embedded in the device, or through network address (e.g. IP address) tracing when the device is logged onto a network. Additionally, if the user misplaced the device, the device security module **342** can generate audible or visual alerts such as whistle, beep, vibrate or blink (e.g. through the audio component **244**) when the user calls it or accesses it through a network.

[0092]   In another embodiment, if the device is used by a new user, based on the new user's reading (e.g. blood glucose reading), the device security module **342** can recognize that the user has changed. The device can then prompt the new user to enter a password. The device security module **342** can also utilize biometric identification, for example, through the built-in camera **214**. The device security module **342** can recognize the face and expressions of the user from the camera. Another embodiment includes an additional rear sub CCD or CMOS camera placed behind an LCD or OLED screen so the user could be prompted for finger print or palm identification. In addition, a CCD or CMOS camera can be embedded in the sensor to take picture of the user's finger print. In addition to or in place of external biometric identification, a special near infrared emitter detector can absorb the unique vein pattern of the finger. The device security module **342** can also utilize the CCD or CMOS camera to distinguish among patients when the device is shared among multiple patients (e.g. in a hospital setting for where a health-care personnel is using the device for multiple patients). Once a patient's finger print is recognized, the device automatically brings up the patient's file.

Example Health Data Collection Device

[0093]   FIG. **7** illustrates an example of a health data collection device **112**. In the depicted embodiment, the monitoring device **118** includes a finger clip sensor **116** connected to a monitor **118** via a cable **452**. In the embodiment shown, the monitor **118** includes a display **456**, control buttons **454** and a power button. Moreover, the monitor **118** can advantageously include electronic processing, signal processing, and data storage devices capable of receiving signal data from said sensor **116**, processing the signal data to determine one or more output measurement values indicative of one or more physiological parameters of a monitored patient, and displaying the measurement values, trends of the measurement values, combinations of measurement values, and the like.

[0094]   The cable **452** connecting the sensor **116** and the monitor **118** can be implemented using one or more wires, optical fiber, flex circuits, or the like. In some embodiments, the cable **452** can employ twisted pairs of conductors in order to minimize or reduce cross-talk of data transmitted from the sensor **116** to the monitor **118**. Various lengths of the cable **452** can be employed to allow for separation between the

EXHIBIT FFFF

sensor **116** and the monitor **118**. The cable **452** can be fitted with a connector (male or female) on either end of the cable **452** so that the sensor **116** and the monitor **118** can be connected and disconnected from each other. Alternatively, the sensor **116** and the monitor **118** can be coupled together via a wireless communication link, such as an infrared link, radio frequency channel, or any other wireless communication protocol and channel.

[0095]　The monitor **118** can be attached to the patient. For example, the monitor **118** can include a belt clip or straps that facilitate attachment to a patient's belt, arm, leg, or the like. The monitor **118** can also include a fitting, slot, magnet, snap-click connector (e.g., connectors manufactured by LEMO S.A. of Switzerland), or other connecting mechanism to allow the cable **452** and sensor **116** to be attached to the monitor **118**.

[0096]　The monitor **118** can also include other components, such as a speaker, power button, removable storage or memory (e.g., a flash card slot), an AC or DC power port, and one or more network interfaces, such as a universal serial bus interface or an Ethernet port. For example, the monitor **118** can include a display **456** that can indicate a measurement for glucose, for example, in mg/dL. Other analytes and forms of display can also appear on the monitor **118**.

[0097]　In addition, although a single sensor **116** with a single monitor **118** is shown, different combinations of sensors and device pairings can be implemented. For example, multiple sensors can be provided for a plurality of differing patient types or measurement sites or even patient fingers.

[0098]　FIG. **8** is a block diagram that illustrates the components of an example of a health data collection device **112**. In certain embodiments, the health data collection device **112** noninvasively measures a blood analyte, such as oxygen, carbon monoxide, methemoglobin, total hemoglobin, glucose, proteins, glucose, lipids, a percentage thereof (e.g., saturation) or for measuring many other physiologically relevant patient characteristics. The device **112** can also measure additional blood analytes and/or other physiological parameters useful in determining a state or trend of wellness of a patient.

[0099]　The data collection device **112** can be capable of measuring optical radiation from the measurement site. For example, in some embodiments, the data collection device **112** can employ photodiodes defined in terms of area. In an embodiment, the area is from about 1 mm²-5 mm² (or higher) that are capable of detecting about 100 nanoamps (nA) or less of current resulting from measured light at full scale. In addition to having its ordinary meaning, the phrase "at full scale" can mean light saturation of a photodiode amplifier (not shown). Of course, as would be understood by a person of skill in the art from the present disclosure, various other sizes and types of photodiodes can be used with the embodiments of the present disclosure.

[0100]　The data collection device **112** can measure a range of approximately about 2 nA to about 100 nA full scale. The data collection device **112** can also include sensor front-ends that are capable of processing and amplifying current from the detector(s) at signal-to-noise ratios (SNRs) of about 100 decibels (dB) or more, such as about 120 dB in order to measure various desired analytes. The data collection device **112** can operate with a lower SNR if less accuracy is needed for an analyte like glucose.

[0101]　The data collection device **112** can measure analyte concentrations, including glucose, at least in part by detecting

light attenuated by a measurement site **502**. The measurement site **502** can be any location on a patient's body, such as a finger, foot, ear lobe, or the like. For convenience, this disclosure is described primarily in the context of a finger measurement site **502**. However, the features of the embodiments disclosed herein can be used with other measurement sites **502**.

[0102]　In the depicted embodiment, the device **112** includes an optional tissue thickness adjuster or tissue shaper **522**, which can include one or more protrusions, bumps, lenses, or other suitable tissue-shaping mechanisms. In certain embodiments, the tissue shaper **522** is a flat or substantially flat surface that can be positioned proximate the measurement site **502** and that can apply sufficient pressure to cause the tissue of the measurement site **502** to be flat or substantially flat. In other embodiments, the tissue shaper **522** is a convex or substantially convex surface with respect to the measurement site **502**. Many other configurations of the tissue shaper **522** are possible. Advantageously, in certain embodiments, the tissue shaper **522** reduces thickness of the measurement site **502** while preventing or reducing occlusion at the measurement site **502**. Reducing thickness of the site can advantageously reduce the amount of attenuation of the light because there is less tissue through which the light must travel. Shaping the tissue in to a convex (or alternatively concave) surface can also provide more surface area from which light can be detected.

[0103]　The embodiment of the data collection device **112** shown also includes an optional noise shield **526**. In an embodiment, the noise shield **526** can be advantageously adapted to reduce electromagnetic noise while increasing the transmittance of light from the measurement site **502** to one or more detectors **506** (described below). For example, the noise shield **526** can advantageously include a conductive coated glass or metal grid electrically communicating with one or more other shields of the sensor **116** or electrically grounded. In an embodiment where the noise shield **526** includes conductive coated glass, the coating can advantageously include indium tin oxide. In an embodiment, the indium tin oxide includes a surface resistivity ranging from approximately 30 ohms per square inch to about 500 ohms per square inch. In an embodiment, the resistivity is approximately 30, 200, or 500 ohms per square inch. As would be understood by a person of skill in the art from the present disclosure, other resistivities can also be used which are less than about 30 ohms or more than about 500 ohms. Other conductive materials transparent or substantially transparent to light can be used instead.

[0104]　In some embodiments, the measurement site **502** is located somewhere along a non-dominant arm or a non-dominant hand, e.g., a right-handed person's left arm or left hand. In one embodiment, the data collection device **112** can recognize a user's or patient's non-dominant arm/hand by comparing the two arms/hands according to various types of physiological data/measurements. For example, in some patients, the non-dominant arm or hand can have less musculature and higher fat content, which can result in less water content in that tissue of the patient. Tissue having less water content can provide less interference with the particular wavelengths that are absorbed in a useful manner by blood analytes like glucose. Accordingly, in some embodiments, the data collection device **112** can be used on a person's non-dominant hand or arm.

[0105]　The data collection device **112** can include a sensor **116** (or multiple sensors) that is coupled to a processing

MASA03054762

EXHIBIT FFFF

US 2011/0082711 A1

Apr. 7, 2011

12

device or physiological monitor **118**. In an embodiment, the sensor **116** and the monitor **118** are integrated together into a single unit. In another embodiment, the sensor **116** and the monitor **118** are separate from each other and communicate one with another in any suitable manner, such as via a wired or wireless connection. The sensor **116** and monitor **118** can be attachable and detachable from each other for the convenience of the user or caregiver, for ease of storage, sterility issues, or the like. The sensor **116** and the monitor **118** will now be further described.

[0106] In the depicted embodiment shown in FIG. **8**, the sensor **116** includes an emitter **504**, a tissue shaper **522**, a set of detectors **506**, and a front-end interface **508**. The emitter **504** can serve as the source of optical radiation transmitted towards measurement site **102**. As will be described in further detail below, the emitter **504** can include one or more sources of optical radiation, such as LEDs, laser diodes, incandescent bulbs with appropriate frequency-selective filters, combinations of the same, or the like. In an embodiment, the emitter **504** includes sets of optical sources that are capable of emitting visible and near-infrared optical radiation.

[0107] In some embodiments, the emitter **504** is used as a point optical source, and thus, the one or more optical sources of the emitter **504** can be located within a close distance to each other, such as within about a 2 mm to about 4 mm. The emitters **504** can be arranged in an array, such as is described in U.S. Publication No. 2006/0211924, filed Sep. 21, 2006, titled "Multiple Wavelength Sensor Emitters," the disclosure of which is hereby incorporated by reference in its entirety. In particular, the emitters **504** can be arranged at least in part as described in paragraphs [0061] through [0068] of the aforementioned publication, which paragraphs are hereby incorporated specifically by reference. Other relative spatial relationships can be used to arrange the emitters **504**.

[0108] For analytes like glucose, currently available non-invasive techniques often attempt to employ light near the water absorbance minima at or about 1600 nm. Typically, these devices and methods employ a single wavelength or single band of wavelengths at or about 1600 nm. However, to date, these techniques have been unable to adequately consistently measure analytes like glucose based on spectroscopy.

[0109] In contrast, the emitter **504** of the data collection device **112** can emit, in certain embodiments, combinations of optical radiation in various bands of interest. For example, in some embodiments, for analytes like glucose, the emitter **504** can emit optical radiation at three (3) or more wavelengths between about 1600 nm to about 1700 nm. In particular, the emitter **504** can emit optical radiation at or about 1610 nm, about 1640 nm, and about 1665 nm. In some circumstances, the use of three wavelengths within about 1600 nm to about 1700 nm enable sufficient SNRs of about 100 dB, which can result in a measurement accuracy of about 20 mg/dL or better for analytes like glucose.

[0110] In other embodiments, the emitter **504** can use two (2) wavelengths within about 1600 nm to about 1700 nm to advantageously enable SNRs of about 85 dB, which can result in a measurement accuracy of about 25-30 mg/dL or better for analytes like glucose. Furthermore, in some embodiments, the emitter **504** can emit light at wavelengths above about 1670 nm. Measurements at these wavelengths can be advantageously used to compensate or confirm the contribution of protein, water, and other non-hemoglobin species exhibited in measurements for analytes like glucose

conducted between about 1600 nm and about 1700 nm. Of course, other wavelengths and combinations of wavelengths can be used to measure analytes and/or to distinguish other types of tissue, fluids, tissue properties, fluid properties, combinations of the same or the like.

[0111] For example, the emitter **504** can emit optical radiation across other spectra for other analytes. In particular, the emitter **504** can employ light wavelengths to measure various blood analytes or percentages (e.g., saturation) thereof. For example, in an embodiment, the emitter **504** can emit optical radiation in the form of pulses at wavelengths about 905 nm, about 1050 nm, about 1200 nm, about 1300 nm, about 1330 nm, about 1610 nm, about 1640 nm, and about 1665 nm. In another embodiment, the emitter **504** can emit optical radiation ranging from about 860 nm to about 950 nm, about 950 nm to about 1100 nm, about 1100 nm to about 1270 nm, about 1250 nm to about 1350 nm, about 1300 nm to about 1360 nm, and about 1590 nm to about 1700 nm. Of course, the emitter **504** can transmit any of a variety of wavelengths of visible or near-infrared optical radiation.

[0112] Due to the different responses of analytes to the different wavelengths, certain embodiments of the data collection device **112** can advantageously use the measurements at these different wavelengths to improve the accuracy of measurements. For example, the measurements of water from visible and infrared light can be used to compensate for water absorbance that is exhibited in the near-infrared wavelengths.

[0113] As briefly described above, the emitter **504** can include sets of light-emitting diodes (LEDs) as its optical source. The emitter **504** can use one or more top-emitting LEDs. In particular, in some embodiments, the emitter **504** can include top-emitting LEDs emitting light at about 850 nm to 1350 nm.

[0114] The emitter **504** can also use super luminescent LEDs (SLEDs) or side-emitting LEDs. In some embodiments, the emitter **504** can employ SLEDs or side-emitting LEDs to emit optical radiation at about 1600 nm to about 1700 nm. Emitter **504** can use SLEDs or side-emitting LEDs to transmit near infrared optical radiation because these types of sources can transmit at high power or relatively high power, e.g., about 40 mW to about 100 mW. This higher power capability can be useful to compensate or overcome the greater attenuation of these wavelengths of light in tissue and water. For example, the higher power emission can effectively compensate and/or normalize the absorption signal for light in the mentioned wavelengths to be similar in amplitude and/or effect as other wavelengths that can be detected by one or more photodetectors after absorption. However, the embodiments of the present disclosure do not necessarily require the use of high power optical sources. For example, some embodiments may be configured to measure analytes, such as total hemoglobin (tHb), oxygen saturation (SpO₂), carboxyhemoglobin, methemoglobin, etc., without the use of high power optical sources like side emitting LEDs. Instead, such embodiments may employ other types of optical sources, such as top emitting LEDs. Alternatively, the emitter **504** can use other types of sources of optical radiation, such as a laser diode, to emit near-infrared light into the measurement site **502**.

[0115] In addition, in some embodiments, in order to assist in achieving a comparative balance of desired power output between the LEDs, some of the LEDs in the emitter **504** can have a filter or covering that reduces and/or cleans the optical radiation from particular LEDs or groups of LEDs. For

MASA03054763

EXHIBIT FFFF

example, since some wavelengths of light can penetrate through tissue relatively well, LEDs, such as some or all of the top-emitting LEDs can use a filter or covering, such as a cap or painted dye. This can be useful in allowing the emitter 504 to use LEDs with a higher output and/or to equalize intensity of LEDs.

[0116] The data collection device 112 also includes a driver 520 that drives the emitter 504. The driver 520 can be a circuit or the like that is controlled by the monitor 118. For example, the driver 520 can provide pulses of current to the emitter 504. In an embodiment, the driver 520 drives the emitter 504 in a progressive fashion, such as in an alternating manner. The driver 520 can drive the emitter 504 with a series of pulses of about 1 milliwatt (mW) for some wavelengths that can penetrate tissue relatively well and from about 40 mW to about 100 mW for other wavelengths that tend to be significantly absorbed in tissue. A wide variety of other driving powers and driving methodologies can be used in various embodiments.

[0117] The driver 520 can be synchronized with other parts of the sensor 116 and can minimize or reduce jitter in the timing of pulses of optical radiation emitted from the emitter 504. In some embodiments, the driver 520 is capable of driving the emitter 504 to emit optical radiation in a pattern that varies by less than about 10 parts-per-million.

[0118] The detectors 506 capture and measure light from the measurement site 502. For example, the detectors 506 can capture and measure light transmitted from the emitter 504 that has been attenuated or reflected from the tissue in the measurement site 502. The detectors 506 can output a detector signal 524 responsive to the light captured or measured. The detectors 506 can be implemented using one or more photodiodes, phototransistors, or the like.

[0119] In addition, the detectors 506 can be arranged with a spatial configuration to provide a variation of path lengths among at least some of the detectors 506. That is, some of the detectors 506 can have the substantially, or from the perspective of the processing algorithm, effectively, the same path length from the emitter 504. However, according to an embodiment, at least some of the detectors 506 can have a different path length from the emitter 504 relative to other of the detectors 506. Variations in path lengths can be helpful in allowing the use of a bulk signal stream from the detectors 506. In some embodiments, the detectors 506 may employ a linear spacing, a logarithmic spacing, or a two or three dimensional matrix of spacing, or any other spacing scheme in order to provide an appropriate variation in path lengths.

[0120] The front-end interface 508 provides an interface that adapts the output of the detectors 506, which is responsive to desired physiological parameters. For example, the front-end interface 508 can adapt a signal 524 received from one or more of the detectors 506 into a form that can be processed by the monitor 118, for example, by a signal processor 510 in the monitor 118. The front-end interface 508 can have its components assembled in the sensor 116, in the monitor 118, in connecting cabling (if used), combinations of the same, or the like. The location of the front-end interface 508 can be chosen based on various factors including space desired for components, desired noise reductions or limits, desired heat reductions or limits, and the like.

[0121] The front-end interface 508 can be coupled to the detectors 506 and to the signal processor 510 using a bus, wire, electrical or optical cable, flex circuit, or some other form of signal connection. The front-end interface 508 can also be at least partially integrated with various components,

such as the detectors 506. For example, the front-end interface 508 can include one or more integrated circuits that are on the same circuit board as the detectors 506. Other configurations can also be used.

[0122] The front-end interface 508 can be implemented using one or more amplifiers, such as transimpedance amplifiers, that are coupled to one or more analog to digital converters (ADCs) (which can be in the monitor 118), such as a sigma-delta ADC. A transimpedance-based front-end interface 508 can employ single-ended circuitry, differential circuitry, and/or a hybrid configuration. A transimpedance-based front-end interface 508 can be useful for its sampling rate capability and freedom in modulation/demodulation algorithms. For example, this type of front-end interface 508 can advantageously facilitate the sampling of the ADCs being synchronized with the pulses emitted from the emitter 504.

[0123] The ADC or ADCs can provide one or more outputs into multiple channels of digital information for processing by the signal processor 510 of the monitor 118. Each channel can correspond to a signal output from a detector 506.

[0124] In some embodiments, a programmable gain amplifier (PGA) can be used in combination with a transimpedance-based front-end interface 508. For example, the output of a transimpedance-based front-end interface 508 can be output to a PGA that is coupled with an ADC in the monitor 118. A PGA can be useful in order to provide another level of amplification and control of the stream of signals from the detectors 506. Alternatively, the PGA and ADC components can be integrated with the transimpedance-based front-end interface 508 in the sensor 116.

[0125] In another embodiment, the front-end interface 508 can be implemented using switched-capacitor circuits. A switched-capacitor-based front-end interface 508 can be useful for, in certain embodiments, its resistor-free design and analog averaging properties. In addition, a switched-capacitor-based front-end interface 508 can be useful because it can provide a digital signal to the signal processor 510 in the monitor 118.

[0126] As shown in FIG. 8, the monitor 118 can include the signal processor 510 and a user interface, such as a display 512. The monitor 109 can also include optional outputs alone or in combination with the display 512, such as a storage device 514 and a network interface 516. In an embodiment, the signal processor 510 includes processing logic that determines measurements for desired analytes, such as glucose, based on the signals received from the detectors 506. The signal processor 510 can be implemented using one or more microprocessors or subprocessors (e.g., cores), digital signal processors, application specific integrated circuits (ASICs), field programmable gate arrays (FPGAs), combinations of the same, and the like.

[0127] The signal processor 510 can provide various signals that control the operation of the sensor 116. For example, the signal processor 510 can provide an emitter control signal to the driver 520. This control signal can be useful in order to synchronize, minimize, or reduce jitter in the timing of pulses emitted from the emitter 504. Accordingly, this control signal can be useful in order to cause optical radiation pulses emitted from the emitter 504 to follow a precise timing and consistent pattern. For example, when a transimpedance-based front-end interface 508 is used, the control signal from the signal processor 510 can provide synchronization with the ADC in order to avoid aliasing, cross-talk, and the like. As also shown, an optional memory 518 can be included in the front-end

MASA03054764

EXHIBIT FFFF

14

interface **508** and/or in the signal processor **510**. This memory **518** can serve as a buffer or storage location for the front-end interface **508** and/or the signal processor **510**, among other uses.

[0128] The user interface **112** can provide an output, e.g., on a display, for presentation to a user of the data collection device **112**. The user interface **112** can be implemented as a touch-screen display, an LCD display, an organic LED display, or the like. In addition, the user interface **112** can be manipulated to allow for measurement on the non-dominant side of patient. For example, the user interface **112** can include a flip screen, a screen that can be moved from one side to another on the monitor **118**, or can include an ability to reorient its display indicia responsive to user input or device orientation. In alternative embodiments, the data collection device **112** can be provided without a user interface **112** and can simply provide an output signal to a separate display or system.

[0129] A storage device **514** and a network interface **516** represent other optional output connections that can be included in the monitor **118**. The storage device **514** can include any computer-readable medium, such as a memory device, hard disk storage, EEPROM, flash drive, or the like. The various software and/or firmware applications can be stored in the storage device **514**, which can be executed by the signal processor **510** or another processor of the monitor **118**. The network interface **516** can be a serial bus port (RS-232/RS-485), a Universal Serial Bus (USB) port, an Ethernet port, a wireless interface (e.g., Wi-Fi such as any 802.1x interface, including an internal wireless card), or other suitable communication device(s) that allows the monitor **118** to communicate and share data with other devices. The monitor **118** can also include various other components not shown, such as a microprocessor, graphics processor, or controller to output the user interface **112**, to control data communications, to compute data trending, or to perform other operations.

[0130] Although not shown in the depicted embodiment, the data collection device **112** can include various other components or can be configured in different ways. For example, the sensor **116** can have both the emitter **504** and detectors **506** on the same side of the measurement site **502** and use reflectance to measure analytes. The data collection device **112** can also include a sensor that measures the power of light emitted from the emitter **504**.

CONCLUSION

[0131] In general, the word "module," as used herein, refers to logic embodied in hardware or firmware, or to a collection of software instructions, possibly having entry and exit points, written in a programming language, such as, for example, Java, Lua, C or C++. A software module may be compiled and linked into an executable program, installed in a shared library, or may be written in an interpreted programming language such as, for example, BASIC, Perl, Python or in a scripting language. It will be appreciated that software modules may be callable from other modules or from themselves, and/or may be invoked in response to detected events or interrupts. Software instructions may be embedded in firmware, which is stored on a memory such as an EPROM. It will be further appreciated that hardware modules may be comprised of connected logic units, such as gates and flip-flops, and/or may be comprised of programmable units, such as programmable gate arrays or processors. The modules described herein are preferably implemented as software

modules, but may be represented in hardware or firmware. Generally, the modules described herein refer to logical modules that may be combined with other modules or divided into sub-modules despite their physical organization or storage.

[0132] Conditional language used herein, such as, among others, "can," "could," "might," "may," "e.g.," and the like, unless specifically stated otherwise, or otherwise understood within the context as used, is generally intended to convey that certain embodiments include, while other embodiments do not include, certain features, elements and/or states. Thus, such conditional language is not generally intended to imply that features, elements and/or states are in any way required for one or more embodiments or that one or more embodiments necessarily include logic for deciding, with or without author input or prompting, whether these features, elements and/or states are included or are to be performed in any particular embodiment.

[0133] While certain embodiments of the inventions disclosed herein have been described, these embodiments have been presented by way of example only, and are not intended to limit the scope of the inventions disclosed herein. Indeed, the novel methods and systems described herein can be embodied in a variety of other forms; furthermore, various omissions, substitutions and changes in the form of the methods and systems described herein can be made without departing from the spirit of the inventions disclosed herein. The claims and their equivalents are intended to cover such forms or modifications as would fall within the scope and spirit of certain of the inventions disclosed herein.

What is claimed is:

1. A physiological data collection device for measuring and communicating physiological data at the point of measurement, the device comprising:

    a display for displaying information to a user;

    a physiological data collection component comprising a sensor configured to non-invasively and optically measure physiological reading data indicative of a blood glucose level of a patient;

    a data storage storing a data communication module and a plurality of communication preferences relating to transmission of the physiological reading data; and

    a processor configured to execute the data communication module,

    wherein the data communication module is configured to receive the physiological reading data and cause the physiological reading data to be transmitted to a remote device in accordance with the communication preferences.

2. The physiological data collection device of claim 1 wherein the data communication module is configured to cause the physiological reading data to be transmitted via email automatically upon the completion of a measurement taken of the patient.

3. The physiological data collection device of claim 2 wherein the stored communication preferences include one or more of:

    preferences related to email format;

    preferences related to email content; and

    preferences related to health data disclosure permission.

4. The physiological data collection device of claim 1 wherein the communication preferences include preferences input by the user at the point of measurement.

MASA03054765

EXHIBIT FFFF

US 2011/0082711 A1

**5**. The physiological data collection device of claim **1** wherein the communication preferences include default preferences based on health regulations.

**6**. A personal health organizer device for assisting a patient in managing medical data, the device comprising:

a display for displaying information to a user;

a data storage storing a personal health organizer module and medical data of a user, the medical data including medical history of the user;

a processor configured to execute the personal health organizer module; and

an interface adapted to receive physiological reading data from a health data collection device,

wherein the personal health organizer module is configured to:

retrieve the medical data of the user from the data storage;

instruct the processor to analyze the physiological reading data using the retrieved medical data of the user to determine if an alert condition is met; and

if an alert condition is met, instruct the processor to perform one or more of the following:

generate a health alert based on the physiological reading data;

update a medical appointment calendar; and

initiate a prescription re-fill process.

**7**. The personal health organizer device of claim **6**, wherein personal health organizer module further comprises a medical data analysis module configured to instruct the processor to obtain one or more of the following from the physiological reading data from the health data collection device:

a pre-prandial or post-prandial peak glucose level;

a mean glucose level for a pre-determined period;

a correlation between a hemoglobin A1c and a glucose level over a pre-determined period; and

a glycemic index calculation.

**8**. The personal health organizer device of claim **7**, wherein the health alert is generated when the physiological reading data indicates that a blood glucose level is below or above a pre-determined threshold.

**9**. The personal health organizer device of claim **7**, wherein the medical data analysis module is further configured to instruct the processor to calculate an appropriate amount of insulin coverage based on the physiological reading data.

**10**. The personal health organizer device of claim **7**, wherein the medical data analysis module is further configured to instruct the processor to calculate a trend of the physiological reading data as correlated to the medical data, the medical data further comprising user activities input by the user into the device.

**11**. The personal health organizer device of claim **6** further comprising:

a gaming module configured to utilize the physiological reading data in customizing gaming content displayed to the user.

**12**. The personal health organizer device of claim **6** further comprising:

a medical information module configured to:

determine a medical need of the user by utilizing the physiological reading data and the medical data; and

retrieve rankings of a medical providers for the medical need of the user or reviews of medical products for the medical need of the user; and

cause the display to show the rankings or reviews to the user.

**13**. The personal health organizer device of claim **6**, wherein the physiological reading data comprises one or more of the following:

a blood glucose level reading;

a total hemoglobin reading;

an SpO2 reading;

a methemoglobin reading; and

a carboxyhemoglobin reading.

**14**. The personal health organizer device of claim **6**, wherein the health data collection device is a non-invasive health data collection device.

**15**. The personal health organizer device of claim **6** wherein the personal health organizer module is configured to submit a re-imbursement request to after it initiates the prescription re-fill process.

**16**. A personal health organizer device for receiving, analyzing and integrating medical data, the device comprising:

a display for displaying information to a user;

a data storage storing a personal health organizer module and medical data of a user, the medical data including medical history of the user;

a processor configured to execute the personal health organizer module; and

an interface adapted to receive physiological reading data from a health data collection device,

wherein the personal health organizer module further comprises an electronic medical data integration module configured to instruct the processor to send the physiological reading data and medical data related to the physiological reading data to a remote medical data server via the interface so that medical records for the user stored in the remote medical data server are synchronized with the physiological reading data and the medical data stored on the personal health organizer device.

**17**. The personal health organizer device of claim **16** wherein the related medical data comprises one of more of the following:

medical data previously downloaded onto the personal health organizer device from the remote medical data server and stored in the storage; and

medical data previously input by the user into the personal health organizer device and stored in the storage.

**18**. The personal health organizer device of claim **16** wherein the related medical data comprises one or more of the following:

prescription data;

diagnosis data;

user activity data;

medication intake data;

food intake data;

calendar data including medical appointment data; and

medical insurance data.

**19**. The personal health organizer device of claim **18** wherein the prescription data is sent when a physiological reading data indicates that the user may require an optometrist appointment.

**20**. A computer-implemented method for integrating medical data records, comprising:

receiving a signal at a sensor of a health data collection device;

MASA03054766

EXHIBIT FFFF

US 2011/0082711 A1

Apr. 7, 2011

processing the received signal to derive physiological reading data;

storing the physiological reading data in a storage of a personal health organizer, the storage further configured to store medical data related to the physiological reading data; and

forwarding the physiological reading data and the related medical data to a remote entity,

wherein the method is performed in one or more computer processors.

**21**. The computer-implemented method of claim **20** wherein the processing further comprises one or more of the following:

using the physiological reading data to customize content provided by the personal health organizer; and

generating a personalized health recommendation or reminder based on the physiological reading data.

**22**. The computer-implemented method of claim **20** wherein the forwarding further comprises one or more of the following:

synchronizing medical records kept at a centralized medical data storage with the forwarded physiological reading data and related medical data;

generating an alert to a healthcare provider; and

synchronizing medical records kept at a healthcare provider with the forwarded physiological reading data and related medical data.

**23**. The computer-implemented method of claim **20** further comprising:

receiving, at the personal health organizer, feedback from a healthcare provider, the feedback including a diagnosis based on the forwarded physiological reading data and related medical data.

**24**. A computer readable medium having a computer executable personal health organizer storage for analyzing and integrating medical data, the personal health organizer module comprising:

a medical data input module configured to receive physiological reading data from a health data collection device or derive reading data from signal received from a sensor;

an electronic medical data integration module configured to send the physiological reading data to a remote entity via a network;

a medical data analysis module configured to analyze the reading data based on medical data stored in a storage of a general purpose computing device and update the medical data based on the result of the analysis; and

a network computing support module configured to synchronize medical data stored at the remote entity with the medical data that is stored in the storage of the general purpose computing device,

wherein the personal health organizer module is executable on the general purpose computing device.

**25**. The computer readable medium of claim **24** wherein the medical data comprises one or more of the following:

prescription data;

diagnosis data;

user activity data;

medication intake data;

food intake data;

calendar data including medical appointment data; and

medical insurance data.

**26**. The computer readable medium of claim **24** wherein the medical data analysis module is configured to calculate a trend in the physiological reading data and provide the calculated trend for display on the general purpose computing device.

**27**. The computer readable medium of claim **26** wherein the general purpose computing device further comprises an accelerometer and wherein the calculated trend is displayed in a display mode selected based on an orientation of the computing device as measured by the accelerometer.

**28**. The computer readable medium of claim **26** wherein the general purpose computing device further comprises a GPS receiver component and wherein the medical data analysis module is configured to use the GPS receiver component to locate a nearby healthcare provider when the medical data analysis module determines the physiological reading data meets a pre-determined threshold.

**29**. The computer readable medium of claim **28** wherein the medical data analysis module is further configured to trigger an alert to a emergency medical service (EMS) and use the GPS receiver component to provide a location of the general purpose computing device to the alerted EMS when the medical data analysis module determines that the physiological reading data is indicative of a condition that needs immediate medical attention.

**30**. The computer readable medium of claim **24** wherein the medical data analysis module is further configured to obtain one or more of the following from the reading data:

a pre-prandial or post-prandial peak glucose level;

a mean glucose level for a pre-determined period;

a correlation between a hemoglobin A1c and a glucose level over a pre-determined period; and

a glycemic index calculation.

**31**. The computer readable medium of claim **24** wherein the personal health organizer module further comprises one or more of the following:

a gaming module configured to customize gaming content based on the physiological reading data;

a medical information and education module configured to customize health educational content based on the physiological reading data; and

a device security module.

**32**. The computer readable medium of claim **31** wherein the medical information and education module further comprises a gestational diabetes module configured to provide pregnancy related information that is customized based on the physiological reading data.

**33**. The computer readable medium of claim **31** wherein the medical information and education module further comprises a nurse educational module configured to:

provide customized medical information to a user based on the reading data; and

enable a medical personnel to access the physiological reading data so that the medical personnel can provide a medical diagnosis or advice to the user through a message sent to the general computing device.

**34**. The computer readable medium of claim **31** wherein the general purpose computing device further comprises a camera and the device security module uses the camera to capture biometric characteristics of a user and use the biometric characteristics to restrict access to the personal health organizer module.

**35**. The computer readable medium of claim **31** wherein the device security module uses a sensor associated with the

MASA03054767

EXHIBIT FFFF

US 2011/0082711 A1                                                      Apr. 7, 2011

17

health data collection device to capture biometric identification data of a user and use the biometric identification data to restrict access to the personal health organizer module.

**36**. The computer readable medium of claim **24** wherein the remote entity comprising a healthcare provider.

**37**. The computer readable medium of claim **36** wherein the medical data stored in the general computing device comprises one of more of the following:

medical data previously downloaded onto the general purpose computer device from the remote entity; and

medical data previously input by a user into the general purpose computer device.

**38**. The computer readable medium of claim **24** wherein the physiological reading data comprises one or more of the following:

a blood glucose level reading;

a total hemoglobin reading;

an SpO2 reading;

a methemoglobin reading; and

a carboxyhemoglobin reading.

**39**. The computer readable medium of claim **24** wherein the general purpose computing device is a mobile computing device.

**40**. The computer readable medium of claim **39** wherein the mobile computing device is the iPhone manufactured by Apple Incorporated.

\*    \*    \*    \*    \*

MASA03054768

EXHIBIT FFFF