**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM IN SUPPORT OF ITS MOTION TO STRIKE UNTIMELY FACT AND EXPERT DECLARATIONS SUPPORTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [1123]**<br><br>Date: Feb. 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

This matter is before the Court pursuant to Apple's Application to File Under Seal its Memorandum in Support of its Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment ("Application to File Under Seal").  Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application to File Under Seal is GRANTED.  Apple shall file under seal its Memorandum in Support of its Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment, and Exhibits 2-4 and 7-13.

**IT IS SO ORDERED.**

Dated: January 13, 2023January 13, 2023

The Hon. James V. Selna
United States District Court Judge

Wilmer Cutler Pickering Hale and Dorr LLP