IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' DAUBERT MOTION TO EXCLUDE CERTAIN TESTIMONY OF DEFENDANT'S EXPERTS [1113]** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Daubert Motion to Exclude Certain Testimony of Defendant's Experts (the "Motion"), and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) Exhibits 1-10 to the declaration of Adam B. Powell; and

(2) The proposed redacted portions of the Memorandum in Support of Masimo's Motion.

(3)

DATED: January 13, 2023

The Honorable James V. Selna
United States District Judge

56917156

-1-