# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' MOTION FOR DISCOVERY ON AIRPODS ROYALTIES [1107]** |

|   |   |
|---|---|
| 1 | Having considered Plaintiffs' Application for Leave to File Under Seal |
| 2 | Documents Regarding Plaintiffs' Motion for Discovery on AirPods Royalties, |
| 3 | and finding good cause therefor, the Application is GRANTED. |
| 4 | **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and |
| 5 | Cercacor Laboratories, Inc. may file under seal the proposed redacted portions of |
| 6 | Masimo's Memorandum in Support of Motion for Discovery on AirPods |
| 7 | Royalties and the identified accompanying exhibits. |

DATED: January 13, 2023

_____
The Honorable James V. Selna
United States District Judge

-1-