**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' CONTINGENT MOTION TO STRIKE AND REQUEST FOR EVIDENTIARY SANCTIONS [1119]** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Conditional Motion to Strike and Request for Evidentiary Sanctions, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) Portions of the Memorandum in Support of Masimo's Contingent Motion to Strike and Request for Evidentiary Sanctions;

(2) Appendices A and B to the supporting Hughes Declaration; and

(3) Exhibits 1-17 and 19-38 to the supporting Hughes Declaration.

DATED: January 13, 2023

_____
The Honorable James V. Selna
United States District Judge

56803378

-1-