IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC., a California corporation<br><br>　　　　Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO STRIKE DECLARATIONS SUPPORTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1   Having considered Plaintiffs' Application for Leave to File Under Seal
2   Documents Regarding Opposition to Apple's Motion to Strike Untimely Fact
3   and Expert Declarations Supporting Plaintiffs' Motion for Summary Judgment,
4   and finding good cause therefor, the Application is GRANTED.
5   **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
6   Cercacor Laboratories, Inc. may file under seal the redacted portions of
7   Masimo's Opposition and may file under seal in their entirety Exs. A-B and D-L
8   attached to the Declaration of Kendall M. Loebbaka.

10  DATED: _____             _____

11                                      The Honorable James V. Selna
                                        United States District Court Judge

13  56961949

-1-