# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>    Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPPOSITION TO PLAINTIFFS' MOTION FOR DISCOVERY ON AIRPODS ROYALTIES**<br><br>Date: Feb. 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

1  This matter is before the Court pursuant to Apple's Application To File Under Seal Documents Regarding Its Opposition To Plaintiffs' Motion For Discovery On AirPods Royalties ("Application To File Under Seal"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is GRANTED. Apple shall file under seal its Opposition To Plaintiffs' Motion For Discovery On AirPods Royalties, and Exhibits A, C-D, F-G, and I-M to the Declaration Of Nora Passamaneck In Support Of Apple's Opposition To Plaintiffs' Motion For Discovery On AirPods Royalties.

**IT IS SO ORDERED.**

Dated: _____    _____
                                  The Hon. James V. Selna
                                  United States District Court Judge