Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF KENDALL M. LOEBBAKA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO STRIKE DECLARATIONS SUPPORTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: Feb. 6, 2023<br>Time: 1:30 pm<br>Place: Courtroom 10C |

1  Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Kendall M. Loebbaka, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and Counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this Declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in support of Masimo's Opposition to Apple's Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment.

2. Attached hereto as **Exhibit A [filed under seal]** is a true and correct copy of Jereon Poeze's laboratory notebook, bearing Bates Numbers MASA00086899-972 and produced by Masimo in this case.

3. Attached hereto as **Exhibit B [filed under seal]** is a true and correct copy of an email chain culminating in an email from Adam Powell, counsel for Masimo, to Nora Passamaneck, counsel for Apple, dated May 27, 2022.

4. Attached hereto as **Exhibit C** is a true and correct copy of an email from Kendall Loebbaka, counsel for Masimo, to counsel for Apple, dated January 13, 2023.

5. Attached hereto as **Exhibit D [filed under seal]** is a true and correct copy of Apple Inc.'s Supplemental Objections and Response to Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.'s Eighth Set of Interrogatories to Defendant Apple Inc. (No. 32), dated September 15, 2022.

6. Attached hereto as **Exhibit E [filed under seal]** is a true and correct copy of Plaintiffs' Eighth Supplemental Response to Apple's Interrogatory No. 26, dated September 29, 2022.

7. Attached hereto as **Exhibit F [filed under seal]** is a true and correct copy an email chain culminating in an email from Ravi Deol, counsel for Apple, to Kendall Loebbaka, dated December 1, 2022.

-1-

8. Attached hereto as **Exhibit G [filed under seal]** is a true and correct copy of the Errata to the September 23, 2022 Expert Report of Vijay K. Madisetti, Ph.D., dated September 30, 2022.

9. Attached hereto as **Exhibit H [filed under seal]** is a true and correct copy of a chart comparing portions of the Madisetti Declaration in Support of Plaintiffs' Motion for Partial Summary Judgment (Dkt. 1085-9) to portions of Madisetti's opening expert report (Ex. 10 attached to the Declaration of Nora Passamaneck in Support of Apple's Motion).

10. Attached hereto as **Exhibit I [filed under seal]** is a true and correct copy of an email chain culminating in an email from David Brzozowski, counsel for Apple, to Ben Katzenellenbogen, counsel for Masimo, dated May 18, 2022.

11. Attached hereto as **Exhibit J [filed under seal]** is a true and correct copy of the Direct Testimony of Joseph E. Kiani in *Masimo Corp. v. True Wearables, Inc.*, No. 8:18-CV-02001-JVS-JDE (C.D. Cal.), dated February 23, 2022, bearing Bates numbers MASA03223942-4009 and produced by Masimo in this case.

12. Attached hereto as **Exhibit K [filed under seal]** is a true and correct copy of an email chain culminating in an email from Mark Kachner, counsel for Masimo, to Nathan Powell, counsel for Apple, dated April 29, 2022.

13. Attached hereto as **Exhibit L [filed under seal]** is a true and correct copy of the transcript of the August 5, 2022, deposition of Massi Joseph E. Kiani.

14. Attached hereto as **Exhibit M** is a true and correct copy of an email chain culminating in an email from Deol Ravi to Kendall Loebbaka, dated January 17, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 17, 2023, at Irvine, California.

　　　　　　　　　　　　　　　　　　　 /s/ Kendall M. Loebbaka
　　　　　　　　　　　　　　　　　　　 Kendall M. Loebbaka

56931475

# EXHIBIT C

| | |
|---|---|
| **From:** | Kendall Loebbaka |
| **To:** | WHApple-MasimoServiceList@wilmerhale.com; Apple-Masimo |
| **Cc:** | Masimo.Apple |
| **Subject:** | Masimo v Apple - Poeze Deposition |
| **Date:** | Friday, January 13, 2023 5:00:00 PM |

Counsel,

Apple's Motion to Strike (Dkt. 1124-1) stated: "Should the Court decline to strike the new portions of the 2022 Poeze Declaration, Apple respectfully requests that the Court order Plaintiffs to make Mr. Poeze available for deposition before the February 6 hearing, as Plaintiffs had previously agreed to do."

Masimo agrees to make Mr. Poeze available for a deposition. Poeze is available for a deposition on January 23-25 in Knobbe's Irvine office. Please confirm by the close of business on Tuesday, January 17, whether Apple will take the deposition.

Best regards,
Kendall

**Kendall Loebbaka**
Partner
949-721-7687 Direct

**Knobbe Martens**

Exhibit C
-89-

# EXHIBIT M

| | |
|---|---|
| **From:** | Deol, Ravi |
| **To:** | Kendall Loebbaka; WH Apple-Masimo Service List; Apple-Masimo |
| **Cc:** | Masimo.Apple |
| **Subject:** | RE: Masimo v Apple - Poeze Deposition |
| **Date:** | Tuesday, January 17, 2023 2:30:04 PM |

Kendall,

Apple will take Mr. Poeze's deposition on Tuesday, January 24 at 9am PT at Knobbe's Irvine office.

Best,

**Ravi Deol | WilmerHale**
+1 720 598 3459 (t)

**From:** Kendall Loebbaka <Kendall.Loebbaka@knobbe.com>
**Sent:** Friday, January 13, 2023 6:01 PM
**To:** WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>; Apple-Masimo <Apple-Masimo@gibsondunn.com>
**Cc:** Masimo.Apple <Masimo.Apple@knobbe.com>
**Subject:** Masimo v Apple - Poeze Deposition

**EXTERNAL SENDER**

Counsel,

Apple's Motion to Strike (Dkt. 1124-1) stated: "Should the Court decline to strike the new portions of the 2022 Poeze Declaration, Apple respectfully requests that the Court order Plaintiffs to make Mr. Poeze available for deposition before the February 6 hearing, as Plaintiffs had previously agreed to do."

Masimo agrees to make Mr. Poeze available for a deposition. Poeze is available for a deposition on January 23-25 in Knobbe's Irvine office. Please confirm by the close of business on Tuesday, January 17, whether Apple will take the deposition.

Best regards,
Kendall

**Kendall Loebbaka**
Partner

949-721-7687  Direct

**Knobbe Martens**

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and