IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO EXCLUDE OPINION AND TESTIMONY OF PLAINTIFFS' EXPERT ROBERT PALMATIER** |

1  Having considered Plaintiffs' Application for Leave to File Under Seal
2  Documents Regarding Plaintiffs' Opposition to Apple's Motion to Exclude
3  Opinion and Testimony of Plaintiffs' Expert Robert Palmatier ("Opposition"),
4  and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) The redacted portions of Plaintiffs' Opposition; and
(2) Exhibits A–E to the Declaration of Justin Gillett in Support of Plaintiffs' Opposition.

DATED: _____ _____

The Honorable James V. Selna
United States District Court Judge