MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' MOTION FOR DISCOVERY ON AIRPODS ROYALTIES**<br><br>Date: Feb. 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

PASSAMANECK DECL. ISO APPLE'S OPP. TO PLAINTIFFS' MOT. FOR DISCOVERY RE AIRPODS ROYALTIES

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

SARAH R. FRAZIER, *pro hac vice*
 sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
 nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
 brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
 Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Opposition To Plaintiffs' Motion For Discovery On AirPods Royalties ("Opposition").

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit A (filed under seal)** is a copy of Plaintiffs' Seventh Supplemental Response to Apple Interrogatory No. 10, dated September 29, 2022.

5. Attached hereto as **Exhibit B** is a copy of Defendant Apple Inc.'s First Set of Interrogatories to Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc.

6. Attached hereto as **Exhibit C (filed under seal)** is a copy of email correspondence from counsel for Apple to counsel for Plaintiffs dated August 3-24, 2022.

7. Attached hereto as **Exhibit D (filed under seal)** is a copy of Plaintiffs' Eighth Supplemental Responses to Apple's Interrogatory No. 17 dated December 23, 2022.

8. Attached hereto as **Exhibit E** is a copy of email correspondence from counsel for Apple to counsel for Plaintiffs describing the production of documents with Bates numbers APL-MAS_01280015-APL-MAS_01407681 dated November 21, 2021.

9. Attached hereto as **Exhibit F (filed under seal)** is a document produced by Apple beginning at Bates number APL-MAS_01332293.

10. Attached hereto as **Exhibit G (filed under seal)** is a document produced by Apple beginning at Bates number APL-MAS_01322611.

PASSAMANECK DECL. ISO APPLE'S OPP. TO PLAINTIFFS' MOT. FOR DISCOVERY RE AIRPODS ROYALTIES
1   CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

11. Attached hereto as **Exhibit H** is a copy of an October 18, 2021 press release issued by Apple.

12. Attached hereto as **Exhibit I (filed under seal)** is a copy of correspondence between counsel for Apple and counsel for Plaintiffs dated September 14-16, 2022.

13. Attached hereto as **Exhibit J (filed under seal)** is a copy of Exhibit No. 541 to the Deposition of Dong Zheng.

14. Attached hereto as **Exhibit K (filed under seal)** is a copy of correspondence between counsel for Apple and counsel for Plaintiffs dated November 8-29, 2022.

15. Attached hereto as **Exhibit L (filed under seal)** is a copy of correspondence between counsel for Apple and counsel for Plaintiffs dated from December 29, 2022 to January 9, 2023.

16. Attached hereto as **Exhibit M (filed under seal)** is a copy of the Expert Report of Vijay K. Madisetti, PhD, dated September 23, 2022.

17. Attached hereto as **Exhibit N** is a copy of email correspondence from counsel for Apple to counsel for Plaintiffs describing the production of documents with Bates numbers APL-MAS_00360241-APL-MAS_00413747, dated October 1, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of January 2023.

By: _____
Nora Passamaneck