# EXHIBIT E

| | |
|---|---|
| **From:** | Andrea, Brian <BAndrea@gibsondunn.com> |
| **Sent:** | Saturday, November 20, 2021 12:03 AM |
| **To:** | Masimo.Apple |
| **Cc:** | *** Apple-Masimo; WH Apple-Masimo Service List; Perlman, Jason G. |
| **Subject:** | Masimo v. Apple - Apple Production (APLPROD040) |

**EXTERNAL SENDER**

Counsel,

Documents are available for download; the information to access the production is below:

    ShareFile link:   https://gibsondunn.sharefile.com/f/fo0f2791-a973-4a30-a0ee-83e6159f1fb1
    Production Volume: APLPROD040
    Bates Range: APL-MAS_01280015 - APL-MAS_01407681
    File Name: APLPROD040_20211119.part1.rar; APLPROD040_20211119.part2.rar

Apple's ESI production will be substantially complete at the end of the evening (we are sending another production after this one).  However, we wanted to let you know that we have a batch of documents that have been held up due to issues with processing.  We will produce those as soon as possible, and no later than the week after Thanksgiving.

Thanks,
Brian


**Brian Andrea**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3624 • Fax +1 202.530.4220
BAndrea@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.