# EXHIBIT H

1/12/23, 1:22 PM    Case 8:20-cv-00048-JVS-JDE    Document 1156-9    Filed 01/17/23    Page 2 of 9    Page ID
Introducing the next generation of AirPods - Apple
#:101757

PRESS RELEASE
October 18, 2021

# Introducing the next generation of AirPods: The world's most popular wireless headphones just got better

The new AirPods feature spatial audio and industry-leading sound, longer battery life, and an all-new design



The new AirPods feature spatial audio and industry-leading sound, longer battery life, and an all-new design.

Exhibit H
Page 1

**CUPERTINO, CALIFORNIA** — Apple today announced the third generation of AirPods featuring spatial audio, delivering advanced features and a magical experience in a new contoured design. By combining the power of the H1 chip with an Apple-designed acoustic system, the new [AirPods](#) use computational audio to deliver breakthrough sound with Adaptive EQ. Users can enjoy spatial audio featuring Dolby Atmos in Apple Music, movies, and tv shows, along with dynamic head tracking, across Apple devices. The new AirPods are resistant to sweat and water, and feature a force sensor for easy and intuitive control of music and phone calls. The extended battery life enables up to six hours of listening time[1] and up to 30 hours of total listening time with the convenient charging case. AirPods (3rd generation) join the world's most popular family of headphones and are available to order starting today, and in stores beginning Tuesday, October 26.

"AirPods forever changed wireless headphones with their groundbreaking design, incredible sound, and magical experience," said Greg Joswiak, Apple's senior vice president of Worldwide Marketing. "We are excited to introduce the next generation of AirPods, featuring unrivaled sound through Adaptive EQ and spatial audio with dynamic head tracking, along with seamless interaction between Apple devices — making the world's best-selling headphones even better."

## All-New Design

The new design of AirPods is lightweight and contoured, sitting at just the right angle for comfort and to direct audio into the ear. For a more subtle appearance, the stem is shorter than the previous generation and features the same intuitive force sensor as AirPods Pro for media control. The new AirPods are resistant to both sweat and water, with an IPX4 rating for both the earbuds and the charging case.[2]

Exhibit H
Page 2

1/12/23, 1:22 PM  Introducing the next generation of AirPods - Apple
Case 8:20-cv-00048-JVS-JDE   Document 1156-9   Filed 01/17/23   Page 4 of 9   Page ID
#:101759



The new AirPods are resistant to both sweat and water, with an IPX4 rating for both the earbuds and the case.

The powerful H1 chip combines with an Apple-designed acoustic system, and uses computational audio to deliver breakthrough sound with Adaptive EQ.

# Newsroom

Search Newsroom     Popular Topics

For an optimal listening experience with rich detail, the new AirPods feature Adaptive EQ that tunes sound in real time based on how AirPods fit in the user's ear. An inward-facing microphone monitors for sound, and then Adaptive EQ, powered by computational audio, tunes the low and mid frequencies to account for what may be lost due to variances in fit.

Spatial audio creates a three-dimensional theater-like experience, placing sound virtually anywhere in space, and with Dolby Atmos, AirPods have never sounded

Exhibit H
Page 3

1/12/23, 1:22 PM
Introducing the next generation of AirPods - Apple
Case 8:20-cv-00048-JVS-JDE   Document 1156-9   Filed 01/17/23   Page 5 of 9   Page ID #:101760

better. Users can also enjoy this multi-level experience with dynamic head tracking, so music, video, and even Group FaceTime calls feel more immersive than ever before. Using advanced spatial audio algorithms, and by applying directional audio filters to subtly adjust the frequencies that each ear receives, the new AirPods can place sound all around the user.



AirPods users can enjoy Dolby Atmos in Apple Music and spatial audio with dynamic head tracking across Apple devices.

### Magical Experience

With one-touch setup that automatically pairs AirPods with other Apple devices, users can effortlessly enjoy music throughout the day. Audio Sharing allows listeners to share the audio stream between two sets of AirPods, AirPods Pro, or AirPods Max, while using iPhone, iPad, iPod touch, or Apple TV.

A new skin-detect sensor accurately discerns if AirPods are in the ear — versus in a pocket or on a table — and pauses playback when removed. To help with sound clarity, beamforming microphones block out ambient noise and focus on the user's voice, while users can also enjoy a hands-free experience by simply saying "Hey Siri" for requests.

Exhibit H
Page 4

## Longer Battery Life

AirPods (3rd generation) offer an extra hour of battery life over the previous generations, with up to six hours of listening time and up to four hours of talk time. Just five minutes of charging provides about an hour of battery life, and with four additional charges in the case, users can get up to 30 hours of total listening time.[3] AirPods are now also part of the MagSafe ecosystem for convenient wireless charging.

## AirPods with iOS and iPadOS

AirPods offer exceptional convenience and sound quality, and with iOS 15 and iPadOS 15, users can enjoy the following features:

- With spatial audio and dynamic head tracking, voices in a Group FaceTime call sound like they're coming from the direction in which the person is positioned on the screen, making it seem as if everyone is in the same room.[4]

Exhibit H
Page 5

- Announce Notifications allows Siri to read important time-sensitive notifications, including alerts from Messages, Reminders, Calendar, and calls, as well as any third-party apps that adopt the API.

- AirPods are now part of the Find My network of hundreds of millions of iPhone, iPad, and Mac computers around the world, offering proximity view in the Find My app and Lost Mode, as well as separation alerts and sounds.

## Apple and the Environment

AirPods are designed with numerous materials and features to reduce their environmental impact, including the 100 percent recycled rare earth elements used in all magnets. The case also uses 100 percent recycled tin in the solder of the main logic board, and 100 percent recycled aluminum in the hinge. AirPods are also free of potentially harmful substances such as mercury, BFRs, PVC, and beryllium. For energy efficiency, AirPods meet US Department of Energy requirements for battery charger systems. Apple's Zero Waste program helps suppliers eliminate waste sent to landfills, and all final assembly supplier sites are transitioning to 100 percent renewable energy for Apple production. In the packaging, 100 percent of the virgin wood fiber comes from responsibly managed forests.

Today, Apple is carbon neutral for global corporate operations, and by 2030, plans to have net-zero climate impact across the entire business, which includes manufacturing supply chains and all product life cycles. This means that every Apple device sold, from component manufacturing, assembly, transport, customer use, charging, all the way through recycling and material recovery, will be 100 percent carbon neutral.

**Pricing and Availability**

- AirPods (3rd generation) will be available for **$179** (US) and are available to order from apple.com/store and in the Apple Store app in the US and more than 26 other countries and regions starting today, with availability in stores beginning Tuesday, October 26.

- AirPods (2nd generation) will be available at the new price of **$129** (US).

- AirPods Pro now come with MagSafe Charging Case for the same price of **$249** (US).

- With the Apple Music Voice Plan, users can enjoy millions of songs, playlists, and stations in the Apple Music catalog through Siri. The Apple Music Voice Plan will be available later this fall in select countries and regions for **$4.99** (US) per month.

- New subscribers can get Apple Music free for six months with the purchase of any AirPods, AirPods Pro, or AirPods Max.[5]

- AirPods require Apple devices running iOS 15.1, iPadOS 15.1, watchOS 8.1, tvOS 15.1, or macOS Monterey, all available as free software updates next week.

- Customers can add personal engraving with emoji, text, and numbers to cases for AirPods Pro, AirPods (3rd generation), and AirPods (2nd generation) for free on apple.com/store and in the Apple Store app.

**Share article**

Exhibit H
Page 6



**Text of this article**                                          **Copy text**

**Images in this article**                              **Download all images** ⓓ

**About Apple**

Apple revolutionized personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch, and Apple TV. Apple's five software platforms — iOS, iPadOS, macOS, watchOS, and tvOS — provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay, and iCloud. Apple's more than 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

1. Five hours of listening time with spatial audio enabled.
2. The third-generation AirPods were tested under controlled laboratory conditions and have a rating of IPX4.
3. Battery life varies by use. See apple.com/batteries for details.
4. Available on iPhone and iPad with A12 Bionic and later, and Mac models (2018 or later).
5. New subscribers only. $9.99 per month after trial. Plan automatically renews until cancelled. Restrictions and other terms apply. For more details, visit apple.com/promo.

# Press Contacts

**Apple Media Helpline**
media.help@apple.com
(408) 974-2042

# Latest News



UPDATE
**Introducing Apple Business Connect**
January 11, 2023



UPDATE
**Apple and Major League Soccer unveil broadcasters for MLS Season Pass**
January 10, 2023

Exhibit H
Page 7



UPDATE
## Apple celebrates a groundbreaking year in entertainment
January 10, 2023

## The latest news and updates, direct from Apple.

Read more

Newsroom › Introducing the next generation of AirPods

**Shop and Learn**
Store
Mac
iPad
iPhone
Watch
AirPods
TV & Home
AirTag
Accessories
Gift Cards

**Services**
Apple Music
Apple TV+
Apple Fitness+
Apple News+
Apple Arcade
iCloud
Apple One
Apple Card
Apple Books
Apple Podcasts
App Store

**Account**
Manage Your Apple ID
Apple Store Account
iCloud.com

**Apple Store**
Find a Store
Genius Bar
Today at Apple
Apple Camp
Apple Store App
Refurbished and Clearance
Financing
Apple Trade In
Order Status
Shopping Help

**For Business**
Apple and Business
Shop for Business

**For Education**
Apple and Education
Shop for K-12
Shop for College

**For Healthcare**
Apple in Healthcare
Health on Apple Watch
Health Records on iPhone

**For Government**
Shop for Government
Shop for Veterans and Military

**Apple Values**
Accessibility
Education
Environment
Inclusion and Diversity
Privacy
Racial Equity and Justice
Supplier Responsibility

**About Apple**
Newsroom
Apple Leadership
Career Opportunities
Investors
Ethics & Compliance
Events
Contact Apple

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2023 Apple Inc. All rights reserved.   Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map   United States

Exhibit H
Page 8