# EXHIBIT N

| | |
|---|---|
| **From:** | Lam, David |
| **Sent:** | Friday, October 1, 2021 7:46 PM |
| **To:** | Joseph R. Re - Knobbe Martens (joe.re@knobbe.com); Steve Jensen - Knobbe Martens (steve.jensen@knobbe.com); Perry Oldham - Knobbe Martens (perry.oldham@knobbe.com); Adam Powell - Knobbe Martens (adam.powell@knobbe.com); Stephen W. Larson - Knobbe Martens (stephen.larson@knobbe.com); Masimo.Apple@knobbe.com |
| **Cc:** | *** Apple-Masimo |
| **Subject:** | Masimo v. Apple - Apple Production (APLPROD030) |

Counsel,

Documents are available for download.  The credentials to access the SFTP site are below.  The SFTP password and production .RAR file password will be sent separately.  Please note these files will only remain available on the SFTP site for seven days.

Production Volume: APLPROD030
Bates Range: APL-MAS_00360241 - APL-MAS_00413747
File Names: APLPROD030_20211001-NEW
Password:        Sent separately

| Host | sftp.gibsondunn.com |
|---|---|
| **Connection type** | SFTP/SSH (we recommend using the software FileZilla to connect) |
| **Port** | 22 |
| **Username** | 03290-00135_Apple_Productions |
| **Password to SFTP** | Sent Separately |

Thank you,

**David Lam**
Paralegal

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7173 • Fax +1 213.229.7520
DLam@gibsondunn.com • www.gibsondunn.com

Exhibit N
Page 1