Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF JUSTIN GILLETT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION EXCLUDE OPINION AND TESTIMONY OF PLAINTIFFS' EXPERT ROBERT PALMATIER**<br><br>Date: Feb. 6, 2023<br>Time: 1:30 pm<br>Place: Courtroom 10C |

1. Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2. **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3. Los Angeles, CA 90067
   Telephone: (310) 551-3450
4. Facsimile: (310) 551-3458
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

I, Justin Gillett, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and Counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this Declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in support of Masimo's Opposition to Apple's Motion to Exclude Opinion and Testimony of Plaintiffs' Expert Robert Palmatier.

2. Attached hereto as **Exhibit A [filed under seal]** is a true and correct copy of excerpts of the transcript of the December 21, 2022, deposition of Ran Kivetz.

3. Attached hereto as **Exhibit B [filed under seal]** is a true and correct copy of excerpts of the transcript of the August 5, 2022, deposition of Joe Kiani.

4. Attached hereto as **Exhibit C [filed under seal]** is a true and correct copy of excerpts of the transcript of the December 2, 2022, deposition of Marco Perez.

5. Attached hereto as **Exhibit D [filed under seal]** is a true and correct copy of excerpts of the Expert Report of Dr. Ran Kivetz dated October 6, 2022.

6. Attached hereto as **Exhibit E [filed under seal]** is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Ran Kivetz dated November 17, 2022.

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the transcript of a hearing held in this case on January 21, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 17, 2023, at Irvine, California.

                                               */s/ Justin J. Gillett*
                                               Justin J. Gillett

56931844