MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPPOSITION TO PLAINTIFFS' CONTINGENT MOTION TO STRIKE AND REQUEST FOR EVIDENTIARY SANCTIONS** <br><br> Date: Feb. 6, 2023 <br> Time: 1:30pm <br><br> Pre-Trial Conference: Mar. 13, 2023 <br> Trial: Mar. 28, 2023 |

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPP. TO PLS. CONTINGENT MOT.TO STRIKE AND REQUEST FOR EVIDENTIARY SANCTIONS
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPP. TO PLS. CONTINGENT MOT. TO STRIKE AND REQUEST FOR EVIDENTIARY SANCTIONS
CASE NO. 8:20-cv-00048-JVS (JDEx)

Pursuant to Local Rule 79-5.2.2, Defendant Apple Inc. ("Apple") requests that the Court grant leave to file under seal Apple's Opposition To Plaintiffs' Contingent Motion To Strike And Request For Evidentiary Sanctions ("Opposition") and Exhibits A-P.

As detailed in the accompanying Declaration of Mark D. Selwyn, Plaintiffs have indicated that Exhibits A-O contain their confidential information, Exhibits C-H, K, and M-P also contain Apple's confidential information, and the redacted portions of Apple's Opposition quote, reference, or summarize the confidential portions of these exhibits and other documents that this Court has ordered to be filed under seal. *See* Dkt. 1147 (granting Plaintiffs' application to file under seal).

Accordingly, Apple respectfully requests an order granting leave to file its Opposition and Exhibits A-O under seal.

Dated:     January 17, 2023          Respectfully submitted,

MARK D. SELWYN
AMY K. WIGMORE
JOSHUA H. LERNER
SARAH R. FRAZIER
NORA Q.E. PASSAMANECK
THOMAS G. SPRANKLING
WILMER CUTLER PICKERING HALE AND DORR LLP

BRIAN A. ROSENTHAL
GIBSON, DUNN & CRUTCHER LLP

KENNETH G. PARKER
HAYNES AND BOONE, LLP


By: */s/ Mark D. Selwyn*
       Mark D. Selwyn


*Attorneys for Defendant Apple Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPP. TO PLS. CONTINGENT MOT.TO STRIKE AND REQUEST FOR EVIDENTIARY SANCTIONS
1                                  CASE NO. 8:20-cv-00048-JVS (JDEx)