**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERT JEFFREY KINRICH** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Opposition to Apple's Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Jeffrey Kinrich, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

1. the redacted portions of Masimo's Opposition and the redacted portions of the Mark D. Kachner Declaration;

2. the entirety of Exs. A–C, E–F, H–O, R, and T attached to the Mark D. Kachner Declaration.

DATED: _____    _____

The Honorable James V. Selna
United States District Court Judge