Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF MARK D. KACHNER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERT JEFFREY KINRICH**<br><br>Date: Feb. 6, 2023<br>Time: 1:30 pm<br>Place: Courtroom 10C |

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

1  Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458

I, Mark D. Kachner, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and Counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this Declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in support of Masimo's Opposition to Apple's Motion to Exclude Opinion and Testimony of Plaintiffs' Expert Jeffrey Kinrich.

2. Attached hereto as **Exhibit A (filed under seal)** is a true and correct copy of excerpts from the transcript of the August 11, 2022 deposition of Robert Mansfield.

3. Attached hereto as **Exhibit B (filed under seal)** is a true and correct copy of an Apple email exchange culminating in an email from James Foster to Jeff Williams dated July 29, 2013, produced by Apple in this case bearing Bates Numbers APL-MAS_00826994–APL-MAS_00826997.

4. Attached hereto as **Exhibit C (filed under seal)** is a true and correct copy of excerpts from the transcript of the August 5, 2022 deposition of Joe Kiani.

5. Attached hereto as **Exhibit D** is a true and correct copy of an email from Adrian Perica to Paul Jansen, et al., dated March 22, 2013, bearing Bates Numbers MASA03217800–MASA03217801, produced by Plaintiffs in this case.

6. Attached hereto as **Exhibit E (filed under seal)** is a true and correct copy of an Apple email exchange culminating in an email from Adrian Perica to Tim Cook, dated July 3, 2013, produced by Apple in this case bearing Bates Numbers APL-MAS_00433706–APL-MAS_00433710.

7. Attached hereto as **Exhibit F (filed under seal)** is a true and correct copy of an Apple email exchange chain culminating in an email from Robert Mansfield to Jeff Dauber, et al., dated September 13, 2013, produced by Apple in this case bearing Bates Numbers APL-MAS_00778320–APL-MAS_00778323.

8. Attached hereto as **Exhibit G** is a true and correct copy of an email from Marcelo Lamego to Tim Cook, dated October 2, 2013, produced by Marcelo Lamego

-1-

bearing Bates Numbers MLAMEGO0000061–MLAMEGO0000063, and marked as Deposition Exhibit No. 5 at the July 12, 2022, deposition of Marcelo Lamego. **Exhibit G** also includes an email from Apple recruiter, David Affourtit, responding to Marcelo Lamego on October 2, 2013.

9. Attached hereto as **Exhibit H (filed under seal)** is a true and correct copy of an Apple email exchange culminating in an email from Steve Hotelling to Mike O'Reilly, et al., dated October 8, 2013, produced by Apple in this case bearing Bates Numbers APL-MAS_00332007–APL-MAS_00332010.

10. Attached hereto as **Exhibit I (filed under seal)** is a true and correct copy of an Apple presentation titled ▓▓▓▓▓▓▓▓ dated October 16, 2013, produced by Apple in this case bearing Bates Numbers APL-MAS_01853759–APL-MAS_01853795.

11. Attached hereto as **Exhibit J (filed under seal)** is a true and correct copy of an Apple email exchange culminating in an email from Denby Sellers to Mark Ryan dated June 8, 2021 produced by Apple in this case bearing Bates Numbers APL-MAS_00432316–APL-MAS_00432317 and marked as Deposition Exhibit No. 70 at the June 24, 2022 deposition of Denby Sellers.

12. Attached hereto as **Exhibit K (filed under seal)** is a true and correct copy of Plaintiffs' September 6, 2022 Supplemental Response and prior responses to Apple's Interrogatory No. 34.

13. Attached hereto as **Exhibit L (filed under seal)** is a true and correct copy of Plaintiffs' September 6, 2022 Seventh Supplemental Response and prior responses to Apple's Interrogatory No. 17.

14. Attached hereto as **Exhibit M (filed under seal)** is a true and correct copy of excerpts from the transcript of the August 19, 2022 deposition of Bilal Muhsin.

15. On September 14, 2022, Masimo wrote a letter to Apple ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Apple's counsel ▓▓▓▓▓▓

1  ████████████████████████████████████████████

2  Apple's experts ████████████████████████████

3  ████████████████████████████

16. Attached hereto as **Exhibit N (filed under seal)** is a true and correct copy of a letter from Masimo Counsel Kendall M. Loebbaka, to Apple Counsel Nora Q.E. Passamaneck, dated September 14, 2022.

17. Attached hereto as **Exhibit O (filed under seal)** is a true and correct copy of an email chain between Masimo Counsel and Apple's Counsel from August 17, 2022 through October 19, 2022.

18. Attached hereto as **Exhibit P** is a true and correct copy of an email chain between Masimo Counsel Mark Kachner, and Apple Counsel Nora Q.E. Passamaneck, et al., from May 27, 2022 through June 13, 2022.

19. Attached hereto as **Exhibit Q** is a true and correct copy of the Notice of Final Initial Determination on Violation of Section 337, in United States International Trade Commission Investigation No. 337-TA-1276, in the Matter of Certain Light-Based Physiological Measurement Devices and Components Thereof, dated January 10, 2023.

20. Attached hereto as **Exhibit R (filed under seal)** is a true and correct copy of an email chain culminating in an email from Apple Counsel Nora Q.E. Passamaneck, to Masimo Counsel Adam Powell, dated September 21, 2022.

21. Attached hereto as **Exhibit S** is a true and correct copy of the transcript of proceedings, held in this case on November 21, 2022.

22. Attached hereto as **Exhibit T (filed under seal)** is a true and correct copy of the Supplemental Expert Rebuttal Report of Shirley Webster, dated December 13, 2022.

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 17, 2023, at Irvine, California.

                                                             */s/ Mark D. Kachner*
                                                                  Mark D. Kachner

56931668