MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S OPPOSITION TO PLAINTIFFS' CONTINGENT MOTION TO STRIKE AND REQUEST FOR EVIDENTIARY SANCTIONS** <br><br> Date: Feb. 6, 2023 <br> Time: 1:30pm <br><br> Pre-Trial Conference: Mar. 13, 2023 <br> Trial: Mar. 28, 2023 |

1  SARAH R. FRAZIER, *pro hac vice*
     sarah.frazier@wilmerhale.com
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  60 State Street
   Boston, MA 02109
4  Tel.: 617.526.6000 / Fax: 617.526.5000

5  NORA Q.E. PASSAMANECK, *pro hac vice*
     nora.passamaneck@wilmerhale.com
6  WILMER CUTLER PICKERING
     HALE AND DORR LLP
7  1225 Seventeenth Street, Suite 2600
   Denver, CO 80202
8  Tel.: 720.274.3152 / Fax: 720.273.3133

9  BRIAN A. ROSENTHAL, *pro hac vice*
     brosenthal@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
11 New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
12
   KENNETH G. PARKER, SBN 182911
13   Ken.parker@haynesboone.com
   HAYNES AND BOONE, LLP
14 660 Anton Boulevard, Suite 700
   Costa Mesa, CA 92626
15 Tel.: 650.949.3014 / Fax: 949.202.3001

16
17
18
19
20
21
22
23
24
25
26
27
28

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Opposition To Plaintiffs' Contingent Motion To Strike And Request For Evidentiary Sanctions ("Opposition").

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit A (filed under seal)** is a copy of Plaintiffs' Eighth Supplemental Responses To Apple's Interrogatory No. 6, dated September 29, 2022.

5. Attached hereto as **Exhibit B (filed under seal)** is a copy of an Apple email, produced by Apple with Bates numbers APL-MAS_01361068-1071.

6. Attached hereto as **Exhibit C (filed under seal)** is a copy of the transcript of the deposition of Majid Sarrafzadeh, Ph.D., dated December 8, 2022.

7. Attached hereto as **Exhibit D (filed under seal)** is a copy of the transcript of the deposition of Majid Sarrafzadeh, Ph.D., dated December 9, 2022.

8. Attached hereto as **Exhibit E (filed under seal)** is a redacted copy the transcript of the deposition of Steven F. Warren, Ph.D., dated December 9, 2022.[1]

9. Attached hereto as **Exhibit F (filed under seal)** is a copy of the transcript of the deposition of Steven F. Warren, Ph.D., dated December 10, 2022.

10. Attached hereto as **Exhibit G (filed under seal)** is a copy of the Expert Report of Vijay K. Madisetti, Ph.D., dated September 23, 2022.

11. Attached hereto as **Exhibit H (filed under seal)** is a copy of the Expert Report of Jeffrey H. Kinrich, updated October 17, 2022.

---

[1] The redacted copy of the deposition of Steven F. Warren, Ph.D. redacts detailed discussion of Apple's source code.

PASSAMANECK DECL. ISO APPLE'S OPP. TO PLAINTIFFS' CONTINGENT MOT. TO STRIKE AND REQUEST FOR EVIDENTIARY SANCTIONS

1    CASE NO. 8:20-cv-00048-JVS (JDEx)

12. Attached hereto as **Exhibit I (filed under seal)** is copy of a letter from Nora Q.E. Passamaneck, counsel for Apple, to Mark Kachner, counsel for Plaintiffs, dated September 28, 2022.

13. Attached hereto as **Exhibit J (filed under seal)** is copy of a letter from Kendall M. Loebbaka, counsel for Plaintiffs, to Nora Q.E. Passamaneck, counsel for Apple, dated October 3, 2022.

14. Attached hereto as **Exhibit K (filed under seal)** is copy of a letter from Nora Q.E. Passamaneck, counsel for Apple, to Kendall M. Loebbaka, counsel for Plaintiffs, dated October 11, 2022.

15. Attached hereto as **Exhibit L (filed under seal)** is a copy of an email chain, culminating in an email from Adam Powell, counsel for Plaintiffs, to Nora Q.E. Passamaneck, counsel for Apple, dated August 24, 2022.

16. Attached hereto as **Exhibit M (filed under seal)** is a copy of an email chain culminating in an email from Nora Q.E. Passamaneck, counsel for Apple, to Adam Powell, counsel for Plaintiffs, dated September 9, 2022.

17. Attached hereto as **Exhibit N (filed under seal)** is a copy of an email chain, culminating in an email from Adam Powell, counsel for Plaintiffs, to Sarah Frazier, counsel for Apple, dated September 22, 2022.

18. Attached hereto as **Exhibit O (filed under seal)** is a copy of an email chain culminating in an email from Nora Q.E. Passamaneck, counsel for Apple, to Ben Katzenellenbogen, counsel for Plaintiffs, dated October 31, 2022.

19. Attached hereto as **Exhibit P (filed under seal)** is a copy of an email chain culminating in an email from David Yin, counsel for Apple, to Perry Oldham, counsel for Plaintiffs, dated December 1, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of January 2023.

By: _____

Nora Passamaneck