1

2

3

4

5

6

7

8

9

10

11

12

13

**IN THE UNITED STATES DISTRICT COURT**

14

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15

**SOUTHERN DIVISION**

16

17

18

19

20

21

22

23

24

25

26

27

28

MASIMO CORPORATION,
a Delaware corporation; and
CERCACOR LABORATORIES, INC.,
a Delaware corporation

        Plaintiffs,

     v.

APPLE INC., a California corporation

        Defendant.

) Case No. 8:20-cv-00048-JVS-JDE
)
) **ORDER GRANTING LEAVE TO**
) **FILE UNDER SEAL**
) **DOCUMENTS REGARDING**
) **PLAINTIFFS' OPPOSITION TO**
) **APPLE'S MOTION TO EXCLUDE**
) **OPINIONS AND TESTIMONY OF**
) **PLAINTIFFS' EXPERT JEFFREY**
) **KINRICH [1163]**
)
)
)
)
)

1   Having considered Plaintiffs' Application for Leave to File Under Seal

2   Documents Regarding Opposition to Apple's Motion to Exclude Opinions and

3   Testimony of Plaintiffs' Expert Jeffrey Kinrich, and finding good cause therefor,

4   the Application is GRANTED.

5       **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and

6   Cercacor Laboratories, Inc. may file under seal:

7       1. the redacted portions of Masimo's Opposition and the redacted portions

8   of the Mark D. Kachner Declaration;

9       2. the entirety of Exs. A–C, E–F, H–O, R, and T attached to the Mark D.

10  Kachner Declaration.

11

12

13  DATED: January 20, 2023

14                                      The Honorable James V. Selna
                                        United States District Court Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-