# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' TRADE SECRET CLAIM AND PLAINTIFFS' LOST PROFITS DAMAGES THEORY [1129]** |

1  Having considered Plaintiffs' Application for Leave to File Under Seal
2  Documents Regarding Plaintiffs' Opposition to Apple's Motion for Partial
3  Summary Judgment on Plaintiffs' Trade Secret Claim and Plaintiffs' Lost Profits
4  Damages Theory, and finding good cause therefor, the Application is
5  GRANTED.

6  **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and
7  Cercacor Laboratories, Inc. may file under seal the redacted portions of Masimo's
8  Opposition and Masimo's Statement of Disputed Facts in Support of Its
9  Opposition, and may file under seal in their entirety Exhibits A-O, Q-S, U-QQ,
10 SS, UU-GGG, III-CCCC, EEEE, GGGG-AAAAA attached to the Daniel P.
11 Hughes Declaration.

14 DATED: January 20, 2023

_____
The Honorable James V. Selna
United States District Court Judge

19 56841396

-1-