**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation,<br><br>        Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS OPPOSITION TO PLAINTIFFS' MOTION FOR DISCOVERY ON AIRPODS ROYALTIES [1152]**<br><br>Date: Feb. 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

This matter is before the Court pursuant to Apple's Application To File Under Seal Documents Regarding Its Opposition To Plaintiffs' Motion For Discovery On AirPods Royalties ("Application To File Under Seal"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application To File Under Seal is GRANTED. Apple shall file under seal its Opposition To Plaintiffs' Motion For Discovery On AirPods Royalties, and Exhibits A, C-D, F-G, and I-M to the Declaration Of Nora Passamaneck In Support Of Apple's Opposition To Plaintiffs' Motion For Discovery On AirPods Royalties.

**IT IS SO ORDERED.**

Dated: January 20, 2023

_____
The Hon. James V. Selna
United States District Court Judge