IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' OPPOSITION TO APPLE'S MOTION TO STRIKE DECLARATIONS SUPPORTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [1149]** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Opposition to Apple's Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Summary Judgment, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal the redacted portions of Masimo's Opposition and may file under seal in their entirety Exs. A-B and D-L attached to the Declaration of Kendall M. Loebbaka.

DATED: January 20, 2023

_____
The Honorable James V. Selna
United States District Court Judge

56961949

-1-