MARK D. SELWYN, SBN 244180
 mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
 thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
 joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
 amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFFS' UNTIMELY NOVEMBER 2022 SUPPLEMENT TO APPLE INTERROGATORY NO. 33**<br><br>Date: Feb. 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

Passamaneck Decl. ISO Apple's Reply ISO Its Mot. to Strike Supp. Response to Interrogatory No. 33

Case No. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

| | |
|---|---|
| 1 | SARAH R. FRAZIER, *pro hac vice* |
| 2 | sarah.frazier@wilmerhale.com<br>WILMER CUTLER PICKERING |
| 3 | HALE AND DORR LLP<br>60 State Street |
| 4 | Boston, MA 02109<br>Tel.: 617.526.6000 / Fax: 617.526.5000 |
| 5 | |
| | NORA Q.E. PASSAMANECK, *pro hac vice* |
| 6 | nora.passamaneck@wilmerhale.com<br>WILMER CUTLER PICKERING |
| 7 | HALE AND DORR LLP<br>1225 Seventeenth Street, Suite 2600 |
| 8 | Denver, CO 80202<br>Tel.: 720.274.3152 / Fax: 720.273.3133 |
| 9 | |
| | BRIAN A. ROSENTHAL, *pro hac vice* |
| 10 | brosenthal@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 11 | 200 Park Avenue<br>New York, NY 10166-0193 |
| 12 | Tel.: 212.351.2339 / Fax: 212.817.9539 |
| 13 | KENNETH G. PARKER, SBN 182911<br>Ken.parker@haynesboone.com |
| 14 | HAYNES AND BOONE, LLP<br>660 Anton Boulevard, Suite 700 |
| 15 | Costa Mesa, CA 92626<br>Tel.: 650.949.3014 / Fax: 949.202.3001 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | PASSAMANECK DECL. ISO APPLE'S REPLY ISO ITS MOT. TO STRIKE SUPP. RESPONSE TO INTERROGATORY NO. 33<br><br>CASE NO. 8:20-cv-00048-JVS (JDEx) |

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Reply In Support Of Apple's Motion To Strike Plaintiffs' Untimely November 2022 Supplement To Apple Interrogatory No. 33 ("Reply").

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit 14** is a copy of Plaintiffs' Third Set Of Interrogatories To Defendant Apple Inc. (Nos. 11-13), dated October 9, 2020.

5. Attached hereto as **Exhibit 15 (filed under seal)** is a copy of excerpts of the transcript of the June 21, 2022 deposition of Greg Olsen.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of January 2023.

By: _____
Nora Passamaneck