**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation,<br><br>        Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERT JEFFREY KINRICH**<br><br>Date: Feb. 6, 2023<br>Time: 1:30pm<br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

This matter is before the Court pursuant to Apple's Application to File Under Seal Its Reply In Support Of Its Motion To Exclude Opinions and Testimony of Plaintiffs' Expert Jeffrey Kinrich ("Application"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal its Reply In Support of Its Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Jeffrey Kinrich and Exhibit 11.

**IT IS SO ORDERED.**

Dated: _____   _____
　　　　　　　　　　　　　　　　　　The Hon. James V. Selna
　　　　　　　　　　　　　　　　　　United States District Court Judge

[Proposed] Order Granting Apple's Application To Seal

Case No. 8:20-cv-00048-JVS (JDEx)