IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' REPLY IN SUPPORT OF THEIR DAUBERT MOTION TO EXCLUDE CERTAIN TESTIMONY OF DEFENDANT'S EXPERTS** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Reply in Support of Their Daubert Motion to Exclude Certain Testimony of Defendant's Experts (the "Reply"), and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) Exhibits 11 and 16 to the Supplemental Declaration of Adam B. Powell; and

(2) The proposed redacted portions of the Reply.

DATED: _____    _____

The Honorable James V. Selna
United States District Judge