Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Baraa Kahf (Bar No. 261144)
Baraa.Kahf@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**SUPPLEMENTAL DECLARATION OF ADAM B. POWELL IN SUPPORT OF PLAINTIFFS' DAUBERT MOTION TO EXCLUDE CERTAIN TESTIMONY OF DEFENDANT'S EXPERTS**<br><br>Date:     February 6, 2023<br>Time:     1:30 p.m.<br>Location: Courtroom 10C |

1  Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2  **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3  Los Angeles, CA 90067
   Telephone: (310) 551-3450
4  Facsimile: (310) 551-3458

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Adam B. Powell, declare and state as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.

2. I submit this Declaration in support of Plaintiffs' Daubert Motion to Exclude Certain Testimony of Defendant's Experts.

3. Attached hereto as **Exhibit 11 [Filed Under Seal]** is a true and correct copy of excerpts of Apple's Third Supplemental Privilege Log Pursuant to Plaintiffs' RFPs 257-258.

4. Attached hereto as **Exhibit 12** is a true and correct copy of the redacted Corrected Opening Brief of Defendant-Appellants True Wearables, Inc., Marcelo Lamego, *Masimo Corp. v. True Wearables, Inc.*, No. 2021-2146 (Fed. Cir. Aug. 26, 2021), Dkt. 25.

5. Attached hereto as **Exhibit 13** is a true and correct copy of the redacted Reply Brief of Defendant-Appellants True Wearables, Inc., Marcelo Lamego, *Masimo Corp. v. True Wearables, Inc.*, No. 2021-2146 (Fed. Cir. Oct. 25, 2021), Dkt. 36.

6. Attached hereto as **Exhibit 14** is a true and correct copy of the redacted Memorandum in Support of Defendants True Wearables, Inc.'s and Marcelo Lamego's Motion for Partial Summary Judgment, *Masimo Corp. v. True Wearables, Inc.*, No. 8:18-cv-02001 (C.D. Cal. Sept. 3, 2021), Dkt. 331-2.

7. Attached hereto as **Exhibit 15** is a true and correct copy of the redacted Defendants True Wearables, Inc.'s and Marcelo Lamego's Reply in Support of Their Motion for Partial Summary Judgment, *Masimo Corp. v. True Wearables, Inc.*, No. 8:18-cv-02001 (C.D. Cal. Sept. 20, 2021), Dkt. 351.

8. Attached hereto as **Exhibit 16 [Filed Under Seal]** is a true and correct copy of excerpts from the Rebuttal Expert Report of Vijay K. Madisetti, Ph.D.

-2-

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3      Executed on January 23, 2023, in Irvine, California.

                                                    /s/ Adam B. Powell
                                                    Adam B. Powell

56793427