Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Baraa Kahf (Bar No. 261144)
Baraa.Kahf@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL P. HUGHES IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE**<br><br>Date:       February 6, 2023<br>Time:       1:30 p.m.<br>Location:  Courtroom 10C |

1. Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2. **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3. Los Angeles, CA 90067
   Telephone: (310) 551-3450
4. Facsimile: (310) 551-3458
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

I, Daniel P. Hughes, declare and state as follows:

1. I am an attorney in the law firm of Knobbe, Martens, Olson & Bear, LLP, and I am licensed to practice law in the State of California. I am a member of the bar of this Court, and counsel of record for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc., (collectively "Masimo") in the above-captioned action. I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could testify competently thereto.

2. I submit this Supplemental Declaration in support of Masimo's Contingent Motion to Strike And Request For Evidentiary Sanctions.

3. Attached hereto as **Exhibit 39 [filed under seal]** is a true and correct copy of Masimo's September 29, 2022 Supplemental Objections and Responses to Apple's Interrogatory No. 6.

4. Attached hereto as **Exhibit 40 [filed under seal]** is a true and correct copy of Masimo's September 29, 2022 Supplemental Objections and Responses to Apple's Interrogatory No. 10.

5. Attached hereto as **Exhibit 41 [filed under seal]** is a true and correct copy of the transcript of the August 5, 2022 deposition of Massi Joe Kiani.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 23, 2023, in San Diego, California.

                                        */s/ Daniel P. Hughes*
                                        Daniel P. Hughes

56998410