MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' TRADE SECRET CLAIM AND PLAINTIFFS' LOST PROFITS DAMAGES THEORY**<br><br>Date: Feb. 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

SARAH R. FRAZIER, *pro hac vice*
 sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
 nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
 brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
 Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

1  Pursuant to Local Rule 79-5.2.2, Defendant Apple Inc. ("Apple") requests that the
2  Court grant leave to file under seal Apple's Reply In Support of Its Motion For Partial
3  Summary Judgment On Plaintiffs' Trade Secret Claim And Plaintiffs' Lost Profits
4  Damages Theory ("Reply"), Apple's Reply to Plaintiffs' Statement Of Genuine Disputes
5  Of Material Fact And In Support Of Its Motion For Partial Summary Judgment On
6  Plaintiffs' Trade Secret Claim And Plaintiffs' Lost Profits Damages Theory ("Reply to
7  Statement Of Genuine Disputes Of Material Fact"), and Exhibits 30-31.

8  As detailed in the accompanying Declaration of Mark D. Selwyn, Plaintiffs have
9  indicated that Exhibits 30-31 contain their confidential information and the redacted
10 portions of Apple's Reply and Reply to Statement Of Genuine Disputes Of Material Fact
11 quote, reference, or summarize the confidential portions of these exhibits and other
12 documents already filed under seal pursuant to order of this Court.

13 Accordingly, Apple respectfully requests an order granting leave to file its Reply,
14 Reply to Statement Of Genuine Disputes Of Material Fact, and Exhibits 30-31 under
15 seal.

17  Dated:        January 23, 2023            Respectfully submitted,

                                              MARK D. SELWYN
                                              AMY K. WIGMORE
                                              JOSHUA H. LERNER
                                              SARAH R. FRAZIER
                                              NORA Q.E. PASSAMANECK
                                              THOMAS G. SPRANKLING
                                              WILMER CUTLER PICKERING HALE AND
                                              DORR LLP

                                              BRIAN A. ROSENTHAL
                                              GIBSON, DUNN & CRUTCHER LLP

                                              KENNETH G. PARKER
                                              HAYNES AND BOONE, LLP

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS RE. ITS REPLY ISO MOT. PARTIAL S.J.
1                    CASE NO. 8:20-cv-00048-JVS (JDEx)

1  By: */s/ Mark D. Selwyn*
2         Mark D. Selwyn

*Attorneys for Defendant Apple Inc.*

Wilmer Cutler Pickering Hale and Dorr LLP

APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS RE. ITS REPLY ISO MOT. PARTIAL S.J.
2     CASE NO. 8:20-cv-00048-JVS (JDEx)