# EXHIBIT 30
# Redacted in its Entirety