# EXHIBIT 31
# Redacted in its Entirety