MARK D. SELWYN, SBN 244180
mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
BRITTANY B. AMADI, *pro hac vice*
  brittany.amadi@wilmerhale.com
DAVID YIN, *pro hac vice*
  david.yin@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., a California corporation, <br><br> Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx) <br><br> **NOTICE OF CHANGE OF FIRM ADDRESS** |

| | |
|---|---|
| 1 | SARAH R. FRAZIER, pro hac vice |
| 2 | sarah.frazier@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| 3 | HALE AND DORR LLP |
| 4 | 60 State Street |
| | Boston, MA 02109 |
| 5 | Tel.: 617.526.6000 / Fax: 617.526.5000 |
| 6 | |
| | NORA Q.E. PASSAMANECK, pro hac vice |
| 7 | nora.passamaneck@wilmerhale.com |
| 8 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| 9 | 1225 Seventeenth Street, Suite 2600 |
| 10 | Denver, CO 80202 |
| | Tel.: 720.274.3152 / Fax: 720.273.3133 |
| 11 | |
| 12 | BRIAN A. ROSENTHAL, pro hac vice |
| |   brosenthal@gibsondunn.com |
| 13 | GIBSON, DUNN & CRUTCHER LLP |
| 14 | 200 Park Avenue |
| | New York, NY 10166-0193 |
| 15 | Tel.: 212.351.2339 / Fax: 212.817.9539 |
| 16 | |
| 17 | KENNETH G. PARKER, SBN 182911 |
| |   Ken.parker@haynesboone.com |
| 18 | HAYNES AND BOONE, LLP |
| 19 | 660 Anton Boulevard, Suite 700 |
| | Costa Mesa, CA 92626 |
| 20 | Tel.: 650.949.3014 / Fax: 949.202.3001 |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTE THAT as of January 23, 2023, the Washington, DC office of Wilmer Cutler Pickering Hale and Dorr LLP has relocated. The new mailing address for Amy K. Wigmore, Brittany B. Amadi and David Yin is:

WILMER CUTLER PICKERING HALE AND DORR LLP

2100 Pennsylvania Ave, NW

Washington, DC 20037

The firm's telephone number and the attorneys' email addresses have not changed.

Dated:        January 26, 2023            Respectfully submitted,

MARK D. SELWYN
WILMER CUTLER PICKERING HALE AND DORR LLP


By: */s/ Mark D. Selwyn*
        Mark D. Selwyn


*Attorneys for Defendant Apple Inc.*