1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING PLAINTIFFS' REPLY IN SUPPORT OF ITS CONTINGENT MOTION TO STRIKE AND REQUEST FOR EVIDENTIARY SANCTIONS [1210]** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding Plaintiffs' Reply in Support of its Conditional Motion to Strike and Request for Evidentiary Sanctions, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal:

(1) The proposed redaction portions of the Reply Memorandum in Support of Masimo's Contingent Motion to Strike and Request for Evidentiary Sanctions;

(2) Exhibits 39-41 to the Supplemental Hughes Declaration.

DATED: January 27, 2023

_____
The Honorable James V. Selna
United States District Judge

-1-