1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
9
**SOUTHERN DIVISION**

10   MASIMO CORPORATION,
a Delaware corporation; and
11   CERCACOR LABORATORIES, INC.,
a Delaware corporation,
12
Plaintiffs,
13
14          v.

15   APPLE INC.,
a California corporation,
16
Defendant.
17
18
19

CASE NO. 8:20-cv-00048-JVS (JDEx)

**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERT ROBERT PALMATIER [1216]**

Date: Feb. 6, 2023
Time: 1:30pm

Pre-Trial Conference: Mar. 13, 2023
Trial: Mar. 28, 2023

20
21
22
23
24
25
26
27
28

ORDER GRANTING APPLE'S APPLICATION TO SEAL

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

1    This matter is before the Court pursuant to Apple's Application to File Under Seal

2   Documents Regarding Its Reply In Support of Its Motion to Exclude the Opinions and

3   Testimony of Plaintiffs' Expert Robert Palmatier ("Application").   Having considered

4   the briefing, supporting documents, and all other matters properly before the Court,

5   being fully advised on the pleadings, and for good cause appearing:

6    IT IS HEREBY ORDERED THAT Apple's Application is GRANTED.   Apple

7   shall file under seal its Reply Memorandum In Support Of Its Motion to Exclude the

8   Opinions and Testimony of Plaintiffs' Expert Robert Palmatier and Exhibits 5-6.

9    **IT IS SO ORDERED.**

Dated: January 27, 2023                    Hon. James V. Selna
                                           United States District Judge

Wilmer Cutler
Pickering Hale
and Dorr LLP