**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENTS REGARDING ITS REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' TRADE SECRET CLAIM AND PLAINTIFFS' LOST PROFITS DAMAGES THEORY [1220]**<br><br>Date: Feb. 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

1. This matter is before the Court pursuant to Apple's Application to File Under Seal Documents Regarding Its Reply In Support of Its Motion For Partial Summary Judgment On Plaintiffs' Trade Secret Claim And Plaintiffs' Lost Profits Damages Theory ("Application"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for compelling reasons appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal Apple's Reply In Support of Its Motion For Partial Summary Judgment On Plaintiffs' Trade Secret Claim And Plaintiffs' Lost Profits Damages Theory, Apple's Reply to Plaintiffs' Statement Of Genuine Disputes Of Material Fact And In Support of Its Motion For Partial Summary Judgment On Plaintiffs' Trade Secret Claim And Plaintiffs' Lost Profits Damages Theory, and Exhibits 30-31.

**IT IS SO ORDERED.**

Dated: January 27, 2023

The Hon. James V. Selna
United States District Judge