Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

Attorneys for Plaintiffs,
MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.

[Counsel appearances continues on next page]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation | ) Case No. 8:20-cv-00048-JVS-JDE ) ) **JOINT INDEX OF DOCUMENTS** |
| Plaintiffs, | ) **REGARDING THE PARTIES' MOTIONS SET FOR HEARING ON FEBRUARY 6, 2023** ) |
| v. | ) Hearing ) Date:       February 6, 2023 |
| APPLE INC., a California corporation | ) Time:       1:30 p.m. ) Ctrm.:      10C |
| Defendant. | ) ) |

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

Attorneys for Plaintiffs,
MASIMO CORPORATION AND CERCACOR LABORATORIES, INC.

MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

SARAH R. FRAZIER, *pro hac vice*
  sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
  nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
  brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
  Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel. 650.949.3014 / Fax: 949.202.3001


Attorneys for Defendant
APPLE INC.

Pursuant to the Court's request, Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (jointly, "Plaintiffs" or "Masimo") and Defendant Apple Inc. ("Apple") (collectively, "the Parties") provide the following index of documents filed in connection with the Parties' motions set for hearing on February 6, 2023:

1) Plaintiffs' Motion for Partial Summary Judgment, filed December 19, 2022;

2) Plaintiffs' Motion to Exclude Certain Testimony of Defendant's Experts, filed January 9, 2023;

3) Plaintiffs' Contingent Motion to Strike and Request for Evidentiary Sanctions, filed January 9, 2023;

4) Plaintiffs' Motion for Discovery on Airpods Royalties, filed January 9, 2023;

5) Apple's Motion for Partial Summary Judgment on Plaintiffs' Trade Secret Claim and Plaintiffs' Lost Profits Damages Theory, filed December 19, 2022;

6) Apple's Motion to Strike Plaintiffs' Untimely Nov. 2022 Supplement to Interrogatory No. 33, filed December 19, 2022;

7) Apple's Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Robert Palmatier, filed January 9, 2023;

8) Apple's Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Jeffrey Kinrich, filed January 9, 2023; and

9) Apple's Motion to Strike Untimely Fact and Expert Declarations supporting Plaintiffs' Motion for Partial Summary Judgment, filed January 9, 2023.[1]

---

[1] Given the volume of individual exhibits, the parties have not broken down this list on an exhibit-by-exhibit basis.  The parties stand ready to do so if an exhibit-by-exhibit list would be of use to this Court.

### 1) **PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

| Dkt. No. | Document |
|---|---|
| 1086 | Notice of Plaintiffs' Motion for Partial Summary Judgment and Proposed Order |
| 1098 | Plaintiffs' Memorandum in Support of Motion for Partial Summary Judgment *[FILED UNDER SEAL pursuant to Order of the Court dated 12/20/23]* |
| 1098-1 | Plaintiffs' Statement of Uncontroverted Facts and Conclusions of Law *[FILED UNDER SEAL pursuant to Order of the Court dated 12/20/23]* |
| 1098-2 | Declaration of Kendall Loebbaka ISO Plaintiffs' Motion for Partial Summary Judgment *[FILED UNDER SEAL pursuant to Order of the Court dated 12/20/23]* |
| 1098-3   to 1098-7 | Exhibits 1-27, 29-35, 39-72 to Declaration of Kendall M. Loebbaka ISO Motion for Partial Summary Judgment *[FILED UNDER SEAL pursuant to Order of the Court dated 12/20/23]* |
| 1086-5   to 1086-13 | Public Exhibits 28, 34, 36-38, 69, 73-74 to the Declaration of Kendall M. Loebbaka ISO Plaintiffs' Motion for Partial Summary Judgment |
| 1098-8 | Declaration of Vijay Madisetti ISO Plaintiffs' Motion for Partial Summary Judgment *[FILED UNDER SEAL pursuant to Order of the Court dated 12/20/23]* |
| 1098-9 | Declaration of Bilal Muhsin ISO Plaintiffs' Motion for Partial Summary Judgment *[FILED UNDER SEAL pursuant to Order of the Court dated 12/20/23]* |
| 1098-10 | Declaration of Gerry Hammarth ISO Plaintiffs' Motion for Partial Summary Judgment *[FILED UNDER SEAL pursuant to Order of the Court dated 12/20/23]* |

| Dkt. No. | Document |
|---|---|
| 1098-11 | Declaration of Jeroen Poeze ISO Plaintiffs' Motion for Partial Summary Judgment *[FILED UNDER SEAL pursuant to Order of the Court dated 12/20/23]* |
| 1098-12 | Declaration of Joe Kiani ISO Plaintiffs' Motion for Partial Summary Judgment *[FILED UNDER SEAL pursuant to Order of the Court dated 12/20/23]* |
| 1098-13 | Declaration of Mohamed Diab ISO Plaintiffs' Motion for Partial Summary Judgment *[FILED UNDER SEAL pursuant to Order of the Court dated 12/20/23]* |
| 1098-14 | Declaration of Tracy Miller ISO Plaintiffs' Motion for Partial Summary Judgment *[FILED UNDER SEAL pursuant to Order of the Court dated 12/20/23]* |
| 1173 | Apple's Opposition to Plaintiffs' Motion for Partial Summary Judgment *[FILED UNDER SEAL pursuant to Order of the Court dated 1/13/23]* |
| 1173-1 | Apple's Statement of Genuine Disputes of Material Fact in Support of Its Opposition to Plaintiffs' Motion for Partial Summary Judgment *[FILED UNDER SEAL pursuant to Order of the Court dated 1/13/23]* |
| 1173-2 | Apple's Objections to Evidence Submitted by Plaintiffs in Support of their Motion for Partial Summary Judgment *[FILED UNDER SEAL pursuant to Order of the Court dated 1/13/23]* |
| 1130-3 | Declaration of Majid Sarrafzadeh, Ph.D. in Support of Apple's Opposition to Plaintiffs' Motion for Partial Summary Judgment |
| 1130-4 and 1130-24 to 1130-36 | Declaration of Nora Passamaneck in Support of Apple's Opposition to Plaintiffs' Motion for Partial Summary Judgment Declaration with Public Exhibits T-FF |

| Dkt. No. | Document |
|----------|----------|
| 1173-3   to 1173-21 | Exs. A-S to the Declaration of Nora Passamaneck in Support of Apple's Opposition to Plaintiffs' Motion for Partial Summary Judgment *[FILED UNDER SEAL pursuant to Order of the Court dated 1/13/23]* |
| 1202-1 | Plaintiffs' Reply Memorandum in Support of its Motion for Partial Summary Judgment *[FILED UNDER SEAL pending Court Order]* |
| 1202-2 | Plaintiffs' Response to Defendant's Memorandum of Evidentiary Objections *[FILED UNDER SEAL pending Court Order]* |

## 2) PLAINTIFFS' MOTION TO EXCLUDE CERTAIN TESTIMONY OF DEFENDANT'S EXPERTS

| Dkt. No. | Document |
|----------|----------|
| 1118 | Plaintiffs' Notice of Motion and Daubert Motion to Exclude Certain Testimony of Defendant's Experts and Proposed Order |
| 1174 | Memorandum ISO Plaintiffs' Daubert Motion to Exclude Certain Testimony of Defendant's Experts *[FILED UNDER SEAL pursuant to Order of the Court dated 1/13/23]* |
| 1118-3 | Declaration of Adam B. Powell ISO Plaintiffs' Daubert Motion to Exclude Certain Testimony of Defendant's Experts |
| 1174-1   to 1174-10 | Exhibits. 1-10 to Declaration of Adam B. Powell ISO Plaintiffs' Daubert Motion to Exclude Certain Testimony of Defendant's Experts *[FILED UNDER SEAL pursuant to Order of the Court dated 1/13/23]* |
| 1225 | Apple's Memorandum in Opposition to Plaintiffs' Daubert Motion to Exclude Expert Testimony Under Rule 702 [*Filed under seal pursuant to Order of the Court dated 1/20/2023*] |
| 1208-1 | Reply ISO Plaintiffs' Daubert Motion to Exclude Certain Testimony of Defendant's Experts *[FILED UNDER SEAL pending Court Order]* |

| Dkt. No. | Document |
|---|---|
| 1209-1    to 1209-5 | Supplemental Declaration of Adam B. Powell in Support of Plaintiffs' Daubert Motion to Exclude Certain Testimony of Defendant's Experts and Exhibits 12-15 |
| 1208-2    to 1208-3 | Exhibits 11 and 16 to Supplemental Declaration of Adam B. Powell in Support of Plaintiffs' Daubert Motion to Exclude Certain Testimony of Defendant's Experts *[FILED UNDER SEAL pending Court Order]* |

### 3) PLAINTIFFS' CONTINGENT MOTION TO STRIKE AND REQUEST FOR EVIDENTIARY SANCTIONS

| Dkt. No. | Document |
|---|---|
| 1122 | Notice of Motion and Contingent Motion to Strike and Request for Evidentiary Sanctions and [Proposed] Order |
| 1176 | Memo ISO Contingent Motion to Strike and Request for Evidentiary Sanctions *[FILED UNDER SEAL pursuant to Order of the Court dated 1/17/23]* |
| 1122-3 to 1122-4 | Declaration of Daniel P. Hughes ISO Plaintiffs' Motion to Strike and Request for Evidentiary Sanctions and Exhibit 18 |
| 1176-1 to 1176-12 | Exhibits 1-17, 19-38 and Appendices A-B to [1122-3] Declaration of Daniel P. Hughes ISO Plaintiffs' Motion to Strike and Request for Evidentiary Sanctions *[FILED UNDER SEAL pursuant to Order of the Court dated 1/17/23]* |
| 1223 | Apple's Opposition to Plaintiffs' Contingent Motion to Strike and Request for Evidentiary Sanctions [*Filed under seal pursuant to Order of the Court dated 1/20/2023*] |

| Dkt. No. | Document |
|---|---|
| 1168-1 | Declaration of Nora Passamaneck in Support of Apple's Opposition to Plaintiffs' Contingent Motion to Strike and Request for Evidentiary Sanctions |
| 1223-1 to 1223-16 | Exhibits A-P to Declaration of Nora Passamaneck in Support of Apple's Opposition to Plaintiffs' Contingent Motion to Strike and Request for Evidentiary Sanctions [*FILED UNDER SEAL pursuant to Order of the Court dated 1/20/2023*] |
| 1211-1 | Reply Memo ISO Plaintiffs' Contingent Motion to Strike and Request for Evidentiary Sanctions *[FILED UNDER SEAL pending Court Order]* |
| 1212-1 | Supplemental Declaration of Daniel P. Hughes in Support of Plaintiffs' Motion to Strike |
| 1211-2 to 1211-4 | Exhibits 39-41 to Supplemental Declaration of Daniel P. Hughes ISO Plaintiffs' Contingent Motion to Strike and Request for Evidentiary Sanctions *[FILED UNDER SEAL pending Court Order]* |

### 4) PLAINTIFFS' MOTION FOR DISCOVERY ON AIRPODS ROYALTIES

| Dkt. No. | Document |
|---|---|
| 1109 | Plaintiffs' Notice of Motion and Motion for Discovery on AirPods Royalties and [Proposed] Order |
| 1175 | Memorandum ISO Plaintiffs' Motion for Discovery on AirPods Royalties *[FILED UNDER SEAL pursuant to Order of the Court dated 1/17/23]* |
| 1110 | Declaration of Adam B. Powell in Support of Plaintiffs' Motion for Discovery on AirPods Royalties and Exhibits 1-3 and 8-9 |
| 1175-1 to 1175-18 | Exhibits 4-7, 10-23 to the Declaration of Adam B. Powell in Support of Plaintiffs' Motion for Discovery on AirPods Royalties *[FILED UNDER SEAL pursuant to Order of the Court dated 1/17/23]* |

| Dkt. No. | Document |
|---|---|
| 1224 | Apple's Opposition to Plaintiffs' Motion for Discovery on AirPods Royalties [*FILED UNDER SEAL pursuant to Order of the Court dated 1/20/2023*] |
| 1156-1, 1156-3, 1156-6, 1156-9, 1156-15 | Declaration of Nora Passamaneck in Support of Apple's Opposition to Plaintiffs' Motion for Discovery on AirPods Royalties and Public Exhibits B, E, H and N |
| 1224-1   to 1224-10 | Exhibits A, C-D, F-G and I-M to the Declaration of Nora Passamaneck in Support of Apple's Opposition to Plaintiffs' Motion for Discovery on AirPods Royalties [*FILED UNDER SEAL pursuant to Order of the Court dated 1/20/2023*] |
| 1197-1 | Reply Memorandum ISO Plaintiffs' Motion for Discovery on AirPods Royalties *[FILED UNDER SEAL pending Court Order]* |

**5) APPLE'S MOTION TO STRIKE PLAINTIFFS' UNTIMELY NOVEMBER 2022 SUPPLEMENT TO APPLE INTERROGATORY NO. 33**

| Dkt. No. | Document |
|---|---|
| 1080 | Apple's Notice of Motion to Strike Plaintiffs' Untimely November 2022 Supplement to Apple Interrogatory No. 33 |
| 1097 | Memo in Support of Apple's Motion to Strike Plaintiffs' Untimely November 2022 Supplement to Apple Interrogatory No. 33 *[FILED UNDER SEAL pursuant to Order of the Court dated 12/20/2022]* |

| Dkt. No. | Document |
|---|---|
| 1080-2 | Declaration of Nora Passamaneck in Support of Apple's Motion to Strike Plaintiffs' Untimely November 2022 Supplement to Apple Interrogatory No. 33 |
| 1097-1 to 1097-13 | Exhibits 1-13 in Support of Apple's Motion to Strike Plaintiffs' Untimely November 2022 Supplement to Apple Interrogatory No. 33 *[FILED UNDER SEAL pursuant to Order of the Court dated 12/20/2022]* |
| 1188 | Plaintiffs' Opposition to Apple's Motion to Strike Plaintiffs' Untimely November 2022 Supplement to Apple Interrogatory No. 33 *[FILED UNDER SEAL pursuant to Order of the Court dated 1/20/2023]* |
| 1134-1 | Decl. of Baraa Kahf in Support of Opposition to Apple's Motion to Strike Plaintiffs' Untimely November 2022 Supplement to Apple Interrogatory No. 33 |
| 1188-1 | Exhibits A-F in Support of Opposition to Apple's Motion to Strike Plaintiffs' Untimely November 2022 Supplement to Apple Interrogatory No. 33 *[FILED UNDER SEAL pursuant to Order of the Court dated 1/20/2023]* |
| 1193-1 | Reply in Support of Apple's Motion to Strike Plaintiffs' Untimely November 2022 Supplement to Apple Interrogatory No. 33 *[Unredacted version of document proposed to be filed under seal]* |
| 1194-1 to 1194-2 | Declaration of Nora Passamaneck in Support of Apple's Reply to its Motion to Strike Plaintiffs' Untimely November 2022 Supplement to Apple Interrogatory No. 33 and Exhibit 14 |

| Dkt. No. | Document |
|----------|----------|
| 1193-2 | Exhibit 15 to the Declaration of Nora Passamaneck in Support of Apple's Reply to its Motion to Strike Plaintiffs' Untimely November 2022 Supplement to Apple Interrogatory No. 33 *[Unredacted version of document proposed to be filed under seal]* |

**6) APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' TRADE SECRET CLAIM AND PLAINTIFFS' LOST PROFITS DAMAGES THEORY**

| Dkt. No. | Document |
|----------|----------|
| 1083 | Notice of Motion for Partial Summary Judgment on Plaintiffs' Trade Secret Claim and Plaintiffs' Lost Profits Damages Theory |
| 1101 | Apple Corrected Memorandum in Support of Motion for Partial Summary Judgment on Plaintiffs' Trade Secret Claim and Plaintiffs' Lost Profits Damages Theory *[FILED UNDER SEAL pursuant to Order of the Court dated 12/22/2022]* |
| 1096-1 | Proposed Statement of Uncontroverted Facts and Conclusions of Law in support of Motion for Partial Summary Judgment on Plaintiffs' Trade Secret Claim and Plaintiffs' Lost Profits Damages Theory *[FILED UNDER SEAL pursuant to Order of the Court dated 12/20/2022]* |
| 1083-3 and 1083-10 | Declaration of Nora Passamaneck in support of Motion for Partial Summary Judgment on Plaintiffs' Trade Secret Claim and Plaintiffs' Lost Profits Damages Theory and Exhibit 7 |

| Dkt. No. | Document |
|---|---|
| 1096-2 to 1096-29 | Exhibits 1-6, 8-29 in support of Motion for Partial Summary Judgment on Plaintiffs' Trade Secret Claim and Plaintiffs' Lost Profits Damages Theory<br><br>*[FILED UNDER SEAL pursuant to Order of the Court dated 12/20/2022]* |
| 1218 | Opposition Memorandum to Apple's Motion for Partial Summary Judgment on Plaintiffs' Trade Secret Claim and Plaintiffs' Lost Profits Damages Theory<br><br>*[FILED UNDER SEAL pursuant to Order of the Court dated 1/20/2023]* |
| 1218-1 | Plaintiffs' Statement of Genuine Disputes of Materials Facts and Conclusions of Law in Opposition to Motion for Partial Summary Judgment on Plaintiffs' Trade Secret Claim and Plaintiffs' Lost Profits Damages Theory<br><br>*[FILED UNDER SEAL pursuant to Order of the Court dated 1/20/2023]* |
| 1135-2 | Declaration of Robert Palmatier in support of Plaintiffs' opposition to Apple's Motion for Partial Summary Judgment on Plaintiffs' Trade Secret Claim and Plaintiffs' Lost Profits Damages Theory |
| 1135-3 | Declaration of Vijay Madisetti in support of Plaintiffs' opposition to Apple's Motion for Partial Summary Judgment |
| 1135-4 to 1135-11 | Declaration of Daniel P. Hughes in support of Plaintiffs' Opposition to Apple's Motion for Partial Summary Judgment on Plaintiffs' Trade Secret Claim and Plaintiffs' Lost Profits Damages Theory and Exhibits P, RR, TT, HHH, DDDD, FFFF |

| Dkt. No. | Document |
|---|---|
| 1218-2   to   1218-15 | Exhibits A-O, Q-Z, AA-QQ, SS, UU-ZZ, AAA-GGG, III-ZZZ, AAAA-CCCC, EEEE, GGGG-ZZZZ, AAAAA to Declaration of Daniel P. Hughes in support of Plaintiffs' Opposition to Apple's Motion for Partial Summary Judgment on Plaintiffs' Trade Secret Claim and Plaintiffs' Lost Profits Damages Theory<br><br>*[Filed under seal pursuant to Order of the Court dated 1/20/2023]* |
| 1221-1 | Apple Reply in Support of Motion for Partial Summary Judgment on Plaintiffs' Trade Secret Claim and Plaintiffs' Lost Profits Damages Theory<br><br>*[Unredacted version of document proposed to be filed under seal]* |
| 1221-2 | Apple's Reply in support of its Motion for Partial Summary Judgment on Plaintiffs' Trade Secret Claim and Plaintiffs' Lost Profits Damages Theory<br><br>*[Unredacted version of document proposed to be filed under seal]* |
| 1222-2   and   1222-5 | Declaration of Nora Passamaneck in support of Apple's Reply in support of its Motion for Partial Summary Judgment on Plaintiffs' Trade Secret Claim and Plaintiffs' Lost Profits Damages Theory and Exhibit 32 |
| 1221-3 | Sealed Exhibits 30-31 to the Declaration of Nora Passamaneck in support of Apple's Reply in support of its Motion for Partial Summary Judgment on Plaintiffs' Trade Secret Claim and Plaintiffs' Lost Profits Damages Theory<br><br>*[Unredacted version of document proposed to be filed under seal]* |

### 7) **APPLE'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERT ROBERT PALMATIER**

| Dkt. No. | Document |
|---|---|
| 1114 | Notice of Motion in Support of Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Robert Palmatier |
| 1170 | Memorandum in support of Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Robert Palmatier<br>*[FILED UNDER SEAL pursuant to Order of the Court dated 1/13/2023]* |
| 1114-2 | Declaration of Nora Passamaneck in support of Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Robert Palmatier |
| 1170-1 to 1170-4 | Exhibits 1-4 to the Declaration of Nora Passamaneck in support of Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Robert Palmatier<br>*[FILED UNDER SEAL pursuant to Order of the Court dated 1/13/2023]* |
| 1187 | Plaintiffs' Memorandum in Opposition of Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Robert Palmatier<br>*[FILED UNDER SEAL pursuant to Order of the Court dated 1/20/2023]* |
| 1160-1 to 1160-2 | Declaration of Justin Gillett in opposition of Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Robert Palmatier and Exhibit F |
| 1187-1 to 1187-5 | Exhibits A-E to the Declaration of Justin Gillett in opposition of Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Robert Palmatier<br>*[FILED UNDER SEAL pursuant to Order of the Court dated 1/20/2023]* |
| 1217-1 | Apple's Reply Memorandum in support of Apple's Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Robert Palmatier<br>*[Unredacted version of document proposed to be filed under seal]* |

| Dkt. No. | Document |
|---|---|
| 1219-1 | Declaration of Nora Passamaneck in support of Apple's Reply in support of its Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Robert Palmatier |
| 1217-2 to 1217-3 | Exhibits 5-6 in Support of Apple's Reply in support of its Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Robert Palmatier *[Unredacted version of document proposed to be filed under seal]* |

## 8) APPLE'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERT JEFFREY KINRICH

| Dkt. No. | Document |
|---|---|
| 1120 | Notice of Motion in support of Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Jeffrey Kinrich |
| 1171 | Memorandum in support of Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Jeffrey Kinrich *[FILED UNDER SEAL pursuant to Order of the Court dated 1/13/2023]* |
| 1120-2 to 1120-3 | Declaration of Nora Passamaneck in support of Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Jeffrey Kinrich and Exhibit 1 |
| 1171-1 to 1171-7 | Exhibits 2-8 in support of Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Jeffrey Kinrich *[FILED UNDER SEAL pursuant to Order of the Court dated 1/13/2023]* |

| Dkt. No. | Document |
|----------|----------|
| 1186 | Plaintiffs' Memorandum in Opposition to Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Jeffrey Kinrich *[FILED UNDER SEAL pursuant to Order of the Court dated 1/20/2023]* |
| 1165-1 to 1165-6 | Declaration of Mark D. Kachner in opposition to Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Jeffrey Kinrich and Exhibits D, G, P, Q, S |
| 1186-1 to 1186-5 | Exhibits A-C, E-F, H-O, R, T to the Declaration of Mark D. Kachner in opposition to Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Jeffrey Kinrich *[FILED UNDER SEAL pursuant to Order of the Court dated 1/20/2023]* |
| 1198-1 | Apple's Reply Memorandum in support of Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Jeffrey Kinrich *[Unredacted version of document proposed to be filed under seal]* |
| 1199-1 | Declaration of Nora Passamaneck in support of its Reply to its Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Jeffrey Kinrich and Exhibits 9-10 |
| 1198-2 | Sealed Exhibit 11 in support of Apple's Reply to its Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Jeffrey Kinrich *[Unredacted version of document proposed to be filed under seal]* |

**9) APPLE'S MOTION TO STRIKE UNTIMELY FACT AND EXPERT DECLARATIONS SUPPORTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

| Dkt. No. | Document |
|---|---|
| 1125 | Notice of Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment |
| 1172 | Apple's Memorandum in Support of Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment<br>*[FILED UNDER SEAL pursuant to Order of the Court dated 1/13/2023]* |
| 1125-2 to 1125-3; 1125-7 to 1125-8 | Declaration of Nora Passamaneck in Support of Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment and Exhibits 1 and 5-6 |
| 1172-1 to 1172-10 | Exhibits 2-4, 7-13 in support of Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment<br>*[FILED UNDER SEAL pursuant to Order of the Court dated 1/13/2023]* |
| 1185 | Plaintiffs' Opposition to Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment<br>*[FILED UNDER SEAL pursuant to Order of the Court dated 1/20/2023]* |

| Dkt. No. | Document |
|---|---|
| 1153-1 | Declaration of Kendall Loebbaka in support of opposition to Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment and Exhibits C and M |
| 1185-1 – 3 | Exhibits A, B, D-G, H, I-L to the Declaration of Kendall Loebbaka in support of Opposition to Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment<br><br>*[FILED UNDER SEAL pursuant to Order of the Court dated 1/20/2023]* |
| 1205-1 | Apple Reply Memorandum in support of Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment<br><br>*[Unredacted version of document proposed to be filed under seal]* |

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 27, 2023                By: */s/ Kendall M. Loebbaka*
                                            Joseph R. Re
                                            Stephen C. Jensen
                                            Benjamin A. Katzenellenbogen
                                            Perry D. Oldham
                                            Stephen W. Larson
                                            Mark D. Kachner
                                            Adam B. Powell
                                            Daniel P. Hughes

                                            Attorneys for Plaintiffs
                                            MASIMO CORPORATION and
                                            CERCACOR LABORATORIES, INC.

-16-

1    Dated: January 27, 2023                 By: /s/ Mark D. Selwyn

2
3                                              MARK D. SELWYN
                                               AMY K. WIGMORE
4                                              JOSHUA H. LERNER
                                               SARAH R. FRAZIER
5                                              NORA Q.E. PASSAMANECK
                                               THOMAS G. SPRANKLING
6                                              WILMER CUTLER PICKERING HALE
                                               AND DORR LLP
7
8                                              BRIAN A. ROSENTHAL
                                               GIBSON, DUNN & CRUTCHER LLP
9
10                                             KENNETH G. PARKER
                                               HAYNES AND BOONE, LLP
11
12                                             Attorneys for Defendant
                                               APPLE INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-17-

# FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from all signatories above.

Dated:  January 27, 2023        By: */s/ Kendall M. Loebbaka*
                                    Kendall M. Loebbaka