MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**SUPPLEMENTAL DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF APPLE'S MOTION TO STRIKE UNTIMELY FACT AND EXPERT DECLARATIONS SUPPORTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: Feb. 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

PASSAMANECK DECL. ISO APPLE'S REPLY ISO APPLE'S MOT. TO STRIKE UNTIMELY FACT AND EXPERT DECLS. SUPPORTING PLAINTIFFS' MOT. FOR PARTIAL S.J.
CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

SARAH R. FRAZIER, *pro hac vice*
 sarah.frazier@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: 617.526.6000 / Fax: 617.526.5000

NORA Q.E. PASSAMANECK, *pro hac vice*
 nora.passamaneck@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Tel.: 720.274.3152 / Fax: 720.273.3133

BRIAN A. ROSENTHAL, *pro hac vice*
 brosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel.: 212.351.2339 / Fax: 212.817.9539

KENNETH G. PARKER, SBN 182911
 Ken.parker@haynesboone.com
HAYNES AND BOONE, LLP
660 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Tel.: 650.949.3014 / Fax: 949.202.3001

PASSAMANECK DECL. ISO APPLE'S REPLY ISO APPLE'S MOT. TO STRIKE UNTIMELY FACT AND EXPERT DECLS. SUPPORTING PLAINTIFFS' MOT. FOR PARTIAL S.J.

CASE NO. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler
Pickering Hale
and Dorr LLP

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Reply in Support of Apple's Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment ("Reply").

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit 14 (filed under seal)** is a copy of the transcript of the deposition of Jeroen Poeze, dated January 24, 2023.

5. On January 9, 2023, Apple filed its Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment ("Motion"). *See* Dkt. 1172.

6. Apple's Motion stated that "[s]hould the Court decline to strike the new portions of the 2022 Poeze Declaration, Apple respectfully requests that the Court order Plaintiffs to make Mr. Poeze available for deposition before the February 6 hearing, as Plaintiffs had previously agreed to do." Dkt. 1172 at 20 n.4.

7. On January 13, 2023, Plaintiffs offered Mr. Poeze for deposition on January 23-25, 2023. *See* Dkt. 1153-1 (Ex. C).

8. On January 17, 2023, Apple agreed to depose Mr. Poeze on January 24, 2023. *See* Dkt. 1153-1 (Ex. M).

9. On January 17, 2023, Plaintiffs filed their Opposition to Apple's Motion to Strike Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment. *See* Dkt. 1185.

Passamaneck Decl. ISO Apple's Reply ISO Apple's Mot. to Strike Untimely Fact and Expert Decls. Supporting Plaintiffs' Mot. for Partial S.J.
1
Case No. 8:20-cv-00048-JVS (JDEx)

Wilmer Cutler Pickering Hale and Dorr LLP

10. On January 23, 2023, Apple filed its Reply in Support of Apple's Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment. See Dkt. 1247.

11. On January 24, 2023—after the briefing on Apple's Motion concluded—Apple deposed Mr. Poeze.

12. Apple requested an expedited copy of the deposition transcript, which was delivered on January 30, 2023.

13. Apple respectfully requests that the Court take notice of Mr. Poeze's deposition as evidence supporting at least Apple's Opposition to Plaintiffs' Motion for Partial Summary Judgment. See Dkt. 1173. Specifically, Apple respectfully requests the Court consider the following citations to Mr. Poeze's deposition transcript: 17:18-18:23, 32:24–33:1, 33:16–34:5, 37:22–38:13, 43:21-44:7, 44:24–45:19, 46:14–47:5, 48:14–49:20, 67:12–69:9, 72:12–73:7, 74:20–75:9, 75:10–77:1, 78:25–79:7, 81:13–24, and 82:15–83:1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 31st day of January 2023.

By: _____
Nora Passamaneck