

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING THE SUPPLEMENTAL DECLARATION OF KENDALL M. LOEBBAKA IN RESPONSE TO THE SUPPLEMENTAL DECLARATION OF NORA PASSAMANECK** |

Having considered Plaintiffs' Application for Leave to File Under Seal Documents Regarding the Supplemental Declaration of Kendall M. Loebbaka in Response to the Supplemental Declaration of Nora Passamaneck, and finding good cause therefor, the Application is GRANTED.

**IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. may file under seal in its entirety Ex. P attached to the Supplemental Declaration of Kendall M. Loebbaka.

DATED: ____________________

______________________________
The Honorable James V. Selna
United States District Court Judge

56961949