| | |
|---|---|
| 1 | Joseph R. Re (Bar No. 134479)<br>joseph.re@knobbe.com |
| 2 | Stephen C. Jensen (Bar No. 149894)<br>steve.jensen@knobbe.com |
| 3 | Benjamin A. Katzenellenbogen (Bar No. 208527)<br>ben.katzenellenbogen@knobbe.com |
| 4 | Perry D. Oldham (Bar No. 216016)<br>perry.oldham@knobbe.com |
| 5 | Stephen W. Larson (Bar No. 240844)<br>stephen.larson@knobbe.com |
| 6 | Justin J. Gillett (Bar No. 298150)<br>Justin.Gillett@knobbe.com |
| 7 | **KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>2040 Main Street, Fourteenth Floor |
| 8 | Irvine, CA 92614<br>Telephone: (949) 760-0404; Facsimile: (949) 760-9502 |
| 9 | |
| 10 | Adam B. Powell (Bar. No. 272725)<br>adam.powell@knobbe.com |
| 11 | Daniel P. Hughes (Bar No. 299695)<br>Daniel.hughes@knobbe.com |
| 12 | **KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>3579 Valley Centre Drive |
| 13 | San Diego, CA 92130<br>Telephone: (858) 707-4000; Facsimile: (858) 707-4001 |
| 14 | [Counsel appearance continues on next page] |
| 15 | Attorneys for Plaintiffs, |
| 16 | MASIMO CORPORATION and CERCACOR LABORATORIES, INC. |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | ) Case No. 8:20-cv-00048-JVS-JDE<br>)<br>)<br>) **SUPPLEMENTAL DECLARATION**<br>) **OF KENDALL M. LOEBBAKA IN**<br>) **RESPONSE TO THE**<br>) **SUPPLEMENTAL DECLARATION**<br>) **OF NORA PASSAMANECK**<br>)<br>) Date: Feb. 6, 2023<br>) Time: 1:30 pm<br>) Place: Courtroom 10C<br>)<br>) |

Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

I, Kendall M. Loebbaka, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and Counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this Declaration and, if called upon as a witness, would testify competently thereto. I submit this Declaration in support of Masimo's Opposition to Apple's Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment and in response to the Supplemental Declaration of Nora Passamaneck in Support of Apple's Reply in Support of Apple's Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment ("Suppl. Passamaneck Decl.").

2. On January 31, 2023, Apple submitted to the Court the transcript of the January 24, 2023, deposition of Jeroen Poeze in this case. *See* Dkt. 1255, Suppl. Passamaneck Decl., Exhibit 14 (Dkt. 1254-1).

3. The January 24, 2023, Poeze deposition transcript is not the complete record of deposition testimony from Poeze that is available for use in this case. As explained in Exhibits N and O attached hereto, the parties agreed that the deposition transcripts from *Certain Light-Based Physiological Measurement Devices and Components Thereof*, ITC Inv. No. 337-TA-1276 ("ITC Investigation") are also available for any purpose in this case.

4. To complete the record submitted by Apple, Masimo respectfully requests that the Court also take notice of the February 10, 2022, deposition of Poeze that Apple took in the ITC Investigation, which is attached hereto as Exhibit P. For a more complete record, Masimo respectfully requests the Court to consider the following citations to that deposition transcript: 13:19-14:19, 16:19-23; 22:24-24:4, 70:11-71:15, and 76:18-79:3.

|    |    |
|---:|----|
| 1  | 5.     Attached hereto as **Exhibit N** is a true and correct copy of a letter from Mark Kachner, counsel for Masimo, to Mark Selwyn and Ilissa Samplin, counsel for Apple, dated May 26, 2022. |
| 4  | 6.     Attached hereto as **Exhibit O** is a true and correct copy of an email chain culminating in an email from Mark Kachner to Nora Passamaneck, counsel for Apple, dated June 13, 2022. |
| 7  | 7.     Attached hereto as **Exhibit P [filed under seal]** is a true and correct copy of the transcript of the deposition of Jeroen Poeze, dated February 10, 2022, taken by counsel for Apple in the ITC Investigation. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 1, 2023, at Irvine, California.

                                                                    */s/ Kendall M. Loebbaka*
                                                                        Kendall M. Loebbaka

56931475