# EXHIBIT N

# Knobbe Martens

KNOBBE, MARTENS, OLSON & BEAR, LLP

1925 Century Park East, Suite 600, Los Angeles, CA 90067
T (310) 551-3450

Mark Kachner
Mark.Kachner@knobbe.com

May 26, 2022

**VIA EMAIL**

Mark Selwyn
Mark.Selwyn@wilmerhale.com

Ilissa Samplin
ISamplin@gibsondunn.com

Re:   ITC and *True Wearables* Transcripts

Dear Mark and Ilissa:

We write to request a meet and confer to discuss Masimo and Apple using the following transcripts in the district court case between the parties: (1) deposition transcripts for witnesses in the pending ITC Investigation, (2) trial transcripts for witnesses at the upcoming ITC Investigation trial, and (3) the deposition transcript of Denby Sellers in *True Wearables*, as well as the deposition and trial exhibits cited in each transcript.

The deposition and trial transcripts in the ITC Investigation are relevant to this case, as both cases involve technologies for the Apple Watch sensor. Many of the same witnesses that were deposed and will testify in the ITC Investigation will also be witnesses in the district court case. Neither party would suffer prejudice by making such transcripts available for use in this case because the ITC Investigation involves the same parties and the same counsel. Further the deposition and trial exhibits will be necessary to understand and contextualize the testimony.

Denby Sellers' deposition in the *True Wearables* case is also relevant to this case. Sellers testified regarding Apple hiring and terminating Marcelo Lamego. Apple's hiring of Lamego, his work at Apple, and Apple's termination of Lamego is highly relevant in the current case. Again, neither party would suffer prejudice by making this transcript available for use in this case because the deposition was taken by Masimo's same counsel. Again the deposition exhibits will be necessary to understand and contextualize the testimony, and match exhibits that are identical and were produced in both TW and this case.

Please let us know your availability tomorrow May 27, 2022, for this meet and confer.

Best regards,

*/s/ Mark Kachner*

Mark D. Kachner