# EXHIBIT O

| | |
|---|---|
| **From:** | Mark.Kachner |
| **To:** | Passamaneck, Nora Q.E. |
| **Cc:** | Apple-Masimo; Masimo.Apple; WH Apple-Masimo Service List |
| **Subject:** | RE: Masimo v. Apple - transcripts |
| **Date:** | Monday, June 13, 2022 02:49:22 PM |

Nora,

We agree the ITC trial transcripts are available in the district court case for any purpose.

Regards, Mark

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Monday, June 13, 2022 11:05 AM
**To:** Mark.Kachner <Mark.Kachner@knobbe.com>
**Cc:** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - transcripts

Mark,

Mark,
With the ITC trial completed, please confirm that the parties' agreement below regarding cross-use includes the ITC trial transcripts.
Thank you,
Nora

**From:** Passamaneck, Nora Q.E.
**Sent:** Friday, June 3, 2022 7:32 PM
**To:** Mark.Kachner <Mark.Kachner@knobbe.com>
**Cc:** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - transcripts

Mark,
Apple agrees that ITC transcripts and the Sellers transcript, and accompanying exhibits are available in the district court case for any purpose.
Regards,
Nora

**From:** Mark.Kachner <Mark.Kachner@knobbe.com>
**Sent:** Thursday, June 2, 2022 11:19 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>

Exhibit O
-4-

**Cc:** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - transcripts

**EXTERNAL SENDER**

Nora,

During our call yesterday concerning my May 26 letter and our request to discuss Masimo and Apple using the transcripts from the pending ITC investigation and the deposition transcript of Denby Sellers taken in True Wearables, as well as exhibits cited therein, Apple asked for clarification on how Masimo intends to "use" those transcripts in the district court case. We propose to treat the depositions as available as if taken in this case. Since the ITC trial transcript does not exist yet, it is not really possible to identify the intended use. As I explained on our call, our intention when we made the request was that the transcripts be available for impeachment. But based on our discussion and the examples you offered as other potential "uses" (such as citing a transcript as affirmative evidence in this case), we do not see any reason why these transcripts would not be available for any purpose in this district court litigation. By tomorrow, please let us know Apple's position on whether the ITC transcripts and the Sellers transcript, and accompanying exhibits are available in the district court case for any purpose.

Regards, Mark

**Mark Kachner**
Partner
310-407-3472 Direct
**Knobbe** Martens

---

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Wednesday, June 1, 2022 9:53 AM
**To:** Mark.Kachner <Mark.Kachner@knobbe.com>
**Cc:** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - transcripts

We're available at 4.

---

**From:** Mark.Kachner <Mark.Kachner@knobbe.com>
**Sent:** Wednesday, June 1, 2022 10:38 AM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Cc:** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; WH Apple-Masimo Service List <WHApple-

Exhibit O
-5-

MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - transcripts

**EXTERNAL SENDER**

Nora,

I have a conflict at 1p today. Are you available at 2p or later?

Thanks, Mark

**Mark Kachner**
Partner
310-407-3472 Direct
**Knobbe Martens**

---

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Wednesday, June 1, 2022 9:30 AM
**To:** Mark.Kachner <Mark.Kachner@knobbe.com>
**Cc:** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - transcripts

Hi Mark,
We are available at 1:00 PST. If this time works for you please circulate a dial-in.
Thanks, Nora

---

**From:** Mark.Kachner <Mark.Kachner@knobbe.com>
**Sent:** Tuesday, May 31, 2022 6:06 PM
**To:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Cc:** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** RE: Masimo v. Apple - transcripts

**EXTERNAL SENDER**

Nora,

Please provide your availability to meet and confer regarding my May 26 letter regarding transcripts.

Thanks, Mark

**Mark Kachner**
Partner
310-407-3472 Direct
**Knobbe Martens**

**From:** Passamaneck, Nora Q.E. <Nora.Passamaneck@wilmerhale.com>
**Sent:** Friday, May 27, 2022 4:57 PM
**To:** Mark.Kachner <Mark.Kachner@knobbe.com>
**Cc:** Apple-Masimo <Apple-Masimo@gibsondunn.com>; Masimo.Apple <Masimo.Apple@knobbe.com>; WH Apple-Masimo Service List <WHApple-MasimoServiceList@wilmerhale.com>
**Subject:** Masimo v. Apple - transcripts

Mark,
It appears you inadvertently did not include the WH listserv on your letter sent yesterday. I will follow up early next week with availability to meet and confer as requested.
Regards,
Nora

**Nora Q.E. Passamaneck | WilmerHale**
1225 Seventeenth St.
Suite 2600
Denver, CO 80202 USA
+1 720 274 3152 (t)
+1 720 274 3133 (f)
nora.passamaneck@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.


NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.


NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

Exhibit O

-8-