IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC., a California corporation<br><br>    Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING THE SUPPLEMENTAL DECLARATION OF KENDALL M. LOEBBAKA IN RESPONSE TO THE SUPPLEMENTAL DECLARATION OF NORA PASSAMANECK [1257]** |

| | |
|---|---|
| 1 | Having considered Plaintiffs' Application for Leave to File Under Seal |
| 2 | Documents Regarding the Supplemental Declaration of Kendall M. Loebbaka in |
| 3 | Response to the Supplemental Declaration of Nora Passamaneck, and finding |
| 4 | good cause therefor, the Application is GRANTED. |
| 5 | **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and |
| 6 | Cercacor Laboratories, Inc. may file under seal in its entirety Ex. P attached to |
| 7 | the Supplemental Declaration of Kendall M. Loebbaka. |

DATED: February 02, 2023

_____
The Honorable James V. Selna
United States District Court Judge

56961949

-1-