# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**ORDER GRANTING APPLE'S APPLICATION TO FILE UNDER SEAL DOCUMENT REGARDING APPLE'S REPLY IN SUPPORT OF APPLE'S MOTION TO STRIKE UNTIMELY FACT AND EXPERT DECLARATIONS SUPPORTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [1253]**<br><br>Date: Feb. 6, 2023<br>Time: 1:30pm<br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

This matter is before the Court pursuant to Apple's Application to File Under Seal Document Regarding Apple's Reply in Support of Apple's Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment ("Application"). Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Apple's Application is GRANTED. Apple shall file under seal its Exhibit 14 to Apple's Reply in Support of Apple's Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment.

**IT IS SO ORDERED.**

Dated: February 03, 2023

_____
The Hon. James V. Selna
United States District Court Judge