UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 20-00048-JVS(JDEx) |
| Date | February 6, 2023 |
| Title | Masimo Corporation, et al v. Apple, Inc. |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph Re, Adam Powell, Benjamin Katzenellenbogen, Brian Claassen, Daniel Hughes, Kendall Loebbaka, Mark Kachner | Joshua Lerner, Amy Wigmore, Nora Passamaneck, Sarah Frazier, Joseph Mueller, Thomas Sprankling, Mark Selwyn, Brittany Amadi, Kenneth Parker |

**Proceedings:** Defendants Motion to Strike Plaintiffs' Untimely November 2022 Supplement to Apple Interrogatory No. 33 [1080];

Defendants Motion for Partial Summary Judgment as to Plaintiffs' Trade Secret Claim and Plaintiffs' Lost Profits Damages Theory [1083];

Plaintiffs Motion for Partial Summary Judgment [1086];

Plaintiff's Daubert Motion to Exclude Certain Testimony of Defendant's Experts [1118];

Defendants Motion to Exclude Opinions and Testimony of Expert Jeffrey Kinrich [1120];

Plaintiffs' Motion to Strike and Request for Evidentiary Sanctions [1122];

Defendants Motion to Strike Untimely Fact and Expert Declarations Supporting Plaintiffs' Motion for Partial Summary Judgment [1125]

Cause is called for hearing and counsel make their appearances. The Court's tentative rulings are issued. Motions are argued and taken under submission.

The Court orders the defendant to file their additional brief regarding Dkt. 1109 by no later than Wednesday, February 8, 2023. Plaintiff's reply is due by Friday, February 10, 2023.

The Court further orders that the Jury Instructions be filed by March 21, 2023. Parties are to meet and confer regarding demonstratives to be used at trial.

| | 1 : 24 |
|---|---|
| Initials of Preparer | eva |