MARK D. SELWYN, SBN 244180
  mark.selwyn@wilmerhale.com
THOMAS G. SPRANKLING, SBN 294831
  thomas.sprankling@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel.: 650.858.6000 / Fax: 650.858.6100

JOSHUA H. LERNER, SBN 220755
  joshua.lerner@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Tel.: 628.235.1000 / Fax: 628.235.1001

AMY K. WIGMORE, *pro hac vice*
  amy.wigmore@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Tel.: 202.663.6000 / Fax: 202.663.6363

[Counsel appearance continues on next page]

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 8:20-cv-00048-JVS (JDEx)<br><br>**DECLARATION OF NORA PASSAMANECK IN SUPPORT OF APPLE'S SUPPLEMENTAL BRIEF REGARDING DISCOVERY ON AIRPODS ROYALTIES**<br><br>Date: Feb. 6, 2023<br>Time: 1:30pm<br><br>Pre-Trial Conference: Mar. 13, 2023<br>Trial: Mar. 28, 2023 |

1  SARAH R. FRAZIER, *pro hac vice*
     sarah.frazier@wilmerhale.com
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  60 State Street
   Boston, MA 02109
4  Tel.: 617.526.6000 / Fax: 617.526.5000

5  NORA Q.E. PASSAMANECK, *pro hac vice*
     nora.passamaneck@wilmerhale.com
6  WILMER CUTLER PICKERING
     HALE AND DORR LLP
7  1225 Seventeenth Street, Suite 2600
   Denver, CO 80202
8  Tel.: 720.274.3152 / Fax: 720.273.3133

9  BRIAN A. ROSENTHAL, *pro hac vice*
     brosenthal@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
11 New York, NY 10166-0193
   Tel.: 212.351.2339 / Fax: 212.817.9539
12
13 KENNETH G. PARKER, SBN 182911
     Ken.parker@haynesboone.com
14 HAYNES AND BOONE, LLP
   660 Anton Boulevard, Suite 700
15 Costa Mesa, CA 92626
   Tel.: 650.949.3014 / Fax: 949.202.3001

16

17

18

19

20

21

22

23

24

25

26

27

28

PASSAMANECK DECL. ISO APPLE'S SUPPLEMENTAL BRIEF

CASE NO. 8:20-cv-00048-JVS (JDEx)

I, Nora Passamaneck, declare and state as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant Apple Inc. ("Apple") in the above-captioned matter.

2. I make this Declaration in support of Apple's Supplemental Brief Regarding Discovery On AirPods Royalties ("Supplemental Brief").

3. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

4. Attached hereto as **Exhibit O (filed under seal)** is a copy of this Court's Order Regarding Motion for Limited Discovery on AirPods Royalties, dated February 3, 2023, filed at Dkt. 1267.

5. Attached hereto as **Exhibit P (filed under seal)** is a copy of this Court's Tentative Order Regarding Plaintiffs' Contingent Motion to Strike, dated February 3, 2023.

6. Attached hereto as **Exhibit Q (filed under seal)** is a copy of Plaintiffs' Reply in Support of Its June 14th Motion To Compel, submitted to the Special Master on June 28, 2022.

7. Attached hereto as **Exhibit R** is a copy of an Apple Press Release, dated September 7, 2016, titled "Apple Reinvents the Wireless Headphone with AirPods," available at https://www.apple.com/qa/newsroom/2016/09/07Apple-Reinvents-the-Wireless-Headphone-with-AirPods/.

8. Attached hereto as **Exhibit S** is a copy of an Apple Press Release, dated January 9, 2007, titled "Apple Reinvents the Phone with iPhone," available at https://www.apple.com/newsroom/2007/01/09Apple-Reinvents-the-Phone-with-iPhone.

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct to the best of my knowledge.
3  Executed this 8th day of February 2023.

By: _____

Nora Passamaneck