# EXHIBIT R

# Newsroom

Search Newsroom          Popular Topics

PRESS RELEASE
September 7, 2016

# Apple Reinvents the Wireless Headphone with AirPods

## Introducing an Effortless Wireless Listening Experience Packed with High-Quality Audio & Long Battery Life

SAN FRANCISCO — September 7, 2016 — Apple today introduced AirPods, innovative new wireless headphones that use advanced technology to reinvent how we listen to music, make phone calls, enjoy TV shows and movies, play games and interact with Siri, providing a wireless audio experience not possible before. AirPods eliminate the hassles of wireless headphones, by just flipping open the lid of its innovative charging case and with one tap, they are instantly set up and ready to work with your iPhone and Apple Watch. Advanced sensors know when you are listening and automatically play and pause your music. Using Siri, AirPods allow you to access your favourite personal assistant with just a double tap. This revolutionary experience is enabled by the new ultra-low power Apple W1 chip, which enables AirPods to deliver high-quality audio and industry-leading battery life in a completely wireless design. AirPods will be available starting in late October.

"AirPods are the first headphones to deliver a breakthrough wireless audio experience, and with the new Apple W1 chip they deliver innovative features including high quality sound, great battery life and automatic setup," said Philip Schiller, Apple's senior vice president of Worldwide Marketing. "AirPods are simple and magical to use, with no switches or buttons, automatically connecting to all your Apple devices simply and seamlessly, and letting you access Siri with just a double tap. We can't wait for users to try them with iPhone 7 and Apple Watch Series 2."

With AirPods, setting up and using wireless headphones has never been easier. Just open the charging case near your iPhone and with a simple tap, AirPods are immediately set up with all the devices signed into your iCloud account, including your iPad and Mac. AirPods are connected and ready to go when you are, just put them in your ears when you want to listen. AirPods can intelligently and seamlessly switch from a call on your iPhone to listening to music on your Apple Watch.

The all new Apple W1 chip enables the groundbreaking innovations in AirPods, with dual optical sensors and accelerometers in each AirPod that work with the W1 chip to detect when AirPods are in your ear, so they only play when you are ready to listen. Simply remove them to automatically pause the music, or just remove one to have a conversation and automatically resume when you put it back. Access Siri with a double tap to your AirPods to select and control your music, change the volume, check your battery life or perform any other Siri task. An additional accelerometer in each AirPod detects when you're speaking, enabling a pair of beam-forming microphones to focus on the sound of your voice, filtering out external noise to make your voice sound clearer than ever before.

The ultra-low power Apple W1 chip operates at one-third of the power of traditional wireless chips, enabling AirPods to deliver up to 5 hours of listening time on one charge. The custom-designed charging case holds additional charges, for an industry-leading more than 24 hours of total listening time,* ensuring AirPods are charged and ready to go whenever you are.

**Pricing & Availability**

- The new Apple-designed wireless AirPods including charging case will be available for $159 from Apple.com and Apple Stores beginning in late October.
- AirPods require Apple devices running iOS 10, watchOS 3 or macOS Sierra.

*Compared to completely wireless stereo headphones.

Apple revolutionised personal technology with the introduction of the Macintosh in 1984. Today, Apple leads the world in innovation with iPhone, iPad, Mac, Apple Watch and Apple TV. Apple's four software platforms — iOS, macOS, watchOS and tvOS — provide seamless experiences across all Apple devices and empower people with breakthrough services including the App Store, Apple Music, Apple Pay and iCloud. Apple's 100,000 employees are dedicated to making the best products on earth, and to leaving the world better than we found it.

**Press Contact:**
Nikki Thompson

Apple
media.uk@apple.com
+44 (0)20 8278 1440

© 2016 Apple Inc. All rights reserved. Apple, the Apple logo, AirPods, Siri, iPhone, Apple Watch, iCloud, iPad, Mac, watchOS and macOS are trademarks of Apple. Other company and product names may be trademarks of their respective owners.

**The latest news and updates, direct from Apple.**

Read more

Newsroom    Apple Reinvents the Wireless Headphone with AirPods

| Explore | Services | For Education | About Apple |
|---|---|---|---|
| Mac | Apple Music | Apple and Education | Newsroom |
| iPad | Apple TV+ | Shop for K–12 | Apple Leadership |
| iPhone | Apple Arcade | | Investors |
| Watch | iCloud | | Ethics & Compliance |
| AirPods | Apple Pay | | |
| TV & Home | Apple Books | | |
| AirTag | Apple Podcasts | | |
| | App Store | | |

**Account**
Manage Your Apple ID
iCloud.com

Find a retailer near you.

Copyright © 2023 Apple Inc. All rights reserved.    Privacy Policy | Terms of Use | Site Map                                  Qatar