**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL DOCUMENTS REGARDING MASIMO'S RESPONSE TO APPLE'S SUPPLEMENTAL BRIEF REGARDING DISCOVERY ON AIRPODS ROYALTIES** |

1    Having considered Plaintiffs' Application for Leave to File Under Seal

2    Documents Regarding Masimo's Response to Apple's Supplemental Brief

3    Regarding Discovery on AirPods Royalties (the "Application"), and finding

4    good cause therefor, the Application is GRANTED.

5        **IT IS HEREBY ORDERED THAT** Plaintiffs Masimo Corporation and

6    Cercacor Laboratories, Inc. may file under seal the proposed redacted portions

7    of the Masimo's Response to Apple's Supplemental Brief Regarding Discovery

8    on AirPods Royalties (the "Response"), and Exhibits 25, 30, and 31 to the

9    declaration of Benjamin A. Katzenellenbogen.

10

11   DATED: _____        _____

12                                     The Honorable James V. Selna
                                       United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-