Joseph R. Re (Bar No. 134479)
joseph.re@knobbe.com
Stephen C. Jensen (Bar No. 149894)
steve.jensen@knobbe.com
Benjamin A. Katzenellenbogen (Bar No. 208527)
ben.katzenellenbogen@knobbe.com
Perry D. Oldham (Bar No. 216016)
perry.oldham@knobbe.com
Stephen W. Larson (Bar No. 240844)
stephen.larson@knobbe.com
Jeremy A. Anapol (Bar No. 285828)
jeremy.anapol@knobbe.com
Justin J. Gillett (Bar No. 298150)
Justin.Gillett@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404; Facsimile: (949) 760-9502

Adam B. Powell (Bar. No. 272725)
adam.powell@knobbe.com
Daniel P. Hughes (Bar No. 299695)
Daniel.hughes@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 707-4000; Facsimile: (858) 707-4001

[Counsel appearance continues on next page]

Attorneys for Plaintiffs,
MASIMO CORPORATION and CERCACOR LABORATORIES, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MASIMO CORPORATION, a Delaware corporation; and CERCACOR LABORATORIES, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | Case No. 8:20-cv-00048-JVS-JDE<br><br>**DECLARATION OF BENJAMIN A. KATZENELLENBOGEN IN SUPPORT OF MASIMO'S RESPONSE TO APPLE'S SUPPLEMENTAL BRIEF REGARDING DISCOVERY ON AIRPODS ROYALTIES** |

1. Mark D. Kachner (Bar No. 234,192)
   mark.kachner@knobbe.com
2. **KNOBBE, MARTENS, OLSON & BEAR, LLP**
   1925 Century Park East, Suite 600
3. Los Angeles, CA 90067
   Telephone: (310) 551-3450
4. Facsimile: (310) 551-3458
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

I, Benjamin A. Katzenellenbogen, hereby declare:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel for Plaintiffs Masimo Corporation and Cercacor Laboratories, Inc. (collectively, "Masimo") in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon as a witness, would testify competently thereto.

2. I submit this Declaration in support of Masimo's Response to Apple's Supplemental Brief Regarding Discovery AirPods Royalties.

3. Attached hereto as **Exhibit 24** is a true and correct copy of excerpts from the transcript of the February 6, 2023, hearing in this case (*Masimo Corp. v. Apple, Inc.*, No. 8:20-cv-00048-JVS-JDE (C.D. Cal. Feb. 6, 2023)).

4. Attached hereto as **Exhibit 25** (filed under seal) is a true and correct copy of excerpts from the transcript of the July 28, 2022, deposition of Brian Land.

5. Attached hereto as **Exhibit 26** is a true and correct printout of the webpage at https://www.apple.com/airpods/compare/, as it appeared on February 10, 2023.

6. Attached hereto as **Exhibit 27** is a true and correct printout of the webpage at https://www.apple.com/newsroom/2021/10/introducing-the-next-generation-of-airpods/, as it appeared on February 10, 2023.

7. Attached hereto as **Exhibit 28** is a true and correct printout of the webpage at https://www.apple.com/newsroom/2022/09/apple-announces-the-next-generation-of-airpods-pro/, as it appeared on February 10, 2023.

8. Attached hereto as **Exhibit 29** is a true and correct copy of U.S. Patent Appl. Publ. No. 2022/0225006, which published on July 14, 2022.

9. Attached hereto as **Exhibit 30** (filed under seal) is a true and correct copy of excerpts from the Rebuttal Expert Report of Steve Warren, Ph.D. Regarding Certain of Plaintiffs' Alleged Technical Trade Secrets, dated November 4, 2022.

10. Attached hereto as **Exhibit 31** (filed under seal) is a true and correct copy of excerpts from the transcript of the December 10, 2022, deposition of Steven F. Warren.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 10, 2023, at Irvine, California.

                                               */s/ Ben Katzenellenbogen*
                                              Benjamin A. Katzenellenbogen