# EXHIBIT 26







Exhibit 26
-30-

|  |  |  |
|---|---|---|
| — | <br>Personalized Spatial Audio with dynamic head tracking[1] | <br>Personalized Spatial Audio with dynamic head tracking[1] |
| — | <br>Sweat and water resistant: AirPods and charging case[2] | <br>Sweat and water resistant: AirPods Pro and charging case[2] |
| <br>H1 chip | <br>H1 chip | <br>H2 chip |
| <br>Hey Siri | <br>Hey Siri | <br>Hey Siri |
| <br>Up to 5 hours of listening time on one charge[3] | <br>Up to 6 hours of listening time on one charge[3] | <br>Up to 6 hours of listening time on one charge[3] |
| <br>More than 24 hours of listening time with charging case[3] | <br>Up to 30 hours of listening time with charging case[3] | <br>Up to 30 hours of listening time with charging case[3] |
| <br>Automatic switching | <br>Automatic switching | <br>Automatic switching |
| <br>Personalized engraving | <br>Personalized engraving | <br>Personalized engraving |

Exhibit 26
-31-


Lightning Charging Case


Lightning Charging Case

MagSafe Charging Case with speaker and lanyard loop[4]

## Audio Technology

| | | |
|---|---|---|
| — | — | Active Noise Cancellation |
| — | — | Adaptive Transparency |
| — | Adaptive EQ | Adaptive EQ |
| — | Custom high-excursion Apple driver | Custom high-excursion Apple driver |
| — | Custom high dynamic range amplifier | Custom high dynamic range amplifier |
| — | Personalized Spatial Audio with dynamic head tracking[1] | Personalized Spatial Audio with dynamic head tracking[1] |
| — | — | Vent system for pressure equalization |

## Sensors

| | | |
|---|---|---|
| Dual optical sensors | Skin-detect sensor | Skin-detect sensor |
| Motion-detecting accelerometer | Motion-detecting accelerometer | Motion-detecting accelerometer |
| Speech-detecting accelerometer | Speech-detecting accelerometer | Speech-detecting accelerometer |
| Double-tap | Force sensor | Touch control |

## Microphones

| | | |
|---|---|---|
| Dual beamforming microphones | Dual beamforming microphones | Dual beamforming microphones |
| | Inward-facing microphone | Inward-facing microphone |

## Chip

| | | |
|---|---|---|
| H1 headphone chip | H1 headphone chip | H2 headphone chip |

Exhibit 26
-32-

Apple U1 chip in MagSafe Charging Case

## Controls

  Double-tap to play, skip forward, or answer a phone call

Say "Hey Siri" to do things like play a song, make a call, or get directions

• Press once to play, pause, or answer a phone call

 Press twice to skip forward

••• Press three times to skip back

Press and hold for Siri

Say "Hey Siri" to do things like play a song, make a call, or get directions

• Press once to play, pause, or answer a phone call

•• Press twice to skip forward

••• Press three times to skip back

Press and hold to switch between Active Noise Cancellation and Adaptive Transparency

 Swipe up or down to adjust volume

Say "Hey Siri" to do things like play a song, make a call, or get directions

## Size and Weight[5]

### AirPods (2nd generation)

**Height:** 1.59 inches (40.5 mm)
**Width:** 0.65 inch (16.5 mm)
**Depth:** 0.71 inch (18.0 mm)
**Weight:** 0.14 ounce (4 grams)

### AirPods (3rd generation)

**Height:** 1.21 inches (30.79 mm)
**Width:** 0.72 inch (18.26 mm)
**Depth:** 0.76 inch (19.21 mm)
**Weight:** 0.15 ounce (4.28 grams)

### AirPods Pro (2nd generation)

**Height:** 1.22 inches (30.9 mm)
**Width:** 0.86 inch (21.8 mm)
**Depth:** 0.94 inch (24.0 mm)
**Weight:** 0.19 ounce (5.3 grams)

### Lightning Charging Case

**Height:** 2.11 inches (53.5 mm)
**Width:** 1.74 inches (44.3 mm)
**Depth:** 0.84 inch (21.3 mm)
**Weight:** 1.35 ounces (38.2 grams)

### Lightning Charging Case

**Height:** 1.83 inches (46.40 mm)
**Width:** 2.14 inches (54.40 mm)
**Depth:** 0.84 inch (21.38 mm)
**Weight:** 1.34 ounces (37.91 grams)

### MagSafe Charging Case

**Height:** 1.78 inches (45.2 mm)
**Width:** 2.39 inches (60.6 mm)
**Depth:** 0.85 inch (21.7 mm)
**Weight:** 1.79 ounces (50.8 grams)

Battery[3]

Exhibit 26
-33-

## Battery

| AirPods (2nd generation) | AirPods (3rd generation) | AirPods Pro (2nd generation) |
|---|---|---|
| Up to 5 hours of listening time with a single charge | Up to 6 hours of listening time with a single charge (up to 5 hours with Spatial Audio enabled) | Up to 6 hours of listening time with a single charge (up to 5.5 hours with Spatial Audio and Head Tracking enabled) |
| Up to 3 hours of talk time with a single charge | Up to 4 hours of talk time with a single charge | Up to 4.5 hours of talk time with a single charge |

| AirPods (2nd generation) with Lightning Charging Case | AirPods (3rd generation) with Lightning Charging Case | AirPods Pro (2nd generation) with MagSafe Charging Case |
|---|---|---|
| More than 24 hours of listening time | Up to 30 hours of listening time | Up to 30 hours of listening time |
| Up to 18 hours of talk time | Up to 20 hours of talk time | Up to 24 hours of talk time |
| 15 minutes in the case provides up to 3 hours listening time or up to 2 hours talk time | 5 minutes in the case provides around 1 hour of listening time or around 1 hour of talk time | 5 minutes in the case provides around 1 hour of listening time or around 1 hour of talk time |

## Sweat and Water Resistance[2]

| | | |
|---|---|---|
| — | Sweat and water resistant (IPX4): AirPods and charging case | Sweat and water resistant (IPX4): AirPods Pro and charging case |

## Connectivity

| | | |
|---|---|---|
| Bluetooth 5.0 | Bluetooth 5.0 | Bluetooth 5.3 |

## In the Box

| AirPods (2nd generation) | AirPods (3rd generation) | AirPods Pro (2nd generation) |
|---|---|---|
| Lightning Charging Case | Lightning Charging Case | MagSafe Charging Case with speaker and lanyard loop |
| Lightning to USB-A Cable | Lightning to USB-C Cable | Lightning to USB-C Cable |
| Documentation | Documentation | Documentation |
| — | — | Silicone ear tips (four sizes: XS, S, M, L) |

Exhibit 26
-34-

## Accessibility

| | | |
|---|---|---|
| Live Listen audio[6] | Live Listen audio[6] | Live Listen audio[6] |
| Headphone levels | Headphone levels | Headphone levels |
| Headphone Accommodations | Headphone Accommodations | Headphone Accommodations |
| — | — | Conversation Boost |

## System Requirements[7]

| | | |
|---|---|---|
| iPhone and iPod touch models with the latest version of iOS | iPhone and iPod touch models with the latest version of iOS | iPhone and iPod touch models with the latest version of iOS |
| iPad models with the latest version of iPadOS | iPad models with the latest version of iPadOS | iPad models with the latest version of iPadOS |
| Apple Watch models with the latest version of watchOS | Apple Watch models with the latest version of watchOS | Apple Watch models with the latest version of watchOS |
| Mac models with the latest version of macOS | Mac models with the latest version of macOS | Mac models with the latest version of macOS |
| Apple TV models with the latest version of tvOS | Apple TV models with the latest version of tvOS | Apple TV models with the latest version of tvOS |

## Compatibility

| iPhone Models | iPhone Models | iPhone Models |
|---|---|---|
| iPhone 14 | iPhone 14 | iPhone 14 |
| iPhone 14 Plus | iPhone 14 Plus | iPhone 14 Plus |
| iPhone 14 Pro | iPhone 14 Pro | iPhone 14 Pro |
| iPhone 14 Pro Max | iPhone 14 Pro Max | iPhone 14 Pro Max |
| iPhone 13 mini | iPhone 13 mini | iPhone 13 mini |
| iPhone 13 | iPhone 13 | iPhone 13 |
| iPhone 13 Pro | iPhone 13 Pro | iPhone 13 Pro |
| iPhone 13 Pro Max | iPhone 13 Pro Max | iPhone 13 Pro Max |
| iPhone 12 mini | iPhone 12 mini | iPhone 12 mini |
| iPhone 12 | iPhone 12 | iPhone 12 |
| iPhone 12 Pro | iPhone 12 Pro | iPhone 12 Pro |
| iPhone 12 Pro Max | iPhone 12 Pro Max | iPhone 12 Pro Max |
| iPhone 11 | iPhone 11 | iPhone 11 |
| iPhone 11 Pro | iPhone 11 Pro | iPhone 11 Pro |
| iPhone 11 Pro Max | iPhone 11 Pro Max | iPhone 11 Pro Max |
| iPhone Xs | iPhone Xs | iPhone Xs |
| iPhone Xs Max | iPhone Xs Max | iPhone Xs Max |
| iPhone XR | iPhone XR | iPhone XR |
| iPhone X | iPhone X | iPhone X |
| iPhone 8 | iPhone 8 | iPhone 8 |
| iPhone 8 Plus | iPhone 8 Plus | iPhone 8 Plus |
| iPhone 7[8] | iPhone 7[8] | iPhone 7[8] |
| iPhone 7 Plus[8] | iPhone 7 Plus[8] | iPhone 7 Plus[8] |
| iPhone SE (3rd generation) | iPhone 6s[8] | iPhone 6s[8] |
| iPhone SE (2nd generation) | iPhone 6s Plus[8] | iPhone 6s Plus[8] |

Exhibit 26
-35-

| | | |
|---|---|---|
| iPhone SE (1st generation)[8] | iPhone SE (3rd generation) | iPhone SE (3rd generation) |
| iPhone 6s[8] | iPhone SE (2nd generation) | iPhone SE (2nd generation) |
| iPhone 6s Plus[8] | iPhone SE (1st generation)[8] | iPhone SE (1st generation)[8] |
| iPhone 6[9] | | |
| iPhone 6 Plus[9] | | |
| iPhone 5s[9] | | |
| | | |
| **iPad Models** | **iPad Models** | **iPad Models** |
| iPad Pro 12.9-inch (5th generation) | iPad Pro 12.9-inch (5th generation) | iPad Pro 12.9-inch (5th generation) |
| iPad Pro 12.9-inch (4th generation) | iPad Pro 12.9-inch (4th generation) | iPad Pro 12.9-inch (4th generation) |
| iPad Pro 12.9-inch (3rd generation) | iPad Pro 12.9-inch (3rd generation) | iPad Pro 12.9-inch (3rd generation) |
| iPad Pro 12.9-inch (2nd generation) | iPad Pro 12.9-inch (2nd generation) | iPad Pro 12.9-inch (2nd generation) |
| iPad Pro 12.9-inch (1st generation)[8] | iPad Pro 12.9-inch (1st generation)[8] | iPad Pro 12.9-inch (1st generation)[8] |
| iPad Pro 11-inch (3rd generation) | iPad Pro 11-inch (3rd generation) | iPad Pro 11-inch (3rd generation) |
| iPad Pro 11-inch (2nd generation) | iPad Pro 11-inch (2nd generation) | iPad Pro 11-inch (2nd generation) |
| iPad Pro 11-inch (1st generation) | iPad Pro 11-inch (1st generation) | iPad Pro 11-inch (1st generation) |
| iPad Pro 10.5-inch | iPad Pro 10.5-inch | iPad Pro 10.5-inch |
| iPad Pro 9.7-inch[8] | iPad Pro 9.7-inch[8] | iPad Pro 9.7-inch[8] |
| iPad (9th generation) | iPad (9th generation) | iPad (9th generation) |
| iPad (8th generation) | iPad (8th generation) | iPad (8th generation) |
| iPad (7th generation) | iPad (7th generation) | iPad (7th generation) |
| iPad (6th generation) | iPad (6th generation) | iPad (6th generation) |
| iPad (5th generation) | iPad (5th generation) | iPad (5th generation) |
| iPad Air (5th generation) | iPad Air (5th generation) | iPad Air (5th generation) |
| iPad Air (4th generation) | iPad Air (4th generation) | iPad Air (4th generation) |
| iPad Air (3rd generation) | iPad Air (3rd generation) | iPad Air (3rd generation) |
| iPad Air 2[8] | iPad Air 2[8] | iPad Air 2[8] |
| iPad Air (1st generation)[9] | iPad mini (6th generation) | iPad mini (6th generation) |
| iPad mini (6th generation) | iPad mini (5th generation) | iPad mini (5th generation) |
| iPad mini (5th generation) | iPad mini 4[8] | iPad mini 4[8] |
| iPad mini 4[8] | | |
| iPad mini 3[9] | | |
| iPad mini 2[9] | | |
| | | |
| **iPod Models** | **iPod Models** | **iPod Models** |
| iPod touch (7th generation) | iPod touch (7th generation) | iPod touch (7th generation) |
| iPod touch (6th generation)[9] | | |
| | | |
| **Apple Watch Models**[8] | **Apple Watch Models**[8] | **Apple Watch Models**[8] |
| Apple Watch Ultra | Apple Watch Ultra | Apple Watch Ultra |
| Apple Watch Series 8 | Apple Watch Series 8 | Apple Watch Series 8 |
| Apple Watch Series 7 | Apple Watch Series 7 | Apple Watch Series 7 |
| Apple Watch Series 6 | Apple Watch Series 6 | Apple Watch Series 6 |
| Apple Watch SE (2nd generation) | Apple Watch SE (2nd generation) | Apple Watch SE (2nd generation) |
| Apple Watch SE (1st generation) | Apple Watch SE (1st generation) | Apple Watch SE (1st generation) |
| Apple Watch Series 5 | Apple Watch Series 5 | Apple Watch Series 5 |
| Apple Watch Series 4 | Apple Watch Series 4 | Apple Watch Series 4 |
| Apple Watch Series 3 | Apple Watch Series 3 | Apple Watch Series 3 |
| Apple Watch Series 2 | Apple Watch Series 2 | Apple Watch Series 2 |
| Apple Watch Series 1 | Apple Watch Series 1 | Apple Watch Series 1 |
| | | |
| **Mac Models**[8] | **Mac Models**[8] | **Mac Models**[8] |
| MacBook (Retina, 12-inch, Early 2015–2017) | MacBook (Retina, 12-inch, Early 2015–2017) | MacBook (Retina, 12-inch, Early 2015–2017) |
| MacBook Air (11-inch, Mid 2012–Early 2015) | MacBook Air (11-inch, Mid 2012–Early 2015) | MacBook Air (11-inch, Mid 2012–Early 2015) |
| MacBook Air (13-inch, Mid 2012–2017) | MacBook Air (13-inch, Mid 2012–2017) | MacBook Air (13-inch, Mid 2012–2017) |
| MacBook Air (Retina, 13-inch, 2018–2020) | MacBook Air (Retina, 13-inch, 2018–2020) | MacBook Air (Retina, 13-inch, 2018–2020) |
| MacBook Air (M1, 2020) | MacBook Air (M1, 2020) | MacBook Air (M1, 2020) |
| MacBook Air (M2, 2022) | MacBook Air (M2, 2022) | MacBook Air (M2, 2022) |
| MacBook Pro (Retina, 13-inch, Late 2012–Early 2015) | MacBook Pro (Retina, 13-inch, Late 2012–Early 2015) | MacBook Pro (Retina, 13-inch, Late 2012–Early 2015) |
| MacBook Pro (Retina, 15-inch, Mid 2012–Mid 2015) | MacBook Pro (Retina, 15-inch, Mid 2012–Mid 2015) | MacBook Pro (Retina, 15-inch, Mid 2012–Mid 2015) |
| MacBook Pro (13-inch, Mid 2012–2020) | MacBook Pro (13-inch, Mid 2012–2020) | MacBook Pro (13-inch, Mid 2012–2020) |
| MacBook Pro (15-inch, Mid 2012–2019) | MacBook Pro (15-inch, Mid 2012–2019) | MacBook Pro (15-inch, Mid 2012–2019) |
| MacBook Pro 13-inch (2020, two ports) | MacBook Pro 13-inch (2020, two ports) | MacBook Pro 13-inch (2020, two ports) |
| MacBook Pro 13-inch (2020, four ports) | MacBook Pro 13-inch (2020, four ports) | MacBook Pro 13-inch (2020, four ports) |
| MacBook Pro 13-inch (M1, 2020) | MacBook Pro 13-inch (M1, 2020) | MacBook Pro 13-inch (M1, 2020) |
| MacBook Pro 13-inch (M2, 2022) | MacBook Pro 13-inch (M2, 2022) | MacBook Pro 13-inch (M2, 2022) |

Exhibit 26
-36-

| | | |
|---|---|---|
| MacBook Pro 14-inch (2021) | MacBook Pro 14-inch (2021) | MacBook Pro 14-inch (2021) |
| MacBook Pro 16-inch (2021) | MacBook Pro 16-inch (2021) | MacBook Pro 16-inch (2021) |
| MacBook Pro (16-inch, 2019) | MacBook Pro (16-inch, 2019) | MacBook Pro (16-inch, 2019) |
| iMac (21.5-inch, Late 2012–2017) | iMac (21.5-inch, Late 2012–2017) | iMac (21.5-inch, Late 2012–2017) |
| iMac (27-inch, Late 2012–Late 2013) | iMac (27-inch, Late 2012–Late 2013) | iMac (27-inch, Late 2012–Late 2013) |
| iMac (Retina 4K, 21.5-inch, Late 2015–2019) | iMac (Retina 4K, 21.5-inch, Late 2015–2019) | iMac (Retina 4K, 21.5-inch, Late 2015–2019) |
| iMac (Retina 5K, 27-inch, Late 2014–2020) | iMac (Retina 5K, 27-inch, Late 2014–2020) | iMac (Retina 5K, 27-inch, Late 2014–2020) |
| iMac (24-inch, M1, 2021) | iMac (24-inch, M1, 2021) | iMac (24-inch, M1, 2021) |
| iMac Pro (2017) | iMac Pro (2017) | iMac Pro (2017) |
| Mac mini (Late 2012–Late 2018) | Mac mini (Late 2012–Late 2018) | Mac mini (Late 2012–Late 2018) |
| Mac mini (M1, 2020) | Mac mini (M1, 2020) | Mac mini (M1, 2020) |
| Mac Studio (2022) | Mac Studio (2022) | Mac Studio (2022) |
| Mac Pro (Late 2013–2019) | Mac Pro (Late 2013–2019) | Mac Pro (Late 2013–2019) |
| **Apple TV Models**[8] | **Apple TV Models** | **Apple TV Models** |
| Apple TV 4K | Apple TV 4K | Apple TV 4K |
| Apple TV HD | Apple TV HD[8] | Apple TV HD |





**AirPods (2nd generation)** — Tech specs > Learn more >

**AirPods (3rd generation)** — Tech specs > Learn more >

**AirPods Pro (2nd generation)** — Tech specs > Learn more >



**Fast, free delivery**
Or pick up available items at an Apple Store.
Learn more >



**Pay monthly at 0% APR**
You can pay over time when you choose to check out with Apple Card Monthly Installments.[†]
Learn more >



**Get help buying**
Have a question? Call a Specialist or chat online. Call 1-800-MY-APPLE.
Contact us >



**Make them yours**
Engrave your AirPods with your initials or favorite emoji — free. Only at Apple.
Learn more >

1. Compatible hardware and software required. Works with compatible content in supported apps. Not all content available in Dolby Atmos. iPhone with TrueDepth camera required to create a personal profile for Spatial Audio, which will sync across Apple devices running the latest operating system software, including iOS, iPadOS (coming later this fall), macOS (coming later this fall), and tvOS.
2. AirPods (3rd generation) and AirPods Pro (2nd generation) are sweat and water resistant for non-water sports and exercise, and they are IPX4 rated. Sweat and water resistance are not permanent conditions.
3. Battery life depends on device settings, environment, usage, and many other factors.
4. MagSafe charging requires a compatible MagSafe charger. Wireless charging requires a Qi-certified wireless charger. AirPods Pro (2nd generation) charging case also works with the Apple Watch charger or Lightning connector.
5. Size and weight vary by configuration and manufacturing process.
6. Requires the latest version of iOS or iPadOS.
7. AirPods can be used as Bluetooth headphones with Apple devices using earlier software and with non-Apple devices, but functionality is limited.
8. Audio Sharing not supported.

Exhibit 26
-37-

9. Some features require iOS 13 or iPadOS 13 or later, which are not compatible with the following iPhone and iPad models: iPhone 6, iPhone 5s, iPod touch (6th generation), iPad Air (1st generation), iPad mini 3, and iPad mini 2. Audio Sharing not supported.

† Apple Card Monthly Installments (ACMI) is a 0% APR payment option available only in the U.S. to select at checkout for certain Apple products purchased at Apple Store locations, apple.com, the Apple Store app, or by calling 1-800-MY-APPLE and is subject to credit approval and credit limit. See support.apple.com/kb/HT211204 for more information about eligible products. Variable APRs for Apple Card other than ACMI range from 15.24% to 26.24% based on creditworthiness. Rates as of January 1, 2023. If you choose the pay-in-full or one-time-payment option for an ACMI-eligible purchase instead of choosing ACMI as the payment option at checkout, that purchase will be subject to the variable APR assigned to your Apple Card. Taxes and shipping are not included in ACMI and are subject to your card's variable APR. See the Apple Card Customer Agreement for more information. ACMI is not available for purchases made online at the following special stores: Apple Employee Purchase Plan; participating corporate Employee Purchase Programs; Apple at Work for small businesses; Government, and Veterans and Military Purchase Programs, or on refurbished devices. iPhone activation required on iPhone purchases made at an Apple Store with one of these national carriers: AT&T, Sprint, Verizon, or T-Mobile.

To access and use all the features of Apple Card, you must add Apple Card to Wallet on an iPhone or iPad with the latest version of iOS or iPadOS. Update to the latest version by going to Settings > General > Software Update. Tap Download and Install.

Available for qualifying applicants in the United States.

Apple Card is issued by Goldman Sachs Bank USA, Salt Lake City Branch.

If you reside in the U.S. territories, please call Goldman Sachs at 877-255-5923 with questions about Apple Card.

---

 > AirPods > Compare

| Shop and Learn | Account | Apple Store | For Business | Apple Values |
|---|---|---|---|---|
| Store | Manage Your Apple ID | Find a Store | Apple and Business | Accessibility |
| Mac | Apple Store Account | Genius Bar | Shop for Business | Education |
| iPad | iCloud.com | Today at Apple | | Environment |
| iPhone | | Apple Camp | For Education | Inclusion and Diversity |
| Watch | Entertainment | Apple Store App | Apple and Education | Privacy |
| AirPods | Apple One | Refurbished and Clearance | Shop for K-12 | Racial Equity and Justice |
| TV & Home | Apple TV+ | Financing | Shop for College | Supplier Responsibility |
| AirTag | Apple Music | Apple Trade In | For Healthcare | |
| Accessories | Apple Arcade | Order Status | Apple in Healthcare | About Apple |
| Gift Cards | Apple Fitness+ | Shopping Help | Health on Apple Watch | Newsroom |
| | Apple News+ | | Health Records on iPhone | Apple Leadership |
| Apple Wallet | Apple Podcasts | | | Career Opportunities |
| Wallet | Apple Books | | For Government | Investors |
| Apple Card | App Store | | Shop for Government | Ethics & Compliance |
| Apple Pay | | | Shop for Veterans and Military | Events |
| Apple Cash | | | | Contact Apple |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2023 Apple Inc. All rights reserved.   Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map              United States

Exhibit 26
-38-